GOLD BENNETT CERA & SIDENER LLP
PAUL F. BENNETT (State Bar No. 63318)
STEVEN O. SIDENER (State Bar No. 121062)
JOSEPH M. BARTON (State Bar No. 188441)
C. ANDREW DIRKSEN (State Bar No. 197378)
595 Market Street, Suite 2300
San Francisco, California 94105-2835
Telephone: (415) 777-2230
Facsimile: (415) 777-5189
E-Mail: pfb@gbcslaw.com
E-Mail: ssidener@gbcslaw.com
E-Mail: jbarton@gbcslaw.com
E-Mail: cdirksen@gbcslaw.com

Attorneys for Plaintiffs Computer World Solution, Inc., Industrial Computing, Inc., Omni Circuits International, LLC And General Digital Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | MDL No. 07-01827 SI<br>Court: Honorable Susan Y. Illston |
| This Document Relates To:<br>ALL TRANSFERRED ACTIONS | **NOTICE OF APPEARANCE** |

#116903

1  TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

2  PLEASE TAKE NOTICE that the following counsel hereby appear in the above-

3  captioned action of behalf of Plaintiffs Computer World Solution, Inc., Industrial Computing,

4  Inc., Omni Circuits International, LLC and General Digital Corporation:

5         Paul F. Bennett (State Bar No. 63318)
       Steven O. Sidener (State Bar No. 121062)
6         Joseph M. Barton (State Bar No. 188441)
       C. Andrew Dirksen (State Bar No. 197378)
7         GOLD BENNETT CERA & SIDENER LLP
       595 Market Street, Suite 2300
8         San Francisco, California 94105-2835
       Telephone: (415) 777-2230
9         Facsimile: (415) 777-5189
       E-Mail: pfb@gbcslaw.com
10        E-Mail: ssidener@gbcslaw.com
       E-Mail: jbarton@gbcslaw.com
11        E-Mail: cdirksen@gbcslaw.com

12 Dated: April 24, 2007        GOLD BENNETT CERA & SIDENER LLP

13

14

       By:/s/Paul F. Bennett
15           Paul F. Bennett

16        Attorneys for Plaintiffs Computer World
       Solution, Inc., Industrial Computing, Inc., Omni
17        Circuits International, LLC And General Digital
       Corporation

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | <u>CERTIFICATE OF SERVICE</u> |
| 2 | |
| 3 | I, Candy G. Windsor, hereby declare under penalty of perjury as follows: |
| 4 | I am employed by Gold Bennett Cera & Sidener LLP, 595 Market Street, Suite 2300, San |
| 5 | Francisco, California, 94105-2835.  I am over the age of eighteen years and am not a party to this |
| 6 | action. |
| 7 | On April 24, 2007, I served a copy of the aforementioned **"NOTICE OF** |
| 8 | **APPEARANCE"** on all parties listed on the attached Exhibit I by e-mail or facsimile, as |
| 9 | indicated on the attached Exhibit I. |
| 10 | Executed on April 24, 2007, at San Francisco, California. |

_/s/ Candy G. Windsor_
Candy G. Windsor

CERTIFICATE OF SERVICE - MDL No. 07-01827 SI            -1-

**EXHIBIT I**

*Plaintiffs' Counsel:*

Jon T. King
Michael P. Lehmann
Thomas P. Dove
Christopher Lee Lebsock
Furth Lehmann & Grant LLP
225 Bush Street, 15th Floor
San Francisco, CA 94105
E-Mail: king@furth.com
E-Mail: mplehmann@furth.com
E-Mail: tdove@furth.com
E-Mail: clebsock@furth.com

Craig C. Corbitt
Francis O. Scarpulla
Christopher T. Micheletti
Demetrius X. Lambrinos
Judith A. Zahid
Zelle Hofmann Voelbel Mason & Gette LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
E-Mail: ccorbitt@zelle.com
E-Mail: fscarpulla@zelle.com
E-Mail: cmicheletti@zelle.com
E-Mail: dlambrinos@zelle.com
E-Mail: jzahid@zelle.com

Eric B. Fastiff
Lieff Cabraser Heimann & Bernstein LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
E-Mail: efastiff@lchb.com

Allan Steyer
Steyer Lowenthal Boodrookas Alvarez
 & Smith LLP
One California Street, Suite 300
San Francisco, CA 94111
E-Mail: asteyer@steyerlaw.com

Michael D. Hausfeld
Charles E. Tompkins
Andrew B. Bullion
Hilary K. Ratway
Cohen Milstein Hausfeld & Toll PLLC
1100 New York Avenue
Suite 500, West Tower
Washington, DC 20005
E-Mail:
E-Mail: ctomkin@cmht.com
E-Mail: abullion@cmht.com
E-Mail: hratway@cmht.com

Joseph M. Patane
Law Office of Joseph M. Patane
2280 Union Street
San Francisco, CA 94123
E-Mail: jpatane@tatp.com

Mario N. Alioto
Lauren Clare Russell
Trump Alioto Trump & Prescott LLP
2280 Union Street
San Francisco, CA 94123
E-Mail: malioto@tatp.com
E-Mail: laurenrussell@tatp.com

Brian J. Barry
Law Offices of Brian Barry
1801 Avenue Of The Stars, Ste. 307
Los Angeles, CA 90067
E-Mail: bribarry1@yahoo.com

Bruce L. Simon
Pearson Simon Soter Warshaw
 & Penny LLP
44 Montgomery Street, Suite 1200
San Francisco, CA 94104
E-Mail: bsimon@psswplaw.com

Michael J. Flannery
Carey & Danis, LLC
8235 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
E-Mail: mflannery@careydanis.com

| | |
|---|---|
| H. Laddie Montague, Jr.<br>Berger & Montague, PC<br>1622 Locust Street<br>Philadelphia, PA 19103-6365<br>E-Mail: hlmontague@bm.net | Benjamin Johns<br>Chimicles & Tikellis LLP<br>One Haverford Centre<br>361 West Lancaster Avenue<br>Haverford, PA 19041<br>E-Mail: benjohns@chimicles.com |
| Allyn Z. Lite<br>Lite DePalma Greenberg & Rivas, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102-5003<br>E-Mail: alite@ldgrlaw.com | Daniel Hume<br>Kirby McInerney & Squire LLP<br>830 Third Avenue, 10th Floor<br>New York, NY 10022<br>Facsimile: (212) 751-2540 |
| Christopher Lovell<br>Lovell Stewart Halebian LLP<br>500 Fifth Avenue, 58th Floor<br>New York, NY 10110<br>E-Mail: clovell@lshllp.com | |

***Defense Counsel:***

| | |
|---|---|
| Michael R. Lazerwitz<br>Cleary Gottlieb Steen & Hamilton LLP<br>2000 Pennsylvania Ave., N.W., Ste. 9000<br>Washington, DC 20006<br>E-Mail: mlazerwitz@cgsh.com | Jerome C. Roth<br>Munger Tolles & Olson LLP<br>560 Mission Street, 27th Floor<br>San Francisco, CA 94105-2907<br>E-Mail: jerome.roth@mto.com |
| Albert J. Boro, Jr.<br>Pillsbury Winthrop Shaw & Pittman, LLP<br>50 Fremont Street<br>San Francisco, CA 84105-2228<br>E-Mail: albert.boro@pillsburylaw.com | Kent M. Roger<br>Candice Shimone Crookshank<br>Williams James Taylor<br>Morgan Lewis & Bockius LLP<br>One Market<br>Spear Street Tower<br>San Francisco, CA 94105<br>E-Mail: kroger@morganlewis.com<br>E-Mail: ccrookshank@morganlewis.com<br>E-Mail: wtaylor@morganlewis.com |
| Stephen Holbrook Sutro<br>George D. Niespolo<br>Duane Morris LLP<br>One Market Street<br>Spear Tower, Suite 2000<br>San Francisco, CA 94105-1104<br>E-Mail: shsutro@duanemorris.com<br>E-Mail: GDNiespolo@duanemorris.com | Michael F. Healy<br>Matthew Clark Lovell<br>Sedgwick Detert Moran & Arnold LLP<br>One Market Plaza<br>Steuart Tower, 8th Floor<br>San Francisco, CA 94105<br>E-Mail: michael.healy@sdma.com<br>E-Mail: matthew.lovell@sdma.com |
| Steven F. Cherry<br>Nathan L. Walker<br>WilmerHale<br>1875 Pennsylvania Avenue, N.W.<br>Washington, DC 20006<br>E-Mail: steven.cherry@wilmerhale.com<br>E-Mail: nathan.walker@wilmerhale.com | Jeffrey L. Bornstein<br>Kirkpatrick & Lockhart Preston<br>  Gates Ellis LLP<br>55 Second Street, Suite 1700<br>San Francisco, CA 94105-3493<br>E-Mail: jeff.bornstein@klgates.com |

| | | |
|---|---|---|
| 1 | James L. McGinnis | Garrard R. Beeney |
| 2 | Sheppard Mullin Richter & Hampton, LLP<br>4 Embarcadero Center, 17th Floor | Sullivan & Cromwell LLP<br>125 Broad Street |
| 3 | San Francisco, CA 94111<br>E-Mail: jmcginnis@sheppardmullin.com | New York, NY 10004-2498<br>E-Mail: beeneyg@sullcrom.com |
| 4 | David L. Yohai | |
| 5 | Weil Gotshal & Manges LLP<br>767 Fifth Avenue | |
| 6 | New York, NY 10153-0119<br>E-Mail: david.yohai@weil.com | |