1   JOSEPH W. COTCHETT (36324)
    STEVEN N. WILLIAMS (175489)
2   **COTCHETT, PITRE & McCARTHY**
    San Francisco Airport Office Center
3   840 Malcolm Road, Suite 200
    Burlingame, CA  94010
4   Telephone:  (650) 697-6000
    Fax:(650) 697-0577
5
    GUIDO SAVERI (22349)
6   R. ALEXANDER SAVERI (173102)
    CADIO ZIRPOLI (179108)
7   **SAVERI & SAVERI, INC.**
    111 Pine Street, Suite 1700
8   San Francisco, CA 94111
    Telephone: (415) 217-6810
9   Facsimile: (415) 217-6813

10  P. JOHN BRADY
    DAN OWEN
11  **SHUGART THOMSON & KILROY, P.C.**
    Twelve Wyandotte Plaza
12  120 W. 12th Street
    Kansas City, MO 64105
13  Telephone: (816) 421-3355
    Facsimile: (816) 374-0509
14
    *Attorneys for Plaintiff and the Proposed Class*
15

16                  **UNITED STATES DISTRICT COURT**

17                  **NORTHERN DISTRICT OF CALIFORNIA**

18

19  **IN RE TFT-LCD (FLAT PANEL)**    )    **MDL No. 1827**
20  **ANTITRUST LITIGATION**          )
                                      )    **Case No. 3:06-CV-07644-SI**
21  _____  )
                                      )
22  **This Document Relates to:**     )    **NOTICE OF WITHDRAWAL OF**
                                      )    **COUNSEL**
23  **ALL ACTIONS**                   )
                                      )
24                                    )
    _____  )
25

26

27

28

LAW OFFICES
COTCHETT,
PITRE, &
McCARTHY

**TO THE COURT AND ALL COUNSEL OF RECORD:**

Please take notice that the firm Cotchett, Pitre & McCarthy withdraws as counsel for plaintiff Crago Corporation in this action. Plaintiff Crago Corporation will continue to be represented by the offices of Saveri and Saveri, Inc. and Shugart Thomson & Kilroy.

COTCHETT, PITRE & McCARTHY

Dated: April 25, 2007          *Steven N. Williams*
                                            STEVEN N. WILLIAMS



IT IS SO ORDERED

Judge Susan Illston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LAW OFFICES
COTCHETT,
PITRE, &
McCARTHY