Laurence D. King
KAPLAN FOX & KILSHEIMER LLP
555 Montgomery Street
San Francisco, CA 94111
Tel: (415) 772-4700
Fax: (415) 772-4707
lking@kaplanfox.com
lfong@kaplanfox.com

Robert N. Kaplan
Gregory K. Arenson
Linda P. Nussbaum
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue
22nd Floor
New York, NY 10022
Tel: (212) 687-1980
Fax: (212) 687-7714
rkaplan@kaplanfox.com
garenson@kaplanfox.ocm
lnussbaum@kaplanfox.com

*Attorneys for Proposed Interim Class Counsel for Direct Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL DIRECT PURCHASER ACTIONS | CASE NO.:  C-07-1827 SI<br><br>MDL No. 1827<br><br>**NOTICE OF CROSS-MOTION AND CROSS-MOTION OF PLAINTIFF CMP CONSULTING SERVICES, INC. TO APPOINT KAPLAN FOX & KILSHEIMER LLP AS INTERIM CLASS COUNSEL FOR DIRECT PURCHASER PLAINTIFFS**<br><br>Date:  June 8, 2007<br>Time:  9:00 a.m.<br>Courtroom 10, 19th Floor<br>Honorable Susan Illston |

**NOTICE OF CROSS-MOTION AND CROSS-MOTION**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that at 9:00 a.m. on June 8, 2007, or as soon thereafter as the matter may be heard, Plaintiff CMP Consulting Services, Inc., through its undersigned counsel, will, and hereby does, move this Court, before the Hon. Susan Illaston at the United States District Court, 450 Golden Gate Avenue, San Francisco, California, for an Order appointing Kaplan Fox & Kilsheimer LLP as interim class counsel for the Direct Purchaser Plaintiffs in these actions.

This cross-motion is made pursuant to Rule 23(g) of the Federal Rules of Civil Procedure. This cross-motion is based on this notice of cross-motion and cross-motion, the memorandum of points and authorities in support of this motion, all pleadings and records on file, and any additional briefing and argument presented to the Court before or at the hearing on this cross-motion.

DATED: May 9, 2007                                      Respectfully Submitted,

/s/
Laurence D. King
KAPLAN FOX & KILSHEIMER LLP
555 Montgomery Street
San Francisco, CA 94111
Tel: (415) 772-4700
Fax: (415) 772-4707

Robert N. Kaplan
Gregory K. Arenson
Linda P. Nussbaum
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue, 22nd Floor
New York, NY 10022
Tel: (212) 687-1980
Fax: (212) 687-7714

1

NOTICE OF CROSS-MOTION AND CROSS-MOTION TO APPOINT KAPLAN FOX AS      CASE NO.: C-07-1827 SI
INTERIM CLASS COUNSEL FOR DIRECT PURCHASER PLAINTIFFS