

DOCKET NO. 1827

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-1)

On April 17, 2007, the Panel transferred seven civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___F.Supp.2d___ (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable Susan Yvonne Illston.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Illston.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of April 17, 2007, and, with the consent of that court, assigned to the Honorable Susan Yvonne Illston.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

MAY 1 1 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

# SCHEDULE OF ACTIONS (CTO-1)
# DOCKET NO. 1827
# IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ARKANSAS EASTERN** | |
| ARE 4  07-43 | Robert S. Harmon v. LG Philips LCD Co., Ltd., et al. |
| **ARIZONA** | |
| AZ  2  07-549 | Timothy J. Lauricella v. AU Optronics Corp., et al. |
| **CALIFORNIA CENTRAL** | |
| CAC 2  07-1283 | Wendy Williams v. Sharp Corp., et al. |
| CAC 2  07-1500 | George Mays v. LG Philips LCD Co., Ltd., et al. |
| **CALIFORNIA SOUTHERN** | |
| CAS 3  07-312 | Susan Selfridge, et al. v. LG Philips LCD Co., Ltd., et al. |
| **DISTRICT OF COLUMBIA** | |
| DC  1  07-276 | Timothy R. Gregory, et al. v. LG Philips LCD Co., Ltd., et al. |
| DC  1  07-424 | Gail Feser v. AU Optronics Corp., et al. |
| DC  1  07-438 | Rebecca Bly v. LG Philips LCD Co., Ltd., et al. |
| **FLORIDA SOUTHERN** | |
| FLS 0  07-60289 | Scott Eisler v. AU Optronics Corp., et al. |
| FLS 0  07-60323 | Mauricio DeFrancisco v. AU Optronics Corp., et al. |
| FLS 9  07-80171 | Robin Feins, et al. v. LG Philips LCD Co., Ltd., et al. |
| **HAWAII** | |
| HI  1  07-122 | Sealed v. Sealed |
| **IOWA SOUTHERN** | |
| IAS 4  07-96 | Benjamin G. Northway v. AU Optronics Corp., et al. |
| **IDAHO** | |
| ID  1  07-115 | Miles H. Humphrey v. AU Optronics Corp., et al. |
| **KANSAS** | |
| KS  2  07-2088 | Peter Coyle v. AU Optronics Corp., et al. |
| KS  2  07-2107 | Kou Srimounghchanh v. LG Philips LCD Co., Ltd., et al. |
| KS  5  07-4033 | James T. Watson v. AU Optronics Corp., et al. |
| KS  5  07-4034 | R. Rex Getz v. LG Philips LCD Co., Ltd., et al. |
| **MASSACHUSETTS** | |
| MA  1  07-10457 | Christopher Murphy v. LG Philips LCD Co., Ltd., et al. |
| **MAINE** | |
| ME  1  07-33 | Patricia Ronco v. AU Optronics Corp., et al. |
| **MICHIGAN EASTERN** | |
| MIE 2  07-10613 | Judith Griffith v. AU Optronics Corp., et al. |
| MIE 2  07-10971 | Colette M. Dahm v. LG Philips LCD Co., Ltd., et al. |
| MIE 2  07-11529 | Ling-Hung Jou v. AU Optronics Corp., et al. |

SCHEDULE OF ACTIONS (CTO-1) - MDL NO. 1827                                        PAGE 2 OF 3

DIST. DIV. C.A. #            CASE CAPTION

MINNESOTA
  MN  0  07-480        Jeffrey Larson v. LG Philips LCD Co., Ltd., et al.
  MN  0  07-1154       Al Gober v. LG Philips LCD Co., Ltd., et al.
  MN  0  07-1155       Kari J. Nehring v. LG Philips LCD Co., Ltd., et al.
  MN  0  07-1393       Christopher C. Rywelski v. AU Optronics Corp., et al.
  MN  0  07-1425       Martha Mulvey v. AU Optronics Corp., et al.

MISSISSIPPI NORTHERN
  MSN 3  07-28         Tammy Long v. AU Optronics Corp., et al.

MONTANA
  MT  1  07-32         John Pulasky v. AU Optronics Corp., et al.

NORTH CAROLINA MIDDLE
  NCM 1  07-167        Lynne M. Holtkamp v. AU Optronics Corp., et al.

NORTH CAROLINA WESTERN
  NCW 3  07-43         Donna Jeanne Flanagan v. AU Optronics Corp., et al.

NORTH DAKOTA
  ND  3  07-22         Robert George v. LG Philips LCD Co., Ltd., et al.

NEW JERSEY
  NJ  2  07-287        Ajax Philadelphia, Inc. v. Sharp Corp., et al.
  NJ  2  07-963        Custom Audio Video v. Sharp Electronics Corp., et al.

NEW MEXICO
  NM  1  07-218        Marcia Weingarten, et al. v. AU Optronics Corp., et al.
  NM  2  07-220        Rosemary Valdez v. AU Optronics Corp., et al.
  NM  6  07-235        Walden Minoli, et al. v. LG Philips LCD Co., Ltd., et al.

NEVADA
  NV  2  07-220        Timothy J. Purdy v. LG Philips Co., Ltd., et al.
  NV  2  07-296        Richard Granich v. LG Philips LCD Co., Ltd., et al.
  NV  2  07-306        Allen Kelley v. AU Optronics Corp., et al.

NEW YORK SOUTHERN
  NYS 1  06-15212      Robert Schuyler Watson v. LG Philips LCD Co., Ltd., et al.
  NYS 1  06-15342      Tom DiMatteo v. LG Philips LCD Co., Ltd., et al.
  NYS 1  06-15391      Steven Nakash v. LG Philips LCD Co., Ltd., et al.
  NYS 1  06-15417      CMP Consulting Services, Inc. v. LG Philips LCD Co., Ltd., et al.
  NYS 1  07-198        Jose Juan v. AU Optronics Corp., et al.
  NYS 1  07-351        Ryan J. Bierling v. LG Philips LCD Co., Ltd., et al.
  NYS 1  07-653        Diplomat Merchandise Corp. v. LG Philips LCD Co., Ltd., et al.

PENNSYLVANIA MIDDLE
  PAM 4  07-440        Jeffrey L. Walters v. AU Optronics Corp., et al.

PUERTO RICO
  PR  3  07-1198       Oscar Cintron v. AU Optronics Corp., et al.
  PR  3  07-1199       IMCA, Inc. v. AU Optronics Corp., et al.

SOUTH CAROLINA
  SC  2  07-780        Caman Pellitteri, et al. v. LG Philips LCD Co., Ltd., et al.
  SC  2  07-781        Lynn Sweatman v. LG Philips LCD Co., Ltd., et al.
  SC  3  07-533        Lee R. Chamberlain v. LG Philips LCD Co., Ltd., et al.

SCHEDULE OF ACTIONS (CTO-1) - MDL NO. 1827                                                          PAGE 3 OF 3

<u>DIST. DIV. C.A. #</u>             <u>CASE CAPTION</u>

SOUTH DAKOTA
SD  4   07-4033               Chad Hansen v. LG Philips LCD Co., Ltd., et al.
SD  5   07-5013               Cristopher Bessette v. AU Optronics Corp., et al.

TENNESSEE EASTERN
TNE  2   07-65                Tabbatha Benson, et al. v. LG Philips LCD Co., Ltd, et al.

TENNESSEE MIDDLE
TNM  3   07-282               Kathleen C. Davis v. LG Philips LCD Co., Ltd., et al.

TENNESSEE WESTERN
TNW  2   07-2165              Scott Beall v. AU Optronics Corp., et al.

VIRGINIA EASTERN
VAE  3   07-108               Shawn Stern v. AU Optronics Corp., et al.

VERMONT
VT  2   07-39                 Allen Nassiff v. LG Philips LCD Co., Ltd., et al.

WASHINGTON WESTERN
WAW  2   07-39                Home Technologies Bellevue LLC v. LG Philips LCD Co., Ltd., et al.

WISCONSIN EASTERN
WIE  2   07-151               Toomas P. Mitt v. LG Philips LCD Co., Ltd., et al.

WISCONSIN WESTERN
WIW  3   07-56                Jai Paguirigan, et al. v. AU Optronics Corp., et al.
WIW  3   07-80                Joseph Kovacevich v. LG Philips LCD Co., Ltd., et al.

WEST VIRGINIA NORTHERN
WVN  3   07-26                Tara Perry v. AU Optronics Corp., et al.
WVN  5   07-15                John Martich v. AU Optronics Corp., et al.