


Richard M. Heimann (State Bar No. 063607)
*rheimann@lchb.com*
Joseph R. Saveri (State Bar No. 130064)
*jsaveri@lchb.com*
Michele C. Jackson (State Bar No. 090807)
*mjackson@lchb.com*
Eric B. Fastiff (State Bar No. 182260)
*efastiff@lchb.com*
Nimish R. Desai (State Bar No. 244953)
*ndesai@lchb.com*
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

HERUM CRABTREE BROWN
James B. Brown (State Bar No. 83355)
*jimbrown@herumcrabtree.com*
Jennifer A Scott (State Bar No. 204234)
*jscott@herumcrabtree.com*
2291 West March Lane, Suite B100
Stockton, CA 95207
Telephone: (209) 472-7700
Facsimile: (209) 472-7986

*Attorneys for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | MDL No. 07-01827 SI<br><br>The Honorable Susan Y. Illston |
| This Document Relates To:<br><br>ALL TRANSFERRED ACTIONS | **NOTICE OF WITHDRAWAL OF COUNSEL** |

Case3:07-md-01827-SI Document190 Filed07/06/07 Page2 of 2

**TO THE COURT AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that the firm Lieff, Cabraser, Heimann & Bernstein, LLP withdraws as counsel for plaintiff Sarah Hansen in this action. Plaintiff Sarah Hansen will continue to be represented by the offices of Herum Crabtree Brown.

Dated: July 6, 2007 LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: *\/s/ Nimish R. Desai*
Nimish R. Desai

718793.1 - 1 - NOTICE OF WITHDRAWAL OF COUNSEL
MDL NO. 07-01827 SI