**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION _____/ | No. M 07-1827 SI<br>MDL. No. 1827 |
| This Order Relates to:<br>ALL CASES<br>_____/ | **ORDER RE: SUPPLEMENTAL FILINGS IN SUPPORT OF MOTIONS FOR APPOINTMENT OF LEAD COUNSEL** |

At the July 10, 2007 initial status conference, counsel for some indirect purchaser plaintiffs informed the Court that further agreements had been reached regarding one of the pending motions for appointment of lead counsel. The Court directs counsel to file a letter brief or supplemental pleading describing the modified proposal for appointment of lead counsel no later than **noon on July 11, 2007**. If any other parties wish to modify their proposals for appointment of lead counsel, they may also file supplemental papers by **noon on July 11, 2007**. Parties may, but are not required to, file responses to the July 11, 2007 filings by **noon on July 13, 2007**. Pursuant to Civil Local Rule 7-1(b), the Court will decide the pending motions for appointment of lead counsel without oral argument, and shall issue an order shortly.

**IT IS SO ORDERED.**

Dated: July 10, 2007

SUSAN ILLSTON
United States District Judge