IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION _____/ <br><br> This Order Relates to: <br><br> ALL CASES <br> _____/ | No. M 07-1827 SI <br><br> MDL. No. 1827 <br><br> **ORDER GRANTING UNITED STATES' MOTION TO INTERVENE** |

On July 6, 2007, the United States filed a motion under Federal Rule of Civil Procedure 24(b) to intervene in this civil action for the purpose of limiting discovery until the conclusion of an ongoing criminal grand jury investigation. Having reviewed the government's submission, the Court finds that there is a "question of law or fact in common" between this civil multi-district litigation and a pending criminal grand jury investigation. The Court further finds that the government has jurisdictional grounds to intervene, and that the motion is timely. Upon inquiry by the Court at the July 10, 2007 initial status conference, no party voiced any objection to the intervention motion, although some counsel expressed concern about the scope and duration of any proposed discovery limitation.

Accordingly, the Court exercises its discretion and GRANTS the motion to intervene. (Docket No. 187). The United States of America, through the Antitrust Division of the U.S. Department of Justice, is permitted to intervene in this action for the purpose of seeking to limit discovery in this civil action. The United States shall file its motion to limit discovery no later than **July 20, 2007**, and a hearing on the motion is scheduled for **September 19, 2007** at 2:00 p.m. Briefing shall be in accordance with the Civil Local Rules.

The parties and the Clerk of the Court are instructed to add the Antitrust Division of the U.S.

Department of Justice to the docket in this proceeding.

**IT IS SO ORDERED.**

Dated: July 10, 2007

<u>                                        </u>
SUSAN ILLSTON
United States District Judge