IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION _____/ This Order Relates to: ALL CASES _____/ | No. M 07-1827 SI MDL. No. 1827 **PRETRIAL ORDER NO. 2: REGARDING APPOINTMENT OF THE HONORABLE FERN M. SMITH AS SPECIAL MASTER** |

As discussed at the July 10, 2007 status conference and as set forth in this Court's Pretrial Order No. 1, issued on July 3, 2007, the Court intends to appoint the Honorable Fern M. Smith, United States District Court Judge (Retired), as a Special Master to assist the Court in this litigation. At the July 10, 2007 status conference, counsel speaking on behalf of all parties stated that they had no objection to Judge Smith's appointment. Judge Smith has notified the Court that she is willing to accept such an appointment.

The Court requests that Judge Smith file an affidavit disclosing whether there is any ground for disqualification under 28 U.S.C. § 455, as required by Federal Rule of Civil Procedure 53(b)(3). After receipt of Judge Smith's affidavit, the Court will issue a separate order appointing Judge Smith as a Special Master.

**IT IS SO ORDERED.**

Dated: July 13, 2007

SUSAN ILLSTON
United States District Judge