NIALL E. LYNCH (CSBN 157959)
MICHAEL L. SCOTT (CSBN 165452)
ALEXANDRA J. SHEPARD (CSBN 205143)
HEATHER S. TEWKSBURY (CSBN 222202)
DAVID J. WARD (CSBN 239504)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 436-6660

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TFT (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates to All Cases | No. M-07-1827-SI<br>MDL No. 1827<br><br>Date: September 19, 2007<br>Time: 2:00 p.m.<br>Court: Hon. Susan Illston |

**[PROPOSED] ORDER TO SEAL THE DECLARATION OF NIALL E. LYNCH**

Proposed Order to Seal
CV-07-1827-SI
MDL 1827-SI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE TFT (FLAT PANEL) ANTITRUST LITIGATION

This Document Relates to All Cases

)
)
)
)
)
)
)
)
)
)
)

No. M-07-1827-SI
MDL No. 1827

Date: September 19, 2007
Time: 2:00 p.m.
Court: Hon. Susan Illston

### [PROPOSED] ORDER TO SEAL THE DECLARATION OF NIALL E. LYNCH

Upon application of the Antitrust Division of the United States Department of Justice, and good cause appearing therefore, IT IS HEREBY ORDERED that the Declaration of Niall E. Lynch be sealed.

Date: _____, 2007

_____
United States District Court Judge

2