IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION  / | No. M 07-1827 SI<br><br>MDL. No. 1827 |
| This Order Relates to:<br><br>ALL CASES  / | **ORDER RE: PLAINTIFFS' MOTION TO MODIFY PRETRIAL ORDER NO. 1** |

Interim co-lead counsel for the indirect purchaser plaintiffs has filed a motion to modify Pretrial Order No. 1 in order to take two depositions. (Docket No. 256). The Court will hold a hearing on the motion on August 14, 2007 at 11:00 a.m. Counsel may appear by telephone. The Court wishes to hear from the moving plaintiffs, counsel for defendant AU Optronics Corporation, and intervenor United States Department of Justice. Defendant AU Optronics Corporation should be prepared to discuss whether defendant will agree to make Mr. Lee and Dr. Hsiung available for deposition after these individuals resign from AU Optronics Corporation.

**IT IS SO ORDERED.**

Dated: August 9, 2007

SUSAN ILLSTON
United States District Judge