1  NIALL E. LYNCH (CSBN 157959)
   MICHAEL L. SCOTT (CSBN 165452)
2  ALEXANDRA J. SHEPARD (CSBN 205143)
   HEATHER S. TEWKSBURY (CSBN 222202)
3  DAVID J. WARD (CSBN 239504)
   Antitrust Division
4  U.S. Department of Justice
   450 Golden Gate Avenue
5  Box 36046, Room 10-0101
   San Francisco, CA  94102
6  Telephone:  (415) 436-6660

7  Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates to<br>All Indirect Purchaser Cases | No. M-07-1827-SI<br>MDL No. 1827<br><br>Date:  August 14, 2007<br>Time:  11:00 a.m.<br>Court:  Hon. Susan Illston |

**[PROPOSED] ORDER TO SEAL THE
DECLARATION OF HEATHER S. TEWKSBURY IN SUPPORT OF THE UNITED
STATES' OPPOSITION TO INDIRECT PURCHASER PLAINTIFFS' EX PARTE
APPLICATION FOR AN ORDER SHORTENING TIME**

PROPOSED ORDER TO SEAL TEWKSBURY DECL. ISO OPP. TO EX PARTE APPLIC.
CV-07-1827-SI
MDL 1827-SI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION

This Document Relates to
All Indirect Purchaser Cases

)
)
)
)
)
)
)
)
)
)
)
)

No. M-07-1827-SI
MDL No. 1827

Date: August 14, 2007
Time: 11:00 a.m.
Court: Hon. Susan Illston

**[PROPOSED] ORDER TO SEAL THE
DECLARATION OF HEATHER S. TEWKSBURY IN SUPPORT OF THE UNITED
STATES' OPPOSITION TO INDIRECT PURCHASER PLAINTIFFS' EX PARTE
APPLICATION FOR AN ORDER SHORTENING TIME**

Upon application of the Antitrust Division of the United States Department of Justice, and good cause appearing therefore, IT IS HEREBY ORDERED that the Declaration of Heather S. Tewksbury in Support of the United States' Opposition to Indirect Purchaser Plaintiffs' Ex Parte Application for an Order Shortening Time be sealed.

Date: __8/14/07__, 2007

_____
United States District Court Judge

2