IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION / | No. M 07-1827 SI<br>MDL. No. 1827 |
| This Order Relates to:<br>ALL CASES / | **ORDER DENYING WITHOUT PREJUDICE MISCELLANEOUS ADMINISTRATIVE REQUESTS FOR ISSUANCE OF LETTERS ROGATORY** |

Several parties have filed ex parte miscellaneous administrative requests for issuance of letters rogatory (including Docket No. 23 in 07-0045 and No. 58 in 06-7588). These requests were filed prior to the Court's appointment of liaison and interim co-lead counsel in Pretrial Order No. 3. As set forth in that order, liaison counsel serves as a contact point between the parties and the Court, and plaintiffs may present to the Court administrative matters such as the instant miscellaneous requests through liaison counsel.

Accordingly the Court DENIES the pending requests without prejudice to renewal through the proper procedures. If counsel wish to renew their requests, they are directed to work with plaintiffs' liaison counsel and interim co-lead counsel, and coordinate their efforts such that a single request is presented to the Court by liaison counsel.

**IT IS SO ORDERED.**

Dated: September 6, 2007

_Susan Illston_
SUSAN ILLSTON
United States District Judge