FRANCIS O. SCARPULLA (41059)
CRAIG C. CORBITT (83251)
MATTHEW R. SCHULTZ (220641)
QIANWEI FU (242669)
ZELLE HOFMANN VOELBEL MASON & GETTE, LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: 415-639-0700
Facsimile: 415-693-0770
ccorbitt@zelle.com

JOSEPH M. ALIOTO (42680)
THERESA D. MOORE (99978)
ANGELINA ALIOTO-GRACE (206899)
JOSEPH M. ALIOTO, JR. (215554)
ALIOTO LAW FIRM
555 California Street, 31st Floor
San Francisco, CA 94104
Telephone: 415-434-8900
Facsimile: 415-434-9200
jaliotojr@aliotolaw.com

JACK W. LEE, Esq. [SBN 71626]
BRAD YAMAUCHI, Esq. [SBN 73245]
B. MARK FONG, Esq. [SBN 99672]
HUGO A. ZIA, Esq. [SBN 122599]
MINAMI TAMAKI LLP
360 Post Street, 8th Floor
San Francisco, California 94108-4903
Telephone: (415) 788-9000
Facsimile: (415) 398-3887
jlee@MinamiTamaki.com

Interim Co-Lead and Liaison Counsel for Indirect Purchaser Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) ) | Case No. C-06-07588 SI<br><br>Master File No. C07-1827 SI<br><br>MDL No. 1827<br><br>REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE |
| This Document Relates to:<br><br>CANDACE ROWLETTE, a Florida resident; | | |

1
REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY)

| | |
|---|---|
| and MICHAEL FRANCIS AYERS, a Massachusetts resident, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br>   v.<br><br>LG PHILIPS LCD CO., LTD.; LG PHILIPS LCD AMERICA, INC.; LG ELECTRONICS IND.,; SAMSUNG ELECTRONICS CO., LTD.; NEC CORPORATION; NEC ELECTRONICS AMERICA, INC.; NEC LCD TECHNOLOGIES LTD.; HITACHI LTD.; HITACHI DISPLAYS, LTD.; HITACHI ELECTRONICS DEVICES (USA), INC.; HITACHI AMERICA LTD.; IDT INTERNATIONAL LTD.;CMO JAPAN CO., LTD; INTERNATIONAL DISPLAY TECHNOLOGY USA INC.; IPS ALPHA TECHNOLOGY, LTD.; ROYAL PHILIPS ELECTRONICS NV; SANYO EPSON IMAGING DEVICES CORPORATION; SANYO ELECTRIC COL, LTD.; SEIKO EPSON CORPORATION; SHARP CORPORATION; SHARP ELECTRONICS CORPORATION; SONY CORPORATION; TOSHIBA CORPORATION; TOSHIBA MATSUSHITA DISPLAY TECHNOLOGY CO. LTD.; MITSUBISHI ELECTRIC CORPORATION; AU OPTRONICS CORP.; AU OPTRONICS CORPORATION AMERICA; CHI MEI OPTOELECTRONICS CORPORATION; CHI MEI OPTOELECTRONICS USA, INC.; CHUNGHWA PICTURE TUBES, LTD.; HANNSTAR DISPLAY CORPORATION,<br><br>        Defendants. | (LETTER ROGATORY) |

The United States District Court Northern District of California presents its compliments to the Appropriate Judicial Authority of Taiwan, and requests international assistance to effect service of process to be used in a civil proceeding before this Court in the above captioned matter.

2
REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY)

**I.     REQUEST**

This Court requests the assistance described herein as necessary in the interests of justice. The assistance requested is that the Appropriate Judicial Authority of Taiwan effect Service of Process of: Amended Summons in a Civil Case; Amended Class Action Complaint; Pretrial Order No. 5: Case Management; Judge Illston's Standing Order; Standing Order Re: Cases Designated for Electronic Filing; Case Management Conference Order; *Dispute Resolution Procedures in the Northern District of California* handbook; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; the United States District Court for the Northern District of California's ECF Registration Information Handout; and Certified Translations of these documents on the below-named corporation:

    AU Optronics Corporation
    No. 1, Li-Hsin Rd. 2, Hsinchu Science Park
    Hsinchu 30078, Taiwan;

The Appropriate Judicial Authority of Taiwan is requested to serve the documents listed above by personal service into the hands of a director, managing agent or other person authorized to accept service at the above listed address or in any manner prescribed for the service of such documents consistent with the law of Taiwan.

**II.    FACTS OF THE CASE**

The Complaint in this action was been filed under Section 16 of the Clayton Act, (15 U.S.C. § 26), to obtain injunctive relief for violations of Section 1 of the Sherman Act, (15 U.S.C. § 1), and to recover damages and/or restitution under various state antitrust and consumer protection laws, including to recover the costs of suit, and reasonable attorneys' fees. This Court has jurisdiction over the federal claims under 28 U.S.C. §§ 1331 and 1337. The Court has jurisdiction over the state law claims under 28 U.S.C. § 1367.

There are two general categories of cases in these related actions: (1) those brought under federal law on behalf of direct purchasers; and (2) those brought generally under state law on behalf of indirect purchasers, for which there are over seventy complaints covering twenty-three

different states. All plaintiffs allege that they purchased Thin Film Transistor Liquid Crystal Display products ("TFT-LCD Products") either directly or indirectly from defendants or from their alleged co-conspirators. Plaintiffs claim damages caused by the defendants' conspiracy to fix prices on TFT-LCD Products sold in the United States and elsewhere. The plaintiffs allege the conspiracy began in November 1, 1998 and continued through at least December 31, 2006 (the "Class Period").

In or about December of 2006, the Antitrust Division of the United States Department of Justice ("DOJ") sent out subpoenas to various companies in connection with an investigation of cartel activity in the TFT-LCD industry. Several of these companies being investigated have already pled guilty to price-fixing in the DRAM industry and have paid substantial fines to the DOJ for those unlawful activities.

## III. RECIPROCITY

The United States District Court for the Northern District of California would be willing to provide similar assistance to the Appropriate Judicial Authority of Taiwan.

## IV. REIMBURSEMENT FOR COSTS

Lead and Liaison Counsel for the Indirect-Purchaser Plaintiffs have represented that they are willing to reimburse the appropriate Judicial Authority of Taiwan for costs incurred in executing this Letter Rogatory in an amount not to exceed One Thousand Five Hundred dollars ($1500.00). If the costs for executing this Letter Rogatory will exceed US $1500, please contact Lead and Liaison Counsel for the Indirect-Purchaser Plaintiffs before exceeding this amount. Their contact information is as follows:

>    Francis O. Scarpulla
>    Zelle Hofmann Voebel Mason & Gette LLP
>    44 Montgomery Street, Suite 3400
>    San Francisco, CA 94104.
>    Phone: (415) 693-0700; Fax: (415) 693-0770.
>
>    Jack W. Lee
>    Minami Tamaki LLP
>    360 Post Street, 8th Fl.

4
REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY)

San Francisco, CA 94108
Phone: (415) 788-9000; Fax: (415) 398-3887

In acknowledgment of the additional time which is needed to prepare and file a responsive pleading to the attached documents, the time period is extended to 45 days after service.

The Court extends to the Appropriate Judicial Authorities of Taiwan assurances of its highest consideration.

DATED: 10/23/07    By: /s/ Susan Illston

Hon. Susan Illston
United States District Judge
450 Golden Gate Ave, San Francisco, CA 94102
(415) 522-2028 (Tracy Sutton, Calendar Clerk)
(415) 22-2068 (Yumiko Saito, Docket Clerk)

#3170435v1

5
REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY)