UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. C-07-1827 SI <br><br> MDL No. 1827 |
| This Document Relates To: <br><br> ALL DIRECT PURCHASER ACTIONS | **[PROPOSED] ORDER RE ISSUANCE OF LETTERS ROGATORY** |

This matter came before the Court pursuant to Civil Local Rule 7-11. Having considered plaintiffs' request and any opposition, and GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT:

Plaintiffs' request for the issuance of letters rogatory for the purpose of effecting service of process on defendants AU Optronics, Chi Mei Corporation, Chi Mei Optoelectronics Corporation, Chunghwa Picture Tubes Ltd. and HannStar Display Corporation in Taiwan is GRANTED.

Dated: _____, 2007.

_____
Hon. Susan Illston
United States District Judge

lcd.025

1
[PROPOSED] ORDER RE ISSUANCE OF LETTERS ROGATORY; Case No. C-07-1827 SI