BRUCE L. SIMON (96241)
PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP
44 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008

RICHARD M. HEIMANN (63607)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs

GUIDO SAVERI (22349)
R. ALEXANDER SAVERI (173102)
CADIO ZIRPOLI (179108)
MELISSA C. SHAPIRO (242724)
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111-5619
Telephone: (415) 217-6810
Facsimile: (415) 217-6813
guido@saveri.com
rick@saveri.com

ELIZABETH C. PRITZKER (146267)
GIRARD GIBBS, LLP
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dcg@girardgibbs.com
ecp@girardgibbs.com

Liaison Counsel for Direct Purchaser Plaintiffs

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION** | Case No. C-07-1827 SI |
| | MDL No. 1827 |
| This Document Relates To: | **REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY)** |
| ALL DIRECT PURCHASER ACTIONS | |

1
REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY); Case No. C-07-1827 SI

The United States District Court for the Northern District of California presents its compliments to the Appropriate Judicial Authority of Taiwan, and requests international assistance to effect Service of Process to be used in a civil proceeding before this Court in the above captioned matter.

**I.      REQUEST**

This Court requests the assistance described herein as necessary in the interests of justice. The assistance requested is that the Appropriate Judicial Authority of Taiwan effect Service of Process of the Summons in a Civil Case, the First Amended Complaint, Judge Illston's current Case Management Order, Pretrial Order No. 5 (Docket No. 301), Judge Illston's pertinent Standing Orders ("Judge Illston's Standing Order"; Standing Order Re: Cases Designated for Electronic Filing; and Judge Illston's Case Management Conference Order), Pretrial Order No. 4: Appointment of the Honorable Fern M. Smith as Special Master (Docket No. 244), *Dispute Resolution Procedures in the Northern District of California* handbook, the Notice of Availability of Magistrate Judge to Exercise Jurisdiction and the ECF Registration Information Handout, as well as the Certified Translations of these documents, on the below named business entity, a named defendant in this action:

>    AU Optronics
>    No. 1, Li-Hsin Rd. 2
>    Hsinchu Science Park
>    Hsinchu 30078
>    Taiwan

The Appropriate Judicial Authority of Taiwan is requested to serve the documents listed above by personal service into the hands of a director, managing agent or other person authorized to accept service, or in a manner of service consistent with the laws of Taiwan.

**II.     FACTS OF THIS CASE**

Plaintiffs, who purchased in the United States Thin Film Transistor Liquid Crystal Displays ("TFT-LCD") directly from foreign or domestic defendants or their subsidiaries, agents, joint ventures, affiliates, partnerships or associated entities on or about January 1, 1998 through the present, bring this case as a class action. Defendants are leading manufacturers of TFT-LCDs and control the majority of the TFT-LCD industry. Plaintiffs allege that, from at least January 1, 1998 to the present, defendants conspired, combined and contracted to fix, raise, maintain, and stabilize the prices at which TFT-LCDs

were sold in the United States. Beginning at least as early as January 1, 1998, the exact date being unknown to Plaintiffs, defendants by and through their officers, directors, employees, agents, or other representatives, entered in a continuing contract, combination or conspiracy to unreasonably restrain trade and commerce in violation of Section 1 of the Sherman Antitrust Act, 15 U.S.C. §1. As a result, Plaintiffs were forced to pay more for TFT-LCDs than they would have paid in a competitive TFT-LCD market. For its injuries, Plaintiffs are requesting treble damages and an injunction enjoining defendants' anti-competitive activity under sections 4 and 16 of the Clayton Act, 15 U.S.C. §§ 15 and 26.

### III. RECIPROCITY

The United States District Court for the Northern District of California is willing to provide similar assistance to the judicial authorities of Taiwan.

### IV. REIMBURSEMENT FOR COSTS

Counsel for Plaintiffs is willing to ensure reimbursement to the judicial authorities of Taiwan for costs incurred in executing this letter rogatory. If the cost of executing this Court's letter rogatory exceeds $500.00, the judicial authorities of Taiwan are requested to contact the following counsel for Plaintiff:

>R. Alexander Saveri
>Saveri & Saveri, Inc.
>111 Pine Street, Suite 1700
>San Francisco, CA 94111
>Telephone: 415-217-6810
>Facsimile: 415-217-6813

Dated: _____, 2007.

[COURT SEAL]

_____
The Honorable Susan Illston
United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102
United States of America

lcd.034

3
REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY); Case No. C-07-1827 SI