|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. M:07-1827 SI<br>MDL NO. 1827 |
|---|---|
| This Document Relates To:<br><br>ALL CASES | **[PROPOSED] ORDER MODIFYING TIME FOR FILING RESPONSES TO MOTION TO MODIFY THE <u>SEPTEMBER 25, 2007 STAY ORDER</u>** |

FOR GOOD CAUSE SHOWN, the Court hereby grants the parties' stipulated request for Order Modifying Time for Filing Responses to Motion to Modify the September 25, 2007 Stay Order. The following dates are hereby set:

November 30, 2007 – Responses to Motion to be filed.

December 7, 2007 – Reply Brief, if any, to be filed.

December 14, 2007, 9:00 a.m. – Hearing on Motion.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE