BRUCE L. SIMON (96241)
PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP
44 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008

RICHARD M. HEIMANN (63607)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs

GUIDO SAVERI (22349)
R. ALEXANDER SAVERI (173102)
CADIO ZIRPOLI (179108)
MELISSA C. SHAPIRO (242724)
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111-5619
Telephone: (415) 217-6810
Facsimile: (415) 217-6813
guido@saveri.com
rick@saveri.com

ELIZABETH C. PRITZKER (146267)
GIRARD GIBBS, LLP
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dcg@girardgibbs.com
ecp@girardgibbs.com

Liaison Counsel for Direct Purchaser Plaintiffs

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. C-07-1827 SI |
| | MDL No. 1827 |
| This Document Relates To: | **REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY)** |
| ALL DIRECT PURCHASER ACTIONS | |

1

REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY); Case No. C-07-1827 SI

The United States District Court for the Northern District of California presents its compliments to the Appropriate Judicial Authority of Taiwan, and requests international assistance to effect Service of Process to be used in a civil proceeding before this Court in the above captioned matter.

## I. REQUEST

This Court requests the assistance described herein as necessary in the interests of justice. The assistance requested is that the Appropriate Judicial Authority of Taiwan effect Service of Process of the Summons in a Civil Case; Direct Purchaser Plaintiffs' Consolidated Complaint with attached Exhibit A; Pretrial Order No. 5: Case Management; Judge Illston's Standing Order; Standing Order Re: Cases Designated for Electronic Filing; Case Management Conference Order; Pretrial Order No. 4: Appointment of the Honorable Fern M. Smith as Special Master; Dispute Resolution Procedures in the Northern District of California handbook; Notice of Availability of Magistrate Judge to Exercise Jurisdiction; ECF Registration Information Handout and Certified Translations on the below named business entity, a named defendant in this action:

> HannStar Display Corporation
> No. 480, Rueiguang Road, 12th Floor
> Neihu Chiu, Taipei 114
> Taiwan

The Appropriate Judicial Authority of Taiwan is requested to serve the documents listed above by personal service into the hands of a director, managing agent or other person authorized to accept service, or in a manner of service consistent with the law of Taiwan.

## II. FACTS OF THIS CASE

Plaintiffs, who purchased, in the United States, Thin Film Transistor Liquid Crystal Displays ("TFT-LCD") directly from defendants between January 1, 1996 and December 11, 2006, bring this case as a class action. Defendants are leading manufacturers of TFT-LCDs and control the majority of the TFT-LCD industry. Plaintiffs allege that, between January 1, 1996 and December 11, 2006, defendants conspired, combined and contracted to fix, raise, maintain, and stabilize the prices at which TFT-LCDs were sold in the United States. Beginning at least as early as January 1, 1996, the exact date being unknown to Plaintiffs, defendants, by and through their officers, directors, employees, agents, or other representatives, entered in a continuing contract, combination or conspiracy to unreasonably restrain

2
REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY); Case No. C-07-1827 SI

trade and commerce in violation of Section 1 of the Sherman Antitrust Act, 15 U.S.C. §1. As a result, Plaintiffs were forced to pay more for TFT-LCDs than they would have paid in a competitive TFT-LCD market. For their injuries, Plaintiffs are requesting treble damages and an injunction enjoining defendants' anti-competitive activity under sections 4 and 16 of the Clayton Act, 15 U.S.C. §§ 15 and 26.

### III. RECIPROCITY

The United States District Court for the Northern District of California is willing to provide similar assistance to the judicial authorities of Taiwan.

### IV. REIMBURSEMENT FOR COSTS

Counsel for Plaintiffs is willing to ensure reimbursement to the judicial authorities of Taiwan for costs incurred in executing this letter rogatory. If the cost of executing this Court's letter rogatory exceeds $500.00, the judicial authorities of Taiwan are requested to contact the following counsel for Plaintiff:

> R. Alexander Saveri
> Saveri & Saveri, Inc.
> 111 Pine Street, Suite 1700
> San Francisco, CA 94111
> Telephone: 415-217-6810
> Facsimile: 415-217-6813

In acknowledgment of the additional time which is needed to prepare and file a responsive pleading to the attached documents, the time period is extended to 45 days after service.

Dated: 11/20/07, 2007.

[COURT SEAL]

_____
The Honorable Susan Illston
United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102
United States of America

lcd.050

3
REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY); Case No. C-07-1827 SI