1  BRUCE L. SIMON (96241)
   PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP
2  44 Montgomery Street, Suite 1200
   San Francisco, CA 94104
3  Telephone: (415) 433-9000
   Facsimile: (415) 433-9008
4
   RICHARD M. HEIMANN (63607)
5  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 30th Floor
6  San Francisco, CA 94111
   Telephone: (415) 956-1000
7  Facsimile: (415) 956-1008

8  Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs

9  GUIDO SAVERI (22349)                         ELIZABETH C. PRITZKER (146267)
   R. ALEXANDER SAVERI (173102)                 GIRARD GIBBS, LLP
10 CADIO ZIRPOLI (179108)                       601 California Street, 14th Floor
   MELISSA C. SHAPIRO (242724)                  San Francisco, CA 94108
11 SAVERI & SAVERI, INC.                        Telephone: (415) 981-4800
   111 Pine Street, Suite 1700                  Facsimile: (415) 981-4846
12 San Francisco, CA 94111-5619                 *dcg@girardgibbs.com*
   Telephone: (415) 217-6810                    *ecp@girardgibbs.com*
13 Facsimile: (415) 217-6813
   *guido@saveri.com*                           Liaison Counsel for Direct Purchaser Plaintiffs
14 *rick@saveri.com*

15 Attorneys for Plaintiffs

16
17                          UNITED STATES DISTRICT COURT
18                         NORTHERN DISTRICT OF CALIFORNIA
                                SAN FRANCISCO DIVISION
19

20 | **IN RE: TFT-LCD (FLAT PANEL)** | Case No. C-07-1827 SI |
   | **ANTITRUST LITIGATION** | |
21 | | MDL No. 1827 |
22 | | **REQUEST FOR INTERNATIONAL** |
   | This Document Relates To: | **JUDICIAL ASSISTANCE** |
23 | | **(LETTER ROGATORY)** |
24 | ALL DIRECT PURCHASER ACTIONS | |
25 | | |

26
27
28
                                           1
   REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY); Case No. C-07-1827 SI

1  The United States District Court for the Northern District of California presents its compliments
2  to the Appropriate Judicial Authority of Taiwan, and requests international assistance to effect Service of
3  Process to be used in a civil proceeding before this Court in the above captioned matter.

**I.  REQUEST**

This Court requests the assistance described herein as necessary in the interests of justice. The assistance requested is that the Appropriate Judicial Authority of Taiwan effect Service of Process of the Summons in a Civil Case; Direct Purchaser Plaintiffs' Consolidated Complaint with attached Exhibit A; Pretrial Order No. 5: Case Management; Judge Illston's Standing Order; Standing Order Re: Cases Designated for Electronic Filing; Case Management Conference Order; Pretrial Order No. 4: Appointment of the Honorable Fern M. Smith as Special Master; Dispute Resolution Procedures in the Northern District of California handbook; Notice of Availability of Magistrate Judge to Exercise Jurisdiction; ECF Registration Information Handout and Certified Translations on the below named business entity, a named defendant in this action:

> Chi Mei Optoelectronics Corporation
> No. 3, Sec. 1, Huanshi Road
> Southern Taiwan Science Park, Sinshih Township
> Tainan County, 74147
> Taiwan

The Appropriate Judicial Authority of Taiwan is requested to serve the documents listed above by personal service into the hands of a director, managing agent or other person authorized to accept service, or in a manner of service consistent with the law of Taiwan.

**II.  FACTS OF THIS CASE**

Plaintiffs, who purchased, in the United States, Thin Film Transistor Liquid Crystal Displays ("TFT-LCD") directly from defendants between January 1, 1996 and December 11, 2006, bring this case as a class action. Defendants are leading manufacturers of TFT-LCDs and control the majority of the TFT-LCD industry. Plaintiffs allege that, between January 1, 1996 and December 11, 2006, defendants conspired, combined and contracted to fix, raise, maintain, and stabilize the prices at which TFT-LCDs were sold in the United States. Beginning at least as early as January 1, 1996, the exact date being unknown to Plaintiffs, defendants, by and through their officers, directors, employees, agents, or other

representatives, entered in a continuing contract, combination or conspiracy to unreasonably restrain trade and commerce in violation of Section 1 of the Sherman Antitrust Act, 15 U.S.C. §1. As a result, Plaintiffs were forced to pay more for TFT-LCDs than they would have paid in a competitive TFT-LCD market. For their injuries, Plaintiffs are requesting treble damages and an injunction enjoining defendants' anti-competitive activity under sections 4 and 16 of the Clayton Act, 15 U.S.C. §§ 15 and 26.

### III. RECIPROCITY

The United States District Court for the Northern District of California is willing to provide similar assistance to the judicial authorities of Taiwan.

### IV. REIMBURSEMENT FOR COSTS

Counsel for Plaintiffs is willing to ensure reimbursement to the judicial authorities of Taiwan for costs incurred in executing this letter rogatory. If the cost of executing this Court's letter rogatory exceeds $500.00, the judicial authorities of Taiwan are requested to contact the following counsel for Plaintiff:

> R. Alexander Saveri
> Saveri & Saveri, Inc.
> 111 Pine Street, Suite 1700
> San Francisco, CA 94111
> Telephone: 415-217-6810
> Facsimile: 415-217-6813

In acknowledgment of the additional time which is needed to prepare and file a responsive pleading to the attached documents, the time period is extended to 45 days after service.

Dated: 11/20/07, 2007.

[COURT SEAL]

_____
The Honorable Susan Illston
United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102
United States of America

lcd.049

3
REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY); Case No. C-07-1827 SI