1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL ANTITRUST LITIGATION | Master File No.  M 07-1827 SI |
| | MDL. No. 1827 |
| This document relates to: | CLASS ACTION |
| ALL INDIRECT PURCHASER ACTIONS. | **[PROPOSED] ORDER RE ISSUANCE OF LETTERS ROGATORY** |

This matter came before the Court pursuant to Civil Local Rule 7-11. Having considered the Request, and GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT:

Plaintiff's request for issuance of letters rogatory for the purpose of effecting service of process on Defendants AU Optronics and Chi Mei Optoelectronics in Taiwan is GRANTED.

Dated:  December _____, 2007

_____
The Honorable Susan Illston
United States District Judge

-1-

[PROPOSED] ORDER RE ISSUANCE OF LETTERS ROGATORY AND RELIEF FROM CIVIL L.R. 4-2