Francis O. Scarpulla (41059)
ZELLE HOFMANN VOELBEL MASON & GETTE LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: 415) 693-0770
E-mail: fscarpulla@zelle.com

Joseph M. Alioto (No. 42680)
THE LAW FIRM OF JOSEPH M. ALIOTO
1 Embarcadero Center, Suite 4000
San Francisco, CA 94111
Telephone: (415) 434-8900
Facsimile: (415) 434-9200
E-mail: esexton@aliotolaw.com

*Interim Co-Lead Counsel for Putative Indirect Purchaser Class*

Jack W. Lee
MINAMI TAMAKI LLP
360 Post Street, 8th Floor
San Francisco, CA 94108-4903
Telephone: (415) 788-9000
Facsimile: (415) 398-3887
E-mail: JLee@MinamiTamaki.com

*Interim Laison Counsel For Putative Indirect Purchaser Class*

IT IS SO ORDERED
Judge Susan Illston

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE LCD-TFT (FLAT PANEL) ANTITRUST LITIGATION** | Master File No. M 07-1827 SI<br>MDL. No. 1827 |

| | |
|---|---|
| This Document Relates To:<br><br>All Indirect Purchaser Actions | **ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY E-FILED DOCUMENT NO. 374 AND ORDER THEREON TO WITHDRAW SAID DOCUMENT**<br><br>Local Rules 7.1 and F.R.C.P. 60<br><br>Date:  TBA<br>Time:  TBA<br>Courtroom: 10 |

I, Ronald D. Foreman, declare that if called to testify in this matter that I would testify as hereinafter stated:

1. I am one of the attorneys for the Plaintiffs in the above-entitled matter.

2. On Thursday, November 15, 2007, our office inadvertently filed the Bills of Costs pursuant to Pretrial Order No. 3, Part II, with the Clerk of the Court for the Northern District of California, San Francisco Division. The Bill of Costs should have been filed with Jack W. Lee as Indirect Purchaser Interim Liaison Counsel, not the Clerk of the Court.

3. Upon learning of this error, we immediately notified the ECF Helpdesk at ecfhelpdesk@candd.uscourts.gov to place a temporary lock on the document to prevent access. In addition, we called the Clerk of the Court in Department 10 to confirm that the temporary lock was placed on Docket No. 374. I than prepared this Administrative Motion to Remove Incorrectly E-Filed Document No. 374 and Order Thereon to Withdraw Said Document.

4. Good cause exists for the granting of this Administrative Motion For Relief as the Bill of Costs were filed in error with the Court rather than with Interim Liaison Counsel. The contents of the Bill of Costs reflect work that is protected by the work-product

1 privilege. The granting of this Motion will prevent the taking of undue advantage of an adversaries industry and efforts through inappropriate disclosure.

5. By this Administrative Motion, it is respectfully requested that this Court grant the requested relief and that Docket No. 374 be withdrawn.

I declare, under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: November 15, 2007                                          FOREMAN & BRASSO


                                                          By: _____/s/_____
                                                                 Ronald D. Foreman