1  Bruce L. Simon (State Bar No. 96241)
   PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP
2  44 Montgomery Street, Suite 1200
   San Francisco, CA 94104
3  Telephone:   (415) 433-9000
   Facsimile:   (415) 433-9008
4
   Richard M. Heimann (State Bar No. 63607)
5  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 30th Floor
6  San Francisco, CA 94111-3339
   Telephone:   (415) 956-1000
7  Facsimile:   (415) 956-1008

8  *Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. C07-1827 SI |
|---|---|
|  | MDL No. 1827 |
| This Document Relates to:<br><br>ALL DIRECT PURCHASER ACTIONS. | **STIPULATION OF DISMISSAL OF EPSON IMAGING DEVICES CORPORATION; [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED by and between the Direct Purchaser Plaintiffs and Defendant Epson Imaging Devices Corporation through their designated counsel, that the above-captioned action be dismissed without prejudice against Defendant Epson Imaging Devices Corporation only, pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear their own attorneys' fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

1  SO STIPULATED.

2  DATED: January 10, 2008                    **PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP**

By: /s/ Bruce L. Simon
BRUCE L. SIMON
*Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs and the Proposed Class*

DATED: January 10, 2008                    **LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**

By: /s/ Richard M. Heimann
RICHARD M. HEIMANN
*Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs and the Proposed Class*

DATED: January 10, 2008                    **PAUL, HASTINGS, JANOFSKY & WALKER, LLP**

By: /s/ Kevin C. McCann
KEVIN C. McCANN
*Attorney for Defendant EPSON IMAGING DEVICES CORPORATION*

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from Richard M. Heimann and Kevin C. McCann.

## [PROPOSED] ORDER

Good cause appearing, Defendant Epson Imaging Devices Corporation is dismissed without prejudice from the Direct Purchaser Actions.

IT IS SO ORDERED.

DATED: _____, 2008                    _____
The Honorable Susan Illston
United States District Court Judge