# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | ) ) ) ) | Master File No. M07-1827 SI |
| | | MDL No. 1827 |
| This Documents Relates to: | ) ) | **[PROPOSED] ORDER GRANTING KONINKLIJKE PHILIPS ELECTRONICS N.V.'S MOTION TO DISMISS THE DIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT** |
| ALL DIRECT PURCHASER ACTIONS | ) ) ) ) ) | |
| | ) ) ) ) | Date: April 30, 2008 Time: 2:00 P.M. Judge: The Honorable Susan Illston |

WHEREAS, on February 19, 2008, Defendant Koninklijke Philips Electronics N.V. ("Royal Philips") filed its *Motion to Dismiss the Direct Purchaser Plaintiffs' Consolidated Amended Complaint* (the "Motion");

WHEREAS, Plaintiffs have filed submissions in opposition to the Motion;

WHEREAS, Royal Philips has filed reply submissions in further support of the Motion;

WHEREAS, this Court has heard oral argument on the Motion on April 30, 2008;

WHEREAS, this Court has reviewed and considered the written submissions and oral arguments of the parties in connection with the Motion;

1

SULLIVAN & CROMWELL LLP

[PROPOSED] ORDER GRANTING KONINKLIJKE PHILIPS ELECTRONICS N.V.'S MOTION TO DISMISS
THE DIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT
MASTER FILE NO. M 07-1827 SI

1    WHEREAS, this Court has determined that the Court lacks personal jurisdiction over
2 Royal Philips in connection with this action;

3    WHEREAS, this Court has further determined that the claim asserted against Royal
4 Philips in the *Direct Purchaser Plaintiffs' Consolidated Amended Complaint* fails to state a claim as to
5 which relief can be granted;

6    WHEREAS, this Court finds that good cause exists to grant the Motion in full;

7    NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

8    1. Pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, this Court does not
9 have jurisdiction over Defendant Koninklijke Philips Electronics N.V.;

10   2. Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, the *Direct*
11 *Purchaser Plaintiffs' Consolidated Amended Complain*t fails to state a claim upon which relief can be
12 granted;

13   3. Accordingly, the Motion is hereby GRANTED in its entirety; and

14   4. Plaintiffs' Complaint is hereby DISMISSED WITH PREJUDICE as to Defendant
15 Koninklijke Philips Electronics N.V.

16 Dated: _____

17                                     _____
                                        The Honorable Susan Illston
18                                      United States District Judge

2
[PROPOSED] ORDER GRANTING KONINKLIJKE PHILIPS ELECTRONICS N.V.'S MOTION TO DISMISS
THE DIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT
MASTER FILE NO. M 07-1827 SI

SULLIVAN & CROMWELL LLP

Submitted by:

 /s/ Brendan P. Cullen
Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
 SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:    (650) 461-5600
Facsimile:    (650) 461-5700

Garrard R. Beeney (NY Reg. No. 1656172)
(beeneyg@sullcrom.com)
Theodore Edelman (NY Reg. No. 1909332)
(edelmant@sullcrom.com)
Bradley P. Smith (NY Reg. No. 2899540)
(smithbr@sullcrom.com)
Matthew S. Fitzwater (NY Reg. No. 4079646)
(fitzwaterm@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:    (212) 558-4000
Facsimile:    (212) 558-3588

Attorneys for Defendant Koninklijke Philips Electronics, N.V.

SULLIVAN & CROMWELL LLP

3

[PROPOSED] ORDER GRANTING KONINKLIJKE PHILIPS ELECTRONICS N.V.'S MOTION TO DISMISS
THE DIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT
MASTER FILE NO. M 07-1827 SI