```
 1  KENT M. ROGER, State Bar No. 95987
    REBECCA A. FALK, State Bar No. 226798
 2  CHRISTINE S. SAFRENO, State Bar No. 251970
    MICHELLE M. KIM, State Bar No. 252901
 3  MORGAN, LEWIS & BOCKIUS, LLP
    One Market, Spear Street Tower
 4  San Francisco, CA  94105-1126
    Tel: (415) 442-1000
 5  Fax: (415)442-1001

 6  Attorneys for

 7  HITACHI AMERICA, LTD. AND DEFENDANT
    IPS ALPHA TECHNOLOGY, LTD.
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re TFT-LCD (Flat Panel) Antitrust Litigation | MDL No. 1827 |
|---|---|
| | **STIPULATION AND [PROPOSED] ORDER REGARDING REMOVAL OF REFERENCES TO HITACHI AMERICA, LTD. AND IPS ALPHA TECHNOLOGY, LTD. FROM INDIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PHILADELPHIA

1-SF/7660210.1                                             USDC – N.D. of CA MDL No. 1827
STIPULATION AND [PROPOSED] ORDER RE REMOVAL OF REFERENCES TO HITACHI AMERICA,
LTD. AND IPS ALPHA TECHNOLOGY, LTD. FROM INDIRECT PURCHASER PLAINTIFFS' COMPLAINT

1    WHEREAS, Indirect Purchaser Plaintiffs filed a Consolidated Amended Complaint in the above-captioned case on November 5, 2007;

WHEREAS, Plaintiffs agree that the reference to Hitachi America, Ltd. ("HAL") in Paragraph 89 of the Consolidated Amended Complaint was inadvertent, and that Plaintiffs did not intend to and have not named HAL as a defendant in this action;

WHEREAS Plaintiffs further agree that Defendant IPS Alpha Technology, Ltd. ("IPS Alpha") should not have been included in the collective reference to "Hitachi" in Paragraph 89 of the Consolidated Amended Complaint.

PLAINTIFFS, HAL, AND DEFENDANT IPS ALPHA, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1. All references to HAL should be removed from the Indirect Purchasers' Consolidated Amended Complaint.

2. IPS Alpha should be removed from the collective reference to "Hitachi" in Paragraph 89 of the Indirect Purchasers' Consolidated Amended Complaint.

**IT IS SO STIPULATED.**

Dated: _____

Signature: _____

Francis O. Scarpulla
Craig C. Corbitt
Matthew R. Schultz
Qianwe Fu
Zelle Hofmann Voelbel Mason & Gette LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104

Counsel for Indirect Purchaser Plaintiffs

Dated: _____

Signature: _____

Kent M. Roger
Rebecca A. Falk
Christine S. Safreno
Michelle M. Kim
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126

Counsel for
Hitachi America, Ltd. and Defendant
IPS Alpha Technology, Ltd.

**IT IS SO ORDERED.**

Dated: _____

Signature: _____
Susan Illston
United States District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PHILADELPHIA

1   WHEREAS, Indirect Purchaser Plaintiffs filed a Consolidated Amended Complaint in the
2   above-captioned case on November 5, 2007;
3   WHEREAS, Plaintiffs agree that the reference to Hitachi America, Ltd. ("HAL") in
4   Paragraph 89 of the Consolidated Amended Complaint was inadvertent, and that Plaintiffs did not
5   intend to and have not named HAL as a defendant in this action;
6   WHEREAS Plaintiffs further agree that Defendant IPS Alpha Technology, Ltd. ("IPS
7   Alpha") should not have been included in the collective reference to "Hitachi" in Paragraph 89 of
8   the Consolidated Amended Complaint.
9   PLAINTIFFS, HAL, AND DEFENDANT IPS ALPHA, BY AND THROUGH THEIR
10  RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:
11      1.  All references to HAL should be removed from the Indirect Purchasers'
12  Consolidated Amended Complaint.
13      2.  IPS Alpha should be removed from the collective reference to "Hitachi" in
14  Paragraph 89 of the Indirect Purchasers' Consolidated Amended Complaint.
15  IT IS SO STIPULATED.
16  Dated: 2/15/08                                    Dated: 2-15-08
17  Signature: [signed] Francis O. Scarpulla           Signature: [signed] Kent M. Roger
18  Francis O. Scarpulla                               Kent M. Roger
    Craig C. Corbitt                                   Rebecca A. Falk
19  Matthew R. Schultz                                 Christine S. Safreno
    Qianwe Fu                                          Michelle M. Kim
20  Zelle Hofmann Voelbel Mason & Gette LLP            Morgan, Lewis & Bockius LLP
    44 Montgomery Street, Suite 3400                   One Market, Spear Street Tower
21  San Francisco, CA 94104                            San Francisco, CA 94105-1126
22  Counsel for Indirect Purchaser Plaintiffs          Counsel for
                                                       Hitachi America, Ltd. and Defendant
23                                                     IPS Alpha Technology, Ltd.
24  IT IS SO ORDERED.
25  Dated: _____
26  Signature: _____
                Susan Illston
27              United States District Judge
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PHILADELPHIA

I-SF/7660210.1                                  2                    USDC - N.D. of CA MDL 1827
STIPULATION AND [PROPOSED] ORDER RE REMOVAL OF REFERENCES TO HITACHI AMERICA,
LTD. AND IPS ALPHA TECHNOLOGY, LTD. FROM INDIRECT PURCHASER PLAINTIFFS' COMPLAINT