1  Bruce L. Simon (State Bar No. 096241)
   PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP
2  44 Montgomery Street, Suite 1200
   San Francisco, CA 94104
3  Telephone:   (415) 433-9000
   Facsimile:   (415) 433-9008
4
   Richard M. Heimann (State Bar No. 063607)
5  LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 30th Floor
6  San Francisco, CA 94111-3339
   Telephone:   (415) 956-1000
7  Facsimile:   (415) 956-1008

8  *Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs*

9  Francis O. Scarpulla (State Bar No. 41059)      Joseph M. Alioto (State Bar No. 42680)
   ZELLE HOFMANN VOELBEL MASON &                   ALIOTO LAW FIRM
10 GETTE LLP                                       555 California Street, Suite 3160
   44 Montgomery Street, Suite 3400                San Francisco, CA 94104
11 San Francisco, CA 94104                         Telephone:   (415) 434-8900
   Telephone:   (415) 693-0700                     Facsimile:   (415) 434-9200
12 Facsimile:   (415) 693-0770

13 *Interim Co-Lead Counsel for the Indirect Purchaser Plaintiffs*

14 Albert J. Boro, Jr. (State Bar No. 126657)
   PILLSBURY WINTHROP SHAW PITTMAN LLP
15 50 Fremont Street
   San Francisco, CA 94105
16 Telephone: (415) 983-1000
   Facsimile: (415) 983-1200
17
   *Defendants' Liaison Counsel*
18

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. M:07-1827 SI<br>MDL No. 1827 |
| This Document Relates To:<br><br>ALL CASES | **STIPULATION AND [PROPOSED] ORDER REGARDING PRESERVATION OF DOCUMENTS**<br>Date: None<br>Time: None<br>Courtroom: Hon. Susan Illston |

1      WHEREAS, on July 3, 2007, the Court ordered: "Until the parties agree on a
2 preservation plan or the Court orders otherwise, each party shall take reasonable steps to
3 preserve all documents, data and tangible things containing information potentially relevant
4 to the subject matter of this litigation." Pretrial Order #1 and Agenda for July 10, 2007
5 Status Conference, ¶ 10;
6      WHEREAS, on September 25, 2007, the Court ordered that "the parties, through
7 their working groups, shall meet and confer to discuss the scope of preservation and
8 production of electronically stored information, ESI protocols for the search and production
9 of data, the format in which the electronic data will be produced, and any other issues
10 regarding the search, production, and format of electronic data." Pretrial Order No. 5: Case
11 Management, ¶ 9;
12      WHEREAS, the parties have met and conferred in an attempt to narrow the issues in
13 dispute concerning preservation and production of electronically stored information ("ESI")
14 and other documents, and
15      WHEREAS, except as expressly set forth herein, nothing in this Stipulation shall
16 add to or detract from the rights and obligations of a party under applicable law, including
17 the Federal Rules of Civil Procedure.
18      NOW, THEREFORE, THE UNDERSIGNED PARTIES, ACTING BY AND
19 THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE
20 AND AGREE that:
21      1.    The Court's order of July 3, 2007 should be modified to provide that the
22 parties may resume ordinary document retention practices effective January 1, 2008.
23      2.    Pending further order of the Court, the parties will continue to preserve all
24 ESI and other documents that they have preserved to date pursuant to the Court's orders
25 and their duty to preserve documents.
26      3.    The parties will promptly exchange initial requests for production of
27 documents. The parties' obligations to respond to the initial requests for production or to
28

1  produce documents in response to such requests shall remain stayed pursuant to the Court's
2  stay order of September 25, 2007.
3      4.   The parties will promptly meet and confer regarding their initial requests for
4  production of documents, preservation practices and electronic systems with a view to
5  identifying and resolving or narrowing any issues regarding preservation, search, and
6  production of documents in the litigation. These issues will include relevance issues and
7  the time period for which the parties will search for relevant documents. To the extent any
8  of these issues cannot be resolved informally, the issue may be presented to the Special
9  Master for resolution.
10     5.   Except as expressly provided herein, no party waives any right by entering
11 into this stipulation.
12     Dated: February 22, 2008

PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP

By: /s/ Bruce L. Simon
       Bruce L. Simon

Bruce L. Simon (State Bar No. 096241)
44 Montgomery Street, Suite 1200
San Francisco, CA 94104
Tel:  (415) 433-9000
Fax:  (415) 433-9008

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: /s/ Richard M. Heimann
       Richard M. Heimann

Richard M. Heimann (State Bar No. 063607)
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Tel:  (415) 956-1000
Fax:  (415) 956-1008

*Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs*

| | |
|---|---|
| 1 | ZELLE HOFMANN VOELBEL MASON & GETTE LLP |
| 2 | |
| 3 | By: /s/ Francis O. Scarpulla<br>Francis O. Scarpulla |
| 4 | Francis O. Scarpulla (State Bar No. 41059)<br>44 Montgomery Street, Suite 3400 |
| 5 | San Francisco, CA 94104<br>Tel: (415) 693-0700 |
| 6 | Fax: (415) 693-0770 |
| 7 | |
| 8 | ALIOTO LAW FIRM |
| 9 | By: /s/ Joseph M. Alioto<br>Joseph M. Alioto |
| 10 | |
| 11 | Joseph M. Alioto (State Bar No. 42680)<br>555 California Street, Suite 3160 |
| 12 | San Francisco, CA 94104<br>Tel: (415) 434-8900 |
| 13 | Fax: (415) 434-9200 |
| 14 | *Interim Co-Lead Counsel for the Indirect Purchaser Plaintiffs* |
| 15 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 16 | By: /s/ Albert J. Boro, Jr.<br>Albert J. Boro, Jr. |
| 17 | |
| 18 | Albert J. Boro, Jr. (State Bar No. 126657)<br>50 Fremont Street |
| 19 | San Francisco, CA 94105<br>Tel: (415) 983-1000 |
| 20 | Fax: (415) 983-1200 |
| 21 | *Defendants' Liaison Counsel and Attorneys for Defendants Sharp Corporation and Sharp Electronics Corporation* |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| 2 | |
| 3 | By: /s/ Christopher A. Nedeau<br>Christopher A. Nedeau |
| 4 | Christopher A. Nedeau (State Bar No. 81297)<br>One Market Plaza |
| 5 | Steuart Tower, 8th Floor<br>San Francisco, CA 94105 |
| 6 | Tel:  (415) 781-7900<br>Fax:  (415) 781-2635 |
| 7 | |
| 8 | Attorneys for Defendant *AU Optronics Corporation America* |
| 9 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 10 | |
| 11 | By: /s/ Steven F. Cherry<br>Steven F. Cherry |
| 12 | Steven F. Cherry (pro hac vice)<br>1875 Pennsylvania Avenue NW |
| 13 | Washington, DC 20006<br>Tel:  (202) 663-6000 |
| 14 | Fax:  (202) 663-6363 |
| 15 | *Attorneys for Defendants Chi Mei Optoelectronics USA, Inc.* |
| 16 | *and CMO Japan Co., Ltd. and Nexgen Mediatech U.S.A., Inc.* |
| 17 | |
| 18 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| 19 | |
| 20 | By: /s/ Kevin C. McCann<br>Kevin C. McCann |
| 21 | Kevin C. McCann (State Bar No. 120874)<br>55 Second Street, 24th Floor |
| 22 | San Francisco, CA 94105<br>Tel:  (415) 856-7000 |
| 23 | Fax:  (415) 856-7100 |
| 24 | *Attorneys for Defendant Epson Electronics America, Inc.* |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | |
| 3 | By: /s/ Kent M. Roger<br>          Kent M. Roger |
| 4 | Kent M. Roger (State Bar No. 95987) |
| 5 | One Market<br>Spear Street Tower |
| 6 | San Francisco, CA 94105<br>Tel.:  (415) 442-1140 |
| 7 | Fax:  (415) 442-1001 |
| 8 | *Attorneys for Defendants Hitachi Electronic Devices (USA),* |
| 9 | *Inc., Hitachi, Ltd, Hitachi Displays, Ltd. and IPS Alpha Technology, Ltd.* |
| 10 | |
| 11 | SULLIVAN & CROMWELL LLP |
| 12 | By: /s/ Garrard R. Beeney |
| 13 |           Garrard R. Beeney |
| 14 | Garrard R. Beeney (pro hac vice)<br>125 Broad Street |
| 15 | New York, NY 10004<br>Tel.:  (212) 558-4000 |
| 16 | Fax:  (212) 558-3588 |
| 17 | *Attorneys for Defendant Koninklijke Philips Electronics N.V.* |
| 18 | With the Reservation of all Rights and Defenses. |
| 19 | WINSTON & STRAWN LLP |
| 20 | |
| 21 | By: /s/ Michael Mayer<br>          Michael Mayer |
| 22 | Michael Mayer |
| 23 | 35 W. Wacker Drive<br>Chicago, Illinois 60601 |
| 24 | Tel:  (312) 558-7883<br>Fax:  (312) 558-5700 |
| 25 | |
| 26 | *Attorneys for Defendants LG Electronics USA, Inc. and LG Electronics, Inc.* |
| 27 | |
| 28 | |

```
 1                    CLEARY GOTTLIEB STEEN & HAMILTON LLP
 2
                      By:  /s/ Michael R. Lazerwitz
 3                              Michael R. Lazerwitz

 4                    Michael R. Lazerwitz (pro hac vice)
                      2000 Pennsylvania Avenue NW
 5                    Washington, DC 20006
                      Tel.:  (202) 974-1500
 6                    Fax:   (202) 974-1999

 7                    Attorneys for Defendants LG.Philips LCD America, Inc. and
                      LG.Philips LCD Co., Ltd.
 8

 9                    DUANE MORRIS LLP
10

11                    By:  /s/ George D. Niespolo
                              George D. Niespolo
12
                      George D. Niespolo (State Bar No. 72107)
13                    One Market Street
                      Spear Tower, 20th Floor
14                    San Francisco, CA 94105
                      Tel.:  (415) 957-3013
15                    Fax:   (415) 957-3001

16                    Attorneys for Defendants NEC Electronics America, Inc. and
                      NEC LCD Technologies, Ltd.
17

18                    SHEPPARD MULLIN RICHTER & HAMPTON LLP
19

20                    By:  /s/ James L. McGinnis
                              James L. McGinnis
21
                      James L. McGinnis (State Bar No. 95788)
22                    4 Embarcadero Center, 17th Floor
                      San Francisco, CA 94111-4109
23                    Tel:  (415) 434-9100
                      Fax:  (415) 434-3947
24
                      Attorneys for Defendants Samsung Electronics America,
25                    Inc., Samsung Semiconductor, Inc. and Samsung Electronics
                      Co., Ltd.
26

27

28
```

| | |
|---|---|
| 1 | BAKER & McKENZIE LLP |
| 2 | |
| | By: /s/ Bruce H. Jackson |
| 3 | Bruce H. Jackson |
| 4 | Bruce H. Jackson (State Bar No. 98118) |
| | Two Embarcadero Center, 11th Floor |
| 5 | San Francisco, CA 94111-3802 |
| | Tel:   (415) 576-3027 |
| 6 | Fax:  (415) 576-3099 |
| 7 | *Attorneys for Defendant Tatung Corporation of America, Inc.* |
| 8 | |
| | WHITE & CASE LLP |
| 9 | |
| 10 | By: /s/ Wayne A. Cross |
| | Wayne A. Cross |
| 11 | |
| 12 | Wayne A. Cross (pro hac vice) |
| | 1155 Avenue of the Americas |
| 13 | New York, NY 10036 |
| | Tel:   (212) 819-8200 |
| 14 | Fax:  (212) 354-8113 |
| 15 | *Attorneys for Defendants Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., Toshiba Corporation and Toshiba Matsushita Display Technology Co., Ltd.* |
| 16 | |
| 17 | |
| | With the Reservation of all Rights and Defenses. |
| 18 | |

19  Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from Bruce L. Simon; Richard M. Heimann; Francis O. Scarpulla; Joseph M. Alioto; Albert J. Boro, Jr.; Christopher A. Nedeau; Steven F. Cherry; Kevin C. McCann; Kent M. Roger; Garrard R. Beeney; Michael Mayer; Michael R. Lazerwitz; George D. Niespolo; James L. McGinnis; Bruce H. Jackson; and Wayne Cross.

### SPECIAL MASTER RECOMMENDATION

The Parties, having previously brought to the Special Master for her review certain issues concerning preservation of documents, and following that hearing before the Special Master, have continued to meet and confer pursuant to the direction of the Special Master and have arrived at the above Stipulation that addresses certain of those issues;

1  THEREFORE, the Special Master issues this recommendation to inform the Court
2  that the Special Master finds it is appropriate for the Court to enter the Proposed Order in
3  the form requested by the Parties.

5  Dated: Feb. 22, 2008

HON. FERN M. SMITH
SPECIAL MASTER

10  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

12  DATED: _____

HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE