J. THOMPSON & ASSOCIATES PLC
Jason J. Thompson (P47184)
2000 Town Center, Suite 1000
Southfield, MI  48075
Telephone:  (248) 436-8448
Facsimile:  (248) 436-8448
E-Mail:  jthompson@jta-law.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | : Case No. C-07-1827 SI : : : MDL No. 1827 : |
| This Document Relates To: | : : |
| *Colette M. Dahm v. LG Philips LCD Co, LTD, et al.,* **Case No. 10971-BAF-RSW** | : **NOTICE OF VOLUNTARY DISMISSAL** : **WITHOUT PREJUDICE BY PLAINTIFF** : **COLETTE M. DAHM** |
| And | : : |
| ALL DIRECT PURCHASER ACTIONS | : |

NOTICE IS HEREBY GIVEN that plaintiff COLETTE M. DAHM, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, dismisses, without prejudice, its action against all defendants.  The adverse parties have not file either an answer to the complaint or a motion for summary judgment and no class has been certified.

Dated:  February 25, 2007                              J. THOMPSON & ASSOCIATES PLC


                                                                By: /s/ Jason Thompson
                                                                     Jason Thompson

# CERTIFICATE OF SERVICE

I, Rebecca Taylor, hereby declare under penalty of perjury as follows:

I am employed by J. Thompson & Associates PLC, 2000 Town Center, Suite 1000, Southfield, Michigan 48075. I am over the age of eighteen years and am not a party to this action.

On February 25, 2008, I electronically filed the following "**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE BY PLAINTIFF COLETTE M. DAHM**" with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on February 25, 2008, at Southfield, Michigan.



/s/ Rebecca Taylor
Rebecca Taylor