EDMUND G. BROWN
Attorney General of the State of California
JAMES HUMES
Chief Deputy Attorney General
JANET GAARD
Chief Assistant Attorney General
KATHLEEN E. FOOTE
Senior Assistant Attorney General
Cal Bar No. 65819
EMILIO E. VARANINI
Deputy Attorney General
Cal Bar No. 163952
SANGEETHA M. RAGHUNATHAN
Deputy Attorney General
Cal Bar No. 229129
NICOLE S. GORDON
Deputy Attorney General
Cal Bar No. 224138
  455 Golden Gate Avenue
  San Francisco, California 94102
  Telephone: (415) 703-5702
  Fax: (415) 703-5480
  Email: nicole.gordon@doj.ca.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. M-07-1827 SI<br><br>MDL No. 1827 |
| This Document Relates To:<br><br>ALL INDIRECT ACTIONS | [PROPOSED] ORDER GRANTING STATE OF CALIFORNIA'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE AMICUS BRIEF<br><br>Judge: Hon. Susan Illston |

     GOOD CAUSE APPEARING THEREFOR, the State of California's Administrative Motion for Leave to File a Brief as Amicus Curiae against Defendants' Joint Motion to Dismiss Indirect-Purchaser Plaintiffs' Consolidated Amended Complaint is hereby GRANTED.

Dated: March ____, 2008

                                       */s/ Susan Illston*
                                       The Honorable Susan Illston
                                       United States District Court Judge