Richard M. Heimann (State Bar No. 063607)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Bruce L. Simon (State Bar No. 96241)
PEARSON, SIMON, SOTER, WARSHAW
& PENNY, LLP
44 Montgomery Street, Suite 1200
San Francisco, CA  94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008

Interim Co-Lead Counsel for Direct Purchaser Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No.  M07-1827 SI |
|---|---|
|  | MDL No. 1827 |
| This Document Relates to:<br><br>ALL DIRECT PURCHASER ACTIONS | **STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF HEARING AND MODIFICATION OF BRIEFING SCHEDULE** |

**STIPULATION**

WHEREAS:

1.      Defendant Koninklijke Philips Electronic N.V. ("Royal Philips") has filed a motion pursuant to Rule 12(b)(2) and (6) of the Federal Rules of Civil Procedure to dismiss the Direct Purchaser Plaintiffs' Consolidated Amended Complaint (the "Complaint"), scheduled for hearing before the Honorable Susan Illston on April 30, 2008, at 2:00 p.m. in accordance with Pretrial Order No. 5.

2. After conferring, Plaintiffs and Royal Philips agree that Plaintiffs should have a reasonable opportunity to conduct limited jurisdictional discovery for the purpose of opposing Royal Philips' Rule 12(b)(2) motion.

3. Allowing time for Plaintiffs to conduct the contemplated discovery makes it necessary to continue the hearing of Royal Philips' Rule 12(b)(2) motion and the briefing schedule set forth in Pretrial Order No. 5.

4. To accommodate the jurisdictional discovery, Plaintiffs and Royal Philips have agreed to seek a continuance of the scheduled motion hearing and related briefing.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Royal Philips, by and through their undersigned counsel, subject to the Court's approval, as follows:

1. For the purposes specified in this Stipulation, Plaintiffs shall be permitted to conduct discovery from Royal Philips in accordance with the Federal Rules of Civil Procedure.

2. Royal Philips reserves all of its rights under the Federal Rules of Civil Procedure to object to, to seek a protective order regarding, or to otherwise oppose any discovery sought by Plaintiffs pursuant to this Stipulation.

3. Pretrial Order No. 5 shall be modified as follows:

    a. Plaintiffs shall serve and file their opposition to Royal Philips' motion to dismiss under Rule 12(b)(2) and (6) within 120 days after entry of an Order approving this Stipulation, or by any subsequent date that may be ordered by the Court;

    b. Royal Philips shall serve and file any reply no later than 14 days after Plaintiffs have served and filed their opposition; and

    c. The hearing on Royal Philips' motion to dismiss, now scheduled for April 30, 2008, at 2:00 p.m., shall be continued to the earliest date available on the Court's calendar that will accommodate the briefing schedule in place pursuant to this Stipulation and will comply with the Court's Local Rule 7-3(c), which requires Royal Philips' reply to be filed at least 14 days before the hearing.

1      4.     Plaintiffs and Royal Philips shall each make a good-faith effort to accomplish the jurisdictional discovery contemplated by this Stipulation in time to comply with the proposed briefing schedule.  Should it become apparent to either Plaintiffs or Royal Philips that the jurisdictional discovery contemplated by this Stipulation will not be completed in time to comply with the modified briefing schedule set forth in this Stipulation, then either party may move the Court for a reasonable continuance of the briefing schedule and a corresponding continuance of the hearing on Royal Philips' motion to dismiss.

       5.     Plaintiffs and Royal Philips fully reserve all of their claims, defenses and rights in the above-captioned litigation, specifically including, without limitation, Royal Philips' right to contest personal jurisdiction.

It is so stipulated and requested.

Dated: March 20, 2008                    Respectfully submitted,

                                         Lieff, Cabraser, Heimann & Bernstein, LLP


                                              /s/ Richard M. Heimann
                                         _____
                                         Richard M. Heimann (State Bar No. 63607)
                                         LIEFF, CABRASER, HEIMANN &
                                         BERNSTEIN, LLP
                                         Embarcadero Center West, 30th Floor
                                         275 Battery Street
                                         San Francisco, CA  94111
                                         Telephone: (415) 956-1000
                                         Facsimile: (415) 956-1008

                                         Bruce L. Simon (State Bar No. 96241)
                                         PEARSON, SIMON, SOTER, WARSHAW
                                         & PENNY, LLP
                                         44 Montgomery Street, Suite 1200
                                         San Francisco, CA  94104
                                         Telephone: (415) 433-9000
                                         Facsimile: (415) 433-9008

                                         *Interim Co-Lead Counsel for Direct Purchaser Plaintiffs and the Proposed Class*

                                                     **AND**

754542.1                        - 3 -          STIPULATION AND [PROPOSED] ORDER FOR
                                               CONTINUANCE OF HEARING AND
                                               MODIFICATION M07-1827 SI, MDL NO. 1827

1  Dated: March 20, 2008

             /s/ Brendan P. Cullen
    _____
    Brendan P. Cullen (State Bar No. 194057)
    SULLIVAN & CROMWELL LLP
    1870 Embarcadero Road
    Palo Alto, California 94301
    Telephone: (650) 461-5600
    Facsimile: (650) 461-5700

    Garrard R. Beeney (N.Y. Reg. No. 1656172)
    Theodore Edelman (N.Y. Reg. No. 1909332)
    Bradley P. Smith (N.Y. Reg. No. 2899540)
    SULLIVAN & CROMWELL LLP
    125 Broad Street
    New York, New York 10004-2498
    Telephone: (212) 558-4000
    Facsimile: (212) 558-3588

    *Attorneys for Defendant Koninklijke Philips Electronic N.V.*

         Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from Richard M. Heimann and Brendan P. Cullen.

1  **ORDER**

2  SO ORDERED this ___ day of March, 2008.

3

4  *Susan Illston*

5  _____
   HONORABLE SUSAN ILLSTON
6  United States District Judge

7

8  Koninklijke Philips' Motion to Dismiss (#457) has been continued to 9/5/08 @ 9 a.m.