| | |
|---|---|
| 1 | Francis O. Scarpulla (State Bar No. 41059) |
| 2 | ZELLE, HOFMANN, VOEBEL, MASON & GETTE, LLP<br>44 Montgomery Street, Suite 3400 |
| 3 | San Francisco, CA 94104<br>Telephone: (415) 693-0700 |
| 4 | Facsimile: (415) 693-0770 |
| 5 | Joseph M. Alioto (State Bar No. 42680) |
| 6 | THE ALIOTO LAW FIRM<br>555 California Street, 31st Floor |
| 7 | San Francisco, CA 94104<br>Telephone: (415) 434-8900 |
| 8 | Facsimile: (415) 434-9200 |
| 9 | *Interim Co-Lead Counsel for the Indirect Purchaser Plaintiffs* |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. C07-1827 SI |
| | MDL No. 1827 |
| This Document Relates to:<br>ALL INDIRECT PURCHASER ACTIONS | **STIPULATION OF DISMISSAL OF EPSON ELECTRONICS AMERICA, INC.** |

IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant EPSON ELECTRONICS AMERICA, INC. through their designated counsel, that the above-captioned action be and hereby is dismissed without prejudice against Defendant EPSON ELECTRONICS AMERICA, INC., only, pursuant to Federal Rules of Civil Procedure 41(a)(1). Each party shall bear their own attorneys' fees and costs.

///

///

///

1
**STIPULATION OF DISMISSAL OF EPSON ELECTRONICS AMERICA, INC.**

**SO STIPULATED**

DATED: March 28, 2008  **ZELLE, HOFMANN, VOEBEL, MASON & GETTE, LLP**

By: _____/s/ Francisco O. Scarpulla_____
FRANCIS O. SCARPULLA
*Interim Co-Lead Counsel for the Indirect Purchaser Plaintiffs and the Proposed Class*

DATED: March 28, 2008  **THE ALIOTO LAW FIRM**

By: _____/s/ Joseph M. Alioto_____
JOSEPH M. ALIOTO
*Interim Co-Lead Counsel for the Indirect Purchaser Plaintiffs and the Proposed Class*

DATED: March 28, 2008  **PAUL, HASTINGS, JANOFSKY & WALKER, LLP**

By: _____/s/ Kevin C. McCann_____
KEVIN C. McCANN
*Attorneys for Defendant EPSON ELECTRONICS AMERICA, INC.*

**ORDER**

IT IS SO ORDERED.

DATED: __3/31/08__, 2008

_____
The Honorable Susan Y. Illston
United States District Judge