| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. M:07-1827 SI<br><br>MDL No. 1827 |
| This Document Relates To:<br><br>ALL ACTIONS. | **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR ORDER PROVIDING FOR ECF SERVICE ONLY**<br><br>Date: None<br>Time: None<br>Courtroom: Hon. Susan Illston |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendants' Administrative Motion for Order Providing for ECF Service Only is GRANTED, and that documents filed in this action under the ECF system shall be served through the ECF system, and no service of paper copies will be necessary.

DATED: _____   _____
                                            HON. SUSAN ILLSTON
                                            UNITED STATES DISTRICT JUDGE