| | |
|---|---|
| 1 | Bruce L. Simon (State Bar No. 96241)<br>PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP |
| 2 | 44 Montgomery Street, Suite 1200<br>San Francisco, CA 94104 |
| 3 | Telephone:　(415) 433-9000<br>Facsimile:　(415) 433-9008 |
| 4 | |
| 5 | Richard M. Heimann (State Bar No. 63607)<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| 6 | 275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>Telephone:　(415) 956-1000 |
| 7 | Facsimile:　(415) 956-1008 |
| 8 | *Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. C07-1827 SI<br><br>MDL No. 1827<br><br>**STIPULATION OF DISMISSAL OF LG ELECTRONICS, INC. AND LG ELECTRONICS U.S.A., INC.; [PROPOSED] ORDER** |
| This Document Relates to:<br><br>ALL DIRECT PURCHASER ACTIONS. | |

　　　IT IS HEREBY STIPULATED by and between the Direct Purchaser Plaintiffs and Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc. through their designated counsel, that the above-captioned action be dismissed without prejudice only against Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc. pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear their own attorneys' fees and costs.

///

///

///

///

///

**STIPULATION OF DISMISSAL OF LG ELECTRONICS, INC. AND LG ELECTRONICS U.S.A., INC.;
[PROPOSED] ORDER**

**SO STIPULATED**

DATED: May 7, 2008  **PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP**

By: /s/ Bruce L. Simon
BRUCE L. SIMON
*Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs and the Proposed Class*

DATED: May 7, 2008  **LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**

By: /s/ Richard M. Heimann
RICHARD M. HEIMANN
*Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs and the Proposed Class*

DATED: May 7, 2008  **SIDLEY AUSTIN, LLP**

By: /s/ Samuel R. Miller
SAMUEL R. MILLER
*Attorney for Defendants LG ELECTRONICS, INC. and LG ELECTRONICS U.S.A., INC.*

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from Richard M. Heimann and Samuel R. Miller.

**[PROPOSED] ORDER**

Good cause appearing, Defendants LG Electronics, Inc. and LG Electronics, U.S.A., Inc. are dismissed without prejudice from the Direct Purchaser Actions.

IT IS SO ORDERED.

DATED: _____, 2008
The Honorable Susan Illston
United States District Court Judge

2
**STIPULATION OF DISMISSAL OF LG ELECTRONICS, INC. AND LG ELECTRONICS U.S.A., INC.; [PROPOSED] ORDER**