UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. M:07-1827 SI<br><br>MDL No. 1827 |
|---|---|
| This Document Relates To:<br><br>ALL ACTIONS. | **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR ORDER PROVIDING FOR ECF SERVICE ONLY**<br><br>Date: None<br>Time: None<br>Courtroom: Hon. Susan Illston |

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendants' Administrative Motion for Order Providing for ECF Service Only is GRANTED, and that documents filed in this action under the ECF system shall be served through the ECF system, and no service of paper copies will be necessary.

DATED: _____        _____
　　　　　　　　　　　　　　　　　　HON. SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE