Richard M. Heimann (State Bar No. 63607)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Bruce L. Simon (State Bar No. 96241)
PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP
44 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008

*Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs*

Francis O. Scarpulla (State Bar No. 41059)
Craig C. Corbitt (State Bar No. 83251)
ZELLE HOFMANN VOELBEL MASON & GETTE LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770

Joseph M. Alioto (State Bar No. 42680)
ALIOTO LAW FIRM
555 California Street, Suite 3160
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200

*Interim Co-Lead Counsel for the Indirect Purchaser Plaintiffs*

Albert J. Boro, Jr. (State Bar No. 126657)
PILLSBURY WINTHROP SHAW PITTMAN LLP
50 Fremont Street
San Francisco, CA 94105
Telephone: (415) 983-1000 Facsimile: (415) 983-1200

*Defendants' Liaison Counsel*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. M:07-1827 SI<br>MDL No. 1827 |
| This Document Relates To:<br><br>ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER RE MAY 15, 2008 ORDER OF THE SPECIAL MASTER** |

# STIPULATION

WHEREAS on May 15, 2008, the Special Master filed an "Order Clarifying Discovery Limits Allowed Under Court's Stay Order, Dated September 25, 2007," (the "Special Master's Order"); and

WHEREAS the Court presently has under submission defendants' joint motions to dismiss the consolidated complaints filed by the direct and indirect purchaser plaintiffs; and

WHEREAS Pretrial Order No. 4 sets a 14-day deadline for specified filings pertaining to an order by the Special Master;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendants, by and through their undersigned counsel, subject to the Court's approval, that the deadline with respect to the Special Master's Order of May 15, 2008, shall be extended to and including seven calendar days from the date of the Court's entry of its order on the defendants' joint motions to dismiss.

Dated: May 28, 2008

Respectfully submitted,

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: /s/ Richard M. Heimann
      Richard M. Heimann

Richard M. Heimann (State Bar No. 63607)
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP

By: /s/ Bruce L. Simon
            Bruce L. Simon

Bruce L. Simon (State Bar No. 96241)
44 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:   (415) 433-9000
Facsimile:    (415) 433-9008

*Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs*


ZELLE HOFMANN VOELBEL MASON & GETTE LLP

By: /s/ Francis O. Scarpulla
            Francis O. Scarpulla

Francis O. Scarpulla (State Bar No. 41059)
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:   (415) 693-0700
Facsimile:    (415) 693-0770

ALIOTO LAW FIRM

By: /s/ Joseph M. Alioto
            Joseph M. Alioto

Joseph M. Alioto (State Bar No. 42680)
555 California Street, Suite 3160
San Francisco, CA 94104
Telephone:   (415) 434-8900
Facsimile:    (415) 434-9200

*Interim Co-Lead Counsel for the Indirect Purchaser Plaintiffs*

- 3 -
765208.1

STIPULATION RE SPECIAL MASTER ORDER
NO. M:07-1827 SI, MDL NO. 1827

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: /s/ Albert J. Boro, Jr.
               Albert J. Boro, Jr.

Albert J. Boro, Jr. (State Bar No. 126657)
50 Fremont Street
San Francisco, CA 94105
Telephone:    (415) 983-1000
Facsimile:     (415) 983-1200

*Defendants' Liaison Counsel and Attorneys for Defendants Sharp Corporation and Sharp Electronics Corporation*


SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: /s/ Christopher A. Nedeau
               Christopher A. Nedeau

Christopher A. Nedeau (State Bar No. 81297)
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
Telephone:    (415) 781-7900
Facsimile:     (415) 781-2635

*Attorneys for Defendant AU Optronics Corporation America*


WILMER CUTLER PICKERING HALE AND DORR LLP

By: /s/ Steven F. Cherry
               Steven F. Cherry

Steven F. Cherry (pro hac vice)
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone:    (202) 663-6000
Facsimile:     (202) 663-6363

*Attorneys for Defendants Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., and Nexgen Mediatech U.S.A., Inc.*

1  PAUL, HASTINGS, JANOFSKY & WALKER LLP

2

3  By: /s/ Kevin C. McCann
          Kevin C. McCann

4  Kevin C. McCann (State Bar No. 120874)
   55 Second Street, 24th Floor
5  San Francisco, CA 94105
   Telephone:    (415) 856-7000
6  Facsimile:    (415) 856-7100

7  *Attorneys for Defendants Epson Electronics America,*
8  *Inc.*

9
   MORGAN, LEWIS & BOCKIUS LLP
10

11 By: /s/ Kent M. Roger
          Kent M. Roger
12

13 Kent M. Roger (State Bar No. 95987 )
   One Market
   Spear Street Tower
14 San Francisco, CA 94105
   Telephone:    (415) 442-1140
15 Facsimile:    (415) 442-1001

16
   *Attorneys for Defendants Hitachi Electronic Devices*
17 *(USA), Inc., Hitachi, Ltd, and Hitachi Displays, Ltd.*
   *and IPS Alpha Technology, Ltd.*
18

19 CLEARY GOTTLIEB STEEN & HAMILTON LLP

20
   By: /s/ Michael R. Lazerwitz
21         Michael R. Lazerwitz

22 Michael R. Lazerwitz (pro hac vice)
   2000 Pennsylvania Avenue NW
23 Washington, DC 20006
   Telephone:    (202) 974-1500
24 Facsimile:    (202) 974 1999

25
   *Attorneys for Defendants LG.Philips LCD America,*
26 *Inc. and LG.Philips LCD Co., Ltd.*

27

28

- 5 -                           STIPULATION RE SPECIAL MASTER ORDER
765208.1                        NO. M:07-1827 SI, MDL NO. 1827

|   |   |
|---|---|
| 1 | DUANE MORRIS LLP |
| 2 | |
| 3 | By: /s/ George D. Niespolo<br>George D. Niespolo |
| 4 | George D. Niespolo (State Bar No. 72107) |
| 5 | One Market Street<br>Spear Tower, 20th Floor |
| 6 | San Francisco, CA 94105<br>Telephone: (415) 957-3013 |
| 7 | Facsimile: (415) 957-3001 |
| 8 | *Attorneys for Defendant NEC Electronics America, Inc. and NEC LCD Technologies, Ltd.* |
| 9 | |
| 10 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 11 | |
| 12 | By: /s/ James L. McGinnis<br>James L. McGinnis |
| 13 | |
| 14 | James L. McGinnis (State Bar No. 95788)<br>4 Embarcadero Center, 17th Floor |
| 15 | San Francisco, CA 94111-4109<br>Telephone: (415) 434-9100 |
| 16 | Facsimile: (415) 434-3947 |
| 17 | *Attorneys for Defendants Samsung Electronics America, Inc., Samsung Semiconductor, Inc. and Samsung Electronics Co., Ltd.* |
| 18 | |
| 19 | WHITE & CASE LLP |
| 20 | |
| 21 | By: /s/ Wayne A. Cross<br>Wayne A. Cross |
| 22 | Wayne A. Cross (pro hac vice) |
| 23 | 1155 Avenue of the Americas<br>New York, NY 10036 |
| 24 | Telephone: (212) 819-8200<br>Facsimile: (212) 354-8113 |
| 25 | |
| 26 | *Attorneys for Defendants Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., Toshiba Corporation, and Toshiba Matsushita Display Technology Co., Ltd.* |
| 27 | |
| 28 | With the Reservation of All Rights and Defenses. |

      Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from; Richard M. Heimann, Francis O. Scarpulla, Joseph M. Alioto, Albert J. Boro, Jr., Christopher A. Nedeau; Steven F. Cherry; Kevin C. McCann; Kent M. Roger; Michael R. Lazerwitz; George D. Niespolo; James L. McGinnis; and Wayne A. Cross.

### ORDER

SO ORDERED this 2nd day of June, 2008.

_____
THE HONORABLE SUSAN ILLSTON
United States District Judge