RECEIVED

1  Pro Hac Vice Applicant:
   Ramona M. Emerson, (WSBA #20956)
2  K&L GATES LLP
   925 Fourth Avenue, Suite 2900
3  Seattle, WA 98104
   Telephone: (206) 623-7580
4  Fax: (206) 623-7022
5
   *Attorneys for Defendant HannStar Display Corporation*
6

7

08 JUL -3 AM II: 44

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8              **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10  | IN RE: TFT-LCD (FLAT PANEL) | Master File No. M:07-1827 SI |
11  | ANTITRUST LITIGATION | |
    | | MDL No. 1827 |
12

13  | This Document Relates To: | **(Proposed)** |
    | | **ORDER GRANTING APPLICATION** |
14  | ALL ACTIONS | **FOR ADMISSION OF ATTORNEY** |
    | | ***PRO HAC VICE*** |
15

16     Ramona M. Emerson, an active member in good standing of the bar of the State of
17
    Washington, whose business address and telephone number is:
18
19          Ramona M. Emerson, (WSBA #20956)
            K&L GATES LLP
20          925 Fourth Avenue, Suite 2900
            Seattle, WA 98104
21          Telephone: (206) 623-7580
            Fax: (206) 623-7022
22
23  having applied in the above-entitled action for admission to practice in the Northern District

24  of California on a *pro hac vice* basis, representing Defendant HannStar Display Corporation,

25

26  ORDER GRANTING APPLICATION
    FOR ADMISSION OF ATTORNEY
    *PRO HAC VICE* - 1
    Master File No. M:07-1827 SI
    K:\11580540000021111_RME\21111P21GY

K&L Gates LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

2 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro*

3 *hac vice*. Service of papers upon and communication with co-counsel designated in the

4 application will constitute notice to the party. All future filings in this action are subject to

5

6 the requirements contained in General Order No. 45, Electronic Case Filing.

7       DATED this _____ day of June, 2008.

8

9       THE HONORABLE SUSAN ILLSTON

10       United States District Judge

26 ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE* - 2
Master File No. M:07-1827 SI
K:\115805\00002\21111_RME\21111P21GY

K&L Gates LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022