Bruce L. Simon (State Bar No. 96241)
PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP
44 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008

Richard M. Heimann (State Bar No. 63607)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs*

| | |
|---|---|
| Francis O. Scarpulla (State Bar No. 41059) | Joseph M. Alioto (State Bar No. 42680) |
| Craig C. Corbitt (State Bar No. 83251) | ALIOTO LAW FIRM |
| ZELLE HOFMANN VOELBEL MASON & GETTE LLP | 555 California Street, Suite 3160 |
| 44 Montgomery Street, Suite 3400 | San Francisco, CA 94104 |
| San Francisco, CA 94104 | Telephone: (415) 434-8900 |
| Telephone: (415) 693-0700 | Facsimile: (415) 434-9200 |
| Facsimile: (415) 693-0770 | |

*Interim Co-Lead Counsel for the Indirect Purchaser Plaintiffs*

Christopher A. Nedeau (SBN 81297)
SEDGWICK, DETERT, MORAN & ARNOLD LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for defendant
*AU Optronics Corporation*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. M:07-1827 SI |
| | MDL No. 1827 |
| This Document Relates To: | **STIPULATION AND [PROPOSED] ORDER RE AU OPTRONICS CORPORATION'S TIME TO RESPOND TO CONSOLIDATED COMPLAINTS** |
| ALL ACTIONS | |

770661.1

- 1 -

STIPULATION AND [PROPOSED] ORDER
NO. M:07-1827 SI, MDL NO. 1827

# STIPULATION

WHEREAS the Court presently has under submission defendants' joint motions to dismiss the direct purchaser plaintiffs' consolidated complaint and the indirect purchaser plaintiffs' consolidated complaint;

WHEREAS the direct purchaser plaintiffs and the indirect purchaser plaintiffs have named AU OPTRONICS CORPORATION ("AUO") as a defendant in their consolidated complaints;

WHEREAS the undersigned firm of Sedgwick, Detert, Moran & Arnold LLP represents AUO and will accept service of case documents pending filing of a formal notice of appearance or response by AUO; and

WHEREAS this Stipulation does not constitute a waiver by AUO of any defense, right, or objection, including but not limited to the defenses of lack of personal or subject matter jurisdiction, insufficiency of process, insufficiency of service of process, or improper venue;

IT IS HEREBY STIPULATED AND AGREED by and between (i) direct purchaser plaintiffs, (ii) indirect purchaser plaintiffs, and (iii) AUO, by and through their undersigned counsel, subject to the Court's approval, that AUO's deadline for responding to the direct purchasers' consolidated complaint and the indirect purchasers' consolidated complaint shall be extended to and include thirty (30) calendar days from the date of the Court's entry of its order on the defendants' joint motions to dismiss.

Respectfully submitted,

Dated: July 2, 2008

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: /s/ Brendan Glackin
     Brendan Glackin

Richard M. Heimann (State Bar No. 63607)
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

770661.1

- 2 -

STIPULATION AND [PROPOSED] ORDER
NO. M:07-1827 SI, MDL NO. 1827

| | | |
|---|---|---|
| 1 | Dated: July 2, 2008 | PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP |
| 2 | | |
| 3 | | By:      /s/ Bruce Simon |
| 4 | | Bruce L. Simon |
| 5 | | Bruce L. Simon (State Bar No. 96241)<br>44 Montgomery Street, Suite 1200 |
| 6 | | San Francisco, CA 94104<br>Telephone:   (415) 433-9000<br>Facsimile:   (415) 433-9008 |
| 7 | | |
| 8 | | *Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs* |
| 9 | Dated: July 2, 2008 | ZELLE HOFMANN VOELBEL MASON & GETTE LLP |
| 10 | | |
| 11 | | By:      /s/ Francis O. Scarpulla |
| 12 | | Francis O. Scarpulla |
| 13 | | Francis O. Scarpulla (State Bar No. 41059)<br>44 Montgomery Street, Suite 3400 |
| 14 | | San Francisco, CA 94104<br>Telephone:   (415) 693-0700<br>Facsimile:   (415) 693-0770 |
| 15 | | |
| 16 | Dated: July 2, 2008 | ALIOTO LAW FIRM |
| 17 | | |
| 18 | | By:      /s/ Joseph M. Alioto |
| | | Joseph M. Alioto |
| 19 | | Joseph M. Alioto (State Bar No. 42680) |
| 20 | | 555 California Street, Suite 3160<br>San Francisco, CA 94104 |
| 21 | | Telephone:   (415) 434-8900<br>Facsimile:   (415) 434-9200 |
| 22 | | |
| 23 | | *Interim Co-Lead Counsel for the Indirect Purchaser Plaintiffs* |

| | | |
|---|---|---|
| 1 | Dated: July 2, 2008 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| 2 | | |
| 3 | | By: /s/ Christopher A. Nedeau |
| 4 | | Christopher A. Nedeau |
| 5 | | Christopher A. Nedeau (State Bar No. 81297) One Market Plaza |
| 6 | | Steuart Tower, 8th Floor San Francisco, CA 94105 |
| 7 | | Telephone: (415) 781-7900 Facsimile: (415) 781-2635 |
| 8 | | christopher.nedeau@sdma.com Counsel for AU Optronics Corporation |

**Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from Bruce L. Simon, Frances O. Scarpulla, Joseph M. Alioto, and Christopher A. Nedeau.**

### ORDER

SO ORDERED this _____ day of _____, 2008.

_____
THE HONORABLE SUSAN ILLSTON
United States District Judge

---

770661.1      - 4 -      STIPULATION AND [PROPOSED] ORDER
NO. M:07-1827 SI, MDL NO. 1827