1  Bruce L. Simon (State Bar No. 096241)
   PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP
2  44 Montgomery Street, Suite 1200
   San Francisco, CA 94104
3  Telephone:    (415) 433-9000
   Facsimile:    (415) 433-9008

4  Richard M. Heimann (State Bar No. 063607)
   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
5  275 Battery Street, 30th Floor
   San Francisco, CA 94111-3339
6  Telephone:    (415) 956-1000
   Facsimile:    (415) 956-1008
7
8  *Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs*

9  Francis O. Scarpulla (State Bar No. 41059)      Joseph M. Alioto (State Bar No. 42680)
   ZELLE HOFMANN VOELBEL MASON &                   ALIOTO LAW FIRM
10 GETTE LLP                                        555 California Street, Suite 3160
   44 Montgomery Street, Suite 3400                 San Francisco, CA 94104
   San Francisco, CA 94104                          Telephone:    (415) 434-8900
11 Telephone:    (415) 693-0700                     Facsimile:    (415) 434-9200
   Facsimile:    (415) 693-0770
12
13 *Interim Co-Lead Counsel for the Indirect Purchaser Plaintiffs*

14 Albert J. Boro, Jr. (State Bar No. 126657)
   PILLSBURY WINTHROP SHAW PITTMAN LLP
15 50 Fremont Street
   San Francisco, CA 94105
16 Telephone: (415) 983-1000
   Facsimile: (415) 983-1200

17 *Defendants' Liaison Counsel*

18                    **UNITED STATES DISTRICT COURT**

19        **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

20 IN RE: TFT-LCD (FLAT PANEL)          Master File No. M:07-1827 SI
21 ANTITRUST LITIGATION
                                        MDL No. 1827
22 This Document Relates To:            **STIPULATION AND [PROPOSED]**
                                        **ORDER MODIFYING DATE FOR**
23        ALL CASES                     **FURTHER CASE MANAGEMENT**
                                        **CONFERENCE AND HEARING ON**
24                                       **MOTIONS TO DISMISS**
25                                      Date:   November 19, 2008
                                        Time:  4:00 p.m.
26                                      Courtroom:  Hon. Susan Illston
27
28

1       WHEREAS, on August 12, 2008, at Docket No. 665, this Court issued a Notice,

2 which stated in part, "Counsel shall file new notices of motions and set the hearings for

3 Thursday, November 13, 2008 at 4:00 p.m.  The Court will conduct a further case

4 management conference on November 13, 2008.  The parties shall file a joint case

5 management conference statement one week in advance of the Conference;"

6       WHEREAS, not all parties are available to appear for the hearing and case

7 management conference on November 13, 2008;

8       WHEREAS, all parties are available to appear for the hearing and case management

9 conference on Wednesday, November 19, 2008; and

10       WHEREAS, the Court's Deputy Clerk has indicated the Court is available for the

11 hearing and case management conference on Wednesday, November 19, 2008, at 4:00 p.m.

12       NOW, THEREFORE, the undersigned parties hereby stipulate and agree that:

13       1.     The hearing on the motions to dismiss and the case management conference

14 previously set for November 13, 2008, at 4:00 p.m., should be continued to Wednesday,

15 November 19, 2008, at 4:00 p.m.

16       2.     The parties will file a joint case management conference statement one week

17 in advance of the November 19, 2008 case management conference.

18       Dated:  September 10, 2008

19       PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP

20       By: */s/ Bruce L. Simon*                 

21                Bruce L. Simon

22       Bruce L. Simon (State Bar No. 096241)

        44 Montgomery Street, Suite 1200

        San Francisco, CA  94104

23       Tel:    (415) 433-9000

        Fax:    (415) 433-9008

24

25

26

27

28

1

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

2

By: /s/ Richard M. Heimann
3                          Richard M. Heimann

4     Richard M. Heimann (State Bar No. 063607)
      275 Battery Street, 30th Floor
      San Francisco, CA  94111-3339
5     Tel:    (415) 956-1000
      Fax:    (415) 956-1008
6

7     *Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs*

8     ZELLE HOFMANN VOELBEL MASON & GETTE LLP

9

By: /s/ Francis O. Scarpulla
10                          Francis O. Scarpulla

11    Francis O. Scarpulla (State Bar No. 41059)
      44 Montgomery Street, Suite 3400
      San Francisco, CA  94104
12    Tel:    (415) 693-0700
      Fax:    (415) 693-0770
13

14    ALIOTO LAW FIRM

15

By: /s/ Joseph M. Alioto
16                          Joseph M. Alioto

17    Joseph M. Alioto (State Bar No. 42680)
      555 California Street, Suite 3160
18    San Francisco, CA  94104
      Tel:    (415) 434-8900
19    Fax:    (415) 434-9200

20    *Interim Co-Lead Counsel for the Indirect Purchaser Plaintiffs*

21

22

23

24

25

26

27

28

1

PILLSBURY WINTHROP SHAW PITTMAN LLP

2

3

By: */s/ Albert J. Boro, Jr.*
      Albert J. Boro, Jr.

4

5

Albert J. Boro, Jr. (State Bar No. 126657)
50 Fremont Street
San Francisco, CA 94105
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

6

7

*Defendants' Liaison Counsel on behalf of all Served
Defendants*

8

9

10

  Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from Bruce L. Simon; Richard M. Heimann; Francis O. Scarpulla; and Joseph M. Alioto.

11

12

13

14

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

15

    9/15/08       Wm. Alsup for

DATED: ___

16

        HON. SUSAN ILLSTON
      UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

500269460v1          - 4 -       STIPULATION AND [PROPOSED] ORDER
RE CASE MANAGEMENT & MOTION HRG
MASTER FILE NO. M 07-1827 SI