Bruce L. Simon (State Bar No. 96241)
PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP
44 Montgomery Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008

Richard M. Heimann (State Bar No. 63607)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs*

Garrard R. Beeney
Theodore Edelman
Bradley P. Smith
Matthew S. Fitzwater
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Counsel for Defendant*
*Koninklijke Philips Electronics N.V.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. C07-1827 SI<br><br>MDL No. 1827 |
| This Document Relates to:<br><br>ALL DIRECT PURCHASER ACTIONS | **STIPULATION OF DISMISSAL OF KONINKLIJKE PHILIPS ELECTRONICS N.V. AND [PROPOSED] ORDER OF DISMISSAL** |

---

STIPULATION OF DISMISSAL OF KONINKLIJKE PHILIPS ELECTRONICS N.V.
AND [PROPOSED] ORDER OF DISMISSAL
MASTER FILE NO. C 07-1821 SI

1  IT IS HEREBY STIPULATED by and between the Direct Purchaser Plaintiffs and
2  Defendant Koninklijke Philips Electronics N.V. ("Royal Philips") through their designated counsel, that
3  the above-captioned action be dismissed without prejudice only against Defendant Royal Philips
4  pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear their own attorney's fees
5  and costs. Further, Defendant Royal Philips hereby withdraws its MOTION TO DISMISS THE
6  DIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT dated February
7  19, 2008 without prejudice to renewing the Motion, including without limitation any defense of lack of
8  personal jurisdiction, in the event that the claims against Royal Philips are reinstated. Neither the entry
9  into this Stipulation nor its approval by the Court shall waive or otherwise prejudice any claim or
10 defense in this Action.

SO STIPULATED

Dated: September 16, 2008    **PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP**

By:    /s/ Bruce L. Simon
         BRUCE L. SIMON
*Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs and the Proposed Class*

Dated: September 16, 2008    **LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**

By:    /s/    Richard M. Heimann (by EBF)
         RICHARD M. HEIMANN
*Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs and the Proposed Class*

Dated: September 16, 2008    **SULLIVAN & CROMWELL LLP**

By:    /s/    Theodore Edelman
         THEODORE EDELMAN
*Counsel for Defendant
Koninklijke Philips Electronics N.V.*

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from Richard M. Heimann and Theodore Edelman.

-2-
STIPULATION OF DISMISSAL OF KONINKLIJKE PHILIPS ELECTRONICS N.V.
AND [PROPOSED] ORDER OF DISMISSAL
MASTER FILE NO. C 07-1821 SI

# [PROPOSED] ORDER OF DISMISSAL

Good cause appearing, Defendant Koninklijke Philips Electronics N.V. is dismissed without prejudice from the Direct Purchaser Actions.

IT IS SO ORDERED.

DATED: _____, 2008

By: _____
The Honorable Susan Illston
United States District Court Judge