| | |
|---|---|
| Bruce L. Simon (State Bar No. 96241) | Richard M. Heimann (State Bar No. 63607) |
| PEARSON, SIMON, SOTER, WARSHAW | LIEFF, CABRASER, HEIMANN |
| & PENNY, LLP | & BERNSTEIN, LLP |
| 44 Montgomery Street, Suite 1200 | 275 Battery Street, 30th Floor |
| San Francisco, CA 94104 | San Francisco, CA 94111-3339 |
| Telephone:  (415) 433-9000 | Telephone:  (415) 965-1000 |
| Facsimile:  (415) 433-9008 | Facsimile:  (415) 965-1008 |

*Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs*

| | |
|---|---|
| Francis O. Scarpulla (State Bar No. 41059) | Joseph M. Alioto (State Bar No. 42680) |
| Craig C. Corbitt (State Bar No. 83251) | ALIOTO LAW FIRM |
| ZELLE HOFMANN VOELBEL MASON & | 555 California Street, Suite 3160 |
| GETTE LLP | San Francisco, CA 94104 |
| 44 Montgomery Street, Suite 3400 | Telephone:  (415) 434-8900 |
| San Francisco, CA 94104 | Facsimile:  (415) 434-9200 |
| Telephone:  (415) 693-0700 | |
| Facsimile:  (415) 693-0770 | |

*Interim Co-Lead Counsel for the Indirect Purchaser Plaintiffs*

Steven F. Cherry (*Pro Hac Vice*)
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Attorneys for Defendants Chi Mei Optoelectronics Corp., Chi Mei Corporation, Chi Mei Optoelectronics USA, Inc., CMO Japan Ltd., Inc., Nexgen Mediatech USA, Inc.*

**[Additional defendants and counsel listed on signature pages]**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. M07-1827 SI |
| | MDL No. 1827 |
| This Document Relates to: | CLASS ACTION |
| All Actions | **STIPULATION AND [PROPOSED] ORDER REGARDING PROCEDURES GOVERNING EXPERT DISCOVERY** |

1  The Direct Purchaser Plaintiffs, Indirect Purchaser Plaintiffs and Defendants agree as follows regarding the timing and scope of any expert discovery in this case, and hereby agree and submit this stipulation and proposed order:

2. 1. Subject to the provisions of paragraph 2 herein, within 3 business days of any party serving any expert reports and/or expert declarations in this case pursuant to Fed. R. Civ. P. 26(a)(2)(B), the party or parties proffering the expert witness shall produce all other documents and/or information required by Rule 26(a)(2)(B), namely "the data or other information considered by the witness in forming the [expert's] opinions; any exhibits to be used as a summary of or support for the opinions; the qualifications of the witness, including a list of all publications authored by the witness within the preceding ten years; the compensation to be paid for the study and testimony; and a listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four years." "[D]ata or other information considered" shall include, but is not limited to, raw data, spreadsheets, computerized regression analyses and/or other underlying reports and schedules sufficient to reconstruct the expert's work, calculations, and/or analyses. Information can be produced electronically (via email or disc) where appropriate. Any schedules, charts, tables, or other graphical presentations used to summarize or support the expert's opinion or relied on by the expert shall be produced in native, electronic format using commercially available software. Where documents have previously been produced as part of the discovery in this case, a list of such documents by Bates number is sufficient. As to other documents considered by the expert, those documents should be produced except where widely-available publicly without undue expense (such as on the internet, or in major university libraries).

3. 2. The following types of information shall not be the subject of discovery: (1) the content of communications among and between: (a) counsel and expert; (b) counsel and experts' staff; (c) experts and other experts or consultants; and/or (d) experts and their respective staff, and (2) notes, drafts, or other types of preliminary work created by, or for, experts. The foregoing exclusions from discovery do not apply to any communications or documents, upon which the experts rely as a basis for their opinions/reports. The foregoing exclusions also do not apply to

- 1 -

STIP. AND [PROPOSED] ORDER REGARDING
PROCEDURES GOVERNING EXPERT DISCOVERY
MASTER FILE NO. M07-1827 SI

1 data or documents obtained from a defendant or a third party that are provided to the expert and
2 which the expert considered in forming the expert's opinions.

3     3.    This Stipulation shall be effective only upon agreement of the Direct Purchaser
4 Plaintiffs, the Indirect Purchaser Plaintiffs, and the Defendants.

| Dated: October 9, 2008 | /s/ *Francis O. Scarpulla* <br> Francis O. Scarpulla (S.B. No. 41059) <br> Craig C. Corbitt (S.B. No. 83251) <br> **ZELLE HOFMANN VOELBEL MASON & GETTE LLP** <br> 44 Montgomery Street, Suite 3400 <br> San Francisco, CA 94104 <br> Telephone: (415) 693-0700 <br> Facsimile: (415) 693-0770 <br><br> *Interim Co-Lead Counsel for the Indirect Purchaser Plaintiffs* |
|---|---|
| Dated: October 9, 2008 | /s/ *Joseph M. Alioto* <br> Joseph M. Alioto (S.B. No 42680) <br> **ALIOTO LAW FIRM** <br> 555 California Street, Suite 3160 <br> San Francisco, CA 94104 <br> Telephone: (415) 434-8900 <br> Facsimile: (414) 434-9200 <br><br> *Interim Co-Lead Counsel for the Indirect Purchaser Plaintiffs* |
| Dated: October 9, 2008 | /s/ *Bruce L. Simon* <br> Bruce L. Simon (S.B. No. 96241) <br> **PEARSON, SIMON SOTER, WARSHAW & PENNY, LLP** <br> 44 Montgomery Street, Suite 1200 <br> San Francisco, CA 94104 <br> Telephone: (415) 433-9000 <br> Facsimile: (415) 433-9008 <br><br> *Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs* |

| | | |
|---|---|---|
| 1 | Dated: October 9, 2008 | /s/ *Richard M. Heimann* |
| 2 | | Richard M. Heimann (S.B. No. 63607) **LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP** |
| 3 | | 275 Batter Street 30th Floor San Francisco, CA 94111-3339 |
| 4 | | Telephone: (415) 956-1000 Facsimile: (415) 956-1008 |
| 5 | | |
| 6 | | *Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs* |
| 7 | Dated: October 9, 2008 | /s/ *Christopher A. Nedeau* |
| 8 | | Christopher A. Nedeau (S.B. No. 81297) **SEDGWICK, DETERT, MORAN & ARNOLD LLP** |
| 9 | | One Market Plaza Steuart Tower, 8th Floor |
| 10 | | San Francisco, CA 94105 Telephone: (415) 781-7900 |
| 11 | | Facsimile: (415) 781-2635 |
| 12 | | *Attorneys for Defendant AU Optronics Corporation America* |
| 13 | | |
| 14 | Dated: October 9, 2008 | /s/ *Steven F. Cherry* Stephen F. Cherry (*Pro Hac Vice*) **WILMER CUTLER PICKERING HALE AND DORR LLP** |
| 15 | | |
| 16 | | 1875 Pennsylvania Avenue NW Washington, DC 20006 Telephone: (202) 663-6000 |
| 17 | | Facsimile: (202) 663-6363 |
| 18 | | *Attorneys for Defendants Chi Mei Optoelectronics Corp., Chi Mei Corporation, Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., and Nexgen Mediatech U.S.A., Inc.* |
| 19 | | |
| 20 | | |
| 21 | Dated: October 9, 2008 | /s/ *Joel S. Sanders* Joel S. Sanders **GIBSON, DUNN & CRUTCHER LLP** |
| 22 | | One Montgomery Street San Francsico, California 94104 |
| 23 | | Telephone: (415) 393-8200 Facsimile (415) 374-8400 |
| 24 | | |
| 25 | | *Attorneys for Defendant Chunghwa Picture Tubes, Ltd.* |
| 26 | | |
| 27 | | |
| 28 | | |

- 3 -

STIP. AND [PROPOSED] ORDER REGARDING
PROCEDURES GOVERNING EXPERT DISCOVERY
MASTER FILE NO. M07-1827 SI

| | | |
|---|---|---|
| 1 | Dated: October 9, 2008 | /s/ *Kevin C. McCann* |
| 2 | | Kevin C. McCann (S.B. No. 120874) **PAUL HASTINGS JANOFSKY & WALKER LLP** |
| 3 | | 55 2nd Street, 24th Floor San Francisco, CA 94105 |
| 4 | | Telephone: (415) 856-7000 Facsimile: (415) 856-7100 |
| 5 | | |
| 6 | | *Attorneys for Defendant Epson Electronics America, Inc.* |
| 7 | Dated: October 9, 2008 | /s/ *Hugh F. Bangasser* |
| 8 | | Hugh F. Bangasser (*Pro Hac Vice*) **KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP** |
| 9 | | Seattle, WA 98104-1158 Telephone: (206) 623-7580 |
| 10 | | Facsimile: (206) 623-7022 |
| 11 | | *Attorneys for Defendants HannStar Display Corporation* |
| 12 | | |
| 13 | Dated: October 9, 2008 | /s/ *Kent M. Roger* Kent M. Roger (S.B. No. 95987) |
| 14 | | **MORGAN LEWIS & BOCKIUS LLP** One Market |
| 15 | | Spear Street Tower San Francisco, CA 94105 |
| 16 | | Telephone: (415) 442-1140 Facsimile: (415) 442-1001 |
| 17 | | *Attorneys for Defendants Hitachi Electronic Devices (USA), Inc. Hitachi, Ltd, and Hitachi Displays, Ltd.* |
| 18 | | *And IPS Alpha Technology, Ltd.* |
| 19 | Dated: October 9, 2008 | /s/ *Michael R. Lazerwitz* |
| 20 | | Michael R. Lazerwitz (*Pro Hac Vice*) **CLEARY GOTTLIEB STEEN & HAMILTON LLP** |
| 21 | | 2000 Pennsylvania Avenue NW Washington, D.C. 20006 |
| 22 | | Telephone: (202) 974-1500 Facsimile: (202) 974-1999 |
| 23 | | |
| 24 | | *Attorneys for Defendants LG Display Co., Ltd. and LG Display America, Inc* |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated: October 9, 2008 | /s/ *George D. Niespolo* |
| 2 | | George D. Niespolo<br>**DUANE MORRIS LLP**<br>One Market Street |
| 3 | | Spear Tower, 20th Floor<br>San Francisco, CA 94105 |
| 4 | | Telephone: (415) 957-3013<br>Facsimile: (415) 957-3001 |

*Attorneys for Defendant NEC Electronics America, Inc. and NEC LCD Technologies, Ltd.*

| | | |
|---|---|---|
| 7 | Dated: October 9, 2008 | /s/ *James L. McGinni* |
| | | James L. McGinnis (S.B. No. 95788)<br>**SHEPPARD MULLIN RICHTER & HAMPTON LLP**<br>4 Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4109<br>Telephone: (415) 434-9100<br>Facsimile: (415) 434-3497 |

*Attorneys for Defendants Samsung Electronics America, Inc., Samsung Semiconductor, Inc. and Samsung Electronics Co., Ltd.*

| | | |
|---|---|---|
| 14 | Dated: October 9, 2008 | /s/ *Jacob R. Sorensen* |
| | | Jacob R. Sorensen (S.B. No. 209134)<br>**PILLSBURY WINTHROP SHAW PITTMAN LLP**<br>50 Fremont Street<br>San Francisco, CA 94105<br>Telephone: (415) 983-1000<br>Facsimile: (415) 983-1200 |

*Attorneys for Defendants Sharp Corporation and Sharp Electronics Corporation*

| | | |
|---|---|---|
| 20 | Dated: October 9, 2008 | /s/ *Bruce H. Jackson* |
| | | Bruce H. Jackson (S.B. No. 98118)<br>**BAKER & McKENZIE LLP**<br>Two Embarcadero Center, 11th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 576-3027<br>Facsimile: (415) 576-3099 |

*Attorneys for Defendant Tatung Company of America, Inc.*

- 5 -

STIP. AND [PROPOSED] ORDER REGARDING
PROCEDURES GOVERNING EXPERT DISCOVERY
MASTER FILE NO. M07-1827 SI

| | | |
|---|---|---|
| 1 | Dated: October 9, 2008 | /s/ *Wayne A. Cross* |
| 2 | | Wayne A. Cross (*Pro Hac Vice*) |
| | | **WHITE & CASE LLP** |
| | | 1155 Avenue of the Americas |
| 3 | | New York, NY 10036 |
| | | Telephone: (212) 819-8200 |
| 4 | | Facsimile: (212) 354-8113 |

*Attorneys for Defendants Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., Toshiba Corporation, and Toshiba Matsushita Display Technology Co., Ltd.*

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from: Francis O. Scarpulla, Joseph M. Alioto, Bruce L. Simon, Richard M. Heimann, Christopher A. Nedeau; Steven F. Cherry, Joel S. Sanders, Kevin C. McCann; Hugh F. Bangasser; Kent M. Roger; Michael R. Lazerwitz; George D. Niespolo; James L. McGinnis; Jacob R. Sorensen, Bruce H. Jackson and Wayne A. Cross.

SO ORDERED.

DATED: 10/10/08 _____
Honorable Susan Illston
United States District Judge