Richard M. Heimann (State Bar No. 63607)
LIEFF, CABRASER, HEIMANN
 & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Bruce L. Simon (State Bar No. 96241)
PEARSON, SIMON, SOTER, WARSHAW
 & PENNY, LLP
44 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008

*Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs*

Stephen F. Cherry (*Pro Hac Vice*)
Gordon Pearson (*Pro Hac Vice*)
WILMER CUTLER PICKERING HALE
 AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Counsel for Defendant Nexgen Mediatech, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. M:07-1827 SI<br><br>MDL No. 1827 |
| This Document Relates To:<br><br>ALL DIRECT PURCHASER ACTIONS | **STIPULATION AND [PROPOSED] ORDER SHORTENING THE BRIEFING SCHEDULE FOR DIRECT PURCHASER PLAINTIFFS' RULE 4(f)(3) MOTION TO SERVE NEXGEN MEDIATECH, INC.**<br><br>The Honorable Susan Illston |

WHEREAS the Court presently has under submission Nexgen Mediatech, Inc.'s motion to dismiss the direct purchaser plaintiffs' consolidated complaint for insufficient service of process,

1 noticed for November 19, 2008 at 4:00 p.m. (Doc. # 676, filed September 29, 2008);

2 WHEREAS direct purchaser plaintiffs intend to file a motion to serve Nexgen Mediatech, Inc. through its United States-based counsel under Rule 4(f)(3); and

4 WHEREAS Nexgen's motion to dismiss and plaintiffs' Rule 4(f)(3) motion are so interrelated that scheduling a single hearing to address both motions is beneficial to both the Court and counsel; and

7 NOW, THEREFORE, in accordance with Local Rules 6-1 and 6-2 the undersigned parties stipulate and agree to the following schedule for direct purchaser plaintiffs' Rule 4(f)(3) motion to serve Nexgen Mediatech, Inc.:

1. <u>October 22, 2008</u>: Deadline for filing motion.
2. <u>November 5, 2008</u>: Deadline for filing opposition brief.
3. <u>November 12, 2008</u>: Deadline for filing reply brief.
4. <u>November 19, 2008 at 4:00 p.m.</u>: Hearing on motion.

Respectfully submitted,

Dated: October 21, 2008    LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By:    /s/ Andrew Kingsdale
       Andrew S. Kingsdale

Richard M. Heimann (State Bar No. 63607)
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:   (415) 956-1000
Facsimile:   (415) 956-1008

Dated: October 21, 2008    PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP

By:    /s/ Bruce Simon
       Bruce L. Simon

Bruce L. Simon (State Bar No. 96241)
44 Montgomery Street, Suite 1200
San Francisco, CA  94104
Telephone:   (415) 433-9000
Facsimile:   (415) 433-9008

*Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs*

| | | |
|---|---|---|
| 1 | Dated: October 21, 2008 | WILMER CUTLER PICKERING HALE AND DORR LLP |

By:     /s/ Steven F. Cherry
        Steven F. Cherry

Stephen F. Chery (*Pro Hac Vice*)
Gordon Pearson (*Pro Hac Vice*)
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Counsel for Defendant Nexgen Mediatech, Inc.*

**Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from Andrew S. Kingsdale, Bruce L. Simon, and Steven F. Cherry.**

## ORDER

SO ORDERED this _____ day of _____, 2008.

_____
THE HONORABLE SUSAN ILLSTON
United States District Judge