Richard M. Heimann (State Bar No. 63607)
LIEFF, CABRASER, HEIMANN
 & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone:    (415) 956-1000
Facsimile:    (415) 956-1008

Bruce L. Simon (State Bar No. 96241)
PEARSON, SIMON, SOTER, WARSHAW
 & PENNY, LLP
44 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:    (415) 433-9000
Facsimile:    (415) 433-9008

*Interim Co-Lead Counsel for the
Direct Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. M:07-1827 SI<br><br>MDL No. 1827 |
| This Document Relates to:<br><br>ALL DIRECT PURCHASER ACTIONS | **DECLARATION OF ANDREW KINGSDALE IN SUPPORT OF PLAINTIFFS' MOTION TO SERVE NEXGEN MEDIATECH, INC. THROUGH ITS COUNSEL UNDER FED. R CIV. P. 4(f)(3)**<br><br>The Honorable Susan Illston |

I, Andrew Kingsdale, declare as follows:

1.   I am an associate at Lieff, Cabraser, Heimann & Bernstein, LLP, and a member in good standing of the State Bar of California and the United States District Court for the Northern District of California. I submit this declaration in accordance with Local Rule 7-5 and in support of direct purchaser plaintiffs' motion to serve Nexgen Mediatech, Inc. through its

1  counsel under Federal Rule of Civil Procedure 4(f)(3).  I make this declaration based on my own personal knowledge.  If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2.     Attached hereto as Exhibit A is a true and correct copy of APS International Ltd.'s Itemization of Amounts Billed and Received for the case *In re: TFT-LCD (Flat Panel) Antitrust Litigation (All Direct Purchaser Actions)*, dated October 22, 2008.  On October 22, 2008, Lester Franzen, an employee at APS, sent this invoice to me via e-mail.  The invoice details charges to plaintiffs for service on six defendants in Taiwan, including Nexgen Mediatech, Inc., through the letter rogatory method.  Charges specific to service on Nexgen Mediatech, Inc. amounted to $1,086.45.  In addition, the fee for translating documents that were served on all six of the Taiwanese defendants amounted $3,276.00.  One-sixth of this translation fee ($546.00) is attributable to service on Nexgen.  Thus, the total charge to plaintiffs for serving Nexgen through letter rogatory was approximately $1,632.45.

3.     On October 22, 2008, I visited the website located at URL http://www.nexgen.com.tw/A6.htm.  Attached hereto as Exhibit B is a true and correct image of the screen that appeared.  This site was titled "NEXGEN MEDIATECH."  Under the words "Contact Us" and "Headquarter" was the address: "11F, No. 186, Jianyi Road, Chung Ho City, Taipei Hsien, Taiwan, R.O.C."

4.     On October 22, 2008, I visited the website for Wayback Machine, an internet archival resource located at URL http://www.archive.org/web/web.php, and searched for the URL http://www.nexgen.com.tw/A6.htm.  Attached hereto as Exhibit C is a true and correct image of the screen that appeared.  It included a series of dates with hyperlinks to other websites.

5.     Attached hereto as Exhibit D is a true and correct image of the screen that appeared when I selected "Aug 21, 2007" from the screen in Exhibit C.  A page titled "NEXGEN MEDIATECH" appeared.  Under the words "Contact Us" and "Headquarter" [sic] was the address: "11F, No. 186, Jianyi Road, Chung Ho City, Taipei Hsien, Taiwan, R.O.C."

6.     On October 22, 2008, I visited the website located at URL http://www.chimei.com.tw/en/product_lcd_buy.asp.  Attached hereto as Exhibit E is a true and

1  correct image of the screen that appeared. This site was titled "CHI MEI." Under the words
2  "Where to buy" and "Taiwan" was the address: "11F, No. 186, Jianyi Road, Chung Ho City,
3  Taipei Hsien, Taiwan, R.O.C."

4      7.    On October 22, 2008, I visited the website for Wayback Machine, an
5  internet archival resource located at http://www.archive.org/web/web.php, and searched for the
6  URL http://www.chimei.com.tw/en/product_lcd_buy.asp. Attached hereto as Exhibit F is a true
7  and correct image of the screen that appeared. It included a series of dates with hyperlinks to
8  other websites.

9      8.    Attached hereto as Exhibit G is a true and correct image of the screen that
10 appeared when I selected "Nov 20, 2007" from the screen in Exhibit F. A page titled "CHI MEI"
11 appeared. Under the words "Where to buy" and "Taiwan" was the address: "11F, No. 186, Jianyi
12 Road, Chung Ho City, Taipei Hsien, Taiwan, R.O.C."

13     9.    Attached hereto as Exhibit H is a true and correct image of the screen that
14 appeared when I visited the website located at URL
15 http://jirs.judicial.gov.tw/Eng/FLAW/FLAWDAT0201.asp?lsid=FL001362&beginPos=18 on
16 October 22, 2008. The title of this website is "The Judicial Yuan of the Republic of China, Law
17 and Regulations Retrieving System." A number of "Articles" were listed under the headings and
18 subheadings "Taiwan Code of Civil Procedure, Part I General Principles, Chapter IV Litigation
19 Proceedings, Section 2 Service of Process."

20

21     I declare under penalty of perjury under the laws of the United States of America
22 that the foregoing is true and correct. Executed at San Francisco, California on October 22, 2008.

23
24
25                                              */s/ Andrew Kingsdale*
                                             Andrew S. Kingsdale
26
27
28