# EXHIBIT A



## Civil Action Group
### dba APS International, Ltd.

International Division · 7800 Glenroy Road
Bloomington, Minnesota 55439-3122
(952) 831-2355 or (952) 831-7776

## ITEMIZATION OF AMOUNTS BILLED AND RECEIVED

October 22, 2008

**BILL TO:**

SAVERI & SAVERI, INC.
Attn: Ms. Melissa C. Shapiro
111 Pine St., Ste. 1700
San Francisco, CA  94111-5630

Please make all checks payable to:

Civil Action Group, Ltd.

Case Name:    In re: TFT-LCD (Flat Panel) Antitrust Litigation (All Direct Purchaser Actions)
Attorney File #:    59

### CHARGES    APS File No: 251064-0001

Subject:    AU Optronics Corporation
Location:   Hsinchu 30078, Taiwan

| Date | Service Type | Quantity | Price | Extended |
|---|---|---|---|---|
| 15-Nov-2007 | Letters Rogatory Processing Fee | 1 | $525.00 | 525.00 |
| 15-Nov-2007 | Department of State Processing | 1 | $735.00 | 735.00 |
| 15-Nov-2007 | Translation of Letter Rogatory | 3 | $58.50 | 175.50 |
| 15-Nov-2007 | Language: Chinese | 56 | $58.50 | 3,276.00 |
| 15-Nov-2007 | Language: Chinese | 2 | $87.75 | 175.50 |
| 15-Nov-2007 | Copy Charges | 118 | $0.40 | 47.20 |
| 15-Nov-2007 | Copy Charges | 88 | $0.40 | 35.20 |

### CHARGES    APS File No: 251064-0002

Subject:    Chi Mei Corporation
Location:   Jen Te, Tainan County, Taiwan

| Date | Service Type | Quantity | Price | Extended |
|---|---|---|---|---|
| 15-Nov-2007 | Letters Rogatory Processing Fee | 1 | $275.00 | 275.00 |
| 15-Nov-2007 | Department of State Processing | 1 | $735.00 | 735.00 |
| 15-Nov-2007 | Translation of Letter Rogatory | 1 | $29.25 | 29.25 |
| 15-Nov-2007 | Copy Charges | 118 | $0.40 | 47.20 |
| 15-Nov-2007 | Copy Charges | 88 | $0.40 | 35.20 |

If, for any reason, after receipt of this statement, you contest the amount billed, you must inform APS IN WRITING within 15 DAYS after receipt of the statement (or in any event within 30 days after the date above).  Failure to make a written claim within such period shall be deemed an acceptance of the services provided and fees billed, and, will operate to waive all claims and defenses related to the services provided and fees billed.  Please send your written claim to the attention of: APS Billing Dept., Attn:  Invoicing, 7800 Glenroy Road, Minneapolis, MN 55439-3122

We accept Visa and Mastercard.

IMPORTANT -- FOR PROPER CREDIT, PLEASE RETURN A COPY OF THIS STATEMENT WITH PAYMENT.
APS Federal Tax ID:  41-1954233

## CHARGES   *APS File No: 251064-0003*

Subject: Chi Mei Optoelectronics Corporat
Location: Sinshih Township, Tainan County 74147, Taiwan

| Date | Service Type | Quantity | Price | Extended |
|---|---|---|---|---|
| 15-Nov-2007 | Letters Rogatory Processing Fee | 1 | $275.00 | 275.00 |
| 15-Nov-2007 | Department of State Processing | 1 | $735.00 | 735.00 |
| 15-Nov-2007 | Translation of Letter Rogatory | 1 | $29.25 | 29.25 |
| 15-Nov-2007 | Copy Charges | 118 | $0.40 | 47.20 |
| 15-Nov-2007 | Copy Charges | 88 | $0.40 | 35.20 |

## CHARGES   *APS File No: 251064-0004*

Subject: Chunghwa Picture Tubes, Ltd.
Location: Bade City, Taoyuan, Taiwan

| Date | Service Type | Quantity | Price | Extended |
|---|---|---|---|---|
| 15-Nov-2007 | Letters Rogatory Processing Fee | 1 | $275.00 | 275.00 |
| 15-Nov-2007 | Department of State Processing | 1 | $735.00 | 735.00 |
| 15-Nov-2007 | Translation of Letter Rogatory | 1 | $29.25 | 29.25 |
| 15-Nov-2007 | Copy Charges | 118 | $0.40 | 47.20 |
| 15-Nov-2007 | Copy Charges | 88 | $0.40 | 35.20 |

## CHARGES   *APS File No: 251064-0005*

Subject: HannStar Display Corporation
Location: Neihu, Chiu, Taipei 114, Taiwan

| Date | Service Type | Quantity | Price | Extended |
|---|---|---|---|---|
| 15-Nov-2007 | Letters Rogatory Processing Fee | 1 | $275.00 | 275.00 |
| 15-Nov-2007 | Department of State Processing | 1 | $735.00 | 735.00 |
| 15-Nov-2007 | Translation of Letter Rogatory | 1 | $29.25 | 29.25 |
| 15-Nov-2007 | Copy Charges | 118 | $0.40 | 47.20 |
| 15-Nov-2007 | Copy Charges | 88 | $0.40 | 35.20 |

## CHARGES   *APS File No: 251064-0006*

Subject: Nexgen Mediatech, Inc.
Location: Chung Ho City, Taipei Hsien, Taiwan

| Date | Service Type | Quantity | Price | Extended |
|---|---|---|---|---|
| 15-Nov-2007 | Letters Rogatory Processing Fee | 1 | $275.00 | 275.00 |
| 15-Nov-2007 | Department of State Processing | 1 | $735.00 | 735.00 |
| 15-Nov-2007 | Translation of Letter Rogatory | 1 | $29.25 | 29.25 |
| 15-Nov-2007 | Copy Charges | 118 | $0.40 | 47.20 |

If, for any reason, after receipt of this statement, you contest the amount billed, you must inform APS IN WRITING within 15 DAYS after receipt of the statement (or in any event within 30 days after the date above).  Failure to make a written claim within such period shall be deemed an acceptance of the services provided and fees billed, and, will operate to waive all claims and defenses related to the services provided and fees billed.  Please send your written claim to the attention of: APS Billing Dept., Attn:  Invoicing, 7800 Glenroy Road, Minneapolis, MN 55439-3122

We accept Visa and Mastercard.

IMPORTANT -- FOR PROPER CREDIT, PLEASE RETURN A COPY OF THIS STATEMENT WITH PAYMENT.
APS Federal Tax ID:  41-1954233

| 15-Nov-2007 | Copy Charges | | 88 | $0.40 | 35.20 |

## CHARGES    *APS File No: 251064-0007*

Subject:      Nexgen Mediatech, Inc.
Location:     , Taiwan

| Date | Service Type | Quantity | Price | Extended |
|---|---|---|---|---|
| 21-Oct-2008 | Billable Hours | 2 | $95.00 | 190.00 |
| 21-Oct-2008 | Affidavit | 1 | $195.00 | 195.00 |
| | | **Subtotal Fees for this Case:** | | **10,962.65** |
| | | **Total Fees (all cases):** | | **10,962.65** |

## *PAYMENTS*

| Date | Check Number | Check Amount | Amount Allocated to Above Items |
|---|---|---|---|
| **08-Jan-2008** | **6642** | **$10,577.65** | 10,577.65 |
| | | **Total Allocated to Above Items:** | **10,577.65** |
| | | **Total Due This Statement:** | **$385.00** |

If, for any reason, after receipt of this statement, you contest the amount billed, you must inform APS IN WRITING within 15 DAYS after receipt of the statement (or in any event within 30 days after the date above).  Failure to make a written claim within such period shall be deemed an acceptance of the services provided and fees billed, and, will operate to waive all claims and defenses related to the services provided and fees billed.  Please send your written claim to the attention of: APS Billing Dept., Attn: Invoicing, 7800 Glenroy Road, Minneapolis, MN 55439-3122

We accept Visa and Mastercard.

IMPORTANT -- FOR PROPER CREDIT, PLEASE RETURN A COPY OF THIS STATEMENT WITH PAYMENT.
APS Federal Tax ID:  41-1954233