# EXHIBIT B



About NEXGEN    Products    Service    News    Certification    Career    Contact Us    Site Map

# Contact**US**

### Headquarter

11F, No. 186, Jianyi Rd., Chung Ho City, Taipei Hsien, Taiwan, R.O.C.

Tel: +886-2-8227-1133

Fax: +886-2-8227-1498



### Manufacturing Plant

No. 11-2, Jen Te 4th St., Jen Te Village Jen Te, Tainan 717 Taiwan, R.O.C.

Tel: +886-6-279-8080

Fax: +886-6-79-8787



### Sales by Category

If you are not a Nexgen customer yet, and would like to start business relationship with us, please contact:

- LCD TV: Daphne Lin (+886-2-8227-1133 ext. 2119)

If you are already a Nexgen customer and would like to have further assistance on products, please contact:

- Customer Service: Midas Shieh (+886-6-279-8080 ext.5243)







About  NEXGEN    Products    Service    News    Certification    Career    Contact Us    Site Map

## About **US**

Founded in 2002, Nexgen aimed to be the world leading TV display products supplier: design and manufacture first-grade total TV display solutions for our OEM/ODM customers.

Nexgen's key founders have extensive technical and management experience from Chi-Mei Optoelectronics, the world-leading supplier of TFT-LCD Panel. Our management team is among the most experienced and respected in the Semiconductors & Optoelectronics industry with advanced knowledge in Quality, Material Management and Production fields.

Our superior experience in display technologies places us in a unique position to deliver state-of-art TV display solutions satisfying all requirements from PC applications to the fast-growing home entertainment market.

Nexgen has its sights set years into the dazzle future of flat panel display/HDTV. With a focus on innovation, time-to-market, ownership of technologies, proven strategy of vertical resource integration, elite R&D and assembly line, Nexgen will continue to be at the front of the pack by bringing the best-quality display products to customers.

**Company Overview**

Company **Fact Sheet**

Vision **Strategies**

Company **Policy**

Company **Milestones**

Chi-Mei **Group**

🏠 HOME





About Us



About NEXGEN   Products   Service   News   Certification   Career   Contact Us   Site Map

# Products

## NT2001

## 20" LCD TV

Product Introduction:

TV System:

- Optional TV System Input Format: NTSC (3.58/4.43) / PAL (B/G, M/N, D/K, L) / SECAM (DK/L) series.

- 480i/p, 576 i/p SDTV compatible.

- Embedded 5w x 2 stereo speaker with actual 4w max amplifier.

- User- friendly operation design: control keys, remote control & OSD support.

- Composite Video (AV) & S-Video, YPbPr Component Video (Optional for NTSC),D2-connector (Optional for EIAJ),SCART with RGB & YC (Optional for Euro model).

LCD Panel:

- Native Resolution: VGA (640 x 480)

- Pixel Pitch: 0.2125(H) x 0.6375(W)

- Response Time: 16ms typ. (25℃)

- Contrast Ratio: 500:1

- Brightness:450cd/ m² min.

- View Angle: 160 degree horizontal / 140 degree vertical.







Products