# EXHIBIT C

Internet Archive Wayback Machine



| Enter Web Address: | **Adv. Search Compare Archive** |
|---|---|
| **Pages** | |

Searched for **http://www.nexgen.com.tw/A6.htm** — **20** Results

Note some duplicates are not shown. See all.
\* denotes when site was updated.
Material typically becomes available here 6 months after collection. See FAQ.

## Search Results for Jan 01, 1996 - Apr 26, 2008

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 3 pages | 4 pages | 2 pages | 8 pages | 2 pages | 0 pages |
| | | | | | | | Jun 04, 2003 \*<br>Aug 03, 2003<br>Oct 04, 2003 | Apr 02, 2004 \*<br>Jun 03, 2004 \*<br>Jun 10, 2004<br>Aug 29, 2004 \* | Nov 04, 2005 \*<br>Nov 05, 2005 | Jan 14, 2006 \*<br>Apr 09, 2006<br>May 03, 2006<br>Jun 15, 2006<br>Jul 11, 2006<br>Jul 17, 2006<br>Sep 12, 2006<br>Nov 08, 2006 | Apr 17, 2007<br>Aug 21, 2007 | |

Home | Help

Internet Archive | Terms of Use | Privacy Policy