# EXHIBIT D





11F, No. 186, Jianyi Rd., Chung Ho City, Taipei Hsien, Taiwan, R.O.C.

Tel: +886-2-8227-1133

Fax: +886-2-8227-1498



No. 11-2, Jen Te 4th St., Jen Te Village Jen Te, Tainan 717 Taiwan, R.O.C.

Tel: +886-6-279-8080

Fax: +886-6-79-8787



If you are not a Nexgen customer yet, and would like to start business relationship with us, please contact:

- LCD TV: Daphne Lin (+886-2-8227-1133 ext. 2119)

If you are already a Nexgen customer and would like to have further assistance on products, please contact:

- Customer Service: Midas Shieh (+886-6-279-8080 ext.5243)



