# EXHIBIT E

# CHIMEI

Where to buy

**LCD Display**

**:: LCD Monitor**

Where to buy

**Taiwan**

:: NEXGEN Mediatech Inc

**Taipei**

Address : 11F, No. 186, Jianyi Rd., Chung Ho City, Taipei Hsien, Taiwan, R.O.C.

Tel: +886-2-8227-1133

Fax: +886-2-8227-1498

**Tainan**

Address : No. 11-2, Jen Te 4th St., Jen Te Village Jen Te, Tainan 717 Taiwan, R.O.C.

Tel: +886-6-279-8080

Fax: +886-6-79-8787

:: HannStar Union Corporation

Tel: +886 2 2396-6761

:: Genuine Corporation

Tel: +886 2 2795-6677

:: Synnex Technology International Corporation

Tel:+886 2 2509-8899

:: TSANN KUEN TRANS-NATION GROUP

Tel :+886 0800-095885

**Overseas**

**China**

:: ShenZhen Nexgen Trading Co., Ltd

Address : Room B2,Floor 20,Tower C,Dianzikeji Building, Shennan Rd.M.,Shenzhen,Guangdong

Tel: 0755-3330-3464

Fax: 0755-33303468

**Singapore**

:: CHIMEI Singapore

Address : 25 International Business Park,German Centre #04-20/21,Singapore 609916

Tel: + 65 6560 7528

Fax:+ 65 6560 1708

**Europe**

:: MIRAI-CHIMEI

Address : Pluspoint 2 ,Jupiterstraat 82, 2132 HE HOOFDDORP, The Netherlands

Tel: +31 (0) 23 565 6930

Fax: +31 (0) 23 565 6931

:: NEXGEN Mediatech USA

Address :16712 E. Johnson Dr. City of Industry, CA 91745

Tel: +1 626-709-3080

Fax: +1 626-336-1398

Hot line# 1-888-4CHIMEI

E-mail:service@mail.nexgen.com.tw

**Australia**

:: Protac (Australia) Pty Ltd

Tel: +61 1300 88 30 79

:: eSys Integrated Pty Ltd

Tel:+61 1300 73 16 33

NSW : 02 96485220

VIC : 03 9558 9340

QLD : 07 38089322

**New Zealand**

:: Heima New Zealand Ltd

Tel: +64 9 535-7067

:: Protac New Zealand Limited

Tel:+64 9 570-7788

### Korea

:: EvertopCo,LTD

Tel: +822 7027-1456

### Middle East

**Dubai**

:: Memory Technology Distribution FZCO

Tel::+971 4803-7340

**Israel**

:: PSDS Enterprises LTD

Tel:+972 5282-81602

:: BENDA MAGNETIC LTD

Tel:+972-9864-4621

### India

:: New Delhi

Tel:

00 91 11 29847-260

00 91 11 29849774

:: Mumbai

Tel: 00 91 22 26733353

---

**CHIMEI Global | Site Map | Contact US**

Copyright 2006 CHIMEI. All Rights Reserved

# About CHIMEI

- CHIMEI Group
- Brand Story
- Mission & Vision
- Chronicle of CHIMEI
- Contact US

## CHIMEI Group

Since its founding in 1959, Chi-Mei Corporation has been a major player in the Petro-Chemical industry for more than 40 years. Chi Mei was the first acrylic sheet manufacturer in Taiwan. Its ACRYPOLYR was called the Acrylic Sheet of Taiwan, and the chairman Hsu became known as the ¡§Father of Taiwan Acrylic¡¨. Not only being one of the largest ABS, PS, AS, BR, TPE and PMMA maker in the world, Chi-Mei has also ventured into different fields such as Food, Hospitality, Telecommunication, Trading, and other Hi-Tech manufacturing industries. In August of 2002, Chi Mei Optoelectronics (CMO) completed its IPO on the Taiwan Stock Exchange, and was the first listed company whinth the Chi Mei Group. Chi-Mei Corporation affiliates has combined net sales over 10.5 billion US Dollars in 2006, and has employees more than 36,000.

¡uBusiness as a Way to Pursue Fulfillment¡v, ¡uHuman Management and Harmony are the most important¡vhave been the operating principles of the whole Chi Mei Group. Over the past 40 years, Chi Mei Group has been constantly transforming and growing and consists of five profit taking ventures, and a non-profit organization.

**:: Petro-Chemical & Materials**
- ¡ECHI MEI Corporation
- ¡EZhenjiang Chimei Chemical Co., Ltd.
- ¡EChimei-Asahi Corp.
- ¡EGIO Optoelectronics Corp.
- ¡EChi Mei Materials Technology Corp.
- ¡EChi Lin Technology Co., Ltd.
- ¡ETransmit Precisions Co., Ltd.
- ¡EPowerking Optoelectronics, Co., Ltd.

**:: IT Industry**
- ¡ECHIMEI Optoelectronics Corp(CMO)
- ¡ENingbo CMO Ltd., Nanhai CMO Ltd
- ¡ENanhai CMO Ltd
- ¡EHimax Technologies, Inc.
- ¡EChi Mei Lighting Ltd.
- ¡EChi Mei Electroluminescence Corp.
- ¡ENexgen Mediatech Inc.

**:: Trading and Logistics**

- ¡ELinklinear Development Co. Ltd
- ¡EChi Mei Storage Co. Ltd.
- ¡EChi Mei Trading Co., Ltd.
- ¡EChi Mei Logistics Corp.
- ¡EZhengjiang Chi Mei Storage Co., Ltd

**:: Non-Profit**

- ¡EChi Mei Culture Foundation
- ¡EChi Mei Museum
- ¡EChi Mei Foundation Medical Center

**:: Fine Art**

- ¡EChi Mei Fine Art, Co. Ltd

**:: Construction & Equipment**

- ¡EPoly Chemical Engineering Co., Ltd.
- ¡EContrel Technology Co, Ltd.
- ¡EFulintech Science Engineering Co., Ltd.

**:: Food**

- ¡EChi Mei Frozen Food Co., Ltd.
- ¡ECHIMEI Cafe
- ¡EFu Shih Food.