# EXHIBIT F

Internet Archive Wayback Machine



| **Enter Web Address:** | | **Adv. Search** **Compare Archive** |
|---|---|---|
| | **Pages** | |

Searched for **http://www.chimei.com.tw/en/product_lcd_buy.asp**    **20** Results

* denotes when site was updated.
Material typically becomes available here 6 months after collection. See FAQ.

## Search Results for Jan 01, 1996 - Apr 26, 2008

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 3 pages | 16 pages | 1 pages |
| | | | | | | | | | | Dec 14, 2006 * | Jan 02, 2007 * | Jan 20, 2008 |
| | | | | | | | | | | Dec 19, 2006 * | Jan 06, 2007 | |
| | | | | | | | | | | Dec 25, 2006 | Jan 07, 2007 | |
| | | | | | | | | | | | Jan 12, 2007 | |
| | | | | | | | | | | | Jan 17, 2007 | |
| | | | | | | | | | | | Jan 22, 2007 | |
| | | | | | | | | | | | Jan 29, 2007 | |
| | | | | | | | | | | | Mar 01, 2007 | |
| | | | | | | | | | | | Mar 03, 2007 | |
| | | | | | | | | | | | Apr 03, 2007 | |
| | | | | | | | | | | | Jun 30, 2007 | |
| | | | | | | | | | | | Jul 02, 2007 | |
| | | | | | | | | | | | Oct 06, 2007 * | |
| | | | | | | | | | | | Oct 20, 2007 | |
| | | | | | | | | | | | Nov 20, 2007 | |
| | | | | | | | | | | | Dec 21, 2007 | |

Home | Help

Internet Archive | Terms of Use | Privacy Policy