# EXHIBIT G



**Where to buy**

**LCD Display**

**:: LCD Monitor**

## Where to buy

**Taiwan**

:: NEXGEN Mediatech Inc

**Taipei**
Address : 11F, No. 186, Jianyi Rd., Chung Ho City, Taipei Hsien, Taiwan, R.O.C.
Tel: +886-2-8227-1133
Fax: +886-2-8227-1498

**Tainan**
Address : No. 11-2, Jen Te 4th St., Jen Te Village Jen Te, Tainan 717 Taiwan, R.O.C.
Tel: +886-6-279-8080
Fax: +886-6-79-8787

:: HannStar Union Corporation
Tel: +886 2 2396-6761

:: Genuine Corporation
Tel: +886 2 2795-6677

:: Synnex Technology International Corporation
Tel:+886 2 2509-8899

:: TSANN KUEN TRANS-NATION GROUP
Tel :+886 0800-095885

**Overseas**
**China**

:: ShenZhen Nexgen Trading Co., Ltd
Address : Room B2,Floor 20,Tower C,Dianzikeji Building, Shennan Rd.M.,Shenzhen,Guangdong
Tel: 0755-3330-3464
Fax: 0755-33303468

**Singapore**
:: CHIMEI Singapore
Address : 25 International Business Park,German Centre #04-20/21,Singapore 609916
Tel: + 65 6560 7528
Fax:+ 65 6560 1708

**Europe**
:: MIRAI
Address :Pluspoint 2,Jupiterstraat 106,2132 HE HOOFDDORP,The Netherlands
Tel: +31 (0) 23 567 1056
Fax: +31 (0) 23 567 1067

:: MIRAI-CHIMEI
Address : Jupiterstraat 82, 2132 HE HOOFDDORP,The Netherlands
Tel: +31 (0) 23 565 6930
Fax: +31 (0) 23 565 6931

:: NEXGEN Mediatech USA
Address :14500 Proctor Ave.,City of Industry,CA 91746
Tel: +1 626-820-1368
Fax: +1 626-820-1398
E-mail:service@mail.nexgen.com.tw

**Australia**
:: Protac (Australia) Pty Ltd
Tel: +61 1300 88 30 79
:: eSys Integrated Pty Ltd
Tel:+61 1300 73 16 33
NSW : 02 96485220
VIC : 03 9558 9340
QLD : 07 38089322

**New Zealand**
:: Heima New Zealand Ltd
Tel: +64 9 535-7067
:: Protac New Zealand Limited
Tel:+64 9 570-7788

**Korea**

:: Allinx Media
Tel:+822 2025-3788
:: EvertopCo,LTD
Tel:+822 7027-1456

**Middle East**
**Dubai**
:: Memory Technology Distribution FZCO
Tel::+971 4803-7340

**Israel**
:: PSDS Enterprises LTD
Tel:+972 5282-81602
:: BENDA MAGNETIC LTD
Tel:+972-9864-4621

**India**
:: New Delhi
Tel:
00 91 11 29847-260
00 91 11 29849774
:: Mumbai
Tel: 00 91 22 26733353

---

CHIMEI Global | Site Map | Contact US
Copyright 2006 CHIMEI. All Rights Reserved