```
1  NIALL E. LYNCH (State Bar No. 157959)
   MICHAEL L. SCOTT (State Bar No. 165452)
2  DAVID J. WARD (State Bar No. 239504)
   HEATHER S. TEWKSBURY (State Bar No. 222202)
3  ALEXANDRA J. SHEPARD (State Bar No. 205143)
   Antitrust Division
4  U.S. Department of Justice
   450 Golden Gate Avenue
5  Box 36046, Room 10-0101
   San Francisco, CA 94102
6  Telephone: (415) 436-6660

7  Attorneys for the United States
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | PROPOSED ORDER ON STIPULATED NOTICE OF RELATED CASE IN A CRIMINAL ACTION |
| | Case Case No. M 07-1827 SI |
| UNITED STATES OF AMERICA | |
| v. | |
| SHARP CORPORATION, | |
| | Case No. CR 08-0802 PJH |
| Defendant. | |

### [PROPOSED] ORDER

This Court has considered the Stipulated Notice of Related Case in a Criminal Action under Crim. L. R. 8-1, jointly filed by the United States and Sharp Corporation. Because the assignment of <u>United States v. Sharp Corporation</u>, CR 08-0802 (PJH), to Judge Susan Illston is likely to conserve judicial resources and promote an efficient determination of the action, it is ordered that this case is

//

[PROPOSED] ORDER- PAGE 1
Case No. CR 08-0802 PJH

| | |
|---|---|
| 1 | transferred to Judge Illston. |
| 2 | |
| 3 | Date: _____, 2008 |

*Susan Illston*
U.S. District Court Judge

[PROPOSED] ORDER- PAGE 2
Case No. CR 08-0802 PJH