NIALL E. LYNCH (State Bar No. 157959)
MICHAEL L. SCOTT (State Bar No. 165452)
HEATHER S. TEWKSBURY (State Bar No. 222202)
DAVID J. WARD (State Bar No. 239504)
ALEXANDRA J. SHEPARD (State Bar No. 205143)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 436-6660

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | PROPOSED ORDER ON STIPULATED NOTICE OF RELATED CASE IN A CRIMINAL ACTION<br><br>Case Case No. M 07-1827 SI |
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHUNGHWA PICTURE TUBES, LTD.,<br><br>Defendant. | Case No. CR 08-0804 WHA |

**[PROPOSED] ORDER**

This Court has considered the Stipulated Notice of Related Case in a Criminal Action under Crim. L. R. 8-1, jointly filed by the United States and Chunghwa Picture Tubes, Ltd. Because the assignment of <u>United States v. Chunghwa Picture Tubes, Ltd.</u>, CR 08-0804 (WHA), to Judge Susan Illston is likely to conserve judicial resources and promote an efficient determination of

///

[PROPOSED] ORDER- PAGE 1
Case No. CR 08-0804 WHA

the action, it is ordered that this case is transferred to Judge Illston.

Date: _____, 2008

_____
U.S. District Court Judge

[PROPOSED] ORDER- PAGE 2
Case No. CR 08-0804 WHA