```
NIALL E. LYNCH (State Bar No. 157959)
MICHAEL L. SCOTT (State Bar No. 165452)
HEATHER S. TEWKSBURY (State Bar No. 222202)
DAVID J. WARD (State Bar No. 239504)
ALEXANDRA J. SHEPARD (State Bar No. 205143)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 436-6660
```

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | PROPOSED ORDER ON STIPULATED NOTICE OF RELATED CASE IN A CRIMINAL ACTION<br><br>Case Case No. M 07-1827 SI |
| UNITED STATES OF AMERICA<br><br>v.<br><br>LG DISPLAY CO., LTD. and<br>LG DISPLAY AMERICA, INC.,<br><br>Defendants. | Case No. CR 08-0803 VRW |

### [PROPOSED] ORDER

This Court has considered the Stipulated Notice of Related Case in a Criminal Action under Crim. L. R. 8-1, jointly filed by the United States and LG Display Co., Ltd. and LG Display America, Inc. ("LG Display"). Because the assignment of <u>United States v. LG Display Co., Ltd. and LG Display America, Inc.</u>, CR 08-0803 (VRW) to Judge Susan Illston is likely to conserve judicial resources and promote an

///

[PROPOSED] ORDER- PAGE 1
Case No. CR 08-0803 VRW

1  efficient determination of the action, it is ordered that this case is transferred to Judge Illston.

4  Date: _____, 2008

*Susan Illston*
U.S. District Court Judge

[PROPOSED] ORDER- PAGE 2
Case No. CR 08-0803 VRW