Bruce L. Simon (State Bar No. 96241)
PEARSON, SIMON, SOTER, WARSHAW &
PENNY, LLP
44 Montgomery Street, Suite 1430
San Francisco, California 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008

Richard M. Heimann (State Bar No. 63607)
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs*

Francis O. Scarpulla (State Bar No. 41059)
Craig C. Corbitt (State Bar No. 83251)
ZELLE HOFFMANN VOELBEL MASON &
GETTE LLP
44 Montgomery Street, Suite 3400
San Francisco, California 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770

Joseph M. Alioto (State Bar No. 42680)
ALIOTO LAW FIRM
555 California Street, Suite 3160
San Francisco, California 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200

*Interim Co-Lead Counsel for the Indirect Purchaser Plaintiffs*

Wayne A. Cross (*pro hac vice*)
John H. Chung (*pro hac vice*)
Kristen J. McAhren
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

*Attorneys for Toshiba Corp., Toshiba Matsushita Display Technology Co. Ltd., Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. M: 07-1827 SI<br>MDL No. 1827 |
| Hon. Susan Illston<br>This Document Relates To:<br><br>ALL ACTIONS | **STIPULATION AND PROPOSED ORDER SHORTENING TIME FOR HEARING OF THE TOSHIBA ENTITIES' MOTION TO STAY PENDING RESOLUTION OF THEIR PETITION FOR MANDAMUS**<br><br>Courtroom 10, 19th Floor<br>Date: December 5, 2008<br>Time: 9:00 a.m. |

WHEREAS Toshiba Corporation, Toshiba Matsushita Display Technology Co., Ltd., Toshiba America Electronic Components, Inc. and Toshiba America Information Systems, Inc. (collectively, the "Toshiba Entities") have filed their Motion to Stay Pending Resolution of Their Petition for Mandamus ("Motion to Stay") on November 25, 2008, and noticed for hearing on December 5, 2008;

WHEREAS the Toshiba Entities' Motion to Stay is time-sensitive and would become partially moot if not heard until the next available date upon which civil motions may be noticed in this Court, December 12, 2008;

NOW, THEREFORE, the parties stipulate and agree, subject to the Court's approval, as follows:

1. Plaintiffs shall file their opposition, if any, to the Motion to Stay by December 3, 2008.
2. The Toshiba Entities shall file their reply, if any, to Plaintiffs' opposition by December 4, 2008.
3. The parties agree to submit the motion on the papers and without oral argument. The return date is set as December 5, 2008.

The Toshiba Entities previously were granted an unopposed motion to shorten time on their Motion to Modify the May 27, 2008 Order to Stay Discovery.

- 2 -
STIPULATION AND PROPOSED ORDER SHORTENING
TIME FOR HEARING OF THE MOTION TO STAY

| | | |
|---|---|---|
| 1 | DATED: November 26, 2008 | WHITE & CASE LLP |

By:  /s/ *Wayne A. Cross*
           Wayne A. Cross

Wayne A. Cross (*pro hac vice*)
John H. Chung (*pro hac vice*)
Kristen J. McAhren
1155 Avenue of the Americas
New York, NY 10036
Telephone:     (212) 819-8200
Facsimile:     (212) 354-8113

*Attorneys for Toshiba Corporation, Toshiba Matsushita Display Technology Co., Ltd., Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc.*

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By:  /s/ *Eric B. Fastiff*
           Eric B. Fastiff

Richard M. Heimann
Joseph R. Saveri
Eric B. Fastiff
Brendan Glackin
275 Battery Street, 30th Floor
San Francisco, California  94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP

By:  /s/ *Bruce L. Simon*
           Bruce L. Simon

Bruce L. Simon
Jon Watkins
44 Montgomery Street, Suite 1430
San Francisco, California  94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008

- 3 -
STIPULATION AND PROPOSED ORDER SHORTENING
TIME FOR HEARING OF THE MOTION TO STAY

*Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs*

ZELLE HOFFMANN VOELBEL MASON & GETTE LLP

By: /s/ *Francis O. Scarpulla*
       Francis O. Scarpulla

Francis O. Scarpulla
Craig C. Corbitt
Matthew R. Schultz
44 Montgomery Street, Suite 3400
San Francisco, California 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770

ALIOTO LAW FIRM

By: /s/ *Joseph M. Alioto*
       Joseph M. Alioto

Joseph M. Alioto
555 California Street, Suite 3160
San Francisco, California 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200

*Interim Co-Lead Counsel for the Indirect Purchaser Plaintiffs*

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from Eric B. Fastiff, Bruce L. Simon, Francis O. Scarpulla, and Joseph M. Alioto.

- 4 -
STIPULATION AND PROPOSED ORDER SHORTENING TIME FOR HEARING OF THE MOTION TO STAY

|   |   |
|---|---|
| 1 | Wayne A. Cross (*pro hac vice*) |
|   | John H. Chung (*pro hac vice*) |
| 2 | Kristen J. McAhren |
|   | WHITE & CASE LLP |
| 3 | 1155 Avenue of the Americas |
|   | New York, NY 10036-2787 |
| 4 | Telephone: (212) 819-8200 |
|   | Facsimile: (212) 354-8113 |
| 5 |   |
|   | *Attorneys for Toshiba Corp.,* |
| 6 | *Toshiba Matsushita Display* |
|   | *Technology Co., Ltd.,* |
| 7 | *Toshiba America Electronic* |
|   | *Components, Inc., and Toshiba* |
| 8 | *America Information Systems, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. M: 07-1827 SI<br>MDL No. 1827<br><br>**[PROPOSED] ORDER SHORTENING TIME FOR HEARING OF THE TOSHIBA ENTITIES' MOTION TO STAY PENDING REVIEW OF THEIR PETITION FOR MANDAMUS** |
|---|---|
| This document relates to:<br><br>ALL ACTIONS | Judge: Hon. Susan Illston |

[PROPOSED] ORDER SHORTENING TIME
FOR HEARING OF THE TOSHIBA
ENTITIES' MOTION TO STAY

1  FOR GOOD CAUSE SHOWN, the Court hereby GRANTS the Toshiba Entities' stipulated request for an Order Shortening Time on the Hearing of the Toshiba Entities' Motion to Stay Pending Review of Their Petition For Mandamus ("Motion to Stay"). The following dates are hereby set:

1. Plaintiffs shall file any opposition to the Motion to Stay by December 3, 2008.

2. The Toshiba Entities shall file any reply to Plaintiffs' opposition by December 4, 2008.

3. The parties agree to submit the motion on the papers and without oral argument. The return date is set as December 5, 2008.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____    _____
                          The Honorable Susan Illston
                          United States District Court Judge

- 2 -

[PROPOSED] ORDER SHORTENING TIME
FOR HEARING OF THE TOSHIBA
ENTITIES' MOTION TO STAY