1  NIALL E. LYNCH (State Bar No. 157959)
   MICHAEL L. SCOTT (State Bar No. 165452)
2  DAVID J. WARD (State Bar No. 239504)
   HEATHER S. TEWKSBURY (State Bar No. 222202)
3  ALEXANDRA J. SHEPARD (State Bar No. 205143)
   Antitrust Division
4  U.S. Department of Justice
   450 Golden Gate Avenue
5  Box 36046, Room 10-0101
   San Francisco, CA 94102
6  Telephone: (415) 436-6660

7  Attorneys for the United States

8

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11

12
   UNITED STATES OF AMERICA,           )   Case No. CR-08-0802 SI
13                                     )
                                       )   STIPULATION AND [PROPOSED]
14              v.                     )   ORDER FOR EXPEDITED
                                       )   SENTENCING UNDER L.R. 32-1(b)
15                                     )
                                       )
16 SHARP CORPORATION,                  )
                                       )   DATE:  Dec. 16, 2008
17              Defendant.             )   TIME:  4:30 p.m.
   ────────────────────────────────────)   COURT: Hon. Susan Illston
18

19      On November 12, 2008, the United States filed a three-count information charging Sharp

20 Corporation ("Sharp") with participating in conspiracies in the United States and elsewhere to

21 suppress and eliminate competition by fixing the prices of thin-film transistor liquid crystal

22 display panels in violation of the Sherman Antitrust Act, 15 U.S.C. § 1. Sharp is scheduled for a

23 change of plea and possible sentencing on December 16, 2008. Sharp will waive Indictment and

24 plead guilty under Fed. R. Crim. P. 11(c)(1)(C). The United States and Sharp have filed a joint

25 sentencing memorandum describing the material terms of the plea agreement and the agreed-upon

26 sentencing recommendation.

27      IT IS HEREBY STIPULATED AND AGREED as follows:

28      The United States and Sharp request that the Court sentence Sharp on an expedited basis,
   pursuant to Crim. L.R. 32-1(b), on December 16, 2008. The United States and Sharp respectfully

submit that the Joint Sentencing Memorandum and the Plea Agreement provide sufficient information for the Court to impose a sentence on December 16, 2008, the same date as the change of plea hearing, without a presentence report.

DATED: December 8, 2008

Respectfully submitted,

| SHARP CORPORATION | U.S. DEPARTMENT OF JUSTICE |
|---|---|
| BY: /s/ Mark R. Hellerer<br>Mark R. Hellerer<br>Fusae Nara<br>Daniel R. Margolis<br>Pillsbury Winthrop Shaw Pittman LLP<br>1540 Broadway<br>New York, NY 10036<br>Tel: (212) 858-1000<br>Fax: (212) 858-1500<br><br>BY: /s/ Joseph J. Simons<br>Joseph J. Simons, DC Bar No. 376168<br>Kenneth A. Gallo, DC Bar No. 371253<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1615 L. Street NW, Suite 1300<br>Washington, DC 20036<br>Tel: (202) 223-7370<br>Fax: (202) 223-7420 | BY: /s/<br>Niall E. Lynch, CA No. 157959<br>Michael Scott, CA No. 165452<br>David J. Ward, CA No. 239504<br>Heather Tewksbury, CA No. 222202<br>Alexandra Shepard, CA No. 205143<br>Trial Attorneys<br>U.S. Department of Justice<br>Antitrust Division<br>450 Golden Gate Avenue<br>Box 36046, Room 10-0101<br>San Francisco, CA 94102<br>Tel: (415) 436-6660<br>Fax: (415) 436-6687 |

Based on the stipulation of the parties, and for good cause shown,

IT IS SO ORDERED:

/s/ Susan Illston
Susan Illston
United States District Judge

2