1  NIALL E. LYNCH (State Bar No. 157959)
   MICHAEL L. SCOTT (State Bar No. 165452)
2  HEATHER S. TEWKSBURY (State Bar No. 222202)
   DAVID J. WARD (State Bar No. 239504)
3  ALEXANDRA J. SHEPARD (State Bar No. 205143)
   Antitrust Division
4  U.S. Department of Justice
   450 Golden Gate Avenue
5  Box 36046, Room 10-0101
   San Francisco, CA 94102
6  Telephone: (415) 436-6660

7  Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. CR 08-0804 SI |
| v. ) | STIPULATION AND [PROPOSED] ORDER FOR EXPEDITED SENTENCING UNDER L.R. 32-1(b) |
| CHUNGHWA PICTURE TUBES, LTD. ) | |
| Defendant. ) | DATE: January 14, 2009<br>TIME: 4:30 p.m.<br>COURT: Hon. Susan Illston |

On November 12, 2008, the United States filed a one-count information charging Chunghwa Picture Tubes, Ltd. ("Chunghwa") with participating in a conspiracy in the United States and elsewhere to suppress and eliminate competition by fixing the prices of thin-film transistor liquid crystal display panels, in violation of the Sherman Antitrust Act, 15 U.S.C. §1. Chunghwa is scheduled for a change of plea and possible sentencing on January 14, 2009. Chunghwa will waive Indictment and plead guilty under Fed. R. Crim. P. 11 (c) (1) (C)). The United States and Chunghwa have filed a joint sentencing memorandum describing the material terms of the plea agreement and the agreed upon sentencing recommendation.

///

///

1  IT IS HEREBY STIPULATED AND AGREED as follows:

2      The United States and Chunghwa request that the Court sentence Chunghwa on an
3  expedited basis pursuant to Crim. L.R. 32-1(b), on January 14, 2009. The United States and
4  Chunghwa respectfully submit that the Joint Sentencing Memorandum and the Plea Agreement
5  provide sufficient information for the Court to impose a sentence on January 14, 2009, the same
6  date as the change of plea hearing, without a presentence report.

8  Respectfully submitted,

10  BY: /s/ Gary R. Spratling
    Gary R. Spratling, CA 51628
11  Gibson, Dunn & Crutcher LLP
    555 Mission Street, Suite 300
12  San Francisco, CA 94105
    Tel: (415) 393-8200
13  Fax: (415) 374-8439

14  Counsel for Chunghwa Picture
    Tubes, Ltd.

15  Dated: January 5, 2009

10  BY: /s/ Heather L. Tewksbury
    Niall E. Lynch, CA No. 157959
11  Michael L. Scott, CA No. 165452
    Heather S. Tewksbury, CA No. 222202
12  Alexandra J. Shepard, CA no. 205143
    David Ward, CA No. 239504
13  Trial Attorneys
    U.S. Department of Justice
14  Antitrust Division
    450 Golden Gate Avenue
15  Box 36046, Room 10-0101
    San Francisco, CA 94102
16  Tel: (415) 436-6660
    Fax: (415) 436-6687

    Dated: Jan 5, 2009

20  Based on the stipulation of the parties, and for good cause shown,
21  IT IS SO ORDERED:
22  _____
    Susan Illston
23  United States District Judge

2