FILED

UNITED STATES COURT OF APPEALS

JAN 28 2009

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: TOSHIBA CORPORATION; TOSHIBA MATSUSHITA DISPLAY TECHNOLOGY CO., LTD.; TOSHIBA AMERICA ELECTRONIC COMPONENTS INC.; TOSHIBA AMERICA INFORMATION SYSTEMS, INC., | No. 08-74803<br><br>D.C. No. M:07-cv-01827-SI<br>Northern District of California,<br>San Francisco |
| TOSHIBA CORPORATION; et al.,<br><br>Petitioners,<br><br>v.<br><br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO),<br><br>Respondent,<br><br>JUDD ELIASOPH, On Behalf Of Himself, And Others Similarly Situated; et al.,<br><br>Real Parties in Interest. | ORDER |

Before: O'SCANNLAIN, SILVERMAN and BYBEE, Circuit Judges.

Petitioners have not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v.*

AM/MOATT

*United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.