Bruce H. Jackson (State Bar No. 98118)
bruce.h.jackson@bakernet.com
Robert W. Tarun (State Bar No. 64881)
robert.w.tarun@bakernet.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA  94111-3802
Telephone:  +1 415 576 3000
Facsimile:  +1 415 576 3099

ATTORNEYS FOR DEFENDANT
TATUNG COMPANY OF AMERICA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | **CASE NO.** M:07-1827 SI<br>MDL NO. 1827 |
|---|---|
| This document relates to:<br>DIRECT PURCHASER ACTION | **STIPULATION FOR EXTENSION OF TIME TO FILE MOTION TO DISMISS REPLY, SUPPLEMENTAL BRIEF** |

1   WHEREAS, Direct Purchaser Plaintiffs ("DPPs") filed their First Amended

2   Direct Purchasers Plaintiffs' Consolidated Complaint on December 5, 2008 (Docket

3   Entry # 748);

4   WHEREAS, Defendant Tatung Company of America ("TUS") filed its Motion to

5   Dismiss First Amended Direct Purchaser Plaintiffs' Consolidated Complaint on January

6   9, 2009 (Docket Entry #775);

7   WHEREAS, DPPs filed their Memorandum in Opposition to Defendant Tatung

8   Company of America's Motion to Dismiss on January 30, 2009 (Docket Entry # 804);

9   WHEREAS, TUS's reply memorandum was due February 13, 2009;

10   WHEREAS, DPPs deposed TUS's Michael Lai and Edward Chen in relation to

11   TUS's motion to dismiss on February 13, 2009, and the parties wish to incorporate

12   testimony from those depositions into their briefing;

13   WHEREAS, the parties wish to keep the hearing date of Friday, February 27,

14   2009, for TUS's motion to dismiss;

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

STIPULATION FOR EXTENSION OF TIME TO FILE MTD REPLY, SUPPLEMENTAL BRIEF

NOW THEREFORE, the parties stipulate and agree as follows:

The time for TUS to file its reply memorandum in support of its motion to dismiss is extended seven (7) days up to and including Friday, February 20, 2009. DPPs may file a supplemental brief on Friday, February 20, 2009.

Dated: February 17, 2009

/s/ *Bruce H. Jackson*
Bruce H. Jackson
Robert W. Tarun
**BAKER & McKENZIE LLP**
Attorneys for Defendant
Tatung Company of America

Of Counsel for Tatung Company of America:

Patrick J. Ahern (*pro hac vice*)
(patrick.j.ahern@bakernet.com)
Roxane C. Busey (*pro hac vice*)
 (roxane.c.busey@bakernet.com)
Karen Sewell (*pro hac vice*)
 (karen.sewell@bakernet.com)
**BAKER & McKENZIE LLP**
One Prudential Plaza
130 East Randolph Drive
Chicago, IL 60601
Telephone:    +1 312 861 8000
Facsimile:    +1 312 861 2899

/s/ *Brendan P. Glackin*
Brendan P. Glackin
bglackin@lchb.com
**Lieff, Cabraser, Heimman & Bernstein LLP**
275 Battery Street, Suite 300
San Francisco, CA 94111
Tel. (415) 956-1000
Fax. (415) 956-1008
Attorneys for Direct Purchaser Plaintiffs

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____
U.S. District Judge Susan Illston