NIALL E. LYNCH (State Bar No. 157959)
MICHAEL L. SCOTT (State Bar No. 165452)
HEATHER S. TEWKSBURY (State Bar No. 222202)
ALEXANDRA J. SHEPARD (State Bar No. 205143)
DAVID J. WARD (State Bar No. 239504)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 436-6660

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA | ) | Case No. CR 09-0045 SI |
| | ) | Case No. M 07-1827 SI |
| | ) | |
| | ) | STIPULATION AND |
| v. | ) | [PROPOSED] ORDER |
| | ) | FOR EXPEDITED SENTENCING |
| | ) | UNDER L.R. 32-1(b) |
| HSUEH- LUNG "BRIAN" LEE, | ) | |
| | ) | DATE: February 27, 2009 |
| Defendant. | ) | TIME: 11:00 a.m. |
| _____ | ) | COURT: Hon. Susan Illston |

On January 15, 2009, the United States filed a one-count information charging Hsueh-Lung "Brian" Lee (the "Defendant") with participating in a conspiracy to suppress and eliminate competition by fixing the prices of thin-film transistor liquid crystal display panels sold in the United States and elsewhere, in violation of the Sherman Antitrust Act, 15 U.S.C. §1. The Defendant is scheduled for a change of plea and possible sentencing on February 27, 2009. The Defendant will waive Indictment and plead guilty under Fed. R. Crim. P. 11 (c) (1) (C). The United States and the Defendant have filed a joint sentencing memorandum describing the material terms of the plea agreement and the agreed upon sentencing recommendation.

/ / /

/ / /

/ / /

[PROPOSED] ORDER            1

1 | IT IS HEREBY STIPULATED AND AGREED as follows:

2 |     The United States and the Defendant request that the Court sentence the Defendant on an expedited basis pursuant to Crim. L.R. 32-1(b), on February 27, 2009. The United States and Defendant respectfully submit that the Joint Sentencing Memorandum and the Plea Agreement provide sufficient information for the Court to impose a sentence on February 27, 2009, the same date as the change of plea hearing, without a presentence report.

Dated: __Feb. 19__, 2009

Respectfully submitted,

BY: /s/ Ray V. Hartwell
Ray V. Hartwell
Hunton & Williams LLP
1900 K Street, NW
Washington, DC 20006
Tel: (202) 955-1629
Fax: (202) 778-2201

Counsel for the Defendant
*Pro Hac Vice* (pending)

BY: /s/ Niall E. Lynch
Niall E. Lynch, CA No. 157959
Michael L. Scott, CA No. 165452
Heather S. Tewksbury, CA No. 222202
Alexandra J. Shepard, CA No. 205143
David J. Ward, CA No. 239504
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
San Francisco, CA 94102
Tel: (415) 436-6660
Fax: (415) 436-6687

Based on the stipulation of the parties, and for good cause shown,

IT IS SO ORDERED:

/s/ Susan Illston
Susan Illston
United States District Judge

[PROPOSED] ORDER      2