Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Judith A. Zahid (215418)
Patrick B. Clayton (240191)
Qianwei Fu (242669)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770
ccorbitt@zelle.com

*Interim Co-Lead Counsel for Indirect-
Purchaser Plaintiffs and Class Members*

[Other Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. C-07-1827 SI |
| | MDL No. 1827 |
| This Document Relates to: | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE BY PLAINTIFF GAIL AWAKUNI** |
| *Gail H. Awakuni, et al. v. AU Optronics Corp., et al.*, Case No. 3:07-cv-3490-SI | |

PLEASE TAKE NOTICE that Plaintiff Gail Awakuni, on behalf of herself, by and through the undersigned counsel, hereby voluntarily dismisses her claims against Defendants pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. In support of this Notice of Voluntary Dismissal, Plaintiff provides that:

WHEREAS on March 8, 2007, Plaintiff filed a Complaint in the United States District Court for the District of Hawaii styled *Gail Awakuni, et al. v. AU Optronics Corp., et al.*, No. 1:07-cv-00122-HG-LEK;

WHEREAS on May 11, 2007, that case was transferred by the Judicial Panel on Multidistrict Litigation to the Northern District of California for pretrial discovery;

1  WHEREAS Defendants have not served either an Answer to the Amended Complaint or a motion for summary judgment;

Plaintiff Gail Awakuni, in consideration of the foregoing, hereby voluntarily dismisses without prejudice all claims against Defendants in the MDL processing and the underlying matter of *Gail H. Awakuni, et al. v. AU Optronics Corp., et al*., Case No. 3:07-cv-3490-SI;

This dismissal pertains to the claims of Plaintiff Gail Awakuni only. John Okita, the other Plaintiff named in the underlying case, remains a Plaintiff in the MDL proceeding and the underlying matter.

Dated: February 26, 2009

By: __/s/ Qianwei Fu__
Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Judith A. Zahid (215418)
Patrick B. Clayton (240191)
Qianwei Fu (242669)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770
ccorbitt@zelle.com

*Interim Co-Lead Counsel for Indirect-Purchaser Plaintiffs and Class Members*

Steven K. Hisaka
Gail Y. Cosgrove
Kunio Kuwabe
HISAKA YOSHIDA & COSGROVE
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 3000
Honolulu, HI 96813
Telephone: (808) 523-0451
Facsimile: (808) 524-0422

David Boies, III
Timothy D. Battin
Ian Otto
Nathan M. Cihlar
STRAUS & BOIES, LLP
4041 University Drive, Fifth Floor
Fairfax, VA 22030
Telephone: (703) 764-8700
Facsimile: (703) 764-8704

*Counsel for Plaintiff Gail Awakuni*



IT IS SO ORDERED
Judge Susan Illston

2
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE BY PLAINTIFF GAIL AWAKUNI

# CERTIFICATE OF SERVICE

**IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION**
Master File No. C07-1827 SI
MDL No. 1827

I, Marie J. Babione, certify and declare under penalty of perjury that I: am a citizen of the United States; am over the age of 18 years; am employed by Zelle Hofmann Voelbel & Mason LLP, at the address indicated, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to or interested in the cause entitled upon the document to which this Proof of Service is affixed; and that I served a true and correct copy of the following document(s) in the manner indicated below:

1. **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE BY PLAINTIFF GAIL AWAKUNI**

☐ by today depositing, at San Francisco, California, the said document(s) in the United States mail in a sealed envelope, with first-class postage thereon fully prepaid; (and/or)

☐ by facsimile transmission to the parties listed below;

☐ by overnight mail to the parties listed below;

☐ by today personally delivering the said document(s) to the person(s) indicated below in a manner provided by law, by handing them the documents or by leaving the said document(s) at the office(s) or usual place(s) of business, during usual business hours, of the said person(s) with a clerk or other person who was apparently in charge thereof and at least 18 years of age, whom I informed of the contents.

☐ (BY ELECTRONIC MAIL) I caused such document(s) to be emailed to the offices and/or to attorneys of offices of the below named addressee(s).

☒ **By USDC Live System-Document Filing System:** on all interested parties registered for e-filing.

Dated: February 26, 2009

Signed  */s/ Marie J. Babione*
Marie J. Babione

#3215838v1

---
3
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE BY PLAINTIFF GAIL AWAKUNI