BRUCE L. SIMON (Bar No. 96241)
PEARSON, SIMON, WARSHAW & PENNY, LLP
44 Montgomery Street, Suite 1430
San Francisco, California 94104
Telephone:    (415) 433-9000
Facsimile:    (415) 433-9008

RICHARD M. HEIMANN (Bar No. 63607)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, California 94111
Telephone:    (415) 956-1000
Facsimile:    (415) 956-1008

*Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs*

FRANCIS O. SCARPULLA (Bar No. 41059)
ZELLE HOFMANN VOELBEL &
MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, California 94104
Telephone:    (415) 693-0700
Facsimile:    (415) 693-0770

JOSEPH M. ALIOTO (Bar No. 42680)
ALIOTO LAW FIRM
555 California Street, Suite 3160
San Francisco, California 94104
Telephone:    (415) 434-8900
Facsimile:    (415) 434-9200

*Interim Co-Lead Counsel for the Indirect Purchaser Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. M07-1827 SI |
| | MDL No. 1827 |
| This Document Relates to: | **STIPULATION EXTENDING TIME FOR DEFENDANTS' RESPONSES TO DIRECT PURCHASER PLAINTIFFS' SECOND AMENDED CONSOLIDATED COMPLAINT AND INDIRECT PURCHASER PLAINTIFFS' SECOND CONSOLIDATED AMENDED COMPLAINT** |
| ALL ACTIONS | |
| | N.D. L. Rule 6-1(a) |

STIPULATION EXTENDING TIME TO RESPOND TO DIRECT PURCHASER AND INDIRECT PURCHASER
PLAINTIFFS' SECOND AMENDED CONSOLIDATED COMPLAINTS
MASTER FILE NO. M07-1827 SI

US1DOCS 7084167v1

1    WHEREAS, on March 3, 2009, the Court denied Defendants' joint and individual motions

2   to dismiss the Direct Purchaser Plaintiffs' First Amended Consolidated Complaint, denied in part

3   and granted in part defendants' joint and individual motions to dismiss the Indirect Purchaser

4   Plaintiffs' Second Consolidated Amended Complaint, and granted Direct Purchaser Plaintiffs

5   leave to amend their complaint by March 13, 2009;

6    WHEREAS, Direct Purchaser Plaintiffs filed their Second Amended Consolidated

7   Complaint on March 3, 2009;

8    WHEREAS, under Federal Rule of Civil Procedure 12(a), Defendants' responses to

9   Indirect Purchaser Plaintiffs' Second Consolidated Amended Complaint and Direct Purchaser

10   Plaintiffs' Second Amended Consolidated Complaint would be due on March 17, 2009;

11    WHEREAS, Defendants have requested an enlargement of time to March 30, 2009 to

12   answer the complaints in both actions;

13    NOW, THEREFORE, pursuant to Northern District Local Rule 6-1(a), the parties stipulate

14   and agree that named Defendants will answer the two aforementioned complaints no later than

15   March 30, 2009.

16

17    March 5, 2009

18                                        PEARSON, SIMON, WARSHAW & PENNY, LLP

19
                                          By: */s/ Bruce L. Simon*
20                                                    Bruce L. Simon

21                                        Bruce L. Simon (State Bar No. 96241)
                                          44 Montgomery Street, Suite 1430
22                                        San Francisco, CA 94104
                                          Tel:    (415) 433-9000
23                                        Fax:    (415) 433-9008

24

25

26

27

28
                                         1
STIPULATION EXTENDING TIME TO RESPOND TO DIRECT PURCHASER AND INDIRECT PURCHASER
PLAINTIFFS' SECOND AMENDED CONSOLIDATED COMPLAINTS
MASTER FILE NO. M07-1827 SI

US1DOCS 7084167v1

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: /s/ Richard M. Heimann
　　　　　Richard M. Heimann

Richard M. Heimann (State Bar No. 63607)
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Tel:　　(415) 956-1000
Fax:　　(415) 956-1008

*Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs*

ZELLE HOFMANN VOELBEL & MASON LLP

By: /s/ Francis O. Scarpulla
　　　　　Francis O. Scarpulla

Francis O. Scarpulla (State Bar No. 41059)
44 Montgomery Street, Suite 3400
San Francisco, CA  94104
Tel:　　(415) 693-0700
Fax:　　(415) 693-0770

ALIOTO LAW FIRM

By: /s/ Joseph M. Alioto
　　　　　Joseph M. Alioto

Joseph M. Alioto (State Bar No. 42680)
555 California Street, Suite 3160
San Francisco, CA  94104
Tel:　　(415) 434-8900
Fax:　　(415) 434-9200

*Interim Co-Lead Counsel for the Indirect Purchaser Plaintiffs*

STIPULATION EXTENDING TIME TO RESPOND TO DIRECT PURCHASER AND INDIRECT PURCHASER
PLAINTIFFS' SECOND AMENDED CONSOLIDATED COMPLAINTS
MASTER FILE NO. M07-1827 SI

US1DOCS 7084167v1

1   SEDGWICK, DETERT, MORAN & ARNOLD LLP

2   By: /s/ Michael Healy

3                    Michael Healy

4   Michael Healy (State Bar No. 95098)
    One Market Plaza
5   Steuart Tower, 8th Floor
    San Francisco, CA 94105
6   Tel:    (415) 781-7900
    Fax:    (415) 781-2635
7

8   *Attorneys for Defendants AU Optronics Corporation
    and AU Optronics Corporation America*

9

10  WILMER CUTLER PICKERING HALE & DORR
    LLP
11

12  By: /s/ Steven F. Cherry

                     Steven F. Cherry
13

14  Steven F. Cherry (*pro hac vice*)
    1875 Pennsylvania Avenue NW
    Washington, DC 20006
15  Tel:    (202) 663-6000
16  Fax:    (202) 663-6363

17  *Attorneys for Defendants Chi Mei Corporation, Chi
    Mei Optoelectronics Corp., Chi Mei Optoelectronics
18  USA, Inc., CMO Japan Co., Ltd., Nexgen Mediatech,
    Inc., and Nexgen Mediatech USA, Inc.*

19

20

21

22

23

24

25

26

27

28
STIPULATION EXTENDING TIME TO RESPOND TO DIRECT PURCHASER AND INDIRECT PURCHASER
PLAINTIFFS' SECOND AMENDED CONSOLIDATED COMPLAINTS
MASTER FILE NO. M07-1827 SI

US1DOCS 7084167v1

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /s/ Kevin C. McCann
          Kevin C. McCann

Kevin C. McCann (State Bar No. 120874)
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105
Tel.:     (415) 856-7000
Fax:     (415) 856-7100

*Attorneys for Defendant Epson Electronics America, Inc.*

K & L GATES

By: /s/ Hugh F. Bangasser
          Hugh F. Bangasser

Hugh F. Bangasser (*pro hac vice*)
925 Fourth Avenue, Suite 2900
Seattle, WA  98104-1158
Tel:     (206) 623-7580
Fax:     (206) 623-7022

*Attorneys for Defendant HannStar Display Corporation*

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Kent M. Roger
          Kent M. Roger

Kent M. Roger (State Bar No. 95987)
One Market
Spear Street Tower
San Francisco, CA 94105
Tel.:     (415) 442-1140
Fax:     (415) 442-1001

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd., and Hitachi Electronic Devices (USA), Inc.*

STIPULATION EXTENDING TIME TO RESPOND TO DIRECT PURCHASER AND INDIRECT PURCHASER
PLAINTIFFS' SECOND AMENDED CONSOLIDATED COMPLAINTS
MASTER FILE NO. M07-1827 SI

US1DOCS 7084167v1

1    CLEARY GOTTLIEB STEEN & HAMILTON LLP

2    By: /s/ Michael R. Lazerwitz
3              Michael R. Lazerwitz

4    Michael R. Lazerwitz (pro hac vice)
     2000 Pennsylvania Avenue NW
5    Washington, DC 20006
     Tel.:    (202) 974-1500
6    Fax:     (202) 974-1999

7    Attorneys for Defendants LG Display Co. Ltd. and LG
     Display America, Inc.
8

9    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

10

11   By: /s/ Michael W. Scarborough
              Michael W. Scarborough

12   Michael W. Scarborough (State Bar No. 203524)
13   Four Embarcadero Center, 17th Floor
     San Francisco, CA 94111
14   Tel:     (415) 434-9100
     Fax:     (415) 434-3947
15

16   Attorneys for Defendants Samsung Electronics Co.,
     Ltd., Samsung Semiconductor, Inc. and Samsung
17   Electronics America, Inc.

18   PILLSBURY WINTHROP SHAW PITTMAN LLP

19

20   By: /s/ Jacob R. Sorensen
              Jacob R. Sorensen

21   Jacob R. Sorensen (State Bar No. 209134)
22   50 Fremont Street
     San Francisco, CA 94105
23   Tel.:    (415) 983-1000
     Fax:     (415) 983-1200
24

25   Attorneys for Defendants Sharp Corporation and
     Sharp Electronics Corporation
26

27

28
                                    5
     STIPULATION EXTENDING TIME TO RESPOND TO DIRECT PURCHASER AND INDIRECT PURCHASER
              PLAINTIFFS' SECOND AMENDED CONSOLIDATED COMPLAINTS
                         MASTER FILE NO. M07-1827 SI
     US1DOCS 7084167v1

BAKER & McKENZIE LLP


By: /s/ Bruce H. Jackson
               Bruce H. Jackson

Bruce H. Jackson (State Bar No. 98118)
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111
Telephone:    (415) 576-3027
Facsimile:     (415) 576-3099

*Attorneys for Defendant Tatung Company of America, Inc.*


WHITE & CASE LLP


By: /s/ Wayne A. Cross
               Wayne A. Cross

Wayne A. Cross (*pro hac vice*)
1155 Avenue of the Americas
New York, NY 10036
Tel:    (212) 819-8200
Fax:    (212) 354-8113

*Attorneys for Defendants Toshiba America Electronic Components, Inc., Toshiba Corporation, Toshiba Matsushita Display Technology Co., Ltd, and Toshiba America Information Systems, Inc.*

UNITED STATES DISTRICT COURT

IT IS SO ORDERED

*Susan Illston*
Judge Susan Illston

NORTHERN DISTRICT OF CALIFORNIA

STIPULATION EXTENDING TIME TO RESPOND TO DIRECT PURCHASER AND INDIRECT PURCHASER PLAINTIFFS' SECOND AMENDED CONSOLIDATED COMPLAINTS
MASTER FILE NO. M07-1827 SI

US1DOCS 7084167v1