1  Richard M. Heimann (State Bar No. 63607)
   LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
2  Embarcadero Center West
3  275 Battery Street, 30th Floor
   San Francisco, CA 94111-3339
4  Telephone:   (415) 956-1000
   Facsimile:   (415) 956-1008
5

6  Bruce L. Simon (State Bar No. 96241)
   PEARSON, SIMON, WARSHAW & PENNY, LLP
7  44 Montgomery Street, Suite 1430
   San Francisco, CA 94104
8  Telephone:   (415) 433-9000
   Facsimile:   (415) 433-9008
9
10 *Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs*

11 [Additional counsel listed on signature page]

12              UNITED STATES DISTRICT COURT
13              NORTHERN DISTRICT OF CALIFORNIA
14              SAN FRANCISCO DIVISION
15

16 | IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. M07-1827 SI |
17 | | MDL No. 1827 |
18 | This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER RE PAGE LIMITS FOR BRIEFING DIRECT PURCHASER PLAINTIFFS' CLASS CERTIFICATION MOTION** |
19 | ALL DIRECT PURCHASER ACTIONS | |

22              **STIPULATION AND ORDER**

23         The parties respectfully request that the following order be entered to modify the

page limitations governing Plaintiffs' Motion for Class Certification, Defendants' response, and

Plaintiffs' reply.

         WHEREAS, this antitrust litigation is a multi-district litigation proceeding;

---

807326.1                              - 1 -              STIPULATION AND [PROPOSED] ORDER RE PAGE
                                                         LIMITS FOR BRIEFING ON CLASS CERTIFICATION
                                                         MASTER FILE NO. M07-1827 SI

Rules 7-2(b) and 7-4(b) with respect to the briefing relating to Plaintiffs' Motion for Class Certification.

NOW, THEREFORE, THE UNDERSIGNED PARTIES, ACTING BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. The page limit for Plaintiffs' Memorandum in Support of Motion for Class Certification, due April 3, 2009, shall be 45 pages.

2. Defendants, after reading Plaintiffs' Memorandum, shall tell the undersigned Plaintiffs' Counsel how many pages they want for their Response. The parties shall then negotiate in good faith page limits for Defendants' Response and Plaintiffs' Reply.

3. All other Local Rules shall remain in effect with respect to this briefing.

**IT IS SO STIPULATED.**

Dated: April _1_, 2009          **LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**

By: _____
RICHARD M. HEIMANN
*Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs and the Proposed Class*

Dated: April _1_, 2009          **PEARSON, SIMON, WARSHAW & PENNY, LLP**

By: _____
BRUCE L. SIMON
*Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs and the Proposed Class*

| | | |
|---|---|---|
| 1 | Dated: March 31, 2009 | **SHEPPARD MULLIN RICHTER & HAMPTON LLP** |
| 2 | | |
| 3 | | By: _____ |
| 4 | | JAMES L. McGINNIS |
| 5 | | *Defendants' Liaison Counsel on behalf of all Served Defendants* |

IT IS SO ORDERED.

Dated: _____, 2009

_____
Honorable Susan Illston
United States District Judge