1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. M07-1827 SI |
|---|---|
| | MDL No. 1827 |
| This Document Relates to:<br><br>ALL DIRECT PURCHASER ACTIONS | **[PROPOSED] ORDER RE DIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT** |
| | The Honorable Susan Illston |

    Plaintiffs filed an Administrative Motion To Remove Incorrectly Filed Document (hereinafter "Motion") seeking an order instructing the Clerk to remove permanently Docket No. 928, Direct Purchaser Plaintiffs' Notice of Motion and Motion for Class Certification, and Memorandum of Law In Support Thereof (Redacted). Plaintiffs state that it is possible to remove the redactions from Docket No. 928. Plaintiffs have re-filed electronically a redacted version of this brief that is secure.

    The Motion is hereby GRANTED. The Clerk is ORDERED to permanently remove Docket No. 928.

_____
The Honorable Susan Illston

808211.1

[PROPOSED] ORDER RE PLTFS' ADMIN MOTION TO
REMOVE INCORRECTLY FILED DOCUMENT
MASTER FILE NO. M07-1827 SI / MDL NO. 1827