|   |   |
|---|---|
| 1 | Francis O. Scarpulla (SBN 41059) |
|   | Craig C. Corbitt (SBN 83251) |
| 2 | Judith A. Zahid (SBN 215418) |
|   | Patrick B. Clayton (SBN 240191) |
| 3 | Qianwei Fu (SBN 242669) |
|   | ZELLE HOFMANN VOELBEL & MASON LLP |
| 4 | 44 Montgomery Street, Suite 3400 |
|   | San Francisco, CA 94104 |
| 5 | Telephone: (415) 693-0700 |
|   | Facsimile: (415) 693-0770 |

Joseph M. Alioto (SBN 42680)
Theresa D. Moore (SBN 99978)
THE ALIOTO LAW FIRM
555 California Street, 31st Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200

*Interim Co-Lead Counsel for Indirect Purchaser Plaintiffs and Class Members*

Jack W. Lee (SBN 71626)
MINAMI TAMAKI LLP
360 Post Street, 8th Floor
San Francisco, CA 94108
Telephone: (415) 788-9000
Facsimile: (415) 398-3887

*Interim Liaison Counsel for Indirect Purchaser Plaintiffs and Class Members*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. M07-1827 SI |
| | MDL No. 1827 |
| This Document Relates to: | PLAINTIFF SCOTT FRIEDSON'S STIPULATION OF VOLUNTARY DISMISSAL |
| ALL INDIRECT PURCHASER ACTIONS | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties stipulate to plaintiff Scott Friedson's voluntarily dismissal of his claims against all defendants. Friedson has not previously dismissed an action in federal or state court that included these claims.

PLAINTIFF FRIEDSON'S STIPULATION OF VOLUNTARY DISMISSAL – CASE NO. M:07-CV-1827 SI

1  DATED this 27th day of April, 2009.

ZELLE HOFMANN VOELBEL & MASON LLP

/s/ Francis O. Scarpulla
Francis O. Scarpulla (SBN 41059)

*Interim Co-Lead Counsel for*
*Indirect Purchaser Plaintiffs*
*and Class Members*

DATED this 28th day of April, 2009.

SHEPPARD MULLIN RICHTER & HAMPTON LLP

[signature] *Jas. McGinnis/CLR with permission*
James McGinnis (SBN 95788)
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 774-3294
Facsimile: (415) 403-6010

*Interim Liaison Counsel for Defendants*

### ATTESTATION PURSUANT TO GENERAL ORDER 45

Pursuant to General Order No. 45, § X(B), regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: April 28, 2009

By: /s/ Francis O. Scarpulla
Francis O. Scarpulla

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED /s/ Susan Illston, Judge Susan Illston]

# CERTIFICATE OF SERVICE

### IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION
Master File No. C07-1827 SI
MDL No. 1827

I, Robert L. Newman, certify and declare under penalty of perjury that I: am a citizen of the United States; am over the age of 18 years; am employed by Zelle Hofmann Voelbel & Mason LLP, at the address indicated, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to or interested in the cause entitled upon the document to which this Proof of Service is affixed; and that I served a true and correct copy of the following document(s) in the manner indicated below:

**PLAINTIFF SCOTT FRIEDSON'S STIPULATION OF VOLUNTARY DISMISSAL**

- ☐ by today depositing, at San Francisco, California, the said document(s) in the United States mail in a sealed envelope, with first-class postage thereon fully prepaid; (and/or)
- ☐ by facsimile transmission to the parties listed below;
- ☐ by overnight mail to the parties listed below;
- ☐ by today personally delivering the said document(s) to the person(s) indicated below in a manner provided by law, by handing them the documents or by leaving the said document(s) at the office(s) or usual place(s) of business, during usual business hours, of the said person(s) with a clerk or other person who was apparently in charge thereof and at least 18 years of age, whom I informed of the contents.
- ☐ (BY ELECTRONIC MAIL) I caused such document(s) to be emailed to the offices and/or to attorneys of offices of the below named addressee(s).
- ☒ **By USDC Live System-Document Filing System:** on all interested parties registered for e-filing.

Dated: April 28, 2009

Signed  */s/ Robert L. Newman*
Robert L. Newman