# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | M07-1827 SI (N.D. Calif.)<br><br>MDL No. 1827<br><br>FMS<br>[~~SECOND REVISED PROPOSED~~]<br>ORDER ON THE MOTIONS RELATING TO THE INDIRECT PURCHASER PLAINTIFFS' SUBPOENAS SEEKING DOCUMENTS FROM FUNAI CORPORATION |

THIS MATTER COMING TO BE HEARD on

- Motion of Non-Party Funai Corporation, Inc. to Intervene for the Purpose of Modifying the Stipulated Protective Order and to Modify and Enhance the Stipulated Protective Order ("Funai's Motion"); and

- The Indirect Purchaser Plaintiffs' Motion To Enforce Two Subpoenas Seeking Documents From Funai Corporation ("Motion to Enforce"),

Due notice having been given, the Court being fully advised in the premises, and the Court having received a copy of the Undertaking Letter from Counsel for the Indirect Purchaser Plaintiffs (a copy of which is attached hereto), it is hereby ORDERED AS FOLLOWS:

1.  Funai's Motion is GRANTED IN PART AND DENIED IN PART, as follows:

    a.  Funai is GRANTED leave to intervene for the purposes set forth in its Motion;

    b.  Funai's request for changes to the Stipulated Protective Order is DENIED;

2. The Indirect Purchaser Plaintiffs' Motion to Enforce is GRANTED as follows:

 a. For all purposes, Funai Corporation may designate items for protection under the Stipulated Protective Order (dated December 7, 2007), and Funai Corporation shall be bound by, and protected by, that Stipulated Protective Order;

 b. Within seven days of the date of this Order, Funai Corporation shall produce all responsive materials requested by:

  i. Request Nos. 3 and 4 from the March 6th Subpoena directed to Funai Corporation; and

  ii. Request No. 1 from the August 29th Subpoena directed to Funai Corporation;

And that those materials shall be produced with customer names and with supplier names included; and

 c. Funai's production under Paragraph 2(b) of this Order shall be limited to:

  i. Electronic data, using substantially the same data fields as in the sample productions that Funai has already produced to the Indirect Purchaser Plaintiffs, and

  ii. The information linking Funai's purchase data with its sales data (as discussed by the parties).

ENTERED:

Dated: April 29, 2009

_____
Special Master

- 2 -
[REVISED PROPOSED] ORDER ON THE INDIRECT PURCHASER PLAINTIFFS' MOTION
TO ENFORCE TWO SUBPOENAS SEEKING DOCUMENTS FROM FUNAI CORPORATION