UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>―――――――――――――――――――<br><br>This Document Relates To:<br><br>ALL DIRECT PURCHASER ACTIONS | Master File No. M-07-1827 SI<br><br>MDL No. 1827<br><br>**[PROPOSED] ORDER GRANTING DIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL MOTION FOR CLASS CERTIFICATION AND SUPPORTING DOCUMENTS (re Fastiff Decl. Exh 19)** |

WEST:FMI\401476512.1
MDL No. 1827

**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL (re Fastiff Decl. Exh. 19)**

Pursuant to Direct Purchaser Plaintiffs' ("Plaintiffs") *Ex Parte* Application to File Documents Under Seal ("Application") and N.D. Cal. Civil Local Rule 79-5(d), Plaintiffs have lodged under seal certain documents to be submitted in connection with Plaintiffs' Motion for Class Certification. Pursuant to N.D. Cal. Civil Local Rule 79-5(d), Defendants Samsung Semiconductor, Inc.; Samsung Electronics Co., Ltd.; and Samsung Electronics America, Inc. (collectively, "Samsung") submitted the declaration of the Vice President of Samsung Semiconductor Inc., Kyung Whan Kim, requesting that one document be filed and remain under seal. The document at issue is Exhibit 19 to the Declaration of Eric B. Fastiff In Support of Direct Purchaser Plaintiffs' Motion for Class Certification ("Fastiff Declaration") (SAML-523034 to 39).

After due consideration of the papers submitted and the arguments of counsel, the Court finds that Exhibit 19 contains proprietary and sensitive business information, and a substantial probability exists that Samsung would be competitively disadvantaged if this document were publicly disclosed. Samsung's interests in maintaining the confidentiality of Exhibit 19 outweigh any public interest in accessing the document to evaluate the basis for any judicial action in this case. Samsung's interests will be prejudiced if this information is not maintained under seal. The Court thus finds that Samsung has shown good cause and a compelling need to maintain this document under seal. **IT IS THEREFORE ORDERED** that Fastiff Declaration Exhibit 19 shall be maintained under seal.

IT IS SO ORDERED.

DATED: _____

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

WEST:FMI\401476512.1
MDL No. 1827

-1-
**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL (re Fastiff Decl. Exh. 19)**