Bruce L. Simon (State Bar No. 96241)
PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP
44 Montgomery Street, Suite 1430
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008

Richard M. Heimann (State Bar No. 63607)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs*

James L. McGinnis (State Bar No. 95788)
SHEPPARD MULLIN RICHTER & HAMPTON LLP
James McGinnis (State Bar No. 95788)
4 Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

*Defendants' Interim Liaison Counsel*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES. | Master File No. M07-1827 SI<br><br>MDL No. 1827<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE REVISED BRIEFING SCHEDULE AND HEARING DATE FOR DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

The parties in this proceeding hereby submit this Joint Stipulation and [Proposed] Order Re Revised Briefing Schedule and Hearing Date for Direct Purchaser Plaintiffs' Motion for Class Certification.

| | |
|---|---|
| June 19, 2009 | Last day for defendants to file opposition and expert report(s) in response to direct purchaser plaintiffs' motion for class certification. |
| July 31, 2009 | Last day for direct purchaser plaintiffs to file reply in support of motion for class certification and rebuttal report. |
| August 13, 2009 | Hearing on direct purchaser plaintiffs' motion for class certification. |

Respectfully submitted,

Dated: May 1, 2009     PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP

By: /s/ Bruce L. Simon
　　　Bruce L. Simon

Bruce L. Simon (State Bar No. 96241)
44 Montgomery Street, Suite 1430
San Francisco, CA 94104
Telephone:　(415) 433-9000
Facsimile:　(415) 433-9008

Dated: May 1, 2009     LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: /s/ Richard M. Heimann
　　　Richard M. Heimann

Richard M. Heimann (State Bar No. 63607)
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone:　(415) 956-1000
Facsimile:　(415) 956-1008

*Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs*

| | | |
|---|---|---|
| 1 | Dated: May 1, 2009 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 2 | | |
| 3 | | By: /s/ James L. McGinnis<br>     James L. McGinnis |
| 4 | | James L. McGinnis (State Bar No. 95788)<br>4 Embarcadero Center, 17th Floor |
| 5 | | San Francisco, CA  94111<br>Telephone:   (415) 434-9100 |
| 6 | | Facsimile:    (415) 434-3947 |
| 7 | | *Defendants' Interim Liaison Counsel* |

**Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from: Bruce L. Simon, Richard M. Heimann and James L. McGinnis.**

IT IS SO ORDERED.

Dated: _____

HON. SUSAN ILLSTON

UNITED STATES DISTRICT COURT

- 2 -