Francis O. Scarpulla (SBN 41059)
Craig C. Corbitt (SBN 83251)
Judith A. Zahid (SBN 215418)
Patrick B. Clayton (SBN 240191)
Qianwei Fu (SBN 242669)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770

Joseph M. Alioto (SBN 42680)
Theresa D. Moore (SBN 99978)
THE ALIOTO LAW FIRM
555 California Street, 31st Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200

*Interim Co-Lead Counsel for Indirect Purchaser Plaintiffs and Class Members*

Jack W. Lee (SBN 71626)
MINAMI TAMAKI LLP
360 Post Street, 8th Floor
San Francisco, CA 94108
Telephone: (415) 788-9000
Facsimile: (415) 398-3887

*Interim Liaison Counsel for Indirect Purchaser Plaintiffs and Class Members*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. M07-1827 SI |
| | MDL No. 1827 |
| This Document Relates to: ALL INDIRECT PURCHASER ACTIONS | STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR INDIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |

The parties respectfully request that the following order be entered to modify the briefing schedule governing the Indirect Purchaser Plaintiffs' Motion for Class Certification and Defendants' response.

1  WHEREAS, this antitrust litigation is a multi-district litigation proceeding;

2  WHEREAS, the Special Master's Report and Recommendation No. 2 [Corrected], adopted
3  and entered by the Court on November 19, 2008 (Doc. # 727) sets forth the briefing schedule
4  governing the Indirect Purchaser Plaintiffs' Motion for Class Certification;

5  NOW, THEREFORE, the Undersigned Parties, acting by and through their respective
6  counsel of record, hereby stipulate and agree as follows:

7  1. The Indirect Purchaser Plaintiffs' Motion for Class Certification shall be due
8  on **June 2, 2009**.

9  2. Defendants' response shall be due on **August 10, 2009**.

10  3. The due date for the Indirect Purchaser Plaintiffs' reply (September 17,
11  2009) and the hearing date for the Indirect Purchaser Plaintiffs' Motion for Class Certification
12  (October 1, 2009) shall remain unchanged.

13  IT IS SO STIPULATED

14  DATED this 19th day of May, 2009.

ZELLE HOFMANN VOELBEL &
MASON LLP

*/s/ Francis O. Scarpulla*
Francis O. Scarpulla (SBN 41059)

*Interim Co-Lead Counsel for Indirect
Purchaser Plaintiffs and Class Members*

19  DATED this 19th day of May, 2009.

SHEPPARD MULLIN RICHTER &
HAMPTON LLP

*/s/ James McGinnis*
James McGinnis (SBN 95788)
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 774-3294
Facsimile: (415) 403-6010

*Interim Liaison Counsel for Defendants*

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order No. 45, § X(B), regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: May 19, 2009

By: */s/ Francis O. Scarpulla*
Francis O. Scarpulla

**IT IS SO ORDERED.**

Dated _____.

_____
Hon. Susan Illston
United States District Judge

# CERTIFICATE OF SERVICE

## IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION
Master File No. C07-1827 SI
MDL No. 1827

I, Mindy A. Davis, certify and declare under penalty of perjury that I: am a citizen of the United States; am over the age of 18 years; am employed by Zelle Hofmann Voelbel & Mason LLP, at the address indicated, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to or interested in the cause entitled upon the document to which this Proof of Service is affixed; and that I served a true and correct copy of the following document(s) in the manner indicated below:

**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR INDIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

☐ by today depositing, at San Francisco, California, the said document(s) in the United States mail in a sealed envelope, with first-class postage thereon fully prepaid; (and/or)
☐ by facsimile transmission to the parties listed below;
☐ by overnight mail to the parties listed below;
☐ by today personally delivering the said document(s) to the person(s) indicated below in a manner provided by law, by handing them the documents or by leaving the said document(s) at the office(s) or usual place(s) of business, during usual business hours, of the said person(s) with a clerk or other person who was apparently in charge thereof and at least 18 years of age, whom I informed of the contents.
☐ (BY ELECTRONIC MAIL) I caused such document(s) to be emailed to the offices and/or to attorneys of offices of the below named addressee(s).
☒ **By USDC Live System-Document Filing System:** on all interested parties registered for e-filing.

Dated: May 19, 2009

Signed  /s/ Mindy A. Davis
Mindy A. Davis