1  NIALL E. LYNCH (State Bar No. 157959)
   MICHAEL L. SCOTT (State Bar No. 165452)
2  DAVID J. WARD (State Bar No. 239504)
   HEATHER S. TEWKSBURY (State Bar No. 222202)
3  ALEXANDRA J. SHEPARD (State Bar No. 205143)
   Antitrust Division
4  U.S. Department of Justice
   450 Golden Gate Avenue
5  Box 36046, Room 10-0101
   San Francisco, CA 94102
6  Telephone: (415) 436-6660

7  Attorneys for the United States

8

9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11

12
   UNITED STATES OF AMERICA         )   Case No. CR-09-0247 SI
13                                  )
                                    )   STIPULATION AND [PROPOSED]
14              v.                  )   ORDER FOR EXPEDITED
                                    )   SENTENCING UNDER L.R. 32-1(b)
15                                  )
                                    )
16 HITACHI DISPLAYS LTD.,           )
                                    )   DATE:  May 22, 2009
17              Defendant.          )   TIME:  11:00 a.m.
   _____)   COURT: Hon. Susan Illston
18

19      On March 10, 2009, the United States filed a one-count information charging Hitachi

20 Displays Ltd. ("Hitachi") with participating in a conspiracy in the United States and elsewhere to

21 suppress and eliminate competition by fixing the prices of thin-film transistor liquid crystal

22 display panels sold to Dell Inc., from on or about April 1, 2001 to on or about March 31, 2004, in

23 violation of the Sherman Antitrust Act, 15 U.S.C. § 1. Hitachi is scheduled for a change of plea

24 and possible sentencing on May 22, 2009. Hitachi will waive Indictment and plead guilty under

25 Fed. R. Crim. P. 11(c)(1)(C). The United States and Hitachi have filed a joint sentencing

26 memorandum describing the material terms of the plea agreement and the agreed-upon sentencing

27 recommendation.

28 / / /

1     IT IS HEREBY STIPULATED AND AGREED as follows:

2     The United States and Hitachi request that the Court sentence Hitachi on an expedited basis, pursuant to Crim. L.R. 32-1(b), on May 22, 2009. The United States and Hitachi respectfully submit that the Joint Sentencing Memorandum and the Plea Agreement provide sufficient information for the Court to impose a sentence on May 22, 2009, the same date as the change of plea hearing, without a presentence report.

DATED: May 21, 2009

Respectfully submitted,

| HITACHI DISPLAYS LTD. | U.S. DEPARTMENT OF JUSTICE |
|---|---|
| BY: /s/ John Hemann<br>John H. Hemann<br>Lisa Tenorio-Kutzkey<br>Rebecca A. Falk<br>Courtney L. Landis<br>Michelle M. Kim<br>Morgan Lewis & Bockius LLP<br>Tel: (415) 442-1000<br>Fax: (415) 442-1001<br><br>DATED: May 21, 2009 | BY: /s/ David Ward<br>Niall E. Lynch, CA No. 157959<br>Michael L. Scott, CA No. 165452<br>David J. Ward, CA No. 239504<br>Heather S. Tewksbury, CA No. 222202<br>Alexandra J. Shepard, CA No. 205143<br>Trial Attorneys<br>U.S. Department of Justice<br>Antitrust Division<br>450 Golden Gate Avenue<br>Box 36046, Room 10-0101<br>San Francisco, CA 94102<br>Tel: (415) 436-6660<br>Fax: (415) 436-6687<br><br>DATED: May 21, 2009 |

Based on the stipulation of the parties, and for good cause shown,

IT IS SO ORDERED:

*[signature: Susan Illston]*

Susan Illston
United States District Judge

2