IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. M 07-1827 SI<br>MDL. No. 1827 |
| This Order Relates to:<br>ALL CASES | **ORDER DENYING DIRECT PURCHASER PLAINTIFFS' MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION WITHOUT PREJUDICE TO RENEWAL AFTER MEET AND CONFER** |

The direct purchaser plaintiffs have filed a motion for leave to file a motion for reconsideration of sealing orders. Plaintiffs contend that various documents filed in connection with plaintiffs' motion for class certification should not be sealed, and that defendants improperly designated those documents as "confidential" or "highly confidential." Defendants oppose plaintiffs' motion on several grounds, including the fact that plaintiffs have not met and conferred with defendants regarding the confidentiality designations. The protective order permits plaintiffs to challenge those designations before Judge Smith after a meet and confer process. The Court DENIES the present motion without prejudice to renewal after plaintiffs have met and conferred and raised the confidentiality issues before Judge Smith. (Docket Nos. 973 & 980).

**IT IS SO ORDERED.**

Dated: May 22, 2009

SUSAN ILLSTON
United States District Judge