1   Francis O. Scarpulla (41059)
    Craig C. Corbitt (83251)
2   Judith A. Zahid (215418)
    Patrick B. Clayton (240191)
3   Qianwei Fu (242669)
    ZELLE HOFMANN VOELBEL & MASON LLP
4   44 Montgomery Street, Suite 3400
    San Francisco, CA 94104
5   Telephone:  (415) 693-0700
    Facsimile:   (415) 693-0770
6   fscarpulla@zelle.com
    ccorbitt@zelle.com
7
    Joseph M. Alioto (42680)
8   Theresa D. Moore (99978)
    THE ALIOTO LAW FIRM
9   555 California Street, 31st Floor
    San Francisco, CA 94104
10  Telephone:  (415) 434-8900
    Facsimile:   (415) 434-9200
11
    *Interim Co-Lead Counsel for Indirect-*
12  *Purchaser Plaintiffs and Class Members*

13  [Additional Counsel Listed on Signature Page]

14

15              **UNITED STATES DISTRICT COURT**

16           **NORTHERN DISTRICT OF CALIFORNIA**

17                **SAN FRANCISCO DIVISION**

18  IN RE TFT-LCD (FLAT PANEL)        )   Master File No. C07-1827 SI
    ANTITRUST LITIGATION              )
19  _____  )   MDL No. 1827
                                      )   **NOTICE OF MOTION AND MOTION**
20  This Document Relates to:         )   **OF INDIRECT-PURCHASER**
                                      )   **PLAINTIFFS FOR CLASS**
21  All Indirect-Purchaser Actions    )   **CERTIFICATION**
                                      )
22                                    )   **ORAL ARGUMENT REQUESTED**
                                      )
23                                    )   Date:        October 1, 2009
                                      )   Time:        4:00 p.m.
24                                    )   Courtroom:   10, 19th Floor
                                      )
25  _____  )   The Honorable Susan Illston

26

27

28

1

## NOTICE OF MOTION AND MOTION

2 **TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

3      **PLEASE TAKE NOTICE** that on October 1, 2009, at 4:00 p.m., or as soon thereafter

4 as the matter can be heard, before the Honorable Susan Illston of the United States District

5 Court, Northern District of California, 450 Golden Gate Ave., San Francisco, California,

6 Indirect-Purchaser Plaintiffs will and hereby do move for class certification pursuant to Rule 23

7 of the Federal Rules of Civil Procedure.

8      The Indirect-Purchaser Plaintiffs seek certification of a nationwide class (the

9 "Nationwide Class") for injunctive relief pursuant to Fed. R. Civ. P. 23(b)(2) defined as

10 follows:

11      All persons and entities residing in the United States as of the date notice
       is first published, who indirectly purchased in the United States between
12     January 1, 1999 and the present LCD panels incorporated in televisions,
       monitors, and/or laptop computers, from one or more of the named
13     Defendants, for their own use and not for resale.  Specifically excluded
       from this Class are the named Defendants; the officers, directors, or
14     employees of any defendant; any entity in which any defendant has a
       controlling interest; and any affiliate, legal representative, heir or assign
15     of any defendant.  Also excluded are any federal, state, or local
       governmental entities, any judicial officers presiding over this action,
16     members of their immediate families and judicial staffs, and any juror
       assigned to this action.

17
       In addition, the Indirect-Purchaser Plaintiffs move to certify the following state classes
18
(the "Indirect-Purchaser State-Wide Classes") for damages pursuant to Fed. R. Civ. P. 23 (b)(3)
19
and equitable relief pursuant to Fed. R. Civ. P. 23(b)(2), in accordance with the laws of each of
20
the states:
21
       ARIZONA:
22
       All persons and entities residing in the State of Arizona as of the date
23     notice is first published, who indirectly purchased in Arizona between
       January 1, 1999 and December 31, 2006 LCD panels incorporated in
24     televisions, monitors, and/or laptop computers, from one or more of the
       named Defendants, for their own use and not for resale.  Specifically
25     excluded from this Class are the named Defendants; the officers,
       directors, or employees of any defendant; any entity in which any
26     defendant has a controlling interest; and any affiliate, legal
       representative, heir or assign of any defendant.  Also excluded are any
27     federal, state, or local governmental entities, any judicial officers
       presiding over this action, members of their immediate families and
28

judicial staffs, and any juror assigned to this action. (The "Arizona Indirect-Purchaser Class.")

CALIFORNIA:

All persons and entities residing in the State of California as of the date notice is first published, who indirectly purchased in California between January 1, 1999 and December 31, 2006 LCD panels incorporated in televisions, monitors, and/or laptop computers, from one or more of the named Defendants, for their own use and not for resale. Specifically excluded from this Class are the named Defendants; the officers, directors, or employees of any defendant; any entity in which any defendant has a controlling interest; and any affiliate, legal representative, heir or assign of any defendant. Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action. (The "California Indirect-Purchaser Class.")

DISTRICT OF COLUMBIA:

All persons and entities residing in the District of Columbia as of the date notice is first published, who indirectly purchased in the District of Columbia between January 1, 1999 and December 31, 2006 LCD panels incorporated in televisions, monitors, and/or laptop computers, from one or more of the named Defendants, for their own use and not for resale. Specifically excluded from this Class are the named Defendants; the officers, directors, or employees of any defendant; any entity in which any defendant has a controlling interest; and any affiliate, legal representative, heir or assign of any defendant. Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action. (The "D.C. Indirect-Purchaser Class.")

FLORIDA:

All persons and entities residing in the State of Florida as of the date notice is first published, who indirectly purchased in Florida between January 1, 1999 and December 31, 2006 LCD panels incorporated in televisions, monitors, and/or laptop computers, from one or more of the named Defendants, for their own use and not for resale. Specifically excluded from this Class are the named Defendants; the officers, directors, or employees of any defendant; any entity in which any defendant has a controlling interest; and any affiliate, legal representative, heir or assign of any defendant. Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action. (The "Florida Indirect-Purchaser Class.")

HAWAII:

All persons and entities residing in the State of Hawaii as of the date notice is first published, who indirectly purchased in Hawaii between

NOTICE OF MOTION AND MOTION OF INDIRECT-PURCHASER PLAINTIFFS
FOR CLASS CERTIFICATION— CASE NO.: M: 07-CV-1827-SI

January 1, 1999 and December 31, 2006 LCD panels incorporated in televisions, monitors, and/or laptop computers, from one or more of the named Defendants, for their own use and not for resale. Specifically excluded from this Class are the named Defendants; the officers, directors, or employees of any defendant; any entity in which any defendant has a controlling interest; and any affiliate, legal representative, heir or assign of any defendant. Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action. (The "Hawaii Indirect-Purchaser Class.")

IOWA:

All persons and entities residing in the State of Iowa as of the date notice is first published, who indirectly purchased in Iowa between January 1, 1999 and December 31, 2006 LCD panels incorporated in televisions, monitors, and/or laptop computers, from one or more of the named Defendants, for their own use and not for resale. Specifically excluded from this Class are the named Defendants; the officers, directors, or employees of any defendant; any entity in which any defendant has a controlling interest; and any affiliate, legal representative, heir or assign of any defendant. Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action. (The "Iowa Indirect-Purchaser Class.")

KANSAS:

All persons and entities residing in the State of Kansas as of the date notice is first published, who indirectly purchased in Kansas between January 1, 1999 and December 31, 2006 LCD panels incorporated in televisions, monitors, and/or laptop computers, from one or more of the named Defendants, for their own use and not for resale. Specifically excluded from this Class are the named Defendants; the officers, directors, or employees of any defendant; any entity in which any defendant has a controlling interest; and any affiliate, legal representative, heir or assign of any defendant. Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action. (The "Kansas Indirect-Purchaser Class.")

MAINE:

All persons and entities residing in the State of Maine as of the date notice is first published, who indirectly purchased in Maine between January 1, 1999 and December 31, 2006 LCD panels incorporated in televisions, monitors, and/or laptop computers, from one or more of the named Defendants, for their own use and not for resale. Specifically excluded from this Class are the named Defendants; the officers, directors, or employees of any defendant; any entity in which any defendant has a controlling interest; and any affiliate, legal representative, heir or assign of any defendant. Also excluded are any federal, state, or local governmental entities, any judicial officers

4

presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action. (The "Maine Indirect-Purchaser Class.")

MASSACHUSETTS:

All persons and entities residing in the State of Massachusetts as of the date notice is first published, who indirectly purchased in Massachusetts between January 1, 1999 and December 31, 2006 LCD panels incorporated in televisions, monitors, and/or laptop computers, from one or more of the named Defendants, for their own use and not for resale. Specifically excluded from this Class are the named Defendants; the officers, directors, or employees of any defendant; any entity in which any defendant has a controlling interest; and any affiliate, legal representative, heir or assign of any defendant.  Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action. (The "Massachusetts Indirect-Purchaser Class.")

MICHIGAN:

All persons and entities residing in the State of Michigan as of the date notice is first published, who indirectly purchased in Michigan between January 1, 1999 and December 31, 2006 LCD panels incorporated in televisions, monitors, and/or laptop computers, from one or more of the named Defendants, for their own use and not for resale.  Specifically excluded from this Class are the named Defendants; the officers, directors, or employees of any defendant; any entity in which any defendant has a controlling interest; and any affiliate, legal representative, heir or assign of any defendant.  Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action. (The "Michigan Indirect-Purchaser Class.")

MINNESOTA:

All persons and entities residing in the State of Minnesota as of the date notice is first published, who indirectly purchased in Minnesota between January 1, 1999 and December 31, 2006 LCD panels incorporated in televisions, monitors, and/or laptop computers, from one or more of the named Defendants, for their own use and not for resale.  Specifically excluded from this Class are the named Defendants; the officers, directors, or employees of any defendant; any entity in which any defendant has a controlling interest; and any affiliate, legal representative, heir or assign of any defendant.  Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action. (The "Minnesota Indirect-Purchaser Class.")

MISSISSIPPI:

All persons and entities residing in the State of Mississippi as of the date notice is first published, who indirectly purchased in Mississippi between January 1, 1999 and December 31, 2006 LCD panels incorporated in televisions, monitors, and/or laptop computers, from one or more of the named Defendants, for their own use and not for resale. Specifically excluded from this Class are the named Defendants; the officers, directors, or employees of any defendant; any entity in which any defendant has a controlling interest; and any affiliate, legal representative, heir or assign of any defendant.  Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action. (The "Mississippi Indirect-Purchaser Class.")

NEVADA:

All persons and entities residing in the State of Nevada as of the date notice is first published, who indirectly purchased in Nevada between January 1, 1999 and December 31, 2006 LCD panels incorporated in televisions, monitors, and/or laptop computers, from one or more of the named Defendants, for their own use and not for resale.  Specifically excluded from this Class are the named Defendants; the officers, directors, or employees of any defendant; any entity in which any defendant has a controlling interest; and any affiliate, legal representative, heir or assign of any defendant.  Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action. (The "Nevada Indirect-Purchaser Class.")

NEW MEXICO:

All persons and entities residing in the State of New Mexico as of the date notice is first published, who indirectly purchased in New Mexico between January 1, 1999 and December 31, 2006 LCD panels incorporated in televisions, monitors, and/or laptop computers, from one or more of the named Defendants, for their own use and not for resale. Specifically excluded from this Class are the named Defendants; the officers, directors, or employees of any defendant; any entity in which any defendant has a controlling interest; and any affiliate, legal representative, heir or assign of any defendant.  Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action. (The "New Mexico Indirect-Purchaser Class.")

NEW YORK:

All persons and entities residing in the State of New York as of the date notice is first published, who indirectly purchased in New York between January 1, 1999 and December 31, 2006 LCD panels incorporated in televisions, monitors, and/or laptop computers, from one or more of the

NOTICE OF MOTION AND MOTION OF INDIRECT-PURCHASER PLAINTIFFS
FOR CLASS CERTIFICATION— CASE NO.: M: 07-CV-1827-SI

named Defendants, for their own use and not for resale.  Specifically excluded from this Class are the named Defendants; the officers, directors, or employees of any defendant; any entity in which any defendant has a controlling interest; and any affiliate, legal representative, heir or assign of any defendant.  Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action. (The "New York Indirect-Purchaser Class.")

NORTH CAROLINA:

All persons and entities residing in the State of North Carolina as of the date notice is first published, who indirectly purchased in North Carolina between January 1, 1999 and December 31, 2006 LCD panels incorporated in televisions, monitors, and/or laptop computers, from one or more of the named Defendants, for their own use and not for resale. Specifically excluded from this Class are the named Defendants; the officers, directors, or employees of any defendant; any entity in which any defendant has a controlling interest; and any affiliate, legal representative, heir or assign of any defendant.  Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action. (The "North Carolina Indirect-Purchaser Class.")

NORTH DAKOTA:

All persons and entities residing in the State of North Dakota as of the date notice is first published, who indirectly purchased in North Dakota between January 1, 1999 and December 31, 2006 LCD panels incorporated in televisions, monitors, and/or laptop computers, from one or more of the named Defendants, for their own use and not for resale. Specifically excluded from this Class are the named Defendants; the officers, directors, or employees of any defendant; any entity in which any defendant has a controlling interest; and any affiliate, legal representative, heir or assign of any defendant.  Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action. (The "North Dakota Indirect-Purchaser Class.")

RHODE ISLAND:

All persons and entities residing in the State of Rhode Island as of the date notice is first published, who indirectly purchased in Rhode Island between January 1, 1999 and December 31, 2006 LCD panels incorporated in televisions, monitors, and/or laptop computers, from one or more of the named Defendants, for their own use and not for resale. Specifically excluded from this Class are the named Defendants; the officers, directors, or employees of any defendant; any entity in which any defendant has a controlling interest; and any affiliate, legal representative, heir or assign of any defendant.  Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate families and

7

judicial staffs, and any juror assigned to this action. (The "Rhode Island Indirect-Purchaser Class.")

SOUTH DAKOTA:

All persons and entities residing in the State of South Dakota as of the date notice is first published, who indirectly purchased in South Dakota between January 1, 1999 and December 31, 2006 LCD panels incorporated in televisions, monitors, and/or laptop computers, from one or more of the named Defendants, for their own use and not for resale. Specifically excluded from this Class are the named Defendants; the officers, directors, or employees of any defendant; any entity in which any defendant has a controlling interest; and any affiliate, legal representative, heir or assign of any defendant. Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action. (The "South Dakota Indirect-Purchaser Class.")

TENNESSEE:

All persons and entities residing in the State of Tennessee as of the date notice is first published, who indirectly purchased in Tennessee between January 1, 1999 and December 31, 2006 LCD panels incorporated in televisions, monitors, and/or laptop computers, from one or more of the named Defendants, for their own use and not for resale. Specifically excluded from this Class are the named Defendants; the officers, directors, or employees of any defendant; any entity in which any defendant has a controlling interest; and any affiliate, legal representative, heir or assign of any defendant. Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action. (The "Tennessee Indirect-Purchaser Class.")

VERMONT:

All persons and entities residing in the State of Vermont as of the date notice is first published, who indirectly purchased in Vermont between January 1, 1999 and December 31, 2006 LCD panels incorporated in televisions, monitors, and/or laptop computers, from one or more of the named Defendants, for their own use and not for resale. Specifically excluded from this Class are the named Defendants; the officers, directors, or employees of any defendant; any entity in which any defendant has a controlling interest; and any affiliate, legal representative, heir or assign of any defendant. Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action. (The "Vermont Indirect-Purchaser Class.")

WEST VIRGINIA:

All persons and entities residing in the State of West Virginia as of the date notice is first published, who indirectly purchased in West Virginia

between January 1, 1999 and December 31, 2006 LCD panels
incorporated in televisions, monitors, and/or laptop computers, from one
or more of the named Defendants, for their own use and not for resale.
Specifically excluded from this Class are the named Defendants; the
officers, directors, or employees of any defendant; any entity in which
any defendant has a controlling interest; and any affiliate, legal
representative, heir or assign of any defendant.  Also excluded are any
federal, state, or local governmental entities, any judicial officers
presiding over this action, members of their immediate families and
judicial staffs, and any juror assigned to this action. (The "West Virginia
Indirect-Purchaser Class.")

WISCONSIN:

All persons and entities residing in the State of Wisconsin as of the date
notice is first published, who indirectly purchased in Wisconsin between
January 1, 1999 and December 31, 2006 LCD panels incorporated in
televisions, monitors, and/or laptop computers, from one or more of the
named Defendants, for their own use and not for resale.  Specifically
excluded from this Class are the named Defendants; the officers,
directors, or employees of any defendant; any entity in which any
defendant has a controlling interest; and any affiliate, legal
representative, heir or assign of any defendant.  Also excluded are any
federal, state, or local governmental entities, any judicial officers
presiding over this action, members of their immediate families and
judicial staffs, and any juror assigned to this action. (The "Wisconsin
Indirect-Purchaser Class.")

The Indirect-Purchaser Plaintiffs further seek an order appointing the following

individuals and entities as class representatives:

| State | Plaintiff |
|---|---|
| Arizona | Allan Rotman |
| California | Frederick Rozo |
| California | Steven Martel |
| California | Robert Kerson |
| California | Byron Ho |
| California | Joe Solo |
| California | Lisa Blackwell |
| D.C. | David Walker |
| Florida | Robert Feins |
| Florida | Scott Eisler |
| Hawaii | John Okita |
| Iowa | Ben Northway |
| Kansas | Rex Getz |
| Kansas | Kou Srimoungchanh |
| Maine | Patricia Giles |
| Massachusetts | Christopher Murphy |
| Michigan | Gladys Baker |
| Michigan | Judy Griffith |

9

| Michigan | Ling-Hung Jou |
|---|---|
| Minnesota | Martha Mulvey |
| Mississippi | Cynthia Saia |
| Nevada | Allen Kelley |
| New Mexico | Thomas Clark |
| New Mexico | Marcia Weingarten |
| New York | Tom DiMatteo |
| New York | Chris Ferencsik |
| North Carolina | William Fisher |
| North Carolina | Donna Jeanne Flanagan |
| North Dakota | Bob George |
| Rhode Island | Dr. Robert Mastronardi |
| South Dakota | Christopher Bessette |
| South Dakota | Chad Hansen |
| Tennessee | Dena Williams |
| Tennessee | Scott Beall |
| Vermont | Robert Watson |
| West Virginia | John Matrich |
| Wisconsin | Joe Kovacevich |
| Wisconsin | Jai Paguirigan |

In addition, the Indirect-Purchaser Plaintiffs move for an order appointing Zelle Hofmann Voelbel & Mason LLP and The Alioto Law Firm as Class Counsel pursuant to Fed. R. Civ. P. 23(g).

This motion is based on this "Notice of Motion and Motion," the supporting "Memorandum of Points and Authorities," the "Declaration of Janet S. Netz," the "Declaration of Judith A. Zahid," the "[Proposed] Order Granting Indirect-Purchaser Plaintiffs' Motion for Class Certification," the accompanying "Request for Judicial Notice," all exhibits and

///

///

///

///

///

///

///

///

NOTICE OF MOTION AND MOTION OF INDIRECT-PURCHASER PLAINTIFFS
FOR CLASS CERTIFICATION— CASE NO.: M: 07-CV-1827-SI

appendices to such documents, any papers filed in reply, any argument as may be presented at

the hearing, and all other papers and records on file in this matter.

Dated: June 2, 2009                                   Respectfully submitted,

                                                      By:  /s/Francis O. Scarpulla
                                                      Francis O. Scarpulla (41059)
                                                      Craig C. Corbitt (83251)
                                                      Judith A. Zahid (215418)
                                                      Patrick B. Clayton (240191)
                                                      Qianwei Fu (242669)
                                                      ZELLE HOFMANN VOELBEL & MASON
                                                      LLP
                                                      44 Montgomery Street, Suite 3400
                                                      San Francisco, CA 94104
                                                      Telephone:   (415) 693-0700
                                                      Facsimile:    (415) 693-0770

                                                      Joseph M. Alioto (42680)
                                                      Theresa D. Moore (99978)
                                                      THE ALIOTO LAW FIRM
                                                      555 California Street, 31st Floor
                                                      San Francisco, CA 94104
                                                      Telephone:   (415) 434-8900
                                                      Facsimile:    (415) 434-9200

                                                      *Interim Co-Lead Counsel for Indirect-*
                                                      *Purchaser Plaintiffs and Class Members*

Daniel R. Shulman                                     Josef D. Cooper
Jeremy L. Johnson                                     Tracy R. Kirkham
Gray Plant Mooty & Bennett, PA                        Cooper & Kirkham, P.C.
500 IDS Center                                        357 Tehama Street, Second Floor
80 South Eighth Street                                San Francisco, CA  94103
Minneapolis, MN  55402                                Telephone:    (415) 788-3030
Telephone:      (612) 632-3335                        Facsimile:     (415) 882-7040
Facsimile:      (612) 632-4335                        jdc@coopkirk.com
daniel.shulman@gpmlaw.com
jeremy.johnson@gpmlaw.com

NOTICE OF MOTION AND MOTION OF INDIRECT-PURCHASER PLAINTIFFS
FOR CLASS CERTIFICATION— CASE NO.: M: 07-CV-1827-SI

Allan Steyer
Jill Manning
Steyer Lowenthal Boodrookas Alvarez &
Smith, LLP
One California Street, Third Floor
San Francisco, CA  94111
Telephone:      (415) 421-3400
Facsimile:      (415) 421-2234
asteyer@steyerlaw.com
jmanning@steyerlaw.com

Terry Rose Saunders
Thomas A. Doyle
Saunders & Doyle
20 South Clark Street, Suite 1728
Chicago, IL  60603
Telephone:      (312) 551-0051
Facsimile:      (312) 551-4467
tadoyle@saundersdoyle.com

Jack W. Lee
B. Mark Fong
Brad Yamauchi
Minami Tamaki, LLP
360 Post Street, 8th Floor
San Francisco, CA  94108-4903
Telephone:      (415) 788-9000
Facsimile:      (415) 398-3887
jlee@minamitamaki.com
mfong@minamitamaki.com

C. Donald Amamgbo
Amamgbo & Associates, PLC
7901 Oakport Street, Suite 4900
Oakland, CA  94621
Telephone:      (510) 615-6000
Facsimile:      (510) 615-6025
donald@amamgbolaw.com

Christopher Lovell
Lovell Stewart Halebian LLP
61 Broadway, Suite 501
New York, NY 10006
Telephone:      (212) 608-1900
Facsimile:      (212) 719-4677
clovell@lshllp.com

Daniel A. Freedman
Joseph Goldberg
Freedman Boyd Daniels Hollander
    Goldberg & Ives, PA
20 First Plaza, Suite 700
Albuquerque, NM  87102
Telephone:      (505) 842-9960
Facsimile:      (505) 842-0761
daf@fbdlaw.com
jg@fbdlaw.com

Thomas V. Girardi
Girardi & Keese
1126 Wilshire Boulevard
Los Angeles, CA  90017-1904
Telephone:      (213) 977-0211
Facsimile:      (213) 481-1554
tgirardi@girardikeese.com

Gordon Ball
Ball & Scott
Suite 750, Bank of America Center
550 Main Street
Knoxville, TN 37902
Telephone:      (865) 525-7028
Facsimile:      (865) 525-4679
gball@ballandscott.com

NOTICE OF MOTION AND MOTION OF INDIRECT-PURCHASER PLAINTIFFS
FOR CLASS CERTIFICATION— CASE NO.: M: 07-CV-1827-SI

1   Neil Overholtz                                    Brian Barry, Esq.
2   Douglass Kreis                                    Law Offices of Brian Barry
    Justin Witkin                                     1801 Avenue of the Stars, Suite 307
3   Aylstock, Witkin, Kreis & Overholtz, PLC          Los Angeles, CA  90067
    4400 Bayou Boulevard, Suite 58                    Telephone:      (310) 788-0831
4   Pensacola, FL 32503                               Facsimile:      (310) 788-0841
    Telephone:      (850) 916-7450                    bribarry1@yahoo.com
5   Facsimile:      (850) 916-7449
6   noverholtz@awr.law.com

7   Eric J. Pickar                                    John H. Boone
    Gregory J. Erlandson                              Law Offices of John H. Boone
8   Bangs McCullen Butler Foye                        555 California Street, Suite 3160
         & Simmons, LLP                               San Francisco, CA  94104
9   333 West Boulevard, Suite 400                     Telephone:      (415) 434-8900
    P.O. Box 2670                                     Facsimile:      (415) 434-9200
10  Rapid City, SD 57709-2670                         jboone@dc.rr.com
11  Telephone:      (605) 343-1040
    Facsimile:      (605) 343-1503
12  gerlandson@bangsmccullen.com

13  Michael S. Bearse                                 Michael L. Belancio
14  Law Offices of Michael S. Bearse, PC              Bower Belancio, LLC
    226 South Main Street                             800 West 47th Street, Suite 215
15  Providence, RI  02930                             Kansas City, MO 64112
    Telephone:      (401) 331-7720                    Telephone:      (816) 960-4911
16  Facsimile:      (401) 453-2549                    Facsimile:      (816) 960-3711
    msbearse@comcast.net                              mbelancio@bblawkc.com
17

18  Andrew S. Friedman                                Thomas H. Brill
    Bonnett, Fairbourn, Friedman & Balint, P.C.       Law Office of Thomas H. Brill
19  2901 North Central Avenue, Suite 1000             6552 Sagamore Road
    Phoenix, AZ 85012-3311                            Mission Hills, KS 66208
20  Telephone:      (602) 274-1100                    Telephone:      (913) 677-2004
    Facsimile:      (602) 274-1199                    Facsimile:      (913) 677-2152
21  afriedman@bffb.com                                brillkc@aol.com

22  C. Dewey Branstetter, Jr.                         Michael J. Flannery
23  J. Gerard Stranch, IV                             James J. Rosemergy
    Branstetter, Stranch & Jennings, PLLC             Carey & Danis, LLC
24  227 Second Avenue North                           8235 Forsyth Boulevard, Suite 1100
    Nashville, TN 37201                               St. Louis, MO  63105
25  Telephone:      (615) 254-8801                    Telephone:      (314) 725-7700
26  Facsimile:      (615) 250-3937                    Facsimile:      (314) 721-0905
    cdbjr@braanstetterlaw.com                         mflannery@careydanis.com
27  gstranch@branstetterlaw.com

28

_____
4
NOTICE OF MOTION AND MOTION OF INDIRECT-PURCHASER PLAINTIFFS
FOR CLASS CERTIFICATION— CASE NO.: M: 07-CV-1827-SI

1
2
3
4
5

Louis F. Burke
Louis F. Burke, PC
460 Park Avenue, 21st Floor
New York, NY 10022
Telephone:     (212) 682-1700
Facsimile:      (212) 808-4280
lburke@lfblaw.com

Steven N. Berk
Chavez & Gertler, LLP
1225 15th Street, NW
Washington, D.C.  20005
Telephone:     (202) 232-7550
Facsimile:      (202) 232-7556
steven@chavezgertler.com

6
7
8
9

John M. Dillon
Caruso & Dillon PC
100 Mamaroneck Avenue
Mamaroneck, NY 10543
Telephone:     (914) 698-6392
Facsimile:      (914) 698-2038
john.dillon@dillonlaw.com

Richard L. Coffman
The Coffman Law Firm
1240 Orleans Street, Suite 200
Beaumont, TX 77701
Telephone:     (409) 832-4767
Facsimile:      (866) 835-8250
rc@cofflaw.com

10
11
12
13
14
15
16

Joseph G. Sauder
Benjamin F. Johns
James R. Malone, Jr.
Chimicles & Tikellis, LLP
361 West Lancaster Avenue
Haverford, PA  19041
Telephone:     (610) 642-8500
bfj@chimicles.com
jamesmalone@chimicles.com

Joseph M. Weiler
Darin M. Conklin
Alderson Alderson Weiler Conklin
     Burghart & Crow, L.L.C.
2101 SW 21st Street
Topeka, KS 66604
Telephone:     (785) 232-0753
Facsimile:      (785) 232-1866
jweiler@aldersonlaw.com
dconklin@aldersonlaw.com

17
18
19
20
21

Irwin B. Levin
Scott D. Gilchrist
Cohen & Malad, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone:     (317) 636-6481
Facsimile:      (317) 636-2593
ilevin@cohenandmalad.com

Dario De Ghetaldi
Corey Luzaich Pliska deGhetaldi Nastari LLP
700 El Camino Real
P.O. Box 669
Millbrae, CA 94030
Telephone:     (650) 871-5666
Facsimile:      (650) 871-4144
deg@coreylaw.com

22
23
24
25
26
27
28

NOTICE OF MOTION AND MOTION OF INDIRECT-PURCHASER PLAINTIFFS
FOR CLASS CERTIFICATION— CASE NO.: M: 07-CV-1827-SI

Roger M. Schrimp
Clinton P. Walker
Fred Silva
Kathy Lee Monday
Damrell Nelson Schrimp Pallios
    Pacher & Silva
1601 I Street, Fifth Floor
Modesto, CA  95354
Telephone:    (209) 526-3500
Facsimile:    (209) 526-3534
rschrimp@damrell.com
cwalker@damrell.com

Joseph F. Devereux, Jr.
Devereux Murphy LLC
The Plaza at Clayton
190 Carondelet, Suite 1100
St. Louis, MO 63105
Telephone:    (314) 721-1516
Facsimile:    (314) 721-4434
jfdevereux@devereuxmurphy.com

Clint Sargent
Danforth & Meierhenry
315 South Phillips Avenue
Sioux Falls, SD 57104
Telephone:    (605) 336-3075
Facsimile:    (605) 336-2593
clint@meierhenrylaw.com

Wyatt B. Durrette, Jr.
Christopher G. Hill
Christine A. Williams
Edward J. Westlow
Durrette Bradshaw, PLC
600 East Main Street, 20th Floor
Richmond, VA 23219-2430
Telephone:    (804) 775-6900
Facsimile:    (804) 775-6911
wdurrette@durrettebradshaw.com
chill@durrettebradshaw.com
cwilliams@durrettebradshaw.com
ewestlow@durrettebradshaw.com

James M. Dombrowski
Attorney at Law
P.O. Box 751027
Petaluma, CA  94975
Telephone:    (707) 762-7807
Facsimile:    (707) 769-0419
jdomski@aol.com

Scott E. Poynter
Christopher D. Jennings
Emerson Poynter, LLP
500 President Clinton Avenue, Suite 305
Little Rock, AR  72201
Telephone:    (501) 907-2555
Facsimile:    (501) 907-2556
spoynter@emersonpoynter.com

Chief Nnamdi A. Ekenna
The Ekenna Law Firm
4311 Wilshire Boulevard, Suite 612-B
Los Angeles, CA 90010-3717
Telephone:    (323) 954-1000
Facsimile:    (323) 954-1001
chiefekenna@aol.com

Gregg Vance Fallick
Attorney at Law
Albuquerque Plaza, Suite 1560
201 Third Street, N.W.
Albuquerque, NM 87102
Telephone:    (505) 842-6000
Facsimile:    (505) 842-6001
gvf@fallicklaw.com

NOTICE OF MOTION AND MOTION OF INDIRECT-PURCHASER PLAINTIFFS
FOR CLASS CERTIFICATION— CASE NO.: M: 07-CV-1827-SI

1  John G. Emerson
2  Emerson Poynter, LLP
   830 Apollo Lane
3  Houston, TX  77058
   Telephone:     (281) 488-8854
4  Facsimile:      (281) 488-8867
   gemerson@emersonpoynter.com
5
6  Adam Stein
   Ferguson Stein Chambers Gresham
7     & Sumter, PA
   312 West Franklin Street
8  Chapel Hill, NC 27516
   Telephone:     (919) 933-5300
9  Facsimile:      (919) 933-6182
   astein@fergusonstein.com
10
11 Paul M. Weiss
   William M. Sweetnam
12 Freed & Weiss, LLC
   111 West Washington Street, Suite 1331
13 Chicago, IL   60602
   Telephone:     (312) 220-0000
14 Facsimile:      (312) 220-7777
   paul@freedweiss.com
15
16
17 Carl L. Solomon
   Gergel, Nickles & Solomon, P.A
18 P.O. Box 1866
   1519 Richland Street
19 Columbia, SC 29202-1866
   Telephone:     (803) 779-8080
20 Facsimile:           (803) 256-1816
   csolomon@gnslaw.com
21
22 Kenneth G. Gilman
   Daniel D'Angelo
23 Gilman and Pastor, LLP
   225 Franklin Street, 16th Floor
24 Boston, MA 02110
   Telephone:     (617) 742-9700
25 Facsimile:      (617) 742-9701
   kgilman@gilmanpastor.com
26
27
28

Russell F. Brasso
Foreman & Brasso
930 Montgomery Street, Suite 600
San Francisco, CA 94133
Telephone:     (415) 433-3475
Facsimile:      (415) 781-8030
brasso@foremanandbrasso.com

Michael G. Simon
M. Eric Frankovitch
Frankovitch Anetakis Colantonio & Simon
337 Penco Road
Weirton, WV  26062
Telephone:     (304) 723-4400
Facsimile:      (304) 723-5892
msimon@facslaw.com

Charles R. Watkins
John R. Wylie
Futterman Howard Watkins Wylie
   & Ashley, Chtd.
122 South Michigan Avenue, Suite 1850
Chicago, IL  60603
Telephone:     (312) 427-3600
Facsimile:      (312) 427-1850
cwatkins@futtermanhoward.com
jwylie@futtermanhoward.com

Robert J. Gralewski
Gergosian & Gralewski, LLP
550 West C Street, Suite 1600
San Diego, CA  92101
Telephone:     (619) 230-0104
Facsimile:      (619) 230-0124
bob@gralewski.com

B.J. Wade
Glassman Edwards Wade & Wyatt, PC
26 North Second Street
Memphis, TN  38103
Telephone:     (901) 527-4675
Facsimile:      (901) 521-0940
bwade@gewwlaw.com

7

1  Susan G. Kupfer                              Mark Goldman
2  Sylvie K. Kern                               Daniel K. Karon
   Glancy Binkow & Goldberg, LLP                Goldman Scarlato & Karon
3  One Embarcadero Center, Suite 760            101 W. Elm Street, Suite 360
   San Francisco, CA  94111                     Conschohocken, PA 19428
4  Telephone:     (415) 972-8160                Telephone:     (484) 342-0700
   Facsimile:     (415) 972-8166                Facsimile:     (484) 342-0701
5  skupfer@glancylaw.com                        karon@gsk-law.com
   skern@glancylaw.com
6
7  Steven E. Grubb                              Robert S. Green
   Goldberg Katzman, P.C.                       Elizabeth C. Guarnieri
8  320 Market Street, P.O. Box 1268             Brian S. Umpierre
   Harrisburg, PA 17108-1268                    Green Welling, LLP
9  Telephone:     (717) 234-4161                595 Market Street, Suite 2750
   Facsimile:     (717) 234-6808                San Francisco, CA  94105
10 seg@goldbergkatzman.com                      Telephone:     (415) 477-6700
                                                Facsimile:     (415) 477-6710
11                                              rsg@classcounsel.com
12                                              ecg@classcounsel.com

13 Terry Gross                                  Jeffrey A. Bartos
   Adam Belsky                                  Soye Kim
14 Gross & Belsky, LLP                          Guerrieri Edmond Clayman & Bartos, P.C.
15 180 Montgomery Street, Suite 2200            1625 Massachusetts Avenue, NW, Suite 700
   San Francisco, CA  94104                     Washington, DC 20036
16 Telephone:     (415) 544-0200                Telephone:     (202) 624-7400
   Facsimile:     (415) 544-0201                Facsimile:     (202) 624-7420
17 terry@grossbelsky.com                        jbartos@geclaw.com
18 adam@grossbelsky.com                         skim@geclaw.com

19 William F. Patterson, Jr.                    Andrew A. Nickelhoff
   Forman Rossabi Black, P.A.                   Marshall J. Widick
20 3623 North Elm Street, Suite 200             Sachs Waldman, PC
   Greensboro, NC 27455                         1000 Farmer Street
21 Telephone:     (336) 378-1899                Detroit, MI  48226
22 Facsimile:     (336) 378-1850                Telephone:     (313) 965-3464
   wfp@frb-law.com                              (313) 965-4602
23                                              anickelhoff@sachswaldman.com
24
25
26
27
28

NOTICE OF MOTION AND MOTION OF INDIRECT-PURCHASER PLAINTIFFS
FOR CLASS CERTIFICATION— CASE NO.: M: 07-CV-1827-SI

| | |
|---|---|
| 1 | Steven K. Hisaka | J. Robert Keena |

Steven K. Hisaka
Gail Y. Cosgrove
Kunio Kuwabe
Hisaka Yoshida & Cosgrove
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 3000
Honolulu, HI 96813
Telephone:     (808) 523-0451
Facsimile:     (808) 524-0422
shisaka@objectionsustained.com
gcosgrove@objectionsustained.com
kkuwabe@objectionsustained.com

J. Robert Keena
Barton C. Gernander
Hellmuth & Johnson, PLLC
10400 Viking Drive, Suite 500
Eden Prairie, MN 55344
Telephone:     (952) 941-4005
Facsimile:     (952) 941-2337
jkeena@jhlawfirm.com
bgernander@hjlawfirm.com


Dennis J. Stewart
Jennifer A. Kagan
Hulett Harper Stewart LLP
550 West C Street, Suite 1600
San Diego, CA 92101
Telephone:     (619) 338-1133
Facsimile:     (619) 338-1139
dstewart@hulettharper.com
jenni@hulettharper.com

Glenn Carl James
James Law Offices
PMB 501, 1353 Rd. 19
Guaynabo, PR 00966-2700
Telephone:     (787) 763-2888
Facsimile:     (787) 763-2881
jameslawoffices@centennialpr.net


Edward Bearman
JG Law Firm
780 Ridge Lake Boulevard, Suite 202
Memphis, TN 38120
Telephone:     (901) 682-3450
Facsimile:     (901) 682-3590
ebearman@jglawfirm.com

Daniel J. Mulligan
Larry W. Gabriel
Jenkins Mulligan & Gabriel, LLP
660 Market Street, 3rd Floor
San Francisco, CA 94104
Telephone:     (415) 982-8500
Facsimile:     (415) 982-8515
dan@jmglawoffices.com
lgabriel@jmglawoffices.com


Steven C. Lausell
Jose R. Gonzalez
Jimenez, Graffam & Lausell
P.O. Box 366104
San Juan, PR 00936-6104
Telephone:     (787) 767-1030
Facsimile:     (787) 751-4068
slausell@jgl.com
jgonzalez@jgl.com
manager@jgl.com

Michael Stoker
Brian Weber
Johns Flaherty & Collins, SC
Exchange Building, Suite 600
205 Fifth Avenue, South
LaCrosse, WI  54602
Telephone:     (608) 784-5678
Facsimile:     (608) 785-0557
michael@johnsflaherty.com
brian@johnsflaherty.com

9

| | | |
|---|---|---|
| 1 | Dennis J. Johnson | Lynn Lincoln Sarko |
| 2 | Johnson & Perkinson | Mark A. Griffin |
| | 1690 Williston Road | Raymond J. Farrow |
| 3 | P.O. Box 2305 | Keller Rohrback L.L.P. |
| | South Burlington, VT  05403 | 1201 Third Avenue, Suite 3200 |
| 4 | Telephone:      (802) 862-0030 | Seattle, WA 98101 |
| | Facsimile:      (802) 862-0060 | Telephone:      (206) 623-1900 |
| 5 | djohnson@jpclasslaw.com | Facsimile:      (206) 623-3384 |
| 6 | email@jpclasslaw.com | lsarko@kellerrohrback.com |
| | | mgriffin@kellerrohrback.com |
| 7 | | rfarrow@kellerrohrback.com |
| 8 | Kelly Kenny | Thomas D. Kershaw, Jr. |
| | Attorney at Law | Thomas D. Kershaw, Jr., PC |
| 9 | P.O. Box 528 | 184 Gooding Street, West |
| | San Mateo, CA 94401 | P.O. Box 2497 |
| 10 | Telephone:      (650) 558-9041 | Twin Falls, ID 83303 |
| 11 | Facsimile:      (650) 558-9041 | Telephone:      (208) 734-9622 |
| | kellykenny2@sbcglobal.net | Facsimile:      (208) 734-6944 |
| 12 | | tkershaw@sunvalley.net |
| 13 | Daniel Hume | Mary G. Kirkpatrick |
| | David E. Kovel | Kirkpatrick & Goldsborough, PLLC |
| 14 | Beverly Tse | 1233 Shelburne Road, Suite E-1 |
| 15 | Kirby McInerney & Squire, LLP | South Burlington, VT 05403 |
| | 830 Third Avenue, 10th Floor | Telephone:      (802) 651-0960 |
| 16 | New York, NY  10022 | Facsimile:      (802) 651-0964 |
| 17 | Telephone:      (212) 371-6600 | mkirkpatrick@vtlawfirm.com |
| | Facsimile:      (212) 751-2540 | |
| 18 | dhume@kmslaw.com | |
| 19 | Susan LaCava | Kevin J. O'Connor |
| | Susan LaCava, SC | Adam C. Briggs |
| 20 | 23 North Pinckney Street | LaFollette Godfrey & Kahn, SC |
| | Madison, WI  53703 | One East Main Street |
| 21 | Telephone:      (608) 258-1335 | P.O. Box 2719 |
| 22 | Facsimile:      (608) 258-1669 | Madison, WI 53701-2719 |
| | sl@susanlacava.com | Telephone:      (608) 284-2600 |
| 23 | | koconnor@gklaw.com |
| 24 | Justin E. LaVan | Samuel W. Lanham, Jr. |
| | LaMarca & Landry, PC | Lanham & Blackwell, P.A. |
| 25 | 1820 NW 118th Street, Suite 200 | 470 Evergreen Woods |
| 26 | Des Moines, IA 50325 | Bangor, ME 04401 |
| | Telephone:      (515) 225-2600 | Telephone:      (207) 942-2898 |
| 27 | Facsimile:      (515) 225-8581 | Facsimile:      (207) 941-8818 |
| | justin@lamarcalandry.com | slanham@lanhamblackwell.com |
| 28 | | |

NOTICE OF MOTION AND MOTION OF INDIRECT-PURCHASER PLAINTIFFS
FOR CLASS CERTIFICATION— CASE NO.: M: 07-CV-1827-SI

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Jayne A. Goldstein
Mager & Goldstein, LLP
1640 Town Center Circle, Suite 216
Weston, FL  33326
Telephone:     (954) 515-0123
Facsimile:      (954) 515-0124
jgoldstein@magergoldstein.com

Stanley S. Mallison
Hector R. Martinez
Law Offices of Mallison & Martinez
1042 Brown Avenue, Suite A
Lafayette, CA  94549
Telephone:     (925) 283-3842
Facsimile:      (925) 283-3426
hectorm@mallisonlaw.com

Gary D. McAllister
Eric I. Unrein
Jamie Goldstein
Thomas A. Kelliher
Gary D. McAllister & Associates, LLC
120 North LaSalle Street, Suite 2800
Chicago, IL  60602
Telephone:      (312) 345-0611
Facsimile:       (312) 345-0612
gdm@gdmlawfirm.com

John Gressette Felder, Jr.
Chad A. McGowan
McGowan Hood Felder and Johnson
1405 Calhoun Street
Columbia, SC 29201
Telephone:      (803) 779-0100
Facsimile:       (803) 787-0750
cmcgowan@mcgowanhood.com

Angela K. Drake
Lowther Johnson
901 St. Louis Street, 20th Floor
Springfield, MO 65806
Telephone:     (417) 866-7777
Facsimile:      (417) 866-1752
adrake@lowtherjohnson.com

Lee Albert
Amir Stark
Mager & Goldstein, LLP
1818 Market Street, Suite 3710
Philadelphia, PA  19103
Telephone:     (215) 640-3280
Facsimile:      (215) 640-3281
lalbert@magergoldstein.com
astark@magergoldstein.com

Donna F. Solen
Gary E. Mason
The Mason Law Firm, LLP
1225 19th Street, NW, Suite 500
Washington, DC 20036
Telephone:     (202) 429-2290
Facsimile:      (202) 429-2294
dsolen@masonlawfirmdc.com

Robert G. Methvin, Jr.
Philip W. McCallum
James Terrell
McCallum, Methvin & Terrell, P.C.
The Highland Building
2201 Arlington Avenue South
Birmingham, AL 35205
Telephone:     (205) 939-3006
Facsimile:      (205) 939-0399
rgm@mmlaw.net
pwm@mmlaw.net
jterrell@mmlaw.net

11

NOTICE OF MOTION AND MOTION OF INDIRECT-PURCHASER PLAINTIFFS
FOR CLASS CERTIFICATION— CASE NO.: M: 07-CV-1827-SI

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Floyd M. Melton, III
Melton Law Firm
107½ East Market
P.O. Box 534
Greenwood, MS 38935-0534
Telephone:     (662) 453-8016
Facsimile:     (662) 453-0145
fmmiii@bellsouth.net

Pete S. Michaels
Deborah G. Evans
Jennifer R. Seltenrich
Michaels & Ward, LLP
12 Post Office Square, 4th Floor
Boston, MA 02109
Telephone:     (617) 350-4040
Facsimile:     (617) 350-4050
psm@michaelsward.com
dge@michaelsward.com
jrs@michaelsward.com

Daniel J. Mogin
Chad M. McManamy
Noah D. Sacks
Brian A. Barnhorst
The Mogin Law Firm, PC
110 Juniper Street
San Deigo, CA  92101
Telephone:     (619) 687-6611
Facsimile:     (619) 687-6610
dan@moginlaw.com

Rodney C. Olsen
Morrison, Frost, Olsen & Irvine, LLP
323 Poyntz, Suite 204
Manhattan, KS 66502
Telephone:     (785) 776-9208
Facsimile:     (785) 776-9212
olsen@mfoilaw.com

James McManis
Colleen Duffy Smith
Marwa Elzankaly
McManis Faulkner & Morgan
50 West San Fernando Street, 10th Floor
San Jose, CA 95113
Telephone:     (408) 279-8700
Facsimile:     (408) 279-3244
jmcmanis@mfmlaw.com
melzankaly@mfmlaw.com

Gil D. Messina
Messina Law Firm, PC
961 Holmdel Road
Holmdel, NJ  07733
Telephone:     (732) 332-9300
Facsimile:     (732) 332-9301
gmessina@messinalawfirm.com

Greg A. Lewen
James Fox Miller
Miller, Schwartz & Miller, P.A.
2435 Hollywood Boulevard
Hollywood, FL 33020
Telephone:     (954) 924-0300
Facsimile:     (954) 924-0311
glewen@msmlawyers.com
jmiller@msmlawyers.com

Michael S. Montgomery
Montgomery Goff & Bullis, P.C.
4802 Amber Valley Parkway
P.O. Box 9199
Fargo, ND 58106-9199
Telephone:     (701) 281-8001
Facsimile:     (701) 281-8007
mike@bullislaw.com

NOTICE OF MOTION AND MOTION OF INDIRECT-PURCHASER PLAINTIFFS
FOR CLASS CERTIFICATION— CASE NO.: M: 07-CV-1827-SI

Krishna B. Narine
Law Offices of Krishna B. Narine
7893 Montgomery Avenue, Suite 300
Elkins Park, PA 19027
Telephone:      (215) 782-3240
Facsimile:      (215) 782-3241
knarine@kbnlaw.com

Lawrence D. Nwajei
Law Offices of Lawrence D. Nwajei
5850 Canoga Avenue, Suite 400
Woodland Hills, CA  91367
Telephone:      (818) 710-2775
Facsimile:      (818) 914-4851
ldnwajei@aol.com

William H. Parish
Parish & Small
1919 Grand Canal Boulevard, Suite A-5
Stockton, CA  95207-8114
Telephone:      (209) 952-1992
Facsimile:      (209) 952-0250
whparish@parishsmall.com

Jeffery Kenneth Perkins
Law Offices of Jeffery K. Perkins
1275 Columbus Avenue, Suite 208
San Francisco, CA  94133
Telephone:      (415) 474-3833
jefferykperkins@aol.com

Michael L. Roberts
Richard Quintus
Roberts Law Firm, PA
20 Rahling Circle
P.O. Box 241790
Little Rock, AR 72223
Telephone:      (501) 821-5575
Facsimile:      (501) 821-4474
robertslawfirm@aristotle.net

Gilmur R. Murray
Derek G. Howard
Murray & Howard, LLP
436 14th Street, Suite 1413
Oakland, CA  94612
Telephone:      (510) 444-2660
Facsimile:      (510) 444-2522
gmurray@murrayhowardlaw.com
dhoward@murrayhowardlaw.com

Andrew C. Skinner
Nichols & Skinner, LC
115 East Washington Street
P.O. Box 487
Charles Town, WV  25414-0487
Telephone:      (304) 725-7029
Facsimile:      (304) 725-4082
ac@nicholsandskinner.com

Lawrence G. Papale
Law Offices of Lawrence G. Papale
1308 Main Street, Suite 117
St. Helena, CA  94574
Telephone:      (707) 963-1704
Facsimile:      (707) 963-0706
lgpapale@papalelaw.com

Joseph M. Patane
Law Office of Joseph M. Patane
2280 Union Street
San Francisco, CA  94123
Telephone:      (415) 563-7200
Facsimile:      (415) 346-0679
jpatane@tatp.com

Garrett D. Blanchfield, Jr.
Reinhardt Wendorf & Blanchfield
E-1250 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101
Telephone:      (651) 287-2100
Facsimile:      (651) 287-2103
g.blanchfield@rwblawfirm.com

13

Cory M. Jones
Royal Jones Miles Dunkley & Wilson
2920 North Green Valley Parkway, Suite 424
Henderson, NV 89014
Telephone:     (702) 471-6777
Facsimile:     (702) 531-6777
cjones@royaljoneslaw.com

Dianne M. Nast
Rodanast, PC
801 Estelle Drive
Lancaster, PA 17601
Telephone:     (717) 892-3000
Facsimile:     (717) 892-1200
dnast@rodanast.com

Robert C. Schubert
Kimberly A. Kralowec
Schubert Jonckheer Kolbe & Kralowec LL
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone:     (415) 788-4220
Facsimile:     (415) 788-0161
rschubert@schubertlawfirm.com
kkralowec@schubertlawfirmcom

Alexander M. Schack
Law Offices of Alexander M. Schack
11440 West Bernardo Court, Suite 300
San Diego, CA 92127
Telephone:     (858) 485-6535
Facsimile:     (858) 485-0608
amslawoffice@aol.com

Christopher A. Seeger
TerriAnne Benedetto
Seeger Weiss, LLP
One William Street
New York, NY 10004
Telephone:     (212) 584-0700
Facsimile:     (212) 584-0799
cseeger@seegerweiss.com
tbenedetto@seegerweiss.com

Jonathan Shub
Seeger Weiss, LLP
1515 Market Street, Suite 1380
Philadelphia, PA 19102
Telephone:     (215) 564-2300
Facsimile:     (215) 851-8029
jshub@seegerweiss.com

Isaac L. Diel
Sharp McQueen
6900 College Boulevard, Suite 285
Overland Park, KS 66211
Telephone:     (913) 661-9931
Facsimile:     (913) 661-9935
dslawkc@aol.com

Steven J. Serratore
Scott Ames
Serratore Ames LLP
9595 Wilshire Boulevard, Suite 201
Beverly Hills, CA 90212
Telephone:     (310) 205-2460
Facsimile:     (310) 205-2464
steve@serratoreames.com

Douglas P. Dehler
Shepherd Finkelman Miller & Shah, LLC
111 East Wisconsin Avenue, Suite 1750
Milwaukee, WI 53202
Telephone:     (415) 226-9900
Facsimile:     (415) 226-9905
ddehler@classactioncounsel.com

Glenn J. Shaull
The Highland Building
2201 Arlington Avenue, South
Birmingham, AL 35205
Telephone:     (205) 933-8501
Facsimile:     (205) 933-8560
gjslaw@bellsouth.net

14

NOTICE OF MOTION AND MOTION OF INDIRECT-PURCHASER PLAINTIFFS
FOR CLASS CERTIFICATION— CASE NO.: M: 07-CV-1827-SI

Jordan M. Lewis
Siegel Brill Greupner Duffy & Foster, P.A.
1300 Washington Square
100 Washington Avenue South
Minneapolis, MN 55401
Telephone:     (612) 337-6100
Facsimile:     (612) 339-6591
jordanlewis@sbgdf.com

Natalie Finkelman Bennett
Nathan Zipperian
Shepherd Finkelman Miller & Shah, LLC
35 East State Street
Media, PA  19063
Telephone:     (610) 891-9880
Facsimile:     (610) 891-9883

Bruce Spiva
Kathleen Hartnett
Spiva & Hartnett, LLP
1776 Massachusetts Avenue, NW, Suite 600
Washington, D.C.  20036
Telephone:     (202) 785-0601
Facsimile:     (202) 785-0697
bspiva@spivahartnett.com
khartnett@spivahartnett.com

W.H. Bundy, Jr.
Smith Bundy Bybee & Barnett, P.C.
Building F, Suite 100
1037 Chuck Dawley Boulevard
Mount Pleasant, SC 29464
Telephone:     (843) 881-1623
Facsimile:     (843) 881-4406
whbesq@s3blaw.com

G. Mark Albright
Albright Stoddard Warnick & Albright
Quail Park I, Building D-4
801 South Rancho Drive
Las Vegas, NV 89106-3854
Telephone:     (702) 384-7111
Facsimile:     (702) 384-0605
gma@albrightstoddard.com

Jared Stamell
Stamell & Schager, LLP
One Liberty Plaza, 35th Floor
New, NY  10006
Telephone:     (212) 566-4047

Mark J. Schirmer
Straus & Boies, LLP
1661 International Place Drive, Suite 400
Memphis, TN 38120
Telephone:     (901) 818-3146
Facsimile:     (901) 818-3147
mschirmer@straus-boies.com

David Boies, III
Timothy D. Battin
Ian Otto
Nate Cihlar
Straus & Boies, LLP
4041 University Drive, 5th Floor
Fairfax, VA 22030
Telephone:     (703) 764-8700
Facsimile:     (703) 764-8704
dboies@straus-boies.com
tbattin@straus-boies.com
iotto@straus-boies.com

NOTICE OF MOTION AND MOTION OF INDIRECT-PURCHASER PLAINTIFFS
FOR CLASS CERTIFICATION— CASE NO.: M: 07-CV-1827-SI

Kenneth G. Walsh
Straus & Boies, LLP
Two Depot Plaza
Bedford Hills, NY  10507
Telephone:      (914) 244-3200
Facsimile:      (914) 244-3260
kwalsh@straus-boies.com

Lori E. Andrus
Jennie Lee Anderson
Andrus Anderson LLP
155 Montgomery Street, 9th Floor
San Francisco, CA 94104
Telephone:      (415) 986-1400
Facsimile:      (415) 986-1474
lori@andrusanderson.com
jennie@andrusanderson.com

J. Preston Strom, Jr.
Mario A. Pacella
Strom Law Firm, LLC
2110 Beltline Boulevard, Suite A
Columbia, SC 29204
Telephone:      (803) 252-4800
Facsimile:      (803) 252-4801
petestrom@stromlaw.com
mpacella@stromlaw.com

Shawn A. Taylor
Taylor Law Firm, PLLC
120 Capitol Street
P.O. Box 2132
Charleston, WV 25328
Telephone:      (304) 345-5959
Facsimile:      (304) 345-0270
judge@shawtaylor.com

Reginald Terrell
The Terrell Law Group
223 25th Street
Richmond, CA  94804
Telephone:      (510) 237-9700
Facsimile:      (510) 237-4616
reggiet2@aol.com

Jason J. Thompson
J. Thompson & Associates PLC
26000 West 12 Mile Road
Southfield, MI 48034
Telephone:      (248) 436-8448
Facsimile:      (248) 436-8453
jthompson@jta-law.com

LeRoy D. Percy
Grady F. Tollison, Jr.
Tollison Law Firm, P.A.
100 Courthouse Square
P.O. Box 1216
Oxford, MS 38655
Telephone:      (662) 234-7070
Facsimile:      (662) 234-7095
gray@tollisonlaw.com
roy@tollisonlaw.com

Thomas E. Towe
Towe Ball Enright Mackey & Sommerfeld
P.O. Box 30457
Billings, MT 59107
Telephone:      (406) 248-7337
Facsimile:      (406) 248-2647
towe@tbems.com

16

Mario N. Alioto
Lauren C. Russell
Trump Alioto Trump & Prescott, LLP
2280 Union Street
San Francisco, CA  94123
Telephone:       (415) 563-7200
Facsimile:       (415) 346-0679
malioto@tatp.com
laurenrussell@tatp.com

Kenneth Leo Valinoti
Valinoti & Dito LLP
180 Montgomery Street, Suite 940
San Francisco, CA 94104-4223
Telephone:       (415) 986-1338
Facsimile:       (415) 986-1231
kvalinoti@valinoti-dito.com

S. Thomas Wienner
Wienner & Gould, P.C.
950 West University Drive, Suite 350
Rochester, MI 48307
Telephone:       (248) 841-9400
Facsimile:       (248) 652-2729
twienner@wiennergould.com

George O. West, III
Law Offices of George O. West, III
6787 West Tropicana Avenue, Suite 263
Las Vegas, NV 89103
Telephone:       (702) 248-1076
Facsimile:       (702) 953-2286
gowesq@cox.net

Kenneth A. Wexler
Wexler Toriseva Wallace, LLP
55 West Monroe Street, Suite 3300
Chicago, IL  60603
(312) 346-2222
(312) 346-0022
kaw@wtwlaw.com

Joe R. Whatley, Jr.
Whatley Drake & Kallas
1540 Broadway, 37th Floor
New York, NY 10036
Telephone:       (212) 447-7070
Facsimile:       (212) 447-7077
jwhatley@whatleydrake.com

Lingel H. Winters, Esq.
Law Offices of Lingel H. Winters, APC
The Alcoa Building, Suite 400
One Maritime Plaza
San Francisco, CA 94111
Telephone:       (415) 398-2941
Facsimile:       (415) 393-9887
sawmill2@aol.com

Marc Aaron Wites
Wites & Kapetan
4400 North Federal Highway
Lighthouse Point, FL 33064
Telephone:       (954) 570-8989
Facsimile:       (954) 354-0205
mwites@wklawyers.com

James F. Wyatt, III
Wyatt & Blake, LLP
435 East Morehead Street
Charlotte, NC  28202-2609
Telephone:       (704) 331-0767
Facsimile:       (704) 331-0773
jwyatt@wyattlaw.net

Patrick D. Allen
Michael S. Jahner
Yenson, Lynn, Allen & Wosick, P.C.
4908 Alameda Boulevard NE
Albuquerque, NM 87113-1736
Telephone:       (505) 266-3995
Facsimile:       (505) 268-6694
pallen@ylawfirm.com
mjahner@ylawfirm.com

1   Timothy J. Becker                    Micha Star Liberty
    Brian C. Gudmundson                  Liberty Law Office
2   Zimmerman Reed                       1438 Market Street
3   651 Nicollet Mall, Suite 501         San Francisco, CA  94102
    Minneapolis, MN 55402                Telephone:   (415) 896-1000
4   Telephone:    (612) 341-0400         Facsimile:      (415) 896-2249
    tjb@zimmreed.com                     micha@libertylaw.com
5   bcg@zimmreed.com

6

7

8
    3217413v3
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF MOTION AND MOTION OF INDIRECT-PURCHASER PLAINTIFFS
FOR CLASS CERTIFICATION— CASE NO.: M: 07-CV-1827-SI