```
1  Christopher A. Nedeau (SBN 81297)
   cnedeau@nossaman.com
2  Carl L. Blumenstein (SBN 124158)
   cblumenstein@nossaman.com
3  Nossaman LLP
   50 California Street, 34th Floor
4  San Francisco, CA 94111
   Telephone: 415.398.3600
5  Facsimile: 415.398.2438

6  Attorneys for Defendants
   AU OPTRONICS CORPORATION and
7  AU OPTRONICS CORPORATION AMERICA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTI-TRUST LITIGATION | Master File No.: C07-1827 SI<br>MDL No.: 1827<br>CLASS ACTION<br>SUBSTITUTION OF COUNSEL |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendants AU OPTRONICS CORPORATION and AU OPTRONICS CORPORATION AMERICA substitute Nossaman LLP, 50 California Street, 34th Floor, San Francisco, California 94111 in place of Sedgwick, Detert, Moran & Arnold LLP as their

counsel in this action.

**We consent to this substitution.**

DATED: February 13, 2009        DEFENDANT AU OPTRONICS CORPORATION

By _____

DATED: February 13, 2009        DEFENDANT AU OPTRONICS CORPORATION AMERICA

By _____

DATED: February 6/1/09, 2009        SEDGWICK, DETERT, MORAN & ARNOLD LLP

By _____

**We accept this substitution.**

DATED: February 1, 2009        NOSSAMAN LLP

By _____

IT IS SO ORDERED
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SF_IMAN_233735_1                    -2-
SUBSTITUTION OF COUNSEL