Wayne A. Cross (*pro hac vice*)
John H. Chung (*pro hac vice*)
Kristen J. McAhren (*pro hac vice*)
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY  10036
Telephone:   (212) 819-8200
Facsimile:    (212) 354-8113

*Attorneys for Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc. and Toshiba America Information Systems, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. M 07-1827 SI<br>MDL No. 1827 |
| This Document Relates to:<br>ALL INDIRECT PURCHASER CASES | **PROPOSED ORDER SEALING DOCUMENTS**<br><br>Judge:     Hon. Susan Illston |

Having considered the parties' submissions regarding whether certain documents plaintiffs lodged with the Court should be filed under seal, and good cause appearing:

IT IS HEREBY ORDERED that the following portions of documents currently lodged with the Court pursuant to Civil Local Rule 79-5(d) shall be filed under seal:

1. Exhibit G of the Declaration of Judith A. Zahid in Support of Indirect-Purchaser Plaintiffs' Motion for Class Certification (*see* Dkt. No. 1023);

2. Footnotes 19, 27, 31, 93, 167, 180, 184, 185, 186, 189, 245, and 249 of the Declaration of Janet S. Netz, Ph.D.; and

3. That the currently-redacted references to such exhibit in the Indirect Purchaser Plaintiffs' Motion for Class Certification shall remain redacted.

IT IS FURTHER ORDERED that, to maintain the effect of the seal under Civil Local rule 79-5(f), the parties, their counsel and their declarants shall not publicly disseminate or discuss any of the sealed documents or their contents absent further order of the Court.

Dated: _____       _____
                                     Susan Illston
                                     United States District Judge