FOLGER LEVIN & KAHN LLP
Gregory D. Call (CSB No. 120483, gcall@flk.com)
Beatrice B. Nguyen (CSB No. 172961, bnguyen@flk.com)
Suzanne E. Rode (CSB No. 253830, srode@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Third-Party Hewlett-Packard Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. M:07-1827 SI<br>MDL No. 1827 |
| This Document Relates to:<br>DIRECT PURCHASER ACTIONS | [PROPOSED]<br>**ORDER SEALING DOCUMENT UNDER LOCAL RULE 79-5**<br><br>The Honorable Susan Illston |

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

[PROPOSED]
ORDER SEALING DOCUMENT
UNDER LOCAL RULE 79-5

1  Having considered the Declaration of Jun B. Kim (Docket #1007) and the agreement
2  among Direct Purchaser Plaintiffs, Defendant Chi Mei Optoeletronics USA, Inc., and Third-Party
3  Hewlett-Packard Company that Exhibit 63, which Direct Purchaser Plaintiffs lodged with the
4  Court in support of their Motion for Class Certification (*see* Docket ## 939 and 944), should be
5  filed under seal, and good cause appearing:

6  IT IS HEREBY ORDERED that Exhibit 63, currently lodged with the Court pursuant to
7  Civil Local Rules 79-5(d), shall be maintained under seal.

8  IT IS FURTHER ORDERED that, to maintain the effect of the seal under Civil Local
9  Rule 79-5(f), the parties, their counsel and their declarants shall not publicly disseminate or
10 discuss the sealed document or its contents absent further order of the Court.

Dated: _____

_____
The Honorable Susan Illston
United States District Judge

44030\6007\658835.1