```
 1  Michael R. Lazerwitz (PRO HAC VICE)
    Jeremy J. Calsyn (State Bar No. 205062)
 2  Lee F. Berger (State Bar No. 222756)
    CLEARY GOTTLIEB STEEN & HAMILTON LLP
 3  2000 Pennsylvania Ave., NW
    Washington, DC 20006
 4  (202) 974-1500 (Phone)
    (202) 974-1999 (Facsimile)
 5  mlazerwitz@cgsh.com

 6  Attorneys for Defendants
    LG DISPLAY AMERICA, INC.
 7  AND LG DISPLAY CO., LTD
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | NO. M:07-1827 SI, FS<br>MDL No. 1827 |
|---|---|
| This Document Relates To:<br><br>All Indirect Purchaser Actions | **[PROPOSED] ORDER SEALING DOCUMENTS** |

1  Having considered the parties' submissions regarding whether certain documents
2  plaintiffs lodged with the Court should be filed under seal, and good cause appearing:
3  IT IS HEREBY ORDERED that the following documents or portions of
4  documents currently lodged with the Court pursuant to Civil Local Rule 79-5(d) shall be filed
5  under seal:
6  1.  Exhibits 3, 5, 107, 125, 126, and J to the Declaration of Judith A. Zahid in
7  Support of Indirect Purchaser Plaintiffs' Motion for Class Certification; and
8  2.  The Declaration of Janet S. Netz Ph.D., in Support of Indirect Purchaser
9  Plaintiffs' Motion for Class Certification, insofar as it cites or relies upon Exhibit J or the
10 documents labeled GRNE-B-0133233, GRNE-B-0132293, GRNE-B-0395050-395069, GRNE-
11 N-0044418-20, GRNE-N-0059470-71, GRNE-B-0346698, GRNE-B-0140640, GRNE-0334787,
12 GRNE-0327406, and GRNE-P-002240-65.
13 IT IS FURTHER ORDERED that, to maintain the effect of the seal under Civil
14 Local Rule 79-5(f), the parties, their counsel and their declarants shall not publicly disseminate or
15 discuss any of the sealed documents or their contents absent further order of the Court.

17 Dated:_____   _____
                                    Susan Illston
18                                  United States District Judge

[PROPOSED] ORDER SEALING DOCUMENTS, Case No. M: 07-1827 SI, MDL No. 1827