Steven F. Cherry (*pro hac vice*)
Gordon Pearson (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006-3642
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Steven.Cherry@wilmerhale.com
Gordon.Pearson@wilmerhale.com

*Attorneys for Defendant Chi Mei Corporation, Chi Mei Optoelectronics Corp., CMO Japan Co., Ltd., and Chi Mei Optoelectronics USA Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates To:<br>INDIRECT PURCHASER ACTIONS | No. M: 07-1827 SI<br>MDL No. 1827<br><br>**[PROPOSED] ORDER SEALING DOCUMENTS UNDER LOCAL RULE 79-5** |

1  Having considered the parties' submissions regarding whether certain documents plaintiffs lodged with the Court (*see* Dkts. 1035-1039) should be filed under seal, and good cause appearing:

**IT IS HEREBY ORDERED** that **Exhibit 4** and **Page 55** of **Exhibit F** to the Declaration of Judith Zahid, currently lodged with the Court pursuant to Civil Local Rule 79-5(d), shall be filed under seal.

**IT IS FURTHER ORDERED** that the following sections of the Declaration of Janet S. Netz, Ph.D. be redacted in their entirety: **Footnotes 22, 24, 31, 87, 146** and **167.**

**IT IS FURTHER ORDERED** that, to maintain the effect of the seal under Civil Local Rule 79-5(f), the parties, their counsel and their declarants shall not publicly disseminate or discuss any of the sealed documents or their contents absent further order of the Court.

Dated:_____     _____
                                   Honorable Susan Illston
                                   United States District Judge

CASE NO. 07-1827 SI
[PROPOSED] ORDER SEALING DOCUMENTS UNDER LOCAL RULE 79-5