| | |
|---|---|
| 1 | HUGH F. BANGASSER, (*PRO HAC VICE*) |
| | RAMONA M. EMERSON, (*PRO HAC VICE*) |
| 2 | CHRISTOPHER M. WYANT, (*PRO HAC VICE*) |
| | K&L GATES LLP |
| 3 | 925 Fourth Avenue, Suite 2900 |
| | Seattle, WA  98104-1158 |
| 4 | Phone: (206) 623-7580 |
| | Fax:     (206) 623-7022 |
| 5 | |
| 6 | JEFFREY L. BORNSTEIN, State Bar No. #99358 |
| | K&L Gates LLP |
| 7 | Four Embarcadero Center, Suite 1200 |
| | San Francisco, CA 94111 |
| 8 | Phone: (415) 249-1059 |
| | Fax:     (415) 882-8220 |
| 9 | |
| 10 | Attorneys for Defendants |
| | HANNSTAR DISPLAY CORPORATION |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. M: 07-1827 SI |
| | MDL No. 1827 |
| | **PROPOSED ORDER SEALING DOCUMENTS** |
| This Document Relates To: | Judge:   Honorable Susan Y. Illston |
| ALL INDIRECT PURCHASER CASES | |

Having considered the parties' submissions regarding whether certain documents plaintiffs lodged with the Court should be filed under seal, and good cause appearing:

IT IS HEREBY ORDERED that the following portions of documents currently lodged with the Court pursuant to Civil Local Rule 79-5(d) shall be filed under seal:

CASE NO. 07-1827; MDL NO. 1827
ORDER SEALING DOCUMENTS - 1

1. Exhibit E of the Declaration of Judith A. Zahid in Support of Indirect-Purchaser Plaintiffs' Motion for Class Certification (*see* Dkt. No. 1023);

2. Footnotes 167, 186 and 189, and 246 of the Declaration of Janet S. Netz, Ph.D.; and

3. That the currently-redacted references to such exhibit in the Indirect Purchaser Plaintiffs' Motion for Class Certification shall remain redacted.

IT IS FURTHER ORDERED that, to maintain the effect of the seal under Civil Local Rule 79-5(f), the parties, their counsel and their declarants shall not publicly disseminate or discuss any of the sealed documents or their contents absent further order of the Court.

Dated:_____            _____
                                 Susan Illston
                                 United States District Judge

CASE NO. 07-1827; MDL NO. 1827
ORDER SEALING DOCUMENTS - 2