| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | JOHN M. GRENFELL (CA Bar No. 88500) |
| 2 | john.grenfell@pillsburylaw.com |
| | JACOB R. SORENSEN. (CA Bar No. 209134) |
| 3 | jake.sorensen@pillsburylaw.com |
| | FUSAE NARA (*pro hac vice*) |
| 4 | fusae.nara@pillsburylaw.com |
| | RYAN K. TAKEMOTO (CA Bar No. 221169) |
| 5 | ryan.takemoto@pillsburylaw.com |
| | 50 Fremont Street |
| 6 | San Francisco, CA  94105 |
| | Telephone: (415) 983-1000 |
| 7 | Facsimile: (415) 983-1200 |
| | |
| 8 | Attorneys for Defendants |
| | SHARP CORPORATION and |
| 9 | SHARP ELECTRONICS CORPORATION |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE:  TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. M:07-1827 SI<br>MDL No. 1827 |
| This Document Relates To:<br><br>ALL INDIRECT PURCHASER ACTIONS | **PROPOSED ORDER SEALING DOCUMENTS [DKTS. 1034, 1035, 1036, 1037, 1038, 1039]** |

1  Having considered the parties' submissions regarding whether certain documents
2  plaintiffs lodged with the Court (*see* Dkts. 1034, 1035, 1036, 1037, 1038, 1039) should be
3  filed under seal, and good cause appearing:

4  IT IS HEREBY ORDERED that the following portions of documents currently
5  lodged with the Court pursuant to Civil Local Rule 79-5(d) shall be filed under seal:

6  1.  Exhibit 93, page 3 (Bates number SECm00206546), last paragraph, second
7  sentence of the Declaration of Judith A. Zahid in Support of Indirect-Purchaser Plaintiffs'
8  Motion for Class Certification (*see* Dkts. 1036, 1037, 1038 and 1039);

9  2.  Exhibit 108, pages 5 and 6 (Bates numbers SECm00950066 and
10 SECm00950067) of the Declaration of Judith A. Zahid in Support of Indirect-Purchaser
11 Plaintiffs' Motion for Class Certification (*see* Dkts. 1036, 1037, 1038 and 1039);

12 3.  Footnotes 357, 362, 386, 400, 415, 441, 447, 463, 470, 493, 502, 509, 521,
13 527 of the Declaration of Janet S. Netz, Ph.D. in Support of Indirect-Purchaser Plaintiffs'
14 Motion for Class Certification (*see* Dkt. 1035);

15 4.  References to the first and third documents under the heading "Sharp" in
16 footnote 167 of the Declaration of Janet S. Netz, Ph.D. in Support of Indirect-Purchaser
17 Plaintiffs' Motion for Class Certification (*see* Dkt. 1035);

18 5.  The first sentence in footnote 39 of the Declaration of Janet S. Netz, Ph.D. in
19 Support of Indirect-Purchaser Plaintiffs' Motion for Class Certification (*see* Dkt. 1035); and

20 6.  Any reference to such information or portions of documents in the
21 Memorandum of Points and Authorities in Support of Indirect-Purchaser Plaintiffs' Motion
22 for Class Certification (*see* Dkt. 1034).

23
24
25
26
27
28

1    IT IS FURTHER ORDERED that, to maintain the effect of the seal under Civil

2    Local Rule 79-5(f), the parties, their counsel and their declarants shall not publicly

3    disseminate or discuss any of the sealed portions of documents or information contained

4    therein absent further order of the Court.

5

6    Dated:_____       _____
                                              Susan Illston
7                                             United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28