KENT M. ROGER, State Bar No. 95987
HERMAN J. HOYING, State Bar No. 257495
COURTNEY L. LANDIS, State Bar No. 238503
MICHELLE M. KIM, State Bar No. 252901
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax: 415.442.1001
E-mail: kroger@morganlewis.com
         hhoying@morganlewis.com
         clandis@morganlewis.com
         michelle.kim@morganlewis.com

Attorneys for Defendants
HITACHI, LTD., HITACHI DISPLAYS, LTD., and
HITACHI ELECTRONIC DEVICES (USA), INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. M: 07-1827 SI<br>MDL No. 1827 |
| This Document Relates To:<br><br>ALL INDIRECT PURCHASER ACTIONS | **[PROPOSED] ORDER SEALING DOCUMENTS**<br><br>[Civil L.R. 79-5(d)] |

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

DB2/21148327.2                             CASE NO. M: 07-1827 SI; MDL NO. 1827
[PROPOSED] ORDER SEALING DOCUMENTS

        Having considered the parties' submissions regarding whether certain documents plaintiffs lodged with the Court should be filed under seal, and good cause appearing:

        IT IS HEREBY ORDERED that the following documents and portions of documents currently lodged with the Court pursuant to Civil Local Rule 79-5(d) shall be maintained under seal:

    1.    Exhibits I, 89, 90, and 91 to the Declaration of Judith A. Zahid in Support of Indirect Purchaser Plaintiffs' Motion for Class Certification in their entirety; and

    2.    All references to documents designated "Highly Confidential" under the Protective Order by Hitachi, Ltd., Hitachi Displays, Ltd., or Hitachi Electronic Devices (USA), Inc., including but not limited to Exhibits I, 89, 90, and 91, contained in Indirect Purchaser Plaintiffs' Notice of Motion and Motion for Class Certification or in the Declaration of Janet S. Netz, Ph.D., in Support of Indirect Purchaser Plaintiffs' Motion for Class Certification.

        IT IS FURTHER ORDERED that, to maintain the effect of the seal under Civil Local Rule 79-5(f), the parties, their counsel and their declarants shall not publicly disseminate or discuss any of the sealed documents or their contents absent further order of the Court.

Dated:_____

                                            Susan Illston
                                            United States District Judge