Bruce L. Simon (State Bar No. 96241)
PEARSON, SIMON, WARSHAW & PENNY, LLP
44 Montgomery Street, Suite 1430
San Francisco, CA  94104
Telephone:    (415) 433-9000
Facsimile:    (415) 433-9008

Richard M. Heimann (State Bar No. 63607)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:    (415) 956-1000
Facsimile:    (415) 956-1008

*Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs*

James L. McGinnis (State Bar No. 95788)
SHEPPARD MULLIN RICHTER & HAMPTON LLP
James McGinnis (State Bar No. 95788)
4 Embarcadero Center, 17th Floor
San Francisco, CA  94111
Telephone:    (415) 434-9100
Facsimile:    (415) 434-3947

*Defendants' Interim Liaison Counsel*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. M07-1827 SI |
| | MDL No. 1827 |
| This Document Relates to: | **JOINT STIPULATION AND [PROPOSED] ORDER RE PAGE LIMITS AND REVISED BRIEFING SCHEDULE AND HEARING DATE FOR DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| ALL DIRECT PURCHASER ACTIONS | |

The parties in this proceeding hereby submit this Joint Stipulation and [Proposed] Order Re Page Limits and Revised Briefing Schedule and Hearing Date for Direct Purchaser Plaintiffs' Motion for Class Certification.

| | |
|---|---|
| July 1, 2009 | Last day for defendants to file opposition and expert report(s) in response to direct purchaser plaintiffs' motion for class certification.  Defendants' shall serve an unredacted copy of the papers by hand and electronic mail on Interim Co-Lead plaintiffs' counsel on the date of filing.  Defendants will also provide as much back-up data for any expert report as is feasible on this date.  Such back-up data means that data otherwise required to be produced within three business days of the service of defendants' expert report by the October 10, 2008 Stipulation and Order Regarding Procedures Governing Expert Discovery. |
| July 3, 2009 | Last day for defendants to provide back-up data for expert report. |
| August 12, 2009 | Last day for direct purchaser plaintiffs to file reply in support of motion for class certification and rebuttal report. |
| August 27, 2009 at 4:00 p.m. | Hearing on direct purchaser plaintiffs' motion for class certification and case management conference.  The parties shall file a case management statement 7 days before the hearing. |

The August 13, 2009 hearing and Case Management Conference are rescheduled to August 27, 2009, as set forth above.

Plaintiffs will not object to the defendants' filing of a joint opposition brief not to exceed 60 pages in length and one separate individual opposition brief not to exceed 15 pages in length..

Defendants will not object to plaintiffs' filing of a reply brief to defendants' joint opposition brief not to exceed 50 pages in length and a reply brief to the individual opposition brief not to exceed 10 pages in length.

Respectfully submitted,

Dated: June 18, 2009          PEARSON, SIMON, WARSHAW & PENNY, LLP


By: /s/ Bruce L. Simon   /by Esther Klisura
                    Bruce L. Simon

Bruce L. Simon (State Bar No. 96241)
44 Montgomery Street, Suite 1430
San Francisco, CA  94104
Telephone:     (415) 433-9000
Facsimile:     (415) 433-9008

Dated: June 18, 2009          LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP


By: /s/ Richard M. Heimann   /by Eric B. Fastiff
                    Richard M. Heimann

Richard M. Heimann (State Bar No. 63607)
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:     (415) 956-1000
Facsimile:     (415) 956-1008

*Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs*

Dated:  June 18, 2009          SHEPPARD MULLIN RICHTER & HAMPTON LLP


By: /s/ James L. McGinnis
                    James L. McGinnis

James L. McGinnis (State Bar No. 95788)
4 Embarcadero Center, 17th Floor
San Francisco, CA  94111
Telephone:     (415) 434-9100
Facsimile:     (415) 434-3947

*Defendants' Interim Liaison Counsel*

**Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from: Bruce L. Simon, Richard M. Heimann and James L. McGinnis.**

- 2 -

1

2            IT IS SO ORDERED.

3

4 Dated:

                              HON. SUSAN ILLSTON

5                               UNITED STATES DISTRICT COURT

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28