NIALL E. LYNCH (State Bar No. 157959)
MICHAEL L. SCOTT (State Bar No. 165452)
HEATHER S. TEWKSBURY (State Bar No. 222202)
DAVID J. WARD (State Bar No. 239504)
ALEXANDRA J. SHEPARD (State Bar No. 205143)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 436-6660

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> BOCK KWON, <br><br> Defendant. | Case No. CR 09-0437 SI <br><br> STIPULATION AND [PROPOSED] ORDER FOR EXPEDITED SENTENCING UNDER L.R. 32-1(b) <br><br> DATE: June 24, 2009 <br> TIME: 4:15 p.m. <br> COURT: Hon. Susan Illston |

On April 27, 2009, the United States filed a one-count information charging Bock Kwon (the "Defendant") with participating in a conspiracy to suppress and eliminate competition by fixing the prices of thin-film transistor liquid crystal display panels sold in the United States and elsewhere, in violation of the Sherman Antitrust Act, 15 U.S.C. §1. Defendant is scheduled for a change of plea and possible sentencing on June 24, 2009. Defendant will waive Indictment and plead guilty under Fed. R. Crim. P. 11 (c) (1) (C)). The United States and Defendant have filed a joint sentencing memorandum describing the material terms of the plea agreement and the agreed upon sentencing recommendation.

///
///

1  IT IS HEREBY STIPULATED AND AGREED as follows:

2      The United States and Defendant request that the Court sentence Defendant on an
3  expedited basis pursuant to Crim. L.R. 32-1(b), on June 24, 2009. The United States and
4  Defendant respectfully submit that the Joint Sentencing Memorandum and the Plea Agreement
5  provide sufficient information for the Court to impose a sentence on June 24, 2009, the same date
6  as the change of plea hearing, without a presentence report.

7  Dated: June 18, 2009

8  Respectfully submitted,

BY: /s/ James M. Becker
Counsel for Defendant
James M. Becker
Buchanan Ingersoll & Rooney PC
Two Liberty Place
50 S. 16th St., Suite 3200
Philadelphia, PA 19102
Tel: (215) 665-5366
Fax: (215) 665-8760

BY: /s/ Michael L. Scott
Niall E. Lynch, CA No. 157959
Michael L. Scott, CA No. 165452
Heather S. Tewksbury, CA No. 222202
Alexandra J. Shepard, CA no. 205143
David Ward, CA No. 239504
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Tel: (415) 436-6660
Fax: (415) 436-6687

Based on the stipulation of the parties, and for good cause shown,

IT IS SO ORDERED:

_/s/ Susan Illston_

Susan Illston
United States District Judge

2