Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Judith A. Zahid (215418)
Patrick B. Clayton (240191)
Qianwei Fu (242669)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:   (415) 693-0700
Facsimile:    (415) 693-0770
fscarpulla@zelle.com
ccorbitt@zelle.com

Joseph M. Alioto (42680)
Theresa D. Moore (99978)
THE ALIOTO LAW FIRM
555 California Street, 31st Floor
San Francisco, CA 94104
Telephone:   (415) 434-8900
Facsimile:    (415) 434-9200

*Interim Co-Lead Counsel for Indirect-Purchaser Plaintiffs and Class Members*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. M:07-CV-1827 SI<br><br>MDL No. 1827 |
| This Document Relates To:<br><br>All Indirect-Purchaser Actions | **STIPULATION AND [PROPOSED] ORDER TO SUBSTITUTE NEW ARIZONA CLASS REPRESENTATIVE** |

WHEREAS, on December 5, 2008, Indirect-Purchaser Plaintiffs ("Plaintiffs") filed the Second Consolidated Amended Complaint, naming Timothy Lauricella as an Arizona representative plaintiff in this class action lawsuit;

WHEREAS, on June 2, 2009, Plaintiffs filed a motion seeking to substitute a new Arizona plaintiff, Allan Rotman, for Timothy Lauricella, in anticipation of the class certification motion;

NOW THEREFORE, it is hereby stipulated by the undersigned counsel on behalf of the parties identified below, and subject to the Court's approval, that Arizona class representative plaintiff Timothy Lauricella is substituted by Allan Rotman.

DATED this 2nd day of July, 2009

ZELLE HOFMANN VOELBEL & MASON LLP

___/s/ Francis O. Scarpulla_____
Francis O. Scarpulla (SBN 41059)

*Interim Co-Lead Counsel for Indirect-Purchaser Plaintiffs and Class Members*

DATED this 2nd day of July, 2009

SHEPPARD MULLIN RICHTER & HAMPTON LLP

___/s/ James McGinnis_____
James McGinnis (SBN 95788)
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone:  (415) 774-3294
Facsimile:  (415) 403-6010

*Interim Liaison Counsel for Defendants*

I, Francis O. Scarpulla, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

_____/s/ Francis O. Scarpulla_____
Francis O. Scarpulla

**IT IS SO ORDERED.**

Dated: 7/2_____, 2009

_/s/ Susan Illston_____
The Hon. Susan Illston
United States District Judge
Northern District of California

3217844v2

2
STIPULATION AND [PROPOSED] ORDER TO SUBSTITUTE NEW ARIZONA CLASS REPRESENTATIVE
Case No.  M:07-CV-1827 SI

# CERTIFICATE OF SERVICE

**IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION**
Master File No. C07-1827 SI
MDL No. 1827

I, Robert L. Newman, certify and declare under penalty of perjury that I: am a citizen of the United States; am over the age of 18 years; am employed by Zelle Hofmann Voelbel & Mason LLP, at the address indicated, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to or interested in the cause entitled upon the document to which this Proof of Service is affixed; and that I served a true and correct copy of the following document(s) in the manner indicated below:

**STIPULATION AND [PROPOSED] ORDER TO SUBSTITUTE NEW ARIZONA CLASS REPRESENTATIVE**

☐ by today depositing, at San Francisco, California, the said document(s) in the United States mail in a sealed envelope, with first-class postage thereon fully prepaid; (and/or)

☐ by facsimile transmission to the parties listed below;

☐ by overnight mail to the parties listed below;

☐ by today personally delivering the said document(s) to the person(s) indicated below in a manner provided by law, by handing them the documents or by leaving the said document(s) at the office(s) or usual place(s) of business, during usual business hours, of the said person(s) with a clerk or other person who was apparently in charge thereof and at least 18 years of age, whom I informed of the contents.

☐ (BY ELECTRONIC MAIL)  I caused such document(s) to be emailed to the offices and/or to attorneys of offices of the below named addressee(s).

☒ **By USDC Live System-Document Filing System:** on all interested parties registered for e-filing.

Dated: July 2, 2009

Signed  _/s/Robert L. Newman_
Robert L. Newman