**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. M 07-1827 SI |
| / | MDL. No. 1827 |
| This Order Relates to: | **ORDER RE: SEALING DOCUMENTS FOR CLASS CERTIFICATION MOTIONS** |
| ALL CASES / | |

Various parties have made requests to seal parts, but generally not all, of various documents filed in connection with the class certification motions. The Court has determined that for the present, the provisions of Local Rule 79-5 are unduly cumbersome. The Court finds that there is good cause to seal much of the material requested, on account of the protective orders in place and the pending parallel grand jury proceedings, and therefore orders that for purposes of the class certification motions only, the following procedures shall be followed:

All documents as to which any sealing request has been made to date will be filed entirely under seal. Any other documents filed in connection with the class certification motions will likewise be filed under seal, if requested. No further motions or declarations concerning sealing are required. All pending sealing motions are dismissed as moot.

At the hearing on these motions, which will take place in open court, the Court will inquire of counsel about which portions of the record may then properly be unsealed.

**Counsel shall take care that an additional copy of every filing, sealed or unsealed, is provided to chambers at the same time as it is filed.**

**IT IS SO ORDERED.**

Dated: July 7, 2009

Susan Illston
_____
SUSAN ILLSTON
United States District Judge