| | |
|---|---|
| Bruce L. Simon (State Bar No. 96241)<br>PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP<br>44 Montgomery Street, Suite 1430<br>San Francisco, CA 94104<br>Telephone: (415) 433-9000<br>Facsimile: (415) 433-9008 | 💬<br>Due to the Judge's unavailability, the hearings have been advanced to occur on August 19, 2009, at 10 a.m. |

Richard M. Heimann (State Bar No. 63607)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs*

James L. McGinnis (State Bar No. 95788)
SHEPPARD MULLIN RICHTER & HAMPTON LLP
James McGinnis (State Bar No. 95788)
4 Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

*Defendants' Interim Liaison Counsel*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>DIRECT PURCHASER ACTIONS. | Master File No. M07-1827 SI<br><br>MDL No. 1827<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE REVISED SCHEDULE FOR REPLY BRIEF IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

WHEREAS, the reply brief to be filed by Direct Purchaser Plaintiffs ("Direct Plaintiffs") in support of their motion for class certification is currently due on August 12, 2009, and the hearing on that motion is currently scheduled for Thursday, August 27, 2009;

WHEREAS, Direct Plaintiffs seek to depose Defendants' class certification expert, Professor Janusz A. Ordover, in San Francisco, California, and Defendants have asked for that deposition to proceed on Monday, August 3, 2009, to accommodate the schedules of Professor Ordover, who resides in Connecticut, and counsel;

WHEREAS, Direct Plaintiffs have agreed to take Professor Ordover's deposition on August 3, 2009, provided that Direct Plaintiffs are allowed an additional five (5) days to submit their reply brief without a change in the hearing date so that Direct Plaintiffs may have sufficient time to include testimony from Professor Ordover's deposition in that brief.

NOW THEREFORE, THE PARTIES STIPULATE AND AGREE that:

1. Direct Plaintiffs will notice and take the deposition of Professor Janusz A. Ordover on Monday, August 3, 2009, in San Francisco, California.

2. Direct Plaintiffs will have to Monday, August 17, 2009, to submit their reply brief in support of their motion for class certification.

3. The schedule with respect to Direct Plaintiffs' motion for class certification shall otherwise remain unchanged.

Respectfully submitted,

Dated: July 22, 2009        PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP

By: /s/ Bruce L. Simon
        Bruce L. Simon

Bruce L. Simon (State Bar No. 96241)
44 Montgomery Street, Suite 1430
San Francisco, CA  94104
Telephone:  (415) 433-9000
Facsimile:  (415) 433-9008

| | | |
|---|---|---|
| 1 | Dated: July 22, 2009 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |

By: /s/ Richard M. Heimann
Richard M. Heimann

Richard M. Heimann (State Bar No. 63607)
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:    (415) 956-1000
Facsimile:    (415) 956-1008

*Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs*

Dated:  July 22, 2009                SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: /s/ James L. McGinnis
James L. McGinnis

James L. McGinnis (State Bar No. 95788)
4 Embarcadero Center, 17th Floor
San Francisco, CA  94111
Telephone:    (415) 434-9100
Facsimile:    (415) 434-3947

*Defendants' Interim Liaison Counsel*

**Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from: Bruce L. Simon, Richard M. Heimann and James L. McGinnis.**

IT IS SO ORDERED.

Dated: _____

HON. SUSAN ILLSTON

UNITED STATES DISTRICT COURT

---

3
JOINT STIPULATION AND [PROPOSED] ORDER RE REVISED SCHEDULE FOR REPLY BRIEF IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND MASTER FILE NO. M07-1827 SI