Michael R. Lazerwitz (PRO HAC VICE)
Jeremy J. Calsyn (State Bar No. 205062)
Lee F. Berger (State Bar No. 222756)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Ave., NW
Washington, DC 20006
(202) 974-1500 (Phone)
(202) 974-1999 (Facsimile)
mlazerwitz@cgsh.com

*Attorneys for Defendants LG Display Co., Ltd. and LG Display America, Inc., Acting on Behalf of All Defendants*

Francis O. Scarpulla (State Bar No. 41059)
ZELLE HOFMANN VOELBEL &
MASON LLP
44 Montgomery St., Ste. 3400
San Francisco, CA 94104
(415) 693-0700 (Phone)
(415) 693-0770 (Facsimile)
fscarpulla@zelle.com

Joseph M. Alioto (State Bar No. 42680)
THE ALIOTO LAW FIRM
555 California St., 31st Fl.
San Francisco, CA 94104
(415) 434-8900 (Phone)
(415) 434-9200 (Facsimile)
sexton@aliotolaw.com

*Interim Co-Lead Counsel for the Indirect Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | CASE NO. M07-1827 SI, FS<br>MDL NO. 1827 |
| This Document Relates To:<br><br>ALL INDIRECT PURCHASER ACTIONS | **JOINT STIPULATION AND [**~~PROPOSED~~**] ORDER REGARDING PAGE LIMITS FOR BRIEFING DEFENDANTS' OPPOSITION TO INDIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>**Honorable Susan Illston** |

The parties respectfully request that the following order be entered to modify the page limitations governing Defendants' response brief in opposition to Indirect Purchaser Plaintiffs' Motion for Class Certification.

WHEREAS, this antitrust litigation is a multi-district litigation proceeding;

WHEREAS, the Local Rules of the United States District Court for the Northern District of California, Civil Local Rules 7-2 and 7-4, would otherwise govern the page limits for Defendants' response brief in opposition to Indirect Purchaser Plaintiffs' Motion for Class Certification;

NOW, THEREFORE, the Undersigned Parties, acting by and through their respective counsel of record, hereby stipulate and agree as follows:

1. The page limit for the Defendants' joint brief in opposition to Indirect Purchaser Plaintiffs' Motion for Class Certification, due August 10, 2009, shall be 65 pages.

2. Indirect Purchaser Plaintiffs, after reading the Defendants Opposition, shall tell the undersigned counsel for the Defendants how many pages Indirect Purchaser Plaintiffs want for their reply. The parties shall then negotiate in good faith page limits for the Indirect Purchaser Plaintiffs' reply.

3. All other Local Rules shall remain in effect with respect to the briefing on the Indirect Purchaser Plaintiffs' Motion for Class Certification.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: August 4, 2009                    ZELLE HOFMANN VOELBEL & MASON LLP


By: ___/s/ Francis O. Scarpulla_____
        Francis O. Scarpulla

Francis O. Scarpulla (State Bar No. 41059)
44 Montgomery St., Ste. 3400
San Francisco, CA 94104
(415) 693-0700 (Phone)
(415) 693-0770 (Facsimile)
*fscarpulla@zelle.com*

Dated: August 4, 2009     THE ALIOTO LAW FIRM

By:   /s/ Joseph M. Alioto
      Joseph M. Alioto

Joseph M. Alioto (State Bar No. 42680)
555 California St., 31st Fl.
San Francisco, CA 94104
(415) 434-8900 (Phone)
(415) 434-9200 (Facsimile)
*sexton@aliotolaw.com*

*Interim Co-Lead Counsel for the Indirect Purchaser Plaintiffs*

Dated: August 4, 2009     CLEARY GOTTLIEB STEEN & HAMILTON LLP

By:   /s/ Michael R. Lazerwitz
      Michael R. Lazerwitz

Michael R. Lazerwitz (PRO HAC VICE)
Jeremy J. Calsyn (State Bar No. 205062)
Lee F. Berger (State Bar No. 222756)
2000 Pennsylvania Ave., NW
Washington, DC 20006
(202) 974-1500 (Phone)
(202) 974-1999 (Facsimile)
*mlazerwitz@cgsh.com*

*Attorneys for Defendants LG Display Co., Ltd. and LG Display America, Inc., Acting on Behalf of All Defendants*

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order No. 45, § X(B), regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: August 4, 2009

By:   /s/ Michael R. Lazerwitz
      Michael R. Lazerwitz

1    IT IS SO ORDERED.

3    Dated: _____August 5,_____, 2009      _____
                                              Hon. Susan Illston
4                                             United States District Judge

