Michael R. Lazerwitz (PRO HAC VICE)
Jeremy J. Calsyn (State Bar No. 205062)
Lee F. Berger (State Bar No. 222756)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Ave., NW
Washington, DC 20006
(202) 974-1500 (Phone)
(202) 974-1999 (Facsimile)
*mlazerwitz@cgsh.com*

*Attorneys for Defendant*
LG DISPLAY AMERICA, INC.

David P. Germaine (*Admitted Pro Hac Vice*)
VANEK, VICKERS & MASIN
111 South Wacker Drive, Suite 4050
Chicago, Illinois 60606
(213) 224-1500 (Phone)
(213) 224-1510
*dgermaine@vaneklaw.com*

*Counsel for Plaintiff*
ATS CLAIM, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. M 07-1827 SI-FS |
| This Document Relates To: Case No.: 09-1115 SI<br><br>ATS Claim, LLC<br><br>Plaintiff,<br><br>vs.<br><br>Epson Electronics America, Inc.; Hitachi Ltd.; Hitachi Displays Ltd.; Hitachi Electronics Devices (USA), Inc.; Sharp Corp.; Sharp Electronics Corp.; Toshiba Corp.; Toshiba Electronic Components, Inc.; Toshiba America Information Systems, Inc.; Toshiba Matsushita Display | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING MODIFICATION OF THE HEARING DATE AND BRIEFING SCHEDULE FOR MOTIONS TO DISMISS ATS CLAIM, LLC'S COMPLAINT**<br><br>Honorable Susan Illston |

1

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING MODIFICATION OF HEARING DATE
AND BRIEFING SCHEDULE FOR MOTIONS TO DISMISS ATS CLAIM, LLC'S COMPLAINT
Case No.: 09-1115 SI Related To Case No.: M 07-1827 SI-FS

|   |
|---|
| Technology Co., Ltd.; LG Display Co., Ltd.; LG Display America, Inc.; Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; Samsung Semiconductor, Inc.; AU Optronics Corp.; AU Optronics Corp. America; Chi Mei Corp.; Chi Mei Optoelectronics Corp.; Chi Mei Optoelectronics USA, Inc.; CMO Japan Co., Ltd.; Nexgen Mediatech, Inc.; Nexgen Mediatech USA, Inc.; Chunghwa Picture Tubes, Ltd.; Tatung Company of America, Inc.; and Hannstar Display Corp., |
| Defendants. |

The undersigned parties respectfully request that the following order be entered to modify the hearing date and the timing of the parties' respective opposition and replies with regard to LG Display America, Inc.'s ("LG Display America") motion to dismiss ATS Claim, LLC's ("ATS") complaint (the "Motion"), which the undersigned defendants joined.

WHEREAS, on July 24, 2009, LG Display America noticed the Motion for August 28, 2009;

WHEREAS, on the same day, Hitachi Electronic Devices (USA), Inc., Sharp Electronics Corporation, Chi Mei Electronics USA, Inc., and Nexgen Mediatech USA, Inc. joined in the Motion;

WHEREAS, Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc. joined in the Motion on July 26, 2009;

WHEREAS, AU Optronics Corporation and AU Optronics Corporation America joined in the Motion on August 3, 2009;

WHEREAS, in a Notice dated July 27, 2009, this Court continued the presentation of the motions until September 25, 2009;

WHEREAS, based on the Court's continuation of the presentation of the motions and the parties' reading of L.R. 7-3, the parties understood that (1) ATS's opposition was due on or

2

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING MODIFICATION OF HEARING DATE AND BRIEFING SCHEDULE FOR MOTIONS TO DISMISS ATS CLAIM, LLC'S COMPLAINT
Case No.: 09-1115 SI Related To Case No.: M 07-1827 SI-FS

before September 4, 2009; and (2) the undersigned defendants' replies were due on or before September 11, 2009;

WHEREAS, the parties have conferred with one another and with the Court's clerk regarding accelerating the presentation of the motions to September 17, 2009 at 10:00 a.m. and modifying the timing of the parties' respective opposition and replies for efficiency and scheduling reasons;

NOW, THEREFORE, the undersigned parties, acting by and through their respective counsel of record, hereby stipulate and agree as follows:

1. The presentation of the motions shall be accelerated to September 17, 2009 at 9:00 AM.

2. ATS's opposition shall be due on or before August 31, 2009.

3. The undersigned defendants' replies shall remain due on or before September 11, 2009.

4. Except as set forth above, all Local Rules shall remain in effect with respect to the briefing on the motions.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: August 10, 2009

By: /s/ Michael R. Lazerwitz
Michael R. Lazerwitz (PRO HAC VICE)
Jeremy J. Calsyn (State Bar No. 205062)
Lee F. Berger (State Bar No. 222756)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Ave., NW
Washington, DC 20006
(202) 974-1500 (Phone)
(202) 974-1999 (Facsimile)
*mlazerwitz@cgsh.com*
*Attorneys for Defendant LG Display America, Inc.*

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING MODIFICATION OF HEARING DATE AND BRIEFING SCHEDULE FOR MOTIONS TO DISMISS ATS CLAIM, LLC'S COMPLAINT
Case No.: 09-1115 SI Related To Case No.: M 07-1827 SI-FS

1
2  By: /s/ Bryan B. Barnhart
3  Bryan B. Barnhart
   Christopher A. Nedeau
   Carl L. Blumenstein
4  Nossaman LLP
   *Attorneys for Defendants*
5  *AU Optronics Corporation and AU Optronics*
   *Corporation America*
6
7  By: /s/ Wayne A. Cross
8  Wayne A. Cross (*pro hac vice*)
   John H. Chung (*pro hac vice*)
9  Kristen J. McAhren (*pro hac vice*)
   WHITE & CASE LLP
10 1155 Avenue of the Americas
   New York, NY 10036
11 Telephone: (212) 819-8200
   Facsimile: (212) 354-8113
12 *Attorneys for Toshiba America Electronic*
13 *Components, Inc. and Toshiba America Information*
   *Systems, Inc.*
14
15 By: /s/ Jacob R. Sorensen
16 Jacob R. Sorensen
   John M. Grenfell
17 Fusae Nara
   Ryan K. Takemoto
18 PILLSBURY WINTHROP SHAW PITTMAN LLP
   50 Fremont Street
19 San Francisco, CA 94105
20 *Attorneys for Defendant Sharp Electronics*
   *Corporation*
21
22
23
24
25
26
27                                       4
28 JOINT STIPULATION AND [PROPOSED] ORDER REGARDING MODIFICATION OF HEARING DATE
   AND BRIEFING SCHEDULE FOR MOTIONS TO DISMISS ATS CLAIM, LLC'S COMPLAINT
   Case No.: 09-1115 SI Related To Case No.: M 07-1827 SI-FS

```
                        By: /s/ Kent M. Roger
                            Kent M. Roger (State Bar No. 95987)
                            MORGAN LEWIS & BOCKIUS LLP
                            One Market, Spear Street Tower
                            San Francisco, CA 94105
                            Tel: (415) 442-1000
                            Fax: (415) 442-1001
                            Attorneys for Defendant Hitachi Electronic Displays
                            (USA), Inc.


                        By: /s/ Steven F. Cherry
                            Steven F. Cherry (pro hac vice)
                            Gordon Pearson (pro hac vice)
                            WILMER CUTLER PICKERING
                                HALE AND DORR LLP
                            1875 Pennsylvania Avenue, NW
                            Washington, DC 20006-3642
                            Telephone: (202) 663-6000
                            Facsimile: (202) 663-6363
                            Steven.Cherry@wilmerhale.com
                            Godon.Pearson@wilmerhale.com
                            Attorneys for Defendant Chi Mei Optoelectronics
                            USA, Inc. and Nexgen Mediatech USA Inc.


                        By: /s/ David P. Germaine
                            David P. Germaine
                            VANEK, VICKERS & MASINI
                            111 South Wacker Drive, Suite 4050
                            Chicago, Illinois 60606
                            (213) 224-1500 (Phone)
                            (213) 224-1510
                            dgermaine@vaneklaw.com

                            Counsel for Plaintiff ATS Claim, LLC

                            Admitted Pro Hac Vice pursuant to Paragraph 9 of
                            Pretrial Order No. 1
                            (Docket No. 180, 07-1827(SI)) (July 3, 2007)
```

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING MODIFICATION OF HEARING DATE AND BRIEFING SCHEDULE FOR MOTIONS TO DISMISS ATS CLAIM, LLC'S COMPLAINT
Case No.: 09-1115 SI Related To Case No.: M 07-1827 SI-FS

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order No. 45, § X(B), regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: August 10, 2009

By:   /s/ Michael R. Lazerwitz
      Michael R. Lazerwitz

IT IS SO ORDERED.

Dated: _____

_____
HONORABLE SUSAN ILLSTON

UNITED STATES DISTRICT JUDGE

6

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING MODIFICATION OF HEARING DATE AND BRIEFING SCHEDULE FOR MOTIONS TO DISMISS ATS CLAIM, LLC'S COMPLAINT
Case No.: 09-1115 SI Related To Case No.: M 07-1827 SI-FS