1  Michael R. Lazerwitz (PRO HAC VICE)
   Jeremy J. Calsyn (State Bar No. 205062)
2  Lee F. Berger (State Bar No. 222756)
   CLEARY GOTTLIEB STEEN & HAMILTON LLP
3  2000 Pennsylvania Ave., NW
   Washington, DC 20006
4  (202) 974-1500 (Phone)
   (202) 974-1999 (Facsimile)
5  *mlazerwitz@cgsh.com*

6  Counsel for Defendants
   LG DISPLAY CO., LTD.
7  LG DISPLAY AMERICA, INC.

8
                    UNITED STATES DISTRICT COURT
9
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                          (SAN FRANCISCO DIVISION)
11

12
   | IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | CASE NO. M: 07-1827 SI<br>MDL NO. 1827 |
   |---|---|
   | | **DEFENDANTS' REQUEST TO SEAL DOCUMENTS PURSUANT TO COURT'S JULY 7, 2009 ORDER RE SEALING DOCUMENTS FOR CLASS CERTIFICATION MOTIONS** |
   | This Document Relates To:<br>ALL INDIRECT PURCHASER ACTIONS | |

           On July 7, 2009, the Court issued an Order Re: Sealing Documents for Class

   Certification Motions (Dkt. #1108), which states, in relevant part, that "[a]ll documents as to which

   any sealing request has been made to date will be filed entirely under seal. Any other documents

   filed in connection with the class certification motions will likewise be filed under seal, if requested.

   No further motions or declarations concerning sealing are required."

           Pursuant to this Order, Defendants hereby request to file the following documents

   under seal:

           • The Defendants' Joint Opposition to Indirect Purchaser Plaintiffs' Motion for

             Class Certification;

                                              1
   ─────────────────────────────────────────────────────────────────
   DECLARATION OF MICHAEL R. LAZERWITZ IN SUPPORT OF DEFENDANTS' JOINT OPPOSITION TO
   INDIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, Case No. M: 07-1827 SI, FS

- The Declaration, and attached Exhibits, of Michael R. Lazerwitz in Support of Defendants' Joint Opposition to Indirect Purchaser Plaintiffs' Motion for Class Certification; and

- The Declaration, and attached Exhibits, of Edward A. Snyder, Ph.D., in Support of Defendants' Joint Opposition to Indirect Purchaser Plaintiffs' Motion for Class Certification

LG Display Co., Ltd. and LG Display America, Inc. submit this request as the defendant responsible for filing and lodging the documents described above, which they have designated as "confidential" or "highly confidential."

Dated: August 10, 2009

By: /s/Michael R. Lazerwitz
Michael R. Lazerwitz (PRO HAC VICE)
Jeremy J. Calsyn (State Bar No. 205062)
Lee F. Berger (State Bar No. 222756)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Ave., NW
Washington, DC 20006
(202) 974-1500 (Phone)
(202) 974-1999 (Facsimile)
mlazerwitz@cgsh.com

*Counsel for Defendants LG Display Co., Ltd. and LG Display America, Inc.*



IT IS SO ORDERED
Judge Susan Illston

2
DECLARATION OF MICHAEL R. LAZERWITZ IN SUPPORT OF DEFENDANTS' JOINT OPPOSITION TO INDIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, Case No. M: 07-1827 SI, FS