| | |
|---|---|
| 1 | Richard M. Heimann (State Bar No. 63607) |
| 2 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP<br>Embarcadero Center West |
| 3 | 275 Battery Street<br>San Francisco, CA  94111-3339 |
| 4 | Telephone:  (415) 956-1000 |
| 5 | Facsimile:  (415) 956-1008 |
| 6 | Bruce L. Simon (State Bar No. 96241) |
| 7 | PEARSON, SIMON, WARSHAW & PENNY, LLP<br>44 Montgomery Street, Suite 1430 |
| 8 | San Francisco, CA  94104<br>Telephone:     (415) 433-9000 |
| 9 | Facsimile:       (415) 433-9008 |
| 10 | *Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs* |
| 11 | James L. McGinnis (State Bar No. 95788) |
| 12 | SHEPPARD MULLIN RICHTER & HAMPTON, LLP<br>4 Embarcadero Center, 17th Floor |
| 13 | San Francisco, CA  94111<br>Telephone: (415) 434-9100 |
| 14 | Facsimile:  (415) 434-3947 |
| 15 | *Defendants' Interim Liaison Counsel* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. M:07-1827 SI<br><br>MDL No. 1827 |
| This Document Relates To:<br><br>DIRECT PURCHASER ACTIONS | **JOINT STIPULATION AND [PROPOSED] ORDER RE REVISED SCHEDULE AND PAGE LIMITS FOR REPLY BRIEF IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

WHEREAS on June 18, 2009, the parties stipulated (Docket #1067), and on June 22, 2009 the Court ordered (Docket #1070), that Direct Purchaser Plaintiffs could file two reply briefs, one not to exceed 50 pages and the other not to exceed 10 pages, in response to Defendants' request to file two briefs in opposition to Plaintiffs' motion for class certification.

WHEREAS on July 22, 2009, the parties stipulated (Docket #1120), and on July 24, 2009 the Court ordered (Docket #1121), that Direct Purchaser Plaintiffs could file their reply briefs on or before Monday, August 17, 2009, as Defendants had requested the deposition of their expert, Professor Janusz A. Ordover, take place on Monday, August 3, 2009.

WHEREAS on August 12, 2009, the Court notified the parties that the hearing on Direct Purchaser Plaintiffs' motion for class certification and the Case Management Conference scheduled for September 16, 2009 are continued to September 17, 2009.  (Docket #1167.)

NOW THEREFORE, THE PARTIES STIPULATE AND AGREE that:

1. Direct Purchaser Plaintiffs may file a single reply brief not to exceed 65 pages in length in response to Defendants' two briefs in opposition to Plaintiffs' motion for class certification.

2. Direct Purchaser Plaintiffs may file the reply brief and all supporting materials on or before Wednesday, August 19, 2009, and shall serve an unredacted copy of the papers by hand on Defendants' Liaison counsel and by electronic mail on lead counsel for each of the Defendants on that date.  To the extent Direct Purchaser Plaintiffs seek to submit any supplemental expert report, they will provide as much back-up data for any such report as is feasible on August 19, 2009.  Such back-up data means that data otherwise required to be produced within three business days of the service of Direct Purchaser Plaintiffs' expert report by the October 10, 2008 Stipulation and Order Regarding Procedures Governing Expert Discovery.

3. Defendants otherwise reserve all rights to oppose or object to the substance or content of plaintiffs' reply papers.

829154.2 - 2 - MASTER FILE NO. M:07-1827 SI, MDL NO. 1827
JOINT STIPULATION AND [PROPOSED] ORDER RE REVISED
SCHEDULE AND PAGE LIMITS FOR DIRECT PURCHASER PLAINTIFFS' REPLY

US1DOCS 7264735v1

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated:  August 14, 2009 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| 3 | | By      /s/ *Richard M. Heimann /by Eric B. Fastiff* |
| 4 | | Richard M. Heimann (State Bar No. 63607) |
| 5 | | 275 Battery Street<br>San Francisco, CA  94111-3339 |
| 6 | | Telephone:    (415) 956-1000 |
| 7 | | Facsimile:    (415) 956-1008 |
| 8 | Dated:  August 14, 2009 | PEARSON, SIMON, WARSHAW & PENNY, LLP |
| 9 | | By          /s/ *Bruce Simon*<br>Bruce Simon |
| 10 | | |
| 11 | | Bruce L. Simon (State Bar No. 96241)<br>44 Montgomery Street, Suite 1430 |
| 12 | | San Francisco, CA  94104<br>Telephone:    (415) 433-9000 |
| 13 | | Facsimile:    (415) 433-9008 |
| 14 | | *Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs* |
| 15 | | |
| 16 | Dated: August 14, 2009 | SHEPPARD MULLIN RICHTER & HAMPTON, LLP |
| 17 | | By          /s/ *James L. McGinnis*<br>James L. McGinnis |
| 18 | | James L. McGinnis (State Bar No. 95788) |
| 19 | | SHEPPARD MULLIN RICHTER & HAMPTON, LLP<br>4 Embarcadero Center, 17th Floor |
| 20 | | San Francisco, CA  94111 |
| 21 | | Telephone: (415) 434-9100<br>Facsimile:  (415) 434-3947 |
| 22 | | *Defendants' Interim Liaison Counsel* |

23   **Pursuant to General Order 45, Part X-B, the filer attests that concurrence in
24   the filing of this document has been obtained from Bruce L. Simon, Richard M. Heimann
     and James L. McGinnis.**

25   IT IS SO ORDERED.

26   _____
27   THE HONORABLE SUSAN ILLSTON
     United States District Judge

28

829154.2                        - 3 -                MASTER FILE NO. M:07-1827 SI, MDL NO. 1827
JOINT STIPULATION AND [PROPOSED] ORDER RE REVISED
SCHEDULE AND PAGE LIMITS FOR DIRECT PURCHASER PLAINTIFFS' REPLY

US1DOCS 7264735v1