Michael R. Lazerwitz (*Admitted Pro Hac Vice*)
Jeremy J. Calsyn (State Bar No. 205062)
Lee F. Berger (State Bar No. 222756)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Ave., NW
Washington, DC 20006
(202) 974-1500 (Phone)
(202) 974-1999 (Facsimile)
*mlazerwitz@cgsh.com*

*Attorneys for Defendant*
LG DISPLAY AMERICA, INC.

David P. Germaine (*Admitted Pro Hac Vice*)
VANEK, VICKERS & MASINI
111 South Wacker Drive, Suite 4050
Chicago, Illinois 60606
(213) 224-1500 (Phone)
(213) 224-1510
*dgermaine@vaneklaw.com*

*Counsel for Plaintiff*
ATS CLAIM, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. M 07-1827 SI-FS |
| This Document Relates To: Case No.: 09-1115 SI<br><br>ATS Claim, LLC<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Epson Electronics America, Inc.; Hitachi Ltd.; Hitachi Displays Ltd.; Hitachi Electronics Devices (USA), Inc.; Sharp Corp.; Sharp Electronics Corp.; Toshiba Corp.; Toshiba Electronic Components, Inc.; Toshiba America Information Systems, Inc.; Toshiba Matsushita Display | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING MODIFICATION OF BRIEFING SCHEDULE FOR MOTION TO DISMISS ATS CLAIM, LLC'S COMPLAINT**<br><br>Honorable Susan Illston |

1

Technology Co., Ltd.; LG Display Co., Ltd.; LG Display America, Inc.; Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; Samsung Semiconductor, Inc.; AU Optronics Corp.; AU Optronics Corp. America; Chi Mei Corp.; Chi Mei Optoelectronics Corp.; Chi Mei Optoelectronics USA, Inc.; CMO Japan Co., Ltd.; Nexgen Mediatech, Inc.; Nexgen Mediatech USA, Inc.; Chunghwa Picture Tubes, Ltd.; Tatung Company of America, Inc.; and Hannstar Display Corp.,

Defendants.

The undersigned parties respectfully request that the following order be entered to modify the timing of the parties' respective opposition and replies with regard to LG Display America, Inc.'s ("LG Display America") motion to dismiss ATS Claim, LLC's ("ATS") complaint (the "Motion"), which the undersigned defendants joined.

WHEREAS, on August 26, 2009, the presentation of the motion was continued until September 29, 2009;

WHEREAS, the parties desire additional time before the rescheduled presentation of the motion to prepare and submit their briefing;

NOW, THEREFORE, the undersigned parties, acting by and through their respective counsel of record, hereby stipulate and agree as follows:

1. ATS's opposition shall be due on or before September 11, 2009.

2. The undersigned defendants' replies shall remain due on or before September 22, 2009.

3. Except as set forth above, all Local Rules shall remain in effect with respect to the briefing on the motions.

2

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING MODIFICATION OF BRIEFING SCHEDULE FOR MOTION TO DISMISS ATS CLAIM, LLC'S COMPLAINT
Case No.: 09-1115 SI Related To Case No.: M 07-1827 SI-FS

IT IS SO STIPULATED.

Respectfully submitted,

DATED: September 1, 2009

By: /s/ David P. Germaine
    David P. Germaine
    VANEK, VICKERS & MASINI
    111 South Wacker Drive, Suite 4050
    Chicago, Illinois 60606
    (213) 224-1500 (Phone)
    (213) 224-1510
    dgermaine@vaneklaw.com

    *Counsel for Plaintiff ATS Claim, LLC*

    *Admitted Pro Hac Vice pursuant to Paragraph 9 of Pretrial Order No. 1*
    *(Docket No. 180, 07-1827(SI)) (July 3, 2007)*

By: /s/ Michael R. Lazerwitz
    Michael R. Lazerwitz (PRO HAC VICE)
    Jeremy J. Calsyn (State Bar No. 205062)
    Lee F. Berger (State Bar No. 222756)
    CLEARY GOTTLIEB STEEN & HAMILTON LLP
    2000 Pennsylvania Ave., NW
    Washington, DC 20006
    (202) 974-1500 (Phone)
    (202) 974-1999 (Facsimile)
    mlazerwitz@cgsh.com
    *Attorneys for Defendant LG Display America, Inc.*

By: /s/ Bryan B. Barnhart
    Bryan B. Barnhart
    Christopher A. Nedeau
    Carl L. Blumenstein
    Nossaman LLP
    *Attorneys for Defendant AU Optronics Corporation America*

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING MODIFICATION OF BRIEFING SCHEDULE FOR MOTION TO DISMISS ATS CLAIM, LLC'S COMPLAINT
Case No.: 09-1115 SI Related To Case No.: M 07-1827 SI-FS

By:/s/ Wayne A. Cross
Wayne A. Cross (*pro hac vice*)
John H. Chung (*pro hac vice*)
Kristen J. McAhren (*pro hac vice*)
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
Telephone:(212) 819-8200
Facsimile: (212) 354-8113
*Attorneys for Toshiba America Electronic Components, Inc. and Toshiba America Information Systems, Inc.*

By: /s/ Jacob R. Sorensen
Jacob R. Sorensen
John M. Grenfell
Fusae Nara
Ryan K. Takemoto
PILLSBURY WINTHROP SHAW PITTMAN LLP
50 Fremont Street
San Francisco, CA 94105
*Attorneys for Defendant Sharp Electronics Corporation*

By: /s/ Kent M. Roger
Kent M. Roger (State Bar No. 95987)
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: (415) 442-1000
Fax: (415) 442-1001
*Attorneys for Defendant Hitachi Electronic Devices (USA), Inc.*

4

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING MODIFICATION OF BRIEFING SCHEDULE FOR MOTION TO DISMISS ATS CLAIM, LLC'S COMPLAINT
Case No.: 09-1115 SI Related To Case No.: M 07-1827 SI-FS

By: /s/ Steven F. Cherry
Steven F. Cherry (*pro hac vice*)
Gordon Pearson (*pro hac vice*)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006-3642
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Steven.Cherry@wilmerhale.com
Godon.Pearson@wilmerhale.com

*Attorneys for Defendant Chi Mei Optoelectronics USA, Inc. and Nexgen Mediatech USA Inc.*

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order No. 45, § X(B), regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: September 1, 2009

By: /s/ Michael R. Lazerwitz
Michael R. Lazerwitz

IT IS SO ORDERED.

Dated: _____

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING MODIFICATION OF BRIEFING SCHEDULE FOR MOTION TO DISMISS ATS CLAIM, LLC'S COMPLAINT
Case No.: 09-1115 SI Related To Case No.: M 07-1827 SI-FS

| | |
|---|---|
| 1 | Michael R. Lazerwitz (*Admitted Pro Hac Vice*) |
| | Jeremy J. Calsyn (State Bar No. 205062) |
| 2 | Lee F. Berger (State Bar No. 222756) |
| | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| 3 | 2000 Pennsylvania Ave., NW |
| | Washington, DC 20006 |
| 4 | (202) 974-1500 (Phone) |
| | (202) 974-1999 (Facsimile) |
| 5 | mlazerwitz@cgsh.com |
| 6 | *Attorneys for Defendant* |
| | LG DISPLAY AMERICA, INC. |
| 7 | |
| | David P. Germaine (*Admitted Pro Hac Vice*) |
| 8 | VANEK, VICKERS & MASINI |
| | 111 South Wacker Drive, Suite 4050 |
| 9 | Chicago, Illinois 60606 |
| | (213) 224-1500 (Phone) |
| 10 | (213) 224-1510 |
| | dgermaine@vaneklaw.com |
| 11 | |
| | *Counsel for Plaintiff* |
| 12 | ATS CLAIM, LLC |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. M 07-1827 SI-FS |
| This Document Relates To: Case No.: 09-1115 SI | **CERTIFICATE OF SERVICE** |
| ATS Claim, LLC | Honorable Susan Illston |
| Plaintiff, | |
| vs. | |
| Epson Electronics America, Inc.; Hitachi Ltd.; Hitachi Displays Ltd.; Hitachi Electronics Devices (USA), Inc.; Sharp Corp.; Sharp Electronics Corp.; Toshiba Corp.; Toshiba Electronic Components, Inc.; Toshiba America Information Systems, Inc.; Toshiba Matsushita Display | |

1

CERTIFICATE OF SERVICE
Case No.: 09-1115 SI Related To Case No.: M 07-1827 SI-FS

|   |
|---|
| 1  Technology Co., Ltd.; LG Display Co., Ltd.; LG Display America, Inc.; Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; Samsung Semiconductor, Inc.; AU Optronics Corp.; AU Optronics Corp. America; Chi Mei Corp.; Chi Mei Optoelectronics Corp.; Chi Mei Optoelectronics USA, Inc.; CMO Japan Co., Ltd.; Nexgen Mediatech, Inc.; Nexgen Mediatech USA, Inc.; Chunghwa Picture Tubes, Ltd.; Tatung Company of America, Inc.; and Hannstar Display Corp., |
| Defendants. |

## CERTIFICATE OF SERVICE

I, Erika J. Davis, assistant managing attorney at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that on September 1, 2009, a copy of the Joint Stipulation and [Proposed] Order Regarding Modification of Briefing Schedule for Motion to Dismiss ATS Claim, LLC's Complaint was served by electronic transmission through the Court's CM/ECF system. Notice of this filing will be sent to registered parties by operation of the Court's electronic filing system.

Dated: September 1, 2009

Erika J. Davis

2

CERTIFICATE OF SERVICE
Case No.: 09-1115 SI Related To Case No.: M 07-1827 SI-FS