Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Judith A. Zahid (215418)
Patrick B. Clayton (240191)
Qianwei Fu (242669)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:    (415) 693-0700
Facsimile:    (415) 693-0770
fscarpulla@zelle.com
ccorbitt@zelle.com

*Interim Co-Lead Counsel for Indirect-Purchaser Plaintiffs and Class Members*

Michael R. Lazerwitz (*Pro Hac Vice*)
Jeremy J. Calsyn (205062)
Lee F. Berger (222756)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Ave., NW
Washington, DC 20006
Telephone:    (202) 974-1500
Facsimile:    (202) 974-1999
mlazerwitz@cgsh.com

*Attorneys for Defendants LG Display Co., Ltd. and LG Display America, Inc., Acting on Behalf of All Defendants*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION <br><br> _____ <br><br> This Document Relates to: <br><br> ALL INDIRECT-PURCHASER ACTIONS <br><br> _____ | Case No. C07-1827 SI <br><br> MDL No. 1827 <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER REGARDIG PAGE LIMITS FOR REPLY BRIEF IN SUPPORT OF INDIRECT-PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

The parties respectfully request that the following order be entered to modify the page limitations governing the Reply Brief in support of Indirect-Purchaser Plaintiffs' Motion for Class Certification.

WHEREAS this antitrust litigation is a multi-district litigation proceeding;

WHEREAS the Local rules of the United States District Court for the Northern District of California, Civil Local Rules 7-2 and 7-4, would otherwise govern the page limits of the Reply Brief in support of Indirect-Purchaser Plaintiffs' Motion for Class Certification;

WHEREAS on August 4, 2009, the parties stipulated (Docket #1145) and on August 5, 2009 the Court ordered (Docket #1146), that the page limit for Defendants' joint brief in opposition to Indirect-Purchaser Plaintiffs' Motion for Class Certification, due August 10, 2009, shall be 65 pages;

WHEREAS, the August 4, 2009 joint stipulation provides that Indirect-Purchaser Plaintiffs shall inform the Defendants on how many pages Indirect-Purchaser Plaintiffs need after reading Defendants' Opposition.

NOW THEREFORE, the Undersigned Parties, acting by and through their respective counsel of record, hereby stipulate and agree that:

The page limit for the Reply Brief in support of Indirect-Purchaser Plaintiffs' Motion for Class Certification, due September 17, 2009, shall be 55 pages.

**IT IS SO STIPULATED**.

Respectfully submitted,

Dated:  September 9, 2009          ZELLE HOFMANN VOELBEL & MASON LLP

By:  */s/ Francis O. Scarpulla*

Francis O. Scarpulla (41059)
44 Montgomery Street, Suite 3400
San Francisco, CA  94104
Telephone:    (415) 693-0700
Facsimile:     (415) 693-0770
*fscarpulla@zelle.com*

1  Dated:  September 9, 2009           THE ALIOTO LAW FIRM

2                                       By:  */s/ Joseph M. Alioto*

3                                       Joseph M. Alioto (42680)
                                        555 California Street, 31st Floor
4                                       San Francisco, CA 94104
                                        Telephone:    (415) 434-8900
5                                       Facsimile:    (415) 434-9200
                                        sexton@alioto.com
6
                                        *Interim Co-Lead Counsel for Indirect-Purchaser*
7                                       *Plaintiffs and Class Members*

8  Dated:  September 9, 2009           CLEARY GOTTLIEB STEEN & HAMILTON LLP

9                                       By:  */s/ Michael R. Lazerwitz*

10
                                        Michael R. Lazerwitz (*Pro Hac Vice*)
11                                      2000 Pennsylvania Ave., NW
                                        Washington, DC 20006
12                                      Telephone:    (202) 974-1500
                                        Facsimile:    (202) 974-1999
13                                      mlazerwitz@cgsh.com

14                                      *Attorneys for Defendants LG Display Co., Ltd. and LG*
                                        *Display America, Inc., Acting on Behalf of All*
15                                      *Defendants*

16

17              **ATTESTATION PURSUANT TO GENERAL ORDER 45**

18       Pursuant to General Order No. 45, § X(B), regarding signatures, I attest under penalty of

19  perjury that the concurrence in the filing of this document has been obtained from its signatories.

20  Dated:  September 9, 2009           By:  */s/ Judith A. Zahid*
                                             Judith A. Zahid
21
       **IT IS SO ORDERED**.
22
    Dated:  _____, 2009
23                                      _____
                                        THE HONORABLE SUSAN ILLSTON
24                                      United States District Judge

25  3218698v1

26

27

28

2
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS FOR REPLY BRIEF IN
SUPPORT OF INDIRECT-PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION