IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION _____/ This Order Relates to: ALL CASES _____/ | No. M 07-1827 SI<br>MDL. No. 1827<br>**ORDER DIRECTING DIRECT PURCHASER PLAINTIFFS TO SUBMIT SUPPLEMENTAL BRIEFING, GRANTING DEFENDANTS LEAVE TO FILE SUPPLEMENTAL EXPERT REPORT, AND PERMITTING DIRECT PURCHASER PLAINTIFFS LEAVE TO FILE SUPPLEMENTAL EXPERT REPORT** |

In light of the discussions had with counsel during the September 29, 2009, hearing on direct purchaser plaintiffs' motion for class certification, the Court orders as follows:

1. **On or before October 16, 2009**, the direct purchaser plaintiffs shall file supplemental declarations providing further information regarding the proposed class representatives. These declarations should include relevant factual information, including at least the date(s) of purchase(s) of TFT-LCD panels or products from defendant(s), description of the products purchased, and the names of the defendant(s) from whom the TFT-LCD panels or products were purchased.

2. The Court GRANTS defendants leave to file the expert sur-reply attached to Defendants' Joint Objection and Motion (Dkt. 1261) filed with the Court September 15, 2009. If plaintiffs wish to respond to Dr. Ordover's sur-reply declaration, they may file a response **by October 16, 2009.** The scope of plaintiffs' response should be limited solely to information presented in defendants' sur-reply.

**IT IS SO ORDERED.**

Dated: September 29, 2009

SUSAN ILLSTON
United States District Judge