1  Richard M. Heimann (State Bar No. 63607)
   LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
2  Embarcadero Center West
   275 Battery Street, 30th Floor
3  San Francisco, CA 94111-3339
   Telephone:    (415) 956-1000
4  Facsimile:    (415) 956-1008

5  Bruce L. Simon (State Bar No. 96241)
   PEARSON, SIMON, WARSHAW & PENNY, LLP
6  44 Montgomery Street, Suite 2450
   San Francisco, CA 94104
7  Telephone:    (415) 433-9000
   Facsimile:    (415) 433-9008

8
   *Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs*
9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

13

14 | IN RE: TFT-LCD (FLAT PANEL) | Master File No. M07-1827 SI |
   ANTITRUST LITIGATION

15                                    MDL No. 1827

16                                    **SUPPLEMENTAL DECLARATION OF
                                      PROPOSED CLASS REPRESENTATIVE
17 This Document Relates to:          ORION HOME SYSTEMS, LLC IN
                                      SUPPORT OF DIRECT PURCHASER
18 ALL DIRECT PURCHASER ACTIONS       PLAINTIFFS' MOTION FOR CLASS
                                      CERTIFICATION**

19                                    The Honorable Susan Illston

20

21        In compliance with the Court's September 29, 2009 Order Directing Direct Purchaser

22 Plaintiffs to Submit Supplemental Briefing (Docket #1291), I, Keith Stanze, declare as follows:

23        1.     I am the owner of Orion Home Systems, LLC, a proposed class representative in

24 the direct purchaser action *In Re: TFT-LCD (Flat Panel) Antitrust Litigation*, MDL No. 1827.

25        2.     Orion Home Systems, LLC is a Minnesota limited liability corporation with its

26 principal place of business in Eagan, Minnesota.

27        3.     During the relevant period January 1, 1996 and December 11, 2006, as alleged in

28 paragraph 67 of the Second Amended Direct Purchaser Plaintiffs' Consolidated Complaint,

1  Orion Home Systems, LLC purchased TFT-LCD products directly from an American affiliate of

2  defendant LG Display Co., Ltd.

3      4.      Specifically, between October 19, 2004 and February 2, 2007, Orion Home

4  Systems, LLC purchased at least 57 LCD television sets from LG Electronics U.S.A., Inc.

5      5.      Attached as Exhibit A to this declaration are true and correct copy of the invoice(s)

6  received in connection with these purchases.

7      I declare under penalty of perjury under the laws of the United States that the foregoing is

8  true and correct.

9      Executed this 14th day of October, 2009 at Eagan, Minnesota.

10

11                                            Keith Stanze

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit A

# COMMERCIAL INVOICE

**LG Electronics U.S.A., Inc.**
1000 SYLVAN AVENUE
ENGLEWOOD CLIFFS, N.J. 07632
(201) 816-2000

| BILL TO | ACCT# US047002 |
|---|---|
| ORION HOME SYSTEMS<br>1970 RAHN CLIFF COURT, SUITE# 400<br><br>EAGAN MN 55122 | |

| INVOICE MAIL TO | ACCT# US047002 |
|---|---|
| ORION HOME SYSTEMS<br>1970 RAHN CLIFF COURT, SUITE# 400<br><br>EAGAN MN. 55122 | |

| SHIP TO | ACCT# 47002001 |
|---|---|
| ORION HOME SYSTEMS<br>1970 RAHN CLIFF COURT, SUITE# 400<br><br>EAGAN MN 55122 | |

| | |
|---|---|
| INVOICE NO. | 29004500 |
| Date | 10/19/2004 |
| Department | 51100 |
| | PRD A/V |

4585

| CUSTOMER NO. | B/L NO. | REFERENCE / P.O NO. | TERMS | DUE DATE |
|---|---|---|---|---|
| US047002 | T0150813 | 14-3094 | NET 30 | 11/18/2004 |

| CREDIT APPROVAL NO. | CARRIER PRO NO. | DATE SHIPPED | SHIPPED VIA | W/H |
|---|---|---|---|---|
| | 02539769410 | 10/18/2004 | SAIA | GS99 / 1 |

| MODEL / SUFFIX | DESCRIPTION | QUANTITY | | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | ORDERED | B/ORDERED | SHIPPED | | |
| RU-52SZ30 | 52" LCD PTV | 1 | 0 | 1 | 1,863.00 | 1,863.00 |
| FCH | Freight Charge | 1 | 0 | 1 | 60.00 | 60.00 |

**PLEASE SEND REMITTANCE**
TO :
    LG ELECTRONICS U.S.A., INC.
    P.O. BOX 73089
    CHICAGO  IL 60673-7089

| | |
|---|---|
| NET AMOUNT | 1,923.00 |
| TAX AMOUNT | 0.00 |
| PLEASE PAY<br>THIS AMOUNT ———→ USD | 1,923.00 |

ITEMS ORDERED BUT NOT SHIPPED HAVE BEEN BACKORDERED AND WILL BE SHIPPED AS SOON AS POSSIBLE.
CONSIGNEE : NOTE CAREFULLY CONDITION OF PACKAGES BEFORE RECEIPTING IN GOOD ORDER.
The merchandise hereon was delivered to the carrier in good condition. If any shortage or damage is discovered,
either at time of delivery or later, it is incumbent upon the consignee to file claim for redress against the carrier.
No returns accepted unless specifically authorized.
Seller's other standard terms and conditions apply and supersede any additional or conflicting provisions in purchaser's order form.
NOTE : PAST DUE BALANCES ARE SUBJECT TO LATE PAYMENT CHARGES OF 1 1/2% PER MONTH.

Original

ORION00001CONFIDENTIAL



EXHIBIT
3-17-09

# COMMERCIAL INVOICE

**LG Electronics U.S.A., Inc.**
1000 SYLVAN AVENUE
ENGLEWOOD CLIFFS, N.J. 07632
(201) 816-2000

PAID 6274

| | |
|---|---|
| INVOICE NO. | 6524501 |
| Date | 12/06/2005 |

Department 51603
Custom Sales Reps West

**BILL TO**  ACCT# US047002

ORION HOME SYSTEMS
1670 RAHN CLIFF COURT
SUITE# 400

EAGAN  MN  55122

**INVOICE MAIL TO**  ACCT# US047002

ORION HOME SYSTEMS
1670 RAHN CLIFF COURT
SUITE# 400

EAGAN  MN  55122

**SHIP TO**  ACCT# 47002001

ORION HOME SYSTEMS
1670 RAHN CLIFF COURT, SUITE# 400

EAGAN  MN  55122

| CUSTOMER NO. | B/L NO. | REFERENCE / P.O. NO. | TERMS | DUE DATE |
|---|---|---|---|---|
| US047002 | T0309495 | 284057 | NET 30 | 01/05/2006 |

| CREDIT APPROVAL NO. | CARRIER PRO NO. | DATE SHIPPED | SHIPPED VIA | WH |
|---|---|---|---|---|
| | 1Z8041AX0343405083 | 12/06/2005 | UPSB | GS99 / 1 |

| MODEL / SUFFIX | DESCRIPTION | QUANTITY ORDERED | B/ORDERED | SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 20LA6R | LCD Monitor TV 20 | 3 | 0 | 3 | 504.00 | 1,512.00 |
| FCH | Freight Charge | 1 | 0 | 1 | 45.00 | 45.00 |

**PLEASE SEND REMITTANCE TO :**

   LG ELECTRONICS U.S.A., INC.
   PO BOX 73089
   CHICAGO, IL 60673-7089

| | |
|---|---|
| NET AMOUNT | 1,557.00 |
| TAX AMOUNT | 0.00 |
| PLEASE PAY THIS AMOUNT ➝ USD | 1,557.00 |

ITEMS ORDERED BUT NOT SHIPPED HAVE BEEN BACKORDERED AND WILL BE SHIPPED AS SOON AS POSSIBLE.
CONSIGNEE : NOTE CAREFULLY CONDITION OF PACKAGES BEFORE RECEIPTING IN GOOD ORDER.
The merchandise hereon was delivered to the carrier in good condition. If any shortage or damage is discovered,
either at time of delivery or later, it is incumbent upon the consignee to file claim for redress against the carrier.
No returns accepted unless specifically authorized.
Seller's other standard terms and conditions apply and supersede any additional or conflicting provisions in purchaser's order form.
NOTE : PAST DUE BALANCES ARE SUBJECT TO LATE PAYMENT CHARGES OF 1 1/2% PER MONTH.

Original

ORION00002CONFIDENTIAL

# COMMERCIAL INVOICE

Page: 1 of 1

**LG Electronics U.S.A., Inc.**
1000 SYLVAN AVENUE
ENGLEWOOD CLIFFS, N.J. 07632
(201) 816-2000

Pd
6010

Orion
Keith

| BILL TO | ACCT# US047002 |
|---|---|
| SIXION HOME SYSTEMS | |
| 1970 RAHN CLIFF COURT | |
| SUITE# 400 | |
| EAGAN | MN   55122 |

| INVOICE NO. | 53195600 |
|---|---|
| Date | 09/17/2005 |

Department 51603
Custom Sales Reps West

| INVOICE MAIL TO | ACCT# US047002 |
|---|---|
| ORION HOME SYSTEMS | |
| 1970 RAHN CLIFF COURT | |
| SUITE# 400 | |
| EAGAN | MN   55122 |

| SHIP TO | ACCT# 47002001 |
|---|---|
| ORION HOME SYSTEMS | |
| 1970 RAHN CLIFF COURT, SUITE# 400 | |
| EAGAN | MN   55122 |

| CUSTOMER NO. | B/L NO. | REFERENCE / P.O NO. | TERMS | DUE DATE |
|---|---|---|---|---|
| US047002 | 0285879 | 73932 | NET 30 | 10/17/2005 |

| CREDIT APPROVAL NO. | CARRIER PRO NO. | DATE SHIPPED | SHIPPED VIA | W/H |
|---|---|---|---|---|
| | 1223Y9Y80354570160 | 09/16/2005 | OTBR | 0593 / 1 |

| MODEL / SUFFIX | DESCRIPTION | QUANTITY | | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | ORDERED | B/ORDERED | SHIPPED | | |
| 23LX1RV | LCD Monitor TV 23 | 2 | 0 | 2 | 715.00 | 1,430.00 |
| FCH | Freight Charge | 1 | 0 | 1 | 68.80 | 68.80 |

MUST SHIP 3 DAY AIR

**PLEASE SEND REMITTANCE TO :**
     LG ELECTRONICS U.S.A., INC.
     PO BOX 73089
     CHICAGO, IL 60673-7089

| NET AMOUNT | 1,498.80 |
|---|---|
| TAX AMOUNT | 0.00 |
| PLEASE PAY THIS AMOUNT  →  USD | 1,498.80 |

ITEMS ORDERED BUT NOT SHIPPED HAVE BEEN BACKORDERED AND WILL BE SHIPPED AS SOON AS POSSIBLE.
CONSIGNEE : NOTE CAREFULLY CONDITION OF PACKAGES BEFORE ACCEPTING IN GOOD ORDER.
The merchandise herein was delivered to the carrier in good condition. If any shortage or damage is discovered, either at time of delivery or later, it is incumbent upon the consignee to file claim for redress against the carrier.
No returns accepted unless specifically authorized.
Seller's sales standard terms and conditions apply and supersede any additional or conflicting provisions in purchaser's order form.
NOTE : PAST DUE BALANCES ARE SUBJECT TO LATE PAYMENT CHARGES OF 1 1/2% PER MONTH.

ORION00003CONFIDENTIAL

# COMMERCIAL INVOICE

**LG Electronics U.S.A., Inc.**
1000 SYLVAN AVENUE
ENGLEWOOD CLIFFS, N.J. 07632
(201) 816-2000

**BILL TO**          ACCT# US047002

ORION HOME SYSTEMS
1670 RAHN CLIFF COURT
SUITE# 400

EAGAN                    MN   55122

**INVOICE NO.** 58831400

**Date** 10/25/2005

**Department** 51603
Custom Sales Reps West

**INVOICE MAIL TO**          ACCT# US047002

ORION HOME SYSTEMS
1670 RAHN CLIFF COURT
SUITE# 400

EAGAN                    MN   55122

**SHIP TO**          ACCT# 47002001

ORION HOME SYSTEMS
1670 RAHN CLIFF COURT SUITE# 400

EAGAN                    MN   55122

| CUSTOMER NO. | B/L NO. | REFERENCE / P.O. NO. | TERMS | DUE DATE |
|---|---|---|---|---|
| US047002 | C0119320 | 073591 | NET 30 | 11/24/2005 |

| CREDIT APPROVAL NO. | CARRIER PRO NO. | DATE SHIPPED | SHIPPED VIA | WH |
|---|---|---|---|---|
| | 070-7223554 | 10/25/2005 | YFSY | GS04 / 1 |

| MODEL / SUFFIX | DESCRIPTION | QUANTITY | | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | ORDERED | BORDERED | SHIPPED | | |
| 42LP1D | LCD Monitor TV 42 | 1 | 0 | 1 | 2,790.00 | 2,790.00 |
| FCH | Freight Charge | 1 | 0 | 1 | 40.00 | 40.00 |

**PLEASE SEND REMITTANCE TO :**

LG ELECTRONICS U.S.A., INC.
PO BOX 73089
CHICAGO, IL 60673-7089

| | |
|---|---|
| NET AMOUNT | 2,830.00 |
| TAX AMOUNT | 0.00 |
| PLEASE PAY THIS AMOUNT ⟶ USD | 2,830.00 |

ITEMS ORDERED BUT NOT SHIPPED HAVE BEEN BACKORDERED AND WILL BE SHIPPED AS SOON AS POSSIBLE.
CONSIGNEE : NOTE CAREFULLY CONDITION OF PACKAGES BEFORE RECEIPTING IN GOOD ORDER.
The merchandise hereon was delivered to the carrier in good condition. If any shortage or damage is discovered,
either at time of delivery or later, it is incumbent upon the consignee to file claim for redress against the carrier.
No returns accepted unless specifically authorized.
Seller's other standard terms and conditions apply and supercede any additional or conflicting provisions in purchaser's order form.
NOTE : PAST DUE BALANCES ARE SUBJECT TO LATE PAYMENT CHARGES OF 1 1/2% PER MONTH.

Original

ORION00004CONFIDENTIAL

# COMMERCIAL INVOICE

**LG Electronics U.S.A., Inc.**
1000 SYLVAN AVENUE
ENGLEWOOD CLIFFS, N.J. 07632
(201) 816-2000

Page : 1 of 1

*attn Karen*

**PAID** 6206

| BILL TO | ACCT# US047002 |
|---|---|

ORION HOME SYSTEMS
1970 RAHN CLIFF COURT
SUITE# 400

EAGAN                    MN  55122

| INVOICE NO. | 61076300 |
|---|---|
| Date | 11/10/2005 |

Department 51803
Custom Sales Reps West

| INVOICE MAIL TO | ACCT# US047002 | SHIP TO | ACCT# 47002001 |
|---|---|---|---|

ORION HOME SYSTEMS
1970 RAHN CLIFF COURT
SUITE# 400

EAGAN                    MN  55122

ORION HOME SYSTEMS
1970 RAHN CLIFF COURT, SUITE# 400

EAGAN                    MN  55122

| CUSTOMER NO. | B/L NO. | REFERENCE / P.O. NO. | TERMS | DUE DATE |
|---|---|---|---|---|
| US047002 | A0000993 | MIKE11705 | NET 30 | 12/10/2005 |

| CREDIT APPROVAL NO. | CARRIER PRO NO. | DATE SHIPPED | SHIPPED VIA | W/H |
|---|---|---|---|---|
| | 113-8327478 | 11/10/2005 | YFSY | 0577 11 |

| MODEL / SUFFIX | DESCRIPTION | QUANTITY | | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | ORDERED | B/ORDERED | SHIPPED | | |
| 42LP1D | LCD Monitor TV 42 | 1 | 0 | 1 | 2,790.00 | 2,790.00 |
| FCH | Freight Charge | 1 | 0 | 1 | 40.00 | 40.00 |

**PLEASE SEND REMITTANCE
TO :** LG ELECTRONICS U.S.A., INC.
PO BOX 73089
CHICAGO, IL 60673-7089

| NET AMOUNT | 2,830.00 |
|---|---|
| TAX AMOUNT | 0.00 |
| PLEASE PAY THIS AMOUNT ⟶ USD | 2,830.00 |

ITEMS ORDERED BUT NOT SHIPPED HAVE BEEN BACKORDERED AND WILL BE SHIPPED AS SOON AS POSSIBLE.
CONSIGNEE : NOTE CAREFULLY CONDITION OF PACKAGES BEFORE RECEIPTING IN GOOD ORDER.
The merchandise herein was delivered to the carrier in good condition. If any shortage or damage is discovered, advise at time of delivery or later, it is necessary upon the employee to file claim for redress against the carrier.
No returns accepted unless specifically authorized.
Seller's prior standard terms and conditions apply and supersede any additional or conflicting provisions in purchaser's order form.
NOTE : PAST DUE BALANCES ARE SUBJECT TO LATE PAYMENT CHARGES OF 1 1/2% PER MONTH.

ORION00005CONFIDENTIAL

# COMMERCIAL INVOICE

**LG Electronics U.S.A., Inc.**
1000 SYLVAN AVENUE
ENGLEWOOD CLIFFS, N.J. 07632
(201) 816-2000

PAID 6232

| INVOICE NO. | 62606700 |
|---|---|
| Date | 11/18/2005 |

Department  51603
Custom Sales Reps West

**BILL TO**          ACCT#  US047002

ORION HOME SYSTEMS
1970 RAHN CLIFF COURT
SUITE# 400

EAGAN                    MN   55122

**INVOICE MAIL TO**          ACCT#  USD47002

ORION HOME SYSTEMS
1970 RAHN CLIFF COURT
SUITE# 400

EAGAN                    MN   55122

**SHIP TO**          ACCT#  47002001

ORION HOME SYSTEMS
1970 RAHN CLIFF COURT, SUITE# 400

EAGAN                    MN  55122

| CUSTOMER NO. | B/E NO. | REFERENCE / P.O. NO. | TERMS | DUE DATE |
|---|---|---|---|---|
| US047002 | T0301462 | 74034 | NET 30 | 12/18/2005 |

| CREDIT APPROVAL NO. | CARRIER PRO NO. | DATE SHIPPED | SHIPPED VIA | W/H |
|---|---|---|---|---|
|  | 196-8421427 | 11/18/2005 | YFSY | GS99 / 1 |

| MODEL / SUFFIX | DESCRIPTION | QUANTITY ORDERED | B/ORDERED | SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 32LP1D | LCD | 1 | 0 | 1 | 1,625.00 | 1,625.00 |

PLEASE SEND REMITTANCE
TO :
LG ELECTRONICS U.S.A., INC.
PO BOX 73089
CHICAGO, IL  60673-7089

| NET AMOUNT | 1,625.00 |
|---|---|
| TAX AMOUNT | 0.00 |
| PLEASE PAY THIS AMOUNT → USD | 1,625.00 |

ITEMS ORDERED BUT NOT SHIPPED HAVE BEEN BACKORDERED AND WILL BE SHIPPED AS SOON AS POSSIBLE.
CONSIGNEE : NOTE CAREFULLY CONDITION OF PACKAGES BEFORE RECEPTING IN GOOD ORDER.
The merchandise hereon was delivered to the carrier in good condition. If any shortage or damage is discovered,
either at time of delivery or later, it is incumbent upon the consignee to file claim for redress against the carrier.
No returns accepted unless specifically authorized.
Seller's other standard terms and conditions apply and supercede any additional or conflicting provisions in purchaser's order form.
NOTE : PAST DUE BALANCES ARE SUBJECT TO LATE PAYMENT CHARGES OF 1 1/2% PER MONTH.

Original

ORION00006CONFIDENTIAL

# COMMERCIAL INVOICE

**LG Electronics U.S.A., Inc.**
1000 SYLVAN AVENUE
ENGLEWOOD CLIFFS, N.J. 07632
(201) 816-2000



| BILL TO | ACCT# US047002 |
|---|---|
| ORION HOME SYSTEMS
1970 RAHN CLIFF COURT
SUITE# 400
EAGAN                                    MN  55122 | |

**INVOICE NO.** 45259800
**Date** 07/19/2005
Department 51603
Custom Sales Reps West

| INVOICE MAIL TO | ACCT# US047002 | SHIP TO | ACCT# 47002001 |
|---|---|---|---|
| ORION HOME SYSTEMS
1970 RAHN CLIFF COURT
SUITE# 400
EAGAN                   MN  55122 | | ORION HOME SYSTEMS
1970 RAHN CLIFF COURT  SUITE# 400
EAGAN                   MN  55122 | |

| CUSTOMER NO. | B/L NO. | REFERENCE / P.O. NO. | TERMS | DUE DATE |
|---|---|---|---|---|
| US047002 | T0238277 | 073805-DEANS | NET 30 | 08/16/2005 |

| CREDIT APPROVAL NO. | CARRIER PRO NO. | DATE SHIPPED | SHIPPED VIA | WHP |
|---|---|---|---|---|
| | N/A | 07/16/2005 | YFSY | GS99 / 1 |

| MODEL / SUFFIX | DESCRIPTION | QUANTITY ORDERED | B/ORDERED | SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 32LP1D | LCD | 1 | 0 | 1 | 1,736.00 | 1,736.00 |
| FCH | Freight Charge | 1 | 0 | 1 | 30.00 | 30.00 |

**PLEASE SEND REMITTANCE TO :**
LG ELECTRONICS U.S.A., INC.
PO BOX 73089
CHICAGO, IL 60673-7089

| | |
|---|---|
| NET AMOUNT | 1,766.00 |
| TAX AMOUNT | 0.00 |
| PLEASE PAY THIS AMOUNT ➝ USD | 1,766.00 |

ITEMS ORDERED BUT NOT SHIPPED HAVE BEEN BACKORDERED AND WILL BE SHIPPED AS SOON AS POSSIBLE.
CONSIGNEE : NOTE CAREFULLY CONDITION OF PACKAGES BEFORE RECEIPTING IN GOOD ORDER.
The merchandise hereon was delivered to the carrier in good condition. If any shortage or damage is discovered,
either at time of delivery or later, it is incumbent upon the consignee to file claims for redress against the carrier.
No returns accepted unless specifically authorized.
Seller's other standard terms and conditions apply and supercede any additional or conflicting provisions in purchaser's order form.
NOTE : PAST DUE BALANCES ARE SUBJECT TO LATE PAYMENT CHARGES OF 1 1/2% PER MONTH.

Original

ORION00007CONFIDENTIAL

# COMMERCIAL INVOICE

**LG Electronics U.S.A., Inc.**
1000 SYLVAN AVENUE
ENGLEWOOD CLIFFS, N.J. 07632
(201) 816-2000



**BILL TO**      ACCT# US047002

ORION HOME SYSTEMS
1970 RAHN CLIFF COURT
SUITE# 400

EAGAN                    MN   55122

**INVOICE MAIL TO**      ACCT# US047002

ORION HOME SYSTEMS
1970 RAHN CLIFF COURT
SUITE# 400

EAGAN                    MN   55122

**INVOICE NO.**   4086500

**Date**   07/02/2005

**Department** 51603
Custom Sales Reps West

**SHIP TO**      ACCT# 47002001

ORION HOME SYSTEMS
1970 RAHN CLIFF COURT, SUITE# 400

EAGAN                    MN   55122

| CUSTOMER NO. | B/L NO. | REFERENCE / P.O. NO. | TERMS | DUE DATE |
|---|---|---|---|---|
| US047002 | T0233241 | 073792-BELIZIEN | NET 30 | 08/01/2005 |

| CREDIT APPROVAL NO. | CARRIER PRO NO. | DATE SHIPPED | SHIPPED VIA | WH |
|---|---|---|---|---|
| | 196-8038570 | 07/01/2005 | YFSY | GS99 / 1 |

| MODEL / SUFFIX | DESCRIPTION | ORDERED | B/ORDERED | SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 26LX2D | LCD Monitor TV 26 | 2 | 0 | 2 | 1,280.00 | 2,560.00 |
| FCH | Freight Charge | 1 | 0 | 1 | 30.00 | 30.00 |

**PLEASE SEND REMITTANCE TO :**
LG ELECTRONICS U.S.A., INC.
PO BOX 73089
CHICAGO, IL 60673-7089

| | |
|---|---|
| NET AMOUNT | 2,560.00 |
| TAX AMOUNT | 0.00 |
| PLEASE PAY THIS AMOUNT → USD | 2,590.00 |

ITEMS ORDERED BUT NOT SHIPPED HAVE BEEN BACKORDERED AND WILL BE SHIPPED AS SOON AS POSSIBLE.
CONSIGNEE : NOTE CAREFULLY CONDITION OF PACKAGES BEFORE RECEIPTING IN GOOD ORDER.
The merchandise herein was delivered to the carrier in good condition. If any shortage or damage is discovered,
either at time of delivery or later, it is incumbent upon the consignee to file claim for redress against the carrier.
No returns accepted unless specifically authorized.
Seller's other standard terms and conditions apply and supersede any additional or conflicting provisions in purchaser's order form.
NOTE : PAST DUE BALANCES ARE SUBJECT TO LATE PAYMENT CHARGES OF 1 1/2% PER MONTH.

Original

ORION00008CONFIDENTIAL

# COMMERCIAL INVOICE

**LG Electronics U.S.A., Inc.**
1000 SYLVAN AVENUE
ENGLEWOOD CLIFFS, N.J. 07632
(201) 816-2000

PAID 5611

| BILL TO | ACCT# US047002 |
|---|---|
| ORION HOME SYSTEMS | |
| 1970 RAHN CLIFF COURT | |
| SUITE# 400 | |
| EAGAN | MN 55122 |

**INVOICE NO.** 41283902
**Date** 05/26/2005
Department 51603
Custom Sales Reps West

| INVOICE MAIL TO | ACCT# US047002 | SHIP TO | ACCT# 47002001 |
|---|---|---|---|
| ORION HOME SYSTEMS | | ORION HOME SYSTEMS | |
| 1970 RAHN CLIFF COURT | | 1970 RAHN CLIFF COURT SUITE# 400 | |
| SUITE# 400 | | | |
| EAGAN | MN 55122 | EAGAN | MN 55122 |

| CUSTOMER NO. | BILL NO. | REFERENCE / P.O. NO. | TERMS | DUE DATE |
|---|---|---|---|---|
| US047002 | C0087190 | 073722DEANS | NET 30 | 08/25/2005 |

| CREDIT APPROVAL NO. | CARRIER PRO NO. | DATE SHIPPED | SHIPPED VIA | WH |
|---|---|---|---|---|
| | 070-7397550 | 05/26/2005 | YF8Y | GS94 / 1 |

| MODEL / SUFFIX | DESCRIPTION | QUANTITY | | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | ORDERED | B/ORDERED | SHIPPED | | |
| 26LX1D | LCD Monitor TV 26 | 1 | 0 | 1 | 1,151.00 | 1,151.00 |

**PLEASE SEND REMITTANCE TO :**
LG ELECTRONICS U.S.A., INC.
PO BOX 73089
CHICAGO, IL 60673-7089

| | |
|---|---|
| NET AMOUNT | 1,151.00 |
| TAX AMOUNT | 0.00 |
| PLEASE PAY THIS AMOUNT ⟶ USD | 1,151.00 |

ITEMS ORDERED BUT NOT SHIPPED HAVE BEEN BACKORDERED AND WILL BE SHIPPED AS SOON AS POSSIBLE.
CONSIGNEE : NOTE CAREFULLY CONDITION OF PACKAGES BEFORE RECEIPTING IN GOOD ORDER.
The merchandise hereon was delivered to the carrier in good condition. If any shortage or damage is discovered,
either in time of delivery or later, it is incumbent upon the consignee to file claim for redress against the carrier.
No returns accepted unless specifically authorized.
Seller's other standard terms and conditions apply and supercede any additional or conflicting provisions in purchaser's order form.
NOTE : PAST DUE BALANCES ARE SUBJECT TO LATE PAYMENT CHARGES OF 1 1/2% PER MONTH.

Original

ORION00009CONFIDENTIAL

# COMMERCIAL INVOICE

 **LG Electronics U.S.A., Inc.**
1000 SYLVAN AVENUE
ENGLEWOOD CLIFFS, N.J. 07632
(201) 816-2000

| BILL TO | ACCT# US047002 |
|---|---|
| ORION HOME SYSTEMS<br>1970 RAHN CLIFF COURT<br>SUITE# 400<br><br>EAGAN                    MN    55122 | |

**INVOICE NO.** 41263901

**Date** 05/26/2005

**Department** 51605

Custom Sales Reps West

| INVOICE MAIL TO | ACCT# US047002 | SHIP TO | ACCT# 47002001 |
|---|---|---|---|
| ORION HOME SYSTEMS<br>1970 RAHN CLIFF COURT<br>SUITE# 400<br><br>EAGAN            MN   55122 | | ORION HOME SYSTEMS<br>1970 RAHN CLIFF COURT, SUITE# 400<br><br>EAGAN           MN  55122 | |

| CUSTOMER NO. | BILL NO. | REFERENCE / P.O. NO. | TERMS | DUE DATE |
|---|---|---|---|---|
| US047002 | C0087079 | 073722DEANS | NET 30 | 06/25/2005 |

| CREDIT APPROVAL NO. | CARRIER PRO BL. | DATE SHIPPED | SHIPPED VIA | W/H |
|---|---|---|---|---|
| | 1Z9343270340060203 | 05/26/2005 | UPSB | GS94 / 1 |

| MODEL / SUFFIX | DESCRIPTION | QUANTITY ORDERED | B/ORDERED | SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 23LX1RV | LCD Monitor TV 23 | 1 | 0 | 1 | 768.00 | 768.00 |

**PLEASE SEND REMITTANCE**
**TO :**
    LG ELECTRONICS U.S.A., INC.
    PO BOX 73089
    CHICAGO, IL 60673-7089

| NET AMOUNT | 768.00 |
|---|---|
| TAX AMOUNT | 0.00 |

PLEASE PAY
THIS AMOUNT ────▶ USD    768.00

ITEMS ORDERED BUT NOT SHIPPED HAVE BEEN BACKORDERED AND WILL BE SHIPPED AS SOON AS POSSIBLE.
CONSIGNEE : NOTE CAREFULLY CONDITION OF PACKAGES BEFORE RECEIPTING IN GOOD ORDER.
The merchandise hereon was delivered to the carrier in good condition. If any shortage or damage is discovered,
either at time of delivery or later. It is incumbent upon the consignee to file claim for redress against the carrier.
No returns accepted unless specifically authorized.
Seller's other standard terms and conditions apply and supercede any additional or conflicting provisions in purchaser's order form.
NOTE : PAST DUE BALANCES ARE SUBJECT TO LATE PAYMENT CHARGES OF 1 1/2% PER MONTH.

**Original**

ORION00010CONFIDENTIAL

# COMMERCIAL INVOICE

**LG Electronics U.S.A., Inc.**
1000 SYLVAN AVENUE
ENGLEWOOD CLIFFS, N.J. 07632
(201) 816-2000

Page : 1 of 1



| BILL TO | ACCT# US047002 |
|---|---|
| ORION HOME SYSTEMS | |
| 1970 RAHN CLIFF COURT | |
| SUITE# 400 | |
| EAGAN | MN  55122 |

| INVOICE NO. | 142240100 |
|---|---|
| Date | 12/22/2006 |

Department  51605
Custom Sales Reps W2

| INVOICE MAIL TO | ACCT# US047002 |
|---|---|
| ORION HOME SYSTEMS | |
| 1970 RAHN CLIFF COURT | |
| SUITE# 400 | |
| EAGAN | MN  55122 |

| SHIP TO | ACCT# 47002001 |
|---|---|
| ORION HOME SYSTEMS | |
| 1970 RAHN CLIFF COURT, SUITE# 400 | |
| EAGAN | MN  55122 |

| CUSTOMER NO. | B/L NO. | REFERENCE / P.O NO. | TERMS | DUE DATE |
|---|---|---|---|---|
| US047002 | T0444878 | 28-6985 | 2% 20/NET 30 | 01/21/2007 |

| CREDIT APPROVAL NO. | CARRIER PRO NO. | DATE SHIPPED | SHIPPED VIA | W/H |
|---|---|---|---|---|
| | 1536084 | 12/22/2006 | PGAA | GS99 / 1 |

| MODEL / SUFFIX | DESCRIPTION | QUANTITY | | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | ORDERED | B/ORDERED | SHIPPED | | |
| 26LC2D | LCD TV 26 | 3 | 0 | 3 | 703.00 | 2,109.00 |
| FCH | Freight Charge | 1 | 0 | 1 | 150.00 | 150.00 |

**PLEASE SEND REMITTANCE TO :**
**LG ELECTRONICS U.S.A., INC.**
PO BOX 73089
CHICAGO, IL 60673-7089

| NET AMOUNT | 2,259.00 |
|---|---|
| TAX AMOUNT | 0.00 |

| PLEASE PAY THIS AMOUNT ⟶ USD | 2,259.00 |
|---|---|

ITEMS ORDERED BUT NOT SHIPPED HAVE BEEN BACKORDERED AND WILL BE SHIPPED AS SOON AS POSSIBLE.
CONSIGNEE : NOTE CAREFULLY CONDITION OF PACKAGES BEFORE RECEIPTING IN GOOD ORDER.
The merchandise hereon was delivered to the carrier in good condition. If any shortage or damage is discovered,
either at time of delivery or later, it is incumbent upon the consignee to file claim for redress against the carrier.
No returns accepted unless specifically authorized.
Seller's other standard terms and conditions apply and supercede any additional or conflicting provisions in purchaser's order form.
NOTE : PAST DUE BALANCES ARE SUBJECT TO LATE PAYMENT CHARGES OF 1 1/2% PER MONTH.

ORION00011CONFIDENTIAL

# COMMERCIAL INVOICE

**LG Electronics U.S.A., Inc.**
100D SYLVAN AVENUE
ENGLEWOOD CLIFFS, N.J. 07632
(201) 816-2000

7256

**BILL TO**    ACCT# US047002

ORION HOME SYSTEMS
1970 RAHN CLIFF COURT
SUITE# 400

EAGAN                    MN   55122

**INVOICE NO.** 111061603
**Date** 09/06/2006
Department 51605
Custom Sales Reps W2

**INVOICE MAIL TO**    ACCT# US047002

ORION HOME SYSTEMS
1970 RAHN CLIFF COURT
SUITE# 400

EAGAN                    MN   55122

**SHIP TO**    ACCT# 47002001

ORION HOME SYSTEMS
1970 RAHN CLIFF COURT, SUITE# 400

EAGAN                    MN  55122

| CUSTOMER NO. | B/L NO. | REFERENCE / P.O. NO. | TERMS | DUE DATE |
|---|---|---|---|---|
| US047002 | A0074941 | 28-9844 | 2% 20/NET 30 | 10/06/2006 |

| CREDIT APPROVAL NO. | CARRIER PRO NO. | DATE SHIPPED | SHIPPED VIA | WH |
|---|---|---|---|---|
| | 0 | 09/06/2006 | UPSS | GS77 / 1 |

| MODEL / SUFFIX | DESCRIPTION | QUANTITY | | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | ORDERED | B.ORDERED | SHIPPED | | |
| 15LW1R | LCD | 1 | 0 | 1 | 694.00 | 694.00 |

**PLEASE SEND REMITTANCE TO:**
LG ELECTRONICS U.S.A., INC.
PO BOX 73089
CHICAGO, IL 60673-7089

| | |
|---|---|
| NET AMOUNT | 694.00 |
| TAX AMOUNT | 0.00 |
| **PLEASE PAY THIS AMOUNT** → USD | 694.00 |

ITEMS ORDERED BUT NOT SHIPPED HAVE BEEN BACKORDERED AND WILL BE SHIPPED AS SOON AS POSSIBLE.
CONSIGNEE : NOTE CAREFULLY CONDITION OF PACKAGES BEFORE RECEIPTING IN GOOD ORDER.
The merchandise hereon was delivered to the carrier in good condition. If any shortage or damage is discovered, either at time of delivery or later, it is incumbent upon the consignee to file claim for redress against the carrier.
No returns accepted unless specifically authorized.
Sellers other standard terms and conditions apply and supersede any additional or conflicting provisions in purchaser's order form.
NOTE : PAST DUE BALANCES ARE SUBJECT TO LATE PAYMENT CHARGES OF 1 1/2% PER MONTH.

Original

ORION00012CONFIDENTIAL

# COMMERCIAL INVOICE

**LG Electronics U.S.A., Inc.**
1000 SYLVAN AVENUE
ENGLEWOOD CLIFFS, N.J. 07632
(201) 816-2000

**PAID**

| | |
|---|---|
| BILL TO | ACCT# US047002 |

ORION HOME SYSTEMS
1970 RAHN CLIFF COURT
SUITE# 400

EAGAN      MN   55122

INVOICE NO.   111061602
Date   08/14/2006
Department 51805
Custom Sales Reps W2

| INVOICE MAIL TO | ACCT# US047002 | SHIP TO | ACCT# 47002001 |
|---|---|---|---|
| ORION HOME SYSTEMS<br>1970 RAHN CLIFF COURT<br>SUITE# 400<br><br>EAGAN   MN   55122 | | ORION HOME SYSTEMS<br>1970 RAHN CLIFF COURT, SUITE# 400<br><br>EAGAN   MN   55122 | |

| CUSTOMER NO. | B/L NO. | REFERENCE / P.O. NO. | TERMS | DUE DATE |
|---|---|---|---|---|
| US047002 | A0069980 | 28-5844 | 2% 20/NET 90 | 09/13/2006 |

| CREDIT APPROVAL NO. | CARRIER PRO NO. | DATE SHIPPED | SHIPPED VIA | WH |
|---|---|---|---|---|
| | 1Z934327124608724 | 08/14/2006 | UPSB | GS77 / 1 |

| MODEL / SUFFIX | DESCRIPTION | QUANTITY | | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | ORDERED | B/ORDERED | SHIPPED | | |
| 15LC1RB | LCD TV 15 | 2 | 0 | 2 | 260.00 | 520.00 |

**PLEASE SEND REMITTANCE TO :**
LG ELECTRONICS U.S.A., INC.
PO BOX 73089
CHICAGO, IL 60673-7089

| | |
|---|---|
| NET AMOUNT | 520.00 |
| TAX AMOUNT | 0.00 |
| PLEASE PAY THIS AMOUNT → USD | 520.00 |

ITEMS ORDERED BUT NOT SHIPPED HAVE BEEN BACKORDERED AND WILL BE SHIPPED AS SOON AS POSSIBLE.
CONSIGNEE : NOTE CAREFULLY CONDITION OF PACKAGES BEFORE RECEIPTING IN GOOD ORDER.

The merchandise hereon was delivered to the carrier in good condition. If any shortage or damage is discovered, either at time of delivery or later, it is incumbent upon the consignee to file claim for redress against the carrier.
No returns accepted unless specifically authorized.
Seller's other standard terms and conditions apply and supersede any additional or conflicting provisions in purchaser's order form.

NOTE : PAST DUE BALANCES ARE SUBJECT TO LATE PAYMENT CHARGES OF 1 1/2% PER MONTH.

ORION00013CONFIDENTIAL

# COMMERCIAL INVOICE

**LG Electronics U.S.A., Inc.**
1000 SYLVAN AVENUE
ENGLEWOOD CLIFFS, N.J. 07632
(201) 816-2000

**BILL TO** ACCT# US047002

ORION HOME SYSTEMS
1970 RAHN CLIFF COURT
SUITE# 400

EAGAN      MN   55122

**INVOICE MAIL TO** ACCT# US047002

ORION HOME SYSTEMS
1970 RAHN CLIFF COURT
SUITE# 400

EAGAN      MN   55122

**SHIP TO** ACCT# 47002001

ORION HOME SYSTEMS
1970 RAHN CLIFF COURT, SUITE# 400

EAGAN      MN   55122

| INVOICE NO. | 74438300 |
|---|---|
| Date | 02/23/2006 |

Department 51603
Custom Sales Reps West

| CUSTOMER NO. | B/L NO. | REFERENCE / P.O. NO. | TERMS | DUE DATE |
|---|---|---|---|---|
| US047002 | T0334583 | 28-4235 READDY | 2% 20/NET 30 | 03/25/2006 |

| CREDIT APPROVAL NO. | CARRIER PRO NO. | DATE SHIPPED | SHIPPED VIA | W/H |
|---|---|---|---|---|
| | 196-8503029 | 02/23/2006 | YFSY | GS99 / 1 |

| MODEL / SUFFIX | DESCRIPTION | QUANTITY ORDERED | B/ORDERED | SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 23LX2R | LCD Monitor TV 23 | 1 | 0 | 1 | 659.00 | 659.00 |
| DU-50PY10   AALLXB | PDP TV | 1 | 0 | 1 | 6,326.00 | 6,326.00 |

| | | NET AMOUNT | 6,985.00 |
|---|---|---|---|
| | | TAX AMOUNT | 0.00 |

**PLEASE SEND REMITTANCE TO :**
LG ELECTRONICS U.S.A., INC.
PO BOX 73089
CHICAGO, IL 60673-7089

| PLEASE PAY THIS AMOUNT ⟶ USD | 6,985.00 |
|---|---|

ITEMS ORDERED BUT NOT SHIPPED HAVE BEEN BACKORDERED AND WILL BE SHIPPED AS SOON AS POSSIBLE.
CONSIGNEE : NOTE CAREFULLY CONDITION OF PACKAGES BEFORE RECEIPTING IN GOOD ORDER.
The merchandise hereon was delivered to the carrier in good condition. If any shortage or damage is discovered,
either at time of delivery or later, it is incumbent upon the consignee to file claim for redress against the carrier.
No returns accepted unless specifically authorized.
Seller's other standard terms and conditions apply and supersede any additional or conflicting provisions in purchaser's order form.
NOTE : PAST DUE BALANCES ARE SUBJECT TO LATE PAYMENT CHARGES OF 1 1/2% PER MONTH.

Original

ORION00014CONFIDENTIAL

# COMMERCIAL INVOICE

**LG Electronics U.S.A., Inc.**
1000 SYLVAN AVENUE
ENGLEWOOD CLIFFS, N.J. 07632
(201) 816-2000

BILL TO       ACCT# US047002

ORION HOME SYSTEMS
1970 RAHN CLIFF COURT
SUITE# 400

EAGAN      MN   55122

| INVOICE NO. | 111061600 |
| --- | --- |
| Date | 08/06/2006 |

Department 51505
Custom Sales Reps W2

INVOICE MAIL TO     ACCT# US047002

ORION HOME SYSTEMS
1970 RAHN CLIFF COURT
SUITE# 400

EAGAN      MN   55122

SHIP TO       ACCT# 47002001

ORION HOME SYSTEMS
1970 RAHN CLIFF COURT, SUITE# 400

EAGAN      MN   55122

| CUSTOMER NO. | B/L NO. | REFERENCE / P.O NO. | TERMS | DUE DATE |
| --- | --- | --- | --- | --- |
| US047002 | T0391289 | 28-5844 | 2% 20/NET 30 | 09/05/2006 |

| CREDIT APPROVAL NO. | CARRIER PRO NO. | DATE SHIPPED | SHIPPED VIA | W/M |
| --- | --- | --- | --- | --- |
| | 186-8573988 | 08/06/2006 | YFSY | GS98 / 1 |

| MODEL / SUFFIX | DESCRIPTION | QUANTITY ORDERED | B/ORDERED | SHIPPED | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| 20LC1RB | LCD TV 20 | 1 | 0 | 1 | 367.00 | 367.00 |
| 23LC1RB | LCD TV 23 | 4 | 0 | 4 | 536.00 | 2,144.00 |
| 42PC1DA | 42" PDP TV | 1 | 0 | 1 | 1,549.00 | 1,549.00 |

PLEASE SEND REMITTANCE
TO :
    LG ELECTRONICS U.S.A., INC.
    PO BOX 73089
    CHICAGO, IL 60673-7089

| | |
| --- | --- |
| NET AMOUNT | 4,060.00 |
| TAX AMOUNT | 0.00 |

| PLEASE PAY THIS AMOUNT  ⟶ USD | 4,060.00 |
| --- | --- |

ITEMS ORDERED BUT NOT SHIPPED HAVE BEEN BACKORDERED AND WILL BE SHIPPED AS SOON AS POSSIBLE.
CONSIGNEE : NOTE CAREFULLY CONDITION OF PACKAGES BEFORE RECEIPTING IN GOOD ORDER.
The merchandise hereon was delivered to the carrier in good condition. If any shortage or damage is discovered,
either at time of delivery or later, it is incumbent upon the consignee to file claim for redress against the carrier.
No returns accepted unless specifically authorized.
Sellers other standard terms and conditions apply and supersede any additional or conflicting provisions in purchaser's order form.
NOTE : PAST DUE BALANCES ARE SUBJECT TO LATE PAYMENT CHARGES OF 1 1/2% PER MONTH.

Original

ORION00015CONFIDENTIAL

# COMMERCIAL INVOICE

**LG** LG Electronics U.S.A., Inc.
1000 SYLVAN AVENUE
ENGLEWOOD CLIFFS, N.J. 07632
(201) 816-2000

**PAID 7004**

| | |
|---|---|
| BILL TO | ACCT# US047002 |

ORION HOME SYSTEMS
1970 RAHN CLIFF COURT
SUITES 400
EAGAN MN 55122

| INVOICE NO. | 180817400 |
|---|---|
| Date | 06/19/2006 |

Department 51605
Custom Sales Reps W2

| INVOICE MAIL TO | ACCT# US047002 |
|---|---|

ORION HOME SYSTEMS
1970 RAHN CLIFF COURT
SUITE 400
EAGAN MN 55122

| SHIP TO | ACCT# 47002001 |
|---|---|

ORION HOME SYSTEMS
1970 RAHN CLIFF COURT, SUITES 400
EAGAN MN 55122

| CUSTOMER NO. | B/L NO. | REFERENCE / P.O NO. | TERMS | DUE DATE |
|---|---|---|---|---|
| US047002 | T0375800 | 28-56790ECKLUND | 2% 20/NET 30 | 07/19/2006 |

| CREDIT APPROVAL NO. | CARRIER PRO NO. | DATE SHIPPED | SHIPPED VIA | WHI |
|---|---|---|---|---|
| | 1Z8041AX0356445391 | 06/19/2006 | UPSB | GS99 / 1 |

| MODEL / SUFFIX | DESCRIPTION | QUANTITY ORDERED | B/ORDERED | SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 20LC1RB | LCD TV 20 | 1 | 0 | 1 | 367.00 | 367.00 |
| FCH | Freight Charge | 1 | 0 | 1 | 50.00 | 50.00 |

PLEASE SEND REMITTANCE
TO :
LG ELECTRONICS U.S.A., INC.
PO BOX 73089
CHICAGO, IL 60673-7089

| NET AMOUNT | 417.00 |
|---|---|
| TAX AMOUNT | 0.00 |
| PLEASE PAY THIS AMOUNT → USD | 417.00 |

ITEMS ORDERED BUT NOT SHIPPED HAVE BEEN BACKORDERED AND WILL BE SHIPPED AS SOON AS POSSIBLE.
CONSIGNEE : NOTE CAREFULLY CONDITION OF PACKAGES BEFORE RECEIPTING IN GOOD ORDER.
The merchandise hereon was delivered to the carrier in good condition. If any shortage or damage is discovered,
either at time of delivery or later, it is incumbent upon the consignee to file claim for redress against the carrier.
No returns accepted unless specifically authorized.
Seller's other standard terms and conditions apply and supercede any additional or conflicting provisions in purchaser's order form.
NOTE : PAST DUE BALANCES ARE SUBJECT TO LATE PAYMENT CHARGES OF 1 1/2% PER MONTH.

Original

ORION00016CONFIDENTIAL

LG Electronics U.S.A., Ins.
1000 SYLVAN AVENUE
ENGLEWOOD CLIFFS, N.J. 07632
(201) 816-2000

# COMMERCIAL INVOICE

2

**BILL TO**

ORION HOME SYSTEMS
1970 RAHN CLIFF COURT
SUITES 400

EAGAN     MN   55122

ACCT#US047002

| CREDIT MEMO | CN203078 |
|---|---|

Date   05/30/2006

Department 51608

Custom Sales Reps W2

**INVOICE MAIL TO**

ORION HOME SYSTEMS
1970 RAHN CLIFF COURT
SUITES 400

EAGAN     MN   55122

ACCT#US047002

**SHIP TO**

ORION HOME SYSTEMS
1970 RAHN CLIFF COURT, SUITES 400

EAGAN     MN   55122

ACCT#47002001

| CUSTOMER NO. | R/A NO. | C.B / REF / P.O. NO. | TERMS | DUE DATE |
|---|---|---|---|---|
| US047002 | | 50878901 | 852 CREDIT MEMO | 05/30/2006 |

| CREDIT APPROVAL NO. | C / M REASON | RECEIVED DATE | SHIPPED VIA | WH |
|---|---|---|---|---|
| | VL PPN | | SAIA | / |

| MODEL | DESCRIPTION | QUANTITY | | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | ORDERED | B/ORDERED | SHIPPED | | |
| 37LC2D | LCD TV 37 | | | 1 | 73.00 | -73.00 |

***** CREDIT MEMO *****
PPN 5/23/06 PRICE DROP FROM
ORDER MANAGEMENT

CREDIT MEMO *****

| | |
|---|---|
| NET AMOUNT | -73.00 |
| TAX AMOUNT | 0.00 |
| FREIGHT AMOUNT | 0.00 |
| CREDIT AMOUNT | -73.00 |

ORION00017CONFIDENTIAL

# COMMERCIAL INVOICE

**LG Electronics U.S.A., Inc.**
1000 SYLVAN AVENUE
ENGLEWOOD CLIFFS, N.J. 07632
(201) 816-2000

**BILL TO**  ACCT# US047002

ORION HOME SYSTEMS
1970 RAHN CLIFF COURT
SUITE# 400

EAGAN    MN   55122

| | |
|---|---|
| **INVOICE NO.** | 93224500 |
| **Date** | 05/17/2008 |

Department 51605
Custom Sales Reps W2

**INVOICE MAIL TO**  ACCT# US047002

ORION HOME SYSTEMS
1970 RAHN CLIFF COURT
SUITE# 400

EAGAN    MN   55122

**SHIP TO**  ACCT# 47002001

ORION HOME SYSTEMS
1970 RAHN CLIFF COURT, SUITE# 400

EAGAN    MN   55122

| CUSTOMER NO. | B/L NO. | REFERENCE / P.O. NO. | TERMS | DUE DATE |
|---|---|---|---|---|
| US047002 | T0364993 | 28-5560 | 2% 20/NET 30 | 06/16/2008 |

| CREDIT APPROVAL NO. | CARRIER PRO NO. | DATE SHIPPED | SHIPPED VIA | WH |
|---|---|---|---|---|
| | 1Z8041AX0343587662 | 05/17/2008 | UPSB | GS99 / 1 |

| MODEL / SUFFIX | DESCRIPTION | QUANTITY ORDERED | B/ORDERED | SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 15LC1RB | LCD TV 15 | 5 | 0 | 5 | 314.00 | 1,570.00 |

**PLEASE SEND REMITTANCE TO :**
LG ELECTRONICS U.S.A., INC.
PO BOX 73089
CHICAGO, IL 60573-7089

| | |
|---|---|
| NET AMOUNT | 1,570.00 |
| TAX AMOUNT | 0.00 |

| PLEASE PAY THIS AMOUNT | → USD | 1,570.00 |
|---|---|---|

ITEMS ORDERED BUT NOT SHIPPED HAVE BEEN BACKORDERED AND WILL BE SHIPPED AS SOON AS POSSIBLE.
CONSIGNEE : NOTE CAREFULLY CONDITION OF PACKAGES BEFORE RECEIPTING IN GOOD ORDER.
The merchandise hereon was delivered to the carrier in good condition. If any shortage or damage is discovered,
either at time of delivery or later, it is incumbent upon the consignee to file claim for redress against the carrier.
No returns accepted unless specifically authorized.
Seller's other standard terms and conditions apply and supercede any additional or conflicting provisions in purchaser's order form.
NOTE : PAST DUE BALANCES ARE SUBJECT TO LATE PAYMENT CHARGES OF 1 1/2% PER MONTH.

ORION00018CONFIDENTIAL

# COMMERCIAL INVOICE

**LG Electronics U.S.A., Inc.**
1000 SYLVAN AVENUE
ENGLEWOOD CLIFFS, N.J. 07632
(201) 816-2000

BILL TO                    ACCT# US047002

ORION HOME SYSTEMS
1970 RAHN CLIFF COURT
SUITE# 400

EAGAN                    MN   55122

| INVOICE NO. | 9037 |
|---|---|
| Date | 05/2 |

Department  51606
Custom Sale

INVOICE MAIL TO          ACCT# US047002          SHIP TO          ACCT# 470

ORION HOME SYSTEMS
1970 RAHN CLIFF COURT
SUITE# 400

EAGAN                    MN   55122

ORION HOME SYSTEMS
1970 RAHN CLIFF COURT, SUITE# 400

EAGAN                    MN   6512

| CUSTOMER NO. | BILL NO. | REFERENCE / P.O. NO. | TERMS | DUE D |
|---|---|---|---|---|
| US047002 | A0052310 | 28-5457 | 2% 20/NET 30 | 06/22/ |

| CREDIT APPROVAL NO. | CARRIER PRO NO. | DATE SHIPPED | SHIPPED VIA |
|---|---|---|---|
|  | 752191553205 | 06/23/2006 | SAIA |

| MODEL / SUFFIX | DESCRIPTION | QUANTITY | | | UNIT PRICE | |
|---|---|---|---|---|---|---|
| | | ORDERED | B/ORDERED | SHIPPED | | |
| 37LC2D | LCD TV 37 | 1 | 0 | 1 | 1,449.00 | |

PLEASE SEND REMITTANCE
TO :
    LG ELECTRONICS U.S.A., INC.
    PO BOX 73089
    CHICAGO, IL  60673-7089

| NET AMOUNT |
|---|
| TAX AMOUNT |

PLEASE PAY
THIS AMOUNT ⟶ USD

ITEMS ORDERED BUT NOT SHIPPED HAVE BEEN BACKORDERED AND WILL BE SHIPPED AS SOON AS POSSIBLE.
CONSIGNEE : NOTE CAREFULLY CONDITION OF PACKAGES BEFORE RECEIPTING IN GOOD ORDER.
The merchandise hereon was delivered to the carrier in good condition. If any shortage or damage is discovered,
either at time of delivery or later, it is incumbent upon the consignee to file claim for redress against the carrier.
No returns accepted unless specifically authorized.
Seller's other standard terms and conditions apply and supercede any additional or conflicting provisions in purchaser's order form.
NOTE ; PAST DUE BALANCES ARE SUBJECT TO LATE PAYMENT CHARGES OF 1 1/2% PER MONTH.

Original

ORION00019CONFIDENTIAL

# COMMERCIAL INVOICE

**LG Electronics U.S.A., Inc.**
1000 SYLVAN AVENUE
ENGLEWOOD CLIFFS, N.J. 07632
(201) 816-2000 .

BILL TO                    ACCT# US047002

| ORION HOME SYSTEMS |
| 1970 RAHN CLIFF COURT |
| SUITE# 400 |
| EAGAN            MN   55122 |

**INVOICE NO.** | 90373900
**Date** | 04/29/2006
Department 51605
Custom Sales Reps W2

INVOICE MAIL TO            ACCT# US047002

ORION HOME SYSTEMS
1970 RAHN CLIFF COURT
SUITE# 400

EAGAN ,               MN   55122

SHIP TO                 ACCT# 47002001

ORION HOME SYSTEMS
1970 RAHN CLIFF COURT, SUITE# 400

EAGAN              MN 55122

| CUSTOMER NO. | B/L NO. | REFERENCE / P.O. NO. | TERMS | DUE DATE |
|---|---|---|---|---|
| US047002 | A0047715 | 28-5457 | 2% 20/NET 30 | 05/29/2006 |

| CREDIT APPROVAL NO. | CARRIER PRO NO. | DATE SHIPPED | SHIPPED VIA | W/H |
|---|---|---|---|---|
| | 0 | 04/29/2006 | UPSB | GS77 / 1 |

| MODEL / SUFFIX | DESCRIPTION | QUANTITY ORDERED | B/ORDERED | SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 23LX2R | LCD Monitor TV 23 | 2 | 0 | 2 | 659.00 | 1,318.00 |
| 15LC1RB | LCD TV 15 | 1 | 0 | 1 | 314.00 | 314.00 |

**PLEASE SEND REMITTANCE TO :**
LG ELECTRONICS U.S.A., INC.
PO BOX 73089
CHICAGO, IL 60673-7089

| NET AMOUNT | 1,632.00 |
| TAX AMOUNT | 0.00 |

PLEASE PAY
THIS AMOUNT  ⟶  USD   1,632.00

ITEMS ORDERED BUT NOT SHIPPED HAVE BEEN BACKORDERED AND WILL BE SHIPPED AS SOON AS POSSIBLE.
CONSIGNEE : NOTE CAREFULLY CONDITION OF PACKAGES BEFORE RECEIPTING IN GOOD ORDER.
The merchandise hereon was delivered to the carrier in good condition. If any shortage or damage is discovered,
either at time of delivery or later, it is incumbent upon the consignee to file claim for redress against the carrier.
No returns accepted unless specifically authorized.
Seller's other standard terms and conditions apply and supercede any additional or conflicting provisions in purchaser's order form.
NOTE : PAST DUE BALANCES ARE SUBJECT TO LATE PAYMENT CHARGES OF 1 1/2% PER MONTH.

Original

ORION00020CONFIDENTIAL

LG Electronics U.S.A., Inc.
1000 SYLVAN AVENUE
ENGLEWOOD CLIFFS, N.J 07632
(201) 816-2000

# COMMERCIAL INVOICE

2

BILL TO

ORION HOME SYSTEMS
1970 RAHN CLIFF COURT
SUITE# 400

ACCT#USD47002

## CREDIT MEMO

CN200883

Date       05/18/2006

Department 61508

Custom Sales Reps W2

EAGAN          MN     55122

INVOICE MAIL TO

ORION HOME SYSTEMS
1970 RAHN CLIFF COURT
SUITE# 400

ACCT#USD47002

SHIP TO

ORION HOME SYSTEMS
1970 RAHN CLIFF COURT  SUITE# 400

ACCT#47002001

EAGAN          MN     55122

EAGAN          MN     55122

| CUSTOMER NO. | R/A NO. | C.B / REF / P.O. NO. | TERMS | DUE DATE |
|---|---|---|---|---|
| USD47002 | | 93224500 | 952 CREDIT MEMO | 05/18/2006 |

| CREDIT APPROVAL NO. | C / M REASON | RECEIVED DATE | SHIPPED VIA | WH |
|---|---|---|---|---|
| | VL PPN | | UPSS | / |

| MODEL | DESCRIPTION | QUANTITY | | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | ORDERED | B/ORDERED | SHIPPED | | |
| 15LC1RB | LCD TV 15 | | | 5 | 15.00 | -75.00 |

***** CREDIT MEMO *****
5/15/06 PRICE DROP FROM ORDER
MANAGEMENT

*CREDIT MEMO *****

| | |
|---|---|
| NET AMOUNT | -75.00 |
| TAX AMOUNT | 0.00 |
| FREIGHT AMOUNT | 0.00 |
| CREDIT AMOUNT | -75.00 |

ORION00021CONFIDENTIAL

# COMMERCIAL INVOICE

**LG Electronics U.S.A., Inc.**
1000 SYLVAN AVENUE
ENGLEWOOD CLIFFS, N.J. 07632
(201) 816-2000

| BILL TO | ACCT# US047002 |
|---|---|
| ORION HOME SYSTEMS | |
| 1970 RAHN CLIFF COURT | |
| SUITE# 400 | |
| EAGAN | MN 55122 |

| INVOICE NO. | 91869800 |
|---|---|
| Date | 05/02/2006 |

Department 61605
Custom Sales Reps W2

| INVOICE MAIL TO | ACCT# US047002 |
|---|---|
| ORION HOME SYSTEMS | |
| 1970 RAHN CLIFF COURT | |
| SUITE# 400 | |
| EAGAN | MN 55122 |

| SHIP TO | ACCT# 47002001 |
|---|---|
| ORION HOME SYSTEMS | |
| 1970 RAHN CLIFF COURT, SUITE# 400 | |
| EAGAN | MN 55122 |

| CUSTOMER NO. | B/L NO. | REFERENCE / P.O. NO. | TERMS | DUE DATE |
|---|---|---|---|---|
| US047002 | T0360014 | 26-5476 DAVIS | 2% 20/NET 30 | 06/01/2006 |

| CREDIT APPROVAL NO. | CARRIER PRO NO. | DATE SHIPPED | SHIPPED VIA | WH |
|---|---|---|---|---|
| | 166-8533791 | 05/02/2006 | YFSY | GS99 / 1 |

| MODEL / SUFFIX | DESCRIPTION | QUANTITY ORDERED | B/ORDERED | SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 32LC2D | LCD TV 32 | 1 | 0 | 1 | 1,094.00 | 1,094.00 |
| 42PC1DA | 42" PDP TV | 1 | 0 | 1 | 1,959.00 | 1,959.00 |

PLEASE SEND REMITTANCE
TO :      LG Electronics U.S.A., INC.
PO BOX 73089
CHICAGO, IL 60673-7089

| NET AMOUNT | 3,053.00 |
|---|---|
| TAX AMOUNT | .00 |
| PLEASE PAY THIS AMOUNT ⟶ USD | 3,053.00 |

ITEMS ORDERED BUT NOT SHIPPED HAVE BEEN BACKORDERED AND WILL BE SHIPPED AS SOON AS POSSIBLE.
CONSIGNEE : NOTE CAREFULLY CONDITION OF PACKAGES BEFORE RECEIPTING IN GOOD ORDER.
The merchandise hereon was delivered to the carrier in good condition. If any shortage or damage is discovered,
either at time of delivery or later, it is incumbent upon the consignee to file claim for redress against the carrier.
No returns accepted unless specifically authorized.
Seller's other standard terms and conditions apply and supersede any additional or conflicting provisions in purchaser's order form.
NOTE : PAST DUE BALANCES ARE SUBJECT TO LATE PAYMENT CHARGES OF 1 1/2% PER MONTH.

Original

ORION00022CONFIDENTIAL

# COMMERCIAL INVOICE

**LG Electronics U.S.A., Inc.**
1000 SYLVAN AVENUE
ENGLEWOOD CLIFFS, N.J. 07632
(201) 816-2000

| BILL TO | ACCT# US047002 |
|---|---|
| ORION HOME SYSTEMS | |
| 1970 RAHN CLIFF COURT | |
| SUITE# 400 | |
| EAGAN | MN 55122 |

**INVOICE NO.** 73769300

**Date** 01/24/2008

Department 51803
Custom Sales Reps West

| INVOICE MAIL TO | ACCT# US047002 | SHIP TO | ACCT# 47002001 |
|---|---|---|---|
| ORION HOME SYSTEMS | | ORION HOME SYSTEMS | |
| 1970 RAHN CLIFF COURT | | 1970 RAHN CLIFF COURT, SUITE# 400 | |
| SUITE# 400 | | | |
| EAGAN | MN 55122 | EAGAN | MN 55122 |

| CUSTOMER NO. | B/L NO. | REFERENCE / P.O. NO. | TERMS | DUE DATE |
|---|---|---|---|---|
| US047002 | T0323008 | 28-4218 | 2% 20/NET 30 | 02/23/2008 |

| CREDIT APPROVAL NO. | CARRIER PRO NO. | DATE SHIPPED | SHIPPED VIA | W/H |
|---|---|---|---|---|
| | 0 | 01/24/2008 | UPSB | GS99 / 1 |

| MODEL / SUFFIX | DESCRIPTION | QUANTITY | | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | ORDERED | B/ORDERED | SHIPPED | | |
| 15LA6R | LCD Monitor TV 15 | 1 | 0 | 1 | 353.00 | 353.00 |
| FCH | Freight Charge | 1 | 0 | 1 | 225.00 | 225.00 |

PLEASE SEND REMITTANCE
TO :
    LG ELECTRONICS U.S.A., INC.
    PO BOX 73089
    CHICAGO, IL 60673-7089

| | |
|---|---|
| NET AMOUNT | 578.00 |
| TAX AMOUNT | 0.00 |
| PLEASE PAY THIS AMOUNT ——► USD | 578.00 |

ITEMS ORDERED BUT NOT SHIPPED HAVE BEEN BACKORDERED AND WILL BE SHIPPED AS SOON AS POSSIBLE.
CONSIGNEE : NOTE CAREFULLY CONDITION OF PACKAGES BEFORE RECEIPTING IN GOOD ORDER.
The merchandise hereon was delivered to the carrier in good condition. If any shortage or damage is discovered,
either at time of delivery or later, it is incumbent upon the consignee to file claim for redress against the carrier.
No returns accepted unless specifically authorized.
Seller's other standard terms and conditions apply and supersede any additional or conflicting provisions in purchaser's order form.
NOTE : PAST DUE BALANCES ARE SUBJECT TO LATE PAYMENT CHARGES OF 1 1/2% PER MONTH.

Original

ORION00023CONFIDENTIAL

# COMMERCIAL INVOICE

**LG Electronics U.S.A., Inc.**
1000 SYLVAN AVENUE
ENGLEWOOD CLIFFS, N.J. 07632
(201) 816-2000

**BILL TO**    ACCT# US047002

ORION HOME SYSTEMS
1970 RAHN CLIFF COURT
SUITE# 400

EAGAN            MN  55122

**INVOICE NO.**    73008800

**Date**    01/18/2006

Department 51603
Custom Sales Reps West

**INVOICE MAIL TO**    ACCT# US047002

ORION HOME SYSTEMS
1970 RAHN CLIFF COURT
SUITE# 400

EAGAN            MN  55122

**SHIP TO**    ACCT# 47002001

ORION HOME SYSTEMS
1970 RAHN CLIFF COURT, SUITE #400

EAGAN            MN  55122

| CUSTOMER NO. | B/L NO. | REFERENCE / P.O. NO. | TERMS | DUE DATE |
|---|---|---|---|---|
| US047002 | T0321819 | 264195HARMS | 2% 20/NET 30 | 02/17/2006 |

| CREDIT APPROVAL NO. | CARRIER PRO NO. | DATE SHIPPED | SHIPPED VIA | W/H |
|---|---|---|---|---|
|  | 0 | 01/18/2006 | UPSB | GS89 / 1 |

| MODEL / SUFFIX | DESCRIPTION | QUANTITY | | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | ORDERED | B/ORDERED | SHIPPED | | |
| 15LA6R | LCD Monitor TV 15 | 1 | 0 | 1 | 353.00 | 353.00 |
| FCH | Freight Charge | 1 | 0 | 1 | 50.00 | 50.00 |

**PLEASE SEND REMITTANCE TO :**
LG ELECTRONICS U.S.A., INC.
PO BOX 73089
CHICAGO, IL 60673-7089

| NET AMOUNT | 403.00 |
|---|---|
| TAX AMOUNT | 0.00 |

**PLEASE PAY THIS AMOUNT** ➞ USD   403.00

ITEMS ORDERED BUT NOT SHIPPED HAVE BEEN BACKORDERED AND WILL BE SHIPPED AS SOON AS POSSIBLE.
CONSIGNEE : NOTE CAREFULLY CONDITION OF PACKAGES BEFORE RECEIPTING IN GOOD ORDER.
The merchandise hereon was delivered to the carrier in good condition. If any shortage or damage is discovered,
either at time of delivery or later, it is incumbent upon the consignee to file claim for redress against the carrier.
No returns accepted unless specifically authorized.
Seller's other standard terms and conditions apply and supersede any additional or conflicting provisions in purchaser's order form.
NOTE : PAST DUE BALANCES ARE SUBJECT TO LATE PAYMENT CHARGES OF 1 1/2% PER MONTH.

Original

ORION00024CONFIDENTIAL

# COMMERCIAL INVOICE

**LG Electronics U.S.A., Inc.**
1000 SYLVAN AVENUE
ENGLEWOOD CLIFFS, N.J. 07632
(201) 816-2000

**BILL TO**      ACCT# US047002

ORION HOME SYSTEMS
1285 CORPORATE CENTER DRIVE
# 125

EAGAN      MN   55121

**INVOICE NO.**    179733203

**Date**    05/30/2007

**$ PAID**

Department 51605
Custom Sales Reps W2

**INVOICE MAIL TO**      ACCT# US047002

ORION HOME SYSTEMS
1285 CORPORATE CENTER DRIVE
# 125

EAGAN      MN   55121

**SHIP TO**      ACCT# 47002001

ORION HOME SYSTEMS
1285 CORPORATE CENTER DRIVE
#125

EAGAN      MN   55121

| CUSTOMER NO. | B/L NO. | REFERENCE / P.O. NO. | TERMS | DUE DATE |
|---|---|---|---|---|
| US047002 | T0501713 | 28-7534 | 2% 20/NET 30 | 06/29/2007 |

| CREDIT APPROVAL NO. | CARRIER PRO NO. | DATE SHIPPED | SHIPPED VIA | W/H |
|---|---|---|---|---|
| | 1Z8041AX0353080154 | 05/30/2007 | UPSB | GS99 / 1 |

| MODEL / SUFFIX | DESCRIPTION | QUANTITY ORDERED | B/ORDERED | SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 37LC7D | LCD TV 37, US MARKET | 1 | 0 | 1 | 1,000.00 | 1,000.00 |

PLEASE SEND REMITTANCE
TO :
   LG ELECTRONICS U.S.A., INC.
   PO BOX 73089
   CHICAGO, IL 60673-7089

| | |
|---|---|
| NET AMOUNT | 1,000.00 |
| TAX AMOUNT | 0.00 |

PLEASE PAY
THIS AMOUNT  ⟶  USD    1,000.00

ITEMS ORDERED BUT NOT SHIPPED HAVE BEEN BACKORDERED AND WILL BE SHIPPED AS SOON AS POSSIBLE.
CONSIGNEE : NOTE CAREFULLY CONDITION OF PACKAGES BEFORE RECEIPTING IN GOOD ORDER.
The merchandise hereon was delivered to the carrier in good condition. If any shortage or damage is discovered,
either at time of delivery or later, it is incumbent upon the consignee to file claim for redress against the carrier.
No returns accepted unless specifically authorized.
Seller's other standard terms and conditions apply and supersede any additional or conflicting provisions in purchaser's order form.
NOTE : PAST DUE BALANCES ARE SUBJECT TO LATE PAYMENT CHARGES OF 1 1/2% PER MONTH.

ORION00025CONFIDENTIAL

# COMMERCIAL INVOICE

**LG Electronics U.S.A., Inc.**
1000 SYLVAN AVENUE
ENGLEWOOD CLIFFS, N.J. 07632
(201) 816-2000

**BILL TO**                    ACCT# US047002

ORION HOME SYSTEMS
1285 CORPORATE CENTER DRIVE
# 125
EAGAN                          MN  55121

**INVOICE NO.**        1797 53202

**Date**        05 30 2007

**Department**  51605
Custom Sales Reps W2

**INVOICE MAIL TO**            ACCT# US047002

ORION HOME SYSTEMS
1285 CORPORATE CENTER DRIVE
# 125
EAGAN                          MN  55121

**SHIP TO**                    ACCT# 47002001

ORION HOME SYSTEMS
1285 CORPORATE CENTER DRIVE
# 125
EAGAN                          MN  55121

| CUSTOMER NO. | EL NO. | REFERENCE / P.O. NO. | TERMS | DUE DATE |
|---|---|---|---|---|
| US047002 | TD501713 | 28-7534 | 2% 20/NET 30 | 06/29/2007 |

| CREDIT APPROVAL NO. | CARRIER PRO NO. | DATE SHIPPED | SHIPPED VIA | WH |
|---|---|---|---|---|
|  | 1ZB041AX0363080154 | 05/30/2007 | UPSB | GS99 / 1 |

| MODEL / SUFFIX | DESCRIPTION | QUANTITY ORDERED | B/ORDERED | SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 26LC7D | LCD TV 26 , US MARKET | 3 | 0 | 3 | 624.00 | 1,872.00 |

**PLEASE SEND REMITTANCE TO :**
LG ELECTRONICS U.S.A., INC.
PO BOX 73089
CHICAGO, IL 60673-7089

| | |
|---|---|
| NET AMOUNT | 1,872.00 |
| TAX AMOUNT | 0.00 |

**PLEASE PAY THIS AMOUNT** → USD 1,872.00

ITEMS ORDERED BUT NOT SHIPPED HAVE BEEN BACKORDERED AND WILL BE SHIPPED AS SOON AS POSSIBLE.
CONSIGNEE : NOTE CAREFULLY CONDITION OF PACKAGES BEFORE RECEIPTING IN GOOD ORDER.
The merchandise hereon was delivered to the carrier in good condition. If any shortage or damage is discovered,
either at time of delivery or later, it is incumbent upon the consignee to file claim for redress against the carrier.
No returns accepted unless specifically authorized.
Seller's other standard terms and conditions apply and supersede any additional or conflicting provisions in purchaser's order form.
NOTE : PAST DUE BALANCES ARE SUBJECT TO LATE PAYMENT CHARGES OF 1 1/2% PER MONTH.

ORION00026CONFIDENTIAL

# COMMERCIAL INVOICE

**LG Electronics U.S.A., Inc.**
1000 SYLVAN AVENUE
ENGLEWOOD CLIFFS, N.J. 07632
(201) 816-2000



**BILL TO**    ACCT# US047002

ORION HOME SYSTEMS
1285 CORPORATE CENTER DRIVE
#125
EAGAN    MN  55121

**INVOICE NO.** 179735201
**Date** 05/21/2007
Department 51605
Custom Sales Reps W2

**INVOICE MAIL TO**    ACCT# US047002

ORION HOME SYSTEMS
1285 CORPORATE CENTER DRIVE
#125
EAGAN    MN  55121

**SHIP TO**    ACCT# 47002001

ORION HOME SYSTEMS
1285 CORPORATE CENTER DRIVE
#125
EAGAN    MN 55121

| CUSTOMER NO. | BILL NO. | REFERENCE / P.O NO. | TERMS | DUE DATE |
|---|---|---|---|---|
| US047002 | T0498283 | 28-7534 | 2% 20/NET 30 | 06/20/2007 |

| CREDIT APPROVAL NO. | CARRIER PRO NO. | DATE SHIPPED | SHIPPED VIA | S WH |
|---|---|---|---|---|
|  | 0 | 05/21/2007 | UPSB | GS99 / 1 |

| MODEL / SUFFIX | DESCRIPTION | QUANTITY ORDERED | B.ORDERED | SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 23LS7D | LCD TV 23 | 4 | 0 | 4 | 500.00 | 2,000.00 |
| 20LS7D | LCD TV 20 | 3 | 0 | 3 | 343.00 | 1,029.00 |

**PLEASE SEND REMITTANCE TO :**
**LG ELECTRONICS U.S.A., INC.**
PO BOX 73089
CHICAGO, IL 60673-7089

| | |
|---|---|
| NET AMOUNT | 3,029.00 |
| TAX AMOUNT | 0.00 |

PLEASE PAY THIS AMOUNT ⟶ USD    3,029.00

ITEMS ORDERED BUT NOT SHIPPED HAVE BEEN BACKORDERED AND WILL BE SHIPPED AS SOON AS POSSIBLE.
CONSIGNEE : NOTE CAREFULLY CONDITION OF PACKAGES BEFORE RECEIPTING IN GOOD ORDER.
This merchandise hereon was delivered to the carrier in good condition. If any shortage or damage is discovered, either at time of delivery or later, it is incumbent upon the consignee to file claim for redress against the carrier.
No returns accepted unless specifically authorized.
Seller's other standard terms and conditions apply and supersede any additional or conflicting provisions in purchaser's order forms.
NOTE : PAST DUE BALANCES ARE SUBJECT TO LATE PAYMENT CHARGES OF 1 1/2% PER MONTH.

Original

ORION00027CONFIDENTIAL

# COMMERCIAL INVOICE

**LG Electronics U.S.A., Inc.**
1000 SYLVAN AVENUE
ENGLEWOOD CLIFFS, N.J. 07632
(201) 816-2000

**INVOICE NO.** 150242602

**Date** 01/27/2007

Department 51605
Custom Sales Reps W2

**BILL TO**     ACCT# US047002

ORION HOME SYSTEMS
1285 CORPORATE CENTER DRIVE
# 125

EAGAN     MN   55121

**INVOICE MAIL TO**     ACCT# US047002

ORION HOME SYSTEMS
1285 CORPORATE CENTER DRIVE
# 125

EAGAN     MN   55121

**SHIP TO**     ACCT# 47002001

ORION HOME SYSTEMS
1285 CORPORATE CENTER DRIVE
# 125

EAGAN     MN   55121

| CUSTOMER NO. | B/L NO. | REFERENCE/P.O. NO. | TERMS | TAX | DUE DATE |
|---|---|---|---|---|---|
| US047002 | A0112364 | 2B-7100 | 2% 20/NET 30 | | 02/26/2007 |

| CREDIT APPROVAL NO. | CARRIER PRO NO. | DATE SHIPPED | SHIPPED VIA | W/H |
|---|---|---|---|---|
| | 1ZB343270346765321 | 01/27/2007 | UPSB | GS77 / 1 |

| MODEL / SUFFIX | DESCRIPTION | QUANTITY ORDERED | B/ORDERED | SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 15LC1RB | LCD TV 15 | 1 | 0 | 1 | 260.00 | 260.00 |
| FCH | Freight Charge | 1 | 0 | 1 | 50.00 | 50.00 |

| | | |
|---|---|---|
| NET AMOUNT | | 310.00 |
| TAX AMOUNT | | 0.00 |

**PLEASE SEND REMITTANCE TO :**
LG ELECTRONICS U.S.A., INC.
PO BOX 73089
CHICAGO, IL 60673-7089

PLEASE PAY THIS AMOUNT → USD   310.00

ITEMS ORDERED BUT NOT SHIPPED HAVE BEEN BACKORDERED AND WILL BE SHIPPED AS SOON AS POSSIBLE.
CONSIGNEE : NOTE CAREFULLY CONDITION OF PACKAGES BEFORE RECEPTING IN GOOD ORDER.

# COMMERCIAL INVOICE

**LG Electronics U.S.A., Inc.**
1000 SYLVAN AVENUE
ENGLEWOOD CLIFFS, N.J. 07632
(201) 816-2000

**BILL TO**     ACCT# US047002

ORION HOME SYSTEMS
1285 CORPORATE CENTER DRIVE
# 125

EAGAN     MN   55121

| INVOICE NO. | 150242504 |
|---|---|
| Date | 01/27/2007 |

Department   51605
Custom Sales Reps W2

**INVOICE MAIL TO**     ACCT# US047002

ORION HOME SYSTEMS
1285 CORPORATE CENTER DRIVE
# 125

EAGAN     MN   55121

**SHIP TO**     ACCT# 47002001

ORION HOME SYSTEMS
1285 CORPORATE CENTER DRIVE
#125

EAGAN     MN   55121

| CUSTOMER NO. | S/L NO. | REFERENCE / P.O. NO. | TERMS | DUE DATE |
|---|---|---|---|---|
| US047002 | TO456624 | 28-7100 | 2% 20/NET 30 | 02/26/2007 |

| CREDIT APPROVAL NO. | CARRIER PRO NO. | DATE SHIPPED | SHIPPED VIA | W/H |
|---|---|---|---|---|
| | 1530488 | 01/27/2007 | PGAA | GS99 / 1 |

| MODEL / SUFFIX | DESCRIPTION | QUANTITY ORDERED | QUANTITY B/ORDERED | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 23LC1RB | LCD TV 23 | 5 | 0 | 5 | 500.00 | 2,500.00 |
| | DISCOUNT : SPA | 0 | 0 | 0 | 0.00 | -375.00 |
| FCH | Freight Charge | 1 | 0 | 1 | 50.00 | 50.00 |

**PLEASE SEND REMITTANCE TO :**
LG ELECTRONICS U.S.A., INC.
PO BOX 73089
CHICAGO, IL 60673-7089

| NET AMOUNT | 2,175.00 |
|---|---|
| TAX AMOUNT | 0.00 |
| PLEASE PAY THIS AMOUNT   USD | 2,175.00 |

ITEMS ORDERED BUT NOT SHIPPED HAVE BEEN BACKORDERED AND WILL BE SHIPPED AS SOON AS POSSIBLE.
CONSIGNEE : NOTE CAREFULLY CONDITION OF PACKAGES BEFORE RECEIPTING IN GOOD ORDER.

CONFIDENTIAL

# COMMERCIAL INVOICE

**LG Electronics U.S.A., Inc.**
1000 SYLVAN AVENUE
ENGLEWOOD CLIFFS, N.J. 07632
(201) 816-2000

PAID 7805

| INVOICE NO. | 150023002 |
|---|---|
| Date | 02/02/2007 |

Department 51605
Custom Sales Reps W2

**BILL TO** ACCT# US047002

ORION HOME SYSTEMS
1285 CORPORATE CENTER DRIVE
# 125

EAGAN                MN  55121

**INVOICE MAIL TO** ACCT# US047002

ORION HOME SYSTEMS
1285 CORPORATE CENTER DRIVE
# 125

EAGAN                MN  55121

**SHIP TO** ACCT# 47002001

ORION HOME SYSTEMS
1285 CORPORATE CENTER DRIVE
#125

EAGAN                MN  55121

| CUSTOMER NO. | B/L NO. | REFERENCE / P.O. NO. | TERMS | DUE DATE |
|---|---|---|---|---|
| US047002 | A0113439 | 28-7121 | 2% 20/NET 30 | 03/04/2007 |

| CREDIT APPROVAL NO. | CARRIER PRO NO. | DATE SHIPPED | SHIPPED VIA | W/H |
|---|---|---|---|---|
|  | 129343270348610444 | 02/02/2007 | UPSB | GS77 / 1 |

| MODEL / SUFFIX | DESCRIPTION | QUANTITY ORDERED | B/ORDERED | SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 15LC1RB | LCD TV 15 | 1 | 0 | 1 | 260.00 | 260.00 |
| FCH | Freight Charge | 1 | 0 | 1 | 160.00 | 160.00 |

| | |
|---|---|
| NET AMOUNT | 420.00 |
| TAX AMOUNT | 0.00 |

**PLEASE SEND REMITTANCE TO :**
  LG ELECTRONICS U.S.A., INC.
  PO BOX 73089
  CHICAGO, IL 60673-7089

PLEASE PAY
THIS AMOUNT  ➔  USD  420.00

ITEMS ORDERED BUT NOT SHIPPED HAVE BEEN BACKORDERED AND WILL BE SHIPPED AS SOON AS POSSIBLE.
CONSIGNEE : NOTE CAREFULLY CONDITION OF PACKAGES BEFORE RECEIPTING IN GOOD ORDER.
The merchandise hereon was delivered to the carrier in good condition. If any shortage or damage is discovered,
either at time of delivery or later, it is incumbent upon the consignee to file claim for recress against the carrier.
No returns accepted unless specifically authorized.
Seller's other standard terms and conditions apply and supersede any additional or conflicting provisions in purchaser's order form.
NOTE : PAST DUE BALANCES ARE SUBJECT TO LATE PAYMENT CHARGES OF 1 1/2% PER MONTH.

Original

ORION00030CONFIDENTIAL