1  Richard M. Heimann (State Bar No. 63607)
   LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
2  Embarcadero Center West
   275 Battery Street, 30th Floor
3  San Francisco, CA 94111-3339
   Telephone:   (415) 956-1000
4  Facsimile:   (415) 956-1008

5  Bruce L. Simon (State Bar No. 96241)
   PEARSON, SIMON, WARSHAW & PENNY, LLP
6  44 Montgomery Street, Suite 2450
   San Francisco, CA 94104
7  Telephone:   (415) 433-9000
   Facsimile:   (415) 433-9008

8
   *Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs*
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

13

14  IN RE: TFT-LCD (FLAT PANEL)              Master File No. M07-1827 SI
    ANTITRUST LITIGATION
15                                           MDL No. 1827

16  ─────────────────────────────           **SUPPLEMENTAL DECLARATION OF
                                             PROPOSED CLASS REPRESENTATIVE
17  This Document Relates to:                TEXAS DIGITAL SYSTEMS, INC. IN
                                             SUPPORT OF DIRECT PURCHASER
    ALL DIRECT PURCHASER ACTIONS            PLAINTIFFS' MOTION FOR CLASS
18                                           CERTIFICATION**
                                             ─────────────────────────────────
19
                                             The Honorable Susan Illston
20

21        In compliance with the Court's September 29, 2009 Order Directing Direct Purchaser

22  Plaintiffs to Submit Supplemental Briefing (Docket #1291), I, Brian Gray, declare as follows:

23        1.      I am employed by Texas Digital Systems, Inc., a proposed class representative in

24  the direct purchaser action *In Re: TFT-LCD (Flat Panel) Antitrust Litigation*, MDL No. 1827.

25        2.      Texas Digital Systems, Inc. is a business incorporated in Texas

26        3.      During the relevant period January 1, 1996 and December 11, 2006, as alleged in

27  paragraph 67 of the Second Amended Direct Purchaser Plaintiffs' Consolidated Complaint,

28  Texas Digital Systems, Inc. purchased TFT-LCD panels directly from defendant Sharp.

─────────────────────────────────────────────────────────────

805329.1841294.1                    - 1 -    SUPP'L DECL. OF PROPOSED CLASS REP. TEXAS
                                             DIGITAL SYSTEMS, INC. ISO DIRECT PURCHASER
                                             PLTFS' MOT. FOR CLASS CERT.
2573755.01                                   MASTER FILE NO. M07-1827 SI

1     4.     Specifically, between 1999 and 2001, Texas Digital Systems, Inc. purchased 1,108

2 of raw TFT-LCD panels for incorporation into quick-serve restaurant order confirmation displays.

3     5.     Attached as Exhibit A to this declaration is a true and correct copy of the

4 invoice(s) received in connection with this purchase.

5     I declare under penalty of perjury under the laws of the United States that the foregoing is

6 true and correct.

7     Executed this _14_ day of _October_, 2009 at _College Station_, Texas.

8

9                             Brian Gray

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

805329.1841294.1

2573755.01

SUPP'L DECL. OF PROPOSED CLASS REP. TEXAS
DIGITAL SYSTEMS, INC. ISO DIRECT PURCHASER
PLTFS' MOT. FOR CLASS CERT.
MASTER FILE NO. M07-1827 SI

# **Exhibit A**



**SHARP** ®

**MICROELECTRONICS OF THE AMERICAS**

5700 N.W. Pacific Rim Blvd. MS#20 Camas. WA 98607
Corporate Number (360) 834-2500

SEND CORRESPONDENCE TO:

603 SE ASSEMBLY AVEN
VANCOUVER    WA 98661
TELEPHONE:

**BILL TO:**
403901 0000

TEXAS DIGITAL SYSTEMS INC

512 FM 2818 RD
COLLEGE STATION   TX 77801

**SHIP TO:**

TEXAS DIGITAL SYSTEMS INC
1816 PNDEROSADRIVE
COLLEGE STATION   TX 77845

| INVOICE NO | INVOICE DATE | ORDER DATE | PURCHASE ORDER NO | SHARP ORDER NO |
|---|---|---|---|---|
| 713805 | 3 16 99 | 2 08 99 | 022128 | G79651-103 |

COMMENTS:

MESSAGES:

| DATA CODE | B/L NO. | FOB | CARRIER | PRO NO. | FREIGHT TERMS |
|---|---|---|---|---|---|
| 010 | EC 292547 | EC | UNITED PARCEL S | 45224880 | PPD & ADD |

| MODEL NBR | ORDER QTY | UNIT PRICE | QTY DISC | INV | ITEM DISCOUNTS 1 | 2 | 3 | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| LQ15X01W | 50 | 700.000 | | 1 | | | | 35,000.00 |

TDS ACCOUNTING
INV. REC'D
INV. PR. = PO. PR.
QTY. INV.=QTY. REC'D
PRICES ADDED
TOTAL PAY _35110.20_
APPROVAL
ACCT. CODE

RECEIVED
MAR 2 2 1999
TDS ACCOUNTING

| PAYMENT TERMS | SUBTOTAL | % SALES TAX | FREIGHT | INV AMOUNT |
|---|---|---|---|---|
| NET 30 DAYS | 35,000.00 | .00 | 110.20 | 35,110.20 |

To assure proper credit please detach and return with remittance.

PLEASE REMIT PAYMENTS TO:

SHARP ELECTRONICS CORP
ID 403901
P.O. BOX 200307
DALLAS, TX. 75320-0307

| DUNS | INV DATE | INVOICE NO |
|---|---|---|
| | 3 16 99 | 713805 |

3EC P
021199

MESSAGES

031699

| CUSTOMER NO | REFERENCE NO | PAYMENT TERM | PAY THIS AMOUNT |
|---|---|---|---|
| 403901 0000 | | NET 30 DAYS | 35,110.20 |

S

ALL CLAIMS FOR LOSS OR DAMAGE MUST BE FILED BY YOU WITH THE CARRIER.  ABSOLUTELY NO RETURNS WILL BE ACCEPTED WITHOUT PRIOR WRITTEN AUTHORIZATION.   NO CLAIMS OF ANY KIND WILL BE ALLOWED AFTER 10 DAYS FROM RECEIPT OF MERCHANDISE.

**CUSTOMER ORIGINAL/INVOICE/REMITTANCE COPY**

1331 REV 03 95

SHME03

TDS00028

# SHARP®

**MICROELECTRONICS OF THE AMERICAS**

5700 N.W. Pacific Rim Blvd, MS#20 Camas. WA 98607
Corporate Number (360) 834-2500

SEND CORRESPONDENCE TO
603 SE ASSEMBLY AVEN
VANCOUVER    WA 98661
TELEPHONE:

| BILL TO: | SHIP TO: |
|---|---|
| 403901 0000 | |
| TEXAS DIGITAL SYSTEMS INC | TEXAS DIGITAL SYSTEMS INC |
| | 405 TECHNOLOGY PKWY |
| 512 FM 2818 RD | COLLEGE STATION   TX 77845 |
| COLLEGE STATION   TX 77801 | |

| INVOICE NO. | INVOICE DATE | ORDER DATE | PURCHASE ORDER NO | SHARP ORDER NO. |
|---|---|---|---|---|
| 986033 | 12 21 99 | 8 09 99 | 023532 | G88432-102 |

COMMENTS:  DUE TO CAPACITY LIMITATIONS, THE BELOW IS OUR BEST EST. DELY

MESSAGES:

| DATA CODE | B/L NO. | FOB | CARRIER | PRO NO. | FREIGHT TERMS |
|---|---|---|---|---|---|
| 010 | EC 518915 | EC | UNITED PARCEL S | 230242773 | PPD & ADD |

| MODEL NBR | ORDER QTY | UNIT PRICE | QTY DISC | INV | ITEM DISCOUNTS 1 | 2 | 3 | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| LQ104V1DC31 | 1 | 390.000 | | 1 | | | | 390.00 |

**RECEIVED**

**DEC 29 1999**

**TDS ACCOUNTING**

| PAYMENT TERMS | SUBTOTAL | % SALES TAX | FREIGHT | INV AMOUNT |
|---|---|---|---|---|
| NET 30 DAYS | 390.00 | .00 | 3.97 | 393.97 |

-------- To assure proper credit please detach and return with remittance. --------

PLEASE REMIT PAYMENTS TO:
SHARP ELECTRONICS CORP.
ID-403901
DEPT CHI (10212)
PALATINE, IL 60055-0212

| DUNS | INV DATE | INVOICE NO | |
|---|---|---|---|
| | 12 21 99 | 986033 | 3EC P |
| MESSAGES | | | 081099 |
| | | | 122199 |

| CUSTOMER NO | REFERENCE NO | PAYMENT TERM | PAY THIS AMOUNT |
|---|---|---|---|
| 403901 0000 | . | NET 30 DAYS | 393.97 |

S

ALL CLAIMS FOR LOSS OR DAMAGE MUST BE FILED BY YOU WITH THE CARRIER. ABSOLUTELY NO RETURNS WILL BE ACCEPTED WITHOUT PRIOR WRITTEN AUTHORIZATION.  NO CLAIMS OF ANY KIND WILL BE ALLOWED AFTER 10 DAYS FROM RECEIPT OF MERCHANDISE.

**CUSTOMER ORIGINAL/INVOICE/REMITTANCE COPY**

1331 REV 03 95

SHME03

TDS00072

# SHARP®
## MICROELECTRONICS
## OF THE AMERICAS
5700 N.W. Pacific Rim Blvd. MS#20 Camas, WA 98607
Corporate Number (360) 834-2500

SEND CORRESPONDENCE TO:
603 SE ASSEMBLY AVEN
VANCOUVER    WA 98661
TELEPHONE:

**BILL TO:**
403901 0000

TEXAS DIGITAL SYSTEMS INC

400 TECHNOLOGY PKWY
COLLEGE STATION  TX 77845-5826

**SHIP TO:**

TEXAS DIGITAL SYSTEMS INC
405 TECHNOLOGY PKWY
COLLEGE STATION  TX 77845-5826

| INVOICE NO | INVOICE DATE | ORDER DATE | PURCHASE ORDER NO | SHARP ORDER NO |
|---|---|---|---|---|
| 218780 | 7 28 00 | 7 24 00 | 26744 | G05846-102 |

COMMENTS:

MESSAGES:

| DATA CODE | B/L NO. | FOB | CARRIER | PRO NO. | FREIGHT TERMS |
|---|---|---|---|---|---|
| 010 | EC 672474 | EC | UNITED PARCEL S | 230240345 | PPD & ADD |

| MODEL NBR | ORDER QTY | UNIT PRICE | QTY DISC | INV | ITEM DISCOUNTS 1 | 2 | 3 | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| LQ15X01W | 5 | 875.000 | | 1 | | | | 4,375.00 |

RECEIVED
AUG 6 3 2000
TDS ACCOUNTING

| PAYMENT TERMS | SUBTOTAL | % SALES TAX | FREIGHT | INV AMOUNT |
|---|---|---|---|---|
| NET 30 DAYS | 4,375.00 | .00 | 11.36 | 4,386.36 |

To assure proper credit please detach and return with remittance.

TDS00066

# SHARP

**MICROELECTRONICS OF THE AMERICAS**

6700 N.W. Pacific Rim Blvd. MS#20 Camas, WA 98607
Corporate Number (360) 834-2500

SEND CORRESPONDENCE TO:

603 SE ASSEMBLY AVEN
VANCOUVER    WA 98661
TELEPHONE:

BILL TO:
   403901 0000

TEXAS DIGITAL SYSTEMS INC

400 TECHNOLOGY PKWY
COLLEGE STATION  TX 77845-5826

SHIP TO:

TEXAS DIGITAL SYSTEMS INC
405 TECHNOLOGY PKWY
COLLEGE STATION  TX 77845

| INVOICE NO | INVOICE DATE | ORDER DATE | PURCHASE ORDER NO | SHARP ORDER NO |
|---|---|---|---|---|
| 224718 | 8 30 00 | 8 25 00 | 27381 | G07667-102 |

COMMENTS:

MESSAGES:

| DATA CODE | B/L NO. | FOB | CARRIER | PRO NO. | FREIGHT TERMS |
|---|---|---|---|---|---|
| 010 | EC 677733 | EC | UNITED PARCEL S | 230240592 | PPD & ADD |

| MODEL NBR | ORDER QTY | UNIT PRICE | QTY DISC | INV | ITEM DISCOUNTS 1 | 2 | 3 | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| LQ15X01W | 10 | 875.000 | | 1 | | | | 8,750.00 |

RECEIVED
SEP 5 2000
TDS ACCOUNTING

| PAYMENT TERMS | SUBTOTAL | % SALES TAX | FREIGHT | INV AMOUNT |
|---|---|---|---|---|
| NET 30 DAYS | 8,750.00 | .00 | 22.72 | 8,772.72 |

To assure proper credit please detach and return with remittance.

PLEASE REMIT PAYMENTS TO:

SHARP ELECTRONICS CORP.
ID-403901
DEPT CHI(10212)
PALATINE, IL  60055-0212

| DUNS | INV DATE | INVOICE NO | |
|---|---|---|---|
| | 8 30 00 | 224718 | 3EC P |
| MESSAGES | | | 082800 |
| | | | 083000 |

| CUSTOMER NO | REFERENCE NO | PAYMENT TERM | PAY THIS AMOUNT | |
|---|---|---|---|---|
| 403901 0000 | | NET 30 DAYS | 8,772.72 | S |

ALL CLAIMS FOR LOSS OR DAMAGE MUST BE FILED BY YOU WITH THE CARRIER. ABSOLUTELY NO RETURNS WILL BE ACCEPTED WITHOUT PRIOR WRITTEN AUTHORIZATION. NO CLAIMS OF ANY KIND WILL BE ALLOWED AFTER 10 DAYS FROM RECEIPT OF MERCHANDISE.

CUSTOMER ORIGINAL/INVOICE/REMITTANCE COPY

1331 REV 03 95

SHME03

TDS00060

# SHARP®

**MICROELECTRONICS
OF THE AMERICAS**

5700 N.W. Pacific Rim Blvd. MS#20 Camas. WA 98607
Corporate Number (360) 834-2500

**BILL TO:**
403901 0000

TEXAS DIGITAL SYSTEMS INC

400 TECHNOLOGY PKWY
COLLEGE STATION  TX 77845-5826

**SHIP TO:**

TEXAS DIGITAL SYSTEMS INC
2215 SEBESTA ROAD
COLLEGE STATION  TX 77845

| INVOICE NO. | INVOICE DATE | ORDER DATE | PURCHASE ORDER NO | SHARP ORDER NO |
|---|---|---|---|---|
| 229177 | 9 22 00 | 9 11 00 | 27310 | G08438-102 |

COMMENTS:

MESSAGES:

| DATA CODE | B/L NO. | FOB | CARRIER | PRO NO. | FREIGHT TERMS |
|---|---|---|---|---|---|
| 010 | EC 681943 | EC | UNITED PARCEL S | 230240754 | PPD & ADD |

| MODEL NBR | ORDER QTY | UNIT PRICE | QTY DISC | INV | ITEM DISCOUNTS 1 | 2 | 3 | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| LQ15X01W | 10 | 875.000 | | 1 | | | | 8,750.00 |

**RECEIVED**

SEP 2 7 2000

**TDS ACCOUNTING**

| PAYMENT TERMS | SUBTOTAL | % SALES TAX | FREIGHT | INV AMOUNT |
|---|---|---|---|---|
| NET 30 DAYS | 8,750.00 | .00 | 22.72 | 8,772.72 |

TDS00057

# SHARP®
## MICROELECTRONICS OF THE AMERICAS

5700 N.W. Pacific Rim Blvd. MS#20 Camas, WA 98607
Corporate Number (360) 834-2500

**BILL TO:**

403901 0000

TEXAS DIGITAL SYSTEMS INC

400 TECHNOLOGY PKWY
COLLEGE STATION  TX 77845-5826

**SHIP TO:**

TEXAS DIGITAL SYSTEMS INC
2215 SEBESTA ROAD
COLLEGE STATION  TX 77845

| INVOICE NO. | INVOICE DATE | ORDER DATE | PURCHASE ORDER NO. | SHARP ORDER NO. |
|---|---|---|---|---|
| 236864 | 10 30 00 | 9 11 00 | 27310 | G08438-105 |

COMMENTS:

MESSAGES:

| DATA CODE | B/L NO. | FOB | CARRIER | PRO NO. | FREIGHT TERMS |
|---|---|---|---|---|---|
| 010 | EC 688644 | EC | UNITED PARCEL S | 263518032 | PPD & ADD |

| MODEL NBR | ORDER QTY | UNIT PRICE | QTY DISC | INV | ITEM DISCOUNTS 1 | 2 | 3 | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| LQ15X01W | 10 | 875.000 | | 1 | | | | 8,750.00 |

**RECEIVED**
NOV 0 6 2000
**TDS ACCOUNTING**

| PAYMENT TERMS | SUBTOTAL | % SALES TAX | FREIGHT | INV AMOUNT |
|---|---|---|---|---|
| NET 30 DAYS | 8,750.00 | .00 | 22.72 | 8,772.72 |

To assure proper credit please detach and return with remittance.

TDS00050

# SHARP®

**MICROELECTRONICS OF THE AMERICAS**

6700 N.W. Pacific Rim Blvd. MS#20 Camas. WA 98607
Corporate Number (360) 834-2500

**BILL TO:**

403901 0000

TEXAS DIGITAL SYSTEMS INC

400 TECHNOLOGY PKWY
COLLEGE STATION  TX 77845-5826

**SHIP TO:**

TEXAS DIGITAL SYSTEMS INC
2215 SEBESTA ROAD
COLLEGE STATION  TX 77845

| INVOICE NO | INVOICE DATE | ORDER DATE | PURCHASE ORDER NO | SHARP ORDER NO |
|---|---|---|---|---|
| 237232 | 10 31 00 | 9 11 00 | 27310 | G08438-107 |

COMMENTS:

MESSAGES:

| DATA CODE | B/L NO. | FOB | CARRIER | PRO NO. | FREIGHT TERMS |
|---|---|---|---|---|---|
| 010 | EC 689211 | EC | UPS BLUE 2ND DA | 263518043 | PPD & ADD |

| MODEL NBR | ORDER QTY | UNIT PRICE | QTY DISC | INV | ITEM DISCOUNTS 1 | 2 | 3 | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| LQ15X01W | 10 | 875.000 | | 1 | | | | 8,750.00 |

**RECEIVED**

NOV 0 6 2000

**TDS ACCOUNTING**

| PAYMENT TERMS | SUBTOTAL | % SALES TAX | FREIGHT | INV AMOUNT |
|---|---|---|---|---|
| NET 30 DAYS | 8,750.00 | .00 | 81.20 | 8,831.20 |

To ensure proper credit please detach and return with remittance

TDS00045

# SHARP®
**MICROELECTRONICS OF THE AMERICAS**
5700 N.W. Pacific Rim Blvd. MS#20 Camas. WA 98607
Corporate Number (360) 834-2500



SEND CORRESPONDENCE TO:
603 SE ASSEMBLY AVEN
VANCOUVER   WA 98661
TELEPHONE:

**BILL TO:**
403901 0000

TEXAS DIGITAL SYSTEMS INC

400 TECHNOLOGY PKWY
COLLEGE STATION  TX 77845-5826

**SHIP TO:**

TEXAS DIGITAL SYSTEMS INC
2215 SEBESTA ROAD
COLLEGE STATION  TX 77845

| INVOICE NO. | INVOICE DATE | ORDER DATE | PURCHASE ORDER NO. | SHARP ORDER NO. |
|---|---|---|---|---|
| 236863 | 10 30 00 | 9 11 00 | 27310 | G08438-104 |

COMMENTS:

MESSAGES:

| DATA CODE | B/L NO. | FOB | CARRIER | PRO NO. | FREIGHT TERMS |
|---|---|---|---|---|---|
| 010 | EC 688643 | EC | UPS BLUE 2ND DA | 263518032 | PPD & ADD |

| MODEL NBR | ORDER QTY | UNIT PRICE | QTY DISC | INV | ITEM DISCOUNTS 1 | 2 | 3 | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| LQ15X01W | 10 | 875.000 | | 1 | | | | 8,750.00 |

RECEIVED

NOV 0 6 2000

TDS ACCOUNTING

| PAYMENT TERMS | SUBTOTAL | % SALES TAX | FREIGHT | INV AMOUNT |
|---|---|---|---|---|
| NET 30 DAYS | 8,750.00 | .00 | 81.20 | 8,831.20 |

To assure proper credit please detach and return with remittance

TDS00048

# SHARP®
## MICROELECTRONICS OF THE AMERICAS
5700 N.W. Pacific Rim Blvd. MS#20 Camas, WA 98607
Corporate Number (360) 834-2500

SEND CORRESPONDENCE TO
603 SE ASSEMBLY AVEN
VANCOUVER    WA 98661
TELEPHONE:

**BILL TO:**
403901 0000

TEXAS DIGITAL SYSTEMS INC

400 TECHNOLOGY PKWY
COLLEGE STATION  TX 77845-5826

**SHIP TO:**

TEXAS DIGITAL SYSTEMS INC
2215 SEBESTA ROAD
COLLEGE STATION  TX 77845

| INVOICE NO | INVOICE DATE | ORDER DATE | PURCHASE ORDER NO | SHARP ORDER NO |
|---|---|---|---|---|
| 240853 | 11 27 00 | 9 11 00 | 27310 | G08438-109 |

COMMENTS:

MESSAGES:

| DATA CODE | B/L NO. | FOB | CARRIER | PRO NO. | FREIGHT TERMS |
|---|---|---|---|---|---|
| 010 | EC 692443 | EC | UPS BLUE 2ND DA | 263518220 | PPD & ADD |

| MODEL NBR | ORDER QTY | UNIT PRICE | QTY DISC | INV | ITEM DISCOUNTS 1 | 2 | 3 | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| LQ15X01W | 10 | 875.000 | | 1 | | | | 8,750.00 |

RECEIVED
DEC 0 1 2000
TDS ACCOUNTING

| PAYMENT TERMS | SUBTOTAL | % SALES TAX | FREIGHT | INV AMOUNT |
|---|---|---|---|---|
| NET 30 DAYS | 8,750.00 | .00 | 81.20 | 8,831.20 |

To assure proper credit please detach and return with remittance

TDS00042

# SHARP®

**MICROELECTRONICS OF THE AMERICAS**

5700 N.W. Pacific Rim Blvd. MS#20 Camas. WA 98607
Corporate Number (360) 834-2500

SEND CORRESPONDENCE TO:

603 SE ASSEMBLY AVEN
VANCOUVER    WA 98661
TELEPHONE:

**BILL TO:**

403901 0000

TEXAS DIGITAL SYSTEMS INC

512 FM 2818 RD
COLLEGE STATION   TX 77801

**SHIP TO:**

TEXAS DIGITAL SYSTEMS INC
1816 PONDEROSA DRIVE
COLLEGE STATION   TX 77845

| INVOICE NO | INVOICE DATE | ORDER DATE | PURCHASE ORDER NO | SHARP ORDER NO |
|---|---|---|---|---|
| 641534 | 1 06 99 | 1 04 99 | 021842 | G77852-102 |

COMMENTS:

MESSAGES:

| DATA CODE | B/L NO. | FOB | CARRIER | PRO NO. | FREIGHT TERMS |
|---|---|---|---|---|---|
| 010 | EC 239182 | EC | UPS RED NEXT DA | 45224827 | PPD & ADD |

| MODEL NBR | ORDER QTY | UNIT PRICE | QTY DISC | INV | ITEM DISCOUNTS 1 | 2 | 3 | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| LQ150X1DG11 | 1 | 650.000 | | 1 | | | | 650.00 |

*Δ pay to sharp* (handwritten)

**RECEIVED**
JAN 11 1999
**TDS ACCOUNTING**

| PAYMENT TERMS | SUBTOTAL | % SALES TAX | FREIGHT | INV AMOUNT |
|---|---|---|---|---|
| NET 30 DAYS | 650.00 | .00 | 29.75 | 679.75 |

To assure proper credit please detach and return with remittance.

| PLEASE REMIT PAYMENTS TO: | DUNS | INV DATE | INVOICE NO | |
|---|---|---|---|---|
| SHARP ELECTRONICS CORP. ID-403901 P.O. BOX 200307 DALLAS, TX  75320-0307 | | 1 06 99 | 641534 | 3EC P 010599 010699 |
| | MESSAGES | | | |

| CUSTOMER NO | REFERENCE NO | PAYMENT TERM | PAY THIS AMOUNT | |
|---|---|---|---|---|
| 403901 0000 | | NET 30 DAYS | 679.75 | S |

ALL CLAIMS FOR LOSS OR DAMAGE MUST BE FILED BY YOU WITH THE CARRIER.  ABSOLUTELY NO RETURNS WILL BE ACCEPTED WITHOUT PRIOR WRITTEN AUTHORIZATION.  NO CLAIMS OF ANY KIND WILL BE ALLOWED AFTER 10 DAYS FROM RECEIPT OF MERCHANDISE.

CUSTOMER ORIGINAL/INVOICE/REMITTANCE COPY

1331 REV 03 95

SHME03

TDS00038

# SHARP®

**MICROELECTRONICS OF THE AMERICAS**

5700 N.W. Pacific Rim Blvd. MS#20 Camas, WA 98607
Corporate Number (360) 834-2500

SEND CORRESPONDENCE TO:

603 SE ASSEMBLY AVEN
VANCOUVER    WA 98661
TELEPHONE:

**BILL TO:**
403901 0000

TEXAS DIGITAL SYSTEMS INC

512 FM 2818 RD
COLLEGE STATION  TX 77801

**SHIP TO:**

TEXAS DIGITAL SYSTEMS INC
1816 PONDEROSA
COLLEGE STATION  TX 77845

| INVOICE NO | INVOICE DATE | ORDER DATE | PURCHASE ORDER NO | SHARP ORDER NO |
|---|---|---|---|---|
| 647887 | 1 14 99 | 1 13 98 | 021981 | G78296-102 |

COMMENTS:

MESSAGES:

| DATA CODE | B/L NO. | FOB | CARRIER | PRO NO. | FREIGHT TERMS |
|---|---|---|---|---|---|
| 010 | EC 244787 | EC | FED EX PRIORITY | 422900150648 | PPD & ADD |

| MODEL NBR | ORDER QTY | UNIT PRICE | QTY DISC | INV | ITEM DISCOUNTS 1  2  3 | AMOUNT |
|---|---|---|---|---|---|---|
| LQ150X1DG11 | 1 | 650.000 | | 1 | | 650.00 |

TDS ACCOUNTING
INV. REC'D _____
INV. PR. = PO. PR. _____
QTY. INV.=QTY. REC'D _____
PRICES ADDED _____
TOTAL PAY   671.46
APPROVAL _____
ACCT. CODE _____

RECEIVED
JAN 2 2 1999
TDS ACCOUNTING

| PAYMENT TERMS | SUBTOTAL | % SALES TAX | FREIGHT | INV AMOUNT |
|---|---|---|---|---|
| NET 30 DAYS | 650.00 | .00 | 21.46 | 671.46 |

To assure proper credit please detach and return with remittance.

PLEASE REMIT PAYMENTS TO:

SHARP ELECTRONICS CORP.
ID-403901
P.O. BOX 200307
DALLAS, TX. 75320-0307

| DUNS | INV DATE | INVOICE NO |
|---|---|---|
| | 1 14 99 | 647887 |

3EC P
011399

MESSAGES

011499

| CUSTOMER NO | REFERENCE NO | PAYMENT TERM | PAY THIS AMOUNT |
|---|---|---|---|
| 403901 0000 | | NET 30 DAYS | 671.46 |

S

ALL CLAIMS FOR LOSS OR DAMAGE MUST BE FILED BY YOU WITH THE CARRIER.  ABSOLUTELY NO RETURNS WILL BE ACCEPTED WITHOUT PRIOR WRITTEN AUTHORIZATION.  NO CLAIMS OF ANY KIND WILL BE ALLOWED AFTER 10 DAYS FROM RECEIPT OF MERCHANDISE.

**CUSTOMER ORIGINAL/INVOICE/REMITTANCE COPY**

1331 REV 03 95

SHME03

TDS00034

# SHARP®

**MICROELECTRONICS OF THE AMERICAS**

5700 N.W. Pacific Rim Blvd. MS#20 Camas. WA 98607
Corporate Number (360) 834-2500

SEND CORRESPONDENCE TO:
603 SE ASSEMBLY AVEN
VANCOUVER   WA 98661
TELEPHONE:

**BILL TO:**
403901 0000

TEXAS DIGITAL SYSTEMS INC

512 FM 2818 RD
COLLEGE STATION  TX 77801

**SHIP TO:**

TEXAS DIGITAL SYSTEMS INC
1816 PNDEROSADRIVE
COLLEGE STATION  TX 77845

| INVOICE NO | INVOICE DATE | ORDER DATE | PURCHASE ORDER NO. | SHARP ORDER NO. |
|---|---|---|---|---|
| 708612 | 3 10 99 | 2 08 99 | 022128 | G79651-102 |

COMMENTS:

MESSAGES:

| DATA CODE | B/L NO. | FOB | CARRIER | PRO NO. | FREIGHT TERMS |
|---|---|---|---|---|---|
| 010 | EC 289723 | EC | UNITED PARCEL S | 45224875 | PPD & ADD |

| MODEL NBR | ORDER QTY | UNIT PRICE | QTY DISC | INV | ITEM DISCOUNTS 1 | 2 | 3 | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| LQ15X01W | 50 | 700.000 | | 1 | | | | 35,000.00 |

TDS ACCOUNTING
INV. REC'D _____
INV. PR. = PO. PR. _____
QTY. INV.=QTY. REC'D _____
PRICES ADDED
TOTAL PAY 35110.20
APPROVAL _____
ACCT. CODE _____

RECEIVED
MAR 15 1999
TDS ACCOUNTING

| PAYMENT TERMS | SUBTOTAL | % SALES TAX | FREIGHT | INV AMOUNT |
|---|---|---|---|---|
| NET 30 DAYS | 35,000.00 | .00 | 110.20 | 35,110.20 |

To assure proper credit please detach and return with remittance.

PLEASE REMIT PAYMENTS TO:
SHARP ELECTRONICS CORP.
ID-403901
P.O. BOX 200307
DALLAS, TX. 75320-0307

| DUNS | INV DATE | INVOICE NO | |
|---|---|---|---|
| | 3 10 99 | 708612 | 3EC P |
| MESSAGES | | | 021199 |
| | | | 031099 |

| CUSTOMER NO | REFERENCE NO | PAYMENT TERM | PAY THIS AMOUNT |
|---|---|---|---|
| 403901 0000 | | NET 30 DAYS | 35,110.20 |

S

ALL CLAIMS FOR LOSS OR DAMAGE MUST BE FILED BY YOU WITH THE CARRIER. ABSOLUTELY NO RETURNS WILL BE ACCEPTED WITHOUT PRIOR WRITTEN AUTHORIZATION. NO CLAIMS OF ANY KIND WILL BE ALLOWED AFTER 10 DAYS FROM RECEIPT OF MERCHANDISE.

CUSTOMER ORIGINAL/INVOICE/REMITTANCE COPY

1331 REV 03 95

5HME03

TDS00031

# SHARP®

**MICROELECTRONICS**
**OF THE AMERICAS**

5700 N.W. Pacific Rim Blvd. MS#20 Camas. WA 98607
Corporate Number (360) 834-2500

SEND CORRESPONDENCE TO:

603 SE ASSEMBLY AVEN
VANCOUVER    WA 98661
TELEPHONE:

| BILL TO: | SHIP TO: |
|---|---|
| 403901 0000 | |
| TEXAS DIGITAL SYSTEMS INC | TEXAS DIGITAL SYSTEMS INC |
| | 1816 PONDEROSA DRIVE |
| 512 FM 2818 RD | COLLEGE STATION  TX 77845 |
| COLLEGE STATION  TX 77801 | |

| INVOICE NO. | INVOICE DATE | ORDER DATE | PURCHASE ORDER NO. | SHARP ORDER NO. | |
|---|---|---|---|---|---|
| 738073 | 3 31 99 | 2 08 99 | 022128 | G79651-105 | ---- |

COMMENTS:

MESSAGES:                                                    ----

| DATA CODE | B/L NO. | FOB | CARRIER | PRO NO. | FREIGHT TERMS |
|---|---|---|---|---|---|
| 010 | EC 312805 | EC | UNITED PARCEL S | 45224891 | PPD & ADD |

| MODEL NBR | ORDER QTY | UNIT PRICE | QTY DISC | INV | ITEM DISCOUNTS 1 | 2 | 3 | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| LQ15X05W | 100 | 700.000 | | 1 | | | | 70,000.00 |

TDS ACCOUNTING
INV. REC'D
INV. PR. = PO. PR.
QTY. INV.=QTY. REC'D
PRICES ADDED
TOTAL PAY 70,220.⁰⁰
APPROVAL
ACCT CODE

**RECEIVED**
APR 0 7 1999
**TDS ACCOUNTING**

| PAYMENT TERMS | SUBTOTAL | % SALES TAX | FREIGHT | INV. AMOUNT |
|---|---|---|---|---|
| NET 30 DAYS | 70,000.00 | .00 | 220.00 | 70,220.00 |

To assure proper credit please detach and return with remittance.

| PLEASE REMIT PAYMENTS TO: | DUNS | INV DATE | INVOICE NO | |
|---|---|---|---|---|
| SHARP ELECTRONICS CORP. | | 3 31 99 | 738073 | 3EC P |
| ID-403901 | MESSAGES | | | 021199 |
| P.O. BOX 200307 | | | | |
| DALLAS. TX. 75320-0307 | | | | 040199 |

| CUSTOMER NO | REFERENCE NO | PAYMENT TERM | PAY THIS AMOUNT | |
|---|---|---|---|---|
| 403901 0000 | | NET 30 DAYS | 70,220.00 | S |

ALL CLAIMS FOR LOSS OR DAMAGE MUST BE FILED BY YOU WITH THE CARRIER.  ABSOLUTELY NO RETURNS WILL BE ACCEPTED WITHOUT PRIOR WRITTEN
AUTHORIZATION.  NO CLAIMS OF ANY KIND WILL BE ALLOWED AFTER 10 DAYS FROM RECEIPT OF MERCHANDISE.

CUSTOMER ORIGINAL/INVOICE/REMITTANCE COPY

1331 REV 03 95                                                    SHME03

TDS00022



# SHARP®
## MICROELECTRONICS
## OF THE AMERICAS
5700 N.W. Pacific Rim Blvd. MS#20 Camas. WA 98607
Corporate Number (360) 834-2600

SEND CORRESPONDENCE TO:

603 SE ASSEMBLY AVEN
VANCOUVER   WA 98661
TELEPHONE:

BILL TO:
    403901 0000

TEXAS DIGITAL SYSTEMS INC

512 FM 2818 RD
COLLEGE STATION   TX 77801

SHIP TO:

TEXAS DIGITAL SYSTEMS INC
1816 PONDEROSA DRIVE
COLLEGE STATION   TX 77845

| INVOICE NO. | INVOICE DATE | ORDER DATE | PURCHASE ORDER NO | SHARP ORDER NO |
|---|---|---|---|---|
| 735707 | 3 30 99 | 2 08 99 | 022128 | G79651-104 |

COMMENTS:

MESSAGES:

| DATA CODE | B/L NO. | FOB | CARRIER | PRO NO. | FREIGHT TERMS |
|---|---|---|---|---|---|
| 010 | EC 311002 | EC | UNITED PARCEL S | 45224890 | PPD & ADD |

| MODEL NBR | ORDER QTY | UNIT PRICE | QTY DISC | INV | ITEM DISCOUNTS 1 | 2 | 3 | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| LQ15X01W | 100 | 700.000 | | 1 | | | | 70,000.00 |

TDS ACCOUNTING
INV. REC'D _____
INV. PR. = PO. PR. _____
QTY. INV = QTY. REC'D _____
PRICES ADDED _____
TOTAL PAY   70 210.60
APPROVAL _____
ACCT. CODE _____

**RECEIVED**

APR 0 7 1999

**TDS ACCOUNTING**

| PAYMENT TERMS | SUBTOTAL | % SALES TAX | FREIGHT | INV AMOUNT |
|---|---|---|---|---|
| NET 30 DAYS | 70,000.00 | .00 | 219.60 | 70,219.60 |

To assure proper credit please detach and return with remittance.

| PLEASE REMIT PAYMENTS TO: | DUNS | INV DATE | INVOICE NO | |
|---|---|---|---|---|
| SHARP ELECTRONICS CORP. ID-403901 P.O. BOX 200307 DALLAS, TX. 75320-0307 | | 3 30 99 | 735707 | 3EC P 021199 |
| | MESSAGES | | | 033199 |

| CUSTOMER NO | REFERENCE NO | PAYMENT TERM | PAY THIS AMOUNT | |
|---|---|---|---|---|
| 403901 0000 | | NET 30 DAYS | 70,219.60 | S |

ALL CLAIMS FOR LOSS OR DAMAGE MUST BE FILED BY YOU WITH THE CARRIER. ABSOLUTELY NO RETURNS WILL BE ACCEPTED WITHOUT PRIOR WRITTEN
AUTHORIZATION. NO CLAIMS OF ANY KIND WILL BE ALLOWED AFTER 10 DAYS FROM RECEIPT OF MERCHANDISE.
### CUSTOMER ORIGINAL/INVOICE/REMITTANCE COPY

1331 REV 03 95

SHME03

TDS00025

# SHARP®

**MICROELECTRONICS OF THE AMERICAS**

5700 N.W. Pacific Rim Blvd. MS#20 Camas, WA 98607
Corporate Number (360) 834-2500

SEND CORRESPONDENCE TO:

603 SE ASSEMBLY AVEN
VANCOUVER    WA 98661
TELEPHONE:



**BILL TO:**

403901 0000

TEXAS DIGITAL SYSTEMS INC

512 FM 2818 RD
COLLEGE STATION  TX 77801

**SHIP TO:**

TEXAS DIGITAL SYSTEMS INC
1816 PONDEROSA DRIVE
COLLEGE STATION  TX 77845

| INVOICE NO. | INVOICE DATE | ORDER DATE | PURCHASE ORDER NO. | SHARP ORDER NO. | |
|---|---|---|---|---|---|
| 738140 | 3 31 99 | 3 01 99 | 022312 | G80745-102 | ---- |

COMMENTS: DUE TO CAPACITY LIMITATIONS, THE BELOW IS OUR BEST EST. DELY

MESSAGES:

*John Albright*
*Dr Qais Sherif*

| DATA CODE | B/L NO. | FOB | CARRIER | PRO NO. | FREIGHT TERMS |
|---|---|---|---|---|---|
| 010 | EC 313896 | EC | UNITED PARCEL S | 45224891 | PPD & ADD |

| MODEL NBR | ORDER QTY | UNIT PRICE | QTY. DISC | INV | ITEM DISCOUNTS 1 | 2 | 3 | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| LQ15X05W | 200 | 700.000 | | 1 | | | | 140,000.00 |

TDS ACCOUNTING
INV. REC'D
INV. PR. = PO. PR.
QTY. INV.=QTY. REC'D
PRICES ADDED
TOTAL PAY  140 440 .40
APPROVAL
ACCT. CODE

**RECEIVED**
APR 0 7 1999
**TDS ACCOUNTING**

| PAYMENT TERMS | SUBTOTAL | % SALES TAX | FREIGHT | INV. AMOUNT |
|---|---|---|---|---|
| NET 30 DAYS | 140,000.00 | .00 | 440.40 | 140,440.40 |

To assure proper credit please detach and return with remittance.

PLEASE REMIT PAYMENTS TO:

SHARP ELECTRONICS CORP.
ID-403901
P.O. BOX 200307
DALLAS, TX. 75320-0307

| | DUNS | INV DATE | INVOICE NO | |
|---|---|---|---|---|
| | | 3 31 99 | 738140 | 3EC P |
| | MESSAGES | | | 030899 |
| | | | | 040199 |

| CUSTOMER NO | REFERENCE NO | PAYMENT TERM | PAY THIS AMOUNT | |
|---|---|---|---|---|
| 403901 0000 | . | NET 30 DAYS | 140,440.40 | S |

ALL CLAIMS FOR LOSS OR DAMAGE MUST BE FILED BY YOU WITH THE CARRIER. ABSOLUTELY NO RETURNS WILL BE ACCEPTED WITHOUT PRIOR WRITTEN AUTHORIZATION. NO CLAIMS OF ANY KIND WILL BE ALLOWED AFTER 10 DAYS FROM RECEIPT OF MERCHANDISE.

CUSTOMER ORIGINAL/INVOICE/REMITTANCE COPY

1331 REV 03 95

SHME03

TDS00018



# SHARP®
## MICROELECTRONICS
## OF THE AMERICAS
5700 N.W. Pacific Rim Blvd. MS#20 Camas. WA 98607
Corporate Number (360) 834-2500

SEND CORRESPONDENCE TO:
603 SE ASSEMBLY AVEN
VANCOUVER    WA 98661
TELEPHONE:



RECEIVED
JUN 0 4 1999
TDS ACCOUNTING

BILL TO:
    403901 0000

TEXAS DIGITAL SYSTEMS INC

512 FM 2818 RD
COLLEGE STATION  TX 77801

SHIP TO:

TEXAS DIGITAL SYSTEMS INC
1816 PONDEROSA DRIVE
COLLEGE STATION  TX 77845

| INVOICE NO | INVOICE DATE | ORDER DATE | PURCHASE ORDER NO | SHARP ORDER NO |
|---|---|---|---|---|
| 788560 | 5.28.99 | 3.01.99 | 022312 | G80745-103 |

COMMENTS: DUE TO CAPACITY LIMITATIONS, THE BELOW IS OUR BEST EST. DELY

MESSAGES:

| DATA CODE | B/L NO. | FOB | CARRIER | PRO NO. | FREIGHT TERMS |
|---|---|---|---|---|---|
| 010 | EC 357192 | EC | UNITED PARCEL S | 10725233 | PPD & ADD |

| MODEL NBR | ORDER QTY | UNIT PRICE | QTY DISC | INV | ITEM DISCOUNTS 1 | 2 | 3 | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| LQ15X05W | 100 | 700.000 | | 1 | | | | 70,000.00 |
| LQ150X1DG01 | 100 | 700.000 | | 1 | | | | 70,000.00 |

TDS ACCOUNTING
INV. REC'D _____
INV. PR. = PO. PR._____ ✓
QTY. INV.=QTY. REC'D __ ✓
PRICES ADDED _____ ✓
TOTAL PAY __140,440.40
APPROVAL _____
ACCT. CODE _____

| PAYMENT TERMS | SUBTOTAL | % SALES TAX | FREIGHT | INV AMOUNT |
|---|---|---|---|---|
| NET 30 DAYS | 140,000.00 | .00 | 440.40 | 140,440.40 |

To assure proper credit please detach and return with remittance.

PLEASE REMIT PAYMENTS TO:
SHARP ELECTRONICS CORP.
ID-403901
P.O. BOX 200307
DALLAS, TX. 75320-0307

| DUNS | INV DATE | INVOICE NO |
|---|---|---|
| | 5 28 99 | 788560 |

MESSAGES

3EC P
030899

052899

| CUSTOMER NO | REFERENCE NO | PAYMENT TERM | PAY THIS AMOUNT |
|---|---|---|---|
| 403901 0000 | | NET 30 DAYS | 140,440.40 |

S

ALL CLAIMS FOR LOSS OR DAMAGE MUST BE FILED BY YOU WITH THE CARRIER. ABSOLUTELY NO RETURNS WILL BE ACCEPTED WITHOUT PRIOR WRITTEN
AUTHORIZATION. NO CLAIMS OF ANY KIND WILL BE ALLOWED AFTER 10 DAYS FROM RECEIPT OF MERCHANDISE.

CUSTOMER ORIGINAL/INVOICE/REMITTANCE COPY

1331 REV 03 95

SHME03

TDS00013

# SHARP®

**MICROELECTRONICS**
**OF THE AMERICAS**

5700 N.W. Pacific Rim Blvd. MS#20 Camas, WA 98007
Corporate Number (360) 834-2500

SEND CORRESPONDENCE TO:

603 SE ASSEMBLY AVEN
VANCOUVER    WA 98661
TELEPHONE:

**BILL TO:**

403901 0000

TEXAS DIGITAL SYSTEMS INC

512 FM 2818 RD
COLLEGE STATION  TX 77801

**SHIP TO:**

TEXAS DIGITAL SYSTEMS INC
405 TECHNOLOGY PKWY
COLLEGE STATION  TX 77845

| INVOICE NO. | INVOICE DATE | ORDER DATE | PURCHASE ORDER NO. | SHARP ORDER NO. |
|---|---|---|---|---|
| 874014 | 8 30 99 | 7 28 99 | 023391 | G87858-102 |

COMMENTS:

MESSAGES:

| DATA CODE | B/L NO. | FOB | CARRIER | PRO NO. | FREIGHT TERMS |
|---|---|---|---|---|---|
| 010 | EC 428659 | EC | UNITED PARCEL S | 107252994 | PPD & ADD |

| MODEL NBR | ORDER QTY | UNIT PRICE | QTY DISC | INV ITEM DISCOUNTS 1 2 3 | AMOUNT |
|---|---|---|---|---|---|
| LQ15X01W | 100 | 675.000 | | CST ST649102649 | 67,500.00 |

RECEIVED
SEP 0 9 1999
TDS ACCOUNTING

TDS ACCOUNTING
INV. REC'D _____
INV. PR. = PO. PR._____
QTY. INV.=QTY. REC'D ✓
PRICES ADDED _____
TOTAL PAY ____67720.40
APPROVAL _____
ACCT. CODE

| PAYMENT TERMS | SUBTOTAL | % SALES TAX | FREIGHT | INV AMOUNT |
|---|---|---|---|---|
| NET 30 DAYS | 67,500.00 | .00 | 220.40 | 67,720.40 |

-------To-assure-proper-credit-please-detach-and-return-with-remittance.-------

PLEASE REMIT PAYMENTS TO:

SHARP ELECTRONICS CORP.
ID-403901
P.O. BOX 200307
DALLAS, TX. 75320-0307

| DUNS | | INV DATE | INVOICE NO |
|---|---|---|---|
| | | 8 30 99 | 874014 |
| MESSAGES | | | |

3EC P
073099

083199

| CUSTOMER NO | REFERENCE NO | PAYMENT TERM | PAY THIS AMOUNT |
|---|---|---|---|
| 403901 0000 | | NET 30 DAYS | 67,720.40 |

S

ALL CLAIMS FOR LOSS OR DAMAGE MUST BE FILED BY YOU WITH THE CARRIER.  ABSOLUTELY NO RETURNS WILL BE ACCEPTED WITHOUT PRIOR WRITTEN
AUTHORIZATION.  NO CLAIMS OF ANY KIND WILL BE ALLOWED AFTER 10 DAYS FROM RECEIPT OF MERCHANDISE.

CUSTOMER ORIGINAL/INVOICE/REMITTANCE COPY

1331 REV 03 95

SHME03

TDS00009

# SHARP®

MICROELECTRONICS
OF THE AMERICAS

5700 N.W. Pacific Rim Blvd. MS#20, Camas, WA 98607
Corporate Number (360) 834-2500

SEND CORRESPONDENCE TO:

603 SE ASSEMBLY AVEN
VANCOUVER   WA 98661
TELEPHONE:

**BILL TO:**
403901 0000

TEXAS DIGITAL SYSTEMS INC

512 FM 2818 RD
COLLEGE STATION  TX 77801

**SHIP TO:**

TEXAS DIGITAL SYSTEMS INC
405 TECHNOLOGY PARKWAY
COLLEGE STATION  TX 77845

| INVOICE NO. | INVOICE DATE | ORDER DATE | PURCHASE ORDER NO | SHARP ORDER NO |
|---|---|---|---|---|
| 903083 | 9 30 99 | 8 27 99 | 023734 | G89618-102 |

COMMENTS:

MESSAGES:

| DATA CODE | B/L NO. | FOB | CARRIER | PRO NO. | FREIGHT TERMS |
|---|---|---|---|---|---|
| 010 | EC 454295 | EC | UNITED PARCEL S | 330242180 | PPD & ADD |

| MODEL NBR | ORDER QTY | UNIT PRICE | QTY DISC | INV | ITEM DISCOUNTS 3 | AMOUNT |
|---|---|---|---|---|---|---|
| LQ15X01W | 100 | 675.000 | | 1 | | 67,500.00 |
| | | | | | CST # 102649 | |

TDS ACCOUNTING
INV. REC'D
INV. PR. = PO. PR.
QTY. INV.=QTY. REC'D
PRICES ADDED
TOTAL PAY   67720.40
APPROVAL
ACCT. CODE

| PAYMENT TERMS | SUBTOTAL | % SALES TAX | FREIGHT | INV AMOUNT |
|---|---|---|---|---|
| NET 30 DAYS | 67,500.00 | .00 | 220.40 | 67,720.40 |

To assure proper credit please detach and return with remittance.

PLEASE REMIT PAYMENTS TO:
SHARP ELECTRONICS CORP.
ID-403901
P.O. BOX 200307
DALLAS, TX 75320-0307

| DUNS | INV DATE | INVOICE NO |
|---|---|---|
| | 9 30 99 | 903083 |

MESSAGES

3EC P
090799

093099

| CUSTOMER NO | REFERENCE NO | PAYMENT TERM | PAY THIS AMOUNT |
|---|---|---|---|
| 403901 0000 | | NET 30 DAYS | 67,720.40 |

S

ALL CLAIMS FOR LOSS OR DAMAGE MUST BE FILED BY YOU WITH THE CARRIER. ABSOLUTELY NO RETURNS WILL BE ACCEPTED WITHOUT PRIOR WRITTEN AUTHORIZATION. NO CLAIMS OF ANY KIND WILL BE ALLOWED AFTER 10 DAYS FROM RECEIPT OF MERCHANDISE.

CUSTOMER ORIGINAL/INVOICE/REMITTANCE COPY

1331 REV 03 95

SHME03

TDS00003



# SHARP.
## MICROELECTRONICS
## OF THE AMERICAS
5700 N.W. Pacific Rim Blvd. MS#20 Camas, WA 98607
Corporate Number (360) 834-2500

SEND CORRESPONDENCE TO

603 SE ASSEMBLY AVEN
VANCOUVER    WA 98661
TELEPHONE :

**BILL TO:**  403901 0000

TEXAS DIGITAL SYSTEMS INC

400 TECHNOLOGY PKWY
COLLEGE STATION  TX 77845-5826

**SHIP TO:**

TEXAS DIGITAL SYSTEMS INC
2215 SEBESTA ROAD
COLLEGE STATION  TX 77845

| INVOICE NO. | INVOICE DATE | ORDER DATE | PURCHASE ORDER NO | SHARP ORDER NO |
|---|---|---|---|---|
| 253710 | 2 08 01 | 1 15 01 | 29080 | G13859-102 |

COMMENTS:

MESSAGES:

| DATA CODE | B/L NO. | FOB | CARRIER | PRO NO. | FREIGHT TERMS |
|---|---|---|---|---|---|
| 010 | EC 703821 | EC | UNITED PARCEL S | 263518695 | PPD & ADD |

| MODEL NBR | ORDER QTY | UNIT PRICE | QTY DISC | INV | ITEM DISCOUNTS 1 2 3 | AMOUNT |
|---|---|---|---|---|---|---|
| LQ15X01W | 10 | 875.000 | | 1 | | 8,750.00 |

**RECEIVED**

FEB 1 3 2001

**TDS ACCOUNTING**

| PAYMENT TERMS | SUBTOTAL | % SALES TAX | FREIGHT | INV AMOUNT |
|---|---|---|---|---|
| NET 30 DAYS | 8,750.00 | .00 | 23.42 | 8,773.42 |

To assure proper credit please detach and return with remittance

TDS00101

# SHARP.

**MICROELECTRONICS OF THE AMERICAS**
5700 N.W. Pacific Rim Blvd. MS#20 Camas, WA 98607
Corporate Number (360) 834-2500

SEND CORRESPONDENCE TO:

603 SE ASSEMBLY AVEN
VANCOUVER   WA 98661
TELEPHONE :

**BILL TO:** 403901 '0000

TEXAS DIGITAL SYSTEMS INC

400 TECHNOLOGY PKWY
COLLEGE STATION  TX 77845-5826

**SHIP TO:**

TEXAS DIGITAL SYSTEMS INC
2215 SEBESTA ROAD
COLLEGE STATION  TX 77845

| INVOICE NO | INVOICE DATE | ORDER DATE | PURCHASE ORDER NO | SHARP ORDER NO |
|---|---|---|---|---|
| 248662 | 1 10 01 | 9 11 00 | 27310 | G08438-110 |

**COMMENTS:**

**MESSAGES:**

| DATA CODE | B/L NO. | FOB | CARRIER | PRO NO. | FREIGHT TERMS |
|---|---|---|---|---|---|
| 010 | EC 699344 | EC | UPS BLUE 2ND DA | 263518500 | PPD & ADD |

| MODEL NBR | ORDER QTY | UNIT PRICE | QTY DISC | INV | ITEM DISCOUNTS 1   2   3 | AMOUNT |
|---|---|---|---|---|---|---|
| LQ15X01W | 10 | 875.000 | | 1 | | 8,750.00 |

RECEIVED
JAN 1 6 2001
TDS ACCOUNTING

| PAYMENT TERMS | SUBTOTAL | % SALES TAX | FREIGHT | INV AMOUNT |
|---|---|---|---|---|
| NET 30 DAYS | 8,750.00 | .00 | 81.20 | 8,831.20 |

To assure proper credit please detach and return with remittance

TDS00110

# SHARP®

**MICROELECTRONICS OF THE AMERICAS**

5700 N.W. Pacific Rim Blvd. MS#20 Camas, WA 98607
Corporate Number (360) 834-2500

**BILL TO:**
403901 0000

TEXAS DIGITAL SYSTEMS INC

512 FM 2818 RD
COLLEGE STATION   TX 77801

**SHIP TO:**
TEXAS DIGITAL SYSTEMS INC
512 TECHNOLOGY PKWY
COLLEGE STATION   TX 77845

| INVOICE NO. | INVOICE DATE | ORDER DATE | PURCHASE ORDER NO | SHARP ORDER NO |
|---|---|---|---|---|
| 887837 | 9 20 99 | 8 19 99 | 023625 | G88939-102 |

COMMENTS:

MESSAGES:

| DATA CODE | B/L NO. | FOB | CARRIER | PRO NO. | FREIGHT TERMS |
|---|---|---|---|---|---|
| 010 | EC 438976 | EC | UNITED PARCEL S | U230242121 | PPD & ADD |

| MODEL NBR | ORDER QTY | UNIT PRICE | QTY DISC | INV | ITEM DISCOUNTS 1 | 2 | 3 | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| LQ15X01W | 100 | 675.000 | | 1 | | | | 67,500.00 |

TDS ACCOUNTING
INV. REC'D
INV. PR. = PO. PR.
QTY. INV. = QTY. REC'D
PRICES ADDED
TOTAL PAY  67720.40
APPROVAL
ACCT. CODE

**RECEIVED**
OCT 1 8 1999
**TDS ACCOUNTING**

| PAYMENT TERMS | SUBTOTAL | % SALES TAX | FREIGHT | INV AMOUNT |
|---|---|---|---|---|
| NET 30 DAYS | 67,500.00 | .00 | 220.40 | 67,720.40 |

To assure proper credit please detach and return with remittance.

PLEASE REMIT PAYMENTS TO:
SHARP ELECTRONICS CORP.
ID-403901
P.O. BOX 200307
DALLAS, TX. 75320-0307

| DUNS | INV DATE | INVOICE NO | |
|---|---|---|---|
| | 9 20 99 | 887837 | 3EC P |
| MESSAGES | | | 082099 |
| | | | 092099 |

| CUSTOMER NO | REFERENCE NO | PAYMENT TERM | PAY THIS AMOUNT |
|---|---|---|---|
| 403901 0000 | | NET 30 DAYS | 67,720.40 |

S

ALL CLAIMS FOR LOSS OR DAMAGE MUST BE FILED BY YOU WITH THE CARRIER. ABSOLUTELY NO RETURNS WILL BE ACCEPTED WITHOUT PRIOR WRITTEN AUTHORIZATION. NO CLAIMS OF ANY KIND WILL BE ALLOWED AFTER 10 DAYS FROM RECEIPT OF MERCHANDISE.

**CUSTOMER ORIGINAL/INVOICE/REMITTANCE COPY**

1331 REV 03 95

SHME03

TDS00006

# SHARP.

**MICROELECTRONICS OF THE AMERICAS**
5700 N.W. Pacific Rim Blvd. MS#20 Camas, WA 98607
Corporate Number (360) 834-2500

SEND CORRESPONDENCE TO:

603 SE ASSEMBLY AVEN
VANCOUVER    WA 98661
TELEPHONE:

**BILL TO:** 403901 0000

TEXAS DIGITAL SYSTEMS INC

400 TECHNOLOGY PKWY
COLLEGE STATION  TX 77845-5826

**SHIP TO:**

TEXAS DIGITAL SYSTEMS INC
2215 SEBESTA ROAD
COLLEGE STATION  TX 77845

| INVOICE NO | INVOICE DATE | ORDER DATE | PURCHASE ORDER NO | SHARP ORDER NO |
|---|---|---|---|---|
| 257089 | 3 21 01 | 1 15 01 | 29080 | G13859-104 |

COMMENTS:                                                                           ----
                                                                                    ----

MESSAGES:                                                                           --------
                                                                                    ----

| DATA CODE | B/L NO. | FOB | CARRIER | PRO NO. | FREIGHT TERMS |
|---|---|---|---|---|---|
| 010 | EC 706743 | EC | UPS BLUE 2ND DA | 263518975 | PPD & ADD |

| MODEL NBR | ORDER QTY | UNIT PRICE | QTY DISC | INV | ITEM DISCOUNTS 1  2  3 | AMOUNT |
|---|---|---|---|---|---|---|
| LQ15X01W | 10 | 875.000 | | 1 | | 8,750.00 |

RECEIVED
MAR 2 6 2001
TDS ACCOUNTING

| PAYMENT TERMS | SUBTOTAL | % SALES TAX | FREIGHT | INV AMOUNT |
|---|---|---|---|---|
| NET 30 DAYS | 8,750.00 | .00 | 84.60 | 8,834.60 |

To assure proper credit please detach and return with remittance.

| PLEASE REMIT PAYMENTS TO: | DUNS | INV DATE | INVOICE NO | |
|---|---|---|---|---|
| SHARP ELECTRONICS CORP. ID-403901 | | 3 21 01 | 257089 | 3EC P |
| DEPT CHI(10212) PALATINE, IL. 60055-0212 | MESSAGES | | | 011601 |
| | | | | 032101 |

| CUSTOMER NO | REFERENCE NO | PAYMENT TERM | PAY THIS AMOUNT | |
|---|---|---|---|---|
| 403901 0000 | | NET 30 DAYS | 8,834.60 | S |

ALL CLAIMS FOR LOSS OR DAMAGE MUST BE FILED BY YOU WITH THE CARRIER. ABSOLUTELY NO RETURNS WILL BE ACCEPTED WITHOUT PRIOR WRITEN AUTHORIZATION. NO CLAIMS OF ANY KIND WILL BE ALLOWED AFTER 10 DAYS FROM RECEIPT OF MERCHANDISE.

CUSTOMER ORIGINAL/INVOICE/REMITTANCE COPY

1331 10/2000

TDS00098



# SHARP.

**MICROELECTRONICS OF THE AMERICAS**
5700 N.W. Pacific Rim Blvd. MS#20 Camas, WA 98607
Corporate Number (360) 834-2500

SEND CORRESPONDENCE TO:

603 SE ASSEMBLY AVEN
VANCOUVER   WA 98661
TELEPHONE :

**BILL TO:**  403901 0000

TEXAS DIGITAL SYSTEMS INC

400 TECHNOLOGY PKWY
COLLEGE STATION  TX 77845-5826

**SHIP TO:**

TEXAS DIGITAL SYSTEMS INC
2215 SEBESTA ROAD
COLLEGE STATION  TX 77845

| INVOICE NO | INVOICE DATE | ORDER DATE | PURCHASE ORDER NO | SHARP ORDER NO |
|---|---|---|---|---|
| 257936 | 3 28 01 | 1 15 01 | 29080 | G13859-105 |

**COMMENTS:** ----

**MESSAGES:** --------  ----

| DATA CODE | B/L NO. | FOB | CARRIER | PRO NO. | FREIGHT TERMS |
|---|---|---|---|---|---|
| 010 | EC 707500 | EC | UNITED PARCEL S | 263519023 | PPD & ADD |

| MODEL NBR | ORDER QTY | UNIT PRICE | QTY DISC | INV | ITEM DISCOUNTS 1  2  3 | AMOUNT |
|---|---|---|---|---|---|---|
| LQ15X01W | 10 | 875.000 | | 1 | | 8,750.00 |

**RECEIVED**
APR  3 2001
**TDS ACCOUNTING**

| PAYMENT TERMS | SUBTOTAL | % SALES TAX | FREIGHT | INV AMOUNT |
|---|---|---|---|---|
| NET 30 DAYS | 8,750.00 | .00 | 23.42 | 8,773.42 |

To assure proper credit please detach and return with remittance.

TDS00095