Richard M. Heimann (State Bar No. 63607)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Bruce L. Simon (State Bar No. 96241)
PEARSON, SIMON, WARSHAW & PENNY, LLP
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone:  (415) 433-9000
Facsimile:  (415) 433-9008

*Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. M07-1827 SI |
| | MDL No. 1827 |
| This Document Relates to:<br><br>ALL DIRECT PURCHASER ACTIONS | **[PROPOSED] ORDER GRANTING DIRECT PURCHASER PLAINTIFFS'** *EX PARTE* **APPLICATION TO FILE DOCUMENTS UNDER SEAL** |

Upon consideration of the direct purchaser plaintiffs' *ex parte* application to file under seal Direct Purchaser Plaintiffs' Notice of Motion and Motion for Leave to Amend Complaint, Memorandum of Points and Authorities In Support Thereof, and the Declaration of Eric B. Fastiff In Support Thereof, the application is hereby **GRANTED**.

SO ORDERED this ____ day of _____, 2009

_____
HON. SUSAN ILLSTON

846141.1  MASTER FILE NO. M07-1827 SI

[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION TO FILE DOCUMENTS UNDER SEAL