Richard M. Heimann (State Bar No. 063607)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Bruce L. Simon (State Bar No. 96241)
PEARSON, SIMON, WARSHAW, & PENNY, LLP
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008

Interim Co-Lead Counsel for Direct Purchaser Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. M07-1827 SI<br><br>MDL No. 1827<br><br>[PROPOSED] ORDER RE DEPONENTS ASSERTING THE FIFTH AMENDMENT PRIVILEGE AGAINST SELF INCRIMINATION<br><br>The Honorable Susan Illston |
| This Document Relates to:<br><br>ALL DIRECT PURCHASER ACTIONS | |

The Court has considered the submissions of the parties and the arguments of counsel at a hearing held November 3, 2009 concerning a protocol for witnesses who invoke their Fifth Amendment right not to testify, but later decide to revoke their assertion and testify. Good cause having been shown, the Court hereby enters the following order:

Any person who at deposition asserts his or her right under the Fifth Amendment of the United States Constitution not to testify will be bound by that assertion of the privilege and shall not be permitted to testify otherwise at trial unless, not later than 75 days prior to the date set for the close of fact discovery, notice is provided in writing of the intent to revoke the assertion of privilege and the willingness of the person to testify. Upon notice, the revoking deponents will make themselves available for deposition at their expense in San Francisco, California not later

than 45 days prior to the close of fact discovery. A revocation within the terms of this order does not guarantee the witness's right to testify, if plaintiffs make a sufficient showing of prejudice.

Nothing in this Order in any way impairs or forecloses plaintiffs' right to seek any relief otherwise permitted by law, including but not limited to an adverse inference instruction based on a deponent's assertion of his or her Fifth Amendment right against self-incrimination.

IT IS SO ORDERED.

Dated: Nov. 9, 2009

HON. FERN M. SMITH (RET.)
SPECIAL MASTER

**[PROPOSED] ORDER**

Good cause appearing, the Court hereby adopts the Special Master's Order.

Dated: 11/13/09, 2009

HON. SUSAN ILLSTON
UNITED STATES DISTRICT COURT