IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION / | No. M 07-1827 SI<br><br>MDL. No. 1827 |
| This Order Relates to:<br><br>ALL CASES / | **ORDER DENYING AS PREMATURE DIRECT ACTION PLAINTIFFS' MOTION FOR MODIFICATION OF PRETRIAL ORDER NO. 5** |

The "direct action plaintiffs" (AT&T Mobility LLC; AT&T Corp.; AT&T Services, Inc.; Bellsouth Telecommunications, Inc.; Pacific Bell Telephone Company; AT&T Operations, Inc.; AT&T Datacomm, Inc.; and Southwestern Bell Telephone Company) have filed a motion for modification of Pretrial Order No. 5. The direct action plaintiffs state that Pretrial Order No. 5 may need to be modified to reflect the presence of new counsel and new parties. The direct action plaintiffs also request that the Court defer setting a briefing schedule on the motion until all parties have been served with the direct action lawsuit, and until counsel have met and conferred over possible modifications to Pretrial Order No. 5.

The Court DENIES the instant motion as premature. (Docket No. 1389). The Court will entertain a motion to modify Pretrial Order No. 5 after all parties have been served, and counsel have met and conferred about how to best coordinate the direct plaintiff action with the MDL.

**IT IS SO ORDERED.**

Dated: November 30, 2009

SUSAN ILLSTON
United States District Judge