Richard M. Heimann (State Bar No. 63607)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone:   (415) 956-1000
Facsimile:    (415) 956-1008

Bruce L. Simon (State Bar No. 96241)
PEARSON, SIMON, WARSHAW & PENNY, LLP
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone:   (415) 433-9000
Facsimile:    (415) 433-9008

*Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. M07-1827 SI<br><br>MDL No. 1827 |
| This Document Relates to:<br><br>ALL DIRECT PURCHASER ACTIONS | **Date**:<br>**Time**:<br>**Courtroom**: 10, 19th Floor<br>**Judge**:     The Honorable Susan Illston |

## MANUAL FILING NOTIFICATION

Regarding:   Third Amended Direct Purchaser Plaintiffs' Consolidated Complaint

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____
_____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____
_____

Dated: December 2, 2009      Respectfully submitted,

                         LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

                         By: _____*/s/ Andrew Kingsdale*_____
                               Andrew Kingsdale

                         Richard M. Heimann (Bar No. 63607)
                         Joseph R. Saveri (State Bar No. 130064)
                         Eric B. Fastiff (State Bar No. 182260)
                         Brendan Glackin (State Bar No. 199643)
                         Andrew S. Kingsdale (State Bar No. 255669)
                         LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
                         Embarcadero Center West
                         275 Battery Street, 29th Floor
                         San Francisco, CA 94111-3339
                         Telephone: (415) 956-1000
                         Facsimile: (415) 956-1008

                         PEARSON, SIMON, WARSHAW & PENNY, LLP
                         Bruce L. Simon (State Bar No. 96241)
                         Jonathan M. Watkins (State Bar No. 196898)
                         Jessica L. Grant (State Bar No. 178138)
                         PEARSON, SIMON, WARSHAW & PENNY, LLP
                         44 Montgomery Street, Suite 2450
                         San Francisco, CA 94104
                         Telephone: (415) 433-9000
                         Facsimile: (415) 433-9008

                         *Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs*