IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION_____/ | No. M 07-1827 SI<br>MDL. No. 1827 |
| This Order Relates to:<br>ALL CASES<br>_____/ | **ORDER GRANTING STATE OF ILLINOIS' APPLICATION TO SHORTEN TIME AND DIRECTING REFERRAL TO SPECIAL MASTER** |

Having considered the State of Illinois' application to shorten time and permit the Attorney General's motion to intervene to be heard on February 5, 2010,

IT IS HEREBY ORDERED that the motion is GRANTED to the extent that the State of Illinois' motion to intervene may be heard on February 5, 2010.

IT IS FURTHER ORDERED that the State of Illinois' motion to clarify or modify the Stipulated Protective Order is referred to Special Master Smith for decision in the first instance.

**IT IS SO ORDERED.**

Dated: January 15, 2010

_____
SUSAN ILLSTON
United States District Judge