BRADY JOHNSON (WSBA 21732)
JONATHAN MARK (WSBA 38051)
Washington State Attorney General
Antitrust Division
800 Fifth Avenue, MS TB14
Seattle, WA 98104
Telephone: (206) 389-2848 (Brady Johnson)
Telephone: (206) 389-3806 (Jonathan Mark)
Facsimile: (206) 464-6338
bradyj@atg.wa.gov (Brady R. Johnson)
jonathanM2@atg.wa.gov (Jonathan E. Mark)

Attorneys for the State of Washington

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION,<br><br>This Document Relates to all Cases | NO. M-07-1827-SI<br><br>MDL No. 1827<br><br>Date: February 5, 2010<br>Time: 9:00 AM<br>Court: Hon. Susan Illston |

## NOTICE OF MOTION AND MOTION BY THE STATE OF WASHINGTON TO INTERVENE UNDER FED. R. CIV. P. 24(b)(2)

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT the Washington State Attorney General files this motion, to be heard on February 5, 2010 at 9:00 a.m., before the Court of the Honorable Judge Susan Illston, United States District Court Judge in the Northern District of California. The state moves under Rule 24(b)(2) of the Federal Rules of Civil Procedure for an order to intervene in this civil action for the purpose of clarifying and/or modifying the Stipulated Protective Order and various sealing orders as follows:

NOTICE OF MOTION & MOTION TO INTERVENE
No. M-07-1827-SI    MDL No. 1827

1

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

(a) Finding that the Stipulated Protective Order does not prohibit any party thereto from producing documents and things, responding to interrogatories, or otherwise responding to Civil Investigative Demands issued by the State of Washington fully and without redaction, deletion or omission; and

(b) Finding that the Court's orders to seal various materials filed of record do not prohibit any party thereto from producing unredacted copies of those same materials when they are sought via Civil Investigative Demand and subject to the full confidentiality protections afforded by Wash. Rev. Code 19.86.110(7) and other relevant law.

This motion is based on the attached Memorandum of Points and Authorities and Declaration of Attorney Brady Johnson.

Dated: January 15, 2010

Respectfully submitted,

ROB MCKENNA
Attorney General of the State of Washington

BRADY R. JOHNSON
WSBA # 21732
Senior Counsel
State of Washington

JONATHAN A. MARK
WSBA #38051
Assistant Attorney General
State of Washington

NOTICE OF MOTION & MOTION TO INTERVENE
No. M-07-1827-SI   MDL No. 1827

2

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744