1  CHRISTOPHER A. NEDEAU (CA SBN 81297)
   cnedeau@nossaman.com
2  CARL L. BLUMENSTEIN (CA SBN 124158)
   cblumenstein@nossaman.com
3  ALLISON M. DIBLEY (CA SBN 213104)
   adibley@nossaman.com
4  NOSSAMAN LLP
   50 California Street, 34th Floor
5  San Francisco, CA 94111
   Telephone:  415.398.3600
6  Facsimile:  415.398.2438

7
   Attorneys for Defendants AU OPTRONICS CORPORATION
8  and AU OPTRONICS CORPORATION AMERICA

9
   Steven F. Cherry (*pro hac vice)*
10 steven.cherry@wilmerhale.com
   Gordon Pearson (*pro hac vice*)
11 gordon.pearson@wilmerhale.com
   1875 Pennsylvania Avenue NW
12 Washington, DC 20006
   Tel:  (202) 663-6000
13 Fax:  (202) 663-6363

14
   Attorneys for Defendants CHI MEI CORPORATION,
15 CHI MEI OPTOELECTRONICS CORP.,
   CMO JAPAN CO., LTD., CHI MEI OPTOELECTRONICS USA, INC.,
16 NEXGEN MEDIATECH INC., AND NEXGEN MEDIATECH USA, INC.

17

18                        UNITED STATES DISTRICT COURT

19                      NORTHERN DISTRICT OF CALIFORNIA

20

21 IN RE: TFT-LCD (FLAT PANEL) ANTITRUST            CASE NO. M-07-1827-SI
   LITIGATION
22                                                  MDL No. 1827

23                                                  CLASS ACTION
   THIS DOCUMENT RELATES TO:
24                                                  **REQUEST AND [PROPOSED] ORDER
   ALL CASES                                        FOR APPOINTMENT OF CO-LIAISON
25                                                  COUNSEL FOR DEFENDANTS**

26

27

28

   CASE NO. M-07-1827-SI                                          244519_1.DOC
   REQUEST AND [PROPOSED] ORDER FOR APPOINTMENT OF CO-LIAISON COUNSEL FOR DEFENDANTS

1    Since James McGinnis of Sheppard, Mullin, Richter & Hampton LLP has withdrawn as Liaison

2    Counsel for Defendants, IT IS HEREBY REQUESTED that Steven F. Cherry of Wilmer Cutler

3    Pickering Hale & Dorr LLP and Carl L. Blumenstein of Nossaman LLP be appointed as Co-Liaison

4    Counsel for Defendants in all cases in the above-captioned matter if no objection to such appointment is

5    served upon all defendants and filed with the Court within fifteen (15) calendar days of service of this

6    Request.

7    DATED:  January 20, 2010

8                                                          WILMER CUTLER PICKERING HALE & DORR LLP

9
                                                           By:  /s/ Gordon Pearson
10                                                                            Gordon Pearson
                                                           Steven F. Cherry (*pro hac vice*)
11                                                         Gordon Pearson (*pro hac vice*)
                                                           1875 Pennsylvania Avenue NW
12                                                         Washington, DC 20006
                                                           Tel:        (202) 663-6000
13                                                         Fax:        (202) 663-6363

14
                                                           *Attorneys for Defendants Chi Mei Corporation, Chi Mei*
15                                                         *Optoelectronics Corp., CMO Japan Co., Ltd., Chi Mei*
                                                           *Optoelectronics USA, Inc., Nexgen Mediatech Inc., and*
16                                                         *Nexgen Mediatech USA, Inc.*

17                                                         NOSSAMAN LLP

18
                                                           By:  /s/ Christopher A. Nedeau
19                                                                           Christopher A. Nedeau
                                                           Christopher A. Nedeau (State Bar No. 81297)
20                                                         50 California Street
                                                           34th Floor
21                                                         San Francisco, CA 94111
                                                           Tel:        (415) 398-3600
22                                                         Fax:        (415) 398-2438

23
                                                           *Attorneys for Defendants AU Optronics Corporation and*
24                                                         *AU Optronics Corporation America*

25

26

27

28

REQUEST AND [PROPOSED] ORDER FOR APPOINTMENT OF CO-LIAISON COUNSEL FOR DEFENDANTS

1      SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

2      By: /s/ James McGinnis

3          James McGinnis
        James McGinnis (State Bar No. 95788)
4       4 Embarcadero Center
        17th Floor
5       San Francisco, CA 94111
        Tel:      (415) 434-9100
6       Fax:      (415) 434-3947
        *Attorneys for Defendants Samsung Electronics*
7

8          Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this
document has been obtained from Gordon Pearson, Christopher A. Nedeau, and James McGinnis.
9

10                     **[PROPOSED] ORDER**

11         There being no objections filed, IT IS HEREBY ORDERED that James McGinnis of Sheppard,

12   Mullin, Richter & Hampton LLP be removed as Liaison Counsel for Defendants, and that Steven F.

13   Cherry of Wilmer Cutler Pickering Hale & Dorr LLP and Carl L. Blumenstein of Nossaman LLP be

14   appointed as Co-Liaison Counsel for Defendants in all cases in the above-captioned matter.

15   _____
        The Honorable Susan Illston
16      United States District Court Judge

17

18   _____
        Date Entered
19

20

21

22

23

24

25

26

27

28

REQUEST AND [PROPOSED] ORDER FOR APPOINTMENT OF CO-LIAISON COUNSEL FOR DEFENDANTS