IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION

No. **C-07-1827 SI**

_____/

**ORDER TO PRO TEM REPORTER TO PRODUCE COPY OF TRANSCRIPT**

On January 21, 2010, a hearing was held in the above-entitled action. Production of a copy of the transcript of that hearing for the court's special master, Honorable Fern M. Smith, is necessary for the resolution of this matter.

Accordingly, pro tem court reporter KELLY BRYCE is directed to deliver a copy of the transcript of this proceeding by emailing/mailing it to: **fsmith@jamsadr.com** on the following basis:

(x) Copy of transcript ($.90 per page).

Therefore, the Clerk is directed to pay said reporter the cost of preparing the copy of the transcript at the rate indicated above, and in accordance with the requirements of the Judicial Conference of the United States, as set forth in the Guide to Judiciary Policies and Procedures.

**IT IS SO ORDERED.**

Dated: February 1, 2010

_____
[Judge's name]
United States District Judge

cc: Court Reporter Supervisor and Pro Tem Reporter