IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION / | No. M 07-1827 SI<br>MDL. No. 1827 |
| This Order Relates to:<br><br>ALL CASES<br><br>/ | **ORDER GRANTING MOTIONS BY STATES OF ILLINOIS AND WASHINGTON TO INTERVENE FOR LIMITED PURPOSE OF CLARIFYING AND/OR MODIFYING THE PROTECTIVE ORDER** |

On February 5, 2010, the Court held a hearing on motions filed by the States of Illinois and Washington to intervene in this action for the limited purpose of clarifying and/or modifying the protective order. The Court GRANTS the motions. (Docket Nos. 1467 and 1485). As previously ordered, the Special Master will address the States' motions to clarify and/or modify the protective order in the first instance. As appropriate, the parties and the States can address the question of the Special Master's costs with the Special Master, and with this Court if necessary.

**IT IS SO ORDERED.**

Dated: February 6, 2010

SUSAN ILLSTON
United States District Judge