NIALL E. LYNCH (State Bar No. 157959)
MICHAEL L. SCOTT (State Bar No. 165452)
ALEXANDRA J. SHEPARD (State Bar No. 205143)
HEATHER S. TEWKSBURY (State Bar No. 222202)
DAVID J. WARD (State Bar No. 239504)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA  94102
Telephone:  (415) 436-6660

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHI MEI OPTOELECTRONICS CORPORATION,<br>          Defendant. | Case No. CR-09-1166 SI<br><br>STIPULATION AND [PROPOSED] ORDER FOR EXPEDITED SENTENCING UNDER L.R. 32-1(b)<br><br>DATE:  February 8, 2010<br>TIME:  4:00 p.m.<br>COURT: Hon. Susan Illston |

On December 8, 2009, the United States filed a one-count information charging Chi Mei Optoelectronics Corporation ("Chi Mei") with participating in a conspiracy to suppress and eliminate competition by fixing the prices of thin-film transistor liquid crystal display panels sold in the United States and elsewhere from on or about September 14, 2001, to on or about December 1, 2006, in violation of the Sherman Antitrust Act, 15 U.S.C. § 1.  Chi Mei is scheduled for a change of plea and possible sentencing on February 8, 2010.  Chi Mei will waive Indictment and plead guilty under Fed. R. Crim. P. 11(c)(1)(C).  The United States and Chi Mei have filed a joint sentencing memorandum describing the material terms of the plea agreement and the agreed-upon sentencing recommendation.

IT IS HEREBY STIPULATED AND AGREED as follows:

The United States and Chi Mei request that the Court sentence Chi Mei on an expedited basis, pursuant to Crim. L.R. 32-1(b), on February 8, 2010. The United States and Chi Mei respectfully submit that the Joint Sentencing Memorandum and the Plea Agreement provide sufficient information for the Court to impose a sentence on February 8, 2010, the same date as the change of plea hearing, without a presentence report.

Respectfully submitted,

BY: /s/ Steven F. Cherry
Steven F. Cherry
Brent J. Gurney
Thomas Mueller
Wilmer Cutler Pickering Hale and Dorr 1875 Pennsylvania Avenue, NW
Washington, DC 20006-3642
Tel: (202) 663-6000
Fax: (202) 663-6363

Counsel for Chi Mei Optoelectronics Corporation

DATED: February 1, 2010

BY: /s/ Niall E. Lynch
Niall E. Lynch, CA No. 157959
Michael L. Scott, CA No. 165452
Heather S. Tewksbury, CA No. 222202
Alexandra J. Shepard, CA No. 205143
David J. Ward, CA No. 239504
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Tel: (415) 436-6660
Fax: (415) 436-6687

DATED: February 1, 2010

Based on the stipulation of the parties, and for good cause shown,

IT IS SO ORDERED:

/s/ Susan Illston

Susan Illston

United States District Judge