Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Judith A. Zahid (215418)
Patrick B. Clayton (240191)
Qianwei Fu (242669)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:    (415) 693-0700
Facsimile:    (415) 693-0770
fscarpulla@zelle.com
ccorbitt@zelle.com

Joseph M Alioto (42980)
Theresa D. Moore (99978)
THE ALIOTO FIRM
555 California Street, 31st Floor
San Francisco, CA  94104
Telephone:    (415) 434-8900
Facsimile:    (415) 434-9200

*Interim Co-Lead Counsel for Indirect-Purchaser Plaintiffs and Class Members*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. M:07-1827-SI <br><br> MDL No. 1827 |
| This Document Relates to: <br><br> All Indirect-Purchaser Actions | **INDIRECT-PURCHASER PLAINTIFFS' REQUEST FOR LEAVE TO FILE STATEMENT OF RECENT DECISION** |

1  Pursuant to Civil Local Rule 7-3(d), Indirect-Purchaser Plaintiffs hereby request leave to file
2  the Statement of Recent Decision attached hereto as Exhibit 1.  The Statement advises the Court of
3  the Ninth Circuit's issuance of a new opinion in *Yokoyama v. Midland Nat'l Life Inc. Co.*, No. 07-
4  16825 (9th Cir. Feb. 8, 2010).

5  Dated:  February 9, 2010                              Respectfully submitted,

6                                                  */s/Craig C. Corbitt*

8  Francis O. Scarpulla (41059)
   Craig C. Corbitt (83251)
   Judith A. Zahid (215418)
9  Patrick B. Clayton (240191)
   Qianwei Fu (242669)
10 ZELLE HOFMANN VOELBEL & MASON LLP
   44 Montgomery Street, Suite 3400
11 San Francisco, CA 94104
   Telephone:     (415) 693-0700
12 Facsimile:     (415) 693-0770

13
   Joseph M Alioto (42980)
14 Theresa D. Moore (99978)
   THE ALIOTO FIRM
15 555 California Street, 31st Floor
   San Francisco, CA  94104
16 Telephone:     (415) 434-8900
   Facsimile:     (415) 434-9200

17
   *Interim Co-Lead Counsel for Indirect-Purchaser*
18 *Plaintiffs and Class Members*

19
**IT IS SO ORDERED:**
20

22 _____
   Hon. Susan Illston
   United States District Judge
23

25
   #3220304v1
26

1
INDIRECT-PURCHASER PLAINTIFFS' REQUEST FOR LEAVE TO FILE STATEMENT OF RECENT DECISION
Case No. M:07-1827-SI