14 minutes
# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: 2/5/10

Case No. M-07-1827 SI          Judge: SUSAN ILLSTON

Title: IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION

ATTORNEYS: see attached check in sheet

Deputy Clerk: Tracy Sutton   Court Reporter: J. Columbini

## PROCEEDINGS

1) Motions to Intervene - HELD
2) Preliminary Approval of Settlement - HELD

Order to be prepared by: ( )Pltf   ( )Deft   ( )Court   (X) parties

Case continued to **3/17/10 @ 4 p.m.**   for Further Case Management Conference

ORDERED AFTER HEARING:
Counsel shall prepare an order setting a final approval hearing 45 days out.

# PLAINTIFF (DIRECT PURCHASER) CHECK-IN SHEET

**Name of plaintiff/case number/district of origin:**

π - Direct Purchaser
TFT-LCD

ERIC B. FASTIFF
ATTORNEY AT LAW

LIEFF, CABRASER,
HEIMANN & BERNSTEIN, LLP
EMBARCADERO CENTER WEST
275 BATTERY STREET, 30TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3339
TEL (415) 956-1000
FAX (415) 956-1008
efastiff@lchb.com

Bruce L. Simon
Pearson, Simon

**Name of plaintiff/case number/district of origin:**

Direct π's

**Name of plaintiff/case number/district of origin:**

**Name of plaintiff/case number/district of origin:**

**Name of plaintiff/case number/district of origin:**

**Name of plaintiff/case number/district of origin:**

**Name of plaintiff/case number/district of origin:**

**Attorney Name and Firm Name:**

**Attorney Name and Firm Name:**

**Attorney Name and Firm Name:**

**Attorney Name and Firm Name:**

**Attorney Name and Firm Name:**

**Attorney Name and Firm Name:**

**Attorney Name and Firm Name:**

**Attorney Name and Firm Name:**

**Attorney Name and Firm Name:**

# PLAINTIFF (INDIRECT PURCHASER) CHECK-IN SHEET

**Name of plaintiff/case number/district of origin:**

Steyer Lowenthal Boodrookas Alvarez & Smith LLP attorneys

ALLAN STEYER

LCD
indirect πs

One California Street, Third Floor
San Francisco, California 94111
Tel 415 421 3400
Fax 415 421 2234
asteyer@steyerlaw.com

**Attorney Name and Firm Name:**

**Attorney Name and Firm Name:**

**Attorney Name and Firm Name:**

**Attorney Name and Firm Name:**

MINAMI TAMAKI LLP
Attorneys at Law

Indirect π

Jack W. Lee
Partner

San Francisco Office
360 Post Street 8th Floor
San Francisco CA 94108
Phone: 415 788 9000
Fax: 415 398 3887
jlee@MinamiTamaki.com
www.MinamiTamaki.com

**Name of plaintiff/case number/district of origin:**

**Attorney Name and Firm Name:**

**Name of plaintiff/case number/district of origin:**

Attor: Brady Johnson
Jonathan Mark
Attorn: Blake Harrop —
Phone
Attorne: Intervene —

**Name of plaintiff/case number/district of origin:**

**Name of plaintiff/case number/district of origin:**

**Attorney Name and Firm Name:**

**Name of plaintiff/case number/district of origin:**

# DEFENDANT CHECK-IN SHEET

**Name of defendant:**

Steven F. Cherry

WILMERHALE |WH|

Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW, Washington, DC 20006
+1 202 663 6321 (t)  +1 202 663 6363 (f)
steven.cherry@wilmerhale.com

_____

**Name of defendant:**

_____

**Name of defendant:**

_____

**Name of defendant:**

_____

**Name of defendant:**

_____

**Name of defendant:**

_____

**Name of defendant:**

**Attorney Name and Firm Name:**

_____

**Attorney Name and Firm Name:**

_____

**Attorney Name and Firm Name:**

_____

**Attorney Name and Firm Name:**

_____

**Attorney Name and Firm Name:**

_____

**Attorney Name and Firm Name:**

_____

**Attorney Name and Firm Name:**

_____

**Attorney Name and Firm Name:**

_____

**Attorney Name and Firm Name:**

_____

# DEFENDANT CHECK-IN SHEET

**Name of defendant:**

Joel S. Sanders
Partner

*Δ Chunghwa Picture Tubes*

GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
(415) 393-8268
(415) 374-8439 Direct Fax
jsanders@gibsondunn.com
www.gibsondunn.com

**Attorney Name and Firm Name:**

*Ramona Emerson*
*K & L Gates*

**Attorney Name and Firm Name:**

*[signature: Sharp]*

Jacob R. Sorensen, Partner

Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street | San Francisco, CA 94105-2228
Dir 415.983.1893 | jake.sorensen@pillsburylaw.com
Tel 415.983.1000 | Fax 415.983.1200

**pillsbury**

**WHITE & CASE**

Wayne A. Cross

*TOSHIBA*

wcross@whitecase.com
Telephone + 1 212 819 8797
Fax + 1 212 354 8113

White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787

www.whitecase.com

**Attorney Name and Firm Name:**

**Name of defendant:**

*LG Display*

LEE F. BERGER

CLEARY GOTTLIEB STEEN & HAMILTON LLP

2000 PENNSYLVANIA AVENUE, NW
WASHINGTON, D.C. 20006-1801
(202) 974-1500
www.clearygottlieb.com

DIR TEL: (202) 974-1646
MOBILE: (202) 441-3828
FAX: (202) 974-1999
lberger@cgsh.com

**SHEPPARD MULLIN**
SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTORNEYS AT LAW

Four Embarcadero Center
17th Floor
San Francisco, CA 94111-4109
415-434-9100 *office*
415-434-3947 *fax*
www.sheppardmullin.com

*for Samsung defendants*

Michael W. Scarborough

415-774-2963 *direct* | 415-403-6052 *direct fax*
mscarborough@sheppardmullin.com

Los Angeles | Century City | New York | San Francisco
Silicon Valley | Washington, D.C. | Orange County
Santa Barbara | San Diego/Downtown | San Diego/Del Mar | Shanghai

**Attorney Name and Firm Name:**

MORRISON | FOERSTER

STEPHEN P. FRECCERO
PARTNER

MORRISON & FOERSTER LLP
425 MARKET STREET, SAN FRANCISCO, CALIFORNIA 94105-2482
TELEPHONE: 415.268.6998 FACSIMILE: 415.268.7522
E-MAIL: SFRECCERO@MOFO.COM WWW.MOFO.COM

**Morgan Lewis**
COUNSELORS AT LAW

Kent M. Roger

*Hitachi*
*Defendants*

Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: 415.442.1140
Fax: 415.442.1001
kroger@morganlewis.com