1  Allison A. Davis (CA State Bar No. 139203)
   Sam N. Dawood (CA State Bar No. 178862)
2  DAVIS WRIGHT TREMAINE LLP
   505 Montgomery Street, Suite 800
3  San Francisco, California 94111
   Telephone:    (415) 276-6500
4  Facsimile:    (415) 276-6599
   Email:        allisondavis@dwt.com
5

6  Attorneys for Defendant
   SANYO CONSUMER ELECTRONICS CO., LTD.
7

RECEIVED
2010 FEB 10 P 1:36

8
9               IN THE UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12  IN RE: TFT-LCD (FLAT PANEL)            Master File No. M:07-1827 SI
    ANTITRUST LITIGATION                   MDL No. 1827
13

14

15  This Document Relates To:              **[proposed] ORDER ON APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***
16  ALL DIRECT PURCHASER ACTIONS

17

18      Nick S. Verwolf, whose business address and telephone number is Davis Wright Tremaine

19  LLP, 777 108th Avenue NE, Suite 2300, Bellevue, Washington 98004-5149, (425) 646-6100,

20  nickverwolf@dwt.com, and who is an active member in good standing of the United States

21  District Courts for the Western District of Washington, the Eastern District of Washington, and

22  Montana, the highest courts of the States of Washington and Montana, as well as the Ninth Circuit

23  Court of Appeals and the United States Supreme Court, having applied in the above-entitled action

24  for admission to practice in the Northern District of California on a *pro hac vice* basis,

25  representing Defendant SANYO CONSUMER ELECTRONICS CO., LTD,

26      **IT IS HEREBY ORDERED THAT** the application is granted, subject to the terms and

27  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac

28  vice. Service of papers upon and communication with co-counsel designated in the application

                                              1

1  will constitute notice to the party. All future filings in this action are subject to the requirements
2  contained in General Order No. 45, Electronic Case Filing.
3  DATED:

_____
The Hon. Susan Illston
United States District Judge