Richard M. Heimann (Bar No. 63607)
  rheimann@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Bruce L. Simon (Bar No. 96241)
  bsimon@pswplaw.com
PEARSON, SIMON, WARSHAW & PENNY, LLP
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008

*Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. M07-1827 SI<br><br>MDL No. 1827 |
| This Document Relates to:<br><br>ALL DIRECT PURCHASER ACTIONS | **DIRECT PURCHASER PLAINTIFFS' REQUEST FOR LEAVE TO FILE STATEMENT OF RECENT DECISION**<br><br>The Honorable Susan Illston |

Pursuant to Civil Local Rule 7-3(d), Direct Purchaser Plaintiffs request leave to file the Statement of Recent Decision attached hereto as Exhibit 1. The Statement advises the Court of the recent decision of the United States Court of Appeals for the Ninth Circuit denying the defendants' Rule 23(f) petition for permission to appeal the district court's grant of class certification in *In re Static Random Access Memory (SRAM) Antitrust Litig.*, Case No. C 07-01819 CW, -- F.R.D. --, 2009 WL 4263524 (N.D. Cal. Nov. 25, 2009). The Ninth Circuit decision is *Reclaim Center, Inc. v. NEC Electronics Corp.*, No. 09-80184 (9th Cir. filed Feb. 10, 2010).

|     |     |     |
| --- | --- | --- |
|     |     | Respectfully submitted, |
| Dated: February 11, 2010 |     | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
|     | By: | /s/ Richard M. Heimann |
|     |     | Richard M. Heimann |

Joseph R. Saveri
Michele C. Jackson
Eric B. Fastiff
Brendan P. Glackin
Jordan Elias
Andrew S. Kingsdale
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone:   (415) 956-1000
Facsimile:    (415) 956-1008

*Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs and the Proposed Class*

Dated: February 11, 2010           PEARSON, SIMON, WARSHAW & PENNY, LLP

By:   /s/ Bruce L. Simon
        Bruce L. Simon

Daniel L. Warshaw
Jonathan M. Watkins
Jessica L. Grant
Esther L. Klisura
Bobby Pouya
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone:   (415) 433-9000
Facsimile:    (415) 433-9008

*Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs and the Proposed Class*

   Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from Bruce L. Simon and Richard M. Heimann.

**IT IS SO ORDERED.**

_[signature]_

Hon. Susan Illston
United States District Judge