Michael R. Lazerwitz (PRO HAC VICE)
Jeremy J. Calsyn (State Bar No. 205062)
Lee F. Berger (State Bar No. 222756)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Ave., NW
Washington, DC 20006
(202) 974-1500 (Phone)
(202) 974-1999 (Facsimile)
mlazerwitz@cgsh.com

Counsel for Defendants
LG DISPLAY CO., LTD.
LG DISPLAY AMERICA, INC.

Jason C. Murray (State Bar No. 169806)
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
(213) 443-5582 (Phone)
(213) 662-2690 (Facsimile)
jmurray@crowell.com

Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates to All Cases | CASE NO. M: 07-CV-1827 SI<br>MDL NO. 1827<br><br>**STIPULATION AND [PROPOSED] ORDER** |

The undersigned counsel, on behalf of their respective clients plaintiffs AT&T Mobility LLC, AT&T Corp., AT&T Services, Inc., Bellsouth Telecommunications, Inc., Pacific Bell Telephone Company, AT&T Operations, Inc., AT&T DataComm, Inc., and Southwestern Bell Telephone Company (jointly, "AT&T"), and Motorola, Inc. ("Motorola"), (collectively the "Direct

Action Plaintiffs"[1]), on the one hand, and defendants AU Optronics Corporation; AU Optronics Corporation America, Inc; Chi Mei Corporation; Chi Mei Optoelectronics Corporation; Chi Mei Optoelectronics USA, Inc.; CMO Japan Co., Ltd.; Tatung Company of America, Inc.; LG Display Co., Ltd.; LG Display America, Inc.; Nexgen Mediatech, Inc.; Nexgen Mediatech USA, Inc.; Samsung Electronics Co., Ltd.; Samsung Semiconductor, Inc.; Samsung Electronics America, Inc.; Sharp Corporation; Sharp Electronics Corporation; Toshiba Corporation; Toshiba America Electronics Components, Inc.; Toshiba Mobile Display Co., Ltd.; Toshiba America Information Systems, Inc.; Epson Imaging Devices Corporation; Epson Electronics America, Inc., (collectively the "Defendants") on the other hand, respectfully request that the following order be entered to set the timing of the parties' respective responses, oppositions, and replies with regard to Direct Action Plaintiffs' amended complaints.

WHEREAS Direct Action Plaintiffs filed amended complaints in the above-captioned case on January 29, 2010;

WHEREAS Direct Action Plaintiffs and Defendants have agreed that an orderly schedule for the response to the amended complaints would be most efficient for the parties and for the Court;

NOW, THEREFORE, the undersigned counsel, on behalf of their respective clients, hereby stipulate and agree as follows:

1. Defendants' response to the amended complaint shall be due on or before February 19, 2010.

2. Direct Action Plaintiffs' oppositions, if any, shall be due April 9.

3. Defendants' replies, if any, shall be due May 10.

4. Except as set forth above, all Local Rules shall remain in effect with respect to the briefing on the motions. Entering into this stipulation does not constitute a waiver of any defense under Federal Rule of Civil Procedure 12.

---

[1] The term "Direct Actions" means the actions brought by the Direct Action Plaintiffs transferred to the above-captioned multidistrict litigation.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: February 19, 2010

| | |
|---|---|
| *Counsel for Plaintiffs Motorola, Inc., AT&T Mobility LLC, AT&T Corp., AT&T Services, Inc., Bellsouth Telecommunications, Inc., Pacific Bell Telephone Company, AT&T Operations, Inc., AT&T DataComm, Inc., and Southwestern Bell Telephone Company* | By: _____<br>Jerome A. Murphy *(pro hac vice)*<br>Jeffrey H. Howard *(pro hac vice)*<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>(202) 623-2500 (Phone)<br>(202) 628-5116 (Facsimile)<br><br>Jason C. Murray (State Bar No. 169806)<br>CROWELL & MORING LLP<br>515 South Flower St., 40th Floor<br>Los Angeles, CA 90071<br>(213) 443-5582 (Phone)<br>(213) 622-2690 (Facsimile)<br><br>R. Bruce Holcomb *(pro hac vice)*<br>ADAMS HOLCOMB LLP<br>1875 Eye Street NW<br>Washington, DC 20006<br>(202) 580-8822 (Phone)<br>(202) 580-8821 (Facsimile) |
| *Counsel for Defendants LG Display Co., Ltd. and LG Display America, Inc., And On Behalf of All Defendants AU Optronics Corporation; AU Optronics Corporation America, Inc; Chi Mei Corporation; Chi Mei Optoelectronics Corporation; Chi Mei Optoelectronics USA, Inc.; CMO Japan Co., Ltd.; Tatung Company of America, Inc.; LG Display Co., Ltd.; LG Display America, Inc.; Nexgen Mediatech, Inc.; Nexgen Mediatech USA, Inc.; Samsung Electronics Co., Ltd.;* | By: _____<br>Michael R. Lazerwitz *(pro hac vice)*<br>Jeremy J. Calsyn (State Bar No. 205062)<br>Lee F. Berger (State Bar No. 222756<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>2000 Pennsylvania Ave., NW<br>Washington, DC 20006<br>(202) 974-1500 (Phone)<br>(202) 974-1999 (Facsimile) |

| | |
|---|---|
| 1 | *Samsung Semiconductor, Inc.; Samsung Electronics America, Inc.; Sharp Corporation; Sharp Electronics Corporation; Toshiba Corporation; Toshiba America Electronics Components, Inc.; Toshiba Mobile Display Co., Ltd.; Toshiba America Information Systems, Inc.; Epson Imaging Devices Corporation; Epson Electronics America, Inc.,* |

SO ORDERED:

*/s/ Susan Illston*

Judge Susan Illston

2/22/10

Date Entered