```
PILLSBURY WINTHROP SHAW PITTMAN LLP
JOHN M. GRENFELL  (CA State Bar No. 88500)
JACOB R. SORENSEN  (CA State Bar No. 209134)
FUSAE NARA
50 Fremont Street
San Francisco, CA  94105
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

Attorneys for Defendants
SHARP CORPORATION and
SHARP ELECTRONICS CORPORATION
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. M:07-1827 SI<br>MDL No. 1827 |
| This Document Relates to:<br>ALL INDIRECT ACTIONS | [PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION TO FILE DOCUMENTS UNDER SEAL<br><br>[Civil L.R. 79-5; Standing Order of Hon. Susan Illston] |

      Having considered the application regarding whether certain documents Defendants lodged with the Court should be filed under seal, and good cause appearing, the application is hereby GRANTED.

      IT IS HEREBY ORDERED that the following documents lodged with the Court pursuant to Civil Local Rule 79-5 and the Standing Order of this Court shall be filed under seal:

      1.    Defendants' Administrative Motion For Leave To Submit Declaration of A Large Computer Manufacturer.

      2.    The Declaration of A Large Computer Manufacturer.

- 2 -

1  IT IS FURTHER ORDERED that, to maintain the effect of the seal under Civil Local Rule 79-5, the parties, their counsel and their declarants shall not publicly disseminate or discuss any of the sealed documents or their contents absent further order of the Court.

Dated:_____

_____
Hon. Susan Illston
United States District Judge