# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. M 07-1827 SI |
| _____/ | MDL. No. 1827 |
| This Order Relates to: | **ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE TO MARCH 29, 2010 AT 4:00 PM** |
| ALL CASES | |
| _____/ | |

A case management conference is currently set for March 17, 2010. The Court reschedules that conference to **March 29, 2010** at **4:00 pm.** All parties shall file case management statements by **noon** on **March 25, 2010.**

The Court also directs the direct purchaser plaintiffs and defendants to file a brief statement no later than **March 19, 2010** regarding the effect, if any, of the filing of the Third Amended Direct Purchaser Plaintiffs' Consolidated Complaint on the pending direct purchaser plaintiffs' motion for class certification. In particular, the Court would like the parties to address the fact that the Third Amended Direct Purchaser Plaintiffs' Consolidated Complaint adds new defendants who were not named in Second Amended Direct Purchaser Plaintiffs' Consolidated Complaint, which was the subject of the class certification motion.

**IT IS SO ORDERED.**

Dated: March 15, 2010

SUSAN ILLSTON
United States District Judge