IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION _____/ | No. M 07-1827 SI<br>MDL. No. 1827 |
| This Order Relates to:<br><br>ALL CASES<br><br>_____/ | **ORDER RE: BRIEFING AND HEARING ON OBJECTIONS BY THE STATES OF WASHINGTON AND ILLINOIS TO THE SPECIAL MASTER'S REPORT AND RECOMMENDATION ON MOTIONS SEEKING CLARIFICATION OR MODIFICATION OF PROTECTIVE ORDER** |

The Court has reviewed the States' *ex parte* application to shorten time, which seeks to have the States' "Motion to Adopt in Part and Objections to the Special Master's Report and Recommendation on Motions Seeking Clarification or Modification of Protective Order, Dated March 11, 2010" heard on March 29, 2010. Defendants have filed an objection to the *ex parte* application.

The Court ORDERS as follows: the States' *ex parte* application is DENIED; the parties shall submit supplemental briefs no later than **April 2, 2010**; the parties shall file replies no later than **April 12, 2010**, and the Court shall hold a hearing on the matter on **April 23, 2010** at **9:00 am**. (Docket No. 1616). If any party objects to unsealing the February 11, 2010 Order granting defendants' motions to quash grand jury subpoenas, the party must file a statement explaining its objection no later than **March 25, 2010**. If no objections are received, the Court will unseal the order.

**IT IS SO ORDERED.**

Dated: March 22, 2010

SUSAN ILLSTON
United States District Judge