[Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master Docket No. C M:07-01827 SI<br><br>MDL No. 1827 |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | **STIPULATION AND [PROPOSED] ORDER FOR APPOINTMENT OF LIAISON COUNSEL FOR DIRECT ACTION PLAINTIFFS** |

1  WHEREAS, on March 12, 2010, Special Master Smith filed a proposed Order re:
2  Individual Action Plaintiffs and Case Management with the Court ordering counsel for plaintiffs
3  Motorola, Inc., AT&T Mobility LLC, AT&T Corp., AT&T Services, Inc., Bellsouth
4  Telecommunications, Inc., Pacific Bell Telephone Company, AT&T Operations, Inc. AT&T
5  DataComm, Inc., Southwestern Bell Telephone Company, ATS Claim, Nokia Corp., Nokia, Inc.,
6  Electrograph Systems, Inc., Electrograph Technologies, Corp., Dell Inc., and Dell Products L.P.
7  (collectively, the "Direct Action Plaintiffs") to meet and confer and select a Liaison Counsel;
8  WHEREAS, the Direct Action Plaintiffs have met and conferred and agree that Jerome A.
9  Murphy of Crowell & Moring LLP will act as Liaison Counsel for the Direct Action Plaintiffs;
10 THEREFORE, THE UNDERSIGNED PARTIES, ACTING BY AND THROUGH THEIR
11 RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AND AGREE that Jerome A.
12 Murphy of Crowell & Moring LLP shall be appointed Liaison Counsel for the Direct Action
13 Plaintiffs in all cases in the above-captioned matter if no objection to such appointment is served
14 upon the Direct Action Plaintiffs and filed with the Court within fifteen (15) calendar days of
15 service of this Stipulation.

| | |
|---|---|
| 1  Dated: March 25, 2010 | Respectfully submitted, |
| 2 | |
| 3 | By:   /s/ Jason C. Murray |
| 4 | Jason C. Murray<br>CROWELL & MORING LLP |
| 5 | 515 South Flower St., 40th Floor<br>Los Angeles, California  90071 |
| 6 | Telephone:   (213) 443-5582<br>Facsimile:    (213) 622-2690 |
|   | Email: jmurray@crowell.com |
| 7 | |
| 8 | Jeffrey H. Howard (*pro hac vice*)<br>Jerome A. Murphy (*pro hac vice*) |
| 9 | CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, N.W. |
| 10 | Washington, D.C.  20004<br>Telephone:   (202) 624-2500 |
|    | Facsimile:    (202) 628-5116 |
| 11 | Email:  jhoward@crowell.com<br>             jmurphy@crowell.com |
| 12 | |
| 13 | Kenneth L. Adams (*pro hac vice*)<br>R. Bruce Holcomb (*pro hac vice*) |
| 14 | Christopher T. Leonardo (*pro hac vice*)<br>Christopher H. Wood (*pro hac vice*) |
| 15 | ADAMS HOLCOMB LLP<br>1875 Eye Street NW |
| 16 | Washington, DC 20006<br>Telephone:   (202) 580-8822 |
|    | Facsimile:    (202) 580-8821 |
| 17 | Email:  adams@adamsholcomb.com<br>             holcomb@adamsholcomb.com |
| 18 |              leonardo@adamsholcomb.com<br>             wood@adamsholcomb.com |
| 19 | |
| 20 | *Counsel for Plaintiffs AT&T Mobility LLC, AT&T Corporation, AT&T Services, Inc., Bellsouth Telecommunications, Inc.,* |
| 21 | *Pacific Bell Telephone Company, AT&T Operations, Inc., AT&T Datacomm, Inc.,* |
| 22 | *Southwestern Bell Telephone Company, and Motorola, Inc.* |

|   |   |   |
|---|---|---|
| 1 | By: | /s/ David P. Germaine |
| 2 | | David P. Germaine (*pro hac vice*)<br>VANEK, VICKERS & MASINI, P.C. |
| 3 | | 111 S. Wacker Dr.<br>Suite 4050 |
| 4 | | Chicago, IL 60606<br>Telephone:   (312) 224-1505 |
| 5 | | Email:  dgermaine@vaneklaw.com |
| 6 | | *Counsel for Plaintiff ATS Claim, LLC* |
| 7 | By: | /s/ B. Parker Miller |
|   | | B. Parker Miller (*pro hac vice*) |
| 8 | | ALSTON & BIRD LLP<br>1201 W. Peachtree St. |
| 9 | | Atlanta, Georgia 30309<br>Telephone:   (404) 881-4970 |
| 10 | | Email:  parker.miller@alston.com |
| 11 | | *Counsel for Plaintiffs Nokia Corporation and Nokia, Inc.* |
| 12 | By: | /s/ Philip Iovieno |
| 13 | | Philip Iovieno (*pro hac vice*)<br>BOIES, SCHILLER & FLEXNER LLP |
| 14 | | 10 N. Pearl St.<br>4th Floor |
| 15 | | Albany, NY 12207<br>Telephone:   (518) 434-0600 |
| 16 | | Email:  piovieno@bsfllp.com |
| 17 | | *Counsel for Plaintiffs Electrograph Systems, Inc, and Electrograph Technologies Corporation* |
| 18 | By: | /s/ Debra D. Bernstein |
| 19 | | Debra D. Bernstein (*pro hac vice*)<br>ALSTON + BIRD LLP |
| 20 | | 1201 W. Peachtree St.<br>Atlanta, GA 30309 |
| 21 | | Telephone:   (404) 881-4476<br>Email:  debra.bernstein@alston.com |
| 22 | | |
| 23 | | *Counsel for Plaintiffs Dell Inc. and Dell Products L.P.* |

24  Pursuant to General Order 45, Part X-B, the filer states that concurrence in the filing of this

25 document has been obtained from David P. Germaine, B. Parker Miller, Philip Iovieno, and Debra

26 D. Bernstein.

27

28

3                                                         Master Docket No. C M:07-01827 SI
STIPULATION AND [PROPOSED] ORDER FOR
APPOINTMENT OF LIAISON COUNSEL FOR DIRECT ACTION PLAINTIFFS

**[PROPOSED] ORDER**

There being no objections filed, IT IS HEREBY ORDERED that Jerome A. Murphy of Crowell & Moring LLP be appointed as Liaison Counsel for the Direct Action Plaintiffs in all cases in the above-captioned matter.

_____
The Honorable Susan Illston
United States District Court Judge

3/26/10

_____
Date Entered