# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In Re TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION** | No.: M-07-1827 SI<br>MDL No. 1827 |
| This document relates to:<br>ALL ACTIONS. | **[Proposed] Stipulated Order Rescheduling Hearing on States' Motions to Clarify or Modify Protective Order** |

**IT IS HEREBY ORDERED** that the hearing on the States of Illinois' and Washington's Motion to Adopt in Part and Objections to the Special Master's Report and Recommendation on Motions Seeking Clarification or Modification of Protective Order, Dated March 11, 2010, which is currently set for April 23, 2010 is reset for April 30, 2010 at 9:00 am.

**IT IS SO ORDRED.**

Dated: _____3/26/10_____, 2010

_____
Hon. Susan Illston
United States District Judge