1   Jason C. Murray (State Bar No. 169806)
    Joshua C. Stokes (State Bar No. 220214)
2   CROWELL & MORING LLP
    515 South Flower Street, 40th Floor
3   Los Angeles, CA  90071-2258
    Telephone:     (213) 622-4750
4   Facsimile:     (213) 622-2690
    Email:         jmurray@crowell.com
5
    Attorneys for Plaintiffs
6
    Patrick J. Ahern (PRO HAC VICE)
7   Roxane C. Busey (PRO HAC VICE)
    Robert W. Tarun (State Bar No. 64881)
8   BAKER & MCKENZIE LLP
    130 East Randolph Drive, Suite 3900
9   Chicago, Illinois 60601
    Telephone:     (312) 861-3735
10  Facsimile:     (312) 861-2899
    Email:         Patrick.j.ahern@bakernet.com
11
    Attorneys for Defendant
12  CHUNGHWA PICTURE TUBES LTD.

13              **UNITED STATES DISTRICT COURT**

14        **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

15                  **(SAN FRANCISCO DIVISION)**

16

17  IN RE TFT-LCD (FLAT PANEL)          CASE NO. M: 07-cv-1827-SI
                                        MDL No. 1827
18  ANTITRUST LITIGATION

19  This document related to all cases  **STIPULATION AND
                                        [PROPOSED] ORDER WAIVING
20                                      ORAL ARGUMENT ON
                                        PLAINTIFFS' MOTION TO SERVE
21                                      DEFENDANT THROUGH THEIR U.S.
                                        COUNSEL**

22

23

24

25

26

27

28

1    The undersigned counsel, on behalf of plaintiffs AT&T Mobility LLC, AT&T

2  Corp., AT&T Services, Inc., Bellsouth Telecommunications, Inc., Pacific Bell Telephone

3  Company, AT&T Operations, Inc., AT&T DataComm, Inc., Southwestern Bell Telephone

4  Company, and Motorola, Inc. (collectively, "Direct Action Plaintiffs"), and defendant Chunghwa

5  Picture Tubes, LTD. ("Defendant")[1],  request that the Court take off calendar the hearing on

6  Direct Action Plaintiffs' Motion for an Order Authorizing Plaintiffs to Serve Defendants

7  Through Their U.S. Counsel Pursuant to FED. R. CIV. P. 4(f)(3) ("Plaintiffs' Motion").

8    WHEREAS Direct Action Plaintiffs filed Plaintiffs' Motion on February 16,

9  2010,  Defendant filed a Memorandum in Opposition on March 5, 2010, and Direct Action

10  Plaintiffs filed a Reply on March 19, 2010;

11    WHEREAS Direct Action Plaintiffs and Defendant agree that the issue has been

12  fully briefed;

13    THEREFORE, Direct Action Plaintiffs and Defendant, by their respective

14  counsel, stipulate and agree to waive oral argument on Plaintiffs' Motion, and submit to the

15  Court's ruling on the pleadings that have been filed.  The parties agree that the hearing scheduled

16  for 9:00 a.m. on April 2, 2010 may be taken off calendar, subject to any further direction of the

17  Court.

18  //

19  //

20  //

21  //

22  //

23  //

24  //

25  //

26

27  [1]    Subsequent to the filing of the Motion, Hannstar Display Corporation waived service of
process with regard to the Direct Action Plaintiffs' complaints.  As a result, the Motion is now
28  pending only against Chunghwa Picture Tubes, LTD.

1      IT IS SO STIPULATED

2                                              Respectfully submitted,

3      DATED: March 29, 2010

4      *Counsel for Plaintiffs Motorola, Inc.,*          By:   */s/ Joshua C. Stokes*
       *AT&T Mobility LLC, AT&T Corp.,*                        Jerome A. Murphy (*pro hac vice*)
5      *AT&T Services, Inc., Bellsouth*                        Jeffrey H. Howard (*pro hac vice*)
       *Telecommunications, Inc. Pacific Bell*                 CROWELL & MORING LLP
6      *Telephone Company, AT&T*                               1001 Pennsylvania Avenue, N.W.
       *Operations, Inc., AT&T DataComm,*                      Washington, DC 20004
7      *Inc., and Southwestern Bell*                           (202) 623-2500 (Phone)
       *Telephone Company*                                     (202) 628-5116 (Facsimile)
8
9                                                              Jason C. Murray (State Bar. No. 169806)
                                                               Joshua C. Stokes (State Bar No. 220214)
10                                                             CROWELL & MORING LLP
                                                               515 South Flower St., 40th Floor
11                                                             Los Angeles, CA 90071
                                                               (213) 443-5582 (Phone)
12                                                             (213) 622-2690 (Facsimile)
13
                                                               R. Bruce Holcomb (*pro hac vice*)
14                                                             ADAMS HOLCOMB LLP
                                                               1875 Eye Street NW
15                                                             Washington, DC 20006
                                                               (202) 580-8822 (Phone)
16                                                             (202) 580-8821 (Facsimile)
17
       *Counsel for Defendant Chunghwa*               By:   */s/ Patrick J. Ahern*
18     *Picture Tubes, LTD.*                                   Patrick J. Ahern (*pro hac vice*)
                                                               Roxane C. Busey (*pro hac vice*)
19                                                             Robert W. Tarun (State Bar No. 64881)
                                                               BAKER & MCKENZIE LLP
20                                                             130 East Randolph Drive, Suite 3900
                                                               Chicago, Illinois 60601
21                                                             Telephone:       (312) 861-3735
                                                                Facsimile:       (312) 861-2899
22
23                                                             SO ORDERED
24
25                                                             Judge Susan Illston
26
27                                                             Date Entered
28