Jason C. Murray (State Bar No. 169806)
Joshua C. Stokes (State Bar No. 220214)
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071-2258
Telephone:    (213) 622-4750
Facsimile:    (213) 622-2690
Email:        jmurray@crowell.com

Attorneys for Plaintiffs (additional attorney names on signature line)

Michael R. Lazerwitz (PRO HAC VICE)
Jeremy J. Calsyn (State Bar No. 205062)
Lee F. Berger (State Bar No. 222756)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Ave., NW
Washington, DC 20006
Telephone:    (202) 974-1500
Facsimile:    (202) 974-1999
Email:        mlazerwitz@cgsh.com

Attorneys for Defendants
LG DISPLAY CO., LTD.
LG DISPLAY AMERICA, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This document related to all cases | CASE NO. M: 07-cv-1827-SI<br>MDL No. 1827<br><br>**STIPULATION AND [PROPOSED] ORDER ON BRIEFING SCHEDULE** |

       The undersigned counsel, on behalf of plaintiffs AT&T Mobility LLC, AT&T Corp., AT&T Services, Inc., Bellsouth Telecommunications, Inc., Pacific Bell Telephone Company, AT&T Operations, Inc., AT&T DataComm, Inc., Southwestern Bell Telephone Company, and Motorola, Inc. (collectively, "Direct Action Plaintiffs"); and defendants AU Optronics Corporation, AU Optronics Corporation America, Inc., Chi Mei Corporation, Chi Mei Optoelectronics Corporation, Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Tatung Company of America, Inc., LG Display Co., Ltd., LG Display America, Inc., Nexgen Mediatech, Inc., Nexgen Mediatech USA, Inc., Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., Samsung Electronics America, Inc., Sharp Corporation, Sharp Electronics Corporation, Toshiba Corporation, Toshiba America Electronics Components, Inc., Toshiba Mobile Display Co., Ltd., Toshiba America Information Systems, Inc., Epson Imaging Devices Corporation, Epson Electronics America, Inc. (collectively, "Defendants") request that the Court enter the following order to set the timing of the parties' respective oppositions and replies with regard to Direct Action Plaintiffs' amended complaints.

       WHEREAS Direct Action Plaintiffs filed amended complaints in the above-captioned case on January 29, 2010, and Defendants filed a Motion to Dismiss on February 19, 2010;

       WHEREAS Direct Action Plaintiffs and Defendants have agreed that an orderly schedule for the response to the amended complaints would be most efficient for the parties and for the Court;

       WHEREAS a hearing is scheduled for June 4, 2010, which leaves nearly one month between the current reply brief deadline and the hearing date; and

       WHEREAS the Direct Action Plaintiffs and Defendants agree that both sides, and the Court, will benefit from additional time to brief the complicated issues raised in this case without moving the hearing date;

//

//

//

THEREFORE, Direct Action Plaintiffs and Defendants, by their respective counsel, stipulate and agree to shift the response times by one week per side as follows:

    1.    Direct Action Plaintiffs' oppositions shall be due on April 16, 2010,

    2.    Defendants' replies, if any, shall be due on May ~~24~~ 14, 2010,

    3.    Except as set forth above, all Local Rules shall remain in effect with respect to the briefing on the motions. Entering into this stipulation does not constitute a waiver of any defense under Federal Rule of Civil Procedure 12.

IT IS SO STIPULATED

Respectfully submitted,

DATED: March 31, 2010

*Counsel for Plaintiffs Motorola, Inc., AT&T Mobility LLC, AT&T Corp., AT&T Services, Inc., Bellsouth Telecommunications, Inc. Pacific Bell Telephone Company, AT&T Operations, Inc., AT&T DataComm, Inc., and Southwestern Bell Telephone Company*

By:   /s/ Joshua C. Stokes
Jerome A. Murphy (*pro hac vice*)
Jeffrey H. Howard (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 623-2500 (Phone)
(202) 628-5116 (Facsimile)

Jason C. Murray (State Bar. No. 169806)
Joshua C. Stokes (State Bar No. 220214)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
(213) 443-5582 (Phone)
(213) 622-2690 (Facsimile)

R. Bruce Holcomb (*pro hac vice*)
ADAMS HOLCOMB LLP
1875 Eye Street NW
Washington, DC 20006
(202) 580-8822 (Phone)
(202) 580-8821 (Facsimile)

| | | |
|---|---|---|
| 1 | *Counsel for Defendants LG Display Co., Ltd. and LG Display America, Inc., And on behalf of All Defendants AU Optronics Corporation, AU Optronics Corporation America, Inc., Chi Mei Corporation, Chi Mei Optoelectronics Corporation, Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Tatung Company of America, Inc., LG Display Co., Ltd., LG Display America, Inc., Nexgen Mediatech, Inc., Nexgen Mediatech USA, Inc., Samsung Electronics Co., Ltd, Samsung Semiconductor, Inc., Samsung Electronics America, Inc., Sharp Corporation, Sharp Electronics Corporation, Toshiba Corporation, Toshiba America Electronics Components, Inc., Toshiba Mobile Display Co., Ltd., Toshiba America Information Systems, Inc., Epson Imaging Devices Corporation, Epson Electronics America, Inc.* | By: /s/ Michael R. Lazerwitz<br>Michael R. Lazerwitz (PRO HAC VICE)<br>Jeremy J. Calsyn (State Bar No. 205062)<br>Lee F. Berger (State Bar No. 222756)<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>2000 Pennsylvania Ave., NW<br>Washington, DC 20006<br>Telephone: (202) 974-1500<br>Facsimile: (202) 974-1999 |

SO ORDERED

_____
Judge Susan Illston
4/6/10

_____
Date Entered