1   Martin Quinn
    JAMS
2   Two Embarcadero Center, Suite 1500
    San Francisco, CA 94111
3   Telephone: (415) 982-5267
    Fax: (415) 982-5287
4

5   SPECIAL MASTER

6

7

8

9                        UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                         SAN FRANCISCO DIVISION

12

13   IN RE TFT-LCD (FLAT PANEL) ANTITRUST          CASE NO. M:07-cv-01827-si
     LITIGATION
14                                                 MDL No. 1827

15                                                 **AFFIDAVIT OF SPECIAL MASTER**
                                                   **[Rule 53(b)(3)]**
16

17          I, Martin Quinn, declare under penalty of perjury that I have reviewed the list of parties

18   and counsel and am aware of the general nature of the case, and know of no facts or

19   circumstances that would constitute a ground under 28 U.S.C. §455 to disqualify me from acting

20   as Special Master for discovery purposes in this case.

21

22

23   Dated:  April 12, 2010          _____
24                                              Martin Quinn
25

26   Subscribed and sworn to before me under the laws of the State of California

27          *SEE ATTACHED JURAT*

28                                    _____
                                                Notary Public

# Jurat

State of California

County of _SAN FRANCISCO_

Subscribed and sworn to (or affirmed) before me on this _12th_ day of _APRIL_,

20 _10_ by _MARTIN QUINN_

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature

(Notary seal)



K. CLERICI
COMM. # 1762375
NOTARY PUBLIC – CALIFORNIA
SAN MATEO COUNTY
My Comm. Expires Aug. 19, 2011

## OPTIONAL INFORMATION

### INSTRUCTIONS FOR COMPLETING THIS FORM

*The wording of all Jurats completed in California after January 1, 2008 must be in the form as set forth within this Jurat. There are no exceptions. If a Jurat to be completed does not follow this form, the notary must correct the verbiage by using a jurat stamp containing the correct wording or attaching a separate jurat form such as this one which does contain proper wording. In addition, the notary must require an oath or affirmation from the document signer regarding the truthfulness of the contents of the document. The document must be signed AFTER the oath or affirmation. If the document was previously signed, it must be re-signed in front of the notary public during the jurat process.*

### DESCRIPTION OF THE ATTACHED DOCUMENT

_IN RE TFT – LCD (FLAT PANEL_
(Title or description of attached document)

_ANTITRUST LITIGATION – AFFIDAVIT_
(Title or description of attached document continued)

Number of Pages _1_   Document Date _04/12/10_

(Additional information)

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the jurat process is completed.
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Signature of the notary public must match the signature on file with the office of the county clerk.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different jurat form.
  - ❖ Additional information is not required but could help to ensure this jurat is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
- Securely attach this document to the signed document

2008 Version CAPA v1.9.07  800-873-9865  www.NotaryClasses.com