Randall Allen (State Bar No. 264067)**
**ALSTON + BIRD LLP**
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: 650-838-2000
Facsimile: 650-838-2001
Email: randall.allen@alston.com

*Attorneys for Plaintiffs Nokia Corporation and Nokia Inc.*
**(additional attorney names on signature line)

Bruce H. Jackson (State Bar No. 98118)**
**BAKER & MCKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111-3802
Telephone: 415-576-3000
Facsimile: 415-576-3099
Email: bruce.h.jackson@bakernet.com

*Attorneys for Defendants*
*Chunghwa Picture Tubes, Ltd. and Tatung Company*
**(additional attorney names on signature line)

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | CASE NO: 3:09-CV-5609<br>MDL FILE NO: M:07-CV-1827-SII<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR NOKIA CORPORATION AND NOKIA INC. TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO SERVE DEFENDANTS THROUGH THEIR U.S. COUNSEL AND WAIVING ORAL ARGUMENT** |
| NOKIA CORPORATION and NOKIA INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AU OPTRONICS CORPORATION, et al.<br><br>Defendants.<br><br>This Document Relates to: Case No. 3:09-CV-5609 | |

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR NOKIA TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO SERVE DEFENDANTS THROUGH THEIR U.S. COUNSEL AND WAIVING ORAL ARGUMENT**

**MASTER FILE NO. M:07-CV-1827-SII**
**CASE NO. 3:09-CV-5609**

1    On behalf of Plaintiffs Nokia Corporation and Nokia Inc. (collectively "Nokia") and Defendants Chunghwa Picture Tubes, Ltd. and Tatung Company (collectively "Defendants"), the undersigned counsel hereby stipulate and agree that the Court should enter an Order extending the time for Nokia to file a Reply Brief in Support of its Motion to Serve Defendants Through Their U.S. Counsel Pursuant to Fed. R. Civ. P. 4(f)(3) and waiving the oral argument on that Motion currently scheduled for May 7, 2010.

WHEREAS, Nokia filed its Motion to Serve Defendants Through Their U.S. Counsel in the above-captioned case on March 26, 2010;

WHEREAS, pursuant to Local Rule 7-3, the deadline for Defendants to respond to Nokia's Motion was April 16, 2010;

WHEREAS, with Nokia's consent, Defendants filed their Response in Opposition to Nokia's Motion to Serve Defendants Through Their U.S. Counsel on April 23, 2010;

WHEREAS, the hearing on Nokia's Motion to Serve Defendants Through Their U.S. Counsel is currently scheduled for a hearing before the Court on May 7, 2010;

WHEREAS, there is insufficient time for Nokia to file a Reply Brief in Support of its Motion to Serve Defendants Through Their U.S. Counsel under Local Rule 7-3;

WHEREAS, the parties agree that the deadline for Nokia to file its Reply Brief in Support of its Motion to Serve Defendants Through Their U.S. Counsel should be extended through and including May 7, 2010; and

WHEREAS, the parties agree that after the filing of Nokia's Reply Brief in Support of its Motion to Serve Defendants Through Their U.S. Counsel, the issues raised in Nokia's Motion will have been fully briefed;

THEREFORE, the parties hereby stipulate and agree that the deadline for Nokia to file a Reply Brief in Support of its Motion to Serve Defendants Through Their U.S. Counsel should be extended through and including May 7, 2010. The parties also stipulate and agree that oral argument on Nokia's Motion should be waived and that the hearing scheduled for 9:00 a.m. on May 7, 2010 should be taken off the Court's calendar, subject to any further direction of the Court.

IT IS SO STIPULATED

Respectfully submitted,

Dated:  May 3, 2010.

/s/ Patrick J. Ahern
Bruce H. Jackson
(bruce.h.jackson@bakernet.com)
California Bar No. 98118
**BAKER & MCKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111-3802
Telephone: 415-576-3000
Facsimile: 415-576-3099

Patrick J. Ahern (pro hac vice)
(patrick.j.ahern@bakernet.com)
Roxane C. Busey (pro hac vice)
(roxane.c.busey@bakernet.com)
Karen Sewell (pro hac vice)
(karen.sewell@bakernet.com)
**BAKER & MCKENZIE LLP**
130 E. Randolph Drive, Suite 3500
Chicago, Illinois 60601
Telephone:  312-861-8000

*Attorneys for Defendants CHUNGHWA PICTURE TUBES, LTD. and TATUNG COMPANY*

/s/ B. Parker Miller
Randall L. Allen (randall.allen@alston.com)
California Bar No. 264067
**ALSTON + BIRD LLP**
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California  94306
Telephone:  650-838-2000
Facsimile:  650-838-2001

Peter Kontio (peter.kontio@alston.com)
Valarie C. Williams (valarie.williams@alston.com)
B. Parker Miller (parker.miller@alston.com)
Joann E. Johnston (joann.johnston@alston.com)
Lisa K. Bojko (lisa.bojko@alston.com)
Donald M. Houser (donald.houser@alston.com)
**ALSTON + BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone:  404-881-7000
Facsimile:  404-881-7777

Richard W. Stimson, Of Counsel
(rick.stimson@alston.com)
**ALSTON + BIRD LLP**
Chase Tower, Suite 3601
2200 Ross Avenue
Dallas, Texas 75201
Telephone:  214-922-3400
Facsimile:  214-922-3899

*Attorneys for Plaintiffs NOKIA CORPORATION and NOKIA INC.*

**IT IS SO ORDERED this___day of May, 2010.**

_____
Hon. Susan Illston
U.S. District Court Judge

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR NOKIA TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO SERVE DEFENDANTS THROUGH THEIR U.S. COUNSEL AND WAIVING ORAL ARGUMENT**   2   **MASTER FILE NO. M:07-CV-1827-SII
CASE NO. 3:09-CV-5609**