Gregory W. Landry
LaMARCA & LANDRY, P.C.
1820 NW 18th St., Suite 200
Des Moines, IA 20325
Telephone: (515) 225-2600
Facsimile:   (515) 225-8581

*Counsel for Plaintiff Benjamin Grant Northway
and Indirect-Purchaser Class Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. C07-1827-SI |
| | MDL No. 1827 |
| This Document Relates to: All Actions | **NOTICE OF APPEARANCE OF GREGORY W. LANDRY** |

Gregory W. Landry of LaMarca & Landry, P.C., 1820 NW 18th Street, Suite 200, Des Moines, Iowa 50325, hereby enters his appearance as one of the attorneys of record for indirect-purchaser plaintiff Benjamin Grant Northway, on behalf of himself and all others similarly situated.

Dated this 27th day of May, 2010.                       Respectfully Submitted,

                                                         */s/ Gregory W. Landry*
                                                        Gregory W. Landry
                                                        LaMARCA & LANDRY, P.C.
                                                        1820 NW 18th Street, Suite 200
                                                        Des Moines, Iowa 50325
                                                        Phone:  (515) 225-2600
                                                        Fax:    (515) 225-8581
                                                        E-mail:  greg@lamarcalandry.com

3221262v1