IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION _____/ | No. M 07-1827 SI<br><br>MDL. No. 1827 |
| This Order Relates to:<br><br>ALL CASES<br><br>_____/ | **ORDER RE: TATUNG COMPANY OF AMERICA'S SUPPLEMENTAL SUBMISSION REGARDING TRANSLATED DOCUMENTS** |

On April 13, 2010, Tatung Company of America ("TUS") filed the Declaration of Patrick Ahern to substantiate its assertion of attorney work-product protection for TUS's translations of foreign-language documents not provided to the U.S. Department of Justice. (Docket No. 1683). Plaintiffs did not file a response to defendant's submission.

The Court has reviewed Mr. Ahern's declaration and finds that TUS has shown that the translations constitute opinion work product. The Court further finds that TUS has made an adequate showing of good cause for why it did not file a declaration substantiating its claim of attorney work product earlier. Accordingly, the translations at issue are protected and TUS need not produce those documents to plaintiffs.

**IT IS SO ORDERED.**

Dated: May 28, 2010

_____
SUSAN ILLSTON
United States District Judge