Steven D. Hemminger (SBN 110665)
steve.hemminger@alston.com
**ALSTON + BIRD LLP**
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 838-2000
Facsimile: (650) 838-2001

Michael P. Kenny (mike.kenny@alston.com)
Debra D. Bernstein (debra.bernstein@alston.com)
Rodney J. Ganske (rod.ganske@alston.com)
Elizabeth H. Jordan (elizabeth.jordan@alston.com)
Matthew D. Kent (matthew.kent@alston.com)
**ALSTON + BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

*Attorneys For Plaintiffs Dell Inc. and Dell Products L.P.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. M:07-1827 SI<br>MDL No. 1827 |
| This Document Relates to Individual Case No. 3:10-cv-01064 SI | **STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE AND SCHEDULING** |
| DELL INC. and DELL PRODUCTS L.P., <br><br>Plaintiffs,<br>v.<br>SHARP CORPORATION; SHARP ELECTRONICS CORPORATION; HITACHI DISPLAYS, LTD.; HITACHI ELECTRONIC DEVICES (USA), INC.; HITACHI, LTD.; EPSON IMAGING DEVICES CORPORATION; EPSON ELECTRONICS AMERICA, INC.; HANNSTAR DISPLAY CORPORATION; TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; TOSHIBA AMERICA INFORMATION SYSTEMS, INC.; TOSHIBA CORPORATION; and TOSHIBA MOBILE DISPLAY CO., LTD.,<br><br>Defendants. | Individual Case No. 3:10-cv-01064 SI<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE AND SCHEDULING** |

WHEREAS plaintiffs Dell Inc. and Dell Products L.P. (collectively, "Dell") filed the above-captioned lawsuit on March 12, 2010;

WHEREAS Dell filed a Notice of Related Case to *In re TFT-LCD (Flat Panel) Antitrust Litigation*, Case No. M:07-CV-1827-SI, MDL No. 1827, on March 12, 2010, and the case was reassigned to the Honorable Susan Illston on March 18, 2010;

WHEREAS, the Defendants have agreed to waive service and the parties have reached an agreement, pursuant to Civil L.R. 6-1(a), to extend the time within which the Defendants must move against, answer or otherwise respond to Dell's Complaint;

WHEREAS, this extension will not alter the date of any event or any deadline already fixed by the Court;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, Dell, on the one hand, and defendants Sharp Corporation; Sharp Electronics Corporation; Hitachi Displays, Ltd.; Hitachi Electronic Devices (USA), Inc.; Hitachi, Ltd.; Epson Imaging Devices Corporation; Epson Electronics America, Inc; Toshiba America Electronic Components, Inc.; Toshiba America Information Systems, Inc.; Toshiba Corporation; and Toshiba Mobile Display Co., Ltd. (collectively, "Defendants") on the other hand, as follows:

1. Defendants waive service of Dell's Complaint under Federal Rule of Civil Procedure 4(d).
2. Defendants will have until July 6, 2010, to move against, answer or otherwise respond to Dell's Complaint.
3. Dell and Defendants agree to the following briefing schedule for any motion or motions to dismiss Dell's Complaint (the "Motions") and agree to file all motions or proposed orders as necessary to implement the agreed-upon schedule.  To the extent the Court does not accept all or any part of the proposed schedule, Dell and Defendants agree to work in good faith to establish a briefing schedule for the Motions acceptable to all parties and the Court to replace that set forth below:
    a. Dell will have until August 19, 2010 to file any response to the Motions.

STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE AND SCHEDULING
Master File No. M07-1827 SI
3:10-cv-01064 SI

2

      b.  Defendants will have until September 20, 2010 to file any reply brief(s) to the Motions.

      c.  The hearing on the Motions will be noticed for October 8, 2010.

4.  Except as set forth above, all Local Rules shall remain in effect with respect to the briefing on the Motions.  Entering into this stipulation does not effect a waiver of any defense under Federal Rule of Civil Procedure 12.  This stipulation does not constitute a waiver of any challenge to personal jurisdiction by any Defendant.

IT IS SO STIPULATED:

Dated: June 7, 2010

By:  /s/Debra D. Bernstein
Steven D. Hemminger (SBN 110665)
steve.hemminger@alston.com
**ALSTON + BIRD LLP**
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California  94306
Telephone: (650) 838-2000
Facsimile:  (650) 838-2001

Michael P. Kenny, Esq.
mike.kenny@alston.com
Debra D. Bernstein, Esq.
debra.bernstein@alston.com
Rodney J. Ganske, Esq.
rod.ganske@alston.com
Elizabeth H. Jordan, Esq.
elizabeth.jordan@alston.com
Matthew D. Kent, Esq.
matthew.kent@alston.com
**ALSTON + BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia  30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE AND SCHEDULING
Master File No. M07-1827 SI
3:10-cv-01064 SI

3

By: /s/Colin C. West
Colin C. West
colin.west@bingham.com
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, California 94111
(415) 393-2422
(415) 393-2286 (Fax)

*Counsel for Defendants Sharp Corporation and Sharp Electronics Corporation*

By: /s/Jacob R. Sorensen
Jacob R. Sorensen
jake.sorenson@pillsburylaw.com
Pillsbury Winthrop Shaw Pittman
50 Fremont Street
San Francisco, California 94105
(415) 983-1000
(415) 983-1200 (Fax)

*Counsel for Defendants Sharp Corporation and Sharp Electronics Corporation*

By: /s/Kent Michael Roger
Kent Michael Roger
kroger@morganlewis.com
Morgan Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, California 94105
(415) 442-1140
(415) 442-1001 (fax)

*Counsel for Defendants Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc., and Hitachi, Ltd.*

By: /s/Stephen P. Freccero
Stephen P. Freccero
sfreccero@mofo.com
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105-2482
(415) 268-7000
(415) 268-7522 (Fax)

*Counsel for Defendants Epson Imaging Devices Corporation and Epson Electronics America, Inc.*

STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE AND SCHEDULING
Master File No. M07-1827 SI
3:10-cv-01064 SI

4

By: /s/John H. Chung
John H. Chung
jchung@whitecase.com
White & Case LLP
1155 Avenue of the Americas
New York, New York 10036
(212) 819-8200
(212) 354-8113 (Fax)

*Counsel for Defendants Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., Toshiba Corporation, and Toshiba Mobile Display Co., Ltd.*

Attestation: The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

**IT IS SO ORDERED**:

_____
Hon. Susan Illston

The hearing on the motions to dismiss will be held on Thursday, October 7, 2010, at 9:00 a.m.

STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE AND SCHEDULING
Master File No. M07-1827 SI
3:10-cv-01064 SI