1  Francis O. Scarpulla (41059)
   Craig C. Corbitt (83251)
2  Judith A. Zahid (215418)
   Patrick B. Clayton (240191)
3  Qianwei Fu (242669)
   Heather T. Rankie (268002)
4  ZELLE HOFMANN VOELBEL & MASON LLP
   44 Montgomery Street, Suite 3400
5  San Francisco, CA 94104
   Telephone:    (415) 693-0700
6  Facsimile:    (415) 693-0770
   Email:        fscarpulla@zelle.com
7

8  Joseph M Alioto (42980)
   Theresa D. Moore (99978)
9  THE ALIOTO FIRM
   555 California Street, 31st Floor
10 San Francisco, CA  94104
   Telephone:    (415) 434-8900
11 Facsimile:    (415) 434-9200
   Email:        sexton@aliotolaw.com
12
   *Co-Lead Class Counsel for Indirect-Purchaser Plaintiffs*
13

**DENIED**

*Judge Susan Illston*

14                     **UNITED STATES DISTRICT COURT**

15                    **NORTHERN DISTRICT OF CALIFORNIA**

16                           **SAN FRANCISCO DIVISION**

| 17 | IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:07-md-1827 SI |
|---|---|---|
| 18 | | MDL No. 1827 |
| 19 | | |
| 20 | This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER SHORTENING TIME FOR HEARING ON MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT WITH EPSON IMAGING DEVICES CORP.** |
| 21 | All Indirect-Purchaser Actions | |

1   Undersigned counsel, on behalf of the Indirect-Purchaser Plaintiffs ("Indirects") and Epson Imaging Devices Corporation ("EID"), request that the Court enter the following order shortening the time for hearing the motion for preliminary approval of the class settlement between the Indirects and EID.

WHEREAS, the Indirects and EID have entered into a proposed class settlement agreement which is the subject of a motion for preliminary approval to be filed shortly with this Court;

WHEREAS, the motion for preliminary approval shall be unopposed;

WHEREAS, the Court has previously scheduled a case management conference for June 23, 2010 at 10:00 a.m.;

WHEREAS, the Indirects and EID agree that it would benefit the parties and the Court to hear the unopposed motion for preliminary approval at the already-scheduled case management conference on June 23rd, instead of setting a separate hearing according to the schedule for contested motions under Local Rule 6-1;

THEREFORE, the Indirects and EID stipulate to waive the contested motion schedule under Local Rule 6-1 and notice the hearing on the motion for preliminary approval for June 23, 2010 at 10:00 a.m. or as soon thereafter as the matter may be heard.

IT IS SO STIPULATED.

Dated:  June 17, 2010                        Respectfully submitted,

  __/s/ Francis O. Scarpulla____

Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Judith A. Zahid (215418)
Patrick B. Clayton (240191)
Qianwei Fu (242669)
Heather T. Rankie (268002)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:   (415) 693-0700
Facsimile:   (415) 693-0770
Email:       fscarpulla@zelle.com

Joseph M Alioto (42980)
Theresa D. Moore (99978)
THE ALIOTO FIRM
555 California Street, 31st Floor
San Francisco, CA  94104
Telephone:   (415) 434-8900
Facsimile:    (415) 434-9200
Email:          *sexton@aliotolaw.com*

*Co-Lead Class Counsel for Indirect-Purchaser Plaintiffs*

Dated:  June 17, 2010            ___/s/ Stephen P. Freccero_____

Melvin R. Goldman (34097)
Stephen P. Freccero (131093)
Derek F. Foran (224569)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone:   (415) 268-7000
Facsimile:    (415) 268-7522
Email:          *mgoldman@mofo.com*

<u>Attestation</u>:  Pursuant to General Order No. 45, the filer attests that concurrence in the filing of this document has been obtained from each of the signatories.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  June __, 2010            _____
                                 Susan Illston
                                 United States District Judge

---

2

STIPULATION AND [PROPOSED] ORDER SHORTENING TIME FOR HEARING ON MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT  Case No. 3:07-md-1827 SI