Francis O. Scarpulla (41059)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:      (415) 693-0700
Facsimile:       (415) 693-0770
fscarpulla@zelle.com

Joseph M. Alioto
THE ALIOTO LAW FIRM
555 California Street, 31st Floor
San Francisco, CA 94104
Telephone:      (415) 434-8900
Facsimile:       (415) 434-9200
sexton@aliotolaw.com

*Co-Lead Class Counsel for Indirect-Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. 3:07-md-1827<br>MDL No. 1827 |
| This Document Relates To:<br>ALL INDIRECT-PURCHASER ACTIONS | **STIPULATION AND [PROPOSED] ORDER REGARDING AMENDMENT TO INDIRECT-PURCHASER PLAINTIFFS' SECOND CONSOLIDATED AMENDED COMPLAINT**<br><br>Judge: Honorable Susan Y. Illston<br>Crtrm: 10, 19th Floor |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

IT IS HEREBY STIPULATED by and between the parties, INDIRECT PURCHASER PLAINTIFFS, and EPSON IMAGING DEVICES CORPORATION (collectively "the Parties") and their respective counsel, and subject to the approval of the Court, that Indirect-Purchaser

STIPULATION AND [PROPOSED] ORDER RE AMENDMENT TO INDIRECT-PURCHASER PLAINTIFFS' SECOND CONSOLIDATED AMENDED COMPLAINT
CASE NO. 3:07-MD-1827

1

Plaintiffs' Second Consolidated Amended Complaint ("Complaint"), filed December 5, 2008 (Dkt. No. 746), be deemed amended as follows.

    1.    New Paragraph 95A shall state: "Defendant Epson Imaging Devices Corporation ("EID") is a Japanese Company with its principal place of business in Tottori, Japan. EID was originally formed as Sanyo Epson Imaging Devices Corporation on October 1, 2004 as a joint venture co-owned by Seiko Epson Corporation and Sanyo Electric Co., Ltd. As of December 28, 2006, Sanyo Epson Imaging Devices Corporation became a wholly-owned subsidiary of Seiko Epson Corporation and changed its name to EID. During the Class Period EID manufactured, sold and/or distributed LCD panels to customers throughout the United States."

    2.    Paragraph 98 is amended to delete the reference to "Epson Imaging Devices Corporation."

    3.    All references to "defendants" in the Complaint, except as the term is used to describe a specifically-named defendant or defendants other than EID, shall be deemed to include EID.

Dated: June 21, 2010

    FRANCIS O. SCARPULLA
    ZELLE HOFMANN VOELBEL
    & MASON LLP

    JOSEPH M. ALIOTO
    THE ALIOTO LAW FIRM

    By:   */s/ Francis O. Scarpulla*
           Francis O. Scarpulla

    *Co-Lead Class Counsel for Indirect-Purchaser Plaintiffs*

STIPULATION AND [PROPOSED] ORDER RE AMENDMENT TO INDIRECT-PURCHASER PLAINTIFFS' SECOND CONSOLIDATED AMENDED COMPLAINT
CASE NO. 3:07-MD-1827

2

1  Dated: June 21, 2010                    MELVIN R. GOLDMAN
                                           STEPHEN P. FRECCERO
2                                          DEREK F. FORAN
                                           MORRISON & FOERSTER LLP
3

4
                                      By:    /s/ Stephen P. Freccero
5                                              Stephen P. Freccero

6                                          *Attorneys for Counsel for Defendants
                                           Seiko Epson Corporation; Epson
7                                          Imaging Devices Corporation; Epson
                                           Electronics America, Inc.*
8

9

10  Attestation:  Pursuant to General Order No. 45, the filer attests that concurrence in the filing of
    this document has been obtained from each of the signatories.
11

12

...

28

STIPULATION AND [PROPOSED] ORDER RE AMENDMENT TO INDIRECT-PURCHASER PLAINTIFFS' SECOND
CONSOLIDATED AMENDED COMPLAINT                                                            3
CASE NO. 3:07-MD-1827

1 **[PROPOSED] ORDER**

2     Pursuant to the stipulation of the parties, IT IS SO ORDERED.

3

4 Dated: _____    _____
                                                 HONORABLE SUSAN ILLSTON

5                                                  United States District Judge