MORGAN, LEWIS & BOCKIUS LLP
KENT M. ROGER, State Bar No, 95987
HERMAN J. HOYING, State Bar No. 257495
MICHELLE KIM-SZROM, State Bar No. 252901
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
kroger@morganlewis.com
hhoying@morganlewis.com
mkim-szrom@morganlewis.com

Attorneys for Defendants
HITACHI, LTD., HITACHI DISPLAYS, LTD.,
HITACHI ELECTRONIC DEVICES (USA), INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| DELL INC. and DELL PRODUCTS L.P., | Case No. 3:10-CV-01064 SI<br>MDL No. 1827 |
| Plaintiffs, | |
| v. | **STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING** |
| SHARP CORPORATION; SHARP ELECTRONICS CORPORATION; HITACHI DISPLAYS, LTD.; HITACHI ELECTRONIC DEVICES (USA), INC.; HITACHI, LTD.; EPSON IMAGING DEVICES CORPORATION; EPSON ELECTRONICS AMERICA, INC.; HANNSTAR DISPLAY CORPORATION; TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; TOSHIBA AMERICA INFORMATION SYSTEMS, INC.; TOSHIBA CORPORATION; and TOSHIBA MOBILE DISPLAY CO., LTD., | |
| Defendants. | |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21806940.1

CASE NO. 3:10-CV-01064 SI; MDL NO. 1827
STIPULATION AND [PROPOSED] ORDER

WHEREAS plaintiffs Dell Inc. and Dell Products L.P. (collectively, "Dell") filed the above captioned lawsuit on March 12, 2010;

WHEREAS Dell filed a Notice of Related Case to *In re TFT-LCD (Flat Panel) Antitrust Litigation*, Case No. M:07-CV-1827-SI, MDL No. 1827, on March 12, 2010, and the case was reassigned to the Honorable Susan Illston on March 18, 2010;

WHEREAS, the Defendants have agreed to waive service and the parties have reached an agreement, pursuant to Civil L.R. 6-1(a), to extend the time within which the Defendants must move against, answer or otherwise respond to Dell's Complaint;

WHEREAS, the Parties previously stipulated and the Court ordered (Dkt. 1801) Defendants to move against, answer or otherwise respond to Dell's Complaint by July 6, 2010.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, Dell, on the one hand, and defendants Sharp Corporation; Sharp Electronics Corporation; Hitachi Displays, Ltd.; Hitachi Electronic Devices (USA), Inc.; Hitachi, Ltd.; Epson Imaging Devices Corporation; Epson Electronics America, Inc; Toshiba America Electronic Components, Inc.; Toshiba America Information Systems, Inc.; Toshiba Corporation; and Toshiba Mobile Display Co., Ltd. (collectively, "Defendants") on the other hand, as follows:

1. Defendants will have until July 16, 2010, to move against, answer or otherwise respond to Dell's Complaint.

2. Dell and Defendants agree to the following briefing schedule for any motion or motions to dismiss Dell's Complaint (the "Motions") and agree to file all motions or proposed orders as necessary to implement the agreed-upon schedule. To the extent the Court does not accept all or any part of the proposed schedule, Dell and

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21806940.1

-2-

CASE NO. 3:10-CV-01064 SI; MDL NO. 1827
STIPULATION AND [PROPOSED] ORDER

Defendants agree to work in good faith to establish a briefing schedule for the Motions acceptable to all parties and the Court to replace that set forth below:

    a. Dell will have until August 24, 2010 to file any response to the Motions;

    b. Defendants will have until September 23, 2010 to file any reply brief(s) to the Motions;

    c. The hearing on the Motions will be noticed for October 7, 2010.

3. Except as set forth above, all Local Rules shall remain in effect with respect to the briefing on the Motions. Entering into this stipulation does not effect a waiver of any defense under Federal Rule of Civil Procedure 12. This stipulation does not constitute a waiver of any challenge to personal jurisdiction by any Defendant.

Dated: July 1, 2010

/s/ Kent M. Roger
Kent M. Roger
kroger@morganlewis.com
Morgan Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA  94105
Tel:  (415) 442-1000
Fax:  (415) 442-1001

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd., and Hitachi Electronic Devices (USA), Inc.*

/s/ John Chung
John H. Chung (PRO HAC VICE)
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787
(212) 819-8200

*Attorneys for Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., Toshiba Corporation, and Toshiba Mobile Display Co., Ltd.*

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

DB2/21806940.1    -3-    CASE NO. 3:10-CV-01064 SI; MDL NO. 1827
STIPULATION AND [PROPOSED] ORDER

/s/ Colin C. West
Colin C. West
colin.west@bingham.com
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, California 94111
(415) 393-2422
(415) 393-2286 (Fax)

*Attorneys for Defendants Sharp Corporation and Sharp Electronics Corporation*

/s/ Jacob R. Sorensen
Jacob R. Sorensen (State Bar No. 209134)
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA  94105
Tel:  (415) 983-1000
Fax:  (415) 983-1200

*Attorneys for Defendants Sharp Corporation and Sharp Electronics Corporation*

/s/ Stephen P. Freccero
Stephen P. Freccero
sfreccero@mofo.com
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105-2482
Tel:  (415) 268-7000
Fax:  (415) 268-7522

*Attorneys  for Defendants Epson Imaging Devices Corporation and Epson Electronics America, Inc.*

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21806940.1

-4-

CASE NO. 3:10-CV-01064 SI; MDL NO. 1827
STIPULATION AND [PROPOSED] ORDER

|  |  |
|---|---|
| 1 | /s/ Debra D. Bernstein |
| 2 | Steven D. Hemminger (SBN 110665) |
|   | steve.hemminger@alston.com |
| 3 | Alston + Bird LLP |
|   | Two Palo Alto Square |
| 4 | 3000 El Camino Real, Suite 400 |
|   | Palo Alto, California 94306 |
| 5 | Tel: (650) 838-2000 |
|   | Fax: (650) 838-2001 |

Michael P. Kenny, Esq.
mike.kenny@alston.com
Debra D. Bernstein, Esq.
debra.bernstein@alston.com
Rodney J. Ganske, Esq.
rod.ganske@alston.com
Elizabeth H. Jordan, Esq.
elizabeth.jordan@alston.com
Matthew D. Kent, Esq.
matthew.kent@alston.com
Alston + Bird LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Fax: (404) 881-7777

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

## FILER'S ATTESTATION

I, Kent M. Roger, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order. In compliance with General Order 45.X.B, I hereby attest that John Chung, Colin West, Jacob R. Sorensen, Steven P. Freccero, and Debra Bernstein concur in this filing.

/s/ Kent M. Roger
Kent M. Roger
*Attorneys for Defendants Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc., and Hitachi, Ltd.*

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation set forth above and pursuant to Rule 6-1(a) of the Civil Local Rules, IT IS SO ORDERED.

Dated:

By *Susan Illston*
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21806940.1

-6-

CASE NO. 3:10-CV-01064 SI; MDL NO. 1827
STIPULATION AND [PROPOSED] ORDER