IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION / | No. M 07-1827 SI<br>MDL. No. 1827 |
| This Order Relates to:<br>ALL CASES<br>_____ / | **ORDER RE: JULY 14, 2010 CASE MANAGEMENT CONFERENCE** |

On July 14, 2010, the Court held a case management conference in these MDL proceedings. As discussed at the conference, in order to allow for additional time to brief the matter, the Court will hold a further hearing on **August 11, 2010 at 4:00 pm** on the indirect purchaser plaintiffs' motion for preliminary approval of the class settlement with Epson Imaging Devices Corporation. The parties shall meet and confer with each other and the State Attorneys General regarding a briefing schedule. The Court directs that the final responsive briefs regarding the settlement be filed no later than **noon on August 5, 2010**.

In addition, both the direct purchaser plaintiffs and the indirect purchaser plaintiffs will continue to work on outstanding issues related to class notice. If possible, the indirect purchaser plaintiffs will file a motion to amend the complaint to be heard on shortened time at the August 11, 2010 hearing, with the reply briefs filed no later than **noon on August 5, 2010**. In advance of the August 11, 2010 hearing, the direct purchaser plaintiffs will attempt to resolve the issues related to including Sanyo and Mitsui in the class notice. As to the other disputes between the direct purchaser plaintiffs and the non-settling defendants regarding the form of class notice, the Court will resolve those disputes based upon the

1  submissions by the parties.

2      The Court also granted the direct purchaser plaintiffs' motion for preliminary approval of the
3  class settlement with Epson Imaging Devices Corporation and Epson Electronics America, Inc.
4  However, because there are unresolved issues regarding the form of the coordinated class notice, the
5  Court will not file the order at this time.

6      Finally, the Court set the following pretrial schedule: May 11, 2011 fact discovery cut-off; expert
7  designations June 1, 2011; rebuttal expert designations July 15, 2011; expert discovery cut-off August
8  19, 2011; November 4, 2011 as the last day to hear dispositive motions (motions filed September 2,
9  2011; oppositions filed September 23, 2011; replies filed October 14, 2011); and a trial date of February
10 13, 2112.  As discussed at the conference, the Court does not make any decision at this time regarding
11 whether expert disclosures will be simultaneous or seriatim.  Regarding dispositive motions, the Court
12 would like the parties to begin thinking about what types of motions are anticipated, and how the
13 motions can be phased so as to avoid having all dispositive motions filed and heard at the same time.

15 **IT IS SO ORDERED.**

17 Dated: July 16, 2010

                                            SUSAN ILLSTON
                                            United States District Judge