Richard M. Heimann (State Bar No. 063607)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Bruce L. Simon (State Bar No. 96241)
PEARSON, SIMON, WARSHAW, & PENNY, LLP
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008

Co-Lead Counsel for Direct Purchaser Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:07-md-1827 SI <br><br> MDL No. 1827 |
| This Document Relates to: <br><br> ALL DIRECT PURCHASER ACTIONS | **STIPULATION AND [PROPOSED] ORDER RE APPLICATION OF CLASS CERTIFICATION ORDER TO SANYO <u>CONSUMER ELECTRONICS CO., LTD.</u>** |

Undersigned counsel, on behalf of the Direct Purchaser Plaintiffs and SANYO Consumer

Electronics Co., Ltd. respectfully request that the Court enter the following order.

WHEREAS, Direct Purchaser Plaintiffs filed their Third Amended Consolidated Complaint on

December 2, 2009 (Docket No. 1407);

WHEREAS, in that complaint Direct Purchaser Plaintiffs named as a defendant SANYO

Consumer Electronics Co., Ltd., which had not been named in any previous complaint filed by

Direct Purchaser Plaintiffs in this litigation;

WHEREAS, Direct Purchaser Plaintiffs' motion for class certification was briefed and argued

prior to the filing of the Third Amended Consolidated Complaint;

1    WHEREAS, the Court issued an Order granting in part and denying in part Direct Purchaser

2    Plaintiffs' motion for class certification on March 28, 2010 (Docket No. 1641);

3    THEREFORE, pursuant to Federal Rule of Civil Procedure 23(c)(1)(C), Direct Purchaser

4    Plaintiffs and SANYO Consumer Electronics Co., Ltd. stipulate as follows:

5    (1) that the Direct Purchaser Plaintiffs' motion for class certification previously filed as noted

6    above shall be treated as if filed in regard to claims asserted in the Third Amended Complaint

7    against SANYO Consumer Electronics Co., Ltd.;

8    (2) that all defenses against class certification that were presented by and on behalf of the

9    defendants prior to the Court's Order of March 28, 2010 granting in part and denying in part the

10   Direct Purchaser Plaintiffs' motion for class certification, and all issues raised in any motion for

11   reconsideration by the defendants, shall be treated as if presented by and on behalf of SANYO

12   Consumer Electronics Co., Ltd.;

13   (3) that the Court's March 28, 2010 class certification Order shall apply to SANYO Consumer

14   Electronics Co., Ltd.; and

15   (4) that SANYO Consumer Electronics Co., Ltd. shall have full rights of appeal commensurate

16   with any party that was a defendant at the time of the March 28, 2010 class certification order.

17   Dated:  July 22, 2010

18                              *s/ Richard M. Heimann*
                               Richard M. Heimann (State Bar No. 63607)
19                             LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
                               Embarcadero Center West, 29th Floor
20                             275 Battery Street
                               San Francisco, CA  94111
21                             Telephone: (415) 956-1000
                               Facsimile:  (415) 956-1008
22
                               Bruce L. Simon (State Bar No. 96241)
23                             PEARSON, SIMON, WARSHAW
                               & PENNY, LLP
24                             44 Montgomery Street, Suite 2450
                               San Francisco, CA  94104
25                             Telephone: (415) 433-9000
                               Facsimile:  (415) 433-9008
26
                               *Direct Purchaser Co-Lead Counsel*
27

28

STIP. AND [PROPOSED] ORDER RE APPLICATION
                                    OF CLASS CERTIFICATION ORDER TO SANYO
                                    CASE NO. 3:07-MD-1827 SI

DWT 15012825v1 0091093-000001

1

*s/ Allison A. Davis*
_____
Allison A. Davis (State Bar No. 139203)

2
DAVIS WRIGHT TREMAINE, LLP
505 Montgomery Street, Suite 800

3
San Francisco, California  94111-6533
Telephone:  (415) 276-6580

4
Facsimile:   (415) 276-4880

5
*Counsel for Defendant Sanyo Consumer Electronics Co., Ltd.*

6

7
Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this

8
document has been obtained from Richard M. Heimann and Allison A. Davis.

9

10

11
**<u>ORDER</u>**

12

13
SO ORDERED this _____ day of _____, 2010.
       23rd        July

14

15

16
_____
THE HONORABLE SUSAN ILLSTON

17
United States District Judge

18

19

20

21

22

23

24

25

26

27

28

STIP. AND [PROPOSED] ORDER RE APPLICATION
OF CLASS CERTIFICATION ORDER TO SANYO
CASE NO. 3:07-MD-1827 SI

DWT 15012825v1 0091093-000001