Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Judith A. Zahid (215418)
Patrick B. Clayton (240191)
Qianwei Fu (242669)
Heather Rankie (268002)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:	(415) 693-0700
Facsimile:	(415) 693-0770
fscarpulla@zelle.com
ccorbitt@zelle.com

Joseph M Alioto (42980)
Theresa D. Moore (99978)
THE ALIOTO FIRM
555 California Street, 31st Floor
San Francisco, CA  94104
Telephone:	(415) 434-8900
Facsimile:	(415) 434-9200

*Co-Lead Class Counsel for Indirect-Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827 SI |
| | MDL No. 1827 |
| This Document Relates to:<br><br>All Indirect Purchaser Actions | **[PROPOSED] ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF RE HEARING ON PRELIMINARY APPROVAL OF EPSON SETTLEMENT AGREEMENT** |

1  GOOD CAUSE APPEARING, the Indirect-Purchaser Plaintiffs' motion for administrative
2  relief to move the hearing date for preliminary approval of the Indirect-Purchaser Plaintiffs'
3  settlement agreement with Epson Imaging Devices Corp. to September 22, 2010 at 3:30 p.m. is
4  hereby GRANTED.

Dated:  7/26/10

HONORABLE SUSAN ILLSTON
United States District Judge

1
[PROPOSED] ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' MOTION FOR
ADMINISTRATIVE RELIEF