Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Judith A. Zahid (215418)
Patrick B. Clayton (240191)
Qianwei Fu (242669)
Heather Rankie (268002)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:    (415) 693-0700
Facsimile:    (415) 693-0770
fscarpulla@zelle.com
ccorbitt@zelle.com

Joseph M Alioto (42980)
Theresa D. Moore (99978)
THE ALIOTO FIRM
555 California Street, 31st Floor
San Francisco, CA  94104
Telephone:    (415) 434-8900
Facsimile:    (415) 434-9200

*Co-Lead Class Counsel for Indirect-Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827 SI |
| | MDL No. 1827 |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE AND HEARING ON INDIRECT PURCHASER PLAINTIFFS' MOTION TO AMEND COMPLAINT** |
| All Indirect Purchaser Actions | |

1    WHEREAS Indirect-Purchaser Plaintiffs ("Plaintiffs") have informed the Court of their
2  intention to move to amend their complaint;

3    WHEREAS the Court has previously ordered that such motion will be heard on August 11,
4  2010;

5    WHEREAS the Court has also ordered a Case Management Conference to be held on
6  September 22, 2010;

7    WHEREAS Plaintiffs desire additional time to complete their motion papers, and wish to
8  avoid burdening the Court with multiple hearings;

9    IT IS HEREBY STIPULATED AND AGREED that Plaintiffs' motion to amend their
10 complaint shall be heard on September 22, 2010, at the same time as the Case Management
11 Conference;

12    IT IS FURTHER STIPULATED AND AGREED that the briefing schedule for the motion to
13 amend shall be as follows:

14 • Plaintiffs' motion to be filed by August 4, 2010,

15 • Defendants' response to be filed by September 1, 2010,

16 • Plaintiffs' reply to be filed by September 15, 2010.

17

18 Dated: July 21, 2010                          Respectfully submitted,

19                                              _____/s/ Francis O. Scarpulla_____
                                                        Francis O. Scarpulla
20
                                                Francis O. Scarpulla (41059)
21                                              Craig C. Corbitt (83251)
                                                Judith A. Zahid (215418)
22                                              Patrick B. Clayton (240191)
                                                Qianwei Fu (242669)
23                                              Heather Rankie (268002)
                                                ZELLE HOFMANN VOELBEL & MASON LLP
24                                              44 Montgomery Street, Suite 3400
                                                San Francisco, CA 94104
25                                              Telephone:    (415) 693-0700
                                                Facsimile:    (415) 693-0770
26                                              fscarpulla@zelle.com
                                                ccorbitt@zelle.com
27
                                                Joseph M Alioto (42980)
28                                              Theresa D. Moore (99978)

1

THE ALIOTO FIRM
555 California Street, 31st Floor
San Francisco, CA  94104
Telephone:     (415) 434-8900
Facsimile:     (415) 434-9200

*Co-Lead Counsel for Indirect-PurchaserPlaintiffs*

Dated: July 21, 2010                 _____*/s/Carl L. Blumenstein*_____
                                               Carl L. Blumenstein

Carl L. Blumenstin (124158)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone:  415.398.3600
Facsimile:  415.398.2438

Steven F. Cherry
WILMER CUTLER PICKERING HALE AND
  DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20007
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Liaison Counsel for Defendants*

Attestation:  Pursuant to General Order No. 45, the filer attests that concurrence in the filing of this document has been obtained from each of the signatories.

## [PROPOSED] ORDER

Pursuant to stipulation of the parties, IT IS SO ORDERED.

Dated:  _____        _____
                                               HONORABLE SUSAN ILLSTON
                                               United States District Judge

3221687v1

2

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE AND HEARING ON
INDIRECT-PURCHASER PLAINTIFFS' MOTION TO AMEND COMPLAINT