MELVIN R. GOLDMAN (CA SB NO. 34097)
MGoldman@mofo.com
STEPHEN P. FRECCERO (CA SB NO. 131093)
SFreccero@mofo.com
DEREK F. FORAN (CA SB NO. 224569)
DForan@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

DAVID L. MEYER
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006-1888
Telephone: 202.887.1500
Facsimile: 202.887.0763

*Counsel for Defendant*
*Epson Imaging Devices Corporation*

[Additional counsel and parties listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates to:<br>Individual Case No. 3:10-cv-03205-SI | Master File No. M:07-1827 SI<br>MDL No. 1827<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE AND SCHEDULING** |
| TracFone Wireless, Inc.<br>Plaintiff,<br>v.<br><br>AU Optronics Corporation; AU Optronics Corporation America, Inc.; Chi Mei Corporation; Chi Mei Optoelectronics Corporation; Chi Mei Optoelectronics USA, Inc.; CMO Japan Co. Ltd.; Nexgen Mediatech, Inc.; Nexgen Mediatech USA, Inc.; Epson Imaging Devices Corporation; Chunghwa Picture Tubes Ltd.; Tatung Company of America, Inc.; HannStar Display Corporation; LG Display Co. Ltd.; LG Display America Inc.; Sharp Corporation; Sharp Electronics Corporation; Toshiba Corporation; Toshiba America Electronics Components, Inc.; Toshiba Mobile Display Co., Ltd.; Toshiba America Information Systems, Inc.,<br><br>Defendants. | Individual Case No. 3:10-cv-03205-SI<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE AND SCHEDULING** |

WHEREAS plaintiff TracFone Wireless, Inc. ("TracFone") filed the above captioned lawsuit on May 4, 2010 in United States District Court, Southern District of Florida;

WHEREAS TracFone filed a Notice of Tag-Along Action to In re TFT-LCD (Flat Panel) Antitrust Litigation, Case No. M:07-CV-1827-SI, MDL No. 1827, on May 20, 2010;

WHEREAS on June 22, 2010, the case was transferred to the Northern District of California, and assigned to the Honorable Susan Illston;

WHEREAS, the undersigned Defendants have agreed to waive service and the parties have reached an agreement, pursuant to Civil L.R. 6-1(a), to extend the time within which the Defendants must move against, answer or otherwise respond to TracFone's Complaint;

WHEREAS, this extension will not alter the date of any event or any deadline already fixed by the Court;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, TracFone, on the one hand, and defendants Chi Mei Corporation; Chi Mei Optoelectronics Corporation; Chi Mei Optoelectronics USA, Inc.; CMO Japan Co. Ltd.; Nexgen Mediatech, Inc.; Nexgen Mediatech USA, Inc.; Epson Imaging Devices Corporation; Tatung Company of America, Inc.; HannStar Display Corporation; LG Display Co. Ltd.; LG Display America Inc.; Sharp Corporation; Sharp Electronics Corporation; Toshiba Corporation; Toshiba America Electronics Components, Inc.; Toshiba Mobile Display Co., Ltd.; and Toshiba America Information Systems (collectively, "Defendants") on the other hand, as follows:

1. Defendants waive service of TracFone's Complaint under Federal Rule of Civil Procedure 4(d).

2. Defendants will have until September 17, 2010, to move against, answer or otherwise respond to TracFone's Complaint.

3. In the event that TracFone amends its Original Complaint prior to September 17, 2010, TracFone will provide Defendants with reasonable notice of its intent to do so by no later than September 3, 2010, and Defendants will have until either 45 days from the date of

amendment, or September 17, 2010, whichever is later, to move against, answer or otherwise respond to the Amended Complaint.

4. Entering into this stipulation does not effect a waiver of any defense under Federal Rule of Civil Procedure 12. This stipulation does not constitute a waiver of any challenge to personal jurisdiction by any Defendant.

5. Defendants do not object to counsel for TracFone participating in depositions prior to the time that Defendants respond to the Complaint or Amended Complaint.

IT IS SO STIPULATED:

Dated: July 26, 2010

By: /s/ David B. Esau

James B. Baldinger
Robert L. Ciotti
David B. Esau
Carlton Fields, P.A.
525 Okeechobee Boulevard
West Palm Beach, Florida 33401
(561) 659-7070
(561) 659-7368 (Fax)
*Counsel for TracFone Wireless, Inc.*

By: /s/ Stephen P. Freccero

Melvin Goldman (CA SB NO. 34097)
Stephen P. Freccero (CA SB NO. 131093)
Derek F. Foran (CA SB NO. 224569)
mgoldman@mofo.com
sfreccero@mofo.com
dforan@mofo.com
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105-2482
(415) 268-7000
(415) 268-7522 (Fax)
*Counsel for Defendants Epson Imaging Device Corporation*

By: /s/ Steven F. Cherry
Steven F. Cherry
Gordon Pearson
steven.cherry@wilmerhale.com
gordon.pearson@wilmerhale.com
Wilmer Cutler Pickering
Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006-3642
*Counsel for Defendants*
*Chi Mei Corporation, Chi Mei Optoelectronics Corporation, CMO Japan Co., Ltd., Chi Mei Optoelectronics USA Inc., Nexgen Mediatech Inc., Nexgen Mediatech USA Inc.*

By: /s/ Bruce H. Jackson
Bruce H. Jackson
Bruce.h.jackson@bakernet.com
Baker & McKenzie LLP
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111
*Counsel for Defendant*
*Tatung Company of America, Inc.*

By: /s/ Hugh F. Bangasser
Hugh F. Bangasser
Ramona Emerson
hugh.bangasser@klgates.com
ramona.emerson@klgates.com
K& L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
*Counsel for Defendant*
*Hannstar Display Corporation*

By: /s/ Michael R. Lazerwitz
Michael R. Lazerwitz
mlazerwitz@cgsh.com
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
*Counsel for Defendants*
*LG Display Co., Ltd and LG Display America, Inc.*

By: /s/ Jacob R. Sorensen
Jacob R. Sorensen
jake.sorensen@pillsburylaw.com
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street, 5th Floor
San Francisco, CA 94105
*Counsel for Defendants*
*Sharp Corporation and Sharp Electronics Corporation*

By: /s/ Wayne A. Cross
Wayne A. Cross
Kristen McAhren
John H. Chung
wcross@whitecase.com
kmcahren@whitecase.com
jchung@whitecase.com
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
*Counsel for Defendants*
*Toshiba Corporation, Toshiba Matsushita Display Co., Ltd., Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc.*

Attestation: The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

**IT IS SO ORDERED.**

Hon. Susan Illston
United States District Judge