| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|  | JOHN M. GRENFELL  (CA State Bar No. 88500) |
| 2 | john.grenfell@pillsburylaw.com |
|  | JACOB R. SORENSEN  (CA State Bar No. 209134) |
| 3 | jake.sorensen@pillsburylaw.com |
|  | FUSAE NARA (*pro hac vice*) |
| 4 | fusae.nara@pillsburylaw.com |
|  | 50 Fremont Street |
| 5 | San Francisco, CA  94105 |
|  | Telephone: (415) 983-1000 |
| 6 | Facsimile: (415) 983-1200 |
| 7 | Attorneys for Defendants |
|  | SHARP CORPORATION and |
| 8 | SHARP ELECTRONICS CORPORATION |
| 9 | [additional counsel listed on signature pages] |
| 10 | |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | | Master File No. 3:07-md-1827 SI<br>MDL No. 1827 |
| This Document Relates to Case No. 09-CV-5609 SI | | **STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING IN NOKIA ACTION** |
| NOKIA CORPORATION and NOKIA INC., | | |
|   Plaintiffs, | | |
| v. | | |
| AU OPTRONICS CORPORATION; AU OPTRONICS CORPORATION AMERICA, INC.; CHUNGHWA PICTURE TUBES, LTD.; TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; SEIKO EPSON CORPORATION; EPSON IMAGING DEVICES CORPORATION; EPSON ELECTRONICS AMERICA, INC.; HITACHI, LTD.; HITACHI DISPLAYS, LTD.; HITACHI ELECTRONIC DEVICES (USA), INC.; LG DISPLAY CO. LTD.; PHILIPS ELECTRONICS NORTH AMERICA CORPORATION; SAMSUNG ELECTRONICS CO., LTD.; | | |

| | |
|---|---|
| 1 | SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG SDI CO., LTD.; SAMSUNG SDI AMERICA, INC.; SHARP CORPORATION; SHARP ELECTRONICS CORPORATION; TOSHIBA CORPORATION; TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; TOSHIBA MOBILE DISPLAY CO., LTD.; and TOSHIBA AMERICA INFORMATION SYSTEMS, INC., |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | Defendants. |
| 8 | |

9

10   WHEREAS plaintiffs Nokia Corporation and Nokia Inc. (jointly, "Nokia") filed the

11 above-captioned lawsuit on November 25, 2009;

12   WHEREAS, pursuant to the Court's order of June 29, 2010, Nokia filed an

13 Amended Complaint for Damages and Injunctive Relief on July 23, 2010;

14   WHEREAS the parties have reached an agreement, pursuant to Civil L.R. 6-1, to

15 extend the time within which defendants must move against, answer or otherwise respond

16 to Nokia's amended complaint;

17   WHEREAS, this extension will not alter the date of any event or any deadline

18 already fixed by the Court;

19   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and

20 among the undersigned counsel, on behalf of their respective clients, Nokia, on the one

21 hand, and defendants AU Optronics Corporation; AU Optronics Corporation America, Inc.;

22 Chunghwa Picture Tubes, Ltd.; Tatung Company; Tatung Company of America, Inc.; Seiko

23 Epson Corporation; Epson Imaging Devices Corporation; Epson Electronics America, Inc.;

24 Hitachi, Ltd.; Hitachi Displays, Ltd.; Hitachi Electronic Devices (USA), Inc.; Philips

25 Electronics North America Corporation; Samsung Electronics Co., Ltd.; Samsung

26 Semiconductor, Inc.; Samsung Electronics America, Inc.; Samsung SDI Co., Ltd.; Samsung

27 SDI America, Inc.; Sharp Corporation; Sharp Electronics Corporation; Tatung Company;

28

1 Tatung Company of America, Inc.; Toshiba Corporation; Toshiba America Electronic
2 Components, Inc.; Toshiba Mobile Display Co., Ltd.; and Toshiba America Information
3 Systems, Inc. (collectively, "Stipulating Defendants") on the other hand, as follows:

1. Stipulating Defendants will have until August 27, 2010, to move against, answer or otherwise respond to Nokia's amended complaint.

2. Entering into this stipulation does not effect a waiver of any defense under Federal Rule of Civil Procedure 12.  This stipulation does not constitute a waiver of any challenge to personal jurisdiction by any Defendant.

IT IS SO STIPULATED:

Dated:  August 5, 2010.

*Counsel for Plaintiffs Nokia Corporation and Nokia, Inc.*

By:     /s/ Randall Allen

Randall Allen
ALSTON + BIRD LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California
650-838-2001

Peter Kontio
Valarie C. Williams
B. Parker Miller
ALSTON + BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
404-881-7000

Richard W. Stimson
ALSTON + BIRD LLP
Chase Tower, Suite 3601
2200 Ross Avenue
Dallas, Texas 75201
214-922-3400

| | | |
|---|---|---|
| *Counsel for AU Optronics Corporation, AU Optronics Corporation America, Inc.* | By: | /s/ Carl L. Blumenstein |

Carl L. Blumenstein
Christopher A. Nedeau
Bryan B. Barnhart
Nossaman LLP
50 California Street, 34th Floor
San Francisco, CA 94111
415-438-7274

| | | |
|---|---|---|
| *Counsel for Chunghwa Picture Tubes, Ltd.* | By: | /s/ Joel S. Sanders |

Joel S. Sanders
Rachel S. Brass
Gibson, Dunn & Crutcher LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
415-393-8306

| | | |
|---|---|---|
| *Counsel for Seiko Epson Corporation, Epson Imaging Devices Corporation, Epson Electronics America, Inc.* | By: | /s/ Stephen P. Freccero |

Melvin R. Goldman
Stephen P. Freccero
Derek F. Foran
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
415-268-9000

| | | |
|---|---|---|
| *Counsel for Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc.* | By: | /s/ Kent M. Roger |

Kent M. Roger
Morgan, Lewis & Bockius LLP
One Market
Spear Street Tower
San Francisco, CA 94105
415-442-1140

| | | |
|---|---|---|
| *Counsel for Philips Electronics North America Corporation* | By: | /s/ Garrard R. Beeney |

Garrard R. Beeney
Theodore Edelman
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004-2498
212-558-4000

| | | | |
|---|---|---|---|
| 1 | *Counsel for Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., Samsung Electronics America, Inc.* | By: | _____/s/ Derek Ludwin_____ |
| 2 | | | |
| 3 | | | Robert D. Wick |
| | | | Timothy C. Hester |
| 4 | | | Derek Ludwin |
| | | | Covington & Burling LLP |
| 5 | | | 1201 Pennsylvania Avenue, NW |
| | | | Washington, DC 20004 |
| 6 | | | 202-662-6000 |
| 7 | *Counsel for Samsung SDI Co., Ltd., Samsung SDI America, Inc.* | By: | _____/s/ Michael W. Scarborough_____ |
| 8 | | | Gary L. Halling |
| | | | James L. McGinnis |
| 9 | | | Michael W. Scarborough |
| | | | Sheppard Mullin Richter & Hampton LLP |
| 10 | | | Four Embarcadero Center, 17th Floor |
| | | | San Francisco, CA 94111-4106 |
| 11 | | | 415-434-9100 |
| 12 | *Counsel for Sharp Corporation, Sharp Electronics Corporation* | By: | _____/s/ John M. Grenfell_____ |
| 13 | | | |
| 14 | | | John M. Grenfell |
| | | | Jacob R. Sorensen |
| 15 | | | Fusae Nara |
| | | | Pillsbury Winthrop Shaw Pittman LLP |
| 16 | | | 50 Fremont Street |
| | | | San Francisco, CA 94120-7880 |
| 17 | | | 415-983-1000 |
| 18 | *Counsel for Tatung Company, Tatung Company of America, Inc.* | By: | _____/s/ Patrick J. Ahern_____ |
| 19 | | | Patrick J. Ahern |
| | | | Roxane C. Busey |
| 20 | | | Karen Sewell |
| | | | Baker & McKenzie LLP |
| 21 | | | One Prudential Plaza |
| | | | 130 East Randolph Drive |
| 22 | | | Chicago, IL 60601 |
| | | | 312-861-8000 |
| 23 | | | |
| 24 | *Counsel for Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba Mobile Display Co., Ltd., Toshiba America Information Systems, Inc.* | By: | _____/s/ John H. Chung_____ |
| 25 | | | Wayne A. Cross |
| | | | John H. Chung |
| 26 | | | White & Case LLP |
| | | | 1155 Avenue of the Americas |
| 27 | | | New York, NY 10036 |
| | | | 212-819-8200 |
| 28 | | | |

1  <u>Attestation</u>:  The filer of this document attests that the concurrence of the other
2  signatories thereto has been obtained.
3
4  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
5
6  Date____*[signature: Susan Illston]*____
7
8                                          _____
9                                          Hon. Susan Illston
                                            United States District Judge