| | |
|---|---|
| 1 | Richard S. Taffet (*pro hac vice*) |
| | Kenneth I. Schacter (*pro hac vice*) |
| 2 | Jon R. Roellke (*pro hac vice*) |
| | Colin C. West (SBN 184095) |
| 3 | BINGHAM MCCUTCHEN LLP |
| | Three Embarcadero Center |
| 4 | San Francisco, CA 94111-4067 |
| | (415) 393-2000 (telephone) |
| 5 | (415) 393-2286 (facsimile) |
| | colin.west@bingham.com |
| 6 | |
| | *Attorneys for Defendants* |
| 7 | Sharp Corporation |
| | Sharp Electronics Corporation |
| 8 | |
| | [additional counsel and parties listed in signature block] |
| 9 | |
| 10 | UNITED STATES DISTRICT COURT |
| 11 | NORTHERN DISTRICT OF CALIFORNIA |
| 12 | SAN FRANCISCO DIVISION |
| 13 | |

| | | |
|---|---|---|
| 14 | IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:07-md-1827 SI MDL No. 1827 |
| 15 | | |
| 16 | This Document Relates to: Individual Case No. 09-cv-4997-SI Individual Case No. 09-cv-5840-SI | |
| 17 | | Individual Case No. 09-cv-4997-SI Individual Case No. 09-cv-5840-SI |
| 18 | AT&T MOBILITY LLC; AT&T CORP.; AT&T SERVICES, INC.; BELLSOUTH TELECOMMUNICATIONS, INC.; PACIFIC BELL TELEPHONE COMPANY; AT&T OPERATIONS, INC.; AT&T DATACOMM, INC.; SOUTHWESTERN BELL TELEPHONE COMPANY, | **STIPULATION AND [PROPOSED] ORDER ON BRIEFING SCHEDULE** |
| 19 | | |
| 20 | | |
| 21 | Plaintiffs, | |
| 22 | v. | |
| 23 | AU OPTRONICS CORPORATION; AU OPTRONICS CORPORATION AMERICA, INC.; CHI MEI CORPORATION; CHI MEI OPTOELECTRONICS CORPORATION; CHI MEI OPTOELECTRONICS CORPORATION USA, INC.; CMO JAPAN CO. LTD.; NEXGEN MEDIATECH, INC.; CHUNGHWA PICTURE TUBES LTD.; TATUNG COMPANY OF AMERICA, INC.; HANNSTAR DISPLAY CORPORATION; LG DISPLAY CO. LTD.; LG DISPLAY AMERICA, INC.; SAMSUNG | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| 1 | ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG ELECTRONICS AMERICA, INC.; SHARP CORPORATION; SHARP ELECTRONICS CORPORATION; TOSHIBA CORPORATION; TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; CORPORATION; TOSHIBA MOBILE DISPLAY CO., LTD.; TOSHIBA AMERICA INFORMATION SYSTEMS, INC.; EPSON IMAGING DEVICES CORPORATION; EPSON ELECTRONICS AMERICA, INC., |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| | Defendants. |
| 8 | |
| 9 | MOTOROLA, INC., |
| 10 | Plaintiff, |
| 11 | v. |
| 12 | AU OPTRONICS CORPORATION; AU OPTRONICS CORPORATION AMERICA, INC.; CHI MEI CORPORATION; CHI MEI OPTOELECTRONICS CORPORATION; CHI MEI OPTOELECTRONICS CORPORATION USA, INC.; CMO JAPAN CO. LTD.; NEXGEN MEDIATECH, INC.; CHUNGHWA PICTURE TUBES LTD.; TATUNG COMPANY OF AMERICA, INC.; HANNSTAR DISPLAY CORPORATION; LG DISPLAY CO. LTD.; LG DISPLAY AMERICA, INC.; SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG ELECTRONICS AMERICA, INC.; SHARP CORPORATION; SHARP ELECTRONICS CORPORATION; TOSHIBA CORPORATION; TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; TOSHIBA MOBILE DISPLAY CO., LTD.; TOSHIBA AMERICA INFORMATION SYSTEMS, INC.; EPSON IMAGING DEVICES CORPORATION; EPSON ELECTRONICS AMERICA, INC., |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | Defendants. |
| 26 | |
| 27 | |
| 28 | |

Case No. 3:07-md-1827 SI MDL No. 1827

STIPULATION AND [PROPOSED] ORDER ON BRIEFING SCHEDULE
MDL NO. 1827

| | |
|---|---|
| 1 | The undersigned counsel, on behalf of plaintiffs AT&T Mobility LLC, AT&T |
| 2 | Corp., AT&T Services, Inc., Bellsouth Telecommunications, Inc., Pacific Bell Telephone |
| 3 | Company, AT&T Operations, Inc., AT&T DataComm, Inc., Southwestern Bell Telephone |
| 4 | Company, and Motorola, Inc. (collectively, "Direct Action Plaintiffs"); and defendants AU |
| 5 | Optronics Corporation, AU Optronics Corporation America, Inc., Chi Mei Corporation, Chi Mei |
| 6 | Optoelectronics Corporation, Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Tatung |
| 7 | Company of America, Inc., LG Display Co., Ltd., LG Display America, Inc., Nexgen Mediatech, |
| 8 | Inc., Nexgen Mediatech USA, Inc., Samsung Electronics Co., Ltd., Samsung Semiconductor, |
| 9 | Inc., Samsung Electronics America, Inc., Sharp Corporation, Sharp Electronics Corporation, |
| 10 | Toshiba Corporation, Toshiba America Electronics Components, Inc., Toshiba Mobile Display |
| 11 | Co., Ltd., Toshiba America Information Systems, Inc., Epson Imaging Devices Corporation, |
| 12 | Epson Electronics America, Inc. (collectively, "Defendants") request that the Court enter the |
| 13 | following order to set the timing of the parties' briefs with regard to Defendants' forthcoming |
| 14 | motions to dismiss the Direct Action Plaintiffs' Second Amended Complaints. |
| 15 | WHEREAS Direct Action Plaintiffs filed Second Amended Complaints in the |
| 16 | above-captioned case on July 23, 2010; |
| 17 | WHEREAS Direct Action Plaintiffs and Defendants have agreed that an orderly |
| 18 | schedule for the response to the Second Amended Complaints would be most efficient for the |
| 19 | parties and for the Court; |
| 20 | WHEREAS this extension will not alter the date of any event or any deadline |
| 21 | already fixed by the Court; |
| 22 | NOW, THEREFORE, Direct Action Plaintiffs and Defendants, by their respective |
| 23 | counsel, stipulate and agree as follows: |
| 24 | 1.    Defendants shall file their motions to dismiss the Second Amended |
| 25 | Complaints' motions no later than August 27, 2010, |
| 26 | 2.    Direct Action Plaintiffs' oppositions to the motions to dismiss shall be due |
| 27 | on September 27, 2010, |
| 28 | 3.    Defendants' reply briefs in further support of their motions to dismiss |

1  shall be due on October 15, 2010,

2      4.    Except as set forth above, all Local Rules shall remain in effect with

3  respect to the briefing on the motions.  Entering into this stipulation does not constitute a waiver

4  of any defense under Federal Rule of Civil Procedure 12.

6      IT IS SO STIPULATED

7      Respectfully submitted,

8  DATED: August 5, 2010

*Counsel for Plaintiffs Motorola, Inc., AT&T Mobility LLC, AT&T Corp., AT&T Services, Inc., Bellsouth Telecommunications, Inc. Pacific Bell Telephone Company, AT&T Operations, Inc., AT&T DataComm, Inc., and Southwestern Bell Telephone Company*

By:   */s/ Joshua C. Stokes*
Jerome A. Murphy (*pro hac vice*)
Jeffrey H. Howard (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 623-2500 (Phone)
(202) 628-5116 (Facsimile)

Jason C. Murray (State Bar. No. 169806)
Joshua C. Stokes (State Bar No. 220214)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
(213) 443-5582 (Phone)
(213) 622-2690 (Facsimile)

R. Bruce Holcomb (*pro hac vice*)
ADAMS HOLCOMB LLP
1875 Eye Street NW
Washington, DC 20006
(202) 580-8822 (Phone)
(202) 580-8821 (Facsimile)

1  DATED:  August 5, 2010

2

3  By: _____/s/ Colin C. West_____
    Colin C. West (SBN 184095)
4  BINGHAM MCCUTCHEN LLP
    Three Embarcadero Center
5  San Francisco, CA 94111-4067
    (415) 393-2000 (telephone)
6  (415) 393-2286 (facsimile)
    colin.west@bingham.com
7

    Richard S. Taffet (*pro hac vice*)
8  Kenneth I. Schacter (*pro hac vice*)
    BINGHAM MCCUTCHEN LLP
9  399 Park Avenue
    New York, NY 10022-4689
10  (212) 705-7000 (telephone)

11  Jon R. Roellke (*pro hac vice*)
    BINGHAM MCCUTCHEN LLP
12  2020 K Street NW
    Washington, DC 20006-1806
13  (202) 373-6000 (telephone)

14  *Attorneys for Defendants*
    Sharp Corporation
15  Sharp Electronics Corp.

    DATED:  August 5, 2010
16

17

    By: _____/s/ Melvin R. Goldman_____
18  Melvin R. Goldman
    Stephen P. Freccero
19  Derek F. Foran
    MORRISON & FOERSTER LLP
20  425 Market Street
    San Francisco, CA  94105
21  (415) 268-7000 (telephone)

22  David L. Meyer
    MORRISON & FOERSTER LLP
23  2000 Pennsylvania Avenue, NW
    Suite 6000
24  Washington, DC 20006-1888

25  *Attorneys for Defendants*
    Epson Imaging Devices Corporation, Epson
26  Electronics America, Inc.

27

28

1  DATED:  August 5, 2010

2

3                                      By:           */s/ Michael R. Lazerwitz*
                                         Michael R. Lazerwitz (*pro hac vice*)
4                                        Jeremy J. Calsyn (SBN 205062)
                                         Lee F. Berger (SBN 222756)
5                                        CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                         2000 Pennsylvania Ave., NW
6                                        Washington, DC  20006
                                         (202) 974-1500 (telephone)
7                                        (202) 974-1999 (facsimile)
                                         mlazerwitz@cgsh.com
8
                                         *Attorneys for Defendants*
9                                        LG Display Co., Ltd. and LG Display America, Inc.

10 DATED:  August 5, 2010

11

12                                     By:           */s/ Carl L. Blumenstein*
                                         Carl L. Blumenstein
13                                       Christopher A. Nedeau
                                         Bryan B. Barnhart
14                                       NOSSAMAN LLP
                                         50 California Street, 34th Floor
15                                       San Francisco, CA  94111
                                         (415) 438-7274 (telephone)
16
                                         *Attorneys for Defendants*
17                                       AU Optronics Corporation and AU Optronics
                                         Corporation America, Inc.
18

19

20

21

22

23

24

25

26

27

28

                                      4                 Case No. 3:07-md-1827 SI  MDL No. 1827
STIPULATION AND [PROPOSED] ORDER ON BRIEFING SCHEDULE
MDL NO. 1827

A/73455489.1/3008121-0000331557

DATED: August 5, 2010

By: /s/ John L. Williams

John L. Williams
MANCHESTER, WILLIAMS & SEIBERT
111 N Market St., Suite 300
San Jose, CA 95113
(408) 332-5832 (telephone)

Steven R. Manchester
MANCHESTER, WILLIAMS & SEIBERT
Ten Almaden Blvd., Suite 1250
San Jose, CA 95113
(408) 293-5401 (telephone)

*Attorneys for Defendants*
Chi Mei Corporation, Chi Mei Optoelectronics Corporation, Chi Mei Optoelectronics USA, Inc. CMO Japan Co. Ltd., Nexgen Mediatech, Inc. and Nexgen Mediatech USA, Inc.

DATED: August 5, 2010

By: /s/ Wayne A. Cross

Wayne A. Cross (*pro hac vice*)
John H. Chung (*pro hac vice*)
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200 (telephone)

Christopher M. Curran (*pro hac vice*)
Kristen J. McAhren (*pro hac vice*)
701 Thirteenth Street, NW
Washington, DC 20005-3807
(202) 626-3600 (telephone)

*Attorneys for Defendants*
Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc. and Toshiba America Information Systems, Inc.

1  DATED: August 5, 2010

3                                            By:_____/s/ Simon J. Frankel_____
                                                    Simon J. Frankel (SBN 171552)
4                                                   COVINGTON & BURLING LLP
                                                    One Front Street, 35th Floor
5                                                   San Francisco, CA 94111
                                                    (415) 591-6000 (telephone)

7                                                   Timothy C. Hester (*pro hac vice*)
                                                    Derek Ludwin (*pro hac vice*)
                                                    COVINGTON & BURLING LLP
8                                                   1201 Pennsylvania Ave. NW
                                                    Washington, D.C. 20004
9                                                   (202) 662-6000 (telephone)

10                                                  *Attorneys for Defendants*
                                                    Samsung Electronics Co., Ltd.,
11                                                  Samsung Semiconductor, Inc. and
                                                    Samsung Electronics America, Inc.

13  DATED: August 5, 2010

15                                          By:_____/s/ Patrick J. Ahern_____
                                                    Patrick J. Ahern
16                                                  BAKER & MCKENZIE, L.L.P.
                                                    130 East Randolph Drive
17                                                  Chicago, Illinois  60601
                                                    (312) 861-3735 (telephone)

18                                                  *Attorneys for Defendant*
                                                    Tatung Company of America, Inc.

20     Attestation:  The filer of this document attests that the concurrence of the other
21  signatories thereto has been obtained.

23                                                  SO ORDERED

24                                                  _____
25                                                  Judge Susan Illston
26                                                  8/11/10
                                                    _____
27                                                  Date Entered