1  Richard S. Taffet (*pro hac vice*)
   Kenneth I. Schacter (*pro hac vice*)
2  Jon R. Roellke (*pro hac vice*)
   Colin C. West (SBN 184095)
3  BINGHAM MCCUTCHEN LLP
   Three Embarcadero Center
4  San Francisco, CA 94111-4067
   (415) 393-2000 (telephone)
5  (415) 393-2286 (facsimile)
   colin.west@bingham.com
6
   *Attorneys for Defendants*
7  Sharp Corporation
   Sharp Electronics Corporation
8
   [additional counsel and parties listed in signature block]
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13

14 | IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:07-md-1827 SI
15 |                                                 | MDL No. 1827
   | This Document Relates to:                       |
16 | Individual Case No. 09-cv-4997-SI               |
   | Individual Case No. 09-cv-5840-SI               |
17 |                                                 | Individual Case No. 09-cv-4997-SI
   | AT&T MOBILITY LLC; AT&T CORP.; AT&T             | Individual Case No. 09-cv-5840-SI
18 | SERVICES, INC.; BELLSOUTH                       |
   | TELECOMMUNICATIONS, INC.; PACIFIC               | **STIPULATION AND [PROPOSED]**
19 | BELL TELEPHONE COMPANY; AT&T                    | **ORDER ON BRIEFING SCHEDULE**
   | OPERATIONS, INC.; AT&T DATACOMM,                |
20 | INC.; SOUTHWESTERN BELL TELEPHONE               |
   | COMPANY,                                        |
21 |                                                 |
   |           Plaintiffs,                           |
22 |      v.                                         |
23 | AU OPTRONICS CORPORATION; AU                    |
   | OPTRONICS CORPORATION AMERICA,                  |
24 | INC.; CHI MEI CORPORATION; CHI MEI              |
   | OPTOELECTRONICS CORPORATION; CHI                |
25 | MEI OPTOELECTRONICS CORPORATION                 |
   | USA, INC.; CMO JAPAN CO. LTD.; NEXGEN           |
26 | MEDIATECH, INC.; CHUNGHWA PICTURE               |
   | TUBES LTD.; TATUNG COMPANY OF                   |
27 | AMERICA, INC.; HANNSTAR DISPLAY                 |
   | CORPORATION; LG DISPLAY CO. LTD.; LG            |
28 | DISPLAY AMERICA, INC.; SAMSUNG                  |

| | |
|---|---|
| 1 | ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG ELECTRONICS AMERICA, INC.; SHARP CORPORATION; SHARP ELECTRONICS CORPORATION; TOSHIBA CORPORATION; TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; CORPORATION; TOSHIBA MOBILE DISPLAY CO., LTD.; TOSHIBA AMERICA INFORMATION SYSTEMS, INC.; EPSON IMAGING DEVICES CORPORATION; EPSON ELECTRONICS AMERICA, INC., |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
|  | Defendants. |
| 8 | |
| 9 | MOTOROLA, INC., |
| 10 | Plaintiff, |
| 11 | v. |
| 12 | AU OPTRONICS CORPORATION; AU OPTRONICS CORPORATION AMERICA, INC.; CHI MEI CORPORATION; CHI MEI OPTOELECTRONICS CORPORATION; CHI MEI OPTOELECTRONICS CORPORATION USA, INC.; CMO JAPAN CO. LTD.; NEXGEN MEDIATECH, INC.; CHUNGHWA PICTURE TUBES LTD.; TATUNG COMPANY OF AMERICA, INC.; HANNSTAR DISPLAY CORPORATION; LG DISPLAY CO. LTD.; LG DISPLAY AMERICA, INC.; SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG ELECTRONICS AMERICA, INC.; SHARP CORPORATION; SHARP ELECTRONICS CORPORATION; TOSHIBA CORPORATION; TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; TOSHIBA MOBILE DISPLAY CO., LTD.; TOSHIBA AMERICA INFORMATION SYSTEMS, INC.; EPSON IMAGING DEVICES CORPORATION; EPSON ELECTRONICS AMERICA, INC., |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | Defendants. |
| 26 | |
| 27 | |
| 28 | |

The undersigned counsel, on behalf of plaintiffs AT&T Mobility LLC, AT&T Corp., AT&T Services, Inc., Bellsouth Telecommunications, Inc., Pacific Bell Telephone Company, AT&T Operations, Inc., AT&T DataComm, Inc., Southwestern Bell Telephone Company, and Motorola, Inc. (collectively, "Direct Action Plaintiffs"); and defendants AU Optronics Corporation, AU Optronics Corporation America, Inc., Chi Mei Corporation, Chi Mei Optoelectronics Corporation, Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Tatung Company of America, Inc., LG Display Co., Ltd., LG Display America, Inc., Nexgen Mediatech, Inc., Nexgen Mediatech USA, Inc., Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., Samsung Electronics America, Inc., Sharp Corporation, Sharp Electronics Corporation, Toshiba Corporation, Toshiba America Electronics Components, Inc., Toshiba Mobile Display Co., Ltd., Toshiba America Information Systems, Inc., Epson Imaging Devices Corporation, Epson Electronics America, Inc. (collectively, "Defendants") request that the Court enter the following order to set the timing of the parties' briefs with regard to Defendants' forthcoming motions to dismiss the Direct Action Plaintiffs' Second Amended Complaints.

WHEREAS Direct Action Plaintiffs filed Second Amended Complaints in the above-captioned case on July 23, 2010;

WHEREAS Direct Action Plaintiffs and Defendants have agreed that an orderly schedule for the response to the Second Amended Complaints would be most efficient for the parties and for the Court;

WHEREAS this extension will not alter the date of any event or any deadline already fixed by the Court;

NOW, THEREFORE, Direct Action Plaintiffs and Defendants, by their respective counsel, stipulate and agree as follows:

1. Defendants shall file their motions to dismiss the Second Amended Complaints' motions no later than August 27, 2010,

2. Direct Action Plaintiffs' oppositions to the motions to dismiss shall be due on September 27, 2010,

3. Defendants' reply briefs in further support of their motions to dismiss

1  shall be due on October 15, 2010,

2      4.    Except as set forth above, all Local Rules shall remain in effect with

3  respect to the briefing on the motions.  Entering into this stipulation does not constitute a waiver

4  of any defense under Federal Rule of Civil Procedure 12.

5

6      IT IS SO STIPULATED

7      Respectfully submitted,

8  DATED: August 5, 2010

9  *Counsel for Plaintiffs Motorola, Inc., AT&T Mobility LLC, AT&T Corp., AT&T Services, Inc., Bellsouth Telecommunications, Inc. Pacific Bell Telephone Company, AT&T Operations, Inc., AT&T DataComm, Inc., and Southwestern Bell Telephone Company*

By:  */s/ Joshua C. Stokes*
Jerome A. Murphy (*pro hac vice*)
Jeffrey H. Howard (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 623-2500 (Phone)
(202) 628-5116 (Facsimile)

Jason C. Murray (State Bar. No. 169806)
Joshua C. Stokes (State Bar No. 220214)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
(213) 443-5582 (Phone)
(213) 622-2690 (Facsimile)

R. Bruce Holcomb (*pro hac vice*)
ADAMS HOLCOMB LLP
1875 Eye Street NW
Washington, DC 20006
(202) 580-8822 (Phone)
(202) 580-8821 (Facsimile)

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  DATED: August 5, 2010

2

3                                     By:_____/s/ Colin C. West_____
                                            Colin C. West (SBN 184095)
4                                           BINGHAM MCCUTCHEN LLP
                                            Three Embarcadero Center
5                                           San Francisco, CA 94111-4067
                                            (415) 393-2000 (telephone)
6                                           (415) 393-2286 (facsimile)
                                            colin.west@bingham.com
7
                                            Richard S. Taffet (*pro hac vice*)
8                                           Kenneth I. Schacter (*pro hac vice*)
                                            BINGHAM MCCUTCHEN LLP
9                                           399 Park Avenue
                                            New York, NY 10022-4689
10                                          (212) 705-7000 (telephone)

11                                          Jon R. Roellke (*pro hac vice*)
                                            BINGHAM MCCUTCHEN LLP
12                                          2020 K Street NW
                                            Washington, DC 20006-1806
13                                          (202) 373-6000 (telephone)

14                                          *Attorneys for Defendants*
                                            Sharp Corporation
15                                          Sharp Electronics Corp.

    DATED: August 5, 2010
16

17
                                      By:_____/s/ Melvin R. Goldman_____
18                                          Melvin R. Goldman
                                            Stephen P. Freccero
19                                          Derek F. Foran
                                            MORRISON & FOERSTER LLP
20                                          425 Market Street
                                            San Francisco, CA 94105
21                                          (415) 268-7000 (telephone)

22                                          David L. Meyer
                                            MORRISON & FOERSTER LLP
23                                          2000 Pennsylvania Avenue, NW
                                            Suite 6000
24                                          Washington, DC 20006-1888

25                                          *Attorneys for Defendants*
                                            Epson Imaging Devices Corporation, Epson
26                                          Electronics America, Inc.

27

28

                                      3                    Case No. 3:07-md-1827 SI  MDL No. 1827
                   STIPULATION AND [PROPOSED] ORDER ON BRIEFING SCHEDULE
                                          MDL NO. 1827
A/73455489.1/3008121-0000331557

1 | DATED: August 5, 2010

3 | By: _____/s/ Michael R. Lazerwitz_____
Michael R. Lazerwitz (*pro hac vice*)
Jeremy J. Calsyn (SBN 205062)
Lee F. Berger (SBN 222756)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Ave., NW
Washington, DC  20006
(202) 974-1500 (telephone)
(202) 974-1999 (facsimile)
mlazerwitz@cgsh.com

*Attorneys for Defendants*
LG Display Co., Ltd. and LG Display America, Inc.

10 | DATED: August 5, 2010

12 | By: _____/s/ Carl L. Blumenstein_____
Carl L. Blumenstein
Christopher A. Nedeau
Bryan B. Barnhart
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA  94111
(415) 438-7274 (telephone)

*Attorneys for Defendants*
AU Optronics Corporation and AU Optronics Corporation America, Inc.

1  DATED: August 5, 2010

2

3                                      By:_____/s/ John L. Williams_____
                                              John L. Williams
4                                       MANCHESTER, WILLIAMS & SEIBERT
                                           111 N Market St., Suite 300
5                                              San Jose, CA 95113
                                            (408) 332-5832 (telephone)
6
                                            Steven R. Manchester
7                                       MANCHESTER, WILLIAMS & SEIBERT
                                          Ten Almaden Blvd., Suite 1250
8                                              San Jose, CA 95113
                                            (408) 293-5401 (telephone)
9
                                           *Attorneys for Defendants*
10                                Chi Mei Corporation, Chi Mei Optoelectronics
                                  Corporation, Chi Mei Optoelectronics USA, Inc.
11                                CMO Japan Co. Ltd., Nexgen Mediatech, Inc. and
                                           Nexgen Mediatech USA, Inc.
12
    DATED: August 5, 2010
13

14

15                                     By:_____/s/ Wayne A. Cross_____
                                           Wayne A. Cross (*pro hac vice*)
16                                         John H. Chung (*pro hac vice*)
                                               WHITE & CASE LLP
17                                          1155 Avenue of the Americas
                                              New York, NY 10036
18                                          (212) 819-8200 (telephone)

19                                     Christopher M. Curran (*pro hac vice*)
                                         Kristen J. McAhren (*pro hac vice*)
20                                          701 Thirteenth Street, NW
                                           Washington, DC 20005-3807
21                                          (202) 626-3600 (telephone)

22                                         *Attorneys for Defendants*
                                    Toshiba Corporation, Toshiba Mobile Display Co.,
23                                 Ltd., Toshiba America Electronic Components, Inc.
                                    and Toshiba America Information Systems, Inc.

24

25

26

27

28

                                            5                  Case No. 3:07-md-1827 SI  MDL No. 1827
                        STIPULATION AND [PROPOSED] ORDER ON BRIEFING SCHEDULE
                                            MDL NO. 1827
A/73455489.1/3008121-0000331557

1  DATED:  August 5, 2010

2

3                                              By:_____*/s/ Simon J. Frankel*_____
                                                      Simon J. Frankel (SBN 171552)
4                                                     COVINGTON & BURLING LLP
                                                      One Front Street, 35th Floor
5                                                     San Francisco, CA 94111
                                                      (415) 591-6000 (telephone)
6
                                                      Timothy C. Hester (*pro hac vice*)
7                                                     Derek Ludwin (*pro hac vice*)
                                                      COVINGTON & BURLING LLP
8                                                     1201 Pennsylvania Ave. NW
                                                      Washington, D.C. 20004
9                                                     (202) 662-6000 (telephone)

10                                                    *Attorneys for Defendants*
                                                      Samsung Electronics Co., Ltd.,
11                                                    Samsung Semiconductor, Inc. and
                                                      Samsung Electronics America, Inc.
12
    DATED:  August 5, 2010
13

14

15                                              By:_____*/s/ Patrick J. Ahern*_____
                                                      Patrick J. Ahern
16                                                    BAKER & MCKENZIE, L.L.P.
                                                      130 East Randolph Drive
17                                                    Chicago, Illinois  60601
                                                      (312) 861-3735 (telephone)

18                                                    *Attorneys for Defendant*
                                                      Tatung Company of America, Inc.
19

20      Attestation:  The filer of this document attests that the concurrence of the other

21  signatories thereto has been obtained.

22
    The Court has reserved 11/3/10 @ 10:00 a.m.
23  for the hearing date on the motions.
                                                      SO ORDERED
24                                                    _____[signature: Susan Illston]_____

25                                                    Judge Susan Illston

26                                                    _____

27                                                    Date Entered

28

                                    6                          Case No. 3:07-md-1827 SI  MDL No. 1827
                  STIPULATION AND [PROPOSED] ORDER ON BRIEFING SCHEDULE
                                            MDL NO. 1827
A/73455489.1/3008121-0000331557