ORIGINAL

Richard M. Heimann (State Bar No. 63607)
rheimann@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Counsel for Plaintiff Arthur Goodelman*

FILED
AUG 11 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3-07-md-1827 SI<br><br>MDL No. 1827 |
| This Document Relates To:<br><br>ALL DIRECT PURCHASER ACTIONS. | **APPLICATION FOR ADMISSION *PRO HAC VICE* FOR ROBERT G. EISLER; [PROPOSED] ORDER GRANTING APPLICATION**<br><br>The Honorable Susan Illston |

Pursuant to Civil L.R. 11-3, Robert G. Eisler, an active member in good standing of the bars of New York and Pennsylvania, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing the direct purchaser plaintiffs in the above-entitled action.

In support of this application, I certify under oath that:

1.   I am a partner with the law firm of Grant & Eisenhofer, P.A., 1201 North Market Street, Suite 2100, Wilmington, DE 19801.

2.   I am a member in good standing with the Bars of the States of New York and Pennsylvania.

886714.3

- 1 -

EISLER APPLICATION FOR ADMISSION *PRO HAC VICE*;
[PROPOSED] ORDER GRANTING APPLICATION
CASE NO. 3:07-MD-1827 SI

1    3.   I have not been disciplined by any Court, and no disciplinary charges are
2  currently pending against me. I have never been held in contempt of court.
3    4.   I agree to abide by the Standards of Professional Conduct set forth in Civil
4  L.R. 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar
5  with the Local Rules and Alternative Dispute Resolution Programs of this Court. I will adhere to
6  all applicable rules of professional conduct in connection with my activities in this Court.
7
8    5.   An attorney who is a member of the bar of this Court in good standing and
9  who maintains an office within the State of California has been designated as co-counsel in the
10 above-entitled action. The name, address and telephone number of that attorney is:

> Richard M. Heimann (State Bar No. 63607)
> rheimann@lchb.com
> LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
> 275 Battery Street, 29th Floor
> San Francisco, CA  94111

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

Executed this 3rd day of August, 2010, in Wilmington, Delaware.

By:  */s/ Robert G. Eisler*
      Robert G. Eisler

## [PROPOSED] ORDER

Robert G. Eisler, whose business address and telephone number is

>GRANT & EISENHOFER, P.A.
>1201 N. Market Street
>Suite 2100
>Wilmington, DE 19801
>Telephone: (302) 622-7030

and who is an active member in good standing of the bars of the States of New York and Pennsylvania, has applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the direct purchaser plaintiffs.

IT IS HEREBY ORDERED that the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED this 10th day of Aug, 2010.

_____
THE HONORABLE SUSAN ILLSTON
United States District Judge