1  Richard M. Heimann (State Bar No. 063607)
2  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   Embarcadero Center West
3  275 Battery Street, 29th Floor
   San Francisco, CA  94111-3339
4  Telephone:  (415) 956-1000
   Facsimile:  (415) 956-1008
5
6  Bruce L. Simon (State Bar No. 96241)
   PEARSON, SIMON, WARSHAW, & PENNY, LLP
7  44 Montgomery Street, Suite 2450
   San Francisco, CA  94104
8  Telephone: (415) 433-9000
   Facsimile: (415) 433-9008
9
10 Co-Lead Counsel for Direct Purchaser Plaintiffs

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13

14

15 IN RE TFT-LCD (FLAT PANEL)          Case No.  3:07-md-1827 SI
   ANTITRUST LITIGATION
16                                     MDL No. 1827

17 This Document Relates to:          **STIPULATION AND [PROPOSED]
                                       ORDER RE APPLICATION OF CLASS
18 ALL DIRECT PURCHASER ACTIONS        CERTIFICATION ORDER TO MITSUI &
                                       CO. (TAIWAN), LTD.**
19

20        Undersigned counsel, on behalf of the Direct Purchaser Plaintiffs ("Plaintiffs") and Mitsui

21 & Co. (Taiwan), Ltd. ("Mitsui") respectfully request that the Court enter the following order.

22        WHEREAS, Plaintiffs filed their Third Amended Consolidated Complaint on December

23 2, 2009 (Docket No. 1407);

24        WHEREAS, in that complaint Plaintiffs named as a defendant Mitsui, which had not been

25 named in any previous complaint filed by Plaintiffs in this litigation;

26        WHEREAS, Plaintiffs' motion for class certification was briefed and argued prior to the

27 filing of the Third Amended Consolidated Complaint;

28

1   WHEREAS, the Court issued an Order granting in part and denying in part Plaintiffs'

2   motion for class certification on March 28, 2010 (Docket No. 1641);

3   THEREFORE, pursuant to Federal Rule of Civil Procedure 23(c)(1)(C), Plaintiffs and

4   Mitsui stipulate as follows:

5   (1) Plaintiffs' motion for class certification previously filed as noted above shall be treated

6   as if filed in regard to the claims asserted in the Third Amended Complaint against Mitsui;

7   (2) all defenses against class certification that were presented by and on behalf of the

8   defendants prior to the Court's Order of March 28, 2010 granting in part and denying in part

9   Plaintiffs' motion for class certification and all issues raised in any motion for reconsideration by

10  the defendants shall be treated as if presented by and on behalf of Mitsui;

11  (3) the Court's March 28, 2010 class certification Order shall apply to Mitsui;

12  (4) Mitsui shall have full rights of appeal commensurate with any party that was a

13  defendant at the time of the March 28, 2010 class certification order; and

14  (5) the parties have entered into this Stipulation in part to conserve judicial resources, and

15  this Stipulation shall not constitute or be argued to constitute a waiver of any legal defense

16  whatsoever of Mitsui to this litigation.

17  Date:  August 20, 2010

18  /s/ Richard M. Heimann

19  Richard M. Heimann (State Bar No. 63607)
    LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

20  Embarcadero Center West, 29th Floor
    275 Battery Street

21  San Francisco, CA  94111
    Telephone: (415) 956-1000

22  Facsimile: (415) 956-1008

23  Bruce L. Simon (State Bar No. 96241)
    PEARSON, SIMON, WARSHAW

24  & PENNY, LLP
    44 Montgomery Street, Suite 2450

25  San Francisco, CA  94104
    Telephone: (415) 433-9000

26  Facsimile: (415) 433-9008

27  *Direct Purchaser Co-Lead Counsel*

28

1

2

                          /s/ Ernest E. Vargo
3                         Paul P. Eyre
                          Ernest E. Vargo
4                         BAKER HOSTETLER, LLP
                          PNC Center
5                         1900 East 9th Street, Suite 3200
                          Cleveland, OH 44114-3482
6                         Telephone: (216) 621-0200
                          Facsimile:  (216) 696-0740
7                         Email:     peyre@bakerlaw.com
8                                    evargo@bakerlaw.com
                                     lghannoum@bakerlaw.com
9
                          Tracy L. Cole
10                        BAKER HOSTETLER, LLP
                          45 Rockefeller Plaza
11                        11th Floor
                          New York, NY 10111
12                        Telephone: (212) 589-4228
                          Facsimile:  (212) 589-4201
13                        Email:     tcole@bakerlaw.com
14
                          *Attorneys for Defendant Mitsui & Co. (Taiwan), Ltd.*
15

16        Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of

17   this document has been obtained from Richard M. Heimann and Ernest E. Vargo.

18

19                              **ORDER**

20

21        SO ORDERED this ___ day of August, 2010.

22

23

24                          _____
                            THE HONORABLE SUSAN ILLSTON
25                          United States District Judge

26

27

28

                                    3