GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234,
JSanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301,
RBrass@gibsondunn.com
555 Mission Street,
Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendant
CHUNGHWA PICTURE TUBES, LTD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates to:  3:09-CV-5609<br><br>NOKIA CORPORATION and NOKIA, INC.,<br><br>                                    Plaintiffs,<br><br>v.<br><br>AU OPTRONICS CORPORATION; AU OPTRONICS CORPORATION AMERICA, INC.; CHUNGHWA PICTURE TUBES, LTD.; TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; SEIKO EPSON CORPORATION; EPSON IMAGING DEVICES CORPORATION; EPSON ELECTRONICS AMERICA, INC.;HITACHI, LTD.; HITACHI DISPLAYS, LTD.; HITACHI ELECTRONIC DEVICES (USA), INC.; PHILIPS ELECTRONICS NORTH AMERICA CORPORATION; SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG SDI CO., LTD.; SAMSUNG SDI AMERICA, INC.; SHARP CORPORATION; SHARP ELECTRONICS CORPORATION; TOSHIBA CORPORATION; TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; | CASE NO.:  3:09-CV-5609<br>MDL FILE NO.:  3:07-MD-1827-SI<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT AND [PROPOSED] ORDER** |

| | |
|---|---|
| TOSHIBA MOBILE DISPLAY CO., LTD.; and TOSHIBA AMERICA INFORMATION SYSTEMS, INC., | |
| Defendants. | |

PLEASE TAKE NOTICE that Defendant Chunghwa Picture Tubes, Ltd. ("Chunghwa") hereby substitutes Joel S. Sanders and Rachel S. Brass of the law firm Gibson, Dunn & Crutcher LLP, 555 Mission Street, Suite 3000, San Francisco, California 94105, as counsel for Chunghwa in the above-captioned matter in place of Patrick J. Ahern of the law firm Baker & McKenzie, 130 East Randolph Drive, Suite 3900, Chicago, Illinois 60601.

Defendant Chunghwa hereby substitutes its counsel and attorney of record as follows:

Former counsel:    Patrick J. Ahern
                   Baker & MacKenzie LLP
                   Phone: (312) 861-3735
                   Email: Patrick.Ahern@bakermckenzie.com

New counsel:       Joel S. Sanders
                   Gibson, Dunn & Crutcher LLP
                   Phone: (415) 393-8268
                   Fax: (415) 374-8439
                   Email: JSanders@gibsondunn.com

                   Rachel S. Brass
                   Gibson, Dunn & Crutcher LLP
                   Phone: (415) 393-8293
                   Fax: (415) 374-8429
                   Email: RBrass@gibsondunn.com

Please update service lists, and direct all future filings, discovery, and correspondence to Joel S. Sanders and Rachel S. Brass.

//
//
//
//
//
//
//
//

The undersigned parties consent to the above substitution of counsel.

DATED:  August 25, 2010                     BAKER & MACKENZIE LLP

                                            By: _____/s/_____
                                                      PATRICK J. AHERN

DATED:  August 25, 2010                     GIBSON, DUNN & CRUTCHER LLP

                                            By: _____/s/_____
                                                      JOEL S. SANDERS

                                            Attorney for Defendant
                                            CHUNGHWA PICTURE TUBES, LTD.

I hereby attest that I obtained concurrence in the filing of this document the other signatory on this e-filed document.

DATED:  August 25, 2010                     GIBSON, DUNN & CRUTCHER LLP

                                            By: _____/s/_____
                                                      JOEL S. SANDERS


The above substitution of counsel is approved and IT IS SO ORDERED.

   DATED:                                   _____
                                                HONORABLE SUSAN ILLSTON
                                            UNITED STATES DISTRICT COURT JUDGE

# DECLARTION OF SERVICE

I, Suzanne Maruschak, declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, California, 94105, in said County and State. On August 25, 2010, I served the within:

**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT AND [PROPOSED] ORDER**

to all named counsel of record as follows:

 **BY ECF (ELECTRONIC CASE FILING)**: I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service on August 25, 2010. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Declaration of Service was executed by me on August 25, 2010, at San Francisco, California.

/s/
Suzanne Maruschak