1   MORGAN, LEWIS & BOCKIUS LLP
    KENT M. ROGER, State Bar No. 95987
2   HERMAN J. HOYING, State Bar No. 257495
    MICHELLE KIM-SZROM, State Bar No. 252901
3   One Market, Spear Street Tower
    San Francisco, CA  94105-1126
4   Tel:  415.442.1000
    Fax:  415.442.1001
5   kroger@morganlewis.com
    hhoying@morganlewis.com
6   mkim-szrom@morganlewis.com

7   Attorneys for Defendants
    HITACHI, LTD., HITACHI DISPLAYS, LTD.,
8   HITACHI ELECTRONIC DEVICES (USA), INC.

9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                        (SAN FRANCISCO DIVISION)

13

| | |
|---|---|
| 14   NOKIA CORPORATION AND NOKIA INC., | Case No. 3:09-CV-05609 SI MDL No. 1827 |
| 15 | |
| 16                    Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING** |
| 17         v. | |
| 18   AU OPTRONICS CORPORATION et al., | |
| 19                    Defendants. | |

20

21        WHEREAS plaintiffs Nokia Corporation and Nokia Inc. (collectively, "Nokia") filed the

22   above captioned lawsuit on November 25, 2009;

23        WHEREAS, pursuant to the Court's order of June 29, 2010, Nokia filed an Amended

24   Complaint for Damages and Injunctive Relief ("Amended Complaint") on July 23, 2010;

25        WHEREAS, the parties previously stipulated and the Court ordered (Dkt. 1955)

26   Defendants Hitachi, Ltd.; Hitachi Displays, Ltd.; Hitachi Electronic Devices (USA), Inc.; Sharp

27   Corporation; Sharp Electronics Corporation; Toshiba Corporation; Toshiba America Electronic

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21883134.1

CASE NO. 3:09-CV-05609 SI; MDL NO. 1827
STIPULATION AND [PROPOSED] ORDER

1  Components, Inc.; Toshiba Mobile Display Co., Ltd.; and Toshiba America Information Systems,

2  Inc. (collectively, the "Stipulating Defendants") to move against, answer or otherwise respond to

3  Nokia's Amended Complaint by August 27, 2010;

4  WHEREAS Nokia and the Stipulating Defendants have reached an agreement, pursuant to

5  Civil L.R. 6-1, to extend the time within which the Stipulating Defendants shall answer Nokia's

6  Amended Complaint;

7  WHEREAS, this extension will not alter the date of any other event or deadline already

8  fixed by the Court;

9  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the

10  undersigned counsel, on behalf of their respective clients, Nokia, on the one hand, and the

11  Stipulating Defendants on the other hand, as follows:

12  The Stipulating Defendants will have until September 10, 2010 to answer Nokia's

13  Amended Complaint.

14  Dated:  August 27, 2010

15  By:    /s/ Kent M. Roger

16  Kent M. Roger
Morgan Lewis & Bockius LLP

17  One Market, Spear Street Tower
San Francisco, CA  94105

18  Tel:  (415) 442-1000
Fax:  (415) 442-1001

19  *Attorneys for Defendants Hitachi, Ltd., Hitachi Displays,*

20  *Ltd., and Hitachi Electronic Devices (USA), Inc.*

21  By:    /s/ John M. Grenfell

22  John M. Grenfell
Jacob R. Sorensen

23  Fusae Nara
Pillsbury Winthrop Shaw Pittman LLP

24  50 Fremont Street
San Francisco, CA 94120-7880

25  Tel: (415) 983-1000
Fax: (415) 983-1200

26

27  *Attorneys for Defendants Sharp Corporation and Sharp Electronics Corporation*

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By:     /s/ John H. Chung
        John H. Chung
        White & Case LLP
        1155 Avenue of the Americas
        New York, NY 10036
        Tel: (212) 819-8200
        Fax: (212) 354-8113

        *Attorneys for Defendants Toshiba Corporation, Toshiba
        America Electronic Components, Inc., Toshiba Mobile
        Display Co., Ltd., and Toshiba America Information
        Systems, Inc.*

By:     /s/ Randall Allen
        Randall Allen
        ALSTON + BIRD LLP
        Two Palo Alto Square
        3000 El Camino Real, Suite 400
        Palo Alto, California 94306
        Tel: (650) 838-2000
        Fax: (650) 838-2001

        Peter Kontio
        Valarie C. Williams
        B. Parker Miller
        ALSTON + BIRD LLP
        One Atlantic Center
        1201 West Peachtree Street
        Atlanta, GA 30309
        Tel: (404) 881-7000
        Fax: (404) 881-7777

        Richard W. Stimson
        ALSTON + BIRD LLP
        Chase Tower, Suite 3601
        2200 Ross Avenue
        Dallas, Texas 75201
        Tel: (214) 922-3400
        Fax: (214) 922-3899

        *Attorneys for Plaintiffs Nokia Corporation and Nokia Inc.*

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21883134.1                                    -3-                    CASE NO. 3:09-CV-05609 SI; MDL NO. 1827
                                                                        STIPULATION AND [PROPOSED] ORDER

1

2

## **FILER'S ATTESTATION**

3
I, Kent M. Roger, am the ECF user whose identification and password are being used to file

4
this Stipulation and [Proposed] Order.  In compliance with General Order 45.X.B, I hereby

5
attest that John M. Grenfell, John H. Chung, and Randall Allen concur in this filing.

6
                                  /s/ Kent M. Roger
                                  Kent M. Roger

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

**[PROPOSED] ORDER**

2          Pursuant to the stipulation between Plaintiffs Nokia Corporation and Nokia, Inc. and

3   Defendants Hitachi, Ltd.; Hitachi Displays, Ltd.; Hitachi Electronic Devices (USA), Inc.; Sharp

4   Corporation; Sharp Electronics Corporation; Toshiba Corporation; Toshiba America Electronic

5   Components, Inc.; Toshiba Mobile Display Co., Ltd.; and Toshiba America Information Systems,

6   Inc. set forth above and pursuant to Rule 6-1(a) of the Civil Local Rules, IT IS SO ORDERED.

7

8   Dated:

9                                          By _____

10                                          HON. SUSAN ILLSTON
                                            UNITED STATES DISTRICT JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21883134.1                              -5-                  CASE NO. 3:09-CV-05609 SI; MDL NO. 1827
                                                                STIPULATION AND [PROPOSED] ORDER