NIALL E. LYNCH (State Bar No. 157959)
PETER K. HUSTON (State Bar No. 150058)
MICHAEL L. SCOTT (State Bar No. 165452)
HEATHER S. TEWKSBURY (State Bar No. 222202)
E. KATE PATCHEN (NY Reg. 41204634)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA  94102
Telephone:  (415) 436-6660

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. CR 10-0591 SI |
| v. | STIPULATION AND [PROPOSED] ORDER FOR EXPEDITED SENTENCING UNDER L.R. 32-1(b) |
| CHEN-LUNG KUO, | |
| Defendant. | DATE: September 3, 2010<br>TIME: 11:00 a.m.<br>COURT: Hon. Susan Illston |

On August 4, 2010, the United States filed a one-count information charging Chen-Lung Kuo ("Defendant") with participating in a conspiracy to suppress and eliminate competition by fixing the prices of thin-film transistor liquid crystal display panels sold in the United States and elsewhere, in violation of the Sherman Antitrust Act, 15 U.S.C. §1. The Defendant is scheduled for a change of plea and possible sentencing on September 3, 2010. The Defendant will waive Indictment and plead guilty under Fed. R. Crim. P. 11 (c) (1) (C). The United States and the Defendant have filed a joint sentencing memorandum describing the material terms of the plea agreement and the agreed upon sentencing recommendation.

/ / /

/ / /

[PROPOSED] ORDER

1  IT IS HEREBY STIPULATED AND AGREED as follows:

2  The United States and the Defendant request that the Court sentence the Defendant on an
3  expedited basis pursuant to Crim. L.R. 32-1(b), on September 3, 2010. The United States and
4  Defendant respectfully submit that the Joint Sentencing Memorandum and the Plea Agreement
5  provide sufficient information for the Court to impose a sentence on September 3, 2010, the
6  same date as the change of plea hearing, without a presentence report.

8  Dated: August 30, 2010

10  Respectfully submitted,

12  BY:  /s/ Miles Ehrlich
Miles Ehrlich
13  Ramsey & Ehrlich
803 Hearst Avenue
14  Berkeley, CA 94710
Tel: (510) 548-3600
15  Fax: (510) 291-3060

16  Counsel for Chen-Lung Kuo

BY: /s/ Peter K. Huston
Niall E. Lynch
Peter K. Huston
Michael L. Scott
Heather S. Tewksbury
E. Kate Patchen
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Tel: (415) 436-6660
Fax: (415) 436-6687

21  IT IS SO ORDERED:

23  Susan Illston
United States District Judge

[PROPOSED] ORDER

2

# **CERTIFICATE OF SERVICE**

I, Liliana C. Vallejo, certify:

That I am a citizen of the United States and employed by the United States Department of Justice, Antitrust Division, at 450 Golden Gate Avenue, Room 10-0101, San Francisco, California 94102; I am over the age of eighteen years; and I am not a party to the within action.

That, on August 30, 2010, I electronically filed with the Clerk of the United States District Court, Northern District of California, using its ECF system, the following document: **STIPULATION AND [PROPOSED] ORDER FOR EXPEDITED SENTENCING UNDER L.R. 32-1(b) .**

Under N.D. Cal. Local Rule General Order 45, all parties appearing in this matter will receive an electronic copy of said filed documents. However, on August 30, 2010, our office served by e-mail (in pdf format) a true and correct copy of the above listed documents to each of the counsel listed below:

Miles Ehrlich, Esq.
Ramsey & Ehrlich
miles@ramsey-ehrlich.com

Katharine A. Kates
Ramsey & Ehrlich
katharine@ramsey-ehrlich.com

I declare under penalty of perjury, under the laws of the United States of America, that the above is true and correct.

Executed on August 30, 2010 at San Francisco, California.


/s/ Liliana C. Vallejo
Liliana C. Vallejo