IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION _____/ | No. M 07-1827 SI<br><br>MDL. No. 1827 |
| This Order Relates to:<br><br>ALL CASES<br><br>_____/ | **ORDER RE: HITACHI'S OBJECTION TO SPECIAL MASTER'S ORDER RE: FORMAT OF MOTION TO COMPEL PRODUCTION OF FOREIGN REGULATORY DOCUMENTS** |

On September 10, 2010, the Court heard argument on Hitachi's Objections to the Special Master's Order re: Format of Motion to Compel Production of Foreign Regulatory Documents. (Docket No. 1869).

As discussed at the hearing, the Court agrees with the Special Master's analysis with regard to the documents related to the European Commission investigation, and thus OVERRULES the direct purchaser plaintiffs' objections. The direct purchaser plaintiffs also assert that Hitachi misled the Special Master into believing that the EC had issued a Statement of Objections to Hitachi. However, the Special Master's Order explicitly states that it is unclear whether a Statement of Objections had been issued, and the fact that Hitachi has now confirmed that the EC has not issued a Statement of Objections does not mean that the Special Master's order must be revisited.

With regard to the documents related to the investigation of Hitachi by the Japanese Fair Trade Commission, the Special Master ordered Hitachi to provide a document log pursuant to Federal Rule of Civil Procedure 26. However, the Special Master stated that his order was based on the fact that Hitachi, as distinguished from its showing with regard to the EC Commission, had submitted no authority, such as opinions of counsel or statements by the JFTC, permitting Hitachi to withhold

documents submitted to the JFTC. After the Special Master issued his order, however, Hitachi obtained and submitted to this Court a policy statement from the JTFC which sets forth concerns similar to those presented in the EC materials that the Special Master reviewed in reaching his decision with regard to the EC documents. The Court finds that, in light of the JFTC statement and augmented showing before this Court, that the Special Master's reasoning regarding the EC documents also applies to the JFTC documents, and thus that Hitachi's obligations with regard to disclosing documents shall be the same for both sets of documents. Of course, nothing shall preclude the Special Master from deciding, in connection with his review of any motion to compel Hitachi to produce foreign regulatory documents, that additional descriptive information is required or that an *in camera* review is necessary.

**IT IS SO ORDERED.**

Dated: September 14, 2010

SUSAN ILLSTON
United States District Judge