Anne E. Schneider
Andrew M. Hartnett
OFFICE OF THE MISSOURI
ATTORNEY GENERAL
P. O. Box 899
Jefferson City, MO 65102
Phone:  (573) 751-3321
Fax:   (573) 751-2041
E-mail:  Anne.Schneider@ago.mo.gov
         Andrew.Hartnett@ago.mo.gov

Attorneys for the State of Missouri

(Other Counsel Listed on Signature Pages)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates to Case No. 10-CV-3619 SI<br><br>STATE OF MISSOURI, *ex rel.* Chris Koster, Attorney General; et al.<br>    Plaintiffs,<br><br>v.<br><br>AU OPTRONICS CORPORATION; et al.<br>    Defendants. | No. M 07-1827 SI<br>MDL No. 1827<br><br>**STIPULATION AND [PROPOSED] ORDER RELATING TO EXTENSION OF TIME TO RESPOND TO COMPLAINT AND WAIVER OF SERVICE** |

WHEREAS Plaintiffs State of Missouri, *ex rel*. Chris Koster, Attorney General; State of Arkansas, *ex rel*. Dustin McDaniel, Attorney General; State of Michigan, *ex rel*., Michael A. Cox, Attorney General; State of West Virginia, *ex rel*. Darrell McGraw, Attorney General; and State of Wisconsin, *ex rel*. J.B. Van Hollen, Attorney General (jointly, "States") filed the above-captioned lawsuit on August 17, 2010.

STIPULATION AND ORDER RELATING TO SERVICE
AND  SCHEDULING in Missouri, et al. v. AU Optronics, et al.
Case No.:  M:07-CV-1827 SI and Case No. 10-cv-3619 SI
- 1 -

WHEREAS the States filed a Notice of Related Case to *In re TFT-LCD (Flat Panel) Antitrust Litigation*, Case No. M:07-CV-1827-SI on August 20, 2010, and the case was reassigned to the Honorable Susan Illston per Pretrial Order No. 1, Dated July 3, 2007.

WHEREAS, certain Defendants have agreed to waive service and the parties have reached an agreement, pursuant to Civil L.R. 6-1(a), to extend the time within which those Defendants must move against, answer or otherwise respond to the States' complaint;

WHEREAS, this extension will not alter the date of any event or any deadline already fixed by the Court;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, the States, on the one hand, and Defendants AU Optronics Corporation; AU Optronics Corporation America (collectively, "Stipulating Defendants") on the other hand, as follows:

1. Stipulating Defendants waive service of the States' complaint under Federal Rule of Civil Procedure 4(d). Stipulating Defendants preserve all other defenses under Federal Rule of Civil Procedure 12. This stipulation does not constitute a waiver of any challenge to personal jurisdiction by any Defendant.

2. Stipulating Defendants will have until December 1, 2010, to move against, answer or otherwise respond to the States' complaint.

IT IS SO STIPULATED:

Dated: _____September 16, 2010_____

*Counsel for Plaintiff State of Missouri*

By:   /s/Anne E. Schneider
Anne E. Schneider
Andrew M. Hartnett
Assistant Attorneys General/Antitrust Counsel

STIPULATION AND ORDER RELATING TO SERVICE
AND SCHEDULING in Missouri, et al. v. AU Optronics, et al.
Case No.: M:07-CV-1827 SI and Case No. 10-cv-3619 SI

- 2 -

```
                              MISSOURI ATTORNEY GENERAL OFFICE
                              P. O. Box 899
                              Jefferson City, MO 65102
                              Phone:  (573) 751-3321
                              Fax:  (573) 751-2041
                              E-mail: Anne.Schneider@ago.mo.gov
                              E-mail:  Andrew.Hartnett@ago.mo.gov
```

*Counsel for Plaintiff State of Arkansas*

```
                              By:  /s/David A. Curran
                              David A. Curran
                              Assistant Attorney General
                              ARKANSAS ATTORNEY GENERAL OFFICE
                              323 Center Street, Suite 500
                              Little Rock, AR  72201
                              Phone:  (501) 682-2007
                              Fax:  (501) 682-8118
```

*Counsel for Plaintiff State of Michigan*

```
                              By:   /s/M. Elizabeth Lippitt
                              M. Elizabeth Lippitt
                              Assistant Attorney General
                              MICHIGAN ATTORNEY GENERAL OFFICE
                              Corporate Oversight Division
                              525 West Ottawa Street, 6th Floor
                              Lansing, MI 48933
                              Phone:  (517) 373-1160
                              Fax:  (517) 335-1935
```

*Counsel for Plaintiff State of West Virginia*

```
                              By:   /s/Douglas L. Davis
                              Douglas L. Davis
                              Assistant Attorney General
                              Jill L. Miles
                              Deputy Attorney General
                              WEST VIRGINIA ATTORNEY GENERAL
                              OFFICE
                              812 Quarrier St., First Floor
                              Charleston, WV  25301
                              Phone: (304) 558-8986
                              Fax:  (304) 558-0184
```

*Counsel for Plaintiff State of Wisconsin*

STIPULATION AND ORDER RELATING TO SERVICE
AND  SCHEDULING in Missouri, et al. v. AU Optronics, et al.
Case No.:  M:07-CV-1827 SI and Case No. 10-cv-3619 SI

```
                                              By:  /s/Gwendolyn J. Cooley
                                              Gwendolyn J. Cooley
                                              Assistant Attorney General
                                              WISCONSIN DEPARTMENT OF JUSTICE
                                              PO Box 7857
                                              Madison, WI 53707
                                              Phone: (608) 261-5810
                                              Fax: (608) 267-2778
```

*Counsel for AU Optronics Corporation,*
*AU Optronics Corporation America, Inc.*

```
                                              By:  /s/Christopher A. Nedeau
                                              Christopher Alan Nedeau
                                              Allison Marie Dibley
                                              Carl L. Blumenstein
                                              Nossaman LLP
                                              50 California Street, 34th Floor
                                              San Francisco, CA 94111
                                              (415) 438-7274
```

The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

So Ordered.

_____
Judge Susan Ilston

9/20/10
_____
Date

STIPULATION AND ORDER RELATING TO SERVICE
AND SCHEDULING in <u>Missouri, et al. v. AU Optronics, et al</u>.
Case No.: M:07-CV-1827 SI and Case No. 10-cv-3619 SI

Anne E. Schneider
Andrew M. Hartnett
OFFICE OF THE MISSOURI
ATTORNEY GENERAL
P. O. Box 899
Jefferson City, MO 65102
Phone: (573) 751-3321
Fax: (573) 751-2041
E-mail: Anne.Schneider@ago.mo.gov
         Andrew.Hartnett@ago.mo.gov

Attorneys for the State of Missouri

(Other Counsel Listed on Signature Pages)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. M 07-1827 SI<br>MDL No. 1827 |
| This Document Relates to Case No. 10-CV-3619 SI<br><br>STATE OF MISSOURI, *ex rel.* Chris Koster, Attorney General; et al.<br>    Plaintiffs,<br><br>v.<br><br>AU OPTRONICS CORPORATION; et al.<br>    Defendants. | STIPULATION AND [PROPOSED] ORDER RELATING TO EXTENSION OF TIME TO RESPOND TO COMPLAINT AND WAIVER OF SERVICE |

WHEREAS Plaintiffs State of Missouri, *ex rel.* Chris Koster, Attorney General; State of Arkansas, *ex rel.* Dustin McDaniel, Attorney General; State of Michigan, *ex rel.*, Michael A. Cox, Attorney General; State of West Virginia, *ex rel.* Darrell McGraw, Attorney General; and State of Wisconsin, *ex rel.* J.B. Van Hollen, Attorney General (jointly, "States") filed the above-captioned lawsuit on August 17, 2010.

STIPULATION AND ORDER RELATING TO SERVICE
AND SCHEDULING in Missouri, et al. v. AU Optronics, et al.
Case No.: M:07-CV-1827 SI and Case No. 10-cv-3619 SI
- 1 -

WHEREAS the States filed a Notice of Related Case to *In re TFT-LCD (Flat Panel) Antitrust Litigation*, Case No. M:07-CV-1827-SI on August 20, 2010, and the case was reassigned to the Honorable Susan Illston per Pretrial Order No. 1, Dated July 3, 2007.

WHEREAS, certain Defendants have agreed to waive service and the parties have reached an agreement, pursuant to Civil L.R. 6-1(a), to extend the time within which those Defendants must move against, answer or otherwise respond to the States' complaint;

WHEREAS, this extension will not alter the date of any event or any deadline already fixed by the Court;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, the States, on the one hand, and Defendants AU Optronics Corporation; AU Optronics Corporation America (collectively, "Stipulating Defendants") on the other hand, as follows:

1. Stipulating Defendants waive service of the States' complaint under Federal Rule of Civil Procedure 4(d). Stipulating Defendants preserve all other defenses under Federal Rule of Civil Procedure 12. This stipulation does not constitute a waiver of any challenge to personal jurisdiction by any Defendant.

2. Stipulating Defendants will have until December 1, 2010, to move against, answer or otherwise respond to the States' complaint.

IT IS SO STIPULATED:

Dated: _____September 16, 2010_____

*Counsel for Plaintiff State of Missouri*

By: ___/s/Anne E. Schneider___
Anne E. Schneider
Andrew M. Hartnett
Assistant Attorneys General/Antitrust Counsel

STIPULATION AND ORDER RELATING TO SERVICE
AND SCHEDULING in Missouri, et al. v. AU Optronics, et al.
Case No.: M:07-CV-1827 SI and Case No. 10-cv-3619 SI

- 2 -

|   |   |
|---|---|
| 1 | MISSOURI ATTORNEY GENERAL OFFICE |
| 2 | P. O. Box 899 |
|   | Jefferson City, MO 65102 |
| 3 | Phone: (573) 751-3321 |
|   | Fax: (573) 751-2041 |
| 4 | E-mail: Anne.Schneider@ago.mo.gov |
|   | E-mail: Andrew.Hartnett@ago.mo.gov |
| 5 |   |

*Counsel for Plaintiff State of Arkansas*

By: /s/David A. Curran
David A. Curran
Assistant Attorney General
ARKANSAS ATTORNEY GENERAL OFFICE
323 Center Street, Suite 500
Little Rock, AR 72201
Phone: (501) 682-2007
Fax: (501) 682-8118

*Counsel for Plaintiff State of Michigan*

By: /s/M. Elizabeth Lippitt
M. Elizabeth Lippitt
Assistant Attorney General
MICHIGAN ATTORNEY GENERAL OFFICE
Corporate Oversight Division
525 West Ottawa Street, 6th Floor
Lansing, MI 48933
Phone: (517) 373-1160
Fax: (517) 335-1935

*Counsel for Plaintiff State of West Virginia*

By: /s/Douglas L. Davis
Douglas L. Davis
Assistant Attorney General
Jill L. Miles
Deputy Attorney General
WEST VIRGINIA ATTORNEY GENERAL OFFICE
812 Quarrier St., First Floor
Charleston, WV 25301
Phone: (304) 558-8986
Fax: (304) 558-0184

*Counsel for Plaintiff State of Wisconsin*

STIPULATION AND ORDER RELATING TO SERVICE
AND SCHEDULING in Missouri, et al. v. AU Optronics, et al.
Case No.: M:07-CV-1827 SI and Case No. 10-cv-3619 SI

- 3 -

By: /s/Gwendolyn J. Cooley
Gwendolyn J. Cooley
Assistant Attorney General
WISCONSIN DEPARTMENT OF JUSTICE
PO Box 7857
Madison, WI 53707
Phone: (608) 261-5810
Fax: (608) 267-2778

*Counsel for AU Optronics Corporation,*
*AU Optronics Corporation America, Inc.*

By: /s/ Christopher A. Nedeau
Christopher Alan Nedeau
Allison Marie Dibley
Carl L. Blumenstein
Nossaman LLP
50 California Street, 34th Floor
San Francisco, CA 94111
(415) 438-7274

The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

So Ordered.

_____
Judge Susan Illston

_____
Date

STIPULATION AND ORDER RELATING TO SERVICE
AND SCHEDULING in Missouri, et al. v. AU Optronics, et al.
Case No.: M:07-CV-1827 SI and Case No. 10-cv-3619 SI

- 4 -