IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION / | No. M 07-1827 SI<br>MDL. No. 1827 |
| This Order Relates to:<br>ALL CASES<br><br>/ | **ORDER RE: CLASS NOTICE FOR DIRECT PURCHASER PLAINTIFFS** |

This order resolves the outstanding issues pertaining to the notice to the direct purchaser classes. The Court has reviewed the parties' submissions regarding the disputed language, and the Court orders as follows:

1. The parties disagree about the following: on page 1, "Defendants deny Plaintiffs' allegations, and deny that Plaintiffs or any direct purchaser suffered any damages." and on page 4, "Defendants deny Plaintiffs' allegations and deny that direct purchasers suffered any overcharge." The Court agrees with plaintiffs' position that the additional language proposed by defendants (shown here with underlining) is unnecessary because the notice already states that defendants deny plaintiffs' allegations, and potentially confusing because class members may equate "damages" with product defects rather than economic injury. The Court adopts the language proposed by plaintiffs.

2. On page 5, the parties disagree about the inclusion of a bullet point list breaking down the class definitions. Plaintiffs assert that the bullet point list is unnecessary because the earlier class definitions are sufficient, while defendants contend that the bullet point list,

which is framed in laymen's terminology, will make it easier for class members to know if the classes apply to them. The Court agrees with defendants' position and adopts the language proposed by defendants.

3. One page 6, plaintiffs have proposed the following sentence: "If there is a recovery from the Non-Settling Defendants, you will be able to file a claim to receive your share of the recovery." Defendants object that this sentence presupposes an issue that the Court has not yet decided, namely whether there will be a claims process at the end of a trial. Defendants argue that the sentence should be omitted or replaced with the following: "If there is a recovery from the Non-Settling Defendants, the Court will decide when and how you will receive any monies you are due as a result of that recovery." The Court agrees with defendants that it is inappropriate to refer to a claims process in the class notice, and the Court adopts the language suggested by defendants.

**IT IS SO ORDERED.**

Dated: September 27, 2010

SUSAN ILLSTON
United States District Judge