Robert D. Wick
Theodore P. Metzler
COVINGTON & BURLING LLP
1200 Pennsylvania Ave., NW
Washington, DC 20004
(202) 662-5569 (Phone)
(202) 778-5569 (Facsimile)
*rwick@cov.com*
*tmetzler@cov.com*

*Counsel for Defendants Samsung Electronics Co.,
Ltd., Samsung Electronics America, Inc., and
Samsung Semiconductor, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>State of Florida v. AU Optronics Corp., et al., Case No. 2010-cv-3517 | CASE NO. M: 07-1827 SI<br>MDL NO. 1827<br><br>**STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Whereas the Attorney General of the State of Florida ("Attorney General") filed a Complaint in the above-captioned case against Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor Inc. (collectively "Samsung"), among other defendants, on August 11, 2010 ("Complaint");

Whereas on August 16, 2010, Samsung stipulated to service of process in exchange for an extension of its time to respond to the Complaint until October 15, 2010.

Whereas the Attorney General subsequently entered into a stipulation with other Defendants extending their deadline to move to dismiss, answer, or otherwise respond to the Complaint until December 14, 2010; and

Whereas the Attorney General and Samsung believe that proceeding on a unified response date will create efficiency for the Court and the parties by reducing duplicative motion practice;

Therefore, the Attorney General and Samsung hereby agree:

1. Samsung's deadline to move to dismiss, answer, or otherwise respond to the Complaint will be December 14, 2010.

DATED: October 5, 2010

By: ___/s/ Theodore P. Metzler___
Robert D. Wick
Theodore P. Metzler
COVINGTON & BURLING LLP
1200 Pennsylvania Ave., NW
Washington, DC 20004
(202) 662-5569 (Phone)
(202) 778-5569 (Facsimile)
rwick@cov.com
tmetzler@cov.com

*Counsel for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc.*


By: ___/s/ Nicholas J. Weilhammer___
Nicholas J. Weilhammer
R. Scott Palmer
Lizabeth A. Brady
Eli Friedman
Office of the Attorney General
State of Florida
PL-01, The Capitol
Tallahassee, FL 32399-1050
Tel: (850) 414-3300
Fax: (850) 488-913
Nicholas.Weilhammer@myfloridalegal.com
Scott.Palmer@myfloridalegal.com
Liz.Brady@myfloridalegal.com
Eli.Friedman@myfloridalegal.com

*Counsel for State of Florida*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SO ORDERED:

_____
The Honorable Susan Illston
United States District Judge