1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827 SI |
|---|---|
| | MDL No. 1827 |
| This Document Relates to:<br><br>All Actions | [PROPOSED] ORDER REGARDING DEPOSITIONS AT THE UNITED STATES EMBASSY IN TOKYO, JAPAN AND AT THE UNITED STATES CONSULATE GENERAL IN OSAKA, JAPAN |

**TO ANY CONSUL OR VICE-CONSUL OF THE UNITED STATES ASSIGNED TO TOKYO AND OSAKA, JAPAN:**

WHEREAS the above-captioned coordinated class action proceeding has been pending before this Court since July 2007;

WHEREAS the Plaintiffs allege antitrust violations by Defendants, manufacturers of Thin-Film Transistor Liquid Crystal Display (TFT-LCD) products;

WHEREAS full discovery began in January 2009;

WHEREAS the Parties reserved a deposition room at the United States Embassy in Tokyo, Japan and a deposition room at the United States Consulate General in Osaka, Japan, respectively, for taking depositions from November 10 through November 19, 2010.

On stipulation of the Parties, and pursuant to Article 17 of The United States-Japan Consular Convention of 1963, 15 U.S.T. 768,

**IT IS ORDERED** that the depositions of the following witnesses, who will appear voluntarily, be taken at the United States Embassy in Tokyo, Japan:

Name:  Kazuo Hatanaka
Employer:  Hitachi Displays, Ltd.
Address:  3300 Hayano Mobara-shi,Chiba-ken, 297-8622, Japan

Name:  Tomohito Amano
Employer:  Toshiba Mobile Display Co., Ltd.
Address:  1-9-2, Hatara-cho, Fukaya-shi, Saitama, 366-0032, Japan

Name:  Makoto Chiba
Employer:  Toshiba Mobile Display Co., Ltd.
Address:  1-9-2, Hatara-cho, Fukaya-shi, Saitama, 366-0032, Japan

Name:  Kazuyoshi Nakayama
Employer:  Sharp Corporation
Address:  22-22, Nagaike-cho, Abeno-ku Osaka, 545-8522, Japan

Name:  Noboru Yamazawa
Employer:  Sharp Corporation
Address:  22-22, Nagaike-cho, Abeno-ku Osaka, 545-8522, Japan

Name:  Toshihiko Hirobe
Employer:  Sharp Corporation
Address:  22-22, Nagaike-cho, Abeno-ku Osaka, 545-8522, Japan

Depositions of the above individuals will commence on or about November 15, 2010 at 9:00 a.m. (local time) and conclude on or about November 19, 2010 at 5:00 p.m. (local time).

1

[PROPOSED] ORDER REGARDING DEPOSITIONS AT THE UNITED STATES EMBASSY IN TOKYO, JAPAN AND AT THE UNITED STATES CONSULATE GENERAL IN OSAKA, JAPAN

1  **IT IS ORDERED** that the deposition of the following witness, who will appear voluntarily,
2  be taken at the United States Consulate General in Osaka, Japan:

3  Name:  Toshihiko Hirobe
   Employer:  Sharp Corporation
4  Address:  22-22, Nagaike-cho, Abeno-ku Osaka, 545-8522, Japan

5  Deposition of the above individual will commence on or about November 10, 2010 at 9:00 a.m.
6  (local time) and conclude on or about November 12, 2010 at 5:00 p.m. (local time).

7  Counsel for Plaintiffs who will participate in the said depositions include one or more of the
8  following: Debra Bernstein, Qianwei Fu, Rodney Ganske, Brendan Glackin, Jessica L. Grant, Steven
9  Greenfogel, Astor Heaven, Elizabeth Jordan, Michael Kenny, Matthew Kent, Matthew McBurney,
10 Gary D. McCallister, Robert McNary, Brian Parker Miller, Jerome Murphy, Joseph R. Saveri,
11 Daniel R. Shulman, Thomas Simek, Joshua Stokes, Andrew Tuck and Valarie Williams.

12 Counsel for Defendants who will participate in said depositions include one or more of the
13 following: Patrick Ahern, Hugh Bangasser, Laura Grossfield Birger, Luisa Cetina, John Chung,
14 Christopher Curran, Allison A. Davis, Amanda Devereux, Ramona Emerson, Patrick Eyers, Stephen
15 P. Freccero, Elizabeth Haley, Michael F. Healy, Tetsuhiro Horiuchi, Tsuyoshi Ikeda, Aya Kobori,
16 Jack W. Londen, Aaron Marcu, Kristen McAhren, Leigh McMullan, Fusae Nara, Sean O'Shea,
17 Gordon Pearson, Kent M. Roger, William Schwartz, Jacob R. Sorensen, Mark Ressler, Martin Toto,
18 Tomihisa Ueda, Manao Yamaguchi, and Kimberly Zelnick.

19 The proceedings will be reported by Balinda Jean Dunlap or James Vernon Beasley and
20 recorded on video by Michael Angel Barber or Frank Thomas Clare.  The proceedings will be
21 interpreted by Grace Liu, William Lise, or Bruce Holcombe.  The transcripts of the depositions will
22 be prepared and distributed among the interested parties by the court reporter without further
23 involvement by the Embassy or the Consulate General.

24 **IT IS SO ORDERED.**

25 Dated:  10/12/10

   *[signature]*
   HONORABLE SUSAN ILLSTON
26 United States District Judge

   #3222499v1
27
28

2
[PROPOSED] ORDER REGARDING DEPOSITIONS AT THE UNITED STATES EMBASSY IN
TOKYO, JAPAN AND AT THE UNITED STATES CONSULATE GENERAL IN OSAKA, JAPAN