Garrard R. Beeney (NY Reg. No. 1656172)
(beeneyg@sullcrom.com)
Theodore Edelman (NY Reg. No. 1909332)
(edelmant@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498
Telephone:     (212) 558-4000
Facsimile:      (212) 558-3588

Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California  94303
Telephone:     (650) 461-5600
Facsimile:      (650) 461-5700

*Attorneys for Philips Electronics North America Corporation*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates To:  Case No. 09-5609<br><br>NOKIA CORPORATION and NOKIA, INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>AU OPTRONICS CORPORATION, *et al.*,<br><br>*Defendants*. | Master File No. M07-1827 SI<br><br>MDL No. 1827<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE AND EXTENDING BRIEFING SCHEDULE**<br><br>Judge:  The Hon. Susan Illston<br>Courtroom:  10, 19th Floor<br>Hearing Date:  November 3, 2010<br>Hearing Time: 10:00 a.m. |

1  WHEREAS, on July 23, 2010, Plaintiffs Nokia Corporation and Nokia, Inc. (collectively,
2  "Nokia") filed an amended complaint (the "Amended Complaint") in the above-captioned action; and
3  WHEREAS, on August 27, 2010, Defendant Philips Electronics North America
4  Corporation ("PENAC") filed a motion to dismiss the Amended Complaint (the "Motion to Dismiss");
5  and
6  WHEREAS, the return date for the Motion to Dismiss was designated to be November 3,
7  2010; and
8  WHEREAS, PENAC and Nokia have executed a 60-day standstill and tolling agreement,
9  and have entered into discussions regarding possible entry into a further tolling agreement and
10  corresponding suspension of the action as against PENAC;
11  NOW THEREFORE, PENAC and Nokia, by and through their respective counsel,
12  stipulate and agree, subject to the Court's approval, that (1) the abovementioned hearing currently set for
13  November 3, 2010, shall be continued until Monday, January ~~10,~~ 13, @ 4 pm 2011, or as soon thereafter as the Court
14  may hear the matter; (2) Nokia will file any opposition to the Motion to Dismiss on or before
15  December 2, 2010; and (3) PENAC will file any reply to Nokia's opposition on or before December 23,
16  2010.
17
18  IT IS SO ORDERED
19  DATED: _____     _____
20                                     HONORABLE SUSAN ILLSTON
                                       UNITED STATES DISTRICT JUDGE

Attestation: The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

Dated: October 8, 2010

                                                        */s/ Brendan P. Cullen*
                                                       Brendan P. Cullen

STIPULATED AND AGREED TO BY:

Dated:  October 8, 2010

        /s/ Brendan P. Cullen
Brendan P. Cullen
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:     (650) 461-5600
Facsimile:      (650) 461-5700

Garrard R. Beeney
Theodore Edelman
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498
Telephone:     (212) 558-4000
Facsimile:      (212) 558-3588

*Counsel for Defendant*
*Philips Electronics North America Corporation*

Dated:  October 8, 2010

        /s/ B. Parker Miller
B. Parker Miller
Peter Kontio
Valarie C. Williams
ALSTON + BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone:     (404) 881-7000
Facsimile:      (404) 881-7777

Randall Allen
ALSTON + BIRD LLP
275 Middlefield Road, Suite 150
Menlo Park, California 94025
Telephone:     (650) 838-2000
Facsimile:      (650) 838-2001

*Counsel for Plaintiff*
*Nokia Corporation and Nokia Inc.*