JAMES B. BALDINGER (*pro hac vice*)
jbaldinger@carltonfields.com
ROBERT L. CIOTTI (*pro hac vice*)
rciotti@carltonfields.com
DAVID B. ESAU (*pro hac vice*)
desau@carltonfields.com
**CARLTON FIELDS, P.A.**
CityPlace Tower
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, FL 33401
Telephone: (561) 659-7070
Facsimile: (561) 659-7368
*Attorneys for Plaintiff TracFone Wireless, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates to<br>Individual Case No. 3:10-cv-03205-SI | Master File No. M:07-1827 SI<br>MDL No. 1827 |
| TracFone Wireless, Inc.<br>　　　　　　Plaintiff,<br>v.<br><br>AU Optronics Corporation; AU Optronics Corporation America, Inc.; Chi Mei Corporation; Chi Mei Optoelectronics Corporation; Chi Mei Optoelectronics USA, Inc.; CMO Japan Co. Ltd.; Nexgen Mediatech, Inc.; Nexgen Mediatech USA, Inc.; Epson Imaging Devices Corporation; Chunghwa Picture Tubes Ltd.; Tatung Company of America, Inc.; HannStar Display Corporation; LG Display Co. Ltd.; LG Display America Inc.; Sharp Corporation; Sharp Electronics Corporation; Toshiba Corporation; Toshiba America Electronics Components, Inc.; Toshiba Mobile Display Co., Ltd.; Toshiba America Information Systems, Inc.,<br><br>　　　　　　Defendants. | Individual Case No. 3:10-cv-03205-SI<br><br>**STIPULATION AND [PROPOSED] ORDER WAIVING ORAL ARGUMENT ON PLAINTIFF'S MOTION TO SERVE CHUNGHWA PICTURE TUBES LTD. THROUGH ITS U.S. COUNSEL PURSUANT TO FED. R. CIV. P. 4(F)(3)** |

STIPULATION AND [PROPOSED] ORDER WAIVING ORAL ARGUMENT
CASE NO. M: 07-1827

The undersigned counsel, on behalf of Plaintiff TracFone Wireless, Inc. ("TracFone"), and Defendant Chunghwa Picture Tubes, Ltd. ("Chunghwa"),[1] request that the Court take off calendar the hearing on TracFone's Motion to Serve Chunghwa Picture Tubes Ltd. Through Its U.S. Counsel Pursuant to Fed. R. Civ. P. 4(f)(3) [Master Docket No. 2045] (the "Motion").

WHEREAS, TracFone filed its Motion on September 17, 2010, Chunghwa filed a Memorandum in Opposition on October 14, 2010, and TracFone filed a Reply on October 21, 2010;

WHEREAS, TracFone and Chunghwa agree that the issue has been fully briefed;

THEREFORE, TracFone and Chunghwa, by their respective counsel, stipulate and agree to waive oral argument on TracFone's Motion, and submit to the Court's ruling on the papers that have been filed. The parties agree that the hearing scheduled for 9:00 a.m. on November 4, 2010 may be taken off calendar, subject to any further direction of the Court.

//
//
//
//
//
//
//
//
//
//
//
//
//

---

[1] Subsequent to the filing of the Motion, AU Optronics Corporation ("AUO") waived service of process with regard to TracFone's Complaint, and TracFone withdrew its Motion as to AUO. As a result, the Motion is now pending only against Chunghwa.

IT IS SO STIPULATED

                                              Respectfully submitted,

Dated: October 22, 2010

By: */s/ David B. Esau*
**CARLTON FIELDS, P.A.**
James B. Baldinger (Fla. Bar 869899)
(admitted *pro hac vice*)
Robert L. Ciotti (Fla. Bar 333141)
(admitted *pro hac vice*)
David B. Esau (Fla. Bar 650331)
(admitted *pro hac vice*)
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, Florida 33401
(561) 659-7070 (Phone)
(561) 659-7368 (Fax)

*Counsel for TracFone Wireless, Inc.*

Dated: October 22, 2010

By: */s/ Joel S. Sanders*
**GIBSON, DUNN & CRUTCHER LLP**
Joel S. Sanders (SBN 107234)
JSanders@gibsondunn.com
Rachel S. Brass (SBN 219301)
RBrass@gibsondunn.com
Rebecca Justice Lazarus (SBN 227330)
RJustice@gibsondunn.com
Serena G. Liu (SBN 264977)
SGLiu@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: 415-393-8200
Facsimile: 415-393-8306

*Counsel for Chunghwa Picture Tubes, Ltd.*

SO ORDERED

_____
Judge Susan Illston
United States District Judge

_____
Date Entered

STIPULATION AND [PROPOSED] ORDER WAIVING ORAL ARGUMENT
CASE NO. M: 07-1827

3