FILED

OCT 12 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: AU OPTRONICS CORPORATION and AU OPTRONICS CORPORATION AMERICA. | No. 10-71745<br><br>D.C. No. M:07-cv-01827-SI<br>Northern District of California, San Francisco |
| AU OPTRONICS CORPORATION and AU OPTRONICS CORPORATION AMERICA,<br><br>Petitioners,<br><br>v.<br><br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO),<br><br>Respondent,<br><br>CHI MEI INNOLUX; et al.,<br><br>Real Parties in Interest. | ORDER |

Before: O'SCANNLAIN, TROTT and W. FLETCHER, Circuit Judges.

On August 24, 2010, the court held this petition for writ of mandamus in abeyance pending disposition of the jurisdictional orders to show cause in appeal Nos. 10-16182 and 10-16215. Those appeals have been dismissed. Accordingly, this petition for writ of mandamus resumes.

MT/MOATT

Petitioners have not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.