David P. Germaine (*Admitted Pro Hac Vice*)
VANEK, VICKERS & MASINI, P.C.
111 South Wacker Drive, Suite 4050
Chicago, Illinois 60606
Telephone: (312) 224-1500
Facsimile: (312) 224-1510
E-mail: dgermaine@vaneklaw.com

*Counsel for Plaintiff, ATS Claim, LLC*
*[additional counsel listed on signature page]*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. M 07-1827 SI-FS<br><br>MDL No. 1827 |
| This Document Relates To: Case No.: 09-1115 SI<br><br>ATS Claim, LLC<br><br>Plaintiff,<br><br>vs.<br><br>Epson Electronics America, Inc., et al<br><br>Defendants. | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br><br><br>Honorable Susan Illston |

Plaintiff ATS Claim, LLC ("ATS"), and Defendants AU Optronics Corporation, AU Optronics Corporation America (collectively "AUO"), Hannstar Display Corporation ("HannStar"), Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA) , Inc. (collectively "Hitachi"), and LG Display Co., Ltd. and LG Display America, Inc. (collectively "LG Display"), by their respective attorneys and under Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the present action with prejudice and state as follows:

1. ATS, AUO, HannStar, Hitachi, and LG Display seek the dismissal of this action with prejudice.

2. This stipulation does not affect the rights or claims of ATS against any other defendant or co-conspirator in this litigation.

WHEREFORE, the parties respectfully request that this Court issue an Agreed Order of Dismissal.

**IT IS SO STIPULATED.**

Dated:  November 2, 2010                VANEK, VICKERS & MASINI, P.C.

By:    /s/David P. Germaine
David P. Germaine
111 South Wacker Drive, Suite 4050
Chicago, Illinois  60606
Telephone: (312) 224-1500
Facsimile: (312) 224-1510

*Counsel for Plaintiff, ATS Claims, LLC*

Dated:  November 2, 2010                NOSSAMAN LLP

By:    /s/Carl L. Blumenstein
Christopher A. Nedeau (CA SBN 81297)
Carl L. Blumenstein (CA SBN 124158)
Jessica R. Madrigal (CA SBN 241199)
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone:  (415) 398-3600
Facsimile:  (415) 398-2438

*Counsel for Defendants, AU Optronics Corporation and AU Optronics Corporation America*

| | | |
|---|---|---|
| 1 | Dated: November 2, 2010 | K&L GATES LLP |
| 2 | | |
| 3 | | By:  /s/Ramona M. Emerson |
| 4 | | Hugh F. Bangasser<br>Ramona M. Emerson |
| 5 | | 925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104 |
| 6 | | Telephone: (206) 623-7580<br>Facsimile: (206) 623-7022 |
| 7 | | |
| 8 | | Jeffrey L. Bornstein<br>Four Embarcadero Center, Suite 1200 |
| 9 | | San Francisco, CA 94111<br>Telephone: (415) 882-8200 |
| 10 | | Facsimile: (415) 882-8220 |
| 11 | | *Counsel for Defendant HannStar Display Corporation* |
| 12 | Dated: November 2, 2010 | MORGAN LEWIS & BOCKIUS, LLP |
| 13 | | |
| 14 | | By:  /s/Kent M. Roger<br> Kent M. Roger |
| 15 | | One Market Plaza, Spear Street Tower<br>San Francisco, CA 94105 |
| 16 | | Telephone: (415) 442-1000<br>Facsimile: (415) 442-1001 |
| 17 | | |
| 18 | | *Counsel for Defendants Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc.* |
| 19 | | |
| 20 | Dated: November 2, 2010 | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| 21 | | By:  /s/Michael R. Lazerwitz |
| 22 | | Michael R. Lazerwitz<br>Jeremy J. Calsyn |
| 23 | | Lee F. Berger<br>2000 Pennsylvania Ave., NW |
| 24 | | Washington, D.C. 20006 |
| 25 | | Telephone: (202) 974-1500<br>Facsimile: (202) 974-1919 |
| 26 | | |
| 27 | | *Counsel for Defendants LG Display Co., Ltd., LG Display America, Inc.* |
| 28 | | |

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER
MASTER FILE NO. M07-1827 SI (CASE NO. 09-1115 SI)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. M 07-1827 SI-FS |
| | MDL No. 1827 |
| This Document Relates To: Case No.: 09-1115 SI | |
| ATS Claim, LLC | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |
| Plaintiff, | |
| vs. | |
| Epson Electronics America, Inc., et al | Honorable Susan Illston |
| Defendants. | |

The Court having considered the stipulation of the parties, and good cause appearing therefor, orders as follows:

1. ATS Claim, LLC's action is dismissed with prejudice as against Defendants AU Optronics Corporation, AU Optronics Corporation America, HannStar Display Corporation, Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc., LG Display Co., Ltd., and LG Display America, Inc. pursuant to FRCP 41(a)(2).

2. Each party shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: _____        _____
                              Hon. Susan Y. Illston
                              United States District Judge