| | |
|---|---|
| 1 | GIBSON, DUNN & CRUTCHER LLP |
| | JOEL S. SANDERS, SBN 107234, |
| 2 | JSanders@gibsondunn.com |
| | RACHEL S. BRASS, SBN 219301, |
| 3 | RBrass@gibsondunn.com |
| | REBECCA JUSTICE LAZARUS, SBN 227330, |
| 4 | RJustice@gibsondunn.com |
| | JOEL WILLARD, SBN 247899, |
| 5 | JWillard@gibsondunn.com |
| | 555 Mission Street |
| 6 | Suite 3000 |
| | San Francisco, California 94105-2933 |
| 7 | Telephone: 415.393.8200 |
| | Facsimile: 415.393.8306 |
| 8 | |
| | Attorneys for Defendant |
| 9 | CHUNGHWA PICTURE TUBES, LTD. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | CASE NO. 03:07-MD-01827 SI |
| This Document Related to Individual Case No. 3:10-cv-03205-SI | **STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING** |
| TracFone Wireless, Inc., | |
| Plaintiff, | |
| v. | |
| AU Optronics Corporation; AU Optronics Corporation America, Inc.; Chi Mei Corporation; Chi Mei Optoelectronics Corporation; Chi Mei Optronics USA, Inc.; CMO Japan Co. Ltd.; Nexgen Mediatech, Inc.; Nexgen Mediatech USA, Inc.; Epson Imaging Devices Corporation; Chunghwa Picture Tubes, Ltd.; Tatung Company of America, Inc.; HannStar Display Corporation; LG Display Co., Ltd.; LG Display America Inc.; Sharp Corporation; Sharp Electronics Corporation; Toshiba Corporation; Toshiba America Electronics Components, Inc.; Toshiba Mobile Display Co., Ltd.; Toshiba America Information Systems, Inc., | |
| Defendants. | |

The undersigned counsel, on behalf of Plaintiff TracFone Wireless, Inc. ("TracFone") and Defendant Chunghwa Picture Tubes, Ltd. ("Chunghwa"), hereby stipulate and agree as follows:

WHEREAS, TracFone has notified Chunghwa of its intent to file an Amended Complaint;

WHEREAS, on November 2, 2010, this Court granted plaintiff's motion to serve Chunghwa Picture Tubes Ltd. through its U.S. counsel pursuant to Federal Rule of Civil Procedure 4(f)(3);

WHEREAS, in light of that Order the parties agree that such service may occur via email to counsel but that such agreement does not constitute a waiver of Chunghwa's standing objection to service through U.S. counsel;

WHEREAS, TracFone and Chunghwa have reached an agreement, pursuant to Civil L.R. 6-1(a), to extend the time within which Chunghwa must move against, answer or otherwise respond to TracFone's Complaint;

WHEREAS, this extension will not alter the date of any event or any deadline already fixed by the Court;

WHEREAS, this Court has previously approved a similar stipulation between TracFone and certain other defendants;

THEREFORE, TracFone and Chunghwa, by their respective counsel, stipulate and agree to extend the time within which Chunghwa must move against, answer, or otherwise respond to TracFone's Complaint until 45 days after TracFone files an Amended Complaint.

IT IS SO STIPULATED

Respectfully submitted,

DATED: November 5, 2010

| | |
|---|---|
| *Counsel for Plaintiff TracFone Wireless, Inc.* | By: _____/s/ David B. Esau_____<br>David B. Esau (pro hac vice)<br>CARLTON FIELDS, P.A.<br>CityPlace Tower<br>525 Okeechobee Boulevard, Suite 1200<br>West Palm Beach, Florida 33401<br>Telephone: 561.659.7070<br>Facsimile: 561.659.7368 |

///

///

| | |
|---|---|
| *Counsel for Defendant Chunghwa Picture Tubes, Ltd.* | By: _____/s/ Rachel S. Brass_____<br>Joel S. Sanders, SBN 107234,<br>Rachel S. Brass, SBN 219301,<br>555 Mission Street,<br>Suite 3000<br>San Francisco, California 94105-2933<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306 |

**I, Rachel S. Brass attest that concurrence in the filing of this document has been obtained from each of the other signatories.**

IT IS SO ORDERED.

_____   _____
       Date Entered                                   Honorable Judge Susan Illston

100966251_1.DOC