UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. M07-1827 SI<br><br>MDL No. 1827 |
| This Document Relates to:<br><br>ALL ACTIONS | **[PROPOSED] AMENDED ORDER REGARDING THE TAKING OF DEPOSITIONS AT THE UNITED STATES EMBASSY IN TOKYO, JAPAN AND AT THE UNITED STATES CONSULATE GENERAL IN OSAKA, JAPAN**<br><br>The Honorable Susan Illston |

**TO ANY CONSUL OR VICE-CONSUL OF THE UNITED STATES ASSIGNED TO TOKYO AND OSAKA, JAPAN:**

WHEREAS the above-captioned coordinated class action proceeding has been pending before this Court since July 2007;

WHEREAS the Plaintiffs allege antitrust violations by Defendants, manufacturers of Thin-Film Transistor Liquid Crystal Display (TFT-LCD) products;

WHEREAS full discovery began in January 2009;

WHEREAS the Parties reserved a deposition room at the United States Embassy in Tokyo, Japan and a deposition room at the United States Consulate General in Osaka, Japan, respectively, for taking depositions from November 8 through November 19, 2010;

WHEREAS the Court previously entered versions of this Order on October, 2010 (Docket No. 2085) and November 2, 2010 (Docket No. 2111);

WHEREAS the Court is informed that one of the attorneys listed in the November 2, 2010 Order is not traveling to Japan as previously anticipated, necessitating amendment of said Order to accurately reflect the names of attorneys seeking deposition visas, in accordance with protocol;

THEREFORE, the Court enters the following amended version of its Order authorizing the taking of depositions in Japan and directing consular personnel to approve and process the deposition visas of all attorneys listed herein.

On stipulation of the Parties, and pursuant to Article 17 of The United States-Japan Consular Convention of 1963, 15 U.S.T. 768,

**IT IS ORDERED** that the depositions of the following witnesses, who will appear voluntarily, be taken at the United States Embassy in Tokyo, Japan:

Name: Kazuo Hatanaka
Employer: Hitachi Displays, Ltd.
Address: 3300 Hayano Mobara-shi, Chiba-ken, 297-8622, Japan

Name: Tomohito Amano
Employer: Toshiba Mobile Display Co., Ltd.
Address: 1-9-2, Hatara-cho, Fukaya-shi, Saitama, 366-0032, Japan

//

|   |   |
|---|---|
| 1 | Name: Makoto Chiba |
|   | Employer: Toshiba Mobile Display Co., Ltd. |
| 2 | Address: 1-9-2, Hatara-cho, Fukaya-shi, Saitama, 366-0032, Japan |

Name: Kazuyoshi Nakayama
Employer: Sharp Corporation
Address: 22-22, Nagaike-cho, Abeno-ku Osaka, 545-8522, Japan

Name: Noboru Yamazawa
Employer: Sharp Corporation
Address: 22-22, Nagaike-cho, Abeno-ku Osaka, 545-8522, Japan

Depositions of the above individuals will commence on or about November 15, 2010 at 9:00 a.m. (local time) and conclude on or about November 19, 2010 at 5:00 p.m. (local time).

**IT IS ORDERED** that the deposition of the following witness, who will appear voluntarily, be taken at the United States Consulate General in Osaka, Japan:

Name: Toshihiko Hirobe
Employer: Sharp Corporation
Address: 22-22, Nagaike-cho, Abeno-ku Osaka, 545-8522, Japan

Deposition of the above individual will commence on or about November 10, 2010 at 9:00 a.m. (local time) and conclude on or about November 12, 2010 at 5:00 p.m. (local time). Counsel for Plaintiffs who will participate in the said depositions include one or more of the following: Debra Bernstein, Qianwei Fu, Rodney Ganske, Brendan Glackin, Jessica L. Grant, Steven Greenfogel, Astor Heaven, Derek G. Howard, Elizabeth Jordan, Michael Kenny, Matthew Kent, Matthew McBurney, Gary D. McCallister, Robert McNary, Brian Parker Miller, Jerome Murphy, Joseph R. Saveri, Thomas Simek, Joshua Stokes, Andrew Tuck and Valarie Williams.

Counsel for Defendants who will participate in said depositions include one or more of the following: Christopher A. Nedeau, Patrick Ahern, Hugh Bangasser, Laura Grossfield Birger, Luisa Cetina, John Chung, Christopher Curran, Allison A. Davis, Amanda Devereux, Ramona Emerson, Patrick Eyers, Stephen P. Freccero, Elizabeth Haley, Tetsuhiro Horiuchi, Tsuyoshi Ikeda, Aya Kobori, Jack W. London, Aaron Marcu, Kristen McAhren, Leigh McMullan, Fusae Nara, Sean O'Shea, Gordon Pearson, Kent M. Roger, William Schwartz, Jacob R. Sorensen, Mark Ressler, Martin Toto, Tomihisa Ueda, Manao Yamaguchi, and Kimberly Zelnick.

The proceedings will be reported by Balinda Jean Dunlap or James Vernon Beasley and recorded on video by Michael Angel Barber or Frank Thomas Clare. The proceedings will be interpreted by Grace Liu, William Lise, or Bruce Holcombe. The transcript of the depositions will be prepared and distributed among the interested parties by the court reporter without further involvement by the Embassy and the Consulate General.

**IT IS SO ORDERED.**

Dated:   11/5/10

_____
HONORABLE SUSAN ILLSTON
United States District Judge