| | |
|---|---|
| **Michael E. Haglund** <br> mhaglund@hk-law.com <br> **Michael K. Kelley** <br> kelley@hk-law.com <br> Haglund Kelley Horngren Jones & Wilder, LLP <br> 200 SW Market Street, Suite 1777 <br> Portland, OR 97201 <br> Phone: (503) 225-0777 <br> Fax: (503) 225-1257 | **Hugh F. Bangasser**, (*PRO HAC VICE*) <br> hugh.bangasser@klgates.com <br> **Ramona M. Emerson**, (*PRO HAC VICE*) <br> ramona.emerson@klgates.com <br> **Christopher M. Wyant**, (*PRO HAC VICE*) <br> chris.wyant@klgates.com <br> K&L GATES LLP <br> 925 Fourth Avenue, Suite 2900 <br> Seattle, WA  98104-1158 <br> Phone:  (206) 623-7580 <br> Fax:      (206) 623-7022 |
| **Tim D. Nord** <br> tim.d.nord@state.or.us <br> Oregon Department of Justice <br> Civil Enforcement <br> 1162 Court Street NE <br> Salem, OR 97301-4096 <br> Phone: (503) 947-4333 <br> Fax: (541) 378-5017 <br><br> Attorneys for Plaintiff | **Jeffrey L. Bornstein**, State Bar No. #99358 <br> jeffrey.bornstein@klgates.com <br> K&L Gates LLP <br> Four Embarcadero Center, Suite 1200 <br> San Francisco, CA 94111 <br> Phone:  (415) 249-1059 <br> Fax:      (415) 882-8220 <br><br> Attorneys for Defendants <br> HANNSTAR DISPLAY CORPORATION |

(Other Counsel Listed on Signature Pages)

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION <br><br> This Document Relates to Individual Case No. 3:10-4346 SI <br><br> STATE OF OREGON, *ex rel* John Kroger, Attorney General, <br><br>             Plaintiff, <br><br>   v. <br><br> AU OPTRONICS CORPORATION; *et al.* <br><br>             Defendants. | Master File No. 3:07-md-1827 SI <br> MDL No. 1827 <br><br> **STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT AND WAIVER OF SERVICE** |

WHEREAS Plaintiff State of Oregon ("Oregon") filed the above-captioned lawsuit on August 10, 2010 in the District of Oregon, Case No. 10-933.

WHEREAS on September 15, 2010, the Clerk of the MDL Panel issued a Conditional Transfer Order in the District of Oregon, transferring this case to *In re TFT-LCD (Flat Panel) Antitrust Litigation*, Case No. 3:07-md-1827, and the case was electronically transferred on September 20, 2010.

WHEREAS certain Defendants have agreed to waive service and the parties have reached agreement, pursuant to Civil L.R. 6-1(a), to extend the time within which those Defendants must move against, answer or otherwise respond to Oregon's complaint. Defendants will file this stipulation pursuant to Civil L.R. 5

WHEREAS this extension will not alter the date of any event or any deadline already fixed by the Court.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, Oregon, on the one hand, and Defendants AU Optronics Corporation, AU Optronics Corporation America, Inc., Chi Mei Innolux Corporation, Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Epson Imaging Devices Corporation, Epson Electronics America, Inc., HannStar Display Corporation, Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc., Hitachi, Ltd., LG Display America, Inc., LG Display Co., Ltd., Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Sharp Corporation, Sharp Electronics Corporation, Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., Toshiba Corporation, and Toshiba Mobile Display Co., Ltd. (collectively, "Stipulating Defendants"), on the other hand, as follows:

1. Stipulating Defendants waive service of Oregon's complaint under Federal Rule of Civil Procedure 4(d). Stipulating Defendants preserve all other defenses under Federal Rule of Civil Procedure 12. This stipulation does not constitute a waiver by the Stipulating Defendants of any other substantive or procedural defense, including but not limited to the defense of lack of personal or subject matter jurisdiction or improper venue.

2. Stipulating Defendants' deadline to move to dismiss, answer or otherwise respond to the Complaint will be January 14, 2011.

Dated November 2, 2010

By: /s/ Michael K. Kelly
Michael E. Haglund (State Bar No. 772030)
Michael K. Kelley (State Bar No. 853782)
Shay S. Scott (State Bar No. 934214)
HAGLUND KELLEY HORNGREN JONES & WILDER LLP
200 SW Market Street, Suite 1777
Portland, OR 97201
(503) 225-0777 (Phone)
(503) 225-1257 (Facsimile)
*mhaglund@hk-law.com*
*Counsel for State of Oregon*

By: /s/ Tim D. Nord
Tim D. Nord (State Bar No. 882800)
OREGON SENIOR ASSISTANT ATTORNEY GENERAL
1162 Court Street, NW
Salem, OR 97301-4096
(503) 947-4333 (Phone)
(503) 225-1257 (Facsimile)
tim.d.nord@state.or.us
*Counsel for State of Oregon*

1  By /s/ Christopher M. Wyant
   Hugh F. Bangasser
2  Ramona M. Emerson
   Christopher M. Wyant
3  Jeffrey L. Bornstein
   K&L GATES LLP
4  925 Fourth Avenue, Suite 2900
   Seattle, WA 98104
5  (206) 623-7580 (phone)
   (206) 370-6371 (Facsimile)
6  *chris.wyant@klgates.com*
7  *Counsel for Defendant HannStar Display*
8  *Corporation*

9

10 By: /s/ Lee F. Berger
   Michael R. Lazerwitz
11 Jeremy J. Calsyn
   Lee F. Berger
12 CLEARY GOTTLIEB STEEN & HAMILTON LLP
   2000 Pennsylvania Ave., NW
13 Washington, DC 20006
   (202) 974-1500 (Phone)
14 (202) 974-1999 (Facsimile)
   *mlazerwitz@cgsh.com*
15 *Counsel for Defendants LG Display Co., Ltd. and LG Display America, Inc.*

16

17

18 By: /s/ Stephen P. Frecerro
   Melvin R. Goldman
19 Stephen P. Frecerro
   Derek F. Foran
20 MORRISON & FOERSTER LLP
   425 Market Street
21 San Francisco, CA 94105-2482
   (415) 268-7000 (Phone)
22 (415) 268-7522 (Facsimile)
23 *sfreccero@mofo.com*
   *Attorneys for Defendants Epson Imaging Devices*
24 *Corporation and Epson Electronics America, Inc.*

25

26

27

28

- 4 -  STIPULATION OF EXTENSION OF TIME TO RESPOND
TO COMPLAINT AND WAIVER OF SERVICE IN STATE
OF OREGON V. AU OPTRONICS, ET AL, CASE NO.

| | |
|---|---|
| 1 | By: /s/ Theordore P. Metzler |
| | Timothy C. Hester |
| 2 | Robert D. Wick |
| | Theodore P. Metzler |
| 3 | COVINGTON & BURLING LLP |
| | 1201 Pennsylvania Avenue, NW |
| 4 | Washington, DC 20004 |
| | (202) 662-6000 (Phone) |
| 5 | (202) 662-6291 (Facsimile) |
| | *thester@cov.com* |
| 6 | *rwick@cov.com* |
| 7 | *tmetzler@cov.com* |
| | *Counsel for Defendants Samsung Electronics* |
| 8 | *America, Inc. and Samsung Electronics Co. Ltd.* |
| 9 | |
| 10 | By: /s/ Jacob R. Sorensen |
| | John M. Grenfell |
| 11 | Jacob R. Sorensen |
| | Fusae Nara |
| 12 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | 50 Fremont Street |
| 13 | San Francisco, CA 94105 |
| 14 | (415) 983-1000 (Phone) |
| | (415) 983-1200 (Facsimile) |
| 15 | *john.grenfell@pillsburylaw.com* |
| | *Counsel for Defendants Sharp Corporation and Sharp* |
| 16 | *Electronics Corporation* |
| 17 | |
| 18 | |
| | By: /s/ Kent M. Roger |
| 19 | Kent M. Roger |
| | Michelle Kim-Szrom |
| 20 | MORGAN LEWIS & BOCKIUS LLP |
| | One Market, Spear Street Tower |
| 21 | San Francisco, CA 94105-1126 |
| 22 | (415) 442-1000 (Phone) |
| | (415) 442-1001 (Facsimile) |
| 23 | *kroger@morganlewis.com* |
| | *mkim-szrom@morganlewis.com* |
| 24 | *Counsel for Defendants Hitachi, Ltd., Hitachi* |
| 25 | *Displays, Ltd. and Hitachi Electronic Devices (USA),* |
| | *Inc.* |
| 26 | |
| 27 | |
| 28 | |

- 5 -   STIPULATION OF EXTENSION OF TIME TO RESPOND
TO COMPLAINT AND WAIVER OF SERVICE IN STATE
OF OREGON V. AU OPTRONICS, ET AL, CASE NO.

| | |
|---|---|
| 1 | By: /s/ John H. Chung |
| 2 | John H. Chung<br>WHITE & CASE LLP |
| 3 | 1155 Avenue of the Americas<br>New York, NY 10036 |
| 4 | (212) 819-8200 (Phone)<br>(212) 354-8113 (Facsimile) |
| 5 | *jchung@whitecase.com* |
| 6 | |
| 7 | Christopher M. Curran<br>Kristen J. McAhren |
| 8 | WHITE & CASE LLP<br>701 Thirteenth Street, NW |
| 9 | Washington, DC 20005-3807<br>(202) 636-3600 (Phone) |
| 10 | (202) 639-9355 (Facsimile)<br>*ccurran@whitecase.com* |
| 11 | *kmcahren@whitecase.com* |

1  By: /s/ John H. Chung
   John H. Chung
2  WHITE & CASE LLP
   1155 Avenue of the Americas
3  New York, NY 10036
   (212) 819-8200 (Phone)
4  (212) 354-8113 (Facsimile)
5  *jchung@whitecase.com*

6
   Christopher M. Curran
7  Kristen J. McAhren
   WHITE & CASE LLP
8  701 Thirteenth Street, NW
   Washington, DC 20005-3807
9  (202) 636-3600 (Phone)
   (202) 639-9355 (Facsimile)
10 *ccurran@whitecase.com*
   *kmcahren@whitecase.com*
11
   *Counsel for Toshiba Corporation, Toshiba Mobile*
12 *Display Co., Ltd., Toshiba America Information*
   *Systems, Inc. and Toshiba America Electronic*
13 *Components, Inc.*

14

15
   By: /s/ Christopher A. Nedeau
16 Christopher A. Nedeau
   Carl L. Blumenstein
17 NOSSAMAN LLP
   50 California Street, 34th Floor
18 San Francisco, CA 94111
   (415) 398-3600 (Phone)
19 (415) 398-2438 (Facsimile)
   *cnedeau@nossaman.com*
20
   *cblumenstein@nossaman.com*
21 *Counsel for AU Optronics Corporation and AU*
   *Optronics America*
22

23

24

25

26

27

28

| | |
|---|---|
| 1 | By: /s/ Christina C. Ashworth |
| | Steven F. Cherry |
| 2 | Gordon Pearson |
| | Cristina C. Ashworth |
| 3 | WILMER CUTLER PICKERING HALE AND |
| | DORR LLP |
| 4 | 1875 Pennsylvania Avenue, NW |
| 5 | Washington, DC  20007 |
| | (202) 663-6000 (Phone) |
| 6 | (202) 663-6363 (Facsimile) |
| | *Steven.Cherry@wilmerhale.com* |
| 7 | *Gordon.Pearson@wilmerhale.com* |
| | *Cristina.Ashworth@wilmerhale.com* |
| 8 | Chi Mei Innolux Corporation, Chi Mei |
| 9 | Optoelectronics USA, Inc., CMO Japan Co., Ltd. |

11  Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this
12  document has been obtained from the above-referenced counsel.

15               So Ordered.

16               _____
17               Honorable Susan Illston

19               _____
                 Dated

- 7 - STIPULATION OF EXTENSION OF TIME TO RESPOND
TO COMPLAINT AND WAIVER OF SERVICE IN STATE
OF OREGON V. AU OPTRONICS, ET AL, CASE NO.