| | |
|---|---|
| 1 **Michael E. Haglund** mhaglund@hk-law.com | **Hugh F. Bangasser**, (*PRO HAC VICE*) hugh.bangasser@klgates.com |
| 2 **Michael K. Kelley** kelley@hk-law.com | **Ramona M. Emerson**, (*PRO HAC VICE*) ramona.emerson@klgates.com |
| 3 Haglund Kelley Horngren Jones & Wilder, LLP | **Christopher M. Wyant**, (*PRO HAC VICE*) chris.wyant@klgates.com |
| 4 200 SW Market Street, Suite 1777 Portland, OR 97201 | K&L GATES LLP 925 Fourth Avenue, Suite 2900 |
| 5 Phone: (503) 225-0777 Fax: (503) 225-1257 | Seattle, WA 98104-1158 Phone: (206) 623-7580 |
| 6 | Fax:    (206) 623-7022 |
| 7 **Tim D. Nord** tim.d.nord@state.or.us | **Jeffrey L. Bornstein**, State Bar No. #99358 jeffrey.bornstein@klgates.com |
| 8 Oregon Department of Justice Civil Enforcement | K&L Gates LLP Four Embarcadero Center, Suite 1200 |
| 9 1162 Court Street NE Salem, OR 97301-4096 | San Francisco, CA 94111 Phone: (415) 249-1059 |
| 10 Phone: (503) 947-4333 Fax: (541) 378-5017 | Fax:    (415) 882-8220 |
| 11 Attorneys for Plaintiff | Attorneys for Defendants HANNSTAR DISPLAY |
| 12 | CORPORATION |

13 (Other Counsel Listed on Signature Pages)

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827 SI MDL No. 1827 |
| This Document Relates to Individual Case No. 3:10-4346 SI | **STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT AND WAIVER OF SERVICE** |
| STATE OF OREGON, *ex rel* John Kroger, Attorney General, Plaintiff, v. AU OPTRONICS CORPORATION; *et al.* Defendants. | |

1       WHEREAS Plaintiff State of Oregon ("Oregon") filed the above-captioned lawsuit on August 10, 2010 in the District of Oregon, Case No. 10-933.

        WHEREAS on September 15, 2010, the Clerk of the MDL Panel issued a Conditional Transfer Order in the District of Oregon, transferring this case to *In re TFT-LCD (Flat Panel) Antitrust Litigation*, Case No. 3:07-md-1827, and the case was electronically transferred on September 20, 2010.

        WHEREAS certain Defendants have agreed to waive service and the parties have reached agreement, pursuant to Civil L.R. 6-1(a), to extend the time within which those Defendants must move against, answer or otherwise respond to Oregon's complaint. Defendants will file this stipulation pursuant to Civil L.R. 5

        WHEREAS this extension will not alter the date of any event or any deadline already fixed by the Court.

        NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, Oregon, on the one hand, and Defendants AU Optronics Corporation, AU Optronics Corporation America, Inc., Chi Mei Innolux Corporation, Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Epson Imaging Devices Corporation, Epson Electronics America, Inc., HannStar Display Corporation, Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc., Hitachi, Ltd., LG Display America, Inc., LG Display Co., Ltd., Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Sharp Corporation, Sharp Electronics Corporation, Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., Toshiba Corporation, and Toshiba Mobile Display Co., Ltd. (collectively, "Stipulating Defendants"), on the other hand, as follows:

        1.      Stipulating Defendants waive service of Oregon's complaint under Federal Rule of Civil Procedure 4(d). Stipulating Defendants preserve all other defenses under Federal Rule of Civil Procedure 12. This stipulation does not constitute a waiver by the Stipulating Defendants of any other substantive or procedural defense, including but not limited to the defense of lack of personal or subject matter jurisdiction or improper venue.

2. Stipulating Defendants' deadline to move to dismiss, answer or otherwise respond to the Complaint will be January 14, 2011.

Dated November 2, 2010

By: /s/ Michael K. Kelly
Michael E. Haglund (State Bar No. 772030)
Michael K. Kelley (State Bar No. 853782)
Shay S. Scott (State Bar No. 934214)
HAGLUND KELLEY HORNGREN JONES & WILDER LLP
200 SW Market Street, Suite 1777
Portland, OR 97201
(503) 225-0777 (Phone)
(503) 225-1257 (Facsimile)
*mhaglund@hk-law.com*
*Counsel for State of Oregon*

By: /s/ Tim D. Nord
Tim D. Nord (State Bar No. 882800)
OREGON SENIOR ASSISTANT ATTORNEY GENERAL
1162 Court Street, NW
Salem, OR 97301-4096
(503) 947-4333 (Phone)
(503) 225-1257 (Facsimile)
tim.d.nord@state.or.us
*Counsel for State of Oregon*

```
 1                              By /s/ Christopher M. Wyant
                                Hugh F. Bangasser
 2                              Ramona M. Emerson
                                Christopher M. Wyant
 3                              Jeffrey L. Bornstein
                                K&L GATES LLP
 4                              925 Fourth Avenue, Suite 2900
                                Seattle, WA 98104
 5                              (206) 623-7580 (phone)
                                (206) 370-6371 (Facsimile)
 6                              chris.wyant@klgates.com
                                Counsel for Defendant HannStar Display
 7                              Corporation
 8
 9
                                By: /s/ Lee F. Berger
10                              Michael R. Lazerwitz
                                Jeremy J. Calsyn
11                              Lee F. Berger
                                CLEARY GOTTLIEB STEEN & HAMILTON LLP
12                              2000 Pennsylvania Ave., NW
                                Washington, DC 20006
13                              (202) 974-1500 (Phone)
                                (202) 974-1999 (Facsimile)
14                              mlazerwitz@cgsh.com
                                Counsel for Defendants LG Display Co., Ltd. and LG
15                              Display America, Inc.
16
17
                                By: /s/ Stephen P. Frecerro
18                              Melvin R. Goldman
                                Stephen P. Frecerro
19                              Derek F. Foran
                                MORRISON & FOERSTER LLP
20                              425 Market Street
                                San Francisco, CA 94105-2482
21                              (415) 268-7000 (Phone)
                                (415) 268-7522 (Facsimile)
22                              sfreccero@mofo.com
                                Attorneys for Defendants Epson Imaging Devices
23                              Corporation and Epson Electronics America, Inc.
24
25
26
27
28
```

- 4 -   STIPULATION OF EXTENSION OF TIME TO RESPOND
TO COMPLAINT AND WAIVER OF SERVICE IN STATE
OF OREGON V. AU OPTRONICS, ET AL, CASE NO.

| | |
|---|---|
| 1 | By: /s/ Theordore P. Metzler |
| 2 | Timothy C. Hester |
| | Robert D. Wick |
| 3 | Theodore P. Metzler |
| | COVINGTON & BURLING LLP |
| 4 | 1201 Pennsylvania Avenue, NW |
| | Washington, DC 20004 |
| 5 | (202) 662-6000 (Phone) |
| | (202) 662-6291 (Facsimile) |
| 6 | *thester@cov.com* |
| | *rwick@cov.com* |
| 7 | *tmetzler@cov.com* |
| 8 | *Counsel for Defendants Samsung Electronics America, Inc. and Samsung Electronics Co. Ltd.* |
| 9 | |
| 10 | By: /s/ Jacob R. Sorensen |
| | John M. Grenfell |
| 11 | Jacob R. Sorensen |
| | Fusae Nara |
| 12 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 13 | 50 Fremont Street |
| | San Francisco, CA 94105 |
| 14 | (415) 983-1000 (Phone) |
| | (415) 983-1200 (Facsimile) |
| 15 | *john.grenfell@pillsburylaw.com* |
| 16 | *Counsel for Defendants Sharp Corporation and Sharp Electronics Corporation* |
| 17 | |
| 18 | |
| 19 | By: /s/ Kent M. Roger |
| | Kent M. Roger |
| 20 | Michelle Kim-Szrom |
| | MORGAN LEWIS & BOCKIUS LLP |
| 21 | One Market, Spear Street Tower |
| | San Francisco, CA 94105-1126 |
| 22 | (415) 442-1000 (Phone) |
| | (415) 442-1001 (Facsimile) |
| 23 | *kroger@morganlewis.com* |
| | *mkim-szrom@morganlewis.com* |
| 24 | *Counsel for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. and Hitachi Electronic Devices (USA), Inc.* |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

- 5 -   STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT AND WAIVER OF SERVICE IN STATE OF OREGON V. AU OPTRONICS, ET AL, CASE NO.

1 | By: /s/ John H. Chung
2 | John H. Chung
  | WHITE & CASE LLP
3 | 1155 Avenue of the Americas
  | New York, NY 10036
4 | (212) 819-8200 (Phone)
  | (212) 354-8113 (Facsimile)
5 | *jchung@whitecase.com*

6 |
  | Christopher M. Curran
7 | Kristen J. McAhren
  | WHITE & CASE LLP
8 | 701 Thirteenth Street, NW
  | Washington, DC 20005-3807
9 | (202) 636-3600 (Phone)
  | (202) 639-9355 (Facsimile)
10 | *ccurran@whitecase.com*
   | *kmcahren@whitecase.com*
11 | *Counsel for Toshiba Corporation, Toshiba Mobile*
12 | *Display Co., Ltd., Toshiba America Information Systems, Inc. and Toshiba America Electronic*
13 | *Components, Inc.*

14 |

15 |
   | By: /s/ Christopher A. Nedeau
16 | Christopher A. Nedeau
   | Carl L. Blumenstein
17 | NOSSAMAN LLP
18 | 50 California Street, 34th Floor
   | San Francisco, CA 94111
19 | (415) 398-3600 (Phone)
   | (415) 398-2438 (Facsimile)
20 | *cnedeau@nossaman.com*
21 | *cblumenstein@nossaman.com*
   | *Counsel for AU Optronics Corporation and AU*
22 | *Optronics America*

23 |
24 |
25 |
26 |
27 |
28 |

- 6 -  STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT AND WAIVER OF SERVICE IN STATE OF OREGON V. AU OPTRONICS, ET AL, CASE NO.

| | |
|---|---|
| 1 | By: /s/ Christina C. Ashworth |
| 2 | Steven F. Cherry |
|   | Gordon Pearson |
| 3 | Cristina C. Ashworth |
|   | WILMER CUTLER PICKERING HALE AND |
| 4 | DORR LLP |
|   | 1875 Pennsylvania Avenue, NW |
| 5 | Washington, DC  20007 |
|   | (202) 663-6000 (Phone) |
| 6 | (202) 663-6363 (Facsimile) |
| 7 | *Steven.Cherry@wilmerhale.com* |
|   | *Gordon.Pearson@wilmerhale.com* |
| 8 | *Cristina.Ashworth@wilmerhale.com* |
|   | *Chi Mei Innolux Corporation, Chi Mei* |
| 9 | *Optoelectronics USA, Inc., CMO Japan Co., Ltd.* |

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from the above-referenced counsel.

So Ordered.

_/s/ Susan Illston_
Honorable Susan Illston

_____
Dated

- 7 -   STIPULATION OF EXTENSION OF TIME TO RESPOND
TO COMPLAINT AND WAIVER OF SERVICE IN STATE
OF OREGON V. AU OPTRONICS, ET AL, CASE NO.