IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br>_____/<br>This Order Relates to:<br>ALL CASES<br>_____/ | No. M 07-1827 SI<br>MDL. No. 1827<br>**ORDER REGARDING THE APPOINTMENT OF JUDGE DANIEL WEINSTEIN AS SPECIAL MASTER RE: INDIRECT PURCHASER PLAINTIFFS' SETTLEMENTS WITH CHUNGHWA AND EPSON** |

Pursuant to Federal Rule of Civil Procedure 53, the Court intends to appoint Judge Daniel Weinstein of JAMS as a Special Master to assist the Court in this litigation. The scope of the appointment would be limited to reviewing the indirect purchaser plaintiffs' settlements with defendants Chunghwa Picture Tubes and Epson Imaging Devices Corporation, meeting with the parties and intervenors regarding those settlements and the objections thereto, overseeing further settlement negotiations if necessary, and ultimately making a recommendation to the Court regarding whether the proposed settlements should be approved.

The Court has been informed by Special Master Quinn that the parties have agreed to Judge Weinstein's appointment as Special Master for these purposes. The Court requests that Judge Weinstein file an affidavit disclosing whether there is any ground for disqualification under 28 U.S.C. § 455, as required by Federal Rule of Civil Procedure 53(b)(3).

**IT IS SO ORDERED.**

Dated: November __15_, 2010

SUSAN ILLSTON
United States District Judge