Anne E. Schneider
Andrew M. Hartnett
OFFICE OF THE MISSOURI
ATTORNEY GENERAL
P. O. Box 899
Jefferson City, MO 65102
Phone:  (573) 751-3321
Fax:  (573) 751-2041
E-mail:  Anne.Schneider@ago.mo.gov
         Andrew.Hartnett@ago.mo.gov

*Attorneys for the State of Missouri*

(Other Counsel Listed on Signature Pages)

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827 SI<br>MDL No. 1827 |
| This Document Relates to<br><br>ALL ACTIONS | [PROPOSED] ORDER FOR APPOINTMENT OF LIAISON COUNSEL FOR STATE ATTORNEY GENERAL ACTIONS |
| | The Honorable Susan Illston |

### [PROPOSED] ORDER

There being no objections filed, IT IS HEREBY ORDERED that Anne E. Schneider, Assistant Attorney General for the State of Missouri, and Nicholas Weilhammer, Assistant Attorney General for the State of Florida be appointed Co-Liaison Counsel for the State Actions in all cases in the above-captioned matter.

_____
The Honorable Susan Illston
United States District Court Judge

_____
Date Entered