MELVIN R. GOLDMAN (CA SBN 34097)
MGoldman@mofo.com
STEPHEN P. FRECCERO (CA SBN 131093)
SFreccero@mofo.com
DEREK F. FORAN (CA SBN 224569)
DForan@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

DAVID LAWRENCE MEYER
MORRISON & FOERSTER LLP
DMeyer@mofo.com
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006-1888
Telephone: 202.887.1500
Facsimile:  202.887.0763

Attorneys for Defendant
EPSON IMAGING DEVICES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. M:07-1827 SI<br>MDL No. 1827 |
| This Document Relates to:<br>Individual Case No. 3:10-cv-03205-SI | **STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE AND SCHEDULING** |
| TracFone Wireless, Inc.,<br><br>            Plaintiff,<br><br>    v.<br><br>AU Optronics Corporation; AU Optronics Corporation America, Inc.; Chi Mei Corporation; Chi Mei Optoelectronics Corporation; Chi Mei Optoelectronics USA, Inc.; CMO Japan Co. Ltd.; Nexgen Mediatech, Inc.; Nexgen Mediatech USA, Inc.; Epson Imaging Devices Corporation; Chunghwa Picture Tubes Ltd,; Tatung Company of America, Inc.; HannStar Display Corporation; LG Display Co. Ltd.; LG Display America Inc.; Sharp Corporation; Sharp Electronics Corporation; Toshiba Corporation; Toshiba America Electronics Components, Inc.; Toshiba Mobile Display Co., Ltd.; Toshiba America Information Systems, Inc.,<br><br>            Defendants. | Individual Case No. 3:10-cv-03205-SI<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING** |

WHEREAS plaintiff TracFone Wireless, Inc. ("TracFone") filed the above captioned lawsuit on May 4, 2010 in United States District Court, Southern District of Florida;

WHEREAS TracFone filed a Notice of Tag-Along Action to In re TFT-LCD (Flat Panel) Antitrust Litigation, Case No. M:07-CV-1827-SI, MDL No. 1827, on May 20, 2010;

WHEREAS on June 22, 2010, the case was transferred to the Northern District of California, and assigned to the Honorable Susan Illston;

WHEREAS on July 28, 2010, the Court entered a stipulated order waiving service of the Complaint for certain Defendants and extending the time within which the Defendants must move against, answer or otherwise respond to TracFone's Complaint to September 17, 2010, or until 45 days from the date that TracFone amended its Complaint, whichever was later (see Dkt. No. 1929);

WHEREAS on November 9, 2010, the Court entered a stipulation permitting email service of the Complaint for Chunghwa Picture Tubes, Ltd. ("Chunghwa") and extending the time within which the Chunghwa must move against, answer or otherwise respond to TracFone's Complaint to 45 days from the date that TracFone amended its Complaint (see Dkt. No. 2126);

WHEREAS TracFone served Defendants with an Amended Complaint on November 10, 2010, making Defendants' deadline for moving against, answering, or otherwise responding to TracFone's Amended Complaint December 27, 2010;

WHEREAS, the parties have agreed, pursuant to Civil L.R. 6-1(a), to extend the time within which the Defendants must move against, answer or otherwise respond to TracFone's Complaint an additional two weeks;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, TracFone, on the one hand, and defendants AU Optronics Corporation, AU Optronics Corporation America, Inc., Chi Mei

Corporation Corporation; Chi Mei Optoelectronics Corporation; Chi Mei Optoelectronics USA, Inc.; CMO Japan Co. Ltd.; Chunghwa Picture Tubes Ltd.; Nexgen Mediatech, Inc.; Nexgen Mediatech USA, Inc.; Epson Imaging Devices Corporation; Tatung Company of America, Inc.; HannStar Display Corporation; LG Display Co. Ltd.; LG Display America Inc.; Sharp Corporation; Sharp Electronics Corporation; Toshiba Corporation; Toshiba America Electronics Components, Inc; Toshiba Mobile Display Co., Ltd; and Toshiba America Information Systems, Inc. (collectively, "Defendants") on the other hand, as follows:

1. Defendants will have until January 7, 2011, to move against, answer or otherwise respond to TracFone's Amended Complaint.

2. Entering into this stipulation does not effect a waiver of any defense under Federal Rule of Civil Procedure 12. This stipulation does not constitute a waiver of any challenge to personal jurisdiction by any Defendant.

IT IS SO STIPULATED:

Dated: November 19, 2010

By:    /s/ David B. Esau

David B. Esau
James B. Baldinger
Robert L. Ciotti
David B. Esau
Carlton Fields, P.A.
525 Okeechobee Boulevard
West Palm Beach, Florida 33401
(561) 659-7070
(561) 659-7368 (Fax)
*Counsel for TracFone Wireless, Inc.*

|     |     |
| --- | --- |
| 1   |     |
| 2   | By:    /s/ Stephen P. Freccero |
| 3   | Melvin Goldman (CA SB NO. 34097) |
|     | Stephen P. Freccero (CA SB NO. 131093) |
| 4   | Derek F. Foran (CA SB NO. 224569) |
|     | mgoldman@mofo.com |
| 5   | sfreccero@mofo.com |
|     | dforan@mofo.com |
| 6   | Morrison & Foerster LLP |
| 7   | 425 Market Street |
|     | San Francisco, California 94105-2482 |
| 8   | (415) 268-7000 |
|     | (415) 268-7522 (Fax) |
| 9   | *Counsel for Defendants Epson Imaging Devices Corporation* |

By:    /s/ Steven F. Cherry

Steven F. Cherry
Gordon Pearson
steven.cherry@wilmerhale.com
gordon.pearson@wilmerhale.com
Wilmer Cutler Pickering
Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006-3642
*Counsel for Defendants Chi Mei Corporation, Chi Mei Optoelectronics Corporation, CMO Japan Co., Ltd., Chi Mei Optoelectronics USA Inc., Nexgen Mediatech Inc., Nexgen Mediatech USA Inc.*

By:    /s/ Bruce H. Jackson

Bruce H. Jackson
Bruce.h.jackson@bakernet.com
Baker & McKenzie LLP
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111
*Counsel for Defendant Tatung Company of America, Inc.*

By:     /s/ Hugh F. Bangasser

Hugh F. Bangasser
Ramona M. Emerson
hugh.bangasser@klgates.com
ramona.emerson@klgates.com
K& L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158

Jeffrey L. Bornstein
jeff.bornstein@klgates.com
K&L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
*Counsel for Defendant Hannstar Display Corporation*

By:     /s/ Michael R. Lazerwitz

Michael R. Lazerwitz
mlazerwitz@cgsh.com
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
*Counsel for Defendants LG Display Co., Ltd and LG Display America, Inc.*

By:     /s/ Jacob R. Sorensen

Jacob R. Sorensen
John Grenfell
jake.sorensen@pillsburylaw.com
john.grenfell@pillsburylaw.com
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street, 5th Floor
San Francisco, CA 94105
*Counsel for Defendants Sharp Corporation and Sharp Electronics Corporation*

|   |   |
|---|---|
| 1 | |
| 2 | By:    /s/ John H. Chung |
| 3 | Kristen McAhren<br>John H. Chung |
| 4 | kmcahren@whitecase.com<br>jchung@whitecase.com |
| 5 | White & Case LLP<br>1155 Avenue of the Americas |
| 6 | New York, NY 10036 |
| 7 | *Counsel for Defendants*<br>*Toshiba Corporation, Toshiba Matsushita* |
| 8 | *Display Co., Ltd., Toshiba America*<br>*Electronic Components, Inc., Toshiba* |
| 9 | *America Information Systems, Inc.* |
| 10 | By:    /s/ Rachel S. Brass |
| 11 | Joel S. Sanders, SBN 107234, |
| 12 | Rachel S. Brass, SBN 219301,<br>Gibson, Dunn & Crutcher LLP |
| 13 | 555 Mission Street,<br>Suite 3000 |
| 14 | San Francisco, California 94105-2933<br>Telephone: 415.393.8200 |
| 15 | Facsimile: 415.393.8306 |
| 16 | *Counsel for Defendant Chunghwa Picture*<br>*Tubes, Ltd.* |
| 17 | By:    /s/ Carl L. Blumenstein |
| 18 | Carl L. Blumenstein |
| 19 | Christopher A. Nedeau<br>Nossaman LLP |
| 20 | 50 California Street, 34th Floor<br>San Francisco, CA 94111 |
| 21 | *Counsel for Defendant AU Optronics*<br>*Corporation and AU Optronics Corporation* |
| 22 | *America, Inc.* |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

STIPULATION AND PROPOSED ORDER REGARDING response to TRACFONE AMENDED COMPLAINT
CASE NO. M: 07-1827

6

1  <u>Attestation</u>: The filer of this document attests that the concurrence of the other signatories
2  thereto has been obtained.
3  **IT IS SO ORDERED.**

_____
Hon. Susan Illston
United States District Judge