Michael R. Lazerwitz (PRO HAC VICE)
Jeremy J. Calsyn (State Bar No. 205062)
Lee F. Berger (State Bar No. 222756)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Avenue NW, Suite 9000
Washington, DC 20006
(202) 974-1500 (Phone)
(202) 974-1999 (Facsimile)
*mlazerwitz@cgsh.com*
*jcalsyn@cgsh.com*
*lberger@cgsh.com*

*Counsel for Defendants LG Display Co., Ltd. and LG Display America, Inc.*

[Additional counsel listed on signature page]

Jason C. Murray (CA Bar No. 169806)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
(213) 443-5582 (Phone)
(213) 622-2690 (Facsimile)
*jmurray@crowell.com*

*Counsel for Plaintiffs*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| AT&T MOBILITY LLC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AU OPTRONICS CORPORATION, *et al.*, <br><br> Defendants. | CASE NO. 09-cv-4997 SI <br> CASE NO. 07-md-1827 SI <br><br> **STIPULATION OF EXTENSION OF TIME TO ANSWER COMPLAINT, AND [PROPOSED] ORDER** <br><br> **The Honorable Susan Illston** |

1

STIPULATION OF EXTENSION OF TIME TO ANSWER COMPLAINT, Case No. 09-cv-4997, SI , 07-md-1827, SI

| | |
|---|---|
| 1 | WHEREAS the undersigned counsel, on behalf of their respective clients, plaintiffs |
| 2 | AT&T Mobility LLC, AT&T Corporation, AT&T Services, Inc., Bellsouth Telecommunications, |
| 3 | Inc., Pacific Bell Telephone Co., AT&T Operations, Inc., AT&T Datacomm, Inc., and Southwestern |
| 4 | Bell Telephone Co. (collectively, "AT&T") filed a Second Amended Complaint in the above- |
| 5 | captioned case against AU Optronics Corporation, AU Optronics Corporation America, Inc., Chi Mei |
| 6 | Corporation, Chimei Innolux Corporation f/k/a Chi Mei Optoelectronics Corporation, Chi Mei |
| 7 | Optoelectronics USA, Inc., CMO Japan Co., Ltd.,  Nexgen Mediatech, Inc., Nexgen Mediatech USA, |
| 8 | Inc., Chunghwa Picture Tubes, Ltd., Tatung Co. of America, Inc., Epson Imaging Devices |
| 9 | Corporation, Epson Electronics America, Inc., LG Display Co., Ltd., LG Display America, Inc., |
| 10 | Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., Samsung Electronics America, Inc., |
| 11 | Sharp Corporation, Sharp Electronics Corporation, Toshiba Corporation, Toshiba America Electronic |
| 12 | Components, Inc., Toshiba Mobile Display Technology Co., ltd., and Toshiba America Information |
| 13 | Systems, Inc. (collectively, "Stipulating Defendants"), among other defendants, on July 23, 2010; |
| 14 | WHEREAS Defendants filed a motion to dismiss the Second Amended Complaint on |
| 15 | August 27, 2010, which the Court granted in part and denied in part on November 12, 2010; |
| 16 | WHEREAS Defendants' Answer to the Second Amended Complaint is currently due |
| 17 | November 29, 2010 under Federal Rule of Civil Procedure 12(a)(4)(A), immediately after the |
| 18 | Thanksgiving holiday; |
| 19 | WHEREAS the Stipulating Defendants desire a reasonable amount of time to respond |
| 20 | to the Second Amended Complaint; |
| 21 | THEREFORE, AT&T and the Stipulating Defendants hereby agree: |
| 22 | The Stipulating Defendants' deadline to answer the Second Amended Complaint will be December |
| 23 | 15, 2010. |
| 24 | Attestation:  The filer of this document attests that the concurrence of the other |
| 25 | signatories thereto has been obtained. |
| 26 | DATED: November 24, 2010 |
| 27 | |
| 28 | By: ___/s/ Michael R. Lazerwitz_____<br>     Michael R. Lazerwitz (*Pro Hac Vice*) |

2
STIPULATION OF EXTENSION OF TIME TO ANSWER COMPLAINT, Case No. 09-cv-4997, SI , 07-md-1827, SI

|   |   |
|---|---|
| 1 | Jeremy J. Calsyn (State Bar No. 205062) |
| 2 | Lee F. Berger (State Bar No. 222756) CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| 3 | 2000 Pennsylvania Ave., NW Washington, DC 20006 |
| 4 | (202) 974-1500 (Phone) (202) 974-1999 (Facsimile) |
| 5 | *mlazerwitz@cgsh.com* |
| 6 | *Counsel for Defendants LG Display Co., Ltd. and LG Display America, Inc.* |

By: _____/s/ Carl L. Blumenstein_____
Carl L. Blumenstein (State Bar No. 124158)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, California  94111-4799
(415) 438-7274 (Phone)
(415) 398-2438 (Facsimile)
*cblumenstein@nossaman.com*

*Counsel for Defendants AU Optronics Corporation and AU Optronics Corporation America*


By: _____/s/John L. Williams_____
John L. Williams
MANCHESTER, WILLIAMS, & SEIBERT
111 N. Market Street, Suite 300
San Jose, CA 95113
(408) 332-5832 (Phone)
*jlw43912@gmail.com*

*Counsel for Defendants Chi Mei Corporation, Chimei Innolux Corporation f/k/a Chi Mei Optoelectronics Corporation, Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Nexgen Mediatech USA, Inc., and Nexgen Mediatech, Inc.*


By: _____/s/ Patrick J. Ahern_____
Patrick J. Ahern (*pro hac vice*)
BAKER & MCKENZIE LLP
130 East Randolph Drive
Chicago, IL 60601
(312) 861-3735 (Phone)
(312) 698-2034 (Facsimile)
patrick.ahern@bakermckenzie.com

*Counsel for Defendants Chunghwa Picture Tubes, Ltd. and Tatung Co. of America, Inc.*

By: _____/s/ Stephen P. Freccero_____
Stephen P. Freccero (State Bar No. 131093)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000 (Phone)
(415) 268-7522 (Facsimile)
*sfreccero@mofo.com*

*Counsel for Defendants Epson Imaging Devices Corporation and Epson Electronics America, Inc.*

By: _____/s/ Simon J. Frankel_____
Simon J. Frankel (State Bar No. 171552)
Timothy C. Hester (*pro hac vice*)
Derek Ludwin (*pro hac vice*)
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, CA 94111
(415) 591-6000 (Phone)
(415) 591-6091
sfrankel@cov.com

*Counsel for Defendants Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., and Samsung Electronics America, Inc.*

By: _____/s/ Richard S. Taffett_____
Richard S. Taffett (*pro hac vice*)
Kenneth I. Schacter (*pro hac vice*)
Jon R. Roellke (*pro hac vice*)
Colin C. West (State Bar No. 184095)
BINGHAM MCCUTCHEN LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000 (Phone)
(415) 393-2286 (Facsimile)
colin.west@bingham.com

*Counsel for Defendants Sharp Corporation and Sharp Electronics Corporation*

By: _____/s/ John H. Chung_____
    Christopher M. Curran (*pro hac vice*)
    John H. Chung (*pro hac vice*)
    Kristen J. McAhren (*pro hac vice*)
    WHITE & CASE LLP
    1155 Avenue of the Americas
    New York, NY 10036
    (212) 819-8200 (Phone)
    (212) 354-8113 (Facsimile)
    *jchung@whitecase.com*

    *Counsel for Defendants Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc.*

By: _____/s/ Jason C. Murray_____
    Jason C. Murray (State Bar No. 169806)
    CROWELL & MORING LLP
    515 South Flower St., 40th Floor
    Los Angeles, CA 90071
    (213) 443-5582 (Phone)
    (213) 662-2690 (Facsimile)
    jmurray@crowell.com

    Jeffrey H. Howard (*pro hac vice*)
    Jerome A. Murphy (*pro hac vice*)
    CROWELL & MORING LLP
    1001 Pennsylvania Avenue, N.W.
    Washington, DC 20004
    (202) 624-2500 (Phone)
    (202) 628-5116 (Facsimile)
    jhoward@crowell.com
    jmurphy@crowell.com

    Kenneth L. Adams (*pro hac vice*)
    R. Bruce Holcomb (*pro hac vice*)
    Christopher T. Leonardo (*pro hac vice*)
    Christopher H. Wood (*pro hac vice*)
    ADAMS HOLCOMB LLP
    1875 Eye Street NW
    Washington, DC 20006
    Telephone:  202-580-8822
    adams@adamsholcomb.com
    holcomb@adamsholcomb.com
    leonardo@adamsholcomb.com

wood@adamsholcomb.com

*Counsel for Plaintiffs*

SO ORDERED

By: _Susan Illston_

The Honorable Susan J. Illston