Garrard R. Beeney (NY Reg. No. 1656172)
(beeneyg@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498
Telephone:     (212) 558-4000
Facsimile:      (212) 558-3588

Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California  94303
Telephone:     (650) 461-5600
Facsimile:      (650) 461-5700

*Attorneys for Philips Electronics North America Corporation*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates To:  Case No. 09-5609<br><br>NOKIA CORPORATION and NOKIA, INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>AU OPTRONICS CORPORATION, *et al.*,<br><br>*Defendants*. | Master File No. M07-1827 SI<br><br>MDL No. 1827<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE AND EXTENDING BRIEFING SCHEDULE**<br><br>Judge:  The Hon. Susan Illston<br>Courtroom:  10, 19th Floor<br>Hearing Date:  January 13, 2011<br>Hearing Time: 4:00 p.m. |

1    WHEREAS, on July 23, 2010, Plaintiffs Nokia Corporation and Nokia, Inc. (collectively,
2 "Nokia") filed an amended complaint (the "Amended Complaint") in the above-captioned action; and
3    WHEREAS, on August 27, 2010, Defendant Philips Electronics North America
4 Corporation ("PENAC") filed a motion to dismiss the Amended Complaint (the "Motion to Dismiss");
5 and
6    WHEREAS, the return date for the Motion to Dismiss originally was designated to be
7 November 3, 2010; and
8    WHEREAS, on October 7, 2010, PENAC and Nokia entered into a standstill and tolling
9 agreement (the "Tolling Agreement") to provide the parties with an opportunity to engage in discussions
10 regarding possible entry into a further tolling agreement and corresponding suspension of the action as
11 against PENAC; and
12    WHEREAS, on October 21, 2010, the Court approved an extension to the briefing
13 schedule and a continuance of the hearing date to allow for the parties to engage in discussions pursuant
14 to the Tolling Agreement; and
15    WHEREAS, the October 21, 2010 Order provided that (1) the hearing set for
16 November 3, 2010 would be continued until January 13, 2011; (2) Nokia would file any opposition to
17 the Motion to Dismiss on or before December 2, 2010; and (3) PENAC would file any reply to Nokia's
18 opposition on or before December 23, 2010; and
19    WHEREAS, the parties continue actively to engage in constructive discussions regarding
20 Nokia's claims against PENAC, and believe that they would benefit from additional time to engage in
21 these discussions;
22    NOW THEREFORE, PENAC and Nokia, by and through their respective counsel,
23 stipulate and agree, subject to the Court's approval, that (1) the above-mentioned hearing currently set
24 for January 13, 2011, shall be continued until February 3, 2011, or as soon thereafter as the Court may
25 hear the matter; (2) Nokia will file any opposition to the Motion to Dismiss on or before December 21,
26 2010; and (3) PENAC will file any reply to Nokia's opposition on or before January 17, 2011.
27 IT IS SO ORDERED
28 DATED: _____    HONORABLE SUSAN ILLSTON
                              UNITED STATES DISTRICT JUDGE

SULLIVAN
&
CROMWELL LLP

<u>Attestation</u>: The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

Dated: November 30, 2010

                                           */s/ Brendan P. Cullen*
                                           Brendan P. Cullen

STIPULATED AND AGREED TO BY:

Dated: November 30, 2010                 */s/ Brendan P. Cullen*
                                          Brendan P. Cullen
                                           SULLIVAN & CROMWELL LLP
                                           1870 Embarcadero Road
                                           Palo Alto, California 94303
                                           Telephone:   (650) 461-5600
                                           Facsimile:    (650) 461-5700

                                           Garrard R. Beeney
                                           SULLIVAN & CROMWELL LLP
                                           125 Broad Street
                                           New York, New York  10004-2498
                                           Telephone:   (212) 558-4000
                                           Facsimile:    (212) 558-3588

                                           *Counsel for Defendant*
                                           *Philips Electronics North America Corporation*

Dated: November 30, 2010                 */s/ B. Parker Miller*
                                           B. Parker Miller
                                           Peter Kontio
                                           Valarie C. Williams

Motion Number #1980 is continued to February 18, 2011, at 9:00 a.m.

                                           ALSTON + BIRD LLP
                                           1201 West Peachtree Street
                                           Atlanta, Georgia 30309
                                           Telephone:   (404) 881-7000
                                           Facsimile:    (404) 881-7777

                                           Randall Allen
                                           ALSTON + BIRD LLP
                                           275 Middlefield Road, Suite 150
                                           Menlo Park, California 94025
                                           Telephone:   (650) 838-2000
                                           Facsimile:    (650) 838-2001

                                           *Counsel for Plaintiff*
                                           *Nokia Corporation and Nokia Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
*[signature]*
Judge Susan Illston