UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: TFT-LCD (FLAT PANEL)<br>ANTITRUST LITIGATION | | |
|     Washington State v. AU Optronics Corp. America, et al.  ) | | |
|         W.D. Washington, C.A. No. 1:10-1460          ) | MDL No. 1827 | |

**ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER**

A conditional transfer order was filed in this action (*Washington State*) on November 4, 2010. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Washington State* filed a notice of opposition to the proposed transfer. Plaintiff subsequently withdrew its notice of opposition.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-9" filed on November 4, 2010, is LIFTED. The action is transferred to the Northern District of California for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Susan Yvonne Illston.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel