Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Judith A. Zahid (215418)
Patrick B. Clayton (240191)
Qianwei Fu (242669)
Heather T. Rankie (268002)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:   (415) 693-0700
Facsimile:    (415) 693-0770
fscarpulla@zelle.com
ccorbitt@zelle.com

Joseph M. Alioto (42680)
Theresa D. Moore (99978)
THE ALIOTO LAW FIRM
555 California Street, 31st Floor
San Francisco, CA 94104
Telephone:   (415) 434-8900
Facsimile:    (415) 434-9200
jmalioto@alotolaw.com
tmoore@aliotolaw.com

*Co-Lead Counsel for Indirect-Purchaser Plaintiffs*

(Additional Counsel Listed on Signature Page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:07-md-1827-SI<br><br>MDL No. 1827 |
| This Document Relates to:<br><br>All Indirect-Purchaser Actions | **STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO RESPOND TO DEFENDANT AU OPTRONICS CORPORATION'S ADMINISTRATIVE MOTION TO STAY OR POSTPONE INDIRECT PURCHASER PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST AU OPTRONICS CORPORATION**<br><br>The Honorable Susan Illston |

STIPULATION RE: EXTENSION OF TIME TO RESPOND TO AUO'S ADMINISTRATIVE MOTION TO STAY OR POSTPONE IPPS' MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT AUO

CB *has received*

1  WHEREAS the Court ~~presently has under submission~~ *has received* Indirect Purchaser Plaintiffs' (the

2  "IPPs") Motion for Partial Summary Judgment Against Defendant AU Optronics Corporation

3  ("AUO") and AUO's Administrative Motion to Stay or Postpone the IPP's Motion for Partial

4  Summary Judgment against AUO (the "Administrative Motion");

5

6  WHEREAS, AUO filed the Administrative Motion on December 3, 2010; and

7  WHEREAS, pursuant to Local Rule 7-11 and Rule 6 of the Federal Rules of Civil Procedure,

8  the IPPs shall file their response to the Administrative Motion on or before December 7, 2010;

9  IT IS HEREBY STIPULATED AND AGREED by and between the IPPs and AUO, by and

10 through their undersigned counsel, subject to the Court's approval, that the time within which the

11 IPPs may file their response to the Administrative Motion is extended through December 10, 2010.

12 ATTESTATION  The filer of this document attests that the concurrence of the other

13 signatures thereto has been obtained.

14

15 Dated: December 7, 2010            By: _____

16                                      Carl L. Blumenstein (State Bar No. 124158)
                                         NOSSAMAN LLP
17                                       50 California Street, 34th Floor
                                         San Francisco, CA  94111
18                                       Telephone:  (415) 438-7274
                                         Facsimile:  (415) 398-2438
19                                       cblumenstein@nossaman.com

20                                       *Counsel for Defendants AU Optronics Corporation and
                                         AU Optronics Corporation America*
21

22 Dated: December 7, 2010            By: _____
23                                       Daniel R. Shulman (*pro hac vice*)
                                         GRAY, PLANT, MOOTY, MOOTY &
24                                          BENNETT, P.A.
                                         500 IDS Center
25                                       80 South Eighth Street
                                         Minneapolis, MN  55402
26                                       Telephone:   (612) 632-3335
                                         Facsimile:   (612) 632-4335
27                                       daniel.shulman@gpmlaw.com

28

2

STIPULATION OF EXTENSION OF TIME TO RESPOND TO AUO'S ADMINISTRATIVE MOTION TO STAY OR
POSTPONE IPPS' MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT AUO

Joseph M. Alioto (42680)
Theresa D. Moore (99978)
ALIOTO LAW FIRM
555 California Street, Suite 3160
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile: (415-434-9200
jmalioto@aliotolaw.com
tmoore@aliotolaw.com

Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Judith A. Zahid (215418)
Patrick B. Clayton (240191)
Qianwei Fu (242669)
Heather T. Rankie (268002)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770
fscarpulla@zelle.com
ccorbitt@zelle.com

*Co-Lead Counsel for Indirect-Purchaser Plaintiffs*

Jack W. Lee
Derek G. Howard
Bethany Caracuzzo
Sean Tamura-Sato
MINAMI TAMAKI, LLP
360 Post Street, 8th Floor
San Francisco, CA 94108-4903
Telephone: (415) 788-9000
Facsimile: (415) 398-3887
jlee@minamitamaki.com
dhoward@minamitamaki.com

*Liaison Counsel for Indirect-Purchaser Plaintiffs*

**ORDER**

SO ORDERED this _____ day of _____, 2010.

_____
THE HONORABLE SUSAN ILLSTON
United States District Judge

3

STIPULATION OF EXTENSION OF TIME TO RESPOND TO AUO'S ADMINISTRATIVE MOTION TO STAY OR POSTPONE IPPS' MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT AUO