1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. M 07-1827 SI |
| _____/ | MDL. No. 1827 |
| This Order Relates to: | **ORDER GRANTING DEFENDANT AU OPTRONICS CORPORATION'S ADMINISTRATIVE MOTION RE: INDIRECT PURCHASER PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| INDIRECT PURCHASER PLAINTIFF CASES | |
| _____/ | |

The Court has considered the briefing on defendant AU Optronics Corporation's Administrative Motion to Stay or Postpone Indirect Purchaser Plaintiffs' Motion for Partial Summary Judgment.  The Court GRANTS defendant's motion and DENIES the indirect purchaser plaintiffs' motion for partial summary judgment WITHOUT PREJUDICE TO RENEWAL after the conclusion of the criminal trial in *United States v. AU Optronics Corporation et al.*, CR 09-110 SI.  After the conclusion of the criminal trial, the parties shall meet and confer regarding briefing and a hearing date on the summary judgment motion.  At that time, the indirect purchaser plaintiffs may re-notice the summary judgment motion and need not re-file the motion papers found at Docket Nos. 2113, 2116 and 2117.

**IT IS SO ORDERED.**

Dated: December 15, 2010

_____
SUSAN ILLSTON
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California