BRADY JOHNSON (WSBA 21732)
JONATHAN MARK (WSBA 38051)
Washington State Attorney General
Antitrust Division
800 Fifth Avenue
Seattle, WA 98104
Telephone: (206) 389-2848 (Brady Johnson)
Telephone: (206) 389-3806 (Jonathan Mark)
Facsimile: (206) 464-6338
bradyj@atg.wa.gov (Brady R. Johnson)
jonathanM2@atg.wa.gov (Jonathan A. Mark)

Attorneys for the State of Washington

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TFT (FLAT PANEL) ANTITRUST LITIGATION | No. M-07-1827-SI<br>MDL No. 1827 |
| This Document Relates To Individual Case No. 3:10-cv-05711-SI | STATE OF WASHINGTON'S NOTICE OF MOTION AND MOTION TO REMAND TO STATE COURT |
| WASHINGTON STATE,<br>                    Plaintiff,<br>        v.<br>AU OPTRONICS CORP., ET AL.,<br>                    Defendants. | Date: Friday, January 14, 2011<br>Time: 9:00 a.m.<br>Place: Courtroom 10, 19th Floor<br>Judge: Hon. Susan Illston |

NOTICE OF MOTION AND MOTION TO REMAND TO STATE COURT

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on Friday, January 14, 2011, at 9:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 10, 19th floor, San Francisco, California, before the Honorable Susan Illston, the State of Washington will and hereby does move the Court for an Order remanding this individual action back to King County Superior Court, State of Washington.

NOTICE OF MOTION TO REMAND
No. M-07-1827-SI   MDL No. 1827

1

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

This motion is based upon this Notice of Motion and the accompanying Declaration of Jonathan A. Mark in support thereof, which attaches (1) the State's Motion to Remand; (2) Defendants' Opposition to the Motion to Remand and accompanying exhibits; and (3) the State's Reply to Defendants' Opposition to the Motion to Remand and accompanying exhibits, as they were originally briefed and filed in the Western District of Washington.

DATED this 20th day of December, 2010

ROBERT M. MCKENNA
Attorney General of the State of Washington


 /s/ Jonathan A. Mark
Jonathan A. Mark
Washington State Attorney General
Antitrust Division
800 Fifth Avenue, MS TB14
Seattle, WA 98104
(206) 389-3806 (Tel)
(206) 464-6338 (Fax)
Jonathanm2@atg.wa.gov
*Attorneys for Plaintiff State of Washington*

**NOTICE OF MOTION TO REMAND**
No. M-07-1827-SI   MDL No. 1827

2

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

**PROOF OF SERVICE**

I certify that I served a copy of this document on all parties or their counsel of record on the date below as follows:

☒ ECF Electronic Service

_____

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 20th day of December, 2010, at Seattle, WA.

    /s/ Jonathan A. Mark
JONATHAN A. MARK
Assistant Attorney General

**NOTICE OF MOTION TO REMAND**
No. M-07-1827-SI   MDL No. 1827

3

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744