Garrard R. Beeney (NY Reg. No. 1656172)
(beeneyg@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Telephone:     (212) 558-4000
Facsimile:      (212) 558-3588

Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:     (650) 461-5600
Facsimile:      (650) 461-5700

*Attorneys for Philips Electronics North America Corporation*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates To: Case No. 09-5609<br><br>NOKIA CORPORATION and NOKIA, INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>AU OPTRONICS CORPORATION, *et al.*,<br><br>*Defendants*. | Master File No. M07-1827 SI<br><br>MDL No. 1827<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE AND EXTENDING BRIEFING SCHEDULE**<br><br>Judge: The Hon. Susan Illston<br>Courtroom: 10, 19th Floor<br>Hearing Date: February 18, 2011<br>Hearing Time: 9:00 a.m. |

WHEREAS, on July 23, 2010, Plaintiffs Nokia Corporation and Nokia, Inc. (collectively, "Nokia") filed an amended complaint (the "Amended Complaint") in the above-captioned action; and

WHEREAS, on August 27, 2010, Defendant Philips Electronics North America Corporation ("PENAC") filed a motion to dismiss the Amended Complaint (the "Motion to Dismiss"); and

WHEREAS, the return date for the Motion to Dismiss originally was designated to be November 3, 2010; and

WHEREAS, on October 7, 2010, PENAC and Nokia entered into a standstill and tolling agreement (the "Tolling Agreement") to provide the parties with an opportunity to engage in discussions regarding possible entry into a further tolling agreement and corresponding suspension of the action as against PENAC; and

WHEREAS, on October 21, 2010, the Court approved an extension to the briefing schedule and a continuance of the hearing date to allow for the parties to engage in discussions pursuant to the Tolling Agreement; and

WHEREAS, the October 21, 2010 Order provided that (1) the hearing set for November 3, 2010 would be continued until January 13, 2011; (2) Nokia would file any opposition to the Motion to Dismiss on or before December 2, 2010; and (3) PENAC would file any reply to Nokia's opposition on or before December 23, 2010; and

WHEREAS, on December 1, 2010, the Court approved a second extension to the briefing schedule and a second continuance of the hearing date to allow for the parties to continue their discussions pursuant to the Tolling Agreement; and

WHEREAS, the December 1, 2010 Order provided that (1) the hearing set for January 13, 2011 would be continued until February 18, 2011; (2) Nokia would file any opposition to the Motion to Dismiss on or before December 21, 2010; and (3) PENAC would file any reply to Nokia's opposition on or before January 17, 2011;

WHEREAS, the parties, having made progress towards an agreed resolution of the matter, continue to engage in constructive discussions regarding Nokia's claims against PENAC, and

1  believe that they would benefit from an additional, limited extension of time to engage in these
2  discussions;
3        NOW THEREFORE, PENAC and Nokia, by and through their respective counsel,
4  stipulate and agree, subject to the Court's approval, that (1) the above-mentioned hearing currently set
5  for February 18, 2011, shall be continued until February 25, 2011, or as soon thereafter as the Court may
6  hear the matter; (2) Nokia will file any opposition to the Motion to Dismiss on or before January 11,
7  2011; and (3) PENAC will file any reply to Nokia's opposition on or before February 7, 2011.
8  IT IS SO ORDERED
9  DATED:                              HONORABLE SUSAN ILLSTON
                                        UNITED STATES DISTRICT JUDGE

Sullivan
&
Cromwell LLP

<u>Attestation</u>: The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

Dated: December 20, 2010

                                     */s/ Brendan P. Cullen*
                                      Brendan P. Cullen

STIPULATED AND AGREED TO BY:

Dated:  December 20, 2010                   */s/ Brendan P. Cullen*
                                             Brendan P. Cullen
                                             SULLIVAN & CROMWELL LLP
                                             1870 Embarcadero Road
                                             Palo Alto, California 94303
                                             Telephone:   (650) 461-5600
                                             Facsimile:     (650) 461-5700

                                             Garrard R. Beeney
                                             SULLIVAN & CROMWELL LLP
                                             125 Broad Street
                                             New York, New York  10004-2498
                                             Telephone:     (212) 558-4000
                                             Facsimile:       (212) 558-3588

                                             *Counsel for Defendant*
                                             *Philips Electronics North America Corporation*

Dated:  December 20, 2010                   */s/ B. Parker Miller*
                                             B. Parker Miller
                                             Peter Kontio
                                             Valarie C. Williams
                                             ALSTON + BIRD LLP
                                             1201 West Peachtree Street
                                             Atlanta, Georgia 30309
                                             Telephone:     (404) 881-7000
                                             Facsimile:       (404) 881-7777

                                             Randall Allen
                                             ALSTON + BIRD LLP
                                             275 Middlefield Road, Suite 150
                                             Menlo Park, California 94025
                                             Telephone:     (650) 838-2000
                                             Facsimile:       (650) 838-2001

                                             *Counsel for Plaintiff*
                                             *Nokia Corporation and Nokia Inc.*