BRADY JOHNSON (WSBA 21732)
JONATHAN MARK (WSBA 38051)
Washington State Attorney General
Antitrust Division
800 Fifth Avenue
Seattle, WA 98104
Telephone: (206) 389-2848 (Brady Johnson)
Telephone: (206) 389-3806 (Jonathan Mark)
Facsimile: (206) 464-6338
bradyj@atg.wa.gov (Brady R. Johnson)
jonathanM2@atg.wa.gov (Jonathan A. Mark)

Attorneys for the State of Washington

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TFT (FLAT PANEL) ANTITRUST LITIGATION | No. M-07-1827-SI<br>MDL No. 1827 |
| This Document Relates To Individual Case No. 3:10-cv-05711-SI | **STIPULATION AND [PROPOSED] ORDER SHORTENING TIME** |
| WASHINGTON STATE,<br>　　　　　　Plaintiff,<br>　　v.<br>AU OPTRONICS CORP., ET AL.,<br>　　　　　　Defendants. | |

Pursuant to Local Rule 6-2, the State of Washington ("State") and the Defendants (collectively, the "Parties") jointly submit this Stipulated Request for an Order Shortening Time on the State's Motion to Remand. The Parties stipulate and agree as follows:

WHEREAS the State's lawsuit has been transferred to this Court as a related case in *In re TFT-LCD (Flat Panel) Antitrust Litigation* Master File No. 3:07-md-1827 SI, MDL No. 1827 (the "MDL") and assigned to the Honorable Judge Susan Illston for

STIPULATION & [PROPOSED] ORDER
SHORTENING TIME
No. M-07-1827-SI    MDL No. 1827

1

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

consolidated pretrial proceedings, and the State has agreed to withdraw its previously filed opposition to the transfer order;

WHEREAS the Parties believe, in light of the various schedules, proceedings, and deadlines applying to the direct purchaser plaintiffs, the indirect purchaser plaintiffs, the direct action plaintiffs and other plaintiffs and defendants in the MDL, that it is in their best interests, as well as the interests of judicial economy and efficiency, to resolve outstanding issues of federal court jurisdiction over the State's lawsuit in as expeditious a manner as possible, in order to avoid delays and to facilitate the efficient administration of justice;

WHEREAS the Parties agree that both sides have had the opportunity to fully brief issues relating to the State's Motion to Remand; that there is no need for any further briefing on the State's Motion to Remand; and that accordingly, the State's Motion to Remand is ripe for consideration;

THEREFORE, the State and the Defendants, by their respective counsel, stipulate and agree (1) that the 35-day time period described in Local Rule 7-2 will not be applicable to the State's Motion to Remand; (2) to shorten the time within which the Court may rule on the State's Motion to Remand; (3) that, after assignment, the State's Motion to Remand , may be heard at the earliest time practicable for the Court, should the Court decide that a hearing on the Motion is necessary; and (4) that either party may file as warranted, and without argument, supplementary materials as permitted by Local Rule 7-3(d).

/ / / /

/ / / /

STIPULATION & [PROPOSED] ORDER SHORTENING TIME
No. M-07-1827-SI   MDL No. 1827

2

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

IT IS SO STIPULATED

DATED: December 20, 2010.

Respectfully submitted,

ROB MCKENNA
Attorney General of the State of Washington

_s/Jonathan A. Mark_____
Jonathan A. Mark
Assistant Attorney General
Antitrust Division
800 Fifth Avenue,
Seattle, WA 98104
(206) 389-3806 (Tel)
(206) 464-6338 (Fax)
jonathanM2@atg.wa.gov
*Attorneys for Plaintiff State of Washington*

STIPULATION & [PROPOSED] ORDER SHORTENING TIME
No. M-07-1827-SI   MDL No. 1827

3

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

| | |
|---|---|
| CHIMEI INNOLUX CORP. AND CHI MEI OPTOELECTRONICS CORP. USA, INC. (Chimei Entities) | EPSON IMAGING DEVICES CORP. AND EPSON ELECTRONICS AMERICA, INC. (Epson Entities) |
| By:  *s/ Michael R. Scott*<br>Michael R. Scott, WSBA #12822<br>Michael J. Ewart, WSBA #38655<br>HILLIS CLARK MARTIN & PETERSON P.S.<br>1221 Second Avenue, Suite 500<br>Seattle, WA 98101<br>Phone: (206) 623-1745<br>Fax: (206) 623-7789<br>mrs@hcmp.com<br>mje@hcmp.com<br>*Attorneys for Chimei Entities*<br><br>*Of Counsel:*<br>Admitted *pro hac vice*<br>Steven F. Cherry<br>Gordon Pearson<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>1875 Pennsylvania Avenue, N.W.<br>Washington, DC 20006<br>Phone: (202) 663-6000<br>Fax: (202) 663-6363 | By:  *s/ Angelo J. Calfo*<br>Angelo J. Calfo, WSBA #27079<br>C. Seth Wilkinson, WSBA #31607<br>YARMUTH WILSDON CALFO PLLC<br>818 Stewart Street, Suite 1400<br>Seattle, WA 98101<br>Phone: (206) 516-3800<br>Fax: (206) 516-3888<br>acalfo@yarmuth.com<br>swilkinson@yarmuth.com<br>*Attorneys for Epson Entities*<br><br>*Of Counsel:*<br>Admitted *pro hac vice*<br>Stephen P. Freccero<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105<br>Phone: (415) 268-7000<br>Fax: (415) 268-7522 |

STIPULATION & [PROPOSED] ORDER SHORTENING TIME
No. M-07-1827-SI   MDL No. 1827

4

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

| | |
|---|---|
| LG DISPLAY CO., LTD. AND LG DISPLAY AMERICA, INC. (LG Display Entities) | TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC. AND TOSHIBA AMERICA INFORMATION SYSTEMS, INC. (Toshiba Entities) |
| By:  *s/ Michael K. Vaska*<br>Michael K. Vaska, WSBA #15438<br>FOSTER PEPPER PLLC<br>1111 Third Avenue<br>Suite 3400<br>Seattle, WA 98101-3299<br>Tel.: (206) 447-4400<br>Fax: (206) 447-9700<br>vaskm@foster.com<br>*Attorney for LG Display Entities*<br><br>*Of Counsel:*<br>Michael R. Lazerwitz<br>Lee F. Berger<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>2000 Pennsylvania Avenue, N.W.<br>Washington, DC 20006<br>Phone: (202) 974-1500<br>Fax: (202) 974-1999 | By:  *s/ Mathew L. Harrington*<br>Mathew L. Harrington, WSBA #33276<br>STOKES LAWRENCE, P.S.<br>800 Fifth Avenue, Suite 4000<br>Seattle, WA 98104<br>Phone: (206) 626-6000<br>Fax: (206) 464-1496<br>mlh@stokeslaw.com<br>*Attorney for Toshiba Entities*<br><br>*Of Counsel:*<br>Admitted *pro hac vice*<br>John H. Chung<br>WHITE & CASE LLP<br>1155 Avenue of the Americas<br>New York, NY 10036<br>Phone: (212) 819-8200<br>Fax: (212) 354-8113 |

STIPULATION & [PROPOSED] ORDER SHORTENING TIME
No. M-07-1827-SI   MDL No. 1827

5

**ATTORNEY GENERAL OF WASHINGTON**
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

| | |
|---|---|
| 1 | |
| 2 | AU OPTRONICS CORP AMERICA AND |
| 3 | AU OPTRONICS CORPORATION (AU Entities) |
| 4 | |
|   | By: s/ David C. Luundsgaard |
| 5 | David C. Luundsgaard, WSBA #25448 |
|   | GRAHAM & DUNN |
| 6 | 2801 Alaskan Way |
|   | Ste. 300, Pier 70 |
| 7 | Seattle, WA 98121-1128 |
|   | Phone: (206) 624-8300 |
| 8 | Fax: (206) 340-9599 |
|   | *Attorney for AU Entities* |
| 9 | |
|   | *Of Counsel:* |
| 10 | Admitted *pro hac vice* |
|   | Carl L. Blumenstein |
| 11 | Christopher A. Nedeau |
|   | NOSSAMAN LLP |
| 12 | 50 California Street |
|   | 34th Floor |
| 13 | San Francisco, CA 94111 |
|   | Phone (415) 438-7219 |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
JUDGE SUSAN ILLSTON
United States District Judge

STIPULATION & [PROPOSED] ORDER SHORTENING TIME
No. M-07-1827-SI   MDL No. 1827

6

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

**PROOF OF SERVICE**

I certify that I served a copy of this document on all parties or their counsel of record on the date below as follows:

☒  ECF Electronic Service

_____

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 20th day of December, 2010 at Seattle, WA.

*s/Jonathan A. Mark*_____
JONATHAN A. MARK
Assistant Attorney General

STIPULATION & [PROPOSED] ORDER SHORTENING TIME
No. M-07-1827-SI   MDL No. 1827

7

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744