| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | JOHN M. GRENFELL  (CA State Bar No. 88500) |
| 2 | john.grenfell@pillsburylaw.com |
|   | JACOB R. SORENSEN  (CA State Bar No. 209134) |
| 3 | jake.sorensen@pillsburylaw.com |
|   | FUSAE NARA (*pro hac vice*) |
| 4 | fusae.nara@pillsburylaw.com |
|   | ANDREW D. LANPHERE  (CA State Bar No. 191479) |
| 5 | andrew.lanphere@pillsburylaw.com |
|   | 50 Fremont Street |
| 6 | San Francisco, CA  94105 |
|   | Telephone: (415) 983-1000 |
| 7 | Facsimile: (415) 983-1200 |
| 8 | Attorneys for Defendants |
|   | SHARP CORPORATION and |
| 9 | SHARP ELECTRONICS CORPORATION |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE:  TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827 SI<br>MDL No. 1827<br><br>[~~PROPOSED~~] **ORDER GRANTING ADMINISTRATIVE MOTION TO ENLARGE TIME AND CONTINUING HEARING ON WASHINGTON'S MOTION TO REMAND**<br><br>[Civil L. R. 6-3]<br><br>CORRECTED |
| This Document Relates To:<br>Case No. 3:10-cv-05711 SI<br><br>THE STATE OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>AU OPTRONICS CORPORATION, *et al.*,<br><br>Defendants | |
| Case No. 3:10-cv-05212 SI<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA, *ex rel*. Edmund G. Brown, Jr.,<br><br>Plaintiffs,<br><br>v.<br><br>AU OPTRONICS CORPORATION, *et al.*,<br><br>Defendants | |

1     The Court having considered all papers filed in support of and in opposition to

2 Defendants' Motion to Enlarge Time ("Motion"), and good cause appearing, IT IS

3 HEREBY ORDERED that the Motion is GRANTED as set forth below:

4     The State of Washington's Motion to Remand, Dkt. No. 2233, shall be heard

5 concurrently with the State of California's Motion to Remand, Dkt. No. 2249, currently set

6 for hearing on February ~~4,~~ 9, 2011.   AT 4:00 P.M.

7

8     **IT IS SO ORDERED.**

9 DATED: _____, 2011

10     _____

11     Hon. Susan Illston
    U.S. District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28