1  Richard M. Heimann (State Bar No. 063607)
   Joseph R. Saveri (State Bar No. 130064)
2  Eric B. Fastiff (State Bar No. 182260)
   Brendan Glackin (State Bar No. 199643)
3  LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 29th Floor
4  San Francisco, CA  94111-3339
   Telephone:  415.956.1000
5  Facsimile:  415.956.1008

6  Bruce L. Simon (State Bar No. 096241)
   PEARSON, SIMON, WARSHAW & PENNY, LLP
7  44 Montgomery Street, Suite 2450
   San Francisco, CA  94104
8  Telephone:     (415) 433-9000
   Facsimile:      (415) 433-9008
9
   *Co-Lead Counsel for the Direct Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. 3:07-md-1827 SI<br>MDL No. 1827 |
|---|---|
| This Document Relates To:<br><br>ALL DIRECT PURCHASER ACTIONS | **STIPULATION AND [PROPOSED] ORDER RE DIRECT PURCHASER CLASS PLAINTIFFS' OPPOSITION TO HITACHI'S MOTION TO CHANGE TIME TO FILE AN OBJECTION TO THE SPECIAL MASTER'S ORDER RE MOTION BY DIRECT PURCHASER CLASS PLAINTIFFS TO COMPEL HITACHI TO PRODUCE FOREIGN REGULATORY DOCUMENTS** |

906738.2                                                                                       CASE NOS: MDL 1827; 07-1827 SI

# STIPULATION

WHEREAS Hitachi, Ltd., Hitachi Displays, Ltd. and Hitachi Electronic Devices (USA), Inc. (together, "Hitachi") currently must file any objection to the Special Master's December 22, 2010 Order re Motion by Direct Purchaser Class Plaintiffs to Compel Hitachi to Produce Foreign Regulatory Documents ("the Order", Docket #2244) by Wednesday, January 5, 2011;

WHEREAS the Special Master has notified Hitachi and plaintiffs that he is consulting with Judge Illston regarding Hitachi's application for a stay of the January 22, 2011 deadline imposed by the Order (*see* Dkt. No. 2258-5 (E-mail from Martin Quinn to Kent Roger dated December 29, 2010));

WHEREAS on Thursday, December 30, 2010, Hitachi filed a motion to change the January 5, 2011 deadline (Docket #2257);

WHEREAS plaintiffs' response to that motion would by Local Rule be due Monday, January 3, 2011; and

WHEREAS undersigned plaintiffs' counsel has oral argument in the Central District of California on January 3, 2011;

IT IS HEREBY STIPULATED AND AGREED by and between plaintiffs and Hitachi, by and through their undersigned counsel, subject to the Court's approval, that plaintiffs' deadline to respond to Hitachi's motion shall be extended to January 5, 2011, and Hitachi's deadline to object to the Order shall be extended to January 7, 2011 or another date, if any, the Court sets as a result of its consultation with the Special Master and consideration of Hitachi's motion.

Dated: January 1, 2011			LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By:	  */s/ Brendan Glackin*
		Brendan Glackin

Richard M. Heimann (State Bar No. 063607)
Joseph R. Saveri (State Bar No. 130064)
Eric B. Fastiff (State Bar No. 182260)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

Bruce L. Simon (State Bar No. 096241)
PEARSON, SIMON, WARSHAW & PENNY, LLP
44 Montgomery Street, Suite 2450
San Francisco, CA  94104
Telephone:    (415) 433-9000
Facsimile:     (415) 433-9008

*Co-Lead Counsel for the Direct Purchaser Class Plaintiffs*

MORGAN, LEWIS & BOCKIUS LLP


By:	  */s/ Kent M. Roger*
		Kent M. Roger

Kent M. Roger (State Bar No. 95987 )
One Market
Spear Street Tower
San Francisco, CA 94105
Telephone:    (415) 442-1140
Facsimile:     (415) 442-1001

*Attorneys for Defendants Hitachi Electronic Devices (USA), Inc., Hitachi, Ltd., and Hitachi Displays, Ltd.*


    **Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from Kent M. Roger.**

**ORDER**

SO ORDERED this _____ day of _____, 20___.

_____
THE HONORABLE SUSAN ILLSTON
United States District Judge