CHRISTOPHER A. NEDEAU (CA SBN 81297)
CARL L. BLUMENSTEIN (CA SBN 124158)
ALLISON M. DIBLEY (CA SBN 213104)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
Tel:     415.398.3600
Fax:    415.398.2438
cnedeau@nossaman.com
cblumenstein@nossaman.com
adibley@nossaman.com

Attorneys for Defendants
AU OPTRONICS CORPORATION
and AU OPTRONICS CORPORATION AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | CASE NO. 3:09-CV-5609 <br><br> MDL No. 3:07-MD-1827-SI |
| THIS DOCUMENT RELATES TO: 3:09-CV-5609 <br><br> NOKIA CORPORATION and NOKIA INC., <br><br>    Plaintiffs, <br><br> v. <br><br> AU OPTRONICS CORPORATION, et al., <br><br>    Defendants. | **STIPULATION AND [PROPOSED] ORDER RE FILING *NUNC PRO TUNC* IN CASE NO. 3:09-CV-5609 OF ANSWER TO AMENDED COMPLAINT BY DEFENDANTS AU OPTRONICS CORPORATION AND AU OPTRONICS CORPORATION AMERICA** |

254283_1.DOC

MASTER FILE NO. 3:07-MD-1827-SI
CASE NO. 3:09-CV-5609
STIPULATION AND [PROPOSED] ORDER RE FILING NUNC PRO TUNC OF ANSWER

1  WHEREAS on November 25, 2009 plaintiffs Nokia Corporation and Nokia Inc. (collectively "Nokia") filed a complaint in the above-captioned case, case number 3:09-CV-5609 (the "Individual Case"), against multiple defendants, including defendants AU Optronics Corporation and AU Optronics Corporation America (collectively "AUO");

WHEREAS the Individual Case is related to the multi-district proceedings consolidated in this Court entitled *In re: TFT-LCD (Flat Panel) Antitrust Litigation*, case number 3:07-MD-1827-SI (the "MDL Case");

WHEREAS on July 26, 2010 Nokia filed an amended complaint ("Amended Complaint") after the Court granted defendants' motions to dismiss;

WHEREAS on August 27, 2010 AUO timely filed an answer to the Amended Complaint ("Answer") in the MDL Case but not in the Individual Case;

WHEREAS AUO intended to also file the Answer in the Individual Case pursuant to this Court's Pretrial Order #1 and Agenda for July 10, 2007 Status Conference filed July 3, 2007, which requires that "[a]ll documents shall be e-filed in the master file, No. M 07-1827 SI.  Documents that pertain to one or only some of the pending actions shall *also* be e-filed in the individual case(s) to which the documents pertain";[1]

WHEREAS Nokia and AUO agree that AUO should be permitted to file the Answer in the Individual Case *nunc pro tunc* to August 27, 2010;

///
///

---

[1]  *See* MDL Docket No. 180 ¶ 7 (emphasis in original).

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, that:

Pending and upon approval by the Court of this Stipulation, AUO's Answer, a copy of which is attached as Exhibit A, shall be filed in case number 3:09-CV-5609 *nunc pro tunc* to August 27, 2010.

DATED:  December 23, 2010

By:___/s/ Christopher A. Nedeau_____
Christopher A. Nedeau (CA Bar No. 81297)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, California  94111-4799
(415) 398-3600 (Phone)
(415) 398-2438 (Facsimile)
cnedeau@nossaman.com

Attorneys for Defendants
AU Optronics Corporation and
AU Optronics Corporation America

By:___/s/ Valarie C. Williams_____
Valarie C. Williams (admitted *pro hac vice*)
ALSTON + BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
(404) 881-7000 (Phone)
(404) 881-7777 (Facsimile)
valarie.williams@alston.com

Attorneys for Plaintiffs
Nokia Corporation and Nokia Inc.

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from Valerie C. Williams.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

By:_____Susan Illston_____
Judge of the U.S. District Court
Northern District of California

Date:_____