1   Randall Allen (State Bar No. 264067)
    **ALSTON + BIRD LLP**
2   275 Middlefield Road, Suite 150
    Menlo Park, California  94025
3   Telephone:  650-838-2000
    Facsimile:  650-838-2001
4   Email:  randall.allen@alston.com

5   Peter Kontio (peter.kontio@alston.com)
    Valarie C. Williams (valarie.williams@alston.com)
6   B. Parker Miller (parker.miller@alston.com)
    Joann E. Johnston (joann.johnston@alston.com)
7   Lisa K. Bojko (lisa.bojko@alston.com)
    Donald M. Houser (donald.houser@alston.com)
8   **ALSTON + BIRD LLP**
    1201 West Peachtree Street
9   Atlanta, Georgia 30309
    Telephone:  404-881-7000
10  Facsimile:   404-881-7777

11  Richard W. Stimson (rick.stimson@alston.com)
    **ALSTON + BIRD LLP**
12  Chase Tower, Suite 3601
    2200 Ross Avenue
13  Dallas, Texas 75201
    Telephone:  214-922-3400
14  Facsimile:   214-922-3899

15  *Attorneys for Plaintiffs Nokia Corporation and Nokia Inc.*

16

17                        **UNITED STATES DISTRICT COURT**
                  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
                            **SAN FRANCISCO DIVISION**
18

19  IN RE TFT-LCD (FLAT PANEL)
    ANTITRUST LITIGATION
20
    This Document Relates to:  Case Nos. 07-MD-
21  1827 and 3:09-CV-5609                        CASE NO:  3:09-CV-5609
                                                 MDL FILE NO:  M:07-CV-1827-SII
22  NOKIA CORPORATION and
    NOKIA INC.,                                  **STIPULATION AND**
23                                               **[PROPOSED] ORDER**
                          Plaintiffs,            **CONTINUING HEARING DATE**
24                                               **AND EXTENDING BRIEFING**
    v.                                           **SCHEDULE**
25
26  AU OPTRONICS CORPORATION et al.

27                        Defendants.

28
    **STIPULATION AND [PROPOSED] ORDER**
    **CONTINUING HEARING DATE AND**              1          **MASTER FILE NO. 07-MD-1827-SI**
    **EXTENDING BRIEFING SCHEDULE**                              **CASE NO. 3:09-CV-5609**

WHEREAS, on July 23, 2010, Plaintiffs Nokia Corporation and Nokia, Inc. (collectively, "Nokia") filed an amended complaint (the "Amended Complaint") in the above-captioned action; and

WHEREAS, on August 27, 2010, Defendant Philips Electronics North America Corporation ("PENAC") filed a motion to dismiss the Amended Complaint (the "Motion to Dismiss"); and

WHEREAS, the return date for the Motion to Dismiss originally was designated to be November 3, 2010; and

WHEREAS, on October 7, 2010, PENAC and Nokia entered into a standstill and tolling agreement (the "Tolling Agreement") to provide the parties with an opportunity to engage in discussions regarding possible entry into a further tolling agreement and corresponding suspension of the action as against PENAC; and

WHEREAS, on October 21, 2010, the Court approved an extension to the briefing schedule and a continuance of the hearing date to allow for the parties to engage in discussions pursuant to the Tolling Agreement; and

WHEREAS, the October 21, 2010 Order provided that (1) the hearing set for November 3, 2010 would be continued until January 13, 2011; (2) Nokia would file any opposition to the Motion to Dismiss on or before December 2, 2010; and (3) PENAC would file any reply to Nokia's opposition on or before December 23, 2010; and

WHEREAS, on December 1, 2010, the Court approved a second extension to the briefing schedule and a second continuance of the hearing date to allow for the parties to continue their discussions pursuant to the Tolling Agreement; and

WHEREAS, the December 1, 2010 Order provided that (1) the hearing set for January 13, 2011 would be continued until February 18, 2011; (2) Nokia would file any opposition to the Motion to Dismiss on or before December 21, 2010; and (3) PENAC would file any reply to Nokia's opposition on or before January 17, 2011; and

WHEREAS, on December 21, 2010, the Court approved a third extension to the briefing schedule and a third continuance of the hearing date to allow for the parties to continue their discussions pursuant to the Tolling Agreement; and

STIPULATION AND [PROPOSED] ORDER
CONTINUING HEARING DATE AND
EXTENDING BRIEFING SCHEDULE

2

MASTER FILE NO. 07-MD-1827-SI
CASE NO. 3:09-CV-5609

1    WHEREAS, the December 21, 2010 Order provided that (1) the hearing set for February 18,

2   2011 would be continued until February 25, 2011, or as soon thereafter as the Court could hear the

3   matter; (2) Nokia would file any opposition to the Motion to Dismiss on or before January 11, 2011;

4   and (3) PENAC would file any reply to Nokia's opposition on or before February 7, 2011; and

5    WHEREAS, the parties, having made progress towards an agreed resolution of the matter,

6   continue to engage in constructive discussions regarding Nokia's claims against PENAC, and believe

7   that they would benefit from an additional, limited extension of time to engage in these discussions;

8    NOW THEREFORE, PENAC and Nokia, by and through their respective counsel, stipulate

9   and agree, subject to the Court's approval, that (1) the above-mentioned hearing currently set for

10   February 25, 2011, shall be continued until March 25, 2011, or as soon thereafter as the Court may

11   hear the matter; (2) Nokia will file any opposition to the Motion to Dismiss on or before February 10,

12   2011; and (3) PENAC will file any reply to Nokia's opposition on or before March 7, 2011.

13   IT IS SO ORDERED

14

15   DATED:                                              HONORABLE SUSAN ILLSTON

16                                                       UNITED STATES DISTRICT JUDGE

1    Attestation: The filer of this document attests that the concurrence of the other signatories thereto has

2    been obtained.

3    Dated: January 7, 2011

4                                                        _____
                                                             /s/ B. Parker Miller
                                                              B. Parker Miller

5    STIPULATED AND AGREED TO BY:

6

7    Dated:  January 7, 2011                             /s/ Brendan P. Cullen
                                                         Brendan P. Cullen
8                                                        SULLIVAN & CROMWELL LLP
                                                         1870 Embarcadero Road
9                                                        Palo Alto, California 94303
                                                         Telephone:    (650) 461-5600
10                                                       Facsimile:    (650) 461-5700

11                                                       Garrard R. Beeney
                                                         SULLIVAN & CROMWELL LLP
12                                                       125 Broad Street
                                                         New York, New York  10004-2498
13                                                       Telephone:    (212) 558-4000
                                                         Facsimile:    (212) 558-3588

14
                                                         Counsel for Defendant
15                                                       Philips Electronics North America Corporation

16
     Dated:  January 7, 2011                             /s/ B. Parker Miller
17                                                       B. Parker Miller
                                                         Peter Kontio
18                                                       Valarie C. Williams
                                                         ALSTON + BIRD LLP
19                                                       1201 West Peachtree Street
                                                         Atlanta, Georgia 30309
20                                                       Telephone:    (404) 881-7000
                                                         Facsimile:    (404) 881-7777

21                                                       Randall Allen
22                                                       ALSTON + BIRD LLP
                                                         275 Middlefield Road, Suite 150
23                                                       Menlo Park, California 94025
                                                         Telephone:    (650) 838-2000
24                                                       Facsimile:    (650) 838-2001

25                                                       Counsel for Plaintiff
                                                         Nokia Corporation and Nokia Inc.
26

27

28
     STIPULATION AND [PROPOSED] ORDER                    4
     CONTINUING HEARING DATE AND                                          MASTER FILE NO. 07-MD-1827-SI
     EXTENDING BRIEFING SCHEDULE                                              CASE NO. 3:09-CV-5609