# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-01827-SI (N.D. Cal.)<br>Case No. 3:10-cv-00117-SI (N.D. Cal.) |
| This Document Relates To Individual Case No. 3:10-cv-00117-SI (N.D. Cal.)<br><br>ELECTROGRAPH SYSTEMS, INC.; ELECTROGRAPH TECHNOLOGIES CORP.,<br>      Plaintiffs,<br>  vs.<br>EPSON IMAGING DEVICES CORPORATION, et al.,<br>      Defendants. | **[PROPOSED] ORDER CONTINUING HEARING DATE**<br><br>Judge: Hon. Susan Illston<br>Courtroom: 10, 19th Floor<br>Hearing Date: January 28, 2011<br>Hearing Time: 9 A.M. |

1  WHEREAS, on December 9, 2010, Plaintiffs Electrograph Systems, Inc. and Electrograph
2  Technologies Corp. (collectively, "Electrograph") filed a Motion for Leave to Amend Complaint
3  (the "Motion") in the above-captioned action; and

4  WHEREAS, on January 7, 2011, NEC LCD Technologies, Ltd. ("NEC") filed an
5  Opposition to the Motion; and

6  WHEREAS, on January 14, 2011, Electrograph filed a Reply in Support of the Motion;
7  and

8  WHEREAS, the hearing date for the Motion was designated as January 28, 2011; and

9  WHEREAS, William A. Isaacson and Philip J. Iovieno, counsel for Electrograph, have
10 developed scheduling conflicts with the hearing date and request a continuance of one week to
11 February 4, 2011, the next regular hearing date on the Court's calendar; and

12 WHEREAS, counsel for Electrograph contacted counsel for NEC and counsel for NEC
13 informed counsel for Electrograph that NEC does not oppose such a continuance;

14 NOW THEREFORE, IT IS HEREBY ORDERED that the abovementioned hearing
15 currently set for Friday, January 28, 2011 at 9.a.m., shall be continued until Friday, February 4,
16 2011 at 9 a.m.

17 IT IS SO ORDERED.

18 DATED: _____    _____
19                                   HONORABLE SUSAN ILLSTON
                                      UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER CONTINUING HEARING DATE   - 1 -    Case No. 3:10-cv-00117-SI
                                                    Master File No. 3:07-md-01827-SI