1
2   **UNITED STATES DISTRICT COURT**
3   **NORTHERN DISTRICT OF CALIFORNIA**
    **SAN FRANCISCO DIVISION**
4

| | |
|---|---|
| In re: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-01827-SI (N.D. Cal.)<br>Case No. 3:10-cv-00117-SI (N.D. Cal.) |
| This Document Relates To Individual Case No. 3:10-cv-00117-SI (N.D. Cal.) | **[PROPOSED] ORDER CONTINUING HEARING DATE** |
| ELECTROGRAPH SYSTEMS, INC.; ELECTROGRAPH TECHNOLOGIES CORP., <br><br>    Plaintiffs,<br><br>vs.<br><br>EPSON IMAGING DEVICES CORPORATION, et al.,<br><br>    Defendants. | Judge: Hon. Susan Illston<br>Courtroom: 10, 19th Floor<br>Hearing Date: January 28, 2011<br>Hearing Time: 9 A.M. |

|   |   |
|---|---|
| 1 | WHEREAS, on December 9, 2010, Plaintiffs Electrograph Systems, Inc. and Electrograph |
| 2 | Technologies Corp. (collectively, "Electrograph") filed a Motion for Leave to Amend Complaint |
| 3 | (the "Motion") in the above-captioned action; and |
| 4 | WHEREAS, on January 7, 2011, NEC LCD Technologies, Ltd. ("NEC") filed an |
| 5 | Opposition to the Motion; and |
| 6 | WHEREAS, on January 14, 2011, Electrograph filed a Reply in Support of the Motion; |
| 7 | and |
| 8 | WHEREAS, the hearing date for the Motion was designated as January 28, 2011; and |
| 9 | WHEREAS, William A. Isaacson and Philip J. Iovieno, counsel for Electrograph, have |
| 10 | developed scheduling conflicts with the hearing date and request a continuance of one week to |
| 11 | February 4, 2011, the next regular hearing date on the Court's calendar; and |
| 12 | WHEREAS, counsel for Electrograph contacted counsel for NEC and counsel for NEC |
| 13 | informed counsel for Electrograph that NEC does not oppose such a continuance; |
| 14 | NOW THEREFORE, IT IS HEREBY ORDERED that the abovementioned hearing |
| 15 | currently set for Friday, January 28, 2011 at 9.a.m., shall be continued until Friday, February 4, |
| 16 | 2011 at 9 a.m. |
| 17 | IT IS SO ORDERED. |
| 18 | DATED: _____     _____ |
| 19 | HONORABLE SUSAN ILLSTON<br>UNITED STATES DISTRICT JUDGE |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

[PROPOSED] ORDER CONTINUING HEARING DATE     - 1 -

Case No. 3:10-cv-00117-SI
Master File No. 3:07-md-01827-SI