1  Jeffrey H. Howard (*pro hac vice*)
   Jerome A. Murphy (*pro hac vice*)
2  CROWELL & MORING LLP
   1001 Pennsylvania Avenue, N.W.
3  Washington, D.C. 20004
   Telephone:  202-624-2500
4  Facsimile:  202-628-5116
   Email:  jhoward@crowell.com
5          jmurphy@crowell.com
   *Liaison Counsel for Direct Action Plaintiffs*
6     [Additional counsel listed on signature page]

7  Richard M. Heimann (CA Bar No. 63607)
   Joseph R. Saveri (CA Bar No. 130064)
8  Michele C. Jackson (CA Bar No. 90807)
   Jordan Elias (CA Bar No. 228731)
9  Andrew Kingsdale (CA Bar No. 255669)
   LIEFF, CABRASER, HEIMANN &
10 BERNSTEIN, LLP
   275 Battery Street, 29th Floor
11 San Francisco, CA 94111-3339
   Telephone:     (415) 956-1000
12 Facsimile:     (415) 956-1008
13
14 *Co-Lead Counsel for the Direct Purchaser
   Plaintiffs*
15

Steven F. Cherry, Esq.
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Co-Liaison Counsel for the Defendants*

Bruce L. Simon (CA Bar No. 96241)
Jonathan M. Watkins (CA Bar No. 196898)
PEARSON, SIMON, WARSHAW &
PENNY, LLP
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone:     (415) 433-9000
Facsimile:     (415) 433-9008

*Co-Lead Counsel for the Direct Purchaser
Plaintiffs*

515 South Flower Street, 40th Floor
Los Angeles, CA 90071
(213) 622-4750

16
17            **UNITED STATES DISTRICT COURT**
18          **NORTHERN DISTRICT OF CALIFORNIA**
19            **SAN FRANCISCO DIVISION**
20

21 **In Re TFT-LCD (FLAT PANEL)
   ANTITRUST LITIGATION**
22
   **This Document Relates To:**
23
   **ALL DIRECT PURCHASER ACTIONS**
24

**Case No. M 07-1827 SI
MDL No. 1827**

**STIPULATION AND [PROPOSED]
ORDER ON BRIEFING SCHEDULE FOR
DIRECT PURCHASER PLAINTIFFS'
MOTION FOR COMPENSATION**

25
26       The undersigned counsel, as liaison counsel on behalf of the Direct Action Plaintiffs, co-
27 lead counsel for the Direct Purchaser Plaintiffs, and co-liaison counsel for the Defendants in the
28

1   above-referenced litigation, request that the Court enter the following order to extend the time for

2   the parties to file oppositions to the Direct Purchaser Plaintiffs' Motion for Entry of An Order

3   Compensating Direct Purchaser Class Counsel for Work Product ("Motion for Compensation")

4   and the Direct Purchaser Plaintiffs to file their reply.

5         WHEREAS the Direct Purchaser Plaintiffs filed their Motion and Notice of Motion for

6   Compensation on January 12, 2011, for hearing on February 18, 2011;

7         WHEREAS the Direct Action Plaintiffs, Direct Purchaser Plaintiffs, and Defendants agree

8   that the parties and the Court will benefit from additional time to brief the issues raised in this

9   Motion;

10         THEREFORE, Direct Action Plaintiffs, Direct Purchaser Plaintiffs, and Defendants, by

11   their respective co-lead and liaison counsel, stipulate and agree as follows:

12         1.     The deadline to file oppositions to this Motion for Compensation is extended by 14

13   days to February 11, 2011.

14         2.     The deadline to file any reply on this Motion for Compensation is extended by 14

15   days to March 4, 2011.

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

*crowell moring*

515 South Flower Street, 40th Floor
Los Angeles, CA 90071
(213) 622-4750

STIPULATION AND [PROPOSED] ORDER ON BRIEFING SCHEDULE FOR DIRECT PURCHASER
PLAINTIFFS' MOTION FOR COMPENSATION

3.     The hearing date for this motion is to be set for March 11, 2011.

**IT IS SO STIPULATED.**

DATED:  January 24, 2011              By:   */s/ Jerome A. Murphy*

Jeffrey H. Howard (*pro hac vice*)
Jerome A. Murphy (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  202-624-2500
Facsimile:  202-628-5116
Email:  jhoward@crowell.com
           jmurphy@crowell.com

Jason C. Murray (CA Bar No. 169806)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA  90071
Telephone:  213-443-5582
Facsimile:  213-622-2690
Email:  jmurray@crowell.com

Kenneth L. Adams (*pro hac vice*)
R. Bruce Holcomb (*pro hac vice*)
Christopher T. Leonardo (*pro hac vice*)
Christopher H. Wood (*pro hac vice*)
ADAMS HOLCOMB LLP
1875 Eye Street NW
Washington, DC 20006
Telephone:  202-580-8822
Email:  adams@adamsholcomb.com
           holcomb@adamsholcomb.com
           leonardo@adamsholcomb.com
           wood@adamsholcomb.com

*Liaison Counsel for Direct Action Plaintiffs*

Case No. M 07-1827 SI
STIPULATION AND [PROPOSED] ORDER ON BRIEFING SCHEDULE FOR DIRECT PURCHASER
PLAINTIFFS' MOTION FOR COMPENSATION

1

2   By:   /s/ Richard M. Heimann
        Richard M. Heimann (CA Bar No. 63607)
3       Joseph R. Saveri (CA Bar No. 130064)
        Michele C. Jackson (CA Bar No. 90807)
        Jordan Elias (CA Bar No. 228731)
4       Andrew Kingsdale (CA Bar No. 255669)
        LIEFF, CABRASER, HEIMANN & BERNSTEIN,
5       LLP
        275 Battery Street, 29th Floor
6       San Francisco, CA 94111-3339
        Telephone:   (415) 956-1000
7       Facsimile:   (415) 956-1008

8       *Co-Lead Counsel for Direct Purchaser Plaintiffs*

9   By:   /s/ Bruce L. Simon
        Bruce L. Simon (CA Bar No. 96241)
10      Jonathan M. Watkins (CA Bar No. 196898)
        PEARSON, SIMON, WARSHAW & PENNY, LLP
11      44 Montgomery Street, Suite 2450
        San Francisco, CA 94104
12      Telephone:   (415) 433-9000
        Facsimile:   (415) 433-9008
13
        *Co-Lead Counsel for the Direct Purchaser Plaintiffs*
14

15  By:   /s/ Steven F. Cherry
        Steven F. Cherry, Esq.
        WILMER CUTLER PICKERING HALE
16      AND DORR LLP
        1875 Pennsylvania Avenue, NW
17      Washington, DC 20006
        Telephone: (202) 663-6000
18      Facsimile: (202) 663-6363

19      *Co-Liaison Counsel for the Defendants*

20

21  **Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from Jerome A. Murphy, Stephen F. Cherry, Richard M. Heimann, and Bruce L. Simon.**

22

23      Having considered the foregoing stipulation, and good cause appearing,

24      **IT IS SO ORDERED.**

25

26      _____
        Judge Susan Illston
27

28                                          4                  Case No. M 07-1827 SI
        STIPULATION AND [PROPOSED] ORDER ON BRIEFING SCHEDULE FOR DIRECT PURCHASER
        PLAINTIFFS' MOTION FOR COMPENSATION

crowell moring

515 South Flower Street, 40th Floor
Los Angeles, CA 90071
(213) 622-4750