Steven F. Cherry (*pro hac vice*)
Adam M. Raviv (*pro hac vice*)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006-3642
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Steven.Cherry@wilmerhale.com

*Defense Co-Liaison Counsel and Attorneys for Chi Mei Corporation, Chimei Innolux Corporation (f/k/a Chi Mei Optoelectronics Corporation), Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Nexgen Mediatech Inc., and Nexgen Mediatech USA, Inc.*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827 SI<br>MDL No. 1827 |
| This Document Relates to Individual Case No. 3:10-cv-04945-SI<br><br>TARGET CORP., *et al.*,<br><br>                    Plaintiffs,<br><br>     v.<br><br>AU Optronics Corporation, *et al.*,<br><br>                    Defendants. | **STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE AND SCHEDULING** |

WHEREAS the undersigned counsel, on behalf of their respective clients, plaintiffs Target Corp., Sears, Roebuck and Co., Kmart Corp., Old Comp Inc., Good Guys, Inc., RadioShack Corp., and Newegg Inc. (collectively, "Plaintiffs") filed a complaint in the above-captioned case against AU Optronics Corporation; AU Optronics Corporation America; Chi Mei Corporation; Chimei Innolux Corporation (*f/k/a* Chi Mei Optoelectronics Corporation); Chi Mei Optoelectronics USA, Inc.; CMO Japan Co., Ltd.; Nexgen Mediatech Inc.; Nexgen Mediatech USA, Inc.; Epson

- 1 -

Imaging Devices Corporation; Epson Electronics America, Inc.; LG Display Co., Ltd.; LG Display America, Inc.; Samsung Electronics Co., Ltd.; Samsung Semiconductor, Inc.; Samsung Electronics America, Inc.; Sharp Corporation; Sharp Electronics Corporation; Toshiba Corporation; Toshiba America Electronic Components, Inc.; Toshiba Mobile Display Co., Ltd.; and Toshiba America Information Systems, Inc. (collectively, "Stipulating Defendants"), on November 1, 2010 ("Complaint");

WHEREAS Plaintiffs wish to avoid the burden and expense of serving process on the Stipulating Defendants;

WHEREAS the Stipulating Defendants desire a reasonable amount of time to respond to the Complaint;

WHEREAS Plaintiffs and the Stipulating Defendants believe that proceeding on a unified response date will create efficiency for the Court and the parties by reducing duplicative motion practice;

THEREFORE, Plaintiffs and the Stipulating Defendants hereby agree:

1. The Stipulating Defendants waive service of the Complaint under Federal Rule of Civil Procedure 4(d).  This stipulation does not constitute a waiver by the Stipulating Defendants of any other substantive or procedural defense, including but not limited to the defense of lack of personal or subject matter jurisdiction and improper venue.

2. The Stipulating Defendants' deadline to move to dismiss, answer, or otherwise respond to the Complaint will be 90 days from the execution of this stipulation.

DATED:  January 27, 2011

CROWELL & MORNING LLP

By: */s/ Jason C. Murray*
Jason C. Murray

Jason C. Murray (CA SBN 169806)
515 South Flower Street, 40th Floor
Los Angeles, CA  90071
Tel:  (213) 422-5582
Fax:  (213) 622-2690
jmurray@crowell.com

- 2 -

CASE NO. 3:07-md-1827 SI
STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE AND SCHEDULING

Jeffrey H. Howard (*pro hac vice*)
Jerome A. Murphy (*pro hac vice*)
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Tel:          (202) 624-2500
Fax:         (202) 628-5116
jhoward@crowell.com
jmurphy@crowell.com

*Attorneys for Plaintiffs Target Corporation, Sears, Roebuck and Co., Kmart Corporation, Old Comp Inc., Good Guys, Inc., RadioShack Corporation, and Newegg Inc.*

WILMER CUTLER PICKERING HALE AND DORR LLP

By: */s/ Steven F. Cherry*
        Steven F. Cherry

Steven F. Cherry (*pro hac vice*)
Adam M. Raviv (*pro hac vice*)
1875 Pennsylvania Avenue, NW
Washington, DC  20006
Tel:          (202) 663-6000
Fax:         (202) 663-6363
steven.cherry@wilmerhale.com
adam.raviv@wilmerhale.com

*Defense Co-Liaison Counsel and Attorneys for Chi Mei Corporation, Chimei Innolux Corporation (f/k/a Chi Mei Optoelectronics Corporation), Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Nexgen Mediatech Inc., and Nexgen Mediatech USA, Inc.*

NOSSAMAN LLP

By: */s/ Christopher A. Nedeau*
        Christopher A. Nedeau

Christopher A. Nedeau (CA SBN 81297)
Carl L. Blumenstein (CA SBN 124158)
Allison M. Dibley (CA SBN 213104)
50 California Street, 34th Floor
San Francisco, CA  94111
Tel:          (415) 398-3600
Fax:         (415) 398-2438
cnedeau@nossaman.com
cblumenstein@nossaman. com

- 3 -

CASE NO. 3:07-md-1827 SI
STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE AND SCHEDULING

adibley@nossaman.com

*Defense Co-Liaison Counsel and Attorneys for Defendants AU Optronics Corporation and AU Optronics Corporation America*

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: */s/ Jeremy J. Calsyn*
        Jeremy J. Calsyn

Michael R. Lazerwitz (*pro hac vice*)
Jeremy J. Calsyn (CA SBN 205062)
Lee F. Berger (CA SBN 222756)
2000 Pennsylvania Avenue NW
Washington, DC  20006
Tel.:     (202) 974-1500
Fax:     (202) 974-1999
mlazerwitz@cgsh.com
jcalsyn@cgsh.com
lberger@cgsh.com

*Attorneys for Defendants LG Display Co., Ltd. and LG Display America, Inc.*

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: */s/ John M. Grenfell*
        John M. Grenfell

John M. Grenfell (CA SBN 88500)
Jacob R. Sorensen (CA SBN 209134)
Fusae Nara (*pro hac vice*)
Andrew D. Lanphere (CA SBN 191479)
50 Fremont Street
San Francisco, CA  94105
Tel.:     (415) 983-1000
Fax:     (415) 983-1200
john.grenfell@pillsburylaw.com
jake.sorensen@pillsburylaw.com
fusae.nara@pillsburylaw.com
andrew.lanphere@pillsburylaw.com

*Attorneys for Defendants Sharp Corporation and Sharp Electronics Corporation*

- 4 -

CASE NO. 3:07-md-1827 SI
STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE AND SCHEDULING

MORRISON & FOERSTER LLP

By: /s/ Stephen P. Freccero
        Stephen P. Freccero

Melvin R. Goldman (CA SBN 34097)
Stephen P. Freccero (CA SBN 131093)
Derek F. Foran (CA SBN 224569)
425 Market Street
San Francisco, CA  94105
Tel.:       (415) 268-7000
Fax:       (415) 268-7522
mgoldman@mofo.com
sfreccero@mofo.com
dforan@mofo.com

*Attorneys for Defendants Epson Imaging Devices Corporation and Epson Electronics America, Inc.*


COVINGTON & BURLING LLP

By: /s/ Simon J. Frankel
        Simon J. Frankel

Simon J. Frankel (CA SBN 171552)
Jeffrey M. Davidson (CA SBN 248620)
One Front Street, 35th Floor
San Francisco, CA  94111
Tel.:       (415) 591-6000
Fax:       (415) 591-6091
sfrankel@cov.com
jdavidson@cov.com

*Attorneys for Defendants Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., and Samsung Electronics America, Inc.*


WHITE & CASE LLP

By: /s/ John H. Chung
        John H. Chung

John H. Chung (*pro hac vice*)
1155 Avenue of the Americas
New York, NY 10036
Tel:        (212) 819-8200
Fax:       (212) 354-8113

- 5 -

CASE NO. 3:07-md-1827 SI
STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE AND SCHEDULING

jchung@whitecase.com

Christopher M. Curran (*pro hac vice*)
Kristen J. McAhren (*pro hac vice*)
701 Thirteenth Street, NW
Washington, DC 20005
Tel:     (202) 626-3600
Fax:    (202) 639-9355
ccurran@whitecase.com
kmcahren@whitecase.com

*Attorneys for Defendants Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba Mobile Display Co., Ltd., and Toshiba America Information Systems, Inc.*

   Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from Jason C. Murray, Christopher A. Nedeau, Jeremy J. Calsyn, John M. Grenfell, Stephen P. Freccero, Simon J. Frankel, and John H. Chung.

1  **[PROPOSED] ORDER**

2      Pursuant to the stipulation of the parties, IT IS SO ORDERED.

5  Dated:_____       _____
                                                       The Honorable Susan Illston
6                                                         United States District Judge

- 7 -