**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 2/4/11

Case No.   M-07-1827              Judge:   SUSAN ILLSTON

Title: IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION

ATTORNEYS: Bruce Simon, George Niespolo, Stephen Sutro, Craig Corbitt, Phil Iovieno

Deputy Clerk: Tracy Forakis   Court Reporter: Belle Ball

**PROCEEDINGS**

1) Motion to Intervene, Motion to Amend - HELD AND SUBMITTED

Order to be prepared by:  ( )Pltf   ( )Deft   (x)Court   () parties

FURTHER ORDERED: