1  Christopher A. Nedeau (CA 81297)
   cnedeau@nossaman.com
2  Carl L. Blumenstein (CA 124158)
   cblumenstein@nossaman.com
3  Katharine Chao (CA 247571)
   kchao@nossaman.com
4  NOSSAMAN LLP
   50 California Street, 34th Floor
5  San Francisco, CA 94111
   Telephone: (415) 398-3600
6  Facsimile: (415) 398-2438

7  Attorneys for Defendants
   AU OPTRONICS CORPORATION and
8  AU OPTRONICS CORPORATION AMERICA

9  H. Lee Godfrey (admitted *pro hac vice*)
   lgodfrey&susmangodfrey.com
10 Kenneth S. Marks (admitted *pro hac vice*)
   kmarks@susmangodfrey.com
11 SUSMAN GODFREY LLP
   1000 Louisiana Street, Suite 5100
12 Houston, TX 77002-5096
   Telephone: (713) 651-9366
13 Facsimile: (713) 654-6666

14 Attorneys for Plaintiff
   ALFRED H. SIEGEL, AS TRUSTEE OF THE
15 CIRCUIT CITY STORES, INC. LIQUIDATING TRUST

16 [Additional counsel listed on signature page]

17                    UNITED STATES DISTRICT COURT

18      NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

19 | IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | CASE NO. 3:10-CV-5625-SI |
20 | | MDL NO. 3:07-MD-1827-SI |
21 | THIS DOCUMENT RELATES TO: | **STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT, WAIVER OF SERVICE, AND [PROPOSED] ORDER** |
22 | 3:10-CV-5625-SI | |
23 | ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST, | Date Action Filed: December 10, 2010 |
24 | | |
25 |          Plaintiff, | |
26 |      vs. | |
27 | AU OPTRONICS CORPORATION, et al., | |
28 |          Defendants. | |

254478_3.DOC

1    WHEREAS plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating

2    Trust, on behalf of Circuit City Stores, Inc. and its affiliated companies ("Circuit City Trust"), filed a

3    complaint in the above-captioned case against defendants AU Optronics Corporation, AU Optronics

4    Corporation America, Chi Mei Corporation, Chi Mei Optoelectronics Corporation, Chi Mei

5    Optoelectronics USA, Inc., CMO Japan Co. Ltd., Nexgen Mediatech, Inc., Nexgen Mediatech USA,

6    Inc., Epson Imaging Devices Corporation, Epson Electronics America, Inc., HannStar Display

7    Corporation, LG Display Co. Ltd., LG Display America, Inc., Samsung Electronics Co., Ltd., Samsung

8    Semiconductor, Inc., Samsung Electronics America, Inc., Sharp Corporation, Sharp Electronics

9    Corporation, Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba Mobile

10   Display Co., Ltd., Toshiba America Information Systems, Inc., Hitachi, Ltd., Hitachi Displays, Ltd., and

11   Hitachi Electronic Devices (USA), Inc. (collectively "Stipulating Defendants"), and other defendants, on

12   December 10, 2010 ("Complaint");

13   WHEREAS Circuit City Trust wishes to avoid the burden and expense of serving process on the

14   Stipulating Defendants;

15   WHEREAS the Stipulating Defendants desire a reasonable amount of time to respond to the

16   Complaint; and

17   WHEREAS Circuit City Trust and the Stipulating Defendants believe that proceeding on a

18   unified response date will create efficiency for the Court and the parties;

19   THEREFORE, Circuit City Trust and the Stipulating Defendants hereby agree:

20   1. The Stipulating Defendants waive service of the Complaint under Federal Rule of Civil

21   Procedure 4(d). This stipulation does not constitute a waiver by the Stipulating Defendants of any other

22   substantive or procedural defense, including but not limited to the defenses of lack of personal or subject

23   matter jurisdiction and improper venue.

24   2. The Stipulating Defendants' deadline to move to dismiss, answer, or otherwise respond to the

25   Complaint will be 90 days from the execution of this stipulation.

26

27

28

254478_3.DOC                                      - 1 -                        MASTER FILE NO. 3:07-MD-1827 SI
                                                                                     CASE NO. 3:10-CV-5625 SI
STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT, WAIVER OF SERVICE, AND
[PROPOSED] ORDER

1    DATED:  February 2, 2011

2                                              By:   /s/  Christopher A. Nedeau
                                                    Christopher A. Nedeau (CA Bar No. 81297)
3                                                   NOSSAMAN LLP
                                                    50 California Street, 34th Floor
4                                                   San Francisco, California  94111-4799
                                                    (415) 398-3600 (Phone)
5                                                   (415) 398-2438 (Facsimile)
                                                    *cnedeau@nossaman.com*
6
                                                    *Counsel for Defendants AU Optronics Corporation and*
7                                                   *AU Optronics Corporation America*

8

9                                              By:   /s/  Derek F. Foran
                                                    Melvin R. Goldman (Ca Bar No. 34097)
10                                                  Stephen P. Freccero (CA Bar No. 131093)
                                                    Derek F. Foran (CA Bar No. 224569)
11                                                  MORRISON & FOERSTER LLP
                                                    425 Market Street
12                                                  San Francisco, CA 94105-2482
                                                    (415) 268-7000 (Phone)
13                                                  (415) 268-7522 (Facsimile)
                                                    *mgoldman@mofo.com*
14                                                  *sfreccero@mofo.com*
                                                    *dforan@mofo.com*
15
                                                    *Counsel for Defendants Epson Imaging Devices*
16                                                  *Corporation and Epson Electronics America, Inc.*

17

18                                             By:   /s/  John H. Chung
                                                    John H. Chung (admitted *pro hac vice*)
19                                                  WHITE & CASE LLP
                                                    1155 Avenue of the Americas
20                                                  New York, NY 10036-2787
                                                    (212) 819-8200 (Phone)
21                                                  (212) 354-8113 (Facsimile)
                                                    *jchung@whitecase.com*
22
                                                    *Counsel for Defendants Toshiba Corporation, Toshiba*
23                                                  *America Electronic Components, Inc., Toshiba Mobile*
                                                    *Display Co., Ltd. and Toshiba America Information*
24                                                  *Systems, Inc.*

25

26                                             By:   /s/  Robert D. Wick
                                                    Robert D. Wick
27                                                  COVINGTON & BURLING LLP
                                                    1201 Pennsylvania Avenue, NW
28                                                  Washington, DC 20004-2401

254478_3.DOC                              - 2 -                    MASTER FILE NO. 3:07-MD-1827 SI
                                                                  CASE NO. 3:10-CV-5625 SI
────────────────────────────────────────────────────────────────────────
STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT, WAIVER OF SERVICE, AND
[PROPOSED] ORDER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Telephone: (202) 662-5487
Facsimile: (202) 662-6291
*rwick@cov.com*

*Counsel for Defendants Samsung Electronics Co., Ltd.,
Samsung Semiconductor, Inc., and Samsung
Electronics America, Inc.,*


By:   /s/  Lee F. Berger
      Michael R. Lazerwitz (*admitted pro hac vice*)
      Jeremy J. Calsyn (CA Bar No. 205062)
      Lee F. Berger (CA Bar No. 222756)
      CLEARY GOTTLIEB STEEN & HAMILTON LLP
      2000 Pennsylvania Ave., NW
      Washington, DC  20006
      (202) 974-1500 (Phone)
      (202) 974-1999 (Facsimile)
      *lberger@cgsh.com*

      *Counsel for Defendants LG Display Co. Ltd. and
      LG Display America, Inc.*

By:   /s/  Steven F. Cherry
      Nathan L. Walker (CA Bar No. 206128)
      WILMER CUTLER PICKERING HALE
      AND DORR LLP
      950 Page Mill Road
      Palo Alto, CA  94304
      (650) 858-6000 (Phone)
      (650) 858-6100 (Facsimile)
      *nathan.walker@wilmerhale.com*

      Steven F. Cherry (admitted *pro hac vice*)
      WILMER CUTLER PICKERING HALE
      AND DORR LLP
      1875 Pennsylvania Avenue, NW
      Washington, DC  20006-3542
      (202) 663-6000 (Phone)
      (202) 663-6363 (Facsimile)
      *steven.cherry@wilmerhale.com*

      *Counsel for Defendants Chi Mei Corporation, Chi Mei
      Optoelectronics Corporation, Chi Mei Optoelectronics
      USA, Inc., CMO Japan Co. Ltd., Nexgen Mediatech
      USA, Inc., and Nexgen Mediatech, Inc.*

By:   /s/  Ramona M. Emerson
      Hugh F. Bangasser (admitted *pro hac vice*)

254478_3.DOC                              - 3 -                    MASTER FILE NO. 3:07-MD-1827 SI
                                                                   CASE NO. 3:10-CV-5625 SI

STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT, WAIVER OF SERVICE, AND
[PROPOSED] ORDER

Ramona M. Emerson (admitted *pro hac vice*)
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
(206) 623-7580 (Phone)
(206) 623-7022 (Facsimile)
*hugh.bangasser@klgates.com*
*ramona.emerson@klgates.com*

Jeffrey L. Bornstein (CA Bar No. 99358)
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111-5994
(415) 882-8200 (phone)
(415) 882-8220 (Facsimile)
*jeff.bornstein@klgates.com*

*Counsel for Defendant HannStar Display Corporation*

By:  /s/  Kent M. Roger
Kent M. Roger (CA Bar No. 95987)
Michelle Kim-Szrom (CA Bar No. 252901)
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
(415) 442-1000 (Phone)
(415) 442-1001 (Facsimile)
*kroger@morganlewis.com*
*mkim-szrom@morganlewis.com*

*Counsel for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. and Hitachi Electronic Devices (USA), Inc.*

By:  /s/  Jacob R. Sorenson
John M. Grenfell (CA Bar No. 88500)
Jacob R. Sorensen (CA Bar No. 209134)
Fusae Nara (admitted *pro hac vice*)
PILLSBURY WINTHROP SHAW PITTMAN LLP
50 Fremont Street
San Francisco, CA 94105
(415) 983-1000 (Phone)
(415) 983-1200 (Facsimile)
*john.grenfell@pillsburylaw.com*

*Counsel for Defendants Sharp Corporation and Sharp Electronics*

By: ___/s/ Kenneth S. Marks_____
      Kenneth S. Marks (admitted *pro hac vice*)
      SUSMAN GODFREY LLP
      1000 Louisiana Street, Suite 5100
      Houston, TX  77002-5096
      (713) 651-9366 (Phone)
      (713) 654-6666 (Facsimile)
      *kmarks@susmangodfrey.com*

      *Counsel for Plaintiff Alfred H. Siegel, As Trustee Of*
      *The Circuit City Stores, Inc. Liquidating Trust*

      Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from the signatories to this document.

PURSUANT STIPULATION, IT IS SO ORDERED.

By: _____
      Judge of the U.S. District Court, N.D. California

      2/4/11
Date: _____

STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT, WAIVER OF SERVICE, AND [PROPOSED] ORDER