Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@jonesday.com
Caroline N. Mitchell (State Bar No. 143124)
cnmitchell@jonesday.com
David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:      (415) 875-5700

Attorneys for
APPLE INC.

Eric B. Fastiff  (State Bar No. 182260)
Lieff, Cabraser, Heimann & Bernstein LLP
275 Battery St, 30th Floor
San Francisco, CA 94111-3339
415-956-1000
Fax: 415-956-1008
Email: efastiff@lchb.com

Attorneys for
DIRECT PURCHASER PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION** <br> _____ <br> This Document Relates to: <br> **ALL ACTIONS** | **Master File No. M:07-1827 SI** <br> **MDL No. 1827** <br><br> **STIPULATION OF EXTENSION OF TIME TO RESPOND TO APPLE INC.'S ADMINISTRATIVE MOTION TO CLARIFY ITS REQUEST FOR EXCLUSION FROM SETTLEMENT CLASSES OR, IN THE ALTERNATIVE, FOR AN ENLARGEMENT OF TIME TO REQUEST EXCLUSION FROM SETTLEMENT CLASSES AND [PROPOSED] ORDER** <br><br> Judge:     Hon. Susan Illston <br> Courtroom: 10, 19th Floor |

1  WHEREAS on February 3, 2011, Apple Inc. and its subsidiaries (collectively, "Apple") filed an Administrative Motion to Clarify its Request for Exclusion from Settlement Classes or, in the Alternative, for an Enlargement of Time to Request Exclusion from Settlement Classes (the "Motion") via delivery by the Court's electronic filing system;

WHEREAS plaintiffs have asked to extend the response date under Local Rule 7-11(b) to February 10, 2011, and Apple has agreed to that extension for plaintiffs, and for defendants Chunghwa Picture Tubes, Ltd. ("Chunghwa") and Epson Imaging Devices Corporation and Epson Electronics America, Inc. (collectively, "Epson"), the other defendants with a potential interest in Apple's Motion;

THEREFORE, pursuant to Local Rule 6-1(b), Apple and Plaintiffs hereby agree:

1. If Plaintiffs, Chunghwa and/or Epson wish to file a response to the Motion, it shall be filed and served no later than February 10, 2011. If necessary, the parties can make themselves available to discuss the matter via telephone conference or at such other time as the Court sets.

Dated: February 4, 2011                Respectfully submitted,

                                       Jones Day


                                       By:/s/ Caroline N. Mitchell
                                              Caroline N. Mitchell

                                       Counsel for
                                       APPLE INC.

Dated: February 4, 2011                Respectfully submitted,

                                       Lieff, Cabraser, Heimann & Bernstein LLP


                                       By: /s/Eric B. Fastiff
                                              Eric B. Fastiff

                                       Counsel for
                                       DIRECT PURCHASER CLASS
                                       PLAINTIFFS

1  PURSUANT TO STIPULATION, IT IS SO ORDERED

4  Dated: __2/8/_____, 2011     By:_____
5                                      Hon. Susan Illston
                                    United States District Judge