Michael R. Lazerwitz (PRO HAC VICE)
Jeremy J. Calsyn (State Bar No. 205062)
Lee F. Berger (State Bar No. 222756)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Avenue NW, Suite 9000
Washington, DC 20006
(202) 974-1500 (Phone)
(202) 974-1999 (Facsimile)
*mlazerwitz@cgsh.com*
*jcalsyn@cgsh.com*
*lberger@cgsh.com*

*Counsel for Defendants LG Display Co., Ltd. and LG Display America, Inc.*

[Additional counsel listed on signature page]

Marc M. Selzter (State Bar No. 54534)
Steven G. Sklaver (State Bar No. 237612)
SUSMAN GODFREY LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: 310-789-3100
Facsimile: 310-789-3150
*mseltzer@susmangodfrey.com*
*ssklaver@susmangodfrey.com*

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| SB LIQUIDATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>AU OPTRONICS CORPORATION, et al.,<br><br>Defendants. | CASE NO. 3:07-md-1827 SI<br>INDIVIDUAL ACTION NO. 10-cv-5458 SI<br><br>**STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT, WAIVER OF SERVICE, AND [PROPOSED] ORDER**<br><br><br>**The Honorable Susan J. Illston** |

WHEREAS the undersigned counsel, on behalf of plaintiff SB Liquidation Trust filed a complaint in the above-captioned case against AU Optronics Corporation, AU Optronics Corporation America, Chi Mei Corporation, Chimei Innolux Corporation f/k/a Chi Mei Optoelectronics Corporation, Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Epson Imaging Devices Corporation, Epson Electronics America, Inc., HannStar Display Corporation, Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc., LG Display Co., Ltd., LG Display America, Inc., Nexgen Mediatech USA, Inc., Nexgen Mediatech, Inc., Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., Samsung Electronics America, Inc., Sharp Corporation, Sharp Electronics Corporation, Tatung Co. of America, Inc., Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba Mobile Display Co., Ltd., and Toshiba America Information Systems, Inc. (collectively, "Stipulating Defendants"), among other defendants, on December 1, 2010 ("Complaint");

WHEREAS SB Liquidation Trust wishes to avoid the burden and expense of serving process on the Stipulating Defendants;

WHEREAS the Stipulating Defendants desire a reasonable amount of time to respond to the Complaint; and

WHEREAS SB Liquidation Trust and the Stipulating Defendants believe that proceeding on a unified response date will create efficiency for the Court and the parties by reducing duplicative motion practice;

THEREFORE, SB Liquidation Trust and the Stipulating Defendants hereby agree:

1. The Stipulating Defendants waive service of the Complaint under Federal Rule of Civil Procedure 4(d). This stipulation does not constitute a waiver by the Stipulating Defendants of any other substantive or procedural defense, including but not limited to the defense of lack of personal or subject matter jurisdiction and improper venue.

2. The Stipulating Defendants' deadline to move to dismiss, answer, or otherwise respond to the Complaint will be 90 days from the execution of this stipulation, subject to Federal Rule of Civil Procedure 6(a)(1).

DATED: February 11, 2011

By: ___/s/ Michael R. Lazerwitz___
Michael R. Lazerwitz (*Pro Hac Vice*)
Jeremy J. Calsyn (State Bar No. 205062)
Lee F. Berger (State Bar No. 222756)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Ave., NW
Washington, DC 20006
(202) 974-1500 (Phone)
(202) 974-1999 (Facsimile)
*mlazerwitz@cgsh.com*

*Counsel for Defendants LG Display Co., Ltd. and LG Display America, Inc.*

By: ___/s/ Christopher A. Nedeau___
Christopher A. Nedeau (State Bar No. 81297)
Carl L. Blumenstein (State Bar No. 124158)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, California  94111-4799
(415) 398-3600 (Phone)
(415) 398-2438 (Facsimile)
*cnedeau@nossaman.com*
*cblumenstein@nossaman.com*

*Counsel for Defendants AU Optronics Corporation and AU Optronics Corporation America*

By: ___/s/ Nathan L. Walker___
Nathan L. Walker (State Bar No. 206128)
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
(650) 858-6000 (Phone)
(650) 858-6100 (Facsimile)
*Nathan.Walker@wilmerhale.com*

3
STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT AND WAIVER OF SERVICE,
Case No. 3:07-md-1827 SI, Individual Action No. 10-cv-5458 SI

```
                              Brent Gurney
                              WILMER CUTLER PICKERING HALE AND
                              DORR LLP
                              1875 Pennsylvania Avenue, NW
                              Washington, DC 20006-3642
                              (202) 663-6000 (Phone)
                              (202) 663-6363 (Facsimile)
                              Brent.Gurney@wilmerhale.com

                              Counsel for Defendants Chi Mei Corporation,
                              Chimei Innolux Corporation f/k/a Chi Mei
                              Optoelectronics Corporation, Chi Mei
                              Optoelectronics USA, Inc., CMO Japan Co., Ltd.,
                              Nexgen Mediatech USA, Inc., and Nexgen
                              Mediatech, Inc.


                     By:      /s/ Stephen P. Freccero
                              Stephen P. Freccero (State Bar No. 131093)
                              Melvin R. Goldman (State Bar No. 34097)
                              Derek F. Foran (State Bar No. 224569)
                              MORRISON & FOERSTER LLP
                              425 Market Street
                              San Francisco, CA 94105-2482
                              (415) 268-7000 (Phone)
                              (415) 268-7522 (Facsimile)
                              MGoldman@mofo.com
                              SFreccero@mofo.com
                              DForan@mofo.com

                              Counsel for Defendants Epson Imaging Devices
                              Corporation and Epson Electronics America, Inc.


                     By:      /s/ Ramona M. Emerson
                              Hugh F. Bangasser (pro hac vice)
                              Ramona M. Emerson (pro hac vice)
                              K&L GATES LLP
                              925 Fourth Avenue, Suite 2900
                              Seattle, WA 98004-1158
                              (206) 623-7580 (Phone)
                              (206) 623-7022 (Facsimile)
                              Ramona.Emerson@klgates.com
                              Hugh.Bangasser@klgates.com

                              Jeffrey L. Bornstein (State Bar No. 99358)
                              K&L GATES LLP
                              4 Embarcadero Center, Suite 1200
                              San Francisco, CA 94111-5994
```

4

STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT AND WAIVER OF SERVICE,
Case No. 3:07-md-1827 SI, Individual Action No. 10-cv-5458 SI

(415) 882-8200 (Phone)
(415) 882-8220 (Facsimile)
*jeff.Bornstein@klgates.com*

*Counsel for Defendant HannStar Display Corporation*


By:  /s/ Kent M. Roger
Kent M. Roger (State Bar No. 95987)
Michelle Kim-Szrom (State Bar No. 252901)
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
(415) 442-1000 (Phone)
(415) 442-1001 (Facsimile)
*kroger@morganlewis.com*
*mkim-szrom@morganlewis.com*

*Counsel for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. and Hitachi Electronic Devices (USA), Inc.*


By:  /s/ Jeffrey M. Davidson
Jeffrey M. Davidson (State Bar No. 248620)
COVINGTON & BURLING LLP
1 Front Street, 35th Floor
San Francisco, CA 94109
(415) 591-6000 (Phone)
(415) 591-6091 (Facsimile)
*jdavidson@cov.com*
*Counsel for Defendants Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., and Samsung Electronics America, Inc.*


By:  /s/ Jacob R. Sorensen
John M. Grenfell (State Bar No. 88500)
Jacob R. Sorensen (State Bar No. 209134)
PILLSBURY WINTHROP SHAW PITTMAN LLP
50 Fremont Street
San Francisco, CA 94105
(415) 983-1000 (Phone)
(415) 983-1200 (Facsimile)
*john.grenfell@pillsburylaw.com*

*Counsel for Defendants Sharp Corporation and Sharp Electronics Corporation*

5
STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT AND WAIVER OF SERVICE,
Case No. 3:07-md-1827 SI, Individual Action No. 10-cv-5458 SI

By: ___/s/ Patrick J. Ahern_____
Patrick J. Ahern (*pro hac vice*)
BAKER & MCKENZIE LLP
130 East Randolph Drive
Chicago, IL 60601
(312) 861-3735 (Phone)
(312) 698-2034 (Facsimile)
patrick.ahern@bakermckenzie.com

*Counsel for Defendant Tatung Co. of America, Inc.*


By: ___/s/ John H. Chung_____
John H. Chung (*pro hac vice*)
Christopher M. Curran (*pro hac vice*)
Kristen J. McAhren (*pro hac vice*)
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200 (Phone)
(212) 354-8113 (Facsimile)
*jchung@whitecase.com*

*Counsel for Defendants Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba Mobile Display Co., Ltd., and Toshiba America Information Systems, Inc.*


By: ___/s/ Steven G. Sklaver_____
Marc M. Selzter (State Bar No. 54534)
Steven G. Sklaver (State Bar No. 237612)
SUSMAN GODFREY LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: 310-789-3100
Facsimile: 310-789-3150
*mseltzer@susmangodfrey.com*
*ssklaver@susmangodfrey.com*

*Counsel for Plaintiffs*

  Attestation: The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

SO ORDERED

2/11/11          By: _____
                     Honorable Susan J. Illston

7

STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT AND WAIVER OF SERVICE,
Case No. 3:07-md-1827 SI, Individual Action No. 10-cv-5458 SI