IT IS SO ORDERED

Susan Illston
Judge Susan Illston

<div style="font-variant: small-caps;">Robins, Kaplan, Miller & Ciresi L.L.P.<br>Attorneys At Law<br>Los Angeles</div>

1  ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
   Roman M. Silberfeld, Bar No. 62783
2  RMSilberfeld@rkmc.com
   Michael A. Geibelson, Bar No. 179970
3  MAGeibelson@rkmc.com
   David Martinez, Bar No. 193183
4  DMartinez@rkmc.com
   Matthew D. Taggart, Bar No. 227482
5  MDTaggart@rkmc.com
   2049 Century Park East, Suite 3400
6  Los Angeles, CA 90067-3208
   Telephone:    310-552-0130
7  Facsimile:    310-229-5800

8  Attorneys for Plaintiffs
   BEST BUY CO., INC.; BEST BUY PURCHASING
9  LLC; BEST BUY ENTERPRISE SERVICES, INC.;
   BEST BUY STORES, L.P. and MAGNOLIA HI-FI,
10 INC.

11

                UNITED STATES DISTRICT COURT
12
                NORTHERN DISTRICT OF CALIFORNIA
13
                    SAN FRANCISCO DIVISION
14

15

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. M 07-1827 SI<br>MDL No. 1827 |
| | Case No. 3:10-CV-4572 SI |
| This Document Relates to Individual Case No. 3:10-cv-4572-SI: | |
| | The Honorable Susan Y. Illston |
| BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES, L.P., MAGNOLIA HI-FI, INC., | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| Plaintiffs,<br>v. | |
| AU OPTRONICS CORP.; AU OPTRONICS CORPORATION AMERICA; CHI MEI CORP.; CHI MEI OPTOELECTRONICS CORP.; CHI MEI OPTOELECTRONICS, USA, INC.; CHUNGHWA PICTURE TUBES, LTD.; CMO JAPAN CO., LTD.; EPSON ELECTRONICS AMERICA, INC.; EPSON IMAGING DEVICES CORPORATION; HANNSTAR | |

82009384.1

NOTICE OF DISMISSAL WITHOUT
PREJUDICE – CASE NO. 3:10-CV-4572-SI
MASTER CASE NO. 3:07-MD-1827-SI

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10 | DISPLAY CORP; HITACHI DISPLAYS, LTD.; HITACHI ELECTRONIC DEVICES (USA), INC.; HITACHI, LTD.; KONINKLIJKE PHILIPS ELECTRONICS N.V. (aka ROYAL PHILIPS ELECTRONICS N.V. or ROYAL PHILIPS ELECTRONICS INC.); LG DISPLAY CO., LTD., LG DISPLAY AMERICA, INC.; LG ELECTRONICS U.S.A., INC.; LG ELECTRONICS, INC.; NEXGEN MEDIATECH USA, INC.; NEXGEN MEDIATECH, INC.; PHILIPS ELECTRONICS NORTH AMERICA CORP.; SEIKO EPSON CORPORATION; SHARP CORP.; SHARP ELECTRONICS CORP.; TATUNG COMPANY OF AMERICA, INC.,<br><br>Defendants. |

NOTICE IS HEREBY GIVEN that Plaintiffs BEST BUY CO., INC., BEST BUY PURCHASING LLC, BEST BUY ENTERPRISE SERVICES, INC., BEST BUY STORES, L.P., and MAGNOLIA HI-FI, INC.*,* pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, hereby dismiss, without prejudice, their action against Chi Mei Corporation, Nexgen Mediatech USA, Inc. and Nexgen Mediatech, Inc. ("Dismissed Defendants"). The Dismissed Defendants have not filed an answer to the complaint or a motion for summary judgment.

DATED: February 15, 2011

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: /s/ David Martinez
Roman M. Silberfeld, 62783
Michael A. Geibelson, 179970
David Martinez, 193183
Matthew D. Taggart, 227483

**ATTORNEYS FOR PLAINTIFFS BEST BUY CO., INC., BEST BUY PURCHASING LLC, BEST BUY ENTERPRISE SERVICES, INC., BEST BUY STORES, L.P. AND MAGNOLIA HI-FI, INC.**

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

82009384.1 — - 2 - — NOTICE OF DISMISSAL WITHOUT PREJUDICE – CASE NO. 3:10-CV-4572-SI
MASTER CASE NO. 3:07-MD-1827-SI