Jeffrey H. Howard (*pro hac vice*)
Jerome A. Murphy (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Ave. N.W.
Washington, D.C.  20004
Telephone:  (202) 624-2500
Facsimile:  (202) 628-5116
Email: jmurphy@crowell.com

Jason C. Murray, Esq. (State Bar No. 169806)
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone:  (213) 622-4750
Facsimile:  (213) 622-2690

*Counsel for Plaintiffs Target Corporation; Sears, Roebuck and Co.; Kmart Corporation; Old Comp Inc.; Good Guys, Inc.; RadioShack Corporation; and Newegg Inc.*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates to Individual Case No. 3:10-cv-04945 | **Case No. M 07-1827 SI**<br>**MDL No. 1827** |
| TARGET CORP., et al.<br><br>       Plaintiffs,<br><br>   v.<br><br>AU OPTRONICS CORPORATION, et al.,<br><br>       Defendants. | STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE AND SCHEDULING |

1
STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE AND SCHEDULING

1  WHEREAS the undersigned counsel, on behalf of their respective clients, plaintiffs Target Corp., Sears, Roebuck and Co., Kmart Corp., Old Comp Inc., Good Guys, Inc., RadioShack Corp., and Newegg Inc. (collectively, "Plaintiffs") filed a complaint in the above-captioned case against HannStar Display Corporation ("HannStar") and other defendants on November 1, 2010 ("Complaint");

WHEREAS Plaintiffs wish to avoid the burden and expense of serving process on HannStar;

WHEREAS HannStar desires a reasonable amount of time to respond to the Complaint;

WHEREAS Plaintiffs and HannStar believe that proceeding on a unified response date will create efficiency for the Court and the parties by reducing duplicative motion practice;

THEREFORE, Plaintiffs and HannStar hereby agree:

1. HannStar waives service of the Complaint under Federal Rule of Civil Procedure 4(d). This stipulation does not constitute a waiver by HannStar of any other substantive or procedural defense, including but not limited to the defense of lack of personal or subject matter jurisdiction and improper venue.

2. HannStar's deadline to move to dismiss, answer, or otherwise respond to the Complaint is April 27, 2011, which is the same response date for other defendants named in the Complaint, as established by the Stipulation and Order Regarding Service and Scheduling entered by the Court on January 28, 2011 [Individual Docket No. 12].

IT IS SO STIPULATED

DATED: February 16, 2011

2
STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE AND SCHEDULING

CROWELL & MORING LLP

By: /s/ Jerome A. Murphy
Jerome A. Murphy

JEFFREY H. HOWARD (*pro hac vice*)
JEROME A. MURPHY (*pro hac vice*)
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Phone:  (202) 624-2500
Fax:  (202) 628-5116
*jmurphy@crowell.com*

JASON C MURRAY
515 South Flower Street, 40th floor
Los Angeles, CA 90071
Tel:  (213) 422-5582
Fax:  (213) 622-2690

Attorneys for PLAINTIFFS TARGET CORP., SEARS, ROEBUCK AND CO., KMART CORP., OLD COMP INC., GOOD GUYS, INC., RADIOSHACK CORP., and NEWEGG INC.


K&L GATES LLP


By: /s/ Hugh F. Bangasser
Hugh F. Bangasser

HUGH F. BANGASSER (*pro hac vice*)
RAMONA M. EMERSON (*pro hac vice*)
CHRISTOPHER M. WYANT (*pro hac vice*)
JEFFREY L. BORNSTEIN
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104
Phone:  (206) 623-7580
Fax: (206) 623-7022
*Hugh.Bangasser@klgates.com*

Attorneys for DEFENDANT HANNSTAR DISPLAY CORPORATION


　　Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from Hugh F. Bangasser.

3
STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE AND SCHEDULING

**[PROPOSED] ORDER**

IT IS SO ~~STIPULATED~~. ORDERED

DATED this __11TH__ day of __FEB_____, __2011__.

_____
Hon. SUSAN ILLSTON

crowell moring
1001 Pennsylvania Ave., N.W.
Washington, DC 20004
(202) 624-2500