Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@jonesday.com
Caroline N. Mitchell (State Bar No. 143124)
cnmitchell@jonesday.com
David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:	(415) 626-3939
Facsimile:	(415) 875-5700

Attorneys for
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION** | Master File No. M:07-1827 SI<br>MDL No. 1827 |
| This Document Relates to:<br>**ALL ACTIONS** | **[PROPOSED] ORDER GRANTING APPLE INC.'S REQUEST TO FILE REPLY BRIEF IN SUPPORT OF ADMINISTRATIVE MOTION TO CLARIFY ITS REQUEST FOR EXCLUSION FROM SETTLEMENT CLASSES OR, IN THE ALTERNATIVE, FOR AN ENLARGEMENT OF TIME TO REQUEST EXCLUSION FROM SETTLEMENT CLASSES** |

1  Having considered Apple Inc.'s ("Apple") request to file a Reply Brief in Support of its
2  Administrative Motion to Clarify its Request for Exclusion from the Settlement Classes or, in the
3  Alternative, for an Enlargement of Time to Request Exclusion from the Settlement Classes, and
4  for good cause shown, IT IS HEREBY ORDERED THAT Apple's request is GRANTED and
5  Apple's reply brief shall be deemed filed.

**IT IS SO ORDERED.**

Dated: __2/9/11__, 2011       By: _____
                                   Hon. Susan Illston
                                   United States District Judge

SFI-661747v1

- 1 -

[PROPOSED] ORDER
Case No. M:07-1827 SI