MORGAN, LEWIS & BOCKIUS LLP
KENT M. ROGER, State Bar No. 95987
HERMAN J. HOYING, State Bar No. 257495
JENNIFER L. CALVERT, State Bar No. 258018
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
kroger@morganlewis.com
hhoying@morganlewis.com
jennifer.calvert@morganlewis.com

Attorneys for Defendants
HITACHI, LTD., HITACHI DISPLAYS, LTD.,
HITACHI ELECTRONIC DEVICES (USA), INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE:  TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL DIRECT PURCHASER ACTIONS | Case No. 3:07-md-1827 SI<br>MDL No. 1827<br><br>**DECLARATION OF KENT M. ROGER IN SUPPORT OF HITACHI, LTD.'S, HITACHI DISPLAYS, LTD.'S AND HITACHI ELECTRONIC DEVICES (USA), INC.'S ADMINISTRATIVE MOTION TO SEAL A PORTION OF THE EUROPEAN COMMISSION'S FEBRUARY 15, 2011 LETTER IN RESPONSE TO SPECIAL MASTER'S DECEMBER 22, 2010 ORDER** |

I, Kent M. Roger, declare as follows:

  1. I am a partner in the law firm of Morgan, Lewis & Bockius, LLP, counsel of record for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. and Hitachi Electronic Devices (USA), Inc. (collectively, the "Hitachi Defendants") in the above-captioned action.  I am duly licensed and admitted to practice before this Court.  I have personal knowledge of the facts stated herein, and if called upon as a witness, I could and would testify competently to those facts.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22226653.1

CASE NO. 3:07-MD-1827 SI; MDL NO. 1827

DECL. OF KENT M. ROGER ISO HITACHI DEFENDANTS' MOTION TO SEAL

1    2.	Attached hereto as Exhibit A is a true and correct copy of the Court's Order granting the European Commissions' request to make a submission in response to the Special Master's December 22, 2010 Order on February 15, 2011 and to make such submission under seal. (Dkt. No. 2347.)

3.	On February 15, 2011, counsel for Hitachi, Ltd., Hitachi Displays, Ltd., and Hitachi Electronic Devices (USA), Inc. (collectively, the "Hitachi Defendants"), at the request of the European Commission, electronically filed a redacted version of the European Commission's February 15, 2011 Letter with the Court in response to the Special Master's December 22, 2010 Order ("February 15 Letter"). Attached hereto as Exhibit B is a true and correct copy of the redacted February 15 Letter as filed. (Dkt. No. 2450.)

4.	On February 15, 2011, counsel for the Hitachi Defendants were informed by the European Commission that the unredacted version of the February 15 Letter contained highly confidential information. Counsel for the Hitachi Defendants have not reviewed the original or any copy of the unredacted version of the February 15 Letter.

5.	On February 15, 2011, counsel for the Hitachi Defendants were informed by the European Commission that it was unable to submit an unredacted sealed version of the February 15 Letter to the Court and that the Courtroom Deputy directed the European Commission to the Court's Local Rules for making submissions under seal.

6.	The European Commission then requested the Hitachi Defendants' counsel's assistance in filing the unredacted version of the February 15 Letter under seal with the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 22nd day of February, 2011.

/s/ Kent M. Roger_____
Kent M. Roger

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22226653.1

2    CASE NO. 3:07-MD-1827 SI; MDL NO. 1827
DECL. OF KENT M. ROGER ISO HITACHI DEFENDANTS' MOTION TO SEAL