GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234,
JSanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301,
RBrass@gibsondunn.com
REBECCA JUSTICE LAZARUS, SBN 227330,
RJustice@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendant
TATUNG COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates to Individual Case No. 3:10-cv-05625-SI<br><br>ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>AU OPTRONICS CORPORATION, et al.,<br><br>Defendants. | CASE NO. 03:10-MD-05625-SI<br><br>MDL NO. 3:07-MD-01827-SI<br><br>**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT TATUNG COMPANY OF AMERICA TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER**<br><br>Date Action Filed: December 10, 2010 |

The undersigned counsel, on behalf of Plaintiff Alfred E. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust ("Circuit City Trust"), and Defendant Tatung Company of America ("Tatung") hereby stipulate and agree as follows:

WHEREAS, Circuit City Trust filed a Complaint in the above-captioned case against Defendant Tatung and other defendants, on December 10, 2010;

WHEREAS, on February 2, 2011, Circuit City Trust entered into a stipulation with defendants AU Optronics Corporation, AU Optronics Corporation America, Chi Mei Corporation, Chi Mei Optoelectronics Corporation, Chi Mei Optoelectronics USA, Inc., CMO Japan Co. Ltd.,

1

Stipulation of Extension of Time For Defendant Tatung Company of America to Respond to Complaint;
[Proposed] Order, Case No.: 3:10-CV-05625-SI; MDL No. 3:07-MD-01827-SI

Gibson, Dunn &
Crutcher LLP

| | |
|---|---|
| 1 | Nexgen Mediatech,Inc., Nexgen Mediatech USA, Inc., Epson Imaging Devices Corporation, Epson |
| 2 | Electronics America, lnc., HannStar Display Corporation, LG Display Co. Ltd., LG Display America, |
| 3 | lnc., Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., Samsung Electronics America, |
| 4 | Inc., Sharp Corporation, Sharp Electronics Corporation, Toshiba Corporation, Toshiba America |
| 5 | Electronic Components, Inc., Toshiba Mobile Display Co., Ltd., Toshiba America Information |
| 6 | Systems, Inc., Hitachi, Ltd., Hitachi Displays, Ltd., and Hitachi Electronic Devices (USA), Inc. |
| 7 | ("Stipulating Defendants") whereby Circuit City Trust agreed that Stipulating Defendants' deadline |
| 8 | to move to dismiss, answer, or otherwise respond to the Complaint would be 90 days from the |
| 9 | execution of the stipulation; and |
| 10 |     WHEREAS, on February 8, 2011, this Court previously approved the stipulation between |
| 11 | Circuit City Trust and the Stipulating Defendants; |
| 12 |     WHEREAS Tatung acknowledges that Circuit City Trust served the Complaint on Tatung on |
| 13 | February 9, 2011 and Circuit City Trust acknowledges that this stipulation does not constitute a |
| 14 | waiver by Tatung of any other substantive or procedural defense, including but not limited to the |
| 15 | defenses of lack of personal or subject matter jurisdiction and improper venue; |
| 16 |     WHEREAS, Circuit City Trust and Tatung have reached an agreement to extend the time |
| 17 | within which Tatung must move against, answer or otherwise respond to Circuit City Trust's |
| 18 | Complaint such that Tatung's response will be due at the same time as the responses of the |
| 19 | Stipulating Defendants; |
| 20 | // |
| 21 | // |
| 22 | // |
| 23 | // |
| 24 | // |
| 25 | // |
| 26 | // |
| 27 | // |
| 28 | // |

Gibson, Dunn & Crutcher LLP

2

Stipulation of Extension of Time For Defendant Tatung Company of America to Respond to Complaint; [Proposed] Order, Case No.: 3:10-CV-05625-SI; MDL No. 3:07-MD-01827-SI

THEREFORE, the time within which Tatung must move against, answer, or otherwise respond to Circuit City Trust's Complaint is extended until 90 days from February 2, 2011 (the date of execution of the stipulation between Circuit City Trust and the Stipulating Defendants).

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: February 23, 2011

By: /s/ Rachel S. Brass

Joel S. Sanders (CA Bar No. 107234)
Rachel S. Brass (CA Bar No. 219301)
Rebecca Justice Lazarus (CA Bar No. 227330)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
(415)393.8200 (Phone)
(415)393.8306 (Facsimile)
rbrass@gibsondunn.com

*Attorneys for Defendant Tatung Company of America*

By: /s/ Kenneth S. Marks

Kenneth S. Marks (admitted pro hac vice)
Susman Godfrey LLP
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
(713) 651-9366
(713) 654-6666
kmarks@susmangodfrey.com

*Attorneys for Alfred H. Siegel, as Trustee of Circuit City Stores, Inc. Liquidating Trust*

**Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from the signatories to this document.**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

2/23/11
_____
Date Entered

_____
Honorable Judge Susan Illston

101026959_1.DOC

3

Stipulation of Extension of Time For Defendant Tatung Company of America to Respond to Complaint; [Proposed] Order, Case No.: 3:10-CV-05625-SI; MDL No. 3:07-MD-01827-SI

Gibson, Dunn & Crutcher LLP