Paul P. Eyre
Ernest E. Vargo
Michael E. Mumford
BAKER HOSTETLER LLP
PNC Center
1900 East Ninth Street, Suite 3200
Cleveland, OH 44114-3482
Telephone:    (216) 621-0200
Facsimile:    (216) 696-0740
Email:        peyre@bakerlaw.com
              evargo@bakerlaw.com
              mmumford@bakerlaw.com

Tracy L. Cole
BAKER HOSTETLER LLP
45 Rockefeller Plaza
11th Floor
New York, NY 10111
Telephone:    (212) 589-4228
Facsimile:    (212) 589-4201
Email:        tcole@bakerlaw.com

Attorneys for Defendant
Mitsui & Co. (Taiwan), Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates to Individual Case No. C 11-0829 SI | Master File No. 3:07-md-1827 SI<br><br>MDL No. 1827 |
| METROPCS WIRELESS, INC.,<br><br>    Plaintiff,<br>v.<br><br>AU OPTRONICS CORPORATION, et al.,<br><br>    Defendants. | Individual Case No. C 11-0829 SI<br><br>STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT, WAIVER OF SERVICE, AND [PROPOSED] ORDER<br><br>**Clerk's Action Required** |

WHEREAS, plaintiff MetroPCS Wireless, Inc. ("MetroPCS") filed a complaint in the above-captioned case against AU Optronics Corporation, AU Optronics Corporation America, Chi Mei Optoelectronics Corporation, Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Epson Electronics America, Inc., Epson Imaging Devices Corporation, Hannstar Display

Corporation, Hitachi Electronic Devices (USA), Inc., Hitachi, Ltd., Hitachi Displays, Ltd., Mitsui & Co. (Taiwan), Ltd., Sanyo Consumer Electronics Co., Ltd., Sharp Corporation, Sharp Electronics Corporation, Tatung Company of America, Inc., Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., Toshiba Corporation, and Toshiba Mobile Display Co., Ltd. (collectively, "Stipulating Defendants"), among other defendants, on December 17, 2010 ("Complaint");

WHEREAS, MetroPCS wishes to avoid the burden and expense of serving process on the Stipulating Defendants;

WHEREAS, the Stipulating Defendants desire a reasonable amount of time to respond to the Complaint; and

WHEREAS, MetroPCS and the Stipulating Defendants believe that proceeding on a unified response date will create efficiency for the Court and the parties.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, MetroPCS, on the one hand, and the Stipulating Defendants, on the other hand, as follows:

1. The Stipulating Defendants waive service of the Complaint under Federal Rule of Civil Procedure 4(d). This stipulation does not constitute a waiver by the Stipulating Defendants of any other substantive or procedural defense, including but not limited to the defenses of lack of personal or subject matter jurisdiction and improper venue.

2. The Stipulating Defendants' deadline to move to dismiss, answer, or otherwise respond to the Complaint will be ninety (90) days from the execution of this stipulation. In computing this time period, Rule 6 of the Federal Rules of Civil Procedure shall govern.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
CLEVELAND

1   DATED: February 25, 2011

2

3   By: /s/ Christopher A. Nedeau
    Christopher A. Nedeau (CA Bar No. 81297)
4   Carl L. Blumenstein (CA Bar No. 124158)
    Katharine Chao (CA Bar No. 247571)
5   NOSSAMAN LLP
    50 California Street, 34th Floor
6   San Francisco, California  94111-4799
    (415) 398-3600 (Phone)
7   (415) 398-2438 (Facsimile)
    *cnedeau@nossaman.com*
8   *cblumenstein@nossaman.com*
    *kchao@nossaman.com*
9
    *Counsel for Defendants AU Optronics Corporation and AU Optronics Corporation America*
10

11  By: /s/ Adam Raviv
    Nathan L. Walker (CA Bar No. 206128)
12  WILMER CUTLER PICKERING HALE AND DORR LLP
    950 Page Mill Road
13  Palo Alto, California  94304
    (650) 858-6000 (Phone)
14  (650) 858-6100 (Facsimile)
    *Nathan.Walker@wilmerhale.com*
15
    Steven Cherry (*pro hac vice*)
16  Adam Raviv (*pro hac vice*)
    WILMER CUTLER PICKERING HALE AND DOOR LLP
17  1875 Pennsylvania Avenue, N.W.
    Washington, D.C. 20006
18  (202) 663-6000 (Phone)
    (202) 663-6363 (Facsimile)
19  *Steven.Cherry@wilmerhale.com*
    *Adam.Raviv@wilmerhale.com*
20
    *Counsel for Chi Mei Optoelectronics Corporation, Chi Mei Optoelectronics USA, Inc.,*
21  *CMO Japan Co., Ltd.*

22

23

24

25

26

27

28

Baker & Hostetler LLP
Attorneys At Law
Cleveland

1  By: /s/ Stephen P. Freccero
   Melvin R. Goldman (CA Bar No. 34097)
2  Stephen P. Freccero (CA Bar No. 131093)
   Derek F. Foran (CA Bar No. 224569)
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, CA 94105-2482
   (415) 268-7000 (Phone)
5  (415) 268-7522 (Facsimile)
   *mgoldman@mofo.com*
6  *sfreccero@mofo.com*
   *dforan@mofo.com*
7
   *Counsel for Defendants Epson Electronics America, Inc. and Epson Imaging Devices*
8  *Corporation*

9

10 By: /s/ Ramona M. Emerson
   Hugh F. Bangasser (*pro hac vice*)
11 Ramona M. Emerson (*pro hac vice*)
   Christopher M. Wyant (*pro hac vice*)
12 Jeffrey L. Bornstein (CA Bar No. 99358)
   K&L GATES LLP
13 925 Fourth Avenue, Suite 2900
   Seattle, WA 98104
14 (206) 623-7580 (Phone)
   (206) 370-6371 (Facsimile)
15 *romana.emerson@klgates.com*

16
   *Counsel for Defendant Hannstar Display Corporation*
17

18
   By: /s/ Kent M. Roger
19 Kent M. Roger (CA Bar No. 95987)
   Michelle Kim-Szrom (CA Bar No. 252901)
20 Jennifer L. Calvert (CA Bar No. 258018)
   MORGAN LEWIS & BOCKIUS LLP
21 One Market, Spear Street Tower
   San Francisco, CA 94105-1126
22 (415) 442-1000 (Phone)
   (415) 442-1001 (Facsimile)
23 *kroger@morganlewis.com*
   *mkim-szrom@morganlewis.com*
24 *jennifer.calvert@morganlewis.com*

25 *Counsel for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. and Hitachi Electronic Devices (USA), Inc.*

26

27

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
CLEVELAND

503228667.6                                        4                                   Case No. C 11-0829 SI
STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT,
WAIVER OF SERVICE, AND [PROPOSED] ORDER

```
 1   By: /s/ Michael E. Mumford
     Paul P. Eyre
 2   Ernest E. Vargo
     Michael E. Mumford
 3   BAKER & HOSTETLER LLP
     PNC Center
 4   1900 East Ninth Street, Suite 3200
     Cleveland, Ohio 44114-3482
 5   (216) 621-0200 (Phone)
     (216) 696-0740 (Facsimile)
 6   peyre@bakerlaw.com
     evargo@bakerlaw.com
 7   mmumford@bakerlaw.com

 8   Counsel for Defendant Mitsui & Co. (Taiwan), Ltd.

 9

10   By: /s/ Allison A. Davis
     Allison A. Davis (CA Bar No. 139203)
11   DAVIS WRIGHT TREMAINE LLP
     505 Montgomery Street, Suite 800
12   San Francisco, CA 94111-6533
     (415) 276-6500 (Phone)
13   (415) 276-6599 (Facsimile)
     allisondavis@dwt.com
14
     Counsel for Defendant Sanyo Consumer Electronics Co., Ltd.
15

16   By: /s/ Jacob R. Sorenson
     John M. Grenfell (CA Bar No. 88500)
17   Jacob R. Sorensen (CA Bar No. 209134)
     Fusae Nara (pro hac vice)
18   PILLSBURY WINTHROP SHAW PITTMAN LLP
     50 Fremont Street
19   San Francisco, CA 94105
     (415) 983-1000 (Phone)
20   (415) 983-1200 (Facsimile)
     john.grenfell@pillsburylaw.com
21   jake.sorensen@pillsburylaw.com
     fusae.nara@pillsburylaw.com
22
     Counsel for Defendants Sharp Corporation and Sharp Electronics Corporation
23

24

25

26

27

28
```

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
CLEVELAND

503228667.6                                5                         Case No. C 11-0829 SI
STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT,
WAIVER OF SERVICE, AND [PROPOSED] ORDER

By: /s/ Rachel S. Brass
Rachel S. Brass
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-2933
(415) 393-8200 (Phone)
(415) 393-8306 (Facsimile)
*rbrass@gibsondunn.com*

*Counsel for Defendant Tatung Company of America, Inc.*


By: /s/ John H. Chung
John H. Chung
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036-2787
(212) 819-8200 (Phone)
(212) 354-8113 (Facsimile)
*jchung@whitecase.com*

*Counsel for Defendants Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., and Toshiba Mobile Display Co., Ltd.*


By: /s/ Philip J. Iovieno
William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W., Suite 800
Washington, D.C. 20015
(202) 237-2727 (Phone)
(202) 237-6131 (Facsimile)
*wisaacson@bsfllp.com*

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY 12207
(518) 434-0600 (Phone)
(518) 434-0665 (Facsimile)
*piovieno@bsfllp.com*
*anardacci@bsfllp.com*

*Counsel for Plaintiff MetroPCS Wireless, Inc.*

503228667.6     6     Case No. C 11-0829 SI
STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT,
WAIVER OF SERVICE, AND [PROPOSED] ORDER

**[PROPOSED] ORDER**

IT IS SO STIPULATED.

DATED this __28th_ day of __February__, _2011_.

By: _____
Hon. SUSAN ILLSTON