Randall Allen (State Bar No. 264067)
**ALSTON + BIRD LLP**
275 Middlefield Road, Suite 150
Menlo Park, California 94025
Telephone: 650-838-2000
Facsimile: 650-838-2001
Email: randall.allen@alston.com

Peter Kontio (peter.kontio@alston.com)
Valarie C. Williams (valarie.williams@alston.com)
B. Parker Miller (parker.miller@alston.com)
Joann E. Johnston (joann.johnston@alston.com)
Lisa K. Bojko (lisa.bojko@alston.com)
Donald M. Houser (donald.houser@alston.com)
**ALSTON + BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: 404-881-7000
Facsimile: 404-881-7777

Richard W. Stimson (rick.stimson@alston.com)
**ALSTON + BIRD LLP**
Chase Tower, Suite 3601
2200 Ross Avenue
Dallas, Texas 75201
Telephone: 214-922-3400
Facsimile: 214-922-3899

*Attorneys for Plaintiffs Nokia Corporation and Nokia Inc.*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates to: Case Nos. 07-MD-1827 and 3:09-CV-5609<br><br>NOKIA CORPORATION and NOKIA INC.,<br><br>               Plaintiffs,<br><br>v.<br><br>AU OPTRONICS CORPORATION et al.<br><br>               Defendants. | CASE NO: 3:09-CV-5609<br>MDL FILE NO: M:07-CV-1827-SII<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE AND EXTENDING BRIEFING SCHEDULE** |

1  WHEREAS, on July 23, 2010, Plaintiffs Nokia Corporation and Nokia, Inc. (collectively, "Nokia") filed an amended complaint (the "Amended Complaint") in the above-captioned action; and

WHEREAS, on August 27, 2010, Defendant Philips Electronics North America Corporation ("PENAC") filed a motion to dismiss the Amended Complaint (the "Motion to Dismiss"); and

WHEREAS, the return date for the Motion to Dismiss originally was designated to be November 3, 2010; and

WHEREAS, on October 7, 2010, PENAC and Nokia entered into a standstill and tolling agreement (the "Tolling Agreement") to provide the parties with an opportunity to engage in discussions regarding possible entry into a further tolling agreement and corresponding suspension of the action as against PENAC; and

WHEREAS, on October 21, 2010, the Court approved an extension to the briefing schedule and a continuance of the hearing date to allow for the parties to engage in discussions pursuant to the Tolling Agreement; and

WHEREAS, the October 21, 2010 Order provided that (1) the hearing set for November 3, 2010 would be continued until January 13, 2011; (2) Nokia would file any opposition to the Motion to Dismiss on or before December 2, 2010; and (3) PENAC would file any reply to Nokia's opposition on or before December 23, 2010; and

WHEREAS, on December 1, 2010, the Court approved a second extension to the briefing schedule and a second continuance of the hearing date to allow for the parties to continue their discussions pursuant to the Tolling Agreement; and

WHEREAS, the December 1, 2010 Order provided that (1) the hearing set for January 13, 2011 would be continued until February 18, 2011; (2) Nokia would file any opposition to the Motion to Dismiss on or before December 21, 2010; and (3) PENAC would file any reply to Nokia's opposition on or before January 17, 2011; and

WHEREAS, on December 21, 2010, the Court approved a third extension to the briefing schedule and a third continuance of the hearing date to allow for the parties to continue their discussions pursuant to the Tolling Agreement; and

1  WHEREAS, the December 21, 2010 Order provided that (1) the hearing set for February 18, 2011 would be continued until February 25, 2011, or as soon thereafter as the Court could hear the matter; (2) Nokia would file any opposition to the Motion to Dismiss on or before January 11, 2011; and (3) PENAC would file any reply to Nokia's opposition on or before February 7, 2011;

WHEREAS, on January 10, 2010, the Court approved a fourth extension to the briefing schedule and a fourth continuance of the hearing date to allow for the parties to continue their discussions pursuant to the Tolling Agreement;

WHEREAS, the January 10, 2010 Order provided that (1) the hearing set for February 25, 2011 would be continued until March 25, 2011, or as soon thereafter as the Court could hear the matter; (2) Nokia would file any opposition to the Motion to Dismiss on or before February 10, 2011; and (3) PENAC would file any reply to Nokia's opposition on or before March 7, 2011; and

WHEREAS, the parties have reached an agreement in principal to settle the matter and would benefit from an additional extension of time to finalize the terms of that agreement;

NOW THEREFORE, PENAC and Nokia, by and through their respective counsel, stipulate and agree, subject to the Court's approval, that (1) the above-mentioned hearing currently set for March 25, 2011, shall be continued until May 6, 2011, or as soon thereafter as the Court may hear the matter; (2) Nokia will file any opposition to the Motion to Dismiss on or before April 1, 2011; and (3) PENAC will file any reply to Nokia's opposition on or before April 22, 2011.

IT IS SO ORDERED

DATED:  2/28/11

HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

<u>Attestation</u>: The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

Dated: February 28, 2011

                                           */s/ B. Parker Miller*
                                            B. Parker Miller

STIPULATED AND AGREED TO BY:

Dated:  February 28, 2011

*/s/ Brendan P. Cullen*
Brendan P. Cullen
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:     (650) 461-5600
Facsimile:      (650) 461-5700

Garrard R. Beeney
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498
Telephone:     (212) 558-4000
Facsimile:      (212) 558-3588

*Counsel for Defendant*
*Philips Electronics North America Corporation*

Dated:  February 28, 2011

*/s/ B. Parker Miller*
B. Parker Miller
Peter Kontio
Valarie C. Williams
ALSTON + BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone:     (404) 881-7000
Facsimile:      (404) 881-7777

Randall Allen
ALSTON + BIRD LLP
275 Middlefield Road, Suite 150
Menlo Park, California 94025
Telephone:     (650) 838-2000
Facsimile:      (650) 838-2001

*Counsel for Plaintiff*
*Nokia Corporation and Nokia Inc.*

|   |   |
|---|---|
| 1 | Randall Allen (State Bar No. 264067)<br>**ALSTON + BIRD LLP** |
| 2 | 275 Middlefield Road, Suite 150<br>Menlo Park, California  94025 |
| 3 | Telephone:  650-838-2000<br>Facsimile:  650-838-2001 |
| 4 | Email:  randall.allen@alston.com |
| 5 | Peter Kontio (peter.kontio@alston.com)<br>Valarie C. Williams (valarie.williams@alston.com) |
| 6 | B. Parker Miller (parker.miller@alston.com)<br>**ALSTON + BIRD LLP** |
| 7 | 1201 West Peachtree Street<br>Atlanta, Georgia 30309 |
| 8 | Telephone:  404-881-7000<br>Facsimile:  404-881-7777 |
| 9 | Richard W. Stimson (rick.stimson@alston.com) |
| 10 | **ALSTON + BIRD LLP**<br>Chase Tower, Suite 3601 |
| 11 | 2200 Ross Avenue<br>Dallas, Texas 75201 |
| 12 | Telephone:  214-922-3400<br>Facsimile:  214-922-3899 |
| 13 | *Attorneys for Plaintiffs Nokia Corporation and Nokia Inc.* |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates to:  All Cases<br><br>NOKIA CORPORATION and<br>NOKIA INC.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br><br>AU OPTRONICS CORPORATION et al.<br><br>　　　　　Defendants. | CASE NO: 3:09-CV-5609<br>MDL FILE NO: 3:07-MD-1827-SI<br><br>**CERTIFICATE OF SERVICE** |
|---|---|

　　　I hereby certify that on February 28, 2011, I electronically filed the foregoing **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE AND EXTENDING BRIEFING SCHEDULE** with the Clerk of Court using the CM/ECF system which will automatically send email notification to the parties and counsel of record.

| CERTIFICATE OF SERVICE | 1 | MASTER FILE NO. 07-MD-1827-SI<br>CASE NO. 3:09-CV-5609 |
|---|---|---|

1  This 28th day of February, 2011.

2

3                              By:   /s/ B. Parker Miller
                                     B. Parker Miller
4                                    **ALSTON + BIRD LLP**
                                     1201 West Peachtree Street
5                                    Atlanta, Georgia 30309
                                     Telephone:  404-881-7000
6                                    Facsimile:  404-881-7777

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**               2               **MASTER FILE NO. 07-MD-1827-SI**
                                                         **CASE NO. 3:09-CV-5609**