Richard M. Heimann (State Bar No. 063607)
Joseph R. Saveri (State Bar No. 130064)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

Bruce L. Simon (State Bar No. 096241)
PEARSON, SIMON, WARSHAW & PENNY, LLP
44 Montgomery Street, Suite 2450
San Francisco, CA  94104
Telephone:     (415) 433-9000
Facsimile:      (415) 433-9008

*Co-Lead Counsel for the Direct Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. 3:07-md-1827 SI<br>MDL No. 1827 |
| This Document Relates To:<br><br>ALL DIRECT PURCHASER CLASS ACTIONS | **STIPULATION AND [PROPOSED] ORDER RE DIRECT PURCHASER CLASS PLAINTIFFS' DEADLINE TO DISCLOSE EXPERTS**<br><br>Date:       None<br>Time:       None<br>Courtroom: 10, 19th Floor<br><br>The Honorable Susan Illston |

1  WHEREAS, the Order Re: Pretrial and Trial Schedule (Dkt. 2165) sets March 1,
2  2011 as the deadline for class plaintiffs to disclose the "identities of plaintiffs' experts and one
3  paragraph description of issues to be addressed by each expert,"

4  WHEREAS, Direct Purchaser Class Plaintiffs and Defendants agree to a one week
5  extension for this disclosure;

6  THEREFORE IT IS HEREBY STIPULATED AND AGREED by and between
7  Direct Purchaser Class Plaintiffs and Defendants, by and through their undersigned counsel, that
8  Plaintiffs' deadline to disclose their experts and provide a description of issues to be addressed by
9  each expert shall be extended to March 8, 2011.  Defendants' deadline to disclose their experts
10  and provide a description of issues to be addressed by each expert shall be extended to April 14,
11  2011.

12  SO STIPULATED.

Dated: March 1, 2011            By:      /s/ Eric B. Fastiff
                                         Eric B. Fastiff

                                Richard M. Heimann (State Bar No. 063607)
                                Joseph R. Saveri (State Bar No. 130064)
                                Eric B. Fastiff (State Bar No. 182260)
                                LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                275 Battery Street, 29th Floor
                                San Francisco, CA  94111-3339
                                Telephone:  415.956.1000
                                Facsimile:  415.956.1008

                                Bruce L. Simon (State Bar No. 096241)
                                PEARSON, SIMON, WARSHAW & PENNY, LLP
                                44 Montgomery Street, Suite 2450
                                San Francisco, CA  94104
                                Telephone:    (415) 433-9000
                                Facsimile:    (415) 433-9008

                                *Co-Lead Counsel for the Direct Purchaser Class Plaintiffs*

| | | |
|---|---|---|
| 1 | March 1, 2011 | By: *Carl L. Blumenstein* |
| | | Carl L. Blumenstein |
| 2 | | |
| | | Christopher A. Nedeau |
| 3 | | Carl L. Blumenstein |
| | | NOSSAMAN LLP |
| 4 | | 50 California Street, 34th Floor |
| | | San Francisco, CA 94111 |
| 5 | | Telephone: (415) 438-7274 |
| | | Facsimile: (415) 398-2438 |
| 6 | | |
| | | *Co-Liaison Counsel for Defendants* |
| 7 | March 1, 2011 | By: *Steven F. Cherry* |
| 8 | | Steven F. Cherry |
| 9 | | Steven F. Cherry |
| | | Gordon Pearson |
| 10 | | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 11 | | 1875 Pennsylvania Avenue, NW |
| | | Washington, DC 20007 |
| 12 | | Telephone: (202) 663-6000 |
| | | Facsimile: (202) 663-6363 |
| 13 | | |
| | | *Co-Liaison Counsel for Defendants* |

**Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from Carl L. Blumenstein and Steve F. Cherry.**

**ORDER**

SO ORDERED this ___3rd___ day of ___March___, 2011.

_____
THE HONORABLE SUSAN ILLSTON
United States District Judge