GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234,
JSanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301,
RBrass@gibsondunn.com
REBECCA JUSTICE LAZARUS, SBN 227330,
RJustice@gibsondunn.com
SERENA G. LIU, SBN 264977,
SGLiu@gibsondunn.com
555 Mission Street
Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendant
CHUNGHWA PICTURE TUBES, LTD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827 SI<br>MDL No. 1827 |
| This Document Related to<br>Individual Case No. 3:10-cv-4572-SI | Individual Case No. 3:10-cv-4572-SI |
| BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES, L.P.; and MAGNOLIA HI-FI, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AU OPTRONICS CORP.; AU OPTRONICS CORPORATION AMERICA; CHI MEI CORP.; CHI MEI OPTOELECTRONICS CORP.; CHI MEI OPTOELECTRONICS, USA, INC.; CHUNGHWA PICTURE TUBES, LTD.; CMO JAPAN CO., LTD.; EPSON ELECTRONICS AMERICA, INC.; EPSON IMAGING DEVICES CORPORATION; HANNSTAR DISPLAY CORP; HITACHI DISPLAYS, LTD.; HITACHI ELECTRONIC DEVICES (USA), INC.; HITACHI, LTD.; KONINKLIJKE PHILIPS ELECTRONICS N.V. (aka ROYAL PHILIPS ELECTRONICS N.V. or ROYAL PHILIPS ELECTRONICS INC.); LG DISPLAY CO.; LTD., LG DISPLAY AMERICA, INC.; LG ELECTRONICS U.S.A., INC.; LG | **STIPULATION AND [PROPOSED] ORDER WAIVING ORAL ARGUMENT ON BEST BUY'S MOTION TO SERVE DEFENDANT CHUNGHWA PICTURE TUBES, LTD. THROUGH ITS U.S. COUNSEL** |

| | |
|---|---|
| 1 | ELECTRONICS, INC.; NEXGEN MEDIATECH USA, INC.; NEXGEN MEDIATECH, INC.; PHILIPS ELECTRONICS NORTH AMERICA CORP.; SEIKO EPSON CORPORATION; SHARP CORP.; SHARP ELECTRONICS CORP.; TATUNG COMPANY OF AMERICA, INC., |
| | Defendants. |

The undersigned counsel, on behalf of Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., and Magnolia Hi-Fi, Inc. (collectively "Best Buy") and Defendant Chunghwa Picture Tubes, Ltd. ("Chunghwa"), request that the Court take off calendar the hearing on Best Buy's Motion for Order to Serve Defendant Chunghwa Picture Tubes, Ltd. Through Its U.S. Counsel (the "Motion") and rule based on the papers.

WHEREAS Best Buy filed the Motion on February 16, 2011 and Chunghwa filed a Memorandum in Opposition on March 4, 2011;

WHEREAS Best Buy and Chunghwa agree that the issue has been fully briefed; and

WHEREAS the Court has previously heard argument and ruled on substantially similar motions in related cases;

THEREFORE, Best Buy and Chunghwa, by their respective counsel, stipulate and agree to waive oral argument on the Motion, and submit to the Court's ruling on the papers that have been filed. The parties agree that the hearing scheduled for 9:00 a.m. on March 25, 2011 may be taken off

//
//
//
//
//
//
//

1  calendar, subject to any further direction of the Court.

2      IT IS SO STIPULATED.

3                                Respectfully submitted,

4  DATED: March 4, 2011

5                                By: _____/s/ David Martinez_____

Roman M. Silberfeld, SBN 62783
David Martinez, SBN 193183
Stephanie Santoro, SBN 260994
ROBINS, KAPLAN MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
Facsimile: (310) 229-58001
Telephone: (213) 443-5582
Facsimile: (213) 622-2690

*Counsel for Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., and Magnolia Hi-Fi, Inc.*

By: _____/s/ Rachel S. Brass_____
Joel S. Sanders, SBN 107234
Rachel S. Brass, SBN 219301
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
Suite 3000
San Francisco, California 94105-2933
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

*Counsel for Defendant Chunghwa Picture Tubes, Ltd.*

**Attestation:** The filer of this document attests that the concurrence of the other signatory thereto has been obtained.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3/8/11
_____  _____  _____
Date Entered                                    Honorable Judge Susan Illston

**DECLARTION OF SERVICE**

I, Carol Dickerson, declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, California, 94105, in said County and State. On March 4, 2011, I served the within:

**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT AND [PROPOSED] ORDER**

to all named counsel of record as follows:

 **BY ECF (ELECTRONIC CASE FILING)**: I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service on March 4, 2011. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Declaration of Service was executed by me on March 4, 2011, at San Francisco, California.

                                                        /s/ Carol Dickerson
                                                          Carol Dickerson