GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234,
JSanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301,
RBrass@gibsondunn.com
REBECCA JUSTICE LAZARUS, SBN 227330,
RJustice@gibsondunn.com
SERENA G. LIU, SBN 264977,
SGLiu@gibsondunn.com
555 Mission Street
Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendant
CHUNGHWA PICTURE TUBES, LTD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | CASE NO. 03:07-MD-01827 SI<br>INDIVIDUAL CASE NO. C V:10-4945 SI |
| This Document Related to Individual Case No. C V:10-4945 SI<br><br>TARGET CORP.; SEARS, ROEBUCK AND CO.; KMART CORP.; OLD COMP INC.; GOOD GUYS, INC.; RADIOSHACK CORP.; NEWEGG INC.,<br><br>                Plaintiffs,<br><br>   v.<br><br>AU OPTRONICS CORPORATION, AU OPTRONICS CORPORATION AMERICA, INC.; CHI MEI OPTOELECTRONICS CORPORATION; CHI MEI OPTOELECTRONICS USA, INC.; CMO JAPAN CO. LTD.; NEXGEN MEDIATECH, INC.; NEXGEN MEDIATECH USA, INC.; CHUNGHWA PICTURE TUBES LTD.; TATUNG COMPANY OF AMERICA, INC.; EPON IMAGING DEVICES CORPORATION; EPSON ELECTRONICS AMERICA, INC.; HANNSTAR DISPLAY CORPORATION; LG DISPLAY CO. LTD.; LG DISPLAY AMERICA, INC.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG ELECTRONICS AMERICA, INC.; SHARP | **STIPULATION AND [PROPOSED] ORDER WAIVING ORAL ARGUMENT ON PLAINTIFFS' MOTION FOR ORDER AUTHORIZING PLAINTIFFS TO SERVE CHUNGHWA PICTURE TUBES, LTD. THROUGH ITS U.S. COUNSEL** |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | CORPORATION; SHARP ELECTRONICS CORPORATION; TOSHIBA CORPORATION; TOSHIBA AMERICA ELECTRONICS COMPONENTS, INC.; TOSHIBA MOBILE DISPLAY TECHNOLOGY CO., LTD.; TOSHIBA AMERICA INFORMATION SYSTEMS, INC.,<br><br>                    Defendants. |

8    The undersigned counsel, on behalf of Plaintiffs Target Corporation, Sears, Roebuck and Co.,

9  Kmart Corporation, Old Comp Inc., Good Guys, Inc., RadioShack Corporation, and Newegg Inc.

10 (collectively "Plaintiffs") and Defendant Chunghwa Picture Tubes, Ltd. ("Chunghwa"), request that

11 the Court take off calendar the hearing on Plaintiffs' Motion for Order Authorizing Plaintiffs to Serve

12 Defendant Chunghwa Picture Tubes, Ltd. Through Its U.S. Counsel (the "Motion") and rule based on

13 the papers.

14    WHEREAS Plaintiffs filed the Motion on February 15, 2011 and Chunghwa filed a

15 Memorandum in Opposition on March 4, 2011;

16    WHEREAS Plaintiffs and Chunghwa agree that the issue has been fully briefed; and

17    WHEREAS the Court has previously heard argument and ruled on substantially similar

18 motions in related cases;

19    THEREFORE, Plaintiffs and Chunghwa, by their respective counsel, stipulate and agree to

20 waive oral argument on the Motion, and submit to the Court's ruling on the papers that have been

21 filed.  The parties agree that the hearing scheduled for 9:00 a.m. on March 25, 2011 may be taken off

22 //

23 //

24 //

25 //

26 //

27 //

28 //

calendar, subject to any further direction of the Court.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: March 4, 2011

By: _____/s/ Jason C. Murray_____
Jason C. Murray, SBN 169806
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, California 90071
Telephone: (213) 443-5582
Facsimile: (213) 622-2690

*Counsel for Plaintiffs Target Corporation, Sears, Roebuck and Co., Kmart Corporation, Old Comp Inc., Good Guys, Inc., RadioShack Corporation, and Newegg Inc.*

By: _____/s/ Rachel S. Brass_____
Joel S. Sanders, SBN 107234
Rachel S. Brass, SBN 219301
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
Suite 3000
San Francisco, California 94105-2933
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

*Counsel for Defendant Chunghwa Picture Tubes, Ltd.*

**Attestation:**  The filer of this document attests that the concurrence of the other signatory thereto has been obtained.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3/8/11
_____     _____
          Date Entered                                                Honorable Judge Susan Illston

**DECLARTION OF SERVICE**

I, Carol Dickerson, declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, California, 94105, in said County and State. On March 4, 2011, I served the within:

**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT AND [PROPOSED] ORDER**

to all named counsel of record as follows:

 **BY ECF (ELECTRONIC CASE FILING)**: I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service on March 4, 2011. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Declaration of Service was executed by me on March 4, 2011, at San Francisco, California.

/s/
Carol Dickerson

Gibson, Dunn & Crutcher LLP