Bruce H. Jackson (State Bar No. 98118)
 (bruce.h.jackson@bakernet.com)
**BAKER & MCKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111-3802
Telephone: +1 415 576 3000
Facsimile:  +1 415 576 3099

Attorneys for Defendants
*Chunghwa Picture Tubes, Ltd. and
Tatung Company of America, Inc.*

[Additional Counsel on Signature Line]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | MASTER FILE NO.M:07-01827 SI<br>CASE NO. 10-0117 |
| | MDL NO. 1827 |
| THIS DOCUMENT RELATES TO: | Hon. Judge Susan Illston |
| *Electrograph Systems, Inc. v. Epson Imaging Devices Corporation, et al.* | **STIPULATION OF DISMISSAL AND [P~~ROPO~~SED] ORDER** |

     Plaintiffs Electrograph Systems, Inc. and Electrograph Technologies Corp. (collectively, "Electrograph"), and Defendants Chunghwa Picture Tubes, Ltd. ("CPT") and Tatung Company of America, Inc. ("Tatung America"), by their respective attorneys and under Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the present action with prejudice and state as follows:

     1.    Electrograph, Tatung America, and CPT seek the dismissal of this action with prejudice.

     2.    This stipulation does not affect the rights or claims of Electrograph against any other defendant or alleged co-conspirator in this litigation.

WHEREFORE, the parties respectfully request that this Court issue an Agreed Order of Dismissal.

**IT IS SO STIPULATED.**

Dated: December 13, 2010              BOIES, SCHILLER & FLEXNER LLP

                                                By:  /s/ Philip J. Iovieno

                                           William A. Isaacson
                                           **BOIES, SCHILLER & FLEXNER LLP**
                                           5301 Wisconsin Ave. NW, Suite 800
                                           Washington, D.C. 20015
                                           Telephone: (202) 237-2727
                                           Facsimile: (202) 237-6131
                                           Email: wisaacson@bsfllp.com

                                           Philip J. Iovieno
                                           **BOIES, SCHILLER & FLEXNER LLP**
                                           10 North Pearl Street, 4th Floor
                                           Albany, NY 12207
                                           Telephone: (518) 434-0600
                                           Facsimile: (518) 434-0665
                                           Email: piovieno@bsfllp.com

                                           Attorney for Plaintiffs
                                           *Electrograph Systems, Inc. and*
                                           *Electrograph Technologies Corp.*

| | | |
|---|---|---|
| 1 | Dated: December 13, 2010 | BAKER & McKENZIE LLP |

By: /s/ Patrick J. Ahern
   Patrick J. Ahern
   Attorney for Defendants
   *Chunghwa Picture Tubes, Ltd. and*
   *Tatung Company of America, Inc.*

Bruce H. Jackson (State Bar No. 98118)
(bruce.h.jackson@bakernet.com)
**BAKER & MCKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111-3802
Telephone: +1 415 576 3000
Facsimile:  +1 415 576 3099

Of Counsel:

Patrick J. Ahern
(patrick.j.ahern@bakernet.com)
Roxane C. Busey
(roxane.c.busey@bakernet.com)
Karen Sewell
(karen.sewell@bakernet.com)
**BAKER & McKENZIE LLP**
One Prudential Plaza
130 East Randolph Drive
Chicago, IL 60601
Telephone: +1 312 861 8000
Facsimile:  +1 312 861 2899

Attorneys for Defendants
CHUNGHWA PICTURE TUBES, LTD.
AND TATUNG COMPANY OF
AMERICA, INC.

| | |
|---|---|
| 1 | Bruce H. Jackson (State Bar No. 98118) |
| 2 |  (bruce.h.jackson@bakernet.com)<br>**BAKER & MCKENZIE LLP** |
| 3 | Two Embarcadero Center, 11th Floor<br>San Francisco, CA 94111-3802 |
| 4 | Telephone: +1 415 576 3000<br>Facsimile:  +1 415 576 3099 |
| 5 | Attorneys for Defendants |
| 6 | *Chunghwa Picture Tubes, Ltd. and Tatung<br>Company of America, Inc.* |
| 7 | [Additional Counsel on Signature Line] |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | MASTER FILE NO.M:07-01827 SI<br>   CASE NO. 10-0117 |
| | MDL NO. 1827 |
| THIS DOCUMENT RELATES TO: | Hon. Judge Susan Illston |
| | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |
| *Electrograph Systems, Inc. v. Epson Imaging Devices Corporation, et al.* | |

   The Court, having considered the stipulation of the parties, and good cause appearing, orders as follows:

   1.   The action filed by Electrograph Systems, Inc. and Electrograph Technologies Corp. is dismissed with prejudice as against Defendants Chunghwa Picture Tubes, Ltd. ("CPT") and Tatung Company of America, Inc. ("Tatung America") pursuant to Federal Rule of Civil Procedure 41(a)(2).

   2.   Each party shall bear its own costs and attorneys' fees.

1  **IT IS SO ORDERED.**

Dated: __3/9/11_____

_____
 Hon. Susan Y. Illston
United States District Judge.

2

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER
MASTER FILE NO. M07-1827 SI (CASE NO. 10-0117 SI)

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the foregoing document was served upon the parties and counsel of record, through the Court's ECF system, on December 13, 2010.

      /s/ Patrick J. Ahern
      Patrick J. Ahern

*One of the Attorneys for Defendants Chunghwa Picture Tubes, Ltd. and Tatung Company of America, Inc.*

CHIDMS1/2843404.1