William A. Isaacson (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C.  20015
Telephone:  (202) 237-2727
Facsimile:   (202) 237-6131
Email:  wisaacson@bsfllp.com

Philip J. Iovieno (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY  12207
Telephone:  (518) 434-0600
Facsimile:   (518) 434-0665
Email: piovieno@bsfllp.com

Counsel for Plaintiffs
ELECTROGRAPH SYSTEMS, INC. and
ELECTROGRAPH TECHNOLOGIES CORP.

[Additional Counsel on Signature Line]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-01827-SI (N.D. Cal.)<br>Case No. 3:10-cv-00117-SI (N.D. Cal.)<br>MDL No. 1827 |
| This Document Relates To Individual Case No. 3:10-cv-00117-SI (N.D. Cal.)<br><br>ELECTROGRAPH SYSTEMS, INC.;<br>ELECTROGRAPH TECHNOLOGIES CORP.,<br><br>    Plaintiffs,<br><br>  vs.<br><br>EPSON IMAGING DEVICES CORPORATION, et al.,<br><br>    Defendants. | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

1    Plaintiffs Electrograph Systems, Inc. and Electrograph Technologies Corp. (collectively,
2  "Electrograph"), and Defendant Sanyo Consumer Electronics Co., Ltd. ("Sanyo CE"), by their
3  respective attorneys and under Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby
4  stipulate to the dismissal of the present action with prejudice and state as follows:

5    1.   Electrograph and Sanyo CE seek the dismissal of this action with prejudice.
6    2.   This stipulation does not affect the rights or claims of Electrograph against any
7  other defendant or alleged co-conspirator in this litigation.
8    3.   Each party shall bear its own costs and attorneys' fees.
9    WHEREFORE, the parties respectfully request that this Court issue an Agreed Order of
10 Dismissal.
11   **IT IS SO STIPULATED.**

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2 | DATED:  March 11, 2011 |

/s/ William A. Isaacson
William A. Isaacson (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C.  20015
Telephone:  (202) 237-2727
Facsimile:   (202) 237-6131
Email:  wisaacson@bsfllp.com

Philip J. Iovieno (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY  12207
Telephone:  (518) 434-0600
Facsimile:   (518) 434-0665
Email: piovieno@bsfllp.com

Laura J. McKay (SBN 230049)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone:  (510) 874-1000
Facsimile:   (510) 874-1460
Email:  lmckay@bsfllp.com

*Counsel for Plaintiffs*
*Electrograph Systems, Inc. and*
*Electrograph Technologies Corp.*

/s/ Allison A. Davis
Allison A. Davis
Salle E. Yoo
Sam N. Dawood
DAVIS WRIGHT TREMAINE LLP
500 Montgomery Street, Suite 800
San Francisco, CA 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
allisondavis@dwt.com
salleyoo@dwt.com
samdawood@dwt.com

Nick S. Verwolf, Esq.
DAVIS WRIGHT TREMAINE LLP
777 108th Avenue N.E., Suite 2300
Bellevue, WA 98004-5149
Telephone: (425) 646-6100
Facsimile: (425) 646-6199
Email: nickverwolf@dwt.com

*Counsel for Defendant*
*Sanyo Consumer Electronics Co., Ltd.*

1  Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of
2  this document has been obtained from Allison A. Davis.

3

4  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

5

6

7  DATED:  3/11/11             _____
                              Hon. Susan Y. Illston
8                             United States District Judge

# CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the foregoing document was electronically served upon the parties and counsel of record through the Court's ECF system on March 11, 2011.

Dated: March 11, 2011            /s/ William A. Isaacson
                                                  William A. Isaacson

*Counsel for Plaintiffs*
*Electrograph Systems, Inc. and*
*Electrograph Technologies Corp.*