CHRISTOPHER A. NEDEAU (CA SBN 81297)
CARL L. BLUMENSTEIN (CA SBN 124158)
KATHARINE CHAO (CA SBN 247571)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone:  415.398.3600
Facsimile:  415.398.2438
cnedeau@nossaman.com
cblumenstein@nossaman.com
kchao@nossaman.com

Attorneys for Defendants
AU OPTRONICS CORPORATION and
AU OPTRONICS CORPORATION AMERICA

R. SCOTT PALMER
LIZABETH A. BRADY
ELI FRIEDMAN
Office of the Attorney General
State of Florida
PL-01, The Capitol
Tallahassee, FL 32399-1050
Telephone:  850.414.3300
Facsimile:  850.488.9134
Scott.Palmer@myfloridalegal.com
Liz.Brady@myfloridalegal.com

Attorneys for Plaintiff
STATE OF FLORIDA

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. 3:07-md-1827 SI<br>MDL No. 1827 |
| This Document Relates to Individual Cases No. 3:10-CV-03517 SI<br><br>STATE OF FLORIDA,<br>             Plaintiff,<br>      v.<br>AU OPTRONICS CORPORATION, *et al.*,<br>             Defendants,<br>      and | **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS' JOINT MOTION TO STAY**<br><br>Date:       March 18, 2011<br>Time:       9:00 A.M.<br>Location:  Courtroom 10, 19th Floor<br>Judge:      Hon. Susan Illston |

256230_3.DOC

MASTER FILE NO. 3:07-MD-1827 SI
CASE NO. 3:10-CV-3517 SI
CASE NO. 3:10-CV-3619 SI

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON
DEFENDANTS' JOINT MOTION TO STAY

No. 10-CV-3619 SI

STATE OF MISSOURI, *ex rel.* Chris Koster, Attorney General, *et al.*,

      Plaintiffs,

 vs.

AU OPTRONICS CORPORATION, *et al.*,

      Defendants,

 and

ALL INDIRECT PURCHASER ACTIONS

   WHEREAS on February 7, 2011 the undersigned Defendants filed a Joint Notice of Motion and Motion to Stay as to certain claims in *State of Florida v. AU Optronics Corporation, et al.*, Case No. 3:10-CV-03517 SI, and *State of Missouri, ex rel. Chris Koster, Attorney General, et al. v. AU Optronics Corporation, et al.*, Case No. 3:10-CV-3619 SI, or, in the alternative, as to certain claims in all indirect purchaser actions in the MDL proceeding *In re: TFT-LCD (Flat Panel) Antitrust Litigation*, 3:07-md-1827 SI (the "Motion");

   WHEREAS Defendants noticed the Motion for hearing on March 18, 2011;

   WHEREAS Plaintiffs State of Florida, State of Michigan, and the Indirect Purchaser Class (collectively "Plaintiffs") desire additional time to prepare their opposition to the Motion, and Defendants do not object to such additional time;

   THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, that:

   The hearing on the Motion shall be continued from March 18, 2011 to April 15, 2011.

| | |
|---|---|
| March 4, 2011 | NOSSAMAN LLP |

        By /s/ Christopher A. Nedeau
           Christopher A. Nedeau

           Christopher A. Nedeau
           Carl L. Blumenstein
           50 California Street, 34th Floor
           San Francisco, CA  94111
           Tel:  (415) 398-3600
           Fax:  (415) 398-2438

           Attorneys for Defendants
           AU OPTRONICS CORPORATION AND
           AU OPTRONICS CORPORATION
           AMERICA


        MORGAN, LEWIS & BOCKIUS LLP


        By /s/ Kent M. Roger
           Kent M. Roger

           Kent M. Roger (State Bar No. 95987)
           One Market, Spear Street Tower
           San Francisco, CA  94105
           Tel: (415) 442-1140
           Fax: (415) 442-1001

           Attorneys for Defendants
           HITACHI, LTD., HITACHI DISPLAYS,
           LTD., HITACHI ELECTRONIC
           DEVICES (USA), INC.

1
2            COVINGTON & BURLING LLP
3
4            By /s/ Robert D. Wick
                Robert D. Wick
5
                Timothy C. Hester (*pro hac vice*)
                Robert D. Wick (*pro hac vice*)
6               COVINGTON & BURLING LLP
                1201 Pennsylvania Avenue, NW
7               Washington, DC 20004
                Tel: (202) 662-6000
8               Fax: (202) 662-6291
9
                Attorneys for Defendants
10              SAMSUNG ELECTRONICS AMERICA,
                INC., SAMSUNG SEMICONDUCTOR,
11              INC., AND SAMSUNG ELECTRONICS
                CO., LTD.
12

13           WILMER CUTLER PICKERING HALE
             AND DORR LLP
14

15
             By /s/ Steven F. Cherry
16              Steven F. Cherry

17              Steven F. Cherry (*pro hac vice*)
                Adam Raviv (*pro hac vice*)
18              1875 Pennsylvania Avenue, N.W.
                Washington, D.C. 20006
19              Tel: (202) 663-6000
                Fax: (202) 663-6363
20
                Attorneys for Defendants
21              CHIMEI INNOLUX CORPORATION
                (f/k/a CHI MEI OPTOELECTRONICS
22              CORP.), CMO JAPAN CO., LTD., and
                CHI MEI OPTOELECTRONICS USA,
23              INC.

24
25
26
27
28

MASTER FILE NO. 3:07-MD-1827 SI
CASE NO. 3:10-CV-3517 SI
CASE NO. 3:10-CV-3619 SI

256230_3.DOC                            3
STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON
DEFENDANTS' JOINT MOTION TO STAY

K&L GATES LLP


By  /s/ Ramona M. Emerson
Ramona M. Emerson

Hugh F. Bangasser (*pro hac vice*)
Ramona M. Emerson (*pro hac vice*)
Christopher M. Wyant (*pro hac vice*)
925 Fourth Avenue, Suite 290
Seattle, WA  98104
Tel: (206) 623-7580
Fax: (206) 623-7022

Attorneys for Defendants
HANNSTAR DISPLAY CORPORATION


CLEARY GOTTLIEB STEEN & HAMILTON LLP


By /s/ Michael R. Lazerwitz
Michael R. Lazerwitz

Michael R. Lazerwitz (*pro hac vice*)
2000 Pennsylvania Avenue, NW
Washington, D.C.  20006
Tel:  (202) 974-1500
Fax:  (202) 974-1999

Attorneys for Defendants
LG DISPLAY CO., LTD., and LG DISPLAY AMERICA, INC.

256230_3.DOC                    4
MASTER FILE NO. 3:07-MD-1827 SI
CASE NO. 3:10-CV-3517 SI
CASE NO. 3:10-CV-3619 SI
STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON
DEFENDANTS' JOINT MOTION TO STAY

PILLSBURY WINTHROP SHAW PITTMAN LLP


By  /s/ John M. Grenfell
    John M. Grenfell

John M. Grenfell (State Bar No. 88500)
50 Fremont Street
San Francisco, CA 94105
Tel: (415) 983-1000
Fax: (415) 983-1200

Attorneys for Defendants
SHARP CORPORATION AND SHARP ELECTRONICS CORPORATION


WHITE & CASE LLP


By  /s/ John H. Chung
    John H. Chung

John H. Chung
1155 Avenue of the Americas
New York, NY  10036
Tel:  (212) 819-8200
Fax:  (212) 354-8113

Attorneys for Defendants
TOSHIBA CORPORATION, TOSHIBA MOBILE DISPLAY CO., LTD., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

OFFICE OF THE ATTORNEY GENERAL,
STATE OF FLORIDA


By  /s/ Lizbeth A. Brady
   Lizbeth A. Brady

   R. Scott Palmer
   Lizbeth Brady
   Eli Friedman
   Office of the Attorney General
   State of Florida
   PL-01, The Capitol
   Tallahassee, FL 32399-1050
   Tel:  (850) 414-3300
   Fax:  (850) 488-9134

   Attorneys for Plaintiff
   STATE OF FLORIDA


OFFICE OF THE ATTORNEY GENERAL,
STATE OF MICHIGAN


By  /s/ M. Elizabeth Lippitt
   M. Elizabeth Lippitt

   Michael Cox
   Attorney General of Michigan
   M. Elizabeth Lippitt
   Assistant Attorney General
   Corporate Oversight Division
   525 West Ottawa Street, 6th Floor
   Lansing, MI 48933
   Tel:  (517) 373-1160
   Fax:  (517) 335-1935

   Attorneys for Plaintiff
   STATE OF MICHIGAN

ZELLE HOFMANN VOELBEL MASON & GETTE LLP


By  /s/ Francis O. Scarpulla
   Francis O. Scarpulla

Francis O. Scarpulla
Craig C. Corbitt
Matthew R. Schultz
Qianwai Fu
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Tel:  (415) 693-0700
Fax:  (415) 693-0770


THE ALIOTO LAW FIRM


By  /s/ Joseph M. Alioto
   Joseph M. Alioto

Joseph M. Alioto
Theresa D. Moore
555 California Street, 31st Floor
San Francisco, CA 94104
Tel:  (415) 434-8900
Fax:  (415) 434-9200

Interim Co-Lead Counsel
INDIRECT-PURCHASER PLAINTIFFS
AND CLASS MEMBERS

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from the signatories to this document.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

By: _____*Susan Illston*_____
Hon. Susan Y. Illston

Date: _____3/14/11_____