GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234,
JSanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301,
RBrass@gibsondunn.com
REBECCA JUSTICE LAZARUS, SBN 227330,
RJustice@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendant
CHUNGHWA PICTURE TUBES, LTD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates to Individual Case No. 3:10-cv-04945-SI<br><br>TARGET CORP., *et. al.*,<br><br>Plaintiff,<br><br>v.<br><br>AU OPTRONICS CORPORATION, *et al.*,<br><br>Defendants. | CASE NO. 03:10-cv-04945-SI<br><br>MDL NO. 3:07-MD-01827-SI<br><br>**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT CHUNGHWA PICTURE TUBES, LTD. TO RESPOND TO COMPLAINT AND [P~~ROPOSED~~] ORDER**<br><br>Date Action Filed:  November 1, 2010 |

The undersigned counsel, on behalf of Plaintiffs Target Corporation, Sears, Roebuck and Co., Kmart Corporation, Old Comp Inc., Good Guys, Inc., RadioShack Corporation, and Newegg Inc. (collectively, "Plaintiffs"), and Defendant Chunghwa Picture Tubes, Ltd. ("Chunghwa") hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed a Complaint in the above-captioned case against Defendant Chunghwa and other defendants, on November 1, 2010;

WHEREAS, on March 8, 2011, the Court granted Plaintiffs' motion to serve Chunghwa through its U.S. counsel pursuant to Federal Rule of Civil Procedure 4(f)(3);

1

Gibson, Dunn & Crutcher LLP

Stipulation of Extension of Time For Defendant Chunghwa Picture Tubes, Ltd. to Respond to Complaint; [Proposed] Order, Case No.: 3:10-CV-05625-SI; MDL No. 3:07-MD-01827-SI

1  WHEREAS, in light of that Order, the parties agree that such service may occur via email to counsel but that such agreement does not constitute a waiver of Chunghwa's objection to service of the complaint and summons through U.S. counsel;

WHEREAS, Plaintiffs and Chunghwa have reached an agreement, pursuant to Civil L.R. 6-1(a), to extend the time within which Chunghwa must move against, answer or otherwise respond to Plaintiffs' Complaint;

WHEREAS, this extension will not alter the date of any event or any deadline already fixed by the Court; and

WHEREAS, the Court has previously approved stipulations between Plaintiffs and certain other defendants extending those defendants' time to dismiss, answer, or otherwise respond to the Complaint until April 27, 2011;

THEREFORE, the time within which Chunghwa must move against, answer or otherwise respond to Plaintiffs' Complaint is extended until April 27, 2011.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED:  March 10, 2011

By: /s/  Rachel S. Brass

Joel S. Sanders (CA Bar No. 107234)
Rachel S. Brass (CA Bar No. 219301)
Rebecca Justice Lazarus (CA Bar No. 227330)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
(415)393.8200 (Phone)
(415)393.8306 (Facsimile)
*rbrass@gibsondunn.com*

*Attorneys for Chunghwa Picture Tubes, Ltd.*

By: /s/  Jason C. Murray

Jason C. Murray (CA Bar No. 169806)
Crowell & Moring LLP
515 South Flower Street, 40th Floor
(213) 422-5582 (Phone)
(213) 622-2690 (Facsimile)
*jmurray@crowell.com*

Gibson, Dunn & Crutcher LLP

2

Stipulation of Extension of Time For Defendant Chunghwa Picture Tubes, Ltd. to Respond to Complaint; [Proposed] Order, Case No.: 3:10-CV-05625-SI; MDL No. 3:07-MD-01827-SI

*Attorneys for Plaintiffs Target Corporation, Sears, Roebuck and Co., Kmart Corporation, Old Comp Inc., Good Guys, Inc., RadioShack Corporation, and Newegg Inc.*

**Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from the signatories to this document.**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

_____3/16/11_____     _____/s/ Susan Illston_____
Date Entered                                    Honorable Judge Susan Illston

Gibson, Dunn & Crutcher LLP

3

Stipulation of Extension of Time For Defendant Chunghwa Picture Tubes, Ltd. to Respond to Complaint; [Proposed] Order, Case No.: 3:10-CV-05625-SI; MDL No. 3:07-MD-01827-SI

# DECLARATION OF SERVICE

I, Robin McBain, declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco 94105, in said County and State. On March 15, 2011, I served the within:

**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT TATUNG COMPANY OF AMERICA TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER**

to all interested parties as follows:

☑ **BY ECF (ELECTRONIC CASE FILING)**: I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service on March 15, 2011. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document was printed on recycled paper, and that this Declaration of Service was executed by me on March 15, 2011, at San Francisco, California.

_/s:/ Robin McBain_
Robin McBain

101037291_1.DOC