GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234,
JSanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301,
RBrass@gibsondunn.com
REBECCA JUSTICE LAZARUS, SBN 227330,
RJustice@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendant
CHUNGHWA PICTURE TUBES, LTD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Related to<br>Individual Case No. 3:10-cv-4572-SI<br><br>BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES, L.P.; and MAGNOLIA HI-FI, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AU OPTRONICS CORP.; AU OPTRONICS CORPORATION AMERICA; CHI MEI CORP.; CHI MEI OPTOELECTRONICS CORP.; CHI MEI OPTOELECTRONICS, USA, INC.; CHUNGHWA PICTURE TUBES, LTD.; CMO JAPAN CO., LTD.; EPSON ELECTRONICS AMERICA, INC.; EPSON IMAGING DEVICES CORPORATION; HANNSTAR DISPLAY CORP; HITACHI DISPLAYS, LTD.; HITACHI ELECTRONIC DEVICES (USA), INC.; HITACHI, LTD.; KONINKLIJKE PHILIPS ELECTRONICS N.V. (aka ROYAL PHILIPS ELECTRONICS N.V. or ROYAL PHILIPS ELECTRONICS INC.); LG DISPLAY CO.; LTD., LG DISPLAY AMERICA, INC.; LG ELECTRONICS U.S.A., INC.; LG ELECTRONICS, INC.; NEXGEN MEDIATECH USA, INC.; NEXGEN | CASE NO. 3:10-cv-4572-SI<br><br>MDL NO. 3:07-MD-01827-SI<br><br>**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT CHUNGHWA PICTURE TUBES, LTD. TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER**<br><br>Date Action Filed: October 8, 2010 |

Gibson, Dunn & Crutcher LLP

1

Stipulation of Extension of Time For Defendant Chunghwa Picture Tubes, Ltd. to Respond to Complaint; [Proposed] Order, Case No.: 3:10-CV-4572-SI; MDL No. 3:07-MD-01827-SI

| | |
|---|---|
| 1<br>2<br>3<br>4 | MEDIATECH, INC.; PHILIPS ELECTRONICS NORTH AMERICA CORP.; SEIKO EPSON CORPORATION; SHARP CORP.; SHARP ELECTRONICS CORP.; TATUNG COMPANY OF AMERICA, INC.,<br><br>                              Defendants. |

The undersigned counsel, on behalf of Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., and Magnolia Hi-Fi, Inc. (collectively, "Plaintiffs"), and Defendant Chunghwa Picture Tubes, Ltd. ("Chunghwa") hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed a Complaint in the above-captioned case against Defendant Chunghwa and other defendants, on October 8, 2010;

WHEREAS, on March 8, 2011, the Court granted Plaintiffs' motion to serve Chunghwa through its U.S. counsel pursuant to Federal Rule of Civil Procedure 4(f)(3);

WHEREAS, in light of that Order, the parties agree that such service may occur via email to counsel but that such agreement does not constitute a waiver of Chunghwa's objection to service of the complaint and summons through U.S. counsel;

WHEREAS, Plaintiffs and Chunghwa have reached an agreement, pursuant to Civil L.R. 6-1(a), to extend the time within which Chunghwa must move against, answer or otherwise respond to Plaintiffs' Complaint;

WHEREAS, this extension will not alter the date of any event or any deadline already fixed by the Court; and

WHEREAS, the Court has previously approved stipulations between Plaintiffs and certain other defendants extending those defendants' time to dismiss, answer, or otherwise respond to the Complaint until May 10, 2011;

THEREFORE, the time within which Chunghwa must answer Plaintiffs' Complaint is extended until May 10, 2011; this stipulation applies exclusively to the time for Chunghwa to answer, but not to move against or otherwise respond to the Complaint.

2

Stipulation of Extension of Time For Defendant Chunghwa Picture Tubes, Ltd. to Respond to Complaint; [Proposed] Order, Case No.: 3:10-CV-4572-SI; MDL No. 3:07-MD-01827-SI

Gibson, Dunn & Crutcher LLP

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: March 15, 2011

By: /s/ Rachel S. Brass

Joel S. Sanders (SBN 107234)
Rachel S. Brass (SBN 219301)
Rebecca Justice Lazarus (SBN 227330)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
(415)393.8200 (Phone)
(415)393.8306 (Facsimile)
rbrass@gibsondunn.com

*Attorneys for Chunghwa Picture Tubes, Ltd.*

By: /s/ David Martinez

Roman M. Silberfeld, SBN 62783
David Martinez, SBN 193183
Stephanie Santoro, SBN 260994
ROBINS, KAPLAN MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
Facsimile: (310) 229-58001
Telephone: (213) 443-5582
Facsimile: (213) 622-2690

*Counsel for Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., and Magnolia Hi-Fi, Inc.*

**Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from the signatories to this document.**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3/16/11
_____     _____
Date Entered                                                Honorable Judge Susan Illston

Gibson, Dunn & Crutcher LLP

3

Stipulation of Extension of Time For Defendant Chunghwa Picture Tubes, Ltd. to Respond to Complaint;
[Proposed] Order, Case No.: 3:10-CV-4572-SI; MDL No. 3:07-MD-01827-SI

# DECLARATION OF SERVICE

I, Robin McBain, declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco 94105, in said County and State. On March 15, 2011, I served the within:

**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT CHUNGHWA PICTURE TUBES, LTD. TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER**

to all interested parties as follows:

☑ **BY ECF (ELECTRONIC CASE FILING)**: I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service on March 15, 2011. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document was printed on recycled paper, and that this Declaration of Service was executed by me on March 15, 2011, at San Francisco, California.

                                                      /s:/ Robin McBain  
                                                      Robin McBain

101040336_1.DOC