David P. Germaine (*Admitted Pro Hac Vice*)
VANEK, VICKERS & MASINI, P.C.
111 South Wacker Drive, Suite 4050
Chicago, Illinois 60606
Telephone: (312) 224-1500
Facsimile: (312) 224-1510
E-mail: dgermaine@vaneklaw.com

*Counsel for Plaintiff, ATS Claim, LLC*
*[additional counsel listed on signature page]*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. M 07-1827 SI-FS<br><br>MDL No. 1827 |
| This Document Relates To: Case No.: 09-1115 SI | |
| ATS Claim, LLC<br><br>Plaintiff,<br><br>vs.<br><br>Epson Electronics America, Inc., et al<br><br>Defendants. | **STIPULATION OF DISMISSAL AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER**<br><br><br>Honorable Susan Illston |

Plaintiff ATS Claim, LLC ("ATS"), and Defendant Epson Electronics America, Inc. ("Epson"), by their respective attorneys and under Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the present action with prejudice and state as follows:

1. ATS and Epson seek the dismissal of this action with prejudice.

2. This stipulation does not affect the rights or claims of ATS against any other defendant or co-conspirator in this litigation.

WHEREFORE, the parties respectfully request that this Court issue an Agreed Order of Dismissal.

**IT IS SO STIPULATED.**

Dated: March 16, 2011    VANEK, VICKERS & MASINI, P.C.

By:   /s/David P. Germaine
David P. Germaine
111 South Wacker Drive, Suite 4050
Chicago, Illinois 60606
Telephone: (312) 224-1500
Facsimile: (312) 224-1510

*Counsel for Plaintiff, ATS Claims, LLC*

Dated: March 16, 2011    MORRISON & FOERSTER LLP

By:   /s/Stephen P. Freccero
Melvin R. Goldman (CA SB No. 34097)
Stephen P. Freccero (CA SB No. 131093)
Derek F. Foran (CA SB No. 224569)
425 Market Street
San Francisco, California 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Counsel for Epson Electronics America, Inc.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. M 07-1827 SI-FS |
| | MDL No. 1827 |
| This Document Relates To: Case No.: 09-1115 SI | |
| ATS Claim, LLC | |
| Plaintiff, | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |
| vs. | |
| Epson Electronics America, Inc., et al | Honorable Susan Illston |
| Defendants. | |

The Court having considered the stipulation of the parties, and good cause appearing therefor, orders as follows:

1. ATS Claim, LLC's action is dismissed with prejudice as against Defendant Epson Electronics America, Inc. pursuant to FRCP 41(a)(2).

2. Each party shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: 3/16/11

_____
Hon. Susan Y. Illston
United States District Judge