```
 1  KENT M. ROGER, State Bar No. 95987
    HERMAN J. HOYING, State Bar No. 257495
 2  MINNA L. NARANJO, State Bar No. 259005
    MORGAN, LEWIS & BOCKIUS LLP
 3  One Market, Spear Street Tower
    San Francisco, CA 94105-1126
 4  Tel: 415.442.1000
    Fax: 415.442.1001
 5  E-mail: kroger@morganlewis.com

 6  Attorneys for Defendants
    HITACHI, LTD., HITACHI DISPLAYS, LTD., and
 7  HITACHI ELECTRONIC DEVICES (USA), INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | CASE NO. 3:07-md-1827 SI<br>MDL NO. 1827 |
|---|---|
| This Document Relates to All Cases | **STIPULATION AND [PROPOSED] ORDER MODIFYING DATES OF DEPOSITIONS OF ATSUHIKO TOKINOSU, TAKESHI MORI, KENTARO ISHIBASHI, KAZUHIRO SAKASHITA, AND KAZUAKI KUMAKURA** |

Direct Purchaser Class Plaintiffs, Indirect Purchaser Class Plaintiffs, and Direct Action Plaintiffs ("Plaintiffs") and Defendants Hitachi, Ltd., Hitachi Displays, Ltd. and Hitachi Electronic Devices (USA) ("Hitachi Defendants"), parties to the above-entitled action (collectively referred to herein as the "Parties"), hereby stipulate as follows:

**STIPULATION**

WHEREAS, Plaintiffs served notice of the depositions of Atsuhiko Tokinosu scheduled to begin on March 23, 2011, Takeshi Mori scheduled to begin on March 29, 2011, Kentaro Ishibashi scheduled to begin on April 5, 2011, Kazuhiro Sakashita scheduled to begin on April 20, 2011, and Kazuaki Kumakura scheduled to begin on April 26, 2011.

1  WHEREAS, the Parties have met and conferred regarding the schedule of the
2  aforementioned depositions.
3  WHEREAS, due to the recent natural disaster in Japan, the Parties have mutually agreed
4  to postpone the aforementioned depositions with the intention to reschedule the depositions to a
5  later date.
6  NOW, THEREFORE, Parties, through their undersigned respective counsel, stipulate and
7  request that the Court order as follows:
8      1.   That the depositions of Atsuhiko Tokinosu, Takeshi Mori, Kentaro Ishibashi,
9  Kazuhiro Sakashita, and Kazuaki Kumakura be postponed to a later date to be agreed to by the
10  Parties; and
11      2.   That the class discovery cutoff date of May 11, 2011 be waived for the
12  aforementioned depositions.
13
14  DATE:    March 17, 2011        MORGAN, LEWIS & BOCKIUS LLP
15                                By: /s/  Kent M. Roger
16                                    Kent M. Roger
                                      One Market, Spear Street Tower
17                                    San Francisco, CA  94105-1126
                                      Tel: 415-442-1000
18                                    Fax: 415-442-1001
19                                *Attorneys for Defendants Hitachi Electronic Devices (USA),
20                                Inc., Hitachi, Ltd., and Hitachi Displays, Ltd.*
21  DATE:    March 17, 2011        LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
22                                By: /s/  Brendan Glackin
23                                    Brendan Glackin
                                      275 Battery Street, 29th Floor
24                                    San Francisco, CA  94111-3339
                                      Tel: 415-956-1000
25                                    Fax: 415-956-1008
26                                *Co-Lead Class Counsel for Direct-Purchaser Plaintiffs*
27
28                                       2
   STIPULATION AND [PROPOSED] ORDER MODIFYING DATES OF DEPOSITIONS OF HITACHI WITNESSES
   Case No.3:07-md-1827 SI

DB2/22319393.3

| | | |
|---|---|---|
| DATE: | March 17, 2011 | PEARSON, SIMON, WARSHAW & PENNY, LLP |

By: __/s/  Bruce L. Simon_____
    Bruce L. Simon
    44 Montgomery Street, Suite 2450
    San Francisco, CA  94104
    Tel:  415-433-9000
    Fax:  415-433-9008

*Co-Lead Class Counsel for Direct-Purchaser Plaintiffs*

DATE:   March 17, 2011        ZELLE HOFMANN VOELBEL & MASON LLP

By: __/s/  Judith A. Zahid_____
    Judith A. Zahid
    44 Montgomery Street, Suite 3400
    San Francisco, CA  94104
    Tel:  415-693-0700
    Fax:  415-693-0770

*Co-Lead Class Counsel for Indirect-Purchaser Plaintiffs*

DATE:   March 17, 2011        THE ALIOTO LAW FIRM

By: __/s/  Joseph M. Alioto_____
    Joseph M. Alioto
    555 California Street, 31st Floor
    San Francisco, CA  94104
    Tel:  415-434-8900
    Fax:  415-434-9200

*Co-Lead Class Counsel for Indirect-Purchaser Plaintiffs*

3

STIPULATION AND [PROPOSED] ORDER MODIFYING DATES OF DEPOSITIONS OF HITACHI WITNESSES
Case No.3:07-md-1827 SI

DB2/22319393.3

| | | |
|---|---|---|
| 1 | DATE:   March 17, 2011 | ALSTON + BIRD LLP |
| 2 | | By:  __/s/  Valarie C. Williams_____ |
| 3 | | Valarie C. Williams |
| | | 1201 West Peachtree Street |
| 4 | | Atlanta, GA  30309 |
| | | Tel:  404-881-7000 |
| 5 | | Fax:  404-881-7777 |

*Counsel for Plaintiffs Nokia Corporation and Nokia, Inc.*

**SO ORDERED:**

_____
Susan Y. Illston
District Court Judge

           3/18/11
_____
Date Entered

### ATTESTATION CLAUSE

Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Kent M. Roger, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

DATED: March 17, 2011          By:   _/s/   Kent M. Roger_____
                                                      Kent M. Roger
                                                      *Attorney for Defendants Hitachi Electronic Devices (USA), Inc., Hitachi, Ltd., and Hitachi Displays, Ltd.*

4

STIPULATION AND [PROPOSED] ORDER MODIFYING DATES OF DEPOSITIONS OF HITACHI WITNESSES
Case No.3:07-md-1827 SI

DB2/22319393.3