Michael R. Lazerwitz (PRO HAC VICE)
Jeremy J. Calsyn (State Bar No. 205062)
Lee F. Berger (State Bar No. 222756)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Ave., NW
Washington, DC 20006
(202) 974-1500 (Phone)
(202) 974-1999 (Facsimile)
*mlazerwitz@cgsh.com*
*jcalsyn@cgsh.com*
*lberger@cgsh.com*

*Counsel for Defendants LG Display Co., Ltd. and
LG Display America, Inc.*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | CASE NO. 3: 07-md-1827 SI<br>MDL NO. 1827 |
| This Document Relates To:<br><br>State of New York v. AU Optronics Corp., et al., 3:11-cv-711 SI | **STIPULATION AND [~~PROPOSED~~] ORDER**<br><br>**The Honorable Susan J. Illston** |

WHEREAS on September 21, 2010, defendants[1] submitted to the Southern District of New York its Notice of Motion to Stay Proceedings, Docket Number 14 ("Stay Motion"), asking that court

---

[1] Here, defendants are AU Optronics Corporation, AU Optronics Corporation America, Chi Mei Optoelectronics USA, Inc., Chimei Innolux Corporation (f/k/a Chi Mei Optoelectronics Corporation), CMO Japan Ltd., Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc., LG Display Co., Ltd., LG Display America, Inc., Samsung Semiconductor, Inc., Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Sharp Corporation, Sharp Electronics Corporation, Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., and Toshiba Mobile Display Co., Ltd., f/k/a Toshiba Matsushita Display Technology Co.

1  to stay the State of New York's litigation pending the Judicial Panel on Multidistrict Litigation's

2  ("JPML") decision on whether to transfer this case as a tag-along action to the ongoing consolidated

3  proceedings before this Court;

4      WHEREAS, before the Southern District of New York ruled on the motion, the JPML

5  decided to transfer this case to this Court for inclusion in the coordinated pretrial proceedings already

6  in progress.  See Transfer Order (Dkt. No. 2405);

7      WHEREAS, the parties agree that because this case has already been transferred to the MDL

8  litigation, the Stay Motion's request to stay the case pending transfer to the MDL is moot;

9      WHEREAS, on September 22, 2010, the State of New York filed its motion to remand this

10  action to New York state court ("Remand Motion"), defendants timely opposed the Remand Motion,

11  and the Remand Motion is now fully briefed;

12      WHEREAS, on March 15, 2011, the State of New York filed an Amended Complaint in the

13  above-captioned case (Dkt. No. 2556), and the Amended Complaint asserts claims under federal law;

14      WHEREAS, the State of New York no longer wishes to remand this action to New York state

15  court and defendants agree that this action should not be remanded, and therefore the parties agree

16  that the Remand Motion is moot;  and

17      WHEREAS, the parties have agreed that an orderly schedule for the response to the Amended

18  Complaint would be most efficient for the parties and for the Court;

19      THEREFORE, the State of New York and defendants hereby agree:

1. The Stay Motion should be withdrawn as moot.

2. The Remand Motion should be withdrawn as moot.

3. The briefing for defendants' responses to the Amended Complaint should be as follows:

    (a) Defendants' responses to the Amended Complaint shall be due on May 5, 2011.

    (b) Plaintiff's opposition shall be due on June 21, 2011.

    (c) Defendants' replies shall be due on July 13, 2011.

4. Except as set forth above, all Federal and Local Rules shall remain in effect with respect to the pleadings and the briefing on the motions. Entering into this stipulation does not constitute a waiver of any defense, including under Federal Rule of Civil Procedure 12.

5. The parties respectfully request the Court to enter this stipulation as an order.

IT IS SO STIPULATED.

DATED: March 21, 2011

By:    s/ Michael R. Lazerwitz
Michael R. Lazerwitz (PRO HAC VICE)
Jeremy J. Calsyn (State Bar No. 205062)
Lee F. Berger (State Bar No. 222756)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Ave., NW
Washington, DC 20006
(202) 974-1500 (Phone)
(202) 974-1999 (Facsimile)
mlazerwitz@cgsh.com

*Attorneys for Defendants*

LG Display Co., Ltd. and LG Display America, Inc.

By: s/ Christopher A. Nedeau
Christopher A. Nedeau
Carl L. Blumenstein
Allison Dibley
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA  94111
(415) 438-7274 (telephone)

*Attorneys for Defendants*
AU Optronics Corporation and AU Optronics
Corporation America, Inc.


By: s/ Steven F. Cherry
Steven F. Cherry
Adam Raviv
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006-3642
(202) 663-6000 (Phone)
(202) 663-6363 (Facsimile)
Steven.Cherry@wilmerhale.com
Adam.Raviv@wilmerhale.com

*Attorneys for Defendants*
Chi Mei Corporation, Chimei Innolux Corporation f/k/a Chi
Mei Optoelectronics Corporation, Chi Mei Optoelectronics
USA, Inc., CMO Japan Co., Ltd., Nexgen Mediatech USA,
Inc., and Nexgen Mediatech, Inc.

|   |   |
|---|---|
| 1 | |
| 2 | By:  s/ Kent M. Roger |
| 3 | Kent M. Roger (State Bar No. 95987) |

By:  <u>s/ Kent M. Roger</u>
Kent M. Roger (State Bar No. 95987)
Michelle Kim-Szrom (State Bar No. 252901)
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
(415) 442-1000 (Phone)
(415) 442-1001 (Facsimile)
kroger@morganlewis.com
mkim-szrom@morganlewis.com

*Attorneys for Defendants*
Hitachi, Ltd., Hitachi Displays, Ltd. and Hitachi Electronic Devices (USA), Inc.


By: <u>s/ Robert Wick</u>
Robert Wick (*pro hac vice*)
Neil Roman (*pro hac vice*)
Derek Ludwin (*pro hac vice*)
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., NW
Washington, DC 20004
(202) 662-6000 (telephone)

*Attorneys for Defendants*
Samsung Electronics Co., Ltd.,
Samsung Semiconductor, Inc. and
Samsung Electronics America, Inc.


By: <u>s/ John M. Grenfell</u>
John M. Grenfell
Jacob R. Sorensen
Fusae Nara
Andrew D. Lanphere
PILLSBURY WINTHROP SHAW PITTMAN LLP
50 Fremont Street
San Francisco, CA  94105

*Attorneys for Defendants*
Sharp Corporation
Sharp Electronics Corp.

By: s/ Christopher M. Curran

Christopher M. Curran (*pro hac vice*)
Kristen J. McAhren (*pro hac vice*)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
(202) 626-3600 (telephone)

*Attorneys for Defendants*
Toshiba Corporation, Toshiba Mobile Display Co., Ltd.,
Toshiba America Electronic Components, Inc. and
Toshiba America Information Systems, Inc.

By: s/ Richard L. Schwartz
Richard L. Schwartz
John A. Ioannou
Jeremy R. Kasha
Assistant Attorneys General
120 Broadway, 25th Floor
New York, New York 10271
Tel. (212) 416-8284
Richard.Schwartz@ag.ny.gov

Attestation: The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

SO ORDERED

_____
Honorable Susan J. Illston

3/221/11
_____
Date Entered

6
STIPULATION AND [PROPOSED] ORDER, Case No. M: 07-1827 SI