GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234,
JSanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301,
RBrass@gibsondunn.com
REBECCA JUSTICE LAZARUS, SBN 227330,
RJustice@gibsondunn.com
SERENA G. LIU, SBN 264977,
SGLiu@gibsondunn.com
555 Mission Street
Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendant
CHUNGHWA PICTURE TUBES, LTD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827 SI<br>MDL No. 1827 |
| This Document Related to<br>Individual Case No. 3:10-cv-05625-SI | Individual Case No. 3:10-cv-05625-SI |
| ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>AU OPTRONICS CORPORATION, ET AL.,<br><br>Defendants. | **STIPULATION AND [PROPOSED] ORDER WAIVING ORAL ARGUMENT ON PLAINTIFF'S MOTION FOR ORDER AUTHORIZING PLAINTIFFS TO SERVE CHUNGHWA PICTURE TUBES, LTD. THROUGH ITS U.S. COUNSEL** |

The undersigned counsel, on behalf of Plaintiff Alfred H. Siegel, As Trustee of the Circuit City Stores, Inc. Liquidating Trust ("Plaintiff") and Defendant Chunghwa Picture Tubes, Ltd. ("Chunghwa"), request that the Court take off calendar the hearing on Plaintiff's Motion for Order Authorizing Plaintiffs to Serve Defendant Chunghwa Picture Tubes, Ltd. Through Its U.S. Counsel (the "Motion") and rule based on the papers.

WHEREAS Plaintiff filed the Motion on February 22, 2011 and Chunghwa filed a

1  Memorandum in Opposition on March 18, 2011;

2      WHEREAS Plaintiff and Chunghwa agree that the issue has been fully briefed;

3      WHEREAS the Court has previously heard argument and ruled on substantially similar
4  motions in related cases;

5      THEREFORE, Plaintiff and Chunghwa, by their respective counsel, stipulate and agree to
6  waive oral argument on the Motion, and submit to the Court's ruling on the papers that have been
7  filed.  The parties agree that the hearing scheduled for 9:00 a.m. on April 8, 2011 may be taken off
8  calendar, subject to any further direction of the Court.

9      IT IS SO STIPULATED.

                                                                                             Respectfully submitted,

DATED: March 22, 2011

                                                  By: /s/ Rachel S. Brass

                                                  Joel S. Sanders, SBN 107234
                                                  Rachel S. Brass, SBN 219301
                                                  GIBSON, DUNN & CRUTCHER LLP
                                                  555 Mission Street
                                                  Suite 3000
                                                  San Francisco, California 94105-2933
                                                  Telephone: (415) 393-8200
                                                  Facsimile: (415) 393-8306
                                                  *Attorneys for Defendant Chunghwa Picture Tubes, Ltd.*

                                                  By: /s/ Kenneth S. Marks

                                                  Kenneth S. Marks (admitted pro hac vice)
                                                  Susman Godfrey LLP
                                                  1000 Louisiana Street, Suite 5100
                                                  Houston, TX 77002-5096
                                                  (713) 651-9366
                                                  (713) 654-6666
                                                  kmarks@susmangodfrey.com
                                                  *Attorneys for Alfred H. Siegel, as Trustee of Circuit City Stores, Inc. Liquidating Trust*

    **Attestation:**  The filer of this document attests that the concurrence of the other signatory thereto has been obtained.

    PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____3/22/11_____                                                   _____
Date Entered                                                           Honorable Judge Susan Illston