GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234,
JSanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301,
RBrass@gibsondunn.com
REBECCA JUSTICE LAZARUS, SBN 227330,
RJustice@gibsondunn.com
SERENA G. LIU, SBN 264977,
SGLiu@gibsondunn.com
555 Mission Street
Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendant
CHUNGHWA PICTURE TUBES, LTD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827 SI<br>MDL No. 1827 |
| This Document Related to<br>Individual Case No. 3:10-cv-05625-SI | Individual Case No. 3:10-cv-05625-SI |
| ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>AU OPTRONICS CORPORATION, ET AL.,<br><br>Defendants. | **STIPULATION OF EXTENSION OF TIME FOR DEFENDANT CHUNGHWA PICTURE TUBES, LTD. TO RESPOND TO COMPLAINT AND [~~PROPOSED~~] ORDER**<br><br>Date Action Filed: December 10, 2010 |

The undersigned counsel, on behalf of Plaintiff Alfred H. Siegel, As Trustee of the Circuit City Stores, Inc. Liquidating Trust ("Plaintiff") and Defendant Chunghwa Picture Tubes, Ltd. ("Chunghwa"), hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed a Complaint in the above-captioned case against Defendant Chunghwa and other defendants, on December 10, 2010;

Gibson, Dunn & Crutcher LLP

1

Stipulation of Extension of Time For Defendant Chunghwa Picture Tubes, Ltd. to Respond to Complaint; [Proposed] Order, Case No.: 3:10-CV-5625-SI; MDL 07-01827 SI

1  WHEREAS, on March 24, 2011, the Court granted Plaintiff's motion to serve Chunghwa through its U.S. counsel pursuant to Federal Rule of Civil Procedure 4(f)(3);

WHEREAS, in light of that Order, the parties agree that such service may occur via email to counsel and need consist of the Complaint only and not of the other materials required by Federal Rule of Civil Procedure 4, Civil L.R. 3-13 or Civil L.R. 3-16, but that such agreement does not constitute a waiver of Chunghwa's objection to service of the complaint and summons through U.S. counsel;

WHEREAS, Plaintiff and Chunghwa have reached an agreement, pursuant to Civil L.R. 6-1(a), to extend the time within which Chunghwa must move against, answer or otherwise respond to Plaintiff's Complaint;

WHEREAS, this extension will not alter the date of any event or any deadline already fixed by the Court; and

WHEREAS, the Court has previously approved stipulations between Plaintiff and certain other defendants extending those defendants' time to dismiss, answer, or otherwise respond to the Complaint until May 3, 2011;

THEREFORE, the time within which Chunghwa must move against, answer or otherwise respond to Plaintiffs' Complaint is extended until May 3, 2011.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED:  March 25, 2011

By: /s/ Rachel S. Brass

Joel S. Sanders, SBN 107234
Rachel S. Brass, SBN 219301
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
Suite 3000
San Francisco, California 94105-2933
Telephone: (415) 393-8200
Facsimile: (415) 393-8306
*Attorneys for Defendant Chunghwa Picture Tubes, Ltd.*

Gibson, Dunn & Crutcher LLP

2

Stipulation of Extension of Time For Defendant Chunghwa Picture Tubes, Ltd. to Respond to Complaint; [Proposed] Order, Case No.: 3:10-CV-5625-SI; MDL 07-01827 SI

By: /s/ Kenneth S. Marks

Kenneth S. Marks (admitted pro hac vice)
Susman Godfrey LLP
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
(713) 651-9366
(713) 654-6666
kmarks@susmangodfrey.com
*Attorneys for Alfred H. Siegel, as Trustee of Circuit City Stores, Inc. Liquidating Trust*

**Attestation:**  The filer of this document attests that the concurrence of the other signatory thereto has been obtained.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

____3/28/11_____     _____
Date Entered                                              Honorable Judge Susan Illston

3

Gibson, Dunn & Crutcher LLP

Stipulation of Extension of Time For Defendant Chunghwa Picture Tubes, Ltd. to Respond to Complaint; [Proposed] Order, Case No.: 3:10-CV-5625-SI; MDL 07-01827 SI

# DECLARATION OF SERVICE

I, Robin McBain, declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco 94105, in said County and State. On March 25, 2011, I served the within:

**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT CHUNGHWA PICTURE TUBES, LTD. TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER**

to all interested parties as follows:

☑ **BY ECF (ELECTRONIC CASE FILING)**: I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service on March 25, 2011. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document was printed on recycled paper, and that this Declaration of Service was executed by me on March 25, 2011, at San Francisco, California.

_____/s:/ Robin McBain_____
Robin McBain