MELVIN R. GOLDMAN (CA SBN 34097)
MGoldman@mofo.com
STEPHEN P. FRECCERO (CA SBN 131093)
SFreccero@mofo.com
DEREK F. FORAN (CA SBN 224569)
DForan@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

DAVID LAWRENCE MEYER
MORRISON & FOERSTER LLP
DMeyer@mofo.com
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006-1888
Telephone: 202.887.1500
Facsimile: 202.887.0763

Attorneys for Defendants
EPSON IMAGING DEVICES CORPORATION
and EPSON ELECTRONICS AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION

This Document Relates to:
Individual Case No. 10 CV 5577 SI

Master File No. M:07-1827 SI
MDL No. 1827

**STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE AND SCHEDULING**

---

HEWLETT-PACKARD COMPANY,

Plaintiff,

v.

EPSON IMAGING DEVICES CORPORATION and EPSON ELECTRONICS AMERICA, INC.

Defendants.

Individual Case No. 10 CV 5577 SI

**STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE AND SCHEDULING**

WHEREAS, plaintiff Hewlett-Packard Company ("HP") filed the above captioned lawsuit on December 6, 2010 in United States District Court, Northern District of California;

WHEREAS, Epson Imaging Devices Corporation and Epson Electronics America, Inc. ("Defendants") have agreed to waive service and the parties have reached agreement, pursuant to Civil L.R. 6-1(a), to extend the time within which the Defendants must move against, answer or otherwise respond to HP's Complaint;

WHEREAS, this extension will not alter the date of any event or any deadline already fixed by the Court;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, HP, on the one hand, and Defendants on the other hand, as follows:

1. Defendants will have until June 28, 2011, to move against, answer or otherwise respond to HP's Complaint.

2. Entering into this stipulation does not effect a waiver of any defense under Federal Rule of Civil Procedure 12. This stipulation does not constitute a waiver of any challenge to personal jurisdiction by either Defendant.

IT IS SO STIPULATED:

Dated: March 30, 2011

By: /s/ Lester Houtz

Fred Bartlit, Jr.
Mark E. Ferguson
Karma Giulianelli
Lester Houtz
Mark Ouweleen
Bryan Leach
fred.barlit@bartlit-beck.com
karma.giulianelli@bartlit-beck.com
lester.houtz@barlit-beck.com
bryan.leach@barlit-beck.com
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
1899 Wynkoop Street, Suite 800
Denver, CO 80202
(303) 592-3100
(303) 592-3140 (Fax)

*Counsel for Plaintiff Hewlett-Packard Company*

By: /s/ Derek F. Foran

Melvin Goldman (CA SB NO. 34097)
Stephen P. Freccero (CA SB NO. 131093)
Derek F. Foran (CA SB NO. 224569)
mgoldman@mofo.com
sfreccero@mofo.com
dforan@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
(415) 268-7000
(415) 268-7522 (Fax)

*Counsel for Defendants Epson Imaging Devices Corporation and Epson Electronics America, Inc.*

Attestation: The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

**IT IS SO ORDERED.**

3/31/11

Hon. Susan Illston
United States District Judge

STIPULATION AND PROPOSED ORDER REGARDING SERVICE AND SCHEDULING
CASE NO. 10 CV 5577; M: 07-1827
sf-2976066

3