| | |
|---|---|
| 1 | MELVIN R. GOLDMAN (CA SBN 34097) |
|   | MGoldman@mofo.com |
| 2 | STEPHEN P. FRECCERO (CA SBN 131093) |
|   | SFreccero@mofo.com |
| 3 | DEREK F. FORAN (CA SBN 224569) |
|   | DForan@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 5 | San Francisco, California  94105-2482 |
|   | Telephone: 415.268.7000 |
| 6 | Facsimile: 415.268.7522 |
| 7 | DAVID LAWRENCE MEYER |
|   | MORRISON & FOERSTER LLP |
| 8 | DMeyer@mofo.com |
|   | 2000 Pennsylvania Avenue, NW |
| 9 | Suite 6000 |
|   | Washington, DC 20006-1888 |
| 10 | Telephone:  202.887.1500 |
|   | Facsimile:   202.887.0763 |
| 11 | |
| 12 | Attorneys for Defendants |
|   | EPSON IMAGING DEVICES CORPORATION |
| 13 | and EPSON ELECTRONICS AMERICA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. M:07-1827 SI<br>MDL No. 1827 |
| This Document Relates to:<br>Individual Case No. 10 CV 5577 SI | **STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE AND SCHEDULING** |
| HEWLETT-PACKARD COMPANY,<br><br>              Plaintiff,<br><br>       v.<br><br>EPSON IMAGING DEVICES CORPORATION and EPSON ELECTRONICS AMERICA, INC.<br><br>              Defendants. | Individual Case No. 10 CV 5577 SI<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE AND SCHEDULING** |

STIPULATION AND PROPOSED ORDER REGARDING SERVICE AND SCHEDULING
CASE NO. 10 CV 5577; M: 07-1827
sf-2976066

1

WHEREAS, plaintiff Hewlett-Packard Company ("HP") filed the above captioned lawsuit on December 6, 2010 in United States District Court, Northern District of California;

WHEREAS, Epson Imaging Devices Corporation and Epson Electronics America, Inc. ("Defendants") have agreed to waive service and the parties have reached agreement, pursuant to Civil L.R. 6-1(a), to extend the time within which the Defendants must move against, answer or otherwise respond to HP's Complaint;

WHEREAS, this extension will not alter the date of any event or any deadline already fixed by the Court;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, HP, on the one hand, and Defendants on the other hand, as follows:

1. Defendants will have until June 28, 2011, to move against, answer or otherwise respond to HP's Complaint.

2. Entering into this stipulation does not effect a waiver of any defense under Federal Rule of Civil Procedure 12. This stipulation does not constitute a waiver of any challenge to personal jurisdiction by either Defendant.

IT IS SO STIPULATED:

Dated: March 30, 2011

By:  /s/ Lester Houtz

Fred Bartlit, Jr.
Mark E. Ferguson
Karma Giulianelli
Lester Houtz
Mark Ouweleen
Bryan Leach
fred.barlit@bartlit-beck.com
karma.giulianelli@bartlit-beck.com
lester.houtz@barlit-beck.com
bryan.leach@barlit-beck.com
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
1899 Wynkoop Street, Suite 800
Denver, CO 80202
(303) 592-3100
(303) 592-3140 (Fax)

*Counsel for Plaintiff Hewlett-Packard Company*

|     |     |
| --- | --- |
| 1   | By:    /s/ Derek F. Foran |
| 2   | Melvin Goldman (CA SB NO. 34097) |
|     | Stephen P. Freccero (CA SB NO. 131093) |
|     | Derek F. Foran (CA SB NO. 224569) |
|     | mgoldman@mofo.com |
|     | sfreccero@mofo.com |
|     | dforan@mofo.com |
|     | MORRISON & FOERSTER LLP |
|     | 425 Market Street |
|     | San Francisco, California 94105-2482 |
|     | (415) 268-7000 |
|     | (415) 268-7522 (Fax) |

*Counsel for Defendants Epson Imaging Devices Corporation and Epson Electronics America, Inc.*

Attestation: The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

**IT IS SO ORDERED.**

3/31/11

*/s/ Susan Illston*

Hon. Susan Illston
United States District Judge