Randall Allen (State Bar No. 264067)
**ALSTON + BIRD LLP**
275 Middlefield Road, Suite 150
Menlo Park, California  94025
Telephone:  650-838-2000
Facsimile:  650-838-2001
Email:  randall.allen@alston.com

Peter Kontio (peter.kontio@alston.com)
Valarie C. Williams (valarie.williams@alston.com)
B. Parker Miller (parker.miller@alston.com)
Joann E. Johnston (joann.johnston@alston.com)
Lisa K. Bojko (lisa.bojko@alston.com)
Donald M. Houser (donald.houser@alston.com)
**ALSTON + BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone:  404-881-7000
Facsimile:  404-881-7777

Richard W. Stimson (rick.stimson@alston.com)
**ALSTON + BIRD LLP**
Chase Tower, Suite 3601
2200 Ross Avenue
Dallas, Texas 75201
Telephone:  214-922-3400
Facsimile:  214-922-3899

*Attorneys for Plaintiffs Nokia Corporation and Nokia Inc.*

## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

|  |  |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates to:  Case Nos. 07-MD-1827 and 3:09-CV-5609<br><br>NOKIA CORPORATION and NOKIA INC.,<br><br>                       Plaintiffs,<br><br>v.<br><br>AU OPTRONICS CORPORATION et al.<br><br>                     Defendants. | CASE NO:  3:09-CV-5609<br>MDL FILE NO:  M:07-CV-1827-SII<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING DATE AND EXTENDING BRIEFING SCHEDULE** |

1        WHEREAS, on July 23, 2010, Plaintiffs Nokia Corporation and Nokia, Inc. (collectively,

2 "Nokia") filed an amended complaint (the "Amended Complaint") in the above-captioned action; and

3        WHEREAS, on August 27, 2010, Defendant Philips Electronics North America Corporation

4 ("PENAC") filed a motion to dismiss the Amended Complaint (the "Motion to Dismiss"); and

5        WHEREAS, the return date for the Motion to Dismiss originally was designated to be

6 November 3, 2010; and

7        WHEREAS, on October 7, 2010, PENAC and Nokia entered into a standstill and tolling

8 agreement (the "Tolling Agreement") to provide the parties with an opportunity to engage in

9 discussions regarding possible entry into a further tolling agreement and corresponding suspension of

10 the action as against PENAC; and

11        WHEREAS, on October 21, 2010, the Court approved an extension to the briefing schedule

12 and a continuance of the hearing date to allow for the parties to engage in discussions pursuant to the

13 Tolling Agreement; and

14        WHEREAS, the October 21, 2010 Order provided that (1) the hearing set for November 3,

15 2010 would be continued until January 13, 2011; (2) Nokia would file any opposition to the Motion to

16 Dismiss on or before December 2, 2010; and (3) PENAC would file any reply to Nokia's opposition on

17 or before December 23, 2010; and

18        WHEREAS, on December 1, 2010, the Court approved a second extension to the briefing

19 schedule and a second continuance of the hearing date to allow for the parties to continue their

20 discussions pursuant to the Tolling Agreement; and

21        WHEREAS, the December 1, 2010 Order provided that (1) the hearing set for January 13, 2011

22 would be continued until February 18, 2011; (2) Nokia would file any opposition to the Motion to

23 Dismiss on or before December 21, 2010; and (3) PENAC would file any reply to Nokia's opposition

24 on or before January 17, 2011; and

25        WHEREAS, on December 21, 2010, the Court approved a third extension to the briefing

26 schedule and a third continuance of the hearing date to allow for the parties to continue their

27 discussions pursuant to the Tolling Agreement; and

28        WHEREAS, the December 21, 2010 Order provided that (1) the hearing set for February 18,

1   2011 would be continued until February 25, 2011, or as soon thereafter as the Court could hear the

2   matter; (2) Nokia would file any opposition to the Motion to Dismiss on or before January 11, 2011;

3   and (3) PENAC would file any reply to Nokia's opposition on or before February 7, 2011;

4          WHEREAS, on January 10, 2011, the Court approved a fourth extension to the briefing

5   schedule and a fourth continuance of the hearing date to allow for the parties to continue their

6   discussions pursuant to the Tolling Agreement;

7          WHEREAS, the January 10, 2011 Order provided that (1) the hearing set for February 25, 2011

8   would be continued until March 25, 2011, or as soon thereafter as the Court could hear the matter; (2)

9   Nokia would file any opposition to the Motion to Dismiss on or before February 10, 2011; and (3)

10  PENAC would file any reply to Nokia's opposition on or before March 7, 2011;

11         WHEREAS, on March 1, 2011, the Court approved a fifth extension to the briefing schedule

12  and a fifth continuance of the hearing date to allow the parties to finalize the terms of their settlement

13  agreement;

14         WHEREAS, the March 1, 2011 Order provided that that (1) the hearing set for March 25, 2011

15  would be continued until May 6, 2011, or as soon thereafter as the Court could hear the matter; (2)

16  Nokia would file any opposition to the Motion to Dismiss on or before April 1, 2011; and (3) PENAC

17  would file any reply to Nokia's opposition on or before April 22, 2011;

18         WHEREAS, the parties have reached an agreement in principal to settle the matter and are in

19  the final stages of formalizing that agreement;

20         NOW THEREFORE, PENAC and Nokia, by and through their respective counsel, stipulate

21  and agree, subject to the Court's approval, that (1) the above-mentioned hearing currently set for May

22  6, 2011, shall be continued until June 24, 2011, or as soon thereafter as the Court may hear the matter;

23  (2) Nokia will file any opposition to the Motion to Dismiss on or before May 13, 2011; and

24  (3) PENAC will file any reply to Nokia's opposition on or before June 10, 2011.

25         IT IS SO ORDERED

26  _____

27  DATED:    3/31/11                        HONORABLE SUSAN ILLSTON

28                                           UNITED STATES DISTRICT JUDGE

1   Attestation: The filer of this document attests that the concurrence of the other signatories thereto has

2   been obtained.

3   Dated: March 31, 2011

4   _____
    /s/ B. Parker Miller
    B. Parker Miller

5   STIPULATED AND AGREED TO BY:

6

7   Dated:  March 31, 2011                          /s/ Brendan P. Cullen

8                                                   Brendan P. Cullen
                                                    SULLIVAN & CROMWELL LLP
                                                    1870 Embarcadero Road
9                                                   Palo Alto, California 94303
                                                    Telephone:    (650) 461-5600
10                                                  Facsimile:    (650) 461-5700

11                                                  Garrard R. Beeney
                                                    SULLIVAN & CROMWELL LLP
12                                                  125 Broad Street
                                                    New York, New York  10004-2498
13                                                  Telephone:    (212) 558-4000
                                                    Facsimile:    (212) 558-3588

14
                                                    Counsel for Defendant
15                                                  Philips Electronics North America Corporation

16
    Dated:  March 31, 2011                          /s/ B. Parker Miller
17                                                  B. Parker Miller
                                                    Peter Kontio
18                                                  Valarie C. Williams
                                                    ALSTON + BIRD LLP
19                                                  1201 West Peachtree Street
                                                    Atlanta, Georgia 30309
20                                                  Telephone:    (404) 881-7000
                                                    Facsimile:    (404) 881-7777
21
                                                    Randall Allen
22                                                  ALSTON + BIRD LLP
                                                    275 Middlefield Road, Suite 150
23                                                  Menlo Park, California 94025
                                                    Telephone:    (650) 838-2000
24                                                  Facsimile:    (650) 838-2001

25                                                  Counsel for Plaintiff
                                                    Nokia Corporation and Nokia Inc.
26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING          4          MASTER FILE NO. 07-MD-1827-SI
HEARING DATE AND EXTENDING BRIEFING SCHEDULE                    CASE NO. 3:09-CV-5609

1  Randall Allen (State Bar No. 264067)
   **ALSTON + BIRD LLP**
2  275 Middlefield Road, Suite 150
   Menlo Park, California 94025
3  Telephone: 650-838-2000
   Facsimile: 650-838-2001
   Email: randall.allen@alston.com
4
   Peter Kontio (peter.kontio@alston.com)
5  Valarie C. Williams (valarie.williams@alston.com)
   B. Parker Miller (parker.miller@alston.com)
6  **ALSTON + BIRD LLP**
   1201 West Peachtree Street
7  Atlanta, Georgia 30309
   Telephone: 404-881-7000
8  Facsimile: 404-881-7777

9  Richard W. Stimson (rick.stimson@alston.com)
   **ALSTON + BIRD LLP**
10 Chase Tower, Suite 3601
   2200 Ross Avenue
11 Dallas, Texas 75201
   Telephone: 214-922-3400
12 Facsimile: 214-922-3899

13 *Attorneys for Plaintiffs Nokia Corporation and Nokia Inc.*

14           **UNITED STATES DISTRICT COURT**
           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
15                **SAN FRANCISCO DIVISION**

16 IN RE TFT-LCD (FLAT PANEL) ANTITRUST
   LITIGATION
17
   This Document Relates to: All Cases
18
   NOKIA CORPORATION and
19 NOKIA INC.,
                                        CASE NO: 3:09-CV-5609
20                  Plaintiffs,         MDL FILE NO: 3:07-MD-1827-SI

21 v.                                   **CERTIFICATE OF SERVICE**

22
   AU OPTRONICS CORPORATION et al.
23
                    Defendants.
24

25     I hereby certify that on March 31, 2011, I electronically filed the foregoing **STIPULATION**

26 **AND   [PROPOSED]   ORDER   CONTINUING   HEARING   DATE   AND**

27 **EXTENDING BRIEFING SCHEDULE** with the Clerk of Court using the CM/ECF system

28 which will automatically send email notification to the parties and counsel of record.

1    This 31st day of March, 2011.

2

3                                    By:    /s/ B. Parker Miller
                                            B. Parker Miller
4                                           **ALSTON + BIRD LLP**
                                            1201 West Peachtree Street
5                                           Atlanta, Georgia 30309
                                            Telephone:  404-881-7000
6                                           Facsimile:  404-881-7777

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28