Law Offices
**PEARSON, SIMON, WARSHAW & PENNY, LLP**
44 MONTGOMERY STREET, SUITE 2450
SAN FRANCISCO, CALIFORNIA 94104
(415) 433-9000
FAX (415) 433-9008
PSWPLAW.COM



275 Battery Street, 29th Floor
San Francisco, Ca 94111-3339
T 415.956.1000
F 415.956.1008

March 31, 2011

**VIA HAND DELIVERY AND ELECTRONIC CASE FILING**

The Honorable Susan Illston
United States Courthouse
450 Golden Gate Avenue
Courtroom 10, 19th Floor
San Francisco, California 94102

    Re:   *In re TFT-LCD (Flat Panel) Antitrust Litigation*
             Master File No. M07-1827 SI

Your Honor:

    Counsel for Direct Purchaser Class Plaintiffs hereby advise the Court that they have reached an agreement in principle with defendant Sanyo Consumer Electronics Co., Ltd. for settlement of the claims alleged in the Third Amended Complaint.

                          Respectfully Submitted,

| PEARSON, SIMON, WARSHAW & PENNY, LLP | LIEFF CABRASER HEIMANN & BERNSTEIN LLP |
|---|---|
| */s/ Bruce L. Simon* | */s/ Richard M. Heimann* |
| BRUCE L. SIMON | RICHARD M. HEIMANN |

cc:    All Counsel (via ECF)

916616.1