CHRISTOPHER A. NEDEAU (CA SBN 81297)
CARL L. BLUMENSTEIN (CA SBN 124158)
KATHARINE CHAO (CA SBN 247571)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone:  415.398.3600
Facsimile:  415.398.2438
cnedeau@nossaman.com
cblumenstein@nossaman.com
kchao@nossaman.com

Attorneys for Defendants
AU OPTRONICS CORPORATION and
AU OPTRONICS CORPORATION AMERICA

R. SCOTT PALMER
LIZABETH A. BRADY
ELI FRIEDMAN
Office of the Attorney General
State of Florida
PL-01, The Capitol
Tallahassee, FL 32399-1050
Telephone:  850.414.3300
Facsimile:  850.488.9134
Scott.Palmer@myfloridalegal.com
Liz.Brady@myfloridalegal.com

Attorneys for Plaintiff
STATE OF FLORIDA

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. 3:07-md-1827 SI<br>MDL No. 1827 |
| This Document Relates to Individual Cases No. 3:10-CV-03517 SI<br><br>STATE OF FLORIDA,<br>                    Plaintiff,<br>        v.<br>AU OPTRONICS CORPORATION, *et al.*,<br>                    Defendants,<br>        and | **STIPULATION AND [P̶R̶OPOSED̶] ORDER EXTENDING TIME TO FILE REPLY BRIEF IN SUPPORT OF DEFENDANTS' JOINT MOTION TO STAY**<br><br>Date:       April 15, 2011<br>Time:      9:00 A.M.<br>Location: Courtroom 10, 19th Floor<br>Judge:     Hon. Susan Illston |

257210_1.DOC

MASTER FILE NO. 3:07-MD-1827 SI
CASE NO. 3:10-CV-3517 SI
CASE NO. 3:10-CV-3619 SI

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE REPLY BRIEF ISO
DEFENDANTS' JOINT MOTION TO STAY

No. 10-CV-3619 SI

STATE OF MISSOURI, *ex rel.* Chris Koster, Attorney General, *et al.*,

      Plaintiffs,

 vs.

AU OPTRONICS CORPORATION, *et al.*,

      Defendants,

 and

ALL INDIRECT PURCHASER ACTIONS

WHEREAS on February 7, 2011 the undersigned Defendants filed a Joint Notice of Motion and Motion to Stay as to certain claims in *State of Florida v. AU Optronics Corporation, et al.*, Case No. 3:10-CV-03517 SI, and *State of Missouri, ex rel. Chris Koster, Attorney General, et al. v. AU Optronics Corporation, et al.*, Case No. 3:10-CV-3619 SI, or, in the alternative, as to certain claims in all indirect purchaser actions in the MDL proceeding *In re: TFT-LCD (Flat Panel) Antitrust Litigation*, 3:07-md-1827 SI (the "Motion");

WHEREAS Defendants noticed the Motion for hearing on March 18, 2011;

WHEREAS the Court continued the hearing to April 15, 2011 pursuant to the parties' stipulation;

WHEREAS all parties have now agreed that Defendants' time to file their reply brief shall be extended from April 1, 2011 to April 6, 2011 pending approval of the Court;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, that:

Defendants shall have up to and including April 6, 2011 to file their reply brief in support of the Motion.

March 31, 2011            NOSSAMAN LLP

By /s/ Christopher A. Nedeau
   Christopher A. Nedeau

   Christopher A. Nedeau
   Carl L. Blumenstein
   50 California Street, 34th Floor
   San Francisco, CA  94111
   Tel:  (415) 398-3600
   Fax:  (415) 398-2438

   Attorneys for Defendants
   AU OPTRONICS CORPORATION AND
   AU OPTRONICS CORPORATION
   AMERICA


MORGAN, LEWIS & BOCKIUS LLP


By /s/ Kent M. Roger
   Kent M. Roger

   Kent M. Roger (State Bar No. 95987)
   One Market, Spear Street Tower
   San Francisco, CA  94105
   Tel: (415) 442-1140
   Fax: (415) 442-1001

   Attorneys for Defendants
   HITACHI, LTD., HITACHI DISPLAYS,
   LTD., HITACHI ELECTRONIC
   DEVICES (USA), INC.

COVINGTON & BURLING LLP


By /s/ Robert D. Wick
   Robert D. Wick

   Timothy C. Hester (*pro hac vice*)
   Robert D. Wick (*pro hac vice*)
   COVINGTON & BURLING LLP
   1201 Pennsylvania Avenue, NW
   Washington, DC 20004
   Tel: (202) 662-6000
   Fax: (202) 662-6291

   Attorneys for Defendants
   SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., AND SAMSUNG ELECTRONICS CO., LTD.


WILMER CUTLER PICKERING HALE AND DORR LLP


By /s/ Steven F. Cherry
   Steven F. Cherry

   Steven F. Cherry (*pro hac vice*)
   Adam Raviv (*pro hac vice*)
   1875 Pennsylvania Avenue, N.W.
   Washington, D.C.  20006
   Tel:  (202) 663-6000
   Fax:  (202) 663-6363

   Attorneys for Defendants
   CHIMEI INNOLUX CORPORATION (f/k/a CHI MEI OPTOELECTRONICS CORP.), CMO JAPAN CO., LTD., and CHI MEI OPTOELECTRONICS USA, INC.

|     |                                              |
| --- | -------------------------------------------- |
| 1   |                                              |
| 2   | K&L GATES LLP                                |

By  /s/ Ramona M. Emerson
    Ramona M. Emerson

    Hugh F. Bangasser (*pro hac vice*)
    Ramona M. Emerson (*pro hac vice*)
    Christopher M. Wyant (*pro hac vice*)
    925 Fourth Avenue, Suite 290
    Seattle, WA  98104
    Tel: (206) 623-7580
    Fax: (206) 623-7022

    Attorneys for Defendants
    HANNSTAR DISPLAY CORPORATION


CLEARY GOTTLIEB STEEN &
HAMILTON LLP


By  /s/ Michael R. Lazerwitz
    Michael R. Lazerwitz

    Michael R. Lazerwitz (*pro hac vice*)
    2000 Pennsylvania Avenue, NW
    Washington, D.C.  20006
    Tel:  (202) 974-1500
    Fax:  (202) 974-1999

    Attorneys for Defendants
    LG DISPLAY CO., LTD., and LG
    DISPLAY AMERICA, INC.

257210_1.DOC                                    4

MASTER FILE NO. 3:07-MD-1827 SI
CASE NO. 3:10-CV-3517 SI
CASE NO. 3:10-CV-3619 SI

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE REPLY BRIEF ISO
DEFENDANTS' JOINT MOTION TO STAY

PILLSBURY WINTHROP SHAW PITTMAN LLP


By /s/ John M. Grenfell
   John M. Grenfell

John M. Grenfell (State Bar No. 88500)
50 Fremont Street
San Francisco, CA 94105
Tel: (415) 983-1000
Fax: (415) 983-1200

Attorneys for Defendants
SHARP CORPORATION AND SHARP ELECTRONICS CORPORATION


WHITE & CASE LLP


By  /s/ John H. Chung
   John H. Chung

John H. Chung
1155 Avenue of the Americas
New York, NY 10036
Tel: (212) 819-8200
Fax: (212) 354-8113

Attorneys for Defendants
TOSHIBA CORPORATION, TOSHIBA MOBILE DISPLAY CO., LTD., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.

OFFICE OF THE ATTORNEY GENERAL,
STATE OF FLORIDA


By  /s/ Lizabeth A. Brady
　　Lizabeth A. Brady

　　R. Scott Palmer
　　Lizabeth Brady
　　Eli Friedman
　　Office of the Attorney General
　　State of Florida
　　PL-01, The Capitol
　　Tallahassee, FL 32399-1050
　　Tel:  (850) 414-3300
　　Fax:  (850) 488-9134

　　Attorneys for Plaintiff
　　STATE OF FLORIDA


OFFICE OF THE ATTORNEY GENERAL,
STATE OF MICHIGAN


By  /s/ M. Elizabeth Lippitt
　　M. Elizabeth Lippitt

　　Michael Cox
　　Attorney General of Michigan
　　M. Elizabeth Lippitt
　　Assistant Attorney General
　　Corporate Oversight Division
　　525 West Ottawa Street, 6th Floor
　　Lansing, MI 48933
　　Tel:  (517) 373-1160
　　Fax:  (517) 335-1935

　　Attorneys for Plaintiff
　　STATE OF MICHIGAN

257210_1.DOC                            6

MASTER FILE NO. 3:07-MD-1827 SI
CASE NO. 3:10-CV-3517 SI
CASE NO. 3:10-CV-3619 SI

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE REPLY BRIEF ISO
DEFENDANTS' JOINT MOTION TO STAY

ZELLE HOFMANN VOELBEL & MASON LLP


By  /s/ Francis O. Scarpulla
Francis O. Scarpulla

Francis O. Scarpulla
Craig C. Corbitt
Qianwei Fu
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Tel:  (415) 693-0700
Fax:  (415) 693-0770


THE ALIOTO LAW FIRM


By  /s/ Joseph M. Alioto
Joseph M. Alioto

Joseph M. Alioto
Theresa D. Moore
555 California Street, 31st Floor
San Francisco, CA 94104
Tel:  (415) 434-8900
Fax:  (415) 434-9200

Interim Co-Lead Counsel
INDIRECT-PURCHASER PLAINTIFFS
AND CLASS MEMBERS

257210_1.DOC         7

MASTER FILE NO. 3:07-MD-1827 SI
CASE NO. 3:10-CV-3517 SI
CASE NO. 3:10-CV-3619 SI

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE REPLY BRIEF ISO
DEFENDANTS' JOINT MOTION TO STAY

1  Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this
2  document has been obtained from the signatories to this document.

4  PURSUANT TO STIPULATION, IT IS SO ORDERED.

By: *Susan Illston*
 Hon. Susan Y. Illston

Date: 4/1/11

257210_1.DOC    8
MASTER FILE NO. 3:07-MD-1827 SI
CASE NO. 3:10-CV-3517 SI
CASE NO. 3:10-CV-3619 SI
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE REPLY BRIEF ISO
DEFENDANTS' JOINT MOTION TO STAY