1  John H. Chung (*pro hac vice*)
   WHITE & CASE LLP
2  1155 Avenue of the Americas
   New York, NY  10036
3  Telephone:    (212) 819-8200
   Facsimile:    (212) 354-8113
4
5  Christopher M. Curran *(pro hac vice)*
   Kristen J. McAhren (*pro hac vice*)
   WHITE & CASE LLP
6  701 Thirteenth Street, NW
   Washington, DC  20005
7  Telephone:    (202) 626-3600
   Facsimile:    (202) 639-9355
8
9  *Attorneys for Toshiba Corporation, Toshiba*
   *Mobile Display Co., Ltd., Toshiba America*
10 *Electronic Components, Inc. and Toshiba*
   *America Information Systems, Inc.*
11

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. 3:07-md-1827 SI<br>MDL No. 1827 |
| This Document Relates To: | No. 3:09-cv-5840 SI |
| MOTOROLA, INC.,<br><br>                 Plaintiff,<br><br>     v.<br><br>AU OPTRONICS CORPORATION, *et al.*<br><br>                 Defendants. | **STIPULATION AND [~~PROPOSED~~]**<br>**ORDER REGARDING SCHEDULING**<br>**IN MOTOROLA ACTION** |

NEWYORK 8114450 (2K)

STIPULATION AND PROPOSED ORDER
REGARDING SCHEDULING IN MOTOROLA ACTION
CASE NO. 3:07-MD-1827 SI

WHEREAS Plaintiff Motorola, Inc. ("Motorola") filed the above-captioned lawsuit on October 20, 2009;

WHEREAS Motorola filed its Second Amended Complaint on July 23, 2010;

WHEREAS on March 28, 2011, the Court issued an Order denying Defendants' Joint Motion to Dismiss Motorola's Second Amended Complaint;

WHEREAS Motorola and Defendants Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc. and Toshiba America Information Systems, Inc. (collectively, the "Toshiba Entities") have reached an agreement, pursuant to Civil L.R. 6-1, to extend the time within which the Toshiba Entities must file an answer to Motorola's Second Amended Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, Motorola and the Toshiba Entities, that the Toshiba Entities will have until April 18, 2011 to file an answer to Motorola's Second Amended Complaint.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: April 11, 2011 | WHITE & CASE LLP |
| 2 | | |
| 3 | | By: /s/ John H. Chung<br>John H. Chung (*pro hac vice*) |
| | | WHITE & CASE LLP |
| 4 | | 1155 Avenue of the Americas<br>New York, NY  10036 |
| 5 | | Telephone:  (212) 819-8200<br>Facsimile:  (212) 354-8113 |
| 6 | | |
| 7 | | Christopher M. Curran *(pro hac vice)*<br>Kristen J. McAhren (*pro hac vice*) |
| | | WHITE & CASE LLP |
| 8 | | 701 Thirteenth Street, NW<br>Washington, DC  20005 |
| 9 | | Telephone: (202) 626-3600<br>Facsimile:  (202) 639-9355 |
| 10 | | |
| 11 | | *Attorneys for Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc. and Toshiba America Information Systems, Inc.* |
| 12 | | |
| 13 | | |
| 14 | Dated: April 11, 2011 | CROWELL & MORING LLP |
| 15 | | By: /s/ Jerome A. Murphy |
| 16 | | Jason C. Murray (CA Bar No. 169806)<br>CROWELL & MORING LLP |
| 17 | | 515 South Flower St., 40th Floor<br>Los Angeles, CA 90071 |
| 18 | | Telephone: 213-443-5582<br>Facsimile: 213-622-2690 |
| 19 | | |
| 20 | | Jeffrey H. Howard (pro hac vice)<br>Jerome A. Murphy (pro hac vice) |
| | | CROWELL & MORING LLP |
| 21 | | 1001 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004 |
| 22 | | Telephone: 202-624-2500<br>Facsimile: 202-628-5116 |
| 23 | | |
| | | *Attorneys for Motorola, Inc.* |
| 24 | | |
| 25 | | |
| 26 | Attestation:  The filer of this document attests that the concurrence of the other signatories | |
| 27 | thereto has been obtained. | |
| 28 | | |

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2
    Dated:  ____4/13_____, 2011          _____/s/ Susan Illston_____
3                                          The Honorable Susan Illston
                                           United States District Judge
4