CHRISTOPHER A. NEDEAU (CA SBN 81297)
CARL L. BLUMENSTEIN (CA SBN 124158)
KATHARINE CHAO (CA SBN 247571)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone:   (415) 398-3600
Facsimile:   (415) 398-2438
cnedeau@nossaman.com
cblumenstein@nossaman.com
kchao@nossaman.com

Attorneys for Defendants
AU OPTRONICS CORPORATION and
AU OPTRONICS CORPORATION AMERICA


JEFFREY H. HOWARD (*pro hac vice*)
JEROME A. MURPHY (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:   (202) 624-2500
Facsimile:   (202) 628-5116
jhoward@crowell.com
jmurphy@crowell.com

Attorneys for Plaintiff
MOTOROLA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | CASE NO. 3:09-CV-5840-SI <br><br> MDL NO. 3:07-MD-1827-SI |
| THIS DOCUMENT RELATES TO: <br><br> 3:09-CV-5840-SI <br><br> MOTOROLA, INC., <br><br> Plaintiff, <br><br> VS. <br><br> AU OPTRONICS CORPORATION, et al., <br><br> Defendants. | **STIPULATION AND [P~~ROPOSED~~] ORDER EXTENDING TIME FOR DEFENDANTS AU OPTRONICS CORPORATION AND AU OPTRONICS CORPORATION AMERICA TO ANSWER THE SECOND AMENDED COMPLAINT** |

257471_2.DOC

MASTER FILE NO. 3:07-MD-1827 SI
CASE NO. 3:09-CV-5840 SI

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS AU OPTRONICS
CORPORATION AND AU OPTRONICS CORPORATION AMERICA TO ANSWER THE SAC

1

WHEREAS the Court denied defendants' joint motion to dismiss plaintiff Motorola, Inc.'s Second Amended Complaint ("SAC") on March 28, 2011;

WHEREAS the deadline for defendants to answer the SAC was therefore set for April 11, 2011 pursuant to Fed. R. Civ. P. 12(a)(4)(A);

WHEREAS plaintiff Motorola, Inc. and defendants AU Optronics Corporation and AU Optronics Corporation America (collectively "AUO Defendants") have agreed to extend AUO Defendants' time to answer the SAC up to and including April 18, 2011, pending approval of the Court;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, that:

AUO Defendants shall have up to and including April 18, 2011 to file their answer to the SAC.

//
//

257471_2.DOC

MASTER FILE NO. 3:07-MD-1827 SI
CASE NO. 3:09-CV-5840 SI

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS AU OPTRONICS CORPORATION AND AU OPTRONICS CORPORATION AMERICA TO ANSWER THE SAC

2

DATED:  April 11, 2011                          Nossaman LLP

By:   /s/  Christopher A. Nedeau
CHRISTOPHER A. NEDEAU (CA SBN 81297)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, California  94111-4799
Telephone:  (415) 398-3600
Facsimile:  (415) 398-2438
*cnedeau@nossaman.com*

*Counsel for Defendants*
*AU OPTRONICS CORPORATION AND*
*AU OPTRONICS CORPORATION AMERICA*


CROWELL & MORING LLP


By:   /s/  Jerome A. Murphy
JEROME A. MURPHY  (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  (202) 624-2500
Facsimile:  (202) 628-5116
*jmurphy@crowell.com*

*Attorneys for Plaintiff*
*MOTOROLA, INC.*

257471_2.DOC

MASTER FILE NO. 3:07-MD-1827 SI
CASE NO. 3:09-CV-5840 SI
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS AU OPTRONICS
CORPORATION AND AU OPTRONICS CORPORATION AMERICA TO ANSWER THE SAC

3

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from the signatories to this document.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

By: _____
    Hon. Susan Y. Illston

Date: _____4/113/11_____

257471_2.DOC

MASTER FILE NO. 3:07-MD-1827 SI
CASE NO. 3:09-CV-5840 SI

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS AU OPTRONICS CORPORATION AND AU OPTRONICS CORPORATION AMERICA TO ANSWER THE SAC

4