1  BRUCE L. SIMON (Bar No. 96241)
     bsimon@pswplaw.com
2  **PEARSON, SIMON, WARSHAW & PENNY, LLP**
   44 Montgomery Street, Suite 2450
3  San Francisco, California 94104
   Telephone: (415) 433-9000
4  Facsimile:  (415) 433-9008

5  RICHARD M. HEIMANN (Bar No. 63607)
     rheimann@lchb.com
6  **LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**
   275 Battery Street, 30th Floor
7  San Francisco, California 94111
   Telephone: (415) 956-1000
8  Facsimile:  (415) 956-1008

9  *Co-Lead Counsel for the Direct Purchaser Plaintiffs*

10 Steven F. Cherry (pro hac vice)
     steven.cherry@wilmerhale.com
11 Adam Raviv (pro hac vice)
     adam.raviv@wilmerhale.com
12 **WILMER CUTLER PICKERING HALE AND DORR LLP**
   1875 Pennsylvania Avenue, NW
13 Washington, D.C. 20006-3642
   Telephone:  (202) 663-6000
14 Facsimile:  (202) 663-6363

15 *Defense Co-Liaison Counsel and Attorneys for Defendants Chi Mei Corporation, Chimei Innolux Corporation (f/k/a Chi Mei Optoelectronics Corp.), CMO Japan Co., Ltd., Chi Mei*
16 *Optoelectronics USA, Inc., Nexgen Mediatech Inc., and Nexgen Mediatech USA, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. MDL 3:07-md-1827 SI  **CLASS ACTION** |
| This Document Relates to:  ALL DIRECT PURCHASER ACTIONS | **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO STAY DIRECT PURCHASER PLAINTIFFS' CLAIMS THAT ARE SUBJECT TO ARBITRATION AND TO DISMISS DIRECT PURCHASER PLAINTIFFS' CLAIMS THAT ARE SUBJECT TO LITIGATION IN A FOREIGN COURT** |

IT IS HEREBY STIPULATED between Co-Lead Counsel for the Direct Purchaser Plaintiffs and Defense Co-Liaison Counsel that as a result of defense counsel's unavailability on April 15, 2011, subject to the Court's approval, the hearing on Defendants' Motion to Stay Direct Purchaser Plaintiffs' Claims that are Subject to Arbitration and to Dismiss Direct Purchaser Plaintiffs' Claims that are Subject to Litigation in a Foreign Court, currently set for April 15, 2011 at 9:00 a.m., shall be continued until Thursday, May 5, 2011 at 9:00 a.m., or as soon thereafter as the Court may hear the matter.

DATED: April 11, 2011     **PEARSON, SIMON, WARSHAW & PENNY, LLP**

By:  /s/ Bruce L. Simon
           BRUCE L. SIMON

*Co-Lead Counsel for Direct Purchaser Plaintiffs*

DATED: April 11, 2011     **WILMER CUTLER PICKERING HALE AND DORR LLP**

By:  /s/ Steven F. Cherry
           STEVEN F. CHERRY

*Defense Co-Liaison Counsel and Attorneys for Defendants Chi Mei Corporation, Chimei Innolux Corporation (f/k/a Chi Mei Optoelectronics Corp.), CMO Japan Co., Ltd., Chi Mei Optoelectronics USA, Inc., Nexgen Mediatech Inc., and Nexgen Mediatech USA, Inc.*

**Attestation:** The filer of this document attests that the concurrence of the other signatory thereto has been obtained.

**ORDER**

**IT IS SO ORDERED.**

DATED: April 13, 2011

_____
Susan Illston,
Judge, United States District Court