WILMER CUTLER PICKERING HALE AND DORR LLP
Steven F. Cherry (*pro hac vice*)
Adam Raviv (*pro hac vice*)
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006-3642
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Steven.Cherry@wilmerhale.com
Adam.Raviv@wilmerhale.com

*Defense Co-Liaison Counsel and Attorneys for Defendants Chi Mei Corporation, Chimei Innolux Corporation (f/k/a Chi Mei Optoelectronics Corp.), CMO Japan Co., Ltd., Chi Mei Optoelectronics USA, Inc., Nexgen Mediatech Inc., and Nexgen Mediatech USA, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827 SI<br><br>MDL No. 1827 |
| This Document Relates to:<br><br>ALL CASES | **REQUEST AND [~~PROPOSED~~] ORDER FOR WITHDRAWAL OF CO-LIAISON COUNSEL FOR DEFENDANTS** |

On January 26, 2010, the Court appointed the undersigned counsel, Steven F. Cherry of Wilmer Cutler Pickering Hale and Dorr LLP, as Co-Liaison Counsel for Defendants in the above-captioned matter (Dkt. 1497). This filing is to request that the Court remove Mr. Cherry as Co-Liaison Counsel. Carl L. Blumenstein of Nossaman LLP will remain as Liaison Counsel for Defendants.

| | | |
|---|---|---|
| 1 | Dated: April 11, 2011 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 2 | | By: /s/ Steven F. Cherry |
| | | Steven F. Cherry |
| 3 | | Steven F. Cherry (*pro hac vice*) |
| 4 | | Adam Raviv (*pro hac vice*) |
| | | 1875 Pennsylvania Avenue NW |
| 5 | | Washington, DC 20006-3642 |
| | | Tel:        (202) 663-6000 |
| 6 | | Fax:       (202) 663-6363 |
| | | Steven.Cherry@wilmerhale.com |
| 7 | | Adam.Raviv@wilmerhale.com |

*Defense Co-Liaison Counsel and Attorneys for Defendants Chi Mei Corporation, Chimei Innolux Corporation (f/k/a Chi Mei Optoelectronics Corp.), CMO Japan Co., Ltd., Chi Mei Optoelectronics USA, Inc., Nexgen Mediatech Inc., and Nexgen Mediatech USA, Inc.*

## [PROPOSED] ORDER

There being no objections filed, IT IS HEREBY ORDERED that Steven F. Cherry of Wilmer Cutler Pickering Hale and Dorr LLP be removed as Co-Liaison Counsel for Defendants.

Date Entered: 4/13/11

_____
The Honorable Susan Illston
United States District Court Judge