Michael R. Lazerwitz (PRO HAC VICE)
Jeremy J. Calsyn (State Bar No. 205062)
Lee F. Berger (State Bar No. 222756)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Avenue NW, Suite 9000
Washington, DC 20006
(202) 974-1500 (Phone)
(202) 974-1999 (Facsimile)
*mlazerwitz@cgsh.com*
*jcalsyn@cgsh.com*
*lberger@cgsh.com*

*Counsel for defendants LG Display Co., Ltd. and LG Display America, Inc.*

Jason C. Murray (State Bar No. 169806)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
(213) 443-5582 (Phone)
(213) 622-2690 (Facsimile)
*jmurray@crowell.com*

*Counsel for plaintiffs*
[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| MOTOROLA, INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AU OPTRONICS CORPORATION, et al.,<br><br>　　　　　Defendants. | CASE NO. 3:07-md-1827 SI<br>INDIVIDUAL ACTION NO. C 09-5840 SI<br><br>**STIPULATION OF EXTENSION OF TIME TO ANSWER COMPLAINT AND [PROPOSED] ORDER**<br><br>**The Honorable Susan J. Illston** |

　　　　WHEREAS the undersigned counsel, on behalf of plaintiff Motorola, Inc. filed a

Second Amended Complaint in the above-captioned case against LG Display Co., Ltd. and LG

1

Display America, Inc., (collectively, "Stipulating Defendants"), among other defendants, on July 23, 2010 ("Complaint");

WHEREAS the Court denied defendants' motion to dismiss the Second Amended Complaint on March 28, 2011;

WHEREAS the Stipulating Defendants desire a reasonable amount of time to answer the Complaint; and

THEREFORE, Motorola, Inc. and the Stipulating Defendants hereby agree:

1. The Stipulating Defendants' deadline to answer to the Second Amended Complaint will be 14 days from the execution of this stipulation, subject to Federal Rule of Civil Procedure 6(a)(1).

DATED:  April 11, 2011

By:  ___/s/ Michael R. Lazerwitz_____
Michael R. Lazerwitz (*Pro Hac Vice*)
Jeremy J. Calsyn (State Bar No. 205062)
Lee F. Berger (State Bar No. 222756)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Ave., NW
Washington, DC 20006
(202) 974-1500 (Phone)
(202) 974-1999 (Facsimile)
*mlazerwitz@cgsh.com*

*Counsel for defendants LG Display Co., Ltd. and LG Display America, Inc.*

By:  ___/s/ Joshua C. Stokes_____
Jason C. Murray (State Bar No. 169806)
Joshua C. Stokes (State Bar. No. 220214)
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
(213) 443-5573 (Phone)
(213) 622-2690 (Facsimile)
*jstokes@crowell.com*

Jeffrey H. Howard (*pro hac vice*)
Jerome A. Murphy (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, DC 20004

(202) 624-2500 (Phone)
(202) 628-5116 (Facsimile)
*jhoward@crowell.com*
*jmurphy@crowell.com*

*Counsel for plaintiff Motorola, Inc.*

Attestation: The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

SO ORDERED

4/13/11          By: _____
                      Honorable Susan J. Illston

---

3
STIPULATION OF EXTENSION OF TIME TO ANSWER COMPLAINT AND [PROPOSED] ORDER,
Case No. 3:07-md-1827 SI, Individual Action No. C 09-5840 SI