| | |
|---|---|
| 1 | Bruce H. Jackson (State Bar No. 98118) |
|   |   (bruce.h.jackson@bakernet.com) |
| 2 | **BAKER & McKENZIE LLP** |
|   | Two Embarcadero Center, 11th Floor |
| 3 | San Francisco, CA  94111-3802 |
|   | Telephone:    +1 415 576 3000 |
| 4 | Facsimile:     +1 415 576 3099 |

Attorneys for Defendants
Tatung Company of America, Inc.
Chunghwa Picture Tubes Ltd.

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | **MASTER FILE No. 07-m-1827 SI** |
| This Document Relates to Case No. 09-cv-5840-SI | **Case No.  09-cv-5840 SI** |
| | **MDL NO. 1827** |
| MOTOROLA, INC., | **STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S SECOND AMENDED COMPLAINT** |
| Plaintiff, | |
| v. | |
| AU OPTRONICS CORPORATION, et al. | |
| Defendants. | |

WHEREAS, Plaintiff Motorola, Inc. filed its Second Amended Complaint on July 23, 2010;

WHEREAS, the Court denied defendants' motion to dismiss the Second Amended Complaint on March 28, 2011;

WHEREAS, this extension will not alter the date of any event or any deadline already fixed by Court order;

NOW THEREFORE, the parties stipulate and agree as follows:

The deadline for Defendants to answer the aforementioned complaint is Monday, April 18, 2011.

1

Baker & McKenzie LLP
One Prudential Plaza, Suite 3500
130 East Randolph Drive
Chicago, IL  60601

Case No 09-cv-5840 SI
STIPULATION FOR EXTENSION OF TIME
MASTER FILE NO. 07-m-1827 SI

**It is so stipulated.**

Dated:  April 12, 2011

BAKER & McKENZIE LLP

By: s/Patrick J. Ahern
Patrick J. Ahern
One Prudential Plaza
130 E. Randolph Street
Chicago, Illinois 60601

Bruce H. Jackson (State Bar No. 98118)
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111-3802

*Attorneys for Defendants
Tatung Company of America, Inc. and
Chunghwa Picture Tubes Ltd.*

CROWELL & MORING LLP

By: s/Matthew J. McBurney
Matthew J. McBurney
1001 Pennsylvania Avenue, NW
Washington, DC 20004

Joshua Stokes (State Bar No. 220214)
515 S. Flower Street, 40th floor
Los Angeles, CA 90071

*Attorneys for Plaintiff Motorola, Inc.*

Attestation: The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

SO ORDERED.

4/13/11

By: [signature]
Honorable Susan J. Illston

Baker & McKenzie LLP
One Prudential Plaza, Suite 3500
130 East Randolph Drive
Chicago, IL  60601

Case No 09-cv-5840 SI
STIPULATION FOR EXTENSION OF TIME
MASTER FILE NO. 07-m-1827 SI