1  Christopher B. Hockett (SBN 121539)
   Neal A. Potischman (SBN 254862)
2  Sandra West (SBN 250389)
   Samantha H. Knox (SBN 254427)
3  DAVIS POLK & WARDWELL LLP
4  1600 El Camino Real
   Menlo Park, California  94025
5  Telephone:  (650) 752-2000
   Facsimile:   (650) 752-2111
6

7  *Attorneys for Defendants*
   *Chi Mei Corporation, Chi Mei Innolux*
8  *Corporation (f/k/a Chi Mei Optoelectronics*
   *Corp.), Chi Mei Optoelectronics USA, Inc.,*
9  *CMO Japan Co., Ltd., Nexgen Mediatech, Inc.*
   *and Nexgen Mediatech USA, Inc.*
10

11                 UNITED STATES DISTRICT COURT

12            FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                     SAN FRANCISCO DIVISION

14

15  IN RE: TFT-LCD (FLAT PANEL)          )   CASE NO. 3:09-cv-5840-SI
    ANTITRUST LITIGATION                 )
16                                       )   MDL NO. 3:07-md-1827-SI
                                         )
17  This Document Relates to Individual  )
    Case No. 3:09-cv-5840-SI             )
18                                       )   **JOINT STIPULATION OF EXTENSION**
    MOTOROLA, INC.,                      )   **OF TIME TO ANSWER COMPLAINT**
19                                       )   **AND [PROPOSED] ORDER**
                      Plaintiffs,        )
20                                       )
         v.                              )
21                                       )
    AU OPTRONICS CORPORATION, *et al.*,  )
22                                       )
                      Defendants.        )
23

24

25

26

27

28

1  WHEREAS the undersigned counsel, on behalf of plaintiff Motorola, Inc., filed a Second Amended Complaint in the above-captioned case against Chi Mei Corporation, Chi Mei Innolux Corporation (f/k/a Chi Mei Optoelectronics Corp.), Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Nexgen Mediatech Inc. and Nexgen Mediatech USA, Inc. (collectively, "Stipulating Defendants") and other defendants on July 23, 2010;

WHEREAS the Court denied defendants' motion to dismiss the Second Amended Complaint on March 28, 2011;

WHEREAS the Stipulating Defendants desire a reasonable amount of time to answer the Complaint; and

THEREFORE, Motorola, Inc., and the Stipulating Defendants hereby agree that the Stipulating Defendants' deadline to answer the Second Amended Complaint will be 14 days from the execution of this stipulation, subject to Federal Rule of Civil Procedure 6(a)(1).

Dated:   April 12, 2011                    Respectfully Submitted,

DAVIS POLK & WARDWELL LLP

By:   /s/ Christopher B. Hockett
      Christopher B. Hockett (SBN 121539)

Christopher B. Hockett (SBN 121539)
Neal A. Potischman (SBN 254862)
Sandra West (SBN 250389)
Samantha H. Knox (SBN 254427)
1600 El Camino Real
Menlo Park, California  94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
chris.hockett@davispolk.com
neal.potischman@davispolk.com
sandra.west@davispolk.com
samantha.knox@davispolk.com

*Attorneys for Defendants Chi Mei Corporation, Chi Mei Innolux Corporation (f/k/a Chi Mei Optoelectronics Corp.), Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Nexgen Mediatech, Inc. and Nexgen Mediatech USA, Inc.*

Dated:   April 12, 2011

CROWELL & MORING LLP

By:   /s/ Joshua C. Stokes
   Joshua C. Stokes (SBN 121539)

Jason C. Murray (SBN 169806)
Joshua C. Stokes (SBN 220214)
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
jmurray@crowell.com
jstokes@crowell.com

Jeffrey H. Howard (*pro hac vice*)
Jerome A. Murphy (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
jhoward@crowell.com
jmurphy@crowell.com

*Attorneys for Plaintiff Motorola, Inc.*

I hereby attest that I have on file written (or e-mail) permission to sign this stipulation from all parties whose signatures are indicated by a "confirmed" signature (/s/) within this e-filed document.

Dated:  April 12, 2011

/s/ Christopher B. Hockett
Christopher B. Hockett (SBN 121539)

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  __4/14_____, 2011

_____
Honorable Susan J. Illston

2

JOINT STIPULATION OF EXTENSION OF TIME TO ANSWER COMPLAINT AND [PROPOSED] ORDER
CASE NO. 09-CV-5840-SI; MDL NO. 1827