Robert D. Wick (pro hac vice)
Derek Ludwin (pro hac vice)
Theodore P. Metzler (pro hac vice)
COVINGTON & BURLING LLP
1201 Pennsylvania Ave. NW
Washington, D.C.
(202) 662-6000 (telephone)
(202) 662-6291 (facsimile)
rwick@cov.com

*Attorneys for Defendants
Samsung Electronics Co., Ltd.
Samsung Electronics America, Inc.
Samsung Semiconductor, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | CASE NO. 3:07-md-1827 SI |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>*Motorola, Inc.*<br><br>v.<br><br>*AU Optronics Corp., et al.*,<br>C 3:09-05840 SI | MDL No. 1827<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING IN MOTOROLA ACTION** |

1       WHEREAS Plaintiff Motorola, Inc. ("Motorola") filed the above-captioned lawsuit on October 20, 2009;

2       WHEREAS Motorola filed its Second Amended Complaint on July 23, 2010;

3       WHEREAS on March 28, 2011, the Court issued an Order denying Defendants' Joint Motion to Dismiss Motorola's Second Amended Complaint;

      WHEREAS Motorola and Defendants Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., and Samsung Electronics America, Inc. ("Samsung") have reached an agreement, pursuant to Civil L.R. 6-1, to extend the time within which Samsung must file an answer to Motorola's Second Amended Complaint;

      NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, Motorola and Samsung, that Samsung will have until April 26, 2011 to file an answer to Motorola's Second Amended Complaint.

**IT IS SO STIPULATED.**

Dated: April 12, 2011                    COVINGTON & BURLING LLP

By: /s/ Theodore P. Metzler
Robert D. Wick (pro hac vice)
Derek Ludwin (pro hac vice)
Theodore P. Metzler (pro hac vice)
COVINGTON & BURLING LLP
1201 Pennsylvania Ave. NW
Washington, D.C. 20004
(202) 662-6000 (telephone)
(202) 662-6291 (facsimile)

*Attorneys for Defendants*
*Samsung Electronics Co., Ltd.*
*Samsung Electronics America, Inc.*
*Samsung Semiconductor, Inc.*

Dated: April 12, 2011                    CROWELL & MORING LLP

By: /s/ Jerome A. Murphy
Jason C. Murray (CA Bar No. 169806)
CROWELL & MORING LLP
515 South Flower St., 40th Floor

|   |   |
|---|---|
| 1  | Los Angeles, CA 90071 |
| 2  | Telephone: 213-443-5582 |
|    | Facsimile: 213-622-2690 |
| 3  | Jeffrey H. Howard (pro hac vice) |
| 4  | Jerome A. Murphy (pro hac vice) |
|    | CROWELL & MORING LLP |
| 5  | 1001 Pennsylvania Avenue, N.W. |
|    | Washington, D.C. 20004 |
| 6  | Telephone: 202-624-2500 |
| 7  | Facsimile: 202-628-5116 |
|    | *Attorneys for Motorola, Inc.* |

Attestation: The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __4/14_____, 2011       _____
                                  The Honorable Susan Illston
                                  United States District Judge