MELVIN R. GOLDMAN (CA SBN 34097)
MGoldman@mofo.com
STEPHEN P. FRECCERO (CA SBN 131093)
SFreccero@mofo.com
DEREK F. FORAN (CA SBN 224569)
DForan@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

DAVID L. MEYER
DMeyer@mofo.com
MORRISON & FOERSTER LLP
2000 Pennsylvania Ave., NW
Suite 6000
Washington, DC 2006-1888
Telephone: 202.887.1500
Facsimile: 202.887.0763

Attorneys for Defendants Epson Imaging
Devices Corporation and Epson Electronics
America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | MDL File No.: 3:07-MD-1827-SI<br>MDL NO. 1827 |
| This Document Relates to: 3:09-CV-1064 SI | **ANSWER OF DEFENDANTS EPSON IMAGING DEVICES CORPORATION AND EPSON ELECTRONICS AMERICA, INC. TO FIRST AMENDED COMPLAINT OF DELL INC. AND DELL PRODUCTS L.P.** |
| DELL INC. and DELL PRODUCTS L.P., | |
| Plaintiffs, | |
| v. | |
| SHARP CORPORATION, *et al.*, | |
| Defendants. | |

Defendants Epson Imaging Devices Corporation ("EID") and Epson Electronics America, Inc. ("EEA") (collectively "Epson Defendants"), by their undersigned attorneys, for their Answer to the First Amended Complaint ("Complaint") of Dell Inc. and Dell Products L.P.'s ("plaintiffs"), state:

1.     With respect to paragraph 1 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegations of fact, but rather consists of plaintiffs' characterizations of its motivations and its claims.  Further responding to paragraph 1 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegations of fact, but rather states legal conclusions.  To the extent that paragraph 1 may be deemed to require any response, Epson Defendants deny plaintiffs' definitions of the terms "TFT-LCD panels" and "TFT-LCD products" because the definitions comprise a wide variety of items of commerce that appear at many different levels of many different production chains, and that are traded in multiple, separate markets, including multiple, separate markets for different types of TFT-LCD panels, and multiple, separate markets for appliances containing multiple separate types of TFT-LCD panels.  Thus, as defined, the terms "TFT-LCD panels" and "TFT-LCD products" create confusion in this paragraph and wherever it is used as part of any subsequent allegation in the Complaint.  To the extent that any remaining allegations in paragraph 1 may be deemed to require any further response, Epson Defendants admit that paragraph 1 generally describes some basic aspects of the nature, technology, and means of manufacturing TFT-LCD panels, modules, and appliances containing TFT-LCD panels, that some types of TFT-LCD panels are incorporated in many appliances, including, but not limited to, computer monitors, televisions, and cellular telephones, and that at various times, different types of TFT-LCD panels were used in a wide variety of appliances, including, but not limited to, wireless handsets.  Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 1, and on that basis deny each and every such allegation.

2.     To the extent any response may be deemed required to the allegations contained in paragraph 2 of the Complaint, Epson Defendants admit that plaintiffs purport to recover

EPSON DEFS' ANSWER TO FIRST AM. COMPL. OF DELL INC. AND DELL ELECTRONICS L.P.
Master File No. 3-07-MD-1827-SI,  No. 3-10-CV-1064-SI
sf-2981071

1

compensatory damages in this action. To the extent that the allegations contained in paragraph 2 of the Complaint are directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 2 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

3.    The allegations in paragraph 3 of the Complaint purport to characterize publicly-filed agreements between the United States Department of Justice ("DOJ") and several defendants, in addition to publicly-filed indictments returned against related individuals, the contents of which agreements and indictments speak for themselves and require no further response. To the extent that any further response may be deemed required to such allegations, Epson Defendants deny each and every allegation contained in paragraph 3 of the Complaint, except admit that EID entered a guilty plea as set forth in the publicly-filed Plea Agreement in *United States v. Epson Imaging Devices Corporation*, N.D. Cal., No. 09-cr-0854, the contents of which Plea Agreement speaks for itself; and admit that the DOJ reached agreements with LG Display Co. Ltd., LG Display America, Inc., Sharp Corporation, Chunghwa Picture Tubes, Ltd., Chi Mei Optoelectronics Corporation, and Hitachi Displays Ltd. to plead guilty and pay criminal fines for violations of the Sherman Act. Except as otherwise herein admitted, Epson Defendants lack knowledge or information to form a belief as to the truth of the allegations, and on that basis deny each and every remaining allegation.

4.    The allegations in paragraph 4 of the Complaint purport to characterize publicly-filed agreements between the DOJ and several defendants, the contents of which agreements speak for themselves and require no further response.

5.    With respect to paragraph 5 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact but rather consists of argument and conclusions of law. To the extent that the allegations contained in paragraph 5 are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation. To the

EPSON DEFS' ANSWER TO FIRST AM. COMPL. OF DELL INC. AND DELL ELECTRONICS L.P.
Master File No. 3-07-MD-1827-SI,  No. 3-10-CV-1064-SI
sf-2981071

2

extent that the allegations contained in paragraph 5 are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

6. To the extent that allegations in paragraph 6 may be deemed to require any response, Epson Defendants admit that paragraph 6 generally describes some basic aspects of the nature, technology, and means of manufacturing TFT-LCD panels, modules, and appliances containing TFT-LCD panels, that some types of TFT-LCD panels are incorporated in many appliances, including, but not limited to, computer monitors, televisions, and cellular telephones, and that at various times, different types of TFT-LCD panels were used in a wide variety of appliances, including, but not limited to, wireless handsets. To the extent that the remaining allegations contained in paragraph 6 are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation. To the extent that the remaining allegations contained in paragraph 6 are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

7. With respect to paragraph 7 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact but rather consists of argument and conclusions of law. To the extent that the allegations contained in paragraph 7 are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 7 are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

8. With respect to paragraph 8 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact but rather consists of argument and conclusions of law. To the extent that the allegations contained in paragraph 8 are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 8 are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

EPSON DEFS' ANSWER TO FIRST AM. COMPL. OF DELL INC. AND DELL ELECTRONICS L.P.
Master File No. 3-07-MD-1827-SI, No. 3-10-CV-1064-SI
sf-2981071

3

9.      With respect to paragraph 9 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather consists of plaintiffs' characterizations of their motivations and claims.  To the extent that any response may be deemed required, Epson Defendants admit that plaintiffs purport to attempt to state a claim for injunctive relief for purported violations of Section 1 of the Sherman Act (15 U.S.C. § 1), admit that plaintiffs purport to seek treble damages from such purported violations, admit that plaintiffs purport to seek damages under state antitrust, consumer protection, unfair competition and contract laws, and admit that plaintiffs seek to recover the costs of suit, including reasonable attorneys' fees.  Except as specifically admitted herein, Epson Defendants deny the allegations in paragraph 9 of the Complaint.

10.      With respect to paragraph 10 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact but rather consists of argument and conclusions of law.  To the extent that the allegations contained in paragraph 10 are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation.  To the extent that the allegations contained in paragraph 10 are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

11.      With respect to paragraph 11 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact but rather consists of argument and conclusions of law.  To the extent that the allegations contained in paragraph 11 are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation.  To the extent that the allegations contained in paragraph 11 are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

12.      With respect to paragraph 12 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact but rather consists of argument and conclusions of law.  To the extent that the allegations contained in paragraph 12 are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief

EPSON DEFS' ANSWER TO FIRST AM. COMPL. OF DELL INC. AND DELL ELECTRONICS L.P.
Master File No. 3-07-MD-1827-SI,  No. 3-10-CV-1064-SI
sf-2981071

4

as to the truth of such allegations, and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 12 are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

13. With respect to paragraph 13 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact but rather consists of argument and conclusions of law. To the extent that the allegations contained in paragraph 13 are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 13 are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

14. With respect to paragraph 14 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact but rather consists of argument and conclusions of law. To the extent that the allegations contained in paragraph 14 are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 14 are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

15. With respect to paragraph 15 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact but rather consists of argument and conclusions of law. To the extent that the allegations contained in paragraph 15 are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 15 are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

16. With respect to paragraph 16 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather states legal conclusions. To the extent that any response may be deemed required to any allegation in paragraph 16 that is directed to other defendants, Epson Defendants lack knowledge or information sufficient to form

EPSON DEFS' ANSWER TO FIRST AM. COMPL. OF DELL INC. AND DELL ELECTRONICS L.P.
Master File No. 3-07-MD-1827-SI, No. 3-10-CV-1064-SI
sf-2981071

5

a belief as to the truth of the allegations, and on that basis deny each and every allegation. To the extent that any response may be deemed required to any allegation in paragraph 16 that is directed to Epson Defendants, Epson Defendants admit that EEA conducted business and maintained a place of business within the Northern District of California, as that district is defined in 28 U.S.C. § 84(a), but deny each and every allegation contained in such paragraph.

17. The allegations in paragraph 17 of the Complaint purport to characterize publicly-filed agreements between the DOJ and several defendants, in addition to the plea hearing testimony of several defendants, which testimony is set forth in the official hearing transcript, and the contents of which agreements and transcripts speak for themselves and require no further response. To the extent that any further response may be deemed required to such allegations, Epson Defendants deny each and every allegation contained in paragraph 17 of the Complaint, except admit that EID entered a guilty plea as set forth in the publicly-filed Plea Agreement in *United States v. Epson Imaging Devices Corporation*, N.D. Cal., No. 09-cr-0854, the contents of which Plea Agreement speaks for itself. Except as otherwise herein admitted, Epson Defendants lack knowledge or information to form a belief as to the truth of the allegations, and on that basis deny each and every remaining allegation.

18. To the extent that the allegations contained in paragraph 18 require a response, such allegations purport to characterize documents filed with the U.S. International Trade Commission, the contents of which documents speak for themselves and require no further response.

19. To the extent that the allegations contained in paragraph 19 of the Complaint are directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 19 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph, except admit that EEA is a wholly-owned subsidiary of US Epson Inc., and US Epson Inc. is in turn a wholly-owned subsidiary of Seiko Epson Corporation, and admit the EEA is a

EPSON DEFS' ANSWER TO FIRST AM. COMPL. OF DELL INC. AND DELL ELECTRONICS L.P.
Master File No. 3-07-MD-1827-SI, No. 3-10-CV-1064-SI
sf-2981071

6

California corporation with a principal place of business at 2580 Orchard Parkway, San Jose, California.

20.     With respect to paragraph 20 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact but rather consists of argument and conclusions of law.

21.     With respect to paragraph 21 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather states legal conclusions.

22.     With respect to paragraph 22 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather states legal conclusions.

23.     With respect to paragraph 23 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather states legal conclusions. To the extent any response may be deemed required to any allegation in paragraph 23 that is directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis deny each and every such allegation. To the extent any response may be deemed required to any allegation in paragraph 23 that is directed to Epson Defendants, Epson Defendants deny each and every other allegation contained in such paragraph.

24.     With respect to paragraph 24 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact but rather consists of argument and conclusions of law.  Further responding to the allegations contained in paragraph 24 of the Complaint, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis deny each and every such allegation.

25.     With respect to paragraph 25 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather states legal conclusions.

26.     With respect to paragraph 26 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather states legal conclusions.

27.     With respect to paragraph 27 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather states legal conclusions.

EPSON DEFS' ANSWER TO FIRST AM. COMPL. OF DELL INC. AND DELL ELECTRONICS L.P.
Master File No. 3-07-MD-1827-SI,  No. 3-10-CV-1064-SI
sf-2981071

7

28.     With respect to paragraph 28 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather states legal conclusions.

29.     Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 29 of the Complaint, and on that basis deny each and every allegation.

30.     Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 30 of the Complaint, and on that basis deny each and every allegation.

31.     With respect to paragraph 31 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather consists of plaintiffs' explanations of terminology.

32.     Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 32 of the Complaint, and on that basis deny each and every allegation.

33.     To the extent that the allegations contained in paragraph 33 of the Complaint are directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 33 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

34.     To the extent that the allegations contained in paragraph 34 of the Complaint are directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 34 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

35.     To the extent that the allegations contained in paragraph 35 of the Complaint are directed to other defendants, Epson Defendants lack knowledge or information sufficient to form

EPSON DEFS' ANSWER TO FIRST AM. COMPL. OF DELL INC. AND DELL ELECTRONICS L.P.
Master File No. 3-07-MD-1827-SI,  No. 3-10-CV-1064-SI
sf-2981071

8

a belief as to the truth of the allegations, and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 35 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

36. The allegations in paragraph 36 of the Complaint purport to characterize publicly-filed agreements between the DOJ and several defendants, as well as a number of publicly-filed disclosure statements by the DOJ, the contents of which agreements and statements speak for themselves and require no further response. To the extent that any further response may be deemed required to such allegations, Epson Defendants deny each and every allegation contained in paragraph 36 of the Complaint, except admit that EID entered a guilty plea as set forth in the publicly-filed Plea Agreement in *United States v. Epson Imaging Devices Corporation*, N.D. Cal., No. 09-cr-0854, the contents of which Plea Agreement speaks for itself.

37. Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 37 of the Complaint, and on that basis deny each and every allegation.

38. Answering the allegations contained in paragraph 38 of the Complaint, Epson Defendants deny each and every allegation contained in such paragraph, except admit that Sanyo Epson Imaging Devices Corporation was formed and came into existence on October 1, 2004 as a joint venture co-owned by Sanyo Electric Co., Ltd. and Seiko Epson Corporation, admit that as of December 28, 2006, Sanyo Epson Imaging Devices Corporation became a wholly-owned subsidiary of Seiko Epson Corporation and changed its name to Epson Imaging Devices Corporation, admit that EID has its principal place of business at 3-101, Minami-Yoshikata, Tottori-Shi, Tottori-Ken, 680-8577, Japan, and further admit that between October 1, 2004 and December 28, 2006, Sanyo Epson Imaging Devices Corporation sold TFT-LCD panels or modules containing TFT-LCD panels, and these panels or modules were shipped to multiple locations worldwide, including the United States.

39. Answering the allegations contained in paragraph 39 of the Complaint, Epson Defendants deny each and every allegation contained in such paragraph, except admit that EEA is

EPSON DEFS' ANSWER TO FIRST AM. COMPL. OF DELL INC. AND DELL ELECTRONICS L.P.
Master File No. 3-07-MD-1827-SI, No. 3-10-CV-1064-SI
sf-2981071

9

a wholly-owned subsidiary of US Epson Inc., and US Epson, Inc. is in turn a wholly-owned subsidiary of Seiko Epson Corporation, and admit that EEA is a California corporation with its principal place of business at 2580 Orchard Parkway, San Jose, California, and admit that EEA re-sold in the United States TFT-LCD panels or modules containing TFT-LCD panels manufactured outside the United States by Sanyo Epson Imaging Devices Corporation, which later, on December 28, 2006 became a wholly-owned subsidiary of Seiko Epson Corporation known as Epson Imaging Devices Corporation.

40.     With respect to the allegations contained in paragraph 40 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather plaintiffs' explanation of terminology.  To the extent that any response may be deemed required to any allegation in paragraph 40 of the Complaint, Epson Defendants deny each and every allegation contained in such paragraph.

41.     Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 41 of the Complaint and on that basis deny each and every such allegation.

42.     Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 42 of the Complaint and on that basis deny each and every such allegation.

43.     Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 43 of the Complaint and on that basis deny each and every such allegation.

44.     Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 44 of the Complaint and on that basis deny each and every such allegation.

45.     With respect to the allegations contained in paragraph 45 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather plaintiffs' explanation of terminology.

EPSON DEFS' ANSWER TO FIRST AM. COMPL. OF DELL INC. AND DELL ELECTRONICS L.P.
Master File No. 3-07-MD-1827-SI,  No. 3-10-CV-1064-SI
sf-2981071

10

46.     Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 46 of the Complaint and on that basis deny each and every such allegation.

47.     Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 47 of the Complaint and on that basis deny each and every such allegation.

48.     With respect to the allegations contained in paragraph 48 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather plaintiffs' explanation of terminology.

49.     Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 49 of the Complaint and on that basis deny each and every such allegation.

50.     Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 50 of the Complaint and on that basis deny each and every such allegation.

51.     Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 51 of the Complaint and on that basis deny each and every such allegation.

52.     With respect to the allegations contained in paragraph 52 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather plaintiffs' explanation of terminology.

53.     Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 53 of the Complaint and on that basis deny each and every such allegation.

54.     To the extent that the allegations contained in paragraph 54 of the Complaint are directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 54 of the Complaint are directed to

EPSON DEFS' ANSWER TO FIRST AM. COMPL. OF DELL INC. AND DELL ELECTRONICS L.P.
Master File No. 3-07-MD-1827-SI,  No. 3-10-CV-1064-SI
sf-2981071

11

Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

55. To the extent that the allegations contained in paragraph 55 of the Complaint are directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 55 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

56. To the extent that the allegations contained in paragraph 56 of the Complaint are directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 56 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

57. To the extent that the allegations contained in paragraph 57 of the Complaint are directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 57 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

58. Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 58 of the Complaint and on that basis deny each and every such allegation.

59. Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 59 of the Complaint and on that basis deny each and every such allegation.

EPSON DEFS' ANSWER TO FIRST AM. COMPL. OF DELL INC. AND DELL ELECTRONICS L.P.
Master File No. 3-07-MD-1827-SI, No. 3-10-CV-1064-SI
sf-2981071

12

60.     Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 60 of the Complaint and on that basis deny each and every such allegation.

61.     Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 61 of the Complaint and on that basis deny each and every such allegation.

62.     Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 62 of the Complaint and on that basis deny each and every such allegation.

63.     Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 63 of the Complaint and on that basis deny each and every such allegation.

64.     Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 64 of the Complaint and on that basis deny each and every such allegation.

65.     Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 65 of the Complaint and on that basis deny each and every such allegation.

66.     Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 66 of the Complaint and on that basis deny each and every such allegation.

67.     With respect to the allegations contained in paragraph 67 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather plaintiffs' explanation of terminology. To the extent that any response may be deemed required to any allegation in paragraph 67 of the Complaint directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis deny each and every such allegation. To the extent that the

EPSON DEFS' ANSWER TO FIRST AM. COMPL. OF DELL INC. AND DELL ELECTRONICS L.P.
Master File No. 3-07-MD-1827-SI, No. 3-10-CV-1064-SI
sf-2981071

13

1   allegations contained in paragraph 67 of the Complaint are directed to Epson Defendants, Epson

2   Defendants deny each and every allegation contained in such paragraph.

3       68.     Epson Defendants lack knowledge or information sufficient to form a belief as to

4   the allegations contained in paragraph 68, and on that basis deny each and every allegation.

5       69.     With respect to paragraph 69 of the Complaint, Epson Defendants deny that there

6   is any single "demand" for "TFT-LCD panels." Plaintiffs' definitions comprise a wide variety of

7   items of commerce that appear at many different levels of many different production chains, and

8   that are traded in multiple, separate markets, including multiple, separate markets for different

9   types of TFT-LCD panels, and multiple, separate markets for appliances containing multiple

10  separate types of TFT-LCD panels. Further responding to the remaining allegations in paragraph

11  69, Epson Defendants deny each and every allegation contained in such paragraph.

12      70.     Epson Defendants admit that paragraph 70 generally describes some basic aspects

13  of the nature, technology, and means of manufacturing TFT-LCD panels, modules, and

14  appliances containing TFT-LCD panels, that some types of TFT-LCD panels are incorporated in

15  many appliances, including, but not limited to, computer monitors, televisions, and cellular

16  telephones, and that at various times, different types of TFT-LCD panels were used in a wide

17  variety of appliances, including, but not limited to, wireless handsets. Except as specifically

18  admitted herein, Epson Defendants deny the remainder of the allegations in paragraph 70.

19      71.     Epson Defendants admit that paragraph 71 generally describes some basic aspects

20  of the nature, technology, and means of manufacturing TFT-LCD panels, modules, and

21  appliances containing TFT-LCD panels, that some types of TFT-LCD panels are incorporated in

22  many appliances, including, but not limited to, computer monitors, televisions, and cellular

23  telephones, and that at various times, different types of TFT-LCD panels were used in a wide

24  variety of appliances, including, but not limited to, wireless handsets. Except as specifically

25  admitted herein, Epson Defendants deny the remainder of the allegations in paragraph 71.

26      72.     Epson Defendants admit that paragraph 72 generally describes some basic aspects

27  of the nature, technology, and means of manufacturing TFT-LCD panels, modules, and

28  appliances containing TFT-LCD panels, that some types of TFT-LCD panels are incorporated in

EPSON DEFS' ANSWER TO FIRST AM. COMPL. OF DELL INC. AND DELL ELECTRONICS L.P.
Master File No. 3-07-MD-1827-SI, No. 3-10-CV-1064-SI
sf-2981071

14

many appliances, including, but not limited to, computer monitors, televisions, and cellular telephones, and that at various times, different types of TFT-LCD panels were used in a wide variety of appliances, including, but not limited to, wireless handsets. Further responding to the allegations contained in paragraph 72, to the extent that the remaining allegations are directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations, and deny each and every allegation. To the extent that the remaining allegations contained in paragraph 72 are directed to Epson Defendants, Epson Defendants deny each and every such allegation.

73.     With respect to the allegations contained in paragraph 73 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather plaintiffs' explanation of terminology. Further responding to the allegations in paragraph 73, Epson Defendants admit that paragraph 73 generally describes some basic aspects of the nature, technology, and means of manufacturing TFT-LCD panels, modules, and appliances containing TFT-LCD panels, that some types of TFT-LCD panels are incorporated in many appliances, including, but not limited to, computer monitors, televisions, and cellular telephones, and that at various times, different types of TFT-LCD panels were used in a wide variety of appliances, including, but not limited to, wireless handsets. Except as specifically admitted herein, Epson Defendants deny the remainder of the allegations in paragraph 73.

74.     With respect to the allegations contained in paragraph 74 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather plaintiffs' explanation of terminology. Further responding to the allegations contained in paragraph 74 of the Complaint, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every such allegation.

75.     With respect to paragraph 75 of the Complaint, Epson Defendants deny any allegation contained in such paragraph that there is a single "TFT-LCD industry." The term "TFT-LCD industry" is undefined, argumentative, and counterintuitive, given that there is no single market for TFT-LCD panels and products containing TFT-LCD panels, but rather there are

EPSON DEFS' ANSWER TO FIRST AM. COMPL. OF DELL INC. AND DELL ELECTRONICS L.P.
Master File No. 3-07-MD-1827-SI, No. 3-10-CV-1064-SI
sf-2981071

15

multiple separate markets for TFT-LCD panels and multiple separate markets for products containing TFT-LCD panels. Thus, as defined, the term "TFT-LCD industry" creates confusion in this paragraph and wherever it is used as part of any subsequent allegation in the Complaint. Further responding to the allegations in paragraph 75, Epson Defendants deny each and every allegation contained in such paragraph.

76. Epson Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in the first sentence of paragraph 76 of the Complaint, and on that basis deny each and every such allegation. Further responding to the allegations contained in the second sentence of paragraph 76, plaintiffs purport to characterize a Reuters article, which Reuters article speaks for itself as to its content and require no further response. To the extent that the remaining allegations in paragraph 76 require any further response, Epson Defendants deny each and every allegation in paragraph 76.

77. Epson Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in the first sentence of paragraph 77 of the Complaint, and on that basis deny each and every such allegation. Further responding to the allegations contained in the second through third sentences of paragraph 77, plaintiffs purport to characterize industry reports by iSuppli and other analysts, which reports speak for themselves as to their content and require no further response. To the extent that the remaining allegations in paragraph 77 require any further response, Epson Defendants deny each and every allegation in paragraph 77.

78. To the extent that the allegations contained in paragraph 78 are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 78 are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

79. To the extent that the allegations contained in paragraph 79 are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation. To the extent

EPSON DEFS' ANSWER TO FIRST AM. COMPL. OF DELL INC. AND DELL ELECTRONICS L.P.
Master File No. 3-07-MD-1827-SI, No. 3-10-CV-1064-SI
sf-2981071

16

that the allegations contained in paragraph 79 are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

80. To the extent that the allegations contained in paragraph 80 are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 80 are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

81. To the extent that the allegations contained in paragraph 81 are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 81 are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

82. To the extent that the allegations contained in paragraph 82 are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 82 are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

83. Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations directed to other defendants contained in the first three sentences of paragraph 83 of the Complaint, and on that basis deny each and every allegation. Further responding to the allegations in the fourth and fifth sentences of paragraph 83 of the Complaint, plaintiffs purport to characterize DisplaySearch research reports, which reports speak for themselves as to their content and require no further response. To the extent that the remaining allegations in paragraph 83 are deemed to require any further response, Epson Defendants deny each and every allegation contained in such paragraph.

84. To the extent that the allegations contained in paragraph 84 are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation. To the extent

EPSON DEFS' ANSWER TO FIRST AM. COMPL. OF DELL INC. AND DELL ELECTRONICS L.P.
Master File No. 3-07-MD-1827-SI, No. 3-10-CV-1064-SI
sf-2981071

17

1    that the allegations contained in paragraph 84 are directed to Epson Defendants, Epson

2    Defendants deny each and every allegation contained in such paragraph.

3        85.    Epson Defendants lack knowledge or information sufficient to form a belief as to

4    the truth of the allegations directed to other defendants contained in paragraph 85 of the

5    Complaint, and on that basis deny each and every allegation.

6        86.    Epson Defendants lack knowledge or information sufficient to form a belief as to

7    the truth of the allegations directed to other defendants contained in paragraph 86 of the

8    Complaint, and on that basis deny each and every allegation.

9        87.    To the extent that the allegations contained in paragraph 87 are directed to other

10   defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to

11   the truth of such allegations, and on that basis deny each and every such allegation.  To the extent

12   that the allegations contained in paragraph 87 are directed to Epson Defendants, Epson

13   Defendants deny each and every allegation contained in such paragraph.

14       88.    To the extent that the allegations contained in paragraph 88 are directed to other

15   defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to

16   the truth of such allegations, and on that basis deny each and every such allegation.  To the extent

17   that the allegations contained in paragraph 88 are directed to Epson Defendants, Epson

18   Defendants deny each and every allegation contained in such paragraph.

19       89.    To the extent that the allegations contained in paragraph 89 are directed to other

20   defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to

21   the truth of such allegations, and on that basis deny each and every such allegation.  To the extent

22   that the allegations contained in paragraph 89 are directed to Epson Defendants, Epson

23   Defendants deny each and every allegation contained in such paragraph.

24       90.    To the extent that the allegations contained in paragraph 90 are directed to other

25   defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to

26   the truth of such allegations, and on that basis deny each and every such allegation.  To the extent

27   that the allegations contained in paragraph 90 are directed to Epson Defendants, Epson

28   Defendants deny each and every allegation contained in such paragraph.

Epson Defs' Answer to First Am. Compl. of Dell Inc. and Dell Electronics L.P.
Master File No. 3-07-MD-1827-SI,  No. 3-10-CV-1064-SI
sf-2981071

18

91.     Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations directed to other defendants contained in paragraph 91 of the Complaint, and on that basis deny each and every allegation.

92.     To the extent that the allegations in the first two sentences of paragraph 92 purport to characterize reports by industry analysts, such reports speak for themselves as to their contents and require no further response.  To the extent that the allegations in the third and fourth sentences of paragraph 92 are directed towards other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and deny each and every such allegation.  To the extent that the allegations contained in paragraph 92 are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

93.     Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations directed to other defendants contained in paragraph 93 of the Complaint, and on that basis deny each and every allegation.

94.     To the extent that the allegations contained in paragraph 94 are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation.  To the extent that the allegations contained in paragraph 94 are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

95.     To the extent that the allegations contained in paragraph 95 are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation.  To the extent that the allegations contained in paragraph 95 are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

96.     To the extent that the allegations contained in paragraph 96 are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation.  To the extent

EPSON DEFS' ANSWER TO FIRST AM. COMPL. OF DELL INC. AND DELL ELECTRONICS L.P.
Master File No. 3-07-MD-1827-SI,  No. 3-10-CV-1064-SI
sf-2981071

19

1  that the allegations contained in paragraph 96 are directed to Epson Defendants, Epson

2  Defendants deny each and every allegation contained in such paragraph.

3        97.    To the extent that the allegations contained in paragraph 97 are directed to other

4  defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to

5  the truth of such allegations, and on that basis deny each and every such allegation.  To the extent

6  that the allegations contained in paragraph 97 are directed to Epson Defendants, Epson

7  Defendants deny each and every allegation contained in such paragraph.

8        98.    To the extent that the allegations contained in paragraph 98 are directed to other

9  defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to

10  the truth of such allegations, and on that basis deny each and every such allegation.  To the extent

11  that the allegations contained in paragraph 98 are directed to Epson Defendants, Epson

12  Defendants deny each and every allegation contained in such paragraph.

13        99.    To the extent that the allegations contained in paragraph 99 are directed to other

14  defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to

15  the truth of such allegations, and on that basis deny each and every such allegation.  To the extent

16  that the allegations contained in paragraph 99 are directed to Epson Defendants, Epson

17  Defendants deny each and every allegation contained in such paragraph.

18        100.    To the extent that the allegations contained in paragraph 100 are directed to other

19  defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to

20  the truth of such allegations, and on that basis deny each and every such allegation.  To the extent

21  that the allegations contained in paragraph 100 are directed to Epson Defendants, Epson

22  Defendants deny each and every allegation contained in such paragraph.

23        101.    To the extent that the allegations contained in paragraph 101 are directed to other

24  defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to

25  the truth of such allegations, and on that basis deny each and every such allegation.  To the extent

26  that the allegations contained in paragraph 101 are directed to Epson Defendants, Epson

27  Defendants deny each and every allegation contained in such paragraph.

28

EPSON DEFS' ANSWER TO FIRST AM. COMPL. OF DELL INC. AND DELL ELECTRONICS L.P.
Master File No. 3-07-MD-1827-SI,  No. 3-10-CV-1064-SI
sf-2981071

20

102.     To the extent that the allegations contained in paragraph 102 are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation.  To the extent that the allegations contained in paragraph 102 are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

103.     To the extent that the allegations contained in paragraph 103 are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation.  To the extent that the allegations contained in paragraph 103 are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

104.     To the extent that the allegations contained in paragraph 104 are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation.  To the extent that the allegations contained in paragraph 104 are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

105.     To the extent that the allegations contained in paragraph 105 are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation.  To the extent that the allegations contained in paragraph 105 are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

106.     To the extent that the allegations contained in paragraph 106 are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation.  To the extent that the allegations contained in paragraph 106 are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

107.     To the extent that the allegations contained in paragraph 107 are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation.  To the extent

EPSON DEFS' ANSWER TO FIRST AM. COMPL. OF DELL INC. AND DELL ELECTRONICS L.P.
Master File No. 3-07-MD-1827-SI,  No. 3-10-CV-1064-SI
sf-2981071

21

1    that the allegations contained in paragraph 107 are directed to Epson Defendants, Epson

2    Defendants deny each and every allegation contained in such paragraph.

3         108.    To the extent that the allegations contained in paragraph 108 are directed to other

4    defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to

5    the truth of such allegations, and on that basis deny each and every such allegation.  To the extent

6    that the allegations contained in paragraph 108 are directed to Epson Defendants, Epson

7    Defendants deny each and every allegation contained in such paragraph.

8         109.    To the extent that the allegations contained in paragraph 109 are directed to other

9    defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to

10   the truth of such allegations, and on that basis deny each and every such allegation.  To the extent

11   that the allegations contained in paragraph 109 are directed to Epson Defendants, Epson

12   Defendants deny each and every allegation contained in such paragraph.

13        110.    To the extent that the allegations contained in paragraph 110 are directed to other

14   defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to

15   the truth of such allegations, and on that basis deny each and every such allegation.  To the extent

16   that the allegations contained in paragraph 110 are directed to Epson Defendants, Epson

17   Defendants deny each and every allegation contained in such paragraph.

18        111.    Answering the allegations contained in paragraph 111 of the Complaint, Epson

19   Defendants deny each and every allegation contained such paragraph, except admit that EID

20   entered a guilty plea as set forth in the publicly-filed Plea Agreement in *United States v. Epson*

21   *Imaging Devices Corporation*, N.D. Cal., No. 09-cr-0854, the contents of which Plea Agreement

22   speaks for itself and requires no further response.

23        112.    To the extent that the allegations contained in paragraph 112 are directed to other

24   defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to

25   the truth of such allegations, and on that basis deny each and every such allegation.  To the extent

26   that the allegations contained in paragraph 112 are directed to Epson Defendants, Epson

27   Defendants deny each and every allegation contained in such paragraph, except admit that EEA is

28

EPSON DEFS' ANSWER TO FIRST AM. COMPL. OF DELL INC. AND DELL ELECTRONICS L.P.
Master File No. 3-07-MD-1827-SI,  No. 3-10-CV-1064-SI
sf-2981071

22

1    a wholly-owned subsidiary of US Epson Inc., and US Epson Inc. is in turn a wholly-owned

2    subsidiary of Seiko Epson Corporation.

3        113.    To the extent that the allegations contained in paragraph 113 are directed to other

4    defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to

5    the truth of such allegations, and on that basis deny each and every such allegation.  To the extent

6    that the allegations contained in paragraph 113 are directed to Epson Defendants, Epson

7    Defendants deny each and every allegation contained in such paragraph.

8        114.    Answering the allegations contained in paragraph 114 of the Complaint, plaintiffs

9    purport to characterize an agreement between the DOJ and Hitachi Displays, Ltd., and a publicly-

10   filed indictment against one of its executives, which agreement and indictment speak for

11   themselves as to their content and require no further response.  Further answering the allegations

12   contained in paragraph 114 of the Complaint, Epson Defendants lack knowledge or information

13   sufficient to form a belief as to the truth of the allegations, and on that basis deny each and every

14   such allegation.

15       115.    Answering the allegations contained in paragraph 115 of the Complaint, plaintiffs

16   purport to characterize an agreement between the DOJ and Sharp Corporation, which agreement

17   speaks for itself as to its content and requires no further response.  Further answering the

18   allegations contained in paragraph 115 of the Complaint, Epson Defendants lack knowledge or

19   information sufficient to form a belief as to the truth of the allegations, and on that basis deny

20   each and every such allegation.

21       116.    Epson Defendants lack knowledge or information sufficient to form a belief as to

22   the truth of the allegations directed to other defendants contained in paragraph 116 of the

23   Complaint, and on that basis deny each and every allegation.

24       117.    Epson Defendants lack knowledge or information sufficient to form a belief as to

25   the truth of the allegations directed to other defendants contained in paragraph 117 of the

26   Complaint, and on that basis deny each and every allegation.

27

28

EPSON DEFS' ANSWER TO FIRST AM. COMPL. OF DELL INC. AND DELL ELECTRONICS L.P.
Master File No. 3-07-MD-1827-SI,  No. 3-10-CV-1064-SI
sf-2981071

23

118.    Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations directed to other defendants contained in paragraph 118 of the Complaint, and on that basis deny each and every allegation.

119.    Answering the allegations contained in paragraph 119 of the Complaint, plaintiffs purport to characterize an agreement between the DOJ and Chi Mei Optoelectronics, which agreement speaks for itself as to its content and requires no further response.  Further answering the allegations contained in paragraph 119 of the Complaint, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis deny each and every such allegation.

120.    Answering the allegations contained in paragraph 120 of the Complaint, plaintiffs purport to characterize agreements between the DOJ and Chunghwa Picture Tubes, Ltd. ("Chunghwa") and three of its executives, which agreements speak for themselves as to their content and require no further response.  Further answering the allegations contained in paragraph 120 of the Complaint, plaintiffs purport to characterize publicly-filed indictments returned against two Chunghwa executives, which indictments speak for themselves as to their contents and require no further response.  Further answering the allegations contained in paragraph 120 of the Complaint, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis deny each and every such allegation.

121.    Answering the allegations contained in paragraph 121 of the Complaint, plaintiffs purport to characterize agreements between the DOJ and LG Display Co. and LG Display America, Inc. (collectively, "LG Display") and two of its executives, which agreements speak for themselves as to their content and require no further response.  Further answering the allegations contained in paragraph 121 of the Complaint, plaintiffs purport to characterize publicly-filed indictments returned against an LG executive, which indictment speaks for itself as to its contents and requires no further response.  Further answering the allegations contained in paragraph 121 of the Complaint, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis deny each and every such allegation.

Epson Defs' Answer to First Am. Compl. of Dell Inc. and Dell Electronics L.P.
Master File No. 3-07-MD-1827-SI,  No. 3-10-CV-1064-SI
sf-2981071

24

122.     Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations directed to other defendants contained in paragraph 122 of the Complaint, and on that basis deny each and every allegation.

123.     Answering the allegations contained in paragraph 123, plaintiffs purport to characterize a document filed in related class action litigation, which document speaks for itself as to its content and requires no further response.

124.     Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations directed to other defendants contained in paragraph 124 of the Complaint, and on that basis deny each and every allegation.  To the extent any further response to paragraph 124 may be deemed required, Epson Defendants deny each and every allegation contained in such paragraph.

125.     The allegations contained in paragraph 125 of the Complaint purport to characterize public statements by governmental authorities in Japan, Korea, the European Union and the United States, as well as public disclosures by LG Display, which public statements and public disclosures speak for themselves as to their content and require no further response.  To the extent any further response to paragraph 125 may be deemed required, Epson Defendants deny each and every allegation contained in such paragraph.

126.     The allegations contained in paragraph 126 of the Complaint purport to characterize news reports and public statements by governmental authorities in Japan and the European Union, which news reports and public disclosures speak for themselves as to their content and require no further response.  To the extent any further response to paragraph 126 may be deemed required, Epson Defendants deny each and every allegation contained in such paragraph.

127.     The allegations contained in paragraph 127 of the Complaint purport to characterize the annual reports of several defendants, which annual reports speak for themselves as to their content and require no further response.  To the extent any further response to paragraph 127 may be deemed required, Epson Defendants deny each and every allegation contained in such paragraph.

EPSON DEFS' ANSWER TO FIRST AM. COMPL. OF DELL INC. AND DELL ELECTRONICS L.P.
Master File No. 3-07-MD-1827-SI,  No. 3-10-CV-1064-SI
sf-2981071

25

128.     The allegations contained in paragraph 128 of the Complaint purport to characterize an Securities and Exchange Commission filing by LG Display Co., Ltd., which filing speaks for itself as to its content and requires no further response.  To the extent any further response to paragraph 128 may be deemed required, Epson Defendants deny each and every allegation contained in such paragraph.

129.     The allegations contained in paragraph 129 of the Complaint purport to characterize public statements and orders by governmental authorities in Japan, which public statements and orders speak for themselves as to their content and require no further response.  To the extent any further response to paragraph 129 may be deemed required, Epson Defendants deny each and every allegation contained in such paragraph.

130.     The allegations contained in paragraph 130 of the Complaint purport to characterize an annual report by AU Optronics Corporation., which annual report speaks for itself as to its content and requires no further response.  To the extent any further response to paragraph 130 may be deemed required, Epson Defendants deny each and every allegation contained in such paragraph.

131.     The allegations in paragraph 131 of the Complaint purport to characterize publicly-filed agreements between the DOJ and several defendants and alleged co-conspirators, the contents of which agreements speak for themselves and require no further response.  To the extent that any further response may be deemed required to such allegations, Epson Defendants deny each and every allegation contained in paragraph 131 of the Complaint, except admit that EID entered a guilty plea as set forth in the publicly-filed Plea Agreement in *United States v. Epson Imaging Devices Corporation*, N.D. Cal., No. 09-cr-0854, the contents of which Plea Agreement speaks for itself; and admit that the DOJ reached agreements with LG Display Co. Ltd., LG Display America, Inc, Sharp Corporation, Chunghwa Picture Tubes, Ltd., Chi Mei Optoelectronics Corporation, and Hitachi Displays Ltd. to plead guilty and pay criminal fines for violations of the Sherman Act.  Except as otherwise herein admitted, Epson Defendants lack knowledge or information to form a belief as to the truth of the allegations, and on that basis deny each and every remaining allegation.

EPSON DEFS' ANSWER TO FIRST AM. COMPL. OF DELL INC. AND DELL ELECTRONICS L.P.
Master File No. 3-07-MD-1827-SI,  No. 3-10-CV-1064-SI
sf-2981071

26

132. The allegations in paragraph 132 of the Complaint purport to characterize publicly-filed agreements between the DOJ and several defendants, which agreements speak for themselves as to their contents and require no further response. To the extent any further response may be deemed required to such allegations, Epson Defendants admit that the DOJ reached agreements with Chunghwa Picture Tubes, Ltd., Sharp Corporation, LG Display Co. Ltd. and LG Display America Inc. to plead guilty and pay a total of $585 million in criminal fines. Except as specifically admitted herein, Epson Defendants deny each and every allegation in paragraph 132 of the Complaint.

133. The allegations in paragraph 133 of the Complaint purport to characterize publicly-filed agreements between the DOJ and several defendants, which agreements speak for themselves as to their contents and require no further response. To the extent any further response may be deemed required to such allegations, Epson Defendants admit that the DOJ reached agreements with Chunghwa Picture Tubes, Ltd., LG Display Co. Ltd. and LG Display America Inc. to plead guilty and pay a total of $465 million in criminal fines. Except as specifically admitted herein, Epson Defendants deny each and every allegation in paragraph 133 of the Complaint.

134. The allegations in paragraph 134 of the Complaint purport to characterize public statements by DOJ lawyers, statements that were recorded in the hearing transcript, and which transcript speaks for itself as to its content and requires no further response. Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 134, and on that basis deny each and every allegation.

135. The allegations in paragraph 135 of the Complaint purport to characterize a publicly-filed agreement between the DOJ and Sharp Corporation, which agreement speaks for itself as to its contents and requires no further response. To the extent any further response may be deemed required to such allegations, Epson Defendants admit that the DOJ reached agreement with Sharp Corporation to plead guilty and pay a total of $120 million in criminal fines. Except as specifically admitted herein, Epson Defendants deny each and every allegation in paragraph 135 of the Complaint.

EPSON DEFS' ANSWER TO FIRST AM. COMPL. OF DELL INC. AND DELL ELECTRONICS L.P.
Master File No. 3-07-MD-1827-SI, No. 3-10-CV-1064-SI
sf-2981071

27

136. The allegations in paragraph 136 of the Complaint purport to characterize a publicly-filed agreement between the DOJ and Sharp Corporation, which agreement speaks for itself as to its contents and requires no further response. Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 136, and on that basis deny each and every allegation.

137. The allegations in paragraph 137 of the Complaint purport to characterize a publicly-filed agreement between the DOJ and Sharp Corporation, which agreement speaks for itself as to its contents and requires no further response. Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 137, and on that basis deny each and every allegation.

138. The allegations in paragraph 138 of the Complaint purport to characterize publicly-filed agreements between the DOJ and several executives from Chunghwa and LG Display, as well as statements made at such individuals' sentencing hearings, statements which were recorded in the official hearing transcripts, which transcripts and agreements speak for themselves as to their content and require no further response. Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 138, and on that basis deny each and every allegation.

139. The allegations in paragraph 139 of the Complaint purport to characterize publicly-filed indictments returned against Chunghwa and LG executives, which indictments speak for themselves as to their contents and require no further response. Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 139, and on that basis deny each and every allegation.

140. The allegations in paragraph 140 of the Complaint purport to characterize publicly-filed indictments returned against Cheng Wuan Lin and Wen Jun Cheng, which indictments speak for themselves as to their contents and require no further response. Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 140, and on that basis deny each and every allegation.

EPSON DEFS' ANSWER TO FIRST AM. COMPL. OF DELL INC. AND DELL ELECTRONICS L.P.
Master File No. 3-07-MD-1827-SI, No. 3-10-CV-1064-SI
sf-2981071

28

141.     The allegations in paragraph 141 of the Complaint purport to characterize a publicly-filed indictment returned against Duk Mo Koo, which indictment speaks for itself as to its content and requires no further response.  Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 141, and on that basis deny each and every allegation.

142.     The allegations in paragraph 142 of the Complaint purport to characterize a publicly-filed agreement between the DOJ and Hitachi Displays Ltd., which agreement speaks for itself as to its content and requires no further response.  To the extent any further response may be deemed required to such allegations, Epson Defendants admit that the DOJ reached agreement with Hitachi Displays Ltd. to plead guilty and pay a total of $310 million in criminal fines.  Except as specifically admitted herein, Epson Defendants deny each and every allegation in paragraph 142 of the Complaint.

143.     The allegations in paragraph 143 of the Complaint purport to characterize a publicly-filed agreement between the DOJ and Hitachi Displays Ltd., which agreement speaks for itself as to its contents and requires no further response.  Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 143, and on that basis deny each and every allegation.

144.     The allegations in paragraph 144 of the Complaint purport to characterize a publicly-filed indictment returned against Sakae Someya, which indictment speaks for itself as to its content and requires no further response.  Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 144, and on that basis deny each and every allegation.

145.     The allegations in paragraph 145 of the Complaint purport to characterize a publicly-filed agreement between the DOJ and Bock Kwon, which agreement speaks for itself as to its content and requires no further response.  Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 145, and on that basis deny each and every allegation.

EPSON DEFS' ANSWER TO FIRST AM. COMPL. OF DELL INC. AND DELL ELECTRONICS L.P.
Master File No. 3-07-MD-1827-SI,  No. 3-10-CV-1064-SI
sf-2981071

29

146.     To the extent that any further response may be deemed required to such allegations, Epson Defendants deny each and every allegation contained in paragraph 146 of the Complaint, except admit that EID entered a guilty plea as set forth in the publicly-filed Plea Agreement in *United States v. Epson Imaging Devices Corporation*, N.D. Cal., No. 09-cr-0854, the contents of which Plea Agreement speaks for itself; and admit that such agreement included an agreement to plead guilty and pay a criminal fine of $26 million. Except as specifically admitted herein, Epson Defendants deny the allegations in paragraph 146 of the Complaint.

147.     To the extent that any further response may be deemed required to such allegations, Epson Defendants deny each and every allegation contained in paragraph 147 of the Complaint, except admit that EID entered a guilty plea as set forth in the publicly-filed Plea Agreement in *United States v. Epson Imaging Devices Corporation*, N.D. Cal., No. 09-cr-0854, the contents of which Plea Agreement speaks for itself. Except as specifically admitted herein, Epson Defendants deny the allegations in paragraph 147 of the Complaint.

148.     The allegations in paragraph 148 of the Complaint purport to characterize a publicly-filed agreement between the DOJ and Chi Mei Optoelectronics, which agreement speaks for itself as to its content and requires no further response. To the extent any further response may be deemed required to such allegations, Epson Defendants admit that the DOJ reached agreement with Chi Mei Optoelectronics to plead guilty and pay a total of $220 million in criminal fines. Except as specifically admitted herein, Epson Defendants deny each and every allegation in paragraph 148 of the Complaint.

149.     The allegations in paragraph 149 of the Complaint purport to characterize a publicly-filed agreement between the DOJ and Chi Mei Optoelectronics, which agreement speaks for itself as to its contents and requires no further response. Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 149, and on that basis deny each and every allegation.

150.     The allegations in paragraph 150 of the Complaint purport to characterize publicly-filed agreements between the DOJ and several defendants and individuals, and publicly-filed indictments returned against several defendants and individuals, the contents of which

EPSON DEFS' ANSWER TO FIRST AM. COMPL. OF DELL INC. AND DELL ELECTRONICS L.P.
Master File No. 3-07-MD-1827-SI, No. 3-10-CV-1064-SI
sf-2981071

30

agreements and indictments speak for themselves and require no further response. To the extent that any further response may be deemed required to such allegations, Epson Defendants deny each and every allegation contained in paragraph 150 of the Complaint, except admit that EID entered a guilty plea as set forth in the publicly-filed Plea Agreement in *United States v. Epson Imaging Devices Corporation*, N.D. Cal., No. 09-cr-0854, the contents of which Plea Agreement speaks for itself; admit that the DOJ reached agreements with several defendants and alleged co-conspirators to plead guilty and pay more than $860 million in criminal fines for violations of the Sherman Act, and admit that five individuals have pleaded guilty and have been sentenced to serve jail time. Except as otherwise herein admitted, Epson Defendants lack knowledge or information to form a belief as to the truth of the allegations, and on that basis deny each and every remaining allegation.

151. To the extent the allegations contained in paragraph 151 of the Complaint are directed towards other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every allegation. To the extent that the allegations contained in paragraph 151 are directed towards Epson Defendants, Epson Defendants deny each and every such allegation.

152. Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 152 and on that basis deny each and every such allegation.

153. With respect to paragraph 153 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact but rather consists of speculation, argument, and conclusions of law. To the extent that paragraph 153 purports to characterize publicly-filed plea agreements between the DOJ and several defendants, including the publicly-filed Plea Agreement in *United States v. Epson Imaging Devices Corporation*, N.D. Cal., No. 09-cr-0854, the contents of those documents speak for themselves and require no further response.

154. To the extent that the allegations contained in paragraph 154 are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to

EPSON DEFS' ANSWER TO FIRST AM. COMPL. OF DELL INC. AND DELL ELECTRONICS L.P.
Master File No. 3-07-MD-1827-SI, No. 3-10-CV-1064-SI
sf-2981071

31

the truth of such allegations, and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 154 are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

155. To the extent that the allegations contained in paragraph 155 are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 155 are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

156. To the extent that the allegations contained in paragraph 156 are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 156 are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

157. To the extent that the allegations contained in paragraph 157 are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 157 are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

158. To the extent that the allegations contained in the first sentence of paragraph 158 of the Complaint are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegation, and on that basis deny each and every such allegation. To the extent that the allegations contained in the second sentence of paragraph 158 purport to characterize an industry magazine's report, such report speaks for itself as to its content and requires no further response. To the extent that the remaining allegations in paragraph 158 require any further response, Epson Defendants deny each and every allegation in paragraph 158.

159. To the extent that the allegations contained in paragraph 159 of the Complaint purport to characterize an industry magazine's report, such report speaks for itself as to its content

Epson Defs' Answer to First Am. Compl. of Dell Inc. and Dell Electronics L.P.
Master File No. 3-07-MD-1827-SI, No. 3-10-CV-1064-SI
sf-2981071

32

and requires no further response. To the extent that the allegations contained in paragraph 159 of the Complaint are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation. To the extent that the remaining allegations in paragraph 159 require any further response, Epson Defendants deny each and every allegation in paragraph 159.

160. To the extent that the allegations contained in paragraph 160 are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 160 are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

161. To the extent that the allegations contained in paragraph 161 are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 161 are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

162. To the extent that the allegations contained in paragraph 162 are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 162 are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

163. To the extent that the allegations contained in the first sentence of paragraph 163 of the Complaint are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegation, and on that basis deny each and every such allegation. To the extent that the allegations contained in the second and third sentences of paragraph 163 purport to characterize an Electronic News article, such article speaks for itself as to its content and requires no further response. To the extent that the remaining allegations in paragraph 163 require any further response, Epson Defendants deny each and every allegation in paragraph 163.

EPSON DEFS' ANSWER TO FIRST AM. COMPL. OF DELL INC. AND DELL ELECTRONICS L.P.
Master File No. 3-07-MD-1827-SI, No. 3-10-CV-1064-SI
sf-2981071

33

164.　　To the extent that the allegations contained in the first sentence of paragraph 164 of the Complaint are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegation, and on that basis deny each and every such allegation.  To the extent that the allegations contained in the second through sixth sentences of paragraph 164 purport to characterize public statements by Yoon-Woo Lee, such public statements speak for themselves as to their content and require no further response.  To the extent that the remaining allegations in paragraph 164 require any further response, Epson Defendants deny each and every allegation in paragraph 164.

165.　　To the extent that the allegations contained in paragraph 165 are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation.  To the extent that the allegations contained in paragraph 165 are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

166.　　To the extent that the allegations contained in paragraph 166 are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation.  To the extent that the allegations contained in paragraph 166 are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

167.　　To the extent that the allegations contained in paragraph 167 of the Complaint purport to characterize an industry publication's report, such report speaks for itself as to its content and requires no further response.  To the extent that the allegations contained in paragraph 167 of the Complaint are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegation, and on that basis deny each and every such allegation.  To the extent that the remaining allegations in paragraph 167 require any further response, Epson Defendants deny each and every allegation in paragraph 167.

168.　　To the extent that the allegations contained in the first sentence of paragraph 168 of the Complaint are directed to other defendants, Epson Defendants lack the knowledge or

EPSON DEFS' ANSWER TO FIRST AM. COMPL. OF DELL INC. AND DELL ELECTRONICS L.P.
Master File No. 3-07-MD-1827-SI,  No. 3-10-CV-1064-SI
sf-2981071

34

information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation. To the extent that the allegations contained in the second through sixth sentences of paragraph 168 purport to characterize public statements by Yoon-Woo Lee, such public statements speak for themselves as to their content and require no further response. To the extent that the remaining allegations in paragraph 168 require any further response, Epson Defendants deny each and every allegation in paragraph 168.

169.   To the extent that the allegations contained in paragraph 169 of the Complaint purport to characterize public statements by Bock Kwon and Yoon-Woo Lee, such statements speak for themselves as to their content and require no further response. To the extent that the allegations contained in paragraph 169 of the Complaint are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegation, and on that basis deny each and every such allegation. To the extent that the remaining allegations in paragraph 169 require any further response, Epson Defendants deny each and every allegation in paragraph 169.

170.   Epson Defendants lack the knowledge or information sufficient to form a belief about the allegations contained in paragraph 170 of the Complaint.

171.   To the extent that the allegations contained in paragraph 171 are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 171 are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

172.   To the extent that the allegations contained in paragraph 172 are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 172 are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

173.   To the extent that the allegations contained in the first sentence of paragraph 173 of the Complaint are directed to other defendants, Epson Defendants lack the knowledge or

EPSON DEFS' ANSWER TO FIRST AM. COMPL. OF DELL INC. AND DELL ELECTRONICS L.P.
Master File No. 3-07-MD-1827-SI,  No. 3-10-CV-1064-SI
sf-2981071

35

information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation. To the extent that the allegations contained in the second sentence of paragraph 173 purport to characterize a report by a "leading industry research house," such report speaks for itself as to its content and requires no further response. To the extent that the remaining allegations in paragraph 173 require any further response, Epson Defendants deny each and every allegation in paragraph 173.

174. To the extent that the allegations contained in paragraph 174 of the Complaint purport to characterize a report by the Korea Herald, such report speaks for itself as to its content and requires no further response. To the extent that the allegations contained in paragraph 174 of the Complaint are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegation, and on that basis deny each and every such allegation. To the extent that the remaining allegations in paragraph 174 require any further response, Epson Defendants deny each and every allegation in paragraph 174.

175. To the extent that the allegations contained in the first, seventh and eighth sentences of paragraph 175 of the Complaint are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation. To the extent that the allegations contained in the second through sixth sentences of paragraph 175 purport to characterize public statements by LG Display officials, industry experts and published data, such statements and data speak for themselves as to their content and require no further response. To the extent that the remaining allegations in paragraph 175 require any further response, Epson Defendants deny each and every allegation in paragraph 175.

176. To the extent that the allegations contained in paragraph 176 are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 176 are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

EPSON DEFS' ANSWER TO FIRST AM. COMPL. OF DELL INC. AND DELL ELECTRONICS L.P.
Master File No. 3-07-MD-1827-SI, No. 3-10-CV-1064-SI
sf-2981071

36

177.     To the extent that the allegations contained in the first and third sentences of paragraph 177 of the Complaint are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation.  To the extent that the allegations contained in the second sentence of paragraph 177 purport to characterize the attributions of industry experts, such attributions speak for themselves as to their content and require no further response.  To the extent that the remaining allegations in paragraph 177 require any further response, Epson Defendants deny each and every allegation in paragraph 177.

178.     To the extent that the allegations contained in paragraph 178 are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation.  To the extent that the allegations contained in paragraph 178 are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

179.     To the extent that the allegations contained in the first sentence of paragraph 179 of the Complaint are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation.  To the extent that the allegations contained in the second sentence of paragraph 179 purport to characterize the public statements of Samsung officials, such public statements speak for themselves as to their content and require no further response. To the extent that the remaining allegations in paragraph 179 require any further response, Epson Defendants deny each and every allegation in paragraph 179.

180.     To the extent that the allegations contained in the first and third sentences of paragraph 180 of the Complaint are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation.  To the extent that the allegations contained in the second sentence of paragraph 180 purport to characterize the statements of a market research analyst, such statements speak for themselves as to their content and require no further response.

Epson Defs' Answer to First Am. Compl. of Dell Inc. and Dell Electronics L.P.
Master File No. 3-07-MD-1827-SI,  No. 3-10-CV-1064-SI
sf-2981071

37

To the extent that the remaining allegations in paragraph 180 require any further response, Epson Defendants deny each and every allegation in paragraph 180.

181.     To the extent that the allegations contained in paragraph 181 are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation.  To the extent that the allegations contained in paragraph 181 are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

182.     To the extent that the allegations contained in the first, third and fourth sentences of paragraph 182 of the Complaint are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every allegation.  To the extent that the allegations contained in the second sentence of paragraph 182 purport to characterize the reports of a number of TFT-LCD product manufacturers, such reports speak for themselves as to their content and require no further response.  To the extent that the remaining allegations in paragraph 182 require any further response, Epson Defendants deny each and every allegation in paragraph 182.

183.     To the extent that the allegations contained in paragraph 183 are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation.  To the extent that the allegations contained in paragraph 183 are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

184.     To the extent that the allegations contained in paragraph 184 are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation.  To the extent that the allegations contained in paragraph 184 are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

185.     To the extent that the allegations contained in paragraph 185 are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation.  To the extent

EPSON DEFS' ANSWER TO FIRST AM. COMPL. OF DELL INC. AND DELL ELECTRONICS L.P.
Master File No. 3-07-MD-1827-SI,  No. 3-10-CV-1064-SI
sf-2981071

38

1  that the allegations contained in paragraph 185 are directed to Epson Defendants, Epson

2  Defendants deny each and every allegation contained in such paragraph.

3      186.    To the extent that the allegations contained in paragraph 186 are directed to other

4  defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to

5  the truth of such allegations, and on that basis deny each and every such allegation.  To the extent

6  that the allegations contained in paragraph 186 are directed to Epson Defendants, Epson

7  Defendants deny each and every allegation contained in such paragraph.

8      187.    To the extent that the allegations contained in paragraph 187 are directed to other

9  defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to

10  the truth of such allegations, and on that basis deny each and every such allegation.  To the extent

11  that the allegations contained in paragraph 187 are directed to Epson Defendants, Epson

12  Defendants deny each and every allegation contained in such paragraph.

13      188.    To the extent that the allegations contained in paragraph 188 are directed to other

14  defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to

15  the truth of such allegations, and on that basis deny each and every such allegation.  To the extent

16  that the allegations contained in paragraph 188 are directed to Epson Defendants, Epson

17  Defendants deny each and every allegation contained in such paragraph.

18      189.    To the extent that the allegations contained in paragraph 189 of the Complaint

19  purport to characterize public statements by AU Optronics, such public statements speak for

20  themselves as to their content and require no further response.  To the extent that the allegations

21  contained in paragraph 189 of the Complaint are directed to other defendants, Epson Defendants

22  lack the knowledge or information sufficient to form a belief as to the truth of such allegations,

23  and on that basis deny each and every such allegation.  To the extent that the remaining

24  allegations in paragraph 189 require any further response, Epson Defendants deny each and every

25  allegation in paragraph 189.

26      190.    To the extent that the allegations contained in paragraph 190 are directed to other

27  defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to

28  the truth of such allegations, and on that basis deny each and every such allegation.  To the extent

EPSON DEFS' ANSWER TO FIRST AM. COMPL. OF DELL INC. AND DELL ELECTRONICS L.P.
Master File No. 3-07-MD-1827-SI,  No. 3-10-CV-1064-SI
sf-2981071

39

1   that the allegations contained in paragraph 190 are directed to Epson Defendants, Epson

2   Defendants deny each and every allegation contained in such paragraph.

3       191.    To the extent that the allegations contained in paragraph 191 are directed to other

4   defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to

5   the truth of such allegations, and on that basis deny each and every such allegation.  To the extent

6   that the allegations contained in paragraph 191 are directed to Epson Defendants, Epson

7   Defendants deny each and every allegation contained in such paragraph.

8       192.    To the extent that the allegations contained in paragraph 192 are directed to other

9   defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to

10  the truth of such allegations, and on that basis deny each and every such allegation.  To the extent

11  that the allegations contained in paragraph 192 are directed to Epson Defendants, Epson

12  Defendants deny each and every allegation contained in such paragraph.

13      193.    To the extent that the allegations contained in the first sentence of paragraph 193

14  of the Complaint purport to characterize public statements by Samsung, such public statements

15  speak for themselves as to their content and require no further response.  To the extent that the

16  allegations contained in the second and third sentences of paragraph 193 of the Complaint are

17  directed to other defendants, Epson Defendants lack the knowledge or information sufficient to

18  form a belief as to the truth of such allegations, and on that basis deny each and every such

19  allegation.  To the extent that the remaining allegations in paragraph 193 require any further

20  response, Epson Defendants deny each and every allegation in paragraph 193.

21      194.    To the extent that the allegations contained in paragraph 194 of the Complaint

22  purport to characterize public statements by a Sharp executive and analysts' forecasts, such public

23  statements and forecasts speak for themselves as to their content and require no further response.

24  To the extent that the allegations contained in paragraph 194 of the Complaint are directed to

25  other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief

26  as to the truth of such allegations, and on that basis deny each and every such allegation.  To the

27  extent that the remaining allegations in paragraph 194 require any further response, Epson

28  Defendants deny each and every allegation in paragraph 194.

195.     To the extent that the allegations contained in the first sentence of paragraph 195 of the Complaint are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation.  To the extent that the allegations contained in the remainder of paragraph 195 purport to characterize a public statement by Dr. Hus Hsiung of AU Optronics, such public statements speak for themselves as to their content and require no further response. To the extent that the remaining allegations in paragraph 195 require any further response, Epson Defendants deny each and every allegation in paragraph 195.

196.     To the extent that the allegations contained in paragraph 196 of the Complaint purport to characterize public statements by spokespersons for LG Display and Samsung, such public statements speak for themselves as to their content and require no further response.  To the extent that the allegations contained in paragraph 196 of the Complaint are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation.  To the extent that the remaining allegations in paragraph 196 require any further response, Epson Defendants deny each and every allegation in paragraph 196.

197.     To the extent that the allegations contained in paragraph 197 of the Complaint purport to characterize public statements by Sang-Wan Lee of Samsung, such public statements speak for themselves as to their content and require no further response.  To the extent that the allegations contained in paragraph 197 of the Complaint are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation.  To the extent that the remaining allegations in paragraph 197 require any further response, Epson Defendants deny each and every allegation in paragraph 197.

198.     To the extent that the allegations contained in paragraph 198 are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation. To the extent

EPSON DEFS' ANSWER TO FIRST AM. COMPL. OF DELL INC. AND DELL ELECTRONICS L.P.
Master File No. 3-07-MD-1827-SI,  No. 3-10-CV-1064-SI
sf-2981071

41

that the allegations contained in paragraph 198 are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

199. To the extent that the allegations contained in the first and second sentences of paragraph 199 of the Complaint are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation. To the extent that the allegations contained in the remainder of paragraph 199 purport to characterize public statements by Mr. Msiung of AU Optronics, Eddie Chen of Chi Mei Optoelectronics, and an article in Info World, such article and public statements speak for themselves as to their content and require no further response. To the extent that the remaining allegations in paragraph 199 require any further response, Epson Defendants deny each and every allegation in paragraph 199.

200. To the extent that the allegations contained in paragraph 200 are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 200 are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

201. To the extent that the allegations contained in paragraph 201 are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 201 are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

202. With respect to paragraph 202 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact but rather consists of argument and conclusions of law. To the extent that the allegations contained in paragraph 202 are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 202 are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

EPSON DEFS' ANSWER TO FIRST AM. COMPL. OF DELL INC. AND DELL ELECTRONICS L.P.
Master File No. 3-07-MD-1827-SI, No. 3-10-CV-1064-SI
sf-2981071

42

203.    With respect to paragraph 203 of the Complaint, Epson Defendants deny any allegation contained in such paragraph that there is a single "TFT-LCD industry."  The term "TFT-LCD industry" is undefined, argumentative, and counterintuitive, given that there is no single market for LCD panels, but rather there are multiple separate markets for LCD panels and multiple separate markets for products containing LCD panels.  Thus, as defined, the term "TFT-LCD industry" creates confusion in this paragraph and wherever it is used as part of any subsequent allegation in the Complaint.  Epson Defendants further deny each and every allegation contained in the first sentence of paragraph 203, except admit that there are several trade organizations that convene meetings to address the concerns and interests of enterprises involved in the multiple separate markets for LCD panels and multiple separate markets for appliances containing LCD panels.   Epson Defendants deny the remaining allegations of paragraph 203.

204.    Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 204 of the Complaint, and on that basis deny each and every such allegation.

205.    To the extent that the allegations contained in paragraph 205 of the Complaint were derived from a public statement by Malcolm Thompson, such statement speaks for itself as to its content and requires no further response.  To the extent any further response may be deemed required to such allegations in paragraph 205 of the Complaint, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every allegation contained in such paragraph.

206.    To the extent that the allegations contained in paragraph 206 are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation.  To the extent that the allegations contained in paragraph 206 are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

207.    Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 207 of the Complaint, and on that basis deny each and every such allegation.

EPSON DEFS' ANSWER TO FIRST AM. COMPL. OF DELL INC. AND DELL ELECTRONICS L.P.
Master File No. 3-07-MD-1827-SI,  No. 3-10-CV-1064-SI
sf-2981071

43

208.    To the extent that the allegations contained in paragraph 208 of the Complaint were derived from the agenda for the 2004 SID Conference, and presentations made at the 2004 SID Conference, such agenda and presentations speak for themselves as to their content and require no further response.  To the extent any further response may be deemed required to such allegations in paragraph 208 of the Complaint, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every allegation.

209.    To the extent that the allegations contained in paragraph 209 of the Complaint were derived from the agenda for the 2005 SID Conference, and presentations made at the 2005 SID Conference, such agenda and presentations speak for themselves as to their content and require no further response.  To the extent any further response may be deemed required to such allegations in paragraph 209 of the Complaint, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every allegation.

210.    To the extent that the allegations contained in paragraph 210 of the Complaint were derived from the agenda for the 2005 SID Conference, and presentations made at the 2005 SID Conference, such agenda and presentations speak for themselves as to their content and require no further response.  To the extent any further response may be deemed required to such allegations in paragraph 210 of the Complaint, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every allegation.

211.    To the extent that the allegations contained in paragraph 211 of the Complaint were derived from the agenda for the 2005 SID Conference, and presentations made at the 2005 SID Conference, such agenda and presentations speak for themselves as to their content and require no further response.  To the extent any further response may be deemed required to such allegations in paragraph 211 of the Complaint, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every allegation.

EPSON DEFS' ANSWER TO FIRST AM. COMPL. OF DELL INC. AND DELL ELECTRONICS L.P.
Master File No. 3-07-MD-1827-SI,  No. 3-10-CV-1064-SI
sf-2981071

44

212.     To the extent that the allegations contained in paragraph 212 are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation.  To the extent that the allegations contained in paragraph 212 are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

213.     To the extent that the allegations contained in paragraph 213 of the Complaint were derived from the agenda for the 2006 Global FPD Partners' Conference, and presentations made at the 2006 Global FPD Partners' Conference, such agenda and presentations speak for themselves as to their content and require no further response.  To the extent any further response may be deemed required to such allegations in paragraph 213 of the Complaint, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny them.

214.     To the extent that the allegations contained in paragraph 214 of the Complaint were derived from the agenda for the 2006 Global FPD Partners' Conference, and presentations made at the 2006 Global FPD Partners' Conference, such agenda and presentations speak for themselves as to their content and require no further response.  To the extent any further response may be deemed required to such allegations in paragraph 214 of the Complaint, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny them.

215.     To the extent that the allegations contained in paragraph 215 are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation.  To the extent that the allegations contained in paragraph 215 are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

216.     To the extent that the allegations contained in paragraph 216 are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation.  To the extent

Epson Defs' Answer to First Am. Compl. of Dell Inc. and Dell Electronics L.P.
Master File No. 3-07-MD-1827-SI,  No. 3-10-CV-1064-SI
sf-2981071

45

1    that the allegations contained in paragraph 216 are directed to Epson Defendants, Epson

2    Defendants deny each and every allegation contained in such paragraph.

3         217.    To the extent that the allegations contained in paragraph 217 are directed to other

4    defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to

5    the truth of such allegations, and on that basis deny each and every such allegation.  To the extent

6    that the allegations contained in paragraph 217 are directed to Epson Defendants, Epson

7    Defendants deny each and every allegation contained in such paragraph.

8         218.    Epson Defendants lack the knowledge or information sufficient to form a belief as

9    to the truth of such allegations, and on that basis deny each and every such allegation contained in

10   paragraph 218.

11        219.    With respect to paragraph 219 of the Complaint, Epson Defendants are not

12   required to respond because it does not contain any allegation of fact but rather consists of

13   argument and conclusions of law.  To the extent that the allegations contained in paragraph 219

14   are directed to other defendants, Epson Defendants lack the knowledge or information sufficient

15   to form a belief as to the truth of such allegations, and on that basis deny each and every such

16   allegation.  To the extent that the allegations contained in paragraph 219 are directed to Epson

17   Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

18        220.    Epson Defendants lack the knowledge or information sufficient to form a belief as

19   to the truth of such allegations, and on that basis deny each and every such allegation contained in

20   paragraph 220.

21        221.    To the extent that the allegations contained in paragraph 221 are directed to other

22   defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to

23   the truth of such allegations, and on that basis deny each and every such allegation.  To the extent

24   that the allegations contained in paragraph 221 are directed to Epson Defendants, Epson

25   Defendants deny each and every allegation contained in such paragraph.

26        222.    With respect to paragraph 222 of the Complaint, Epson Defendants are not

27   required to respond because it does not contain any allegation of fact but rather consists of

28   argument and conclusions of law.  To the extent that the allegations contained in paragraph 222

EPSON DEFS' ANSWER TO FIRST AM. COMPL. OF DELL INC. AND DELL ELECTRONICS L.P.
Master File No. 3-07-MD-1827-SI,  No. 3-10-CV-1064-SI
sf-2981071

46

are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 222 are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

223. With respect to paragraph 223 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact but rather consists of argument and conclusions of law. To the extent that the allegations contained in paragraph 223 are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 223 are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

224. With respect to paragraph 224 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact but rather consists of argument and conclusions of law. To the extent that the allegations contained in paragraph 224 are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 224 are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

225. With respect to paragraph 225 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact but rather consists of argument and conclusions of law. To the extent that the allegations contained in paragraph 225 are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 225 are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

226. With respect to paragraph 226 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact but rather consists of argument and conclusions of law. To the extent that the allegations contained in paragraph 226

EPSON DEFS' ANSWER TO FIRST AM. COMPL. OF DELL INC. AND DELL ELECTRONICS L.P.
Master File No. 3-07-MD-1827-SI, No. 3-10-CV-1064-SI
sf-2981071

47

are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 226 are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

227. To the extent that the allegations contained in paragraph 227 were derived from a public statement by Joel Pollack, such statement speaks for itself as to its content and requires no further response. To the extent any response may be deemed required to any allegation contained in paragraph 227 of the Complaint directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis deny each and every such allegation. To the extent any response may be deemed required to any allegations in paragraph 227 of the Complaint directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

228. With respect to paragraph 228 of the Complaint, to the extent allegations in paragraph 228 are derived from public statements by Bock Kwon and Yoon-Woo Lee, such statements speak for themselves as to their content and require no further response. To the extent any response may be deemed required to any allegation in paragraph 228 of the Complaint directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every such allegation. To the extent that allegations contained in paragraph 228 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

229. With respect to paragraph 229 of the Complaint, to the extent allegations in paragraph 229 are derived from public statements by Bruce Berkoff, such statements speak for themselves as to their content and require no further response. To the extent any response may be deemed required to any allegation in paragraph 229 of the Complaint directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every such allegation. To the extent that allegations contained in paragraph 229 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

Epson Defs' Answer to First Am. Compl. of Dell Inc. and Dell Electronics L.P.
Master File No. 3-07-MD-1827-SI, No. 3-10-CV-1064-SI
sf-2981071

48

230.    With respect to paragraph 230 of the Complaint, to the extent allegations in paragraph 230 are derived from public statements by Koo Duk-Mo, such statements speak for themselves as to their content and require no further response. To the extent any response may be deemed required to any allegation in paragraph 230 of the Complaint directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every such allegation. To the extent that allegations contained in paragraph 230 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

231.    With respect to paragraph 231 of the Complaint, to the extent allegations in paragraph 231 were derived from public statements by Hsu Jen-Ting and Chen Shuen-Bin in interviews with Taiwan Economic News in October 2001, such statements speak for themselves as to their contents and require no further response. To the extent any response may be deemed required to any allegation in paragraph 231 of the Complaint directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every such allegation. To the extent that allegations contained in paragraph 231 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

232.    With respect to paragraph 232 of the Complaint, to the extent allegations in paragraph 232 purport to characterize a document or documents produced in discovery, such document or documents speak for themselves as to their contents and require no further response. To the extent any response may be deemed required to any allegation in paragraph 232 of the Complaint directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every such allegation. To the extent that allegations contained in paragraph 232 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

233.    To the extent any response may be deemed required to any allegation in the first sentence of paragraph 233 of the Complaint directed to other defendants, Epson Defendants lack

EPSON DEFS' ANSWER TO FIRST AM. COMPL. OF DELL INC. AND DELL ELECTRONICS L.P.
Master File No. 3-07-MD-1827-SI, No. 3-10-CV-1064-SI
sf-2981071

49

knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every such allegation. With respect to the second and third sentences of paragraph 233 of the Complaint, to the extent allegations contained in such sentences were derived from public statements by Koo Duk-Mo of LG Display, such statements speak for themselves as to their contents and require no further response. To the extent that allegations contained in paragraph 233 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

234.    With respect to paragraph 234 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact but rather consists of argument and conclusions of law. To the extent that the allegations contained in paragraph 234 are directed to other defendants, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 234 are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

235.    Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 235 of the Complaint, and on that basis deny each and every such allegation.

236.    Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 236 of the Complaint, and on that basis deny each and every such allegation.

237.    Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 237 of the Complaint, and on that basis deny each and every such allegation.

238.    Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 238 of the Complaint, and on that basis deny each and every such allegation.

EPSON DEFS' ANSWER TO FIRST AM. COMPL. OF DELL INC. AND DELL ELECTRONICS L.P.
Master File No. 3-07-MD-1827-SI, No. 3-10-CV-1064-SI
sf-2981071

50

239.     Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 239 of the Complaint, and on that basis deny each and every such allegation.

240.     Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 240 of the Complaint, and on that basis deny each and every such allegation.

241.     Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 241 of the Complaint, and on that basis deny each and every such allegation.

242.     Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 242 of the Complaint, and on that basis deny each and every such allegation.

243.     Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 243 of the Complaint, and on that basis deny each and every such allegation.

244.     Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 244 of the Complaint, and on that basis deny each and every such allegation.

245.     Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 245 of the Complaint, and on that basis deny each and every such allegation.

246.     Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 246 of the Complaint, and on that basis deny each and every such allegation.

247.     Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 247 of the Complaint, and on that basis deny each and every such allegation.

EPSON DEFS' ANSWER TO FIRST AM. COMPL. OF DELL INC. AND DELL ELECTRONICS L.P.
Master File No. 3-07-MD-1827-SI,  No. 3-10-CV-1064-SI
sf-2981071

51

248.    Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 248 of the Complaint, and on that basis deny each and every such allegation.

249.    Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 249 of the Complaint, and on that basis deny each and every such allegation.

250.    Answering the allegations contained in paragraph 250 of the Complaint, Epson Defendants restate and reincorporate as if fully set forth herein each of the several responses set forth above to each and every allegation contained in paragraphs 1 through 249, inclusive, of the Complaint.

251.    With respect to paragraph 251 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather consists of arguments and conclusions of law.  To the extent that any response may be deemed required to any allegation in paragraph 251 of the Complaint directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis deny each and every such allegation.  To the extent that the allegations contained in paragraph 251 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph, except admit that EID entered a guilty plea as set forth in the publicly-filed Plea Agreement in *United States v. Epson Imaging Devices Corporation*, N.D. Cal., No. 09-cr-0854, the contents of which Plea Agreement speaks for itself and requires no further response.

252.    With respect to paragraph 252 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather consists of arguments and conclusions of law.  To the extent that any response may be deemed required to any allegation in paragraph 252 of the Complaint directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis deny each and every such allegation.  To the extent that the allegations contained in paragraph 252 of the Complaint are directed to Epson Defendants, Epson Defendants deny each

EPSON DEFS' ANSWER TO FIRST AM. COMPL. OF DELL INC. AND DELL ELECTRONICS L.P.
Master File No. 3-07-MD-1827-SI,  No. 3-10-CV-1064-SI
sf-2981071

52

and every allegation contained in such paragraph, except admit that EID entered a guilty plea as set forth in the publicly-filed Plea Agreement in *United States v. Epson Imaging Devices Corporation*, N.D. Cal., No. 09-cr-0854, the contents of which Plea Agreement speaks for itself and requires no further response.

253. With respect to paragraph 253 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather consists of arguments and conclusions of law. To the extent that any response may be deemed required to any allegation in paragraph 253 of the Complaint directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 253 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph, except admit that EID entered a guilty plea as set forth in the publicly-filed Plea Agreement in *United States v. Epson Imaging Devices Corporation*, N.D. Cal., No. 09-cr-0854, the contents of which Plea Agreement speaks for itself and requires no further response.

254. With respect to paragraph 254 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather consists of arguments and conclusions of law. To the extent that any response may be deemed required to any allegation in paragraph 254 of the Complaint directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 254 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph, except admit that EID entered a guilty plea as set forth in the publicly-filed Plea Agreement in *United States v. Epson Imaging Devices Corporation*, N.D. Cal., No. 09-cr-0854, the contents of which Plea Agreement speaks for itself and requires no further response.

255. With respect to paragraph 255 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather consists of

EPSON DEFS' ANSWER TO FIRST AM. COMPL. OF DELL INC. AND DELL ELECTRONICS L.P.
Master File No. 3-07-MD-1827-SI, No. 3-10-CV-1064-SI
sf-2981071

53

arguments and conclusions of law. To the extent that any response may be deemed required to any allegation in paragraph 255 of the Complaint directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 255 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph, except admit that EID entered a guilty plea as set forth in the publicly-filed Plea Agreement in *United States v. Epson Imaging Devices Corporation*, N.D. Cal., No. 09-cr-0854, the contents of which Plea Agreement speaks for itself and requires no further response.

256. With respect to paragraph 256 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather consists of arguments and conclusions of law. To the extent that any response may be deemed required to any allegation in paragraph 256 of the Complaint directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 256 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

257. Answering the allegations contained in paragraph 257 of the Complaint, Epson Defendants restate and reincorporate as if fully set forth herein each of the several responses set forth above to each and every allegation contained in paragraphs 1 through 256, inclusive, of the Complaint.

258. With respect to paragraph 258 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather consists of arguments and conclusions of law. To the extent that any response may be deemed required to any allegation in paragraph 258 of the Complaint directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 258 of the Complaint are directed to Epson Defendants, Epson Defendants deny each

EPSON DEFS' ANSWER TO FIRST AM. COMPL. OF DELL INC. AND DELL ELECTRONICS L.P.
Master File No. 3-07-MD-1827-SI, No. 3-10-CV-1064-SI
sf-2981071

54

and every allegation contained in such paragraph, except admit that EID entered a guilty plea as set forth in the publicly-filed Plea Agreement in *United States v. Epson Imaging Devices Corporation*, N.D. Cal., No. 09-cr-0854, the contents of which Plea Agreement speaks for itself and requires no further response.

259. With respect to paragraph 259 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather consists of arguments and conclusions of law. To the extent that any response may be deemed required to any allegation in paragraph 259 of the Complaint, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 259 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

260. With respect to paragraph 260 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather consists of arguments and conclusions of law. To the extent that any response may be deemed required to any allegation in paragraph 260 of the Complaint, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 260 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

261. With respect to paragraph 261 of the Complaint, plaintiffs purport to characterize a prior court order in this case, such court order speaks for itself as to its content and requires no further response. Further responding to the allegations of paragraph 261, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather consists of arguments and conclusions of law. To the extent that any allegation contained in paragraph 261 of the Complaint require any further response, Epson Defendants deny each and every allegation contained in such paragraph.

EPSON DEFS' ANSWER TO FIRST AM. COMPL. OF DELL INC. AND DELL ELECTRONICS L.P.
Master File No. 3-07-MD-1827-SI, No. 3-10-CV-1064-SI
sf-2981071

55

262.    With respect to paragraph 262 of the Complaint, plaintiffs purport to characterize a prior court order in this case, such court order speaks for itself as to its content and requires no further response. Further responding to the allegations of paragraph 262, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather consists of arguments and conclusions of law. To the extent that any allegation contained in paragraph 262 of the Complaint require any further response, Epson Defendants deny each and every allegation contained in such paragraph.

263.    With respect to paragraph 263 of the Complaint, plaintiffs purport to characterize a prior court order in this case, such court order speaks for itself as to its content and requires no further response. Further responding to the allegations of paragraph 263, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather consists of arguments and conclusions of law. To the extent that any allegation contained in paragraph 263 of the Complaint require any further response, Epson Defendants deny each and every allegation contained in such paragraph.

264.    With respect to paragraph 264 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather consists of arguments and conclusions of law. To the extent that any response may be deemed required to any allegation in paragraph 264 of the Complaint, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 264 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

265.    With respect to paragraph 265 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather consists of arguments and conclusions of law. To the extent that any response may be deemed required to any allegation in paragraph 265 of the Complaint, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 265 of

Epson Defs' Answer to First Am. Compl. of Dell Inc. and Dell Electronics L.P.
Master File No. 3-07-MD-1827-SI,  No. 3-10-CV-1064-SI
sf-2981071

56

the Complaint are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

266.     Answering the allegations contained in paragraph 266 of the Complaint, Epson Defendants restate and reincorporate as if fully set forth herein each of the several responses set forth above to each and every allegation contained in paragraphs 1 through 265, inclusive, of the Complaint.

267.     With respect to paragraph 267 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather consists of arguments and conclusions of law.  To the extent that any response may be deemed required to any allegation in paragraph 267 of the Complaint directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis deny each and every such allegation.  To the extent that the allegations contained in paragraph 267 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph, except admit that EID entered a guilty plea as set forth in the publicly-filed Plea Agreement in *United States v. Epson Imaging Devices Corporation*, N.D. Cal., No. 09-cr-0854, the contents of which Plea Agreement speaks for itself and requires no further response.

268.     With respect to paragraph 268 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather consists of arguments and conclusions of law.  To the extent that any response may be deemed required to any allegation in paragraph 268 of the Complaint, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis deny each and every such allegation.  To the extent that the allegations contained in paragraph 268 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

269.     With respect to paragraph 269 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather consists of arguments and conclusions of law.  To the extent that any response may be deemed required to

EPSON DEFS' ANSWER TO FIRST AM. COMPL. OF DELL INC. AND DELL ELECTRONICS L.P.
Master File No. 3-07-MD-1827-SI,  No. 3-10-CV-1064-SI
sf-2981071

57

any allegation in paragraph 269 of the Complaint, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 269 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

270. With respect to paragraph 270 of the Complaint, plaintiffs purport to characterize a prior court order in this case, such court order speaks for itself as to its content and requires no further response. Further responding to the allegations of paragraph 270, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather consists of arguments and conclusions of law. To the extent that any allegation contained in paragraph 270 of the Complaint require any further response, Epson Defendants deny each and every allegation contained in such paragraph.

271. With respect to paragraph 271 of the Complaint, plaintiffs purport to characterize a prior court order in this case, such court order speaks for itself as to its content and requires no further response. Further responding to the allegations of paragraph 271, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather consists of arguments and conclusions of law. To the extent that any allegation contained in paragraph 271 of the Complaint require any further response, Epson Defendants deny each and every allegation contained in such paragraph.

272. With respect to paragraph 272 of the Complaint, plaintiffs purport to characterize a prior court order in this case, such court order speaks for itself as to its content and requires no further response. Further responding to the allegations of paragraph 272, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather consists of arguments and conclusions of law. To the extent that any allegation contained in paragraph 272 of the Complaint require any further response, Epson Defendants deny each and every allegation contained in such paragraph.

273. With respect to paragraph 273 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather consists of

Epson Defs' Answer to First Am. Compl. of Dell Inc. and Dell Electronics L.P.
Master File No. 3-07-MD-1827-SI, No. 3-10-CV-1064-SI
sf-2981071

58

arguments and conclusions of law.  To the extent that any response may be deemed required to any allegation in paragraph 273 of the Complaint, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis deny each and every such allegation.  To the extent that the allegations contained in paragraph 273 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

274.    With respect to paragraph 274 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather consists of arguments and conclusions of law.  To the extent that any response may be deemed required to any allegation in paragraph 274 of the Complaint, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis deny each and every such allegation.  To the extent that the allegations contained in paragraph 274 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

275.    Answering the allegations contained in paragraph 275 of the Complaint, Epson Defendants restate and reincorporate as if fully set forth herein each of the several responses set forth above to each and every allegation contained in paragraphs 1 through 274, inclusive, of the Complaint.

276.    With respect to paragraph 276 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather consists of arguments and conclusions of law.  To the extent that any response may be deemed required to any allegation in paragraph 276 of the Complaint directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis deny each and every such allegation.  To the extent that the allegations contained in paragraph 276 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph, except admit that EID entered a guilty plea as set forth in the publicly-filed Plea Agreement in *United States v. Epson Imaging Devices*

EPSON DEFS' ANSWER TO FIRST AM. COMPL. OF DELL INC. AND DELL ELECTRONICS L.P.
Master File No. 3-07-MD-1827-SI,  No. 3-10-CV-1064-SI
sf-2981071

59

1    *Corporation*, N.D. Cal., No. 09-cr-0854, the contents of which Plea Agreement speaks for itself
2    and requires no further response.

3         277.    With respect to paragraph 277 of the Complaint, Epson Defendants are not
4    required to respond because it does not contain any allegation of fact, but rather consists of
5    arguments and conclusions of law. To the extent that any response may be deemed required to
6    any allegation in paragraph 277 of the Complaint, Epson Defendants lack knowledge or
7    information sufficient to form a belief as to the truth of the allegations, and on that basis deny
8    each and every such allegation. To the extent that the allegations contained in paragraph 277 of
9    the Complaint are directed to Epson Defendants, Epson Defendants deny each and every
10    allegation contained in such paragraph.

11         278.    With respect to paragraph 278 of the Complaint, Epson Defendants are not
12    required to respond because it does not contain any allegation of fact, but rather consists of
13    arguments and conclusions of law. To the extent that any response may be deemed required to
14    any allegation in paragraph 278 of the Complaint, Epson Defendants lack knowledge or
15    information sufficient to form a belief as to the truth of the allegations, and on that basis deny
16    each and every such allegation. To the extent that the allegations contained in paragraph 278 of
17    the Complaint are directed to Epson Defendants, Epson Defendants deny each and every
18    allegation contained in such paragraph.

19         279.    With respect to paragraph 279 of the Complaint, Epson Defendants are not
20    required to respond because it does not contain any allegation of fact, but rather consists of
21    arguments and conclusions of law. To the extent that any response may be deemed required to
22    any allegation in paragraph 279 of the Complaint, Epson Defendants lack knowledge or
23    information sufficient to form a belief as to the truth of the allegations, and on that basis deny
24    each and every such allegation. To the extent that the allegations contained in paragraph 279 of
25    the Complaint are directed to Epson Defendants, Epson Defendants deny each and every
26    allegation contained in such paragraph.

27         280.    With respect to paragraph 280 of the Complaint, Epson Defendants are not
28    required to respond because it does not contain any allegation of fact, but rather consists of

Epson Defs' Answer to First Am. Compl. of Dell Inc. and Dell Electronics L.P.
Master File No. 3-07-MD-1827-SI, No. 3-10-CV-1064-SI
sf-2981071

60

1  arguments and conclusions of law.  To the extent that any response may be deemed required to

2  any allegation in paragraph 280 of the Complaint, Epson Defendants lack knowledge or

3  information sufficient to form a belief as to the truth of the allegations, and on that basis deny

4  each and every such allegation.  To the extent that the allegations contained in paragraph 280 of

5  the Complaint are directed to Epson Defendants, Epson Defendants deny each and every

6  allegation contained in such paragraph.

7      281.    With respect to paragraph 281 of the Complaint, plaintiffs purport to characterize a

8  prior court order in this case, such court order speaks for itself as to its content and requires no

9  further response.  Further responding to the allegations of paragraph 281, Epson Defendants are

10  not required to respond because it does not contain any allegation of fact, but rather consists of

11  arguments and conclusions of law.  To the extent that any allegation contained in paragraph 281

12  of the Complaint require any further response, Epson Defendants deny each and every allegation

13  contained in such paragraph.

14      282.    With respect to paragraph 282 of the Complaint, plaintiffs purport to characterize a

15  prior court order in this case, such court order speaks for itself as to its content and requires no

16  further response.  Further responding to the allegations of paragraph 282, Epson Defendants are

17  not required to respond because it does not contain any allegation of fact, but rather consists of

18  arguments and conclusions of law.  To the extent that any allegation contained in paragraph 282

19  of the Complaint require any further response, Epson Defendants deny each and every allegation

20  contained in such paragraph.

21      283.    With respect to paragraph 283 of the Complaint, plaintiffs purport to characterize a

22  prior court order in this case, such court order speaks for itself as to its content and requires no

23  further response.  Further responding to the allegations of paragraph 283, Epson Defendants are

24  not required to respond because it does not contain any allegation of fact, but rather consists of

25  arguments and conclusions of law.  To the extent that any allegation contained in paragraph 283

26  of the Complaint require any further response, Epson Defendants deny each and every allegation

27  contained in such paragraph.

28

EPSON DEFS' ANSWER TO FIRST AM. COMPL. OF DELL INC. AND DELL ELECTRONICS L.P.
Master File No. 3-07-MD-1827-SI,  No. 3-10-CV-1064-SI
sf-2981071

61

284.    With respect to paragraph 284 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather consists of arguments and conclusions of law.  To the extent that any response may be deemed required to any allegation in paragraph 284 of the Complaint, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis deny each and every such allegation.  To the extent that the allegations contained in paragraph 284 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

285.    With respect to paragraph 285 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather consists of arguments and conclusions of law.  To the extent that any response may be deemed required to any allegation in paragraph 285 of the Complaint, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis deny each and every such allegation.  To the extent that the allegations contained in paragraph 285 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

286.    Answering the allegations contained in paragraph 286 of the Complaint, Epson Defendants restate and reincorporate as if fully set forth herein each of the several responses set forth above to each and every allegation contained in paragraphs 1 through 285, inclusive, of the Complaint.

287.    With respect to paragraph 287 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather consists of arguments and conclusions of law.  To the extent that any response may be deemed required to any allegation in paragraph 287 of the Complaint directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis deny each and every such allegation.  To the extent that the allegations contained in paragraph 287 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph, except admit that EID entered a guilty plea as

EPSON DEFS' ANSWER TO FIRST AM. COMPL. OF DELL INC. AND DELL ELECTRONICS L.P.
Master File No. 3-07-MD-1827-SI,  No. 3-10-CV-1064-SI
sf-2981071

62

set forth in the publicly-filed Plea Agreement in *United States v. Epson Imaging Devices Corporation*, N.D. Cal., No. 09-cr-0854, the contents of which Plea Agreement speaks for itself and requires no further response.

288. With respect to paragraph 288 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather consists of arguments and conclusions of law. To the extent that any response may be deemed required to any allegation in paragraph 288 of the Complaint, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 288 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

289. With respect to paragraph 289 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather consists of arguments and conclusions of law. To the extent that any response may be deemed required to any allegation in paragraph 289 of the Complaint, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 289 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

290. With respect to paragraph 290 of the Complaint, plaintiffs purport to characterize a prior court order in this case, such court order speaks for itself as to its content and requires no further response. Further responding to the allegations of paragraph 290, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather consists of arguments and conclusions of law. To the extent that any allegation contained in paragraph 290 of the Complaint requires any further response, Epson Defendants deny each and every allegation contained in such paragraph.

291. With respect to paragraph 291 of the Complaint, plaintiffs purport to characterize a prior court order in this case, such court order speaks for itself as to its content and requires no

EPSON DEFS' ANSWER TO FIRST AM. COMPL. OF DELL INC. AND DELL ELECTRONICS L.P.
Master File No. 3-07-MD-1827-SI, No. 3-10-CV-1064-SI
sf-2981071

63

1    further response.  Further responding to the allegations of paragraph 291, Epson Defendants are
2    not required to respond because it does not contain any allegation of fact, but rather consists of
3    arguments and conclusions of law.  To the extent that any allegation contained in paragraph 291
4    of the Complaint require any further response, Epson Defendants deny each and every allegation
5    contained in such paragraph.

6          292.    With respect to paragraph 292 of the Complaint, plaintiffs purport to characterize a
7    prior court order in this case, such court order speaks for itself as to its content and requires no
8    further response.  Further responding to the allegations of paragraph 292, Epson Defendants are
9    not required to respond because it does not contain any allegation of fact, but rather consists of
10   arguments and conclusions of law.  To the extent that any allegation contained in paragraph 292
11   of the Complaint require any further response, Epson Defendants deny each and every allegation
12   contained in such paragraph.

13         293.    With respect to paragraph 293 of the Complaint, Epson Defendants are not
14   required to respond because it does not contain any allegation of fact, but rather consists of
15   arguments and conclusions of law.  To the extent that any response may be deemed required to
16   any allegation in paragraph 293 of the Complaint, Epson Defendants lack knowledge or
17   information sufficient to form a belief as to the truth of the allegations, and on that basis deny
18   each and every such allegation.  To the extent that the allegations contained in paragraph 293 of
19   the Complaint are directed to Epson Defendants, Epson Defendants deny each and every
20   allegation contained in such paragraph.

21         294.    With respect to paragraph 294 of the Complaint, Epson Defendants are not
22   required to respond because it does not contain any allegation of fact, but rather consists of
23   arguments and conclusions of law.  To the extent that any response may be deemed required to
24   any allegation in paragraph 294 of the Complaint, Epson Defendants lack knowledge or
25   information sufficient to form a belief as to the truth of the allegations, and on that basis deny
26   each and every such allegation.  To the extent that the allegations contained in paragraph 294 of
27   the Complaint are directed to Epson Defendants, Epson Defendants deny each and every
28   allegation contained in such paragraph.

EPSON DEFS' ANSWER TO FIRST AM. COMPL. OF DELL INC. AND DELL ELECTRONICS L.P.
Master File No. 3-07-MD-1827-SI,  No. 3-10-CV-1064-SI
sf-2981071

64

295.     Answering the allegations contained in paragraph 295 of the Complaint, Epson Defendants restate and reincorporate as if fully set forth herein each of the several responses set forth above to each and every allegation contained in paragraphs 1 through 294, inclusive, of the Complaint.

296.     With respect to paragraph 296 of the Complaint, plaintiffs purport to characterize a prior court order in this case, such court order speaks for itself as to its content and requires no further response. Further responding to the allegations of paragraph 296, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather consists of arguments and conclusions of law. To the extent that any allegation contained in paragraph 296 of the Complaint require any further response, Epson Defendants deny each and every allegation contained in such paragraph.

297.     With respect to paragraph 297 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather consists of arguments and conclusions of law. To the extent that any response may be deemed required to any allegation in paragraph 297 of the Complaint directed to other defendants, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 297 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph, except admit that EID entered a guilty plea as set forth in the publicly-filed Plea Agreement in *United States v. Epson Imaging Devices Corporation*, N.D. Cal., No. 09-cr-0854, the contents of which Plea Agreement speaks for itself and requires no further response.

298.     With respect to paragraph 298 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather consists of arguments and conclusions of law. To the extent that any response may be deemed required to any allegation in paragraph 298 of the Complaint, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 298 of

Epson Defs' Answer to First Am. Compl. of Dell Inc. and Dell Electronics L.P.
Master File No. 3-07-MD-1827-SI, No. 3-10-CV-1064-SI
sf-2981071

65

the Complaint are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

299. With respect to paragraph 299 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather consists of arguments and conclusions of law. To the extent that any response may be deemed required to any allegation in paragraph 299 of the Complaint, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 299 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

300. With respect to paragraph 300 of the Complaint, Epson Defendants are not required to respond because it does not contain any allegation of fact, but rather consists of arguments and conclusions of law. To the extent that any response may be deemed required to any allegation in paragraph 300 of the Complaint, Epson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis deny each and every such allegation. To the extent that the allegations contained in paragraph 300 of the Complaint are directed to Epson Defendants, Epson Defendants deny each and every allegation contained in such paragraph.

301. Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 301 of the Complaint, and on that basis deny each and every such allegation.

302. With respect to paragraph 302 of the Complaint, plaintiffs purport to characterize a prior court order in this case, such court order speaks for itself as to its content and requires no further response. Further responding to the allegations of paragraph 302, Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 302 of the Complaint, and on that basis deny each and every such allegation.

EPSON DEFS' ANSWER TO FIRST AM. COMPL. OF DELL INC. AND DELL ELECTRONICS L.P.
Master File No. 3-07-MD-1827-SI, No. 3-10-CV-1064-SI
sf-2981071

66

1    303.    With respect to paragraph 303 of the Complaint, Epson Defendants are not

2    required to respond because it does not contain any allegation of fact, but rather consists of

3    arguments and conclusions of law.  To the extent that any response may be deemed required to

4    any allegation in paragraph 303 of the Complaint, Epson Defendants lack knowledge or

5    information sufficient to form a belief as to the truth of the allegations, and on that basis deny

6    each and every such allegation.  To the extent that the allegations contained in paragraph 303 of

7    the Complaint are directed to Epson Defendants, Epson Defendants deny each and every

8    allegation contained in such paragraph.

9    304.    Answering the allegations contained in paragraph 304 of the Complaint, Epson

10   Defendants restate and reincorporate as if fully set forth herein each of the several responses set

11   forth above to each and every allegation contained in paragraphs 1 through 303, inclusive, of the

12   Complaint.

13   305.    Epson Defendants lack the knowledge or information sufficient to form a belief as

14   to the truth of the allegations contained in paragraph 305 of the Complaint, and on that basis deny

15   each and every such allegation.

16   306.    Epson Defendants lack the knowledge or information sufficient to form a belief as

17   to the truth of the allegations contained in paragraph 306 of the Complaint, and on that basis deny

18   each and every such allegation.

19   307.    Epson Defendants lack the knowledge or information sufficient to form a belief as

20   to the truth of the allegations contained in paragraph 307 of the Complaint, and on that basis deny

21   each and every such allegation.

22   308.    Epson Defendants lack the knowledge or information sufficient to form a belief as

23   to the truth of the allegations contained in paragraph 308 of the Complaint, and on that basis deny

24   each and every such allegation.

25   309.    Answering the allegations contained in paragraph 309 of the Complaint, Epson

26   Defendants restate and reincorporate as if fully set forth herein each of the several responses set

27   forth above to each and every allegation contained in paragraphs 1 through 308, inclusive, of the

28   Complaint.

EPSON DEFS' ANSWER TO FIRST AM. COMPL. OF DELL INC. AND DELL ELECTRONICS L.P.
Master File No. 3-07-MD-1827-SI,  No. 3-10-CV-1064-SI
sf-2981071

67

310.     Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 310 of the Complaint, and on that basis deny each and every such allegation.

311.     Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 311 of the Complaint, and on that basis deny each and every such allegation.

312.     Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 312 of the Complaint, and on that basis deny each and every such allegation.

313.     Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 313 of the Complaint, and on that basis deny each and every such allegation.

314.     Answering the allegations contained in paragraph 314 of the Complaint, Epson Defendants restate and reincorporate as if fully set forth herein each of the several responses set forth above to each and every allegation contained in paragraphs 1 through 313, inclusive, of the Complaint.

315.     Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 315 of the Complaint, and on that basis deny each and every such allegation.

316.     Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 316 of the Complaint, and on that basis deny each and every such allegation.

317.     Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 317 of the Complaint, and on that basis deny each and every such allegation.

318.     Epson Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 318 of the Complaint, and on that basis deny each and every such allegation.

EPSON DEFS' ANSWER TO FIRST AM. COMPL. OF DELL INC. AND DELL ELECTRONICS L.P.
Master File No. 3-07-MD-1827-SI, No. 3-10-CV-1064-SI
sf-2981071

68

319.     Epson Defendants deny each and every allegation contained in the *ad damnum* clause of paragraph 319 of the Complaint and deny each and every allegation contained in the Complaint to the extent that a response has not been provided herein.

320.     Epson Defendants are not required to respond to paragraph 320 of the Complaint as it relates to plaintiffs' characterizations of their claims.

## ADDITIONAL DEFENSES

1.     As additional defenses to the Complaint, Epson Defendants state, without assuming any burden of pleading or proof that would otherwise rest with the plaintiffs, as follows:

## FIRST ADDITIONAL DEFENSE

(Lack of Subject Matter Jurisdiction)

2.     The conduct alleged to provide a basis for the plaintiffs' claims did not have a direct, substantial, and reasonably foreseeable effect on trade or commerce with the United States. The Court therefore lacks subject matter jurisdiction over the plaintiffs' claims.

## SECOND ADDITIONAL DEFENSE

(Failure to State a Claim)

3.     The Complaint fails to state a claim upon which relief can be granted.

## THIRD ADDITIONAL DEFENSE

(Failure to Plead Fraud Particularly; Fed.R.Civ.P. 9(b))

4.     Plaintiffs have failed to plead fraudulent concealment with the particularity required by Rule 9(b) of the Federal Rules of Civil Procedure.

## FOURTH ADDITIONAL DEFENSE

(Forum Non Conveniens)

5.     The complaint should be dismissed on the grounds of forum non conveniens.

## FIFTH ADDITIONAL DEFENSE

(Improper Forum/Arbitration)

6.     Plaintiffs' claims against Epson Defendants are barred to the extent that it has agreed to arbitration or chosen a different forum for the resolution of their claims.

EPSON DEFS' ANSWER TO FIRST AM. COMPL. OF DELL INC. AND DELL ELECTRONICS L.P.
Master File No. 3-07-MD-1827-SI,  No. 3-10-CV-1064-SI
sf-2981071

69

**SIXTH ADDITIONAL DEFENSE**

(Lack of Standing)

7.    Plaintiffs' claims are barred, in whole or in part, because plaintiffs lack standing to bring or maintain the claims set forth in the Complaint.

**SEVENTH ADDITIONAL DEFENSE**

(Lack of Standing – Indirect Purchasers)

8.    Plaintiffs' claims are barred, in whole or in part, to the extent that it did not purchase LCD panels or LCD products directly from defendants, because it is an indirect purchaser and barred from maintaining an action under 15 U.S.C. § 1 for alleged injuries in that capacity.

**EIGHTH ADDITIONAL DEFENSE**

(Lack of Antitrust Injury)

9.    Plaintiffs' claims are barred, in whole or in part, because plaintiffs have suffered no antitrust injury.

**NINTH ADDITIONAL DEFENSE**

(Statute of Limitations)

10.    Plaintiffs' claims are barred, in whole or in part, by applicable statutes of limitations, including but not limited to Section 4B of the Clayton Act (15 U.S.C. § 15b) and the applicable statute of limitations under the laws of the State of Illinois.

**TENTH ADDITIONAL DEFENSE**

(Waiver)

11.    Plaintiffs' claims are barred, in whole or in part, by the doctrine of waiver.

**ELEVENTH ADDITIONAL DEFENSE**

(Estoppel)

12.    Plaintiffs' claims are barred, in whole or in part, by the doctrine of estoppel.

**TWELFTH ADDITIONAL DEFENSE**

(Laches)

13.    Plaintiffs' claims are barred, in whole or in part, by the doctrine of laches.

EPSON DEFS' ANSWER TO FIRST AM. COMPL. OF DELL INC. AND DELL ELECTRONICS L.P.
Master File No. 3-07-MD-1827-SI,  No. 3-10-CV-1064-SI
sf-2981071

70

## THIRTEENTH ADDITIONAL DEFENSE

### (No Act by Epson Defendants)

14.     Plaintiffs' claims are barred, in whole or in part, because plaintiffs have not been injured in their business or property by reason of any action by Epson Defendants.

## FOURTEENTH ADDITIONAL DEFENSE

### (Intervening Conduct)

15.     Plaintiffs' claims are barred, in whole or in part, because any alleged injuries and damages were not legally or proximately caused by any acts or omissions of Epson Defendants and/or were caused, if at all, solely and proximately by the conduct of third parties including, without limitation, the prior, intervening or superseding conduct of such third parties.

## FIFTEENTH ADDITIONAL DEFENSE

### (Ultra Vires)

16.     To the extent that any actionable conduct occurred, plaintiffs' claims against Epson Defendants are barred because all such conduct would have been committed by individuals acting ultra vires.

## SIXTEENTH ADDITIONAL DEFENSE

### (Speculative Damages)

17.     Plaintiffs' claims are barred, in whole or in part, because the alleged damages, if any, are speculative and because of the impossibility of the ascertainment and allocation of such alleged damages.

## SEVENTEENTH ADDITIONAL DEFENSE

### (Failure to Mitigate Damages)

18.     Plaintiffs' claims are barred from recovery of any damages because of and to the extent of its failure to mitigate damages.

## EIGHTEENTH ADDITIONAL DEFENSE

### (Unilateral Action)

19.     Plaintiffs' claims are barred, in whole or in part, because any actions or practices by Epson Defendants that are the subject of the Complaint were undertaken unilaterally for

EPSON DEFS' ANSWER TO FIRST AM. COMPL. OF DELL INC. AND DELL ELECTRONICS L.P.
Master File No. 3-07-MD-1827-SI,  No. 3-10-CV-1064-SI
sf-2981071

71

legitimate business reasons and in pursuit of Epson Defendants' independent interests and those of its customers, and were not the product of any contract, combination or conspiracy between Epson Defendants and any other person or entity.

## NINTEENTH ADDITIONAL DEFENSE

### (Rule of Reason)

20. Plaintiffs' claims are barred, in whole or in part, because any acts or practices by Epson Defendants that are the subject of the Complaint were adopted in furtherance of legitimate business interests of Epson Defendants and of its customers and do not unreasonably restrain competition.

## TWENTIETH ADDITIONAL DEFENSE

### (Competition)

21. Plaintiffs' claims are barred, in whole or in part, because any acts or practices by Epson Defendants that are the subject of the Complaint were cost justified or otherwise economically justified and resulted from a good faith effort to meet competition or market conditions.

## TWENTY-FIRST ADDITIONAL DEFENSE

### (Privileged Conduct)

22. Plaintiffs' claims are barred, in whole or in part, as premised upon privileged conduct or actions by Epson Defendants.

## TWENTY-SECOND ADDITIONAL DEFENSE

### (Pass Through)

23. Plaintiffs' claims are barred, in whole or in part, because it fails to meet its burden of proving that it was damaged in fact by the conduct of which complaint is here made, including the burden of proving that any so-called overcharge was not absorbed in whole or in part by direct purchasers or by other third parties, and was passed through to the plaintiffs.

EPSON DEFS' ANSWER TO FIRST AM. COMPL. OF DELL INC. AND DELL ELECTRONICS L.P.
Master File No. 3-07-MD-1827-SI, No. 3-10-CV-1064-SI
sf-2981071

72

## TWENTY-THIRD ADDITIONAL DEFENSE

### (Pass On)

24.    Plaintiffs' claims are barred, in whole or in part, because it fails to meet their burden of proving that they were damaged in fact by the conduct of which complaint is here made, including the burden of proving that any so-called overcharge was not passed on by plaintiffs to a third party.

## TWENTY-FOURTH ADDITIONAL DEFENSE

### (Due Process)

25.    Plaintiffs' claims are barred, in whole or in part, to the extent it seeks an improper multiple punitive award for a single wrong because such an award would violate Epson Defendants' rights guaranteed by the Due Process clause of the Fifth Amendment of the United States Constitution.

## TWENTY-FIFTH ADDITIONAL DEFENSE

### (Due Process)

26.    Plaintiffs' claims are barred, in whole or in part, to the extent it seeks an improper multiple punitive award for a single wrong because such an award would violate Epson Defendants' rights guaranteed by the Due Process clause of the Fourteenth Amendment of the United States Constitution.

## TWENTY-SIXTH ADDITIONAL DEFENSE

### (Equal Protection)

27.    Plaintiffs' claims are barred, in whole or in part, to the extent it seeks an improper multiple punitive award for a single wrong because such an award would violate Epson Defendants' rights guaranteed by the Equal Protection provision clause of the Fourteenth Amendment of the United States Constitution.

## TWENTY-SEVENTH ADDITIONAL DEFENSE

### (Double Jeopardy)

28.    Plaintiffs' claims are barred, in whole or in part, to the extent it seeks an improper multiple punitive award for a single wrong because such an award would violate Epson

Epson Defs' Answer to First Am. Compl. of Dell Inc. and Dell Electronics L.P.
Master File No. 3-07-MD-1827-SI,  No. 3-10-CV-1064-SI
sf-2981071

73

Defendants' rights guaranteed by the Double Jeopardy Clause of the Fifth Amendment of the United States Constitution.

## TWENTY-EIGHTH ADDITIONAL DEFENSE

### (Excessive Fines)

29.     Plaintiffs' claims are barred, in whole or in part, to the extent it seeks an improper multiple punitive award for a single wrong because such an award would violate Epson Defendants' rights guaranteed by the Excessive Fines provision of the Eighth Amendment of the United States Constitution.

## TWENTY-NINTH ADDITIONAL DEFENSE

### (Unconstitutional Multiplicity)

30.     To the extent any recovery by the plaintiffs would be duplicative of recovery by other plaintiffs and other lawsuits, subjecting Epson Defendants to the possibility of multiple liability, such recovery is barred by the Fifth and Eighth Amendments to the United States Constitution.

## THIRTIETH ADDITIONAL DEFENSE

### (Bar on Duplicative Recovery)

31.     To the extent any recovery by the plaintiffs would be duplicative of recovery by other plaintiffs that are predecessors or successors to plaintiffs in the chain of distribution, subjecting Epson Defendants to the possibility of multiple liability, such recovery is barred.

## THIRTY-FIRST ADDITIONAL DEFENSE

### (Incorporation of Defenses of Others)

32.     Epson Defendants adopt by reference any applicable defense pleaded by any other defendant not otherwise expressly set forth herein.

## THIRTY-SECOND ADDITIONAL DEFENSE

### (Reservation of Other Defenses)

33.     Epson Defendants reserve the right to assert other defenses as this action proceeds up to and including the time of trial.

EPSON DEFS' ANSWER TO FIRST AM. COMPL. OF DELL INC. AND DELL ELECTRONICS L.P.
Master File No. 3-07-MD-1827-SI,  No. 3-10-CV-1064-SI
sf-2981071

74

1    WHEREFORE, Epson Defendants pray any claims set forth in the Complaint be

2  dismissed with prejudice, that Epson Defendants be awarded their costs in defending this action,

3  and that Epson Defendants be granted such other relief as the court deems just in the premises.

4

5  Dated: April 22, 2011                    MELVIN R. GOLDMAN
                                           STEPHEN P. FRECCERO
6                                          DEREK F. FORAN
                                           MORRISON & FOERSTER LLP
7

8                                          By:    /s/ Stephen P. Freccero
9                                                STEPHEN P. FRECCERO

10                                         Attorneys for Defendant
                                           EPSON IMAGING DEVICES
11                                         CORPORATION AND EPSON
                                           ELECTRONICS AMERICA, INC.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EPSON DEFS' ANSWER TO FIRST AM. COMPL. OF DELL INC. AND DELL ELECTRONICS L.P.
Master File No. 3-07-MD-1827-SI,  No. 3-10-CV-1064-SI
sf-2981071

75