David J. Lazerwitz, Esq. (CA Bar No. 221349)
Matthew E. Bostick, Esq. (CA Bar No. 268563)
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
Email: dlazerwitz@fbm.com

*Attorneys for Plaintiffs Alliance for Responsible Recreation, The Wilderness Society, Friends of Juniper Flats, Western San Bernardino Landowners Ass'n, California Native Plant Society, and Community ORV Watch*

*Additional Counsel on Listed on Signature Pages*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>Defendants. | Case No. 3:06 CV 04884 SI<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE REQUEST FOR ATTORNEYS' FEES AND COSTS** |

1. The Court's Order Re: Remedy ("Order"), dated January 28, 2011, directed the parties to meet and confer regarding Plaintiffs' requests for attorneys' fees and costs and, if the parties were unable to resolve the requests, ordered Plaintiffs to submit any requests for attorneys' fees and costs within 60 days of the date of the Order.

2. On March 22, 2011, the Court granted the parties' stipulation and request to extend by 30 days Plaintiffs' deadline to submit any requests for attorneys' fees and costs.

3. The parties continue to meet and confer regarding attorneys' fees and costs, and have agreed to continue those discussions and exchange additional documentation in an effort to resolve the fees and costs issue as requested by the Court.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Joint Stipulation and [Proposed] Order for Extension of Time for
Plaintiffs to File Request for Attorneys' Fees and Costs
Case No. 3:06 CV 04884 SI

21343\2592170.1

4. The parties now stipulate and request that the Court extend by an additional 60 days Plaintiffs' deadline to submit any requests for attorneys' fees and costs. If the Court grants this request for an extension of time, and subject to any further extensions to allow for the parties to continue to negotiate in good faith, Plaintiffs would be required to submit any requests for attorneys' fees and costs by June 27, 2011.

Respectfully submitted this 27th day of April, 2011.

SO STIPULATED:

Dated: April 27, 2011

/s/ Matthew Bostick
MATTHEW BOSTICK (CA Bar No. 268563)
David J. Lazerwitz (CA Bar No. 221349)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
Email: mbostick@fbm.com

Dated: April 27, 2011

/s/ Sky C. Stanfield
SKY C. STANFIELD (CA Bar No. 244966)
Keyes & Fox LLP
436 14th Street, Suite 1305
Oakland, CA 94612
Telephone: (510) 314-8204
Facsimile: (510) 225-3848
Email: sstanfield@keyesandfox.com

**Counsel for Plaintiffs Alliance for Responsible Recreation, The Wilderness Society, Friends of Juniper Flats, Western San Bernardino Landowners Association, the California Native Plant Society, and Community ORV Watch**

Dated: April 27, 2011

/s/ Lisa T. Belenky
LISA T. BELENKY (CA Bar No. 203225)
Center For Biological Diversity
351 California St., Suite 600
San Francisco, CA 94104
Telephone: (415) 436-9682 x 307
Facsimile: (415) 436-9683
Email: lbelenky@biologicaldiversity.org

**Attorneys for Plaintiffs Center for Biological Diversity, Sierra Club, Public Employees for Environmental Responsibility, and Desert Survivors**

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Joint Stipulation and [Proposed] Order for Extension of Time for Plaintiffs to File Request for Attorneys' Fees and Costs
Case No. 3:06 CV 04884 SI

- 2 -

21343\2592170.1

Dated: April 27, 2011

/s/ Charles R. Shockey
CHARLES R. SHOCKEY
(DC Bar No. 914879)
U. S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
501 "I" Street, Suite 9-700
Sacramento, CA  95814-2322
Telephone:  (916) 930-2203
Facsimile:  (916) 930-2210
Email:  charles.shockey@usdoj.gov

**Attorney for Federal Defendants, BLM, *et al.***

IT IS SO ORDERED.

Dated: __5/2__, 2011

SUSAN ILLSTON
United States District Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Joint Stipulation and [Proposed] Order for Extension of Time for
Plaintiffs to File Request for Attorneys' Fees and Costs
Case No. 3:06 CV 04884 SI

- 3 -

21343\2592170.1