```
 1  CHRISTOPHER A. NEDEAU (CA 81297)
    CARL L. BLUMENSTEIN (CA 124158)
 2  KATHARINE CHAO (CA 247571)
    NOSSAMAN LLP
 3  50 California Street, 34th Floor
    San Francisco, CA 94111
 4  Telephone:   415.398.3600
    Facsimile:    415.398.2438
 5  cnedeau@nossaman.com
    cblumenstein@nossaman.com
 6  kchao@nossaman.com

 7  Attorneys for Defendants
    AU OPTRONICS CORPORATION and
 8  AU OPTRONICS CORPORATION AMERICA

 9

    KARL D. BELGUM (CA 122752)
10  JOHN R. FOOTE (CA 99674)
    NIXON PEABODY LLC
11  One Embarcadero Center, 18th Floor
    San Francisco, CA  94111
12  Telephone:   415.984.8200
    Facsimile:    415.984.8300
13  kbelgum@nixonpeabody.com
    jfoote@nixonpeabody.com
14
    Attorneys for Plaintiff
15  EASTMAN KODAK COMPANY

16  [Additional counsel listed on signature page]
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| This Document Relates To: | Case NO.  3:10-CV-5452 SI |
| Case No. 3:10-CV-5452 SI | MDL NO. 3:07-MD-1827 SI |
| EASTMAN KODAK COMPANY,<br><br>                  Plaintiff,<br><br>      vs.<br><br>EPSON IMAGING DEVICES CORP., et al.,<br><br>                  Defendants. | **STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>Date Action Filed: December 1, 2010 |

1  WHEREAS plaintiff Eastman Kodak Company ("Kodak") filed a complaint in the above-captioned case against defendants Epson Imaging Devices Corporation, Epson Electronics America, Inc., Toshiba Corporation, Toshiba America Electronic Components, Inc, Toshiba Mobile Display Technology Co., Ltd., Toshiba America Information Systems, Inc., AU Optronics Corporation, and AU Optronics Corporation America (collectively, "Stipulating Defendants") on December 1, 2010 ("Complaint");

WHEREAS the Court ordered Stipulating Defendants to respond to the Complaint by May 3, 2011 pursuant to stipulation , *see* Dkt. No. 7;

WHEREAS Kodak and the Stipulating Defendants have now agreed that Stipulating Defendants shall have up to and including May 12, 2011 to respond to the Complaint, pending approval of the Court;

THEREFORE, Kodak and the Stipulating Defendants hereby agree:

The Stipulating Defendants shall have up to and including May 12, 2011 to respond to the Complaint.

DATED:  April 26, 2011

By:  /s/ Christopher A. Nedeau
Christopher A. Nedeau (CA Bar No. 81297)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, California  94111-4799
(415) 398-3600 (Phone)
(415) 398-2438 (Facsimile)
cnedeau@nossaman.com

*Attorneys  for Defendants*
*AU Optronics Corporation and*
*AU Optronics Corporation America*

257886_1.DOC           1           MASTER FILE NO. 3:07-MD-1827 SI
CASE NO. 3:10-CV-10-5452 SI
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

1
2   By: /s/ Stuart C. Plunkett
3   Melvin R. Goldman (Ca Bar No. 34097)
    Stephen P. Freccero (CA Bar No. 131093)
4   Derek F. Foran (CA Bar No. 224569)
    Stuart C. Plunkett (CA Bar No. 187971)
5   MORRISON & FOERSTER LLP
    425 Market Street
6   San Francisco, CA 94105-2482
    (415) 268-7000 (Phone)
7   (415) 268-7522 (Facsimile)
    *mgoldman@mofo.com*
8   *sfreccero@mofo.com*
    *dforan@mofo.com*
9   *splunkett@mofo.com*

10  *Counsel for Defendants*
11  *Epson Imaging Devices Corporation and*
    *Epson Electronics America, Inc.*
12
13
14
15  By: /s/ John H. Chung
    John H. Chung (admitted *pro hac vice*)
16  WHITE & CASE LLP
17  1155 Avenue of the Americas
    New York, NY 10036-2787
18  (212) 819-8200 (Phone)
    (212) 354-8113 (Facsimile)
19  *jchung@whitecase.com*

20  *Counsel for Defendants*
21  *Toshiba Corporation, Toshiba America Electronic*
    *Components, Inc., Toshiba Mobile Display Technology*
22  *Co., Ltd. and Toshiba America Information Systems,*
    *Inc.*
23
24
25
26
27
28

257886_1.DOC                    2                    MASTER FILE NO. 3:07-MD-1827 SI
                                                     CASE NO. 3:10-CV-10-5452 SI
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

By: /s/ John R. Foote
Karl D. Belgum (CA Bar No. 122752)
John R. Foote (CA Bar No. 99674)
NIXON PEABODY LLC
One Embarcadero Center, 18th Floor
San Francisco, CA 94111
(415) 984-8200 (Phone)
(415) 984.8300 (Facsimile)
*kbelgum@nixonpeabody.com*
*jfoote@nixonpeabody.com*

*Counsel for Plaintiff Eastman Kodak Company*

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from the signatories to this document.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

By: _____/s/ Susan Illston_____

Judge of the U.S. District Court, N.D. California

Date: _____5/2/11_____

257886_1.DOC   3   MASTER FILE NO. 3:07-MD-1827 SI
CASE NO. 3:10-CV-10-5452 SI
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT