1  KENT M. ROGER, State Bar No. 95987
   HERMAN J. HOYING, State Bar No. 257495
2  KRISTIE A. BLUETT, State Bar No. 254919
   MORGAN, LEWIS & BOCKIUS LLP
3  One Market, Spear Street Tower
   San Francisco, CA  94105-1126
4  Tel:  415.442.1000
   Fax:  415.442.1001
5  E-mail:  kroger@morganlewis.com
            hhoying@morganlewis.com
6            kbluett@morganlewis.com

7  Attorneys for Defendants
   HITACHI, LTD., HITACHI DISPLAYS, LTD.,
8  HITACHI ELECTRONIC DEVICES (USA), INC.

9  **[Additional moving defendants and
   counsel listed on signature pages]**

10

11                 UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                  (SAN FRANCISCO DIVISION)

14

15  IN RE: TFT-LCD (FLAT PANEL)          No. 3:07-md-1827 SI
    ANTITRUST LITIGATION                 MDL No. 1827
16

17  This Document Relates To:            **STIPULATION AND [PROPOSED]
                                         ORDER REGARDING TIME TO
18  No. 3:10-cv-03517-SI                 RESPOND IN FLORIDA ACTION**

19  STATE OF FLORIDA, et al.,
                                         Hon. Susan Illston
20                      Plaintiffs,

21          v.

22  AU OPTRONICS CORPORATION, et al.,

23                      Defendants.

24

25          WHEREAS, on April 13, 2011, the Florida Attorney General ("Florida") filed an

26  Amended Complaint in the above-captioned case (Dkt. No. 2652);

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING TIME TO RESPOND
Case No. 3:10-CV-03517 SI; 3:07-md 1827 SI

1    WHEREAS, Defendants' responses to the Amended Complaint are currently due May 2,

2  2011;

3    WHEREAS, Defendants have requested and Florida has agreed to additional time for

4  Defendants to respond to the Amended Complaint;

5    THEREFORE, Florida and Defendants hereby agree that:

6    (a)    Defendants' response(s) to the Amended Complaint shall be due on May 16, 2011.

7    (b)    Except as set forth above, all Federal and Local Rules shall remain in effect with

8  respect to the pleadings and the briefing on motions.  Entering into this stipulation does

9  not constitute a waiver of any defense, including under Federal Rule of Civil

10  Procedure 12.

11    (c)    The parties respectfully request the Court to enter this stipulation as an order.

12

13  **IT IS SO STIPULATED.**

14  DATED:    April 22, 2011

15

16                                    OFFICE OF THE ATTORNEY GENERAL OF
                                      THE STATE OF FLORIDA
17

18

19                                    By  /s/ Nicholas J. Weilhammer
                                          Nicholas J. Weilhammer
20
                                          Nicholas J. Weilhammer (*pro hac vice*)
21                                        Assistant Attorney General
                                          PL-01, The Capitol
22                                        Tallahassee, FL  32399-1050
                                          Tel:  (850) 414-3300
23                                        Fax: (850 488-9134

24                                        Attorneys for Plaintiff
                                          STATE OF FLORIDA

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING TIME TO RESPOND
Case No. 3:10-CV-03517 SI; 3:07-md 1827 SI

1

2

MORGAN, LEWIS & BOCKIUS LLP

3

4

By ____/s/ Kent M. Roger_____
      Kent M. Roger

5

6

      Kent M. Roger (State Bar No. 95987)
      One Market, Spear Street Tower
      San Francisco, CA  94105

7

      Tel:  (415) 442-1140
      Fax: (415) 442-1001

8

9

      Attorneys for Defendants
      HITACHI, LTD., HITACHI DISPLAYS,
      LTD., AND HITACHI ELECTRONIC
      DEVICES (USA), INC.

10

11

NOSSAMAN LLP

12

13

By ____/s/ Christopher A. Nedeau_____
      Christopher A. Nedeau

14

15

      Christopher A. Nedeau (State Bar No. 81297)
      50 California Street, 34th Floor
      San Francisco, CA  94111

16

      Tel:  (415) 398-3600
      Fax: (415) 398-2438

17

18

      Attorneys for Defendants
      AU OPTRONICS CORPORATION AND AU
      OPTRONICS CORPORATION AMERICA

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING TIME TO RESPOND
Case No. 3:10-CV-03517 SI; 3:07-md 1827 SI

1

2

DAVIS POLK & WARDWELL LLP

3

By ____/s/ Christopher B. Hockett_____

4

Christopher B. Hockett

5

Christopher B. Hockett (State Bar No. 121539)

6

Neal A. Potischman (State Bar No. 254862)
Sandra West (State Bar No. 250389)
Samantha H. Knox (State Bar No. 254427)

7

1600 El Camino Real
Menlo Park, CA  94025

8

Tel:  (650) 752-2000
Fax: (650) 752-2111

9

10

Attorneys for Defendants
CHIMEI INNOLUX CORPORATION (f/k/a

11

CHI MEI OPTOELECTRONICS CORP.),
CMO JAPAN CO., LTD., AND CHI MEI

12

OPTOELECTRONICS USA, INC.

13

K&L GATES LLP

14

15

By ____/s/ Ramona M. Emerson_____

16

Ramona M. Emerson

17

Hugh F. Bangasser (*pro hac vice*)
Ramona M. Emerson (*pro hac vice*)

18

Christopher M. Wyant (*pro hac vice*)
925 Fourth Avenue, Suite 290

19

Seattle, WA  98104
Tel:  (206) 623-7580

20

Fax: (206) 623-7022

21

Attorneys for Defendants
HANNSTAR DISPLAY CORPORATION

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING TIME TO RESPOND
Case No. 3:10-CV-03517 SI; 3:07-md 1827 SI

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CLEARY GOTTLIEB STEEN & HAMILTON LLP


By ____/s/ Michael R. Lazerwitz_____
       Michael R. Lazerwitz

       Michael R. Lazerwitz (*pro hac vice*)
       2000 Pennsylvania Avenue, NW
       Washington, D.C.  20006
       Tel:  (202) 974-1500
       Fax: (202) 974-1999

       Attorneys for Defendants
       LG DISPLAY CO., LTD. AND LG DISPLAY
       AMERICA, INC.


COVINGTON & BURLING LLP


By ____/s/ Timothy C. Hester_____
       Timothy C. Hester

       Timothy C. Hester (*pro hac vice*)
       1201 Pennsylvania Avenue, N.W.
       Washington, D.C.  20006
       Tel:  (202) 662-6000
       Fax: (202) 662-6291

       Attorneys for Defendants
       SAMSUNG ELECTRONICS AMERICA,
       INC., SAMSUNG SEMICONDUCTOR, INC.,
       AND SAMSUNG ELECTRONICS CO., LTD.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING TIME TO RESPOND
Case No. 3:10-CV-03517 SI; 3:07-md 1827 SI

PILLSBURY WINTHROP SHAW PITTMAN LLP


By ___/s/ John M. Grenfell_____
      John M. Grenfell

John M. Grenfell (State Bar No. 88500)
50 Fremont Street
San Francisco, CA 94105
Tel:  (415) 983-1000
Fax: (415) 983-1200

Attorneys for Defendants
SHARP CORPORATION AND SHARP
ELECTRONICS CORPORATION


WHITE & CASE LLP


By ___/s/ John H. Chung_____
      John H. Chung

John H. Chung (*pro hac vice*)
1155 Avenue of the Americas
New York, NY  10036
Tel:  (212) 819-8200
Fax: (212) 354-8113

Christopher M. Curran (*pro hac vice*)
Kristen J. McAhren (*pro hac vice*)
701 Thirteenth Street, NW
Washington, D.C.  20005
Tel:  (202) 626-3600
Fax: (202) 639-9355

Attorneys for Defendants
TOSHIBA CORPORATION, TOSHIBA
MOBILE DISPLAY CO., LTD., TOSHIBA
AMERICA ELECTRONIC COMPONENTS,
INC., AND TOSHIBA AMERICA
INFORMATION SYSTEMS, INC.

        Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from the above signatories.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING TIME TO RESPOND
Case No. 3:10-CV-03517 SI; 3:07-md 1827 SI

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3    Dated: _____5/22_____, 2011

                _____

4                 The Honorable Susan Illston
                United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING TIME TO RESPOND
Case No. 3:10-CV-03517 SI; 3:07-md 1827 SI