Richard S. Taffet (pro hac vice)
Kenneth I. Schacter (pro hac vice)
Jon R. Roellke (pro hac vice)
Colin C. West (SBN 184095)
Kristen A. Palumbo (SBN 215857)
BINGHAM MCCUTCHEN LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000 (telephone)
(415) 393-2286 (facsimile)
colin.west@bingham.com

*Attorneys for Defendants*
Sharp Corporation
Sharp Electronics Corporation

[additional parties and counsel listed in signature block]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates to Individual Cases No. 3:10-cv-01064 SI and 3:09-cv-5840-SI | MDL Case No. 3:07-md-1827-SI<br><br>Dell Case No. 3:10-cv-01064-SI<br><br>Motorola Case No. 3:09-cv-5840-SI |
| DELL INC. and DELL PRODUCTS L.P.,<br><br>          Plaintiffs,<br>     v.<br><br>SHARP CORPORATION, *et al.*,<br><br>          Defendants.<br><br>MOTOROLA, INC.,<br><br>          Plaintiffs,<br>     v.<br><br>AU OPTRONICS CORPORATION, *et al.*,<br><br>          Defendants. | **JOINT STIPULATION OF EXTENSION OF TIME FOR DELL AND MOTOROLA TO RESPOND TO DEFENDANTS' MOTIONS TO CERTIFY UNDER 28 U.S.C. § 1292(b) AND [~~PROPOSED~~] ORDER** |

1
STIPULATION OF EXTENTION OF TIME FOR DELL AND MOTOROLA
TO RESPOND TO DEFENDANTS' MOTIONS TO CERTIFY

1  WHEREAS plaintiffs Dell Inc. and Dell Products L.P. (collectively, "Dell") have an individual lawsuit (Case No. 3:10-cv-01064-SI) against defendants Sharp Corporation, Sharp Electronics Corporation, Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc., Hitachi, Ltd., Epson Imaging Devices Corporation, Epson Electronics America, Inc., HannStar Display Corporation, Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., Toshiba Corporation and Toshiba Mobile Display Co., Ltd. (collectively the "Dell Defendants");

WHEREAS plaintiff Motorola, Inc. has an individual lawsuit (Motorola Case No. 3:09-cv-5840-SI) against defendants AU Optronics Corporation, AU Optronics Corporation America, Inc., Chi Mei Corporation, Chi Mei Optoelectronics Corporation, Chi Mei Optoelectronics Corporation USA, Inc., CMO Japan Co. Ltd., Nexgen Mediatech, Inc., Nexgen Mediatech USA, Inc., Chunghwa Picture Tubes Ltd., Tatung Company of America, Inc., HannStar Display Corporation, LG Display Co. Ltd., LG Display America, Inc., Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., Samsung Electronics America, Inc., Sharp Corporation, Sharp Electronics Corporation, Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba Mobile Display Co., Ltd., Toshiba America Information Systems, Inc., Epson Imaging Devices Corporation, and Epson Electronics America, Inc. (collectively the "Motorola Defendants");

WHEREAS the Dell Defendants and Motorola Defendants are collectively referred to herein as the "Stipulating Defendants";

WHEREAS on April 13, 2011, the Dell Defendants filed a Motion to Certify the Court's March 16, 2011 Order granting in part and denying in part the Dell Defendants' Joint Motion to Dismiss the Dell Complaint for interlocutory appeal pursuant to 28 U.S.C. § 1292(b) (Dkt. No. 2648);

WHEREAS on April 13, 2011, the Motorola Defendants filed a Motion to Certify the Court's March 28, 2011 Order denying the Motorola Defendants' Joint Motion to Dismiss the Second Amended Motorola Complaint for interlocutory appeal pursuant to 28 U.S.C. § 1292(b) (Dkt. No. 2649);

WHEREAS the Stipulating Defendants noticed hearings on their respective Motions to Certify for May 20, 2011;

2
STIPULATION OF EXTENTION OF TIME FOR DELL AND MOTOROLA
TO RESPOND TO DEFENDANTS' MOTIONS TO CERTIFY

WHEREAS Dell and Motorola, Inc. each desire an additional amount of time to respond to the Stipulating Defendants' respective Motions to Certify;

WHEREAS, given the similarity of issues raised in the Motions to Certify, Dell, Motorola, Inc., and the Stipulating Defendants agree that it would promote judicial economy for these motions to be heard on the same day;

THEREFORE, Dell, Motorola, Inc., and the Stipulating Defendants hereby agree as follows:

- Dell and Motorola shall have until May 2, 2011 to respond to the Stipulating Defendants' respective Motions to Certify (Dkt. Nos. 2648 and 2649);
- Stipulating Defendants shall have until May 13, 2011 to file replies in support of Stipulating Defendants' respective Motions to Certify (Dkt. Nos. 2648 and 2649);
- The parties will request that the hearing date on these motions be reset for May 27, 2011 or the Court's soonest available hearing date thereafter.

Respectfully submitted,

Dated: April 27, 2011    By:    /s/ Jon R. Roellke
Jon R. Roellke (pro hac vice)
BINGHAM MCCUTCHEN LLP
2020 K Street NW
Washington, DC 20006-1806
(202) 373-6000 (telephone)

Richard S. Taffet (pro hac vice)
Kenneth I. Schacter (pro hac vice)
BINGHAM MCCUTCHEN LLP
399 Park Avenue
New York, NY 10022-4689
(212) 705-7000 (telephone)

Colin C. West (SBN 184095)
BINGHAM MCCUTCHEN LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000 (telephone)

*Attorneys for Defendants*
*Sharp Corporation, Sharp Electronics Corp.*

| | | | |
|---|---|---|---|
| 1 | Dated: April 27, 2011 | By: | /s/ Melvin R. Goldman |

Melvin R. Goldman
Stephen P. Freccero
Derek F. Foran
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
(925) 295-3482 (telephone)

David L. Meyer
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006-1888

*Attorneys for Defendants*
*Epson Imaging Devices Corporation, Epson Electronics America, Inc.*

Dated: April 27, 2011          By:     /s/ John H. Chung

John H. Chung (pro hac vice)
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200 (telephone)

Christopher M. Curran (pro hac vice)
Kristen J. McAhren (pro hac vice)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
(202) 626-3600 (telephone)

*Attorneys for Defendants*
*Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc. and Toshiba America Information Systems, Inc.*

4

STIPULATION OF EXTENTION OF TIME FOR DELL AND MOTOROLA
TO RESPOND TO DEFENDANTS' MOTIONS TO CERTIFY

| | | | |
|---|---|---|---|
| 1 | Dated: April 27, 2011 | By: | /s/ Kent Michael Roger |
| 2 | | | Kent Michael Roger |
| | | | Morgan Lewis & Bockius LLP |
| 3 | | | One Market, Spear Street Tower |
| | | | San Francisco, California 94105 |
| 4 | | | (415) 442-1140 (telephone) |

*Counsel for Defendants*
*Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc., and Hitachi, Ltd*

Dated: April 27, 2011    By:    /s/ Ramona M. Emerson
Hugh F. Bangasser (pro hac vice)
Ramona M. Emerson (pro hac vice)
Christopher M. Wyant (pro hac vice)
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580 (telephone)

Jeffrey L. Bornstein
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
(415) 882-8200 (telephone)

*Attorneys for Defendant*
*HannStar Display Corporation*

Dated: April 27, 2011    By:    /s/ Michael R. Lazerwitz
Michael R. Lazerwitz (pro hac vice)
Jeremy J. Calsyn (SBN 205062)
Lee F. Berger (SBN 222756)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Ave., NW
Washington, DC 20006
(202) 974-1500 (telephone)
(202) 974-1999 (facsimile)
mlazerwitz@cgsh.com

*Attorneys for Defendants*
*LG Display Co., Ltd. and LG Display America, Inc.*

STIPULATION OF EXTENTION OF TIME FOR DELL AND MOTOROLA
TO RESPOND TO DEFENDANTS' MOTIONS TO CERTIFY

| | | | |
|---|---|---|---|
| 1 | Dated: April 27, 2011 | By: | /s/ Christopher A. Nedeau |
| 2 | | | Christopher A. Nedeau |
| | | | Carl L. Blumenstein |
| 3 | | | Allison Dibley |
| | | | NOSSAMAN LLP |
| 4 | | | 50 California Street, 34th Floor |
| | | | San Francisco, CA 94111 |
| 5 | | | (415) 438-7274 (telephone) |

*Attorneys for Defendants*
*AU Optronics Corporation and AU Optronics*
*Corporation America, Inc.*

Dated: April 27, 2011     By:     /s/ Patrick J. Ahern
Patrick J. Ahern
BAKER & MCKENZIE, L.L.P.
130 East Randolph Drive
Chicago, Illinois 60601
(312) 861-3735 (telephone)

*Attorneys for Defendants*
*Chunghwa Picture Tubes, Ltd. and Tatung*
*Company of America, Inc.*

Dated: April 27, 2011     By:     /s/ Christopher B. Hockett
Christopher B. Hockett
DAVIS, POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, CA 94025
(650) 752-2000 (telephone)

*Attorneys for Defendants*
*Chi Mei Corporation, Chi Mei Optoelectronics*
*Corporation, Chi Mei Optoelectronics USA, Inc.*
*CMO Japan Co. Ltd., Nexgen Mediatech, Inc. and*
*Nexgen Mediatech USA, Inc.*

6
STIPULATION OF EXTENTION OF TIME FOR DELL AND MOTOROLA
TO RESPOND TO DEFENDANTS' MOTIONS TO CERTIFY

| | | | |
|---|---|---|---|
| Dated: April 27, 2011 | | By: | /s/ Robert D. Wick |

Robert D. Wick (pro hac vice)
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, CA 94111
(415) 591-6000 (telephone)

Timothy C. Hester (pro hac vice)
Derek Ludwin (pro hac vice)
Theodore P. Metzler (pro hac vice)
COVINGTON & BURLING LLP
1201 Pennsylvania Ave. NW
Washington, D.C. 20004
(202) 662-6000 (telephone)

*Attorneys for Defendants
Samsung Electronics Co., Ltd.,
Samsung Semiconductor, Inc. and
Samsung Electronics America, Inc.*

| | | | |
|---|---|---|---|
| Dated: April 27, 2011 | | By: | /s/ Rodney J. Ganske |

Michael P. Kenny, Esq.
mike.kenny@alston.com
Debra D. Bernstein, Esq.
debra.bernstein@alston.com
Rodney J. Ganske, Esq.
rod.ganske@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia  30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777

Steven D. Hemminger (SBN 110665)
steve.hemminger@alston.com
**ALSTON & BIRD LLP**
275 Middlefield Road
Suite 150
Menlo Park, CA 94025-4004
Telephone: (650) 838-2000
Facsimile:  (650) 838-2001
Facsimile:  (650) 838-2001

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

7
STIPULATION OF EXTENTION OF TIME FOR DELL AND MOTOROLA
TO RESPOND TO DEFENDANTS' MOTIONS TO CERTIFY

| | | |
|---|---|---|
| Dated: April 27, 2011 | By: | /s/ Joshua C. Stokes |

                Joshua C. Stokes (SBN 121539)
                Jason C. Murray (SBN 169806)
                Joshua C. Stokes (SBN 220214)
                CROWELL & MORING LLP
                515 South Flower St., 40th Floor
                Los Angeles, CA 90071
                Telephone: 213-443-5582
                Facsimile: 213-622-2690

                Jeffrey H. Howard (*pro hac vice*)
                Jerome A. Murphy (*pro hac vice*)
                CROWELL & MORING LLP
                1001 Pennsylvania Avenue, N.W.
                Washington, D.C. 20004
                Telephone: 202-624-2500
                Facsimile: 202-628-5116

                *Attorneys for Plaintiff Motorola, Inc.*

**Attestation:** The filer of this document attests that the concurrence of the signatories thereto has been obtained.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ___5/2/11___, 2011            _____
                                            Honorable Susan J. Illston

STIPULATION OF EXTENTION OF TIME FOR DELL AND MOTOROLA
TO RESPOND TO DEFENDANTS' MOTIONS TO CERTIFY