CHRISTOPHER A. NEDEAU (CA SBN 81297)
CARL L. BLUMENSTEIN (CA SBN 124158)
VERONICA L. HARRIS (CA SBN 256120)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone:  415.398.3600
Facsimile:  415.398.2438
cnedeau@nossaman.com
cblumenstein@nossaman.com
vharris@nossaman.com

Attorneys for defendants AU OPTRONICS CORPORATION
and AU OPTRONICS CORPORATION AMERICA

[additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST, | CASE NO. 10-cv-5625 SI |
| | Master File No. 07-cv-1827 SI |
| Plaintiff, | MDL No. 1827 SI |
| v. | |
| AU OPTRONICS CORPORATION; AU OPTRONICS CORPORATION AMERICA, INC; CHI MEI CORPORATION; CHI MEI OPTOELECTRONICS CORPORATION; CHI MEI OPTOELECTRONICS USA, INC.; CMO JAPAN CO. LTD.; NEXGEN MEDIATECH, INC.; NEXGEN MEDIATECH USA, INC.; CHUNGHWA PICTURE TUBES LTD.; TATUNG COMPANY OF AMERICA, INC.; EPSON IMAGING DEVICES CORPORATION; EPSON ELECTRONICS AMERICA, INC.; HANNSTAR DISPLAY CORPORATION; LG DISPLAY CO. LTD.; LG DISPLAY AMERICA, INC.; SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG ELECTRONICS AMERICA, INC.; SHARP CORPORATION; SHARP ELECTRONICS; TOSHIBA CORPORATION; TOSHIBA AMERICA ELECTRONICS COMPONENTS, INC.; TOSHIBA MOBILE DISPLAY CO., LTD.; TOSHIBA AMERICA INFORMATION SYSTEMS, INC.; HITACHI, LTD.; HITACHI | **STIPULATION AND [~~PROPOSED~~]ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

1  DISPLAYS, LTD.; AND HITACHI
2  ELECTRONIC DEVICES (USA), INC.,

             Defendants.

3

4      WHEREAS, plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating

5  Trust ("Circuit City Trust"), filed a complaint in the above-captioned case against defendants AU

6  Optronics Corporation, AU Optronics Corporation America, Chi Mei Corporation, Chi Mei

7  Optoelectronics Corporation, Chi Mei Optoelectronics USA, Inc., CMO Japan Co. Ltd., Chunghwa

8  Picture Tubes, Ltd., Nexgen Mediatech, Inc., Nexgen Mediatech USA, Inc., Epson Imaging Devices

9  Corporation, Epson Electronics America, Inc., HannStar Display Corporation, LG Display Co. Ltd., LG

10  Display America, Inc., Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., Samsung

11  Electronics America, Inc., Sharp Corporation, Sharp Electronics Corporation, Tatung Company of

12  America, Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba Mobile Display

13  Co., Ltd., Toshiba America Information Systems, Inc., Hitachi, Ltd., Hitachi Displays, Ltd., and Hitachi

14  Electronic Devices (USA), Inc. (collectively "Stipulating Defendants") on December 10, 2010;

15

16      WHEREAS, Circuit City Trust and all Stipulating Defendants except Chunghwa Picture Tubes,

17  Ltd. and Tatung Company of America entered into a Stipulation of Extension of Time to Respond to

18  Complaint and Waiver of Service dated February 2, 2011, which provided that those defendants thereto

19  would accept service of the Complaint filed by Circuit City Trust and would have ninety (90) days in

20  which to respond to the Complaint (the "Initial Stipulation").  The Initial Stipulation was entered by the

21  Court on February 4, 2011 (Document 2410 in 3:07-md-01827).

22

23      WHEREAS, Circuit City Trust and Tatung Company of America entered into a Stipulation of

24  Extension of Time for Defendant Tatung Company of America to Respond to Complaint dated February

25  23, 2011, which provided that Tatung would have the same time period as provided in the Initial

26  Stipulation in which to respond to the Complaint filed by Circuit City Trust (the "Tatung Stipulation").

27  The Tatung Stipulation was entered by the Court on February 23, 2011 (Document 18 in 3:10-cv-

28  05625).

WHEREAS, on March 24, 2011, the Court entered an Order Granting Plaintiff's Motion for Order to Serve Defendant Chunghwa Picture Tubes Through Its U.S. Counsel (Document 2584 in 3:07-md-01827). Following that order, Circuit City Trust entered into a Stipulation of Extension of Time for Defendant Chunghwa Picture Tubes to Respond to Complaint dated March 25, 2011, which provided that Chunghwa would have the same time period as provided in the Initial Stipulation in which to respond to the Complaint filed by Circuit City Trust (the "Chunghwa Stipulation"). The Chunghwa Stipulation was entered by the Court on March 28, 2011 (Document 26 in 3:10-cv-05625).

WHEREAS, Circuit City Trust desires to file an Amended Complaint, a copy of which is attached hereto as Exhibit A.

WHEREAS, in order to avoid potentially redundant motion practice, briefing and/or responsive pleadings, Circuit City Trust and Stipulating Defendants agree and so stipulate that the Amended Complaint should be filed and the Stipulating Defendants should have thirty (30) days from the date on which it is filed to move to dismiss, answer or otherwise respond to the Amended Complaint. Circuit City Trust and the Stipulating Defendants believe that proceeding in this way will create efficiency for the Court and all parties.

THEREFORE, Circuit City Trust and Stipulating Defendants hereby agree:

1.    The Amended Complaint of Circuit City Trust should be filed and accepted for filing by the Court.

2.    Defendants will have thirty (30) days from the date on which the Amended Complaint is filed and accepted for filing by the Court in which to move to dismiss, answer or otherwise respond to the Amended Complaint.

Plaintiff and Stipulating Defendants further and jointly respectfully request that the Court enter this stipulation as an order.

/

/

/

1    Dated:   May 3, 2011

2

3                                            SO ORDERED:

4

5                                            Honorable Susan Illston

6                                                5/4/11

7                                            Date Entered

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

Dated:  May 3, 2011                    SUSMAN GODFREY L.L.P.


                                       By:  s/Kenneth S. Marks
                                            Kenneth S. Marks

                                       Kenneth S. Marks (*PRO HAC VICE*)
                                       1000 Louisiana Street, Suite 5100
                                       Houston, Texas 77002
                                       (713) 653-7854  (Direct)
                                       (713) 654-3381  (Fax)

                                       Attorneys for Plaintiff ALFRED H. SIEGEL,
                                       AS TRUSTEE OF THE CIRCUIT CITY
                                       STORES, INC. LIQUIDATING TRUST


                                       NOSSAMAN LLP


                                       By:  s/Christopher A. Nedeau
                                            Christopher A. Nedeau

                                       Christopher A. Nedeau (Bar No. 81297)
                                       50 California Street, 34th Floor
                                       San Francisco, CA  94111
                                       Tel:  (415) 398-3600
                                       Fax:  (415) 398-2438

                                       Attorneys for Defendants
                                       AU OPTRONICS CORPORATION AND
                                       AU OPTRONICS CORPORATION
                                       AMERICA

DAVIS POLK & WARDWELL LLP


By:  s/Christopher B. Hockett
     Christopher B. Hockett

     Christopher B. Hockett (Bar No. 121539)
     Neal A. Potischman (Bar No. 254862)
     Sandra West (Bar No. 250389)
     Samantha H. Knox (Bar No. 254427)
     1600 El Camino Real
     Menlo Park, California  94025
     (650) 752-2000 / (650) 752-2111

     Attorneys for Defendants
     CHI MEI OPTOELECTRONICS CORP.
     (sued as CHIMEI INNOLUX CORP.),
     CMO JAPAN CO., LTD., and CHI MEI
     OPTOELECTRONICS USA, INC.


GIBSON, DUNN & CRUTCHER LLP


By:  s/Rachel S. Brass
     Rachel S. Brass

     Rachel S. Brass (Bar No. 219301)
     555 Mission Street
     San Francisco, CA  94105-2933
     Tel:  (415) 393-8200
     Fax:  (415) 393-8306

     Attorneys for DefendantS
     CHUNGHWA PICTURE TUBES, LTD.
     and TATUNG COMPANY OF
     AMERICA, INC.

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

MORRISON & FOERSTER LLP


By: _s/Stephen P. Freccero_____
    Stephen P. Freccero

    Melvin R. Goldman (Bar No. 34097))
    Stephen P. Freccero (Bar No. 131093)
    Derek F. Foran (Bar No. 224569)
    425 Market Street
    San Francisco, CA  94105-2482
    Tel:  (415) 268-7000
    Fax:  (415) 268-7522

    Attorneys for Defendants
    EPSON IMAGING DEVICES
    CORPORATION AND EPSON
    ELECTRONICS AMERICA, INC.


K&L GATES LLP


By: _s/Hugh F. Bangasser_____
    Hugh F. Bangasser

    Hugh F. Bangasser, (*Pro Hac Vice*)
    Ramona M. Emerson, (*Pro Hac Vice*)
    Christopher M. Wyant, (*Pro Hac Vice*)
    Jeffrey L. Bornstein, Bar No. 99358
    925 Fourth Avenue, Suite 290
    Seattle, WA  98104
    Tel: (206) 623-7580
    Fax: (206) 623-7022

    Attorneys for Defendants HANNSTAR
    DISPLAY CORPORATION

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

1

2

MORGAN, LEWIS & BOCKIUS LLP

3

4        By: s/Kent M. Roger
             Kent M. Roger

5            Kent M. Roger (Bar No. 95987)
             One Market, Spear Street Tower
6            San Francisco, CA  94105
             Tel: (415) 442-1140
7            Fax: (415) 442-1001

8            Attorneys for Defendants
             HITACHI, LTD., HITACHI DISPLAYS,
9            LTD., HITACHI ELECTRONIC
             DEVICES (USA), INC.

10

11

12

13       CLEARY GOTTLIEB STEEN &
         HAMILTON LLP

14

15       By: s/Michael R. Lazerwitz
             Michael R. Lazerwitz

16           Michael R. Lazerwitz (*Pro Hac Vice*)
17           2000 Pennsylvania Avenue, NW
             Washington, D.C.  20006
18           Tel:  (202) 974-1500
             Fax:  (202) 974-1999

19           Attorneys for Defendants
20           LG DISPLAY CO., LTD., and LG
             DISPLAY AMERICA, INC.

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COVINGTON & BURLING LLP


By: _s/Timothy C. Hester_____
     Timothy C. Hester

     Timothy C. Hester, (*Pro Hac Vice*)
     1201 Pennsylvania Avenue, N.W.
     Washington, D.C.  20006
     Tel:  (202) 662-6000
     Fax:  (202) 662-6291

     Attorneys for Defendants
     SAMSUNG ELECTRONICS AMERICA,
     INC., SAMSUNG SEMICONDUCTOR,
     INC., and SAMSUNG ELECTRONICS
     CO., LTD.


PILLSBURY WINTHROP SHAW PITTMAN
LLP


By _s/John M. Grenfell_____
    John M. Grenfell

    John M. Grenfell (State Bar No. 88500)
    50 Fremont Street
    San Francisco, CA 94105
    Tel: (415) 983-1000
    Fax: (415) 983-1200

    Attorneys for Defendants
    SHARP CORPORATION AND SHARP
    ELECTRONICS CORPORATION

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

WHITE & CASE LLP


By:  s/John H. Chung
     John H. Chung

     John H. Chung, (*Pro Hac Vice*)
     1155 Avenue of the Americas
     New York, NY  10036
     Tel:  (212) 819-8200
     Fax:  (212) 354-8113

     Attorneys for Defendants
     TOSHIBA CORPORATION, TOSHIBA
     MOBILE DISPLAY TECHNOLOGY CO.,
     LTD., TOSHIBA AMERICA
     INFORMATION SYSTEMS, INC.,
     TOSHIBA AMERICA ELECTRONIC
     COMPONENTS, INC.

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT