Michael R. Lazerwitz (PRO HAC VICE)
Jeremy J. Calsyn (State Bar No. 205062)
Lee F. Berger (State Bar No. 222756)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Ave., NW
Washington, DC 20006
(202) 974-1500 (Phone)
(202) 974-1999 (Facsimile)
mlazerwitz@cgsh.com

*Counsel for Defendants LG Display Co., Ltd. and
LG Display America, Inc.*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | CASE NO. 3: 07-md-1827 SI<br>MDL NO. 1827 |
| This Document Relates To:<br>State of New York v. AU Optronics Corp., et al., 3:11-cv-711 SI | **STIPULATION AND [PROPOSED] ORDER**<br>**The Honorable Susan J. Illston** |

WHEREAS, on March 15, 2011, the State of New York ("State") filed an Amended Complaint in the above-captioned case (Dkt. No. 2556), in which the State brings claims assigned to it by alleged assignors such as "Dell, Hewlett-Packard, IBM, Apple, Lenovo, Fujitsu America, Inc., Seneca Data and Great Lakes," among other unnamed alleged assignors;

WHEREAS, Interrogatory No. 9 of LG Display America Inc.'s First Set of Interrogatories on the State of New York, served on February 17, 2011, asked the State to "[i]dentify all entities whose claims you purport to assert in the Complaint, including . . .all assignors;"

WHEREAS, on April 20, 2011 the State, in response to Interrogatory No. 9, stated that "for the purposes of this action going forward, New York has decided to pursue only the claims assigned

1

STIPULATION AND [PROPOSED] ORDER, Case No. M: 07-1827 SI

to it by Dell, Inc. ('Dell'), Hewlett Packard Company ('HP'), International Business Machines Corporation ('IBM') and Lenovo;" and

WHEREAS the State accordingly now wishes to voluntarily dismiss with prejudice all claims brought on behalf of assignors other than Dell, HP, IBM and Lenovo;

THEREFORE, the State and defendants hereby agree:

1. All claims based on assignments from companies other than Dell, HP, IBM and Lenovo are dismissed.

2. The parties respectfully request the Court to enter this stipulation as an order.

IT IS SO STIPULATED.

DATED: May 5, 2011

By: /s/ Michael R. Lazerwitz
Michael R. Lazerwitz (PRO HAC VICE)
Jeremy J. Calsyn (State Bar No. 205062)
Lee F. Berger (State Bar No. 222756)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Ave., NW
Washington, DC 20006
(202) 974-1500 (Phone)
(202) 974-1999 (Facsimile)
mlazerwitz@cgsh.com

*Attorneys for Defendants*
LG Display Co., Ltd. and LG Display America, Inc.

By: /s/ Christopher A. Nedeau
Christopher A. Nedeau
Carl L. Blumenstein
Allison Dibley
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA  94111
(415) 398-3600 (Phone)
(415) 398-2438 (Facsimile)
*cnedeau@nossaman.com*

*Attorneys for Defendants*
AU Optronics Corporation and AU Optronics Corporation America


By: /s/ Christopher B. Hockett
Christopher B. Hockett (Bar No. 121539)
Neal A. Potischman (Bar No. 254862)
Sandra West (Bar No. 250389)
Samantha H. Knox (Bar No. 254427)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California  94025
(650) 752-2000 (Phone)
(650) 752-2111 (Facsimile)
*chris.hockett@davispolk.com*

*Attorneys for Defendants Chimei Innolux Corporation (f/k/a Chi Mei Optoelectronics Corp.), Chi Mei Optoelectronics USA, Inc., and CMO Japan Co., Ltd.*


By: /s/ Kent M. Roger
Kent M. Roger (State Bar No. 95987)
Michelle Kim-Szrom (State Bar No. 252901)
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
(415) 442-1000 (Phone)
(415) 442-1001 (Facsimile)
*kroger@morganlewis.com*

*Attorneys for Defendants*
Hitachi, Ltd., Hitachi Displays, Ltd. and Hitachi Electronic Devices (USA), Inc.

By: /s/ Robert Wick
Robert Wick (*pro hac vice*)
Neil Roman (*pro hac vice*)
Derek Ludwin (*pro hac vice*)
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., NW
Washington, DC 20004
(202) 662-6000 (Phone)
(202) 662-6291 (Facsimile)
*rwick@cov.com*

*Attorneys for Defendants*
Samsung Electronics Co., Ltd.,
Samsung Semiconductor, Inc. and
Samsung Electronics America, Inc.


By: /s/ John M. Grenfell
John M. Grenfell (State Bar No. 88500)
Jacob R. Sorensen (State Bar No. 209134)
Fusae Nara (*pro hac vice*)
Andrew D. Lanphere (State Bar No. 191479)
PILLSBURY WINTHROP SHAW PITTMAN LLP
50 Fremont Street
San Francisco, CA  94105
(415) 983-1000 (Phone)
(415) 983-1200 (Facsimile)
*john.grenfell@pillsburylaw.com*

*Attorneys for Defendants*
Sharp Corporation
Sharp Electronics Corp.

STIPULATION AND [PROPOSED] ORDER, Case No. M: 07-1827 SI

By: /s/ Christopher M. Curran
Christopher M. Curran (*pro hac vice*)
Kristen J. McAhren (*pro hac vice*)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
(202) 626-3600 (Phone)
(202) 639-9355 (Facsimile)
ccurran@whitecase.com


*Attorneys for Defendants*
Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc. and Toshiba America Information Systems, Inc.


By: /s/ Richard L. Schwartz
Richard L. Schwartz (*pro hac vice*)
Geralyn J. Trujillo (*pro hac vice*)
John A. Ioannou (*pro hac vice*)
Assistant Attorneys General
Office of the Attorney General, State of New York
120 Broadway, 26th Floor
New York, New York 10271
(212) 416-8262 (Telephone)
(212) 416-6015 (Facsimile)

*Attorneys for Plaintiff*
State of New York

Attestation: The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

SO ORDERED

*[signature: Susan Illston]*

Honorable Susan J. Illston
5/9/11

Date Entered