IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION

CASE NO. M:07-CV-01827-SI

(~~Proposed~~)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

This Document Relates To:
ALL ACTIONS

_____/

John S. Playforth, whose business address and telephone number is

COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004     Tel: (202) 662-5635

and who is an active member in good standing of the bar of the District of Columbia having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Defendants Samsung Electronics America, Inc., Samsung Semiconductor, Inc., and Samsung Electronics Co., Ltd.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:   5/6/11

_____
United States District   Judge
Susan Illston

