1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   JOHN M. GRENFELL (CA Bar No. 88500)
2  john.grenfell@pillsburylaw.com
   JACOB R. SORENSEN (CA Bar No. 209134)
3  jake.sorensen@pillsburylaw.com
   FUSAE NARA (*pro hac vice*)
4  fusae.nara@pillsburylaw.com
   ANDREW D. LANPHERE  (CA Bar No. 191479)
5  andrew.lanphere@pillsburylaw.com
   50 Fremont Street
6  San Francisco, CA  94105
   Telephone: (415) 983-1000
7  Facsimile: (415) 983-1200

8  Attorneys for Defendants
   SHARP CORPORATION and
9  SHARP ELECTRONICS CORPORATION

10

11                     UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                       SAN FRANCISCO DIVISION

14

15  IN RE:  TFT-LCD (FLAT PANEL)        Master File No. 3:07-md-1827 SI
    ANTITRUST LITIGATION               MDL No. 1827
16
                                                      10-3619
17  This Document Relates To:
                                       JOINT STIPULATION AND
18  No. 10-CV-3619 SI                  [PROPOSED] ORDER EXTENDING
                                       TIME TO RESPOND TO AMENDED
19  STATE OF MISSOURI, *ex rel.* Chris  COMPLAINT
    Koster, Attorney General, *et al.*,
20
                            Plaintiffs,
21
          vs.
22
    AU OPTRONICS CORPORATION, *et al.*,
23
                            Defendants.
24

25

26

27

28

1          WHEREAS, on April 29, 2011, the Missouri Attorney General; the Arkansas

2    Attorney General; the Michigan Attorney General; the West Virginia Attorney General; and

3    the Wisconsin Attorney General (collectively, "States") filed an Amended Complaint in the

4    above-captioned case (Dkt. No. 2693);

5          WHEREAS, Defendants' responses to the Amended Complaint are currently due

6    May 16, 2011;

7          WHEREAS, Defendants have requested and the States have agreed to additional

8    time for Defendants to respond to the Amended Complaint;

9          THEREFORE, the States and Defendants hereby agree that Defendants' responses

10   to the Amended Complaint shall be due on May 27, 2011.

11         The parties respectfully request the Court to enter this stipulation as an order.

12

13         Dated:  May 10, 2011.

14

15                              IT IS SO ORDERED.

16

17                              _____

18                                   Honorable Susan Illston

                                     5/10/11

19                              _____   _____

20                                     Date Entered

21

22

23

24

25

26

27

28

500847991v1

1    Dated: May 9, 2011

2                                    PILLSBURY WINTHROP SHAW PITTMAN LLP
                                     JOHN M. GRENFELL
3                                    JACOB R. SORENSEN
                                     FUSAE NARA
4                                    ANDREW D. LANPHERE
                                     50 Fremont Street
5                                    San Francisco, CA  94105
                                     Phone:  (415) 983-1000
6                                    Fax:  (415) 983-1200

7

8                                    By:  /s/ John M. Grenfell
                                              John M. Grenfell
9                                    Attorneys for Defendants SHARP
                                        CORPORATION and SHARP ELECTRONICS
10                                      CORPORATION

11

12                                   NOSSAMAN LLP
                                     CHRISTOPHER A. NEDEAU (State Bar No.
13                                   81297)
                                     50 California Street, 34th Floor
14                                   San Francisco, CA  94111
                                     TEL:  (415) 398-3600
15                                   FAX:  (415) 398-2438

16                                   By: /s/ Christopher A. Nedeau

17                                      Attorneys for Defendants
                                        AU OPTRONICS CORPORATION and
18                                      AU OPTRONICS CORPORATION
                                        AMERICA, INC.
19

20                                   DAVIS POLK & WARDWELL LLP
                                     CHRISTOPHER B. HOCKETT (State Bar No. 121539)
21                                   NEAL A. POTISCHMAN (State Bar No. 254862)
                                     1600 El Camino Real
22                                   Menlo Park, CA 94025
                                     Phone:  (650) 752-2000
23                                   Fax:  (650) 752-2111

24

25                                   By: /s/ Christopher B. Hockett

26                                      Attorneys for Defendants CHIMEI
                                        INNOLUX CORP., CHI MEI
27                                      OPTOELECTRONICS USA, INC., and
                                        CMO JAPAN CO., LTD.

28

500847991v1

K&L GATES LLP
HUGH F. BANGASSER (*pro hac vice*)
RAMONA M. EMERSON (*pro hac vice*)
CHRISTOPHER M. WYANT (*pro hac vice*)
925 4th Avenue, Suite 2900
Seattle, WA 98104-1158
Phone:  (206) 623-7580
Fax:  (206) 623-7022


By: /s/ Christopher M. Wyant

   Attorneys for Defendant HANNSTAR
   DISPLAY CORPORATION


MORGAN LEWIS & BOCKIUS LLP
KENT M. ROGER (State Bar No. 95987)
MICHELLE KIM-SZROM (State Bar No. 252901)
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Phone:  (415) 442-1000
Fax:  (415) 442-1001


By: /s/ Kent M. Roger

   Attorneys for Defendants HITACHI, LTD.,
   HITACHI DISPLAYS, LTD. and HITACHI
   ELECTRONIC DEVICES (USA), INC.


CLEARY GOTTLIEB STEEN & HAMILTON LLP
MICHAEL R. LAZERWITZ (*pro hac vice*)
2000 Pennsylvania Avenue NW
Washington, DC 20006
Tel: (202) 974-1500
Fax: (202) 974-1999

By: /s/ Michael R. Lazerwitz
          Michael R. Lazerwitz

   Attorneys for Defendants LG DISPLAY CO.,
   LTD. and LG DISPLAY AMERICA, INC.

JOINT STIPULATION
EXTENDING TIME TO RESPOND
Master File No. 3:07-md-1827 SI, MDL No. 1827

1

2    COVINGTON & BURLING LLP
     TIMOTHY C. HESTER (*pro hac vice*)
3    ROBERT D. WICK (*pro hac vice*)
     1201 Pennsylvania Avenue, NW
4    Washington, DC 20004
     Tel: (202) 662-6000
5    Fax: (202) 662-6291

6    By: /s/ Robert D. Wick _____

7        Attorneys for Defendants SAMSUNG
         ELECTRONICS CO., LTD., SAMSUNG
8        ELECTRONICS AMERICA, INC., and
         SAMSUNG SEMICONDUCTOR, INC.

9

10   CHRIS KOSTER
     ATTORNEY GENERAL OF MISSOURI
11   ANNE E. SCHNEIDER (*pro hac vice*)
     ANDREW M. HARTNETT (*pro hac vice*)
12   P.O. Box 899
     Jefferson City, MO 65102
13   Phone:  (573) 751-3321
     Fax:  (573) 751-2041

14

15   By /s/ Anne E. Schneider _____

16       Attorneys for Plaintiff THE STATE OF
         MISSOURI

17

18   DUSTIN MCDANIEL
     ATTORNEY GENERAL OF ARKANSAS
19   DAVID A. CURRAN (*pro hac vice*)
     322 Center Street, Suite 500
20   Little Rock, AR 72201
     Phone:  (501) 682-2007
21   Fax:  (501) 682-8118

22   By /s/ David A. Curran _____

23       Attorneys for Plaintiff THE STATE OF
         ARKANSAS

24

25

26

27

28

500847991v1

JOINT STIPULATION
EXTENDING TIME TO RESPOND
Master File No. 3:07-md-1827 SI, MDL No. 1827

1

BILL SCHUETTE
ATTORNEY GENERAL OF MICHIGAN

2

M. ELIZABETH LIPPITT (*pro hac vice*)
Corporate Oversight Division

3

525 West Ottawa Street, 6th Floor
Lansing, MI 48933

4

Phone:  (517) 373-1160
Fax:  (517) 335-1935

5

6

By /s/ M. Elizabeth Lippitt

7

    Attorneys for Plaintiff THE STATE OF
    MICHIGAN

8

9

DARRELL MCGRAW
ATTORNEY GENERAL OF WEST VIRGINIA

10

DOUGLAS L. DAVIS (*pro hac vice*)
812 Quarrier Street, First Floor

11

Charleston, WV 25301
Phone:  (304) 558-8986

12

Fax:  (304) 558-0184

13

By /s/ Douglas L. Davis

14

    Attorneys for Plaintiff THE STATE OF WEST
    VIRGINIA

15

16

J.B. VAN HOLLEN
ATTORNEY GENERAL OF WISCONSIN

17

GWENDOLYN J. COOLEY (*pro hac vice*)

18

Wisconsin Department of Justice
P.O. Box 7857

19

Madison, WI 53707
Phone:  (608) 261-5810

20

Fax:  (608) 267-2778

21

By /s/ Gwendolyn J. Cooley

22

    Attorneys for Plaintiff THE STATE OF
    WISCONSIN

23

24

    Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the

25

filing of this document has been obtained.

26

27

28

JOINT STIPULATION
EXTENDING TIME TO RESPOND
Master File No. 3:07-md-1827 SI, MDL No. 1827