1   David J. Burman (admitted *pro hac vice*)
    DBurman@perkinscoie.com
2   Cori G. Moore (admitted *pro hac vice*)
    CGMoore@perkinscoie.com
3   Troy P. Sauro, Bar No. 224097
    TSauro@perkinscoie.com
4   Noah G. Purcell (admitted *pro hac vice*)
    NPurcell@perkinscoie.com
5   PERKINS COIE LLP
    4 Embarcadero Center, Suite 2400
6   San Francisco, CA 94111
    Telephone:  415.344.7000
7   Facsimile:  415.344.7302
8
9   Attorneys for Plaintiff
    Costco Wholesale Corporation
10

11              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
12                SAN FRANCISCO DIVISION

13  | IN RE: TFT-LCD (FLAT PANEL) | Master File No. M:07-1827 SI |
    | ANTITRUST LITIGATION | |
14  | | MDL No. 1827 |
    | This Document Relates to Individual Case No. | |
15  | 3:11-00058-SI | |
16  | COSTCO WHOLESALE CORPORATION, | Individual Case No.:  3:11-cv-00058-SI |
17  | Plaintiff, | STIPULATION AND [PROPOSED] |
    | | ORDER REGARDING SERVICE AND |
18  | v. | SCHEDULING |
19  | AU OPTRONICS CORPORATION; et al., | **Clerk's Action Required** |
20  | Defendants. | |
21

22                    **I. STIPULATION**

23       WHEREAS, plaintiff Costco Wholesale Corporation ("Costco") filed the above-

24  captioned lawsuit on November 30, 2010;

25       WHEREAS, the Clerk of the United States Judicial Panel on Multidistrict Litigation

26  issued a Conditional Transfer Order (CTI-10) transferring this lawsuit under 28 U.S.C. § 1407 to

27

1  the Northern District of California, subject to the consent of that court, assigned to the Honorable

2  Susan Yvonne Illston.

3      WHEREAS, Costco wishes to avoid the burden and expense of serving process on the

4  Stipulating Defendants;

5      WHEREAS, the Stipulating Defendants desire a reasonable amount of time to respond to

6  Costco's Complaint;

7      WHEREAS, Costco and the Stipulating Defendants believe that proceeding on a unified

8  response date will create efficiency for the Court and the parties by reducing duplicative motion

9  practice;

10     WHEREAS, this extension will not alter the date of any event or any deadline already

11  fixed by the Court;

12     NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the

13  undersigned counsel, on behalf of their respective clients, Costco, on the one hand, and

14  defendants AU Optronics Corporation; AU Optronics Corporation America; Chi Mei Corp.; Chi

15  Mei Optoelectronics Corporation; Chi Mei Optoelectronics, USA, Inc.; CMO Japan Co., Ltd.;

16  Epson Electronics America, Inc.; Epson Imaging Devices Corporation; HannStar Display

17  Corporation; Hitachi, Ltd.; Hitachi Display, Ltd.; Hitachi Electronic Devices (USA), Inc.; LG

18  Display Co., Ltd.; LG Display America, Inc.; Nexgen Mediatech USA, Inc.; Nexgen Mediatech,

19  Inc.; Samsung Electronics Company; Samsung Electronics America, Inc.; Samsung

20  Semiconductor, Inc.; Sharp Corporation; Sharp Electronics Corporation; Tatung Company of

21  America, Inc.; Toshiba Corporation; Toshiba America Electronic Components, Inc.; Toshiba

22  America Information Systems, Inc.; and Toshiba Mobile Display Co., Ltd. (collectively,

23  "Stipulating Defendants") on the other hand, as follows:

24     1.     Stipulating Defendants waive service of Costco's Complaint under Federal Rule

25  of Civil Procedure 4(d).

26

27

STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE AND
SCHEDULING – 3:11-cv-00058 (Master File No. 07-md-1827)

2.     Stipulating Defendants will have ninety (90) days following the execution of this stipulation, to move against, answer or otherwise respond to Costco's Complaint.  In computing this time period, Rule 6 of the Federal Rules of Civil Procedure shall govern.

3.     Costco and Stipulating Defendants agree to the following briefing schedule for any motion or motions to dismiss Costco's Complaint (the "Motions") and agree to file all motions or proposed orders as necessary to implement the agreed-upon schedule.  To the extent the Court does not accept all or any part of the proposed schedule, Costco and Stipulating Defendants agree to work in good faith to establish a briefing schedule for the Motions acceptable to all parties and the Court to replace that set forth below:

a.     Costco will have forty-five (45) days from the date that defendants move, answer or otherwise respond to Costco's complaint to file any response(s) to the Motions.

b.     Stipulating Defendants will have twenty-one (21) days from the date that Costco files any response(s) to the Motions to file any reply brief(s) to the Motions.

c.     The hearing on the Motions will be noticed for a date that is within at least ten (10) days following the date for filing of any reply brief(s) to the Motions.

4.     Except as set forth above, all Local Rules shall remain in effect with respect to the briefing on the Motions.  Entering into this stipulation does not effect a waiver of any defense under Federal Rule of Civil Procedure 12.  This stipulation does not constitute a waiver of any challenge to personal jurisdiction by any Defendant.

IT IS SO STIPULATED:

DATED this 23rd day of February, 2011.

STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE AND
SCHEDULING – 3:11-cv-00058 (Master File No. 07-md-1827)

-3-

1

PERKINS COIE LLP

2

By: _/s/ Troy Sauro_

3

Troy Sauro

4

Troy Sauro (CA SBN 224097)
Four Embarcadero Center

5

Suite 2400
San Francisco, CA  94111-4131

6

Tel:  (415) 344-7000
Fax:  (415) 344-7050

7

tsauro@perkinscoie.com

8

David J. Burman (*pro hac vice*)
Cori Gordon Moore (*pro hac vice*)

9

1201 Third Avenue, 40th Floor
Seattle, WA  98101

10

Tel:  (206) 359-8000
Fax:  (206) 359-9000

11

dburman@perkinscoie.com
cgmoore@perkinscoie.com

12

Attorneys for Plaintiff Costco Wholesale

13

Corporation

14

*Attorneys for Plaintiff Costco Wholesale Corporation*

15

NOSSAMAN LLP

16

By: _/s/ Christopher A. Nedeau_

17

Christopher A. Nedeau

18

Christopher A. Nedeau (CA SBN 81297)
Carl L. Blumenstein (CA SBN 124158)

19

Allison M. Dibley (CA SBN 213104)
50 California Street, 34th Floor

20

San Francisco, CA  94111
Tel:  (415) 398-3600

21

Fax:  (415) 398-2438
cnedeau@nossaman.com

22

cblumenstein@nossaman.com
adibley@nossaman.com

23

24

*Attorneys for Defendants AU Optronics Corporation*
*and AU Optronics Corporation America*

25

26

27

STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE AND
SCHEDULING – 3:11-cv-00058 (Master File No. 07-md-1827)

-4-

WILMER CUTLER PICKERING HALE AND
DORR LLP


By:    /s/ Nathan L. Walker
        Nathan L. Walker

        Nathan L. Walker (CA SBN 206128)
        950 Page Mill Road
        Palo Alto, CA 94304
        Tel:  (650) 858-6000
        Fax:  (650) 858-6100
        nathan.walker@wilmerhale.com

        Steven F. Cherry (*pro hac vice*)
        Adam M. Raviv (*pro hac vice*)
        1875 Pennsylvania Avenue, NW
        Washington, DC 20006
        Tel:  (202) 663-6000
        Fax:  (202) 663-6363
        steven.cherry@wilmerhale.com
        adam.raviv@wilmerhale.com

*Attorneys for Chi Mei Corporation, Chimei Innolux
Corporation f/k/a Chi Mei Optoelectronics
Corporation, Chi Mei Optoelectronics, USA, Inc.,
CMO Japan Co., Ltd., Nexgen Mediatech USA, Inc.,
and Nexgen Mediatech, Inc.*

MORRISON & FOERSTER LLP


By:    /s/ Stephen P. Freccero
        Stephen P. Freccero

        Melvin R. Goldman (CA SBN 34097)
        Stephen P. Freccero (CA SBN 131093)
        Derek F. Foran (CA SBN 224569)
        425 Market Street
        San Francisco, CA 94105
        Tel.:  (415) 268-7000
        Fax:  (415) 268-7522
        mgoldman@mofo.com
        sfreccero@mofo.com
        dforan@mofo.com

*Attorneys for Defendants Epson Imaging Devices
Corporation and Epson Electronics America, Inc.*

STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE AND
SCHEDULING – 3:11-cv-00058 (Master File No. 07-md-1827)

1          K&L GATES LLP

2
        By:   /s/ Ramona M. Emerson
3              Ramona M. Emerson

4              Hugh F. Bangasser (*pro hac vice*)
              Ramona M. Emerson (*pro hac vice*)
5              Christopher Wyant (*pro hac vice*)
              925 Fourth Avenue, Suite 2900
6              Seattle, WA  98104
              Tel.:  (206) 623-7580
7              Fax:  (206) 623-7022
              hugh.bangasser@klgates.com
8              ramona.emerson@klgates.com
              chris.wyant@klgates.com
9
              Jeffrey L. Bornstein (CA SBN 99358)
10              Four Embarcadero Center, Suite 1200
              San Francisco, CA  94111-5994
11              Tel.:  (415) 882-8040
              Fax:  (415) 882-8220
12
        *Attorneys for Defendant HannStar Display*
13        *Corporation*

14          MORGAN, LEWIS & BOCKIUS LLP

15
        By:   /s/ Kent M. Roger
16              Kent M. Roger

17              Kent M. Roger (CA SBN 95987)
              One Market
18              Spear Street Tower
              San Francisco, CA  94105
19              Tel.:  (415) 442-1000
              Fax:  (415) 442-1001
20              kroger@morganlewis.com

21        *Attorneys for Defendants Hitachi Electronic Devices*
        *(USA), Inc., Hitachi, Ltd., and Hitachi Display, Ltd.*
22

23

24

25

26

27

STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE AND
SCHEDULING – 3:11-cv-00058 (Master File No. 07-md-1827)

29040-0244/LEGAL20269499.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

CLEARY GOTTLIEB STEEN & HAMILTON LLP


By:  /s/ Jeremy J. Calsyn
     Jeremy J. Calsyn

Michael R. Lazerwitz (*pro hac vice*)
Jeremy J. Calsyn (CA SBN 205062)
Lee F. Berger (CA SBN 222756)
2000 Pennsylvania Avenue NW
Washington, DC 20006
Tel.:  (202) 974-1500
Fax:  (202) 974-1999
mlazerwitz@cgsh.com
jcalsyn@cgsh.com
 lberger@cgsh.com

*Attorneys for Defendants LG Display Co., Ltd. and LG Display America, Inc.*


COVINGTON & BURLING LLP


By:  /s/ Simon J. Frankel
     Simon J. Frankel

Simon J. Frankel (CA SBN 171552)
Jeffrey M. Davidson (CA SBN 248620)
One Front Street, 35th Floor
San Francisco, CA 94111
Tel.:  (415) 591-6000
Fax:  (415) 591-6091
sfrankel@cov.com
jdavidson@cov.com

*Attorneys for Defendants Samsung Electronics Co., Samsung Semiconductor, Inc., and Samsung Electronics America, Inc.*

STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE AND
SCHEDULING – 3:11-cv-00058 (Master File No. 07-md-1827)

-7-

29040-0244/LEGAL20269499.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

PILLSBURY WINTHROP SHAW PITTMAN LLP


By:   /s/ John M. Grenfell
     John M. Grenfell

     John M. Grenfell (CA SBN 88500)
     Jacob R. Sorensen (CA SBN 209134)
     Fusae Nara (pro hac vice)
     Andrew D. Lanphere (CA SBN 191479)
     50 Fremont Street
     San Francisco, CA 94105
     Tel.:  (415) 983-1000
     Fax:  (415) 983-1200
     john.grenfell@pillsburylaw.com
     jake.sorensen@pillsburylaw.com
     fusae.nara@pillsburylaw.com
     andrew.lanphere@pillsburylaw.com

*Attorneys for Defendants Sharp Corporation and Sharp Electronics Corporation*

GIBSON DUNN & CRUTCHER LLP


By:   /s/ Rachel S. Brass
     Rachel S. Brass

     Rachel S. Brass (CA SBN 219301)
     Gibson, Dunn & Crutcher LLP
     555 Mission Street
     San Francisco, CA 94105-2933
     Tel:  (415) 393-8293
     Fax:  (415) 374-8429
     RBrass@gibsondunn.com

*Attorneys for Tatung Company of America, Inc.*

STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE AND
SCHEDULING – 3:11-cv-00058 (Master File No. 07-md-1827)

-8-

WHITE & CASE LLP


By: _/s/ John H. Chung_
     John H. Chung

John H. Chung (pro hac vice)
1155 Avenue of the Americas
New York, NY 10036
Tel:  (212) 819-8200
Fax:  (212) 354-8113
jchung@whitecase.com

Christopher M. Curran (pro hac vice)
Kristen J. McAhren (pro hac vice)
701 Thirteenth Street, NW
Washington, DC 20005
Tel:  (202) 626-3600
Fax:  (202) 639-9355
ccurran@whitecase.com
kmcahren@whitecase.com

*Attorneys for Defendants Toshiba Corporation,*
*Toshiba America Electronic Components, Inc.,*
*Toshiba Mobile Display Co., Ltd., and Toshiba*
*America Information Systems, Inc.*

The filer of this document attests that the concurrence of the other signatories has been obtained.

## II. ORDER

IT IS SO ORDERED.

DATED this _12th_ day of ____May____, _2011_.


_____
Hon. SUSAN ILLSTON

STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE AND
SCHEDULING – 3:11-cv-00058 (Master File No. 07-md-1827)
-9-