Michael R. Lazerwitz (PRO HAC VICE)
Jeremy J. Calsyn (State Bar No. 205062)
Lee F. Berger (State Bar No. 222756)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Ave., NW
Washington, DC 20006
(202) 974-1500 (Phone)
(202) 974-1999 (Facsimile)
*mlazerwitz@cgsh.com*

*Counsel for Defendants LG Display Co., Ltd. and LG Display America, Inc.*

Francis O. Scarpulla (State Bar No. 41059)
ZELLE HOFMANN VOELBEL &
MASON LLP
44 Montgomery St., Ste. 3400
San Francisco, CA 94104
(415) 693-0700 (Phone)
(415) 693-0770 (Facsimile)
*fscarpulla@zelle.com*

Joseph M. Alioto (State Bar No. 42680)
THE ALIOTO LAW FIRM
225 Bush Street, 16th Floor
San Francisco, CA 94104
(415) 434-8900 (Phone)
(415) 434-9200 (Facsimile)
*jalioto@aliotolaw.com*

*Interim Co-Lead Counsel for the Indirect Purchaser Plaintiffs*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL INDIRECT PURCHASER CLASS ACTIONS | CASE NO. 3: 07-md-1827 SI<br>MDL NO. 1827<br><br>**STIPULATION OF EXTENSION OF TIME TO ANSWER COMPLAINT AND [PROPOSED] ORDER**<br><br>The Honorable Susan J. Illston |

. WHEREAS on April 29, 2011, indirect-purchaser plaintiffs (individually and behalf of similarly situated indirect-purchasers) ("Indirect Purchaser Plaintiffs"), filed a Third Amended Complaint in the above-captioned complaint against AU Optronics Corporation, AU Optronics Corporation America, Chi Mei Corporation, Chimei Innolux Corporation, Chi Mei Optoelectronics USA, Inc., f/k/a International Display Technology USA, Inc., CMO Japan Co., Ltd., f/k/a International Display Technology, Ltd., HannStar Display Corporation, Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc., LG Display Co., Ltd., f/k/a LG.Philips LCD Co., Ltd., LG Display America, Inc. f/k/a LG.Philips LCD America, Inc., Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., Samsung Electronics America, Inc., Sharp Corporation, Sharp Electronics Corporation, Toshiba Corporation, Toshiba Mobile Display Co., Ltd. f/k/a Toshiba Matsushita Display Technology Co., Ltd., Toshiba America Electronics Components, Inc., and Toshiba America Information Systems, Inc., ("Stipulating Defendants");

WHEREAS the Stipulating Defendants desire a reasonable amount of time answer the Complaint; and

WHEREAS, this extension will not alter the date of any event or any deadline already fixed by the Court;

THEREFORE, the Indirect Purchaser Plaintiffs and the Stipulating Defendants hereby agree:

The Stipulating Defendants' deadline to answer the Complaint will be June 6, 2011.

IT IS SO STIPULATED.

Dated:  May 13, 2011

By: */s/ Michael R. Lazerwitz*
Michael R. Lazerwitz (PRO HAC VICE)
Jeremy J. Calsyn (State Bar No. 205062)
Lee F. Berger (State Bar No. 222756)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Ave., NW
Washington, DC 20006
(202) 974-1500 (Phone)
(202) 974-1999 (Facsimile)
mlazerwitz@cgsh.com

*Attorneys for Defendants*
LG Display Co., Ltd. and LG Display America, Inc.

1
2
3
4
5

By: */s/ Francis O. Scarpulla*
Francis O. Scarpulla (State Bar No. 41059)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery St., Ste. 3400
San Francisco, CA 94104
(415) 693-0700 (Phone)
(415) 693-0770 (Facsimile)
*fscarpulla@zelle.com*

6
7
8
9
10
11

By: */s/ Joseph M. Alioto*
Joseph M. Alioto (State Bar No. 42680)
THE ALIOTO LAW FIRM
225 Bush Street, 16th Floor
San Francisco, CA 94104
(415) 434-8900 (Phone)
(415) 434-9200 (Facsimile)
*sexton@aliotolaw.com*

12
13

*Interim Co-Lead Counsel for the Indirect Purchaser Plaintiffs*

14
15
16
17
18
19
20

By: */s/ Christopher A. Nedeau*
Christopher A. Nedeau
Carl L. Blumenstein
Allison Dibley
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA  94111
(415) 398-3600 (Phone)
(415) 398-2438 (Facsimile)
*cnedeau@nossaman.com*

21
22
23

*Attorneys for Defendants*
AU Optronics Corporation and AU Optronics Corporation America

24
25
26
27
28

3
STIPULATION OF EXTENSION OF TIME TO ANSWER COMPLAINT, Case No. 3:07-md-1827-SI

1
2
3
4
5
6
7
8
9
10
11
12

By: */s/ Christopher B. Hockett*
Christopher B. Hockett (State Bar No. 121539)
Neal A. Potischman (State Bar No. 254862)
Sandra West (State Bar No. 250389)
Samantha H. Knox (State Bar No. 254427)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California  94025
(650) 752-2000 (Phone)
(650) 752-2111 (Facsimile)
*chris.hockett@davispolk.com*

*Attorneys for Defendants*
Chimei Innolux Corporation (f/k/a Chi Mei Optoelectronics Corp.), Chi Mei Optoelectronics USA, Inc., and CMO Japan Co., Ltd.

13
14
15
16
17
18
19

By: */s/ Ramona Emerson*
Hugh F. Bangasser (Pro hac vice)
Ramona M. Emerson (Pro hac vice)
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98004-1158
(206) 623-7580 (Phone)
(206) 623-7022 (Facsimile)
*Ramona.Emerson@klgates.com*
*Hugh.Bangasser@klgates.com*

20
21
22
23

Jeffrey L. Bornstein (State Bar No. 99358)
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111-5994
(415) 882-8200 (Phone)
(415) 882-8220 (Facsimile)
*Jeff.Bornstein@klgates.com*

24
25

*Attorneys for Defendants*
HannStar Display Corporation

26
27
28

---

4
STIPULATION OF EXTENSION OF TIME TO ANSWER COMPLAINT, Case No. 3:07-md-1827-SI

By: */s/ Kent M. Roger*
Kent M. Roger (State Bar No. 95987)
Michelle Kim-Szrom (State Bar No. 252901)
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
(415) 442-1000 (Phone)
(415) 442-1001 (Facsimile)
*kroger@morganlewis.com*

*Attorneys for Defendants*
Hitachi, Ltd., Hitachi Displays, Ltd. and Hitachi Electronic Devices (USA), Inc.


By: */s/ Robert Wick*
Robert Wick (*pro hac vice*)
Neil Roman (*pro hac vice*)
Derek Ludwin (*pro hac vice*)
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., NW
Washington, DC 20004
(202) 662-6000 (Phone)
(202) 662-6291 (Facsimile)
*rwick@cov.com*

*Attorneys for Defendants*
Samsung Electronics Co., Ltd.,
Samsung Semiconductor, Inc. and
Samsung Electronics America, Inc.

|   |   |
|---|---|
| 1 |   |
| 2 | By: /s/ John M. Grenfell |
|   | John M. Grenfell (State Bar No. 88500) |
| 3 | Jacob R. Sorensen (State Bar No. 209134) |
| 4 | Fusae Nara (*pro hac vice*) |
|   | Andrew D. Lanphere (State Bar No. 191479) |

By: /s/ John M. Grenfell
John M. Grenfell (State Bar No. 88500)
Jacob R. Sorensen (State Bar No. 209134)
Fusae Nara (*pro hac vice*)
Andrew D. Lanphere (State Bar No. 191479)
PILLSBURY WINTHROP SHAW PITTMAN LLP
50 Fremont Street
San Francisco, CA 94105
(415) 983-1000 (Phone)
(415) 983-1200 (Facsimile)
*john.grenfell@pillsburylaw.com*

*Attorneys for Defendants*
Sharp Corporation
Sharp Electronics Corp.


By: /s/ Christopher M. Curran
Christopher M. Curran (*pro hac vice*)
Kristen J. McAhren (*pro hac vice*)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
(202) 626-3600 (Phone)
(202) 639-9355 (Facsimile)
*ccurran@whitecase.com*

*Attorneys for Defendants*
Toshiba Corporation, Toshiba Mobile Display Co., Ltd.,
Toshiba America Electronic Components, Inc. and
Toshiba America Information Systems, Inc.

Attestation: The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

SO ORDERED

5/17/11          By: _____/s/ Susan Illston_____
Honorable Susan J. Illston