KENT M. ROGER, State Bar No. 95987
HERMAN J. HOYING, State Bar No. 257495
KRISTIE A. BLUETT, State Bar No. 254919
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: kroger@morganlewis.com
       hhoying@morganlewis.com
       kbluett@morganlewis.com

Attorneys for Defendants
HITACHI, LTD., HITACHI DISPLAYS, LTD.,
HITACHI ELECTRONIC DEVICES (USA), INC.

**[Additional moving defendants and counsel listed on signature pages]**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. 3:07-md-1827 SI<br>MDL No. 1827 |
| This Document Relates To:<br><br>No. 3:10-cv-03517-SI<br><br>STATE OF FLORIDA, *et al.*,<br><br>                Plaintiffs,<br><br>    v.<br><br>AU OPTRONICS CORPORATION, *et al.*,<br><br>                Defendants. | **STIPULATION AND [P~~ROPOSED~~]<br>ORDER REGARDING TIME TO<br>RESPOND IN FLORIDA ACTION**<br><br>Hon. Susan Illston |

WHEREAS, on April 13, 2011, the Florida Attorney General ("Florida") filed an

Amended Complaint in the above-captioned case (Dkt. No. 2652);

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22444193.1

JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING TIME TO RESPOND
Case No. 3:10-CV-03517 SI; 3:07-md 1827 SI

WHEREAS, Defendants' responses to the Amended Complaint were originally due May 2, 2011;

WHEREAS, Defendants requested and Florida agreed to additional time for Defendants to respond to the Amended Complaint;

WHEREAS, on May 2, 2011, this Court entered an Order extending the time for Defendants to respond to the Amended Complaint to May 16, 2011;

WHEREAS, the parties have agreed that an orderly schedule for the response to the Amended Complaint would be the most efficient for the parties and for the Court;

THEREFORE, Florida and Defendants hereby agree that:

1. The briefing schedule for responses to the Amended Complaint shall be as follows:

    (a) Defendants' response(s) to the Amended Complaint shall be due on May 20, 2011.

    (b) Florida's opposition shall be due July 1, 2011.

    (c) Defendants' reply shall be due July 15, 2011.

2. Except as set forth above, all Federal and Local Rules shall remain in effect with respect to the pleadings and the briefing on motions. Entering into this stipulation does not constitute a waiver of any defense, including under Federal Rule of Civil Procedure 12.

3. The parties respectfully request the Court to enter this stipulation as an order.

**IT IS SO STIPULATED.**

DATED:     May 13, 2011

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING TIME TO RESPOND
Case No. 3:10-CV-03517 SI; 3:07-md 1827 SI

OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF FLORIDA

By /s/ Nicholas J. Weilhammer
Nicholas J. Weilhammer

Nicholas J. Weilhammer (*pro hac vice*)
Assistant Attorney General
PL-01, The Capitol
Tallahassee, FL  32399-1050
Tel:  (850) 414-3300
Fax: (850 488-9134

Attorneys for Plaintiff
STATE OF FLORIDA

MORGAN, LEWIS & BOCKIUS LLP

By     /s/ Kent M. Roger
Kent M. Roger

Kent M. Roger (State Bar No. 95987)
One Market, Spear Street Tower
San Francisco, CA  94105
Tel:  (415) 442-1140
Fax: (415) 442-1001

Attorneys for Defendants
HITACHI, LTD., HITACHI DISPLAYS, LTD., AND HITACHI ELECTRONIC DEVICES (USA), INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING TIME TO RESPOND
Case No. 3:10-CV-03517 SI; 3:07-md 1827 SI

NOSSAMAN LLP

By   /s/ Christopher A. Nedeau
    Christopher A. Nedeau

    Christopher A. Nedeau (State Bar No. 81297)
    50 California Street, 34th Floor
    San Francisco, CA  94111
    Tel:  (415) 398-3600
    Fax: (415) 398-2438

    Attorneys for Defendants
    AU OPTRONICS CORPORATION AND AU OPTRONICS CORPORATION AMERICA

DAVIS POLK & WARDWELL LLP

By   /s/ Christopher B. Hockett
    Christopher B. Hockett

    Christopher B. Hockett (State Bar No. 121539)
    Neal A. Potischman (State Bar No. 254862)
    Sandra West (State Bar No. 250389)
    Samantha H. Knox (State Bar No. 254427)
    1600 El Camino Real
    Menlo Park, CA  94025
    Tel:  (650) 752-2000
    Fax: (650) 752-2111

    Attorneys for Defendants
    CHIMEI INNOLUX CORPORATION (f/k/a CHI MEI OPTOELECTRONICS CORP.), CMO JAPAN CO., LTD., AND CHI MEI OPTOELECTRONICS USA, INC.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING TIME TO RESPOND
Case No. 3:10-CV-03517 SI; 3:07-md 1827 SI

K&L GATES LLP

By    /s/ Ramona M. Emerson
    Ramona M. Emerson

Hugh F. Bangasser (*pro hac vice*)
Ramona M. Emerson (*pro hac vice*)
Christopher M. Wyant (*pro hac vice*)
925 Fourth Avenue, Suite 290
Seattle, WA 98104
Tel: (206) 623-7580
Fax: (206) 623-7022

Attorneys for Defendants
HANNSTAR DISPLAY CORPORATION

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By    /s/ Michael R. Lazerwitz
    Michael R. Lazerwitz

Michael R. Lazerwitz (*pro hac vice*)
2000 Pennsylvania Avenue, NW
Washington, D.C. 20006
Tel: (202) 974-1500
Fax: (202) 974-1999

Attorneys for Defendants
LG DISPLAY CO., LTD. AND LG DISPLAY AMERICA, INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING TIME TO RESPOND
Case No. 3:10-CV-03517 SI; 3:07-md 1827 SI

COVINGTON & BURLING LLP

By    /s/ Timothy C. Hester
     Timothy C. Hester

Timothy C. Hester (*pro hac vice*)
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Tel:  (202) 662-6000
Fax: (202) 662-6291

Attorneys for Defendants
SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., AND SAMSUNG ELECTRONICS CO., LTD.

PILLSBURY WINTHROP SHAW PITTMAN LLP

By    /s/ John M. Grenfell
     John M. Grenfell

John M. Grenfell (State Bar No. 88500)
50 Fremont Street
San Francisco, CA 94105
Tel:  (415) 983-1000
Fax: (415) 983-1200

Attorneys for Defendants
SHARP CORPORATION AND SHARP ELECTRONICS CORPORATION

WHITE & CASE LLP

By    /s/ John H. Chung
      John H. Chung

      John H. Chung (*pro hac vice*)
      1155 Avenue of the Americas
      New York, NY  10036
      Tel:  (212) 819-8200
      Fax: (212) 354-8113

      Christopher M. Curran (*pro hac vice*)
      Kristen J. McAhren (*pro hac vice*)
      701 Thirteenth Street, NW
      Washington, D.C.  20005
      Tel:  (202) 626-3600
      Fax: (202) 639-9355

      Attorneys for Defendants
      TOSHIBA CORPORATION, TOSHIBA MOBILE DISPLAY CO., LTD., TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC., AND TOSHIBA AMERICA INFORMATION SYSTEMS, INC.

     Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from the above signatories.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING TIME TO RESPOND
Case No. 3:10-CV-03517 SI; 3:07-md 1827 SI

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3  Dated: _5/17/11_____, 2011

*[Signature: Susan Illston]*

The Honorable Susan Illston
United States District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

7

JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING TIME TO RESPOND
Case No. 3:10-CV-03517 SI; 3:07-md 1827 SI