DAVIS POLK & WARDWELL LLP
Bradley R. Hansen (*pro hac vice* applicant)
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
bradley.hansen@davispolk.com

*Counsel for Defendants Chi Mei Corporation, Chimei Innolux Corporation (f/k/a Chi Mei Optoeletronics Corp.), Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Nexgen Mediatech Inc., and Nexgen Mediatech USA, Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | CASE NO. M:07-cv-01827-SI |
| This Document Relates To: ALL ACTIONS | [~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Bradley R. Hansen, whose business address and telephone number is: DAVIS POLK & WARDWELL LLP, 450 Lexington Avenue, New York, NY 10017, Tel: (212) 450-4000 and who is an active member in good standing of the bar of New York, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing defendants Chi Mei Corporation, Chimei Innolux Corporation (*f/k/a* Chi Mei Optoelectronics Corp.), Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Nexgen Mediatech Inc. and Nexgen Mediatech USA, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will

1 | constitute notice to the party.  All future filings in this action are subject to the requirements
2 | contained in General Order No. 45, *Electronic Case Filing*.

Dated:   May __18__, 2011

_____
United States District Judge
Honorable Susan Illston

2

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY B. HANSEN *PRO HAC VICE* – MDL NO. 1827