Robert D. Wick (Pro hac vice)
Derek Ludwin (Pro hac vice)
Neil K. Roman (Pro hac vice)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 662-6000 (Phone)
(202) 662-6291 (Facsimile)
*rwick@cov.com*
*dludwin@cov.com*
*nroman@cov.com*

*Counsel for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc.*

[Additional counsel listed on signature page]

Stuart H. Singer (FL Bar No.: 377325)
BOIES, SCHILLER, & FLEXNER LLP
401 East Law Olas Boulevard, Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
*ssinger@bsfllp.com*

*Counsel for Plaintiff Office Depot, Inc.*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| OFFICE DEPOT, INC.,<br><br>Plaintiff,<br>v.<br><br>AU OPTRONICS CORPORATION, et al.,<br><br>Defendants. | CASE NO. 3:07-md-1827 SI<br>INDIVIDUAL CASE NO. 3:11-cv-02225<br><br>**STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT, WAIVER OF SERVICE, AND [PROPOSED] ORDER**<br><br>The Honorable Susan J. Illston |

1

WHEREAS the undersigned counsel, on behalf of plaintiff Office Depot, Inc. ("Office Depot"), filed a complaint in the above-captioned case against AU Optronics Corporation, AU Optronics Corporation America, Chi Mei Optoelectronics Corporation, Chi Mei Optoelectronics USA, Inc., Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Epson Electronics America, Inc., Epson Imaging Devices Corporation, HannStar Display Corporation, Hitachi Electronic Devices (USA), Inc., Hitachi, Ltd., Hitachi Displays, Ltd., LG Display Co., Ltd., LG Display America, Inc., Mitsui & Co. (Taiwan), Ltd., Mitsui & Co. (U.S.A.), Inc., NEC Electronics America, Inc., Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., Sanyo Consumer Electronics Co., Ltd., Sharp Corporation, Sharp Electronics Corporation, Tatung Company of America, Inc., Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., Toshiba Corporation and Toshiba Mobile Display Co., Ltd. (f/k/a Toshiba Matsushita Display Technology Co., Ltd.) (collectively, "Stipulating Defendants"), among other defendants, on March 31, 2011 ("Complaint");

WHEREAS Office Depot wishes to avoid the burden and expense of serving process on the Stipulating Defendants;

WHEREAS the Stipulating Defendants desire a reasonable amount of time to respond to the Complaint; and

WHEREAS Office Depot and the Stipulating Defendants believe that proceeding on a unified response date will create efficiency for the Court and the parties by reducing duplicative motion practice;

THEREFORE, Office Depot and the Stipulating Defendants hereby agree:

1. The Stipulating Defendants waive service of the Complaint under Federal Rule of Civil Procedure 4(d).  This stipulation does not constitute a waiver by the Stipulating Defendants of any other substantive or procedural defense, including but not limited to the defense of lack of personal or subject matter jurisdiction and improper venue.

2

STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT, WAIVER OF SERVICE
Case No. 3:07-md-1827 SI, Individual Action No. 3:11-cv-02225

2. The Stipulating Defendants' deadline to move to dismiss, answer, or otherwise respond to the Complaint will be 90 days from the execution of this stipulation, subject to Federal Rule of Civil Procedure 6(a)(1).

May 23, 2011

By: _____/s/ Robert D. Wick_____
Robert D. Wick (Pro hac vice)
Derek Ludwin (Pro hac vice)
Neil K. Roman (Pro hac vice)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 662-6000 (Phone)
(202) 662-6291  (Facsimile)
*rwick@cov.com*
*dludwin@cov.com*
*nroman@cov.com*

*Counsel for Defendants Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., and Samsung Electronics America, Inc.*


By: _____/s/ Michael R. Lazerwitz_____
Michael R. Lazerwitz (Pro hac vice)
Jeremy J. Calsyn (State Bar No. 205062)
Lee F. Berger (State Bar No. 222756)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Ave., NW
Washington, DC 20006
(202) 974-1500 (Phone)
(202) 974-1999 (Facsimile)
*mlazerwitz@cgsh.com*

*Counsel for Defendants LG Display Co., Ltd. and LG Display America, Inc.*

3

STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT, WAIVER OF SERVICE
Case No. 3:07-md-1827 SI, Individual Action No. 3:11-cv-02225

By:     /s/ Christopher A. Nedeau
Christopher A. Nedeau (State Bar No. 81297)
Carl L. Blumenstein (State Bar No. 124158)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111-4799
(415) 398-3600 (Phone)
(415) 398-2438 (Facsimile)
*cnedeau@nossaman.com*
*cblumenstein@nossaman.com*

*Counsel for Defendants AU Optronics Corporation and AU Optronics Corporation America*

By:     s/ Christopher B. Hockett
Christopher B. Hockett (Bar No. 121539)
Neal A. Potischman (Bar No. 254862)
Sandra West (Bar No. 250389)
Samantha H. Knox (Bar No. 254427)
1600 El Camino Real
Menlo Park, California 94025
(650) 752-2000 (Phone)
(650) 752-2111 (Facsimile)

*Counsel for Defendants Chimei Innolux Corporation (f/k/a Chi Mei Optoelectronics Corp.), Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd.*

By:     /s/ Stephen P. Freccero
Stephen P. Freccero (State Bar No. 131093)
Melvin R. Goldman (State Bar No. 34097)
Derek F. Foran (State Bar No. 224569)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000 (Phone)
(415) 268-7522 (Facsimile)
*MGoldman@mofo.com*
*SFreccero@mofo.com*
*DForan@mofo.com*

*Counsel for Defendants Epson Imaging Devices Corporation and Epson Electronics America, Inc.*

4

STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT, WAIVER OF SERVICE
Case No. 3:07-md-1827 SI, Individual Action No. 3:11-cv-02225

By:    /s/ Kent M. Roger
Kent M. Roger (State Bar No. 95987)
Michelle Kim-Szrom (State Bar No. 252901)
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
(415) 442-1000 (Phone)
(415) 442-1001 (Facsimile)
*kroger@morganlewis.com*
*mkim-szrom@morganlewis.com*

*Counsel for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. and Hitachi Electronic Devices (USA), Inc.*


By:    /s/ Allison A. Davis
Allison A. Davis
Davis Wright Tremaine LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111
(415) 276-6500 (Phone)
(415) 276-4880 (Facsimile)
*allisondavis@dwt.com*

Nick S. Verwolf
Davis Wright Tremaine LLP
777 108th Avenue NE, Suite 2300
Bellevue, WA 98004
(425) 646-6125 (Phone)
(425) 646-6199 (Facsimile)
*nickverwolf@dwt.com*

*Counsel for Defendant Sanyo Consumer Electronics Co., Ltd.*


By:    /s/ John M. Grenfell
John M. Grenfell (State Bar No. 88500)
Jacob R. Sorensen (State Bar No. 209134)
PILLSBURY WINTHROP SHAW PITTMAN LLP
50 Fremont Street
San Francisco, CA 94105
(415) 983-1000 (Phone)
(415) 983-1200 (Facsimile)
*john.grenfell@pillsburylaw.com*

5

STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT, WAIVER OF SERVICE
Case No. 3:07-md-1827 SI, Individual Action No. 3:11-cv-02225

*Counsel for Defendants Sharp Corporation and Sharp Electronics Corporation*

By:    /s/ Joel S. Sanders
Joel S. Sanders (State Bar No. 107234)
Rachel S. Brass (State Bar No. 219301)
GIBSON DUNN
555 Mission Street, Suite 3000
San Francisco, CA 94105-2933
(415) 393-8200 (Phone)
(415) 393-8306 (Facsimile)
*jsanders@gibsondunn.com*
*rbrass@gibsondunn.com*

*Counsel for Defendant Tatung Co. of America, Inc.*

By:    s/ John H. Chung
John H. Chung (Pro hac vice)
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200 (Phone)
(212) 354-8113 (Facsimile)
*jchung@whitecase.com*

Christopher M. Curran (Pro hac vice)
Kristen J. McAhren (Pro hac vice)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC
(202) 626-3600 (Phone)
(202) 639-9355 (Facsimile)
*ccurran@whitecase.com*
*kmcahren@whitecase.com*

*Counsel for Defendants Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba Mobile Display Co., Ltd., and Toshiba America Information Systems, Inc.*

By:    /s/ Paul P. Eyre

6

---

STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT, WAIVER OF SERVICE
Case No. 3:07-md-1827 SI, Individual Action No. 3:11-cv-02225

Paul P. Eyre
Ernest E. Vargo
Michael E. Mumford
BAKER & HOSTETLER LLP
PNC Center
1900 East Ninth Street, Suite 3200
Cleveland, Ohio 44114-3482
(216) 621-0200 (Phone)
(216) 696-0740 (Facsimile)
*peyre@bakerlaw.com*
*evargo@bakerlaw.com*
*mmumford@bakerlaw.com*

*Counsel for Defendants Mitsui & Co. (Taiwan), Ltd. and Mitsui & Co. (U.S.A.), Inc.*


By:  \_\_/s/ Hugh F. Bangasser_____
Hugh F. Bangasser (Pro hac vice)
Ramona M. Emerson (Pro hac vice)
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98004-1158
(206) 623-7580 (Phone)
(206) 623-7022 (Facsimile)
*Ramona.Emerson@klgates.com*
*Hugh.Bangasser@klgates.com*

Jeffrey L. Bornstein (State Bar No. 99358)
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111-5994
(415) 882-8200 (Phone)
(415) 882-8220 (Facsimile)
*Jeff.Bornstein@klgates.com*

*Counsel for Defendant HannStar Display Corporation*


By:  \_\_/s/ Stephen H. Sutro_____
Stephen H. Sutro
George D. Niespolo
Duane Morris LLP
One Market Plaza, Spear Tower
Suite 2200
San Francisco, CA 94105-1127

7

---

STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT, WAIVER OF SERVICE
Case No. 3:07-md-1827 SI, Individual Action No. 3:11-cv-02225

(415) 957-3008 (Phone)
(415) 276.9855 (Facsimile)
*SHSutro@duanemorris.com*
*GDNiespolo@duanemorris.com*

*Counsel for Defendant NEC Electronics America, Inc.*


By:   s/ Stuart H. Singer
Stuart H. Singer (FL Bar No.: 377325)
BOIES, SCHILLER, & FLEXNER LLP
401 East Law Olas Boulevard, Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
*ssinger@bsfllp.com*

William A. Isaacson (D.C. Bar No.: 414788)
Melissa Willett (D.C. Bar No.: 989125)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
*wisaacson@bsfllp.com*
*mwillett@bsfllp.com*

Philip J. Iovieno (NY Bar No. 4113650)
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
*piovieno@bsfllp.com*

*Counsel for Plaintiff Office Depot, Inc.*

   Attestation: The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

8

---

STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT, WAIVER OF SERVICE
Case No. 3:07-md-1827 SI, Individual Action No. 3:11-cv-02225

SO ORDERED

5/24/11

By: _____Susan Illston_____

Honorable Susan J. Illston

9

STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT, WAIVER OF SERVICE
Case No. 3:07-md-1827 SI, Individual Action No. 3:11-cv-02225