MORGAN, LEWIS & BOCKIUS LLP
KENT M. ROGER, State Bar No, 95987
HERMAN J. HOYING, State Bar No. 257495
JENNIFER L. CALVERT, State Bar No. 258018
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
kroger@morganlewis.com
hhoying@morganlewis.com
jennifer.calvert@morganlewis.com

Attorneys for Defendants
HITACHI, LTD., HITACHI DISPLAYS, LTD.,
HITACHI ELECTRONIC DEVICES (USA), INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>DIRECT PURCHASER CLASS ACTION | Case No. 3:07-md-1827 SI<br>MDL No. 1827<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER RE: BRIEFING SCHEDULE AND HEARING DATE FOR DIRECT PURCHASER CLASS PLAINTIFFS' OBJECTION TO SPECIAL MASTER'S DENIAL OF DIRECT PURCHASER CLASS PLAINTIFFS' MOTION TO COMPEL (DKT. NO. 2756)** |
|---|---|

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22460777.1

CASE NO. 3:07-MD-1827 SI; MDL NO. 1827
JOINT STIPULATION AND [PROPOSED] ORDER

WHEREAS, on April 26, 2011, Special Master Quinn issued an Order Denying Motion of Direct Purchaser Class Plaintiffs to Compel Hitachi to Produce Foreign Regulatory Documents (Dkt. No. 2686);

WHEREAS, on May 10, 2011, Direct Purchaser Class Plaintiffs filed an Objection to Special Master's Denial of Direct Purchaser Class Plaintiffs' Motion to Compel (filed under seal at Dkt. No. 2756) ("Objection");

WHEREAS Hitachi, Ltd., Hitachi Displays, Ltd., and Hitachi Electronic Devices (USA), Inc. (collectively, the "Hitachi Defendants") and Direct Purchaser Class Plaintiffs ("Plaintiffs") have reached an agreement to continue the hearing date on Plaintiffs' Objection (previously scheduled for June 17, 2011) until July 12, 2011 at 3:00 p.m.

WHEREAS the Court has confirmed its availability for the hearing on July 12, 2011 at 3:00 p.m;

WHEREAS, this continuation will not alter the date of any other event or deadline already fixed by the Court;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, the Hitachi Defendants, on the one hand, and Plaintiffs on the other hand, as follows:

1. The Hitachi Defendants' response to Plaintiffs' Objection is due June 21, 2011;
2. Plaintiffs' reply in support of their Objection is due June 28, 2011;
3. The hearing on Plaintiffs' Objection will go forward on July 12, 2011 at 3:00 p.m.;
4. Except as set forth above, all Local Rules shall remain in effect with respect to the briefing on the Objection.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22460777.1    -2-    CASE NO. 3:07-MD-1827 SI; MDL NO. 1827
JOINT STIPULATION AND [PROPOSED] ORDER

**IT IS SO STIPULATED.**

Dated:  May 24, 2011

/s/ Kent M. Roger
Kent M. Roger
kroger@morganlewis.com
Morgan Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA  94105
Tel:  (415) 442-1000
Fax:  (415) 442-1001

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd., and Hitachi Electronic Devices (USA), Inc.*


/s/ Brendan Glackin
Brendan Glackin
bglackin@lchb.com
Lieff, Cabraser, Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Tel: (415) 956-1000
Fax: (415) 956-1008

*Attorneys for Direct Purchaser Class Plaintiffs*

## FILER'S ATTESTATION

I, Kent M. Roger, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order.  In compliance with General Order 45.X.B, I hereby attest that Brendan Glackin concurs in this filing.

/s/ Kent M. Roger
Kent M. Roger
*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd., and Hitachi Electronic Devices (USA), Inc.*

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

DB2/22460777.1

-3-

CASE NO. 3:07-MD-1827 SI; MDL NO. 1827
JOINT STIPULATION AND [PROPOSED] ORDER

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____5/25/11_____, 2011

By _____*Susan Illston*_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

YOU ARE HEREBY NOTIFIED THAT Mr. Roger's office is reminded to review the Courts initial order with respect to filing documents in this and any related individual case.

Also, the Court granted leave to file a motion Re: Objections to Special Master's Denial of a motion to compel. The motion was filed under seal. There has been no public version filed and this motion was not docketed for a hearing date. Counsel must notice their motions on the docket otherwise, the hearing will not appear on the calendar.

The motion that was not on our calendar for June 17, 2011, has been continued to July 12, 2011, however you must actually set that for hearing when the redacted version is filed with the Court.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22460777.1                -4-                CASE NO. 3:07-MD-1827 SI; MDL NO. 1827
                                                 JOINT STIPULATION AND [PROPOSED] ORDER