```
 1  PILLSBURY WINTHROP SHAW PITTMAN LLP
    JOHN M. GRENFELL (CA Bar No. 88500)
 2  john.grenfell@pillsburylaw.com
    JACOB R. SORENSEN (CA Bar No. 209134)
 3  jake.sorensen@pillsburylaw.com
    FUSAE NARA (pro hac vice)
 4  fusae.nara@pillsburylaw.com
    ANDREW D. LANPHERE (CA Bar No. 191479)
 5  andrew.lanphere@pillsburylaw.com
    50 Fremont Street
 6  San Francisco, CA  94105
    Telephone: (415) 983-1000
 7  Facsimile: (415) 983-1200

 8  Attorneys for Defendants
    SHARP CORPORATION and
 9  SHARP ELECTRONICS CORPORATION
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827 SI<br>MDL No. 1827 |
|---|---|
| This Document Relates To:<br>ALL DIRECT AND INDIRECT PURCHASER CLASS ACTIONS | STIPULATION AND [P~~ROPOSED~~] ORDER REGARDING SHARP DEPOSITIONS AND FACT DISCOVERY CUT-OFF |

Direct Purchaser Class Plaintiffs ("DPPs") and Indirect Purchaser Class Plaintiffs ("IPPs") (collectively, "Plaintiffs") and Defendants Sharp Corporation and Sharp Electronics Corporation (collectively, "Sharp") hereby stipulate as follows:

WHEREAS on April 15, 2011, Plaintiffs made a request to Sharp to take Mr. Youji Maekawa's deposition;

WHEREAS Mr. Maekawa recently suffered serious health issues;

WHEREAS on April 29, 2011, Plaintiffs noticed numerous additional depositions of Sharp personnel;

1   WHEREAS on April 11 and April 29, 2011, Plaintiffs served Rule 30(b)(6)
2   deposition notices of Sharp;
3   WHEREAS the discovery cut-off in the class actions was May 11, 2011;
4   WHEREAS Plaintiffs and Sharp have met and conferred regarding scheduling
5   certain Sharp depositions and Plaintiffs' withdrawal of certain deposition notices;
6   NOW, THEREFORE, Plaintiffs and Sharp, through their undersigned respective
7   counsel, stipulate and request that the Court order as follows:
8   1.   The fact discovery cutoff date of May 11, 2011 set forth in the Order re:
9   Pretrial and Trial Schedule (Dkt. 2165) is extended, solely as to the depositions of Mr.
10  Maekawa and Mr. Yasuhisa Iida, up to and including July 31, 2011.
11  2.   The deposition of Mr. Iida shall take place on June 29-30, 2011, at the
12  offices of Pillsbury Winthrop Shaw Pittman LLP in San Francisco.
13  3.   The deposition of Mr. Maekawa shall take place on dates to be agreed upon,
14  at a location in Japan or in Taipei, Taiwan.
15  4.   On April 29, 2011, Plaintiffs noticed the deposition of six Sharp employees
16  – Hiroshi Watari, Toshihiro Yamashita, Yukihiko Ueno, Shuichi Saito, Shuji Sako and
17  Masakazu Wada – on the grounds that these individuals were identified in April 2011
18  discovery responses as potential trial witnesses. Based on the information and evidence
19  currently known to Sharp, Sharp does not anticipate calling these individuals as witnesses at
20  trial. On that basis plaintiffs withdraw their deposition notices. If Sharp determines it
21  wishes to call these witnesses to rebut new evidence or information not presently known to
22  Sharp, Sharp will notify plaintiffs in a timely fashion and produce the witnesses it wishes to
23  call for deposition in San Francisco.
24  5.   Sharp and Plaintiffs have on-going disputes over Rule 30(b)(6) deposition
25  notices served by Plaintiffs, including notices served on April 11 and April 29, 2011.
26  Discussions regarding those issues are continuing and the parties hope that they will be able
27  to reach agreement. If not, any remaining disputes will be presented to the Special Master.
28

1  6.  Sharp and the IPPs have on-going disputes as to the IPPs' notices of the depositions of Messrs. Machida, Takahashi, Nakabu, Tani and Matsumura. These issues will be presented to the Special Master as needed.

7.  All other issues regarding Plaintiffs' notices of depositions of Sharp personnel or other requests for Sharp depositions are resolved. Plaintiffs agree that they will not pursue any Sharp depositions other than those addressed in this stipulation.

8.  The Direct Action Plaintiffs have requested additional depositions of Sharp personnel, which are not addressed by this stipulation. Sharp reserves all rights to oppose such depositions on any available grounds, including that the limit on depositions of Sharp witnesses set by the Court has been exhausted.

Dated: May 20, 2011.

PILLSBURY WINTHROP SHAW PITTMAN LLP
JOHN M. GRENFELL
JACOB R. SORENSEN
FUSAE NARA
ANDREW D. LANPHERE
50 Fremont Street
San Francisco, CA 94105

By: ____/s/ Jacob R. Sorensen____
        Jacob R. Sorensen

Attorneys for Defendants SHARP CORPORATION and SHARP ELECTRONICS CORPORATION

| | |
|---|---|
| 1 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| 2 | BRENDAN GLACKIN |
| 3 | 275 Battery Street, 29th Floor<br>San Francisco, CA 94111 |
| 4 | Tel: (415) 956-1000<br>Fax: (415) 956-1008 |
| 5 | |
| 6 | By: _____/s/ Brendan Glackin_____<br>         Brendan Glackin |
| 7 | |
| 8 | Co-Lead Counsel for DIRECT PURCHASER PLAINTIFFS |
| 9 | |
| 10 | PEARSON, SIMON, WARSHAW & PENNY, LLP<br>BRUCE L. SIMON |
| 11 | 44 Montgomery Street, Suite 2450<br>San Francisco, CA 94104 |
| 12 | Tel: (415) 433-9000<br>Fax: (415) 433-9008 |
| 13 | |
| 14 | By: _____/s/ Bruce L. Simon_____<br>         Bruce L. Simon |
| 15 | |
| 16 | Co-Lead Counsel for DIRECT PURCHASER PLAINTIFFS |
| 17 | |
| 18 | ZELLE HOFMANN VOELBEL & MASON LLP<br>JUDITH A. ZAHID |
| 19 | 44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104 |
| 20 | Tel: (415) 693-0700<br>Fax: (415) 693-0770 |
| 21 | |
| 22 | By: _____/s/ Judith A. Zahid_____<br>         Judith A. Zahid |
| 23 | |
| 24 | Co-Lead Counsel for INDIRECT PURCHASER PLAINTIFFS |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

```
                            THE ALIOTO LAW FIRM
                            JOSEPH M. ALIOTO
                            555 California Street, 31st Floor
                            San Francisco, CA 94104
                            Tel: (415) 434-8900
                            Fax: (415) 434-9200

                        By:        /s/ Joseph M. Alioto
                                   Joseph M. Alioto

                            Co-Lead Counsel for INDIRECT PURCHASER
                            PLAINTIFFS
```

**IT IS SO RECOMMENDED.**

Dated Entered: 5/24/11

_____
Martin Quinn
Special Master

**IT IS SO ORDERED.**

Dated Entered: 5/25/11

_____
The Honorable Susan Y. Illston
District Court Judge

ATTESTATION: Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from Brendan Glackin; Bruce L. Simon; Judith A. Zahid; and Joseph M. Alioto.