1  HUGH F. BANGASSER, (*PRO HAC VICE*)
   RAMONA M. EMERSON, (*PRO HAC VICE*)
2  CHRISTOPHER M. WYANT, (*PRO HAC VICE*)
   K&L GATES LLP
3  925 Fourth Avenue, Suite 2900
   Seattle, WA  98104-1158
4  Phone:  (206) 623-7580
   Fax:    (206) 623-7022
5
   JEFFREY L. BORNSTEIN, State Bar No. #99358
6  K&L Gates LLP
   Four Embarcadero Center, Suite 1200
7  San Francisco, CA 94111
   Phone:  (415) 249-1059
8  Fax:    (415) 882-8220

9  Attorneys for Defendants
   HANNSTAR DISPLAY CORPORATION
10
   **[Additional moving parties and counsel listed**
11 **on signature pages]**

12                       UNITED STATES DISTRICT COURT

13                     NORTHERN DISTRICT OF CALIFORNIA

14                          (SAN FRANCISCO DIVISION)

15

| 16 | IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. 3:07-md-1827 SI<br>MDL No. 1827 |
|---|---|---|
| 17 | | |
| 18 | This Document Relates to Individual Case No.10-cv-4572 SI | **STIPULATION AND [PR~~OPOSED~~]** |
| 19 | | **ORDER WITHDRAWING JOINT MOTION TO DISMISS AND MOTION** |
| 20 | BEST BUY CO., INC., et al., | **FOR JUDGMENT ON THE PLEADINGS AND EXTENDING TIME TO RESPOND** |
| 21 | Plaintiffs, | **TO AMENDED COMPLAINT** |
| 22 | v. | Date:  July 15, 2011<br>Time:  9:00 a.m. |
| 23 | AU OPTRONICS CORPORATION, et al., | Judge: Hon. Susan Illston |
| 24 | Defendants. | |
| 25 | | |

Plaintiffs and Defendants, through the undersigned counsel, request that the Court enter the following order to withdraw certain Defendants' Motion to Dismiss and Defendant Chunghwa Picture Tubes, Ltd.'s Motion for Judgment on the Pleadings, and extend Defendants' time to respond to the amended complaint that Plaintiffs will file on or before June 7, 2011.

WHEREAS certain Defendants filed a joint motion to dismiss the Complaint in this action on May 10, 2011, dkt. no. 2739, and Defendant Chunghwa Picture Tubes Ltd. filed a motion for judgment on the pleadings on May 10, 2011, dkt. no. 2743 (the "Motions");

WHEREAS the hearing on the Motions was originally scheduled for June 17, 2011, and is currently scheduled for July 15, 2011 per the Clerk's Notice dated May 24, 2011, dkt. no. 2806;

WHEREAS Plaintiffs, although they oppose the Motions, will exercise their right under Federal Rule of Civil Procedure 15(a) to file a First Amended Complaint in lieu of filing an opposition to the Motions;

WHEREAS the parties agree that the briefing dates and hearing associated with the Motions should be withdrawn and that Plaintiffs' will file their First Amended Complaint after the existing deadline to file their opposition to the Motions;

WHEREAS the parties further agree that Defendants may have 30 days to respond to the First Amended Complaint from the date that it is filed;

THEREFORE, Plaintiffs, by their counsel, and Defendants, by the undersigned counsel, stipulate and agree as follows:

1. Plaintiffs shall file a First Amended Complaint on or before June 7, 2011.

2. The Motions shall be withdrawn and the briefing schedule and hearing date stricken.

3. Defendants shall have 30 days from the date of the filing of the First Amended Complaint to answer or otherwise respond to the First Amended Complaint.

**IT IS SO STIPULATED**.

| | |
|---|---|
| Dated: May 25, 2011 | ROBINS KAPLAN MILLER & CIRESI, LLP |
| | By: /s/ David Martinez |
| | David Martinez |
| | |
| | Roman M. Silberfeld (Bar No. 62783) |
| | David Martinez (Bar No. 193183) |
| | 2049 Century Park East, Suite 3400 |
| | Los Angeles California, 90067-3208 |
| | Phone:    (310) 552-0130 |
| | Fax:       (310) 229-5800 |
| | *DMartinez@rkmc.com* |
| | |
| | Attorneys for Plaintiffs |
| | |
| | K&L GATES LLP |
| | |
| | By: /s/ Christopher Wyant |
| | Hugh F. Bangasser, (*Pro Hac Vice*) |
| | Ramona M. Emerson, (*Pro Hac Vice*) |
| | Christopher M. Wyant, (*Pro Hac Vice*) |
| | |
| | K&L GATES LLP |
| | 925 Fourth Avenue, Suite 2900 |
| | Seattle, WA 98104-1158 |
| | Phone:    (206) 623-7580 |
| | Fax:       (206) 623-7022 |
| | |
| | JEFFREY L. BORNSTEIN, STATE BAR NO. 99358 |
| | K&L GATES LLP |
| | Four Embarcadero Center, Suite 1200 |
| | San Francisco, CA 94111 |
| | Phone:    (415) 249-1059 |
| | Fax:       (415) 882-8220 |
| | |
| | Attorneys for Defendant HannStar Display Corporation |

| | |
|---|---|
| 1 | |
| 2 | NOSSAMAN LLP |
| 3 | |
| 4 | By:  /s/ Christopher Nedeau<br>      Christopher A. Nedeau |
| 5 | Christopher A. Nedeau (Bar No. 81297)<br>50 California Street, 34th Floor |
| 6 | San Francisco, CA  94111<br>Tel:  (415) 398-3600 |
| 7 | Fax:  (415) 398-2438 |
| 8 | Attorneys for Defendants<br>AU OPTRONICS CORPORATION AND |
| 9 | AU OPTRONICS CORPORATION<br>AMERICA |

|   |   |
|---|---|
| 1 |  |
| 2 | DAVIS POLK & WARDWELL LLP |
| 3 | By: /s/ Christopher Hockett<br>    Christopher B. Hockett (SBN 121539) |
| 4 |  |
| 5 | Christopher B. Hockett (SBN 121539)<br>Neal A. Potischman (SBN 254862) |
| 6 | Sandra West (SBN 250389)<br>Samantha H. Knox (SBN 254427) |
| 7 | Micah G. Block (SBN 270712)<br>1600 El Camino Real |
| 8 | Menlo Park, California  94025<br>(650) 752-2000 / (650) 752-2111 |
| 9 | chris.hockett@davispolk.com |
| 10 | neal.potischman@davispolk.com<br>sandra.west@davispolk.com |
| 11 | samantha.knox@davispolk.com<br>micah.block@davispolk.com |
| 12 |  |
| 13 | Jonathan D. Martin (admitted pro hac vice)<br>Bradley R. Hansen (admitted pro hac vice) |
| 14 | DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue |
| 15 | New York, NY 10017<br>(212) 450-4000 / (212) 701-5800 |
| 16 | jonathan.martin@davispolk.com<br>bradley.hansen@davispolk.com |
| 17 |  |
| 18 | Attorneys for Defendants<br>CHIMEI INNOLUX CORPORATION (F/K/A |
| 19 | CHI MEI OPTOELECTRONICS CORP.),<br>CHI MEI OPTOELECTRONICS USA, INC., |
| 20 | AND CMO JAPAN CO., LTD. |
| 21 |  |
| 22 |  |
| 23 |  |
| 24 |  |
| 25 |  |
| 26 |  |
| 27 |  |
| 28 |  |

MORRISON & FOERSTER LLP

By: /s/ Stephen Freccero
    Stephen P. Freccero

    Melvin R. Goldman (Bar No. 34097))
    Stephen P. Freccero (Bar No. 131093)
    Derek F. Foran (Bar No. 224569)
    425 Market Street
    San Francisco, CA  94105-2482
    Tel:  (415) 268-7000
    Fax:  (415) 268-7522

    Attorneys for Defendants
    EPSON IMAGING DEVICES
    CORPORATION, EPSON
    ELECTRONICS AMERICA, INC., and
    SEIKO EPSON CORPORATION


MORGAN, LEWIS & BOCKIUS LLP


By: /s/ Kent Roger
    Kent M. Roger (Bar No. 95987)
    One Market, Spear Street Tower
    San Francisco, CA  94105
    Tel: (415) 442-1140
    Fax: (415) 442-1001

    Attorneys for Defendants
    HITACHI, LTD., HITACHI DISPLAYS,
    LTD., HITACHI ELECTRONIC
    DEVICES (USA), INC.

CLEARY GOTTLIEB STEEN & HAMILTON LLP


By: /s/ Michael Lazerwitz
    Michael R. Lazerwitz

    Michael R. Lazerwitz (*Pro Hac Vice*)
    Lee F. Berger (Bar No. 222756)
    2000 Pennsylvania Avenue, NW
    Washington, D.C.  20006
    Tel:  (202) 974-1500
    Fax:  (202) 974-1999

    Attorneys for Defendants
    LG DISPLAY CO., LTD., and LG DISPLAY AMERICA, INC.


PILLSBURY WINTHROP SHAW PITTMAN LLP


By /s/ John Grenfell
    John M. Grenfell

    John M. Grenfell (State Bar No. 88500)
    Jacob R. Sorensen (State Bar No. 209134)
    50 Fremont Street
    San Francisco, CA 94105
    Tel: (415) 983-1000
    Fax: (415) 983-1200

    Attorneys for Defendants
    SHARP CORPORATION AND SHARP ELECTRONICS CORPORATION

GIBSON DUNN & CRUTCHER LLP

By: /s/ Rachel Brass
    Rachel S. Brass

Joel S. Sanders (Bar No. 107234)
Rachel S. Brass (Bar No. 219301)
Rebecca Justice Lazarus (Bar No. 227330)
555 Mission Street, Suite 3000
San Francisco, CA  94105-2933
Tel:  (415) 393-8200
Fax:  (415) 393-8306

Attorneys for Defendants
CHUNGHWA PICTURE TUBES, LTD.
AND TATUNG COMPANY OF AMERICA, INC.

**Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from the above-referenced counsel.**

Having considered the foregoing stipulation, and good cause appearing,

**IT IS SO ORDERED**.

5/26/11

Judge Susan Illston

**CERTIFICATE OF SERVICE BY E-MAIL**
(Federal Rules of Civil Procedure Rule 5(b))

I declare that I am employed with the law firm of K&L Gates, LLP, whose address is 925 4th Avenue, Suite 2900, Seattle, Washington 98104-1158.  I am not a party to the case, and I am over the age of eighteen years.

I further declare that on May 26th, 2011, I served a copy of:

**STIPULATION AND [PROPOSED] ORDER WITHDRAWING JOINT MOTION TO DISMISS AND MOTION FOR JUDGMENT ON THE PLEADINGS AND EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT**

by electronically mailing a true and correct copy to all parties of record through the CM-ECF system in accordance with Federal Rules of Civil Procedure Rule 5(b):

I declare under penalty of perjury that the above is true and correct.

Executed at Seattle, Washington, this 26th day of May, 2011.

_____     *Rhonda Hinman*
                                                                        (Signature)