1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   JOHN M. GRENFELL (CA Bar No. 88500)
2  john.grenfell@pillsburylaw.com
   JACOB R. SORENSEN (CA Bar No. 209134)
3  jake.sorensen@pillsburylaw.com
   FUSAE NARA (*pro hac vice*)
4  fusae.nara@pillsburylaw.com
   ANDREW D. LANPHERE  (CA Bar No. 191479)
5  andrew.lanphere@pillsburylaw.com
   50 Fremont Street
6  San Francisco, CA  94105
   Telephone: (415) 983-1000
7  Facsimile: (415) 983-1200

8  Attorneys for Defendants
   SHARP CORPORATION and
9  SHARP ELECTRONICS CORPORATION

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                   SAN FRANCISCO DIVISION

14

15 | IN RE:  TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827 SI MDL No. 1827 |
16 | | No. ~~10-CV-3619 SI~~ |
17 | | |
18 | This Document Relates To: No. 10-CV-3619 SI | **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT** |
19 | STATE OF MISSOURI, *ex rel.* Chris Koster, Attorney General, *et al.*, | |
20 | | |
21 |                     Plaintiffs, | |
22 |      vs. | |
23 | AU OPTRONICS CORPORATION, *et al.*, | |
24 |                     Defendants. | |

25

26

27

28

1  WHEREAS, on April 29, 2011, the Missouri Attorney General; the Arkansas Attorney General; the Michigan Attorney General; the West Virginia Attorney General; and the Wisconsin Attorney General (collectively, "States") filed an Amended Complaint in the above-captioned case (Dkt. No. 2693);

WHEREAS, pursuant to a stipulation between Defendants and the States and entered by the Court on May 11, 2011 (Dkt. No. 2746), Defendants' responses to the Amended Complaint are currently due May 27, 2011;

WHEREAS, Defendants have requested and the States have agreed to additional time for Defendants to respond to the Amended Complaint;

THEREFORE, the States and Defendants hereby agree that Defendants' responses to the Amended Complaint shall be due on June 3, 2011.

The parties respectfully request the Court to enter this stipulation as an order.

Dated: May 26, 2011.

IT IS SO ORDERED.

_____
Honorable Susan Illston
5/27/11
_____
Date Entered

| | |
|---|---|
| 1 | Dated: May 26, 2011 |
| 2 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | JOHN M. GRENFELL |
| 3 | JACOB R. SORENSEN |
|   | FUSAE NARA |
| 4 | ANDREW D. LANPHERE |
|   | 50 Fremont Street |
| 5 | San Francisco, CA  94105 |
| 6 | Phone:  (415) 983-1000 |
|   | Fax:  (415) 983-1200 |
| 7 | |
| 8 | By:  /s/ John M. Grenfell |
|   | John M. Grenfell |
| 9 | Attorneys for Defendants SHARP |
|   | CORPORATION and SHARP ELECTRONICS |
| 10 | CORPORATION |
| 11 | |
| 12 | NOSSAMAN LLP |
|    | CHRISTOPHER A. NEDEAU (State Bar No. |
| 13 | 81297) |
|    | 50 California Street, 34th Floor |
| 14 | San Francisco, CA  94111 |
|    | TEL:  (415) 398-3600 |
| 15 | FAX:  (415) 398-2438 |
| 16 | By: /s/ Christopher A. Nedeau |
| 17 | Attorneys for Defendants |
|    | AU OPTRONICS CORPORATION and |
| 18 | AU OPTRONICS CORPORATION |
|    | AMERICA, INC. |
| 19 | |
| 20 | DAVIS POLK & WARDWELL LLP |
|    | CHRISTOPHER B. HOCKETT (State Bar No. 121539) |
| 21 | NEAL A. POTISCHMAN (State Bar No. 254862) |
|    | 1600 El Camino Real |
| 22 | Menlo Park, CA 94025 |
|    | Phone:  (650) 752-2000 |
| 23 | Fax:  (650) 752-2111 |
| 24 | |
|    | By: /s/ Christopher B. Hockett |
| 25 | |
|    | Attorneys for Defendants CHIMEI |
| 26 | INNOLUX CORP., CHI MEI |
|    | OPTOELECTRONICS USA, INC., and |
| 27 | CMO JAPAN CO., LTD. |
| 28 | |

| | |
|---|---|
| 1 | K&L GATES LLP |
| | HUGH F. BANGASSER (*pro hac vice*) |
| 2 | RAMONA M. EMERSON (*pro hac vice*) |
| | CHRISTOPHER M. WYANT (*pro hac vice*) |
| 3 | 925 4th Avenue, Suite 2900 |
| | Seattle, WA 98104-1158 |
| 4 | Phone: (206) 623-7580 |
| | Fax: (206) 623-7022 |
| 5 | |
| 6 | By: /s/ Christopher M. Wyant |
| 7 | Attorneys for Defendant HANNSTAR DISPLAY CORPORATION |
| 8 | |
| 9 | MORGAN LEWIS & BOCKIUS LLP |
| | KENT M. ROGER (State Bar No. 95987) |
| 10 | MICHELLE KIM-SZROM (State Bar No. 252901) |
| 11 | One Market, Spear Street Tower |
| | San Francisco, CA 94105-1126 |
| 12 | Phone: (415) 442-1000 |
| | Fax: (415) 442-1001 |
| 13 | |
| 14 | By: /s/ Kent M. Roger |
| 15 | Attorneys for Defendants HITACHI, LTD., HITACHI DISPLAYS, LTD. and HITACHI |
| 16 | ELECTRONIC DEVICES (USA), INC. |
| 17 | |
| | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| 18 | MICHAEL R. LAZERWITZ (*pro hac vice*) |
| | 2000 Pennsylvania Avenue NW |
| 19 | Washington, DC 20006 |
| | Tel: (202) 974-1500 |
| 20 | Fax: (202) 974-1999 |
| 21 | By: /s/ Michael R. Lazerwitz |
| | Michael R. Lazerwitz |
| 22 | |
| | Attorneys for Defendants LG DISPLAY CO., |
| 23 | LTD. and LG DISPLAY AMERICA, INC. |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | |
| 2 | COVINGTON & BURLING LLP<br>TIMOTHY C. HESTER (*pro hac vice*) |
| 3 | ROBERT D. WICK (*pro hac vice*)<br>1201 Pennsylvania Avenue, NW |
| 4 | Washington, DC 20004<br>Tel: (202) 662-6000 |
| 5 | Fax: (202) 662-6291 |
| 6 | By: /s/ Robert D. Wick |
| 7 | Attorneys for Defendants SAMSUNG<br>ELECTRONICS CO., LTD., SAMSUNG<br>ELECTRONICS AMERICA, INC., and |
| 8 | SAMSUNG SEMICONDUCTOR, INC. |
| 9 | |
| 10 | CHRIS KOSTER<br>ATTORNEY GENERAL OF MISSOURI |
| 11 | ANNE E. SCHNEIDER (*pro hac vice*)<br>ANDREW M. HARTNETT (*pro hac vice*) |
| 12 | P.O. Box 899<br>Jefferson City, MO 65102 |
| 13 | Phone: (573) 751-3321<br>Fax: (573) 751-2041 |
| 14 | |
| 15 | By /s/ Anne E. Schneider |
| 16 | Attorneys for Plaintiff THE STATE OF MISSOURI |
| 17 | |
| 18 | DUSTIN MCDANIEL<br>ATTORNEY GENERAL OF ARKANSAS |
| 19 | DAVID A. CURRAN (*pro hac vice*)<br>322 Center Street, Suite 500 |
| 20 | Little Rock, AR 72201<br>Phone: (501) 682-2007 |
| 21 | Fax: (501) 682-8118 |
| 22 | By /s/ David A. Curran |
| 23 | Attorneys for Plaintiff THE STATE OF ARKANSAS |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

500858058v1

JOINT STIPULATION
EXTENDING TIME TO RESPOND
Master File No. 3:07-md-1827 SI, MDL No. 1827

| | |
|---|---|
| 1 | BILL SCHUETTE |
| | ATTORNEY GENERAL OF MICHIGAN |
| 2 | M. ELIZABETH LIPPITT (*pro hac vice*) |
| | Corporate Oversight Division |
| 3 | 525 West Ottawa Street, 6th Floor |
| | Lansing, MI 48933 |
| 4 | Phone: (517) 373-1160 |
| | Fax: (517) 335-1935 |
| 5 | |
| 6 | By /s/ M. Elizabeth Lippitt |
| 7 | Attorneys for Plaintiff THE STATE OF MICHIGAN |
| 8 | |
| 9 | DARRELL MCGRAW |
| | ATTORNEY GENERAL OF WEST VIRGINIA |
| 10 | DOUGLAS L. DAVIS (*pro hac vice*) |
| | 812 Quarrier Street, First Floor |
| 11 | Charleston, WV 25301 |
| | Phone: (304) 558-8986 |
| 12 | Fax: (304) 558-0184 |
| 13 | |
| | By /s/ Douglas L. Davis |
| 14 | |
| | Attorneys for Plaintiff THE STATE OF WEST |
| 15 | VIRGINIA |
| 16 | |
| | J.B. VAN HOLLEN |
| 17 | ATTORNEY GENERAL OF WISCONSIN |
| | GWENDOLYN J. COOLEY (*pro hac vice*) |
| 18 | Wisconsin Department of Justice |
| | P.O. Box 7857 |
| 19 | Madison, WI 53707 |
| | Phone: (608) 261-5810 |
| 20 | Fax: (608) 267-2778 |
| 21 | |
| | By /s/ Gwendolyn J. Cooley |
| 22 | |
| | Attorneys for Plaintiff THE STATE OF |
| 23 | WISCONSIN |
| 24 | |
| 25 | Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the |
| 26 | filing of this document has been obtained. |
| 27 | |
| 28 | |