Karl D. Belgum (CA 122752)
kbelgum@nixonpeabody.com
John R. Foote (CA 99674)
jfoote@nixonpeabody.com
Nixon Peabody LLC
One Embarcadero Center, 18th Floor
San Francisco, CA 94111
Telephone: (415) 984-8200
Facsimile: (415) 984-8300

Attorneys for Plaintiff
EASTMAN KODAK COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master Docket No. 3:07-MD-1827 SI |
| THIS DOCUMENT RELATES TO: | Case No. 3:10-CV-5452 SI |
| Case No. 3:10-CV-5452 SI | |
| EASTMAN KODAK COMPANY | **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS' JOINT MOTION TO DISMISS AND EXTENDING TIME TO FILE FIRST AMENDED COMPLAINT AND RESPONSE THERETO** |
| Plaintiff, | |
| vs. | Date Action Filed: December 1, 2010 |
| EPSON IMAGING DEVICES CORPORATION, et al., | |
| Defendants. | |

Plaintiff and moving Defendants, through the undersigned counsel, request that the Court enter the following order to continue the hearing date and briefing dates on Defendants' Joint Motion to Dismiss, extend Plaintiff's time to file a first amended complaint, and extend Defendants' time to answer or otherwise respond to that first amended complaint.

WHEREAS Defendants filed a joint motion to dismiss the Complaint in this action on

May 12, 2011 ("Motion");

WHEREAS the hearing on the Motion is currently scheduled for June 17, 2011;

WHEREAS Plaintiff, although it opposes the Motion and believes it to be without merit, intends to exercise its right under Federal Rule of Civil Procedure 15(a) to file a first amended complaint in lieu of filing an opposition to the Motion;

WHEREAS pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), Plaintiff has until June 6, 2011 to file a first amended complaint, but pursuant to this Court's Local Rules, its opposition to the Motion is due prior to that date on May 27, 2011;

WHEREAS the parties agree that the date of the hearing on the Motion, and associated briefing dates, should be continued such that Plaintiff's opposition to the Motion is not due prior to the deadline to file a first amended complaint;

WHEREAS the parties further agree that Plaintiff may have until June 10 to file a first amended complaint, and Defendants may have 30 days to answer or otherwise respond to a first amended complaint from the date it is filed;

THEREFORE, Plaintiff, by its counsel, and Defendants, by the undersigned counsel, who are authorized to execute this stipulation on behalf of all moving Defendants, stipulate and agree as follows:

1.  Plaintiff's deadline to file a first amended complaint is extended to June 10, 2011.

2.  Plaintiff's deadline to file opposition to the Motion is extended to June 10, 2011.

3.  Defendants' deadline to file any reply in support of the Motion is extended to June 24, 2011.

4.  The hearing date for the Motion is to be set for July 8, 2011.

5.  If Plaintiff files a first amended complaint on or before June 10, 2011, then the Motion shall be withdrawn as moot and the hearing vacated.

///

///

///

///

6. Defendants shall have 30 days from the filing of a first amended complaint to answer or otherwise respond to the first amended complaint.

DATED: May 20, 2011                                  /s/ John R. Foote

Karl D. Belgum (CA Bar No. 122752)
John R. Foote (CA Bar No. 99674)
NIXON PEABODY LLC
One Embarcadero Center, 18th Floor
San Francisco, CA  94111
(415) 984-8200 (Phone)
(415) 984.8300 (Facsimile)
kbelgum@nixonpeabody.com
jfoote@nixonpeabody.com

*Counsel for Plaintiff Eastman Kodak Company*


By:   /s/ Christopher A. Nedeau

Christopher A. Nedeau (CA Bar No. 81297)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, California  94111-4799
(415) 398-3600 (Phone)
(415) 398-2438 (Facsimile)
*cnedeau@nossaman.com*

*Counsel for Defendants AU Optronics Corporation and AU Optronics Corporation America*


**Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from the signatories to this document.**

Having considered the foregoing stipulation, and good cause appearing therefor,

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date:  6/7/11

By: _____
Judge of the U.S. District Court, N.D. California

**PROOF OF SERVICE**

**CASE NAME:** Eastman Kodak Company
**COURT:** United States District Court Northern District of California
**CASE NO.:** 3:10-CV-5452
**NP FILE:** 000013-000552

I, the undersigned, certify that I am employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is One Embarcadero Center, 18th Floor, San Francisco, California 94111-3600. On this date, I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS' JOINT MOTION TO DISMISS AND EXTENDING TIME TO FILE FIRST AMENDED COMPLAINT AND RESPONSE THERETO**

By USDC Electronic Case Filing System: on all interested parties registered for e-filing.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 24, 2011, at San Francisco, California.

_____
Martha C. Rendon