MORGAN, LEWIS & BOCKIUS LLP
KENT M. ROGER, State Bar No, 95987
HERMAN J. HOYING, State Bar No. 257495
JENNIFER L. CALVERT, State Bar No. 258018
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
kroger@morganlewis.com
hhoying@morganlewis.com
jennifer.calvert@morganlewis.com

Attorneys for Defendants
HITACHI, LTD., HITACHI DISPLAYS, LTD.,
HITACHI ELECTRONIC DEVICES (USA), INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| DELL INC. and DELL PRODUCTS L.P., | Case No. 3:10-CV-01064 SI<br>MDL No. 1827 |
| Plaintiffs, | |
| v. | **STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO RESPOND TO AMENDED COMPLAINT** |
| SHARP CORPORATION; SHARP ELECTRONICS CORPORATION; HITACHI DISPLAYS, LTD.; HITACHI ELECTRONIC DEVICES (USA), INC.; HITACHI, LTD.; EPSON IMAGING DEVICES CORPORATION; EPSON ELECTRONICS AMERICA, INC.; HANNSTAR DISPLAY CORPORATION; TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; TOSHIBA AMERICA INFORMATION SYSTEMS, INC.; TOSHIBA CORPORATION; and TOSHIBA MOBILE DISPLAY CO., LTD., | |
| Defendants. | |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22480886.1

CASE NO. 3:10-CV-01064 SI; MDL NO. 1827
STIPULATION AND [PROPOSED] ORDER

1   WHEREAS plaintiffs Dell Inc. and Dell Products L.P. (collectively, "Dell") filed the above captioned lawsuit on March 12, 2010;

WHEREAS Dell filed a first amended complaint on April 8, 2011 ("Amended Complaint");

WHEREAS Defendants Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc. and Hitachi, Ltd. (collectively, the "Hitachi Defendants") and Defendants Sharp Corporation and Sharp Electronics Corporation, filed a motion to dismiss Count Six of the Amended Complaint alleging violations of New York's Donnelly Act claims on April 22, 2011;

WHEREAS the Court granted Defendants' motion to dismiss Count Six of the Amended Complaint on May 17, 2011;

WHEREAS the Hitachi Defendants' deadline to respond to Dell's Amended Complaint currently is June 10, 2011;

WHEREAS extending the Hitachi Defendants' time to respond to the Amended Complaint will not alter the date of any other event or deadline already fixed by the Court;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, Dell, on the one hand, and the Hitachi Defendants on the other hand, as follows:

1. Hitachi Defendants will have until July 11, 2011 to answer Dell's Amended Complaint.

| | |
|---|---|
| Dated: June 9, 2011 | /s/ Kent M. Roger <br> Kent M. Roger (SBN 95987) <br> Morgan Lewis & Bockius LLP <br> One Market, Spear Street Tower <br> San Francisco, CA 94105 <br> Tel: (415) 442-1000 <br> Fax: (415) 442-1001 <br> *kroger@morganlewis.com* <br><br> *Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd., and Hitachi Electronic Devices (USA), Inc.* <br><br> /s/ Debra D. Bernstein <br> Michael P. Kenny, Esq. <br> Georgia Bar No. 415064 <br> mike.kenny@alston.com <br> Debra D. Bernstein, Esq. <br> Georgia Bar No. 054998 <br> debra.bernstein@alston.com <br> Rodney J. Ganske, Esq. <br> Georgia Bar No. 283819 <br> rod.ganske@alston.com <br> Elizabeth H. Jordan, Esq. <br> Georgia Bar No. 415161 <br> elizabeth.jordan@alston.com <br> Matthew D. Kent, Esq. <br> Georgia Bar No. 526272 <br> matthew.kent@alston.com <br> Alston + Bird LLP <br> 1201 West Peachtree Street <br> Atlanta, Georgia 30309-3424 <br> Tel: (404) 881-7000 <br> Fax: (404) 881-7777 <br><br> Steven D. Hemminger (SBN 110665) <br> steve.hemminger@alston.com <br> Alston + Bird LLP <br> Two Palo Alto Square <br> 3000 El Camino Real, Suite 400 <br> Palo Alto, California 94306 <br> Tel: (650) 838-2000 <br> Fax: (650) 838-2001 <br><br> *Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.* |

**FILER'S ATTESTATION**

I, Kent M. Roger, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order. In compliance with General Order 45.X.B, I hereby attest that Debra Bernstein concurs in this filing.

/s/ Kent M. Roger
Kent M. Roger
*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd., and Hitachi Electronic Devices (USA), Inc.*

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22480886.1

-4-

CASE NO. 3:10-CV-01064 SI; MDL NO. 1827
STIPULATION AND [PROPOSED] ORDER

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation set forth above and pursuant to Rule 6-1(a) of the Civil Local Rules, IT IS SO ORDERED.

Dated: June 20, 2011

By _____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22480886.1     -5-     CASE NO. 3:10-CV-01064 SI; MDL NO. 1827
STIPULATION AND [PROPOSED] ORDER