1  Christopher B. Hockett (SBN 121539)
   Neal A. Potischman (SBN 254862)
2  Sandra West (SBN 250389)
3  Samantha H. Knox (SBN 254427)
   Micah G. Block (SBN 270712)
4  DAVIS POLK & WARDWELL LLP
   1600 El Camino Real
5  Menlo Park, CA 94025
   Telephone: (650) 752-2000
6  Facsimile:  (650) 752-2111

7
   Jonathan D. Martin (admitted *pro hac vice*)
8  Bradley R. Hansen (admitted *pro hac vice*)
   DAVIS POLK & WARDWELL LLP
9  450 Lexington Avenue
   New York, New York 10017
10 Telephone: (212) 450-4000
   Facsimile:  (212) 701-5800
11

12 *Attorneys for Defendants Chi Mei*
   *Corporation, Chimei Innolux Corporation*
13 *(f/k/a Chi Mei Optoelectronics Corp.), CMO*
   *Japan Co., Ltd., and Chi Mei*
14 *Optoelectronics USA Inc.*

15
   [Additional Defendants and Counsel
16 listed on signature page]

17                          UNITED STATES DISTRICT COURT

18                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

19                                SAN FRANCISCO DIVISION

20 | IN RE: TFT-LCD (FLAT PANEL)           ) Master File No. 3:07-md-1827 SI
   | ANTITRUST LITIGATION                  )
21 |                                       ) MDL No. 1827
   |                                       )
22 |                                       )
   | This Document Relates To:             ) STIPULATION AND [~~PROPOSED~~]
23 |                                       ) ORDER TO EXCEED PAGE
   |                                       ) LIMITATION ON DEFENDANTS'
24 | INDIRECT PURCHASER CLASS              ) MOTION FOR ADMINISTRATIVE
   | ACTIONS                               ) RELIEF TO EXCEED PAGE
25 |                                       ) LIMITATION
   |                                       )
26 |                                       )
   |                                       ) [CIVIL LOCAL RULES 7-1(a)(5), 7-2(b),
27 |                                       ) 7-4(b), 7-11, 7-12]
   |                                       )
28

1  WHEREAS, defendants AU Optronics Corporation, AU Optronics Corporation America, Chi Mei Corporation, Chimei Innolux Corporation (*f/k/a* Chi Mei Optoelectronics Corp.), Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., HannStar Display Corporation, Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc., LG Display Co., Ltd., LG Display America, Inc., Sharp Corporation, Sharp Electronics Corporation, Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., Samsung Electronics America, Inc., Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc. (collectively, "Defendants"), intend to file a Joint Dispositive Motion Regarding Indirect Purchaser Claims Based on Foreign Sales ("Motion");

WHEREAS, the Motion involves issues of fact and law that cannot be adequately presented in 25 pages;

WHEREAS, Defendants have requested and co-lead counsel for Indirect Purchaser Plaintiffs (IPPs) has agreed that Defendants may submit up to 10 additional pages beyond the otherwise-applicable 25-page limit for Defendants' Motion;

THEREFORE, Defendants and the IPPs hereby agree that the page limit for Defendants' Motion should be increased to 35 pages.

The parties respectfully move the Court to enter this stipulation as an order under Civil Local Rule 7-11 granting the administrative relief requested.

**IT IS SO STIPULATED**.

| | | |
|---|---|---|
| 1 | Dated: June 2, 2011 | Respectfully Submitted, |
| 2 | | |
| 3 | | DAVIS POLK & WARDWELL LLP |

By:  /s/ Neal A. Potischman
    Neal A. Potischman (SBN 254862)

Christopher B. Hockett (SBN 121539)
Neal A. Potischman (SBN 254862)
Sandra West (SBN 250389)
Samantha H. Knox (SBN 254427)
Micah G. Block (SBN 270712)
1600 El Camino Real
Menlo Park, California  94025
(650) 752-2000 / (650) 752-2111
chris.hockett@davispolk.com
neal.potischman@davispolk.com
sandra.west@davispolk.com
samantha.knox@davispolk.com
micah.block@davispolk.com

Jonathan D. Martin (admitted *pro hac vice*)
Bradley R. Hansen (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
(212) 450-4000 / (212) 701-5800
jonathan.martin@davispolk.com
bradley.hansen@davispolk.com

*Attorneys for Defendants Chi Mei Corporation, Chimei Innolux Corporation (f/k/a Chi Mei Optoelectronics Corp.), CMO Japan Co., Ltd., and Chi Mei Optoelectronics USA Inc.*

Dated: June 2, 2011          NOSSAMAN LLP

By: /s/ Carl L. Blumenstein
    Carl L. Blumenstein

50 California Street, 34th Floor
San Francisco, CA 94111
(415) 398-3600 / (415) 398-2438
cblumenstein@nossaman.com

*Defendants' Liaison Counsel on behalf of all served Defendants*

Dated: June 2, 2011          ZELLE HOFMANN VOELBEL & MASON LLP

By: /s/ Francis O. Scarpulla
    Francis O. Scarpulla

44 Montgomery Street, Suite 3400
San Francisco, CA 94104
(415) 693-0700 / (415) 693-0770
fscarpulla@zelle.com

*Co-Lead Counsel for Indirect Purchaser Plaintiffs, acting on behalf of all Indirect Purchaser Plaintiffs*

Pursuant to General Order 45, Part X-B, I hereby attest that I have on file written (or e-mail) permission to sign this stipulation from all parties whose signatures are indicated by a "confirmed" signature (/s/) within this e-filed document.

Dated: June 2, 2011          /s/ Neal A. Potischman
                             Neal A. Potischman (SBN 254862)

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 6/20, 2011            [signature]
                             Honorable Susan Illston
                             United States District Judge