[Counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827 SI |
| | MDL No. 1827 |
| | STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' JOINT DISPOSITIVE MOTION REGARDING INDIRECT PURCHASER CLAIMS BASED ON FOREIGN SALES |
| This Document Relates to: | |
| All Indirect-Purchaser Actions | |

WHEREAS, Defendants filed a "Joint Dispositive Motion Regarding Indirect Purchaser Claims Based On Foreign Sales" (Dkt. # 2848) on June 6, 2011, and noticed the hearing date for July 29, 2011;

WHEREAS, the Parties desire to alter the deadlines and page limitations ordinarily provided by the Local Rules to file response and reply papers in connection with the motion set for hearing on July 29, 2011;

NOW THEREFORE, IT IS HEREBY STIPULATED by the undersigned counsel on behalf of the Parties identified below, that:

(1)     Indirect-Purchaser Plaintiffs shall file a response to the motion, including a brief not to exceed 50 pages, no later than July 6, 2011; and

(2)     Defendants shall file a reply in support of the motion no later than 12 p.m. on July ~~25~~ 20, 2011.

Dated:  June 13, 2011          Respectfully Submitted,

ZELLE HOFMANN VOELBEL & MASON LLP

By:  /s/ *Judith A. Zahid*
     Judith A. Zahid

Francis O. Scarpulla
Craig C. Corbitt
Judith A. Zahid
Patrick B. Clayton
Qianwei Fu
Heather T. Rankie
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:  (415) 693-0700
Facsimile:   (415) 693-0770

ALIOTO LAW FIRM
Joseph M. Alioto
225 Bush Street, 16th Floor
San Francisco, CA 94104
Telephone:  (415) 434-8900
Facsimile:   (415) 434-9200

*Co-Lead Class Counsel for Indirect Purchaser Plaintiffs*

| | | |
|---|---|---|
| 1 | Dated:  June 13, 2011 | DAVIS POLK & WARDWELL LLP |
| 2 | | |
| 3 | | By:  /s/ *Christopher B. Hockett*<br>       Christopher B. Hockett |
| 4 | | Christopher B. Hockett (SBN 121539)<br>Neal A. Potischman (SBN 254862) |
| 5 | | Sandra West (SBN 250389)<br>Samantha H. Knox (SBN 254427) |
| 6 | | Micah G. Block (SBN 270712)<br>1600 El Camino Real |
| 7 | | Menlo Park, California  94025<br>(650) 752-2000 / (650) 752-2111 |
| 8 | | chris.hockett@davispolk.com<br>neal.potischman@davispolk.com |
| 9 | | sandra.west@davispolk.com<br>samantha.knox@davispolk.com |
| 10 | | micah.block@davispolk.com |
| 11 | | Jonathan D. Martin (admitted *pro hac vice*)<br>Bradley R. Hansen (admitted *pro hac vice*) |
| 12 | | DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue |
| 13 | | New York, NY 10017<br>(212) 450-4000 / (212) 701-5800 |
| 14 | | jonathan.martin@davispolk.com<br>bradley.hansen@davispolk.com |
| 15 | | |
| 16 | | *Attorneys for Defendants Chi Mei Corporation, Chimei Innolux Corporation (f/k/a Chi Mei Optoelectronics* |
| 17 | | *Corp.), CMO Japan Co., Ltd., and Chi Mei Optoelectronics USA, Inc.* |
| 18 | Dated:  June 13, 2011 | NOSSAMAN LLP |
| 19 | | |
| 20 | | By:  /s/ *Christopher A. Nedeau*<br>       Christopher A. Nedeau |
| 21 | | Christopher A. Nedeau (SBN 81297)<br>Carl L. Blumenstein (SBN 124158) |
| 22 | | Allison M. Dibley (SBN 213104)<br>50 California Street, 34th Floor |
| 23 | | San Francisco, CA 94111<br>(415) 398-3600 / (415) 398-2438 |
| 24 | | cnedeau@nossaman.com<br>cblumenstein@nossaman.com |
| 25 | | adibley@nossaman.com |
| 26 | | *Attorneys for Defendants AU Optronics Corporation and AU Optronics Corporation America* |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated: June 13, 2011 | K&L GATES LLP |
| 2 | | |
| 3 | | By: /s/ *Hugh F. Bangasser*<br>    Hugh F. Bangasser |
| 4 | | Hugh F. Bangasser (*pro hac vice*) |
| 5 | | Ramona M. Emerson (*pro hac vice*)<br>Christopher M. Wyant (*pro hac vice*) |
| 6 | | 925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104 |
| 7 | | (206) 623-7580 / (206) 623-7022<br>hugh.bangasser@klgates.com |
| 8 | | ramona.emerson@klgates.com<br>chris.wyant@klgates.com |
| 9 | | Jeffrey L. Bornstein (SBN 99358)<br>K&L GATES LLP |
| 10 | | Four Embarcadero Center, Suite 1200<br>San Francisco, CA 94111 |
| 11 | | (415) 249-1059 / (415) 882-8200<br>jeff.bornstein@klgates.com |
| 12 | | *Attorneys for Defendant HannStar Display Corporation* |
| 13 | Dated: June 13, 2011 | MORGAN LEWIS & BOCKIUS LLP |
| 14 | | |
| 15 | | By: /s/ *Kent M. Roger*<br>    Kent M. Roger |
| 16 | | Kent M. Roger (SBN 95987) |
| 17 | | Michelle Kim-Szrom (SBN 252901)<br>One Market, Spear Street Tower |
| 18 | | San Francisco, CA 94105-1126<br>(415) 442.1000 / (415) 442.1001 |
| 19 | | kroger@morganlewis.com |
| 20 | | *Attorneys for Defendants Hitachi, Ltd., Hitachi* |
| 21 | | *Displays, Ltd. and Hitachi Electronic Devices (USA), Inc.* |

| | | |
|---|---|---|
| 1 | Dated:  June 13, 2011 | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| 2 | | |
| 3 | | By:  /s/ *Michael R. Lazerwitz*<br>        Michael R. Lazerwitz |
| 4 | | |
| | | Michael R. Lazerwitz (*pro hac vice*) |
| 5 | | Jeremy J. Calsyn (SBN 205062)<br>Lee F. Berger (SBN 222756) |
| 6 | | 2000 Pennsylvania Avenue NW<br>Washington, DC 20006 |
| 7 | | (202) 974-1500 / (202) 974-1999<br>mlazerwitz@cgsh.com |
| 8 | | jcalsyn@cgsh.com |
| 9 | | lberger@cgsh.com |
| 10 | | *Attorneys for Defendants LG Display Co., Ltd. and LG Display America, Inc.* |
| 11 | | |
| 12 | Dated:  June 13, 2011 | COVINGTON & BURLING LLP |
| 13 | | |
| 14 | | By:  /s/ *Robert D. Wick*<br>        Robert D. Wick |
| 15 | | Robert D. Wick (*pro hac vice*) |
| 16 | | Neil K. Roman (*pro hac vice*)<br>Theodore P. Metzler (*pro hac vice*) |
| 17 | | 1201 Pennsylvania Ave. NW<br>Washington, DC 20004 |
| 18 | | (202) 662-6000 / (202) 662-6291<br>rwick@cov.com |
| 19 | | nroman@cov.com<br>tmetzler@cov.com |
| 20 | | |
| 21 | | *Attorneys for Defendants Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., and Samsung Electronics America, Inc.* |
| 22 | | |

5

STIPULATION AND [PROPOSED] ORDER RE DEFENDANTS' JOINT DISPOSITIVE MOTION
CASE NO.: 3:07-md-1827 SI

| | | |
|---|---|---|
| 1 | Dated:  June 13, 2011 | PILLSBURY WINTHROP SHAW PITTMAN LLP |

By:  /s/ *John M. Grenfell*
      John M. Grenfell

John M. Grenfell (SBN 88500)
Jacob R. Sorensen (SBN 209134)
Fusae Nara (*pro hac vice*)
Andrew D. Lanphere (SBN 191479)
50 Fremont Street
San Francisco, CA  94105
(415) 983-1000 / (415) 983-1200
john.grenfell@pillsburylaw.com
jake.sorensen@pillsburylaw.com
fusae.nara@pillsburylaw.com
andrew.lanphere@pillsburylaw.com

*Attorneys for Defendants Sharp Corporation and Sharp Electronics Corporation*

Dated:  June 13, 2011            WHITE & CASE LLP

By:  /s/ *John H. Chung*
      John H. Chung

John H. Chung (*pro hac vice*)
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200 / (212) 354-8113
jchung@whitecase.com

Christopher M. Curran (*pro hac vice*)
Kristen J. McAhren (*pro hac vice*)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
(202) 626-3600 / (202) 639-9355
ccurran@whitecase.com
kmcahren@whitecase.com

*Attorneys for Defendants Toshiba Corporation; Toshiba Mobile Display Co., Ltd.; Toshiba America Electronic Components, Inc.; and Toshiba America Information Systems, Inc.*

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Judith A. Zahid, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated:   June 13, 2011          By:   */s/ Judith A. Zahid*
                                      Judith A. Zahid

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation set forth above, IT IS SO ORDERED.

Dated: June 20, 2011          By: _____*Susan Illston*_____

                                          Hon. Susan Illston

                                          United States District Judge

#3224798v1