1  Joseph M. Alioto (SBN 42680)           Francis O. Scarpulla (SBN 41059)
   THE ALIOTO LAW FIRM                    ZELLE HOFMANN VOELBEL & MASON
2  225 Bush Street                        LLP
   San Francisco, California  94104       44 Montgomery Street, Suite 3400
3  Telephone: 415/ 434-8900               San Francisco, California  94104
   Facsimile: 415/434-9200                Telephone: 415/ 693-0700
4  Email: jmalioto@aliotolaw.com          Facsimile: 415/693-0770
                                          Email: Fscarpulla@zelle.com
5  *Co-Lead Counsel for the Indirect
   Purchaser Plaintiffs*
6
   Jack W. Lee (SBN 71626)
7  Derek G. Howard (SBN 118082)
   MIMAMI TAMAKI LLP
8  360 Post Street, 8th Floor
   San Francisco, California  94108
9  Telephone: 415/788-9000
   Facsimile: 415/397-3887
10 Email: jlee@minamitamaki.com

11 *Liaison Counsel for the Indirect
   Purchaser Plaintiffs*

12

13                    **UNITED STATES DISTRICT COURT**

14                    **NORTHERN DISTRICT OF CALIFORNIA,**

15                            **SAN FRANCISCO DIVISION**

16 | IN RE TFT-LCD (FLAT PANEL) | Master File No. M07-1827 SI |
   | ANTITRUST LITIGATION | MDL No. 1827 |

17

18                                         **[~~PROPOSED~~] ORDER GRANTING
                                           INDIRECT PURCHASER
19                                         PLAINTIFFS' EX PARTE
                                           APPLICATION TO FILE
20                                         DOCUMENTS UNDER SEAL**

21                                         Date: July 15, 2011
                                           Time: 9:00 a.m.
22                                         Ctrm: 10
                                           Judge: Hon. Susan Illston

23

24

25

26

27

28

MINAMI TAMAKI, LLP
360 Post Street, 8th Floor
San Francisco, CA  94108
Tel. (415) 788-9000
Fax (415) 398-3887

[PROPOSED] ORDER GRANTING EX PARTE APPLICATION TO FILE DOCUMENTS UNDER SEAL
Case Nos.  M07-1827 SI, MDL No. 1827

Having considered the application regarding whether certain documents Plaintiffs lodged with the Court should be filed under seal pursuant to Civil Local Rule 79-5 and the Court's April 5, 2007 Standing Order, and good cause appearing, the application is hereby GRANTED.

IT IS HEREBY ORDERED THAT:

1. Exhibits C through F to the Declaration of Derek G. Howard have been redacted and publicly filed. The redacted portions of theses Exhibits shall remain under seal.

IT IS FURTHER ORDERED that, to maintain the effect of the seal under Civil Local Rule 79-5, the parties shall not publicly disseminate or discuss any of the sealed documents or their contents absent agreement of the parties, or upon further order of Special Master or the Court.

Dated: _____
        6/20/11

_____
The Hon. Susan Illston
United States District Court Judge

MINAMI TAMAKI, LLP
360 Post Street, 8th Floor
San Francisco, CA  94108
Tel. (415) 788-9000
Fax (415) 398-3887

- 2 -
[PROPOSED] ORDER GRANTING EX PARTE APPLICATION TO FILE DOCUMENTS UNDER SEAL
Case Nos. M07-1827 SI, MDL No. 1827