UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: TFT–LCD (FLAT PANEL) ANTITRUST
LITIGATION                                                                    MDL No. 1827

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO–15)**

On April 17, 2007, the Panel transferred 7 civil action(s) to the United States District Court for the Northern Distirct of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 483 F.Supp.2d 1353 (J.P.M.L. 2007). Since that time, 82 additional action(s) have been transferred to the Northern Distirct of California. With the consent of that court, all such actions have been assigned to the Honorable Susan Yvonne Illston.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern Distirct of California and assigned to Judge Illston.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Northern Distirct of California for the reasons stated in the order of April 17, 2007, and, with the consent of that court, assigned to the Honorable Susan Yvonne Illston.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern Distirct of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

| Inasmuch as no objection is pending at this time, the stay is lifted.<br><br>**Jun 22, 2011**<br><br>CLERK'S OFFICE<br>UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION | FOR THE PANEL:<br><br>*[signature]*<br><br>Jeffery N. Lüthi<br>Clerk of the Panel |
|---|---|

**IN RE: TFT–LCD (FLAT PANEL) ANTITRUST LITIGATION**  MDL No. 1827

### SCHEDULE CTO–15 – TAG–ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **FLORIDA SOUTHERN** | | | |
| FLS | 0 | 11–61264 | Interbond Corporation of America v. AU Optronics Corporation et al |
| **MISSISSIPPI SOUTHERN** | | | |
| ~~MSS~~ | ~~3~~ | ~~11–00345~~ | ~~The State of Mississippi v. AU Optronics Corporation et al~~ |