Richard L. Schwartz (NY Bar No. 1821081)*
Geralyn J. Trujillo (NY Bar No. 3008117)*
John A. Ioannou (NY Bar No. 2646909)*
OFFICE OF THE ATTORNEY GENERAL
STATE OF NEW YORK
120 Broadway, 26th Floor
New York, New York 10271
Telephone: 212-416-8282 (Richard L. Schwartz)
Telephone: 212-416-6677 (Geralyn J. Trujillo)
Telephone: 212-416-8268 (John A. Ioannou)
Facsimile:  212-416-6015
Email: Richard.Schwartz@ag.ny.gov
       Geralyn.Trujillo@ag.ny.gov
       John.Ioannou@ag.ny.gov

*Automatic Pro Hac Vice Admission
Pursuant to Pretrial Order No. 1,
Dated July 3, 2007 (Waiving Civil L.R. 11-3)

**Attorneys for Plaintiff, State of New York**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>State of New York v. AU Optronics Corp., et al., 3:11-cv-711 SI | CASE NO. 3: 07-md-1827 SI<br>MDL NO. 1827<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER**<br><br>**The Honorable Susan J. Illston** |

WHEREAS, the Local Rules of the United States District Court for the Northern District of

California, Civil Local Rules 7-3(a) and 7-4(b) would otherwise govern the page limits for the State

of New York's Brief in Opposition to Defendants' Motion to Dismiss Amended Complaint or in the

Alternative to Stay in Part;

NOW, THEREFORE, the Undersigned Parties, acting by and through their respective counsel of record, hereby stipulate and agree as follows:

1. The page limit for the State of New York's Brief in Opposition to Defendants' Motion to Dismiss Amended Complaint or in the Alternative to Stay in Part, due June 21, 2011, may be up to 35 pages.

2. All other Local Rules shall remain in effect with respect to the briefing.

**IT IS SO STIPULATED**

Dated: June 20, 2011

By: /s/ Richard L. Schwartz
Richard L. Schwartz (PRO HAC VICE)
John A. Ioannou (PRO HAC VICE)
Assistant Attorneys General
120 Broadway, 25th Floor
New York, New York 10271
Tel. (212) 416-8284
Richard.Schwartz@ag.ny.gov
*Attorneys for Plaintiff*
State of New York

Dated: June 20, 2011

By: /s/ Michael R. Lazerwitz
Michael R. Lazerwitz (PRO HAC VICE)
Jeremy J. Calsyn (State Bar No. 205062)
Lee F. Berger (State Bar No. 222756)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Ave., NW
Washington, DC 20006
(202) 974-1500 (Phone)
(202) 974-1999 (Facsimile)
mlazerwitz@cgsh.com

*Attorneys for Defendants*
LG Display Co., Ltd. and LG Display America, Inc.

Dated:  June 20, 2011

By: /s/ Christopher A. Nedeau
Christopher A. Nedeau
Carl L. Blumenstein
Allison Dibley
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA  94111
(415) 438-7274 (telephone)

*Attorneys for Defendants*
AU Optronics Corporation and AU Optronics Corporation America, Inc.

1  Dated: June 20, 2011

By: /s/ Christopher B. Hockett
Christopher B. Hockett (SBN 121539)
Neal A. Potischman (SBN 254862)
Sandra West (SBN 250389)
Samantha H. Knox (SBN 254427)
Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
(650) 752-2000 / (650) 752-2111
chris.hockett@davispolk.com
neal.potischman@davispolk.com
sandra.west@davispolk.com
samantha.knox@davispolk.com
micah.block@davispolk.com

Jonathan D. Martin (admitted pro hac vice)
Bradley R. Hansen (admitted pro hac vice)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
(212) 450-4000 / (212) 701-5800
jonathan.martin@davispolk.com
bradley.hansen@davispolk.com

*Attorneys for Defendants*
Chimei Innolux Corporation (f/k/a Chi Mei Optoelectronics Corp.), Chi Mei Optoelectronics USA, Inc., and CMO Japan Co., Ltd.

1  Dated: June 20, 2011

2
By: /s/ Kent M. Roger
3
Kent M. Roger (State Bar No. 95987)
Michelle Kim-Szrom (State Bar No. 252901)
4
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
5
San Francisco, CA 94105-1126
(415) 442-1000 (Phone)
6
(415) 442-1001 (Facsimile)
kroger@morganlewis.com
7
mkim-szrom@morganlewis.com

8
*Attorneys for Defendants*
9
Hitachi, Ltd., Hitachi Displays, Ltd. and Hitachi Electronic
Devices (USA), Inc.
10
Dated: June 20, 2011

11
By: /s/ Robert Wick
12
Robert Wick (*pro hac vice*)
Neil Roman (*pro hac vice*)
13
Derek Ludwin (*pro hac vice*)
COVINGTON & BURLING LLP
14
1201 Pennsylvania Ave., NW
Washington, DC 20004
15
(202) 662-6000 (telephone)
16

17
*Attorneys for Defendants*
Samsung Electronics Co., Ltd.,
18
Samsung Semiconductor, Inc. and
Samsung Electronics America, Inc.
19

20  Dated: June 20, 2011

21
By: /s/ John M. Grenfell
22
John M. Grenfell
Jacob R. Sorensen
23
Fusae Nara
Andrew D. Lanphere
24
PILLSBURY WINTHROP SHAW PITTMAN LLP
50 Fremont Street
25
San Francisco, CA  94105

26
*Attorneys for Defendants*
27
Sharp Corporation
Sharp Electronics Corp.

28

5

STIPULATION AND [PROPOSED] ORDER, Case No. M: 07-1827 SI

1  Dated: June 20, 2011

2                                        By: /s/ Christopher M. Curran

3                                        Christopher M. Curran (*pro hac vice*)
4                                        Kristen J. McAhren (*pro hac vice*)
                                         WHITE & CASE LLP
5                                        701 Thirteenth Street, NW
                                         Washington, DC 20005-3807
6                                        (202) 626-3600 (telephone)

7
                                         *Attorneys for Defendants*
8                                        Toshiba Corporation, Toshiba Mobile Display Co., Ltd.,
                                         Toshiba America Electronic Components, Inc. and
9                                        Toshiba America Information Systems, Inc.

10

11

12  Attestation: The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

13

14  SO ORDERED

15

16                                       _____
                                         Honorable Susan J. Illston
17

18                                       6/21/11
19                                       _____
                                         ~~Date Entered~~
20

Richard L. Schwartz (NY Bar No. 1821081)*
Geralyn J. Trujillo (NY Bar No. 3008117)*
John A. Ioannou (NY Bar No. 2646909)*
OFFICE OF THE ATTORNEY GENERAL
STATE OF NEW YORK
120 Broadway, 26th Floor
New York, New York 10271
Telephone: 212-416-8282 (Richard L. Schwartz)
Telephone: 212-416-6677 (Geralyn J. Trujillo)
Telephone: 212-416-8268 (John A. Ioannou)
Facsimile:  212-416-6015
Email: Richard.Schwartz@ag.ny.gov
         Geralyn.Trujillo@ag.ny.gov
         John.Ioannou@ag.ny.gov

**Automatic Pro Hac Vice Admission
Pursuant to Pretrial Order No. 1,
Dated July 3, 2007 (Waiving Civil L.R. 11-3)*

**Attorneys for Plaintiff State of New York**

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | MASTER FILE NO. 07-md-1827-SI<br>MDL File No. 1827<br><br>CASE NO. 3:11-CV-711-SI |
| This Document Relates To:<br>State of New York v. AU Optronics Corp., et al., 3:11-cv-711 SI | **CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I, John A. Ioannou, an Assistant Attorney General in the Office of the Attorney General, State of New York, Antitrust Bureau, hereby certify that on June 20, 2011, a copy of the following:

**STIPULATION AND [PROPOSED] ORDER.**

were served by email on the following counsel:

**Michael R. Lazerwitz**
mlazerwitz@cgsh.com

**Lee F. Berger**
lberger@cgsh.com

**Patrick J. Ahern**
patrick.j.ahern@bakernet.com

**Roxane C. Busey**
roxane.c.busey@bakernet.com

**Robert W. Tarun**
robert.w.tarun@bakernet.com

**Bruce H. Jackson**
bruce.h.Jackson@bakernet.com

**Joseph M. Alioto**
josephalioto@mac.com, jmiller@aliotolaw.com

**Randall Allen**
randall.allen@alston.com

**Hugh F. Bangasser**
hugh.bangasser@klgates.com

**Christopher M. Wyant**
Chris.wyant@klgates.com

**Garrard R. Beeney**
beeneyg@sullcrom.com

**Christopher B. Hockett**
chris.hockett@davispolk.com

**Jonathan D. Martin**
jonathan.martin@davispolk.com

**Carl L. Blumenstein**
cblumenstein@nossaman.com

**CERTIFICATE OF SERVICE**
**STATE OF NEW YORK**

2

**MASTER FILE NO. 07-MD-1827-SI**
**CASE NO. 3:11-CV-711-SI**

| | |
|---|---|
| 1 | **Anne E. Schneider** |
| 2 | anne.Schneider@ago.mo.gov |
| 3 | **Nicholas Weilhammer** |
| 4 | Nicholas.weilhammer@myfloridalegal.com |
| 5 | **Brendan P. Cullen**<br>cullenb@sullcrom.com |
| 6 | |
| 7 | **Tyler Cunningham**<br>tcunningham@sheppardmullin.com |
| 8 | **Michael Scarborough** |
| 9 | mscarborough@sheppardmullin.com |
| 10 | **Allison Ann Davis** |
| 11 | allisondavis@dwt.com |
| 12 | **Sam N. Dawood**<br>samdawood@dwt.com |
| 13 | |
| 14 | **Michael F. Healy**<br>michael.healy@sdma.com |
| 15 | |
| 16 | **Matthew C. Lovell**<br>matthew.lovell@sdma.com |
| 17 | **Theodore Edelman** |
| 18 | edelmant@sullcrom.com |
| 19 | **Eric B. Fastiff**<br>efastiff@lchb.com |
| 20 | |
| 21 | **David P. Germaine**<br>dgermaine@vaneklaw.com |
| 22 | **Brendan Patrick Glackin** |
| 23 | bglackin@lchb.com |
| 24 | **Melvin R. Goldman** |
| 25 | mgoldman@mofo.com |
| 26 | **John M. Grenfell**<br>John.Grenfell@pillsburylaw.com |
| 27 | |
| 28 | |

**CERTIFICATE OF SERVICE**  
**STATE OF NEW YORK**

3

**MASTER FILE NO. 07-MD-1827-SI**  
**CASE NO. 3:11-CV-711-SI**

**Richard M. Heimann**
rheimann@lchb.com

**Philip J. Iovieno**
piovieno@bsfllp.com

**Andrew Scirica Kingsdale**
akingsdale@lchb.com

**Peter Kontio**
peter.kontio@alston.com

**Andrew D. Lanphere**
Andrew.lanphere@pillsburylaw.com

**Jack W. Lee**
jlee@minamitamaki.com

**Peter K. Huston**
peter.huston@usdoj.gov, liliana.vallejo@usdoj.gov

**James McGinnis**
jmcginnis@smrh.com

**Parker Miller**
parker.miller@alston.com

**Jerome Murphy**
jmurphy@crowell.com

**Jason C. Murray**
jmurray@crowell.com

**Fusae Nara**
fusae.nara@pillsburylaw.com

**Christopher A. Nedeau**
cnedeau@nossaman.com

**Elizabeth C. Pritzker**
ecp@girardgibbs.com

**Hilary Kathleen Ratway**
hratway@hausfeldllp.com

**Kent M. Roger**
kroger@morganlewis.com

**Joel Sanders**
jsanders@gibsondunn.com

**Rachel Brass**
rbrass@gibsondunn.com

**Francis O. Scarpulla**
fscarpulla@zelle.com

**Daniel R. Shulman**
daniel.shulman@gpmlaw.com

**Bruce Simon**
bsimon@pswplaw.com

**Bradley P. Smith**
smithbr@sullcrom.com

**Jacob R. Sorensen**
jake.sorensen@pillsburylaw.com

**Richard W. Stimson**
rick.stimson@alston.com

**Joshua Stokes**
jstokes@crowell.com

**Richard S. Taffet**
Richard.taffet@bingham.com

**Ernie Vargo**
evargo@bakerlaw.com

**Nick Steven Verwolf**
nickverwolf@dwt.com

**Daniel L. Warshaw**
dwarshaw@pswplaw.com

**Robert D. Wick**
rwick@cov.com

**Simon Frankel**
sfrankel@cov.com

**Derek Ludwin**
dludwin@cov.com

| | |
|---|---|
| 1 | **Jeffrey Davidson** |
| 2 | jdavidson@cov.com |
| 3 | **Valarie Williams** |
| | valarie.williams@alston.com |
| 4 | |
| 5 | **Jason P. Fulton** |
| | jfulton@diamondmccarthy.com |
| 6 | **Allan Diamond** |
| 7 | adiamond@diamondmccarthy.com |
| 8 | **Jim McCarthy** |
| | jmccarthy@diamondmccarthy.com |
| 9 | |
| 10 | **Marc M. Seltzer** |
| | mseltzer@susmangodfrey.com |
| 11 | |
| 12 | **Steven G. Sklaver** |
| | ssklaver@susmangodfrey.com |
| 13 | **Ryan C. Kirkpatrick** |
| | rkirkpatrick@susmangodfrey.com |
| 14 | |
| 15 | **Erica W. Harris** |
| | eharris@susmangodfrey.com |

Dated: June 20, 2011

/s/ John A. Ioannou
John A. Ioannou
Assistant Attorney General
Office of the Attorney General
Antitrust Bureau
State of New York
120 Broadway, 26th Floor
Telephone: 212-416-8268
Facsimile:  212-416-6015
Email: John.Ioannou@ag.ny.gov