1  Michael R. Lazerwitz (PRO HAC VICE)
   Jeremy J. Calsyn (State Bar No. 205062)
2  Lee F. Berger (State Bar No. 222756)
   CLEARY GOTTLIEB STEEN & HAMILTON LLP
3  2000 Pennsylvania Ave., NW
   Washington, DC 20006
4  (202) 974-1500 (Phone)
   (202) 974-1999 (Facsimile)
5  *mlazerwitz@cgsh.com*

6  Counsel for Defendants
   LG DISPLAY CO., LTD.
7  LG DISPLAY AMERICA, INC.

ALL DATES IN THIS ORDER
SHALL BE CHANGED TO
THE YEAR 2012.

8
9                    UNITED STATES DISTRICT COURT

10          FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                      (SAN FRANCISCO DIVISION)

12

13  IN RE: TFT-LCD (FLAT PANEL)           CASE NO. 3:07-md-1827 SI
    ANTITRUST LITIGATION                  MDL NO. 1827

14                                        STIPULATION AND [PROPOSED]
15                                        ORDER EXTENDING TIME AND
                                          MODIFYING PRETRIAL SCHEDULE

16  This Document Relates To:

17  ALL INDIRECT PURCHASER CLASS
    ACTIONS
18

19

20        WHEREAS, the Court issued Order Re: Pretrial and Trial Schedule, Dkt. No. 2165, on

21  November 23, 2010 (the "Scheduling Order"), setting a trial date and establishing various interim

22  deadlines relating to discovery, expert reports, and dispositive motions;

23        WHEREAS, the Scheduling Order required indirect purchaser plaintiffs ("plaintiffs") to serve

24  their opening expert reports on May 25, 2011, and the underlying data and code for these reports on

25  May 27, 2011;

26        WHEREAS, plaintiffs served two expert reports on May 25, 2011, from Dr. Janet Netz and

27  Dr. William Comanor;

28

1

WHEREAS, plaintiffs served underlying code and data for these reports on May 27, 2011, and defendants represented that for various reasons, including in part errors in the backup data, their experts were not able to replicate all of plaintiffs' experts' results ;

WHEREAS, plaintiffs and defendants worked diligently and in good faith to resolve these issues;

WHEREAS, the parties resolved the issues on June 6;

WHEREAS, the parties agree that defendants should not be prejudiced in preparing their expert reports;

WHEREAS, the parties agree that the fairest resolution is to extend defendants' time to file Opposition Expert reports by six days and adjust the pretrial schedule accordingly;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

1.    Defendants' opposition expert reports in the indirect purchaser action shall be due July 28, 2011.

2.    All subsequent dates set by the Scheduling Order prior to the Pretrial Conference (which shall remain on January 17, 2012), shall be adjusted by exactly six days according to the schedule below.

| Event | Prior Dates Applicable to Indirect Purchaser Plaintiff Case | New Dates Applicable to Indirect Purchaser Plaintiff Case |
|---|---|---|
| Service of opposition expert reports | July 22, 2011 | July 28, 2011 |
| Service of underlying data and code | July 25, 2011 | July 31, 2011 |
| Service of reply expert reports | August 19, 2011 | August 25, 2011 |
| Service of underlying data and code | August 19, 2011 | August 25, 2011 |
| Last day to file dispositive motions | September 2, 2011 | September 8, 2011 |
| Close of expert discovery | September 15, 2011 | September 21, 2011 |
| Last day to file oppositions to dispositive motions | September 23, 2011 | September 29, 2011 |
| Last day to file reply briefs in support of dispositive motions | October 14, 2011 | October 20, 2011 |

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME AND MODIFYING PRETRIAL SCHEDULE, Case No. 3: 07-md-1827 SI

| | | 30 |
|---|---|---|
| Last day for hearing dispositive motions | November 16, 2011 | November 22, 2011 |
| *Pretrial Conference\** | January 17, 2011 | January 17, 2011 |
| *Trial Begins\** | February 13, 2011 | February 13, 2011 |

\* - unchanged from Dkt. No. 2165.

Dated:   June 17, 2011

ZELLE HOFMANN VOELBEL & MASON, LLP


By:   */s/ Francis O. Scarpulla*
      Francis O. Scarpulla

Francis O. Scarpulla
Craig C. Corbitt
Judith A. Zahid
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 593-0700
Facsimile: (415) 693-0770


Joseph M. Alioto
Theresa D. Moore
THE ALIOTO LAW FIRM
555 California Street, 31st Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200


*Co-Lead Counsel for the Indirect Purchaser Plaintiffs*


By:   */s/ Michael R. Lazerwitz*
Michael R. Lazerwitz (PRO HAC VICE)
Jeremy J. Calsyn (State Bar No. 205062)
Lee F. Berger (State Bar No. 222756)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Ave., NW
Washington, DC 20006
(202) 974-1500 (Phone)
(202) 974-1999 (Facsimile)
*mlazerwitz@cgsh.com*

3

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME AND MODIFYING PRETRIAL SCHEDULE,
Case No. 3: 07-md-1827 SI

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Counsel for Defendants LG Display Co., Ltd. and LG Display America, Inc.*

By: */s/ Christopher A. Nedeau*
Christopher A. Nedeau
Carl L. Blumenstein
Allison Dibley
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
(415) 398-3600 (Phone)
(415) 398-2438 (Facsimile)
*cnedeau@nossaman.com*

*Attorneys for Defendants*
AU Optronics Corporation and AU Optronics Corporation America

By: */s/ Ramona M. Emerson*
Hugh F. Bangasser (*pro hac vice*)
Ramona M. Emerson (*pro hac vice*)
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98004-1158
(206) 623-7580 (Phone)
(206) 623-7022 (Facsimile)
*Ramona.Emerson@klgates.com*

Jeffrey L. Bornstein (State Bar No. 99358)
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
(415) 249-1059 (Phone)
(415) 882-8220 (Facsimile)

*Counsel for Defendant*
HannStar Display Corporation

By: */s/ Kent M. Roger*
Kent M. Roger (State Bar No. 95987)

4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Michelle Kim-Szrom (State Bar No. 252901)
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
(415) 442-1000 (Phone)
(415) 442-1001 (Facsimile)
*kroger@morganlewis.com*

*Attorneys for Defendants*
Hitachi, Ltd., Hitachi Displays, Ltd. and Hitachi Electronic
Devices (USA), Inc.


By: */s/ Robert Wick*
Robert Wick (*pro hac vice*)
Neil Roman (*pro hac vice*)
Derek Ludwin (*pro hac vice*)
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., NW
Washington, DC 20004
(202) 662-6000 (Phone)
(202) 662-6291 (Facsimile)
*rwick@cov.com*

*Attorneys for Defendants*
Samsung Electronics Co., Ltd.,
Samsung Semiconductor, Inc. and
Samsung Electronics America, Inc.


By: */s/ John M. Grenfell*
John M. Grenfell (State Bar No. 88500)
Jacob R. Sorensen (State Bar No. 209134)
Fusae Nara (*pro hac vice*)
Andrew D. Lanphere (State Bar No. 191479)
PILLSBURY WINTHROP SHAW PITTMAN LLP
50 Fremont Street
San Francisco, CA  94105
(415) 983-1000 (Phone)
(415) 983-1200 (Facsimile)
*john.grenfell@pillsburylaw.com*

*Attorneys for Defendants*
Sharp Corporation
Sharp Electronics Corp.

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME AND MODIFYING PRETRIAL SCHEDULE,
Case No. 3: 07-md-1827 SI

By: /s/ Christopher M. Curran

Christopher M. Curran (*pro hac vice*)
Kristen J. McAhren (*pro hac vice*)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
(202) 626-3600 (Phone)
(202) 639-9355 (Facsimile)
*ccurran@washdc.whitecase.com*

*Attorneys for Defendants*
Toshiba Corporation, Toshiba Mobile Display Co., Ltd.,
Toshiba America Electronic Components, Inc. and
Toshiba America Information Systems, Inc.

Attestation: The filer of this document attests that the concurrence of the signatories thereto has been obtained

**IT IS SO RECOMMENDED.**

Date Entered: 6/21/11

Martin Quinn
Special Master

**IT IS SO ORDERED.**

Date Entered: 6/21/11

The Honorable Susan Y. Illston
District Court Judge

6