Michael R. Lazerwitz (PRO HAC VICE)
Jeremy J. Calsyn (State Bar No. 205062)
Lee F. Berger (State Bar No. 222756)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Ave., NW
Washington, DC 20006
(202) 974-1500 (Phone)
(202) 974-1999 (Facsimile)
*mlazerwitz@cgsh.com*

Counsel for Defendants
LG DISPLAY CO., LTD.
LG DISPLAY AMERICA, INC.

**[Additional moving parties and counsel listed
on signature pages]**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | CASE NO. 3:07-md-1827 SI<br>MDL NO. 1827 |
| This Document Relates to:<br>Case No. 10-cv-5458 SI | **STIPULATION AND [PROPOSED] ORDER WITHDRAWING JOINT MOTION TO DISMISS AND MOTION TO COMPEL ARBITRATION AND EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT** |
| SB LIQUIDATION TRUST,<br>                    Plaintiff,<br><br>v.<br><br>AU OPTRONICS CORPORATION, et al.,<br><br>Defendants | |

1

Plaintiff and Defendants, through the undersigned counsel, request that the Court enter the following order to withdraw:  (1) the Defendants' Motion to Dismiss directed to Plaintiff; and (2) Defendants LG Display Co., Ltd.'s and LG Display America, Inc.'s Motion to Compel Arbitration directed to Plaintiff, and extend Defendants' time to respond to the amended complaint that Plaintiff will file on or before June 21, 2011.

WHEREAS certain Defendants filed a joint motion to dismiss the Complaint in this action on May 12, 2011 (MDL Dkt #2757), and Defendants LG Display Co., Ltd. and LG Display America, Inc. filed a motion to compel arbitration on May 12, 2011 (MDL Dkt #2761) (the "Motions");

WHEREAS the hearing on the Motions was originally scheduled for June 24, 2011;

WHEREAS Plaintiff, although it opposes the Motions, will exercise its right under Federal Rule of Civil Procedure 15(a) to file a First Amended Complaint in lieu of filing an opposition to the Motions;

WHEREAS the parties agree that the briefing dates and hearing associated with the Motions should be withdrawn and that Plaintiff will file its First Amended Complaint after the existing deadline to file its opposition to the Motions;

WHEREAS the parties further agree that Defendants may have 30 days to respond to the First Amended Complaint from the date that it is filed, that Plaintiff may have 21 days to oppose or otherwise respond to Defendants' response, and that Defendants may have 14 days to reply to such opposition;

THEREFORE, Plaintiff, by its counsel, and Defendants, by the undersigned counsel, stipulate and agree as follows:

1.      Plaintiff shall file a First Amended Complaint on or before June 21, 2011.

2.      The Motions shall be withdrawn and the briefing schedule and hearing date stricken.

3.      Defendants shall have 30 days from the date of the filing of the First Amended Complaint to answer or otherwise respond to the First Amended Complaint.

2

4.      Plaintiff shall have 21 days from the date of the filing of the Defendants' answers or other responses to the First Amended Complaint to oppose or otherwise respond to Defendants' filings.

5.      Defendants shall have 14 days from the date of the filing of the Plaintiff's responses to submit any replies.

6.      Plaintiff and Defendants agree that this case shall be considered as filed after December 1, 2010 solely for the purposes of Judge Illston's *Order re: Pretrial and Trial Schedule*, dated November 23, 2010 (MDL Dkt #2165), and for no other purpose.

7.      Plaintiff and Defendants agree that, should Defendants LG Display Co., Ltd. and LG Display America file a motion to compel arbitration in response to Plaintiff's First Amended Complaint, Plaintiff will not argue that such a motion has been waived due to:  (a) the withdrawal of the current motion to compel arbitration (MDL Dkt #2761); or (b) the passage of time between the filing of that motion to compel arbitration and any subsequent motion to compel arbitration filed by Defendants LG Display Co., Ltd. and LG Display America, Inc.

**IT IS SO STIPULATED**.


DATED:  June 3, 2011

By:   */s/ Steven G. Sklaver*
        Marc M. Seltzer (54534)
        Steven G. Sklaver (237612)
        Ryan C. Kirkpatrick (243824) (application for
        admission to be filed)
        SUSMAN GODFREY LLP
        1901 Avenue of the Stars, Suite 950
        Los Angeles, CA 90067-6029
        Telephone: (310) 789-3100
        Fax: (310) 789-3150
        *Mseltzer@susmangodfrey.com*
        *ssklaver@susmangodfrey.com*
        *rkirkpatrick@susmangodfrey.com*

3

Allan Diamond (*pro hac vice*)
Jim McCarthy (*pro hac vice*)
Jason Fulton (*pro hac vice*)
DIAMOND McCARTHY LLP
1201 Elm St., 34th Floor
Dallas, Texas 75270
Telephone:  (214) 389-5300
Facsimile:  (214) 389-5399
*adiamond@diamondmccarthy.com*
*jmccarthy@diamondmccarthy.com*
*jfulton@diamondmccarthy.com*

*Attorneys for Plaintiff*
SB Liquidation Trust


By: */s/ Michael R. Lazerwitz*
    Michael R. Lazerwitz (PRO HAC VICE)
    Jeremy J. Calsyn (State Bar No. 205062)
    Lee F. Berger (State Bar No. 222756)
    CLEARY GOTTLIEB STEEN & HAMILTON LLP
    2000 Pennsylvania Ave., NW
    Washington, DC 20006
    (202) 974-1500 (Phone)
    (202) 974-1999 (Facsimile)
    *mlazerwitz@cgsh.com*

    *Attorneys for Defendants*
    LG Display Co., Ltd., and LG Display America, Inc.


By: */s/ Christopher A. Nedeau*
    Christopher A. Nedeau
    Carl L. Blumenstein
    Allison Dibley
    NOSSAMAN LLP
    50 California Street, 34th Floor
    San Francisco, CA  94111
    (415) 398-3600 (Phone)
    (415) 398-2438 (Facsimile)
    *cnedeau@nossaman.com*

    *Attorneys for Defendants*
    AU Optronics Corporation and AU Optronics
    Corporation America

4

1    By: /s/ Christopher B. Hockett
2         Christopher B. Hockett (SBN 121539)
          Neal A. Potischman (SBN 254862)
3         Sandra West (SBN 250389)
          Samantha H. Knox (SBN 254427)
4         Micah G. Block (SBN 270712)
          DAVIS POLK & WARDWELL LLP
5         1600 El Camino Real
          Menlo Park, California  94025
6         (650) 752-2000 / (650) 752-2111
          chris.hockett@davispolk.com
7         neal.potischman@davispolk.com
          sandra.west@davispolk.com
8         samantha.knox@davispolk.com
          micah.block@davispolk.com
9

10        Jonathan D. Martin (admitted pro hac vice)
          Bradley R. Hansen (admitted pro hac vice)
11        DAVIS POLK & WARDWELL LLP
          450 Lexington Avenue
12        New York, NY 10017
          (212) 450-4000 / (212) 701-5800
13        jonathan.martin@davispolk.com
          bradley.hansen@davispolk.com
14

15        Attorneys for Defendants
16        Chimei Innolux Corporation (f/k/a Chi Mei
          Optoelectronics Corp.), Chi Mei Optoelectronics
17        USA, Inc., and CMO Japan Co., Ltd.

18

19   By: /s/ Derek F. Foran
20        Melvin R. Goldman (CA SBN 34097)
          Stephen P. Freccero (CA SBN 131093)
21        Derek F. Foran (CA SBN 224569)
          MORRISON & FOERSTER LLP
22        425 Market Street
          San Francisco, CA 94105-2482
23        (415) 268-7000 (Phone)
          (415) 268-7522 (Facsimile)
24        sfreccero@mofo.com

25        Attorneys for Defendants
26        Epson Imaging Devices Corporation and Epson
          Electronics America, Inc.
27

28

STIPULATION AND [PROPOSED] ORDER WITHDRAWING JOINT MOTION TO DISMISS AND MOTION
TO COMPEL ARBITRATION AND EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT,
Case No. 10-CV-5458 SI; 3: 07-md-1827 SI

1

By: /s/ Ramona M. Emerson
   Hugh F. Bangasser (*pro hac vice*)

2

   Ramona M. Emerson (*pro hac vice*)

3

   K&L GATES LLP
   925 Fourth Avenue, Suite 2900

4

   Seattle, WA 98004-1158
   (206) 623-7580 (Phone)

5

   (206) 623-7022 (Facsimile)
   *Ramona.Emerson@klgates.com*

6

7

   Jeffrey L. Bornstein (State Bar No. 99358)
   K&L GATES LLP

8

   Four Embarcadero Center, Suite 1200
   San Francisco, CA  94111

9

   (415) 249-1059 (Phone)
   (415) 882-8220 (Facsimile)

10

11

   *Counsel for Defendant*
   HannStar Display Corporation

12

13

By:/s/ Kent M. Roger
   Kent M. Roger (State Bar No. 95987)

14

   Michelle Kim-Szrom (State Bar No. 252901)
   MORGAN LEWIS & BOCKIUS LLP

15

   One Market, Spear Street Tower
   San Francisco, CA 94105-1126

16

   (415) 442-1000 (Phone)
   (415) 442-1001 (Facsimile)

17

   *kroger@morganlewis.com*

18

19

   *Attorneys for Defendants*
   Hitachi, Ltd., Hitachi Displays, Ltd. and Hitachi

20

   Electronic Devices (USA), Inc.

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER WITHDRAWING JOINT MOTION TO DISMISS AND MOTION
TO COMPEL ARBITRATION AND EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT,
Case No. 10-CV-5458 SI; 3: 07-md-1827 SI

By: /s/ Robert Wick
    Robert Wick (*pro hac vice*)
    Neil Roman (*pro hac vice*)
    Derek Ludwin (*pro hac vice*)
    COVINGTON & BURLING LLP
    1201 Pennsylvania Ave., NW
    Washington, DC 20004
    (202) 662-6000 (Phone)
    (202) 662-6291 (Facsimile)
    rwick@cov.com

    *Attorneys for Defendants*
    Samsung Electronics Co., Ltd.,
    Samsung Semiconductor, Inc. and
    Samsung Electronics America, Inc.

By: /s/ John M. Grenfell
    John M. Grenfell (State Bar No. 88500)
    Jacob R. Sorensen (State Bar No. 209134)
    Fusae Nara (*pro hac vice*)
    Andrew D. Lanphere (State Bar No. 191479)
    PILLSBURY WINTHROP SHAW PITTMAN LLP
    50 Fremont Street
    San Francisco, CA  94105
    (415) 983-1000 (Phone)
    (415) 983-1200 (Facsimile)
    john.grenfell@pillsburylaw.com

    *Attorneys for Defendants*
    Sharp Corporation
    Sharp Electronics Corp

By: /s/ Rachel S. Brass
    Joel S. Sanders (SBN 107234)
    Rachel S. Brass (SBN 219301)
    Rebecca Justice Lazarus (SBN 227330)
    GIBSON, DUNN & CRUTCHER LLP
    555 Mission Street, Suite 3000
    San Francisco, CA 94105
    (415) 393-8200 (Phone)
    (415) 393-8306 (Facsimile)
    rbrass@gibsondunn.com

    *Counsel for Tatung Company of America*

7

1                                By: */s/ John H. Chung*

2                                John H. Chung (*pro hac vice*)

WHITE & CASE LLP

1155 Avenue of the Americas

New York, NY 10036-2787

(212) 819-8200 (Phone)

(212) 354-8113 (Facsimile)

*jchung@whitecase.com*

Christopher M. Curran (*pro hac vice*)

Kristen J. McAhren (*pro hac vice*)

WHITE & CASE LLP

701 Thirteenth Street, NW

Washington, DC 20005-3807

(202) 626-3600 (Phone)

(202) 639-9355 (Facsimile)

*ccurran@whitecase.com*

*kmcahren@whitecase.com*

*Attorneys for Defendants*

Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc. and Toshiba America Information Systems, Inc.

Attestation: The filer of this document attests that the concurrence of the signatories thereto has been obtained.

Having considered the foregoing stipulation, and good cause appearing,

**IT IS SO ORDERED.**

6/21/11

_____

Judge Susan Illston

STIPULATION AND [PROPOSED] ORDER WITHDRAWING JOINT MOTION TO DISMISS AND MOTION TO COMPEL ARBITRATION AND EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT, Case No. 10-CV-5458 SI; 3: 07-md-1827 SI