```
 1  CHRISTOPHER A. NEDEAU (CA SBN 81297)
    CARL L. BLUMENSTEIN (CA SBN 124158)
 2  VERONICA L. HARRIS (CA SBN 256120)
    NOSSAMAN LLP
 3  50 California Street, 34th Floor
    San Francisco, CA 94111
 4  Telephone: 415.398.3600
    Facsimile: 415.398.2438
 5  cnedeau@nossaman.com
    cblumenstein@nossaman.com
 6  vharris@nossaman.com
 7
    Attorneys for defendants AU OPTRONICS CORPORATION
 8  and AU OPTRONICS CORPORATION AMERICA
 9
    [additional counsel listed on signature page]
10
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>AU OPTRONICS CORPORATION; AU OPTRONICS CORPORATION AMERICA, INC; CHI MEI CORPORATION; CHI MEI OPTOELECTRONICS CORPORATION; CHI MEI OPTOELECTRONICS USA, INC.; CMO JAPAN CO. LTD.; NEXGEN MEDIATECH, INC.; NEXGEN MEDIATECH USA, INC.; CHUNGHWA PICTURE TUBES LTD.; TATUNG COMPANY OF AMERICA, INC.; EPSON IMAGING DEVICES CORPORATION; EPSON ELECTRONICS AMERICA, INC.; HANNSTAR DISPLAY CORPORATION; LG DISPLAY CO. LTD.; LG DISPLAY AMERICA, INC.; SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG ELECTRONICS AMERICA, INC.; SHARP CORPORATION; SHARP ELECTRONICS; TOSHIBA CORPORATION; TOSHIBA AMERICA ELECTRONICS COMPONENTS, INC.; TOSHIBA MOBILE DISPLAY CO., LTD.; TOSHIBA AMERICA INFORMATION SYSTEMS, INC.; HITACHI, LTD.; HITACHI | CASE NO. 10-cv-5625 SI<br><br>Master File No. 07-md-1827 SI<br><br>MDL No. 1827 SI<br><br>**STIPULATION AND [PROPOSED] ORDER PERMITTING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT** |

---

CASE NO. 10-cv-5625 SI  1  259645_1.DOC
STIPULATION PERMITTING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT

1  DISPLAYS, LTD.; AND HITACHI
2  ELECTRONIC DEVICES (USA), INC.,
3         Defendants.

4

5       WHEREAS, plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating
6  Trust ("Circuit City Trust"), filed a complaint in the above-captioned case against defendants AU
7  Optronics Corporation, AU Optronics Corporation America, Chi Mei Corporation, Chi Mei
8  Optoelectronics Corporation, Chi Mei Optoelectronics USA, Inc., CMO Japan Co. Ltd., Chunghwa
9  Picture Tubes, Ltd., Nexgen Mediatech, Inc., Nexgen Mediatech USA, Inc., Epson Imaging Devices
10 Corporation, Epson Electronics America, Inc., HannStar Display Corporation, LG Display Co. Ltd., LG
11 Display America, Inc., Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., Samsung
12 Electronics America, Inc., Sharp Corporation, Sharp Electronics Corporation, Tatung Company of
13 America, Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba Mobile Display
14 Co., Ltd., Toshiba America Information Systems, Inc., Hitachi, Ltd., Hitachi Displays, Ltd., and Hitachi
15 Electronic Devices (USA), Inc. (collectively "Stipulating Defendants") on December 10, 2010;
16      WHEREAS, Circuit City Trust and all Stipulating Defendants except Chunghwa Picture Tubes,
17 Ltd. and Tatung Company of America entered into a Stipulation of Extension of Time to Respond to
18 Complaint and Waiver of Service dated February 2, 2011, which provided that those defendants thereto
19 would accept service of the Complaint filed by Circuit City Trust and would have ninety (90) days in
20 which to respond to the Complaint (the "Initial Stipulation"). The Initial Stipulation was entered by the
21 Court on February 4, 2011 (Document 2410 in 3:07-md-01827).
22      WHEREAS, Circuit City Trust and Tatung Company of America entered into a Stipulation of
23 Extension of Time for Defendant Tatung Company of America to Respond to Complaint dated February
24 23, 2011, which provided that Tatung would have the same time period as provided in the Initial
25 Stipulation in which to respond to the Complaint filed by Circuit City Trust (the "Tatung Stipulation").
26 The Tatung Stipulation was entered by the Court on February 23, 2011 (Document 18 in 3:10-cv-
27 05625).
28

WHEREAS, on March 24, 2011, the Court entered an Order Granting Plaintiff's Motion for Order to Serve Defendant Chunghwa Picture Tubes Through Its U.S. Counsel (Document 2584 in 3:07-md-01827). Following that order, Circuit City Trust entered into a Stipulation of Extension of Time for Defendant Chunghwa Picture Tubes to Respond to Complaint dated March 25, 2011, which provided that Chunghwa would have the same time period as provided in the Initial Stipulation in which to respond to the Complaint filed by Circuit City Trust (the "Chunghwa Stipulation"). The Chunghwa Stipulation was entered by the Court on March 28, 2011 (Document 26 in 3:10-cv-05625).

WHEREAS, on May 5, 2011 Circuit City Trust filed its Amended Complaint, and defendants filed a Motion to Dismiss on June 6, 2011.

WHEREAS, Circuit City Trust desires to file a Second Amended Complaint.

WHEREAS, in order to avoid potentially redundant motion practice, briefing and/or responsive pleadings, Circuit City Trust and Stipulating Defendants agree and so stipulate that the Second Amended Complaint should be filed and the Stipulating Defendants should have thirty (30) days from the date on which it is filed to move to dismiss, answer or otherwise respond to the Second Amended Complaint. Circuit City Trust and the Stipulating Defendants believe that proceeding in this way will create efficiency for the Court and all parties.

THEREFORE, Circuit City Trust and Stipulating Defendants hereby agree:

1. The Circuit City Trustee may file a Second Amended Complaint on or before June 27, 2011;

2. The pending Motion to Dismiss will be withdrawn; and

3. Defendants will have thirty (30) days from the date on which the Second Amended Complaint is filed and accepted for filing by the Court in which to move to dismiss, answer or otherwise respond to the Amended Complaint, with an Opposition to be filed 14 days after the filing and service of the Motion, with a Reply to be filed 10 days after the filing and service of the Opposition.

Plaintiff and Stipulating Defendants further and jointly respectfully request that the Court enter this stipulation as an order.

///

///

| | |
|---|---|
| SO STIPULATED: | NOSSAMAN LLP |
| Dated: June 22, 2011 | |
| | By: s/Christopher A. Nedeau |
| | Christopher A. Nedeau |
| | |
| | Christopher A. Nedeau (Bar No. 81297) |
| | 50 California Street, 34th Floor |
| | San Francisco, CA 94111 |
| | Tel: (415) 398-3600 |
| | Fax: (415) 398-2438 |
| | |
| | Attorneys for Defendants |
| | AU OPTRONICS CORPORATION AND |
| | AU OPTRONICS CORPORATION |
| | AMERICA |
| | |
| | SUSMAN GODFREY L.L.P. |
| | |
| | By: s/Kenneth S. Marks |
| | Kenneth S. Marks |
| | |
| | Kenneth S. Marks (*PRO HAC VICE*) |
| | 1000 Louisiana Street, Suite 5100 |
| | Houston, Texas 77002 |
| | (713) 653-7854  (Direct) |
| | (713) 654-3381  (Fax) |
| | |
| | Attorneys for Plaintiff ALFRED H. SIEGEL, |
| | AS TRUSTEE OF THE CIRCUIT CITY |
| | STORES, INC. LIQUIDATING TRUST |

DAVIS POLK & WARDWELL LLP


By:   s/Christopher B. Hockett
      Christopher B. Hockett

Christopher B. Hockett (Bar No. 121539)
Neal A. Potischman (Bar No. 254862)
Sandra West (Bar No. 250389)
Samantha H. Knox (Bar No. 254427)
1600 El Camino Real
Menlo Park, California 94025
(650) 752-2000 / (650) 752-2111

Attorneys for Defendants
CHI MEI OPTOELECTRONICS CORP.
(sued as CHIMEI INNOLUX CORP.),
CMO JAPAN CO., LTD., and CHI MEI
OPTOELECTRONICS USA, INC.


GIBSON, DUNN & CRUTCHER LLP


By:  s/Rachel S. Brass
    Rachel S. Brass

Rachel S. Brass (Bar No. 219301)
555 Mission Street
San Francisco, CA 94105-2933
Tel: (415) 393-8200
Fax: (415) 393-8306

Attorneys for DefendantS
CHUNGHWA PICTURE TUBES, LTD.
and TATUNG COMPANY OF
AMERICA, INC.

MORRISON & FOERSTER LLP

By: s/Stephen P. Freccero
    Stephen P. Freccero

    Melvin R. Goldman (Bar No. 34097))
    Stephen P. Freccero (Bar No. 131093)
    Derek F. Foran (Bar No. 224569)
    425 Market Street
    San Francisco, CA  94105-2482
    Tel:  (415) 268-7000
    Fax:  (415) 268-7522

    Attorneys for Defendants
    EPSON IMAGING DEVICES
    CORPORATION AND EPSON
    ELECTRONICS AMERICA, INC.


K&L GATES LLP


By: s/Hugh F. Bangasser
    Hugh F. Bangasser

    Hugh F. Bangasser, (*Pro Hac Vice*)
    Ramona M. Emerson, (*Pro Hac Vice*)
    Christopher M. Wyant, (*Pro Hac Vice*)
    Jeffrey L. Bornstein, Bar No. 99358
    925 Fourth Avenue, Suite 290
    Seattle, WA  98104
    Tel: (206) 623-7580
    Fax: (206) 623-7022

    Attorneys for Defendants HANNSTAR
    DISPLAY CORPORATION

| | |
|---|---|
| 1 | |
| 2 | MORGAN, LEWIS & BOCKIUS LLP |
| 3 | By: s/Kent M. Roger |
| 4 | Kent M. Roger |
| 5 | Kent M. Roger (Bar No. 95987)<br>One Market, Spear Street Tower |
| 6 | San Francisco, CA 94105<br>Tel: (415) 442-1140 |
| 7 | Fax: (415) 442-1001 |
| 8 | Attorneys for Defendants<br>HITACHI, LTD., HITACHI DISPLAYS, |
| 9 | LTD., HITACHI ELECTRONIC<br>DEVICES (USA), INC. |
| 10 | |
| 11 | CLEARY GOTTLIEB STEEN &<br>HAMILTON LLP |
| 12 | |
| 13 | By: s/Michael R. Lazerwitz |
| 14 | Michael R. Lazerwitz |
| 15 | Michael R. Lazerwitz (*Pro Hac Vice*)<br>2000 Pennsylvania Avenue, NW |
| 16 | Washington, D.C. 20006<br>Tel: (202) 974-1500 |
| 17 | Fax: (202) 974-1999 |
| 18 | Attorneys for Defendants<br>LG DISPLAY CO., LTD., and LG |
| 19 | DISPLAY AMERICA, INC. |
| 20 | COVINGTON & BURLING LLP |
| 21 | |
| 22 | By: s/Timothy C. Hester |
| 23 | Timothy C. Hester |
| 24 | Timothy C. Hester, (*Pro Hac Vice*)<br>1201 Pennsylvania Avenue, N.W. |
| 25 | Washington, D.C. 20006<br>Tel: (202) 662-6000 |
| 26 | Fax: (202) 662-6291 |
| 27 | Attorneys for Defendants<br>SAMSUNG ELECTRONICS AMERICA,<br>INC., SAMSUNG SEMICONDUCTOR, |
| 28 | INC., and SAMSUNG ELECTRONICS<br>CO., LTD. |

PILLSBURY WINTHROP SHAW PITTMAN LLP


By  s/John M. Grenfell
John M. Grenfell

John M. Grenfell (State Bar No. 88500)
50 Fremont Street
San Francisco, CA 94105
Tel: (415) 983-1000
Fax: (415) 983-1200

Attorneys for Defendants
SHARP CORPORATION AND SHARP ELECTRONICS CORPORATION


WHITE & CASE LLP


By:  s/John H. Chung
John H. Chung

John H. Chung, (*Pro Hac Vice*)
1155 Avenue of the Americas
New York, NY  10036
Tel:  (212) 819-8200
Fax:  (212) 354-8113

Attorneys for Defendants
TOSHIBA CORPORATION, TOSHIBA MOBILE DISPLAY TECHNOLOGY CO., LTD., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.

**IT IS SO ORDERED.**

Dated Entered:       6/22/11

*[signature]*

The Honorable Susan Y. Illston
District Court Judge