```
 1  Michael R. Lazerwitz (PRO HAC VICE)
    Jeremy J. Calsyn (State Bar No. 205062)
 2  Lee F. Berger (State Bar No. 222756)
    CLEARY GOTTLIEB STEEN & HAMILTON LLP
 3  2000 Pennsylvania Ave., NW
    Washington, DC 20006
 4  (202) 974-1500 (Phone)
    (202) 974-1999 (Facsimile)
 5  mlazerwitz@cgsh.com

 6  Counsel for Defendants
    LG DISPLAY CO., LTD.
 7  LG DISPLAY AMERICA, INC.

 8  Derek G. Howard (State Bar No. 118082)
    MINAMI TAMAKI LLP
 9  360 Post Street, 8th Floor
    San Francisco, CA 94108
10  (415)788-9000 (Phone)
    (415)398-3887 (Facsimile)
11  dhoward@minamitamaki.com

12  Counsel for Indirect Purchaser Plaintiffs
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | CASE NO. 3:07-md-1827 SI, MQ<br>MDL NO. 1827 |
| This Document Relates to the Indirect Purchaser Cases | STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER |

The undersigned counsel, on behalf of their respective clients Indirect Purchaser Class Plaintiffs ("plaintiffs") on the one hand and LG Display Co., Ltd. and LG Display America, Inc. ("LG Display") on the other hand, respectfully request that the following order be entered to set the timing of the parties' respective responses, oppositions, and replies with regard to the hearing on the plaintiffs' objection to the Special Master's order denying plaintiffs' motion to compel additional testimony from Bock Kwon.

WHEREAS plaintiffs noticed a hearing in the above-captioned case for July 15, 2011 regarding their Objection to Order of Special Master Denying Plaintiffs' Motion for an Additional Half-Day Deposition of Bock Kwon;

WHEREAS counsel for LG Display is unable to attend a hearing on July 15, 2011, and plaintiffs have agreed to reschedule the hearing as an accommodate to the LG Display's counsel and that a hearing on July 29, 2011 is convenient for all parties; and

WHEREAS the parties agree to split the additional two weeks of time evenly between the parties for briefing purposes;

NOW, THEREFORE, the undersigned counsel, on behalf of their respective clients, hereby stipulate and agree as follows:

1. Defendants' opposition shall be due on or before July 1, 2011.
2. Plaintiffs' reply shall be due July 15, 2011.
3. This matter shall be heard at 9 a.m. on July 29, 2011, when other matters are scheduled for hearing in the above-captioned case.
4. Except as set forth above, all Local Rules shall remain in effect with respect to the briefing on the motions.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: June 12, 2011

*Counsel for Indirect Purchaser Plaintiffs*   By:   /s/ Derek G. Howard
                                                     Derek G. Howard
                                                     MINAMI TAMAKI LLP
                                                     360 Post Street, 8th Floor
                                                     San Francisco, CA 94108
                                                     (415)788-9000 (Phone)
                                                     (415)398-3887 (Facsimile)

*Counsel for Defendants LG Display Co., Ltd.*    By:    /s/ Michael R. Lazerwitz
*and LG Display America, Inc.,*                Michael R. Lazerwitz *(pro hac vice)*
Jeremy J. Calsyn (State Bar No. 205062)
Lee F. Berger (State Bar No. 222756)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Ave., NW
Washington, DC 20006
(202) 974-1500 (Phone)
(202) 974-1999 (Facsimile)

<u>Attestation</u>: The filer of this document attests that the concurrence of the signatories thereto has been obtained.

Having considered the foregoing stipulation, and good cause appearing,

**IT IS SO ORDERED**

*(signature)*
_____
Judge Susan Illston

6/22/11
_____
Date Entered