| | |
|---|---|
| 1 | MELVIN R. GOLDMAN (CA SBN 34097) |
| | MGoldman@mofo.com |
| 2 | STEPHEN P. FRECCERO (CA SBN 131093) |
| | SFreccero@mofo.com |
| 3 | DEREK F. FORAN (CA SBN 224569) |
| | DForan@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 5 | San Francisco, California  94105-2482 |
| | Telephone: 415.268.7000 |
| 6 | Facsimile: 415.268.7522 |

Attorneys for Defendants
EPSON IMAGING DEVICES CORPORATION
and EPSON ELECTRONICS AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. M:07-1827 SI<br>MDL No. 1827 |
| This Document Relates to:<br>Individual Case No. 10 CV 5577 SI | **STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING** |
| HEWLETT-PACKARD COMPANY,<br><br>            Plaintiff,<br><br>      v.<br><br>EPSON IMAGING DEVICES CORPORATION and EPSON ELECTRONICS AMERICA, INC.<br><br>            Defendants. | Individual Case No. 10 CV 5577 SI<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SCHEDULING** |

    WHEREAS, plaintiff Hewlett-Packard Company ("HP") filed the above captioned lawsuit on December 6, 2010 in United States District Court, Northern District of California;

    WHEREAS, on March 31, 2011, the Court entered a stipulated order waiving service of the Complaint for Defendants and extending the time within which the Defendants must move against, answer, or otherwise respond to HP's Complaint to June 28, 2011 (see Dkt No. 18);

WHEREAS, the parties have agreed, pursuant to Civil L.R. 6-1(a), to extend the time within which the Defendants must move against, answer or otherwise response to HP's Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, HP, on the one hand, and Defendants on the other hand, as follows:

1. Defendants will have until August 12, 2011, to move against, answer or otherwise respond to HP's Complaint.

2. If HP files an Amended Complaint before August 12, 2011, Defendants will have 45 days from the date the Amended Complaint is filed in the ECF to move against, answer or otherwise respond to the Amended Complaint.

3. Entering into this stipulation does not effect a waiver of any defense under Federal Rule of Civil Procedure 12. This stipulation does not constitute a waiver of any challenge to personal jurisdiction by either Defendant.

IT IS SO STIPULATED:            By:   /s/ Lester Houtz

Dated:  June 22, 2011

Fred Bartlit, Jr.
Mark E. Ferguson
Karma Giulianelli
Lester Houtz
Andre Pauka
Dan Brody
fred.barlit@bartlit-beck.com
karma.giulianelli@bartlit-beck.com
lester.houtz@bartlit-beck.com
andre.pauka@bartlit-beck.com
dan.brody@bartlit-beck.com
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
1899 Wynkoop Street, Suite 800
Denver, CO 80202
(303) 592-3100
(303) 592-3140 (Fax)

*Counsel for Plaintiff Hewlett-Packard Company*

|   |   |
|---|---|
| 1 | By:    /s/ Derek F. Foran |
| 2 | Melvin Goldman (CA SB NO. 34097) |
|   | Stephen P. Freccero (CA SB NO. 131093) |
|   | Derek F. Foran (CA SB NO. 224569) |
|   | mgoldman@mofo.com |
|   | sfreccero@mofo.com |
|   | dforan@mofo.com |
|   | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
|   | San Francisco, California 94105-2482 |
|   | (415) 268-7000 |
|   | (415) 268-7522 (Fax) |
|   | |
|   | *Counsel for Defendants Epson Imaging Devices Corporation and Epson Electronics America, Inc.* |

Attestation: The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

**IT IS SO ORDERED.**

6/23/11

_____
Hon. Susan Illston
United States District Judge