| | |
|---|---|
| 1 | William A. Isaacson (admitted *pro hac vice*) |
| | BOIES, SCHILLER & FLEXNER LLP |
| 2 | 5301 Wisconsin Ave. NW, Suite 800 |
| | Washington, D.C.  20015 |
| 3 | Telephone:  (202) 237-2727 |
| | Facsimile:   (202) 237-6131 |
| 4 | Email:  wisaacson@bsfllp.com |
| 5 | Philip J. Iovieno (admitted *pro hac vice*) |
| | BOIES, SCHILLER & FLEXNER LLP |
| 6 | 10 North Pearl Street, 4th Floor |
| | Albany, NY  12207 |
| 7 | Telephone:  (518) 434-0600 |
| | Facsimile:   (518) 434-0665 |
| 8 | Email: piovieno@bsfllp.com |
| 9 | Counsel for Plaintiffs |
| | ELECTROGRAPH SYSTEMS, INC. and |
| 10 | ELECTROGRAPH TECHNOLOGIES CORP. |
| 11 | [Additional Counsel on Signature Line] |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-01827-SI (N.D. Cal.) Case No. 3:10-cv-00117-SI (N.D. Cal.) MDL No. 1827 |
| This Document Relates To Individual Case No. 3:10-cv-00117-SI (N.D. Cal.) ELECTROGRAPH SYSTEMS, INC.; ELECTROGRAPH TECHNOLOGIES CORP., Plaintiffs, vs. EPSON IMAGING DEVICES CORPORATION, et al., Defendants. | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO MITSUI MOTION FOR JUDGMENT ON THE PLEADINGS AND FOR DISMISSAL AND TO REPLY IN SUPPORT OF SAME** |

1  Plaintiffs Electrograph Systems, Inc. and Electrograph Technologies Corp. (collectively, "Electrograph") and Defendant Mitsui & Co (Taiwan), Ltd. ("Mitsui"), through the undersigned counsel, request that the Court enter the following order to extend Electrograph's time to respond to Mitsui's Motion for Judgment on the Pleadings and for Dismissal and Mitsui's time to reply in support thereof.

WHEREAS Mitsui filed a Motion for Judgment on the Pleadings and for Dismissal ("Motion") on June 9, 2011 (MDL Dkt #2892);

WHEREAS the parties agree that Electrograph may have until July 8, 2011 to oppose or otherwise respond to the Motion and Mitsui may have until July 29, 2011 to reply in support of the Motion;

THEREFORE, Electrograph and Mitsui, by the undersigned counsel, stipulate and agree as follows:

1. Electrograph's opposition to the Motion shall be due on or before July 8, 2011.

2. Mitsui's reply shall be due on or before July 29, 2011.

**IT IS SO STIPULATED.**

DATED: June 22, 2011                BOIES, SCHILLER & FLEXNER LLP

By:   /s/ Philip J. Iovieno

William A. Isaacson
**BOIES, SCHILLER & FLEXNER LLP**
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

Philip J. Iovieno
**BOIES, SCHILLER & FLEXNER LLP**
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com

*Attorneys for Plaintiffs*
*Electrograph Systems, Inc. and*
*Electrograph Technologies Corp*

|   |   |
|---|---|
| 1 |   |
| 2 | /s/ Paul P. Eyre |
|   | Paul P. Eyre |
| 3 | Ernest E. Vargo |
|   | Michael E. Mumford |
| 4 | BAKER & HOSTETLER LLP |
|   | PNC Center |
| 5 | 1900 East Ninth Street, Suite 3200 |
|   | Cleveland, OH 44114-3482 |
| 6 | Telephone: (216) 621-0200 |
| 7 | Facsimile: (216) 696-0740 |
|   | peyre@bakerlaw.com |
| 8 | evargo@bakerlaw.com |
|   | mmumford@bakerlaw.com |
| 9 |   |
|   | Tracy Cole |
| 10 | BAKER & HOSTETLER LLP |
| 11 | 45 Rockefeller Plaza |
|   | New York, NY 10111 |
| 12 | Telephone: (212) 589-4210 |
|   | Facsimile: (212) 589-4201 |
| 13 | tcole@bakerlaw.com |

*Attorneys for Defendant Mitsui & Co. (Taiwan), Ltd.*

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from the stipulating defendant.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____6/22/11_____    _____/s/ Susan Illston_____
Hon. Susan Y. Illston
United States District Judge

# CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the foregoing document was electronically served upon the parties and counsel of record through the Court's ECF system on June 22, 2011

Dated: June 22, 2011                         /s/ Philip J. Iovieno
                                                    Philip J. Iovieno

*Attorney for Plaintiffs*
*Electrograph Systems, Inc. and*
*Electrograph Technologies Corp.*