IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates to<br>Case Nos. 3:07-MD-1827 and 3:11-CV-711<br><br>---<br><br>STATE OF NEW YORK<br>by and through ERIC T. SCHNEIDERMAN, Attorney General<br><br>Plaintiff,<br><br>v.<br><br>AU OPTRONICS CORPORATION, et al.,<br><br>Defendants. | MASTER FILE NO. 07-md-1827-SI<br>MDL File No. 1827<br><br>CASE NO. 3:11-CV-711-SI<br><br>[~~PROPOSED~~] ORDER GRANTING *EX PARTE* APPLICATION TO FILE DOCUMENT UNDER SEAL<br><br>[Civil Local Rule 79-5] |

Having considered the application regarding whether certain documents Plaintiff State of New York ("New York") lodged with the Court should be filed under seal pursuant to Civil Local Rules 7-10 and 79-5(d) and the Court's Standing Order, and good cause appearing, the application is hereby GRANTED.

IT IS HEREBY ORDERED THAT:

- New York's Brief in Opposition to Defendants' Motion to Dismiss Amended Complaint or in the Alternative to Stay in Part has been redacted and publicly filed. The redacted portions of New York's Memorandum in Opposition to Defendants' Motion to Dismiss Amended Complaint or in the Alternative to Stay in Part shall remain under seal; and,

- Exhibit B to the Declaration of John A. Ioannou in Support of New York's Opposition to Defendants' Motion to Dismiss Amended Complaint or in the Alternative to Stay in Part shall remain under seal.

IT IS FURTHER ORDERED that, to maintain the effect of the seal under Civil Local Rule 79-5, the parties, their counsel, and their declarants shall not publicly disseminate or discuss any of the sealed documents or their contents absent further order of the Court.

DATED: 7/1/11

SUSAN Y. ILLSTON
UNITED STATES DISTRICT COURT JUDGE