Michael P. Kenny (mike.kenny@alston.com)
Debra D. Bernstein (debra.bernstein@alston.com)
Rodney J. Ganske (rod.ganske@alston.com)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia  30309-3424
Telephone: (404) 881-7000
Facsimile:  (404) 881-7777

Steven D. Hemminger (SBN 110665)
steve.hemminger@alston.com
**ALSTON & BIRD LLP**
275 Middlefield Road
Suite 150
Menlo Park, CA 94025-4004
Telephone: (650) 838-2000
Facsimile:  (650) 838-2001

*Attorneys For Plaintiffs Dell Inc. and Dell Products L.P.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. M:07-1827 SI<br>MDL No. 1827 |
| This Document Relates to Individual Case No. 3:10-cv-01064 SI | |
| DELL INC. and DELL PRODUCTS L.P., | Individual Case No. 3:10-cv-01064 SI |
| Plaintiffs, | **[~~PROPOSED~~] ORDER REGARDING DELL'S MOTION TO AMEND COMPLAINT TO ADD THE CMO DEFENDANTS** |
| v. | |
| SHARP CORPORATION; SHARP ELECTRONICS CORPORATION; HITACHI DISPLAYS, LTD.; HITACHI ELECTRONIC DEVICES (USA), INC.; HITACHI, LTD.; EPSON IMAGING DEVICES CORPORATION; EPSON ELECTRONICS AMERICA, INC.; HANNSTAR DISPLAY CORPORATION; TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; TOSHIBA AMERICA INFORMATION SYSTEMS, INC.; TOSHIBA CORPORATION; and TOSHIBA MOBILE DISPLAY CO., LTD., | |
| Defendants. | |

The Court, having considered all papers filed and proceedings herein and good cause appearing, **HEREBY ORDERS** that:

(1) Plaintiffs Dell Inc.'s and Dell Products L.P.'s Motion for Leave to File the Proposed Second Amended Complaint is GRANTED as to the CMO Defendants;

(2) Plaintiffs Dell Inc. and Dell Products L.P. shall file their Second Amended Complaint following the Court's order on the Motion to Amend to add the AUO Defendants;

(3) CMO will have until 30 days following the filing of Dell's Second Amended Complaint to move against, answer or otherwise respond to the Complaint.

Dated: __July__ _6_, 2011.

_____
HONORABLE SUSAN ILLSTON
U.S. District Court Judge