**Michael E. Haglund** OSB No. 772030
email: mhaglund@hk-law.com
**Michael K. Kelley** OSB No. 853782
email: kelley@hk-law.com
**Shay S. Scott** OSB No. 934214
email: sscott@hk-law.com
HAGLUND KELLEY HORNGREN JONES & WILDER LLP
200 SW Market Street, Suite 1777
Portland, Oregon 97201
Phone: (503) 225-0777
Facsimile: (503) 225-1257

Oregon Special Assistant Attorneys General

**RECEIVED**

JUL - 8 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE TFT-LCD (FLAT PANEL) ANTITRUST** | Master File No. 3:07-md-1827 SI<br><br>MDL No. 1827<br><br>[~~PROPOSED~~] **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |

      Shay S. Scott, an active member in good standing of the bar of the State of Oregon whose

business address and telephone number is:

      200 SW Market Street, Suite 1777
      Portland, OR 97201
      Telephone: (503) 225-0777
      Facsimile: (503) 225-1257

Having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing the State of Oregon

PAGE 1 – ORDER APPROVING APPLICATION FOR
ADMISSION PRO HAC VICE

HAGLUND KELLEY HORNGREN JONES & WILDER LLP
ATTORNEYS AT LAW
200 SW MARKET STREET, SUITE 1777
PORTLAND, OR 97201

0000011729H073 PLCA20

IT IS HEREBY ORDERED that the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

DATED this __13day of July, 2011.

_____
United States District Court Judge

PAGE 2 – ORDER APPROVING APPLICATION FOR ADMISSION PRO HAC VICE

HAGLUND KELLEY HORNGREN JONES & WILDER LLP
ATTORNEYS AT LAW
200 SW MARKET STREET, SUITE 1777
PORTLAND, OR 97201

0000011729H073 PLCA20