Jason C. Murray (CA Bar No. 169806)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone:  213-443-5582
Facsimile:  213-622-2690
Email: jmurray@crowell.com

Jeffrey H. Howard (*pro hac vice*)
Jerome A. Murphy (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  202-624-2500
Facsimile:  202-628-5116
Email:  jhoward@crowell.com
        jmurphy@crowell.com

*Attorneys for Plaintiffs Target Corporation; Sears, Roebuck and Co.; Kmart Corporation; Old Comp Inc.; Good Guys, Inc.; RadioShack Corporation; and Newegg Inc.*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates to Individual Case No. 10-cv-04945-SI<br><br>TARGET CORPORATION, et al.,<br><br>                    Plaintiffs,<br><br>           v.<br><br>AU OPTRONICS CORPORATION, et al.,<br><br>                    Defendants. | Case No. 10-cv-04945-SI<br>_____<br><br>Master File No. 07-md-1827-SI<br><br>MDL No. 1827<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER ON BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS** |

1  The undersigned counsel, on behalf of their respective clients, hereby respectfully request
2  an extension to the briefing schedule in connection with Defendants' Joint Notice of and Motion
3  to Dismiss Plaintiffs' First Amended Complaint for Damages and Injunctive Relief (the "Motion
4  to Dismiss") filed in the above-captioned litigation.
5  WHEREAS Defendants filed their Motion to Dismiss on July 5, 2011 with a
6  hearing date of August 26, 2011;
7  WHEREAS Plaintiffs' opposition to Defendants' Motion to Dismiss is currently
8  due on or before July 19, 2011;
9  WHEREAS Defendants' reply to Plaintiffs' opposition is currently due on or
10  before July 26, 2011; and
11  WHEREAS Plaintiffs and Defendants agree that both sides, and the Court, will
12  benefit from additional time to brief the issues raised in Defendants' Motion to Dismiss.
13  THEREFORE, Plaintiffs and Defendants, by their respective counsel, stipulate
14  and agree as follows:
15  1.  The deadline for Plaintiffs to file their opposition to Defendants' Motion
16  to Dismiss is extended by seven (7) days to July 26, 2011; and
17  2.  The deadline for Defendants to file any reply to Plaintiffs' opposition is
18  extended by seven (7) days to August 9, 2011.
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

**IT IS SO STIPULATED**.

Dated:  July 12, 2011            Respectfully submitted,


By:     /s/ Jerome A.Murphy_____
        Jerome A. Murphy (*pro hac vice*)

Jason C. Murray (CA Bar No. 169806)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA  90071
Telephone:  213-443-5582
Facsimile:  213-622-2690
Email: jmurray@crowell.com

Jeffrey H. Howard (*pro hac vice)*
Jerome A. Murphy (*pro hac vice)*
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  202-624-2500
Facsimile:  202-628-5116
Email:  jhoward@crowell.com
        jmurphy@crowell.com

Kenneth L. Adams (*pro hac vice*)
R. Bruce Holcomb (*pro hac vice*)
Christopher T. Leonardo (*pro hac vice*)
Christopher H. Wood (*pro hac vice*)
ADAMS HOLCOMB LLP
1875 Eye Street NW
Washington, DC 20006
Telephone:  202-580-8822
Email:  adams@adamsholcomb.com
        holcomb@adamsholcomb.com
        leonardo@adamsholcomb.com
        wood@adamsholcomb.com

*Attorneys for Plaintiffs Target Corporation; Sears, Roebuck and Co.; Kmart Corporation; Old Comp Inc.; Good Guys, Inc.; RadioShack Corporation; and Newegg Inc.*

1
2
3              DAVIS POLK & WARDWELL LLP
4
5              By:    /s/ Christopher B. Hockett
                      Christopher B. Hockett (SBN 121539)
6              Christopher B. Hockett (SBN 121539)
               Neal A. Potischman (SBN 254862)
7              Sandra D. West (SBN 250389)
               Samantha H. Knox (SBN 254427)
8              1600 El Camino Real
9              Menlo Park, California 94025
               (650) 752-2000 / (650) 752-2111
10             chris.hockett@davispolk.com
               neal.potischman@davispolk.com
11             sandra.west@davispolk.com
               samantha.knox@davispolk.com
12
13             Jonathan D. Martin (admitted *pro hac vice*)
               Bradley R. Hansen (admitted *pro hac vice*)
14             DAVIS POLK & WARDWELL LLP
               450 Lexington Avenue
15             New York, New York 10017
               (212) 450-4000 / (212) 701-5800
16             jonathan.martin@davispolk.com
               bradley.hansen@davispolk.com
17
18             *Attorneys for Defendants Chi Mei Corporation,*
               *Chimei Innolux Corporation (f/k/a Chi Mei*
19             *Optoelectronics Corp.), Chi Mei Optoelectronics*
               *USA, Inc., CMO Japan Co., Ltd., Nexgen*
20             *Mediatech, Inc. and Nexgen Mediatech USA, Inc.*
21
22
23
24
25
26
27
28

1
2              NOSSAMAN LLP
3
4              By:   /s/ Christopher A. Nedeau
5                    Christopher A. Nedeau (SBN 81297)
6              Christopher A. Nedeau (SBN 81297)
               Carl L. Blumenstein (SBN 124158)
7              Allison M. Dibley (SBN 213104)
               50 California Street, 34th Floor
8              San Francisco, California 94111
               (415) 398-3600 / (415) 398-2438
9              cnedeau@nossaman.com
               cblumenstein@nossaman.com
10             adibley@nossaman.com
11
               *Attorneys for Defendants AU Optronics*
12             *Corporation and AU Optronics Corporation*
               *America*
13
               GIBSON, DUNN & CRUTCHER LLP
14
15
16             By:   /s/ Rachel S. Brass
                     Rachel S. Brass (SBN 219301)
17
               Joel S. Sanders (SBN 107234)
18             Rachel S. Brass (SBN219301)
               Rebecca Justice Lazarus (SBN227330)
19             555 Mission Street, Suite 3000
               San Francisco, California 94105
20             (415) 393-8200 / (415) 393-8306
               jsanders@gibsondunn.com
21             rbrass@gibsondunn.com
               rjustice@gibsondunn.com
22
23             *Attorneys for Defendants Chunghwa Picture Tubes,*
               *Ltd., and Tatung Company of America*
24
25
26
27
28

MORRISON & FOERSTER LLP


By:  /s/ Stephen P. Freccero
      Stephen P. Freccero (SBN 131093)

Melvin R. Goldman (SBN 34097)
Stephen P. Freccero (SBN 131093)
Derek F. Foran (SBN 224569)
425 Market Street
San Francisco, California 94105
(415) 268-7000 / (415) 268-7522
mgoldman@mofo.com
sfreccero@mofo.com
dforan@mofo.com

*Attorneys for Defendants Epson Imaging Devices Corporation and Epson Electronics America, Inc.*

K&L GATES LLP


By:  /s/ Ramona M. Emerson
      Ramona M. Emerson (*pro hac vice*)

Hugh F. Bangasser (*pro hac vice*)
Ramona M. Emerson (*pro hac vice*)
Christopher M. Wyant (*pro hac vice*)
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104
(206) 623-7580 / (206) 623-7022
hugh.bangasser@klgates.com
ramona.emerson@klgates.com
chris.wyant@klgates.com

Jeffery L. Bornstein (SBN 99358)
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, California 94111
(415) 249-1059 / (415) 882-8200
jeff.bornstein@klgates.com

*Attorneys for Defendant HannStar Display Corporation*

| | |
|---|---|
| 1 | |
| 2 | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| 3 | |
| 4 | |
| 5 | By:  /s/ Michael R. Lazerwitz  <br>         Michael R. Lazerwitz (*pro hac vice*) |
| 6 | Michael R. Lazerwitz (*pro hac vice*) |
| 7 | Jeremy J. Calsyn (SBN 205062) <br> Lee F. Berger (SBN 222756) |
| 8 | 2000 Pennsylvania Avenue NW <br> Washington, D.C. 20006 |
| 9 | (202) 974-1500 / (202) 974-1999 |
| 10 | mlazerwitz@cgsh.com <br> jcalsyn@cgsh.com |
| 11 | lberger@cgsh.com |
| 12 | *Attorneys for Defendants LG Display Co., Ltd., and LG Display America, Inc.* |
| 13 | |
| 14 | COVINGTON & BURLING LLP |
| 15 | |
| 16 | By:  /s/ Robert D. Wick  <br>         Robert D. Wick (*pro hac vice*) |
| 17 | |
| 18 | Robert D. Wick (*pro hac vice*) <br> Neil K. Roman (*pro hac vice*) |
| 19 | Theodore P. Metzler (*pro hac vice*) <br> COVINGTON & BURLING LLP |
| 20 | 1201 Pennsylvania Ave. NW <br> Washington, D.C. 20004 |
| 21 | (202) 662-6000 <br> rwick@cov.com |
| 22 | |
| 23 | *Attorneys for Defendants Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., and Samsung* |
| 24 | *Electronics America, Inc.* |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1
2  PILLSBURY WINTHROP SHAW PITTMAN LLP
3
4  By:   /s/ Jacob R. Sorensen
5           Jacob R. Sorensen (SBN 209134)

6  John M. Grenfell (SBN 88500)
   Jacob R. Sorensen (SBN 209134)
7  Fusae Nara (*pro hac vice*)
   Andrew D. Lanphere (SBN 191479)
8  50 Fremont Street
   San Francisco, California  94105
9  (415) 983-1000 / (415) 983-1200
   john.grenfell@pillsburylaw.com
10 jake.sorensen@pillsburylaw.com
   fusae.nara@pillsburylaw.com
11 andrew.lanphere@pillsburylaw.com

12
   *Attorneys for Defendants Sharp Corporation and*
13 *Sharp Electronics Corporation*

14 WHITE & CASE LLP

15

16
   By:   /s/ John H. Chung
17          John H. Chung (*pro hac vice*)

18 John H. Chung (*pro hac vice*)
   1155 Avenue of the Americas
19 New York, New York 10036
   (212) 819-8200 / (212) 354-8113
20 jchung@whitecase.com

21 Christopher M. Curran (*pro hac vice*)
   Kristen J. McAhren (*pro hac vice*)
22 WHITE & CASE LLP
   701 Thirteenth Street, NW
23 Washington, D.C. 20005
   (202) 626-3600 / (202) 639-9355
24 ccurran@whitecase.com
25 kmcahren@whitecase.com

26
   *Attorneys for Defendants Toshiba America*
27 *Electronic Components, Inc., Toshiba Corporation,*
   *Toshiba Mobile Display Co., Ltd., and Toshiba*
28 *America Information Systems, Inc.*

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from Jerome A. Murphy, Christopher B. Hockett, Christopher A. Nedeau, Rachel S. Brass, Stephen P. Freccero, Ramona M. Emerson, Michael R. Lazerwitz, Robert D. Wick, Jacob R. Sorensen, and John H. Chung.

Having considered the foregoing stipulation, and good cause appearing,

**IT IS SO ORDERED.**

Dated: July  13 , 2011

_____

Judge Susan Illston