1  R. SCOTT PALMER  (Scott.Palmer@myfloridalegal.com)
   LIZABETH A. BRADY (Liz.Brady@myfloridalegal.com)
2  NICHOLAS J. WEILHAMMER (Nicholas.Weilhammer@myfloridalegal.com)
   ELI FRIEDMAN (Eli.Friedman@myfloridalegal.com)
3  Office of the Attorney General
   State of Florida
4  PL-01, The Capitol
   Tallahassee, FL 32399-1050
5  Tel:    (850) 414-3300
   Fax:    (850) 488-9134
6  Attorneys for Plaintiff State of Florida

7

8                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
9                        SAN FRANCISCO DIVISION

10

11  IN RE: TFT-LCD (FLAT PANEL)            Master File No. 3:07-md-1827 SI
    ANTITRUST LITIGATION                   MDL No. 1827
12  ─────────────────────────────
13  This Document Relates To:              **AMENDED STIPULATION AND
                                           [~~PROPOSED~~] ORDER REGARDING TIME
14  No. 3:10-cv-03517-SI                   TO RESPOND IN FLORIDA ACTION AND
                                           AMENDED NOTICE OF HEARING**
15  STATE OF FLORIDA, *et al.*,

16          Plaintiffs,

17      v.

18  AU OPTRONICS CORPORATION, *et al.*,

19          Defendants.

20

21      WHEREAS, on April 13, 2011, the Florida Attorney General ("Florida") filed an

22  Amended Complaint in the above-captioned case (Dkt. No. 2652);

23      WHEREAS, Defendants' responses to the Amended Complaint were originally due May

24  2, 2011;

25      WHEREAS, Defendants requested and Florida agreed to additional time for Defendants to

26  respond to the Amended Complaint;

27      WHEREAS, on May 2, 2011, this Court entered an Order extending the time for

28  Defendants to respond to the Amended Complaint to May 16, 2011;

AMENDED STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO RESPOND IN FLORIDA ACTION
Case No.: 07-1827 SI; 2010-CV-3517 SI

1

1    WHEREAS, on May 17, 2011, this Court entered an Order Regarding Time to Respond in
2    Florida Action;
3    WHEREAS, the parties have agreed that an orderly schedule for the response to the
4    Amended Complaint would be the most efficient for the parties and for the Court;
5    THEREFORE, Florida and Defendants hereby agree that:
6    1.    The briefing schedule for responses to the Amended Complaint shall be as
7           follows:
8           (a)    Florida's response to Defendants' Joint Notice of Motion and Motion to
9                  Dismiss the State of Florida's Amended Complaint and Request for
10                 Judicial Notice in Support of Defendants' Joint Motion to Dismiss shall be
11                 due July 15, 2011.
12          (b)    Defendants' reply shall be due August 5, 2011.
13          (c)    The hearing on Defendants' Joint Motion to Dismiss the State of Florida's
14                 Amended Complaint is noticed for and shall be on September 16, 2011, or
15                 at such other time as convenient for the Court.
16   2.    Except as set forth above, all Federal and Local Rules shall remain in effect with
17          respect to the pleadings and the briefing on motions.  Entering into this stipulation does
18          not constitute a waiver of any defense, including under Federal Rule of Civil
19          Procedure 12.
20   3.    The parties respectfully request the Court to enter this stipulation as an order.
21
22   **IT IS SO STIPULATED.**
23   DATED:    July 11, 2011
24
25
26
27
28

AMENDED STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO RESPOND IN FLORIDA ACTION
Case No.: 07-1827 SI; 2010-CV-3517 SI

2

OFFICE OF THE ATTORNEY GENERAL OF
THE STATE OF FLORIDA


By  /s/ Nicholas J. Weilhammer
    Nicholas J. Weilhammer

Nicholas J. Weilhammer (*pro hac vice*)
Assistant Attorney General
PL-01, The Capitol
Tallahassee, FL  32399-1050
Tel:  (850) 414-3300
Fax: (850 488-9134

Attorneys for Plaintiff
STATE OF FLORIDA


NOSSAMAN LLP


By  /s/ Christopher A. Nedeau
    Christopher A. Nedeau

Christopher A. Nedeau (State Bar No. 81297)
50 California Street, 34th Floor
San Francisco, CA  94111
Tel:  (415) 398-3600
Fax: (415) 398-2438

Attorneys for Defendants
AU OPTRONICS CORPORATION AND AU
OPTRONICS CORPORATION AMERICA

AMENDED STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO RESPOND IN FLORIDA ACTION
Case No.: 07-1827 SI; 2010-CV-3517 SI

3

1
2           K&L GATES LLP
3
4           By ____/s/ Ramona M. Emerson_____
               Ramona M. Emerson
5
               Hugh F. Bangasser (*pro hac vice*)
               Ramona M. Emerson (*pro hac vice*)
6              Christopher M. Wyant (*pro hac vice*)
               925 Fourth Avenue, Suite 290
7              Seattle, WA  98104
               Tel:  (206) 623-7580
8              Fax: (206) 623-7022

9              Attorneys for Defendants
               HANNSTAR DISPLAY CORPORATION
10

11          CLEARY GOTTLIEB STEEN & HAMILTON
            LLP
12

13
            By ____/s/ Michael R. Lazerwitz_____
14             Michael R. Lazerwitz

15             Michael R. Lazerwitz (*pro hac vice*)
               Lee F. Berger (State Bar No. 222756)
16             2000 Pennsylvania Avenue, NW
               Washington, D.C.  20006
17             Tel:  (202) 974-1500
               Fax: (202) 974-1999
18
               Attorneys for Defendants
19             LG DISPLAY CO., LTD. AND LG DISPLAY
               AMERICA, INC.
20
21
22
23
24
25
26
27
28

AMENDED STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO RESPOND IN FLORIDA ACTION
Case No.: 07-1827 SI; 2010-CV-3517 SI

4

COVINGTON & BURLING LLP

By    /s/ Timothy C. Hester
Timothy C. Hester

Timothy C. Hester (*pro hac vice*)
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel: (202) 662-6000
Fax: (202) 662-6291

Attorneys for Defendants
SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., AND SAMSUNG ELECTRONICS CO., LTD.

PILLSBURY WINTHROP SHAW PITTMAN LLP

By    /s/ John M. Grenfell
John M. Grenfell

John M. Grenfell (State Bar No. 88500)
50 Fremont Street
San Francisco, CA 94105
Tel: (415) 983-1000
Fax: (415) 983-1200

Attorneys for Defendants
SHARP CORPORATION AND SHARP ELECTRONICS CORPORATION

AMENDED STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO RESPOND IN FLORIDA ACTION
Case No.: 07-1827 SI; 2010-CV-3517 SI

5

| | |
|---|---|
| 1 | |
| 2 | WHITE & CASE LLP |
| 3 | |
| 4 | By ___/s/ John H. Chung_____<br>John H. Chung |
| 5 | John H. Chung (*pro hac vice*)<br>1155 Avenue of the Americas |
| 6 | New York, NY  10036<br>Tel:  (212) 819-8200 |
| 7 | Fax: (212) 354-8113 |
| 8 | Christopher M. Curran (*pro hac vice*)<br>Kristen J. McAhren (*pro hac vice*) |
| 9 | 701 Thirteenth Street, NW<br>Washington, D.C.  20005 |
| 10 | Tel:  (202) 626-3600<br>Fax: (202) 639-9355 |
| 11 | |
| 12 | Attorneys for Defendants<br>TOSHIBA CORPORATION, TOSHIBA<br>MOBILE DISPLAY CO., LTD., TOSHIBA |
| 13 | AMERICA ELECTRONIC COMPONENTS,<br>INC., AND TOSHIBA AMERICA |
| 14 | INFORMATION SYSTEMS, INC. |
| 15 | |
| 16 |     Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from the above signatories. |

AMENDED STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO RESPOND IN FLORIDA ACTION
Case No.: 07-1827 SI; 2010-CV-3517 SI

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ___7/13___, 2011        ___/s/ Susan Illston___
                                The Honorable Susan Illston
                                United States District Judge

AMENDED STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO RESPOND IN FLORIDA ACTION
Case No.: 07-1827 SI; 2010-CV-3517 SI

7