GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234,
JSanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301,
RBrass@gibsondunn.com
REBECCA JUSTICE LAZARUS, SBN 227330,
RJustice@gibsondunn.com
SERENA G. LIU, SBN 264977,
SGLiu@gibsondunn.com
555 Mission Street
Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendant
CHUNGHWA PICTURE TUBES, LTD.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827 SI<br>MDL No. 1827 |
| This Document Related to<br>Individual Case No. 3:11-cv-02225-SI | Individual Case No. 3:11-cv-02225-SI |
| OFFICE DEPOT, INC.,<br><br>           Plaintiff,<br><br>     v.<br><br>AU OPTRONICS CORPORATION, ET AL.,<br><br>           Defendants. | **STIPULATION OF EXTENSION OF TIME FOR DEFENDANT CHUNGHWA PICTURE TUBES, LTD. TO RESPOND TO COMPLAINT AND [~~PROPOSED~~] ORDER** |

The undersigned counsel, on behalf of Office Depot, Inc. ("Plaintiff") and Defendant Chunghwa Picture Tubes, Ltd. ("Chunghwa"), hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed a Complaint in the above-captioned case against Defendant Chunghwa and other defendants, on March 31, 2011;

WHEREAS, on May 27, 2011, the Court granted Plaintiff's motion to serve Chunghwa through its U.S. counsel pursuant to Federal Rule of Civil Procedure 4(f)(3);

Gibson, Dunn & Crutcher LLP

1

Stipulation of Extension of Time For Chunghwa Picture Tubes, Ltd. to Respond to Complaint and [Proposed] Order
Case No.: 3:10-cv-02225-SI; MDL 07-01827

WHEREAS, in light of that Order, the parties agreed that such service may occur via email to counsel and need consist of the Complaint only and not of the other materials required by Federal Rule of Civil Procedure 4, Civil L.R. 3-13 or Civil L.R. 3-16, but that such agreement did not constitute a waiver of Chunghwa's objection to service of the complaint and summons through U.S. counsel;

WHEREAS, Plaintiff and Chunghwa have reached an agreement, pursuant to Civil L.R. 6-1(a), to extend the time within which Chunghwa must move against, answer or otherwise respond to Plaintiff's Complaint;

WHEREAS, this extension will not alter the date of any event or any deadline already fixed by the Court; and

WHEREAS, the Court has previously approved stipulations between Plaintiff and certain other defendants extending those defendants' time to dismiss, answer, or otherwise respond to the Complaint until August 22, 2011;

THEREFORE, the time within which Chunghwa must move against, answer or otherwise respond to Plaintiffs' Complaint is extended until August 22, 2011.

IT IS SO STIPULATED.

Respectfully submitted,

DATED:  July 11, 2011

By: _____ /s/ Rachel S. Brass _____
Rachel S. Brass, SBN 219301
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: (415) 393-8200
Facsimile: (415) 393-8306
*Counsel for Defendant Chunghwa Picture Tubes, Ltd.*

By: _____ /s/ William A. Isaacson _____
William A. Isaacson (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
*Counsel for Office Depot, Inc.*

2

Stipulation of Extension of Time For Chunghwa Picture Tubes, Ltd. to Respond to Complaint and [Proposed] Order
Case No.: 3:10-cv-02225-SI; MDL 07-01827

**Attestation:** The filer of this document attests that the concurrence of the other signatory thereto has been obtained.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

| 7/13/11 | *[signature]* |
|---|---|
| Date Entered | Honorable Judge Susan Illston |

Gibson, Dunn & Crutcher LLP

3

Stipulation of Extension of Time For Chunghwa Picture Tubes, Ltd. to Respond to Complaint and [Proposed] Order
Case No.: 3:10-cv-02225-SI; MDL 07-01827