Jason C. Murray (CA Bar No. 169806)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone:  213-443-5582
Facsimile:  213-622-2690
Email: jmurray@crowell.com

Jeffrey H. Howard (*pro hac vice*)
Jerome A. Murphy (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  202-624-2500
Facsimile:  202-628-5116
Email:  jhoward@crowell.com
         jmurphy@crowell.com

*Attorneys for Plaintiffs Target Corporation; Sears, Roebuck and Co.; Kmart Corporation; Old Comp Inc.; Good Guys, Inc.; RadioShack Corporation; and Newegg Inc.*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates to Individual Case No. 10-cv-04945-SI<br><br>TARGET CORPORATION, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>AU OPTRONICS CORPORATION, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 10-cv-04945-SI<br>―――――――――――<br>Master File No. 07-md-1827-SI<br><br>MDL No. 1827<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER ON BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS** |

1  The undersigned counsel, on behalf of their respective clients, hereby respectfully request
2  an extension to the briefing schedule in connection with Defendants' Joint Notice of and Motion
3  to Dismiss Plaintiffs' First Amended Complaint for Damages and Injunctive Relief (the "Motion
4  to Dismiss") filed in the above-captioned litigation.
5  　　　　WHEREAS Defendants filed their Motion to Dismiss on July 5, 2011 with a
6  hearing date of August 26, 2011;
7  　　　　WHEREAS Plaintiffs' opposition to Defendants' Motion to Dismiss is currently
8  due on or before July 19, 2011;
9  　　　　WHEREAS Defendants' reply to Plaintiffs' opposition is currently due on or
10 before July 26, 2011; and
11 　　　　WHEREAS Plaintiffs and Defendants agree that both sides, and the Court, will
12 benefit from additional time to brief the issues raised in Defendants' Motion to Dismiss.
13 　　　　THEREFORE, Plaintiffs and Defendants, by their respective counsel, stipulate
14 and agree as follows:
15 　　　　1.   The deadline for Plaintiffs to file their opposition to Defendants' Motion
16 to Dismiss is extended by seven (7) days to July 26, 2011; and
17 　　　　2.   The deadline for Defendants to file any reply to Plaintiffs' opposition is
18 extended by seven (7) days to August 9, 2011.
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 　　　　　　　　　　　　　　　　///

1
JOINT STIPULATION AND [PROPOSED] ORDER ON BRIEFING SCHEDULE

**IT IS SO STIPULATED**.

Dated:  July 12, 2011                Respectfully submitted,


By:      /s/ Jerome A.Murphy_____
         Jerome A. Murphy (*pro hac vice*)

Jason C. Murray (CA Bar No. 169806)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA  90071
Telephone:  213-443-5582
Facsimile:  213-622-2690
Email: jmurray@crowell.com

Jeffrey H. Howard (*pro hac vice*)
Jerome A. Murphy (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  202-624-2500
Facsimile:  202-628-5116
Email:  jhoward@crowell.com
        jmurphy@crowell.com

Kenneth L. Adams (*pro hac vice*)
R. Bruce Holcomb (*pro hac vice*)
Christopher T. Leonardo (*pro hac vice*)
Christopher H. Wood (*pro hac vice*)
ADAMS HOLCOMB LLP
1875 Eye Street NW
Washington, DC 20006
Telephone:  202-580-8822
Email:  adams@adamsholcomb.com
        holcomb@adamsholcomb.com
        leonardo@adamsholcomb.com
        wood@adamsholcomb.com

*Attorneys for Plaintiffs Target Corporation; Sears, Roebuck and Co.; Kmart Corporation; Old Comp Inc.; Good Guys, Inc.; RadioShack Corporation; and Newegg Inc.*

| | |
|---|---|
| 1 | |
| 2 | DAVIS POLK & WARDWELL LLP |
| 3 | |
| 4 | |
| 5 | By:    /s/ Christopher B. Hockett<br>         Christopher B. Hockett (SBN 121539) |
| 6 | Christopher B. Hockett (SBN 121539)<br>Neal A. Potischman (SBN 254862) |
| 7 | Sandra D. West (SBN 250389)<br>Samantha H. Knox (SBN 254427) |
| 8 | 1600 El Camino Real |
| 9 | Menlo Park, California  94025<br>(650) 752-2000 / (650) 752-2111 |
| 10 | chris.hockett@davispolk.com<br>neal.potischman@davispolk.com |
| 11 | sandra.west@davispolk.com<br>samantha.knox@davispolk.com |
| 12 | |
| 13 | Jonathan D. Martin (admitted *pro hac vice*) |
| 14 | Bradley R. Hansen (admitted *pro hac vice*)<br>DAVIS POLK & WARDWELL LLP |
| 15 | 450 Lexington Avenue<br>New York, New York 10017 |
| 16 | (212) 450-4000 / (212) 701-5800<br>jonathan.martin@davispolk.com |
| 17 | bradley.hansen@davispolk.com |
| 18 | *Attorneys for Defendants Chi Mei Corporation,* |
| 19 | *Chimei Innolux Corporation (f/k/a Chi Mei Optoelectronics Corp.), Chi Mei Optoelectronics* |
| 20 | *USA, Inc., CMO Japan Co., Ltd., Nexgen Mediatech, Inc. and Nexgen Mediatech USA, Inc.* |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

NOSSAMAN LLP

By:   /s/ Christopher A. Nedeau
      Christopher A. Nedeau (SBN 81297)

Christopher A. Nedeau (SBN 81297)
Carl L. Blumenstein (SBN 124158)
Allison M. Dibley (SBN 213104)
50 California Street, 34th Floor
San Francisco, California 94111
(415) 398-3600 / (415) 398-2438
cnedeau@nossaman.com
cblumenstein@nossaman.com
adibley@nossaman.com

*Attorneys for Defendants AU Optronics Corporation and AU Optronics Corporation America*

GIBSON, DUNN & CRUTCHER LLP

By:   /s/ Rachel S. Brass
      Rachel S. Brass (SBN 219301)

Joel S. Sanders (SBN 107234)
Rachel S. Brass (SBN219301)
Rebecca Justice Lazarus (SBN227330)
555 Mission Street, Suite 3000
San Francisco, California 94105
(415) 393-8200 / (415) 393-8306
jsanders@gibsondunn.com
rbrass@gibsondunn.com
rjustice@gibsondunn.com

*Attorneys for Defendants Chunghwa Picture Tubes, Ltd., and Tatung Company of America*

| | |
|---|---|
| 1 | |
| 2 | MORRISON & FOERSTER LLP |
| 3 | |
| 4 | By:   /s/ Stephen P. Freccero |
| 5 |         Stephen P. Freccero (SBN 131093) |
| 6 | Melvin R. Goldman (SBN 34097) |
| 7 | Stephen P. Freccero (SBN 131093)<br>Derek F. Foran (SBN 224569) |
| 8 | 425 Market Street<br>San Francisco, California 94105 |
| 9 | (415) 268-7000 / (415) 268-7522<br>mgoldman@mofo.com |
| 10 | sfreccero@mofo.com<br>dforan@mofo.com |
| 11 | |
| 12 | *Attorneys for Defendants Epson Imaging Devices Corporation and Epson Electronics America, Inc.* |
| 13 | K&L GATES LLP |
| 14 | |
| 15 | By:   /s/ Ramona M. Emerson |
| 16 |         Ramona M. Emerson (*pro hac vice*) |
| 17 | Hugh F. Bangasser (*pro hac vice*)<br>Ramona M. Emerson (*pro hac vice*) |
| 18 | Christopher M. Wyant (*pro hac vice*) |
| 19 | 925 Fourth Avenue, Suite 2900<br>Seattle, Washington 98104 |
| 20 | (206) 623-7580 / (206) 623-7022<br>hugh.bangasser@klgates.com |
| 21 | ramona.emerson@klgates.com<br>chris.wyant@klgates.com |
| 22 | Jeffery L. Bornstein (SBN 99358) |
| 23 | K&L GATES LLP<br>Four Embarcadero Center, Suite 1200 |
| 24 | San Francisco, California 94111<br>(415) 249-1059 / (415) 882-8200 |
| 25 | jeff.bornstein@klgates.com |
| 26 | |
| 27 | *Attorneys for Defendant HannStar Display Corporation* |
| 28 | |

1
2   CLEARY GOTTLIEB STEEN & HAMILTON LLP
3
4
5   By:   /s/ Michael R. Lazerwitz
              Michael R. Lazerwitz (*pro hac vice*)

6   Michael R. Lazerwitz (*pro hac vice*)
7   Jeremy J. Calsyn (SBN 205062)
    Lee F. Berger (SBN 222756)
8   2000 Pennsylvania Avenue NW
    Washington, D.C. 20006
9   (202) 974-1500 / (202) 974-1999
    mlazerwitz@cgsh.com
10  jcalsyn@cgsh.com
    lberger@cgsh.com
11
12  *Attorneys for Defendants LG Display Co., Ltd., and LG Display America, Inc.*
13
14  COVINGTON & BURLING LLP
15
16  By:   /s/ Robert D. Wick
              Robert D. Wick (*pro hac vice*)
17
18  Robert D. Wick (*pro hac vice*)
    Neil K. Roman (*pro hac vice*)
19  Theodore P. Metzler (*pro hac vice*)
    COVINGTON & BURLING LLP
20  1201 Pennsylvania Ave. NW
    Washington, D.C. 20004
21  (202) 662-6000
    rwick@cov.com
22
23  *Attorneys for Defendants Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., and Samsung Electronics America, Inc.*
24
25
26
27
28

PILLSBURY WINTHROP SHAW PITTMAN LLP


By:   /s/ Jacob R. Sorensen
         Jacob R. Sorensen (SBN 209134)

John M. Grenfell (SBN 88500)
Jacob R. Sorensen (SBN 209134)
Fusae Nara (*pro hac vice*)
Andrew D. Lanphere (SBN 191479)
50 Fremont Street
San Francisco, California  94105
(415) 983-1000 / (415) 983-1200
john.grenfell@pillsburylaw.com
jake.sorensen@pillsburylaw.com
fusae.nara@pillsburylaw.com
andrew.lanphere@pillsburylaw.com

*Attorneys for Defendants Sharp Corporation and Sharp Electronics Corporation*

WHITE & CASE LLP


By:   /s/ John H. Chung
         John H. Chung (*pro hac vice*)

John H. Chung (*pro hac vice*)
1155 Avenue of the Americas
New York, New York 10036
(212) 819-8200 / (212) 354-8113
jchung@whitecase.com

Christopher M. Curran (*pro hac vice*)
Kristen J. McAhren (*pro hac vice*)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, D.C. 20005
(202) 626-3600 / (202) 639-9355
ccurran@whitecase.com
kmcahren@whitecase.com

*Attorneys for Defendants Toshiba America Electronic Components, Inc., Toshiba Corporation, Toshiba Mobile Display Co., Ltd., and Toshiba America Information Systems, Inc.*

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from Jerome A. Murphy, Christopher B. Hockett, Christopher A. Nedeau, Rachel S. Brass, Stephen P. Freccero, Ramona M. Emerson, Michael R. Lazerwitz, Robert D. Wick, Jacob R. Sorensen, and John H. Chung.

Having considered the foregoing stipulation, and good cause appearing,

**IT IS SO ORDERED.**

Dated: July __14__, 2011           _____
                                    Judge Susan Illston

8
JOINT STIPULATION AND [PROPOSED] ORDER ON BRIEFING SCHEDULE