Michael P. Kenny (mike.kenny@alston.com)
Debra D. Bernstein (debra.bernstein@alston.com)
Rodney J. Ganske (rod.ganske@alston.com)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia  30309-3424
Telephone: (404) 881-7000
Facsimile:  (404) 881-7777

Steven D. Hemminger (SBN 110665)
steve.hemminger@alston.com
**ALSTON & BIRD LLP**
275 Middlefield Road
Suite 150
Menlo Park, CA 94025-4004
Telephone: (650) 838-2000
Facsimile:  (650) 838-2001

*Attorneys For Plaintiffs Dell Inc. and Dell Products L.P.*

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates to Individual Case No. 3:10-cv-01064 SI | Master File No. M:07-1827 SI<br>MDL No. 1827 |
| DELL INC. and DELL PRODUCTS L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>SHARP CORPORATION; SHARP ELECTRONICS CORPORATION; HITACHI DISPLAYS, LTD.; HITACHI ELECTRONIC DEVICES (USA), INC.; HITACHI, LTD.; EPSON IMAGING DEVICES CORPORATION; EPSON ELECTRONICS AMERICA, INC.; HANNSTAR DISPLAY CORPORATION; TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; TOSHIBA AMERICA INFORMATION SYSTEMS, INC.; TOSHIBA CORPORATION; and TOSHIBA MOBILE DISPLAY CO., LTD.,<br><br>Defendants. | Individual Case No. 3:10-cv-01064 SI<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DELL'S RESPONSE DEADLINE AND HEARING ON DELL'S MOTION TO AMEND** |

1   WHEREAS, Plaintiffs Dell Inc. and Dell Products L.P. (collectively, "Dell") filed a Motion for

2   Leave to Amend Complaint (Dkt Nos. 67 and 2950, June 22, 2011) to add the following parties: AU

3   Optronics Corporation and AU Optronics Corporation America (collectively, "AUO") and Chi Mei

4   Innolux Corporation, Chi Mei Optoelectronics Corporation, Chi Mei Optoelectronics USA, Inc., CMO

5   Japan Co., Ltd., Nexgen Mediatech, Inc., and Nexgen Mediatech USA, Inc. (collectively, "CMO");

6   WHEREAS, Dell's Motion to Amend was noticed for a hearing on July 29, 2011 at 9:00 a.m.,

7   and AUO filed a response in opposition to Dell's Motion to Amend (Dkt. No. 71);

8   WHEREAS, due to a scheduling conflict, Dell and AUO hereby agree and stipulate, pursuant

9   to Civil L.R. 6-1(b), to change the hearing date for Dell's Motion to Amend and extend the time within

10   which Dell must file its Reply Brief in Support of its Motion to Amend;

11   WHEREAS, this extension will not alter the date of any event or any deadline already fixed by

12   the Court;

13   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the

14   undersigned counsel, on behalf of their respective clients, Dell, on the one hand, and AUO on the other

15   hand, as follows:

16   1.   Dell will have until July 20, 2011, to file its Reply Brief in Support of its Motion to

17   Amend;

18   2.   The hearing date for Dell's Motion to Amend shall be modified to Friday, August 5,

19   2011 at 9:00 a.m.;

20   3.   To the extent the Court does not accept all or any part of the proposed schedule, Dell

21   and AUO agree to work in good faith to establish a briefing schedule acceptable to all parties and the

22   Court to replace that set forth above.

23

24

25

26

27

28

1

STIPULATION AND [PROPOSED] ORDER REGARDING DELL'S                    Master File No. M07-1827 SI
RESPONSE DEADLINE AND HEARING ON DELL'S MOTION TO AMEND                    3:10-cv-01064 SI

1    Respectfully submitted this 13th day of July, 2011.

2

3                            By:     /s/ Debra D. Bernstein
                                     Michael P. Kenny, Esq.
4                                    mike.kenny@alston.com
                                     Debra D. Bernstein, Esq.
5                                    debra.bernstein@alston.com
                                     Rodney J. Ganske, Esq.
6                                    rod.ganske@alston.com
                                     **ALSTON & BIRD LLP**
7                                    1201 West Peachtree Street
                                     Atlanta, GA 30309-3424
8                                    Tel: (404) 881-7000
                                     Facsimile: (404) 881-7777
9
                                     Steven D. Hemminger (SBN 110665)
10                                   steve.hemminger@alston.com
                                     **ALSTON & BIRD LLP**
11                                   275 Middlefield Road
                                     Suite 150
12                                   Menlo Park, CA 94025-4004
                                     Telephone: (650) 838-2000
13                                   Facsimile:  (650) 838-2001

14                                   *Attorneys for Plaintiffs Dell Inc. and Dell*
                                     *Products L.P.*
15

16                           By:     /s/ Carl L. Blumenstein
                                     Carl L. Blumenstein, Esq. (SBN 124158)
17                                   cblumenstein@nossaman.com
                                     NOSSAMAN LLP
18                                   50 California Street, 34th Floor
                                     San Francisco, CA 94111
19                                   Tel: (415) 398-3600
                                     Facsimile: (415) 398-2438
20
                                     *Attorneys for AU Optronics Corporation and*
21                                   *AU Optronics Corporation America*

22

23

24

25

26

27

28

                                          2

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Regarding Dell's Response Deadline and Hearing on Dell's Motion to Amend.  In compliance with General Order 45.X.B., I hereby attest that the other signatory has concurred in this filing.

By:    /s/ Debra D. Bernstein
       Debra D. Bernstein, Esq.
       debra.bernstein@alston.com
       **ALSTON & BIRD LLP**
       1201 West Peachtree Street
       Atlanta, GA  30309-3424
       Tel: (404) 881-7000
       Facsimile: (404) 881-7777

       *Attorney for Plaintiffs Dell Inc. and*
       *Dell Products L.P.*

3

Michael P. Kenny (mike.kenny@alston.com)
Debra D. Bernstein (debra.bernstein@alston.com)
Rodney J. Ganske (rod.ganske@alston.com)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia  30309-3424
Telephone: (404) 881-7000
Facsimile:  (404) 881-7777

Steven D. Hemminger (SBN 110665)
steve.hemminger@alston.com
**ALSTON & BIRD LLP**
275 Middlefield Road
Suite 150
Menlo Park, CA 94025-4004
Telephone: (650) 838-2000
Facsimile:  (650) 838-2001

*Attorneys For Plaintiffs Dell Inc. and Dell Products L.P.*

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION <br><br> This Document Relates to Individual Case No. 3:10-cv-01064 SI | ) ) ) ) ) ) ) ) ) <br><br> Master File No. M:07-1827 SI <br> MDL No. 1827 |
| DELL INC. and DELL PRODUCTS L.P., <br><br> Plaintiffs, <br><br> v. <br><br> SHARP CORPORATION; SHARP ELECTRONICS CORPORATION; HITACHI DISPLAYS, LTD.; HITACHI ELECTRONIC DEVICES (USA), INC.; HITACHI, LTD.; EPSON IMAGING DEVICES CORPORATION; EPSON ELECTRONICS AMERICA, INC.; HANNSTAR DISPLAY CORPORATION; TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; TOSHIBA AMERICA INFORMATION SYSTEMS, INC.; TOSHIBA CORPORATION; and TOSHIBA MOBILE DISPLAY CO., LTD., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Individual Case No. 3:10-cv-01064 SI <br><br> **[~~PROPOSED~~] ORDER REGARDING DELL'S RESPONSE DEADLINE AND HEARING ON DELL'S MOTION TO AMEND** |

1   The Court, having considered all papers filed and proceedings herein and good cause

2   appearing, **HEREBY ORDERS** that:

3   (1)   Dell will have until July 20, 2011, to file its Reply Brief in Support of its Motion to

4   Amend; and

5   (2)   The hearing date for Dell's Motion to Amend shall be modified to Friday, August 5,

6   2011 at 9:00 a.m.

7

8   Dated: 7/14____ __, 2011.

9

10  _____

    HONORABLE SUSAN ILLSTON
11  U.S. District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28