HUGH F. BANGASSER, (*PRO HAC VICE*)
RAMONA M. EMERSON, (*PRO HAC VICE*)
CHRISTOPHER M. WYANT, (*PRO HAC VICE*)
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Phone: (206) 623-7580
Fax: (206) 623-7022

JEFFREY L. BORNSTEIN, State Bar No. #99358
K&L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Phone: (415) 249-1059
Fax: (415) 882-8220

Attorneys for Defendants
HANNSTAR DISPLAY CORPORATION

**[Additional moving parties and counsel listed on signature pages]**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION

No. 3:07-md-1827 SI
MDL No. 1827

This Document Relates to Individual Case No. 11-cv-02495

JACO ELECTRONICS, INC.,

Plaintiff,

v.

AU OPTRONICS CORPORATION, et al.,

Defendants.

Individual Case No.: 11-cv-02495

**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SERVICE AND SCHEDULING**

WHEREAS the undersigned counsel, on behalf of their client, plaintiff Jaco Electronics, Inc. ("Plaintiff"), filed a complaint in the above-captioned case against defendants AU Optronics Corporation; AU Optronics Corporation America; Chi Mei Corporation; Chimei Innolux Corporation (f/k/a Chi Mei Optoelectronics Corporation); Chi Mei Optoelectronics USA, Inc.; CMO Japan Co., Ltd.; Nexgen Mediatech, Inc.; Nexgen Mediatech USA, Inc.; Epson Imaging Devices Corporation; Epson Electronics America, Inc.; HannStar Display Corporation; LG Display Co. Ltd.; LG Display America, Inc.; Renesas Electronics America; Samsung SDI Co., Ltd.; Samsung SDI America, Inc.; Sanyo Consumer Electronics Co., Ltd.; Sanyo North America Corporation; Sharp Corporation; Sharp Electronics Corporation; Tatung Company of America, Inc.; Toshiba Corporation; Toshiba America Electronic Components, Inc.; Toshiba Mobile Display Technology Co., Ltd.; and Toshiba America Information Systems, Inc. (collectively, "Stipulating Defendants"), on May 20, 2011 ("Complaint");

WHEREAS Plaintiff filed a First Amended Complaint on July 12, 2011;

WHEREAS Plaintiff wishes to avoid the burden and expense of serving process on the Stipulating Defendants;

WHEREAS the Stipulating Defendants desire a reasonable amount of time to respond to the Complaint;

WHEREAS Plaintiff and the Stipulating Defendants believe that proceeding on a unified response date will create efficiency for the Court and the parties by reducing duplicative motion practice;

THEREFORE, Plaintiff and the Stipulating Defendants hereby agree:

1. The Stipulating Defendants waive service of the First Amended Complaint under Federal Rule of Civil Procedure 4(d).  This stipulation does not constitute a waiver by the Stipulating Defendants of any other substantive or procedural defense, including but not limited to the defense of lack of personal or subject matter jurisdiction and improper venue.

2. The Stipulating Defendants' deadline to move to dismiss, answer, or otherwise respond to the First Amended Complaint will be 90 days from the execution of this stipulation.

**IT IS SO STIPULATED.**

Dated: July 14, 2011                              CROWELL & MORING LLP

                                                  By:   s/ Jason C. Murray
                                                        Jason C. Murray

                                                  JASON C MURRAY (State Bar No. 169806)
                                                  515 South Flower Street, 40th floor
                                                  Los Angeles, CA 90071
                                                  Tel: (213) 422-5582
                                                  Fax: (213) 622-2690
                                                  *jmurray@crowell.com*

                                                  JEFFREY H. HOWARD
                                                  JEROME A. MURPHY
                                                  1001 Pennsylvania Avenue, N.W.
                                                  Washington, DC 20004
                                                  Phone: (202) 624-2500
                                                  Fax: (202) 628-5116

                                                  Attorneys for Plaintiff JACO ELECTRONICS, INC.


                                                  K&L GATES LLP

                                                  By:   s/ Christopher M. Wyant
                                                        Hugh F. Bangasser, (*Pro Hac Vice*)
                                                        Ramona M. Emerson, (*Pro Hac Vice*)
                                                        Christopher M. Wyant, (*Pro Hac Vice*)

                                                  K&L GATES LLP
                                                  925 Fourth Avenue, Suite 2900
                                                  Seattle, WA 98104-1158
                                                  Phone:   (206) 623-7580
                                                  Fax:     (206) 623-7022

                                                  JEFFREY L. BORNSTEIN, STATE BAR NO. 99358
                                                  K&L GATES LLP
                                                  Four Embarcadero Center, Suite 1200
                                                  San Francisco, CA 94111
                                                  Phone:   (415) 249-1059
                                                  Fax:     (415) 882-8220

                                                  Attorneys for Defendant HANNSTAR DISPLAY CORPORATION

NOSSAMAN LLP

By: s/ Christopher A. Nedeau
Christopher A. Nedeau

Christopher A. Nedeau (Bar No. 81297)
50 California Street, 34th Floor
San Francisco, CA 94111
Tel: (415) 398-3600
Fax: (415) 398-2438

Attorneys for Defendants
AU OPTRONICS CORPORATION AND AU OPTRONICS CORPORATION AMERICA

DAVIS POLK & WARDWELL LLP

By: s/ Christopher B. Hockett
Christopher B. Hockett (SBN 121539)

Christopher B. Hockett (SBN 121539)
Neal A. Potischman (SBN 254862)
Sandra West (SBN 250389)
Samantha H. Knox (SBN 254427)
Micah G. Block (SBN 270712)
1600 El Camino Real
Menlo Park, California 94025
(650) 752-2000 / (650) 752-2111
chris.hockett@davispolk.com
neal.potischman@davispolk.com
sandra.west@davispolk.com
samantha.knox@davispolk.com
micah.block@davispolk.com

Jonathan D. Martin (admitted pro hac vice)
Bradley R. Hansen (admitted pro hac vice)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
(212) 450-4000 / (212) 701-5800
jonathan.martin@davispolk.com
bradley.hansen@davispolk.com

Attorneys for Defendants
CHIMEI INNOLUX CORPORATION (F/K/A CHI MEI OPTOELECTRONICS CORP.), CHI MEI OPTOELECTRONICS USA, INC., AND CMO JAPAN CO., LTD.

MORRISON & FOERSTER LLP

By: s/ Stephen P. Freccero
Stephen P. Freccero

Melvin R. Goldman (Bar No. 34097))
Stephen P. Freccero (Bar No. 131093)
Derek F. Foran (Bar No. 224569)
425 Market Street
San Francisco, CA 94105-2482
Tel: (415) 268-7000
Fax: (415) 268-7522

Attorneys for Defendants
EPSON IMAGING DEVICES CORPORATION, EPSON ELECTRONICS AMERICA, INC., and SEIKO EPSON CORPORATION

DUANE MORRIS LLP

By: s/ Stephen H. Sutro
Stephen H. Sutro

STEPHEN H. SUTRO
One Market Plaza, Spear Tower, Suite 2200
San Francisco, CA 94105-1127
(415) 957-3008 (Phone)
(415) 276-9855 (Fax)
*SHSutro@duanemorris.com*

Attorneys for Defendants RENESAS ELECTRONICS AMERICA

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: s/ Michael R. Lazerwitz
Michael R. Lazerwitz

Michael R. Lazerwitz (*Pro Hac Vice*)
Lee F. Berger (Bar No. 222756)
2000 Pennsylvania Avenue, NW
Washington, D.C. 20006
Tel: (202) 974-1500
Fax: (202) 974-1999

Attorneys for Defendants
LG DISPLAY CO., LTD., and LG DISPLAY AMERICA, INC.

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: s/ Michael W. Scarborough
Michael W. Scarborough

Michael W. Scarborough (Bar No. 203524)
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Tel: (415) 434-9100
Fax: (415) 434-3947
*MScarborough@sheppardmullin.com*

Attorneys for Defendants, SAMSUNG SDI AMERICA, INC. and SAMSUNG SDI AMERICA, INC.

DAVIS WRIGHT TREMAINE LLP

By: s/ Allison A. Davis
Allison A. Davis

ALLISON A. DAVIS
505 Montgomery Street, Suite 800
San Francisco, CA 94111
(415) 276-6500 (Phone)
(415) 276-4880 (Facsimile)
*allisondavis@dwt.com*

NICK S. VERWOLF
777 108th Avenue N.E., Suite 2300
Bellevue, WA 98004
(425) 646-6100 (Phone)
(425) 646-6199 (Facsimile)
*nickverwolf@dwt.com*

Attorneys for Defendants SANYO CONSUMER ELECTRONICS CO., LTD.; SANYO NORTH AMERICA CORPORATION

PILLSBURY WINTHROP SHAW PITTMAN LLP

By s/ John M. Grenfell
John M. Grenfell

John M. Grenfell (State Bar No. 88500)
Jacob R. Sorensen (State Bar No. 209134)
50 Fremont Street
San Francisco, CA 94105
Tel: (415) 983-1000
Fax: (415) 983-1200

Attorneys for Defendants
SHARP CORPORATION AND SHARP ELECTRONICS CORPORATION

GIBSON DUNN & CRUTCHER LLP

By: s/ Rachel S. Brass
Rachel S. Brass

Joel S. Sanders (Bar No. 107234)
Rachel S. Brass (Bar No. 219301)
Rebecca Justice Lazarus (Bar No. 227330)
555 Mission Street, Suite 3000
San Francisco, CA 94105-2933
Tel: (415) 393-8200
Fax: (415) 393-8306

Attorneys for Defendants TATUNG COMPANY OF AMERICA, INC.

WHITE & CASE LLP

By: s/ John H. Chung
John H. Chung

JOHN H. CHUNG
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200 (Phone)
(212) 354-8113 (Facsimile)
*jchung@whitecase.com*

CHRISTOPHER M. CURRAN
KRISTEN J. MCAHREN
701 Thirteenth Street, N.W.
Washington, DC 20005-3807
(202) 626-2600 (Phone)
(202) 639-9355 (Facsimile)
ccurran@whitecase.com
kmcahren@whitecase.com

Attorneys for Defendants Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba Mobile Display Technology Co., Ltd., and Toshiba America Information Systems, Inc.

**Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from the above-referenced counsel.**

Having considered the foregoing stipulation, and good cause appearing,

**IT IS SO ORDERED**.

7/19/11

Judge Susan Illston

**CERTIFICATE OF SERVICE BY E-MAIL**
(Federal Rules of Civil Procedure Rule 5(b))

I declare that I am employed with the law firm of K&L Gates, LLP, whose address is 925 4th Avenue, Suite 2900, Seattle, Washington 98104-1158. I am not a party to the case, and I am over the age of eighteen years.

I further declare that on July 14, 2011, I served a copy of:

**STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE AND SCHEDULING**

by electronically mailing a true and correct copy to all parties of record through the CM-ECF system in accordance with Federal Rules of Civil Procedure Rule 5(b):

I declare under penalty of perjury that the above is true and correct.

Executed at Seattle, Washington, this 14th day of July, 2011.

s/ Christopher M. Wyant

Christopher M. Wyant, *pro hac vice*
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Phone: (206) 623-7580
Fax: (206) 623-7022
E-mail: chris.wyant@klgates.com