1 ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
  Roman M. Silberfeld, Bar No. 62783
2 RMSilberfeld@rkmc.com
  David Martinez, Bar No. 193183
3 DMartinez@rkmc.com
  2049 Century Park East, Suite 3400
4 Los Angeles, CA  90067-3208
  Telephone:    310-552-0130
5 Facsimile:    310-229-5800

6 ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
  Elliot S. Kaplan (*Pro Hac Vice*)
7 ESKaplan@rkmc.com
  K. Craig Wildfang (*Pro Hac Vice*)
8 KCWildfang@rkmc.com
  Lauren E. Wood (*Pro Hac Vice*)
9 LEWood@rkmc.com
  800 LaSalle Avenue
10 2800 LaSalle Plaza
   Minneapolis, MN  55402
11 Telephone: 612-349-8500
   Facsimile: 612-339-4181
12
   Attorneys for Plaintiffs
13

14                    **UNITED STATES DISTRICT COURT**

15                    **NORTHERN DISTRICT OF CALIFORNIA**

16

| 17 IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-MD-1827 SI<br>MDL No. 1827 |
|---|---|
| 18 | |
| 19 This Document Relates to Individual Case No. 3:10-CV-4572-SI: | Case No. 3:10-CV-4572 SI |
| 20 | The Honorable Susan Y. Illston |
| 21 BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES, L.P.; BESTBUY.COM, L.L.C.; and MAGNOLIA HI-FI, INC., | **JOINT STIPULATION AND [PROPOSED] ORDER ON BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS** |
| 23      Plaintiffs, | |
| 24      v. | |
| 25 AU OPTRONICS CORP.; AU OPTRONICS CORPORATION AMERICA; CHI MEI CORP.; CHI MEI OPTOELECTRONICS CORP. (N.K.A. CHIMEI INNOLUX CORPORATION); CHI MEI OPTOELECTRONICS, USA, INC.; CHUNGHWA PICTURE TUBES, LTD.; | |

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

| | |
|---|---|
| 1 | CMO JAPAN CO., LTD.; EPSON ELECTRONICS AMERICA, INC.; EPSON IMAGING DEVICES CORPORATION; HANNSTAR DISPLAY CORP; HITACHI DISPLAYS, LTD.; HITACHI ELECTRONIC DEVICES (USA), INC.; HITACHI, LTD.; LG DISPLAY CO., LTD.; LG DISPLAY AMERICA, INC.; NEXGEN MEDIATECH USA, INC.; NEXGEN MEDIATECH, INC.; SHARP CORP.; SHARP ELECTRONICS CORP.; TATUNG COMPANY OF AMERICA, INC., |

Defendants.

The undersigned counsel, on behalf of their respective clients, hereby respectfully request an extension to the briefing schedule in connection with Defendants' Joint Notice of Motion and Motion to Dismiss First Amended Complaint (the "Motion to Dismiss") filed in the above-captioned litigation.

WHEREAS Defendants filed their Motion to Dismiss on July 7, 2011 with a hearing date of August 26, 2011;

WHEREAS Plaintiffs' opposition to Defendants' Motion to Dismiss is currently due on or before July 21, 2011;

WHEREAS Defendants' reply to Plaintiffs' opposition is currently due on or before July 28, 2011; and

WHEREAS Plaintiffs and Defendants agree that both sides, and the Court, will benefit from additional time to brief the issues raised in Defendants' Motion to Dismiss.

THEREFORE, Plaintiffs and Defendants, by their respective counsel, stipulate and agree as follows:

1. The deadline for Plaintiffs to file their opposition to Defendants' Motion to Dismiss is extended by six (6) days to July 27, 2011; and

2. The deadline for Defendants to file any reply to Plaintiffs' opposition is extended by six (6) days to August 9, 2011.

**IT IS SO STIPULATED.**

Dated: July 14, 2011   **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: /s/ David Martinez
    Roman M. Silberfeld (Bar No. 62783)
    David Martinez (Bar No. 193183)

Attorneys for Plaintiffs
BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES, L.P.; BESTBUY.COM, L.L.C. and MAGNOLIA HI-FI, INC.

Dated: July 14, 2011   **K&L GATES LLP**

By: /s/ Hugh F. Bangasser
    Hugh F. Bangasser (*Pro Hac Vice*)
    Ramona M. Emerson (*Pro Hac Vice*)
    Christopher M. Wyant (*Pro Hac Vice*)
    K&L GATES LLP
    925 Fourth Avenue, Suite 2900
    Seattle, WA 98104-1158
    Phone: (206) 623-7580
    Fax: (206) 623-7022

    Jeffrey L. Bornstein (Bar No. 99358)
    K&L GATES LLP
    Four Embarcadero Center, Suite 1200
    San Francisco, CA 94111
    Phone: (415) 249-1059
    Fax: (415) 882-8220

Attorneys for Defendant
HANNSTAR DISPLAY CORPORATION

Dated: July 14, 2011   **NOSSAMAN LLP**

By: /s/ Christopher A. Nedeau
    Christopher A. Nedeau (Bar No. 81297)
    50 California Street, 34th Floor
    San Francisco, CA 94111
    Tel: (415) 398-3600
    Fax: (415) 398-2438

Attorneys for Defendants
AU OPTRONICS CORPORATION and AU OPTRONICS CORPORATION AMERICA

| | | |
|---|---|---|
| 1 | Dated: July 14, 2011 | **DAVIS POLK & WARDWELL LLP** |
| 2 | | |
| 3 | | By: /s/ Christopher B. Hockett<br>Christopher B. Hockett (Bar No. 121539) |
| 4 | | Christopher B. Hockett (Bar No. 121539)<br>Neal A. Potischman (Bar No. 254862) |
| 5 | | Sandra West (Bar No. 250389)<br>Samantha H. Knox (Bar No. 254427) |
| 6 | | 1600 El Camino Real<br>Menlo Park, CA 94025 |
| 7 | | Tel: (650) 752-2000<br>Fax: (650) 752-2111 |
| 8 | | Attorneys for Defendants |
| 9 | | CHI MEI CORPORATION, CHIMEI INNOLUX<br>CORPORATION (F/K/A CHIMEI |
| 10 | | OPTOELECTRONICS CORP.), CHIMEI<br>OPTOELECTRONICS USA, INC., CMO JAPAN CO., |
| 11 | | LTD., NEXGEN MEDIATECH, INC. and NEXGEN<br>MEDIATECH USA, INC. |
| 12 | Dated: July 14, 2011 | **MORRISON & FOERSTER LLP** |
| 13 | | |
| 14 | | By: /s/ Stephen P. Freccero<br>Stephen P. Freccero (Bar No. 131093) |
| 15 | | Melvin R. Goldman (Bar No. 34097) |
| 16 | | Stephen P. Freccero (Bar No. 131093)<br>Derek F. Foran (Bar No. 224569) |
| 17 | | 425 Market Street<br>San Francisco, CA 94105-2482 |
| 18 | | Tel: (415) 268-7000<br>Fax: (415) 268-7522 |
| 19 | | Attorneys for Defendants |
| 20 | | EPSON IMAGING DEVICES, CORPORATION, and<br>EPSON ELECTRONICS AMERICA, INC. |
| 21 | Dated: July 14, 2011 | **MORGAN, LEWIS & BOCKIUS LLP** |
| 22 | | |
| 23 | | By: /s/ Kent M. Roger<br>Kent M. Roger (Bar No. 95987) |
| 24 | | One Market, Spear Street Tower<br>San Francisco, CA 94105 |
| 25 | | Tel: (415) 442-1140<br>Fax: (415) 442-1001 |
| 26 | | Attorneys for Defendants |
| 27 | | HITACHI, LTD., HITACHI DISPLAYS, LTD. and<br>HITACHI ELECTRONIC DEVICES (USA), INC. |
| 28 | | |

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

Case No. 3:10-CV-4572 SI
Master Case No. 3:07-MD-1827 SI
82352965.1

- 4 -

STIPULATION AND [PROPOSED] ORDER
ON BRIEFING SCHEDULE

| | |
|---|---|
| Dated: July 14, 2011 | **CLEARY GOTTLIEB STEEN & HAMILTON LLP** |

By: /s/ Michael R. Lazerwitz
Michael R. Lazerwitz (*Pro Hac Vice*)

Michael R. Lazerwitz (*Pro Hac Vice*)
Lee F. Berger (Bar No. 222756)
2000 Pennsylvania Avenue, NW
Washington, D.C. 20006
Tel: (202) 974-1500
Fax: (202) 974-1999

Attorneys for Defendants
LG DISPLAY CO., LTD. and LG DISPLAY AMERICA, INC.

| | |
|---|---|
| Dated: July 14, 2011 | **PILLSBURY WINTHROP SHAW PITTMAN LLP** |

By: John M. Grenfell
John M. Grenfell (Bar No. 88500)

John M. Grenfell (Bar No. 88500)
Jacob R. Sorensen (Bar No. 209134)
50 Fremont Street
San Francisco, CA 94105
Tel: (415) 983-1000
Fax: (415) 983-1200

Attorneys for Defendants
SHARP CORPORATION and SHARP ELECTRONICS CORPORATION

| | |
|---|---|
| Dated: July 14, 2011 | **GIBSON DUNN & CRUTCHER LLP** |

By: /s/ Rachel S. Bass
Rachel S. Bass (Bar No. 219301)

Joel S. Sanders (Bar No. 107234)
Rachel S. Brass (Bar No. 219301)
Rebecca Justice Lazarus (Bar No. 227330)
555 Mission Street, Suite 3000
San Francisco, CA 94105-2933
Tel: (415) 393-8200
Fax: (415) 393-8306

Attorneys for Defendants
TATUNG COMPANY OF AMERICA, INC. and CHUNGHWA PICTURE TUBES, LTD.

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from the parties set forth above.

Master Case No. 3:07-MD-1827 SI
82352965.1

- 5 -

STIPULATION AND [PROPOSED] ORDER ON BRIEFING SCHEDULE

**[PROPOSED] ORDER**

Having considered the foregoing stipulation, and good cause appearing,

**IT IS SO ORDERED.**

Dated: July 19, 2011

_____
The Honorable Susan Y. Illston
Judge of the United States District Court