Bruce L. Simon (State Bar No. 96241)
PEARSON, SIMON, WARSHAW & PENNY, LLP
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone:     (415) 433-9000
Facsimile:      (415) 433-9008

Richard M. Heimann (State Bar No. 63607)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone:     (415) 956-1000
Facsimile:      (415) 956-1008

*Direct Purchaser Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. M07-1827 SI |
|---|---|
| | MDL No. 1827 |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER DISMISSING TATUNG COMPANY OF AMERICA, INC.** |
| ALL DIRECT PURCHASER CLASS ACTIONS | |

   WHEREAS, Plaintiffs are prosecuting the Direct Purchaser Class Action, Master File No. 3:07-md-1827 SI (the "Action") in *In re TFT-LCD (Flat Panel) Antitrust Litigation*, MDL No. 1827 (N.D. Cal.) on their own behalf and on behalf of the Direct Purchaser Classes against, among others, defendant Tatung Company of America, Inc. ("Tatung America");

   WHEREAS, Plaintiffs allege that Tatung America participated in an unlawful conspiracy to raise, fix, maintain, or stabilize the price of TFT-LCD Products at artificially high levels in violation of Section 1 of the Sherman Act;

1      WHEREAS, Tatung America denies Plaintiffs' allegations and has asserted defenses to
2 Plaintiffs' claims;
3      WHEREAS, Plaintiffs have conducted an investigation into the facts and the law
4 regarding the Action and have concluded that dismissing their claims against Tatung America is
5 in the best interest of Plaintiffs and the Classes;
6      NOW, THEREFORE, it is agreed by and among Plaintiffs, Tatung America, and the
7 undersigned that the Action be dismissed pursuant to Federal Rule of Civil Procedure 41(a)(2)
8 without prejudice as to Tatung America, without costs to Plaintiffs, the Class, or Tatung America,
9 and state as follows:
10     1.   Direct Purchaser Class Plaintiffs and Tatung America seek the dismissal of this
11 action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).
12     2.   Both Direct Purchaser Class Plaintiffs and Tatung America are to bear their own
13 costs and fees.
14     3.   Tatung America agrees not to seek any fees or costs nor to pursue any sanctions
15 against the Direct Purchaser Class Plaintiffs and their counsel, as long as the action against it
16 remains dismissed.
17     4.   Tatung America agrees to keep its purchases in the Direct Purchaser Plaintiff
18 Class, as long as the action against it remains dismissed.
19     5.   This stipulation does not affect the rights or claims of Direct Purchaser Class
20 Plaintiffs against any other defendant or alleged co-conspirator in this litigation.

6. Tatung America may submit a claim to the settlement fund recovered for the Class Members in this Action. Plaintiffs reserve their right to object on any available grounds, including that the claim is not valid. This stipulation and order shall not be construed in favor of or against Tatung America's right to make a claim or to support or dispute the merits of any such claim.

IT IS SO STIPULATED AND AGREED:

Dated: July 19, 2011         By:_____/s/ Bruce L. Simon_____
                                     Bruce L. Simon

Bruce L. Simon (State Bar No. 096241)
PEARSON, SIMON, WARSHAW & PENNY, LLP
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008

Dated: July 19, 2011         By:_____/s/ Richard M. Heimann_____
                                     Richard M. Heimann

Richard M. Heimann (State Bar No. 063607)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Direct Purchaser Co-Lead Class Counsel*

Dated: July 19, 2011         By:_____/s/ Patrick J. Ahern_____
                                     Patrick J. Ahern

Bruce H. Jackson (State Bar No. 98118)
BAKER & MCKENZIE LLP
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111-3802
Telephone: (415) 576-3000
Facsimile: (415) 576-3099

| | |
|---|---|
| 1 | Patrick J. Ahern |
| 2 | Roxane C. Busey |
|   | Karen Sewell |
| 3 | BAKER & MCKENZIE LLP |
|   | One Prudential Plaza |
| 4 | 130 East Randolph Drive |
|   | Chicago, IL  60601 |
| 5 | Telephone:  (312) 861-8000 |
|   | Facsimile:  (312) 861-2899 |

*Attorneys for Defendant Tatung Company of America, Inc.*

**Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from the above signatories.**

### ORDER

For good cause shown, SO ORDERED this __21st__ day of ____July____, 2011.

_____
THE HONORABLE SUSAN ILLSTON
United States District Judge