HUGH F. BANGASSER, (*PRO HAC VICE*)
RAMONA M. EMERSON, (*PRO HAC VICE*)
CHRISTOPHER M. WYANT, (*PRO HAC VICE*)
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA  98104-1158
Phone:  (206) 623-7580
Fax:      (206) 623-7022

JEFFREY L. BORNSTEIN, State Bar No. #99358
K&L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Phone:  (415) 249-1059
Fax:      (415) 882-8220

Attorneys for Defendants
HANNSTAR DISPLAY CORPORATION

**[Additional moving parties and
counsel listed on signature pages]**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. 3:07-md-1827 SI<br>MDL No. 1827 |
| This Document Relates to Individual Case No. 3:10-4346 SI<br><br>STATE OF OREGON, *ex rel* John Kroger, Attorney General,<br><br>             Plaintiff,<br><br>      v.<br><br>AU OPTRONICS CORPORATION; *et al.*<br><br>             Defendants. | **STIPULATION OF EXTENSION OF TIME TO ANSWER FIRST AMENDED COMPLAINT AND [~~PROPOSED~~] ORDER**<br><br>The Honorable Susan Illston |

WHEREAS the undersigned counsel, on behalf of plaintiff State of Oregon, filed a First Amended Complaint in the above-captioned case against Defendants AU Optronics Corporation, AU Optronics Corporation America, Chi Mei Innolux Corporation, Chi Mei Optoelectronics

USA, Inc., CMO Japan Co., Ltd., Epson Imaging Devices Corporation, Epson Electronics America, Inc., HannStar Display Corporation, Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc., Hitachi, Ltd., LG Display America, Inc., LG Display Co., Ltd., Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Sharp Corporation, Sharp Electronics Corporation, Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., Toshiba Corporation, and Toshiba Mobile Display Co., Ltd., (collectively, "Stipulating Defendants"), on April 15, 2011 ("FAC"), MDL dkt. no. 2661;

WHEREAS the Court denied defendants' motion to dismiss the FAC on July 12, 2011;

WHEREAS the Stipulating Defendants desire a reasonable amount of time to answer the FAC; and

THEREFORE, the State of Oregon and the Stipulating Defendants hereby agree:

1. The Stipulating Defendants' deadline to answer the FAC shall be August 12, 2011.

Dated: July 21, 2011

HAGLUND KELLEY HORNGREN JONES & WILDER LLP

By: /s/ Michael K. Kelley
Michael E. Haglund (State Bar No. 772030)
Michael K. Kelley (State Bar No. 853782)
Shay S. Scott (State Bar No. 934214)
200 SW Market Street, Suite 1777
Portland, OR 97201
(503) 225-0777 (Phone)
(503) 225-1257 (Facsimile)
*mhaglund@hk-law.com*
*Counsel for State of Oregon*

OREGON SENIOR ASSISTANT ATTORNEY GENERAL

Tim D. Nord (State Bar No. 882800)
1162 Court Street, NW
Salem, OR 97301-4096
(503) 947-4333 (Phone)
(503) 225-1257 (Facsimile)
*tim.d.nord@state.or.us*
Counsel for State of Oregon

K&L GATES LLP

By: /s/ Christopher M. Wyant
    Hugh F. Bangasser, (*Pro Hac Vice*)
    Ramona M. Emerson, (*Pro Hac Vice*)
    Christopher M. Wyant, (*Pro Hac Vice*)
    Jeffrey L. Bornstein, Bar No. 99358
    925 Fourth Avenue, Suite 290
    Seattle, WA 98104
    Tel: (206) 623-7580
    Fax: (206) 623-7022
    *chris.wyant@klgates.com*

Attorneys for Defendants
HANNSTAR DISPLAY CORPORATION

NOSSAMAN LLP

By: /s/ Christopher A. Nedeau
    Christopher A. Nedeau (Bar No. 81297)
    50 California Street, 34th Floor
    San Francisco, CA 94111
    Tel: (415) 398-3600
    Fax: (415) 398-2438
    *cnedeau@nossaman.com*

Attorneys for Defendants
AU OPTRONICS CORPORATION AND
AU OPTRONICS CORPORATION
AMERICA

DAVIS POLK & WARDWELL LLP

By: /s/ Sandra West
    Christopher B. Hockett (SBN 121539)
    Neal A. Potischman (SBN 254862)
    Sandra West (SBN 250389)
    Samantha H. Knox (SBN 254427)
    Micah G. Block (SBN 270712)
    1600 El Camino Real
    Menlo Park, California 94025
    (650) 752-2000 / (650) 752-2111
    *chris.hockett@davispolk.com*
    *neal.potischman@davispolk.com*
    *sandra.west@davispolk.com*
    *samantha.knox@davispolk.com*
    *micah.block@davispolk.com*

    Jonathan D. Martin (admitted pro hac vice)
    Bradley R. Hansen (admitted pro hac vice)
    DAVIS POLK & WARDWELL LLP
    450 Lexington Avenue
    New York, NY 10017
    (212) 450-4000 / (212) 701-5800
    *jonathan.martin@davispolk.com*
    *bradley.hansen@davispolk.com*

    Attorneys for Defendants CHIMEI INNOLUX CORPORATION (F/K/A CHI MEI OPTOELECTRONICS CORP.), CHI MEI OPTOELECTRONICS USA, INC., AND CMO JAPAN CO., LTD.

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Kent M. Roger
    Kent M. Roger (Bar No. 95987)
    One Market, Spear Street Tower
    San Francisco, CA 94105
    Tel: (415) 442-1140
    Fax: (415) 442-1001
    *kroger@morganlewis.com*

    Attorneys for Defendants
    HITACHI, LTD., HITACHI DISPLAYS, LTD., HITACHI ELECTRONIC DEVICES (USA), INC.

MORRISON & FOERSTER LLP

By: /s/ Stephen P. Freccero
  Stephen P. Freccero  (Bar No. 131093)
  425 Market Street
  San Francisco, CA  94105-2482
  Tel:  (415) 268-7000
  Fax:  (415) 268-7522
  *SFreccero@mofo.com*

  Attorneys for Defendants
  EPSON IMAGING DEVICES
  CORPORATION AND EPSON
  ELECTRONICS AMERICA, INC.


CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: /s/ Michael R. Lazerwitz
  Michael R. Lazerwitz (*Pro Hac Vice*)
  2000 Pennsylvania Avenue, NW
  Washington, D.C.  20006
  Tel:  (202) 974-1500
  Fax:  (202) 974-1999
  *mlazerwitz@cgsh.com*

  Attorneys for Defendants
  LG DISPLAY CO., LTD., and LG
  DISPLAY AMERICA, INC.


COVINGTON & BURLING LLP

By: /s/ Robert D. Wick
  Robert D. Wick
  1201 Pennsylvania Avenue, N.W.
  Washington, D.C.  20006
  Tel:  (202) 662-6000
  Fax:  (202) 662-6291
  *rwick@cov.com*

  Attorneys for Defendants
  SAMSUNG ELECTRONICS AMERICA,
  INC., SAMSUNG SEMICONDUCTOR,
  INC., and SAMSUNG ELECTRONICS
  CO., LTD.

| | |
|---|---|
| | |

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: /s/ John M. Grenfell
John M. Grenfell (State Bar No. 88500)
50 Fremont Street
San Francisco, CA 94105
Tel: (415) 983-1000
Fax: (415) 983-1200
*john.grenfell@pillsburylaw.com*

Attorneys for Defendants
SHARP CORPORATION AND SHARP ELECTRONICS CORPORATION

WHITE & CASE LLP

By: /s/ John H. Chung
John H. Chung, (*Pro Hac Vice*)
1155 Avenue of the Americas
New York, NY 10036
Tel: (212) 819-8200
Fax: (212) 354-8113
*jchung@ny.whitecase.com*

Attorneys for Defendants
TOSHIBA CORPORATION, TOSHIBA MOBILE DISPLAY TECHNOLOGY CO., LTD., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.

**Attestation: The filer of this document attests that the concurrence of the other signatories thereto has been obtained.**

SO ORDERED

7/21/11

By: _____[signature: Susan Illston]_____
Honorable Susan J. Illston

**Certificate of Service by CM-ECF**

(Federal Rules of Civil Procedure Rule 5(b))

I declare that I am employed with the law firm of K&L Gates, LLP, whose address is 925 4th Avenue, Suite 2900, Seattle, Washington 98104-1158.  I am not a party to the case, and I am over the age of eighteen years.

I further declare that on July 21, 2011, I served a copy of:

**STIPULATION OF EXTENSION OF TIME TO ANSWER FIRST AMENDED COMPLAINT AND [PROPOSED] ORDER**

by electronically mailing a true and correct copy to all parties of record through the CM-ECF system in accordance with Federal Rules of Civil Procedure Rule 5(b).

I declare under penalty of perjury that the above is true and correct.

Executed at Seattle, Washington, this 21st day of July, 2011.

                         s/ Christopher M. Wyant
                        Christopher M. Wyant (*pro hac vice*)
                        925 Fourth Avenue, Suite 290
                        Seattle, WA  98104
                        Tel: (206) 623-7580
                        Fax: (206) 623-7022
                        chris.wyant@klgates.com