IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION / | No. M 07-1827 SI<br>MDL No. 1827 |
| This Order Relates To:<br>T-MOBILE U.S.A., INC.,<br>    Plaintiff,<br>  v.<br>AU OPTRONICS CORPORATION, et al.,<br>    Defendants. / | No. C 11-2591 SI<br>**ORDER GRANTING PLAINTIFF'S MOTION FOR ORDER AUTHORIZING PLAINTIFF TO SERVE DEFENDANTS CHUNGHWA PICTURE TUBES, LTD. AND TATUNG CO. THROUGH THEIR U.S. COUNSEL** |

On July 12, 2011, this Court issued an order tentatively authorizing T-Mobile to serve defendants Chunghwa Pictures Tubes, Ltd. and Tatung Co. through their U.S. counsel pursuant to Federal Rule of Civil Procedure 4(f)(3). *See* Order Granting Plaintiff T-Mobile's Motion for Order Authorizing Plaintiff to Serve Defendants Chunghwa Picture Tubes, Ltd. and Tatung Co. Through Their U.S. Counsel (July 12, 2011), Master Docket No. 3079. The order gave defendants until July 29, 2011, to raise with the Court any new arguments against service under Rule 4(f)(3).

Defendants have now filed a brief in opposition to the Court's tentative order. The brief discusses one new case from this district in which the court declined to authorize service under Rule 4(f)(3). *See Fujitsu Ltd. v. Belkin Int'l, Inc.*, 2011 U.S. Dist. LEXIS 34076 (N.D. Cal. Mar. 29, 2011) (denying plaintiff's request to serve two Taiwanese companies under Rule 4(f)(3)).

Nothing in *Fujitsu* alters this Court's decision to permit service under Rule 4(f)(3). *Fujitsu* did

not determine that service under Rule 4(f)(3) was contrary to law or otherwise improper. Rather, the court agreed that, provided such service was consistent with "constitutional notions of due process," the decision to permit such service was in the discretion of the trial judge. *Id.* at *22.

The Court therefore adheres to its decision that, due to Chunghwa's active participation in this MDL for the past three years and the close corporate ties between Chunghwa and Tatung, service on both defendants through their U.S. counsel will fully comport with due process. Accordingly, T-Mobile's motion is GRANTED. T-Mobile may serve both Chunghwa and Tatung through their U.S. counsel.

**IT IS SO ORDERED.**

Dated: August 4, 2011

SUSAN ILLSTON
United States District Judge