SIMPSON THACHER & BARTLETT LLP
JONATHAN SANDERS (SBN: 228785)
jsanders@stblaw.com
2550 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

ARMAN ORUC (*pro hac vice*)
aoruc@stblaw.com
JONATHAN LIN (*pro hac vice*)
jlin@stblaw.com
JANE LEE (*pro hac vice*)
jlee@stblaw.com
1155 F Street, N.W.
Washington, D.C. 20004
Telephone: (202) 636-5500
Facsimile: (202) 636-5502

Counsel for Defendants
LG Display Co., Ltd. and LG Display America, Inc.

IT IS SO ORDERED
Judge Susan Illston

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sony Electronics Inc. and Sony Computer Entertainment America LLC,<br><br>Plaintiffs,<br><br>v.<br><br>LG Display Co., Ltd. and LG Display America, Inc.,<br><br>Defendants. | Case No. CV-10-5616-SI<br><br>Master File No. 3:07-md-01827-SI<br><br>MDL No. 1827 SI<br><br>**STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Whereas Sony Electronics Inc. and Sony Computer Entertainment America LLC ("Sony") filed a complaint in the above-captioned case against LG Display Co., Ltd. and LG Display America, Inc. ("LGD") on December 10, 2010 ("Complaint");

Whereas on April 25, 2011, LGD agreed to waive service of the Complaint under Federal Rule of Civil Procedure 4(d) and the parties stipulated to extend LGD's deadline to move to dismiss, answer, or otherwise respond to the Complaint until 90 days from April 25, 2011;

Whereas on May 27, 2011, the parties stipulated to extend LGD's deadline to move to dismiss, answer, or otherwise respond to the Complaint until September 15, 2011 to allow additional time to discuss an amicable resolution of the case; and

Whereas LGD and Sony seek additional time to discuss an amicable resolution of the case and anticipate meeting for such purpose in September 2011;

Therefore, LGD and Sony hereby agree that LGD's deadline to move to dismiss, answer, or otherwise respond to the Complaint will be November 18, 2011.

Dated: August 3, 2011

SIMPSON THACHER & BARTLETT LLP

By: /s/ Jonathan Sanders
Jonathan Sanders

2550 Hanover Street
Palo Alto, California 94304
Tel: (650) 251-5000
Fax: (650) 251-5002
Email: jsanders@stblaw.com

Arman Oruc (*pro hac vice*)
aoruc@stblaw.com
Jonathan Lin (*pro hac vice*)
jlin@stblaw.com
Jane Lee (*pro hac vice*)
jlee@stblaw.com
1155 F Street, N.W.
Washington, D.C. 20004
Telephone: (202) 636-5500
Facsimile: (202) 636-5502

1
2    *Attorneys for Defendants*
     LG Display Co., Ltd. and
     LG Display America, Inc.
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3
STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT,
Case No. CV-10-5616-SI

HOLME ROBERTS & OWEN LLP

By: /s/ Richard Mooney
Richard Mooney

Robert Stolebarger
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Tel: (415) 268-2000
Fax: (415) 268-1999
Email: richard.mooney@hro.com
robert.stolebarger@hro.com

*Attorneys for Plaintiffs*
Sony Electronics Inc. and
Sony Computer Entertainment LLC

---

4
STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT,
Case No. CV-10-5616-SI

**ATTESTATION OF CONCURRENCE IN FILING**

In accord with the Northern District of California's General Order No. 45, Section X(B), I attest that concurrence in the filing of this document has been obtained from Plaintiffs' counsel Richard Mooney.

Dated: August 3, 2011                                    SIMPSON THACHER & BARTLETT LLP

                                              By:    /s/ Jonathan Sanders
                                                     Jonathan Sanders

                                                     2550 Hanover Street
                                                     Palo Alto, California 94304
                                                     Tel: (650) 251-5000
                                                     Fax: (650) 251-5002
                                                     Email: jsanders@stblaw.com

                                                     *Attorney for Defendants*
                                                     LG Display Co., Ltd. and
                                                     LG Display America, Inc.