IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION / | No. M 07-1827 SI<br><br>MDL No. 1827 |
| This Order Relates to:<br><br>All Indirect-Purchaser Plaintiff Class Actions<br>                                                                / | **ORDER VACATING AUGUST 12, 2011, HEARING** |

On June 24, 2011, the indirect purchaser plaintiffs filed an objection to the Special Master's order denying their motion to deem Sharp Corporation to have admitted 16 of plaintiffs' requests for admission. Plaintiffs' objection is currently scheduled for hearing on August 12, 2011, at 9:00 a.m. Pursuant to Civil Local Rule 7-1(b), the Court finds the matter appropriate for disposition without oral argument and therefore VACATES the hearing. An order addressing the merits of plaintiffs' objection will follow shortly.

**IT IS SO ORDERED.**

Dated: August 10, 2011

SUSAN ILLSTON
United States District Judge