Garrard R. Beeney (NY Reg. No. 1656172)
(beeneyg@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498
Telephone:     (212) 558-4000
Facsimile:     (212) 558-3588

Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California  94303
Telephone:     (650) 461-5600
Facsimile:     (650) 461-5700

*Counsel for Defendant Philips Electronics North America Corporation*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates To:  Case No. 09-5840<br><br>MOTOROLA MOBILITY, INC.,<br><br>           Plaintiff,<br><br>     v.<br><br>AU OPTRONICS CORPORATION, *et al.*,<br><br>           Defendants. | Master File No. M07-1827 SI<br><br>MDL No. 1827<br><br>**STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT, WAIVER OF SERVICE, AND [~~PROPOSED~~] ORDER** |

SULLIVAN & CROMWELL LLP

STIPULATION OF EXTENSION OF TIME TO RESPOND TO
COMPLAINT, WAIVER OF SERVICE AND [PROPOSED] ORDER
MASTER FILE NO. M 07-1827 SI

Whereas, plaintiff Motorola Mobility, Inc. ("Motorola") filed a third amended complaint ("TAC") in the above-captioned case against defendants AU Optronics Corporation, AU Optronics Corporation America, Chi Mei Corporation, Chimei Innolux Corporation, Chi Mei Optoelectronics USA, Inc., CMO Japan Co. Ltd., Chunghwa Picture Tubes Ltd., Epson Electronics America, Inc., Epson Imaging Devices Corporation, HannStar Display Corporation, LG Display Co. Ltd., LG Display America, Inc., Nexgen Mediatech, Inc., Nexgen Mediatech USA, Inc., Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., Sharp Corporation, Sharp Electronics Corporation, Tatung Company of America, Inc., Toshiba America Electronic Components, Inc., Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Information Systems, Inc., and newly named defendants Philips Electronics North America Corporation, Samsung SDI Co. Ltd., Samsung SDI America, Inc., and Sanyo Consumer Electronics Co. Ltd. (the "Newly Named Defendants," and together, with the other defendants, the "Stipulating Defendants") on July 22, 2011;

Whereas, Motorola wishes to avoid the burden and expense of serving process on the Newly Named Defendants; and

Whereas, the Stipulating Defendants wish to confirm a date certain for their time to respond to the TAC.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, Motorola, on the one hand, and the Stipulating Defendants, on the other hand, as follows:

1. The Newly Named Defendants waive service of the TAC under Federal Rule of Civil Procedure 4(d). This stipulation does not constitute a waiver by the Newly Named Defendants of any other substantive or procedural defense, including but not limited to the defenses of lack of personal or subject matter jurisdiction and improper venue.

SULLIVAN & CROMWELL LLP

STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT, WAIVER OF SERVICE AND [PROPOSED] ORDER
MASTER FILE NO. M 07-1827 SI

2. The deadline for all Stipulating Defendants, other than the Newly Named Defendants, to move to dismiss, answer, or otherwise respond to the TAC will be August 15, 2011.

3. The deadline for the Newly Named Defendants to move to dismiss, answer, or otherwise respond to the TAC will be September 12, 2011.

DATED:  August 10, 2011

/s/ *Jason C. Murray*
Jason C. Murray (SBN 169806)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com

Jeffrey H. Howard (admitted *pro hac vice*)
Jerome A. Murphy (admitted *pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
Email: jhoward@crowell.com
jmurphy@crowell.com

*Counsel for Plaintiff Motorola Mobility, Inc.*

/s/ *Brendan P. Cullen*
Brendan P. Cullen (SBN 194057)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California  94303
Telephone:    (650) 461-5600
Facsimile:    (650) 461-5700
cullenb@sullcrom.com

Garrard R. Beeney (NY Reg. No. 1656172)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498

- 3 -

Telephone: (212) 558-4000
Facsimile: (212) 558-3588
beeneyg@sullcrom.com

*Counsel for Defendant Philips Electronics North America Corporation*

/s/ *Christopher A. Nedeau*
Christopher A. Nedeau (SBN 81297)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, California 94111-4799
Telephone: (415) 398-3600
Facsimile: (415) 398-2438
cnedeau@nossaman.com

*Counsel for Defendants AU Optronics Corporation and AU Optronics Corporation America.*

/s/ *Christopher B. Hockett*
Christopher B. Hockett (SBN 121539)
Neal A. Potischman (SBN 254862)
Sandra West (SBN 250389)
Samantha H. Knox (SBN 254427)
Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
chris.hockett@davispolk.com
neal.potischman@davispolk.com
sandra.west@davispolk.com
samantha.knox@davispolk.com
micah.block@davispolk.com

*Counsel for Defendants Chimei Innolux Corporation, CMO Japan Co. Ltd., Chi Mei Corporation, Chi Mei Optoelectonics USA, Inc., Nexgen Mediatech USA, Inc and Nexgen Mediatech, Inc.*

/s/ *Patrick J. Ahern*
Patrick J. Ahern
BAKER & MCKENZIE
One Prudential Plaza

- 4 -

STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT, WAIVER OF SERVICE AND [PROPOSED] ORDER
MASTER FILE NO. M 07-1827 SI

SULLIVAN
&
CROMWELL LLP

130 East Randolph Drive
Chicago, IL 60601
Telephone:  (312) 861-8000
Facsimile:  (312) 861-2899
j.ahern@baker.net

*Counsel for Defendants Chunghwa Picture Tubes Ltd.
And Tatung Company of America, Inc.*


/s/ *Stephen P. Freccero*
Stephen P. Freccero (SBN 131093)
Derek F. Foran (SBN 224569)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522
sfreccero@mofo.com
dforan@mofo.com

*Counsel for Defendants Epson Electronics America, Inc.
and Epson Imaging Devices Corporation*


/s/ *Hugh F. Bangasser*
Hugh F. Bangasser (admitted *pro hac vice*)
Ramona M. Emerson (admitted *pro hac vice*)
Christopher M. Wyant (admitted *pro hac vice*)
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Phone: (206) 623-7580
Fax:     (206) 623-7022

Jeffrey L. Bornstein (CA Bar No. 99358)
K&L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA  94111
Phone: (415) 249-1059
Fax:     (415) 882-8220

*Counsel for Defendant HannStar Display Corporation*

/s/ *Michael R. Lazerwitz*
Michael R. Lazerwitz, Esq. (admitted *pro hac vice*)
Lee F. Berger, Esq. (SBN 222756)
CLEARY GOTTLIEB STEEN &

- 5 -

STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT, WAIVER OF SERVICE AND [PROPOSED] ORDER
MASTER FILE NO. M 07-1827 SI

SULLIVAN
&
CROMWELL LLP

HAMILTON LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 974-1500
Facsimile: (202) 974-1999
mlazerwitz@cgsh.com
lberger@cgsh.com

*Counsel for Defendants LG Display Co. Ltd. and LG Display America, Inc.*


/s/ *Jeffrey Michael Davidson*
Jeffrey Michael Davidson (SBN 248620)
Simon J. Frankel (SBN 171552)
Timothy C. Hester
COVINGTON & BURLING LLP
One Front Street
San Francisco, California  94111
Telephone:  (415) 591-6000
Facsimile:  (415) 591-6091
jdavidson@cov.com
sfrankel@cov.com
thester@cov.com

Derek Ludwin
Daniel M. Suleiman
Robert D. Wick
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC  20004-2401
Telephone:  (202) 662-6000
Facsimile:  (202) 662-6291
dludwin@cov.com
dsuleiman@cov.com
rwick@cov.com

*Counsel for Defendants Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., and Samsung Semiconductor, Inc.*


/s/ *Michael W. Scarborough*
Michael W. Scarborough (SBN 203524)
Tyler Mark Cunningham (SBN 243694)
SHEPPARD MULLIN RICHTER & HAMPTON
Four Embarcadero Center, 17th Floor
San Francisco, California  94111

- 6 -

STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT, WAIVER OF SERVICE AND [PROPOSED] ORDER
MASTER FILE NO. M 07-1827 SI

SULLIVAN & CROMWELL LLP

Telephone:  (415) 434-9100
Facsimile:  (415) 434-3947
mscarborough@sheppardmullin.com
tcunningham@sheppardmullin.com

*Counsel for Defendants Samsung SDI America, Inc. and Samsung SDI Co., Ltd.*


/s/ *Allison A. Davis*
Allison A. Davis (SBN 139203)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:  (415) 276-6500
Facsimile:  (415) 276-4880
allisondavis@dwt.com

Nick S. Verwolf (admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
777 108th Avenue, N.E.
Bellevue, WA 98004-5149
Telephone:  (425) 646-6125
Facsimile:  (425) 646-6199
nickverwolf@dwt.com

*Counsel for Defendant Sanyo Consumer Electronics Co., Ltd.*


/s/ *Colin C. West*
Colin C. West (SBN 184095)
Kristen A. Palumbo (SBN 215857)
BINGHAM MCCUTCHEN LLP
Three Embarcadero Center, Suite 1800
San Francisco, California  94111
Telephone:  (415) 393-2000
Facsimile:  (415) 393-2286
colin.west@bingham.com
kristen.palumbo@bingham.com

*Counsel for Defendants Sharp Corporation and Sharp Electronics Corporation*

- 7 -

STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT, WAIVER OF SERVICE AND [PROPOSED] ORDER
MASTER FILE NO. M 07-1827 SI

SULLIVAN & CROMWELL LLP

1
2
3
4
5
6
7

/s/ *John H. Chung*
John H. Chung
WHITE & CASE LLP
1155 Avenue of Americas
New York, NY 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
jchung@whitecase.com

*Counsel for Defendants Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., Toshiba Corporation, and Toshiba Mobile Display Co., Ltd.*

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SULLIVAN
&
CROMWELL LLP

**IT IS SO ORDERED.**

Dated: _____8/11_____, 2011

_____
Susan Illston, United States District Judge

- 9 -

STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT, WAIVER OF SERVICE AND [PROPOSED] ORDER
MASTER FILE NO. M 07-1827 SI

SULLIVAN & CROMWELL LLP

1  I, Brendan P. Cullen, am the ECF User whose ID and password are being used to file this
2  Stipulation of Extension of Time to Respond to Complaint, Waiver of Service, and [Proposed] Order.  In
3  compliance with General Order 45, X.B., I hereby attest that the signed parties have concurred in this
4  filing.

6  Dated:  August 10, 2011                     */s/ Brendan P. Cullen*
                                                Brendan P. Cullen

- 10 -

STIPULATION OF EXTENSION OF TIME TO RESPOND TO
COMPLAINT, WAIVER OF SERVICE AND [PROPOSED] ORDER
MASTER FILE NO. M 07-1827 SI

SULLIVAN
&
CROMWELL LLP