GEORGE D. NIESPOLO (SBN 72107)
STEPHEN H. SUTRO (SBN 172168)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2200
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail:   gdniespolo@duanemorris.com
          shsutro@duanemorris.com

Attorneys for Defendants
NEC CORPORATION OF AMERICA; NEC DISPLAY
SOLUTIONS OF AMERICA, INC.; NEC
ELECTRONICS AMERICA, INC.

PHILIP J. IOVIENO (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY  12207
Telephone:  (518) 434-0600
Facsimile:  (518) 434-0665
Email: piovieno@bsfllp.com

Attorneys for Plaintiffs
ELECTROGRAPH SYSTEMS, INC. and
ELECTROGRAPH TECHNOLOGIES CORP.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master Case No.: 3:07-md-1827 SI<br>MDL No. 1827<br><br>Case No.: 3:11-cv-03342-SI |
| This Document Relates to Individual Case No. 3:11-cv-03342-SI (N.D. Cal.)<br><br>ELECTROGRAPH SYSTEMS, INC.; ELECTROGRAPH TECHNOLOGIES CORP.,<br><br>    Plaintiffs,<br><br>  vs.<br><br>NEC CORPORATION; NEC CORPORATION OF AMERICA; NEC DISPLAY SOLUTIONS OF AMERICA, INC.; NEC ELECTRONICS AMERICA, INC.; NEC LCD TECHNOLOGIES, LTD.,<br><br>    Defendants. | **STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT, WAIVER OF SERVICE, AND [PROPOSED] ORDER** |

1  WHEREAS the undersigned counsel, on behalf of plaintiffs Electrograph Systems, Inc. and Electrograph Technologies Corp. (hereinafter "Electrograph") filed a complaint in the above-captioned case against NEC Corporation, NEC Corporation of America, NEC Display Solutions of America, Inc., NEC Electronics America, Inc., and NEC LCD Technologies, Ltd., on April 5, 2011 ("Complaint");

WHEREAS Electrograph wishes to avoid the burden and expense of serving process on NEC Corporation of America, NEC Display Solutions of America, Inc., and NEC Electronics America, Inc. (hereinafter "NEC");

WHEREAS NEC desires a reasonable amount of time to respond to the Complaint; and

WHEREAS Electrograph and NEC believe that proceeding on a unified response date will create efficiency for the Court and the parties by reducing duplicative motion practice;

THEREFORE, Electrograph and NEC hereby agree:

1. NEC Corporation of America, NEC Display Solutions of America, Inc., and NEC Electronics America, Inc. waive service of the Complaint under Federal Rule of Civil Procedure 4(d). This stipulation does not constitute a waiver by any of the NEC defendants of any other substantive or procedural defense, including but not limited to the defense of lack of personal or subject matter jurisdiction and improper venue.

2. NEC's deadline to move to dismiss, answer, or otherwise respond to the Complaint will be 90 days from the execution of this stipulation, which execution shall take place no later than June 6, 2011, subject to Federal Rule of Civil Procedure 6(a)(1).

3. Electrograph will proceed to formally serve NEC Corporation and NEC LCD Technologies, Ltd., both Japanese corporations, under the Hague Convention. NEC and Electrograph agree that the case may proceed in the fashion described in paragraph 2, above, as to all defendants without waiting for service under the Hague Convention to be fully effectuated provided, however, that any other substantive or procedural defense, including but not limited to the defense of lack of personal or subject matter jurisdiction and improper venue may be asserted by defendants.

///

///

**DUANE MORRIS** LLP

Dated: June 6, 2011    By:    /s/
George D. Niespolo
Attorneys for Defendants NEC Corporation of America; NEC Display Solutions of America, Inc.; NEC Electronics America, Inc.

**BOIES SCHILLER & FLEXNER** LLP

Dated: June 6, 2011    By:    /s/
Philip J. Iovieno
Attorneys for Plaintiffs Electrograph Systems, Inc. and Electrograph Technologies Corp.

Attestation: The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

**ORDER**

SO ORDERED.
    8/11/11

_____
Honorable Susan J. Illston
United States District Judge