1  Michael P. Kenny (mike.kenny@alston.com)
   Debra D. Bernstein (debra.bernstein@alston.com)
2  Rodney J. Ganske (rod.ganske@alston.com)
   **ALSTON + BIRD LLP**
3  1201 West Peachtree Street
   Atlanta, Georgia 30309-3424
4  Telephone: (404) 881-7000
   Facsimile: (404) 881-7777
5
   Steven D. Hemminger (SBN 110665)
6  steve.hemminger@alston.com
   **ALSTON + BIRD LLP**
7  275 Middlefield Road, Suite 150
   Menlo Park, CA 94025-4004
8  Telephone: (650) 838-2000
   Facsimile: (650) 838-2001
9
   *Attorneys For Plaintiffs Dell Inc. and Dell Products L.P.*
10
                    UNITED STATES DISTRICT COURT
11                  NORTHERN DISTRICT OF CALIFORNIA
                         SAN FRANCISCO DIVISION
12

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. M:07-1827 SI<br>MDL No. 1827 |
| This Document Relates to Individual Case No. 3:10-cv-01064 SI | |
| DELL INC. and DELL PRODUCTS L.P., | Individual Case No. 3:10-cv-01064 SI |
| Plaintiffs,<br>v.<br>SHARP CORPORATION; SHARP ELECTRONICS CORPORATION; EPSON IMAGING DEVICES CORPORATION; EPSON ELECTRONICS AMERICA, INC.; HANNSTAR DISPLAY CORPORATION; TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; TOSHIBA AMERICA INFORMATION SYSTEMS, INC.; TOSHIBA CORPORATION; TOSHIBA MOBILE DISPLAY CO., LTD.; AU OPTRONICS CORPORATION; AU OPTRONICS CORPORATION AMERICA, INC.; CHI MEI INNOLUX CORPORATION; CHI MEI OPTOELECTRONICS CORPORATION; CHI MEI OPTOELECTRONICS USA, INC.; CMO JAPAN CO., LTD.; NEXGEN MEDIATECH, INC.; and NEXGEN MEDIATECH USA, INC.,<br>Defendants. | **[PROPOSED] ORDER REGARDING SERVICE OF SECOND AMENDED COMPLAINT AND SCHEDULING** |

---

[PROPOSED] ORDER REGARDING SERVICE OF SECOND        Master File No. M07-1827 SI
AMENDED COMPLAINT AND SCHEDULING                                  3:10-cv-01064
                                        1

The Court, having considered all papers filed and proceedings herein and good cause appearing, **HEREBY ORDERS** that:

AUO will have until September 7, 2011, to move against, answer or otherwise respond to Dell's Second Amended Complaint.

Dated: __8/19__ __, 2011.

_____
HONORABLE SUSAN ILLSTON
U.S. District Court Judge