Paul P. Eyre
Ernest E. Vargo
Michael E. Mumford
BAKER HOSTETLER LLP
PNC Center
1900 East Ninth Street, Suite 3200
Cleveland, OH 44114-3482
Telephone:   (216) 621-0200
Facsimile:   (216) 696-0740
Email:       peyre@bakerlaw.com
             evargo@bakerlaw.com
             mmumford@bakerlaw.com

Tracy L. Cole
BAKER HOSTETLER LLP
45 Rockefeller Plaza
11th Floor
New York, NY 10111
Telephone:   (212) 589-4228
Facsimile:   (212) 589-4201
Email:       tcole@bakerlaw.com

Attorneys for Defendant
Mitsui & Co. (U.S.A.), Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates to Individual Case No. 3:11-cv-00829-SI | Case No. 3:11-cv-00829-SI<br><br>Master File No. 3:07-md-1827 SI<br><br>MDL No. 1827 |
| METROPCS WIRELESS, INC.,<br><br>    Plaintiff,<br>v.<br><br>AU OPTRONICS CORPORATION, et al.,<br><br>    Defendants. | **STIPULATION OF EXTENSION OF TIME FOR MITSUI USA TO RESPOND TO FIRST AMENDED COMPLAINT, WAIVER OF SERVICE, AND [PROPOSED] ORDER**<br><br>**Clerk's Action Required** |

WHEREAS, plaintiff MetroPCS Wireless, Inc. ("MetroPCS") filed a First Amended Complaint ("FAC") in the above-captioned case on July 8, 2011 (Dkt. #35; MDL Dkt. #3064);

WHEREAS, the FAC identifies Mitsui & Co. (U.S.A.), Inc. ("Mitsui USA") as a new defendant in the case.

1   WHEREAS, MetroPCS wishes to avoid the burden and expense of serving process on
2   Mitsui USA; and
3   WHEREAS, Mitsui USA desires a reasonable amount of time to respond to the FAC.
4   THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the
5   undersigned counsel, on behalf of their respective clients, MetroPCS, on the one hand, and Mitsui
6   USA, on the other hand, as follows:
7       1.   Mitsui USA waives services of process under Federal Rule of Civil Procedure
8   4(d).  This Stipulation does not constitute a waiver by Mitsui USA of any other substantive or
9   procedural defense, including but not limited to, the defenses of lack of personal or subject matter
10  jurisdiction, improper venue, and misjoinder of parties.
11      2.   Mitsui USA's deadline to move to dismiss, answer, or otherwise respond to the
12  FAC will be November 10, 2011.
13  DATED:  August 12, 2011

15  By: /s/ Michael E. Mumford_____
    Paul P. Eyre
16  Ernest E. Vargo
    Michael E. Mumford
17  BAKER & HOSTETLER LLP
    PNC Center
18  1900 East Ninth Street, Suite 3200
    Cleveland, Ohio 44114-3482
19  (216) 621-0200 (Phone)
    (216) 696-0740 (Facsimile)
20  *peyre@bakerlaw.com*
    *evargo@bakerlaw.com*
21  *mmumford@bakerlaw.com*

22  *Counsel for Defendant Mitsui & Co. (U.S.A.), Inc.*

---

STIPULATION OF EXTENSION OF TIME FOR MITSUI    2    Case No. 3:11-cv-00829-SI
USA TO RESPOND TO FIRST AMENDED COMPLAINT         Master File No. 3:07-md-01827-SI

1  By: /s/ Philip J. Iovieno
William A. Isaacson
2  BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W., Suite 800
3  Washington, D.C. 20015
(202) 237-2727 (Phone)
4  (202) 237-6131 (Facsimile)
*wisaacson@bsfllp.com*

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY 12207
(518) 434-0600 (Phone)
(518) 434-0665 (Facsimile)
*piovieno@bsfllp.com*
*anardacci@bsfllp.com*

*Counsel for Plaintiff MetroPCS Wireless, Inc.*

Attestation:  The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

### [PROPOSED] ORDER

IT IS SO ORDERED.

DATED this 19th day of August, 2011.

By: /s/ Susan Illston
Hon. SUSAN ILLSTON