1  BRUCE L. SIMON (Bar No. 96241)
     bsimon@pswplaw.com
2  **PEARSON, SIMON, WARSHAW & PENNY, LLP**
   44 Montgomery Street, Suite 2450
3  San Francisco, California 94104
   Telephone: (415) 433-9000
4  Facsimile:  (415) 433-9008

5  RICHARD M. HEIMANN (Bar No. 63607)
     rheimann@lchb.com
6  **LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**
   275 Battery Street, 30th Floor
7  San Francisco, California 94111
   Telephone: (415) 956-1000
8  Facsimile:  (415) 956-1008

9  *Co-Lead Counsel for the Direct Purchaser Plaintiffs*

10 Carl L. Blumenstein (Bar No. 124158)
     cblumenstein@nossaman.com
11 **NOSSAMON LLP**
   50 California Street, 34th Floor
12 San Francisco, California 94111
   Telephone:  (415) 398-3600
13 Facsimile:  (415) 398-2438

14 *Defense Liaison Counsel and
   Attorneys for AU Optronics Corporation and AU Optronics Corporation America*
15

16              UNITED STATES DISTRICT COURT

17          NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

18
19 | IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. MDL 3:07-md-1827 SI |
   |---|---|
   | | **CLASS ACTION** |
20 | This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULE FOR SUBMISSION OF REBUTTAL AND SUR-REBUTTAL EXPERT REPORTS, CLOSE OF EXPERT DISCOVERY, AND BRIEFING ON DISPOSITIVE MOTIONS** |
21 | ALL DIRECT PURCHASER ACTIONS | |

25
26       WHEREAS the Special Master's Order Re: Treatment of Plaintiffs' Reply Expert Reports
27 entered July 5, 2011 (Doc. No. 3026) sets forth the schedule for the submission of rebuttal and
28 sur-rebuttal expert reports and provides that: (1) Plaintiffs may submit by August 22, 2011 reply

expert reports that respond by way of rebuttal only to all arguments advanced by Defendants' opening reports; (2) Defendants may submit by September 2, 2011 sur-rebuttal expert reports that respond to any argument or modeling newly advanced for the first time by Plaintiffs in their reply reports; and, (3) If Plaintiffs' reply reports contain extensive new modeling and formulas, Defendants shall notify the Special Master and request an extension until September 6 to file their sur-rebuttal reports;

WHEREAS the Court's Order Re: Pretrial and Trial Schedule entered November 23, 2010 (Doc. No. 2165) sets forth the following schedule for expert discovery and briefing on dispositive motions: (1) September 2, 2011 shall be the last day to file dispositive motions; (2) September 15, 2011 shall be the close of expert discovery; (3) September 23, 2011 shall be the last day to file oppositions to dispositive motions; and (4) October 14, 2011 shall be the last day to file reply briefs in support of dispositive motions;

WHEREAS in the Direct Purchaser Class Actions by agreement of the parties the Toshiba Defendants served the expert report of Dr. Barry C. Harris, Ph.D., on July 28, 2011, six days after the previously established deadline for service of Defendants' expert reports; and granted Direct Purchaser Class Plaintiffs an additional six days on their reply, until August 25, 2011;

WHEREAS the parties agree that the Direct Purchaser Class Plaintiffs should not be prejudiced in preparing their expert reports;

WHEREAS the Direct Purchaser Class Plaintiffs and Defendants agree that good cause exists to modify the schedule for submission of rebuttal and sur-rebuttal expert reports, the close of expert discovery, and briefing on dispositive motions; and,

WHEREAS the proposed modifications do not affect the hearing date for dispositive motions;

THEREFORE, IT IS HEREBY STIPULATED between Co-Lead Counsel for the Direct Purchaser Class Plaintiffs and Counsel for the AUO and Toshiba Defendants, subject to the Court's approval, that the pretrial schedule be modified as follows:

| Event | Prior Dates Applicable To Direct Purchaser Class Actions | New Dates Applicable To Direct Purchaser Class Actions |
|---|---|---|
| Service of Plaintiffs' reply expert reports | August 19, 2011 | August 29, 2011 |
| Service of underlying data and code | August 19, 2011 | August 29, 2011 |
| Service of Defendants' sur-rebuttal expert reports | | September 9, 2011 |
| If Plaintiffs' reply reports contain extensive new modeling and formulas, Defendants may request an extension to file their sur-rebuttal reports until | September 6, 2011 | September 13, 2011 |
| Last day to file dispositive motions | September 2, 2011 | September 9, 2011 |
| If Defendants' require an extension to file their sur-rebuttal reports, last day to file dispositive motions | September 2, 2011 | September 15, 2011 |
| Close of expert discovery | September 15, 2011 | September 22, 2011 |
| Last day to file oppositions to dispositive motions | September 23, 2011 | October 3, 2011 |
| If Defendants' require an extension to file their sur-rebuttal reports, last day to file opposition to dispositive motions | September 23, 2011 | October 6, 2011 |
| Last day to file reply briefs in support of dispositive motions | October 14, 2011 | October 24, 2011 |
| If Defendants' require an extension to file their sur-rebuttal reports, last day to file replies in support of their dispositive motions. | October 14, 2011 | October 27, 2011 |

The last day for hearing on dispositive motions shall remain November 16, 2011.

830353.130283.1

3

MDL 3:07-md-1827 SI

STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULE FOR SUBMISSION OF REBUTTAL AND SUR-REBUTTAL EXPERT REPORTS, CLOSE OF EXPERT DISCOVERY, AND BRIEFING ON DISPOSITIVE MOTIONS

| | | |
|---|---|---|
| 1 | DATED: August 16, 2011 | **PEARSON, SIMON, WARSHAW & PENNY, LLP** |
| 2 | | |
| 3 | | By:  /s/ Bruce L. Simon |
| 4 | | BRUCE L. SIMON |
| | | *Co-Lead Counsel for Direct Purchaser Plaintiffs* |
| 5 | DATED: August 16, 2011 | **LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP** |
| 6 | | |
| 7 | | |
| 8 | | By:  /s/ Richard M. Heimann |
| | | RICHARD M. HEIMANN |
| 9 | | *Co-Lead Counsel for Direct Purchaser Plaintiffs* |
| 10 | DATED: August 16, 2011 | **NOSSAMAN LLP** |
| 11 | | |
| 12 | | By:  /s/ Carl L. Blumenstein |
| 13 | | CARL L. BLUMENSTEIN |
| 14 | | *Defense Liaison Counsel and Attorneys for AU Optronics Corporation and AU Optronics Corporation America* |
| 15 | | |
| 16 | DATED: August 16, 2011 | **WHITE & CASE LLP** |
| 17 | | |
| 18 | | By:  /s/ Kristen J. McAhren |
| | | KRISTEN J. McAHREN |
| 19 | | *Attorneys for Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc.* |

**Attestation:** The filer of this document attests that the concurrence of the other signatory thereto has been obtained.

1 **ORDER**

2 **IT IS SO ORDERED.**

3 DATED: August 19, 2011

_____
Susan Illston
Judge, United States District Court