1   Francis O. Scarpulla (41059)
    Craig C. Corbitt (83251)
2   Judith A. Zahid (215418)
    Patrick B. Clayton (240191)
3   Qianwei Fu (242669)
    Heather T. Rankie (268002)
4   ZELLE HOFMANN VOELBEL & MASON LLP
    44 Montgomery Street, Suite 3400
5   San Francisco, CA 94104
    Telephone:     (415) 693-0700
6   Facsimile:     (415) 693-0770
    *fscarpulla@zelle.com*
7   *ccorbitt@zelle.com*

8   Joseph M Alioto (42980)
    Theresa D. Moore (99978)
9   THE ALIOTO FIRM
    225 California Street, 16th Floor
10  San Francisco, CA  94104
    Telephone:     (415) 434-8900
11  Facsimile:     (415) 434-9200

12  *Co-Lead Class Counsel for Indirect-Purchaser Plaintiffs*

13
14                  **UNITED STATES DISTRICT COURT**

15                **NORTHERN DISTRICT OF CALIFORNIA**

16                    **SAN FRANCISCO DIVISION**

17  IN RE TFT-LCD (FLAT PANEL)          Master File No. C07-1827-SI
    ANTITRUST LITIGATION
18                                      MDL No. 1827

19  _____        **INDIRECT-PURCHASER PLAINTIFFS'**
                                        **REQUEST FOR LEAVE TO FILE**
20  This Document Relates to:           **STATEMENT OF RECENT DECISIONS**

21  All Indirect-Purchaser Actions

22  _____

23

24

25

26

27

28

1         Pursuant to Civil Local Rule 7-3(d), Indirect-Purchaser Plaintiffs hereby request leave to file

2   the Statement of Recent Decisions attached hereto as Exhibit 1.  The Statement advises the Court of

3   the recent orders of the United States Court of Appeals for the Ninth Circuit, denying permission to

4   appeal this Court's orders regarding the motions to dismiss in the *Motorola*[1] and *Dell*[2] actions.

5

6   Dated:  August 11, 2011            Respectfully submitted,

7                                     */s/Craig C. Corbitt*

8

9                                    Francis O. Scarpulla (41059)
                                 Craig C. Corbitt (83251)

10                                   Judith A. Zahid (215418)
                                 Patrick B. Clayton (240191)

11                                   Qianwei Fu (242669)
                                 Heather T. Rankie (268002)

12                                   ZELLE HOFMANN VOELBEL & MASON LLP
                                 44 Montgomery Street, Suite 3400

13                                   San Francisco, CA 94104
                                 Telephone:    (415) 693-0700

14                                   Facsimile:      (415) 693-0770
                                 *fscarpulla@zelle.com*

15                                   *ccorbitt@zelle.com*

16                                   Joseph M Alioto (42980)
                                 Theresa D. Moore (99978)

17                                   THE ALIOTO FIRM
                                 225 California Street, 16th Floor

18                                   San Francisco, CA  94104
                                 Telephone:    (415) 434-8900

19                                   Facsimile:      (415) 434-9200

20                                   *Co-Lead Class Counsel for Indirect-Purchaser*
                                 *Plaintiffs*

21

22  **IT IS SO ORDERED:**
               8/19/11

23

24                                   Hon. Susan Illston
                                 United States District Judge

25

26  #3225300v1

27  _____

    [1]    *Motorola Inc. v. Samsung Electronics Co. Ltd., et al.*, No. 3:09-cv-05840-SI (N.D. Cal.).

28      [2]    *Dell Inc. and Dell Products, L.P. v. Sharp Corp., et al.*, No. 3:10-cv-01064-SI (N.D. Cal.).

INDIRECT-PURCHASER PLAINTIFFS' REQUEST FOR LEAVE TO FILE STATEMENT OF RECENT
DECISIONS   Master File No. C07-1827-SI

# EXHIBIT 1

1    Francis O. Scarpulla (41059)
     Craig C. Corbitt (83251)
2    Judith A. Zahid (215418)
     Patrick B. Clayton (240191)
3    Qianwei Fu (242669)
     Heather T. Rankie (268002)
4    ZELLE HOFMANN VOELBEL & MASON LLP
     44 Montgomery Street, Suite 3400
5    San Francisco, CA 94104
     Telephone:    (415) 693-0700
6    Facsimile:    (415) 693-0770
     *fscarpulla@zelle.com*
7    *ccorbitt@zelle.com*

8    Joseph M Alioto (42980)
     Theresa D. Moore (99978)
9    THE ALIOTO FIRM
     225 California Street, 16th Floor
10   San Francisco, CA  94104
     Telephone:    (415) 434-8900
11   Facsimile:    (415) 434-9200

12   *Co-Lead Class Counsel for Indirect-Purchaser Plaintiffs*

13

14

15

16

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| 17   IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. M:07-1827-SI |
| 18 | MDL No. 1827 |
| 19   This Document Relates to: | **INDIRECT-PURCHASER PLAINTIFFS' STATEMENT OF RECENT DECISIONS** |
| 20   All Indirect-Purchaser Actions | |

21

22

23

24

25

26

27

28

1    Pursuant to Civil Local Rule 7-3(d), Indirect-Purchaser Plaintiffs submit this Statement of

2  Recent Decisions to advise the Court that the United States Court of Appeals for the Ninth Circuit

3  issued two separate orders today denying permission to appeal this Court's orders regarding the

4  motions to dismiss in the *Motorola*[1] and *Dell*[2] actions.  The Court's orders on the motions to dismiss

5  discussed the Foreign Trade Antitrust Improvements Act of 1982, 15 U.S.C. §6a.  Copies of the

6  Ninth Circuit's orders are attached.

7  Dated:  August 11, 2011                          Respectfully submitted,

8                                                    */s/Craig C. Corbitt*

9
                                                   Francis O. Scarpulla (41059)
10                                                  Craig C. Corbitt (83251)
                                                   Judith A. Zahid (215418)
11                                                  Patrick B. Clayton (240191)
                                                   Qianwei Fu (242669)
12                                                  Heather T. Rankie (268002)
                                                   ZELLE HOFMANN VOELBEL & MASON LLP
13                                                  44 Montgomery Street, Suite 3400
                                                   San Francisco, CA 94104
14                                                  Telephone:    (415) 693-0700
                                                   Facsimile:    (415) 693-0770
15                                                  *fscarpulla@zelle.com*
                                                   *ccorbitt@zelle.com*
16
                                                   Joseph M Alioto (42980)
17                                                  Theresa D. Moore (99978)
                                                   THE ALIOTO FIRM
18                                                  225 California Street, 16th Floor
                                                   San Francisco, CA  94104
19                                                  Telephone:    (415) 434-8900
                                                   Facsimile:    (415) 434-9200
20
                                                   *Co-Lead Class Counsel for Indirect-Purchaser*
21                                                  *Plaintiffs*

22

23

24

25
   #3225301v1
26

27  _____

28  [1]    *Motorola Inc. v. Samsung Electronics Co. Ltd., et al.*, No. 3:09-cv-05840-SI (N.D. Cal.).
    [2]    *Dell Inc. and Dell Products, L.P. v. Sharp Corp., et al.*, No. 3:10-cv-01064-SI (N.D. Cal.).

1

FILED

UNITED STATES COURT OF APPEALS

AUG 11 2011

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DELL INC. and DELL PRODUCTS, L.P.,<br><br>        Plaintiffs - Respondents,<br><br> v.<br><br>SHARP CORPORATION; et al.,<br><br>        Defendants - Petitioners. | No. 11-80129<br><br>D.C. No. 3:10-cv-01064-SI<br>Northern District of California,<br>San Francisco<br><br><br>ORDER |

Before:  SCHROEDER and THOMAS, Circuit Judges.

Petitioners' motion for leave to file a reply to respondents' answer to this

petition is granted.

The petition for permission to appeal pursuant to 28 U.S.C. § 1292(b) is

denied.

SL/MOATT

FILED

UNITED STATES COURT OF APPEALS

AUG 11 2011

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MOTOROLA, INC., | No. 11-80128 |
| Plaintiff - Respondent, | D.C. No. 3:09-cv-05840-SI |
| v. | Northern District of California, San Francisco |
| SAMSUNG ELECTRONICS CO., LTD.; et al., | ORDER |
| Defendants - Petitioners. | |

Before:  SCHROEDER and THOMAS, Circuit Judges.

Petitioners' motion for leave to file a reply to respondent's answer to this petition is granted.

The petition for permission to appeal pursuant to 28 U.S.C. § 1292(b) is denied.

SL/MOATT