Michael R. Lazerwitz (PRO HAC VICE)
Jeremy J. Calsyn (State Bar No. 205062)
Lee F. Berger (State Bar No. 222756)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000 (Phone)
(212) 225-3999 (Facsimile)
*mlazerwitz@cgsh.com*

*Counsel for Defendants LG Display Co., Ltd. and LG Display America, Inc.*

Richard L. Schwartz (NY Bar No. 1821081)
OFFICE OF THE ATTORNEY GENERAL
STATE OF NEW YORK
120 Broadway, 26th Floor
New York, NY 10271
(212) 416-8282 (Phone)
(212) 416-6015 (Facsimile)
*richard.schwartz@ag.ny.gov*
*john.ioannou@ag.ny.gov*

*Counsel for Plaintiff State of New York*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| STATE OF NEW YORK,<br>By and through Eric T. Schneiderman,<br>Attorney General<br><br>              Plaintiff,<br>v.<br><br>AU OPTRONICS CORPORATION, et al.,<br><br>              Defendants. | MASTER FILE NO. 3:07-md-1827 SI, MQ<br><br>MDL File No. 1827<br>CASE NO. 3:11-cv-711-SI, MQ<br><br>**STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER**<br><br>The Honorable Susan Illston |

WHEREAS the undersigned counsel, on behalf of plaintiff State of New York, filed an Amended Complaint in the above-captioned case against AU Optronics Corporation, AU Optronics Corporation America, Inc., Chi Mei Optoelectronics Corporation, Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc., LG Display Co. Ltd., LG Display America, Inc., Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., Sharp Corporation, Sharp Electronics Corporation, Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc., (collectively, "Stipulating Defendants"), among other defendants, on March 15, 2011 ("Complaint");

WHEREAS the Court entered its Order Granting in Part and Denying in Part Defendants' Motion to Dismiss on August 9, 2011; and

WHEREAS the Stipulating Defendants desire a reasonable amount of time to answer the Complaint;

THEREFORE, the State of New York and the Stipulating Defendants hereby agree:

1. The Stipulating Defendants' deadline to answer the Complaint will be September 14, 2011.

August 22, 2011

By: */s/ Michael R. Lazerwitz*
Michael R. Lazerwitz (Pro hac vice)
Jeremy J. Caslyn (State Bar No. 205062)
Lee F. Berger (State Bar No. 222756)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000 (Phone)
(212) 225-3999 (Facsimile)
*mlazerwitz@cgsh.com*

*Counsel for Defendants LG Display Co., Ltd. and LG Display America, Inc.*

STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER; Master Case No. 3:07-md-1827 SI, MQ Individual Action No. 3:11-cv-711-SI, MQ

| | |
|---|---|
| 1 | By: /s/ Robert D. Wick |
| 2 | Robert D. Wick (Pro hac vice) |
|  | Derek Ludwin (Pro hac vice) |
|  | Neil K. Roman (Pro hac vice) |
| 3 | COVINGTON & BURLING LLP |
|  | 1201 Pennsylvania Avenue, N.W. |
| 4 | Washington, DC 20004 |
|  | (202) 662-6000 (Phone) |
| 5 | (202) 662-6291 (Facsimile) |
|  | rwick@cov.com |
| 6 | dludwin@cov.com |
| 7 | nroman@cov.com |
| 8 |  |
|  | *Counsel for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc.* |

By: /s/ Christopher A. Nedeau
Christopher A. Nedeau (State Bar No. 81297)
Carl L. Blumenstein (State Bar No. 124158)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111-4799
(415) 398-3600 (Phone)
(415) 398-2438 (Facsimile)
cnedeau@nossaman.com
cblumenstein@nossaman.com

*Counsel for Defendants AU Optronics Corporation and AU Optronics Corporation America, Inc.*

By: /s/ Christopher B. Hockett
Christopher B. Hockett (Bar No. 121539)
Neal A. Potischman (Bar No. 254862)
Sandra West (Bar No. 250389)
Samantha H. Knox (Bar No. 254427)
DAVIS POLK
1600 El Camino Real
Menlo Park, California 94025
(650) 752-2000 / (650) 752-2111

*Counsel for Defendants Chi Mei Optoelectronics Corporation, Chi Mei Optoelectronics USA, Inc. and CMO Japan Co., Ltd.*

3
STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER; Master Case No. 3:07-md-1827 SI, MQ Individual Action No. 3:11-cv-711-SI, MQ

By: /s/ Kent M. Roger
Kent M. Roger (State Bar No. 95987)
Herman J. Hoying (State Bar No. 257495)
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
(415) 442-1000 (Phone)
(415) 442-1001 (Facsimile)
*kroger@morganlewis.com*
*hhoying@morganlewis.com*

*Counsel for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. and Hitachi Electronic Devices (USA), Inc.*


By: /s/ Jacob R. Sorensen
John M. Grenfell (State Bar No. 88500)
Jacob R. Sorensen (State Bar No. 209134)
PILLSBURY WINTHROP SHAW PITTMAN LLP
50 Fremont Street
San Francisco, CA 94105
(415) 983-1000 (Phone)
(415) 983-1200 (Facsimile)
*john.grenfell@pillsburylaw.com*

*Counsel for Defendants Sharp Corporation and Sharp Electronics Corporation*


By: /s/ John H. Chung
John H. Chung (*pro hac vice*)
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
Telephone:(212) 819-8200
Facsimile: (212) 354-8113

Christopher M. Curran (*pro hac vice*)
Kristen J. McAhren (*pro hac vice*)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Counsel for Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc. and Toshiba America Information Systems, Inc.*

By: */s/ Richard L. Schwartz*
Richard L. Schwartz
OFFICE OF THE ATTORNEY GENERAL
STATE OF NEW YORK
120 Broadway, 26th Floor
New York, NY 10271
(212) 416-8282 (Phone)
(212) 416-6015 (Facsimile)
*richard.schwartz@ag.ny.gov*
*john.ioannou@ag.ny.gov*

*Counsel for Plaintiff State of New York*

Attestation: The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

SO ORDERED

Dated: ___8/25/11___         By: _____/s/ Susan Illston_____
                                  Honorable Susan Illston

---

5
STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER; Master Case No. 3:07-md-1827 SI, MQ Individual Action No. 3:11-cv-711-SI, MQ