| | |
|---|---|
| 1 | Richard S. Taffet (*pro hac vice*) |
|   | Kenneth I. Schacter (*pro hac vice*) |
| 2 | Jon R. Roellke (*pro hac vice*) |
|   | Colin C. West (SBN 184095) |
| 3 | Kristen A. Palumbo (SBN 215857) |
|   | BINGHAM MCCUTCHEN LLP |
| 4 | Three Embarcadero Center |
|   | San Francisco, CA 94111-4067 |
| 5 | (415) 393-2000 (telephone) |
|   | (415) 393-2286 (facsimile) |
| 6 | colin.west@bingham.com |
| 7 | *Attorneys for Defendants* |
|   | Sharp Corporation |
| 8 | Sharp Electronics Corporation |
| 9 | [additional counsel and parties listed in signature block] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. Master File No. M:07-1827 SI<br>MDL NO. 1827 |
| This Document Relates to Individual Case No. 3:10-cv-01064 SI | |
| Dell Inc. and Dell Products L.P.,<br><br>            Plaintiffs,<br><br>     v.<br><br>SHARP CORPORATION; SHARP ELECTRONICS CORPORATION; EPSON IMAGING DEVICES CORPORATION; EPSON ELECTRONICS AMERICA, INC.; HANNSTAR DISPLAY CORPORATION; TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; TOSHIBA AMERICA INFORMATION SYSTEMS, INC.; TOSHIBA CORPORATION; TOSHIBA MOBILE DISPLAY CO., LTD.; AU OPTRONICS CORPORATION; AU OPTRONICS CORPORATION AMERICA, INC.; CHI MEI INNOLUX CORPORATION; CHI MEI OPTOELECTRONICS CORPORATION; CHI MEI OPTOELECTRONICS USA, INC.; CMO | Individual Case No. 3:10-cv-01064 SI<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT** |

| | |
|---|---|
| 1<br>2<br>3 | JAPAN CO., LTD.; NEXGEN MEDIATECH, INC.; and NEXGEN MEDIATECH USA, INC.,<br><br>    Defendants. |

WHEREAS, Plaintiffs Dell Inc. and Dell Products L.P. (collectively, "Dell") filed a Motion for Leave to Amend Complaint (Dkt Nos. 67 and 2950) on June 22, 2011;

WHEREAS, the Court granted Dell's motion for leave to file a Second Amended Complaint on August 3, 2011;

WHEREAS, Dell filed a Second Amended Complaint (Dkt. Nos. 89 and 3241, August 8, 2011) in the above-captioned case against Defendants Sharp Corporation, Sharp Electronics Corporation, Epson Imaging Devices Corporation, Epson Electronics America, Inc., HannStar Display Corporation, Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., and Toshiba Corporation, Toshiba Mobile Display Co., Ltd. ("Stipulating Defendants"), as well as newly-added Defendants AU Optronics Corporation, AU Optronics Corporation America, Inc., Chi Mei Innolux Corporation, Chi Mei Optoelectronics Corporation, Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Nexgen Mediatech, Inc., and Nexgen Mediatech USA, Inc.;

WHEREAS, Stipulating Defendants have requested, and Dell has agreed to, additional time for Stipulating Defendants to answer Dell's Second Amended Complaint;

WHEREAS, this extension will not alter the date of any event or any deadline already fixed by the Court;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, Dell, on the one hand, and Stipulating Defendants on the other hand, that Stipulating Defendants' deadline to answer Dell's Second Amended Complaint shall be September 1, 2011.

The parties respectfully request the Court to enter this stipulation as an order.

| | | |
|---|---|---|
| 1 | DATED:  August 22, 2011 | By:_____/s/ Debra D. Bernstein_____ |
| 2 | | Michael P. Kenny, Esq. |
| | | mike.kenny@alston.com |
| 3 | | Debra D. Bernstein, Esq. |
| | | debra.bernstein@alston.com |
| 4 | | Rodney J. Ganske, Esq. |
| | | rod.ganske@alston.com |
| 5 | | **ALSTON + BIRD LLP** |
| | | 1201West Peachtree Street |
| 6 | | Atlanta, Georgia 30309-3424 |
| | | Tel: (404) 881-7000 |
| 7 | | Facsimile: (404) 881-7777 |
| 8 | | |
| | | Steven D. Hemminger (SBN 110665) |
| 9 | | steve.hemminger@alston.com |
| | | **ALSTON + BIRD LLP** |
| 10 | | 275 Middlefield Road, Suite 150 |
| | | Menlo Park, CA 94025-4004 |
| 11 | | (650) 838-2000 (telephone) |
| 12 | | (650) 838-2001 (facsimile) |
| 13 | | *Attorneys for Plaintiffs* |
| | | Dell Inc. and Dell Products L.P. |
| 14 | | |
| | | By:_____/s/ Colin C. West_____ |
| 15 | | Colin C. West (SBN 184095) |
| | | BINGHAM MCCUTCHEN LLP |
| 16 | | Three Embarcadero Center |
| | | San Francisco, CA 94111-4067 |
| 17 | | (415) 393-2000 (telephone) |
| | | (415) 393-2286 (facsimile) |
| 18 | | colin.west@bingham.com |
| 19 | | Richard S. Taffet (*pro hac vice*) |
| | | Kenneth I. Schacter (*pro hac vice*) |
| 20 | | BINGHAM MCCUTCHEN LLP |
| | | 399 Park Avenue |
| 21 | | New York, NY 10022-4689 |
| | | (212) 705-7000 (telephone) |
| 22 | | |
| | | Jon R. Roellke (*pro hac vice*) |
| 23 | | BINGHAM MCCUTCHEN LLP |
| | | 2020 K Street NW |
| 24 | | Washington, DC 20006-1806 |
| | | (202) 373-6000 (telephone) |
| 25 | | |
| | | *Attorneys for Defendants* |
| 26 | | Sharp Corporation |
| | | Sharp Electronics Corporation |
| 27 | | |
| 28 | | |

| | |
|---|---|
| 1 | By: _____/s/ Melvin R. Goldman_____ |
| 2 | Melvin R. Goldman |
|   | Stephen P. Freccero |
| 3 | Derek F. Foran |
|   | MORRISON & FOERSTER LLP |
| 4 | 425 Market Street |
|   | San Francisco, CA 94105 |
| 5 | (415) 268-7000 (telephone) |
| 6 | David L. Meyer |
|   | MORRISON & FOERSTER LLP |
| 7 | 2000 Pennsylvania Avenue, NW |
|   | Suite 6000 |
| 8 | Washington, DC 20006-1888 |
| 9 | *Attorneys for Defendants* |
|   | Epson Imaging Devices Corporation, Epson Electronics America, Inc. |
| 10 | |
| 11 | By: _____/s/ Ramona M. Emerson_____ |
|    | Hugh F. Bangasser *(pro hac vice)* |
| 12 | Ramona M. Emerson *(pro hac vice)* |
|    | Christopher M. Wyant *(pro hac vice)* |
| 13 | 925 Fourth Ave, Suite 2900 |
|    | Seattle, WA 98104 |
| 14 | (206) 623-7580 (telephone) |
|    | (206) 623-7022 (facsimile) |
| 15 | hugh.bangasser@klgates.com |
|    | ramona.emerson@klgates.com |
| 16 | chris.wyant@klgates.com |
| 17 | Jeffrey L. Bornstein (SBN 99358) |
|    | K&L GATES LLP |
| 18 | Four Embarcadero Center, Suite 1200 |
|    | San Francisco, CA 94111 |
| 19 | (415) 249-1059 (telephone) |
|    | (415) 882-8200 (facscimile) |
| 20 | *Attorneys for Defendant* |
|    | HannStar Display Corporation |

3

M:07-1827 SI; MDL NO. 1827

JOINT STIPULATION EXTENDING TIME TO RESPOND

| | |
|---|---|
| 1 | By: _____/s/ John H. Chung_____ |
| 2 | John H. Chung (*pro hac vice*)<br>WHITE & CASE LLP |
| 3 | 1155 Avenue of the Americas<br>New York, NY  10036 |
| 4 | (212) 819-8200 (telephone) |
| 5 | Christopher M. Curran (*pro hac vice*)<br>Kristen J. McAhren (*pro hac vice*) |
| 6 | 701 Thirteenth Street, NW<br>Washington, DC 20005-3807 |
| 7 | (202) 626-3600 (telephone) |
| 8 | *Attorneys for Defendants*<br>Toshiba Corporation, Toshiba Mobile Display Co., |
| 9 | Ltd., Toshiba America Electronic Components,<br>Inc. and Toshiba America Information Systems, Inc. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: __8/25/11____         _____/s/ Susan Illston_____
                             Hon. Susan Y. Illston
                             United States District Judge


**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Joint Stipulation and [Proposed] Order Extending Time to Respond to Second Amended Complaint. In compliance with General Order 45.X.B., I hereby attest that that concurrence in the filing of this document has been obtained from stipulating parties.

By:   /s/ Colin C. West
Colin C. West (SBN 184095)
BINGHAM MCCUTCHEN LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000 (telephone)
(415) 393-2286 (facsimile)
colin.west@bingham.com

*Attorney for Defendants*
Sharp Corporation and
Sharp Electronics Corporation