Garrard R. Beeney (NY Reg. No. 1656172)
(beeneyg@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498
Telephone:    (212) 558-4000
Facsimile:    (212) 558-3588

Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California  94303
Telephone:    (650) 461-5600
Facsimile:    (650) 461-5700

*Counsel for Defendants Philips Electronics North America Corporation and Koninklijke Philips Electronics N.V.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. 3:07-md-1827 SI<br>MDL No. 1827 |
| This Document Relates to Individual Case No. 11-cv-02495<br><br>JACO ELECTRONICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AU OPTRONICS CORPORATION, et al.,<br><br>Defendants. | Individual Case No.: 11-cv-02495<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SERVICE AND SCHEDULING** |

1  WHEREAS Plaintiff Jaco Electronics, Inc. ("Plaintiff") filed a complaint (the

2  "Complaint") in the above-captioned case against Defendants AU Optronics Corporation; AU

3  Optronics Corporation America; Chi Mei Corporation; Chimei Innolux Corporation (f/k/a Chi

4  Mei Optoelectronics Corporation); Chi Mei Optoelectronics USA, Inc.; CMO Japan Co., Ltd.;

5  Nexgen Mediatech, Inc.; Nexgen Mediatech USA, Inc.; Epson Imaging Devices Corporation;

6  Epson Electronics America, Inc.; HannStar Display Corporation;  LG Display Co. Ltd.; LG

7  Display America, Inc.; Renesas Electronics America; Samsung SDI Co., Ltd.; Samsung SDI

8  America, Inc.; Sanyo Consumer Electronics Co., Ltd.; Sanyo North America Corporation; Sharp

9  Corporation; Sharp Electronics Corporation; Tatung Company of America, Inc.; Toshiba

10 Corporation; Toshiba America Electronic Components, Inc.; Toshiba Mobile Display

11 Technology Co., Ltd.; and Toshiba America Information Systems, Inc. (the "Original

12 Defendants") on May 20, 2011;

13  WHEREAS Plaintiff filed a First Amended Complaint on July 12, 2011, naming

14 as additional defendants, among other parties, Philips Electronics North America Corporation

15 and Koninklijke Philips Electronics N.V. (the "Stipulating Defendants");

16  WHEREAS on July 14, 2011, Plaintiff and the Original Defendants stipulated that

17 the Original Defendants' deadline to move to dismiss, answer, or otherwise respond to the First

18 Amended Complaint would be October 12, 2011;

19  WHEREAS Plaintiff wishes to avoid the burden and expense of serving process

20 on the Stipulating Defendants;

21  WHEREAS the Stipulating Defendants desire a reasonable amount of time to

22 respond to the Complaint;

23  WHEREAS Plaintiff and the Stipulating Defendants believe that proceeding on a

24 unified response date will create efficiency for the Court and the parties by reducing duplicative

25 motion practice;

26

27

28

- 2 -

1  THEREFORE, Plaintiff and the Stipulating Defendants hereby agree:

2  1. The Stipulating Defendants waive service of the First Amended Complaint under Federal Rule of Civil Procedure 4(d).  This stipulation does not constitute a waiver by the Stipulating Defendants of any other substantive or procedural defense, including but not limited to the defense of lack of personal or subject matter jurisdiction and improper venue.

2. The Stipulating Defendants' deadline to move to dismiss, answer, or otherwise respond to the First Amended Complaint will be October 12, 2011.

IT IS SO STIPULATED.

DATED:  August 25, 2011

/s/ *Brendan P. Cullen*
Brendan P. Cullen (SBN 194057)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California  94303
Telephone:     (650) 461-5600
Facsimile:     (650) 461-5700
cullenb@sullcrom.com

Garrard R. Beeney (NY Reg. No. 1656172)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498
Telephone:     (212) 558-4000
Facsimile:     (212) 558-3588
beeneyg@sullcrom.com

*Counsel for Defendants Philips Electronics North America Corporation and Koninklijke Philips Electronics N.V.*

/s/ *Jason C. Murray*
Jason C. Murray (State Bar No. 169806)
CROWELL & MORING LLP
515 South Flower Street, 40th floor
Los Angeles, CA 90071
Tel:  (213) 422-5582
Fax:  (213) 622-2690
*jmurray@crowell.com*

JEFFREY H. HOWARD
JEROME A. MURPHY
1001 Pennsylvania Avenue, N.W.

1
2

Washington, DC 20004
Phone: (202) 624-2500
Fax: (202) 628-5116

3

*Attorneys for Plaintiff Jaco Electronics, Inc..*

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

S<small>ULLIVAN</small>
&
C<small>ROMWELL LLP</small>

- 4 -

STIPULATION AND [PROPOSED] ORDER
REGARDING SERVICE AND SCHEDULING
M<small>ASTER</small> F<small>ILE</small> N<small>O</small>. M 07-1827 SI

I, Brendan P. Cullen, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Service and Scheduling.  In compliance with General Order 45, X.B., I hereby attest that Jason C. Murray concurred in this filing.

Dated:  August 25, 2011                    */s/ Brendan P. Cullen*
                                                                  Brendan P. Cullen

Having considered the foregoing stipulation, and good cause appearing,

**IT IS SO ORDERED**.

8/25/11                                                       _____
                                                                            Judge Susan Illston

- 5 -