William A. Isaacson (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

Philip J. Iovieno (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com

Laura J. McKay (SBN 230049)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
Email: lmckay@bsfllp.com

Counsel for Plaintiff
METROPCS WIRELESS, INC.

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates To Individual Case No. 3:11-cv-00829-SI (N.D. Cal.)<br><br>METROPCS WIRELESS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>AU OPTRONICS CORPORATION, et al.,<br><br>Defendants. | Case No. 3:11-cv-00829-SI (N.D. Cal.)<br><br>Master File No. 3:07-md-01827-SI (N.D. Cal.)<br><br>MDL No. 1827<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE OPPOSITION TO MITSUI & CO. (TAIWAN), LTD.'S MOTION TO DISMISS METROPCS WIRELESS, INC.'S FIRST AMENDED COMPLAINT** |

1    Plaintiff MetroPCS Wireless, Inc. and Defendant Mitsui & Co. (Taiwan), Ltd. through the
2  undersigned counsel, request that the Court enter the following order to (1) extend Plaintiff's time
3  to oppose Defendant's Motion to Dismiss to August, 31, 2011; and (2) extend Defendant's time to
4  file a reply in support of its Motion to Dismiss to September 14, 2011.
5    WHEREAS Defendant filed a motion to dismiss the First Amended Complaint in this
6  action on August 5, 2011 (MDL Dkt #3218) (the "Motion");
7    WHEREAS Plaintiff's opposition is due to be filed on August 26, 2011;
8    WHEREAS the parties agree that Plaintiff may have until August 31, 2011 to file its
9  opposition to the Motion;
10   WHEREAS Defendant's reply is due to be filed on September 9, 2011;
11   WHEREAS the parties further agree that Defendant may have until September 14, 2011 to
12 submit its reply;
13   WHEREAS the hearing on the Motion shall remain scheduled for September 23, 2011;
14   THEREFORE, Plaintiff, by its counsel, and Defendant, by the undersigned counsel,
15 stipulate and agree as follows:
16      1.  Plaintiff shall oppose the Motion by August 31, 2011.
17      2.  Defendant shall submit its reply by September 14, 2011
18      3.  The hearing shall be noticed for September 23, 2011.
19   **IT IS SO STIPULATED.**

DATED: August 25, 2011            /s/ William A. Isaacson
                                   William A. Isaacson (admitted *pro hac vice*)
                                   BOIES, SCHILLER & FLEXNER LLP
                                   5301 Wisconsin Ave. NW, Suite 800
                                   Washington, D.C. 20015
                                   Telephone: (202) 237-2727
                                   Facsimile: (202) 237-6131
                                   Email: wisaacson@bsfllp.com

                                   Philip J. Iovieno (admitted *pro hac vice*)
                                   BOIES, SCHILLER & FLEXNER LLP
                                   10 North Pearl Street, 4th Floor
                                   Albany, NY 12207
                                   Telephone: (518) 434-0600
                                   Facsimile: (518) 434-0665
                                   Email: piovieno@bsfllp.com

STIPULATION AND [PROPOSED] ORDER                              Case No. 3:11-cv-00829-SI
EXTENDING TIME TO FILE OPPOSITION TO MITSUI    - 1 -          Master File No. 3:07-md-01827-SI
& CO. (TAIWAN), LTD.'S MOTION TO DISMISS

| | |
|---|---|
| 1 | Laura J. McKay (SBN 230049) |
| 2 | BOIES, SCHILLER & FLEXNER LLP |
|   | 1999 Harrison Street, Suite 900 |
| 3 | Oakland, CA 94612 |
|   | Telephone:  (510) 874-1000 |
| 4 | Facsimile:   (510) 874-1460 |
|   | Email:  lmckay@bsfllp.com |

*Counsel for Plaintiff MetroPCS Wireless, Inc.*

           /s/ Paul P. Eyre
Paul P. Eyre
Ernest E. Vargo
Michael E. Mumford
BAKER & HOSTETLER LLP
PNC Center
1900 East Ninth Street, Suite 3200
Cleveland, OH 44114-3482
Telephone: (216) 621-0200
Facsimile: (216) 696-0740
peyre@bakerlaw.com
evargo@bakerlaw.com
mmumford@bakerlaw.com

Tracy Cole
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4210
Facsimile: (212) 589-4201
tcole@bakerlaw.com

*Attorneys for Defendant Mitsui & Co. (Taiwan), Ltd.*

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from stipulating defendants.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  ___8/25/11___                   _____
Hon. Susan Y. Illston
United States District Judge

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO FILE OPPOSITION TO MITSUI        - 2 -        Case No. 3:11-cv-00829-SI
& CO. (TAIWAN), LTD.'S MOTION TO DISMISS                         Master File No. 3:07-md-01827-SI