1  HUGH F. BANGASSER, (*PRO HAC VICE*)
   RAMONA M. EMERSON, (*PRO HAC VICE*)
2  CHRISTOPHER M. WYANT, (*PRO HAC VICE*)
   K&L GATES LLP
3  925 Fourth Avenue, Suite 2900
   Seattle, WA  98104-1158
4  Phone:  (206) 623-7580
   Fax:    (206) 623-7022
5
   JEFFREY L. BORNSTEIN, State Bar No. #99358
6  K&L Gates LLP
   Four Embarcadero Center, Suite 1200
7  San Francisco, CA 94111
   Phone:  (415) 249-1059
8  Fax:    (415) 882-8220

9  Attorneys for Defendants
   HANNSTAR DISPLAY CORPORATION
10
   **[Additional moving parties and counsel listed
11 on signature pages]**

12                     UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                        (SAN FRANCISCO DIVISION)

15

| 16 | IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. 3:07-md-1827 SI<br>MDL No. 1827 |
|---|---|---|
| 17 | | |
| 18 | This Document Relates to Individual Case No. 10-cv-4572 SI | **STIPULATION AND [~~PROPOSED~~]** |
| 19 | | **ORDER RE ANSWER DEADLINE** |
| 20 | BEST BUY CO., INC., et al., | Honorable Susan Illston |
| 21 | Plaintiffs, | |
| 22 | v. | |
| 23 | AU OPTRONICS CORPORATION, et al., | |
| 24 | Defendants. | |
| 25 | | |

Plaintiffs and the Stipulating Defendants, through the undersigned counsel, request that the Court enter the following order to extend the deadline for the undersigned defendants to answer Plaintiffs' First Amended Complaint ("FAC").

WHEREAS the Court granted in part and denied in part Defendants' motion to dismiss the FAC on August 24, 2011; and

WHEREAS the Stipulating Defendants desire a reasonable amount of time to answer the FAC;

THEREFORE, the Plaintiffs and the Stipulating Defendants hereby agree:

1. The Stipulating Defendants' deadline to answer the FAC shall be September 23, 2011.

**IT IS SO STIPULATED**.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  August 29, 2011 | ROBINS KAPLAN MILLER & CIRESI, LLP |

By: /s/ David Martinez
    David Martinez

Roman M. Silberfeld (Bar No. 62783)
David Martinez (Bar No. 193183)
2049 Century Park East, Suite 3400
Los Angeles California, 90067-3208
Phone:      (310) 552-0130
Fax:         (310) 229-5800
*DMartinez@rkmc.com*

Attorneys for Plaintiffs


K&L GATES LLP


By: /s/ Christopher Wyant
    Hugh F. Bangasser, (*Pro Hac Vice*)
    Ramona M. Emerson, (*Pro Hac Vice*)
    Christopher M. Wyant, (*Pro Hac Vice*)

K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Phone:      (206) 623-7580
Fax:         (206) 623-7022

JEFFREY L. BORNSTEIN, STATE BAR NO. 99358
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA  94111
Phone:      (415) 249-1059
Fax:         (415) 882-8220

Attorneys for Defendant HANNSTAR DISPLAY CORPORATION

1  NOSSAMAN LLP

2  By: /s/ Christopher Nedeau
       Christopher A. Nedeau

3

4  Christopher A. Nedeau (Bar No. 81297)
   50 California Street, 34th Floor
   San Francisco, CA  94111
5  Tel:  (415) 398-3600
   Fax:  (415) 398-2438

6

7  Attorneys for Defendants
   AU OPTRONICS CORPORATION AND
   AU OPTRONICS CORPORATION
8  AMERICA

9  DAVIS POLK & WARDWELL LLP

10  By: /s/ Christopher Hockett
        Christopher B. Hockett (SBN 121539)
11

12  Christopher B. Hockett (SBN 121539)
    Neal A. Potischman (SBN 254862)
13  Sandra West (SBN 250389)
    Samantha H. Knox (SBN 254427)
14  Micah G. Block (SBN 270712)
    1600 El Camino Real
15  Menlo Park, California  94025
    (650) 752-2000 / (650) 752-2111
16  chris.hockett@davispolk.com
    neal.potischman@davispolk.com
17  sandra.west@davispolk.com
    samantha.knox@davispolk.com
18  micah.block@davispolk.com
19

20  Jonathan D. Martin (admitted pro hac vice)
    Bradley R. Hansen (admitted pro hac vice)
21  DAVIS POLK & WARDWELL LLP
    450 Lexington Avenue
22  New York, NY 10017
    (212) 450-4000 / (212) 701-5800
23  jonathan.martin@davispolk.com
    bradley.hansen@davispolk.com
24

25  Attorneys for Defendants CHIMEI INNOLUX
    CORPORATION (F/K/A CHI MEI
26  OPTOELECTRONICS CORP.), CHI MEI
    OPTOELECTRONICS USA, INC., AND
27  CMO JAPAN CO., LTD.

28

| | |
|---|---|
| 1 | |
| 2 | MORRISON & FOERSTER LLP |
| 3 | |
| 4 | By: /s/ Stephen Freccero<br>Stephen P. Freccero |
| 5 | Melvin R. Goldman (Bar No. 34097)) |
| 6 | Stephen P. Freccero (Bar No. 131093)<br>Derek F. Foran (Bar No. 224569) |
| 7 | 425 Market Street<br>San Francisco, CA 94105-2482 |
| 8 | Tel: (415) 268-7000<br>Fax: (415) 268-7522 |
| 9 | Attorneys for Defendants |
| 10 | EPSON IMAGING DEVICES<br>CORPORATION, EPSON |
| 11 | ELECTRONICS AMERICA, INC. |
| 12 | |
| 13 | MORGAN, LEWIS & BOCKIUS LLP |
| 14 | |
| 15 | By: /s/ Kent Roger<br>Kent M. Roger (Bar No. 95987) |
| 16 | One Market, Spear Street Tower<br>San Francisco, CA 94105 |
| 17 | Tel: (415) 442-1140<br>Fax: (415) 442-1001 |
| 18 | Attorneys for Defendants |
| 19 | HITACHI, LTD., HITACHI DISPLAYS,<br>LTD., HITACHI ELECTRONIC |
| 20 | DEVICES (USA), INC. |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

|   |   |
|---|---|
| 1 | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| 2 | |
| 3 | |
| 4 | By: /s/ Michael Lazerwitz |
|   | Michael R. Lazerwitz |
| 5 | Michael R. Lazerwitz (*Pro Hac Vice*) |
|   | One Liberty Plaza |
| 6 | New York, NY  10006 |
|   | Tel:  (212) 225-2000 |
| 7 | Fax:  (212) 225-3999 |
| 8 | Lee F. Berger (Bar No. 222756) |
|   | 2000 Pennsylvania Avenue, NW |
| 9 | Washington, D.C.  20006 |
|   | Tel:  (202) 974-1500 |
| 10 | Fax:  (202) 974-1999 |
| 11 | Attorneys for Defendants |
|   | LG DISPLAY CO., LTD., and LG |
| 12 | DISPLAY AMERICA, INC. |
| 13 | |
|   | PILLSBURY WINTHROP SHAW PITTMAN |
| 14 | LLP |
| 15 | |
| 16 | By /s/ John Grenfell |
|   | John M. Grenfell |
| 17 | |
| 18 | John M. Grenfell (State Bar No. 88500) |
|   | Jacob R. Sorensen (State Bar No. 209134) |
|   | 50 Fremont Street |
| 19 | San Francisco, CA 94105 |
|   | Tel: (415) 983-1000 |
| 20 | Fax: (415) 983-1200 |
| 21 | Attorneys for Defendants |
|   | SHARP CORPORATION AND SHARP |
| 22 | ELECTRONICS CORPORATION |

1
2   GIBSON DUNN & CRUTCHER LLP
3
4   By: /s/ Rachel Brass
    Rachel S. Brass
5
    Joel S. Sanders (Bar No. 107234)
    Rachel S. Brass (Bar No. 219301)
6   Rebecca Justice Lazarus (Bar No. 227330)
    555 Mission Street, Suite 3000
7   San Francisco, CA  94105-2933
    Tel:  (415) 393-8200
8   Fax:  (415) 393-8306
9   Attorneys for Defendants
    CHUNGHWA PICTURE TUBES, LTD.
10  AND TATUNG COMPANY OF
    AMERICA, INC.
11
12
13
14
15  **Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from the above-referenced counsel.**
16
17
18  Having considered the foregoing stipulation, and good cause appearing,
19      **IT IS SO ORDERED**.
20      8/30/11                           _____
21                                         Judge Susan Illston
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE BY E-MAIL**
(Federal Rules of Civil Procedure Rule 5(b))

I declare that I am employed with the law firm of K&L Gates, LLP, whose address is 925 4th Avenue, Suite 2900, Seattle, Washington 98104-1158. I am not a party to the case, and I am over the age of eighteen years.

I further declare that on August 31st, 2011, I served a copy of:

**STIPULATION AND [PROPOSED] ORDER RE ANSWER DEADLINE**

by electronically mailing a true and correct copy to all parties of record through the CM-ECF system in accordance with Federal Rules of Civil Procedure Rule 5(b):

I declare under penalty of perjury that the above is true and correct.

Executed at Seattle, Washington, this 31st day of August, 2011.

| Christopher M. Wyant | /s/ Christopher M. Wyant |
|---|---|
| | (Signature) |