1  HUGH F. BANGASSER, (*PRO HAC VICE*)
   RAMONA M. EMERSON, (*PRO HAC VICE*)
2  CHRISTOPHER M. WYANT, (*PRO HAC VICE*)
   K&L GATES LLP
3  925 Fourth Avenue, Suite 2900
   Seattle, WA  98104-1158
4  Phone:  (206) 623-7580
   Fax:      (206) 623-7022
5
   JEFFREY L. BORNSTEIN, State Bar No. #99358
6  K&L Gates LLP
   Four Embarcadero Center, Suite 1200
7  San Francisco, CA 94111
   Phone:  (415) 249-1059
8  Fax:      (415) 882-8220

9  Attorneys for Defendants
   HANNSTAR DISPLAY CORPORATION
10
   **[Additional moving parties and counsel listed
11 on signature pages]**

12                  UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14                    (SAN FRANCISCO DIVISION)

15

| 16 | IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. 3:07-md-1827 SI<br>MDL No. 1827 |
|---|---|---|
| 17 | | |
| 18 | This Document Relates to Individual Case No. 10-cv-4572 SI | **STIPULATION AND [~~PROPOSED~~] ORDER RE ANSWER DEADLINE** |
| 19 | | |
| 20 | BEST BUY CO., INC., et al., | Honorable Susan Illston |
| 21 | Plaintiffs, | |
| 22 | v. | |
| 23 | AU OPTRONICS CORPORATION, et al., | |
| 24 | Defendants. | |
| 25 | | |

26

27

28

Plaintiffs and the Stipulating Defendants, through the undersigned counsel, request that the Court enter the following order to extend the deadline for the undersigned defendants to answer Plaintiffs' First Amended Complaint ("FAC").

WHEREAS the Court granted in part and denied in part Defendants' motion to dismiss the FAC on August 24, 2011; and

WHEREAS the Stipulating Defendants desire a reasonable amount of time to answer the FAC;

THEREFORE, the Plaintiffs and the Stipulating Defendants hereby agree:

1. The Stipulating Defendants' deadline to answer the FAC shall be September 23, 2011.

**IT IS SO STIPULATED**.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  August 29, 2011 | ROBINS KAPLAN MILLER & CIRESI, LLP |

By: /s/ David Martinez
　　David Martinez

　　Roman M. Silberfeld (Bar No. 62783)
　　David Martinez (Bar No. 193183)
　　2049 Century Park East, Suite 3400
　　Los Angeles California, 90067-3208
　　Phone:      (310) 552-0130
　　Fax:          (310) 229-5800
　　*DMartinez@rkmc.com*

　　Attorneys for Plaintiffs


K&L GATES LLP


By: /s/ Christopher Wyant
　　Hugh F. Bangasser, (*Pro Hac Vice*)
　　Ramona M. Emerson, (*Pro Hac Vice*)
　　Christopher M. Wyant, (*Pro Hac Vice*)

　　K&L GATES LLP
　　925 Fourth Avenue, Suite 2900
　　Seattle, WA 98104-1158
　　Phone:      (206) 623-7580
　　Fax:          (206) 623-7022

　　JEFFREY L. BORNSTEIN, STATE BAR NO. 99358
　　K&L GATES LLP
　　Four Embarcadero Center, Suite 1200
　　San Francisco, CA  94111
　　Phone:      (415) 249-1059
　　Fax:          (415) 882-8220

　　Attorneys for Defendant HANNSTAR
　　DISPLAY CORPORATION

| | |
|---|---|
| 1 | NOSSAMAN LLP |
| 2 | By: /s/ Christopher Nedeau |
|   |     Christopher A. Nedeau |
| 3 | |
|   | Christopher A. Nedeau (Bar No. 81297) |
| 4 | 50 California Street, 34th Floor |
|   | San Francisco, CA  94111 |
| 5 | Tel:  (415) 398-3600 |
|   | Fax:  (415) 398-2438 |
| 6 | |
|   | Attorneys for Defendants |
| 7 | AU OPTRONICS CORPORATION AND |
|   | AU OPTRONICS CORPORATION |
| 8 | AMERICA |
| 9 | DAVIS POLK & WARDWELL LLP |
| 10 | By: /s/ Christopher Hockett |
|    |     Christopher B. Hockett (SBN 121539) |
| 11 | |
| 12 | Christopher B. Hockett (SBN 121539) |
|    | Neal A. Potischman (SBN 254862) |
| 13 | Sandra West (SBN 250389) |
|    | Samantha H. Knox (SBN 254427) |
| 14 | Micah G. Block (SBN 270712) |
|    | 1600 El Camino Real |
| 15 | Menlo Park, California  94025 |
| 16 | (650) 752-2000 / (650) 752-2111 |
|    | chris.hockett@davispolk.com |
| 17 | neal.potischman@davispolk.com |
|    | sandra.west@davispolk.com |
| 18 | samantha.knox@davispolk.com |
|    | micah.block@davispolk.com |
| 19 | |
| 20 | Jonathan D. Martin (admitted pro hac vice) |
|    | Bradley R. Hansen (admitted pro hac vice) |
| 21 | DAVIS POLK & WARDWELL LLP |
|    | 450 Lexington Avenue |
| 22 | New York, NY 10017 |
| 23 | (212) 450-4000 / (212) 701-5800 |
|    | jonathan.martin@davispolk.com |
| 24 | bradley.hansen@davispolk.com |
| 25 | Attorneys for Defendants CHIMEI INNOLUX |
| 26 | CORPORATION (F/K/A CHI MEI |
|    | OPTOELECTRONICS CORP.), CHI MEI |
| 27 | OPTOELECTRONICS USA, INC., AND |
|    | CMO JAPAN CO., LTD. |
| 28 | |

|   |   |
|---|---|
| 1 |   |
| 2 | MORRISON & FOERSTER LLP |
| 3 |   |
| 4 | By: /s/ Stephen Freccero<br>    Stephen P. Freccero |
| 5 |    Melvin R. Goldman (Bar No. 34097)) |
| 6 |    Stephen P. Freccero (Bar No. 131093)<br>   Derek F. Foran (Bar No. 224569)<br>   425 Market Street |
| 7 |    San Francisco, CA  94105-2482<br>   Tel:  (415) 268-7000 |
| 8 |    Fax:  (415) 268-7522 |
| 9 |    Attorneys for Defendants<br>   EPSON IMAGING DEVICES |
| 10 |    CORPORATION, EPSON<br>   ELECTRONICS AMERICA, INC. |
| 11 |   |
| 12 |   |
| 13 | MORGAN, LEWIS & BOCKIUS LLP |
| 14 |   |
| 15 | By: /s/ Kent Roger<br>    Kent M. Roger (Bar No. 95987) |
| 16 |    One Market, Spear Street Tower<br>   San Francisco, CA  94105 |
| 17 |    Tel: (415) 442-1140<br>   Fax: (415) 442-1001 |
| 18 |    Attorneys for Defendants |
| 19 |    HITACHI, LTD., HITACHI DISPLAYS,<br>   LTD., HITACHI ELECTRONIC<br>   DEVICES (USA), INC. |
| 20 |   |
| ... | |
| 28 |   |

| | |
|---|---|
| 1 | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| 2 | |
| 3 | |
| 4 | By: /s/ Michael Lazerwitz<br>Michael R. Lazerwitz |
| 5 | Michael R. Lazerwitz (*Pro Hac Vice*)<br>One Liberty Plaza |
| 6 | New York, NY  10006<br>Tel:  (212) 225-2000 |
| 7 | Fax:  (212) 225-3999 |
| 8 | Lee F. Berger (Bar No. 222756)<br>2000 Pennsylvania Avenue, NW |
| 9 | Washington, D.C.  20006<br>Tel:  (202) 974-1500 |
| 10 | Fax:  (202) 974-1999 |
| 11 | Attorneys for Defendants<br>LG DISPLAY CO., LTD., and LG |
| 12 | DISPLAY AMERICA, INC. |
| 13 | |
| 14 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 15 | |
| 16 | By /s/ John Grenfell<br>John M. Grenfell |
| 17 | |
| 18 | John M. Grenfell (State Bar No. 88500)<br>Jacob R. Sorensen (State Bar No. 209134) |
| 19 | 50 Fremont Street<br>San Francisco, CA 94105 |
| 20 | Tel: (415) 983-1000<br>Fax: (415) 983-1200 |
| 21 | Attorneys for Defendants |
| 22 | SHARP CORPORATION AND SHARP ELECTRONICS CORPORATION |

|   |   |
|---|---|
| 1 |   |
| 2 | GIBSON DUNN & CRUTCHER LLP |
| 3 |   |
| 4 | By: /s/ Rachel Brass<br>Rachel S. Brass |
| 5 | Joel S. Sanders (Bar No. 107234) |
| 6 | Rachel S. Brass (Bar No. 219301)<br>Rebecca Justice Lazarus (Bar No. 227330) |
| 7 | 555 Mission Street, Suite 3000<br>San Francisco, CA  94105-2933 |
| 8 | Tel:  (415) 393-8200<br>Fax:  (415) 393-8306 |
| 9 | Attorneys for Defendants |
| 10 | CHUNGHWA PICTURE TUBES, LTD.<br>AND TATUNG COMPANY OF |
| 11 | AMERICA, INC. |

**Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from the above-referenced counsel.**

Having considered the foregoing stipulation, and good cause appearing,

**IT IS SO ORDERED**.

8/30/11

_____
Judge Susan Illston

1 **CERTIFICATE OF SERVICE BY E-MAIL**
(Federal Rules of Civil Procedure Rule 5(b))

2

3  I declare that I am employed with the law firm of K&L Gates, LLP, whose address is 925 4th Avenue, Suite 2900, Seattle, Washington 98104-1158.  I am not a party to the case,
4  and I am over the age of eighteen years.

5  I further declare that on August 31st, 2011, I served a copy of:

6 **STIPULATION AND [PROPOSED] ORDER RE ANSWER DEADLINE**

7 by electronically mailing a true and correct copy to all parties of record through the CM-ECF system in accordance with Federal Rules of Civil Procedure Rule 5(b):
8

9  I declare under penalty of perjury that the above is true and correct.

10  Executed at Seattle, Washington, this 31st day of August, 2011.

11

12

13

14                Christopher M. Wyant                  /s/ Christopher M. Wyant
                                                              (Signature)
15

16

17

18

19

20

21

22

23

24

25

26

27

28

K:\1158054\00002\20279_CMW\20279P22PU        7        STIPULATION AND ORDER RE ANSWER DEADLINE
                                                      Case No. 3:10-CV-03517 SI; 3:07-md 1827 SI