1  HUGH F. BANGASSER, (*PRO HAC VICE*)
   RAMONA M. EMERSON, (*PRO HAC VICE*)
2  CHRISTOPHER M. WYANT, (*PRO HAC VICE*)
   K&L GATES LLP
3  925 Fourth Avenue, Suite 2900
   Seattle, WA  98104-1158
4  Phone:  (206) 623-7580
   Fax:      (206) 623-7022
5
   JEFFREY L. BORNSTEIN, State Bar No. #99358
6  K&L Gates LLP
   Four Embarcadero Center, Suite 1200
7  San Francisco, CA 94111
   Phone:  (415) 249-1059
8  Fax:      (415) 882-8220

9  Attorneys for Defendants
   HANNSTAR DISPLAY CORPORATION
10
   **[Additional moving parties and counsel listed
11 on signature pages]**

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                         (SAN FRANCISCO DIVISION)

15

| 16 | IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. 3:07-md-1827 SI<br>MDL No. 1827 |
|---|---|---|
| 17 | | |
| 18 | This Document Relates to Individual Case No. 10-cv-4572 SI | **STIPULATION AND [~~PROPOSED~~]**<br>**ORDER RE ANSWER DEADLINE** |
| 19 | | |
| 20 | BEST BUY CO., INC., et al., | Honorable Susan Illston |
| 21 | Plaintiffs, | |
| 22 | v. | |
| 23 | AU OPTRONICS CORPORATION, et al., | |
| 24 | Defendants. | |
| 25 | | |

26

27

28

Plaintiffs and the Stipulating Defendants, through the undersigned counsel, request that the Court enter the following order to extend the deadline for the undersigned defendants to answer Plaintiffs' First Amended Complaint ("FAC").

WHEREAS the Court granted in part and denied in part Defendants' motion to dismiss the FAC on August 24, 2011; and

WHEREAS the Stipulating Defendants desire a reasonable amount of time to answer the FAC;

THEREFORE, the Plaintiffs and the Stipulating Defendants hereby agree:

1. The Stipulating Defendants' deadline to answer the FAC shall be September 23, 2011.

**IT IS SO STIPULATED**.

Dated: August 29, 2011

ROBINS KAPLAN MILLER & CIRESI, LLP

By: /s/ David Martinez
    David Martinez

    Roman M. Silberfeld (Bar No. 62783)
    David Martinez (Bar No. 193183)
    2049 Century Park East, Suite 3400
    Los Angeles California, 90067-3208
    Phone:   (310) 552-0130
    Fax:     (310) 229-5800
    *DMartinez@rkmc.com*

    Attorneys for Plaintiffs

K&L GATES LLP

By: /s/ Christopher Wyant
    Hugh F. Bangasser, (*Pro Hac Vice*)
    Ramona M. Emerson, (*Pro Hac Vice*)
    Christopher M. Wyant, (*Pro Hac Vice*)

    K&L GATES LLP
    925 Fourth Avenue, Suite 2900
    Seattle, WA 98104-1158
    Phone:   (206) 623-7580
    Fax:     (206) 623-7022

    JEFFREY L. BORNSTEIN, STATE BAR NO. 99358
    K&L GATES LLP
    Four Embarcadero Center, Suite 1200
    San Francisco, CA 94111
    Phone:   (415) 249-1059
    Fax:     (415) 882-8220

    Attorneys for Defendant HANNSTAR
    DISPLAY CORPORATION

|   |   |
|---|---|
| 1 | NOSSAMAN LLP |
| 2 | By: /s/ Christopher Nedeau |
|   | Christopher A. Nedeau |
| 3 |   |
|   | Christopher A. Nedeau (Bar No. 81297) |
| 4 | 50 California Street, 34th Floor |
|   | San Francisco, CA  94111 |
| 5 | Tel:  (415) 398-3600 |
|   | Fax:  (415) 398-2438 |

```
 1                                          NOSSAMAN LLP

 2                                          By: /s/ Christopher Nedeau
                                                Christopher A. Nedeau
 3
                                                Christopher A. Nedeau (Bar No. 81297)
 4                                              50 California Street, 34th Floor
                                                San Francisco, CA  94111
 5                                              Tel:  (415) 398-3600
                                                Fax:  (415) 398-2438
 6
                                                Attorneys for Defendants
 7                                              AU OPTRONICS CORPORATION AND
                                                AU OPTRONICS CORPORATION
 8                                              AMERICA

 9                                          DAVIS POLK & WARDWELL LLP

10                                          By: /s/ Christopher Hockett
                                                Christopher B. Hockett (SBN 121539)
11
                                            Christopher B. Hockett (SBN 121539)
12                                          Neal A. Potischman (SBN 254862)
                                            Sandra West (SBN 250389)
13                                          Samantha H. Knox (SBN 254427)
                                            Micah G. Block (SBN 270712)
14                                          1600 El Camino Real
                                            Menlo Park, California  94025
15                                          (650) 752-2000 / (650) 752-2111
                                            chris.hockett@davispolk.com
16                                          neal.potischman@davispolk.com
                                            sandra.west@davispolk.com
17                                          samantha.knox@davispolk.com
                                            micah.block@davispolk.com
18

19
                                            Jonathan D. Martin (admitted pro hac vice)
20                                          Bradley R. Hansen (admitted pro hac vice)
                                            DAVIS POLK & WARDWELL LLP
21                                          450 Lexington Avenue
                                            New York, NY 10017
22                                          (212) 450-4000 / (212) 701-5800
                                            jonathan.martin@davispolk.com
23                                          bradley.hansen@davispolk.com

24
                                            Attorneys for Defendants CHIMEI INNOLUX
25                                          CORPORATION (F/K/A CHI MEI
                                            OPTOELECTRONICS CORP.), CHI MEI
26                                          OPTOELECTRONICS USA, INC., AND
                                            CMO JAPAN CO., LTD.
27

28
```

| | |
|---|---|
| 1 | |
| 2 | MORRISON & FOERSTER LLP |
| 3 | |
| 4 | By: /s/ Stephen Freccero<br>    Stephen P. Freccero |
| 5 | Melvin R. Goldman (Bar No. 34097))<br>Stephen P. Freccero (Bar No. 131093) |
| 6 | Derek F. Foran (Bar No. 224569)<br>425 Market Street |
| 7 | San Francisco, CA  94105-2482<br>Tel:  (415) 268-7000 |
| 8 | Fax:  (415) 268-7522 |
| 9 | Attorneys for Defendants<br>EPSON IMAGING DEVICES |
| 10 | CORPORATION, EPSON<br>ELECTRONICS AMERICA, INC. |
| 11 | |
| 12 | |
| 13 | MORGAN, LEWIS & BOCKIUS LLP |
| 14 | |
| 15 | By: /s/ Kent Roger<br>    Kent M. Roger (Bar No. 95987) |
| 16 | One Market, Spear Street Tower<br>San Francisco, CA  94105 |
| 17 | Tel: (415) 442-1140<br>Fax: (415) 442-1001 |
| 18 | Attorneys for Defendants |
| 19 | HITACHI, LTD., HITACHI DISPLAYS,<br>LTD., HITACHI ELECTRONIC |
| 20 | DEVICES (USA), INC. |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

CLEARY GOTTLIEB STEEN & HAMILTON LLP


By: /s/ Michael Lazerwitz
　　Michael R. Lazerwitz

　　Michael R. Lazerwitz (*Pro Hac Vice*)
　　One Liberty Plaza
　　New York, NY  10006
　　Tel:  (212) 225-2000
　　Fax:  (212) 225-3999

　　Lee F. Berger (Bar No. 222756)
　　2000 Pennsylvania Avenue, NW
　　Washington, D.C.  20006
　　Tel:  (202) 974-1500
　　Fax:  (202) 974-1999

　　Attorneys for Defendants
　　LG DISPLAY CO., LTD., and LG DISPLAY AMERICA, INC.


PILLSBURY WINTHROP SHAW PITTMAN LLP


By /s/ John Grenfell
　　John M. Grenfell

　　John M. Grenfell (State Bar No. 88500)
　　Jacob R. Sorensen (State Bar No. 209134)
　　50 Fremont Street
　　San Francisco, CA 94105
　　Tel: (415) 983-1000
　　Fax: (415) 983-1200

　　Attorneys for Defendants
　　SHARP CORPORATION AND SHARP ELECTRONICS CORPORATION

|  |  |
|---|---|
| 1 | |
| 2 | GIBSON DUNN & CRUTCHER LLP |

GIBSON DUNN & CRUTCHER LLP

By: /s/ Rachel Brass
    Rachel S. Brass

Joel S. Sanders (Bar No. 107234)
Rachel S. Brass (Bar No. 219301)
Rebecca Justice Lazarus (Bar No. 227330)
555 Mission Street, Suite 3000
San Francisco, CA 94105-2933
Tel: (415) 393-8200
Fax: (415) 393-8306

Attorneys for Defendants
CHUNGHWA PICTURE TUBES, LTD.
AND TATUNG COMPANY OF
AMERICA, INC.

**Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from the above-referenced counsel.**

Having considered the foregoing stipulation, and good cause appearing,

    **IT IS SO ORDERED**.
    8/30/11                        _/s/ Susan Illston_
                                   Judge Susan Illston

**CERTIFICATE OF SERVICE BY E-MAIL**
(Federal Rules of Civil Procedure Rule 5(b))

I declare that I am employed with the law firm of K&L Gates, LLP, whose address is 925 4th Avenue, Suite 2900, Seattle, Washington 98104-1158. I am not a party to the case, and I am over the age of eighteen years.

I further declare that on August 31st, 2011, I served a copy of:

**STIPULATION AND [PROPOSED] ORDER RE ANSWER DEADLINE**

by electronically mailing a true and correct copy to all parties of record through the CM-ECF system in accordance with Federal Rules of Civil Procedure Rule 5(b):

I declare under penalty of perjury that the above is true and correct.

Executed at Seattle, Washington, this 31st day of August, 2011.

|   |   |
|---|---|
| Christopher M. Wyant | /s/ Christopher M. Wyant <br> (Signature) |