Christopher B. Hockett (SBN 121539)
Neal A. Potischman (SBN 254862)
Sandra West (SBN 250389)
Samantha H. Knox (SBN 254427)
Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

Jonathan D. Martin (*pro hac vice*)
Bradley R. Hansen (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800

*Attorneys for Defendants Chi Mei Corporation, Chimei Innolux Corporation (f/k/a Chi Mei Optoelectronics Corp.), Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Nexgen Mediatech, Inc. and Nexgen Mediatech USA, Inc.*

[Additional Defendants and Counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION

This Document Relates to Individual Case No. 3:10-cv-04945-SI

TARGET CORP., *et al.*,

Plaintiffs,

v.

AU OPTRONICS CORPORATION, *et al.*,

Defendants.

CASE NO. 3:10-cv-04945-SI

MDL NO. 3:07-md-1827-SI

**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT**

The undersigned counsel, on behalf of their respective clients, hereby respectfully request an extension of Defendants' deadline to respond to the first amended complaint filed by Plaintiffs Target Corporation; Sears, Roebuck and Co.; Kmart Corporation; Old Comp Inc.; Good Guys, Inc.; RadioShack Corporation; and Newegg Inc. on May 18, 2011, in the above-captioned litigation.

WHEREAS the undersigned Defendants jointly filed a motion to dismiss the first amended complaint on July 5, 2011;

WHEREAS Plaintiffs filed a motion for leave to file a second amended complaint on August 5, 2011, which Defendants opposed;

WHEREAS the Court entered an order granting in part and denying in part Defendants' joint motion to dismiss the first amended complaint on August 24, 2011, which included a ruling dismissing Plaintiffs' New York state law claims to the extent they arose prior to December 23, 1998 and the Nevada state law claims to the extent they arose prior to October 1, 1999 (the "Dismissed Claims");

WHEREAS Defendants' current deadline to answer the first amended complaint is September 7, 2011;

WHEREAS the Court is scheduled to hear oral argument on Plaintiffs' motion for leave to file a second amended complaint on September 9, 2011;

WHEREAS Plaintiffs and Defendants agree that it would serve the interests of the parties to extend Defendants' deadline to respond to the first amended complaint until after the Court rules on Plaintiffs' pending motion for leave to file a second amended complaint.

THEREFORE, Plaintiffs and Defendants, by their respective counsel, stipulate and agree as follows:

-- If the Court grants Plaintiffs' motion for leave to file a second amended complaint, (a) Plaintiffs agree to dismiss the Dismissed Claims with prejudice from the second amended complaint and (b) Defendants will answer the second amended complaint within twenty-one (21) days of the Court's order on the motion for leave to amend.

-- If the Court denies Plaintiffs' motion for leave to file a second amended complaint, Defendants will file their answer to Plaintiffs' first amended complaint within twenty-one (21) days of the Court's order on the motion for leave to amend.

Dated: September 6, 2011

Respectfully submitted,

By: /s/ Jerome A. Murphy
Jerome A. Murphy (*pro hac vice*)

Jason C. Murray (CA Bar No. 169806)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com

Jeffrey H. Howard (*pro hac vice*)
Jerome A. Murphy (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
Email: jhoward@crowell.com
jmurphy@crowell.com

Kenneth L. Adams (*pro hac vice*)
R. Bruce Holcomb (*pro hac vice*)
Christopher T. Leonardo (*pro hac vice*)
ADAMS HOLCOMB LLP
1875 Eye Street NW
Washington, DC 20006
Telephone: 202-580-8822
Email: adams@adamsholcomb.com
holcomb@adamsholcomb.com
leonardo@adamsholcomb.com

*Attorneys for Plaintiffs Target Corporation; Sears, Roebuck and Co.; Kmart Corporation; Old Comp Inc.; Good Guys, Inc.; RadioShack Corporation; and Newegg Inc.*

Case3:07-md-01827-SI Document3473 Filed09/08/11 Page4 of 10

DAVIS POLK & WARDWELL LLP

By: /s/ Christopher B. Hockett
Christopher B. Hockett (SBN 121539)

Christopher B. Hockett (SBN 121539)
Neal A. Potischman (SBN 254862)
Sandra West (SBN 250389)
Samantha H. Knox (SBN 254427)
Micah G. Block (SBN 270712)
1600 El Camino Real
Menlo Park, California 94025
(650) 752-2000 / (650) 752-2111
chris.hockett@davispolk.com
neal.potischman@davispolk.com
sandra.west@davispolk.com
samantha.knox@davispolk.com
micah.block@davispolk.com

Jonathan D. Martin (*pro hac vice*)
Bradley R. Hansen (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
(212) 450-4000 / (212) 701-5800
jonathan.martin@davispolk.com
bradley.hansen@davispolk.com

*Attorneys for Defendants Chi Mei Corporation, Chimei Innolux Corporation (f/k/a Chi Mei Optoelectronics Corp.), Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Nexgen Mediatech, Inc. and Nexgen Mediatech USA, Inc.*

3

STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT
CASE NO. 10-CV-04945-SI; MDL NO. 1827

NOSSAMAN LLP

By: /s/ Christopher A. Nedeau
Christopher A. Nedeau (SBN 81297)

Christopher A. Nedeau (SBN 81297)
Carl L. Blumenstein (SBN 124158)
Allison M. Dibley (SBN 213104)
50 California Street, 34th Floor
San Francisco, California 94111
(415) 398-3600 / (415) 398-2438
cnedeau@nossaman.com
cblumenstein@nossaman.com
adibley@nossaman.com

*Attorneys for Defendants AU Optronics Corporation and AU Optronics Corporation America*

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Rachel S. Brass
Rachel S. Brass (SBN 219301)

Joel S. Sanders (SBN 107234)
Rachel S. Brass (SBN 219301)
Rebecca Justice Lazarus (SBN 227330)
555 Mission Street, Suite 3000
San Francisco, California 94105
(415) 393-8200 / (415) 393-8306
jsanders@gibsondunn.com
rbrass@gibsondunn.com
rjustice@gibsondunn.com

*Attorneys for Defendants Chunghwa Picture Tubes, Ltd., and Tatung Company of America*

Case3:07-md-01827-SI Document3473 Filed09/08/11 Page6 of 10

MORRISON & FOERSTER LLP

By: /s/ Stephen P. Freccero
Stephen P. Freccero (SBN 131093)

Melvin R. Goldman (SBN 34097)
Stephen P. Freccero (SBN 131093)
Derek F. Foran (SBN 224569)
425 Market Street
San Francisco, California 94105
(415) 268-7000 / (415) 268-7522
mgoldman@mofo.com
sfreccero@mofo.com
dforan@mofo.com

*Attorneys for Defendants Epson Imaging Devices Corporation and Epson Electronics America, Inc.*

K&L GATES LLP

By: /s/ Ramona M. Emerson
Ramona M. Emerson (*pro hac vice*)

Hugh F. Bangasser (*pro hac vice*)
Ramona M. Emerson (*pro hac vice*)
Christopher M. Wyant (*pro hac vice*)
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104
(206) 623-7580 / (206) 623-7022
hugh.bangasser@klgates.com
ramona.emerson@klgates.com
chris.wyant@klgates.com

Jeffrey L. Bornstein (SBN 99358)
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, California 94111
(415) 249-1059 / (415) 882-8200
jeff.bornstein@klgates.com

*Attorneys for Defendant HannStar Display Corporation*

5

STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT
CASE NO. 10-CV-04945-SI; MDL NO. 1827

Case3:07-md-01827-SI Document3473 Filed09/08/11 Page7 of 10

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: /s/ Michael R. Lazerwitz
Michael R. Lazerwitz (*pro hac vice*)

Michael R. Lazerwitz (*pro hac vice*)
Jeremy J. Calsyn (SBN 205062)
Lee F. Berger (SBN 222756)
One Liberty Plaza
New York, New York 10006
(212) 225-2000 / (212) 225-3999
mlazerwitz@cgsh.com
jcalsyn@cgsh.com
lberger@cgsh.com

*Attorneys for Defendants LG Display Co., Ltd., and LG Display America, Inc.*

COVINGTON & BURLING LLP

By: /s/ Robert D. Wick
Robert D. Wick (*pro hac vice*)

Robert D. Wick (*pro hac vice*)
Neil K. Roman (*pro hac vice*)
Theodore P. Metzler (*pro hac vice*)
1201 Pennsylvania Ave. NW
Washington, D.C. 20004
(202) 662-6000
rwick@cov.com
nroman@cov.com
tmetzler@cov.com

*Attorneys for Defendants Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., and Samsung Electronics America, Inc.*

6

STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT
CASE NO. 10-CV-04945-SI; MDL NO. 1827

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: /s/ Jacob R. Sorenson
Jacob R. Sorensen (SBN 209134)

John M. Grenfell (SBN 88500)
Jacob R. Sorensen (SBN 209134)
Fusae Nara (*pro hac vice*)
Andrew D. Lanphere (SBN 191479)
50 Fremont Street
San Francisco, California 94105
(415) 983-1000 / (415) 983-1200
john.grenfell@pillsburylaw.com
jake.sorensen@pillsburylaw.com
fusae.nara@pillsburylaw.com
andrew.lanphere@pillsburylaw.com

*Attorneys for Defendants Sharp Corporation and Sharp Electronics Corporation*

WHITE & CASE LLP

By: /s/ John H. Chung
John H. Chung (*pro hac vice*)

John H. Chung (*pro hac vice*)
1155 Avenue of the Americas
New York, New York 10036
(212) 819-8200 / (212) 354-8113
jchung@whitecase.com

Christopher M. Curran (*pro hac vice*)
Kristen J. McAhren (*pro hac vice*)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, D.C. 20005
(202) 626-3600 / (202) 639-9355
ccurran@whitecase.com
kmcahren@whitecase.com

*Attorneys for Defendants Toshiba America Electronic Components, Inc., Toshiba Corporation, Toshiba Mobile Display Co., Ltd., and Toshiba America Information Systems, Inc.*

Case3:07-md-01827-SI Document3473 Filed09/08/11 Page9 of 10

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from all parties whose signatures are indicated by a "confirmed" signature (/s/) within this e-filed document.

Dated: September 6, 2011

Christopher B. Hockett /SDW

Christopher B. Hockett (SBN 121539)

8

STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT
CASE NO. 10-CV-04945-SI; MDL NO. 1827

Case3:07-md-01827-SI Document3473 Filed09/08/11 Page10 of 10

**[PROPOSED] ORDER**

Having considered the foregoing stipulation, and for good cause appearing,

IT IS SO ORDERED.

Dated: 9/7, 2011

The Honorable Susan Illston
United States District Judge

9

STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT
CASE NO. 10-CV-04945-SI; MDL NO. 1827