1   PILLSBURY WINTHROP SHAW PITTMAN LLP
    JOHN M. GRENFELL (CA Bar No. 88500)
2   john.grenfell@pillsburylaw.com
    JACOB R. SORENSEN (CA Bar No. 209134)
3   jake.sorensen@pillsburylaw.com
    FUSAE NARA (pro hac vice)
4   fusae.nara@pillsburylaw.com
    ANDREW D. LANPHERE  (CA Bar No. 191479)
5   andrew.lanphere@pillsburylaw.com
    50 Fremont Street
6   San Francisco, CA  94105
    Telephone: (415) 983-1000
7   Facsimile: (415) 983-1200

8   Attorneys for Defendants
    SHARP CORPORATION and
9   SHARP ELECTRONICS CORPORATION

10

11                 UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14   IN RE:  TFT-LCD (FLAT PANEL)        | Master File No. 3:07-md-1827 SI
     ANTITRUST LITIGATION                | MDL No. 1827
15

16   This Document Relates To:          | **STIPULATION AND [PROPOSED]
                                         | ORDER REGARDING SHARP
17   ALL ACTIONS                         | WITNESS DEPOSITIONS**
18

19

20      The Direct Action Plaintiffs ("DAPs") and Defendants Sharp Corporation and Sharp

21   Electronics Corporation (collectively, "Sharp") hereby stipulate as follows:

22                            **STIPULATION**

23      WHEREAS the Special Master's Order Regarding Individual Action Plaintiffs and

24   Case Management, Dkt. No. 1727, approved by the Court on April 30, 2010, provides that a

25   presumptive maximum of 12 fact witness depositions shall be taken for any single

26   defendant group;

27      WHEREAS to date the depositions of 11 Sharp fact witnesses have been taken;

28

1     WHEREAS discovery in the class cases closed on May 11, 2011, while discovery in

2     the DAP cases is on-going;

3     WHEREAS the DAPs and Sharp have met and conferred regarding scheduling of

4     additional fact witness depositions, and the DAPs have requested several additional Sharp

5     fact witness depositions;

6     WHEREAS the DAPs and Sharp agree to expand the limit of Sharp fact witness

7     depositions to allow certain depositions beyond the presumptive limit of 12 to go forward,

8     with the understanding that no further depositions of Sharp will be taken absent the

9     exceptional circumstances described in paragraph 3 below;

10     NOW, THEREFORE, the DAPs and Sharp, through their undersigned respective

11     counsel, stipulate and request that the Court order as follows:

12     1. The DAPs may take the depositions of the following additional Sharp fact

13     witnesses: Mr. Qais Sharif; Mr. Hiroyuki Funabashi; Mr. Tetsuroh Muramatsu; Mr. Seiji

14     Nakagawa; and Mr. Akihiko Imaya.

15     2. Unless the parties agree otherwise, the depositions of Mr. Muramatsu and Mr.

16     Imaya will take place at a location in Asia to be determined.

17     3. None of the DAPs will be entitled to any additional fact witness depositions of

18     Sharp unless new, noncumulative, and important evidence that is not currently available

19     comes to light demonstrating that additional fact witness depositions are necessary to the

20     DAPs' cases. Except as set forth in Paragraph 4 below, this is the only basis on which any

21     of the DAPs may seek additional fact witness depositions of Sharp, and Sharp reserves the

22     right to oppose any such request for additional depositions. Nothing about this agreement

23     affects expert witness depositions or 30(b)(6) depositions.

24     4. The parties will separately address the issue of depositions of individuals who

25     submit declarations or are expected to be called as witnesses at trial and who have not

26     otherwise been deposed and nothing in this stipulation prejudices the rights of any party to

27     request the depositions of such individuals.

28

1          5.  To the extent 12 fact witness depositions of any DAP are taken and defendants

2     believe that additional fact witness depositions are necessary, the DAPs agree to work with

3     defendants in good faith to address defendants' requests for additional depositions.

4          Dated:  September 7, 2011.

5                                        PILLSBURY WINTHROP SHAW PITTMAN LLP
                                         JOHN M. GRENFELL
6                                        JACOB R. SORENSEN
                                         FUSAE NARA
7                                        ANDREW D. LANPHERE
                                         50 Fremont Street
8                                        San Francisco, CA  94105

9

10                                       By:  _____/s/ Jacob R. Sorensen_____
                                                   Jacob R. Sorensen
11

12                                       Attorneys for Defendants SHARP
                                         CORPORATION and SHARP ELECTRONICS
13                                       CORPORATION

14                                       CROWELL & MORING LLP
                                         Jerome A. Murphy (pro hac vice)
15                                       1001 Pennsylvania Avenue, N.W.
                                         Washington, DC 20004-2595
16                                       Tel:  (202) 624-2985
                                         Fax: (202) 628-5116
17

18
                                         By:  _____/s/ Jerome A. Murphy_____
19                                                 Jerome A. Murphy

20                                       Liaison Counsel for Direct Action Plaintiffs

21

22                                       SO ORDERED:

23                                       _____

24                                       The Honorable Susan Illston
                                         District Court Judge
25

26                                            9/7/11
                                         _____
27                                       Date Entered

28

1   **ATTESTATION**:  Pursuant to General Order 45, Part X-B, the filer attests that

2   concurrence in the filing of this document has been obtained from Jerome A. Murphy.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
REGARDING SHARP DEPOSITIONS
Master File No. 3:07-md-1827 SI, MDL No. 1827