1  CHRISTOPHER A. NEDEAU (CA SBN 81297)
   CARL L. BLUMENSTEIN (CA SBN 124158)
2  NOSSAMAN LLP
   50 California Street, 34th Floor
3  San Francisco, CA 94111
   Telephone:   (415) 398-3600
4  Facsimile:   (415) 398-2438
   cnedeau@nossaman.com
5  cblumenstein@nossaman.com

6  Attorneys for Defendants
   AU Optronics Corporation and
7  AU Optronics Corporation America

8

9                          UNITED STATES DISTRICT COURT
10
                          NORTHERN DISTRICT OF CALIFORNIA
11
                                SAN FRANCISCO DIVISION
12

13

14  IN RE: TFT-LCD (FLAT PANEL) | Master File No. 3:07-md-1827 SI
    ANTITRUST LITIGATION        | MDL No. 1827
15

16  This Document Relates To:    | **STIPULATION AND [PROPOSED]**
                                 | **RECOMMENDATION AND ORDER**
17  INDIRECT PURCHASER CLASS     | **REGARDING AUO PROPOSED**
    ACTION                       | **EXPERT WITNESSES**
18

19

20       Indirect Purchaser Class Plaintiffs ("Plaintiffs") and Defendants AU Optronics

21  Corporation and AU Optronics Corporation America (collectively, "AUO") hereby

22  stipulate as follows:

23       WHEREAS AUO intends to call certain expert witnesses to testify in its defense in

24  the action entitled *United States v. AU Optronics Corp., et al.*, Case No. CR-09-0110 (SI)

25  (hereafter "the Criminal Case") and seeks to call those same expert witnesses (hereafter

26  "Proposed Expert Witnesses"), or some of them, to testify in the above-captioned action;

27

28                                        - 1 -                    Master File No. 3:07-md-1827 SI
    261791v1.DOC                                                                    MDL No. 1827

1  WHEREAS the parties seek to make mutually agreeable and orderly arrangements for disclosure of the Proposed Expert Witnesses and discovery regarding their proposed testimony, such arrangements to be scheduled later than the deadlines set forth in the Order re: Pretrial and Trial Schedule (Dkt. 2165);

NOW, THEREFORE, Plaintiffs and AUO, through their undersigned respective counsel, stipulate and request that the Special Master recommend as follows:

1. Within five days after disclosing its Proposed Expert Witnesses in the Criminal Case, AUO will provide Plaintiffs with the names of any of those Proposed Expert Witnesses whom it intends to call to testify in the above-referenced action, as well as the subjects of anticipated testimony, and any disclosures AUO has made in the Criminal Case regarding those experts. AUO will serve Plaintiffs with any further disclosures made regarding those experts in the Criminal Case.

2. At the time the Proposed Expert Witness testifies in the Criminal Case (or within five days after the Court enters an order excluding the testimony), AUO will produce the expert's Rule 26 civil disclosures to Plaintiffs in accordance with the Federal Rules and this Court's prior orders governing expert disclosures. Expert depositions will be scheduled in San Francisco within two weeks after the reports are produced.

3. Plaintiffs shall designate rebuttal experts, if any, and produce Rule 26 disclosures for such experts within six weeks after the report of each Proposed Expert Witness is received, but in any event no later than 14 days before trial.

4. With regard to the disclosures, reports and depositions anticipated by Paragraphs 2 and 3, the parties will meet and confer in an effort to expedite the process, including consideration of whether certain reports or depositions can be eliminated. Both parties will cooperate informally in providing information about the underlying data and analyses used in the reports.

5. Unless explicitly stated, nothing in this Stipulation and Order is intended to modify any other Order of the Court or the Special Master, including without limitation the

- 2 -   Master File No. 3:07-md-1827 SI
261791v1.DOC   MDL No. 1827

STIPULATION AND [PROPOSED] RECOMMENDATION AND ORDER RE AUO PROPOSED EXPERT WITNESSES

1  Order re: Pretrial and Trial Schedule filed Nov. 23, 2010 (Dkt. no. 2165 and 2165-1), nor

2  does this Order prevent any party from seeking further modifications to that or any other

3  Order.

4  Dated: August 26, 2011

NOSSAMAN LLP

By: /s/ Carl L. Blumenstein
    Carl L. Blumenstein
Attorneys for Defendants AU Optronics Corporation and AU Optronics Corporation America


ALIOTO LAW FIRM
JOSEPH M. ALIOTO
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

By: /s/ Joseph M. Alioto
    Joseph M. Alioto
Co-Lead Counsel for Indirect Purchaser Plaintiffs


ZELLE HOFMANN VOELBEL & MASON LLP
FRANCIS O. SCARPULLA
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile:  (415) 693-0770

By: /s/ Francis O. Scarpulla
    Francis O. Scarpulla
Co-Lead Counsel for Indirect Purchaser Plaintiffs


**IT IS SO RECOMMENDED.**

Dated Entered: 9/2/11

_____
Martin Quinn
Special Master

1  **IT IS SO ORDERED.**

3  Dated Entered: _____9/7/11_____

_____
The Honorable Susan Y. Illston
District Court Judge

## **ATTESTATION**

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from Joseph M. Alioto and Francis O. Scarpulla.