CHRISTOPHER A. NEDEAU (CA 81297)
CARL L. BLUMENSTEIN (CA 124158)
PATRICK J. RICHARD (CA 131046)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone: 415.398.3600
Facsimile:  415.398.2438
cnedeau@nossaman.com
cblumenstein@nossaman.com
kchao@nossaman.com

Attorneys for Defendants
AU OPTRONICS CORPORATION and
AU OPTRONICS CORPORATION AMERICA


Karl D. Belgum (CA 122752)
John R. Foote (CA 99674)
Nixon Peabody LLC
One Embarcadero Center, 18th Floor
San Francisco, CA  94111
Telephone: 415.984.8200
Facsimile:  415.984.8300
kbelgum@nixonpeabody.com
jfoote@nixonpeabody.com

Attorneys for Plaintiff
EASTMAN KODAK COMPANY

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| This Document Relates To: | Case NO.  3:10-CV-5452 SI |
| Case No. 3:10-CV-5452 SI | MDL NO. 3:07-MD-1827 SI |
| EASTMAN KODAK COMPANY, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |
| Plaintiff, | |
| vs. | Date Action Filed: December 1, 2010 |
| EPSON IMAGING DEVICES CORP., et al., | |
| Defendants. | |

1  WHEREAS plaintiff Eastman Kodak Company ("Kodak") filed a complaint in the above-
2  captioned case against defendants Epson Imaging Devices Corporation, Epson Electronics America,
3  Inc., Toshiba Corporation, Toshiba America Electronic Components, Inc, Toshiba Mobile Display
4  Technology Co., Ltd., Toshiba America Information Systems, Inc., AU Optronics Corporation, and AU
5  Optronics Corporation America (collectively, "Stipulating Defendants") on December 1, 2010
6  ("Complaint");

7  WHEREAS the Court ordered Stipulating Defendants to respond to the Complaint by May 3,
8  2011 pursuant to stipulation, *see* Dkt. No. 7;

9  WHEREAS Defendants filed a Joint Motion to Dismiss the Complaint in this action on May 12,
10 2011 ("Motion");

11 WHEREAS the Court granted Plaintiffs' Motion to file Amended Complaint Under Seal on June
12 22, 2011;

13 WHEREAS Defendants filed a Joint Motion to Dismiss the First Amended Complaint in this
14 action on July 22, 2011;

15 WHEREAS the Court granted in part Defendants' Joint Motion to Dismiss the First Amended
16 Complaint on August 23, 2011.  Docket No. 25 in 10-5452; Docket No. 3251 in 07-1827;

17 WHEREAS Kodak and the Stipulating Defendants have now agreed that Stipulating Defendants
18 shall have up to and including September 23, 2011 to respond to the Complaint, pending approval of the
19 Court;

20 THEREFORE, Kodak and the Stipulating Defendants hereby agree:

21 The Stipulating Defendants shall have up to and including September 23, 2011 to respond to the
22 Complaint.

23 ///
24 ///
25 ///
26 ///
27 ///
28

262011_1.DOC                               1                    MASTER FILE NO. 3:07-MD-1827 SI
                                                                 CASE NO. 3:10-CV-10-5452 SI
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

DATED: September 06, 2011

By: /s/ Christopher A. Nedeau
Christopher A. Nedeau (CA Bar No. 81297)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, California 94111-4799
(415) 398-3600 (Phone)
(415) 398-2438 (Facsimile)
*cnedeau@nossaman.com*

*Attorneys for Defendants*
*AU Optronics Corporation and*
*AU Optronics Corporation America*

By: /s/ *Stephen P. Freccero*
Melvin R. Goldman (Ca Bar No. 34097)
Stephen P. Freccero (CA Bar No. 131093)
Derek F. Foran (CA Bar No. 224569)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000 (Phone)
(415) 268-7522 (Facsimile)
*mgoldman@mofo.com*
*sfreccero@mofo.com*
*dforan@mofo.com*

*Counsel for Defendants*
*Epson Imaging Devices Corporation and*
*Epson Electronics America, Inc.*

262011_1.DOC            2            MASTER FILE NO. 3:07-MD-1827 SI
                                     CASE NO. 3:10-CV-10-5452 SI
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By: /s/ John H. Chung
John H. Chung (admitted *pro hac vice*)
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036-2787
(212) 819-8200 (Phone)
(212) 354-8113 (Facsimile)
*jchung@whitecase.com*

*Counsel for Defendants*
*Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba Mobile Display Technology Co., Ltd. and Toshiba America Information Systems, Inc.*

By: /s/ John R. Foote
Karl D. Belgum (CA Bar No. 122752)
John R. Foote (CA Bar No. 99674)
NIXON PEABODY LLC
One Embarcadero Center, 18th Floor
San Francisco, CA  94111
(415) 984-8200 (Phone)
(415) 984.8300 (Facsimile)
*kbelgum@nixonpeabody.com*
*jfoote@nixonpeabody.com*

*Counsel for Plaintiff Eastman Kodak Company*

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from the signatories to this document.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

By: ___*Susan Illston*___

Judge of the U.S. District Court, N.D. California

9/7/11

Date: _____