Stuart H. Singer
BOIES, SCHILLER, & FLEXNER LLP
401 East Law Olas Boulevard, Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
*ssinger@bsfllp.com*

*Counsel for Plaintiff Office Depot, Inc.*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| OFFICE DEPOT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AU OPTRONICS CORPORATION, et al.,<br><br>Defendants. | CASE NO. 3:07-md-1827 SI<br>INDIVIDUAL ACTION NO. 11-cv-02225<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS OR FILE AN AMENDED COMPLAINT AND [PROPOSED] ORDER**<br><br><u>**ORAL ARGUMENT REQUESTED**</u><br>**Date: November 11, 2011**<br>**Time: 9:00 am**<br>**Courtroom: 10**<br><br>The Honorable Susan J. Illston |

WHEREAS the undersigned counsel, on behalf of plaintiff Office Depot, Inc. ("Office Depot"), filed a complaint in the above-captioned case against AU Optronics Corporation, AU Optronics Corporation America, Chi Mei Optoelectronics Corporation, Chi Mei Optoelectronics USA, Inc., Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Epson Electronics America, Inc., Epson Imaging Devices Corporation, Hitachi Electronic Devices (USA), Inc., Hitachi, Ltd., Hitachi Displays, Ltd., LG Display Co., Ltd., LG Display America, Inc., Mitsui & Co. (Taiwan), Ltd., Mitsui & Co. (U.S.A.), Inc., NEC Corporation, NEC Electronics America,

1   Inc., NEC LCD Technologies, Ltd., Samsung Electronics America, Inc., Samsung Electronics

2   Co., Ltd., Samsung Semiconductor, Inc., SANYO Consumer Electronics Co., Ltd., Sharp

3   Corporation, Sharp Electronics Corporation, Tatung Company of America, Inc., Toshiba

4   America Electronic Components, Inc., Toshiba America Information Systems, Inc., Toshiba

5   Corporation and Toshiba Mobile Display Co., Ltd. (collectively, "Stipulating Defendants"),

6   among other defendants, on March 31, 2011 ("Complaint");

7       WHEREAS Defendant, Mitsui & Co. (Taiwan), Ltd.'s filed a Notice of Motion and

8   Motion to Dismiss the Complaint (Docket Entry 25) on August 22, 2011;

9       WHEREAS Defendants, Samsung Electronics Co., Ltd., Samsung Electronics America,

10   Inc., Samsung Semiconductor, Inc., LG Display Co., Ltd.,  LG Display America, Inc., AU

11   Optronics Corporation, AU Optronics Corporation America, Chimei Innolux Corporation (f/k/a

12   Chi Mei Optoelectronics Corp.), Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd.,

13   Epson Imaging Devices Corporation, Epson Electronics America, Inc., Hitachi, Ltd., Hitachi

14   Displays, Ltd., Hitachi Electronic Devices (USA), Inc., Sanyo Consumer Electronics Co., Ltd.,

15   Sharp Corporation, Sharp Electronics Corporation, Tatung Co. of America, Inc., Chunghwa

16   Picture Tubes, Ltd., Toshiba Corporation, Toshiba America Electronic Components, Inc.,

17   Toshiba Mobile Display Co., Ltd., Toshiba America Information Systems, Inc., HannStar

18   Display Corporation, and Mitsui & Co. (U.S.A.), Inc., filed a Joint Notice of Motion and Motion

19   to Dismiss Office Depot's Complaint (Docket Entry 26) on August 22, 2011;

20       WHEREAS Defendant, SANYO Consumer Electronics Co., Ltd., filed a Joinder to

21   Defendants' Joint Notice of Motion and Motion to Dismiss Office Depot's Complaint, moving

22   for the dismissal of Office Depot's claims against it, (Docket Entry 29) on August 22, 2011;

23       WHEREAS Defendants, NEC Corporation, NEC Electronics America, Inc., and NEC

24   LCD Technologies, Ltd., filed a Notice of Motion and Motion to Dismiss, or in the Alternative,

25   Motion for Summary Judgment; Joinder in Defendants' Joint Motion to Dismiss Office Depot's

26   Complaint (Docket Entry 31) on August 22, 2011;

27       WHEREAS Office Depot's responses to the aforementioned motions would be due on

28   September 6, 2011;

1   NOW THEREFORE, the parties stipulate and agree as follows:

2   The time for Office Depot to respond to the aforementioned motions to dismiss or to file

3   an amended complaint is postponed until September 19, 2011.

4   If Office Depot files oppositions to the aforementioned motions to dismiss, the time for

5   all Defendants to file their replies is postponed until October 3, 2011.   The hearing on the

6   aforementioned motions to dismiss is noticed for and will be held on November 11, 2011, or at

7   such other time as is convenient for the Court.

8   If Office Depot files an amended complaint, then all Defendants will have 30 days to

9   respond to the amended complaint.

10

11   IT IS SO STIPULATED.

12                                         By: /s/ Robert D. Wick
13                                         Robert D. Wick (Pro hac vice)
                                           Derek Ludwin (Pro hac vice)
14                                         Neil K. Roman (Pro hac vice)
                                           COVINGTON & BURLING LLP
15                                         1201 Pennsylvania Avenue, N.W.
                                           Washington, DC 20004
16                                         (202) 662-6000 (Phone)
                                           (202) 662-6291  (Facsimile)
17                                         rwick@cov.com
18                                         dludwin@cov.com
                                           nroman@cov.com
19
                                           Counsel for Defendants Samsung Electronics Co., Ltd.,
20                                         Samsung Semiconductor, Inc., and Samsung
                                           Electronics America, Inc.
21

22
                                           By: /s/ Michael R. Lazerwitz
23                                         Michael R. Lazerwitz (Pro hac vice)
                                           Jeremy J. Calsyn (State Bar No. 205062)
24                                         Lee F. Berger (State Bar No. 222756)
                                           CLEARY GOTTLIEB STEEN & HAMILTON LLP
25                                         One Liberty Plaza
                                           New York, NY 10006
26                                         (212) 225-2000 (Phone)
27                                         (212) 225-3999 (Facsimile)
                                           mlazerwitz@cgsh.com
28

Counsel for Defendants LG Display Co., Ltd. and LG Display America, Inc.


By: /s/ Christopher A. Nedeau
Christopher A. Nedeau (State Bar No. 81297)
Carl L. Blumenstein (State Bar No. 124158)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111-4799
(415) 398-3600 (Phone)
(415) 398-2438 (Facsimile)
cnedeau@nossaman.com
cblumenstein@nossaman.com

Counsel for Defendants AU Optronics Corporation and AU Optronics Corporation America



By: /s/ Christopher B. Hockett
Christopher B. Hockett (Bar No. 121539)
Neal A. Potischman (Bar No. 254862)
Sandra West (Bar No. 250389)
Samantha H. Knox (Bar No. 254427)
1600 El Camino Real
Menlo Park, California 94025
(650) 752-2000 (Phone)
(650) 752-2111 (Facsimile)

Counsel for Defendants Chimei Innolux Corporation (f/k/a Chi Mei Optoelectronics Corp.), Chi Mei Optoelectronics USA, Inc. CMO Japan Co., Ltd.


By: /s/ Stephen P. Freccero
Stephen P. Freccero (State Bar No. 131093)
Melvin R. Goldman (State Bar No. 34097)
Derek F. Foran (State Bar No. 224569)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000 (Phone)
(415) 268-7522 (Facsimile)
MGoldman@mofo.com
SFreccero@mofo.com
DForan@mofo.com

1

*Counsel for Defendants Epson Imaging Devices Corporation and Epson Electronics America, Inc.*

2

3   By: /s/ Kent M. Roger
    Kent M. Roger (State Bar No. 95987)
4   Michelle Kim-Szrom (State Bar No. 252901)
    MORGAN LEWIS & BOCKIUS LLP
5   One Market, Spear Street Tower
    San Francisco, CA 94105-1126
6   (415) 442-1000 (Phone)
    (415) 442-1001 (Facsimile)
7   *kroger@morganlewis.com*
    *mkim-szrom@morganlewis.com*
8

9   *Counsel for Defendants Hitachi, Ltd., Hitachi*
    *Displays, Ltd. and Hitachi Electronic Devices (USA),*
10  *Inc.*

11

12

13  By: /s/ Allison A. Davis
    Allison A. Davis
14  Sam N. Dawood
    Davis Wright Tremaine LLP
15  505 Montgomery Street, Suite 800
    San Francisco, CA 94111
16  (415) 276-6500 (Phone)
    (415) 276-4880 (Facsimile)
17  *allisondavis@dwt.com*
    *samdawood@dwt.com*
18

19  Nick S. Verwolf
    Davis Wright Tremaine LLP
20  777 108th Avenue NE, Suite 2300
    Bellevue, WA 98004
21  (425) 646-6125 (Phone)
    (425) 646-6199 (Facsimile)
22  *nickverwolf@dwt.com*

23

    *Counsel for Defendant SANYO Consumer Electronics*
24  *Co., Ltd.*

25

26  By: /s/ John M. Grenfell
    John M. Grenfell (State Bar No. 88500)
27  Jacob R. Sorensen (State Bar No. 290134)
    PILLSBURY WINTHROP SHAW PITTMAN LLP
28  50 Fremont Street

STIPULATION FOR EXTENSION OF TIME TO RESPOND
TO DEFENDANTS' MOTIONS TO DISMISS OR FILE AN          - 5 -
AMENDED COMPLAINT AND [PROPOSED] ORDER

Case No. 3:11-cv-02225-SI (N.D. Cal.)
Master File No. 3:07-md-01827-SI (N.D. Cal.)

San Francisco, CA 94105
(415) 983-1000 (Phone)
(415) 983-1200 (Facsimile)
*John.grenfell@pillsburylaw.com*

*Counsel for Defendants Sharp Corporation and Sharp
Electronics Corporation*


By: /s/ Joel S. Sanders
Joel S. Sanders (State Bar No. 107234)
Rachel S. Brass (State Bar No. 219301)
GIBSON DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-2933
(415) 393-8200 (Phone)
(415) 393-8306 (Facsimile)
*jsanders@gibsondunn.com*
*rbrass@gibsondunn.com*

*Counsel for Defendants Tatung Co. of America, Inc.
and Chunghwa Picture Tubes, Ltd.*


By:/s/ John H. Chung
John H. Chung (Pro hac vice)
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200 (Phone)
(212) 354-8113 (Facsimile)
*jchung@whitecase.com*

Christopher M. Curran (Pro hac vice)
Kristen J. McAhern (Pro hac vice)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington DC
(202) 626-3600 (Phone)
(202) 639-9355 (Facsimile)
*ccurran@whitecase.com*
*kmcahren@whitecase.com*

*Counsel for Defendants Toshiba Corporation, Toshiba
America Electronic Components, Inc., Toshiba Mobile
Display Co., Ltd., and Toshiba America Information
Systems, Inc.*

By: /s/ George D. Niespolo

George D. Niespolo (SBN 72107)
Stephen H. Sutro (SBN 172168)
Jennifer Briggs Fisher (SBN 241321)
DUANE MORRIS LLP
One Market, Spear Tower, Suite 2200
San Francisco, CA 94105-1104
(415) 957-3000 (Phone)
(415) 957-3001 (Facsimile)
*gdniespolo@duanemorris.com*
*shsutro@duanemorris.com*
*jbfisher@duanemorris.com*

*Counsel for Defendants NEC Corporation, NEC LCD Technologies, Ltd., and NEC Electronics America, Inc.*


By: /s/ Michael E. Mumford

Paul P. Eyre
Ernest E. Vargo
Michael E. Mumford
BAKER & HOSTETLER LLP
PNC Center
1900 East Ninth Street, Suite 3200
Cleveland, Ohio 44114-3482
(216) 621-0200 (Phone)
(216) 696-0740 (Facsimile)
*peyre@bakerlaw.com*
*evargo@bakerlaw.com*
*mmumford@bakerlaw.com*

*Counsel for Defendants Mitsui & Co. (Taiwan), Ltd. and Mitsui & Co. (U.S.A.), Inc.*


By: /s/ Hugh F. Bangasser

Hugh F. Bangasser (Pro hac vice)
Ramona M. Emerson (Pro hac vice)
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98004-1158
(206) 623-7580 (Phone)
(206) 623-7022 (Facsimile)
*Ramonoa.Emerson@klgates.com*
*Hugh.Bangasser@klgates.com*

Jeffrey L. Bornstein (State Bar No. 99358)
K&L GATES LLP

STIPULATION FOR EXTENSION OF TIME TO RESPOND
TO DEFENDANTS' MOTIONS TO DISMISS OR FILE AN
AMENDED COMPLAINT AND [PROPOSED] ORDER

- 7 -

Case No. 3:11-cv-02225-SI (N.D. Cal.)
Master File No. 3:07-md-01827-SI (N.D. Cal.)

4 Embarcadero Center, Suite 1200
San Francisco, CA 9411-5994
(415) 882-8200 (Phone)
(415) 882-8220 (Facsimile)
*Jeff.Bornstein@klgates.com*

*Counsel for Defendant HannStar Display Corporation*

By: /s/ Stuart H. Singer
Stuart H. Singer
BOIES, SCHILLER, & FLEXNER LLP
401 East Law Olas Boulevard, Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
*ssinger@bsfllp.com*
*mschultz@bsfllp.com*

William A. Isaacson (Pro Hac Vice to be filed)
Melissa Willett (Pro Hac Vice to be filed)
BOIES, SCHILLER & FLEXNER
5301 Wisconsin Ave. NW, Suite 800
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
*wisaacson@bsfllp.com*

Philip J. Iovieno (Pro Hac Vice to be filed)
BOIES, SCHILLER & FLEXNER
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
*piovieno@bsfllp.com*

*Counsel for Plaintiff Office Depot, Inc.*

Attestation: The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

PURSUANT TO STIPULATION IT IS SO ORDERED

By: _____

Honorable Susan J. Illston
United States District Judge

Dated: ___9/7/11_____

STIPULATION FOR EXTENSION OF TIME TO RESPOND
TO DEFENDANTS' MOTIONS TO DISMISS OR FILE AN
AMENDED COMPLAINT AND [PROPOSED] ORDER

- 9 -

Case No. 3:11-cv-02225-SI (N.D. Cal.)
Master File No. 3:07-md-01827-SI (N.D. Cal.)