1  [Counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827 SI |
| | MDL No. 1827 |
| | STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT BASED ON THE FLORIDA STATUTE OF LIMITATIONS |
| This Document Relates to: | |
| All Indirect-Purchaser Actions | |

WHEREAS, Defendants filed a "Joint Notice of Motion and Motion for Partial Summary Judgment Based on the Florida Statute of Limitations" (Dkt. # 3365) on August 24, 2011, setting a hearing date shorter than prescribed by the Local Rules;

WHEREAS, the Parties desire to alter the deadlines ordinarily provided by the Local Rules to file response and reply papers in connection with the motion;

WHEREAS, the Parties desire to present oral argument on the motion on the same date as other motions now pending before the Court;

NOW THEREFORE, IT IS HEREBY STIPULATED by the undersigned counsel on behalf of the Parties identified below, that:

(1)  The motion is set for hearing at 9:00 a.m. on September 22, 2011;

(2)  Indirect-Purchaser Plaintiffs shall file a response to the motion no later than September 8, 2011; and

(3)  Defendants shall file a reply in support of the motion no later than September 15, 2011.

Dated: August 31, 2011     CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: *Michael R. Lazerwitz*
     Michael R. Lazerwitz

Michael R. Lazerwitz
Jeremy J. Calsyn
Lee F. Berger
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel for Defendants LG Display Co., Ltd. and LG Display America, Inc., and, for purposes of this stipulation only, on behalf of all moving Defendants*

Dated: August 31, 2011     ZELLE HOFMANN VOELBEL & MASON LLP

By: *Judith A. Zahid*
     Judith A. Zahid

Francis O. Scarpulla
Craig C. Corbitt
Judith A. Zahid
Patrick B. Clayton
Qianwei Fu
Heather T. Rankie
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770

2

ALIOTO LAW FIRM
Joseph M. Alioto
225 Bush Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200

Co-Lead Class Counsel for Indirect-Purchaser Plaintiffs

**Attestation:** The filer of this document attests that concurrence in the filing of this document has been obtained from each of the other signatories.

By: *Michael R. Lazerwitz*
     Michael R. Lazerwitz

# [PROPOSED] ORDER

Pursuant to the parties' stipulation set forth above, IT IS SO ORDERED.

Dated:   9/7   , 2011          By: _____
                                    Hon. Susan Illston
                                    United States District Judge