Paul P. Eyre
Ernest E. Vargo
Michael E. Mumford
BAKER & HOSTETLER LLP
PNC Center
1900 East Ninth Street, Suite 3200
Cleveland, OH 44114-3482
Telephone: (216) 621-0200
Facsimile: (216) 696-0740
peyre@bakerlaw.com
evargo@bakerlaw.com
mmumford@bakerlaw.com

Tracy Cole
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4210
Facsimile: (212) 589-4201
tcole@bakerlaw.com

Attorneys for Defendant Mitsui & Co. (Taiwan), Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827-SI<br><br>MDL No. 1827 |
|---|---|
| This Document Relates To:<br><br>ALL DIRECT-PURCHASER ACTIONS | **DEFENDANT MITSUI & CO. (TAIWAN), LTD.'S NOTICE OF CLASS ACTION SETTLEMENT WITH THE DIRECT PURCHASER CLASS PURSUANT TO 28 U.S.C. § 1715**<br><br>Judge: Hon. Susan Illston<br>Dept: Courtroom 10, 19th Fl. |

# NOTICE OF CLASS ACTION SETTLEMENT PURSUANT TO 28 U.S.C. § 1715

Defendant Mitsui & Co. (Taiwan), Ltd. ("Mitsui Taiwan"), by and through its undersigned counsel of record, hereby gives notice, in compliance with the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, of a proposed class action settlement in the above-captioned action (the "Action").

On March 21, 2011, the Direct Purchaser Class Plaintiffs in *In re: TFT-LCD (Flat Panel) Antitrust Litigation*, Master File No. 3:07-md-1827-SI, currently pending in the United States District Court for the Northern District of California, filed with the Court a letter to the Honorable Judge Susan Illston notifying the Court that they had reached an agreement in principle with defendant Mitsui Taiwan for settlement of all claims alleged against Mitsui Taiwan in the Third Amended Complaint.

On August 30, 2011, the Direct Purchaser Class Plaintiffs filed a Motion for Preliminary Approval of Class Action Settlements with defendants Chimei, Hannstar, Hitachi, LG Display, Mitsui Taiwan, Samsung, Sanyo and Sharp, along with a Memorandum of Points and Authorities in Support thereof ("Motion for Preliminary Approval") (**Attachment 5**). Accompanying the Motion for Preliminary Approval were the supporting Declaration of Bruce L. Simon (**Attachment 6**) and the [Proposed] Order Granting Preliminary Approval of Direct Purchaser Class Settlement (**Attachment 7**). A copy of the TFT-LCD Direct Purchaser Class Settlement between the Direct Purchaser Class Plaintiffs and Mitsui Taiwan signed on August 10, 2011 (the "Proposed Settlement") is included as **Exhibit F to Attachment 6**. Copies of all attachments referenced herein are contained on the enclosed CD.

As required by CAFA, 28 U.S.C. § 1715, Mitsui Taiwan provides the following information concerning the Proposed Settlement:

**A.    28 U.S.C. § 1715(b)(1): Complaints and Amended Complaints.**

Pursuant to 28 U.S.C. § 1715(b)(1), a copy of each of the complaints in the Action (with the exception of the Third Amended Complaint) and all materials filed therewith are electronically available on the Court's Pacer website found at http://www.cand.uscourts.gov/.

Through the docket report for Case No. 3:07-md-01827-SI, the Consolidated Complaint can be found at Docket No. 366 (**Attachment 1**), the First Amended Consolidated Complaint at Docket No. 748 (**Attachment 2**), the Second Amended Consolidated Complaint at Docket No. 874 (**Attachment 3**), and the Third Amended Consolidated Complaint at Docket No. 1416 (filed under seal, Docket No. 1407) (**Attachment 4**).[1]

### B. 28 U.S.C. § 1715(b)(2): Notice of Hearings.

A hearing to consider preliminary approval of the Proposed Settlement is scheduled for October 4, 2011, at 4:00 p.m. in the Courtroom of the Honorable Susan Illston, United States District Court Judge for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California (**Attachment 5**).

### C. 28 U.S.C. § 1715(b)(3): Proposed Notifications to Class Members.

#### 1. 28 U.S.C. § 1715(b)(3)(A): Notice to Class Members That No Right to Exclusion from the Direct Purchaser Plaintiff Class Action Any Longer Exists.

A class notice plan was approved by the Court on October 6, 2010. (See Order Granting Preliminary Approval of Direct Purchaser Class Settlement with Defendants Epson Imaging Devices Corporation and Epson Electronics America, Inc. (Docket No. 2078) (**Attachment 8**)). The class notice consisted of a summary notice (**Exhibit B to Attachment 8**) and long form notice (**Exhibit A to Attachment 8**) informing class members how to exercise their rights to opt-out of this class action.

The Court appointed Rust Consulting as the claims administrator under the approved class notice plan. Rust Consulting sent the approved long form class notice to all members of the certified litigation classes who could be identified by reasonable effort within 30 days of the October 6, 2010 Order. Rust Consulting further published the approved summary notice in the

---

[1] The Third Amended Consolidated Complaint (Docket No. 1416) was designated "Confidential" by plaintiffs pursuant to the Court's December 7, 2007 Protective Order and filed under seal with the Court on December 2, 2009. Accordingly, Mitsui Taiwan is prohibited by the Court's Protective Order from providing copies of the Third Amended Consolidated Complaint to third parties. A copy of the Third Amended Consolidated Complaint is maintained in the case file in the Clerk's office.

national edition of *The Wall Street Journal* on November 5, 2010 (**Attachment 9**). Both the summary and long form class notices were also posted on the public website (https://tftlcdclassaction.com) maintained by Rust Consulting, a readily accessible website created for purposes of this litigation.

The time period to request exclusion from the litigation classes expired on January 4, 2011. On January 31, 2011, the Direct Purchaser Class Plaintiffs filed an Amended Direct Purchaser Class Plaintiffs' Notice of Class Member Exclusions (**Attachment 10**) which provided a list of persons and entities that requested exclusion from the litigation classes within the period set by the Court.

The period to request exclusion from the litigation classes has now expired. Accordingly, class members have no further legal right to opt-out of this class action.

### 2. 28 U.S.C. § 1715(b)(3)(B): Notice to Class Members Concerning this Proposed Settlement.

Described in Section VI of the Motion for Preliminary Approval (**Attachment 5**) is the Proposed Plan of Notice submitted by the Direct Purchaser Class Plaintiffs for notifying the classes of the Proposed Settlement. Under this Plan, (1) a long form notice will be sent directly by mail or e-mail to each class member identified by reasonable effort; (2) a summary notice will be published in the national edition of *The Wall Street Journal*; and (3) both summary and long form notices will be published on the public website maintained by Rust Consulting, https://tftlcdclassaction.com.

The proposed long form notice and summary notice are attached as **Exhibits J and K to Attachment 6.**

### D. 28 U.S.C. § 1715(b)(4): Proposed Settlement.

A complete copy of the Class Settlement Agreement between the Direct Purchaser Class Plaintiffs and Mitsui Taiwan signed on August 10, 2011, is provided here as **Exhibit F to Attachment 6**.

**E. 28 U.S.C. § 1715(b)(5): Other Contemporaneous Agreements.**

No other agreements were contemporaneously made between counsel for Mitsui Taiwan and counsel for the Direct Purchaser Class Plaintiffs.

**F. 28 U.S.C. § 1715(b)(6): Final Judgment.**

At this time there has been no final judgment or notice of dismissal related to the Proposed Settlement.

**G. 28 U.S.C. § 1715(b)(7)(A) and (b)(7)(B): Class Member Names, States of Residence and Estimated Proportionate Shares.**

It is not feasible for Mitsui Taiwan to identify the names of class members who reside in each state and the estimated proportionate share of the claims of such members to the entire settlement. Nor is it feasible at this time to provide a reasonable estimate of the number of class members residing in each state and the estimated proportionate share of the claims of such members to the entire settlement. The certified litigation classes include all individuals and entities who, at any time during the period beginning January 1, 1999 and continuing through December 31, 2006, purchased TFT-LCD panels or televisions, computer monitors, or notebook computers containing TFT-LCD panels directly from any of the defendants or their subsidiaries, named affiliates, or named co-conspirators. As such, the certified litigation classes potentially include at least thousands of individuals and entities. Nevertheless, Mitsui Taiwan hereby provides a preliminary estimate of each state's potential class members' proportionate share of the proposed settlement based upon figures reported by the U.S. Census Bureau. For comparison purposes, the table below incorporates population data from both the 2000 and 2010 U.S. Census. See http://www.census.gov.

**Estimate of Each State's Potential Class Members' Proportionate Share of the Proposed Settlement Based on Population Figures Reported by the U.S. Census Bureau**

| State/Territory | Estimated Proportionate Share Based on 2000 U.S. Census Data | Estimated Proportionate Share Based on 2010 U.S. Census Data |
|---|---|---|
| Alabama | 1.53% | 1.56% |
| Alaska | 0.23% | 0.22% |
| American Samoa | 0.02% | 0.02% |
| Arizona | 2.04% | 1.80% |
| Arkansas | 0.93% | 0.94% |

4

| State/Territory | Estimated Proportionate Share Based on 2000 U.S. Census Data | Estimated Proportionate Share Based on 2010 U.S. Census Data |
|---|---|---|
| California | 11.91% | 11.86% |
| Colorado | 1.61% | 1.51% |
| Connecticut | 1.14% | 1.19% |
| Delaware | 0.29% | 0.27% |
| District of Columbia | 0.19% | 0.20% |
| Florida | 6.01% | 5.60% |
| Georgia | 3.10% | 2.87% |
| Guam | 0.05% | 0.05% |
| Hawaii | 0.43% | 0.42% |
| Idaho | 0.50% | 0.45% |
| Illinois | 4.10% | 4.35% |
| Indiana | 2.07% | 2.13% |
| Iowa | 0.97% | 1.02% |
| Kansas | 0.91% | 0.94% |
| Kentucky | 1.39% | 1.42% |
| Louisiana | 1.45% | 1.56% |
| Maine | 0.42% | 0.45% |
| Maryland | 1.85% | 1.85% |
| Massachusetts | 2.09% | 2.22% |
| Michigan | 3.16% | 3.48% |
| Minnesota | 1.70% | 1.72% |
| Mississippi | 0.95% | 1.00% |
| Missouri | 1.91% | 1.96% |
| Montana | 0.32% | 0.32% |
| Nebraska | 0.58% | 0.60% |
| Nevada | 0.86% | 0.70% |
| New Hampshire | 0.42% | 0.43% |
| New Jersey | 2.81% | 2.95% |
| New Mexico | 0.66% | 0.64% |
| New York | 6.19% | 6.64% |
| North Carolina | 3.05% | 2.82% |
| North Dakota | 0.21% | 0.22% |
| Northern Mariana Islands | 0.02% | 0.02% |
| Ohio | 3.69% | 3.97% |
| Oklahoma | 1.20% | 1.21% |
| Oregon | 1.22% | 1.20% |
| Pennsylvania | 4.06% | 4.30% |
| Puerto Rico | 1.19% | 1.33% |
| Rhode Island | 0.34% | 0.37% |
| South Carolina | 1.48% | 1.40% |
| South Dakota | 0.26% | 0.26% |
| Tennessee | 2.03% | 1.99% |
| Texas | 8.04% | 7.30% |
| Utah | 0.88% | 0.78% |
| Vermont | 0.20% | 0.21% |
| Virgin Islands | 0.03% | 0.04% |
| Virginia | 2.56% | 2.48% |
| Washington | 2.15% | 2.06% |
| West Virginia | 0.59% | 0.63% |

NOTICE OF DIRECT PURCHASER CLASS ACTION SETTLEMENT

Master File No. 3:07-md-01827-SI

| State/Territory | Estimated Proportionate Share Based on 2000 U.S. Census Data | Estimated Proportionate Share Based on 2010 U.S. Census Data |
|---|---|---|
| Wisconsin | 1.82% | 1.88% |
| Wyoming | 0.18% | 0.17% |

**H.     28 U.S.C. § 1715(b)(8):  Judicial Opinions.**

Submitted as **Attachment 8** is Judge Illston's written order, filed October 6, 2010, finding that the notice and form of dissemination of notice to the litigation classes and the Chungwha and Epson settlement classes constituted valid, due and sufficient notice, constituted the best notice available under the circumstances, and complied fully with the requirements of the Federal Rules of Civil Procedure.

Submitted as **Attachment 11** is Judge Illston's written order, dated September 27, 2010, resolving outstanding issues pertaining to notice to the certified direct purchaser classes.

There are no further written judicial opinions issued in this action relating to the materials described in subparts (3) through (6) of 28 U.S.C. §1715(b).

NOTICE OF DIRECT PURCHASER CLASS ACTION SETTLEMENT

Master File No. 3:07-md-01827-SI

| | | |
|---|---|---|
| 1 | Dated: September 9, 2011 | Respectfully submitted, |
| 2 | | BAKER & HOSTETLER LLP |
| 3 | | By: /s/ Michael E. Mumford |
| 4 | |       Michael E. Mumford |

Paul P. Eyre
Ernest E. Vargo
Michael E. Mumford
PNC Center
1900 East Ninth Street, Suite 3200
Cleveland, OH 44114-3482
Telephone: (216) 621-0200
Facsimile: (216) 696-0740
peyre@bakerlaw.com
evargo@bakerlaw.com
mmumford@bakerlaw.com

Tracy Cole
45 Rockefeller Plaza, 11th Floor
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
tcole@bakerlaw.com

Attorneys for Defendant
Mitsui & Co. (Taiwan), Ltd.

**CERTIFICATE OF SERVICE**

I declare that I am employed with the law firm of Baker Hostetler LLP, whose address is PNC Center, 1900 East Ninth Street, Suite 3200, Cleveland, Ohio 44114. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on September 9, 2011, I caused to be served a true and complete copy of:

**DEFENDANT MITSUI & CO. (TAIWAN), LTD.'S NOTICE OF CLASS ACTION SETTLEMENT WITH ALL DIRECT PURCHASER PLAINTIFFS PURSUANT TO 28 U.S.C. § 1715**

by the United States District Court's ECF, and by U.S. mail to the addresses stated on the attached service list in accordance with Rule 5(b) of the Federal Rules of Civil Procedure:

[*See attached U.S. Mail service list*]

I declare under penalty of perjury that the above is true and correct.

Executed at Cleveland, Ohio, this 9th day of September, 2011.

/s/ Michael E. Mumford

**U.S. MAIL SERVICE LIST**

| | |
|---|---|
| The Honorable Eric H. Holder, Jr.<br>Attorney General of the United States of America<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington D.C. 20530-00001 | The Honorable John J. Burms<br>Alaska Attorney General<br>Post Office Box 110300<br>Diamond Courthouse<br>Juneau, AK  99811-0300 |
| The Honorable Luther Strange<br>Alabama Attorney General<br>501 Washington Avenue<br>Montgomery, AL  36130-0152 | The Honorable Dustin McDaniel<br>Arkansas Attorney General<br>200 Tower Building<br>323 Center Street<br>Little Rock, AR  72201-2610 |
| The Honorable Fepulea'i "Afa" Ripley, Jr.<br>American Samoa Attorney General<br>American Samoa Government Executive Office Building Utulei<br>Territory of American Samoa<br>Pago Pago, AS  96799 | The Honorable Tom Horne<br>Arizona Attorney General<br>1275 W. Washington Street<br>Phoenix, AZ  85007 |
| CAFA Coordinator<br>Office of the Attorney General<br>Consumer Law Section<br>110 West "A" Street, Suite 1100<br>San Diego, CA  92186-5266 | The Honorable John W. Suthers<br>Colorado Attorney General<br>1525 Sherman Street<br>Denver, CO  80203 |
| The Honorable George Jepsen<br>Connecticut Attorney General<br>55 Elm Street<br>Hartford, CT  06141-0120 | The Honorable Irvin B. Nathan<br>District of Columbia Attorney General<br>One Judiciary Square<br>441 4th St. NW, Suite 1145S<br>Washington DC  20001 |
| The Honorable Joseph R. Biden, III<br>Delaware Attorney General<br>Carvel State Office Building<br>820 N. French Street<br>Wilmington, DE  19801 | The Honorable Pam Bondi<br>Florida Attorney General<br>The Capitol<br>PL 01<br>Tallahassee, FL  32399-1050 |
| The Honorable Sam S. Olens<br>Georgia Attorney General<br>40 Capitol Square, SW<br>Atlanta, GA  30334-1300 | The Honorable Leonardo Rapadas<br>Guam Attorney General<br>Judicial Center Building, Suite 2-200E<br>287 West O'Brien Drive<br>Hagatna, GU  96910 |
| The Honorable David M. Louie<br>Hawaii Attorney General<br>425 Queen Street<br>Honolulu, HI  96813 | The Honorable Tom Miller<br>Iowa Attorney General<br>Hoover State Office Builidng<br>1305 E. Walnut Street<br>Des Moines, IA  50319 |

| | |
|---|---|
| The Honorable Lawrence Wasden<br>Idaho Attorney General<br>Statehouse<br>700 West State Street<br>Post Office Box 83720<br>Boise, ID  83720-0010 | The Honorable Lisa Madigan<br>Illinois Attorney General<br>James R. Thomson Center<br>100 W. Randolph Street<br>Chicago, IL  60601 |
| The Honorable Greg Zoeller<br>Indiana Attorney General<br>Indiana Government Center South – 5th Floor<br>302 West Washington Street<br>Indianapolis, IN  46204 | The Honorable Derek Schmidt<br>Kansas Attorney General<br>120 SW 10th Street, 2nd Floor<br>Topeka, KS  66612-1597 |
| The Honorable Jack Conway<br>Kentucky Attorney General<br>700 Capitol Avenue<br>Capitol Building, Suite 118<br>Frankfort, KY  40601 | The Honorable James D. Caldwell<br>Louisiana Attorney General<br>1885 N. Third Street<br>Post Office Box 94005<br>Baton Rouge, LA  70804 |
| The Honorable Martha Coakley<br>Massachusetts Attorney General<br>1 Ashburton Place<br>Boston, MA  02108-1698 | The Honorable Douglas F. Gansler<br>Maryland Attorney General<br>200 St. Paul Place<br>Baltimore, MD  21202 |
| The Honorable William J. Schneider<br>Maine Attorney General<br>6 State House Station<br>Augusta, ME  04333 | The Honorable Bill Schuette<br>Michigan Attorney General<br>Post Office Box 30212<br>525 W. Ottawa Street<br>Lansing, MI  48909-0212 |
| The Honorable Chris Koster<br>Missouri Attorney General<br>Supreme Court Building<br>207 W. High Street<br>Post Office Box 899<br>Jefferson City, MO  65102 | The Honorable Lori Swanson<br>Minnesota Attorney General<br>1400 Bremer Tower<br>445 Minnesota Street<br>St. Paul. MN  55101-2131 |
| The Honorable Edward T. Buckingham<br>Northern Mariana Islands Attorney General<br>Administration Building<br>Post Office Box 10007<br>Saipan, MP  96950-8907 | The Honorable Jim Hood<br>Mississippi Attorney General<br>Walter Sillers Bld.<br>550 High St., Suite 1200<br>Jackson, MS  39201 |
| The Honorable Steve Bullock<br>Montana Attorney General<br>Justice Building<br>215 N. Sanders<br>Helena, MT  59620-1401 | The Honorable Roy Cooper<br>North Carolina Attorney General<br>9001 Mail Service Center<br>Raleigh, NC  27699-9001 |

| | |
|---|---|
| The Honorable Wayne Stenehjem<br>North Dakota Attorney General<br>State Capitol<br>600 E. Boulevard Ave., Dept. 125<br>Bismarck, ND  58505-0040 | The Honorable Jon Bruning<br>Nebraska Attorney General<br>2115 State Capitol<br>Lincoln, NE  68509-8920 |
| The Honorable Michael Delaney<br>New Hampshire Attorney General<br>State House Annex<br>33 Capitol Street<br>Concord, NH  03301-6397 | The Honorable Paula T. Dow<br>New Jersey Attorney General<br>Richard J. Hughes Justice Complex<br>25 Market Street, 8th Floor<br>Post Office Box 080<br>Trenton, NJ  08625 |
| The Honorable Gary King<br>New Mexico Attorney General<br>408 Galisteo Street<br>Villagra Building<br>Santa Fe, NM  87501 | The Honorable Catherine Cortez Masto<br>Nevada Attorney General<br>Old Supreme Court Building<br>100 N. Carson Street<br>Carson City, NV  89701 |
| The Honorable Eric T. Schneiderman<br>New York Attorney General<br>Department of Law<br>The Capitol, 2nd Floor<br>Albany, NY  12224 | The Honorable Mike DeWine<br>Ohio Attorney General<br>State Office Tower<br>30 E. Broad Street, 17th Floor<br>Columbus, OH  43215 |
| The Honorable E. Scott Pruitt<br>Oklahoma Attorney General<br>313 NE 21st Street<br>Oklahoma City, OK  73105 | The Honorable John Kroger<br>Oregon Attorney General<br>Justice Building<br>1162 Court Street, NE<br>Salem, OR  97301 |
| The Honorable Linda Kelly<br>Pennsylvania Attorney General<br>16th Floor, Strawberry Square<br>Harrisburg, PA  17120 | The Honorable Pedro Pierluisi<br>Puerto Rico Attorney General<br>Ave. de la Constiución<br>Ant. Edif. Medicina Tropical<br>2nd Piso Puerta de Tierra<br>San Juan, PR  00901 |
| The Honorable Peter Kilmartin<br>Rhode Island Attorney General<br>150 S. Main Street<br>Providence, RI  02903 | The Honorable Alan Wilson<br>South Carolina Attorney General<br>Rembert C. Dennis Office Building<br>Post Office Box 11549<br>1000 Assembly St., Room 519<br>Columbia, SC  29201 |
| The Honorable Marty J. Jackley<br>South Dakota Attorney General<br>1302 East Highway 14, Suite 1<br>Pierre, SD  57501-8501 | The Honorable Robert E. Cooper, Jr.<br>Tennessee Attorney General<br>Post Office Box 20207<br>Nashville, TN  37202-0207 |

| | |
|---|---|
| The Honorable Greg Abbott<br>Texas Attorney General<br>Capitol Station<br>Post Office Box 12548<br>300 West 15th Street<br>Austin, TX  78711-2548 | The Honorable Mark Shurtleff<br>Utah Attorney General<br>Office of the Attorney General<br>Post Office Box 142320<br>350 N. State St., Suite 230<br>Salt Lake City, UT  84114-2320 |
| The Honorable Ken Cuccinelli<br>Virginia Attorney General<br>900 East Main Street<br>Richmond, VA  23219 | The Honorable Vincent Frazer<br>Virgin Islands Attorney General<br>Department of Justice<br>G.E.R.S. Complex 488-50C<br>Kronprinsdens Gade<br>St. Thomas, VI  00802 |
| The Honorable William H. Sorrell<br>Vermont Attorney General<br>109 State Street<br>Montpelier, VT  05609-1001 | The Honorable Rob McKenna<br>Washington Attorney General<br>1125 Washington Street SE<br>Post Office Box 40100<br>Olympia, WA  98504-0100 |
| The Honorable J.B. Van Hollen<br>Wisconsin Attorney General<br>114 East State Capitol<br>Madison, WI  53707-7857 | The Honorable Darrell V. McGraw, Jr.<br>West Virginia Attorney General<br>State Capitol Complex<br>Building 1, Room E-26<br>Charleston, WV  25305 |
| The Honorable Gregory A. Phillips<br>Wyoming Attorney General<br>123 Capitol Building<br>200 West 24th Street<br>Cheyenne, WY  82002 | |

503749653