| | |
|---|---|
| Marc M. Seltzer (54534)<br>Steven G. Sklaver (237612)<br>Ryan C. Kirkpatrick (243824)<br>SUSMAN GODFREY LLP<br>1901 Avenue of the Stars, Suite 950<br>Los Angeles, California 90067-6029<br>Telephone: (310) 789-3100<br>Facsimile: (310) 789-3150<br>mseltzer@susmangodfrey.com<br>ssklaver@susmangodfrey.com<br>rkirkpatrick@susmangodfrey.com | Allan Diamond (pro hac vice to be submitted)<br>Jim McCarthy (pro hac vice)<br>Jason Fulton (pro hac vice to be submitted)<br>DIAMOND McCARTHY LLP<br>1201 Elm St., 34th Floor<br>Dallas, Texas 75270<br>Telephone: (214) 389-5300<br>Facsimile: (214) 389-5399<br>adiamond@diamondmccarthy.com<br>jmccarthy@diamondmccarthy.com<br>jfulton@diamondmccarthy.com |

Attorneys for SB Liquidation Trust

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SB LIQUIDATION TRUST,<br><br>           Plaintiff,<br><br>vs.<br><br>AU OPTRONICS CORPORATION; AU OPTRONICS CORPORATION AMERICA, INC; CHI MEI CORPORATION; CHI MEI OPTOELECTRONICS CORPORATION; CHI MEI OPTOELECTRONICS USA, INC.; CMO JAPAN CO. LTD.; NEXGEN MEDIATECH, INC.; NEXGEN MEDIATECH USA, INC.; CHUNGHWA PICTURE TUBES LTD.; TATUNG COMPANY OF AMERICA, INC.; EPSON IMAGING DEVICES CORPORATION; EPSON ELECTRONICS AMERICA, INC.; HANNSTAR DISPLAY CORPORATION; LG DISPLAY CO. LTD.; LG DISPLAY AMERICA, INC.; SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG ELECTRONICS AMERICA, INC.; SHARP CORPORATION; SHARP ELECTRONICS; TOSHIBA CORPORATION; TOSHIBA AMERICA ELECTRONICS COMPONENTS, INC.; TOSHIBA MOBILE DISPLAY CO., LTD.; TOSHIBA AMERICA INFORMATION SYSTEMS, INC.; HITACHI, LTD.; HITACHI DISPLAYS, LTD.; AND HITACHI ELECTRONIC DEVICES (USA), INC.,<br><br>           Defendants. | Case No. 3:10-cv-05458-SI<br><br>Master File No. M07-cv-1827 SI-FS<br><br>MDL No. 1827 SI<br><br>Honorable Susan Illston<br><br>[P~~ROPOSED~~] ORDER GRANTING APPLICATION OF JASON FULTON FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

[PROPOSED] ORDER GRANTING APPLICATION OF JASON FULTON FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Jason Fulton, whose business address and telephone number is DIAMOND McCARTHY LLP, 1201 Elm St., 34th Floor, Dallas, Texas 75270, Telephone: (214) 389-5300, Facsimile: (214) 389-5399, and who is an active member in good standing of the bar of Texas having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiff SB Liquidation Trust.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

Dated: _____9/7_____, 2011

_____
Susan Y. Illston
United States District Court Judge

---

1

[PROPOSED] ORDER GRANTING APPLICATION OF JASON FULTON FOR ADMISSION OF ATTORNEY *PRO HAC VICE*