1    HUGH F. BANGASSER, (*PRO HAC VICE*)
RAMONA M. EMERSON, (*PRO HAC VICE*)
2    CHRISTOPHER M. WYANT, (*PRO HAC VICE*)
K&L GATES LLP
3    925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
4    Phone: (206) 623-7580
Fax: (206) 623-7022
5

6    JEFFREY L. BORNSTEIN, State Bar No. #99358
K&L Gates LLP
Four Embarcadero Center, Suite 1200
7    San Francisco, CA 94111
Phone: (415) 249-1059
8    Fax: (415) 882-8220

9    Attorneys for Defendants
HANNSTAR DISPLAY CORPORATION
10

11    **[Additional moving parties and counsel listed on signature pages]**

12

UNITED STATES DISTRICT COURT

13

NORTHERN DISTRICT OF CALIFORNIA

14

(SAN FRANCISCO DIVISION)

15

| | |
|---|---|
| 16   IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. 3:07-md-1827 SI<br>MDL No. 1827 |
| 17 | |
| 18   This Document Relates to: | **STIPULATION AND [PROPOSED]** |
| 19   INDIRECT PURCHASER CLASS ACTION | **ORDER RE NON-DEFENDANT CO-CONSPIRATORS** |
| 20 | |
| 21 | Hon. Susan Illston |

Plaintiffs and the Stipulating Defendants, through the undersigned counsel, request that the Court enter the following order.

WHEREAS the Indirect Purchaser Plaintiffs filed the Third Consolidated Amended Complaint (TCAC) on April 29, 2011 (MDL dkt. no. 2694);

WHEREAS the Indirect Purchaser Plaintiffs name Chimei Innolux Corporation as a defendant in this action and allege that it was formed as a merger of "Chi Mei Optoelectronics Corp., Innolux Display Corp. and TPO Displays Corp." in March 2010 (TCAC ¶ 60(a));

WHEREAS the Indirect Purchaser Plaintiffs allege that Innolux Display Corporation and TPO Displays Corporation are non-defendant "co-conspirators." (TCAC ¶ 157);

WHEREAS the Court entered its Order Granting In Part and Denying In Part Indirect Purchaser Plaintiffs' Motion to Amend Class Certification Order on July 29, 2011 (MDL dkt. no. 3198), denying the Indirect Purchaser Plaintiffs leave to amend the Class Certification Order as to all non-defendant co-conspirators first named in the TCAC; and

WHEREAS the parties wish to clarify and confirm the status of Innolux Display Corporation and TPO Displays Corporation with respect to the Indirect Purchaser Plaintiff class claims, and to avoid the need for a contested motion.

THEREFORE, the Plaintiffs and the Stipulating Defendants hereby agree:

1. Innolux Display Corporation and TPO Displays Corporation are non-defendant co-conspirators that are not included within the Indirect Purchaser Plaintiff classes that were certified by the Court.

**IT IS SO STIPULATED**.

| | |
|---|---|
| Dated: September 8, 2011 | ZELLE HOFMANN VOELBEL & MASON LLP |

By: /s/ Judith A. Zahid
    Judith A. Zahid

Francis O. Scarpulla
Craig C. Corbitt
Judith A. Zahid
Patrick B. Clayton
Qianwei Fu
Heather T. Rankie
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770

ALIOTO LAW FIRM
Joseph M. Alioto
225 Bush Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200

CO-LEAD CLASS COUNSEL FOR
INDIRECT-PURCHASER PLAINTIFFS

K&L GATES LLP


By: /s/ Christopher M. Wyant
    Hugh F. Bangasser, (*Pro Hac Vice*)
    Ramona M. Emerson, (*Pro Hac Vice*)
    Christopher M. Wyant, (*Pro Hac Vice*)

K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Phone:   (206) 623-7580
Fax:     (206) 623-7022

JEFFREY L. BORNSTEIN, STATE BAR NO. 99358
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Phone:   (415) 249-1059
Fax:     (415) 882-8220

Attorneys for Defendant
HannStar Display Corporation

| | |
|---|---|
| 1 | |
| 2 | NOSSAMAN LLP |
| 3 | |
| 4 | By: /s/ Christopher A. Nedeau<br>       Christopher A. Nedeau |
| 5 | Christopher A. Nedeau (Bar No. 81297)<br>50 California Street, 34th Floor |
| 6 | San Francisco, CA  94111<br>Tel:  (415) 398-3600 |
| 7 | Fax:  (415) 398-2438 |
| 8 | Attorneys for Defendants<br>AU OPTRONICS CORPORATION AND |
| 9 | AU OPTRONICS CORPORATION<br>AMERICA |
| 10 | |
| 11 | |
| 12 | |
| 13 | CLEARY GOTTLIEB STEEN &<br>HAMILTON LLP |
| 14 | |
| 15 | By: /s/ Michael R. Lazerwitz<br>       Michael R. Lazerwitz |
| 16 | |
| 17 | Michael R. Lazerwitz (*Pro Hac Vice*)<br>One Liberty Plaza |
| 18 | New York, NY 10006<br>Tel:  (212) 225-2000 |
| 19 | Fax:  (212) 225-3999 |
| 20 | Lee F. Berger (Bar No. 222756)<br>2000 Pennsylvania Avenue, NW |
| 21 | Washington, D.C.  20006<br>Tel:  (202) 974-1500 |
| 22 | Fax:  (202) 974-1999 |
| 23 | Attorneys for Defendants<br>LG DISPLAY CO., LTD., and LG |
| 24 | DISPLAY AMERICA, INC. |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

|     |                                                                                                                                                                                                                                 |
| --- | ------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
| 1   |                                                                                                                                                                                                                                 |
| 2   | PILLSBURY WINTHROP SHAW PITTMAN LLP                                                                                                                                                                                             |
| 4   | By  /s/ John M. Grenfell_____     John M. Grenfell                                                                                                                                               |
| 6   | John M. Grenfell (State Bar No. 88500)  Jacob R. Sorensen (State Bar No. 209134)  50 Fremont Street  San Francisco, CA 94105  Tel: (415) 983-1000  Fax: (415) 983-1200                                                          |
| 9   | Attorneys for Defendants  SHARP CORPORATION AND SHARP ELECTRONICS CORPORATION                                                                                                                                                   |
| 11  | WHITE & CASE LLP                                                                                                                                                                                                                |
| 12  | By: /s/ John H. Chung_____  John H. Chung, (*Pro Hac Vice*)  1155 Avenue of the Americas  New York, NY  10036  Tel:  (212) 819-8200  Fax:  (212) 354-8113  *jchung@ny.whitecase.com*              |
| 16  | Attorneys for Defendants  TOSHIBA CORPORATION, TOSHIBA MOBILE DISPLAY TECHNOLOGY CO., LTD., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.                                               |

**Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from the above-referenced counsel.**

Having considered the foregoing stipulation, and good cause appearing,

**IT IS SO ORDERED**.

9/9/11           _____*[signature]*_____

Judge Susan Illston

STIPULATION AND ORDER RE NON-DEFENDANT
CO-CONSPIRATORS
Case No. 3:07-md 1827 SI

**CERTIFICATE OF SERVICE BY E-MAIL**
(Federal Rules of Civil Procedure Rule 5(b))

I declare that I am employed with the law firm of K&L Gates, LLP, whose address is 925 4th Avenue, Suite 2900, Seattle, Washington 98104-1158. I am not a party to the case, and I am over the age of eighteen years.

I further declare that on September 8, 2011, I served a copy of:

**STIPULATION AND [PROPOSED] ORDER RE NON-DEFENDANT CO-CONSPIRATORS**

by electronically mailing a true and correct copy to all parties of record through the CM-ECF system in accordance with Federal Rules of Civil Procedure Rule 5(b):

I declare under penalty of perjury that the above is true and correct.

Executed at Seattle, Washington, this 8th day of September, 2011.

| Christopher M. Wyant (*Pro Hac Vice*) | /s/ Christopher M. Wyant |
|---|---|
| | (Signature) |