1
2
3
4
5
6
7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827 SI |
| | MDL No. 1827 |
| This Document Relates to: ALL DIRECT ACTION PLAINTIFF ACTIONS | [PROPOSED] ORDER REGARDING DEPOSITIONS OF AKIHIKO IMAYA AND TETSUROH MURAMATSU AT THE UNITED STATES CONSULATE GENERAL IN OSAKA, JAPAN |
| | The Honorable Susan Illston |

1  **TO ANY CONSUL OR VICE-CONSUL OF THE UNITED STATES ASSIGNED TO**
2  **OSAKA, JAPAN:**
3     WHEREAS the above-captioned coordinated class action proceeding has been pending
4  before this Court since July 2007;
5     WHEREAS the Plaintiffs allege antitrust violations by Defendants, manufacturers of Liquid
6  Crystal Display (LCD) products;
7     WHEREAS full discovery began in January 2009;
8     WHEREAS the Parties reserved a deposition room at the United States Consulate General in
9  Osaka, Japan for taking depositions from October 3 through October 7, 2011.
10    On stipulation of the Parties, and pursuant to Article 17 of The United States-Japan Consular
11 Convention of 1963, 15 U.S.T. 768,
12    **IT IS ORDERED** that the deposition of the following witnesses, who will appear
13 voluntarily, be taken at the United States Consulate General in Osaka, Japan:
14    Name:       Akihiko Imaya
15    Employer:   Sharp Corporation
16    Address:    22-22 Nagaike-cho, Abeno-ku, Osaka 545-8522, Japan.
17 Deposition of the above individual will commence on or about October 3, 2011 at 9:00 a.m. (local
18 time) and conclude on or about October 4, 2011 at 5:00 p.m. (local time).
19    Name:       Tetsuroh Muramatsu
20    Employer:   Sharp Corporation
21    Address:    22-22 Nagaike-cho, Abeno-ku, Osaka 545-8522, Japan.
22 Deposition of the above individual will commence on or about October 6, 2011 at 9:00 a.m. (local
23 time) and conclude on or about October 7, 2011 at 5:00 p.m. (local time).
24    Counsel for Plaintiffs who will participate in the said depositions include one or more of the
25 following: Jerome A. Murphy, Jason C. Murray, Joshua C.H. Stokes, B. Parker Miller, Valarie C.
26 Williams, Donald Houser, Rodney J. Ganske, Matthew D. Kent, Melissa Mahurin Whitehead, and
27 Elizabeth H. Jordan.
28

1
[PROPOSED] ORDER REGARDING DEPOSITIONS AT THE
UNITED STATES CONSULATE GENERAL IN OSAKA, JAPAN
DCACTIVE-16057074.1

1  Counsel for Defendants who will participate in said depositions include one or more of the
2  following: Jacob R. Sorensen, Fusae Nara, Stephen P. Freccero, D. Anthony Rodriguez, Derek F.
3  Foran, Patrick J. Ahern, John Chung, Martin Toto, Aya Kobori, Herman Hoying, and Kent Roger.
4  In addition to the deponents Akihiko Imaya and Tetsuroh Muramatsu, Sharp representatives
5  Katsuhiko Kinoshita and Tomihisa Ueda may attend.
6  The proceedings will be reported by James Beasley of Barkley Court Reporters and recorded
7  on video by Michael Barber of Barkley Court Reporters. Bruce Holcombe will act as an interpreter.
8  The transcripts of the depositions will be prepared and distributed among the interested
9  parties by the court reporter without further involvement by the Embassy or the Consulate General.

10  **IT IS SO ORDERED.**
11  Dated:   9/13/11

_____
HONORABLE SUSAN ILLSTON
United States District Judge