| | |
|---|---|
| 1 | JONATHAN A. MARK (WSBA 38051) |
| | BRADY R. JOHNSON (WSBA 21732) |
| 2 | Washington State Attorney General |
| | Antitrust Division |
| 3 | 800 Fifth Avenue |
| | Seattle, WA 98104 |
| 4 | Telephone: (206) 389-3806 (Jonathan Mark) |
| | Telephone: (206) 389-2848 (Brady Johnson) |
| 5 | jonathanm2@atg.wa.gov |
| | bradyj@atg.wa.gov |
| 6 | |
| 7 | *Attorneys for Intervenor State of Washington* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**AT SAN FRANCISCO**

| | |
|---|---|
| IN RE TFT (FLAT PANEL) ANTITRUST LITIGATION | NO. 3:07-md-1827 SI |
| | MDL No. 1827 |
| | The Honorable Susan Illston |
| This Document Relates to: | [~~PROPOSED~~] **ORDER GRANTING STATE OF WASHINGTON'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT** |
| ALL ACTIONS. | |

**ORDER**

In consideration of the Administrative Motion submitted by the State of Washington to remove documents incorrectly filed in this docket at Docket Nos. 3461, 3462, 3463 and 3464, it is hereby ORDERED that Docket Nos. 3461, 3462, 3463 and 3464 be permanently deleted from the docket.

September 8, 2011

_____
JUDGE SUSAN ILLSTON

9

ORDER
NO. 3:07-MD-1827 SI

1

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744