ALLISON A. DAVIS (CA State Bar No. 139203)
Sanjay Nangia (CA State Bar No. 264986)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:     (415) 276-6500
Facsimile:     (415) 276-6599
Email:         allisondavis@dwt.com; sanjaynangia@dwt.com

NICK VERWOLF (Admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
777 108th Avenue NE, Suite 2300
Bellevue, Washington 98004
Telephone:     (425) 646-6100
Facsimile:     (425) 646-6199
Email:         nickverwolf@dwt.com

Attorneys for SANYO Consumer Electronics Co., Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master Docket No. 3:07-md-1827 SI |
| This document relates to: Individual Case No. 3:09-cv-05840-SI | (Case No. 3:09-cv-05840 SI) |
| MOTOROLA MOBILITY, INC., Plaintiff, v. AU OPTRONICS CORPORATION, et al., Defendants. | [~~PROPOSED~~] ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENT<br><br>**The Hon. Susan Illston** |

Upon consideration of SANYO Consumer Electronics Co., Ltd.'s Administrative Motion to Remove Incorrectly Filed Documents, and for good cause shown, the Clerk shall remove permanently from the ECF docket of the above captioned cases, Docket Nos. 3530 (Master File No. 3:07-md 1827 SI) and 175 (Case No. 3:09-cv-05840 SI), SANYO Consumer Electronics Co., Ltd.'s Motion to Dismiss Motorola's Third Amended Complaint.

IT IS SO ORDERED

Dated: September 13, 2011

_____
The Honorable Susan Illston
United States District Court Judge

DAVIS WRIGHT TREMAINE LLP