Christopher B. Hockett (SBN 121539)
Neal A. Potischman (SBN 254862)
Sandra West (SBN 250389)
Samantha H. Knox (SBN 254427)
Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

Jonathan D. Martin (*pro hac vice*)
Bradley R. Hansen (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800

*Attorneys for Defendants*
Chimei Innolux Corporation (f/k/a Chi Mei
Optoelectronics Corp.), Chi Mei Optoelectronics
USA, Inc., and CMO Japan Co., Ltd.

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates to Individual Case No. 3:11-cv-711<br><br>STATE OF NEW YORK, by and through ERIC T. SCHNEIDERMAN, Attorney General,<br><br>    Plaintiffs,<br><br>v.<br><br>AU OPTRONICS CORPORATION, *et al.*,<br><br>    Defendants. | CASE NO. 3:11-cv-711<br><br>MDL NO. 3:07-md-1827-SI<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING TIME TO RESPOND TO AMENDED COMPLAINT** |

The undersigned counsel, on behalf of their respective clients, hereby respectfully request an extension of the deadline for Defendants Chimei Innolux Corporation (f/k/a Chi Mei Optoelectronics Corporation), Chi Mei Optoelectronics USA, Inc., and CMO Japan Co., Ltd. (collectively, the "Chi Mei Defendants"), and Defendants Hitachi, Ltd., Hitachi Displays, Ltd., and Hitachi Electronic Devices (USA), Inc. (collectively, the "Hitachi Defendants"), to respond to the amended complaint filed by Plaintiff State of New York on March 15, 2011, in the above-captioned litigation (the "Amended Complaint").

WHEREAS the Chi Mei Defendants and Hitachi Defendants, jointly with other Defendants in this action, filed a motion to dismiss the amended complaint on May 5, 2011;

WHEREAS the Court entered an order granting in part and denying in part Defendants' joint motion to dismiss the Amended Complaint on August 9, 2011;

WHEREAS on August 25, 2011, the Court entered an order extending Defendants' deadline to answer the Amended Complaint until September 14, 2011;

WHEREAS Plaintiff State of New York and the Chi Mei Defendants and Hitachi Defendants have agreed to a settlement in principle of the above-captioned litigation subject to board approval;

WHEREAS the parties would benefit from additional time to continue to negotiate the terms of that settlement;

WHEREAS further extending the time for the Chi Mei Defendants and Hitachi Defendants to answer the Amended Complaint would not alter the date of any other event or deadline already fixed by the Court;

THEREFORE, Plaintiff State of New York and the Chi Mei Defendants and Hitachi Defendants, by their respective counsel, stipulate and agree as follows:

The Chi Mei Defendants and Hitachi Defendants will have until October 25, 2011 to answer the Amended Complaint.

Dated: September 13, 2011

Respectfully submitted,

ERIC T. SCHNEIDERMAN
Attorney General of the State of New York


By:  /s/ Richard L. Schwartz
        Richard L. Schwartz

Richard L. Schwartz*
Acting Bureau Chief, Antitrust Bureau
John A. Ioannou*
Assistant Attorney General
120 Broadway, 26th Floor
New York, New York  10271
(212) 416-8282 (voice)
(212) 416-6015 (fax)
Richard.Schwartz@ag.ny.gov

*Attorneys for Plaintiff State of New York*

* Automatic *Pro Hac Vice* Admission Pursuant to Pretrial Order No. 1, Dated July 3, 2007 (Waiving Civil L.R. 11-3)


DAVIS POLK & WARDWELL LLP


By:  /s/ Sandra West
        Sandra West (SBN 250389)

Christopher B. Hockett (SBN 121539)
Neal A. Potischman (SBN 254862)
Sandra West (SBN 250389)
1600 El Camino Real
Menlo Park, California  94025
(650) 752-2000 / (650) 752-2111
chris.hockett@davispolk.com
neal.potischman@davispolk.com
sandra.west@davispolk.com

*Attorneys for Defendants Chimei Innolux Corporation (f/k/a Chi Mei Optoelectronics Corp.), Chi Mei Optoelectronics USA, Inc., and CMO Japan Co., Ltd.*

2

MORGAN LEWIS & BOCKIUS LLP

By: /s/ Kent M. Roger
Kent M. Roger (SBN 95987)

Kent M. Roger (SBN 95987)
One Market, Spear Street Tower
San Francisco, California 94105
Telephone: (415) 442-1001
Facsimile: (415) 442-1001

*Attorney for Defendants Hitachi, Ltd., Hitachi Displays, Ltd., and Hitachi Electronic Devices (USA), Inc.*

3

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from all parties whose signatures are indicated by a "confirmed" signature (/s/) within this e-filed document.

Dated: September 13, 2011

_____
Sandra West (SBN 250389)

**[PROPOSED] ORDER**

Having considered the foregoing stipulation, and for good cause appearing,

IT IS SO ORDERED.

Dated: _____9/13_____, 2011

The Honorable Susan Illston
United States District Judge

5

STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO RESPOND TO AMENDED COMPLAINT
CASE NO. 3:11-cv-711; MDL NO. 1827