Jeffrey H. Howard (*pro hac vice*)
Jerome A. Murphy (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
Email: jhoward@crowell.com
       jmurphy@crowell.com

Jason C. Murray (CA Bar No. 169806)
Joshua C. Stokes (CA Bar No. 220214)
Nathanial J. Wood (CA Bar No. 223547)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-622-4750
Facsimile: 213-622-2690
Email: jmurray@crowell.com
       jstokes@crowell.com
       nwood@crowell.com

*Counsel for Plaintiffs Target Corporation; Sears, Roebuck and Co.; Kmart Corporation; Old Comp Inc.; Good Guys, Inc.; RadioShack Corporation; and Newegg Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Target Corporation, et al. v. AU Optronics Corporation, et al., Case No. CV:10-4945 SI* | Master Docket No. 07-m-1827 SI<br>Case No. CV:10-4945 SI<br><br>**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION TO FILE DOCUMENTS UNDER SEAL**<br><br>[Civil Local Rule 79-5] |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

[PROPOSED] ORDER GRANTING EX PARTE
APPLICATION TO FILE UNDER SEAL;
CASE NO. CV 10-4945 SI

Having considered the application regarding whether certain documents Plaintiffs Target Corporation; Sears, Roebuck and Co.; Kmart Corporation; Old Comp Inc.; Good Guys, Inc.; RadioShack Corporation; and Newegg Inc. ("Plaintiffs") lodged with the Court should be filed under seal pursuant to Civil Local Rules 79-5(d) and 7-10 and the Court's Standing Order, and good cause appearing, the application is hereby GRANTED.

IT IS HEREBY ORDERED THAT:

- Plaintiffs' Second Amended Complaint has been redacted and publicly filed. The redacted portions of the Second Amended Complaint shall remain under seal.

IT IS FURTHER ORDERED that, to maintain the effect of the seal under Civil Local Rule 79-5, the parties, their counsel, and their declarants shall not publicly disseminate or discuss any of the sealed documents or their contents absent further order of the Court.

Dated: 9/9/11

_____
Susan Illston
United States District Judge

DCACTIVE-16086022.1