| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | JOHN M. GRENFELL (CA Bar No. 88500) |
| 2 | john.grenfell@pillsburylaw.com |
|   | JACOB R. SORENSEN (CA Bar No. 209134) |
| 3 | jake.sorensen@pillsburylaw.com |
|   | FUSAE NARA (*pro hac vice*) |
| 4 | fusae.nara@pillsburylaw.com |
|   | ANDREW D. LANPHERE  (CA Bar No. 191479) |
| 5 | andrew.lanphere@pillsburylaw.com |
|   | 50 Fremont Street |
| 6 | San Francisco, CA  94105 |
|   | Telephone: (415) 983-1000 |
| 7 | Facsimile: (415) 983-1200 |
| 8 | Attorneys for Defendants |
|   | SHARP CORPORATION and |
| 9 | SHARP ELECTRONICS CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827 SI<br>MDL No. 1827 |
| This Document Relates To:<br><br>Case No. 3:11-cv-711 SI<br><br>STATE OF NEW YORK, by and through, ERIC T. SCHNEIDERMAN, Attorney General,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>AU Optronics Corporation, *et al.*,<br><br>　　　　　　　Defendants. | **STIPULATION AND [PROPOSED] ORDER EXTENDING SHARP'S TIME TO ANSWER AMENDED COMPLAINT** |

500899690v1

STIPULATION EXTENDING TIME TO ANSWER
AMENDED COMPLAINT AND [PROPOSED] ORDER
Master File No. 3:07-md-1827 SI, MDL No. 1827

1    WHEREAS plaintiff State of New York filed an Amended Complaint in the above-
2 captioned case against Defendants AU Optronics Corporation, AU Optronics Corporation
3 America, Inc., Chi Mei Optoelectronics Corporation, Chi Mei Optoelectronics USA, Inc.,
4 CMO Japan Co., Ltd., Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices
5 (USA), Inc., LG Display Co., Ltd., LG Display America, Inc., Samsung Electronics Co.,
6 Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., Sharp
7 Corporation, Sharp Electronics Corporation, Toshiba Corporation, Toshiba Matsushita
8 Display Technology Co., Ltd., Toshiba America Information Systems, Inc., and Toshiba
9 America Electronic Components, Inc. on March 15, 2011, Dkt. no. 2556;
10   WHEREAS the Court granted in part and denied in part defendants' motion to
11 dismiss the Amended Complaint on August 9, 2011;
12   WHEREAS Sharp Corporation and Sharp Electronics Corporation (together,
13 "Sharp") desire a reasonable amount of time to answer the Amended Complaint;
14   WHEREAS the Court previously entered an Order extending the time to answer the
15 Amended Complaint on August 25, 2011, as stipulated by Plaintiff and Sharp; and
16   WHEREAS the requested time modification will not affect any other deadline in
17 this case.
18   THEREFORE, the State of New York and Sharp hereby agree that Sharp's deadline
19 to answer to the Amended Complaint shall be October 25, 2011.
20   Dated:  September 13, 2011

21                        ERIC T. SCHNEIDERMAN
                         Attorney General of the State of New York
22
                         By:_____/s/ Richard L. Schwartz_____
23                         Richard L. Schwartz
                           Acting Bureau Chief, Antitrust Bureau
24                         Amy McFarlane
                           Assistant Attorney General
25                         Attorneys for Plaintiff
                           120 Broadway, 26th Floor
26                         New York, New York 10271
                           (212) 416-8282 (Phone)
27                         (212) 416-6015 (Facsimile)
                           Richard.Schwartz@ag.ny.gov
28                         Attorneys for Plaintiff State of New York

- 1 -     STIPULATION EXTENDING TIME TO ANSWER
          AMENDED COMPLAINT AND [PROPOSED] ORDER
          Master File No. 3:07-md-1827 SI, MDL No. 1827

500899690v1

| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | JOHN M. GRENFELL |
| 2 | JACOB R. SORENSEN |
| | FUSAE NARA |
| 3 | ANDREW D. LANPHERE |
| | 50 Fremont Street |
| 4 | San Francisco, CA  94105 |

By:_____/s/ John M. Grenfell_____
                John M. Grenfell

Attorneys for Defendants SHARP CORPORATION and SHARP ELECTRONICS CORPORATION

**ATTESTATION**:  Pursuant to General Order 45, Part X-B, the filer attests that the concurrence of the other signatory hereto has been obtained.

IT IS SO ORDERED.

Dated:   9/13/11

_____
Honorable Susan Illston

- 2 -

500899690v1

STIPULATION EXTENDING TIME TO ANSWER
AMENDED COMPLAINT AND [PROPOSED] ORDER
Master File No. 3:07-md-1827 SI, MDL No. 1827