1  John H. Chung (*pro hac vice*)
   WHITE & CASE LLP
2  1155 Avenue of the Americas
   New York, NY 10036
3  Telephone: (212) 819-8200
   Facsimile: (212) 354-8113
4
5  Christopher M. Curran (*pro hac vice*)
   Kristen J. McAhren (*pro hac vice*)
   WHITE & CASE LLP
6  701 Thirteenth Street, NW
   Washington, DC 20005
7  Telephone: (202) 626-3600
   Facsimile: (202) 639-9355
8
9  *Attorneys for Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America*
10 *Electronic Components, Inc. and Toshiba America Information Systems, Inc.*
11

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827 SI<br>MDL No. 1827 |
| This Document Relates To:<br><br>Case No. 3:11-cv-711 SI<br><br>STATE OF NEW YORK, by and through, ERIC T. SCHNEIDERMAN, Attorney General,<br><br>Plaintiff,<br><br>v.<br><br>AU OPTRONICS CORPORATION, *et al.*<br><br>Defendants. | **STIPULATION AND [PROPOSED] ORDER EXTENDING THE TOSHIBA ENTITIES' TIME TO ANSWER AMENDED COMPLAINT** |

STIPULATION AND PROPOSED ORDER EXTENDING
THE TOSHIBA ENTITIES' TIME TO ANSWER
AMENDED COMPLAINT, CASE NO. 3:07-MD-1827 SI

WHEREAS Plaintiff State of New York filed an Amended Complaint in the above-captioned case against Defendants AU Optronics Corporation, AU Optronics Corporation America, Inc., Chi Mei Optoelectronics Corporation, Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc., LG Display Co., Ltd., LG Display America, Inc., Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., Sharp Corporation, Sharp Electronics Corporation, Toshiba Corporation, Toshiba Mobile Display Co., Ltd. (f/k/a Toshiba Matsushita Display Technology Co., Ltd.), Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc. on March 15, 2011, Dkt. No. 2556;

WHEREAS the Court granted in part and denied in part Defendants' motion to dismiss the Amended Complaint on August 9, 2011;

WHEREAS the State of New York and Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc. and Toshiba America Information Systems, Inc. (collectively, the "Toshiba Entities") have reached an agreement, pursuant to Civil L.R. 6-1, to extend the time within which the Toshiba Entities must answer the Amended Complaint; and

WHEREAS the requested time modification will not affect any other deadline in this case.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, New York State and the Toshiba Entities, as follows:

1. The Toshiba Entities will have until September 23, 2011 to answer the Amended Complaint.

- 1 -

STIPULATION AND PROPOSED ORDER EXTENDING THE TOSHIBA ENTITIES' TIME TO ANSWER AMENDED COMPLAINT, CASE NO. 3:07-MD-1827 SI

2.   Entering into this stipulation does not effect a waiver of any defense under Federal Rule of Civil Procedure 12.  This stipulation does not constitute a waiver of any challenge to personal jurisdiction by the Toshiba Entities.

**IT IS SO STIPULATED.**

Dated:  September 14, 2011          WHITE & CASE LLP

By: /s/ John H. Chung
   John H. Chung (*pro hac vice*)
   WHITE & CASE LLP
   1155 Avenue of the Americas
   New York, NY  10036
   Telephone:  (212) 819-8200
   Facsimile:  (212) 354-8113
   jchung@whitecase.com

   Christopher M. Curran *(pro hac vice)*
   Kristen J. McAhren (*pro hac vice*)
   WHITE & CASE LLP
   701 Thirteenth Street, NW
   Washington, DC  20005
   Telephone: (202) 626-3600
   Facsimile:  (202) 639-9355

   *Attorneys for Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc. and Toshiba America Information Systems, Inc.*

1  ERIC T. SCHNEIDERMAN
   Attorney General of the State of New York
2
   By: /s/ Richard L. Schwartz
3
   Richard L. Schwartz
4  Acting Bureau Chief, Antitrust Bureau
   Amy McFarlane
5  Assistant Attorney General
   120 Broadway, 26th Floor
6  New York, NY 10271
   Phone: (212) 416-8282
7  Facsimile: (212) 416-6015
   richard.schwartz@ag.ny.gov
8

   *Attorneys for Plaintiff State of New York*

12    Attestation:  The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  _____9/15_____, 2011      _____
                                    The Honorable Susan Illston
                                    United States District Judge

- 3 -  STIPULATION AND PROPOSED ORDER EXTENDING THE TOSHIBA ENTITIES' TIME TO ANSWER AMENDED COMPLAINT, CASE NO. 3:07-MD-1827 SI