1  William A. Isaacson (admitted *pro hac vice*)
   BOIES, SCHILLER & FLEXNER LLP
2  5301 Wisconsin Ave. NW, Suite 800
   Washington, D.C. 20015
3  Telephone: (202) 237-2727
   Facsimile: (202) 237-6131
4  Email: wisaacson@bsfllp.com

5  Philip J. Iovieno (admitted *pro hac vice*)
   BOIES, SCHILLER & FLEXNER LLP
6  10 North Pearl Street, 4th Floor
   Albany, NY 12207
7  Telephone: (518) 434-0600
   Facsimile: (518) 434-0665
8  Email: piovieno@bsfllp.com

9  Counsel for Plaintiffs
   Electrograph Systems, Inc. and Electrograph Technologies Corp.
10
   [Additional counsel listed on signature page]
11

12             UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
13                SAN FRANCISCO DIVISION

14

| | |
|---|---|
| 15  In re: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:11-cv-03342-SI (N.D. Cal.) |
| 16  This Document Relates To Individual Case No. 3:11-cv-03342-SI (N.D. Cal.) | Master File No. 3:07-md-01827-SI (N.D. Cal.) |
| 17  | MDL No. 1827 |
| 18  ELECTROGRAPH SYSTEMS, INC.; ELECTROGRAPH TECHNOLOGIES CORP., | **STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE ON NEC'S MOTION TO DISMISS ELECTROGRAPH'S COMPLAINT** |
| 20  Plaintiffs, | |
| 21  vs. | |
| 22  NEC CORPORATION; NEC CORPORATION OF AMERICA; NEC DISPLAY SOLUTIONS OF AMERICA, INC.; NEC ELECTRONICS AMERICA, INC.; NEC LCD TECHNOLOGIES, LTD., | |
| 25  Defendants. | |

26

27

28

1  Plaintiffs Electrograph Systems, Inc. and Electrograph Technologies Corp. and Defendants
2  NEC Corporation, NEC Corporation of America, NEC Display Solutions of America, Inc., NEC
3  Electronics America, Inc., and NEC LCD Technologies, Ltd., through the undersigned counsel,
4  request that the Court enter the following order to (1) extend Plaintiffs' time to oppose
5  Defendants' Motion to Dismiss to September 27, 2011; and (2) extend Defendants' time to file a
6  reply in support of its Motion to Dismiss to October 11, 2011.

7  WHEREAS Defendants filed a motion to dismiss the complaint in this action on
8  September 6, 2011 (Dkt #18) (the "Motion");
9  WHEREAS the parties agree that Plaintiffs may have until September 27, 2011 to file its
10 opposition to the Motion;
11 WHEREAS the parties further agree that Defendants may have until October 11, 2011 to
12 submit its reply to such opposition
13 THEREFORE, Plaintiffs, by its counsel, and Defendants, by the undersigned counsel,
14 stipulate and agree as follows:
15    1.   Plaintiff shall oppose the Motion by September 27, 2011.
16    2.   Defendant shall submit its reply by October 11, 2011.
17    3.   The Motion shall be heard on October 28, 2011.
18 **IT IS SO STIPULATED.**
19
20 DATED: September 15, 2011          /s/ William A. Isaacson

William A. Isaacson (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

Philip J. Iovieno (admitted *pro hac vice*)
Anne M. Nardacci (admitted *pro hac vice*)
Luke Nikas (admitted *pro hac vice*)
Christopher V. Fenlon (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665

Email: piovieno@bsfllp.com
anardacci@bsfllp.com
lnikas@bsfllp.com
cfenlon@bsfllp.com

Laura J. McKay (SBN 230049)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
Email: lmckay@bsfllp.com

*Counsel for Plaintiff Electrograph Systems, Inc. and Electrograph Technologies Corp.*

　　　/s/ George D. Niespolo　　　
GEORGE D. NIESPOLO (SBN 72107)
STEPHEN H. SUTRO (SBN 172168)
JENNIFER BRIGGS FISHER (SBN 241321)
DUANE MORRIS LLP
One Market, Spear Tower, Suite 2200
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail: gdniespolo@duanemorris.com
shsutro@duanemorris.com
jbfisher@duanemorris.com

*Attorneys for Defendants NEC CORPORATION, NEC LCD TECHNOLOGIES, LTD., NEC ELECTRONICS AMERICA, INC., NEC CORPORATION OF AMERICA, INC., and NEC DISPLAY SOLUTIONS OF AMERICA, INC.*

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from stipulating defendants.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: __9/15/11_____    _____/s/ Susan Illston_____
Hon. Susan Y. Illston
United States District Judge