Michael R. Lazerwitz (PRO HAC VICE)
Jeremy J. Calsyn (State Bar No. 205062)
Lee F. Berger (State Bar No. 222756)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000 (Phone)
(212) 225-3999 (Facsimile)
*mlazerwitz@cgsh.com*

Brad D. Brian (State Bar No. 079001)
Jerome C. Roth (State Bar No. 159483)
Jonathan E. Altman (State Bar No. 170607)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
*Brad.Brian@mto.com*

*Attorneys for Defendants*
LG DISPLAY AMERICA, INC.
AND LG DISPLAY CO., LTD

[additional parties and counsel listed in signature block]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827 SI<br><br>MDL No. 1827<br><br>STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING AND HEARING DATES FOR CERTAIN MOTIONS FILED IN THE INDIRECT PURCHASER CLASS ACTION |
| This Document Relates to:<br><br>All Indirect-Purchaser Actions | |

WHEREAS, defendants LG Display, Co., Ltd., LG Display America, Inc., AU Optronics Corporation, AU Optronics Corporation America, Hannstar Display Corporation, Sharp Corporation, Sharp Electronics Corporation, Toshiba Corporation, Toshiba Mobile

1

Display Co., Ltd., Toshiba America Electronic Components, Inc. and Toshiba America Information Systems, Inc. (collectively "Defendants") filed a series of motions (collectively, the "Motions") in the Indirect Purchaser Class Action, including the following:

- Sharp's Motion for Summary Judgment That The Japanese Defendants Did Not Participate In The Crystal Conspiracy (ECF No. 3436) (filed on August 26, 2011), with a hearing noticed for October 21, 2011 ("Sharp's Japanese Defendant Motion");

- Defendants' Joint Motion In Support Of Motion for Partial Summary Judgment Regarding Production and Capacity (ECF No. 3440) (filed September 2, 2011), with a hearing noticed for October 14, 2011 ("Capacity and Production Motion");

- Defendants' Joint Motion For Summary Judgment Against Indirect Purchaser Plaintiffs In 14 States (ECF No. 3447) (filed September 6, 2011), with a hearing noticed for October 14, 2011 ("AGC Motion");

- Toshiba Entities' Motion for Summary Judgment (ECF No. 3581) (filed September 8, 2011), with a hearing noticed for November 4, 2011 ("Toshiba's Motion");

- Defendants' Joint Motion for Partial Summary Judgment as to Sole Sourced Panels (ECF No. 3499) (filed September 8, 2011), with a hearing noticed for November 4, 2011 ("Sole-Sourcing Motion");

- Defendants' Motion to Alter or Amend the Indirect Purchaser Classes and Memorandum of Points and Authorities in Support Thereof (ECF No. 3487) (filed September 8, 2011), with a hearing noticed for November 18, 2011 ("Overlap Motion"); and

- Defendants' Motion to Decertify Classes or in the Alternative for Summary Judgment (ECF No. 3492) (filed September 8, 2011), with a hearing noticed for November 18, 2011 ("Decertification Motion").

WHEREAS, the Indirect Purchaser Plaintiffs ("Plaintiffs") and Defendants desire to alter the deadlines provided by the Local Rules and by the Stipulation and Order Extending Time and Modifying Pretrial Schedule to file response and reply papers in connection with the Motions so as to allow for full and staggered briefing of the issues;

WHEREAS, Plaintiffs and Defendants, having consulted with the Court's Deputy Clerk, desire to present oral argument on the Motions on dates convenient to and efficient for the Court that will permit the Court to fully consider each motion;

WHEREAS, the Court is already scheduled to hear a similar motion to the Capacity and Production Motion on November 4, 2011 in the Direct Purchaser Class Action, and it would be efficient to have both motions heard at the same time; and

WHEREAS, Plaintiffs would like ten additional pages for their brief in opposition to the AGC Motion;

NOW THEREFORE, IT IS HEREBY STIPULATED by the undersigned counsel on behalf of Plaintiffs and Defendants, that:

(1) For the Sole-Sourcing Motion, Plaintiffs will file their opposition brief no later than September 29, 2011, Defendants will file their reply brief no later than October 20, 2011, and the hearing will remain on November 4, 2011.

(2) For the Capacity and Production Motion, Plaintiffs will file their opposition brief no later than October 3, 2011, Defendants will file their reply brief no later than October 24, 2011, and the hearing will be moved to November 4, 2011, to align with the hearing already scheduled for the similar motion in the Direct Purchaser Class Action.

(3) For Toshiba's Motion, Plaintiffs will file their opposition brief no later than October 3, 2011, Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc. and Toshiba America Information Systems, Inc. will file their reply brief no later than October 24, 2011, and the hearing will remain on November 4, 2011.

(4) For the AGC Motion, Plaintiffs will file their opposition brief no later than September 29, 2011, Defendants will file their reply brief no later than October 21, 2011, and the hearing will be moved to November 18, 2011.

(5) For the Overlap Motion, Plaintiffs will file their opposition brief no later than October 4, 2011, Defendants will file their reply brief no later than October 31, 2011, and the hearing will remain on November 18, 2011.

(6) For the Decertification Motion, Plaintiffs will file their opposition brief no later than October 10, 2011, Defendants will file their reply brief no later than November 7, 2011, and the hearing will remain on November 18, 2011.

(7) For Sharp's Japanese Defendants Motion, Plaintiffs will file their opposition brief no later than October 27, 2011, Sharp Corporation and Sharp Electronics Corporation will file their reply brief no later than November 15, 2011, and the hearing will be moved to November 30, 2011.

(8) For the Court's convenience, the following chart summarizes paragraphs 1-7 above:

| Dispositive Motion | Opposition Date | Reply Date | Hearing Date |
|---|---|---|---|
| Sole-Sourcing Motion (ECF No. 3499) | 9/29/11 | 10/20/11 | 11/4/11 |
| Capacity and Production Motion (ECF No. 3440) | 10/3/11 | 10/24/11 | 11/4/11 |
| Toshiba's Motion (ECF No. 3581) | 10/3/11 | 10/24/11 | 11/4/11 |
| AGC Motion (ECF No. 3447) | 9/29/11 | 10/21/11 | 11/18/11 |
| Overlap Motion (ECF No. 3487) | 10/4/11 | 10/31/11 | 11/18/11 |
| Decertification Motion (ECF No. 3492) | 10/10/11 | 11/7/11 | 11/18/11 |
| Sharp's Japanese Defendants Motion (ECF No. 3436) | 10/27/11 | 11/15/11 | 11/30/11 |

(9)   Plaintiffs' opposition to the AGC Motion may contain up to 35 pages.

DATED:  September 19, 2011

By:  /s/Michael R. Lazerwitz
Michael R. Lazerwitz (PRO HAC VICE)
Jeremy J. Calsyn (State Bar No. 205062)
Lee F. Berger (State Bar No. 222756)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000 (Phone)
(212) 225-3999 (Facsimile)
*mlazerwitz@cgsh.com*

Brad D. Brian (State Bar No. 079001)
Jerome C. Roth (State Bar No. 159483)
Jonathan E. Altman (State Bar No. 170607)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702
*Brad.Brian@mto.com*

*Attorneys for Defendants LG Display Co., Ltd. and LG Display America, Inc.*

5

STIPULATION AND [PROPOSED] ORDER RE BRIEFING AND HEARING DATES FOR CERTAIN MOTIONS FILED IN THE INDIRECT PURCHASER CLASS ACTION
CASE NO.: 3:07-md-1827 SI

By: /s/ Christopher A. Nedeau
Christopher A. Nedeau
Carl L. Blumenstein
Allison Dibley
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
(415) 398-3600 (Phone)
(415) 398-2438 (Facsimile)
cnedeau@nossaman.com

*Attorneys for Defendants AU Optronics Corporation and AU Optronics Corporation America*

By: /s/ Ramona M. Emerson
Hugh F. Bangasser (*pro hac vice*)
Ramona M. Emerson (*pro hac vice*)
Christopher M. Wyant (*pro hac vice*)
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
(206) 623-7580 (Phone)
(206) 623-7022 (Facsimile)
hugh.bangasser@klgates.com
ramona.emerson@klgates.com
chris.wyant@klgates.com

Jeffery L. Bornstein (SBN 99358)
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
(415) 249-1059 (Phone)
(415) 882-8200 (Facsimile)
jeff.bornstein@klgates.com

*Attorneys for Defendant HannStar Display Corporation*

```
                              By:  /s/ Jacob R. Sorensen
                              John M. Grenfell (State Bar No. 88500)
                              Jacob R. Sorensen (State Bar No. 209134)
                              Fusae Nara (pro hac vice)
                              Andrew D. Lanphere (State Bar No. 191479)
                              PILLSBURY WINTHROP SHAW PITTMAN
                              LLP
                              50 Fremont Street
                              San Francisco, CA  94105
                              (415) 983-1000 (Phone)
                              (415) 983-1200 (Facsimile)
                              john.grenfell@pillsburylaw.com

                              Attorneys for Defendants Sharp Corporation
                              and Sharp Electronics Corporation




                              By:  /s/ John H. Chung
                              John H. Chung (PRO HAC VICE)
                              WHITE & CASE LLP
                              1155 Avenue of the Americas
                              New York, NY 10036
                              (212) 819-8200 (Phone)
                              (212) 354-8113 (Facsimile)
                              jchung@whitecase.com

                              Christopher M. Curran (PRO HAC VICE)
                              Kristen J. McAhren (PRO HAC VICE)
                              WHITE & CASE LLP
                              701 Thirteenth Street, NW
                              Washington, DC 20005-3807
                              (202) 626-3600 (Phone)
                              (202) 639-9355 (Facsimile)
                              ccurran@washdc.whitecase.com

                              Attorneys for Defendants Toshiba Corporation,
                              Toshiba Mobile Display Co., Ltd., Toshiba
                              America Electronic Components, Inc. and
                              Toshiba America Information Systems, Inc.
```

7

STIPULATION AND [PROPOSED] ORDER RE BRIEFING AND HEARING DATES FOR CERTAIN
MOTIONS FILED IN THE INDIRECT PURCHASER CLASS ACTION
CASE NO.: 3:07-md-1827 SI

|   |   |
|---|---|
| 1 | By: /s/ Judith A. Zahid |
| 2 | Francis O. Scarpulla<br>Craig C. Corbitt |
| 3 | Judith A. Zahid<br>Patrick B. Clayton |
| 4 | Qianwei Fu<br>Heather T. Rankie |
| 5 | ZELLE HOFMANN VOELBEL & MASON LLP |
| 6 | 44 Montgomery Street, Suite 3400 |
| 7 | San Francisco, CA 94104<br>Telephone: (415) 693-0700   (415) 693-0700 |
| 8 | Facsimile: (415) 693-0770 |

Joseph M. Alioto
ALIOTO LAW FIRM
225 Bush Street, 16th Floor
San Francisco, CA 94104
Telephone:  (415) 434-8900
Facsimile:  (415) 434-9200

*Co-Lead Class Counsel for Indirect-Purchaser Plaintiffs*

**Attestation:** The filer of this document attests that concurrence in the filing of this document has been obtained from each of the other signatories.

By:   *Michael R. Lazerwitz*
        Michael R. Lazerwitz

### [PROPOSED] ORDER

Under the parties' stipulation set forth above, IT IS SO ORDERED.

Dated:   9/20   , 2011        By:  /s/ Susan Illston
                                    Hon. Susan Illston
                                    United States District Judge

8

STIPULATION AND [PROPOSED] ORDER RE BRIEFING AND HEARING DATES FOR CERTAIN
MOTIONS FILED IN THE INDIRECT PURCHASER CLASS ACTION
CASE NO.: 3:07-md-1827 SI