1  Michael R. Lazerwitz (PRO HAC VICE)
   Jeremy J. Calsyn (State Bar No. 205062)
2  Lee F. Berger (State Bar No. 222756)
   CLEARY GOTTLIEB STEEN & HAMILTON LLP
3  One Liberty Plaza
   New York, NY 10006
4  (212) 225-2000 (Phone)
   (212) 225-3999 (Facsimile)
5  mlazerwitz@cgsh.com

6  *Counsel for Defendants LG Display Co., Ltd. and LG Display America, Inc.*

7  Francis O. Scarpulla (State Bar No. 41059)
   Judith A. Zahid (State Bar No. 215418)
8  ZELLE HOFMANN VOELBEL &
   MASON LLP
9  44 Montgomery St., Ste. 3400
   San Francisco, CA 94104
10 (415) 693-0700 (Phone)
   (415) 693-0770 (Facsimile)
11 *fscarpulla@zelle.com*

12 Joseph M. Alioto (State Bar No. 42680)
   THE ALIOTO LAW FIRM
13 225 Bush Street, 16th Floor
   San Francisco, CA 94104
14 (415) 434-8900 (Phone)
   (415) 434-9200 (Facsimile)
15 *jalioto@aliotolaw.com*

16 *Co-Lead Class Counsel for the Indirect Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL INDIRECT PURCHASER CLASS ACTIONS | CASE NO. 3:07-md-1827 SI, MQ<br>MDL NO. 1827<br><br>**STIPULATION OF EXTENSION OF TIME TO RESPOND TO INDIRECT PURCHASER PLAINTIFFS' EVIDENTIARY OBJECTIONS TO BANG SOO LEE DECLARATION AND [~~PROPOSED~~] ORDER**<br><br>The Honorable Susan Y. Illston |

1

IT IS HEREBY STIPULATED by undersigned counsel on behalf of the parties identified below, that defendants LG Display Co., Ltd. and LG Display America, Inc.'s deadline to respond to Indirect Purchaser Plaintiffs' Evidentiary Objections To Bang Soo Lee Declaration Filed In Support Of Defendants' Motion For Partial Summary Judgment On Withdrawal will be September 21, 2011.

Dated: September 20, 2011

By: /s/ Michael R. Lazerwitz
Michael R. Lazerwitz (PRO HAC VICE)
Jeremy J. Calsyn (State Bar No. 205062)
Lee F. Berger (State Bar No. 222756)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000 (Phone)
(212) 225-3999 (Facsimile)
mlazerwitz@cgsh.com

*Attorneys for Defendants*
LG Display Co., Ltd. and LG Display America, Inc.

By: /s/ Judith A. Zahid
Francis O. Scarpulla (State Bar No. 41059)
Craig C. Corbitt (State Bar No. 83251)
Judith A. Zahid (State Bar No. 215418)
Patrick B. Clayton (State Bar No. 240191)
Qianwei Fu (State Bar No. 242669)
Heather T. Rankie (State Bar No. 268002)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery St., Ste. 3400
San Francisco, CA 94104
(415) 693-0700 (Phone)
(415) 693-0770 (Facsimile)

Joseph M. Alioto (State Bar No. 42680)
THE ALIOTO LAW FIRM
225 Bush Street, 16th Floor
San Francisco, CA 94104
(415) 434-8900 (Phone)
(415) 434-9200 (Facsimile)

*Co-Lead Class Counsel for the Indirect Purchaser Plaintiffs*

Attestation: The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

STIP. OF EXTENSION OF TIME TO RESPOND TO INDIRECT PURCHASER PLAINTIFFS' EVIDENTIARY OBJECTIONS TO BANG SOO LEE DECLARATION AND [PROPOSED] ORDER, Case No. 3:07-md-1827 SI, MQ

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

         9/21/11                    By: _____/s/ Susan Illston_____
                                         Honorable Susan Y. Illston

STIP. OF EXTENSION OF TIME TO RESPOND TO INDIRECT PURCHASER PLAINTIFFS' EVIDENTIARY OBJECTIONS TO BANG SOO LEE DECLARATION AND [PROPOSED] ORDER, Case No. 3:07-md-1827 SI, MQ