Christopher M. Curran (*pro hac vice*)
Email: ccurran@whitecase.com
John H. Chung (*pro hac vice*)
Email: jchung@whitecase.com
Martin M. Toto (*pro hac vice*)
Email: mtoto@whitecase.com
Kristen J. McAhren (*pro hac vice*)
Email: kmcahren@whitecase.com
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY  10036
Telephone:     (212) 819-8200
Facsimile:      (212) 354-8113

*Attorneys for Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:07-md-1827 SI<br>MDL No. 1827 |
| This Document Relates To:<br><br>ALL DIRECT ACTION PLAINTIFF ACTIONS | [~~PROPOSED~~] **AMENDED ORDER REGARDING DEPOSITIONS OF AKIHIKO IMAYA AND TETSUROH MURAMATSU AT THE UNITED STATES CONSULATE GENERAL IN OSAKA, JAPAN** |

**TO ANY CONSUL OR VICE-CONSUL OF THE UNITED STATES ASSIGNED TO OSAKA, JAPAN:**

WHEREAS the above-captioned coordinated class action proceeding has been pending before this Court since July 2007;

WHEREAS Plaintiffs allege antitrust violations by Defendants, manufacturers of Liquid Crystal Display (LCD) products;

WHEREAS full discovery began in January 2009;

WHEREAS the Parties reserved a deposition room at the United States Consulate General in Osaka, Japan for taking depositions from October 3 through October 7, 2011;

WHEREAS the Court previously entered a version of this Order on September 13, 2011 (Docket No. 3550);

WHEREAS the Court is informed that an attorney is not listed on said Order, necessitating amendment of said Order to accurately reflect the names of attorneys seeking deposition visas, in accordance with protocol;

THEREFORE, the Court enters the following amended version of its Order authorizing the taking of depositions in Japan and directing consular personnel to approve and process the deposition visas of all attorneys listed herein.

On stipulation of the Parties, and pursuant to Article 17 of The United States-Japan Consular Convention of 1963, 15 U.S.T. 768,

**IT IS ORDERED** that the deposition of the following witnesses, who will appear voluntarily, be taken at the United States Consulate General in Osaka, Japan:

Name:       Akihiko Imaya

Employer:   Sharp Corporation

Address:    22-22 Nagaike-cho, Abeno-ku, Osaka 545-8522, Japan.

The deposition of the above individual will commence on or about October 3, 2011 at 9:00 a.m. (local time) and conclude on or about October 4, 2011 at 5:00 p.m. (local time).

| | | |
|---|---|---|
| Name: | Tetsuroh Muramatsu | |
| Employer: | Sharp Corporation | |
| Address: | 22-22 Nagaike-cho, Abeno-ku, Osaka 545-8522, Japan. | |

The deposition of the above individual will commence on or about October 6, 2011 at 9:00 a.m. (local time) and conclude on or about October 7, 2011 at 5:00 p.m. (local time).

Counsel for Plaintiffs who will participate in the said depositions include one or more of the following: Jerome A. Murphy, Jason C. Murray, Joshua C.H. Stokes, B. Parker Miller, Valarie C. Williams, Donald Houser, Rodney J. Ganske, Matthew D. Kent, Melissa Mahurin Whitehead, and Elizabeth H. Jordan.

Counsel for Defendants who will participate in said depositions include one or more of the following: Christopher M. Curran, Jacob R. Sorensen, Fusae Nara, Stephen P. Freccero, D. Anthony Rodriguez, Derek F. Foran, Patrick J. Ahern, John Chung, Martin Toto, Aya Kobori, Herman Hoying, and Kent Roger.

In addition to the deponents Akihiko Imaya and Tetsuroh Muramatsu, Sharp representatives Katsuhiko Kinoshita and Tomihisa Ueda may attend.

The proceedings will be reported by James Beasley of Barkley Court Reporters and recorded on video by Michael Barber of Barkley Court Reporters. Bruce Holcombe will act as an interpreter.

The transcripts of the depositions will be prepared and distributed among the interested parties by the court reporter without further involvement by the Consulate General.

**IT IS SO ORDERED**

Dated: _____9/20_____, 2011      _____

The Honorable Susan Y. Illston

United States District Judge

- 3 -

[PROPOSED] AMENDED ORDER REGARDING DEPOSITIONS AT THE UNITED STATES CONSULATE GENERAL IN OSAKA, JAPAN
NO. 3:07-MD-1827 SI, MDL NO. 1827