1  MORGAN, LEWIS & BOCKIUS LLP
   KENT M. ROGER, State Bar No. 95987
2  HERMAN J. HOYING, State Bar No. 257495
   JENNIFER L. CALVERT, State Bar No. 258018
3  One Market, Spear Street Tower
   San Francisco, CA  94105-1126
4  Tel:  415.442.1000
   Fax:  415.442.1001
5  kroger@morganlewis.com
   hhoying@morganlewis.com
6  jennifer.calvert@morganlewis.com

7  Attorneys for Defendants
   HITACHI, LTD., HITACHI DISPLAYS, LTD.,
8  HITACHI ELECTRONIC DEVICES (USA), INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| Best Buy Co., Inc., et al.,<br><br>                  Plaintiffs,<br><br>  v.<br><br>AU OPTRONICS CORPORATION, *et al.*,<br><br>                  Defendants. | This Document Relates to Individual Case No. 3:10-cv-4572 SI<br><br>Master File No. 3:07-md-1827<br><br>MDL No. 1827<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO RESPOND TO AMENDED COMPLAINT**<br><br>Honorable Susan Illston |
|---|---|

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 3:10-CV-4572 SI; MDL NO. 1827
STIPULATION AND [PROPOSED] ORDER

DB2/ 22675333.1

WHEREAS plaintiffs Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; Best Buy China Ltd. and Magnolia Hi-Fi, Inc. filed the above captioned lawsuit on October 8, 2010;

WHEREAS plaintiffs Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; BestBuy.com, L.L.C.; and Magnolia Hi-Fi, Inc. ("Best Buy") filed a first amended complaint on June 7, 2011 ("Amended Complaint");

WHEREAS Defendants Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc. and Hitachi, Ltd. (collectively, the "Hitachi Defendants") jointly filed with other defendants a motion to dismiss on July 7, 2011;

WHEREAS the Court granted in part and denied in part Defendants' joint motion to dismiss on August 24, 2011;

WHEREAS all defendants, including the Hitachi Defendants entered into a stipulation with Best Buy on August 29, 2011 that Defendants' deadline to answer the Amended Complaint is September 23, 2011;

WHEREAS on August 31, 2011, the Court entered an order extending Defendants' deadline to answer the Amended Complaint until September 23, 2011;

WHEREAS extending the Hitachi Defendants' time to respond to the Amended Complaint will not alter the date of any other event or deadline already fixed by the Court;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, Best Buy, on the one hand, and the Hitachi Defendants on the other hand, as follows:

Hitachi Defendants will have until September 30, 2011 to answer Best Buy's Amended Complaint.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

-2-

CASE NO. 3:10-CV-4572 SI; MDL NO. 1827
STIPULATION AND [PROPOSED] ORDER

DB2/ 22675333.1

Dated: September 21, 2011

ROBINS KAPLAN MILLER & CIRESI, LLP

/s/ David Martinez
Roman M. Silberfeld (Bar No. 62783)
David Martinez (SBN 193183)
2049 Century Park East, Suite 3400
Los Angeles California, 90067-3208
Tel: (310) 552-0130
Fax: (310) 229-5800
DMartinez@rkmc.com

*Attorneys for Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., BestBuy.com, L.L.C., and Magnolia Hi-Fi, Inc.*

MORGAN LEWIS & BOCKIUS LLP

/s/ Kent M. Roger
Kent M. Roger (SBN 95987)
Morgan Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: (415) 442-1000
Fax: (415) 442-1001
kroger@morganlewis.com

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd., and Hitachi Electronic Devices (USA), Inc.*

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

-3-

CASE NO. 3:10-CV-4572 SI; MDL NO. 1827
STIPULATION AND [PROPOSED] ORDER

DB2/ 22675333.1

**FILER'S ATTESTATION**

I, Kent M. Roger, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order. In compliance with General Order 45.X.B, I hereby attest that David Martinez concurs in this filing.

/s/ Kent M. Roger
Kent M. Roger

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd., and Hitachi Electronic Devices (USA), Inc.*

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

-4-

CASE NO. 3:10-CV-4572 SI; MDL NO. 1827
STIPULATION AND [PROPOSED] ORDER

DB2/ 22675333.1

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation set forth above and pursuant to Rule 6-1(a) of the Civil Local Rules, IT IS SO ORDERED.

Dated: September 21, 2011

By _____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

-5-

CASE NO. 3:10-CV-4572 SI; MDL NO. 1827
STIPULATION AND [PROPOSED] ORDER

DB2/ 22675333.1