KENT M. ROGER, State Bar No. 95987
HERMAN J. HOYING, State Bar No. 257495
MINNA L. NARANJO, State Bar No. 259005
MORGAN, LEWIS & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone: 415.442.1000
Facsimile: 415.442.1001
kroger@morganlewis.com
hhoying@morganlewis.com
mnaranjo@morganlewis.com

Attorneys for Defendants
HITACHI, LTD., HITACHI DISPLAYS, LTD.,
HITACHI ELECTRONIC DEVICES (USA), INC.

**[Additional defendants and counsel listed on signature pages]**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>AU OPTRONICS CORPORATION, *et al.*,<br><br>Defendants. | Case No. 10-cv-5625 SI<br><br>Master File No. 3:07-md-1827 SI<br><br>MDL No. 1827 SI<br><br>**STIPULATION OF EXTENSION OF TIME TO ANSWER SECOND AMENDED COMPLAINT AND [~~PROPOSED~~] ORDER**<br><br>The Honorable Susan Illston |

1   WHEREAS plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust ("Circuit City"), filed a Second Amended Complaint in the above-captioned case against Defendants AU Optronics Corporation, AU Optronics Corporation America, Inc., Chi Mei Corporation, ChiMei Innolux Corporation, Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Nexgen Mediatech, Inc., Nexgen Mediatech USA, Inc., Chunghwa Picture Tubes Ltd., Tatung Company of America, Inc., Epson Imaging Devices Corporation, Epson Electronics America, Inc., HannStar Display Corporation, LG Display Co. Ltd., LG Displays America, Inc., Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., Samsung Electronics America, Inc., Sharp Corporation, Sharp Electronics Corporation, Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., Toshiba Mobile Display Co., Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc., and Hitachi, Ltd. (collectively, "Stipulating Defendants"), on July 7, 2011;

WHEREAS the Court denied Stipulating Defendants' motion to dismiss the Second Amended Complaint on September 15, 2011;

WHEREAS the Stipulating Defendants' deadline to respond to the Second Amended Complaint currently is September 29, 2011;

WHEREAS extending the Stipulating Defendants' time to respond to the Second Amended Complaint will not alter the date of any other event or deadline already fixed by the Court;

THEREFORE, Circuit City and the Stipulating Defendants hereby agree:

1.   The Stipulating Defendants' deadline to answer to the Second Amended Complaint shall be October 17, 2011.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2   STIPULATION AND [PROPOSED] ORDER
(CASE NO. 10-CV-5625 SI)

| | |
|---|---|
| Dated: September 21, 2011 | SUSMAN GODFREY LLP |
| | By  /s/ Kenneth S. Marks  <br>      Kenneth S. Marks |
| | Kenneth S. Marks (*pro hac vice*)<br>H. Lee Godfrey (*pro hac vice*)<br>1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002-5096<br>Tel: (713) 651-9366<br>Fax: (713) 654-6666<br>kmarks@susmangodfrey.com<br>lgodfrey@susmangodfrey.com |
| | David H. Orozco (State Bar No. 220732)<br>1901 Avenue of the Stars, Suite 950<br>Los Angeles, California 90067-6029<br>Tel: (310) 789-3100<br>Fax: (310) 789-3150 |
| | Attorneys for Plaintiff<br>ALFRED H. SIEGEL, AS TRUSTEE OF THE<br>CIRCUIT CITY STORES, INC.<br>LIQUIDATING TRUST |
| | MORGAN, LEWIS & BOCKIUS LLP |
| | By  /s/ Kent M. Roger  <br>      Kent M. Roger |
| | Kent M. Roger (Bar No. 95987)<br>Herman J. Hoying (Bar No. 257495)<br>Minna L. Naranjo (Bar No. 259005)<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1126<br>Tel: (415) 442-1000<br>Fax: (415) 442-1001<br>kroger@morganlewis.com<br>hhoying@morganlewis.com<br>mnaranjo@morganlewis.com |
| | Attorneys for Defendants<br>HITACHI, LTD., HITACHI DISPLAYS,<br>LTD. and HITACHI ELECTRONIC DEVICES<br>(USA), INC. |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION AND [PROPOSED] ORDER
(CASE NO. 10-CV-5625 SI)

| | |
|---|---|
| 1 | DAVIS POLK & WARDWELL LLP |
| 2 | By: s/Christopher B. Hockett |
| 3 | Christopher B. Hockett |
| 4 | Christopher B. Hockett (Bar No. 121539) |
| 5 | Neal A. Potischman (Bar No. 254862) |
|   | Sandra West (Bar No. 250389) |
| 6 | Samantha H. Knox (Bar No. 254427) |
|   | Micah G. Block (Bar No. 270712) |
| 7 | 1600 El Camino Real |
|   | Menlo Park, California  94025 |
| 8 | (650) 752-2000 / (650) 752-2111 |
| 9 | chris.hockett@davispolk.com |
|   | neal.potischman@davispolk.com |
| 10 | sandra.west@davispolk.com |
|   | samantha.knox@davispolk.com |
| 11 | micah.block@davispolk.com |
| 12 | Jonathan D. Martin (admitted *pro hac vice*) |
| 13 | Bradley R. Hansen (admitted *pro hac vice*) |
|   | DAVIS POLK & WARDWELL LLP |
| 14 | 450 Lexington Avenue |
|   | New York, NY 10017 |
| 15 | (212) 450-4000 / (212) 701-5800 |
|   | jonathan.martin@davispolk.com |
| 16 | bradley.hansen@davispolk.com |
| 17 | Attorneys for Defendants CHI MEI |
| 18 | CORPORATION, CHIMEI INNOLUX CORPORATION; CHI MEI OPTOELECTRONICS |
| 19 | USA, INC., CMO JAPAN CO., LTD., NEXGEN MEDIATECH, INC., and NEXGEN MEDIATECH |
| 20 | USA, INC. |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4        STIPULATION AND [PROPOSED] ORDER
         (CASE NO. 10-CV-5625 SI)

| | |
|---|---|
| 1 | GIBSON, DUNN & CRUTCHER LLP |
| 2 | |
| 3 | By: s/Rachel S. Brass |
| | Rachel S. Brass |
| 4 | |
| 5 | Rachel S. Brass (Bar No. 219301)<br>555 Mission Street |
| | San Francisco, CA 94105-2933 |
| 6 | Tel: (415) 393-8200 |
| | Fax: (415) 393-8306 |
| 7 | |
| 8 | Attorneys for Defendants<br>CHUNGHWA PICTURE TUBES, LTD. and |
| | TATUNG COMPANY OF AMERICA, INC. |
| 9 | |
| 10 | |
| 11 | |
| 12 | MORRISON & FOERSTER LLP |
| 13 | By: s/Stephen P. Freccero |
| | Stephen P. Freccero |
| 14 | |
| 15 | Melvin R. Goldman (Bar No. 34097))<br>Stephen P. Freccero (Bar No. 131093) |
| | Derek F. Foran (Bar No. 224569) |
| 16 | 425 Market Street |
| | San Francisco, CA 94105-2482 |
| 17 | Tel: (415) 268-7000 |
| | Fax: (415) 268-7522 |
| 18 | |
| 19 | Attorneys for Defendants<br>EPSON IMAGING DEVICES CORPORATION |
| | and EPSON ELECTRONICS AMERICA, INC. |
| 20 | |

K&L GATES LLP


By: s/ Ramona M. Emerson
    Ramona M. Emerson

Hugh F. Bangasser, (admitted *pro hac vice)*
Ramona M. Emerson, (admitted *pro hac vice*)
Christopher M. Wyant, (admitted *pro hac vice*)
925 Fourth Avenue, Suite 290
Seattle, WA 98104
Tel: (206) 623-7580
Fax: (206) 623-7022

Jeffrey L. Bornstein (Bar No. 99358)
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel: (415) 249-1059
Fax: (415) 882-8220

Attorneys for Defendants
HANNSTAR DISPLAY CORPORATION



NOSSAMAN LLP


By: s/ Christopher A. Nedeau
    Christopher A. Nedeau

Christopher A. Nedeau (Bar No. 81297)
Patrick J. Richard (Bar No. 131046)
Katharine Chao (Bar No. 247571)
50 California Street, 34th Floor
San Francisco, CA 94111
Tel: (415) 398-3600
Fax: (415) 398-2438

Attorneys for Defendants
AU OPTRONICS CORPORATION. and AU OPTRONICS CORPORATION AMERICA

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

STIPULATION AND [PROPOSED] ORDER
(CASE NO. 10-CV-5625 SI)

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: s/Michael R. Lazerwitz_____
    Michael R. Lazerwitz

Michael R. Lazerwitz (admitted *pro hac vice*)
Jeremy J. Calsyn (State Bar No. 205062)
Lee F. Berger (State Bar No. 222756)
One Liberty Plaza
New York, NY 10006
Tel: (212) 225-2000
Fax: (212) 225-3999
mlazerwitz@cgsh.com

Attorneys for Defendants
LG DISPLAY CO., LTD., and LG DISPLAY AMERICA, INC.


COVINGTON & BURLING LLP

By: s/ Robert D. Wick_____
    Robert D. Wick

Robert D. Wick (admitted *pro hac vice*)
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel: (202) 662-6000
Fax: (202) 662-6291

Attorneys for Defendants
SAMSUNG ELECTRONICS AMERICA, INC.,
SAMSUNG SEMICONDUCTOR, INC., and
SAMSUNG ELECTRONICS CO., LTD.

PILLSBURY WINTHROP SHAW PITTMAN LLP

By  s/John M. Grenfell
    John M. Grenfell

John M. Grenfell (Bar No. 88500)
50 Fremont Street
San Francisco, CA 94105
Tel: (415) 983-1000
Fax: (415) 983-1200

Attorneys for Defendants
SHARP CORPORATION AND SHARP ELECTRONICS CORPORATION

WHITE & CASE LLP

By:  s/John H. Chung
    John H. Chung

John H. Chung (admitted *pro hac vice*)
1155 Avenue of the Americas
New York, NY  10036
Tel:  (212) 819-8200
Fax:  (212) 354-8113

Christopher M. Curran (admitted *pro hac vice*)
Kristen J. McAhren (admitted *pro hac vice*)
701 13th Street, NW
Washington DC 20005
Tel:  (202) 626-3600
Fax:  (202) 639-9355

Attorneys for Defendants
TOSHIBA CORPORATION, TOSHIBA MOBILE DISPLAY TECHNOLOGY CO., LTD., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.

**FILER'S ATTESTATION**

I, Kent M. Roger, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order. In compliance with General Order 45.X.B, I hereby attest that the concurrence of the signatories thereto has been obtained.

<u>/s/ Kent M. Roger</u>
Kent M. Roger
*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd., and Hitachi Electronic Devices (USA), Inc.*

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

9

STIPULATION AND [PROPOSED] ORDER
(CASE NO. 10-CV-5625 SI)

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation set forth above and pursuant to Rule 6-1(a) of the Civil Local Rules, IT IS SO ORDERED.

Dated: September __21, 2011

By _____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE