1   BRUCE L. SIMON (Bar No. 96241)
       bsimon@pswplaw.com
2   **PEARSON, SIMON, WARSHAW & PENNY, LLP**
    44 Montgomery Street, Suite 2450
3   San Francisco, California 94104
    Telephone: (415) 433-9000
4   Facsimile:  (415) 433-9008

5   *Co-Lead Counsel for the Direct Purchaser Class Plaintiffs*

6   FRANCIS O. SCARPULLA  (Bar No. 41059)
       fscarpulla@zelle.com
7   CRAIG C. CORBITT (Bar No. 83251)
       ccorbitt@zelle.com
8   **ZELLE HOFMANN VOELBEL & MASON LLP**
    44 Montgomery Street, Suite 3400
9   San Francisco, CA 94104
    Telephone: (415) 693-0700
10  Facsimile: (415) 693-0770

11  *Co-Lead Counsel for Indirect-Purchaser Class Plaintiffs*

12  CARL L. BLUMENSTEIN (Bar No. 124158)
       cblumenstein@nossaman.com
13  **NOSSAMAN LLP**
    50 California Street, 34th Floor
14  San Francisco, California 94111
    Telephone:  (415) 398-3600
15  Facsimile:  (415) 398-2438

16  *Defense Liaison Counsel and Attorneys for AU Optronics*
    *Corporation and AU Optronics Corporation America*

IT IS SO ORDERED

*Judge Susan Illston*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

17

18          **UNITED STATES DISTRICT COURT**

19   **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

20  IN RE: TFT-LCD (FLAT PANEL)          Case No. MDL 3:07-md-1827 SI
    ANTITRUST LITIGATION
21  _____          **CLASS ACTION**

22  This Document Relates to:            **STIPULATION SCHEDULING STATUS**
                                         **CONFERENCE**
    ALL DIRECT AND INDIRECT
23  PURCHASER CLASS ACTIONS              Date:      October 26, 2011
                                         Time:      4:00 p.m.
24                                       Crtrm.:   10

25                                       Judge:   Hon. Susan Illston

26

27

28

1    WHEREAS during a hearing before the Court on September 22, 2011 on various summary

2  judgment motions in the Indirect Purchaser Class Plaintiffs ("IPPs") case, the Court asked the IPPs

3  and Direct Purchaser Class Plaintiffs ("DPPs") to meet and confer with Defendants on a date and

4  time for a status conference in the Class Action cases only.

5    WHEREAS the IPPs, DPPs, and Defendants are available for such a status conference on

6  Wednesday, October 26, 2011 at 4:00 p.m.

7    THEREFORE, IT IS HEREBY STIPULATED between Co-Lead Counsel for the DPPs,

8  IPPs, and Counsel for the Defendants, that a status conference will be held on Wednesday,

9  October 26, 2011 at 4:00 p.m. in Courtroom 10 of the Federal Building located at 450 Golden

10  Gate Avenue, San Francisco, California.

11  DATED: September 23, 2011          **PEARSON, SIMON, WARSHAW & PENNY, LLP**
                                       BRUCE L. SIMON

12                                     **LIEFF, CABRASER, HEIMANN & BERNSTEIN,**
                                       **LLP**
13                                     RICHARD M. HEIMANN

14

15                                     By:  _____ *Bruce L. Simon* _____

16                                           BRUCE L. SIMON
                                       *Co-Lead Counsel for the Direct Purchaser Class*
17                                     *Plaintiffs*

18  DATED: September 23, 2011          **ZELLE HOFMANN VOELBEL & MASON LLP**
                                       FRANCIS O. SCARPULLA
19                                     CRAIG C. CORBITT

20                                     **ALIOTO LAW FIRM**
                                       JOSEPH M. ALIOTO
21

22                                     By:  _____ *Craig C. Corbitt* _____

23                                           CRAIG C. CORBITT

24                                     *Co-Lead Class Counsel for Indirect-Purchaser Class*
                                       *Plaintiffs*

25

26

27

28

1    DATED: September 23, 2011                **NOSSAMAN LLP**

2

3                                            By:    _____*Carl L. Blumenstein*_____
                                                    CARL L. BLUMENSTEIN
4                                            *Defense Liaison Counsel and Attorneys for AU*
                                             *Optronics Corporation and AU Optronics Corporation*
5                                            *America*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28