Michael R. Lazerwitz (PRO HAC VICE)
Jeremy J. Calsyn (Bar No. 205062)
Lee F. Berger (Bar No. 222756)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000 (Phone)
(212) 225-3999 (Facsimile)
*mlazerwitz@cgsh.com*

*Attorneys for Defendants*
LG DISPLAY AMERICA, INC.
AND LG DISPLAY CO., LTD

[additional parties and counsel listed in signature block]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827 SI, MQ <br><br> MDL No. 1827 <br><br> No. C 10-5458 SI <br><br> **STIPULATION AND [P~~ROPOSED~~] ORDER REGARDING DATE FOR DEFENDANTS' ANSWER TO SB LIQUIDATION TRUST'S FIRST AMENDED COMPLAINT** |
| This Document Relates to: <br> Case No.: 10-cv-5458 SI <br><br> SB LIQUIDATION TRUST, <br>               Plaintiff, <br><br> vs. <br><br> AU OPTRONICS CORPORATION, et al., <br><br> Defendants | |

   WHEREAS plaintiff Syntax-Brillian Liquidation Trust, filed a First Amended Complaint in the above-captioned case against Defendants AU Optronics Corporation, AU Optronics Corporation America, Inc., Chi Mei Corporation, Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Nexgen Mediatech, Inc., Nexgen Mediatech USA, Inc., Chunghwa Picture Tubes Ltd., Tatung Company of America, Inc., Epson Imaging Devices

1

STIPULATION AND [PROPOSED] ORDER RE DATE TO ANSWER SB LIQUIDATION TRUST'S FIRST AMENDED COMPLAINT
CASE NO.: 10-cv-5458 SI; 3:07-md-1827 SI, MQ

Corporation, Epson Electronics America, Inc., HannStar Display Corporation, LG Display Co. Ltd., LG Display America, Inc., Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., Samsung Electronics America, Inc., Sharp Corporation, Sharp Electronics Corporation, Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., Toshiba Mobile Display Co., Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc., and Hitachi, Ltd. ("Stipulating Defendants"), on June 21, 2011;

WHEREAS the Court denied the Stipulating Defendants' motion to dismiss the First Amended Complaint on September 19, 2011;

WHEREAS the Stipulating Defendants' deadline to respond to the First Amended Complaint currently is October 3, 2011;

WHEREAS extending the Stipulating Defendants' time to respond to the First Amended Complaint will not alter the date of any other event or deadline already fixed by the Court;

THEREFORE, SB Liquidation Trust and the Stipulating Defendants hereby agree:

1. The Stipulating Defendants' deadline to answer to the First Amended Complaint shall be October 25, 2011.


DATED: September 26, 2011

By: /s/ Michael R. Lazerwitz
Michael R. Lazerwitz (PRO HAC VICE)
Jeremy J. Calsyn (Bar No. 205062)
Lee F. Berger (Bar No. 222756)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000 (Phone)
(212) 225-3999 (Facsimile)
mlazerwitz@cgsh.com

*Attorneys for Defendants LG Display Co., Ltd. and LG Display America, Inc.*

By:   /s/ Christopher A. Nedeau
Christopher A. Nedeau
Carl L. Blumenstein
Allison Dibley
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
(415) 398-3600 (Phone)
(415) 398-2438 (Facsimile)
cnedeau@nossaman.com

*Attorneys for Defendants AU Optronics Corporation and AU Optronics Corporation America*

By:   /s/ Christopher B. Hockett
Christopher B. Hockett (Bar No. 121539)
Neal A. Potischman (Bar No. 254862)
Sandra West (Bar No. 250389)
Samantha H. Knox (Bar No. 254427)
Micah G. Block (Bar No. 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
(650) 752-2000 (Phone)
(650) 752-2111 (Facsimile)
chris.hockett@davispolk.com
neal.potischman@davispolk.com
sandra.west@davispolk.com
samantha.knox@davispolk.com
micah.block@davispolk.com

Jonathan D. Martin (pro hac vice)
Bradley R. Hansen (pro hac vice)
450 Lexington Avenue
New York, New York 10017
(212) 450-3000 (Phone)
(212) 701-5800 (Facsimile)
jonathan.martin@davispolk.com
bradley.hansen@davispolk.com

*Attorneys for Defendants Chi Mei Corporation, Chimei Innolux Corporation (f/k/a Chi Mei Optoelectronics Corp.), Chi Mei Optoelectronics USA, Inc., Nexgen Mediatech, Inc., Nexgen Mediatech USA, Inc., and CMO Japan Co., Ltd*

3

STIPULATION AND [PROPOSED] ORDER RE DATE TO ANSWER SB LIQUIDATION TRUST'S FIRST AMENDED COMPLAINT
CASE NO.: 10-cv-5458 SI; 3:07-md-1827 SI, MQ

By: /s/ Derek F. Foran
Melvin R. Goldman (Bar No. 34097)
Stephen P. Freccero (Bar. No 131093)
Derek F. Foran (Bar No. 224569)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000 (Phone)
(415) 268-7522 (Facsimile)
sfreccero@mofo.com

*Attorneys for Defendants Epson Imaging Devices Corporation and Epson Electronics America, Inc.*


By: /s/ Ramona M. Emerson
Hugh F. Bangasser (*pro hac vice*)
Ramona M. Emerson (*pro hac vice*)
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98004-1158
(206) 623-7580 (Phone)
(206) 623-7022 (Facsimile)
Ramona.Emerson@klgates.com

Jeffrey L. Bornstein (Bar No. 99358)
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA  94111
(415) 249-1059 (Phone)
(415) 882-8220 (Facsimile)

*Counsel for Defendant HannStar Display Corporation*


By: /s/ Kent M. Roger
Kent M. Roger (Bar No. 95987)
Jennifer L. Calvert (Bar No. 258018)
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
(415) 442-1000 (Phone)
(415) 442-1001 (Facsimile)
kroger@morganlewis.com

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. and Hitachi Electronic Devices (USA), Inc.*

STIPULATION AND [PROPOSED] ORDER RE DATE TO ANSWER SB LIQUIDATION TRUST'S FIRST AMENDED COMPLAINT
CASE NO.: 10-cv-5458 SI; 3:07-md-1827 SI, MQ

|   |   |
|---|---|
| 1 | By: /s/ Robert Wick |
| 2 | Robert Wick (*pro hac vice*) |
|   | Neil Roman (*pro hac vice*) |
| 3 | Derek Ludwin (*pro hac vice*) |
|   | COVINGTON & BURLING LLP |
| 4 | 1201 Pennsylvania Ave., NW |
|   | Washington, DC 20004 |
|   | (202) 662-6000 (Phone) |
|   | (202) 662-6291 (Facsimile) |
|   | rwick@cov.com |

*Attorneys for Defendants Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc. and Samsung Electronics America, Inc.*

By: /s/ John M. Grenfell
John M. Grenfell (Bar No. 88500)
Jacob R. Sorensen (Bar No. 209134)
Fusae Nara (*pro hac vice*)
Andrew D. Lanphere (Bar No. 191479)
PILLSBURY WINTHROP SHAW PITTMAN LLP
50 Fremont Street
San Francisco, CA 94105
(415) 983-1000 (Phone)
(415) 983-1200 (Facsimile)
*john.grenfell@pillsburylaw.com*

*Attorneys for Defendants Sharp Corporation and Sharp Electronics Corp.*

By: /s/ Rachel. S. Brass
Joel S. Sanders (Bar No. 107234)
Rachel S. Brass (Bar No. 219301)
Rebecca Justice Lazarus (Bar No. 227330)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
(415) 393-8200 (Phone)
(415) 393-8306 (Facsimile)
*rbrass@gibsondunn.com*

*Counsel for Defendants Chunghwa Picture Tubes, Ltd. and Tatung Company of America*

5

STIPULATION AND [PROPOSED] ORDER RE DATE TO ANSWER SB LIQUIDATION TRUST'S FIRST AMENDED COMPLAINT
CASE NO.: 10-cv-5458 SI; 3:07-md-1827 SI, MQ

| | |
|---|---|
|1| |
|2|By: /s/ John H. Chung<br>John H. Chung (*pro hac vice*)<br>WHITE & CASE LLP<br>1155 Avenue of the Americas<br>New York, NY 10036-2787<br>(212) 819-8200 (Phone)<br>(212) 354-8113 (Facsimile)<br>jchung@whitecase.com|

By: /s/ John H. Chung
John H. Chung (*pro hac vice*)
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036-2787
(212) 819-8200 (Phone)
(212) 354-8113 (Facsimile)
jchung@whitecase.com

Christopher M. Curran (*pro hac vice*)
Kristen J. McAhren (*pro hac vice*)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
(202) 626-3600 (Phone)
(202) 639-9355 (Facsimile)
ccurran@whitecase.com
kmcahren@whitecase.com

*Attorneys for Defendants Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc. and Toshiba America Information Systems, Inc.*

By: /s/ Steve G. Sklaver
Marc M. Seltzer (Bar No. 54534)
Steve G. Sklaver (Bar No. 237612)
Ryan C. Kirckpatrick (Bar No.243824)
SUSMAN GODFREY LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Facsimile: (310)789-3150
mseltzer@susmangodfrey.com
Ssklaver@susmangodfrey.com
rkirkpatrick@susmangodfrey.com

*Attorneys for Plaintiff SB Liquidation Trust*

**Attestation:** The filer of this document attests that concurrence in the filing of this document has been obtained from each of the other signatories.

By: /s/ Michael R. Lazerwitz
Michael R. Lazerwitz

**[PROPOSED] ORDER**

Under the parties' stipulation set forth above, IT IS SO ORDERED.

Dated:   9/27 , 2011         By: _____
                                  Hon. Susan Illston
                                  United States District Judge

7

STIPULATION AND [PROPOSED] ORDER RE DATE TO ANSWER SB LIQUIDATION TRUST'S FIRST AMENDED COMPLAINT
CASE NO.: 10-cv-5458 SI; 3:07-md-1827 SI, MQ