Christopher B. Hockett (SBN 121539)
Neal A. Potischman (SBN 254862)
Sandra West (SBN 250389)
Samantha H. Knox (SBN 254427)
Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

Jonathan D. Martin (*pro hac vice*)
Bradley R. Hansen (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800

*Attorneys for Defendants
Chimei Innolux Corporation (f/k/a Chi Mei
Optoelectronics Corp.), Chi Mei Optoelectronics
USA, Inc., and CMO Japan Co., Ltd.*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates to Individual Case No. 3:10-cv-3517-SI<br><br>STATE OF FLORIDA,<br><br>Plaintiffs,<br><br>v.<br><br>AU OPTRONICS CORPORATION, *et al.*,<br><br>Defendants. | CASE NO. 3:10-cv-3517<br><br>MDL NO. 3:07-md-1827-SI<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO RESPOND TO AMENDED COMPLAINT** |

The undersigned counsel, on behalf of their respective clients, hereby respectfully request an extension of the deadline for Defendants Chimei Innolux Corporation (f/k/a Chi Mei Optoelectronics Corporation), Chi Mei Optoelectronics USA, Inc., and CMO Japan Co., Ltd. (collectively, the "Chi Mei Defendants"), and Defendants Hitachi, Ltd., Hitachi Displays, Ltd., and Hitachi Electronic Devices (USA), Inc. (collectively, the "Hitachi Defendants"), to respond to the amended complaint filed by Plaintiff State of Florida on April 13, 2011, in the above-captioned litigation (the "Amended Complaint").

WHEREAS the Chi Mei Defendants and Hitachi Defendants, jointly with other Defendants in this action, filed a motion to dismiss the Amended Complaint on May 20, 2011;

WHEREAS the Court entered an order denying Defendants' joint motion to dismiss the Amended Complaint on September 15, 2011;

WHEREAS Defendants' current deadline to answer the Amended Complaint is September 29, 2011;

WHEREAS Plaintiff State of Florida and the Chi Mei Defendants have agreed to a settlement in principle of the above-captioned litigation;

WHEREAS Plaintiff State of Florida and the Hitachi Defendants have agreed to a settlement in principle of the above-captioned litigation, subject to board approval;

WHEREAS the parties would benefit from additional time to continue to negotiate the terms of that settlement;

WHEREAS extending the time for the Chi Mei Defendants and Hitachi Defendants to answer the Amended Complaint would not alter the date of any other event or deadline already fixed by the Court;

THEREFORE, Plaintiff State of Florida and the Chi Mei Defendants and Hitachi Defendants, by their respective counsel, stipulate and agree as follows:

The Chi Mei Defendants and Hitachi Defendants will have until October 28, 2011 to answer the Amended Complaint.

| | | |
|---|---|---|
| 1 | Dated: September 27, 2011 | Respectfully submitted, |
| 2 | | |
| 3 | | OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF FLORIDA |

By:  /s/ Nicholas J. Weilhammer
      Nicholas J. Weilhammer

R. Scott Palmer
Lizabeth A. Brady
Nicholas J. Weilhammer (*pro hac vice*)
Eli Friedman
Office of the Attorney General
State of Florida
PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3300 / (850) 488-9134
nicholas.weilhammer@myfloridalegal.com


DAVIS POLK & WARDWELL LLP


By:  /s/ Sandra West
      Sandra West

Christopher B. Hockett (SBN 121539)
Neal A. Potischman (SBN 254862)
Sandra West (SBN 250389)
1600 El Camino Real
Menlo Park, CA 94025
(650) 752-2000 / (650) 752-2111
chris.hockett@davispolk.com
neal.potischman@davispolk.com
sandra.west@davispolk.com

*Attorneys for Defendants Chimei Innolux Corporation (f/k/a Chi Mei Optoelectronics Corp.), Chi Mei Optoelectronics USA, Inc., and CMO Japan Co., Ltd.*

2

1
2          MORGAN LEWIS & BOCKIUS LLP
3
4          By:    /s/ Kent M. Roger
                  Kent M. Roger
5
           Kent M. Roger (SBN 95987)
6          One Market, Spear Street Tower
           San Francisco, California 94105
7          Telephone: (415) 442-1001
           Facsimile:  (415) 442-1001
8
           *Attorney for Defendants Hitachi, Ltd., Hitachi*
9          *Displays, Ltd., and Hitachi Electronic Devices*
           *(USA), Inc.*
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                            3

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from all parties whose signatures are indicated by a "confirmed" signature (/s/) within this e-filed document.

Dated: September 27, 2011

_____
Sandra West (SBN 250389)

## [PROPOSED] ORDER

Having considered the foregoing stipulation, and for good cause appearing,

IT IS SO ORDERED.

Dated: ___9/29___, 2011        _____/s/ Susan Illston_____
                               The Honorable Susan Illston
                               United States District Judge