GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234,
JSanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301,
RBrass@gibsondunn.com
REBECCA JUSTICE LAZARUS, SBN 227330,
RJustice@gibsondunn.com
SERENA G. LIU, SBN 264977,
SGLiu@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendant
CHUNGHWA PICTURE TUBES, LTD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827-SI |
| | MDL No. 1827 |
| This Document Related to Individual Case No. 3:11-cv-04119-SI | Individual Case No. 3:11-cv-04119-SI |
| P.C. RICHARD & SON LONG ISLAND CORPORATION; MARTA COOPERATIVE OF AMERICA, INC. and ABC APPLIANCE, INC., | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |
| Plaintiffs, | |
| v. | |
| AU OPTRONICS CORPORATION, et al., | |
| Defendants. | |

Plaintiff ABC Appliance, Inc. and Defendant Chunghwa Picture Tubes, Ltd., by their respective attorneys and under Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the present action with prejudice and state as follows:

1. ABC Appliance, Inc. and Chunghwa Picture Tubes, Ltd. seek the dismissal of this action with prejudice.

2. This stipulation does not affect the rights or claims of ABC Appliance, Inc. against any other defendant or alleged co-conspirator in this litigation.

WHEREFORE, the parties respectfully request that this Court issue an Agreed Order of Dismissal.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: September 28, 2011

By: _____/s/ Rachel S. Brass_____
Rachel S. Brass, SBN 219301
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: (415) 393-8200
Facsimile: (415) 393-8306
*Counsel for Defendant Chunghwa Picture Tubes, Ltd.*

By: _____/s/ Philip J. Iovieno_____
Philip J. Iovieno (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, New York 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
*Counsel for Plaintiffs P.C. Richard & Son Long Island Corporation, Marta Cooperative of America, Inc., and ABC Appliance, Inc.*

**Attestation:** The filer of this document attests that the concurrence of the other signatory thereto has been obtained.

# [PROPOSED] ORDER

The Court, having considered the stipulation of the parties, and good cause appearing, orders as follows:

1. The action filed by ABC Appliance, Inc. is dismissed with prejudice as against Defendant Chunghwa Picture Tubes, Ltd. pursuant to Federal Rule of Civil Procedure 41(a)(2).

2. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: _____9/29, 2011

_Susan Illston_
Hon. Susan Y. Illston
United States District Judge

101148178.1