[Counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION ) ) ) ) ) ) ) ) | Master File No. 3:07-md-1827 SI<br><br>MDL No. 1827<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS FOR TOSHIBA ENTITIES' MOTION FOR SUMMARY JUDGMENT |
| This Document Relates to:<br><br>All Direct- and Indirect-Purchaser Class Actions ) ) ) ) | |

WHEREAS, the Toshiba Entities filed a motion for summary judgment on September 8, 2011 (redacted version at Dkt. # 3581), which is set for hearing on November 4, 2011;

WHEREAS, the Parties desire to alter the page limits ordinarily provided by the Local Rules to file response and reply papers in connection with the motion;

NOW THEREFORE, IT IS HEREBY STIPULATED by the undersigned counsel on behalf of the Parties identified below, that:

(1)   Direct-Purchaser Plaintiffs shall file an opposition to the motion not to exceed 40 pages; and

1

STIPULATION AND [PROPOSED] ORDER RE PAGE LIMITS FOR TOSHIBA ENTITIES' MOTION FOR SUMMARY JUDGMENT
CASE NO.: 3:07-md-1827 SI

(2) Indirect-Purchaser Plaintiffs shall file an opposition to the motion not to exceed 40 pages.

(3) The Toshiba Entities shall be entitled to file a single reply of at least 35 pages, and the parties further agree that the Toshiba Entities shall have the right to seek additional pages after reviewing the oppositions.

Dated: September 28, 2011  ZELLE HOFMANN VOELBEL & MASON LLP

By: *Judith A. Zahid*
      Judith A. Zahid

Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Judith A. Zahid (215418)
Patrick B. Clayton (240191)
Qianwei Fu (242669)
Heather T. Rankie (268002)
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:   (415) 693-0700
Facsimile:    (415) 693-0770

ALIOTO LAW FIRM
Joseph M. Alioto
225 Bush Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200

*Co-Lead Class Counsel for Indirect-Purchaser Plaintiffs*

Dated: September 28, 2011  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: *Richard M. Heimann*
      Richard M. Heimann

Richard M. Heimann (State Bar No. 63607)
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:   (415) 956-1000
Facsimile:    (415) 956-1008

| | | |
|---|---|---|
| Dated: September 28, 2011 | | PEARSON, SIMON, WARSHAW & PENNY, LLP |

By: ___*Bruce L. Simon*___
      Bruce L. Simon

Bruce L. Simon (State Bar No. 96241)
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008

*Co-Lead Class Counsel for Direct-Purchaser Plaintiffs*

Dated: September 28, 2011    WHITE & CASE LLP

By: ___*John H. Chung*___
      John H. Chung

John H. Chung (*pro hac vice*)
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

*Attorneys for Toshiba Corp., Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc.*

**Attestation:** The filer of this document attests that concurrence in the filing of this document has been obtained from each of the other signatories.

By: ___*Judith A. Zahid*___
      Judith A. Zahid

1 | **[PROPOSED] ORDER**

2 | Pursuant to the parties' stipulation set forth above, IT IS SO ORDERED.

4 | Dated: September 29, 2011          By: _/s/ Susan Illston_____

5 | Hon. Susan Illston

6 | United States District Judge

18 | #3225667v1

4

STIPULATION AND [PROPOSED] ORDER RE PAGE LIMITS FOR TOSHIBA ENTITIES' MOTION
FOR SUMMARY JUDGMENT
CASE NO.: 3:07-md-1827 SI