1  CHRISTOPHER A. NEDEAU (CA SBN 81297)
   CARL L. BLUMENSTEIN (CA SBN 124158)
2  PATRICK J. RICHARD (CA SBN 131046)
   SALEZKA L. AGUIRRE (CA SBN 260956)
3  NOSSAMAN LLP
   50 California Street, 34th Floor
4  San Francisco, CA 94111
   Tel:    (415) 398-3600
5  Fax:    (415) 398-2438
   cnedeau@nossaman.com
6  cblumenstein@nossaman.com
   prichard@nossaman.com
7  saguirre@nossaman.com

8  Attorneys for Defendants
   AU OPTRONICS CORPORATION and
9  AU OPTRONICS CORPORATION AMERICA, INC.

10 [additional counsel listed on signature page]

11              UNITED STATES DISTRICT COURT

12      NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. C M:07-01827 SI |
| This Document Relates to: Case C 3:11-02591 SI | Individual Case No. C 3:11-02591 SI<br><br>MDL NO. 1827 |
| T-MOBILE U.S.A., INC.,<br><br>        Plaintiff,<br><br>v.<br><br>AU OPTRONICS CORPORATION; AU OPTRONICS CORPORATION AMERICA, INC.; CHI MEI CORPORATION; CHIMEI INNOLUX CORPORATION; CHI MEI OPTOELECTRONICS USA, INC.; CMO JAPAN CO. LTD.; NEXGEN MEDIATECH, INC.; NEXGEN MEDIATECH USA, INC.; CHUNGHWA PICTURE TUBES LTD.; TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; SEIKO EPSON CORPORATION; EPSON IMAGING DEVICES CORPORATION; EPSON ELECTRONICS AMERICA, INC.; HANNSTAR DISPLAY CORPORATION; HITACHI, LTD.; HITACHI DISPLAYS, LTD.; HITACHI ELECTRONIC DISPLAYS (USA), INC.; LG DISPLAY CO. LTD.; LG DISPLAY AMERICA, INC.; PHILIPS ELECTRONICS NORTH AMERICA CORPORATION; SAMSUNG ELECTRONICS | **STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT** |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG SDI CO., LTD.; SAMSUNG SDI AMERICA, INC.; SANYO CONSUMER ELECTRONICS, LTD.; SHARP CORPORATION; SHARP ELECTRONICS CORPORATION; TOSHIBA CORPORATION; TOSHIBA AMERICA ELECTRONICS COMPONENTS, INC.; TOSHIBA MOBILE DISPLAY TECHNOLOGY CO., LTD.; TOSHIBA AMERICA INFORMATION SYSTEMS, INC.,<br><br>Defendants. |

8

9  WHEREAS, plaintiff T-Mobile U.S.A., Inc. ("T-Mobile"), filed a complaint in the above-

10  captioned case against defendants AU Optronics Corporation, AU Optronics Corporation America, Chi

11  Mei Corporation, Chimei Innolux Corporation, Chi Mei Optoelectronics USA, Inc., CMO Japan Co.,

12  Ltd., Nexgen Mediatech, Inc., Nexgen Mediatech, USA, Inc., Chunghwa Picture Tubes Ltd., Tatung

13  Company, Tatung Company of America, Inc., Seiko Epson Corporation, Epson Imaging Devices

14  Corporation, Epson Electronics America, Inc., HannStar Display Corporation, Hitachi, Ltd., Hitachi

15  Displays, Ltd., Hitachi Electronic Devices (USA), Inc., LG Display Co., Ltd., LG Display America,

16  Inc., Philips Electronics North America Corporation, Samsung Electronics Co., Ltd., Samsung

17  Semiconductor, Inc., Samsung Electronics America, Inc., Samsung SDI Co., Ltd., Samsung SDI

18  America, Inc., Sanyo Consumer Electronics, Ltd., Sharp Corporation, Sharp Electronics Corporation,

19  Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba Mobile Display

20  Technology Co., Ltd., and Toshiba America Information Systems, Inc. (collectively, the "Stipulating

21  Defendants") on April 18, 2011;

22  WHEREAS, T-Mobile and all Stipulating Defendants except Chunghwa Picture Tubes, Ltd.,

23  Tatung Company of America, and Philips Electronics North America Corporation ("PENAC") entered

24  into a Stipulation of Extension of Time to Respond to Complaint and Waiver of Service, dated June 17,

25  2011 and so-ordered by the Court on June 27, 2011 (Document 26 in 11-cv-02591-SI), which provided

26  that those defendants thereto would accept service of the Complaint filed by T-Mobile and would have

27  ninety (90) days in which to respond to the Complaint (the "Initial Stipulation");

28  WHEREAS, on July 12, 2011, the Court entered an Order Granting Plaintiff's Motion for Order

to Serve Defendants Chunghwa Pictures Tubes, Ltd. and Tatung Co. Through Their U.S. Counsel (Document 3079 in 3:07-md-01827-SI);

WHEREAS, T-Mobile and PENAC entered into a Stipulation of Extension of Time to Respond to Complaint and Waiver of Service, dated August 4, 2011 and so-ordered by the Court on August 5, 2011 (Document 32 in 11-cv-02591-SI Document 32), which provided that PENAC would accept service of the Complaint filed by T-Mobile and would have ninety (90) days from the execution of the Initial Stipulation in which to respond to the Complaint;

WHEREAS, defendants filed Motions to Dismiss T-Mobile's Complaint on September 15, 2011;

WHEREAS, T-Mobile desires to file a First Amended Complaint; and

WHEREAS, to avoid potentially redundant motion practice, briefing and/or responsive pleadings, T-Mobile desires a thirty day extension to file its First Amended Complaint, and the Stipulating Defendants agreed and so stipulated;

THEREFORE, T-Mobile and the Stipulating Defendants hereby agree:

1. T-Mobile may file a First Amended Complaint on or before November 7, 2011;

2. The Stipulating Defendants will have thirty-five (35) days from the date on which the First Amended Complaint is filed and accepted for filing by the Court in which to move to dismiss, answer or otherwise respond to the First Amended Complaint, with an Opposition to be filed thirty-five (35) days after the filing and service of the Motion, and a Reply to be filed fourteen (14) days after the filing and service of the Opposition.

\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\

1  Plaintiff and the Stipulating Defendants further and jointly respectfully request that the Court enter this stipulation as an order.

**SO STIPULATED:**

Dated: September 29, 2011                Respectfully submitted,


By:  /s/ Christopher A. Nedeau
Christopher A. Nedeau (Bar No. 81297)
Carl L. Blumenstein (Bar No. 124158)
Patrick J. Richard (Bar No. 131046)
Salezka L. Aguirre (Bar No. 260956)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
(415) 398-3600 (Phone)
(415) 398-2438 (Facsimile)
cnedeau@nossaman.com
cblumenstein@nossaman.com
prichard@nossaman.com
saguirre@nossaman.com

*Attorneys for Defendants AU Optronics Corporation and AU Optronics Corporation America*


By:  /s/ Parker C. Folse III
Parker C. Folse III (Pro Hac Vice)
Brooke A. M. Taylor (Pro Hac Vice)
SUSMAN GODFREY L.L.P.
1201 Third Ave, Suite 3800
Seattle, WA 98101
(206) 516-3880 (Phone)
(206) 516-3883 (Facsimile)
pfolse@susmangodfrey.com
btaylor@susmangodfrey.com

David Orozco (Bar No. 220732)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Ste. 950
Los Angeles, CA 90067-6029
(310) 310-3100 (Phone)
(310) 789-3150 (Facsimile)
dorozco@susmangodfrey.com

Edward A. Friedman (Pro Hac Vice)
Daniel B. Rapport (Pro Hac Vice)
Hallie B. Levin (Pro Hac Vice)
Jason C. Rubinstein (Pro Hac Vice)
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
7 Times Square
New York, NY 10036-6516
(212) 833-1100 (Phone)
(212) 833-1250 (Facsimile)
efriedman@fklaw.com
drapport@fklaw.com
hlevin@fklaw.com
jrubinstein@fklaw.com

*Counsel for Plaintiff T-Mobile USA, Inc.*

By: */s/ Rachel S. Brass*
Rachel S. Brass (Bar No. 219301)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105-2933
(415) 393-8200 (Phone)
(415) 393-8306 (Facsimile)

*Attorneys for Defendants Chunghwa Picture Tubes, Ltd. and Tatung Company*

By: */s/ Michael R. Scott*
Michael R. Scott (Pro Hac Vice)
Michael J. Ewart (Pro Hac Vice)
HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, WA 98101-2925
(206) 623-1745 (Phone)
(206) 623-7789 (Facsimile)
mrs@hcmp.com
mje@hcmp.com

*Chi Mei Corporation, Chimei Innolux Corporation, Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Nexgen Mediatech, Inc., Nexgen Mediatech, USA, Inc.*

| | |
|---|---|
| 1 | |
| 2 | By:    /s/ Stephen P. Freccero |
| | Stephen P. Freccero (Bar No. 131093) |
| 3 | Melvin R. Goldman (Bar No. 34097) |
| | Derek F. Foran (Bar No. 224569) |
| 4 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 5 | San Francisco, CA 94105-2482 |
| | (415) 268-7000 (Phone) |
| 6 | (415) 268-7522 (Facsimile) |
| 7 | MGoldman@mofo.com |
| | SFreccero@mofo.com |
| 8 | DForan@mofo.com |

Counsel for Defendants Seiko Epson Corporation, Epson Imaging Devices Corporation and Epson Electronics America, Inc.

By:    /s/ Hugh F. Bangasser
Hugh F. Bangasser (Pro Hac Vice)
Ramona M. Emerson (Pro Hac Vice)
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98004-1158
(206) 623-7580 (Phone)
(206) 623-7022 (Facsimile)
Ramona.Emerson@klgates.com
Hugh.Bangasser@klgates.com

Jeffrey L. Bornstein (Bar No. 99358)
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111-5994
(415) 882-8200 (Phone)
(415) 882-8220 (Facsimile)
Jeff.Bornstein@klgates.com

Counsel for Defendant HannStar Display Corporation

By: */s/ Kent M. Roger*
Kent M. Roger (Bar No. 95987)
Michelle Kim-Szrom (Bar No. 252901)
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
(415) 442-1000 (Phone)
(415) 442-1001 (Facsimile)
kroger@morganlewis.com
mkim-szrom@morganlewis.com

*Counsel for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. and Hitachi Electronic Devices (USA), Inc.*


By: */s/ Michael R. Lazerwitz*
Michael R. Lazerwitz (Pro Hac Vice)
Jeremy J. Caslyn (Bar No. 205062)
Lee F. Berger (Bar No. 222756)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Ave., NW
Washington, DC 20006
(202) 974-1500 (Phone)
(202) 974-1999 (Facsimile)
mlazerwitz@cgsh.com

*Counsel for Defendants LG Display Co., Ltd. and LG Display America, Inc.*


By: */s/ Brendan P. Cullen*
Brendan P. Cullen (Bar No. 194057)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
(650) 461-5600 (Phone)
(650) 461-5700 (Facsimile)
cullenb@sullcrom.com

*Counsel for Defendant Philips Electronics North America Corporation*

| | |
|---|---|
| 1 | |
| 2 | By:   /s/ Robert D. Wick |
| 3 | Robert D. Wick (Pro Hac Vice)<br>Derek Ludwin (Pro Hac Vice) |
| 4 | Neil K. Roman (Pro Hac Vice)<br>COVINGTON & BURLING LLP |
| 5 | 1201 Pennsylvania Avenue, N.W.<br>Washington, DC 20004 |
| 6 | (202) 662-6000 (Phone)<br>(202) 662-6291 (Facsimile) |
| 7 | rwick@cov.com<br>dludwin@cov.com |
| 8 | nroman@cov.com |
| 9 | *Counsel for Defendants Samsung Electronics Co., Ltd.,* |
| 10 | *Samsung Semiconductor, Inc., and Samsung Electronics America, Inc.* |
| 11 | |
| 12 | By:   /s/ Gary L. Halling |
| 13 | Gary L. Halling (Bar No. 66087)<br>James L. McGinnis (Bar No. 95788) |
| 14 | Michael W. Scarborough (Bar No. 203524)<br>SHEPARD MULLIN RICHTER & HAMPTON LLP |
| 15 | Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111 |
| 16 | (415) 434 9100 (Phone)<br>(415) 424 3947 (Facsimile) |
| 17 | mscarborough@sheppardmullin.com |
| 18 | *Counsel for Defendants Samsung SDI Co., Ltd. and Samsung SDI America, Inc.* |

By: /s/ *Allison Ann Davis*
Allison Ann Davis (Bar No. 139203)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111
(415) 276-6500 (Phone)
(415) 276-4880 (Facsimile)
allisondavis@dwt.com
samdawood@dwt.com

Nick Steven Verwolf (Pro Hac Vice)
Davis Wright Tremaine LLP
777 108th Avenue NE, Suite 2300
Bellevue, WA 98004
(425) 646-6125 (Phone)
(425) 646-6199 (Facsimile)
nickverwolf@dwt.com

*Counsel for Defendant Sanyo Consumer Electronics, Ltd.*


By: /s/ *John M. Grenfell*
John M. Grenfell (Bar No. 88500)
Jacob R. Sorensen (Bar No. 209134)
PILLSBURY WINTHROP SHAW PITTMAN LLP
50 Fremont Street
San Francisco, CA 94105
(415) 983-1000 (Phone)
(415) 983-1200 (Facsimile)
john.grenfell@pillsburylaw.com

*Counsel for Defendants Sharp Corporation and Sharp Electronics Corporation*


By: /s/ *Patrick J. Ahern*
Patrick J. Ahern (Pro Hac Vice)
BAKER & MCKENZIE LLP
130 East Randolph Drive
Chicago, IL 60601
(312) 861-3735 (Phone)
(312) 698-2034 (Facsimile)
patrick.ahern@bakermckenzie.com

*Counsel for Defendant Tatung Co. of America, Inc.*

|   |   |
|---|---|
| 1 | |
| 2 | By:   /s/ John H. Chung |
|   | John H. Chung (Pro Hac Vice) |
| 3 | Christopher M. Curran (Pro Hac Vice) |
|   | Kristen J. McAhren (Pro Hac Vice) |
| 4 | WHITE & CASE LLP |
|   | 1155 Avenue of the Americas |
| 5 | New York, NY 10036 |
|   | (212) 819-8200 (Phone) |
| 6 | (212) 354-8113 (Facsimile) |
| 7 | jchung@whitecase.com |

*Counsel for Defendants Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba Mobile Display Technology Co., Ltd., and Toshiba America Information Systems, Inc.*

**IT IS SO ORDERED.**

9/30/11

*[signature: Susan Illston]*

The Honorable Susan Illston
United States District Court Judge
Northern District of California