1    [Counsel listed on signature page]

2

3

4

5

6

7

8

9                        **UNITED STATES DISTRICT COURT**

10                      **NORTHERN DISTRICT OF CALIFORNIA**

11                        **SAN FRANCISCO DIVISION**

12   IN RE TFT-LCD (FLAT PANEL)          )    **Master File No. 3:07-md-1827 SI**
     ANTITRUST LITIGATION                )
13                                       )    **MDL No. 1827**
                                         )
14   _____)    **STIPULATION AND [~~PROPOSED~~]**
                                         )    **ORDER REGARDING PAGE LIMITS**
15                                       )    **FOR DEFENDANTS' MOTIONS FOR**
     _____)    **SUMMARY JUDGMENT AND**
16   This Document Relates to:          )    **DECERTIFICATION**
                                         )
17   All Direct- and Indirect-Purchaser Class )
     Actions                             )
18

19          WHEREAS, defendants LG Display, Co., Ltd., LG Display America, Inc., AU

20   Optronics Corporation, AU Optronics Corporation America, Hannstar Display Corporation,

21   Sharp Corporation, Sharp Electronics Corporation, Toshiba Corporation, Toshiba Mobile

22   Display Co., Ltd., Toshiba America Electronic Components, Inc. and Toshiba America

23   Information Systems, Inc. (collectively "Defendants") filed the following motions in the

24   Indirect-Purchaser Class Action:

25          • Defendants' Joint Motion in Support of Motion for Partial Summary Judgment

26             Regarding Production and Capacity (ECF No. 3440) ("Capacity and Production

27             Motion"), with a hearing noticed for November 4, 2011; and

28          • Defendants' Motion to Decertify Classes or in the Alternative for Summary

                                          1

1    Judgment (ECF No. 3492) ("Decertification Motion"), with a hearing noticed for

2    November 18, 2011.

3    WHEREAS, the Parties desire to alter the page limits ordinarily provided by the

4    Local Rules to file opposition papers in connection with these motions.

5    NOW THEREFORE, IT IS HEREBY STIPULATED by the undersigned counsel on

6    behalf of the Parties identified below, that:

7    (1)    Indirect-Purchaser Plaintiffs shall file an opposition to the Capacity and

8    Production Motion not to exceed 30 pages; and

9    (2)    Indirect-Purchaser Plaintiffs shall file an opposition to the Decertification

10   Motion not to exceed 40 pages.

11

12   Dated:  September 29, 2011        By:   ___/s/ *Judith A. Zahid*_____
                                               Judith A. Zahid
13
                                        Francis O. Scarpulla (41059)
14                                      Craig C. Corbitt (83251)
                                        Judith A. Zahid (215418)
15                                      Patrick B. Clayton (240191)
                                        Qianwei Fu (242669)
16                                      Heather T. Rankie (268002)
                                        ZELLE HOFMANN VOELBEL & MASON LLP
17                                      44 Montgomery Street, Suite 3400
                                        San Francisco, CA 94104
18                                      Telephone:    (415) 693-0700
                                        Facsimile:    (415) 693-0770
19
                                        Joseph M. Alioto
20                                      ALIOTO LAW FIRM
                                        225 Bush Street, 16th Floor
21                                      San Francisco, CA 94104
                                        Telephone:  (415) 434-8900
22                                      Facsimile:  (415) 434-9200

23                                      *Co-Lead Class Counsel for Indirect-Purchaser Plaintiffs*

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE PAGE LIMITS FOR DEFENDANTS' MOTIONS FOR
SUMMARY JUDGMENT AND DECERTIFICATION
CASE NO.: 3:07-md-1827 SI

1

Dated:  September 29, 2011          By:  /s/Michael R. Lazerwitz

2
Michael R. Lazerwitz (PRO HAC VICE)
Jeremy J. Calsyn (State Bar No. 205062)

3
Lee F. Berger (State Bar No. 222756)
CLEARY GOTTLIEB STEEN & HAMILTON LLP

4
One Liberty Plaza
New York, NY 10006

5
(212) 225-2000 (Phone)
(212) 225-3999 (Facsimile)

6
mlazerwitz@cgsh.com

7
Brad D. Brian (State Bar No. 079001)
Jerome C. Roth (State Bar No. 159483)

8
Jonathan E. Altman (State Bar No. 170607)
MUNGER, TOLLES & OLSON LLP

9
355 South Grand Avenue
Thirty-Fifth Floor

10
Los Angeles, CA  90071-1560
Telephone:     (213) 683-9100

11
Facsimile:      (213) 687-3702
Brad.Brian@mto.com

12
*Attorneys for Defendants LG Display Co., Ltd. and LG*

13
*Display America, Inc.*

14

15
Dated:  September 29, 2011          By:  /s/ Christopher A. Nedeau
Christopher A. Nedeau

16
Carl L. Blumenstein
Allison Dibley

17
NOSSAMAN LLP
50 California Street, 34th Floor

18
San Francisco, CA  94111
(415) 398-3600 (Phone)

19
(415) 398-2438 (Facsimile)
cnedeau@nossaman.com

20

21
*Attorneys for Defendants AU Optronics Corporation and AU*
*Optronics Corporation America*

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE PAGE LIMITS FOR DEFENDANTS' MOTIONS FOR
SUMMARY JUDGMENT AND DECERTIFICATION
CASE NO.: 3:07-md-1827 SI

Dated:  September 29, 2011

By:  /s/ Ramona M. Emerson
Hugh F. Bangasser (pro hac vice)
Ramona M. Emerson (pro hac vice)
Christopher M. Wyant (pro hac vice)
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
(206) 623-7580 (Phone)
(206) 623-7022 (Facsimile)
hugh.bangasser@klgates.com
ramona.emerson@klgates.com
chris.wyant@klgates.com

Jeffery L. Bornstein (SBN 99358)
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
(415) 249-1059 (Phone)
(415) 882-8200 (Facsimile)
jeff.bornstein@klgates.com

*Attorneys for Defendant HannStar Display Corporation*

Dated:  September 29, 2011

By:  /s/ Jacob R. Sorensen
John M. Grenfell (State Bar No. 88500)
Jacob R. Sorensen (State Bar No. 209134)
Fusae Nara (pro hac vice)
Andrew D. Lanphere (State Bar No. 191479)
PILLSBURY WINTHROP SHAW PITTMAN LLP
50 Fremont Street
San Francisco, CA  94105
(415) 983-1000 (Phone)
(415) 983-1200 (Facsimile)
john.grenfell@pillsburylaw.com

*Attorneys for Defendants Sharp Corporation and Sharp
Electronics Corporation*

4

Dated:  September 29, 2011

By:  /s/ John H. Chung
John H. Chung (PRO HAC VICE)
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200 (Phone)
(212) 354-8113 (Facsimile)
jchung@whitecase.com

Christopher M. Curran (PRO HAC VICE)
Kristen J. McAhren (PRO HAC VICE)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
(202) 626-3600 (Phone)
(202) 639-9355 (Facsimile)
ccurran@washdc.whitecase.com

*Attorneys for Defendants Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc. and Toshiba America Information Systems, Inc.*

**Attestation:**  The filer of this document attests that concurrence in the filing of this document has been obtained from each of the other signatories.

By:  ___/s/ *Judith A. Zahid*_____
Judith A. Zahid

1

**[PROPOSED] ORDER**

2

Pursuant to the parties' stipulation set forth above, IT IS SO ORDERED.

3

4

Dated:  September _30_, 2011        By: _____

5

Hon. Susan Illston

6

United States District Judge

7

8

9

10

#3225677

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE PAGE LIMITS FOR DEFENDANTS' MOTIONS FOR
SUMMARY JUDGMENT AND DECERTIFICATION
CASE NO.: 3:07-md-1827 SI