Richard L. Schwartz (NY Bar No. 1821081)*
OFFICE OF THE ATTORNEY GENERAL
STATE OF NEW YORK
120 Broadway, 26th Floor
New York, New York 10271
Telephone: 212-416-8282 (Richard L. Schwartz)
Facsimile:  212-416-6015
Email: Richard.Schwartz@ag.ny.gov

*Automatic Pro Hac Vice Admission
Pursuant to Pretrial Order No. 1,
Dated July 3, 2007 (Waiving Civil L.R. 11-3)

**Attorney for Plaintiff, State of New York**

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates to<br>Case Nos. 3:07-MD-1827 and 3:11-CV-711<br>_____<br><br>STATE OF NEW YORK<br>by and through ERIC T. SCHNEIDERMAN, Attorney General<br><br>    Plaintiff,<br><br>    v.<br><br>AU OPTRONICS CORPORATION, et al.,<br><br>    Defendants. | MASTER FILE NO. 07-md-1827-SI<br>MDL File No. 1827<br><br>CASE NO. 3:11-CV-711-SI<br><br>**PLAINTIFF STATE OF NEW YORK'S STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO FILE EXPERT DISCLOSURE**<br><br>Judge Susan Y. Illston |

WHEREAS  the revised scheduling order in the above-captioned case provides that plaintiff must disclose to defendants the identity of its expert(s) and provide a one-paragraph description of the issues to be addressed by each expert on October 3, 2011;

WHEREAS Plaintiff State of New York contemplates retaining two experts - a direct damages expert and an indirect damages expert - in the above-captioned case;

WHEREAS any direct damages expert retained by Plaintiff State of New York may address: (i) the conditions for cartel behavior, particularly in light of the characteristics of TFT-LCD panels and the structure of the TFT-LCD industry; (ii) whether the economic evidence, including pricing behavior, is consistent with the existence of a conspiracy among Defendants; (iii) whether the cartel had an economic impact by increasing prices above competitive levels with respect to direct purchasers, particularly as to the claims assigned to New York by HP, Dell, IBM, and Lenovo (the "Assigned Claims"); (iv) whether New York was injured; (v) the amount of damages and/or restitution to which New York is entitled pursuant to the Assigned Claims; (vi) the volume of TFT-LCD commerce with respect to New York; and (viii) may also respond to any economic analysis that seeks to deny the existence of Defendants' conspiracy, the effects of the conspiracy, or the participants in the conspiracy;

WHEREAS any indirect damages expert retained by New York may address: (i) the conditions for cartel behavior, particularly in light of the characteristics of TFT-LCD panels and the structure of the TFT-LCD industry; (ii) whether the economic evidence, including pricing behavior, is consistent with the existence of a conspiracy among Defendants; (iii) whether the cartel had an economic impact by increasing prices above competitive levels with respect to direct purchasers, or employ analysis and results generated by New York's direct damages expert; calculate the extent of any pass-through of the overcharges; (iv) whether the overcharges resulted in higher prices with respect to the end-payor purchases that have been asserted in New York's complaint; (v) whether New York was injured; (vi) the nominal recoveries for damages and/or restitution to which New York is entitled; (vii) the volume of TFT-LCD commerce with

respect to New York; and (viii) may also respond to any economic analysis that seeks to deny the existence of Defendants' conspiracy, the effects of the conspiracy, or the participants in the conspiracy;

WHEREAS Plaintiff State of New York desires additional time to identify its experts;

WHEREAS extending the time for Plaintiff State of New York to identify its experts would not alter the date of any other event or deadline already fixed by the Court;

NOW, THEREFORE, the Undersigned Parties, acting by and through their respective counsel of record, stipulate and agree as follows:

Plaintiff State of New York will have until October 17, 2011 to identify its experts.

Dated: October 3, 2011          Respectfully submitted,

                                ERIC T. SCHNEIDERMAN
                                Attorney General of the State of New York

                                BY: _____/s/_____
                                Richard L. Schwartz
                                Acting Bureau Chief, Antitrust Bureau
                                120 Broadway, 26th Floor
                                New York, New York 10271
                                (212) 416-8282 (voice)
                                (212) 416-6195 (fax)
                                Richard.Schwartz@ag.ny.gov

                                Attorneys for Plaintiff State of New York

                                *Automatic Pro Hac Vice Admission Pursuant to Pretrial
                                Order No. 1, Dated July 3, 2007 (Waiving Civil L.R. 11-3)

| | |
|---|---|
| Dated: October 3, 2011 | BY: _____/s/_____ |

Michael R. Lazerwitz (PRO HAC VICE)
Jeremy J. Calsyn (State Bar No. 205062)
Lee F. Berger (State Bar No. 222756)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000 (Phone)
(212) 225-3999 (Facsimile)
mlazerwitz@cgsh.com

*Attorneys for Defendants LG Display Co., Ltd. and LG Display America, Inc.*

Dated: October 3, 2011          BY: _____/s/_____

Christopher A. Nedeau
Carl L. Blumenstein
Allison Dibley
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
(415) 438-7274 (telephone)

*Attorneys for Defendants AU Optronics Corporation and AU Optronics Corporation America, Inc.*

Dated: October 3, 2011          BY: _____/s/_____

Sandra West (SBN 250389)
Christopher B. Hockett (SBN 121539)
Neal A. Potischman (SBN 254862)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, CA 94025
(650) 752-2000 / (650) 752-2111
chris.hockett@davispolk.com
neal.potischman@davispolk.com
sandra.west@davispolk.com

*Attorneys for Defendants Chimei Innolux Corporation (f/k/a/ Chi Mei Optoelectronics Corp.), Chi Mei Optoelectronics USA, Inc., and CMO Japan Co., Ltd.*

| | |
|---|---|
| Dated: October 3, 2011 | BY: _____/s/_____ <br> Kent M. Roger (SBN 95987) <br> MORGAN LEWIS & BOCKIUS LLP <br> One Market, Spear Street Tower <br> San Francisco, CA 94105 <br> Telephone: (415) 442-1001 <br> Facsimile: (415) 442-1001 <br><br> *Attorney for Defendants Hitachi Ltd., Hitachi Displays Ltd., and Hitachi Electronic Devices (USA), Inc.* |
| Dated: October 3, 2011 | BY: _____/s/_____ <br> John M. Grenfell <br> Jacob R. Sorensen <br> Fusae Nara <br> Andrew D. Lanphere <br> PILLSBURY WINTHROP SHAW PITTMAN LLP <br> 50 Fremont Street <br> San Francisco, CA  94105 <br><br> *Attorneys for Defendants Sharp Corporation and Sharp Electronics Corp.* |

| | |
|---|---|
| 1  Dated: October 3, 2011 | BY: _/s/ John H. Chung_____ |
| 2  | John H. Chung (*pro hac vice*) |
|    | WHITE & CASE LLP |
| 3  | 1155 Avenue of the Americas |
|    | New York, NY 10036-2787 |
| 4  | (212) 819-8200 (Phone) |
| 5  | (212) 354-8113 (Facsimile) |
|    | *jchung@whitecase.com* |
| 6  | |
|    | Christopher M. Curran (*pro hac vice*) |
| 7  | Kristen J. McAhren (*pro hac vice*) |
|    | WHITE & CASE LLP |
| 8  | 701 Thirteenth Street, NW |
| 9  | Washington, DC 20005-3807 |
|    | (202) 626-3600 (Phone) |
| 10 | (202) 639-9355 (Facsimile) |
|    | *ccurran@whitecase.com* |
| 11 | *kmcahren@whitecase.com* |
| 12 | |
|    | *Attorneys for Defendants Toshiba Corporation, Toshiba* |
| 13 | *Mobile Display Co., Ltd., Toshiba America Electronic* |
|    | *Components, Inc., and Toshiba America Information* |
| 14 | *Systems, Inc.* |

16 Attestation: The filer of this documents attests that the concurrence of the other signatories
17 thereto has been obtained.

20 SO ORDERED

22 _____
   Honorable Susan J. Illston

23      10/3/11
24 _____
   Date Entered