1  BRUCE L. SIMON (Bar No. 96241)
      bsimon@pswplaw.com
2  **PEARSON, SIMON, WARSHAW & PENNY, LLP**
   44 Montgomery Street, Suite 2450
3  San Francisco, California 94104
   Telephone: (415) 433-9000
4  Facsimile:  (415) 433-9008

5  RICHARD M. HEIMANN (Bar No. 63607)
      rheimann@lchb.com
6  **LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**
   275 Battery Street, 30th Floor
7  San Francisco, California 94111
   Telephone: (415) 956-1000
8  Facsimile:  (415) 956-1008

9  *Co-Lead Counsel for the Direct Purchaser Plaintiffs*

10

11              **UNITED STATES DISTRICT COURT**

12  **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

13

14  IN RE: TFT-LCD (FLAT PANEL)            Case No. MDL 3:07-md-1827 SI
    ANTITRUST LITIGATION
15  _____       **CLASS ACTION**

16  This Document Relates to:              **[AMENDED ~~PROPOSED~~] ORDER
                                           GRANTING PRELIMINARY APPROVAL**
17  ALL DIRECT PURCHASER ACTIONS           **OF DIRECT PURCHASER CLASS
                                           SETTLEMENTS WITH DEFENDANTS**
18  _____       **CHIMEI, HANNSTAR, HITACHI, LG
                                           DISPLAY, MITSUI, SAMSUNG, SANYO**
19                                         **AND SHARP**_____

20                                         Date:   October 4, 2011
                                           Time:   4:00 p.m.
21                                         Ctrm:  10, 19th Floor

22                                         The Honorable Susan Illston

23

24

25

26

27

28

1  On August 30, 2011, the Direct Purchaser Class Plaintiffs filed a Motion for Preliminary

2  Approval of Class Settlement with Defendants Chimei Innolux Corporation, Chi Mei Corporation,

3  Chi Mei Optoelectronics Corporation, CMO Japan Co., Ltd., Chi Mei Optoelectronics USA, Inc.,

4  Nexgen Mediatech, Inc., and Nexgen Mediatech USA, Inc. ("Chimei"); HannStar Display

5  Corporation ("HannStar"); Hitachi, Ltd., Hitachi Displays, Ltd., and Hitachi Electronic Devices

6  (USA), Inc. ("Hitachi"); LG Display Co. Ltd. and LG Display America, Inc. ("LG Display");

7  Mitsui & Co. (Taiwan), Ltd. ("Mitsui"); Samsung Electronics Co., Ltd., Samsung Electronics

8  America, Inc. and Samsung Semiconductor, Inc. ("Samsung"); Sanyo Consumer Electronics Co.,

9  Ltd. ("Sanyo"); and Sharp Electronics Corporation and Sharp Corporation ("Sharp") (collectively

10 the "Settling Defendants").  The Court, having reviewed the motion, the TFT-LCD Direct

11 Purchaser Class Settlement Agreements with each of the Settling Defendants (hereinafter

12 "Settlement Agreements"), the pleadings and other papers on file in this action, and the statements

13 of counsel and the parties, hereby finds that the motion should be GRANTED.

14 NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

15  1.  For purposes of this Order, except as otherwise set forth herein, the Court

16 adopts and incorporates the definitions contained in the Settlement Agreements.

17  2.  The Court hereby gives its preliminary approval to the Settlement

18 Agreements, subject to a hearing on the final approval of the settlement (the "Fairness Hearing").

19  3.  The Court finds that the settlements fall within the range of possible

20 approval.  The Court further finds that there is a sufficient basis for notifying the Class Members

21 of the proposed settlements, and for enjoining Class Members from proceeding in any other action

22 pending the conclusion of the Fairness Hearing.

23  4.  The Court will conduct a Fairness Hearing on December 19, 2011 at 4:00

24 p.m.  The Fairness Hearing will be conducted to determine the following:

25  a.  Whether the proposed settlements  are fair, reasonable, and adequate

26 and should be granted final approval;

27  b.  Whether final judgments should be entered dismissing the claims of

28 the Class Members against the Settling Defendants with prejudice as required by the Settlement

1   Agreements; and

2                   c.      Such other matters as the Court may deem appropriate.

3          5.      To avoid the possible duplication of class notices, notice of the settlements

4   to Class Members shall be combined and sent in one notice regarding the settlements with all

5   Settling Defendants.

6          6.      Within 15 days of this Order, the Claims Administrator shall send class

7   notice substantially in the form attached hereto as Exhibit A to all Class Members who can be

8   identified by reasonable effort.  Such notice shall be sent either by first class U.S. mail postage

9   prepaid or by e-mail.  Within 15 days of this Order, the Claims Administrator shall cause class

10  notice substantially in the form of Exhibit B hereto to be published in the national edition of *The*

11  *Wall Street Journal*.  The date of publication in *The Wall Street Journal* shall be the "Notice

12  Date."  The Claims Administrator shall also cause a copy of the class notice and Settlement

13  Agreements to be posted on the internet at www.tftlcdclassaction.com.

14         7.      The Court finds that notice and form of dissemination of notice to the Class

15  Members constitutes valid, due and sufficient notice, constitute the best notice available under the

16  circumstances, and comply fully with the requirements of the Federal Rules of Civil Procedure.

17  The Court also approves the proposed Claim Form substantially in the form attached hereto as

18  Exhibit C, and preliminarily approves the Plan of Allocation substantially as described therein.

19         8.      Class Members already were given an opportunity to exclude themselves,

20  and another opportunity is not necessary or required.

21         9.      Class Members shall, upon final approval of the settlements, be bound by

22  the terms and provision of the settlements so approved, including but not limited to the releases,

23  waivers, and covenants described in the Settlement Agreements, whether or not such person or

24  entity objected to the settlements and whether or not such person or entity makes a claim upon the

25  settlement funds.

26         10.     Class Members have the right to object to the settlements by filing written

27  objections with the Court by November 28, 2011, copies of which shall be served on all counsel

28

[AMENDED PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS SETTLEMENTS

1   listed in the class notice.  Failure to timely file and serve written objections will preclude a Class

2   Member from objecting to the class settlements.

3          11.    Class Members have the right to appear at the Fairness Hearing and address

4   the Court.

5          12.    All briefs, memoranda, and papers in support of final approval of the

6   settlement shall be filed no later than 14 days before the Fairness Hearing.

7          13.    All further Direct Purchaser Class proceedings as to Settling Defendants are

8   hereby stayed except for any actions required to effectuate the settlements.

9          14.    The Court retains exclusive jurisdiction over this action to consider all

10  further matters arising out of or connected with the settlement.

11      IT IS SO ORDERED.

12  DATED:  _____10/4/11_____

13

14

15  _____
    HONORABLE SUSAN ILLSTON
    UNITED STATES DISTRICT COURT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

[AMENDED PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS SETTLEMENTS

# EXHIBIT A

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

# If You Bought a TFT-LCD Panel or Product Directly from a Manufacturer,
# a Class Action Lawsuit and Settlements May Affect You.

TFT-LCD Products include TVs, computer monitors and notebook computers that contain TFT-LCD panels.

*A federal court authorized this Notice.  This is not a solicitation from a lawyer.*

- A class action lawsuit that includes direct purchasers of thin film transistor-liquid crystal display ("TFT-LCD") panels and certain products containing those panels is currently pending.  Eight new settlements have been reached and direct purchasers can file a claim to ask for a payment.

- Plaintiffs claim that Defendants and Co-Conspirators (listed below) engaged in an unlawful conspiracy to fix, raise, maintain or stabilize the prices of TFT-LCD panels and certain products containing those panels.  Plaintiffs allege that, as a result of the unlawful conspiracy, they and other direct purchasers paid more for TFT-LCD panels and certain products containing those panels than they would have paid absent the conspiracy.  Defendants deny Plaintiffs' claims.

- Settlements have been reached with Chimei Innolux Corporation, Chi Mei Corporation, Chi Mei Optoelectronics Corporation, CMO Japan Co., Ltd., Chi Mei Optoelectronics USA, Inc.; Nexgen Mediatech, Inc., and Nexgen Mediatech USA, Inc. ("Chi Mei"); HannStar Display Corporation; Hitachi, Ltd., Hitachi Displays, Ltd., and Hitachi Electronic Devices (USA), Inc. ("Hitachi Displays, Ltd."); LG Display Co. Ltd. and LG Display America, Inc. (""LG Display Co. Ltd."); Mitsui & Co. (Taiwan), Ltd.; Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc. ("Samsung Electronics Co., Ltd."); Sanyo Consumer Electronics Co., Ltd.; and, Sharp Corporation. The companies are together referred to as the "Settling Defendants."

- Your legal rights will be affected whether you act or don't act.  **This Notice includes information on the settlements and the litigation.**  Please read the entire Notice carefully.

| These rights and options—and the deadlines to exercise them—are explained in this Notice. | |
|---|---|
| You do not have to take any action now to remain part of the continuing litigation.  You will need to file a claim form by _____ in order to receive money from the settlements. | *See* Questions 10 and 15 |
| You can object to or comment on the settlements. | *See* Question 17 |

- The Court in charge of this case still has to decide whether to approve each of the settlements.  The case against the Non-Settling Defendants (identified below) continues.

| WHAT THIS NOTICE CONTAINS | |
|---|---|
| **BASIC INFORMATION** | PAGE 2 |
| 1. Why did I get this notice? | |
| 2. Which TFT-LCD manufacturers are part of this litigation? | |
| 3. What is this litigation about? | |
| 4. Why is the litigation continuing if there are settlements? | |
| 5. What is a TFT- LCD? | |
| 6. Why is this a class action? | |
| **THE LITIGATION CLASSES** | PAGE 4 |
| 7. How do I know if I'm part of the Litigation Classes? | |
| 8. Can I be in more than one class? | |
| 9. Are there exceptions to Class membership? | |
| 10. What are my rights as part of the Litigation Classes? | |
| 11. How and when will the Court decide who is right? | |
| 12. Will I get benefits after the trial? | |
| **THE SETTLEMENT** | PAGE 5 |
| 13. What do the settlements provide? | |
| 14. How will the Settlement Fund be distributed? | |
| 15. How can I get a payment? | |
| 16. When will I receive a payment? | |
| 17. What are my rights as a Class Member? | |
| 18. May I chose to opt out of the settlements? | |
| 19. When and where will the Court decide whether to approve the settlements? | |
| 20. Do I need to come to the hearing? | |
| 21. May I speak at the hearing? | |
| **THE LAWYERS REPRESENTING YOU** | PAGE 7 |
| 22. Do I have a lawyer in the case? | |
| 23. How will the lawyers be paid? | |
| **GETTING MORE INFORMATION** | PAGE 7 |
| 24. How do I get more information? | |

For more information, call 1-877-888-3757 or visit www.tftlcdclassaction.com.

2

## BASIC INFORMATION

---
### 1. Why did I get this notice?
---

You or your company may have directly purchased TFT-LCD panels or certain products containing those panels between 1999 and 2006. A direct purchaser is a person or business who bought a TFT-LCD panel, or a television, computer monitor, or notebook computer containing a TFT-LCD panel, directly from one or more of the Defendants, Co-Conspirators, Affiliates, or Subsidiaries themselves, as opposed to an intermediary (such as a retail store).

You have the right to know about this litigation and about your legal rights and options before the Court decides whether to approve the settlements with the Settling Defendants, and before the case is resolved with respect to the Non-Settling Defendants.

This notice explains the litigation, the eight settlements, and your legal rights. It also explains what benefits are available, who is eligible for them, and how to obtain them.

The Court supervising the case is the United States District Court for the Northern District of California. The case is called *In re TFT-LCD (Flat Panel) Antitrust Litigation*, No. 3:07-md-1827-SI. The people who sued are called Plaintiffs, and the companies they sued are called Defendants.

This is the second Notice issued in this case. Previously, the Court ordered notice be sent to direct purchasers to inform them of the certification of the TFT-LCD panel and product classes and of the settlements with Chunghwa Picture Tubes, Ltd., Epson Imaging Devices Corporation and Epson Electronics America, Inc.

---
### 2. Which TFT-LCD manufacturers are part of this litigation?
---

The Defendant companies, and the companies alleged by Plaintiffs to be subsidiaries and affiliates of the Defendant companies, are: Acer Display Technology, Inc., AU Optronics Corporation, AU Optronics Corporation America, Chi Mei Corporation, Chi Mei Optoelectronics Corporation, Chi Mei Optoelectronics USA, Inc. (formerly known as International Display Technology U.S.A., Inc.), Chunghwa Picture Tubes, Ltd., CMO Japan Co., Ltd. (formerly known as International Display Technology Ltd.), Epson Electronics America, Inc., Epson Imaging Devices Corporation, Fujitsu Limited, Hannspree Inc., HannStar Display Corporation, Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc., Hitachi, Ltd., International Business Machines Corporation, LG Display America, Inc., LG Display Co., Ltd., LG Electronics, Inc., LG Electronics USA, Inc., Koninklijke Philips Electronics N.V. (also known as Royal Philips Electronics), Mitsui & Co. (Taiwan), Ltd., Nexgen Mediatech, Inc., Nexgen Mediatech USA, Inc., Philips Consumer Electronics, Philips Electronics North America, Quanta Display Inc., S-LCD, Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., Ltd., Sanyo Consumer Electronics Co., Ltd., Sharp Corporation, Sharp Electronics Corporation, Tatung Company of America, Inc., Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., Toshiba Corporation, Toshiba Matsushita Display Technology Co., Ltd., and Unipac Optoelectronics Corporation. The Defendants deny that all of the other companies herein are their subsidiaries and/or affiliates.

The Plaintiffs allege that the following companies are Co-Conspirators: Hydis Technologies Co., Ltd., IPS Alpha Technology, Ltd., Mitsubishi Electric Corporation, Mitsui & Co., Ltd., NEC LCD Technologies, Ltd., Panasonic Corporation (formerly known as Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America (formerly known as Matsushita Electric Corporation of America), Sanyo Electric Company, Ltd., Sanyo North America Corporation, and Seiko Epson Corporation.

---
### 3. What is this litigation about?
---

The lawsuit alleges that Defendants and Co-Conspirators conspired to raise and fix the prices of TFT-LCD panels and certain products containing those panels for over a decade, resulting in overcharges to purchasers of those panels and products. The complaint describes how the Defendants and Co-Conspirators allegedly violated the U.S. antitrust laws by establishing a global cartel that set artificially high prices for, and restricted the supply of, various sizes of TFT-LCD panels and the finished products that contained them. Defendants deny Plaintiffs' allegations. The Court has not decided who is right.

---
### 4. Why is the litigation continuing if there are settlements?
---

Eight of the Defendants have agreed to settle the litigation. In addition, Defendant Tatung Company of America, Inc. was dismissed without prejudice as a Defendant on July 21, 2011. The remaining Defendants, AU Optronics Corp., Toshiba Corp., and certain subsidiaries, called the Non-Settling Defendants, have not agreed to settle—so the litigation is continuing against them. Additional money may become available in the future as a result of additional settlements and/or a trial, but there is no guarantee this will happen.

---
### 5. What is a TFT-LCD?
---

A TFT-LCD is a display technology used in flat panel televisions as well as in computer monitors, notebook computers, mobile phones, personal digital assistants, and other devices.

**For more information, call 1-877-888-3757 or visit www.tftlcdclassaction.com.**

## 6. Why is this a class action?

In a class action, one or more people and/or companies, called class representatives, sue on behalf of people and companies who have similar claims. Together, they make up a class.

## THE LITIGATION CLASSES

## 7. How do I know if I am part of the Litigation Classes?

The Court certified the following Litigation Classes for purposes of litigation and trial:

Panel Class: All persons and entities who, between January 1, 1999 and December 31, 2006, directly purchased a **TFT-LCD panel** in the United States from any defendant or any subsidiary thereof, or any named affiliate or any named co-conspirator.

You are part of the **Panel Class** if you meet *all* of the following criteria:

- You purchased a TFT-LCD panel as a stand-alone item – not incorporated into another product;
- You purchased the TFT-LCD panel in the United States. This means the panel was billed to and/or shipped to the United States;
- You purchased the TFT-LCD panel from one of the companies listed in Question 2. This means that you did not purchase the TFT-LCD panel from a retailer, wholesaler, or distributor who was not one of the companies listed in Question 2; and
- You purchased the TFT-LCD panel between January 1, 1999 and December 31, 2006.

Product Class: All persons and entities who, between January 1, 1999 and December 31, 2006, directly purchased a **television, computer monitor, or notebook computer** in the United States containing a TFT-LCD panel, from any defendant or any subsidiary thereof, or any named affiliate or any named co-conspirator.

You are part of the **Product Class** if you meet *all* of the following criteria:

- You purchased a television, computer monitor, or notebook computer containing TFT-LCD panel;
- You purchased the television, computer monitor, or notebook computer in the United States. This manes the product was billed to or shipped to the United States;
- You purchased the television, computer monitor, or notebook computer directly from one of the companies listed in Question 2. This means that you did not purchase the television, computer monitor, or notebook computer from a retailer, wholesaler, or distributor who was not one of the companies listed in Question 2; and
- You purchased the television, computer monitor, or notebook computer between January 1, 1999 and December 31, 2006.

You may be a member of one or both of the two classes described in this Notice (*see* Question 8). Similarly, you may also be a member of the indirect purchaser classes that have also been certified by the Court. An indirect purchaser is someone who purchased a TFT-LCD panel or product containing a TFT-LCD panel through an intermediary such as a distributor, wholesaler, or retailer that is not a specifically named in the response to Question 2. However, you may not submit claims in both this case and in the indirect purchaser case for the same purchase(s). The website, www.tftlcdclassaction.com, contains information on both the direct and indirect purchaser classes.

## 8. Can I be in more than one class?

Yes. You are allowed to be in more than one class. The two Litigation Classes are similar in that they include individuals and entities that directly purchased TFT-LCD panels and/or certain products containing those panels from one or more Defendants. Use this chart to help determine which class you may be a part of:

| Class | Date of Purchase | Product Purchased |
|---|---|---|
| Litigation Panel Class | January 1, 1999 – December 31, 2006 | TFT-LCD panel |
| Litigation Product Class | January 1, 1999 – December 31, 2006 | Television containing TFT-LCD panel; computer monitor containing TFT-LCD panel; notebook computer containing TFT-LCD panel |

## 9. Are there exceptions to Class membership?

Yes. You are not included in the Classes if you are:

- a Defendant, Subsidiary, Affiliate, or Co-conspirator named in the response to Question 2 above;

**For more information, call 1-877-888-3757 or visit www.tftlcdclassaction.com.**

4

- an officer, director, or employee of a Defendant in this action;
- the parent company of a Defendant in this action;
- the legal representative, heirs or assigns of any Defendant in this action;
- a federal, state or local governmental entity;
- a judge assigned to this action or a member of the staff or immediate family of a judge assigned to this action; or
- a juror assigned to this action.

## 10.  What are my rights as part of the Litigation Classes?

You were previously given an opportunity to exclude yourself from the Litigation Classes.  Now you can file a claim to get a payment from one of the eight settlements (*see* Question 15). Please note that no money will be distributed to Class Members yet.

If you wish to comment on or object to the proposed settlements, see Question 17 below.

## 11.  How and when will the Court decide who is right?

Unless Plaintiffs reach settlements with every Defendant, Plaintiffs will have to prove their claims at a trial.  The trial has been scheduled for February 13, 2012. Check the website at www.tftlcdclassaction.com to be kept informed of the trial schedule.  If there is a trial, a jury will hear all of the evidence and then decide whether the Plaintiffs have proven their claims.  There is no guarantee that the Plaintiffs will win or that they will receive any additional money for the Classes.

## 12.  Will I get money after the trial?

If the Plaintiffs obtain money as a result of a future settlement or trial verdict, a further notice will be provided.  To ensure that you receive all future notices, please register at www.tftlcdclassaction.com.  Important information about the case will also be posted on this website.

### THE SETTLEMENTS

## 13.  What do the settlements provide?

The Settling Defendants will collectively pay the Litigation Classes $388,022,242 (the "Settlement Fund").  Chi Mei will pay $78,000,000; HannStar Display Corp. will pay $14,900,000; Hitachi Displays, Ltd. will pay $28,000,000; LG Display Co. Ltd. will pay $75,000,000; Mitsui & Co. (Taiwan), Ltd. will pay $950,000; Samsung Electronics Co., Ltd. will pay $82,672,242; Sanyo Consumer Electronics Co., Ltd. will pay $3,500,000; and Sharp Corp. will pay $105,000,000.  Each Settling Defendant also agrees to cooperate with the Plaintiffs in the on-going case against the Non-Settling Defendants.

As a Class Member, you release your claims against Defendants.  Those releases (called "Release of Claims") include any causes of action asserted or that could have been asserted in this litigation, as described more fully in each Settlement Agreement.

More details can be found in the Settlement Agreements themselves, which are available at www.tftlcdclassaction.com.

## 14.  How will the Settlement Fund be distributed?

The distribution of the Settlement Funds will be based on the value of the finished product and on the number of valid claims that are filed.  The proposed plan of allocation divides the Settlement Funds in half, with 50% distributed to members of the Panel Class and 50% distributed to members of the Product Class.  For each TFT-LCD finished product (monitors, notebook computers, and televisions), claimants will be paid based on the value of the panel in the finished product.  The percentages of panel value in a finished product are 75% for monitors, 15% for notebook computers, and 47% for televisions.

Class Members will submit their purchase information for both panels and finished products.  The panel purchase prices, based on prices paid, will be divided proportionally.  For finished products, the claims administrator will apply the percentages set forth above, and then calculate Class Members' distribution based on those percentages.  No class member submitting a claim for a panel purchase will receive more than the purchase price.  No class member submitting a claim for a television, computer monitor, or notebook computer will receive more than the value of the panel in the finished product. Any unclaimed settlement funds in one class will be added to the other class for distribution.  If there are remaining funds, those remaining funds will be distributed according to the above plan.

## 15.  How can I get a payment?

If you wish to receive a payment from the Settlement Fund, and/or from the money paid by the defendants who previously settled with Direct Purchasers, go to www.tftlcdclassaction.com and complete a claim form.  Claim forms are due by _____.

## 16.  When will I receive a payment?

All funds will be distributed to direct purchasers in the future.  Co-Lead Class Counsel will request that distribution begin when the order approving the settlements becomes final.  However, the Court may in its discretion order that distribution occur on a different schedule.

## 17.  What are my rights as a Class Member?

You may be eligible to file a claim and receive a payment.  If you have comments about, or disagree with, any aspect of the settlements, you may express your views by writing to the addresses listed below.  The written response must include your name, address, telephone number, the case name and number (*In re TFT-LCD (Flat Panel) Antitrust Litigation,* No. 3:07-md-01827-SI), a brief explanation of your reasons for objecting, a statement of what TFT-LCD panels and/or products you purchased, when, and from whom, and your signature.  The response must be filed no later than _____, 2011 with the Clerk, United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102, and copies must be served on the Counsel identified below no later than _____, 2011:

| Co-Lead Class Counsel | |
| --- | --- |
| Bruce L. Simon<br>Pearson, Simon, Warshaw & Penny LLP<br>44 Montgomery Street, Suite 2450<br>San Francisco, CA 94104 | Richard M. Heimann<br>Lieff, Cabraser, Heimann & Bernstein, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111 |

| Counsel for Settling Defendants | | |
| --- | --- | --- |
| Chi Mei:<br>Christopher B. Hockett<br>Davis, Polk & Wardwell LLP<br>1600 El Camino Real<br>Menlo Park, CA 94025 | Mitsui & Co. (Taiwan):<br>Ernest E. Vargo<br>Baker Hostetler<br>1900 East 9th Street, Suite 3200<br>Cleveland, OH 44114-3482 | HannStar Display Corp.:<br>Hugh F. Bangasser<br>K&L Gates LLP<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104 |
| Samsung Electronics Co., Ltd.:<br>Robert Wick<br>Covington & Burling LLP<br>1201 Pennsylvania Ave. NW<br>Washington, DC 20004 | Hitachi, Ltd.:<br>Kent M. Roger<br>Morgan, Lewis & Bockius LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596 | Sanyo Consumer Electronics Co.:<br>Allison Davis<br>Davis Wright Tremaine LLP<br>505 Montgomery Street, Suite 800<br>San Francisco, CA 94111 |
| LG Display Co., Ltd.:<br>Michael R. Lazerwitz<br>Cleary Gottlieb Steen & Hamilton LLP<br>2000 Pennsylvania Ave., NW<br>Washington, DC 20006 | Sharp Corp.:<br>Richard S. Taffet<br>Bingham McCutchen LLP<br>399 Park Avenue<br>New York, NY 10022-4689 | |

## 18.  May I choose to opt out of the settlements?

No.  The deadline to exclude yourself has passed.  Requests for exclusion needed to be postmarked by January 4, 2011 pursuant to the previous notice issued in this case.

## 19.  When and where will the Court decide whether to approve the settlements?

The Court will hold a Fairness Hearing at _____.m. on_____, 2011, at the United States District Court for the Northern District of California, Courtroom 10, 450 Golden Gate Avenue, San Francisco, California 94102.  The hearing may be moved to a different date or time without additional notice, so you should check www.tftlcdclassaction.com before making travel plans.  At the Fairness Hearing, the Court will consider whether each of the settlements is fair, reasonable, and adequate.  The Court will also consider how much to pay Class Counsel and whether to approve litigation expenses and incentive awards to the class representatives (*see* Question 23).  If there are objections or comments, the Court will consider them at this time.  After the hearing, the Court will decide whether to approve each of the settlements.  We do not know how long these decisions will take.

## 20.  Do I need to come to the hearing?

No. Class Counsel will be prepared to answer any questions the Court may have at the hearing. However, you are welcome to attend the hearing at your own expense. If you send a comment or objection, you do not have to come to court to explain. As long as you mailed your written comment or objection on time as set out in this Notice, the Court will consider it. You can also pay another lawyer to attend, but it's not required.

## 21. May I speak at the hearing?

Yes. However, you cannot speak at the hearing if you previously asked to be excluded from the settlements.

If you want your own lawyer instead of Class Counsel to speak on your behalf at the Final Approval Hearing, your lawyer must file a paper called a "Notice of Appearance" with the Court. The Notice of Appearance should include your name, address, telephone number; your lawyer's name, address, telephone number, and signature; and the name and number of the litigation (*In re TFT-LCD (Flat Panel) Antitrust Litigation*, No. 3:07-md-01827-SI). In the Notice of Appearance, your lawyer should state that he or she wishes to enter an appearance at the Fairness Hearing. The Notice of Appearance must be filed with the Clerk of the Court in the Northern District of California no later than _____, 2011 and served on Counsel by that date at the addresses listed above in Question 15. If you or your lawyer plan to object to any aspect of the settlements, a written statement must include your name, address, telephone number, the case name and number (In re TFT-LCD (Flat Panel) Antitrust Litigation, No. 3:07-mc-01827-SI), a brief explanation of your reasons for objecting, a statement of what TFT-LCD panels and/or products you purchased, when, and from where, and your signature. The response must be filed no later than _____, 2011 with the Clerk, United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102, and copies must be served on the Counsel identified above in Question 15 no later than _____, 2011.

### THE LAWYERS REPRESENTING YOU

## 22. Do I have a lawyer in this case?

Yes. The Court has appointed Pearson, Simon, Warshaw & Penny, LLP and Lieff, Cabraser, Heimann & Bernstein, LLP to represent you as Co-Lead Class Counsel. You do not have to separately pay Class Counsel. Class Counsel will be paid by asking the Court to award them no more than one third (33.3%) of the Settlement Fund and to reimburse their expenses of approximately $8 million. If you want to be represented by your own lawyer and have that lawyer appear in court for you in this case, you may hire one at your own expense.

## 23. How will the lawyers be paid?

Class Counsel will ask the Court at a later time for attorneys' fees not to exceed one-third (33.3%) of the $388,022,242.00 Settlement Fund; reimbursement of their costs and expenses, plus interest; and, incentive awards to the class representatives in an amount not to exceed $20,000 each. Additionally, Class Counsel will ask for an award of fees not to exceed one-third (33.3%) of the $17,000,000 settlement fund from the previous settlements with Defendants Chunghwa Picture Tubes, Ltd., Epson Imaging Devices Corporation, and Epson Electronics America, Inc.

Class Counsel may seek additional attorneys' fees, costs and expenses from any settlement or recovery obtained from Non-Settling Defendants against whom class plaintiffs may prevail in the future. On February 18, 2011, the Court granted Class Counsel's motion for advancement of litigation expenses in the amount of $3,000,000 from the settlement funds resulting from the settlements with Chunghwa Picture Tubes, Ltd., Epson Imaging Devices Corporation and Epson Electronics America, Inc. ("Cost Award") The award of fees, costs, and expenses that Class Counsel will ask for as a result of these eight settlements will not seek reimbursement for costs and expenses that have been paid by the Cost Award.

### GETTING MORE INFORMATION

## 24. How do I get more information?

The Notice summarizes the litigation and the settlements. You can learn more about the litigation and settlements by visiting www.tftlcdclassaction.com, calling 1-877-888-3757, or writing to LCD Class Action, c/o Rust Consulting, Inc., P.O. Box 24659, West Palm Beach, FL 33416.

DATED_____, 2011                                                    BY ORDER OF THE COURT

# EXHIBIT B

# If You Bought a TFT-LCD Panel or a TFT-LCD Product, You May Be Affected by Class Action Settlements.

---

TFT-LCD Products include TVs, computer monitors, and notebook computers that contain TFT-LCD panels

---

Settlements have been reached with eight defendants in a class action lawsuit involving TFT-LCD panels and certain TFT-LCD products. TFT-LCD stands for "thin film transistor-liquid crystal display," a display technology used in certain flat-panel TVs, computer monitors, and notebook computers.

### What is the lawsuit about?

The lawsuit claims that the Defendants conspired to fix, raise, maintain and stabilize prices of TFT-LCD panels and certain TFT-LCD products, resulting in overcharges to people and companies who bought TFT-LCD panels and products containing TFT-LCD panels. The Defendants deny that they did anything wrong.

### Who's included in the settlements?

The lawsuit was brought by, and on behalf of, direct purchasers of TFT-LCD panels and certain TFT-LCD products. "Direct purchasers" bought between January 1, 1999 and December 31, 2006 a TFT-LCD panel or product directly from a Defendant in the United States, a co-conspirator, or a subsidiary, or an affiliate of a Defendant, rather than purchasing from an intermediary such as a retail store.

### Who are the Settling Defendants?

Settlements have now been reached with Defendants Chi Mei Optoelectronics Corp.; HannStar Display Corp.; Hitachi Dispays, Ltd.; LG Display Co. Ltd.; Mitsui & Co. (Taiwan), Ltd.; Samsung Electronics Co., Ltd.; Sharp Electronics Corp. and Sharp Corp.; and Sanyo Consumer Electronics Co., Ltd. (together called the "Settling Defendants"). Class Counsel will pursue the lawsuit against the Non-Settling Defendants: AU Optronics Corp.; Toshiba Corp.; and certain of their

subsidiaries and affiliates. Tatung Company of America, Inc. was dismissed without prejudice on July 21, 2011.

### What do the Settlements provide?

The Settling Defendants will collectively pay the Direct Purchaser Classes $388,022,242. No money will be distributed to Class Members this year.

### What are my rights?

If you wish to receive a payment from the Settlement Fund, go to www.TFTLCDClassAction.com and complete a claim form.

If you wish to comment on or object to the proposed settlements, you must do so by Month 00, 2011. The Settlement Agreements, along with details on how to object to them, are available at TFTLCDClassAction.com.

The Court has appointed the law firms of Pearson, Simon, Warshaw & Penny, LLP and Lieff, Cabraser, Heimann & Bernstein, LLP to represent Direct Purchaser Class Members as Co-Lead Class Counsel. The Court will hold a hearing on Month 00, 2011 to consider whether to approve the settlements; a request by Class Counsel for attorneys' fees and costs up to 1/3 (33.3%) of the Settlement Fund; reimbursement of their costs and expenses, plus interest; and, incentive awards to the class representatives in an amount not to exceed $20,000 each. You or your lawyer may ask to appear and speak at the hearing at your own expense.

This is a Summary Notice. Visit www.TFTLCD ClassAction.com for more information.

**For More Information: Call 1-877-888-3757 or visit www.TFTLCDClassAction.com**

# EXHIBIT C

For Official Use Only

# PROOF OF CLAIM

## In Re: TFT-LCD Direct Purchaser Antitrust Litigation

*Must Be Postmarked*
***No Later Than***
_____, 2011

«clmnt_idno»

☐   Please check the box if the name or address is different from information on left and complete below:

«name1»
«name2»
«name3»
«addr1»
«addr2»
«city», «state» «zip5»
«country_name»

_____

_____

_____

_____

## PART 1: CLAIMANT INFORMATION

Please type or neatly print all information.

Telephone Number:                              Foreign Code   Telephone Number (International):

Email Address:

Person to contact if there are questions regarding this claim:

## PART 2:  SCHEDULE OF QUALIFYING PURCHASES

Review, edit and/or enter all purchases of TFT-LCD stand-alone panels and TFT-LCD products (television, computer monitor, notebook computer) made directly from any Defendant or Co-Conspirator (listed in Part 2) from January 1, 1996 through December 31, 2006. **In order to qualify as a claim, your purchases must have been billed to and/or shipped to a location in the United States.** Foreign transactions where billing and shipping took place outside of the U.S. do not qualify.  Failure to include all purchases will reduce the amount of your payment. You *DO NOT* need to attach documentation.  However, you must keep copies of your purchase order(s), invoice(s), or other documentation of your purchase(s) in case verification of your claim is necessary.  You may not submit a claim in this case and in the Indirect Purchaser case for the same purchase(s). Visit www.tftlcdclassaction.com for more information.

In Sections A through E are pre-printed lists containing the total dollar amount (in U.S. dollars) of your purchases of TFT-LCD panels and TFT-LCD products made directly in the United States (**meaning the products were billed to and/or shipped to a location in the United States**) from each Settling Defendant or Co-Conspirator from January 1, 1996 through December 31, 2006. **NOTE:** The pre-printed information is based on purchase records supplied by one or more of the defendants or co-conspirators.  If you agree with the pre-printed information in Part 2, sign and return the claim form.  If you disagree with the pre-printed information or the purchase information is incomplete or missing in its entirety for a particular defendant or co-conspirator, you should enter the correct total dollar amount in the section ('For Corrections or Additional Information Only") to the right of that defendant or co-conspirator.  *Amounts should be rounded to the nearest dollar.* (Example: $12,345.67 should be entered as $12,346.)  Do not include transportation charges, rebates, refunds, credits, etc.  If you did not purchase TFT-LCD panels or TFT-LCD products from a Settling Defendant or Co-Conspirator, or if you settled with a particular Settling Defendant or Co-Conspirator, assigned or transferred your claim, write "No Purchases" in the corresponding Settling Defendant or Co-Conspirator box.

Mail the completed Claim Form to:  TFT-LCD Direct Purchaser Antitrust Settlements
c/o Rust Consulting, Inc.
P.O. Box 24659

**CLAIM FORMS MAY BE FILED ON-LINE AT www.TFTLCDClassAction.com**

West Palm Beach, FL 33416

**SECTION A – Complete this Section ONLY if you purchased a TFT-LCD PANEL AS A STAND-ALONE ITEM from January 1, 1999 through December 31, 2006**



*For Corrections Or Additional Information Only*

| | |
|---|---|
| Chimei | <<Pre-Printed Amount>> |
| Chungwa | <<Pre-Printed Amount>> |
| Epson | <<Pre-Printed Amount>> |
| HannStar | <<Pre-Printed Amount>> |
| Hitachi | <<Pre-Printed Amount>> |
| Hydis | <<Pre-Printed Amount>> |
| IPS | <<Pre-Printed Amount>> |
| LG Display | <<Pre-Printed Amount> |
| Mitsubishi | <<Pre-Printed Amount> |
| Mitsui | <<Pre-Printed Amount> |
| NEC | <<Pre-Printed Amount> |
| Panasonic | <<Pre-Printed Amount> |
| Samsung | <<Pre-Printed Amount> |
| Sanyo | <<Pre-Printed Amount> |
| Sharp | <<Pre-Printed Amount> |

**SECTION B - Complete this Section ONLY if you purchased a TELEVISION CONTAINING TFT-LCD PANEL from January 1, 1999 through December 31, 2006**

*For Corrections Or Additional Information Only*

| | |
|---|---|
| Chimei | <<Pre-Printed Amount>> |
| Chungwa | <<Pre-Printed Amount>> |
| Epson | <<Pre-Printed Amount>> |
| HannStar | <<Pre-Printed Amount>> |
| Hitachi | <<Pre-Printed Amount>> |
| Hydis | <<Pre-Printed Amount>> |
| IPS | <<Pre-Printed Amount>> |
| LG Display | <<Pre-Printed Amount> |
| Mitsubishi | <<Pre-Printed Amount> |
| Mitsui | <<Pre-Printed Amount> |
| NEC | <<Pre-Printed Amount> |
| Panasonic | <<Pre-Printed Amount> |
| Samsung | <<Pre-Printed Amount> |
| Sanyo | <<Pre-Printed Amount> |
| Sharp | <<Pre-Printed Amount> |

For a complete listing of defendants and co-conspirators, refer to Part 3 of this Claim Form.

**SECTION C – Complete this Section ONLY if you purchased a COMPUTER MONITOR CONTAINING TFT-LCD PANEL from January 1, 1999 through December 31, 2006**

*For Corrections Or Additional Information Only*



| | |
|---|---|
| Chimei | <<Pre-Printed Amount>> |
| Chungwa | <<Pre-Printed Amount>> |
| Epson | <<Pre-Printed Amount>> |
| HannStar | <<Pre-Printed Amount>> |
| Hitachi | <<Pre-Printed Amount>> |
| Hydis | <<Pre-Printed Amount> |
| IPS | <<Pre-Printed Amount>> |
| LG Display | <<Pre-Printed Amount> |
| Mitsubishi | <<Pre-Printed Amount>> |
| Mitsui | <<Pre-Printed Amount>> |
| NEC | <<Pre-Printed Amount>> |
| Panasonic | <<Pre-Printed Amount>> |
| Samsung | <<Pre-Printed Amount>> |
| Sanyo | <<Pre-Printed Amount>> |
| Sharp | <<Pre-Printed Amount>> |

**SECTION D - Complete this Section ONLY if you purchased a NOTEBOOK COMPUTER CONTAINING TFT-LCD PANEL from January 1, 1999 through December 31, 2006**

*For Corrections Or Additional Information Only*

| | |
|---|---|
| Chimei | <<Pre-Printed Amount>> |
| Chungwa | <<Pre-Printed Amount>> |
| Epson | <<Pre-Printed Amount>> |
| HannStar | <<Pre-Printed Amount>> |
| Hitachi | <<Pre-Printed Amount>> |
| Hydis | <<Pre-Printed Amount> |
| IPS | <<Pre-Printed Amount>> |
| LG Display | <<Pre-Printed Amount> |
| Mitsubishi | <<Pre-Printed Amount>> |
| Mitsui | <<Pre-Printed Amount> |
| NEC | <<Pre-Printed Amount>> |
| Panasonic | <<Pre-Printed Amount>> |
| Samsung | <<Pre-Printed Amount>> |
| Sanyo | <<Pre-Printed Amount>> |
| Sharp | <<Pre-Printed Amount>> |

For a complete listing of defendants and co-conspirators, refer to Part 3 of this Claim Form.

**SECTION E - Complete this Section ONLY if you purchased ANY PRODUCT CONTAINING TFT-LCD PANEL from January 1, <u>1996</u> through December 31, 1998 THAT YOU DID NOT INCLUDE ABOVE**

*For Corrections Or Additional Information Only*

| | | |
|---|---|---|
| Chimei | <<Pre-Printed Amount>> | $ |
| Chungwa | <<Pre-Printed Amount>> | |
| Epson | <<Pre-Printed Amount>> | |
| HannStar | <<Pre-Printed Amount>> | |
| Hitachi | <<Pre-Printed Amount>> | |
| Hydis | <<Pre-Printed Amount>> | |
| IPS | <<Pre-Printed Amount>> | |
| LG Display | <<Pre-Printed Amount>> | |
| Mitsubishi | <<Pre-Printed Amount>> | |
| Mitsui | <<Pre-Printed Amount>> | |
| NEC | <<Pre-Printed Amount>> | |
| Panasonic | <<Pre-Printed Amount>> | |
| Samsung | <<Pre-Printed Amount>> | |
| Sanyo | <<Pre-Printed Amount>> | |
| Sharp | <<Pre-Printed Amount>> | |

## PART 3: DEFENDANTS AND CO-CONSPIRATORS

Settling Defendants are: Acer Display Technology, Inc., Chi Mei Corporation, Chi Mei Optoelectronics Corporation, Chi Mei Optoelectronics USA, Inc. (formerly known as International Display Technology U.S.A., Inc.), Chunghwa Picture Tubes, Ltd., CMO Japan Co., Ltd. (formerly known as International Display Technology Ltd.), Epson Electronics America, Inc., Epson Imaging Devices Corporation, Fujitsu Limited, Hannspree Inc., HannStar Display Corporation, Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc., Hitachi, Ltd., International Business Machines Corporation, LG Display America, Inc., LG Display Co., Ltd., LG Electronics, Inc., LG Electronics USA, Inc., Koninklijke Philips Electronics N.V. (also known as Royal Philips Electronics), Mitsui & Co. (Taiwan), Ltd., Nexgen Mediatech, Inc., Nexgen Mediatech USA, Inc., Philips Consumer Electronics, Philips Electronics North America, Quanta Display Inc., S-LCD, Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., Ltd., Sanyo Consumer Electronics Co., Ltd., Sharp Corporation, Sharp Electronics Corporation, and Unipac Optoelectronics Corporation. The Defendants deny that all of the other companies herein are their subsidiaries and/or affiliates.

Co-Conspirators are: Hydis Technologies Co., Ltd., IPS Alpha Technology, Ltd., Mitsubishi Electric Corporation, Mitsui & Co., Ltd., NEC LCD Technologies, Ltd., Panasonic Corporation (formerly known as Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America (formerly known as Matsushita Electric Corporation of America), Sanyo Electric Company, Ltd., Sanyo North America Corporation, and Seiko Epson Corporation.

## PART 4: SUBMISSION TO JURISDICTION OF THE DISTRICT COURT

By signing below, you are verifying that:

1.  You have documentation to support your claim and agree to provide additional information to Class Counsel or the Claims Administrator to support your claim if necessary;

2.  You have not assigned or transferred (or purported to assign or transfer) or settled for the same purchases or submitted any other claim for the same purchases of TFT-LCD panels or TFT-LCD products and have not authorized any other person or entity to do so, and know of no other person or entity having done so on your behalf;

3.  The information provided in this Claim Form is accurate and complete;

4.  You agree to submit to the jurisdiction of the District Court for the Northern District of California, where this action is pending, for purposes of resolving any issues related to or arising from your claim.

## PART 5: CERTIFICATION

I (We) certify that I am (we are) NOT subject to backup withholding under the provisions of Section 3406 (a)(1)(c) of the Internal Revenue Code because: (a) I am (We are) exempt from backup withholding, or (b) I (We) have not been notified by the I.R.S. that I am (we are) subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the I.R.S. has notified me (us) that I am (we are) no longer subject to backup withholding.

NOTE: If you have been notified by the I.R.S. that you are subject to backup withholding, please strike out the language that you are not subject to backup withholding in the certification above.

I (WE) DECLARE, UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA, THAT THE INFORMATION PROVIDED IN THIS PROOF OF CLAIM FORM IS TRUE AND CORRECT.

This certification was executed on the _____ of _____, 2011, in _____
_____.

                  (day)        (Month)                   (City/State/Country)

**SIGNATURE OF CLAIMANT:** (If this claim is being made on behalf of Joint Claimants, then each must sign.)

Signature: _____

Type/Print Name: _____

Company's Name: _____

Capacity of person signing; e.g. President: _____

---

## ACCURATE PROCESSING OF CLAIMS MAY TAKE SIGNIFICANT TIME.
## THANK YOU, IN ADVANCE, FOR YOUR PATIENCE.

---

CLAIM FORMS MAY BE FILED ON-LINE AT www.TFTLCDClassAction.com