William A. Isaacson (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

Philip J. Iovieno (admitted *pro hac vice*)
Anne M. Nardacci (admitted *pro hac vice*)
Christopher V. Fenlon (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
       anardacci@bsfllp.com
       cfenlon@bsfllp.com

*Counsel for Plaintiffs*
METROPCS WIRELESS, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates To Individual Case No. 3: 11-cv-00829-SI (N.D. Cal.)<br><br>METROPCS WIRELESS, INC.,<br><br>    Plaintiff,<br><br>    vs.<br><br>AU OPTRONICS CORPORATION, et al.,<br><br>    Defendants. | Case No. 3: 11-cv-00829-SI (N.D. Cal.)<br><br>Master File No. 3:07-md-01827-SI (N.D. Cal.)<br><br>MDL No. 1827<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE HEARING ON DEFENDANTS' INDIVIDUAL AND JOINT MOTIONS TO DISMISS** |

WHEREAS, on July 8, 2011, Plaintiff MetroPCS Wireless, Inc. ("MetroPCS") filed an amended complaint in the above-captioned case (MDL Dkt. No. 3064) ("Amended Complaint");

WHEREAS, on August 5, 2011 defendants AU Optronics Corporation, AU Optronics Corporation America, Chi Mei Optoelectronics Corporation, Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Chunghwa Picture Tubes, Ltd., Epson Electronics America, Inc., Epson Imaging Devices Corporation, HannStar Display Corporation, Hitachi Electronic Devices (USA), Inc., Hitachi, Ltd., Hitachi Displays, Ltd., Mitsui & Co. (Taiwan), Ltd. ("Mitsui Taiwan"), Sanyo Consumer Electronics Co., Ltd. ("Sanyo"), Sharp Corporation, Sharp Electronics Corporation, Tatung Company of America, Inc., Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., Toshiba Corporation, and Toshiba Mobile Display Co., Ltd. (collectively, "Moving Defendants"), filed a joint motion to dismiss MetroPCS' Amended Complaint (MDL Dkt. No. 3225 ) ("Joint Motion");

WHEREAS, on August 5, 2011, Mitsui Taiwan and Sanyo filed separate motions to dismiss MetroPCS' Amended Complaint (MDL Dkt. Nos. 3218 and 3231, respectively) (collectively, together with the Joint Motion, "Motions");

WHEREAS, the Motions are scheduled to be heard on October 7, 2011;

WHEREAS, counsel for MetroPCS has a conflict with another matter on October 7, 2011; and

WHEREAS, counsel for Sanyo, Mitsui Taiwan, and Moving Defendants have agreed to reschedule the hearing for October 28, 2011.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, MetroPCS, on the one hand, and Moving Defendants, on the other hand, as follows:

1. The Motions shall be heard on October 28, 2011.

| | | |
|---|---|---|
| 1 | DATED: October 5, 2011 | _____/s/ William A. Isaacson_____ |
| | | William A. Isaacson (admitted *pro hac vice*) |
| 2 | | BOIES, SCHILLER & FLEXNER LLP |
| | | 5301 Wisconsin Ave. NW, Suite 800 |
| 3 | | Washington, D.C.  20015 |
| | | Telephone:  (202) 237-2727 |
| 4 | | Facsimile:   (202) 237-6131 |
| | | Email:  wisaacson@bsfllp.com |

Philip J. Iovieno (admitted *pro hac vice*)
Anne M. Nardacci (admitted *pro hac vice*)
Christopher V. Fenlon (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY  12207
Telephone:  (518) 434-0600
Facsimile:   (518) 434-0665
Email: piovieno@bsfllp.com
           anardacci@bsfllp.com
           cfenlon@bsfllp.com

*Counsel for Plaintiff MetroPCS Wireless, Inc.*

_____/s/ Christopher A. Nedeau_____
Christopher A. Nedeau (CA Bar No. 81297)
Carl L. Blumenstein (CA Bar No. 124158)
Katharine Chao (CA Bar No. 247571)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, California  94111-4799
(415) 398-3600 (Phone)
(415) 398-2438 (Facsimile)
*cnedeau@nossaman.com*
*cblumenstein@nossaman.com*
*kchao@nossaman.com*

*Counsel for Defendants AU Optronics Corporation and AU Optronics Corporation America*

_____/s/ Neal A. Potischman_____
Christopher B. Hockett (SBN 121539)
Neal A. Potischman (SBN 254862)
Sandra West (SBN 250389)
Samantha H. Knox (SBN 254427)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California  94025
(650) 752-2000 / (650) 752-2111
chris.hockett@davispolk.com
neal.potischman@davispolk.com
sandra.west@davispolk.com
samantha.knox@davispolk.com

| | | |
|---|---|---|
| STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE HEARING ON DEFENDANTS' INDIVIDUAL AND JOINT MOTIONS TO DISMISS | 2 | Case No. 3: 11-cv-00829-SI<br>Master File No. 3:07-md-01827-SI |

Jonathan D. Martin (admitted pro hac vice)
Bradley R. Hansen (admitted pro hac vice)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
(212) 450-4000 / (212) 701-5800
jonathan.martin@davispolk.com
bradley.hansen@davispolk.com

*Counsel for Defendants Chimei Innolux Corporation (f/k/a Chi Mei Optoelectronics Corp.), Chi Mei Optoelectronics USA, Inc., and CMO Japan Co., Ltd.*

    /s/ Stephen P. Freccero
Melvin R. Goldman (CA Bar No. 34097)
Stephen P. Freccero (CA Bar No. 131093)
Derek F. Foran (CA Bar No. 224569)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000 (Phone)
(415) 268-7522 (Facsimile)
*mgoldman@mofo.com*
*sfreccero@mofo.com*
*dforan@mofo.com*

*Counsel for Defendants Epson Electronics America, Inc. and Epson Imaging Devices Corporation*

      /s/ Ramona M. Emerson
Hugh F. Bangasser (*pro hac vice*)
Ramona M. Emerson (*pro hac vice*)
Christopher M. Wyant (*pro hac vice*)
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
(206) 623-7580 (Phone)
(206) 370-6371 (Facsimile)
*romana.emerson@klgates.com*

Jeffrey L. Bornstein, (CA State Bar No. 99358)
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Phone: (415) 249-1059
Fax:     (415) 882-8220

*Counsel for Defendant HannStar Display Corporation*

      /s/ Kent M. Roger
Kent M. Roger (CA Bar No. 95987)
Michelle Kim-Szrom (CA Bar No. 252901)
Jennifer L. Calvert (CA Bar No. 258018)
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
(415) 442-1000 (Phone)
(415) 442-1001 (Facsimile)
*kroger@morganlewis.com*
*mkim-szrom@morganlewis.com*
*jennifer.calvert@morganlewis.com*

*Counsel for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. and Hitachi Electronic Devices (USA), Inc.*

```
                                    /s/ Michael E. Mumford
                            Paul P. Eyre
                            Ernest E. Vargo
                            Michael E. Mumford
                            BAKER & HOSTETLER LLP
                            PNC Center
                            1900 East Ninth Street, Suite 3200
                            Cleveland, Ohio 44114-3482
                            (216) 621-0200 (Phone)
                            (216) 696-0740 (Facsimile)
                            peyre@bakerlaw.com
                            evargo@bakerlaw.com
                            mmumford@bakerlaw.com
```

*Counsel for Defendant Mitsui & Co. (Taiwan), Ltd.*

```
                                    /s/ Allison A. Davis
                            Allison A. Davis (CA Bar No. 139203)
                            DAVIS WRIGHT TREMAINE LLP
                            505 Montgomery Street, Suite 800
                            San Francisco, CA 94111-6533
                            (415) 276-6500 (Phone)
                            (415) 276-6599 (Facsimile)
                            allisondavis@dwt.com

                            Nick S. Verwolf (pro hac vice)
                            DAVIS WRIGHT TREMAINE LLP
                            777 – 108th Ave. N.E., Suite 2300
                            Bellevue, WA  98004
                            (425) 646-6125 (Phone)
                            (425) 646-6199 (Facsimile)
                            nickverwolf@dwt.com
```

*Counsel for Defendant Sanyo Consumer Electronics Co., Ltd.*

```
                                    /s/ Jacob R. Sorensen
                            John M. Grenfell (CA Bar No. 88500)
                            Jacob R. Sorensen (CA Bar No. 209134)
                            Fusae Nara (pro hac vice)
                            PILLSBURY WINTHROP SHAW PITTMAN LLP
                            50 Fremont Street
                            San Francisco, CA 94105
                            (415) 983-1000 (Phone)
                            (415) 983-1200 (Facsimile)
                            john.grenfell@pillsburylaw.com
                            jake.sorensen@pillsburylaw.com
                            fusae.nara@pillsburylaw.com
```

*Counsel for Defendants Sharp Corporation and Sharp Electronics Corporation*

\_\_\_\_\_/s/ Rachel S. Brass_____
Rachel S. Brass
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-2933
(415) 393-8200 (Phone)
(415) 393-8306 (Facsimile)
*rbrass@gibsondunn.com*

*Counsel for Defendants Chunghwa Picture Tubes, Ltd. and Tatung Company of America, Inc.*

\_\_\_\_\_/s/ John H. Chung_____
John H. Chung
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036-2787
(212) 819-8200 (Phone)
(212) 354-8113 (Facsimile)
*jchung@whitecase.com*

*Counsel for Defendants Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., and Toshiba Mobile Display Co., Ltd.*

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from stipulating defendants.

**IT IS SO ORDERED.**

Dated: _____10/5_____, 2011

_____
Susan Illston, United States District Judge