1   KENT M. ROGER, State Bar No. 95987
    HERMAN J. HOYING, State Bar No. 257495
2   JENNIFER L. CALVERT, State Bar No. 258018
    MORGAN, LEWIS & BOCKIUS LLP
3   One Market, Spear Street Tower
    San Francisco, CA  94105-1126
4   Tel:  415.442.1000
    Fax:  415.442.1001
5   E-mail: kroger@morganlewis.com
            hhoying@morganlewis.com
6           jennifer.calvert@morganlewis.com

7   Attorneys for Defendants
    HITACHI, LTD., HITACHI DISPLAYS, LTD.,
8   HITACHI ELECTRONIC DEVICES (USA), INC.

9   **[Additional defendants and counsel
    listed on signature pages]**
10

11                  UNITED STATES DISTRICT COURT

12           FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                     (SAN FRANCISCO DIVISION)

14

15  IN RE TFT-LCD (FLAT PANEL)          Case No. M 3:07-md-1827 SI; MDL 1827
    ANTITRUST LITIGATION                Individual Case No. 3:10-cv-0117 SI
16
    ────────────────────────────
17  This Document Relates To Individual Case No.:   **STIPULATION AND [PROPOSED]
    3:10-cv-0117 SI                                 ORDER REGARDING ANSWERS TO
18                                                  AMENDED COMPLAINT**
    ELECTROGRAPH SYSTEMS, INC.;
19  ELECTROGRAPH TECHNOLOGIES, CORP.    **Honorable Susan Illston**

20                          Plaintiffs,

21          v.

22  EPSON IMAGING DEVICES CORPORATION,
    et al.
23                          Defendants.

24

25

26          WHEREAS, plaintiffs Electrograph Systems, Inc. and Electrograph Technologies, Corp.

27  ("Electrograph") filed the above captioned lawsuit on November 6, 2009 ("Complaint");

28

1   WHEREAS, defendants Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices

2 (USA), Inc., Epson Imaging Devices Corporation, Epson Electronics America, Inc., Sharp

3 Corporation, Sharp Electronics Corporation, Toshiba Corporation, Toshiba America Electronic

4 Components, Inc., Toshiba America Information Systems, Inc., Toshiba Mobile Display Co.,

5 Ltd., LG Display Co., Ltd., LG Display America, Inc., AU Optronics Corporation, AU Optronics

6 Corporation America, Samsung Electronics Company, Ltd., Samsung Semiconductor, Inc.,

7 Samsung Electronics America, Inc. and HannStar Display Corporation ("Stipulating Defendants")

8 filed answers to the Complaint on March 15, 2010;

9   WHEREAS, pursuant to this Court's order dated August 29, 2011 on Mitsui & Co.

10 (Taiwan), Ltd.'s ("Mitsui Taiwan") motion for judgment on the pleadings for lack of personal

11 jurisdiction, which granted Electrograph "leave to amend its complaint to set forth its theory of

12 jurisdiction" over Mitsui Taiwan (MDL Dkt. No. 3395), Electrograph filed an amended complaint

13 on September 23, 2011 ("Amended Complaint") identical to the Complaint with regard to

14 allegations concerning the Stipulating Defendants, but adding allegations regarding defendant

15 Mitsui Taiwan;

16   WHEREAS, response(s) to the Amended Complaint must be filed by October 10, 2011;

17   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the

18 undersigned counsel, on behalf of their respective clients, Electrograph, on the one hand, and the

19 Stipulating Defendants on the other hand, as follows:

20   1. Stipulating Defendants' respective answers, filed on March 15, 2010, to the allegations

21 in Electrograph's Complaint are hereby deemed responsive to the corresponding allegations in

22 Electrograph's Amended Complaint and no further responsive pleading on behalf of the

23 Stipulating Defendants to Electrograph's Amended Complaint shall be required.

24   2. To the extent Electrograph's Amended Complaint contains any additional or

25 substantively revised allegations to which a response may be deemed to be required from the

26 Stipulating Defendants, such allegations are hereby deemed denied.

27

28

2

1    Dated: October 5, 2011

2

3                                              By: /s/ Kent M. Roger
                                                   Kent M. Roger (Bar No. 95987)
4                                                  Jennifer L. Calvert (Bar No. 258018)
                                                   MORGAN LEWIS & BOCKIUS LLP
5                                                  One Market, Spear Street Tower
                                                   San Francisco, CA 94105-1126
6                                                  (415) 442-1000 (Phone)
                                                   (415) 442-1001 (Facsimile)
7                                                  kroger@morganlewis.com

8                                                  *Attorneys for Defendants Hitachi, Ltd., Hitachi
                                                   Displays, Ltd. and Hitachi Electronic Devices
9                                                  (USA), Inc.*

10                                             By: /s/ Michael R. Lazerwitz
11                                                 Michael R. Lazerwitz (PRO HAC VICE)
                                                   Jeremy J. Calsyn (Bar No. 205062)
12                                                 Lee F. Berger (Bar No. 222756)
                                                   CLEARY GOTTLIEB STEEN & HAMILTON
13                                                 LLP
                                                   One Liberty Plaza
14                                                 New York, NY 10006
                                                   (212) 225-2000 (Phone)
15                                                 (212) 225-3999 (Facsimile)
                                                   mlazerwitz@cgsh.com
16

17                                                 *Attorneys for Defendants LG Display Co., Ltd.
                                                   and LG Display America, Inc.*
18
                                               By: /s/ Christopher A. Nedeau
19                                                 Christopher A. Nedeau
                                                   Carl L. Blumenstein
20                                                 Allison Dibley
                                                   NOSSAMAN LLP
21                                                 50 California Street, 34th Floor
                                                   San Francisco, CA 94111
22                                                 (415) 398-3600 (Phone)
                                                   (415) 398-2438 (Facsimile)
23                                                 cnedeau@nossaman.com

24                                                 *Attorneys for Defendants AU Optronics
                                                   Corporation and AU Optronics Corporation
25                                                 America*

26

27

28

                                                   CASE NO. 3:10-CV-0117 SI; MDL NO. 1827
                                                   STIPULATION AND [PROPOSED] ORDER RE
                                                   ANSWERS TO AMENDED COMPLAINT

1

By:  /s/ Melvin R. Goldman

2
Melvin R. Goldman (Bar No. 34097)
Stephen P. Freccero (Bar. No 131093)

3
Derek F. Foran (Bar No. 224569)
MORRISON & FOERSTER LLP
425 Market Street

4
San Francisco, CA 94105-2482
(415) 268-7000 (Phone)

5
(415) 268-7522 (Facsimile)
*sfreccero@mofo.com*

6

*Attorneys for Defendants Epson Imaging*

7
*Devices Corporation and Epson Electronics*
*America, Inc.*

8

9

By:  /s/ Hugh F. Bangasser

10
Hugh F. Bangasser (*pro hac vice*)
Ramona M. Emerson (*pro hac vice*)

11
K&L GATES LLP
925 Fourth Avenue, Suite 2900

12
Seattle, WA 98004-1158
(206) 623-7580 (Phone)

13
(206) 623-7022 (Facsimile)
*Ramona.Emerson@klgates.com*

14

15
Jeffrey L. Bornstein (Bar No. 99358)
K&L GATES LLP

16
Four Embarcadero Center, Suite 1200
San Francisco, CA  94111

17
(415) 249-1059 (Phone)
(415) 882-8220 (Facsimile)

18

*Counsel for Defendant HannStar Display*

19
*Corporation*

20

21
By:  /s/ Robert Wick
Robert Wick (*pro hac vice*)

22
Neil Roman (*pro hac vice*)
Derek Ludwin (*pro hac vice*)

23
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., NW

24
Washington, DC 20004
(202) 662-6000 (Phone)

25
(202) 662-6291 (Facsimile)
*rwick@cov.com*

26

*Attorneys for Defendants Samsung*

27
*Electronics Co., Ltd., Samsung*
*Semiconductor, Inc. and Samsung Electronics*

28
*America, Inc.*

4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By: _/s/ John M. Grenfell_____
    John M. Grenfell (Bar No. 88500)
    Jacob R. Sorensen (Bar No. 209134)
    Fusae Nara (*pro hac vice*)
    Andrew D. Lanphere (Bar No. 191479)
    PILLSBURY WINTHROP SHAW PITTMAN
    LLP
    50 Fremont Street
    San Francisco, CA 94105
    (415) 983-1000 (Phone)
    (415) 983-1200 (Facsimile)
    *john.grenfell@pillsburylaw.com*

    *Attorneys for Defendants Sharp Corporation and*
    *Sharp Electronics Corp.*

By: _/s/ John H. Chung_____
    John H. Chung (*pro hac vice*)
    WHITE & CASE LLP
    1155 Avenue of the Americas
    New York, NY 10036-2787
    (212) 819-8200 (Phone)
    (212) 354-8113 (Facsimile)
    *jchung@whitecase.com*

    Christopher M. Curran (*pro hac vice*)
    Kristen J. McAhren (*pro hac vice*)
    WHITE & CASE LLP
    701 Thirteenth Street, NW
    Washington, DC 20005-3807
    (202) 626-3600 (Phone)
    (202) 639-9355 (Facsimile)
    *ccurran@whitecase.com*
    *kmcahren@whitecase.com*

    *Attorneys for Defendants Toshiba Corporation,*
    *Toshiba Mobile Display Co., Ltd., Toshiba*
    *America Electronic Components, Inc. and*
    *Toshiba America Information Systems, Inc.*

By: _/s/ Philip J. Iovieno_____
    Philip J. Iovieno (*pro hac vice*)
    BOIES, SCHILLER & FLEXNER LLP
    10 North Pearl Street, 4th Floor
    Albany, NY 12207
    (518) 434-0600
    (518) 434-0665
    *piovieno@bsfllp.com*

    *Attorneys for Plaintiffs Electrograph Systems,*
    *Inc. and Electrograph Technologies, Corp.*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### **FILER'S ATTESTATION**

I, Kent M. Roger, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order.  In compliance with General Order 45.X.B, I hereby attest that Michael Lazertwitz, Christopher Nedeau, Melvin Goldman, Hugh Bangasser, Robert Wick, John Grenfell, John Chung, and Philip Iovieno concur in this filing.

/s/ Kent M. Roger_____
Kent M. Roger

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd., and Hitachi Electronic Devices (USA), Inc.*

6

1

**[PROPOSED] ORDER**

2        Pursuant to the parties' stipulation set forth above and pursuant to Rule 6-1(a) of the Civil

3    Local Rules, IT IS SO ORDERED.

4

Dated: October __6__, 2011

5

6

By _____

7        HON. SUSAN ILLSTON
         UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 3:10-CV-0117 SI; MDL NO. 1827
STIPULATION  AND [PROPOSED] ORDER RE
ANSWERS TO AMENDED COMPLAINT