| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | JOHN M. GRENFELL (CA Bar No. 88500) |
| 2 | john.grenfell@pillsburylaw.com |
|   | JACOB R. SORENSEN (CA Bar No. 209134) |
| 3 | jake.sorensen@pillsburylaw.com |
|   | FUSAE NARA (*pro hac vice*) |
| 4 | fusae.nara@pillsburylaw.com |
|   | ANDREW D. LANPHERE  (CA Bar No. 191479) |
| 5 | andrew.lanphere@pillsburylaw.com |
|   | 50 Fremont Street |
| 6 | San Francisco, CA  94105 |
|   | Telephone: (415) 983-1000 |
| 7 | Facsimile: (415) 983-1200 |
| 8 | Attorneys for Defendants |
|   | SHARP CORPORATION and |
| 9 | SHARP ELECTRONICS CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827 SI<br>MDL No. 1827 |
| This Document Relates To:<br><br>Case No. 2010-CV-3517 SI<br><br>STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS,<br><br>                Plaintiff,<br><br>v.<br><br>AU Optronics Corporation, *et al.*,<br><br>                Defendants. | **STIPULATION AND [PROPOSED] ORDER EXTENDING SHARP'S TIME TO ANSWER AMENDED COMPLAINT** |

500922521v1

STIPULATION EXTENDING TIME TO ANSWER
AMENDED COMPLAINT AND [PROPOSED] ORDER
Master File No. 3:07-md-1827 SI, MDL No. 1827

1   WHEREAS plaintiff State of Florida filed an Amended Complaint in the above-
2   captioned case against Defendants AU Optronics Corporation, AU Optronics Corporation
3   America, Chi Mei Innolux Corp., CMO Japan Co., Ltd., Chi Mei Optoelectronics USA,
4   Inc., Hannstar Display Corporation, Hitachi Ltd., Hitachi Displays, Ltd., Hitachi Electronic
5   Devices (USA), Inc., LG Display Co., Ltd., LG Display America Inc., Samsung Electronics
6   Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., Sharp
7   Corporation, Sharp Electronics Corporation, Toshiba Corporation, Toshiba Mobile Display
8   Technology Co., Ltd., Toshiba America Information Systems, Inc., and Toshiba America
9   Electronic Components, Inc. on April 13, 2011, Dkt. no. 2652;
10  WHEREAS Sharp Corporation and Sharp Electronics Corporation (together,
11  "Sharp"), jointly with other defendants in this action, filed a motion to dismiss the
12  Amended Complaint on May 20, 2011;
13  WHEREAS the Court denied defendants' joint motion to dismiss the Amended
14  Complaint on September 15, 2011;
15  WHEREAS Sharp desires a reasonable amount of time to answer the Amended
16  Complaint; and
17  WHEREAS the requested time modification will not affect any other deadline in
18  this case.
19  THEREFORE, the State of Florida and Sharp hereby agree that Sharp's deadline to
20  answer to the Amended Complaint shall be November 7, 2011.
21  Dated: October 7, 2011
22
23
24
25
26
27
28

- 1 -

500922521v1

STIPULATION EXTENDING TIME TO ANSWER
AMENDED COMPLAINT AND [PROPOSED] ORDER
Master File No. 3:07-md-1827 SI, MDL No. 1827

OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF FLORIDA

By:      /s/ Nicholas J. Weilhammer
   R. Scott Palmer
   Lizabeth A. Brady
   Nicholas J. Weilhammer (*pro hac vice*)
   Office of the Attorney General
   State of Florida
   PL-01, The Capitol
   Tallahassee, FL 32399-1050
   (850) 414-3300 (Phone)
   (850) 488-9134 (Facsimile)
   Nicholas.weilhammer@myfloridalegal.com

PILLSBURY WINTHROP SHAW PITTMAN LLP
JOHN M. GRENFELL
JACOB R. SORENSEN
FUSAE NARA
ANDREW D. LANPHERE
50 Fremont Street
San Francisco, CA  94105


By:             /s/ John M. Grenfell
                  John M. Grenfell

Attorneys for Defendants SHARP CORPORATION and SHARP ELECTRONICS CORPORATION

**ATTESTATION**: Pursuant to General Order 45, Part X-B, the filer attests that the concurrence of the other signatory hereto has been obtained.

IT IS SO ORDERED.

Dated:     10/7/11

                                  _____
                                  Honorable Susan Illston