Robert D. Wick
Neil K. Roman
Derek Ludwin
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 662-6000
Fax: (202) 662-6291

*Attorneys for Defendants Samsung Electronics Co., Ltd.,
Samsung Electronics America, Inc., and
Samsung Semiconductor, Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates to Individual Case No. 3:10-cv-3517-SI<br><br>STATE OF FLORIDA<br><br>    Plaintiffs,<br><br>    v.<br><br>AU OPTRONICS CORPORATION, *et al.*,<br><br>    Defendants. | CASE NO. 3:10-cv-3517<br><br>MDL NO. 3:07-md-1827-SI<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO RESPOND TO AMENDED COMPLAINT** |

The undersigned counsel hereby respectfully request an extension of the deadline for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc. (collectively, the "Samsung Defendants"), to respond to the amended complaint filed by Plaintiff State of Florida on April 13, 2011, in the above-captioned litigation (the "Amended Complaint").

WHEREAS the Samsung Defendants, jointly with other Defendants in this action, filed a motion to dismiss the Amended Complaint on May 20, 2011;

WHEREAS the Court entered an order denying Defendants' joint motion to dismiss the Amended Complaint on September 15, 2011;

WHEREAS certain Defendants' deadline to answer the Amended Complaint is October 28, 2011;

WHEREAS Plaintiff State of Florida and the Samsung Defendants have agreed to a settlement in principle of the above-captioned litigation;

WHEREAS the parties would benefit from additional time to continue to negotiate the terms of that settlement;

WHEREAS extending the time for the Samsung Defendants to answer the Amended Complaint would not alter the date of any other event or deadline already fixed by the Court;

THEREFORE, Plaintiff State of Florida and the Samsung Defendants, by their respective counsel, stipulate and agree as follows:

The Samsung Defendants will have until October 28, 2011 to answer the Amended Complaint.

1

STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO RESPOND TO AMENDED COMPLAINT
MDL NO. 1827; INDIVIDUAL CASE NO. 3:10-cv-3517

Dated: October 11, 2011

Respectfully submitted,

OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF FLORIDA

By:   /s/ Nicholas J. Weilhammer
      Nicholas J. Weilhammer

R. Scott Palmer
Lizabeth A. Brady
Nicholas J. Weilhammer (*pro hac vice*)
Eli Friedman
Office of the Attorney General
State of Florida
PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3300 / (850) 488-9134
nicholas.weilhammer@myfloridalegal.com

*Attorneys for Plaintiff State of Florida*

COVINGTON & BURLING LLP

By:   /s/ Neil K. Roman
      Neil K. Roman

Robert D. Wick
Neil K. Roman
Derek Ludwin
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 662-6000 / (202) 662-6291
earens@cov.com

*Attorneys for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc.*

<u>Attestation:</u>  The filer of this document attests that the concurrence of the signatories thereto has been obtained.

2

STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO RESPOND TO AMENDED COMPLAINT
MDL NO. 1827; INDIVIDUAL CASE NO. 3:10-cv-3517

### [PROPOSED] ORDER

Having considered the foregoing stipulation, and for good cause appearing,

IT IS SO ORDERED.

Dated: _____10/12_____, 2011    _____
The Honorable Susan Illston
United States District Judge