MELVIN R. GOLDMAN (CA SBN 34097)
MGoldman@mofo.com
STEPHEN P. FRECCERO (CA SBN 131093)
SFreccero@mofo.com
DEREK F. FORAN (CA SBN 224569)
DForan@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
EPSON IMAGING DEVICES CORPORATION AND
EPSON ELECTRONICS AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COSTCO WHOLESALE CORPORATION,<br><br>            Plaintiff,<br><br>     v.<br><br>AU OPTRONICS CORP., et al.,<br><br>            Defendants. | Master File No.3:07-md-1827-SI<br><br>Case No.    3:11-cv-0058-SI<br><br>**STIPULATION AND<br>[PROPOSED] ORDER<br>EXTENDING TIME TO<br>RESPOND TO AMENDED<br>COMPLAINT** |

STIP. AND [PROPOSED] ORDER RE TIME TO RESPOND TO AMENDED COMPLAINT
3:11-cv-0058-SI
sf-3058373

1

1  The undersigned counsel hereby respectfully request an extension of the deadline for
2  Defendants Epson Imaging Devices Corporation and Epson Electronics America, Inc.
3  (collectively, the "Epson Defendants"), to respond to the Amended Complaint filed by Plaintiff
4  Costco Wholesale Corporation on September 29, 2011, in the above-captioned litigation (the
5  "Amended Complaint").

6  WHEREAS the Epson Defendants, jointly with other Defendants in this action, filed a
7  motion to compel arbitration on July 25, 2011;

8  WHEREAS the Court entered an order granting in part and denying in part Defendants'
9  joint motion to compel arbitration on August 29, 2011;

10  WHEREAS the Epson Defendants' deadline to answer the Amended Complaint is
11  October 17, 2011;

12  WHEREAS the parties desire additional time to evaluate the applicability of the August
13  29, 2011 order on Plaintiff's claims against the Epson Defendants; and

14  WHEREAS extending the time for the Epson Defendants to answer the Amended
15  Complaint would not alter the date of any other event or deadline already fixed by the Court;.

16  THEREFORE, Plaintiff Costco Wholesale Corporation and the Epson Defendants, by
17  their respective counsel, stipulate and agree as follows:

18  The Epson Defendants will have until October 31, 2011 to answer the Amended
19  Complaint.

20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

| | | |
|---|---|---|
| 1 | Dated: October 13, 2011 | Respectfully submitted, |
| 2 | | MORRISON & FOERSTER LLP |
| 3 | | By:  /s/ Stephen P. Freccero |
| 4 | | STEPHEN P. FRECCERO |
| 5 | | Melvin R. Goldman<br>Stephen P. Freccero |
| 6 | | Derek F. Foran<br>Morrison & Foerster LLP |
| 7 | | 425 Market Street<br>San Francisco, CA 94105-2482 |
| 8 | | *Attorneys for Defendants Epson Imaging* |
| 9 | | *Devices Corporation and Epson Electronics America, Inc.* |
| 10 | | PERKINS COIE LLP |
| 11 | | By:  /s/ David J. Burman |
| 12 | | DAVID J. BURMAN |
| 13 | | David J. Burman<br>Cori G. Moore |
| 14 | | Troy P. Sauro<br>Euphemia N. Thomopulos |
| 15 | | Noah G. Purcell<br>Perkins Coie LLP |
| 16 | | Four Embarcadero Center, Suite 2400<br>San Francisco, CA 94111 |
| 17 | | *Attorneys for Plaintiff Costco Wholesale Corporation* |

1

2                              **Order**

3       Having considered the foregoing stipulation, and for good cause appearing,

4       IT IS SO ORDERED.

5
        Dated: ___10/14_____, 2011    _____
6                                      The Honorable Susan Illston
7                                      United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28