| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | JOHN M. GRENFELL  (CA State Bar No. 88500) |
| 2 | john.grenfell@pillsburylaw.com |
| | JACOB R. SORENSEN  (CA State Bar No. 209134) |
| 3 | jake.sorensen@pillsburylaw.com |
| | FUSAE NARA  (*pro hac vice*) |
| 4 | fusae.nara@pillsburylaw.com |
| | ANDREW D. LANPHERE  (CA State Bar No. 191479) |
| 5 | andrew.lanphere@pillsburylaw.com |
| | 50 Fremont Street |
| 6 | San Francisco, CA  94105 |
| | Telephone: (415) 983-1000 |
| 7 | Facsimile: (415) 983-1200 |
| 8 | Attorneys for Defendants |
| | SHARP CORPORATION and |
| 9 | SHARP ELECTRONICS CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 14 | IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827 SI<br>MDL No. 1827 |
| 16 | | **STIPULATION AND [PROPOSED] ORDER TO STAY CLAIMS AGAINST SAMSUNG, SHARP, AND TOSHIBA DEFENDANTS** |
| 17 | This Document Relates To | |
| 18 | Case No. 3:11-cv-00058-SI | |
| 19 | COSTCO WHOLESALE CORPORATION, | |
| 20 | Plaintiff, | |
| 21 | v. | |
| 22 | AU OPTRONICS CORPORATION, et al. | |
| 23 | Defendants. | |

1  Plaintiff Costco Wholesale Corporation ("Costco") and Defendants Sharp
2  Corporation and Sharp Electronics Corporation; Samsung Electronics America, Inc.,
3  Samsung Electronics Company, and Samsung Semiconductor, Inc.; and Toshiba
4  Corporation, Toshiba America Electronic Components, Inc., Toshiba America Information
5  Systems, Inc., and Toshiba Mobile Display Co. (collectively, "Stipulating Defendants")
6  hereby stipulate as follows:

7  <u>STIPULATION</u>

8  WHEREAS on September 9, 2011 the Court issued an order compelling arbitration
9  of Costco's claims against Stipulating Defendants;
10  WHEREAS on September 29, 2011 Costco filed an Amended Complaint, naming
11  Stipulating Defendants among the defendants;
12  WHEREAS on October 11, 2011, Costco filed a demand for arbitration with the
13  American Arbitration Association, naming as respondents the Stipulating Defendants;
14  NOW, THEREFORE, Costco and the Stipulating Defendants, through their
15  undersigned respective counsel, stipulate and request that the Court order as follows:
16  1. Costco's claims against the Stipulating Defendants are stayed pending the
17  completion of the arbitration, pursuant to section 3 of the Federal Arbitration Act, 9 U.S.C.
18  § 3;
19  2. The Stipulating Defendants need not respond to Costco's Amended Complaint.
20
21  IT IS SO STIPULATED.
22
23  Dated: October 17, 2011.
24
25
26
27
28

| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | JOHN M. GRENFELL |
| 2 | JACOB R. SORENSEN |
| | FUSAE NARA |
| 3 | ANDREW D. LANPHERE |
| | 50 Fremont Street |
| 4 | San Francisco, CA  94105 |
| 5 | |
| 6 | By:  _____/s/ Jacob R. Sorensen_____ |
| 7 | Jacob R. Sorensen |
| 8 | Attorneys for Defendants SHARP CORPORATION and SHARP ELECTRONICS CORPORATION |
| 9 | |
| 10 | |
| 11 | WHITE & CASE LLP |
| | CHRISTOPHER M. CURRAN |
| 12 | KRISTEN J. MCAHREN |
| | 701 Thirteenth Street, NW |
| 13 | Washington, DC  20005 |
| | Telephone: (202) 626-3600 |
| 14 | Facsimile: (202) 639-9355 |
| 15 | By:  _____/s/ Kristen J. McAhren_____ |
| 16 | Kristen J. McAhren |
| 17 | Attorneys for Defendants TOSHIBA CORPORATION, TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., and TOSHIBA MOBILE DISPLAY CO. |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

500925241v1 — - 3 - — STIPULATION AND [PROPOSED] ORDER TO STAY CLAIMS AGAINST SAMSUNG, SHARP, AND TOSHIBA DEFENDANTS
Case No. M:07-1827 SI

```
 1   COVINGTON & BURLING LLP
     ROBERT D. WICK
 2   DEREK LUDWIN
 3   THEODORE P. METZLER
     1201 Pennsylvania Avenue, NW
 4   Washington, DC 20004
     Telephone: (202) 662-6000
 5   Facsimile: (202) 662-6291
 6
     By:  _____/s/ Theodore P. Metzler_____
 7            Theodore P. Metzler
 8
         Attorneys for Defendants SAMSUNG
 9       ELECTRONICS AMERICA, INC., SAMSUNG
         SEMICONDUCTOR, INC. and SAMSUNG
10       ELECTRONICS CO., LTD.
11
     PERKINS COIE LLP
12   DAVID J. BURMAN
     CORI G. MOORE
13   1201 Third Ave, Suite 4800
14   Seattle, WA 98101
     Telephone (206) 359-8000
15   Facsimile: (206) 359-9000
16
     By:  _____/s/ Cori G. Moore_____
17              Cori G. Moore
18
         Attorneys for Plaintiff COSTCO WHOLESALE
19       CORPORATION
20
     SO ORDERED: [signature]
21
22   _____
     The Honorable Susan Illston
23   District Court Judge
              10/18/11
24   _____
     Date Entered
25
26
27   **ATTESTATION**: Pursuant to General Order 45, Part X-B, the filer attests that
     concurrence in the filing of this document has been obtained from the above-named parties.
28
```