GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234,
JSanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301,
RBrass@gibsondunn.com
REBECCA JUSTICE LAZARUS, SBN 227330,
RJustice@gibsondunn.com
JOEL WILLARD, SBN 247899,
JWillard@gibsondunn.com
555 Mission Street
Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendant
TATUNG COMPANY OF AMERICA, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Related to<br>Individual Case No. 3:10-cv-5625-SI<br><br>―――――――――――――――<br><br>ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>AU OPTRONICS CORPORATION, ET AL.,<br><br>Defendants. | Master File No. 3:07-md-1827 SI<br>MDL No. 1827<br><br>Individual Case No. 3:10-cv-5625-SI<br><br>**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT TATUNG COMPANY OF AMERICA, INC. TO RESPOND TO ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST SECOND AMENDED COMPLAINT AND [P̶R̶OPOSED] ORDER** |

The undersigned counsel, on behalf of Alfred H. Siegel, As Trustee of the Circuit City Stores, Inc. Liquidating Trust ("Plaintiff") and Defendant Tatung Company of America, Inc. ("Tatung"), hereby respectfully request an extension of the deadline for Defendant Tatung to answer Plaintiff's Second Amended Complaint.

WHEREAS, Plaintiff filed a Second Amended Complaint in the above-captioned case against Tatung and other defendants, on July 7, 2011;

1

Gibson, Dunn & Crutcher LLP

Stipulation of Extension of Time For Tatung Company of America, Inc. to Respond to Complaint and [Proposed] Order
Case No.: 3:10-cv-5625 SI; MDL 07-01827

1    WHEREAS, Tatung, jointly with other defendants in this action, filed a motion to dismiss the Second Amended Complaint on August 8, 2011;

WHEREAS, the Court entered an order denying defendants' joint motion to dismiss the Second Amended Complaint on September 15, 2011;

WHEREAS, the Court approved a stipulation between Plaintiff and certain defendants, including Tatung, extending those defendants' time to answer the Second Amended Complaint from September 29, 2011 until October 17, 2011;

WHEREAS, Tatung's corporate representative is travelling and is not able to review Tatung's answer by October 17, 2011;

WHEREAS, Plaintiff and Tatung have reached an agreement, pursuant to Civil L.R. 6-2, to extend the time within which Tatung must answer Plaintiff's Second Amended Complaint; and

WHEREAS, this extension will not alter the date of any event or any deadline already fixed by the Court;

THEREFORE, Plaintiff and Tatung, by their respective counsel, stipulate and agree as follows: The time within which Tatung must answer Plaintiff's Second Amended Complaint is extended until October 24, 2011.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: October 17, 2011

By: _____/s/ Rachel S. Brass_____
Rachel S. Brass, SBN 219301
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: (415) 393-8200
Facsimile: (415) 393-8306
*Counsel for Defendant Tatung Company of America, Inc.*

By: _____/s/ Kenneth S. Marks_____
Kenneth S. Marks, *pro hac vice*
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 653-7854
Facsimile: (713) 654-6666

2

Gibson, Dunn & Crutcher LLP

Stipulation of Extension of Time For Tatung Company of America, Inc. to Respond to Complaint and [Proposed] Order
Case No.: 3:10-cv-5625 SI; MDL 07-01827

*Counsel for Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

**Attestation:**  The filer of this document attests that the concurrence of the other signatory thereto has been obtained.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

10/18/11
_____
Date Entered

_____
Honorable Judge Susan Illston

3

Stipulation of Extension of Time For Tatung Company of America, Inc. to Respond to Complaint and [Proposed] Order
Case No.: 3:10-cv-5625 SI; MDL 07-01827

Gibson, Dunn & Crutcher LLP