1  CHRISTOPHER A. NEDEAU (CA SBN 81297)
   CARL L. BLUMENSTEIN (CA SBN 124158)
2  PATRICK J. RICHARD (CA SBN 131046)
   SALEZKA L. AGUIRRE (CA SBN 260956)
3  NOSSAMAN LLP
   50 California Street, 34th Floor
4  San Francisco, CA 94111
   Telephone:  415.398.3600
5  Facsimile:  415.398.2438
6  cnedeau@nossaman.com
   cblumenstein@nossaman.com
7  prichard@nossaman.com
   saguirre@nossaman.com
8
9  Attorneys for defendants AU OPTRONICS CORPORATION
   and AU OPTRONICS CORPORATION AMERICA
10

11              UNITED STATES DISTRICT COURT
12              NORTHERN DISTRICT OF CALIFORNIA
13

14  ALFRED H. SIEGEL, AS TRUSTEE OF THE         CASE NO. 10-cv-5625 SI
15  CIRCUIT CITY STORES, INC. LIQUIDATING
    TRUST,                                       Master File No. 07-md-1827 SI
16
              Plaintiff,                          MDL No. 1827 SI
17
    v.
18
    AU OPTRONICS CORPORATION; AU                 STIPULATION AND [PROPOSED]ORDER
19  OPTRONICS CORPORATION AMERICA,               EXTENDING TIME TO RESPOND TO
    INC; CHI MEI CORPORATION; CHI MEI            SECOND AMENDED COMPLAINT
20  OPTOELECTRONICS CORPORATION; CHI
    MEI OPTOELECTRONICS USA, INC.; CMO
21  JAPAN CO. LTD.; NEXGEN MEDIATECH,
    INC.; NEXGEN MEDIATECH USA, INC.;
22  CHUNGHWA PICTURE TUBES LTD.;
    TATUNG COMPANY OF AMERICA, INC.;
23  EPSON IMAGING DEVICES
    CORPORATION; EPSON ELECTRONICS
24  AMERICA, INC.; HANNSTAR DISPLAY
    CORPORATION; LG DISPLAY CO. LTD.; LG
25  DISPLAY AMERICA, INC.; SAMSUNG
    ELECTRONICS CO., LTD.; SAMSUNG
26  SEMICONDUCTOR, INC.; SAMSUNG
    ELECTRONICS AMERICA, INC.; SHARP
27  CORPORATION; SHARP ELECTRONICS;
    TOSHIBA CORPORATION;
28  TOSHIBA AMERICA ELECTRONICS
    COMPONENTS, INC.;
    TOSHIBA MOBILE DISPLAY CO., LTD.;

TOSHIBA AMERICA INFORMATION
SYSTEMS, INC.; HITACHI, LTD.; HITACHI
DISPLAYS, LTD.; AND HITACHI
ELECTRONIC DEVICES (USA), INC.,

Defendants.

WHEREAS Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust ("Circuit City Trust"), filed a Second Amended Complaint in the above-captioned case against defendants AU Optronics Corporation, AU Optronics Corporation America, Chi Mei Corporation, Chi Mei Optoelectronics Corporation, Chi Mei Optoelectronics USA, Inc., CMO Japan Co. Ltd., Chunghwa Picture Tubes, Ltd., Nexgen Mediatech, Inc., Nexgen Mediatech USA, Inc., Epson Imaging Devices Corporation, Epson Electronics America, Inc., HannStar Display Corporation, LG Display Co. Ltd., LG Display America, Inc., Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., Samsung Electronics America, Inc., Sharp Corporation, Sharp Electronics Corporation, Tatung Company of America, Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba Mobile Display Co., Ltd., Toshiba America Information Systems, Inc., Hitachi, Ltd., Hitachi Displays, Ltd., and Hitachi Electronic Devices (USA), Inc. (collectively "Defendants") on July 7, 2011;

WHEREAS Defendants filed a motion to dismiss Circuit City Trust's Second Amended Complaint on August 8, 2011;

WHEREAS the Court denied Defendants' motion to dismiss the Second Amended Complaint on September 15, 2011;

WHEREAS the Court approved a stipulation between the Circuit City Trust and certain defendants, including AU Optronics Corporation and AU Optronics Corporation America ("AUO"), extending those defendants' time to answer the Second Amended Complaint from September 29, 2011 until October 17, 2011.

WHEREAS AUO requires additional time to respond to Circuit City Trust's Second Amended Complaint;

1    WHEREAS Circuit City Trust and AUO have now agreed, pursuant to Civil L.R. 6-2, that AUO

2  shall have up to and including October 31, 2011 to respond to the Second Amended Complaint, pending

3  approval of the Court;

4    WHEREAS this extension will not alter the date of any other event or any other deadline already

5  fixed by the Court;

6    THEREFORE, Circuit City Trust and AUO hereby agree that AUO shall have up to and

7  including October 31, 2011 to respond to the Second Amended Complaint.

8  IT IS SO STIPULATED

9  Dated:   October 17, 2011                    Respectfully submitted,

10

11

12                                        By:  s/Parker C. Folse, III
                                         Parker C. Folse, III
13                                        Susman Godfrey, L.L.P.
                                         1201 Third Avenue, Suite 3800
14                                        Seattle, WA 98101
                                         Tel:  (206) 516-3860
15                                        Attorneys for Plaintiff ALFRED H. SIEGEL, AS
                                         TRUSTEE OF THE CIRCUIT CITY STORES,
16                                        INC. LIQUIDATING TRUST

17

18                                        By:  s/Christopher A. Nedeau
                                         Christopher A. Nedeau (Bar No. 81297)
19                                        50 California Street, 34th Floor
                                         San Francisco, CA  94111
20                                        Tel:  (415) 398-3600
                                         Fax:  (415) 398-2438
21                                        Attorneys for Defendants
                                         AU OPTRONICS CORPORATION AND AU
22                                        OPTRONICS CORPORATION AMERICA

23    **Attestation:** The filer of this document attests that the concurrence of the other signatory

24  thereto has been obtained.

25                                        PURSUANT TO STIPULATION,
                                         IT IS SO ORDERED:
26

27  _____10/18/11_____ _      _____
28  Date Entered                          Honorable Susan Illston