# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION**

| | |
|---|---|
| State of South Carolina v. LG Display Co. Ltd., et al., ) | |
|     D. South Carolina, C.A. No. 3:11-729 ) | MDL No. 1827 |
| State of South Carolina v. AU Optronics Corp., et al., ) | |
|     D. South Carolina, C.A. No. 3:11-731 ) | |

## ORDER FURTHER POSTPONING DECISION ON TRANSFER

By order filed May 3, 2011, the Panel postponed a decision on transfer of these actions pending the District of South Carolina court's resolution of plaintiff's motions for remand to state court. *See* MDL No. 1827, Order Postponing Decision on Transfer (J.P.M.L. doc. no. 198). That order directed the parties "promptly to notify the Clerk of the Panel when the District of South Carolina court rules on [those] remand motions." *Id*. at 2 n.3.

Plaintiff has now informed the Panel that on September 14, 2011, the Honorable Joseph F. Anderson, Jr., granted the remand motions, but subsequently stayed remand pending a resolution by the United States Court of Appeals for the Fourth Circuit of defendants' appeals of those remand orders. In light of these developments, a further postponement of the Panel's decision on transfer is warranted.

IT IS THEREFORE ORDERED that the Panel's decision on transfer of these actions is further postponed pending the United States Court of Appeals for the Fourth Circuit's resolution of defendants' appeals of the orders granting motions for remand to state court.[1]

FOR THE PANEL:

Jeffrey N. Lüthi
Clerk of the Panel

---

[1] The parties are directed promptly to notify the Clerk of the Panel when these appeals are resolved.