IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION_____/ <br><br>This Order Relates to:<br><br>All Indirect-Purchaser Plaintiff Class Actions<br><br>_____/ | No. M 07-1827 SI<br><br>MDL. No. 1827<br><br>**ORDER DENYING DEFENDANTS' MOTION TO SHORTEN TIME FOR HEARING ON DEFENDANTS' MOTION TO STRIKE DECLARATION OF JOHN METZLER** |

Defendants' motion to shorten time for hearing on defendants' motion to strike the declaration of John Metzler is DENIED. The Court will consider the motion to strike on December 9, 2011, in conjunction with defendants' underlying motion to decertify the indirect-purchaser classes. Docket No. 3931 in 07-1827.

**IT IS SO ORDERED.**

Dated: October 24, 2011

SUSAN ILLSTON
United States District Judge