1  Jeffrey H. Howard (*pro hac vice*)
   Jerome A. Murphy (*pro hac vice*)
2  CROWELL & MORING LLP
   1001 Pennsylvania Avenue, N.W.
3  Washington, D.C. 20004
   Telephone: 202-624-2500
4  Facsimile: 202-628-5116
   Email: jhoward@crowell.com
5         jmurphy@crowell.com

6  Jason C. Murray (CA Bar No. 169806)
   Joshua C. Stokes (CA Bar No. 220214)
7  CROWELL & MORING LLP
   515 South Flower St., 40th Floor
8  Los Angeles, CA 90071
   Telephone: 213-622-4750
9  Facsimile: 213-622-2690
   Email: jmurray@crowell.com
10        jstokes@crowell.com

11 *Counsel for Plaintffs*
   *AT&T Mobility LLC et al.*
12 [Additional counsel listed on signature page]

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                   SAN FRANCISCO DIVISION

16

| 17 | In re TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master Docket No. 07-m-1827 SI |
|---|---|---|
| 18 | | Case No. C 09-4997 SI |
| 19 | This Document Relates To: | **STIPULATION RE EXTENSION OF TIME TO RESPOND TO THIRD AMENDED COMPLAINT, WAIVER OF SERVICE, AND [P~~ROPOSED~~] ORDER** |
| 20 | *AT&T Mobility LLC, et al. v. AU Optronics Corporation, et al.*, C 09-4997 SI | |

CASE NO. C 09-4997 SI

STIPULATION RE EXTENSION OF TIME TO RESPOND TO COMPLAINT

1    Whereas, plaintiffs AT&T Mobility, LLC, AT&T Corp., AT&T Services, Inc., BellSouth
2  Telecommunications, Inc., Pacific Bell Telephone Company, AT&T Operations, Inc., AT&T
3  DataComm, Inc., and Southwestern Bell Telephone Company ("AT&T plaintiffs") filed a third
4  amended complaint ("TAC") in the above-captioned case adding as defendants Samsung SDI Co.
5  Ltd., Samsung SDI America, Inc., and Sanyo Consumer Electronics Co., Ltd. (the "Newly Named
6  Defendants") on September 9, 2011;

7    Whereas, the AT&T plaintiffs wish to avoid the burden and expense of serving process on
8  the Newly Named Defendants;

9    Whereas, the Newly Named Defendants wish to confirm a date certain for their time to
10 respond to the TAC; and

11   Whereas the parties wish to set a briefing schedule if the Newly Named Defendants elect
12 to file motions to dismiss the TAC.

13   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the
14 undersigned counsel, on behalf of their respective clients, the AT&T plaintiffs, on the one hand,
15 and the Newly Named Defendants, on the other hand, as follows:

16   1.    The Newly Named Defendants waive service of the TAC under Federal Rule of
17 Civil Procedure 4(d). This stipulation does not constitute a waiver by the Newly Named
18 Defendants of any other substantive or procedural defense, including but not limited to the
19 defenses of lack of personal or subject matter jurisdiction and improper venue.

20   2.    The deadline for the Newly Named Defendants to move to dismiss, answer, or
21 otherwise respond to the TAC will be November 18, 2011.

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  3. If the Newly Named Defendants file motions to dismiss the TAC, any such
2  motions shall be heard on the following schedule:

>   Oppositions to be filed by:   December 14, 2011
>
>   Replies to be filed by:   December 23, 2011
>
>   Hearing Date:   January 6, 2012

Dated: October 18, 2011

>   _/s/ Nathanial J. Wood_
>
>   Jason C. Murray (CA Bar No. 169806)
>   Joshua C. Stokes (CA Bar No. 220214)
>   Nathanial J. Wood (CA Bar No. 223547)
>   CROWELL & MORING LLP
>   515 South Flower St., 40th Floor
>   Los Angeles, CA 90071
>   Telephone: 213-622-4750
>   Facsimile: 213-622-2690
>   Email: jmurray@crowell.com
>      jstokes@crowell.com
>      nwood@crowell.com
>
>   Jeffrey H. Howard (pro hac vice)
>   Jerome A. Murphy (pro hac vice)
>   CROWELL & MORING LLP
>   1001 Pennsylvania Avenue, N.W.
>   Washington, D.C. 20004
>   Telephone: 202-624-2500
>   Facsimile: 202-628-5116
>   Email: jhoward@crowell.com
>      jmurphy@crowell.com
>
>   Kenneth L. Adams (pro hac vice)
>   R. Bruce Holcomb (pro hac vice)
>   Christopher T. Leonardo (pro hac vice)
>   ADAMS HOLCOMB LLP
>   1875 Eye Street NW
>   Washington, DC 20006
>   Telephone: 202-580-8822
>   Facsimile: 202-580-8821
>   Email: adams@adamsholcomb.com
>      holcomb@adamsholcomb.com
>      leonardo@adamsholcomb.com
>
>   _Counsel for AT&T Mobility, LLC, AT&T Corp., AT&T Services, Inc., BellSouth Telecommunications, Inc., Pacific Bell Telephone Company, AT&T Operations, Inc., AT&T DataComm, Inc., and Southwestern Bell Telephone Company_

1
2  /s/ Eric S. O'Connor
   _____
3  Michael W. Scarborough (SBN 203524)
   Tyler Mark Cunningham (SBN 243694)
4  SHEPPARD MULLIN RICHTER & HAMPTON
   Four Embarcadero Center, 17th Floor
5  San Francisco, California 94111
   Telephone: (415) 434-9100
6  Facsimile: (415) 434-3947
   nscarborough@sheppardmullin.com
7  tcunningham@sheppardmullin.com

8  Eric S. O'Connor (SBN 223244)
9  SHEPPARD MULLIN RICHTER & HAMPTON
   30 Rockefeller Plaza
10 New York, New York 10112-0015
   Telephone: 212-653-8700
11 Facsimile: 212-653-8701
   eoconnor@sheppardmullin.com
12
13 *Counsel for Defendants Samsung SDI America, Inc. and Samsung SDI Co., Ltd.*

14

15
         /s/ Allison A. Davis
16 _____
   Allison A. Davis (SBN 139203)
17 DAVIS WRIGHT TREMAINE LLP
   505 Montgomery Street, Suite 800
18 San Francisco, California 94111
   Telephone: (415) 276-6500
19 Facsimile: (415) 276-4880
   allisondavis@dwt.com
20
21 Nick S. Verwolf (admitted *pro hac vice*)
   DAVIS WRIGHT TREMAINE LLP
22 777 108th Avenue, N.E.
   Bellevue, WA 98004-5149
23 Telephone: (425) 646-6125
   Facsimile: (425) 646-6199
24 nickverwolf@dwt.com

25
   *Counsel for Defendant Sanyo Consumer Electronics
26 Co., Ltd.*

27
28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-3- CASE NO. C 09-4997 SI

STIPULATION RE EXTENSION OF TIME TO RESPOND TO COMPLAINT

1   **Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the**
2   **filing of this document has been obtained from Eric S. O'Connor and Allison A. Davis.**
3
4   **IT IS SO ORDERED.**
5
6   Dated: ____10/24_____, 2011
7
8   _____
    Susan Illston, United States District Judge
9
10
11
12  DCACTIVE-16334106.1