1    Jeffrey H. Howard (*pro hac vice*)
     Jerome A. Murphy (*pro hac vice*)
2    CROWELL & MORING LLP
     1001 Pennsylvania Avenue, N.W.
3    Washington, D.C. 20004
     Telephone: 202-624-2500
4    Facsimile: 202-628-5116
     Email: jhoward@crowell.com
5          jmurphy@crowell.com

6    Jason C. Murray (CA Bar No. 169806)
     Joshua C. Stokes (CA Bar No. 220214)
7    CROWELL & MORING LLP
     515 South Flower St., 40th Floor
8    Los Angeles, CA 90071
     Telephone: 213-622-4750
9    Facsimile: 213-622-2690
     Email: jmurray@crowell.com
10          jstokes@crowell.com

11   *Counsel for Plaintiffs Target Corporation; Sears, Roebuck and Co.; Kmart Corporation; Old Comp Inc.; Good Guys, Inc.; RadioShack Corporation; and Newegg Inc.*
13   [Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Target Corporation, et al. v. AU Optronics Corporation, et al., Case No. CV:10-4945 SI* | Master Docket No. 07-m-1827 SI<br>Case No. CV:10-4945 SI<br><br>**STIPULATION RE EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT, WAIVER OF SERVICE, AND [~~PROPOSED~~] ORDER** |

1    Whereas, plaintiffs Target Corporation; Sears, Roebuck and Co.; Kmart Corporation; Old

2 Comp Inc.; Good Guys, Inc.; RadioShack Corporation; and Newegg Inc. ("Plaintiffs") filed a

3 second amended complaint ("SAC") in the above-captioned case adding as defendants Philips

4 Electronics North America Corporation, Samsung SDI Co. Ltd., Samsung SDI America, Inc., and

5 Sanyo Consumer Electronics Co., Ltd. (the "Newly Named Defendants") on September 9, 2011;

6    Whereas, Plaintiffs wish to avoid the burden and expense of serving process on the Newly

7 Named Defendants;

8    Whereas, the Newly Named Defendants wish to confirm a date certain for their time to

9 respond to the SAC; and

10    Whereas the parties wish to set a briefing schedule if the Newly Named Defendants elect

11 to file motions to dismiss the SAC.

12    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the

13 undersigned counsel, on behalf of their respective clients, Plaintiffs, on the one hand, and the

14 Newly Named Defendants, on the other hand, as follows:

15    1.    The Newly Named Defendants waive service of the SAC under Federal Rule of

16 Civil Procedure 4(d).  This stipulation does not constitute a waiver by the Newly Named

17 Defendants of any other substantive or procedural defense, including but not limited to the

18 defenses of lack of personal or subject matter jurisdiction and improper venue.

19    2.    The deadline for the Newly Named Defendants to move to dismiss, answer, or

20 otherwise respond to the SAC will be November 18, 2011.

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

3. If the Newly Named Defendants file motions to dismiss the SAC, any such motions shall be heard on the following schedule:

      Oppositions to be filed by:    December 14, 2011

      Replies to be filed by:    December 23, 2011

      Hearing Date:    January 6, 2012

Dated: October 18, 2011

        /s/ Nathanial J. Wood

Jason C. Murray (CA Bar No. 169806)
Joshua C. Stokes (CA Bar No. 220214)
Nathanial J. Wood (CA Bar No. 223547)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-622-4750
Facsimile: 213-622-2690
Email: jmurray@crowell.com
      jstokes@crowell.com
      nwood@crowell.com

Jeffrey H. Howard (pro hac vice)
Jerome A. Murphy (pro hac vice)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
Email: jhoward@crowell.com
      jmurphy@crowell.com

Kenneth L. Adams (pro hac vice)
R. Bruce Holcomb (pro hac vice)
Christopher T. Leonardo (pro hac vice)
ADAMS HOLCOMB LLP
1875 Eye Street NW
Washington, DC 20006
Telephone: 202-580-8822
Facsimile: 202-580-8821
Email: adams@adamsholcomb.com
      holcomb@adamsholcomb.com
      leonardo@adamsholcomb.com

*Counsel for Plaintiffs Target Corporation; Sears, Roebuck and Co.; Kmart Corporation; Old Comp Inc.; Good Guys, Inc.; RadioShack Corporation; and Newegg Inc.*

1
2                           */s/ Eric S. O'Connor*

3   Michael W. Scarborough (SBN 203524)
    Tyler Mark Cunningham (SBN 243694)
4   SHEPPARD MULLIN RICHTER & HAMPTON
    Four Embarcadero Center, 17th Floor
5   San Francisco, California 94111
    Telephone: (415) 434-9100
6   Facsimile: (415) 434-3947
    nscarborough@sheppardmullin.com
7   tcunningham@sheppardmullin.com

8   Eric S. O'Connor (SBN 223244)
    SHEPPARD MULLIN RICHTER & HAMPTON
9   30 Rockefeller Plaza
    New York, New York 10112-0015
10  Telephone: 212-653-8700
    Facsimile: 212-653-8701
11  eoconnor@sheppardmullin.com

12
    *Counsel for Defendants Samsung SDI America, Inc.*
13  *and Samsung SDI Co., Ltd.*

14

15                          */s/ Brendan P. Cullen*

16  Brendan P. Cullen (SBN 194057)
    SULLIVAN & CROMWELL LLP
17  1870 Embarcadero Road
    Palo Alto, California 94303
18  Telephone:    (650) 461-5600
    Facsimile:    (650) 461-5700
19  cullenb@sullcrom.com

20  Garrard R. Beeney (NY Reg. No. 1656172)
    SULLIVAN & CROMWELL LLP
21  125 Broad Street
    New York, New York 10004-2498
22  Telephone:    (212) 558-4000
    Facsimile:    (212) 558-3588
23  beeneyg@sullcrom.com

24  *Counsel for Defendant Philips Electronics North*
    *America Corporation*
25

26

27

28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-3-    CASE NO. CV:10-4945 SI

STIPULATION RE EXTENSION OF TIME TO RESPOND TO COMPLAINT

|   |   |
|---|---|
| 1 | |
| 2 | */s/ Allison A. Davis* |
| 3 | Allison A. Davis (SBN 139203) |
| 4 | DAVIS WRIGHT TREMAINE LLP<br>505 Montgomery Street, Suite 800 |
| 5 | San Francisco, California 94111<br>Telephone: (415) 276-6500 |
| 6 | Facsimile: (415) 276-4880<br>allisondavis@dwt.com |

Allison A. Davis (SBN 139203)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-4880
allisondavis@dwt.com

Nick S. Verwolf (admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
777 108th Avenue, N.E.
Bellevue, WA 98004-5149
Telephone: (425) 646-6125
Facsimile: (425) 646-6199
nickverwolf@dwt.com

*Counsel for Defendant Sanyo Consumer Electronics Co., Ltd.*

**Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from Eric S. O'Connor, Brendan P. Cullen and Allison A. Davis.**

**IT IS SO ORDERED.**

Dated: ____10/24_____, 2011

_____
Susan Illston, United States District Judge

DCACTIVE-16334353.1