1  William A. Isaacson (admitted *pro hac vice*)
   BOIES, SCHILLER & FLEXNER LLP
2  5301 Wisconsin Ave. NW, Suite 800
   Washington, D.C.  20015
3  Telephone:  (202) 237-2727
   Facsimile:   (202) 237-6131
4  Email:  wisaacson@bsfllp.com

5  Philip J. Iovieno (admitted *pro hac vice*)
   Anne M. Nardacci (admitted *pro hac vice*)
6  Christopher V. Fenlon (admitted *pro hac vice)*
   BOIES, SCHILLER & FLEXNER LLP
7  10 North Pearl Street, 4th Floor
   Albany, NY  12207
8  Telephone:  (518) 434-0600
   Facsimile:   (518) 434-0665
9  Email: piovieno@bsfllp.com
           anardacci@bsfllp.com
10          cfenlon@bsfllp.com

11  Counsel for Plaintiffs
    P.C. RICHARD & SON LONG ISLAND CORPORATION,
12  MARTA COOPERATIVE OF AMERICA, INC., and
    ABC APPLIANCE, INC.

13
                    **UNITED STATES DISTRICT COURT**
14                 **NORTHERN DISTRICT OF CALIFORNIA**
                       **SAN FRANCISCO DIVISION**
15

16  In re: TFT-LCD (FLAT PANEL)          | Case No. 3:11-cv-04119-SI (N.D. Cal.)
    ANTITRUST LITIGATION
17                                        | Master File No. 3:07-md-01827-SI (N.D. Cal.)
    This Document Relates To Individual Case No.
18  3:11-cv-04119-SI (N.D. Cal.)          | MDL No. 1827

19  P.C. RICHARD & SON LONG ISLAND        | **STIPULATION AND [PROPOSED]**
    CORPORATION;                          | **ORDER WITHDRAWING JOINT**
20  MARTA COOPERATIVE OF AMERICA,         | **MOTION TO DISMISS, NEC'S MOTION**
    INC; and                              | **TO DISMISS, SANYO'S MOTION TO**
21  ABC APPLIANCE, INC.,                  | **DISMISS, AND EXTENDING TIME TO**
                                          | **RESPOND TO AMENDED COMPLAINT**
22            Plaintiffs,

23        vs.

24  AU OPTRONICS CORPORATION, et al.,

25            Defendants.

26

27

28

STIPULATION AND [PROPOSED] ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiffs, P.C. Richard & Son Long Island Corporation, MARTA Cooperative of America, Inc., and ABC Appliance, Inc. ("Plaintiffs"), and Defendants, through the undersigned counsel, request that the Court enter the following order to withdraw (1) Defendants' Joint Motion to Dismiss Plaintiffs' complaint, (2) Defendants NEC Corporation, NEC Corporation of America, NEC Display Solutions of America, Inc., NEC Electronics America, Inc., and NEC LCD Technologies, Ltd.'s ("NEC") Motion to Dismiss Plaintiffs' complaint, and (3) Defendant Sanyo Consumer Electronics, Co., Ltd.'s ("Sanyo CE") Motion to Dismiss, and extend Defendants' time to respond to the amended complaint that Plaintiffs will file on or before November 1, 2011.

WHEREAS, on October 4, 2011, Plaintiffs and Defendant Mitsui & Co. (Taiwan), Ltd. ("Mitsui Taiwan") entered into a stipulation giving Mitsui Taiwan until December 1, 2011 to answer, move, or otherwise respond to Plaintiffs' complaint.

WHEREAS, on October 6, 2011, certain Defendants filed a joint motion to dismiss Plaintiffs' complaint in this action (MDL Dkt. No. 3848), and Defendants NEC and Sanyo CE filed separate motions to dismiss Plaintiffs' complaint (MDL Dkt. Nos. 3851 and 3854, respectively) (the "Motions");

WHEREAS the hearing on the Motions is scheduled for November 18, 2011;

WHEREAS Plaintiffs, although they oppose the Motions, will exercise their right under Federal Rule of Civil Procedure 15(a) to file a First Amended Complaint in lieu of filing an opposition to the Motions;

WHEREAS the parties agree that the briefing dates and hearing associated with the Motions should be withdrawn and that Plaintiffs will file their First Amended Complaint after the existing deadline to file their oppositions to the Motions;

WHEREAS the parties further agree that Plaintiffs may have until November 1, 2011 to file a First Amended Complaint and all Defendants may have until December 5, 2011 to respond to the First Amended Complaint, that Plaintiffs may have until December 23, 2011 to oppose or otherwise respond to Defendants' response, and that Defendants may have until January 9, 2012 to reply to such opposition;

1
2
  WHEREAS the parties further agree that the hearing on any responses made by Defendants may be noticed for January 20, 2012;

3
4
  WHEREAS the parties further agree that, in the alternative, the Defendants may have 60 days from the date the First Amended Complaint is filed to answer said complaint;

5
6
  THEREFORE, Plaintiffs, by their counsel, and Defendants, by the undersigned counsel, stipulate and agree as follows:

7
8
  1.  The Motions shall be withdrawn and the briefing schedule and hearing date stricken.

9
10
  2.  Plaintiffs shall file a First Amended Complaint on or before November 1, 2011.

11
  3.  All Defendants shall respond to the First Amended Complaint by December 5, 2011.

12
13
  4.  Plaintiffs shall oppose or otherwise respond to Defendants' filings by December 23, 2011.

14
  5.  Defendants shall submit any replies by January 9, 2012.

15
16
  6.  The hearing on any responses made by Defendants shall be noticed for January 20, 2012.

17
18
  7.  In the alternative, all Defendants shall have 60 days from the date the First Amended Complaint is filed to answer said Complaint.

19
  **IT IS SO STIPULATED.**

20
21
22
23
24
25
26
27
28

1

2   DATED:  October 20, 2011

_____/s/ William A. Isaacson_____
William A. Isaacson (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800

3   Washington, D.C.  20015
Telephone:  (202) 237-2727

4   Facsimile:   (202) 237-6131
Email:  wisaacson@bsfllp.com

5

6   Philip J. Iovieno (admitted *pro hac vice*)
Anne M. Nardacci (admitted *pro hac vice*)

7   Christopher V. Fenlon (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP

8   10 North Pearl Street, 4th Floor
Albany, NY  12207

9   Telephone:  (518) 434-0600
Facsimile:   (518) 434-0665

10   Email: piovieno@bsfllp.com
          anardacci@bsfllp.com

11          cfenlon@bsfllp.com

12   *Counsel for Plaintiffs P.C. Richard & Son, LLC, MARTA*
*Cooperative of America, Inc., and ABC Appliance, Inc.*

13   _____/s/ Christopher A. Nedeau_____
Carl L. Blumenstein (CA Bar No. 124158)

14   Christopher A. Nedeau (CA Bar No. 81297)
NOSSAMAN LLP

15   50 California Street, 34th Floor
San Francisco, California  94111-4799

16   Telephone:  (415) 398-3600
Facsimile:   (415) 398-2438

17   Email: cnedeau@nossaman.com
          cblumenstein@nossaman.com

18

19   *Counsel for Defendants AU Optronics Corporation and*
*AU Optronics Corporation America*

20

21

22

23

24

25

26

27

28

1

/s/ Neal A. Potischman

Christopher B. Hockett (SBN 121539)

2

Neal A. Potischman (SBN 254862)

Sandra West (SBN 250389)

3

Samantha H. Knox (SBN 254427)

Micah G. Block (SBN 270712)

4

DAVIS POLK & WARDWELL LLP

5

1600 El Camino Real

Menlo Park, California  94025

6

Telephone:  (650) 752-2000

Facsimile:   (650) 752-2111

7

Email: chris.hockett@davispolk.com

8

neal.potischman@davispolk.com

sandra.west@davispolk.com

9

samantha.knox@davispolk.com

micah.block@davispolk.com

10

11

Jonathan D. Martin (admitted pro hac vice)

DAVIS POLK & WARDWELL LLP

12

450 Lexington Avenue

New York, New York 10017

13

Telephone:  (212) 450-4000

Facsimile:   (212) 701-5800

14

Email: jonathan.martin@davispolk.com

15

*Counsel for Defendants Chimei Innolux Corporation*

16

*(f/k/a Chi Mei Optoelectronics Corp.), Chi Mei*

*Optoelectronics USA, Inc., and CMO Japan Co., Ltd.*

17

18

19

20

/s/ Stephen P. Freccero

Melvin R. Goldman (CA Bar No. 34097)

21

Stephen P. Freccero (CA Bar No. 131093)

Derek F. Foran (CA Bar No. 224569)

22

MORRISON & FOERSTER LLP

425 Market Street

23

San Francisco, CA 94105-2482

Telephone:  (415) 268-7000

24

Facsimile:   (415) 268-7522

Email: mgoldman@mofo.com

25

sfreccero@mofo.com

dforan@mofo.com

26

*Counsel for Defendants Epson Electronics America, Inc.*

27

*and Epson Imaging Devices Corporation*

28

1

/s/ Ramona M. Emerson

2

Hugh F. Bangasser (*pro hac vice*)
Ramona M. Emerson (*pro hac vice*)

3

K&L GATES LLP
925 Fourth Avenue, Suite 2900

4

Seattle, WA 98104
Telephone:  (206) 623-7580

5

Facsimile:  (206) 370-6371
Email: hugh.bangasser@klgates.com

6

          ramona.emerson@klgates.com

7

Jeffrey L. Bornstein, (CA State Bar No. 99358)

8

K&L GATES LLP
Four Embarcadero Center, Suite 1200

9

San Francisco, CA  94111
Telephone:  (415) 249-1059

10

Facsimile:   (415) 882-8220
Email:  jeffrey.bornstein@klgates.com

11

*Counsel for Defendant HannStar Display Corporation*

12

13

/s/ Kent M. Roger

Kent M. Roger (CA Bar No. 95987)

14

Michelle Kim-Szrom (CA Bar No. 252901)
Jennifer L. Calvert (CA Bar No. 258018)

15

MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower

16

San Francisco, CA 94105-1126
Telephone:  (415) 442-1000

17

Facsimile:   (415) 442-1001
Email: kroger@morganlewis.com

18

          mkim-szrom@morganlewis.com
          jennifer.calvert@morganlewis.com

19

20

*Counsel for Defendants Hitachi, Ltd., Hitachi Displays,*
*Ltd. and Hitachi Electronic Devices (USA), Inc.*

21

22

23

24

25

26

27

28

1

                                        /s/ Kevin C. McCann
Holly House (SBN 136045)
2    Kevin McCann (SBN 120874)
Sean Unger (SBN 231694)
3    PAUL HASTINGS LLP
55 Second Street
4    Twenty-Fourth Floor
San Francisco, CA 94105-3441
5    Email: hollyhouse@paulhastings.com
           kevinmccann@paulhastings.com
6            seanunger@paulhastings.com

7    Michael R. Lazerwitz (*pro hac vice*)
Lee F. Berger (SBN 222756)
8    Jeremy J. Calsyn (SBN 205062)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
9    One Liberty Plaza
New York, NY 10006
10   Telephone:  (212) 225-2000
Facsimile:   (212) 225-3999
11   Email: mlazerwitz@cgsh.com
           lberger@cgsh.com
12           jcalsyn@cgsh.com

13   *Counsel for Defendants LG Display Co. Ltd.*
*and LG Display America, Inc.*
14

15                                      /s/ Michael E. Mumford
Paul P. Eyre
16   Ernest E. Vargo
Michael E. Mumford
17   BAKER & HOSTETLER LLP
1900 East 9th Street, Suite 3200
18   Cleveland, OH 44114
Telephone:  (216) 621-0200
19   Facsimile:   (216) 696-0740
Email: peyre@bakerlaw.com
20           evargo@bakerlaw.com
           mmumford@bakerlaw.com
21
*Counsel for Defendants Mitsui and Co. (Taiwan), Ltd.,*
22   *and Mitsui & Co. (U.S.A.), Inc.*

23

24

25

26

27

28

1

                     /s/ George Niespolo

2

George Niespolo (SBN 72107)
Stephen Holbrook Sutro (SBN 172168)
DUANE MORRIS LLP

3

One Market Plaza, Spear Tower
Suite 2000

4

San Francisco, CA 94105
Telephone: (415) 957-3000

5

Facsimile:   (415) 957-3001
Email: gdniespolo@duanemorris.com

6

           shsutro@duanemorris.com

7

*Counsel for  NEC Corporation of America, NEC Display*

8

*Solutions of America, Inc., and NEC Electronics America,*
*Inc.*

9

                   /s/ Robert D. Wick

10

Robert D. Wick (*pro hac vice*)
Derek Ludwin (*pro hac vice*)

11

Neil K. Roman (*pro hac vice*)
COVINGTON & BURLING LLP

12

1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

13

Telephone:  (202) 662-6000
Facsimile:   (202) 662-6291

14

Email: dludwin@cov.com
          rwick@cov.com

15

          jdavidson@cov.com

16

*Counsel for Defendants Samsung*
*Semiconductor, Inc., Samsung Electronics*

17

*Co., Ltd., and Samsung Electronics America, Inc.*

18

                   /s/ Allison A. Davis

19

Allison A. Davis (CA Bar No. 139203)
DAVIS WRIGHT TREMAINE LLP

20

505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533

21

Telephone:  (415) 276-6500
Facsimile:   (415) 276-6599

22

Email: allisondavis@dwt.com

23

Nick S. Verwolf (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP

24

777 – 108th Ave. N.E., Suite 2300
Bellevue, WA  98004

25

Telephone:  (425) 646-6125
Facsimile:   (425) 646-6199

26

Email: nickverwolf@dwt.com

27

*Counsel for Defendant Sanyo Consumer Electronics Co., Ltd.*

28

Case3:07-md-01827-SI Document4006 Filed10/25/11 Page9 of 10

1

                      /s/ Jacob R. Sorensen

2
John M. Grenfell (CA Bar No. 88500)
Jacob R. Sorensen (CA Bar No. 209134)

3
PILLSBURY WINTHROP SHAW PITTMAN LLP
50 Fremont Street

4
San Francisco, CA 94105
Telephone:  (415) 983-1000

5
Facsimile:  (415) 983-1200
Email: john.grenfell@pillsburylaw.com

6
          jake.sorensen@pillsburylaw.com

7
*Counsel for Defendants Sharp Corporation and Sharp Electronics Corporation*

8

                    /s/ Rachel S. Brass

9
Joel S. Sanders
Rachel S. Brass

10
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000

11
San Francisco, CA 94105-2933
Telephone:  (415) 393-8200

12
Facsimile:  (415) 393-8306
Email: jsanders@gibsondunn.com

13
          rbrass@gibsondunn.com

14
*Counsel for Defendant Tatung Company of America, Inc.*

15
                    /s/ John H. Chung

16
John H. Chung (*pro hac vice*)
WHITE & CASE LLP

17
1155 Avenue of the Americas
New York, NY 10036-2787

18
Telephone:  (212) 819-8200
Facsimile:  (212) 354-8113

19
Email: jchung@whitecase.com

20
Christopher M. Curran (*pro hac vice*)
Kristen J. McAhren (*pro hac vice*)

21
WHITE & CASE LLP
701 Thirteenth Street, NW

22
Washington, DC 20005-3807
Telephone:  (202) 626-3600

23
Facsimile:  (202) 639-9355
Email: ccurran@whitecase.com

24
          kmcahren@whitecase.com

25
*Counsel for Defendants Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., and Toshiba Mobile Display Co., Ltd.*

26

27

28

STIPULATION AND [PROPOSED] ORDER        - 8 -

Case No. 3:11-cv-04119-SI
Master File No. 3:07-md-01827-SI

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from stipulating defendants.

**IT IS SO ORDERED.**

Dated: _____10/24_____, 2011

_____
Susan Illston, United States District Judge