PILLSBURY WINTHROP SHAW PITTMAN LLP
JOHN M. GRENFELL (CA Bar No. 88500)
john.grenfell@pillsburylaw.com
JACOB R. SORENSEN (CA Bar No. 209134)
jake.sorensen@pillsburylaw.com
FUSAE NARA (*pro hac vice*)
fusae.nara@pillsburylaw.com
ANDREW D. LANPHERE  (CA Bar No. 191479)
andrew.lanphere@pillsburylaw.com
50 Fremont Street
San Francisco, CA  94105
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

Attorneys for Defendants
SHARP CORPORATION and
SHARP ELECTRONICS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827 SI<br>MDL No. 1827 |
| This Document Relates To:<br><br>Case No. 3:11-cv-711 SI<br><br>STATE OF NEW YORK, by and through, ERIC T. SCHNEIDERMAN, Attorney General,<br><br>Plaintiff,<br><br>v.<br><br>AU Optronics Corporation, *et al.*,<br><br>Defendants. | **STIPULATION AND [PROPOSED] ORDER EXTENDING SHARP'S TIME TO ANSWER AMENDED COMPLAINT** |

500928709v1

STIPULATION EXTENDING TIME TO ANSWER
AMENDED COMPLAINT AND [PROPOSED] ORDER
Master File No. 3:07-md-1827 SI, MDL No. 1827

1    WHEREAS plaintiff State of New York filed an Amended Complaint in the above-
2 captioned case against Defendants AU Optronics Corporation, AU Optronics Corporation
3 America, Inc., Chi Mei Optoelectronics Corporation, Chi Mei Optoelectronics USA, Inc.,
4 CMO Japan Co., Ltd., Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices
5 (USA), Inc., LG Display Co., Ltd., LG Display America, Inc., Samsung Electronics Co.,
6 Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., Sharp
7 Corporation, Sharp Electronics Corporation, Toshiba Corporation, Toshiba Matsushita
8 Display Technology Co., Ltd., Toshiba America Information Systems, Inc., and Toshiba
9 America Electronic Components, Inc. on March 15, 2011, Dkt. no. 2556;
10    WHEREAS the Court granted in part and denied in part defendants' motion to
11 dismiss the Amended Complaint on August 9, 2011;
12    WHEREAS Sharp Corporation and Sharp Electronics Corporation (together,
13 "Sharp") desire a reasonable amount of time to answer the Amended Complaint;
14    WHEREAS the Court previously entered Orders extending the time to answer the
15 Amended Complaint on August 25, 2011, as stipulated by Plaintiff and Sharp and on
16 September 13, 2011, as stipulated by Plaintiff and Sharp; and
17    WHEREAS the requested time modification will not affect any other deadline in
18 this case.
19    THEREFORE, the State of New York and Sharp hereby agree that Sharp's deadline
20 to answer to the Amended Complaint shall be November 28, 2011.
21   Dated: October 25, 2011
22
23
24
25
26
27
28

- 1 -

500928709v1

STIPULATION EXTENDING TIME TO ANSWER
AMENDED COMPLAINT AND [PROPOSED] ORDER
Master File No. 3:07-md-1827 SI, MDL No. 1827

| | |
|---|---|
| 1 | ERIC T. SCHNEIDERMAN |
| | Attorney General of the State of New York |
| 2 | |
| | By: /s/ Richard L. Schwartz |
| 3 | Richard L. Schwartz |
| | Acting Bureau Chief, Antitrust Bureau |
| 4 | Amy McFarlane |
| | Assistant Attorney General |
| 5 | Attorneys for Plaintiff |
| | 120 Broadway, 26th Floor |
| 6 | New York, New York 10271 |
| | (212) 416-8282 (Phone) |
| 7 | (212) 416-6015 (Facsimile) |
| | Richard.Schwartz@ag.ny.gov |
| 8 | |
| | Attorneys for Plaintiff State of New York |
| 9 | |
| | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 10 | JOHN M. GRENFELL |
| | JACOB R. SORENSEN |
| 11 | FUSAE NARA |
| | ANDREW D. LANPHERE |
| 12 | 50 Fremont Street |
| | San Francisco, CA  94105 |
| 13 | |
| 14 | |
| | By: /s/ John M. Grenfell |
| 15 | John M. Grenfell |
| 16 | |
| | Attorneys for Defendants SHARP CORPORATION |
| 17 | and SHARP ELECTRONICS CORPORATION |

18  **ATTESTATION**: Pursuant to General Order 45, Part X-B, the filer attests that the
19  concurrence of the other signatory hereto has been obtained.
20
21      IT IS SO ORDERED.
22
         Dated:   10/25/11                         _____
23                                                  Honorable Susan Illston
24
25
26
27
28

- 2 -

500928709v1

STIPULATION EXTENDING TIME TO ANSWER
AMENDED COMPLAINT AND [PROPOSED] ORDER
Master File No. 3:07-md-1827 SI, MDL No. 1827