Richard L. Schwartz (NY Bar No. 1821081)*
OFFICE OF THE ATTORNEY GENERAL
STATE OF NEW YORK
120 Broadway, 26th Floor
New York, New York 10271
Telephone: 212-416-8282 (Richard L. Schwartz)
Facsimile:  212-416-6015
Email: Richard.Schwartz@ag.ny.gov

Counsel for Plaintiff State of New York

*Automatic Pro Hac Vice Admission
Pursuant to Pretrial Order No. 1,
Dated July 3, 2007 (Waiving Civil L.R. 11-3)

**[Additional moving parties and counsel
listed on signature pages]**

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates to<br>Case Nos. 3:07-MD-1827 and 3:11-CV-711<br>_____<br><br>STATE OF NEW YORK<br>by and through ERIC T. SCHNEIDERMAN,<br>Attorney General<br><br>     Plaintiff,<br><br>     v.<br><br>AU OPTRONICS CORPORATION, et al.,<br><br>     Defendants. | MASTER FILE NO. 07-md-1827-SI<br>MDL File No. 1827<br><br>CASE NO. 3:11-CV-711-SI<br><br>**STIPULATION AND [P~~ROPOSED~~]<br>ORDER MODIFYING PRETRIAL<br>SCHEDULE**<br><br>Judge Susan Y. Illston |

Plaintiff State of New York and Defendants party to the above-captioned action (collectively, "Parties") hereby stipulate as follows:

**STIPULATION**

WHEREAS the Parties have conferred regarding the schedule set in the Court's Order re: Pretrial and Trial Schedule (Dkt. 2165) and modified by stipulation on June 2, 2011 (Dkt. 3110) (the "July 12 Stipulation");

WHEREAS the Parties agree to the extension of dates set in the Pretrial and Trial Schedule in order to allow sufficient time for discovery and related work;

NOW, THEREFORE, the Parties, through their undersigned respective counsel, stipulate and agree as follows:

That the pretrial dates set forth in the Pretrial and Trial Schedule, as modified by the July 12 Stipulation, are hereby amended solely as to *State of New York v. AU Optronics Corporation, et al.*, Case No. 11-cv-0711;

That *State of New York v. AU Optronics Corporation, et al.*, Case No. 11-cv-0711, shall be considered as filed after December 1, 2010 solely for the purposes of the Pretrial and Trial Schedule, as modified by the July 12 Stipulation, and for no other purpose;

That the Parties shall meet and confer no later than December 31, 2011 to agree on a modified pretrial schedule;

That service of opening expert reports in *State of New York v. AU Optronics Corporation, et al.*, Case No. 11-cv-0711, will in no event be required earlier than four months after entry of the modified pretrial schedule; and

1

That service of opposition expert reports in *State of New York v. AU Optronics*

2

*Corporation, et al.*, Case No. 11-cv-0711, will in no event be required earlier than three months

3

after service of opening expert reports.

4

5

6 Dated: October 24, 2011          Respectfully submitted,

7                                  ERIC T. SCHNEIDERMAN
                                   Attorney General of the State of New York
8

9                                  BY: _____/s/_____
                                   Richard L. Schwartz
10                                 Acting Bureau Chief, Antitrust Bureau
                                   120 Broadway, 26th Floor
11                                 New York, New York 10271
                                   (212) 416-8282 (voice)
12                                 (212) 416-6195 (fax)
                                   Richard.Schwartz@ag.ny.gov
13

14                                 *Counsel for Plaintiff State of New York*

15                                 *Automatic Pro Hac Vice Admission Pursuant to Pretrial
                                   Order No. 1, Dated July 3, 2007 (Waiving Civil L.R. 11-3)
16

17

18 Dated: October 24, 2011         BY: _____/s/_____
                                   Michael R. Lazerwitz (PRO HAC VICE)
19                                 Jeremy J. Calsyn (State Bar No. 205062)
                                   Lee F. Berger (State Bar No. 222756)
20                                 CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                   One Liberty Plaza
21                                 New York, NY 10006
                                   (212) 225-2000 (Phone)
22                                 (212) 225-3999 (Facsimile)
                                   mlazerwitz@cgsh.com
23

24                                 *Attorneys for Defendants LG Display Co., Ltd. and LG
                                   Display America, Inc.*
25

26

27

28

Dated: October 24, 2011            BY:  _____/s/_____
                                   Christopher A. Nedeau
                                   Carl L. Blumenstein
                                   Allison Dibley
                                   NOSSAMAN LLP
                                   50 California Street, 34th Floor
                                   San Francisco, CA  94111
                                   (415) 438-7274 (telephone)

                                   *Attorneys for Defendants AU Optronics Corporation and AU Optronics Corporation America, Inc.*

Dated: October 24, 2011            BY:  _____/s/_____
                                   Sandra West (SBN 250389)
                                   Christopher B. Hockett (SBN 121539)
                                   Neal A. Potischman (SBN 254862)
                                   DAVIS POLK & WARDWELL LLP
                                   1600 El Camino Real
                                   Menlo Park, CA  94025
                                   (650) 752-2000 / (650) 752-2111
                                   chris.hockett@davispolk.com
                                   neal.potischman@davispolk.com
                                   sandra.west@davispolk.com

                                   *Attorneys for Defendants Chimei Innolux Corporation (f/k/a/ Chi Mei Optoelectronics Corp.), Chi Mei Optoelectronics USA, Inc., and CMO Japan Co., Ltd.*

Dated: October 24, 2011            BY:  _____/s/_____
                                   Kent M. Roger (SBN 95987)
                                   MORGAN LEWIS & BOCKIUS LLP
                                   One Market, Spear Street Tower
                                   San Francisco, CA 94105
                                   Telephone: (415) 442-1001
                                   Facsimile: (415) 442-1001

                                   *Attorney for Defendants Hitachi Ltd., Hitachi Displays Ltd., and Hitachi Electronic Devices (USA), Inc.*

1    Dated: October 24, 2011          BY: _____/s/_____

2                                     Robert D. Wick (*pro hac vice*)
3                                     Derek Ludwin (*pro hac vice*)
                                      Neil K. Roman (*pro hac vice*)
4                                     COVINGTON & BURLING LLP
                                      1201 Pennsylvania Avenue, N.W.
5                                     Washington, D.C. 20004
                                      (202) 662-6000 (telephone)
6                                     (202) 662-6291 (facsimile)
7                                     *rwick@cov.com*
                                      *dludwin@cov.com*
8                                     *nroman@cov.com*

9                                     *Attorneys for Defendants Samsung Electronics Co., Ltd.,*
10                                    *Samsung Electronics America, Inc., and Samsung*
                                      *Semiconductor, Inc.*
11

12   Dated: October 24, 2011          BY: _____/s/_____
13                                    John M. Grenfell
                                      Jacob R. Sorensen
14                                    Fusae Nara
                                      Andrew D. Lanphere
15                                    PILLSBURY WINTHROP SHAW PITTMAN LLP
                                      50 Fremont Street
16                                    San Francisco, CA  94105
17
                                      *Attorneys for Defendants Sharp Corporation and Sharp*
18                                    *Electronics Corp.*

19

20

21

22

23

24

25

26

27

28

Dated: October 24, 2011           BY: _____/s/_____
                                   John H. Chung (*pro hac vice*)
                                   WHITE & CASE LLP
                                   1155 Avenue of the Americas
                                   New York, NY  10036-2787
                                   (212) 819-8200 (Phone)
                                   (212) 354-8113 (Facsimile)
                                   *jchung@whitecase.com*

                                   Christopher M. Curran (*pro hac vice*)
                                   Kristen J. McAhren (*pro hac vice*)
                                   WHITE & CASE LLP
                                   701 Thirteenth Street, NW
                                   Washington, DC 20005-3807
                                   (202) 626-3600 (Phone)
                                   (202) 639-9355 (Facsimile)
                                   *ccurran@whitecase.com*
                                   *kmcahren@whitecase.com*

                                   *Attorneys for Defendants Toshiba Corporation, Toshiba*
                                   *Mobile Display Co., Ltd., Toshiba America Electronic*
                                   *Components, Inc., and Toshiba America Information*
                                   *Systems, Inc.*

Attestation: The filer of this document attests that the concurrence of the other signatories thereto
has been obtained.

SO ORDERED

_____

Honorable Susan J. Illston

_____10/25/11_____
Date Entered