Richard L. Schwartz (NY Bar No. 1821081)*
OFFICE OF THE ATTORNEY GENERAL
STATE OF NEW YORK
120 Broadway, 26th Floor
New York, New York 10271
Telephone: 212-416-8282 (Richard L. Schwartz)
Facsimile:  212-416-6015
Email: Richard.Schwartz@ag.ny.gov

Counsel for Plaintiff State of New York

*Automatic Pro Hac Vice Admission
Pursuant to Pretrial Order No. 1,
Dated July 3, 2007 (Waiving Civil L.R. 11-3)

**[Additional moving parties and counsel
listed on signature pages]**

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION <br><br> This Document Relates to Case Nos. 3:07-MD-1827 and 3:11-CV-711 | MASTER FILE NO. 07-md-1827-SI <br> MDL File No. 1827 <br><br> CASE NO. 3:11-CV-711-SI <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING PRETRIAL SCHEDULE** <br><br> Judge Susan Y. Illston |
| STATE OF NEW YORK by and through ERIC T. SCHNEIDERMAN, Attorney General <br><br>       Plaintiff, <br><br>       v. <br><br> AU OPTRONICS CORPORATION, et al., <br><br>       Defendants. | |

Plaintiff State of New York and Defendants party to the above-captioned action (collectively, "Parties") hereby stipulate as follows:

## STIPULATION

WHEREAS the Parties have conferred regarding the schedule set in the Court's Order re: Pretrial and Trial Schedule (Dkt. 2165) and modified by stipulation on June 2, 2011 (Dkt. 3110) (the "July 12 Stipulation");

WHEREAS the Parties agree to the extension of dates set in the Pretrial and Trial Schedule in order to allow sufficient time for discovery and related work;

NOW, THEREFORE, the Parties, through their undersigned respective counsel, stipulate and agree as follows:

That the pretrial dates set forth in the Pretrial and Trial Schedule, as modified by the July 12 Stipulation, are hereby amended solely as to *State of New York v. AU Optronics Corporation, et al.*, Case No. 11-cv-0711;

That *State of New York v. AU Optronics Corporation, et al.*, Case No. 11-cv-0711, shall be considered as filed after December 1, 2010 solely for the purposes of the Pretrial and Trial Schedule, as modified by the July 12 Stipulation, and for no other purpose;

That the Parties shall meet and confer no later than December 31, 2011 to agree on a modified pretrial schedule;

That service of opening expert reports in *State of New York v. AU Optronics Corporation, et al.*, Case No. 11-cv-0711, will in no event be required earlier than four months after entry of the modified pretrial schedule; and

1

That service of opposition expert reports in *State of New York v. AU Optronics*

2

*Corporation, et al.*, Case No. 11-cv-0711, will in no event be required earlier than three months

3

after service of opening expert reports.

4

5

6    Dated: October 24, 2011                    Respectfully submitted,

7                                               ERIC T. SCHNEIDERMAN
                                                Attorney General of the State of New York
8

9                                               BY: _____/s/_____
                                                Richard L. Schwartz
10                                              Acting Bureau Chief, Antitrust Bureau
                                                120 Broadway, 26th Floor
11                                              New York, New York 10271
                                                (212) 416-8282 (voice)
12                                              (212) 416-6195 (fax)
                                                Richard.Schwartz@ag.ny.gov
13

14                                              *Counsel for Plaintiff State of New York*

15                                              *Automatic Pro Hac Vice Admission Pursuant to Pretrial
                                                Order No. 1, Dated July 3, 2007 (Waiving Civil L.R. 11-3)
16

17

18   Dated: October 24, 2011                    BY: _____/s/_____
                                                Michael R. Lazerwitz (PRO HAC VICE)
19                                              Jeremy J. Calsyn (State Bar No. 205062)
                                                Lee F. Berger (State Bar No. 222756)
20                                              CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                                One Liberty Plaza
21                                              New York, NY 10006
                                                (212) 225-2000 (Phone)
22                                              (212) 225-3999 (Facsimile)
                                                mlazerwitz@cgsh.com
23

24                                              *Attorneys for Defendants LG Display Co., Ltd. and LG
                                                Display America, Inc.*
25

26

27

28

1    Dated: October 24, 2011                    BY:  _____/s/_____

2                                                Christopher A. Nedeau
                                                 Carl L. Blumenstein
3                                                Allison Dibley
                                                 NOSSAMAN LLP
4                                                50 California Street, 34th Floor
                                                 San Francisco, CA  94111
5                                                (415) 438-7274 (telephone)

6
                                                 *Attorneys for Defendants AU Optronics Corporation and*
7                                                *AU Optronics Corporation America, Inc.*

8

9    Dated: October 24, 2011                    BY:  _____/s/_____

10                                               Sandra West (SBN 250389)
                                                 Christopher B. Hockett (SBN 121539)
11                                               Neal A. Potischman (SBN 254862)
                                                 DAVIS POLK & WARDWELL LLP
12                                               1600 El Camino Real
                                                 Menlo Park, CA  94025
13                                               (650) 752-2000 / (650) 752-2111
                                                 chris.hockett@davispolk.com
14                                               neal.potischman@davispolk.com
                                                 sandra.west@davispolk.com
15

16                                               *Attorneys for Defendants Chimei Innolux Corporation*
                                                 *(f/k/a/ Chi Mei Optoelectronics Corp.), Chi Mei*
17                                               *Optoelectronics USA, Inc., and CMO Japan Co., Ltd.*

18

19   Dated: October 24, 2011                    BY:  _____/s/_____

20                                               Kent M. Roger (SBN 95987)
                                                 MORGAN LEWIS & BOCKIUS LLP
21                                               One Market, Spear Street Tower
                                                 San Francisco, CA 94105
22                                               Telephone: (415) 442-1001
                                                 Facsimile: (415) 442-1001
23

24                                               *Attorney for Defendants Hitachi Ltd., Hitachi Displays*
                                                 *Ltd., and Hitachi Electronic Devices (USA), Inc.*
25

26

27

28

**STIPULATION AND [PROPOSED] ORDER MODIFYING**                4                **MASTER FILE NO. 3:07-MD-1827-SI**
**PRETRIAL SCHEDULE**                                                          **Case No. 3:11-CV-711-SI**

1   Dated: October 24, 2011          BY: _____ /s/_____

2

3                                    Robert D. Wick (*pro hac vice*)
                                     Derek Ludwin (*pro hac vice*)
4                                    Neil K. Roman (*pro hac vice*)
                                     COVINGTON & BURLING LLP
                                     1201 Pennsylvania Avenue, N.W.
5                                    Washington, D.C. 20004
                                     (202) 662-6000 (telephone)
6                                    (202) 662-6291 (facsimile)
                                     *rwick@cov.com*
7                                    *dludwin@cov.com*
                                     *nroman@cov.com*
8

9                                    *Attorneys for Defendants Samsung Electronics Co., Ltd.,*
                                     *Samsung Electronics America, Inc., and Samsung*
10                                   *Semiconductor, Inc.*

11

12   Dated: October 24, 2011         BY: _____ /s/_____
                                     John M. Grenfell
13                                   Jacob R. Sorensen
                                     Fusae Nara
14                                   Andrew D. Lanphere
                                     PILLSBURY WINTHROP SHAW PITTMAN LLP
15                                   50 Fremont Street
                                     San Francisco, CA  94105
16

17                                   *Attorneys for Defendants Sharp Corporation and Sharp*
                                     *Electronics Corp.*
18

19

20

21

22

23

24

25

26

27

28

1  Dated: October 24, 2011          BY: _____/s/_____
2                                   John H. Chung (*pro hac vice*)
                                    WHITE & CASE LLP
3                                   1155 Avenue of the Americas
                                    New York, NY  10036-2787
4                                   (212) 819-8200 (Phone)
                                    (212) 354-8113 (Facsimile)
5                                   jchung@whitecase.com

6                                   Christopher M. Curran (*pro hac vice*)
7                                   Kristen J. McAhren (*pro hac vice*)
                                    WHITE & CASE LLP
8                                   701 Thirteenth Street, NW
                                    Washington, DC 20005-3807
9                                   (202) 626-3600 (Phone)
10                                  (202) 639-9355 (Facsimile)
                                    ccurran@whitecase.com
11                                  kmcahren@whitecase.com

12                                  *Attorneys for Defendants Toshiba Corporation, Toshiba*
13                                  *Mobile Display Co., Ltd., Toshiba America Electronic*
                                    *Components, Inc., and Toshiba America Information*
14                                  *Systems, Inc.*

15

16  Attestation: The filer of this document attests that the concurrence of the other signatories thereto
    has been obtained.
17

18

19

20

21  SO ORDERED

22  _____
23  Honorable Susan J. Illston

24  _____10/25/11_____
25  Date Entered

26

27

28