Jeffrey H. Howard (*pro hac vice*)
Jerome A. Murphy (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
Email: jhoward@crowell.com
       jmurphy@crowell.com

Jason C. Murray (CA Bar No. 169806)
Joshua C. Stokes (CA Bar No. 220214)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-622-4750
Facsimile: 213-622-2690
Email: jmurray@crowell.com
       jstokes@crowell.com

*Counsel for Plaintiff Motorola Mobility, Inc.
and Jaco Electronics, Inc.*
[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master Docket No. 07-m-1827 SI<br>Case Nos. C 09-5840 SI; 11-cv-02495 SI |
| This Document Relates To:<br><br>*Motorola Mobility, Inc. v. AU Optronics Corporation, et al.,* C 09-5840 SI<br><br>*Jaco Electonics, Inc. v. AU Optronics Corporation, et al.,* 11-cv-02495 SI | **STIPULATION TO CONTINUE HEARINGS ON MOTIONS TO DISMISS** |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

MASTER DOCKET NO.
07-M-1827 SI

STIPULATION TO CONTINUE HEARINGS ON MOTIONS TO DISMISS

1    Whereas, defendants Philips Electronics North America Corporation ("PENAC"),
2    Samsung SDI Co. Ltd., Samsung SDI America, Inc. ("Samsung SDI"), and Sanyo Consumer
3    Electronics Co., Ltd. ("Sanyo CE") filed Motions to Dismiss plaintiff Motorola Mobility, Inc.'s
4    ("Motorola") Third Amended Complaint ("TAC") on September 12, 2011;[1]
5    Whereas, defendants PENAC, Koninklijke Philips Electronics N.V. ("Royal Philips"),
6    Sanyo CE, Sanyo North America Corporation ("Sanyo NA"), Hannstar Display Corporation[2]
7    ("Hannstar") filed Motions to Dismiss plaintiff Jaco Electronics Inc.'s ("Jaco") First Amended
8    Complaint ("FAC") on October 12, 2011;[3]
9    Whereas, the motions to dismiss the Motorola TAC are currently set for hearing on
10   November 4, 2011;
11   Whereas, the motions to dismiss the Jaco FAC are currently set for hearing on November
12   18, 2011;
13   Whereas, on October 19, 2011, counsel for the Direct Purchaser Plaintiff class filed an
14   application with the Court seeking to continue the hearing on the motions to dismiss the Motorola
15   TAC to November 18, 2011, December 2, 2011, or another date of the Court's choosing;
16   Whereas, PENAC, Samsung SDI, Sanyo CE and Motorola object to moving the hearing
17   date on the motions to dismiss the Motorola TAC, and believe that a continuance of the hearing
18   on the motions to dismiss the Motorola TAC, if the Court chooses to grant one, should be as short
19   as possible, given the "Track One" trial schedule;
20   Whereas, the parties believe that in the interest of efficiency, the motions to dismiss the

---

[1] Docket Nos. 3528, 3529 and 3530.

[2] Hannstar's Motion was joined by AU Optronics Corporation, AU Optronics Corporation America, Chi Mei Corporation, Chimei Innolux Corporation (f/k/a Chimei Optoelectronics Corp.), Chimei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Nexgen Mediatech, Inc., Nexgen Mediatech Usa, Inc., Epson Imaging Devices Corporation, Epson Electronics America, Inc., LG Display Co., Ltd., LG Display America, Inc., Sharp Corporation And Sharp Electronics Corporation, Tatung Company Of America, Inc., Chunghwa Picture Tubes, Ltd., Sanyo Consumer Electronics Co., Ltd., Sanyo North America Corporation, Samsung SDI America, Inc., Samsung SDI Co., Ltd., Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba Mobile Display Technology Co., Ltd., and Toshiba America Information Systems, Inc.

[3] Docket Nos. 3873, 3876, 3879 and 3880.

1 Motorola TAC should be decided prior to further briefing on the motions to dismiss the Jaco
2 FAC, because the Jaco motions assert similar arguments to those raised in connection with the
3 Motorola motions to dismiss.
4     NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the
5 undersigned counsel, on behalf of their respective clients, Motorola and Jaco, on the one hand,
6 and, PENAC, Royal Philips, Samsung SDI, Sanyo CE, Sanyo NA and Hannstar, on the other
7 hand, as follows:
8     1. Should the Court grant the DPPs' request to continue the hearing on the motions to
9 dismiss the Motorola TAC, the hearing on all three motions shall be continued to November 18,
10 2011;
11     2. The hearing on the motions to dismiss the Jaco FAC shall be continued to January
12 ~~6~~ 13, 2011, and the briefing schedule shall be extended, as follows:
13     a. Oppositions to be filed by: December 14, 2011
14     b. Replies to be filed by: December 23, 2011
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-2-      CASE NO. C 09-5840 SI

STIPULATION TO CONTINUE HEARINGS ON MOTIONS TO DISMISS

1 | Dated: October 21, 2011

                                                          */s/ Nathanial J. Wood*

Jason C. Murray (CA Bar No. 169806)
Joshua C. Stokes (CA Bar No. 220214)
Nathanial J. Wood (CA Bar No. 223547)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA  90071
Telephone:  213-622-4750
Facsimile:  213-622-2690
Email: jmurray@crowell.com
       jstokes@crowell.com
       nwood@crowell.com

Jeffrey H. Howard (pro hac vice)
Jerome A. Murphy (pro hac vice)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  202-624-2500
Facsimile: 202-628-5116
Email: jhoward@crowell.com
       jmurphy@crowell.com

Kenneth L. Adams (pro hac vice)
R. Bruce Holcomb (pro hac vice)
Christopher T. Leonardo (pro hac vice)
ADAMS HOLCOMB LLP
1875 Eye Street NW
Washington, DC 20006
Telephone:  202-580-8822
Facsimile: 202-580-8821
Email: adams@adamsholcomb.com
       holcomb@adamsholcomb.com
       leonardo@adamsholcomb.com

*Counsel for Plaintiffs Motorola Mobility, Inc. and Jaco Electronics, Inc.*

| | |
|---|---|
| 1 | |
| 2 | _/s/ Michael W. Scarborough_ |
| 3 | Michael W. Scarborough (SBN 203524)<br>Tyler Mark Cunningham (SBN 243694) |
| 4 | SHEPPARD MULLIN RICHTER & HAMPTON<br>Four Embarcadero Center, 17th Floor |
| 5 | San Francisco, California 94111<br>Telephone: (415) 434-9100 |
| 6 | Facsimile: (415) 434-3947 |
| 7 | mscarborough@sheppardmullin.com<br>tcunningham@sheppardmullin.com |
| 8 | Eric S. O'Connor (SBN 223244) |
| 9 | SHEPPARD MULLIN RICHTER & HAMPTON<br>30 Rockefeller Plaza |
| 10 | New York, New York 10112-0015<br>Telephone: 212-653-8700 |
| 11 | Facsimile: 212-653-8701 |
| 12 | eoconnor@sheppardmullin.com |
| 13 | _Counsel for Defendants Samsung SDI America, Inc. and Samsung SDI Co., Ltd._ |
| 14 | |
| 15 | _/s/ Brendan P. Cullen_ |
| 16 | Brendan P. Cullen (SBN 194057) |
| 17 | SULLIVAN & CROMWELL LLP<br>1870 Embarcadero Road |
| 18 | Palo Alto, California 94303<br>Telephone: (650) 461-5600 |
| 19 | Facsimile: (650) 461-5700<br>cullenb@sullcrom.com |
| 20 | Garrard R. Beeney (NY Reg. No. 1656172) |
| 21 | SULLIVAN & CROMWELL LLP<br>125 Broad Street |
| 22 | New York, New York 10004-2498<br>Telephone: (212) 558-4000 |
| 23 | Facsimile: (212) 558-3588<br>beeneyg@sullcrom.com |
| 24 | |
| 25 | _Counsel for Defendants Philips Electronics North America Corporation and Koninklijke Philips Electronics N.V._ |
| 26 | |
| 27 | |
| 28 | |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-4- CASE NO. C 09-5840 SI

STIPULATION TO CONTINUE HEARINGS ON MOTIONS TO DISMISS

|   |   |
|---|---|
| 1 |   |
| 2 | _____/s/ Allison A. Davis_____ |
| 3 | Allison A. Davis (SBN 139203) |
| 4 | DAVIS WRIGHT TREMAINE LLP<br>505 Montgomery Street, Suite 800 |
| 5 | San Francisco, California 94111<br>Telephone: (415) 276-6500 |
| 6 | Facsimile: (415) 276-4880<br>allisondavis@dwt.com |
| 7 |   |
| 8 | Nick S. Verwolf (admitted *pro hac vice*)<br>DAVIS WRIGHT TREMAINE LLP |
| 9 | 777 108th Avenue, N.E.<br>Bellevue, WA 98004-5149 |
| 10 | Telephone: (425) 646-6125<br>Facsimile: (425) 646-6199 |
| 11 | nickverwolf@dwt.com |
| 12 | *Counsel for Defendant Sanyo Consumer Electronics* |
| 13 | *Co., Ltd. and Sanyo North America Corporation* |
| 14 |   |
| 15 | _____/s/ Christopher M. Wyant_____ |
| 16 | Hugh F. Bangasser, (Pro Hac Vice) |
| 17 | Ramona M. Emerson, (Pro Hac Vice)<br>Christopher M. Wyant, (Pro Hac Vice) |
| 18 | K&L GATES LLP<br>925 Fourth Avenue, Suite 2900 |
| 19 | Seattle, WA 98104-1158 |
| 20 | Phone: (206) 623-7580<br>Fax: (206) 623-7022 |
| 21 |   |
| 22 | Jeffrey L. Bornstein, State Bar No. 99358<br>K&L GATES LLP |
| 23 | Four Embarcadero Center, Suite 1200<br>San Francisco, CA 94111 |
| 24 | Phone: (415) 249-1059<br>Fax: (415) 882-8220 |
| 25 |   |
| 26 | *Attorneys for Defendant HannStar Display*<br>*Corporation* |
| 27 |   |
| 28 |   |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

**Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from Michael W. Scarborough, Brendan P. Cullen, Allison A. Davis and Christopher M. Wyant.**

**IT IS SO ORDERED.**

Dated: _____, 2011

_____
Susan Illston, United States District Judge

DCACTIVE-16417268.1