1  Michael R. Lazerwitz (PRO HAC VICE)
   Jeremy J. Calsyn (State Bar No. 205062)
2  Lee F. Berger (State Bar No. 222756)
   CLEARY GOTTLIEB STEEN & HAMILTON LLP
3  One Liberty Plaza
   New York, NY 10006
4  (212) 225-2000 (Phone)
   (212) 225-3999 (Facsimile)
5  *mlazerwitz@cgsh.com*

6  Brad D. Brian (State Bar No. 079001)
   Jerome C. Roth (State Bar No. 159483)
7  Jonathan E. Altman (State Bar No. 170607)
   MUNGER, TOLLES & OLSON LLP
8  355 South Grand Avenue
   Thirty-Fifth Floor
9  Los Angeles, CA  90071-1560
   Telephone:    (213) 683-9100
10 Facsimile:    (213) 687-3702
   *Brad.Brian@mto.com*

11 *Attorneys for Defendants*
   LG DISPLAY AMERICA, INC.
12 AND LG DISPLAY CO., LTD

13 [additional parties and counsel listed in signature block]

14

15                 **UNITED STATES DISTRICT COURT**

16               **NORTHERN DISTRICT OF CALIFORNIA**

17                   **SAN FRANCISCO DIVISION**

18
   IN RE TFT-LCD (FLAT PANEL)          )   **Master File No. 3:07-md-1827 SI, MQ**
19 ANTITRUST LITIGATION                )
                                       )   **MDL No. 1827**
20                                     )
                                       )   **STIPULATION AND [PROPOSED]**
21                                     )   **ORDER REGARDING HEARING**
                                       )   **DATES FOR CERTAIN MOTIONS**
22 _____  )   **FILED IN THE INDIRECT**
                                       )   **PURCHASER CLASS ACTION**
23 This Document Relates to:           )
                                       )
24 All Indirect-Purchaser Actions      )
   _____  )

25        WHEREAS, defendants LG Display, Co., Ltd., LG Display America, Inc., AU

26 Optronics Corporation, AU Optronics Corporation America, Toshiba Corporation, Toshiba

27 Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc. and

28 Toshiba America Information Systems, Inc. (collectively "Defendants") filed a series of

                                         1
   _____
   STIPULATION AND [PROPOSED] ORDER RE HEARING DATES FOR CERTAIN MOTIONS FILED IN
   THE INDIRECT PURCHASER CLASS ACTION, CASE NO.: 3:07-md-1827 SI, MQ

motions (collectively, the "Motions") in the Indirect Purchaser Class Action, including the following:

- Defendants' Joint Motion In Support Of Motion for Partial Summary Judgment Regarding Production and Capacity (ECF No. 3440) (filed September 2, 2011) ("Capacity and Production Motion");

- Defendants' Joint Motion For Summary Judgment Against Indirect Purchaser Plaintiffs In 14 States (ECF No. 3447) (filed September 6, 2011) ("AGC Motion");

- Toshiba Entities' Motion for Summary Judgment (ECF No. 3581) (filed September 8, 2011) ("Toshiba's Motion");

- Defendants' Joint Motion for Partial Summary Judgment as to Sole Sourced Panels (ECF No. 3499) (filed September 8, 2011) ("Sole-Sourcing Motion");

- Defendants' Motion to Alter or Amend the Indirect Purchaser Classes and Memorandum of Points and Authorities in Support Thereof (ECF No. 3487) (filed September 8, 2011) ("Overlap Motion"); and

- Defendants' Motion to Decertify Classes or in the Alternative for Summary Judgment (ECF No. 3492) (filed September 8, 2011) ("Decertification Motion");

WHEREAS, the Capacity and Production Motion, the Toshiba Motion, and the Sole-Sourcing Motion are currently scheduled to be heard on November 4, 2011, and the Defendants and Indirect Purchaser Plaintiffs do not seek in any way to alter the hearing schedule for this date, notwithstanding Direct Purchaser Plaintiffs' request to move the Sole-Sourcing Motion in the Indirect Purchaser Action to a different date;

WHEREAS, the Decertification Motion, Overlap Motion, and AGC Motion, are currently scheduled to be heard on November 18, 2011;

WHEREAS, due to an unforeseeable scheduling conflict, Defendants seek, and Indirect Purchaser Plaintiffs do not object, to moving the hearings on the Decertification Motion, Overlap Motion, and AGC Motion from November 18, 2011 to December 9, 2011;

STIPULATION AND [PROPOSED] ORDER RE HEARING DATES FOR CERTAIN MOTIONS FILED IN THE INDIRECT PURCHASER CLASS ACTION, CASE NO.: 3:07-md-1827 SI, MQ

NOW THEREFORE, IT IS HEREBY STIPULATED by the undersigned counsel on behalf of Indirect Purchaser Plaintiffs and Defendants, that:

(1)     For the Sole-Sourcing Motion, the hearing will remain on November 4, 2011.

(2)     For the Capacity and Production Motion, the hearing will remain on November 4, 2011.

(3)     For the Toshiba Motion, the hearing will remain on November 4, 2011.

(4)     For the AGC Motion, the hearing will be moved to December 9, 2011.

(5)     For the Overlap Motion, the hearing will be moved to December 9, 2011.

(6)     For the Decertification Motion, the hearing will be moved to December 9, 2011.

(7)     For the Court's convenience, the following chart summarizes paragraphs 1-6 above:

| Dispositive Motion | Hearing Date | Proposed Hearing Date |
|---|---|---|
| Sole-Sourcing Motion (ECF No. 3499) | 11/4/11 | 11/4/11 |
| Capacity and Production Motion (ECF No. 3440) | 11/4/11 | 11/4/11 |
| Toshiba Motion (ECF No. 3581) | 11/4/11 | 11/4/11 |
| AGC Motion (ECF No. 3447) | 11/18/11 | 12/9/11 |
| Overlap Motion (ECF No. 3487) | 11/18/11 | 12/9/11 |
| Decertification Motion (ECF No. 3492) | 11/18/11 | 12/9/11 |

STIPULATION AND [PROPOSED] ORDER RE HEARING DATES FOR CERTAIN MOTIONS FILED IN THE INDIRECT PURCHASER CLASS ACTION, CASE NO.: 3:07-md-1827 SI, MQ

DATED:  October 24, 2011

By:  /s/Michael R. Lazerwitz
Michael R. Lazerwitz (PRO HAC VICE)
Jeremy J. Calsyn (State Bar No. 205062)
Lee F. Berger (State Bar No. 222756)
CLEARY GOTTLIEB STEEN & HAMILTON
LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000 (Phone)
(212) 225-3999 (Facsimile)
*mlazerwitz@cgsh.com*

Brad D. Brian (State Bar No. 079001)
Jerome C. Roth (State Bar No. 159483)
Jonathan E. Altman (State Bar No. 170607)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:      (213) 683-9100
Facsimile:      (213) 687-3702
*Brad.Brian@mto.com*

*Attorneys for Defendants LG Display Co., Ltd.
and LG Display America, Inc.*

By:  /s/ Christopher A. Nedeau
Christopher A. Nedeau
Carl L. Blumenstein
Allison Dibley
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA  94111
(415) 398-3600 (Phone)
(415) 398-2438 (Facsimile)
*cnedeau@nossaman.com*

*Attorneys for Defendants AU Optronics
Corporation and AU Optronics Corporation
America*

4

STIPULATION AND [PROPOSED] ORDER RE HEARING DATES FOR CERTAIN MOTIONS FILED IN
THE INDIRECT PURCHASER CLASS ACTION, CASE NO.: 3:07-md-1827 SI, MQ

By: /s/ John H. Chung
John H. Chung (PRO HAC VICE)
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200 (Phone)
(212) 354-8113 (Facsimile)
jchung@whitecase.com

Christopher M. Curran (PRO HAC VICE)
Kristen J. McAhren (PRO HAC VICE)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
(202) 626-3600 (Phone)
(202) 639-9355 (Facsimile)
ccurran@washdc.whitecase.com

*Attorneys for Defendants Toshiba Corporation,
Toshiba Mobile Display Co., Ltd., Toshiba
America Electronic Components, Inc. and
Toshiba America Information Systems, Inc.*

STIPULATION AND [PROPOSED] ORDER RE HEARING DATES FOR CERTAIN MOTIONS FILED IN
THE INDIRECT PURCHASER CLASS ACTION, CASE NO.: 3:07-md-1827 SI, MQ

By:  /s/ Judith A. Zahid
Francis O. Scarpulla
Craig C. Corbitt
Judith A. Zahid
Patrick B. Clayton
Qianwei Fu
Heather T. Rankie
ZELLE HOFMANN VOELBEL & MASON
LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700    (415) 693-0700
Facsimile: (415) 693-0770

Joseph M. Alioto
ALIOTO LAW FIRM
225 Bush Street, 16th Floor
San Francisco, CA 94104
Telephone:  (415) 434-8900
Facsimile:  (415) 434-9200

*Co-Lead Class Counsel for Indirect-Purchaser
Plaintiffs*

**Attestation:**  The filer of this document attests that concurrence in the filing of this document has been obtained from each of the other signatories.

By:   *Michael R. Lazerwitz*
      Michael R. Lazerwitz

### [PROPOSED] ORDER

Under the parties' stipulation set forth above, IT IS SO ORDERED.

Dated:   10/25 , 2011       By: _____
                                 Hon. Susan Illston
                                 United States District Judge

6

STIPULATION AND [PROPOSED] ORDER RE HEARING DATES FOR CERTAIN MOTIONS FILED IN
THE INDIRECT PURCHASER CLASS ACTION, CASE NO.: 3:07-md-1827 SI, MQ