Christopher M. Curran *(pro hac vice)*
John H. Chung *(pro hac vice)*
Martin M. Toto *(pro hac vice)*
Kristen J. McAhren *(pro hac vice)*
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY  10036
Telephone:     (212) 819-8200
Facsimile:      (212) 354-8113

*Attorneys for Toshiba Corporation, Toshiba
Mobile Display Co., Ltd., Toshiba America
Electronic Components, Inc., and Toshiba
America Information Systems, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Master File No. 3:07-md-1827 SI<br><br>MDL No. 1827<br><br>**STIPULATION AND [PROPOSED] AMENDED ORDER REGARDING PAGE LIMITS FOR TOSHIBA ENTITIES' MOTION FOR SUMMARY JUDGMENT** |
| This Document Relates to: | | |
| All Direct- and Indirect-Purchaser Class Actions | | |

WHEREAS, on September 9, 2011, the Toshiba Entities filed a motion for summary judgment (redacted version at Dkt. No. 3581), which is set for hearing on November 4, 2011;

WHEREAS, on September 28, 2011, the Parties entered into a stipulation altering the page limits ordinarily provided by the Local Rules to file response and reply papers in connection with the motion (Dkt. No. 3732);

1

STIPULATION AND [PROPOSED] AMENDED ORDER RE PAGE LIMITS FOR TOSHIBA ENTITIES'
MOTION FOR SUMMARY JUDGMENT
CASE NO.: 3:07-md-1827 SI

WHEREAS, on September 29, 2011, the Court approved the Parties' stipulation altering the page limits ordinarily provided by the Local Rules to file response and reply papers in connection with the motion (Dkt. No. 3757);

WHEREAS, the September 29, 2011 Order provided that (1) Direct-Purchaser Plaintiffs' opposition to the motion shall not exceed 40 pages; (2) Indirect-Purchaser Plaintiffs' opposition to the motion shall not exceed 40 pages; and (3) the Toshiba Entities shall be entitled to file a single reply of at least 35 pages, and the Toshiba Entities shall have the right to seek additional pages after reviewing the oppositions;

WHEREAS, the Toshiba Entities have requested and the Parties have agreed to alter the page limitation for the Toshiba Entities' reply;

NOW THEREFORE, IT IS HEREBY STIPULATED by undersigned counsel on behalf of the Parties identified below, that:

(1)     The Toshiba Entities shall be entitled to file a single reply not to exceed 45 pages.

**IT IS SO STIPULATED.**

Dated:  October 24, 2011         WHITE & CASE LLP

By:   *Christopher M. Curran*
        Christopher M. Curran

Christopher M. Curran (*pro hac vice*)
John H. Chung (*pro hac vice*)
Martin M. Toto (*pro hac vice*)
Kristen J. McAhren (*pro hac vice*)
1155 Avenue of the Americas
New York, NY 10036
Telephone:    (212) 819-8200
Facsimile:    (212) 354-8113

*Attorneys for Toshiba Corp., Toshiba Mobile Display Co.,*
*Ltd., Toshiba America Electronic Components, Inc., and*
*Toshiba America Information Systems, Inc.*

Dated:  October 24, 2011

ZELLE HOFMANN VOELBEL & MASON LLP

By:  *Judith A. Zahid*
        Judith A. Zahid

Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Judith A. Zahid (215418)
Patrick B. Clayton (240191)
Qianwei Fu (242669)
Heather T. Rankie (268002)
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:   (415) 693-0700
Facsimile:   (415) 693-0770

ALIOTO LAW FIRM
Joseph M. Alioto
225 Bush Street, 16th Floor
San Francisco, CA 94104
Telephone:  (415) 434-8900
Facsimile:  (415) 434-9200

*Co-Lead Class Counsel for Indirect-Purchaser Plaintiffs*

Dated:  October 24, 2011

LIEFF, CABRASER, HEIMANN &
  BERNSTEIN, LLP

By:  *Richard M. Heimann*
        Richard M. Heimann

Richard M. Heimann (State Bar No. 63607)
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:   (415) 956-1000
Facsimile:   (415) 956-1008

Dated:  October 24, 2011

PEARSON, SIMON, WARSHAW &
  PENNY, LLP

By:  *Bruce L. Simon*
        Bruce L. Simon

Bruce L. Simon (State Bar No. 96241)
44 Montgomery Street, Suite 2450
San Francisco, CA  94104
Telephone:   (415) 433-9000
Facsimile:   (415) 433-9008

*Co-Lead Class Counsel for Direct-Purchaser Plaintiffs*

STIPULATION AND [PROPOSED] AMENDED ORDER RE PAGE LIMITS FOR TOSHIBA ENTITIES'
MOTION FOR SUMMARY JUDGMENT
CASE NO.: 3:07-md-1827 SI

1  **Attestation:**  The filer of this document attests that concurrence in the filing of this

2  document has been obtained from each of the other signatories.

3

4                               By:  _*John H. Chung*_____

                                             John H. Chung

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] AMENDED ORDER RE PAGE LIMITS FOR TOSHIBA ENTITIES'
MOTION FOR SUMMARY JUDGMENT
CASE NO.: 3:07-md-1827 SI

1

**[PROPOSED] AMENDED ORDER**

2    Pursuant to the parties' stipulation set forth above, IT IS SO ORDERED.

3

4 Dated:  October __25 2011   By: _____

5              Hon. Susan Illston

6              United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] AMENDED ORDER RE PAGE LIMITS FOR TOSHIBA ENTITIES'
MOTION FOR SUMMARY JUDGMENT
CASE NO.: 3:07-md-1827 SI