| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | JOHN M. GRENFELL (CA Bar No. 88500) |
| 2 | john.grenfell@pillsburylaw.com |
|   | JACOB R. SORENSEN (CA Bar No. 209134) |
| 3 | jake.sorensen@pillsburylaw.com |
|   | FUSAE NARA (*pro hac vice*) |
| 4 | fusae.nara@pillsburylaw.com |
|   | ANDREW D. LANPHERE  (CA Bar No. 191479) |
| 5 | andrew.lanphere@pillsburylaw.com |
|   | 50 Fremont Street |
| 6 | San Francisco, CA  94105 |
|   | Telephone: (415) 983-1000 |
| 7 | Facsimile: (415) 983-1200 |
| 8 | Attorneys for Defendants |
|   | SHARP CORPORATION and |
| 9 | SHARP ELECTRONICS CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827 SI<br>MDL No. 1827 |
| This Document Relates To:<br><br>Case No. 3:11-cv-711 SI<br><br>STATE OF NEW YORK, by and through, ERIC T. SCHNEIDERMAN, Attorney General,<br><br>                        Plaintiff,<br><br>v.<br><br>AU Optronics Corporation, *et al.*,<br><br>                        Defendants. | **STIPULATION AND [PROPOSED] ORDER EXTENDING SHARP'S TIME TO ANSWER AMENDED COMPLAINT** |

500928709v1

STIPULATION EXTENDING TIME TO ANSWER
AMENDED COMPLAINT AND [PROPOSED] ORDER
Master File No. 3:07-md-1827 SI, MDL No. 1827

1   WHEREAS plaintiff State of New York filed an Amended Complaint in the above-
2   captioned case against Defendants AU Optronics Corporation, AU Optronics Corporation
3   America, Inc., Chi Mei Optoelectronics Corporation, Chi Mei Optoelectronics USA, Inc.,
4   CMO Japan Co., Ltd., Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices
5   (USA), Inc., LG Display Co., Ltd., LG Display America, Inc., Samsung Electronics Co.,
6   Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., Sharp
7   Corporation, Sharp Electronics Corporation, Toshiba Corporation, Toshiba Matsushita
8   Display Technology Co., Ltd., Toshiba America Information Systems, Inc., and Toshiba
9   America Electronic Components, Inc. on March 15, 2011, Dkt. no. 2556;
10  WHEREAS the Court granted in part and denied in part defendants' motion to
11  dismiss the Amended Complaint on August 9, 2011;
12  WHEREAS Sharp Corporation and Sharp Electronics Corporation (together,
13  "Sharp") desire a reasonable amount of time to answer the Amended Complaint;
14  WHEREAS the Court previously entered Orders extending the time to answer the
15  Amended Complaint on August 25, 2011, as stipulated by Plaintiff and Sharp and on
16  September 13, 2011, as stipulated by Plaintiff and Sharp; and
17  WHEREAS the requested time modification will not affect any other deadline in
18  this case.
19  THEREFORE, the State of New York and Sharp hereby agree that Sharp's deadline
20  to answer to the Amended Complaint shall be November 28, 2011.
21   Dated: October 25, 2011

- 1 -

500928709v1

STIPULATION EXTENDING TIME TO ANSWER
AMENDED COMPLAINT AND [PROPOSED] ORDER
Master File No. 3:07-md-1827 SI, MDL No. 1827

| | |
|---|---|
| 1 | ERIC T. SCHNEIDERMAN |
| | Attorney General of the State of New York |
| 2 | |
| | By:     /s/ Richard L. Schwartz |
| 3 |    Richard L. Schwartz |
| |    Acting Bureau Chief, Antitrust Bureau |
| 4 |    Amy McFarlane |
| |    Assistant Attorney General |
| 5 |    Attorneys for Plaintiff |
| |    120 Broadway, 26th Floor |
| 6 |    New York, New York 10271 |
| |    (212) 416-8282 (Phone) |
| 7 |    (212) 416-6015 (Facsimile) |
| |    Richard.Schwartz@ag.ny.gov |
| 8 | |
| | Attorneys for Plaintiff State of New York |
| 9 | |
| | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 10 | JOHN M. GRENFELL |
| | JACOB R. SORENSEN |
| 11 | FUSAE NARA |
| | ANDREW D. LANPHERE |
| 12 | 50 Fremont Street |
| | San Francisco, CA  94105 |
| 13 | |
| 14 | |
| | By:            /s/ John M. Grenfell |
| 15 |                John M. Grenfell |
| 16 | |
| | Attorneys for Defendants SHARP CORPORATION |
| 17 | and SHARP ELECTRONICS CORPORATION |

18  **ATTESTATION**: Pursuant to General Order 45, Part X-B, the filer attests that the
19  concurrence of the other signatory hereto has been obtained.

20

21
22   IT IS SO ORDERED.

       Dated:    10/25/11                    _____/s/ Susan Illston_____
23                                                Honorable Susan Illston

24

25

26

27

28

- 2 -

500928709v1

STIPULATION EXTENDING TIME TO ANSWER
AMENDED COMPLAINT AND [PROPOSED] ORDER
Master File No. 3:07-md-1827 SI, MDL No. 1827