Christopher M. Curran *(pro hac vice)*
John H. Chung (*pro hac vice*)
Martin M. Toto (*pro hac vice*)
Kristen J. McAhren (*pro hac vice*)
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY  10036
Telephone:     (212) 819-8200
Facsimile:      (212) 354-8113

*Attorneys for Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827 SI |
| | MDL No. 1827 |
| | **STIPULATION AND [PROPOSED] AMENDED ORDER REGARDING PAGE LIMITS FOR TOSHIBA ENTITIES' MOTION FOR SUMMARY JUDGMENT** |
| This Document Relates to: | |
| All Direct- and Indirect-Purchaser Class Actions | |

WHEREAS, on September 9, 2011, the Toshiba Entities filed a motion for summary judgment (redacted version at Dkt. No. 3581), which is set for hearing on November 4, 2011;

WHEREAS, on September 28, 2011, the Parties entered into a stipulation altering the page limits ordinarily provided by the Local Rules to file response and reply papers in connection with the motion (Dkt. No. 3732);

1

1    WHEREAS, on September 29, 2011, the Court approved the Parties' stipulation

2  altering the page limits ordinarily provided by the Local Rules to file response and reply

3  papers in connection with the motion (Dkt. No. 3757);

4

5    WHEREAS, the September 29, 2011 Order provided that (1) Direct-Purchaser

6  Plaintiffs' opposition to the motion shall not exceed 40 pages; (2) Indirect-Purchaser

7  Plaintiffs' opposition to the motion shall not exceed 40 pages; and (3) the Toshiba Entities

8  shall be entitled to file a single reply of at least 35 pages, and the Toshiba Entities shall have

9  the right to seek additional pages after reviewing the oppositions;

10

11    WHEREAS, the Toshiba Entities have requested and the Parties have agreed to alter

12  the page limitation for the Toshiba Entities' reply;

13    NOW THEREFORE, IT IS HEREBY STIPULATED by undersigned counsel on

14  behalf of the Parties identified below, that:

15
    (1)    The Toshiba Entities shall be entitled to file a single reply not to exceed 45
16
  pages.
17

18    **IT IS SO STIPULATED.**

19  Dated:  October 24, 2011              WHITE & CASE LLP

20                                        By: ___*Christopher M. Curran*_____
                                                  Christopher M. Curran
21
                                          Christopher M. Curran (*pro hac vice*)
22                                        John H. Chung (*pro hac vice*)
                                          Martin M. Toto (*pro hac vice*)
23                                        Kristen J. McAhren (*pro hac vice*)
                                          1155 Avenue of the Americas
24                                        New York, NY 10036
                                          Telephone:    (212) 819-8200
25                                        Facsimile:    (212) 354-8113

26                                        *Attorneys for Toshiba Corp., Toshiba Mobile Display Co.,*
                                          *Ltd., Toshiba America Electronic Components, Inc., and*
27                                        *Toshiba America Information Systems, Inc.*

28
                                          2
—————————————————————————————————————————
STIPULATION AND [PROPOSED] AMENDED ORDER RE PAGE LIMITS FOR TOSHIBA ENTITIES'
MOTION FOR SUMMARY JUDGMENT
CASE NO.: 3:07-md-1827 SI

Dated:  October 24, 2011          ZELLE HOFMANN VOELBEL & MASON LLP


                                  By: _____*Judith A. Zahid*_____
                                         Judith A. Zahid

                                  Francis O. Scarpulla (41059)
                                  Craig C. Corbitt (83251)
                                  Judith A. Zahid (215418)
                                  Patrick B. Clayton (240191)
                                  Qianwei Fu (242669)
                                  Heather T. Rankie (268002)
                                  44 Montgomery Street, Suite 3400
                                  San Francisco, CA 94104
                                  Telephone:    (415) 693-0700
                                  Facsimile:    (415) 693-0770

                                  ALIOTO LAW FIRM
                                  Joseph M. Alioto
                                  225 Bush Street, 16th Floor
                                  San Francisco, CA 94104
                                  Telephone:  (415) 434-8900
                                  Facsimile:  (415) 434-9200

                                  *Co-Lead Class Counsel for Indirect-Purchaser Plaintiffs*

Dated:  October 24, 2011          LIEFF, CABRASER, HEIMANN &
                                    BERNSTEIN, LLP

                                  By: _____*Richard M. Heimann*_____
                                         Richard M. Heimann

                                  Richard M. Heimann (State Bar No. 63607)
                                  275 Battery Street, 29th Floor
                                  San Francisco, CA  94111-3339
                                  Telephone:    (415) 956-1000
                                  Facsimile:    (415) 956-1008

Dated:  October 24, 2011          PEARSON, SIMON, WARSHAW &
                                    PENNY, LLP

                                  By: _____*Bruce L. Simon*_____
                                         Bruce L. Simon

                                  Bruce L. Simon (State Bar No. 96241)
                                  44 Montgomery Street, Suite 2450
                                  San Francisco, CA  94104
                                  Telephone:    (415) 433-9000
                                  Facsimile:    (415) 433-9008

                                  *Co-Lead Class Counsel for Direct-Purchaser Plaintiffs*

3

1    **Attestation:**  The filer of this document attests that concurrence in the filing of this

2    document has been obtained from each of the other signatories.

3

4                                              By:   *John H. Chung*
                                                     John H. Chung

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

STIPULATION AND [PROPOSED] AMENDED ORDER RE PAGE LIMITS FOR TOSHIBA ENTITIES'
MOTION FOR SUMMARY JUDGMENT
CASE NO.: 3:07-md-1827 SI

1

**[PROPOSED] AMENDED ORDER**

2    Pursuant to the parties' stipulation set forth above, IT IS SO ORDERED.

3

4    Dated:  October __26 2011          By: _____

5                                          Hon. Susan Illston

6                                          United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5