```
 1  CHRISTOPHER A. NEDEAU (SBN 81297)
    CARL L. BLUMENSTEIN (SBN 124158)
 2  NOSSAMAN LLP
    50 California Street, 34th Floor
 3  San Francisco, CA 94111-4624
 4  Telephone:   415.398.3600
    Facsimile:   415.398.2438
 5  cnedeau@nossaman.com
 6  cblumenstein@nossaman.com
    jnickovich@nossaman.com
 7
    Attorneys for Defendants
 8  AU OPTRONICS CORPORATION and
    AU OPTRONICS CORPORATION AMERICA
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:07-MD-1827 SI |
| HEWLETT-PACKARD COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>AU OPTRONICS CORPORATION, et al.,<br><br>Defendants. | Case No. CV11-4116 EDL<br><br>**STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT, WAIVER OF SERVICE AND [PROPOSED] ORDER** |

WHEREAS, plaintiff Hewlett-Packard Company ("HP") filed under seal its complaint in the above-captioned case against AU Optronics Corporation and AU Optronics Corporation America (collectively "AUO"), and Quanta Display Inc. on August 19, 2011 ("Complaint");

WHEREAS, HP wishes to avoid the burden and expense of serving process on AUO;

WHEREAS, AUO desires a reasonable amount of time to respond to the Complaint; and

WHEREAS, AUO and HP believe that proceeding on a unified response date will create efficiency for the Court and the parties.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, HP on the one hand, and the AUO on the other hand, as follows:

1. AUO waives service of the Complaint under Federal Rule of Civil Procedure 4(d). This stipulation does not constitute a waiver by AUO of any other substantive or procedural defense, including but not limited to, the defenses of lack of personal or subject matter jurisdiction and improper venue.

2. AUO's deadline to move to dismiss, answer, or otherwise respond to the Complaint will be ninety (90) days from the execution of this stipulation subject to Federal Rule of Civil Procedure 6(a)(1).

DATED: October 24, 2011

NOSSAMAN LLP

By _____
Christopher A. Nedeau
Carl L. Blumenstein
Attorney for Defendants
AU Optronics Corporation and
AU Optronics Corporation America

DATED: October 21, 2011

CROWELL & MORING LLP

By _____
Beatrice B. Nguyen
Attorneys for Plaintiff
Hewlett-Packard Company

IT IS SO ORDERED.

Dated: 10/26/11

_____
The Honorable Susan Illston
United States District Judge