1   Bruce L. Simon (State Bar No. 96241)
    **PEARSON, SIMON, WARSHAW & PENNY, LLP**
2   44 Montgomery Street, Suite 2450
    San Francisco, California 94104
3   Telephone: (415) 433-9000
    Facsimile:  (415) 433-9008
4

5   Richard M. Heimann (State Bar No. 63607)
    **LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**
6   275 Battery Street, 29th Floor
    San Francisco, California 94111
7   Telephone: (415) 956-1000
    Facsimile:  (415) 956-1008
8

9   *Co-Lead Counsel for the Direct Purchaser Plaintiffs*

10

11                    **UNITED STATES DISTRICT COURT**

12       **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

13

14

15  IN RE: TFT-LCD (FLAT PANEL)          Case No. MDL 3:07-md-1827 SI
    ANTITRUST LITIGATION
16                                        **CLASS ACTION**

17  This Document Relates to:            **DECLARATION OF RICHARD M.
                                         HEIMANN IN SUPPORT OF DIRECT
18  ALL DIRECT PURCHASER CLASS           PURCHASER PLAINTIFFS' MOTION
    ACTIONS                              FOR ATTORNEYS' FEES,
19                                        REIMBURSEMENT OF EXPENSES, AND
                                         INCENTIVE AWARDS**
20

21                                        Date:      December 19, 2011
                                         Time:      4:00 p.m.
22                                        Crtrm.:  10, 19th Floor

23                                        The Honorable Susan Illston

24

25

26

27

28

1    I, Richard M. Heimann, declare as follows:

2    1.    I am a partner with the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP.

3 My firm is counsel to A.M. Photo & Imaging Center, Inc., a plaintiff in this action.  I make this

4 Declaration based on my personal knowledge.  If called as a witness, I could and would

5 competently testify to the matters stated herein.

6    2.    I am familiar with the Court's Pretrial Order No. 3, entered on July 13, 2007 (Doc.

7 No. 224) which sets forth the record keeping requirements of Direct Purchaser Class Plaintiffs'

8 Liaison Counsel ("Liaison Counsel") in this case, and the requirement to submit to Liaison

9 Counsel, on a monthly basis, contemporaneously-prepared attorney and paralegal-time and

10 expense reports and expense records.  The time and expenses that have been reported to Liaison

11 Counsel by my firm have complied to the best of our ability with the reporting requirements of the

12 Court's Pretrial Order No. 3.

13    3.    As explained in the accompanying Declaration of Bruce L. Simon in Support of

14 Direct Purchaser Class Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Expenses, and

15 Incentive Awards, I was appointed Interim Co-Lead Class Counsel and subsequently Co-Lead

16 Class Counsel along with Bruce Simon on behalf of the Direct Purchaser Class.  In that capacity, I

17 oversaw Lieff Cabraser's and other Plaintiffs' Counsels' work in this matter, as described in the

18 accompanying Simon Declaration.  While I will not here repeat the summary of the prosecution

19 contained in the Simon Declaration, I will provide a short summary of the work Lieff Cabraser

20 performed on behalf of the Direct Purchaser Class.  This firm, in conjunction with Mr. Simon's

21 firm and other counsel, and for some tasks by itself, investigated the TFT-LCD industry;

22 researched and drafted its client's complaint and the consolidated amended complaints; briefed the

23 multiple oppositions to the motions to dismiss; briefed and argued procedural motions at hearings

24 and case management conferences; drafted and negotiated numerous case management and

25 discovery stipulations and proposed orders; drafted and responded to discovery requests; engaged

26 Autonomy, the document database hosting purveyor; researched, retained, and worked with the

27 experts (Dr. Leamer, Dr. Flamm, and Dr. Fontecchio) and with the consultants; briefed the class

28 certification motion and oversaw the experts and their deposition preparation; researched and

946263.1

2

MDL 3:07-md-1827 SI

DECLARATION OF RICHARD M. HEIMANN IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS'
MOTION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

1   drafted the motion to require the amnesty applicant to comply with ACPERA; conducted

2   numerous hearings before this Court and the two Special Masters; traveled throughout the United

3   States and Asia to depose defendants' employees and officers; organized the document review;

4   oversaw numerous attorneys fluent in Korean, Japanese, and Chinese to review defendants'

5   foreign language documents; reviewed defendants' English language documents; researched,

6   obtained, and reviewed third-party data; conducted analyses of defendants' sales and price

7   information; developed a strategy and participated in the settlement negotiations and the

8   settlement documentation drafting; and drafted the settlement briefs and notices and claim form.

9           4.      The total hours and lodestar, at historical rates, is summarized on Attachment 1

10  hereto.  All work reported by my firm's attorneys, paralegals, and support staff on behalf of Direct

11  Purchasers in this matter was performed on a wholly contingent basis.  The historical rates set

12  forth in Attachment 1 are the hourly rates in effect at the time work was performed.  These rates

13  are the same rates charged to hourly clients, although one client of this law firm receives a ten

14  percent discount.

15          4.      My firm incurred the following costs:  third party data purchasing, expert costs,

16  database hosting charges, copying, travel and other related expenses, electronic computer research,

17  photocopying, faxing, and mailing charges, printing, telephone, and other costs that are

18  summarized on Attachment 2.  These costs were incurred on behalf of Direct Purchasers by my

19  firm on a contingent basis, and have not been reimbursed.  The records of these costs are reflected

20  in Lieff Cabraser's books and records.  I have reviewed the time and expenses reported by my firm

21  in this case that are included in the Motion for Attorneys' Fees, Reimbursement of Expenses, and

22  Incentive Awards, and I affirm that the they are true and accurate.

23          I declare under penalty of perjury under the laws of the United States of America that the

24  foregoing is true and correct.

25          Executed on October 28, 2011 at San Francisco, California.

26

27                                                      _____/s/ Richard M. Heimann_____
                                                        RICHARD M. HEIMANN
28

946263.1                                            3                        MDL 3:07-md-1827 SI
DECLARATION OF RICHARD M. HEIMANN IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS'
MOTION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

# LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

Report created on   10/27/2011 12:45:58 PM

| | From | Inception |
|---|---|---|
| | To | 8/31/2011 |

**Matter Number: 3209-0001**      LIQUID CRYSTAL DISPLAY - DIRECT CASE

**PARTNER**

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| ELIZABETH CABRASER | 3.90 | 775.00 | 3,022.50 |
| ELIZABETH CABRASER | 2.50 | 825.00 | 2,062.50 |
| ELIZABETH CABRASER | 0.40 | 850.00 | 340.00 |
| RICHARD HEIMANN | 77.00 | 775.00 | 59,675.00 |
| RICHARD HEIMANN | 118.80 | 800.00 | 95,040.00 |
| RICHARD HEIMANN | 212.80 | 825.00 | 175,560.00 |
| RICHARD HEIMANN | 81.90 | 850.00 | 69,615.00 |
| RICHARD HEIMANN | 72.40 | 875.00 | 63,350.00 |
| WILLIAM BERNSTEIN | 5.40 | 775.00 | 4,185.00 |
| WILLIAM BERNSTEIN | 2.70 | 800.00 | 2,160.00 |
| WILLIAM BERNSTEIN | 9.00 | 825.00 | 7,425.00 |
| JOSEPH SAVERI | 417.10 | 650.00 | 271,115.00 |
| JOSEPH SAVERI | 659.30 | 675.00 | 445,027.50 |
| JOSEPH SAVERI | 981.00 | 700.00 | 686,700.00 |
| JOSEPH SAVERI | 1,010.90 | 725.00 | 732,902.50 |
| JOSEPH SAVERI | 606.70 | 750.00 | 455,025.00 |
| STEVEN FINEMAN | 1.60 | 650.00 | 1,040.00 |
| KELLY DERMODY | 0.50 | 625.00 | 312.50 |
| JONATHAN SELBIN | 0.20 | 600.00 | 120.00 |
| JONATHAN SELBIN | 1.00 | 625.00 | 625.00 |
| ROBERT EISLER | 9.60 | 650.00 | 6,240.00 |
| MICHELE JACKSON | 2.00 | 625.00 | 1,250.00 |
| MICHELE JACKSON | 14.10 | 650.00 | 9,165.00 |
| MICHELE JACKSON | 35.50 | 675.00 | 23,962.50 |
| MICHELE JACKSON | 1,455.00 | 700.00 | 1,018,500.00 |
| MICHELE JACKSON | 1,685.60 | 725.00 | 1,222,060.00 |
| MICHELE JACKSON | 1,466.70 | 750.00 | 1,100,025.00 |
| ERIC FASTIFF | 3.00 | 450.00 | 1,350.00 |
| ERIC FASTIFF | 305.20 | 475.00 | 144,970.00 |
| ERIC FASTIFF | 396.10 | 550.00 | 217,855.00 |
| ERIC FASTIFF | 823.30 | 575.00 | 473,397.50 |
| ERIC FASTIFF | 454.70 | 600.00 | 272,820.00 |
| ERIC FASTIFF | 664.40 | 625.00 | 415,250.00 |
| ELIZABETH ALEXANDER | 0.20 | 450.00 | 90.00 |
| BRENDAN GLACKIN | 3.50 | 510.00 | 1,785.00 |
| BRENDAN GLACKIN | 1,129.00 | 535.00 | 604,015.00 |
| BRENDAN GLACKIN | 461.70 | 560.00 | 258,552.00 |

| | | | |
|---|---|---|---|
| JENNIFER GROSS | 18.10 | 450.00 | 8,145.00 |
| DANIEL HUTCHINSON | 0.20 | 475.00 | 95.00 |
| JAHAN SAGAFI | 0.70 | 450.00 | 315.00 |
| DANIEL BARENBAUM | 1.20 | 425.00 | 510.00 |
| DANIEL CHIPLOCK | 0.40 | 525.00 | 210.00 |
| JOY KRUSE | 0.40 | 575.00 | 230.00 |
| | **13,195.70** | | **8,856,094.50** |

**ASSOCIATE**

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| REBECCA BEDWELL-COLL | 196.50 | 475.00 | 93,337.50 |
| MIKAELA BERNSTEIN | 56.50 | 300.00 | 16,950.00 |
| CHRISTOPHER COLEMAN | 4.70 | 395.00 | 1,856.50 |
| NIMISH DESAI | 43.10 | 295.00 | 12,714.50 |
| NIMISH DESAI | 32.30 | 305.00 | 9,851.50 |
| NIMISH DESAI | 1.90 | 350.00 | 665.00 |
| ALLISON ELGART | 0.20 | 435.00 | 87.00 |
| JORDAN ELIAS | 212.40 | 380.00 | 80,712.00 |
| JORDAN ELIAS | 596.10 | 410.00 | 244,401.00 |
| JORDAN ELIAS | 264.70 | 430.00 | 113,821.00 |
| JORDAN ELIAS | 368.50 | 475.00 | 175,037.50 |
| BRENDAN GLACKIN | 1,055.10 | 500.00 | 527,550.00 |
| BRENDAN GLACKIN | 1,226.30 | 510.00 | 625,413.00 |
| JENNIFER GROSS | 15.40 | 380.00 | 5,852.00 |
| KAREN JONES | 1,289.60 | 385.00 | 496,496.00 |
| KAREN JONES | 1,718.20 | 410.00 | 704,462.00 |
| KAREN JONES | 1,214.90 | 435.00 | 528,481.50 |
| ANDREW KINGSDALE | 460.10 | 295.00 | 135,729.50 |
| ANDREW KINGSDALE | 1,116.50 | 315.00 | 351,697.50 |
| ANDREW KINGSDALE | 797.70 | 370.00 | 295,149.00 |
| ANDREW KINGSDALE | 446.80 | 415.00 | 185,422.00 |
| SARAH LONDON | 32.80 | 250.00 | 8,200.00 |
| SARAH LONDON | 236.60 | 300.00 | 70,980.00 |
| SARAH LONDON | 15.60 | 385.00 | 6,006.00 |
| BING ZHANG RYAN | 437.80 | 385.00 | 168,553.00 |
| ALISON STOCKING | 35.60 | 370.00 | 13,172.00 |
| TODD WALBURG | 10.00 | 485.00 | 4,850.00 |
| | **11,885.90** | | **4,877,447.00** |

**LAW CLERK**

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| CHRISTINE LEE | 160.50 | 260.00 | 41,730.00 |
| PHONG NGUYEN | 26.90 | 270.00 | 7,263.00 |
| | **187.40** | | **48,993.00** |

**PARALEGAL/CLERK**

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| SUZANNE HAMILTON | 0.10 | 235.00 | 23.50 |
| NICOLAS MENARD | 9.50 | 165.00 | 1,567.50 |
| ADELINA ACUNA | 1.00 | 165.00 | 165.00 |
| SCOTT ALAMEDA | 4.00 | 260.00 | 1,040.00 |
| RICHARD ANTHONY | 4.30 | 200.00 | 860.00 |
| RICHARD ANTHONY | 14.80 | 215.00 | 3,182.00 |
| RICHARD ANTHONY | 1.00 | 235.00 | 235.00 |
| RICHARD ANTHONY | 1.30 | 245.00 | 318.50 |
| RICHARD ANTHONY | 7.50 | 270.00 | 2,025.00 |
| JAKE BECKER | 350.00 | 190.00 | 66,500.00 |
| JACOB BECKLUND | 209.80 | 165.00 | 34,617.00 |
| JACOB BECKLUND | 239.80 | 180.00 | 43,164.00 |
| WENJIE CAI | 2.10 | 225.00 | 472.50 |
| WENJIE CAI | 2.00 | 250.00 | 500.00 |
| TODD CARNAM | 1.30 | 250.00 | 325.00 |
| SHANDA CHAPIN-RIENZO | 234.80 | 200.00 | 46,960.00 |
| SHANDA CHAPIN-RIENZO | 367.00 | 215.00 | 78,905.00 |
| MARIA DEARS | 2.10 | 245.00 | 514.50 |
| SAMUEL DEPUTY | 276.30 | 180.00 | 49,734.00 |
| SAMUEL DEPUTY | 806.30 | 190.00 | 153,197.00 |
| SAMUEL DEPUTY | 187.60 | 225.00 | 42,210.00 |
| LINDSEY GRUMBO | 36.50 | 205.00 | 7,482.50 |
| LINDSEY GRUMBO | 46.80 | 215.00 | 10,062.00 |
| LINDSEY GRUMBO | 108.90 | 225.00 | 24,502.50 |
| DANIEL LIU | 32.10 | 1.00 | 32.10 |
| DANIEL LIU | 187.20 | 235.00 | 43,992.00 |
| DANIEL LIU | 378.50 | 260.00 | 98,410.00 |
| MELISSA MATHENY | 4.50 | 215.00 | 967.50 |
| SHAWN MOWRY | 118.50 | 165.00 | 19,552.50 |
| DARIN RANAHAN | 1.50 | 155.00 | 232.50 |
| ALAN RUIZ | 380.20 | 200.00 | 76,040.00 |
| ALAN RUIZ | 269.80 | 225.00 | 60,705.00 |
| ALAN RUIZ | 209.20 | 250.00 | 52,300.00 |
| JACK SANFORD | 1.50 | 225.00 | 337.50 |
| STEVEN SHIN | 55.20 | 225.00 | 12,420.00 |
| STEVEN SHIN | 140.00 | 250.00 | 35,000.00 |
| MEAGAN SULLIVAN | 19.50 | 200.00 | 3,900.00 |
| BRIAN TROXEL | 88.20 | 215.00 | 18,963.00 |
| BRIAN TROXEL | 1,003.60 | 225.00 | 225,810.00 |
| BRIAN TROXEL | 945.30 | 235.00 | 222,145.50 |
| BRIAN TROXEL | 636.20 | 260.00 | 165,412.00 |
| ALEXANDER ZANE | 1.30 | 205.00 | 266.50 |
| ALEXANDER ZANE | 0.10 | 225.00 | 22.50 |
| YANG ZHANG | 20.50 | 215.00 | 4,407.50 |
| YANG ZHANG | 582.60 | 225.00 | 131,085.00 |

| | | | |
|---|---:|---:|---:|
| YANG ZHANG | 76.70 | 235.00 | 18,024.50 |
| KIRTI DUGAR | 48.50 | 325.00 | 15,762.50 |
| KIRTI DUGAR | 35.50 | 335.00 | 11,892.50 |
| KIRTI DUGAR | 31.50 | 370.00 | 11,655.00 |
| MORRY SILVERFIELD | 0.80 | 225.00 | 180.00 |
| | **8,183.30** | | **1,798,078.10** |

**OTHER**

| NAME | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| SCOTT ALAMEDA | 24.90 | 240.00 | 5,976.00 |
| SCOTT ALAMEDA | 173.80 | 250.00 | 43,450.00 |
| SCOTT ALAMEDA | 11.50 | 260.00 | 2,990.00 |
| ROBERT DE MARIA | 65.20 | 250.00 | 16,300.00 |
| ROBERT DE MARIA | 28.40 | 275.00 | 7,810.00 |
| ROBERT DE MARIA | 0.50 | 285.00 | 142.50 |
| ROBERT DE MARIA | 11.80 | 320.00 | 3,776.00 |
| MIRIAM GORDON | 0.60 | 175.00 | 105.00 |
| ELIZABETH JUNG | 9.20 | 385.00 | 3,542.00 |
| ISIS KANG | 778.00 | 270.00 | 210,060.00 |
| JAMES KIM | 2,491.30 | 385.00 | 959,150.50 |
| SAMANTHA KIM | 27.50 | 385.00 | 10,587.50 |
| JAMES KIM | 1,282.00 | 435.00 | 557,670.00 |
| EUNICE KO | 1,407.00 | 410.00 | 576,870.00 |
| EUNICE KO | 1,216.00 | 435.00 | 528,960.00 |
| SANNY LAU | 724.00 | 385.00 | 278,740.00 |
| SANNY LAU | 1,296.00 | 410.00 | 531,360.00 |
| JONATHAN LEE | 5.50 | 295.00 | 1,622.50 |
| DANIEL MADAR | 1,500.50 | 385.00 | 577,692.50 |
| MAJOR MUGRAGE | 19.50 | 240.00 | 4,680.00 |
| MAJOR MUGRAGE | 126.50 | 250.00 | 31,625.00 |
| MAJOR MUGRAGE | 13.40 | 260.00 | 3,484.00 |
| MAJOR MUGRAGE | 12.00 | 285.00 | 3,420.00 |
| RENEE MUKHERJI | 2.40 | 180.00 | 432.00 |
| RENEE MUKHERJI | 22.00 | 190.00 | 4,180.00 |
| RENEE MUKHERJI | 6.80 | 200.00 | 1,360.00 |
| RENEE MUKHERJI | 12.20 | 210.00 | 2,562.00 |
| RENEE MUKHERJI | 6.30 | 235.00 | 1,480.50 |
| ANIL NAMBIAR | 1.00 | 285.00 | 285.00 |
| KELLY NOGUCHI | 1,119.40 | 385.00 | 430,969.00 |
| HISUN RIM | 2,933.90 | 235.00 | 689,466.50 |
| HISUN RIM | 1,259.30 | 260.00 | 327,418.00 |
| LAUREN SALAS | 7.00 | 385.00 | 2,695.00 |
| MICAH TREXLER | 10.70 | 200.00 | 2,140.00 |
| ROSE WALLER | 399.70 | 385.00 | 153,884.50 |
| CHUN-WEI WU | 2,115.70 | 385.00 | 814,544.50 |
| CHUN-WEI WU | 1,016.00 | 435.00 | 441,960.00 |

| | | | |
|---|---:|---:|---:|
| KYOKO YAMADA | 223.50 | 410.00 | 91,635.00 |
| SHIHO YAMAMOTO | 533.30 | 235.00 | 125,325.50 |
| CYRUS YAMAT | 34.00 | 260.00 | 8,840.00 |
| CYRUS YAMAT | 46.50 | 285.00 | 13,252.50 |
| INNA ZATULOVSKY | 155.30 | 385.00 | 59,790.50 |
| ANTHONY GRANT | 9.00 | 250.00 | 2,250.00 |
| ANTHONY GRANT | 12.00 | 260.00 | 3,120.00 |
| ANTHONY GRANT | 134.00 | 285.00 | 38,190.00 |
| RALPH HUGO | 3.50 | 240.00 | 840.00 |
| SAT KRIYA KHALSA | 40.80 | 240.00 | 9,792.00 |
| SAT KRIYA KHALSA | 94.20 | 250.00 | 23,550.00 |
| SAT KRIYA KHALSA | 3.50 | 260.00 | 910.00 |
| SAT KRIYA KHALSA | 22.50 | 285.00 | 6,412.50 |
| | **21,449.60** | | **7,617,298.50** |
| **MATTER TOTAL** | **54,901.90** | | **23,197,911.10** |

Adjusted to conform to reported lodestar: $22,192,891.50

1

**Attachment 2**
**In re TFT-LCD (Flat Panel) Antitrust Litigation**
2
**Lieff, Cabraser, Heimann & Bernstein, LLP**
**Reported Expenses Incurred on Behalf of Direct Purchaser Plaintiffs**
3
**Inception Through October 15, 2011**

4

| Reported Expenses (By Type) | Amount Incurred |
|---|---|
| Computer Research | 157,186.28 |
| Copying/Reproduction | 92,776.76 |
| Court Costs/Filing Fees | 1,038.15 |
| Court Reporting/Hearing Transcripts | 24,308.02 |
| Delivery/Courier | 30,522.01 |
| E-Discovery/Support | 21,722.53 |
| Expert Witness Fees | 7,560.00 |
| Facsimile | 500.00 |
| Mailing/Postage | 6,919.87 |
| Miscellaneous | 60.00 |
| Printing/Binding | 147,935.20 |
| Service of Process | 15,455.20 |
| Special Master/Mediation Services | 13,105.82 |
| Telephone | 22,270.60 |
| Translation Services | 13,163.69 |
| Travel - Airfare | 63,815.56 |
| Travel - Car Rental/Taxi/Parking | 5,483.83 |
| Travel - Lodging | 34,095.79 |
| Travel - Meals | 17,234.06 |
| Trial Exhibits | 304.34 |
| Vendor - Other (Flash Drives) | 1,691.66 |
| Vendor - Other (Samsung Monitors) | 2,551.90 |
| Vendor - Other (SID Conference Book) | 1,277.35 |
| **Total:** | **$ 680,978.62** |

DECLARATION OF RICHARD M. HEIMANN IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS'
MOTION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES