1  Stuart H. Singer
2  BOIES, SCHILLER, & FLEXNER LLP
   401 East Law Olas Boulevard, Suite 1200
3  Fort Lauderdale, FL 33301
   Telephone: (954) 356-0011
4  Facsimile: (954) 356-0022
   *ssinger@bsfllp.com*
5
   *Counsel for Plaintiff Office Depot, Inc.*
6
7  [Additional counsel listed on signature page]

8                    UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                       (SAN FRANCISCO DIVISION)

10 | OFFICE DEPOT, INC., | CASE NO. 3:07-md-1827 SI |
11 | | INDIVIDUAL ACTION 3:11-cv-02225 |
12 | Plaintiff, | |
   | v. | **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO** |
13 | AU OPTRONICS CORPORATION, et al., | **DEFENDANTS' JOINT MOTION AND [PROPOSED] ORDER** |
14 | | |
   | Defendants. | |
15 | | |
16 | | The Honorable Susan Y. Illston |

17

18      WHEREAS plaintiff Office Depot, Inc. ("Office Depot"), filed a complaint in the above-
19 captioned case against AU Optronics Corporation, AU Optronics Corporation America, Chi Mei
20 Optoelectronics Corporation, Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd.,
21 Chunghwa Picture Tubes, Ltd., Epson Electronics America, Inc., Epson Imaging Devices
22 Corporation, HannStar Display Corporation, Hitachi Electronic Devices (USA), Inc., Hitachi,
23 Ltd., Hitachi Displays, Ltd., LG Display Co., Ltd., LG Display America, Inc., Mitsui & Co.
24 (Taiwan), Ltd., Mitsui & Co. (U.S.A.), Inc., NEC Corporation, NEC Electronics America, Inc.,
25 NEC LCD Technologies, Ltd., Samsung Electronics America, Inc., Samsung Electronics Co.,
26 Ltd., Samsung Semiconductor, Inc., SANYO Consumer Electronics Co., Ltd., Sharp
27 Corporation, Sharp Electronics Corporation, Tatung Company of America, Inc., Toshiba
28

America Electronic Components, Inc., Toshiba America Information Systems, Inc., Toshiba Corporation and Toshiba Mobile Display Co., Ltd., ("Defendants") on March 31, 2011;

WHEREAS, Office Depot filed a First Amended Complaint against Defendants on September 19, 2011;

WHEREAS Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., LG Display Co., Ltd., LG Display America, Inc., AU Optronics Corporation, AU Optronics Corporation America, Chimei Innolux Corporation (f/k/a Chi Mei Optoelectronics Corp.), Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Epson Imaging Devices Corporation, Epson Electronics America, Inc., Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc., SANYO Consumer Electronics Co., Ltd., Sharp Corporation, Sharp Electronics Corporation, Tatung Co. of America, Inc., Chunghwa Picture Tubes, Ltd., Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba Mobile Display Co., Ltd., Toshiba America Information Systems, Inc., Mitsui & Co. (U.S.A.), Inc., and HannStar Display Corporation, filed Defendants' Joint Notice of Motion and Motion to Dismiss Office Depot, Inc's First Amended Complaint on October 19, 2011;

WHEREAS Defendants NEC Corporation, NEC LCD Technologies, Ltd., and NEC Electronics America, Inc. filed a Notice of Motion and Motion to Dismiss or, in the alternative, Motion for Summary Judgment; Joinder in Defendants' Joint Motion to Dismiss Office Depot's Complaint on October 19, 2011;

WHEREAS Office Depot's responses to the aforementioned motions would be due on November 2, 2011;

NOW THEREFORE, the parties stipulate and agree as follows:

The time for Office Depot to respond to the aforementioned motions to dismiss is extended until November 23, 2011.

The time for the Defendants to file any replies is extended until December 21, 2011.

The hearing on the aforementioned motions to dismiss is noticed for and will be held on January 13, 2012, or at such other time as is convenient for the Court.

1
2
3      IT IS SO STIPULATED.
4
                                                By: /s/ Robert D. Wick
5                                               Robert D. Wick (Pro hac vice)
                                                Derek Ludwin (Pro hac vice)
6                                               Neil K. Roman (Pro hac vice)
                                                COVINGTON & BURLING LLP
7                                               1201 Pennsylvania Avenue, N.W.
                                                Washington, DC 20004
8                                               (202) 662-6000 (Phone)
                                                (202) 662-6291  (Facsimile)
9                                               *rwick@cov.com*
10                                              *dludwin@cov.com*
                                                *nroman@cov.com*
11
                                                *Counsel for Defendants Samsung Electronics Co., Ltd.,*
12                                              *Samsung Semiconductor, Inc., and Samsung*
                                                *Electronics America, Inc.*
13
14
                                                By: /s/ Holly A. House
15                                              Holly A. House (SB# 136045)
                                                Kevin C. McCann (SB# 120874)
16                                              PAUL HASTINGS LLP
                                                55 Second Street
17                                              Twenty-Fourth Floor
                                                San Francisco, CA 94105
18                                              (415) 856-7000 (Phone)
                                                (415) 856-7100 (Facsimile)
19                                              *hollyhouse@paulhastings.com*
                                                *kevinmccann@paulhastings.com*
20
21
                                                *Counsel for Defendants LG Display Co., Ltd. and LG*
22                                              *Display America, Inc.*
23
24
                                                By: /s/ Christopher A. Nedeau
25                                              Christopher A. Nedeau (State Bar No. 81297)
                                                Carl L. Blumenstein (State Bar No. 124158)
26                                              NOSSAMAN LLP
                                                50 California Street, 34th Floor
27                                              San Francisco, CA 94111-4799
28                                              (415) 398-3600 (Phone)

(415) 398-2438 (Facsimile)
cnedeau@nossaman.com
cblumenstein@nossaman.com

*Counsel for Defendants AU Optronics Corporation and AU Optronics Corporation America*

By: /s/ Christopher B. Hockett
Christopher B. Hockett (Bar No. 121539)
Neal A. Potischman (Bar No. 254862)
Sandra West (Bar No. 250389)
Samantha H. Knox (Bar No. 254427)
1600 El Camino Real
Menlo Park, California 94025
(650) 752-2000 (Phone)
(650) 752-2111 (Facsimile)

*Counsel for Defendants Chimei Innolux Corporation (f/k/a Chi Mei Optoelectronics Corp.), Chi Mei Optoelectronics USA, Inc., and CMO Japan Co., Ltd.*

By: /s/ Stephen P. Freccero
Stephen P. Freccero (State Bar No. 131093)
Melvin R. Goldman (State Bar No. 34097)
Derek F. Foran (State Bar No. 224569)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000 (Phone)
(415) 268-7522 (Facsimile)
MGoldman@mofo.com
SFreccero@mofo.com
DForan@mofo.com

*Counsel for Defendants Epson Imaging Devices Corporation and Epson Electronics America, Inc.*

By: /s/ Kent M. Roger
Kent M. Roger (State Bar No. 95987)
Michelle Kim-Szrom (State Bar No. 252901)
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
(415) 442-1000 (Phone)

|   |   |
|---|---|
| 1 | (415) 442-1001 (Facsimile) |
|   | kroger@morganlewis.com |
| 2 | mkim-szrom@morganlewis.com |
| 3 | *Counsel for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. and Hitachi Electronic Devices (USA), Inc.* |

By: /s/Allison A. Davis
Allison A. Davis
Davis Wright Tremaine LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111
(415) 276-6500 (Phone)
(415) 276-4880 (Facsimile)
allisondavis@dwt.com

Nick S. Verwolf
Davis Wright Tremaine LLP
777 108th Avenue NE, Suite 2300
Bellevue, WA 98004
(425) 646-6125 (Phone)
(425) 646-6199 (Facsimile)
nickverwolf@dwt.com

*Counsel for Defendant SANYO Consumer Electronics Co., Ltd.*

By: /s/ John M. Grenfell
John M. Grenfell (State Bar No. 88500)
Jacob R. Sorensen (State Bar No. 290134)
PILLSBURY WINTHROP SHAW PITTMAN LLP
50 Fremont Street
San Francisco, CA 94105
(415) 983-1000 (Phone)
(415) 983-1200 (Facsimile)
John.grenfell@pillsburylaw.com

*Counsel for Defendants Sharp Corporation and Sharp Electronics Corporation*

By: /s/ Rachel S. Brass
Joel S. Sanders (State Bar No. 107234)
Rachel S. Brass (State Bar No. 219301)
GIBSON DUNN & CRUTCHER LLP

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' JOINT MOTION TO DISMISS AND [PROPOSED] ORDER

- 5 -

Case No. 3:11-cv-02225-SI (N.D. Cal.)
Master File No. 3:07-md-01827-SI (N.D. Cal.)

555 Mission Street, Suite 3000
San Francisco, CA 94105-2933
(415) 393-8200 (Phone)
(415) 393-8306 (Facsimile)
*jsanders@gibsondunn.com*
*rbrass@gibsondunn.com*

*Counsel for Defendants Tatung Co. of America, Inc. and Chunghwa Picture Tubes, Ltd.*


By: /s/ Christopher M. Curran
Christopher M. Curran (Pro hac vice)
John H. Chung (Pro hac vice)
Martin M. Toto (Pro hac vice)
Kristen J. McAhren (Pro hac vice)
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200 (Phone)
(212) 354-8113 (Facsimile)
*ccurran@whitecase.com*
*jchung@whitecase.com*
*mtoto@whitecase.com*
*kmcahren@whitecase.com*

*Counsel for Defendants Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba Mobile Display Co., Ltd., and Toshiba America Information Systems, Inc.*


By: /s/ Stephen H. Sutro
George D. Niespolo (SBN 72107)
Stephen H. Sutro (SBN 172168)
Jennifer Briggs Fisher (SBN 241321)
DUANE MORRIS LLP
One Market, Spear Tower, Suite 2200
San Francisco, CA 94105-1104
(415) 957-3000 (Phone)
(415) 957-3001 (Facsimile)
*gdniespolo@duanemorris.com*
*shsutro@duanemorris.com*
*jbfisher@duanemorris.com*

*Counsel for Defendants NEC Corporation, NEC LCD Technologies, Ltd., and NEC Electronics America, Inc.*

By: /s/ Michael E. Mumford
Paul P. Eyre
Ernest E. Vargo
Michael E. Mumford
BAKER & HOSTETLER LLP
PNC Center
1900 East Ninth Street, Suite 3200
Cleveland, Ohio 44114-3482
(216) 621-0200 (Phone)
(216) 696-0740 (Facsimile)
*peyre@bakerlaw.com*
*evargo@bakerlaw.com*
*mmumford@bakerlaw.com*

*Counsel for Defendant Mitsui & Co. (U.S.A.), Inc.*


By: /s/ Hugh F. Bangasser
Hugh F. Bangasser (Pro hac vice)
Ramona M. Emerson (Pro hac vice)
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98004-1158
(206) 623-7580 (Phone)
(206) 623-7022 (Facsimile)
*Ramonoa.Emerson@klgates.com*
*Hugh.Bangasser@klgates.com*

Jeffrey L. Bornstein (State Bar No. 99358)
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 9411-5994
(415) 882-8200 (Phone)
(415) 882-8220 (Facsimile)
*Jeff.Bornstein@klgates.com*

*Counsel for Defendant HannStar Display Corporation*


By: /s/ Stuart H. Singer
Stuart H. Singer
BOIES, SCHILLER, & FLEXNER LLP
401 East Law Olas Boulevard, Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
*ssinger@bsfllp.com*
*mschultz@bsfllp.com*

|     |                                                                      |
| --- | -------------------------------------------------------------------- |
| 1   |                                                                      |
| 2   | William A. Isaacson (Pro Hac Vice to be filed)                       |
|     | Melissa Willett (Pro Hac Vice to be filed)                           |
| 3   | BOIES, SCHILLER & FLEXNER                                            |
|     | 5301 Wisconsin Ave. NW, Suite 800                                    |
| 4   | Washington, DC 20015                                                 |
|     | Telephone: (202) 237-2727                                            |
| 5   | Facsimile: (202) 237-6131                                            |
|     | *wisaacson@bsfllp.com*                                               |

William A. Isaacson (Pro Hac Vice to be filed)
Melissa Willett (Pro Hac Vice to be filed)
BOIES, SCHILLER & FLEXNER
5301 Wisconsin Ave. NW, Suite 800
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
*wisaacson@bsfllp.com*

Philip J. Iovieno (Pro Hac Vice to be filed)
BOIES, SCHILLER & FLEXNER
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
*piovieno@bsfllp.com*

*Counsel for Plaintiff Office Depot, Inc.*

Attestation: The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

IT IS SO ORDERED

Dated: ___11/2/___, 2011

By: /s/ Susan Illston
_____
Honorable Susan Y. Illston