Michael R. Lazerwitz (PRO HAC VICE)
Jeremy J. Calsyn (State Bar No. 205062)
Lee F. Berger (State Bar No. 222756)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000 (Phone)
(212) 225-3999 (Facsimile)
mlazerwitz@cgsh.com

Brad D. Brian (State Bar No. 079001)
Jerome C. Roth (State Bar No. 159483)
Jonathan E. Altman (State Bar No. 170607)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Brad.Brian@mto.com

*Attorneys for Defendants*
LG DISPLAY AMERICA, INC.
AND LG DISPLAY CO., LTD

[additional parties and counsel listed in signature block]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL INDIRECT PURCHASER ACTIONS | CASE NO. 3:07-md-1827 SI, MQ<br>MDL NO. 1827<br><br>**STIPULATION AND [P~~ROPOSED~~] ORDER REGARDING SCHEDULING STATUS CONFERENCE**<br><br>Date:        November 7, 2011<br>Time:        10:00 a.m.<br>Courtroom: 10<br>Judge:       Hon. Susan Illston |

.

1

STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING STATUS CONFERENCE
Case No. 3:07-md-1827 SI, MQ

1  WHEREAS during a hearing before the Court on September 22, 2011 on various summary judgment motions in the Indirect Purchaser Class Plaintiffs ("IPPs") case, the Court asked the IPPs and Direct Purchaser Class Plaintiffs ("DPPs") to meet and confer with Defendants on a date and time for a status conference in the Class Action cases only;

WHEREAS the parties submitted a stipulation and the Court entered an order scheduling the status conference for Wednesday, October 26, 2011;

WHEREAS the Court *sua sponte* rescheduled the status conference to November 16, 2011;

WHEREAS certain counsel are not available to attend the status conference on November 16, 2011;

WHEREAS the IPPs, DPPs, and Defendants are available for such a status conference on Monday, November 7, 2011 at 10:00 a.m., and the parties understand that the Court is available at that time as well;

THEREFORE, IT IS HEREBY STIPULATION among Co-Lead Counsel for the DPPs, IPPs and Counsel for the Defendants, that the status conference in the Class Action cases only should be rescheduled to be held on Monday, November 7, 2011 at 10:00 a.m. in Courtroom 10 of the Federal Building located at 450 Golden Gate Avenue, San Francisco, California.

DATED: October 26, 2011

By: ___/s/Michael R. Lazerwitz___
Michael R. Lazerwitz (PRO HAC VICE)
Jeremy J. Calsyn (State Bar No. 205062)
Lee F. Berger (State Bar No. 222756)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000 (Phone)
(212) 225-3999 (Facsimile)
*mlazerwitz@cgsh.com*

Brad D. Brian (State Bar No. 079001)
Jerome C. Roth (State Bar No. 159483)
Jonathan E. Altman (State Bar No. 170607)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
*Brad.Brian@mto.com*

1
2      *Attorneys for Defendants LG Display Co., Ltd. and LG Display America, Inc.*

3
4      By: ___/s/ Bruce L. Simon___
       Bruce L. Simon (State Bar No. 96241)
       PEARSON, SIMON, WARSHAW & PENNY, LLP
5      44 Montgomery Street, Suite 2450
       San Francisco, CA 94104
6      (415) 433-9000 (Phone)
       (415) 433-9008 (Facsimile)
7      bsimon@pswplaw.com

8      Richard M. Heimann
       LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
9      Embarcadero Center West
       275 Battery Street, 29th Floor
10     San Francisco, CA 94111
       (415) 956-1000 (Phone)
11     (415) 956-1008 (Facsimile)
       rheimann@lchb.com

12     *Co-Lead Counsel for the Direct Purchaser Plailntiffs*
13

14     By:   ___/s/ Francis O. Scarpulla___
       Francis O. Scarpulla (State Bar No. 41059)
15     Craig C. Corbitt (State Bar No. 83251)
       ZELLE HOFMANN VOELBEL & MASON LLP
16     44 Montgomery Street, Suite 3400
       San Francisco, CA 94104
17     (415) 693-0700 (Phone)
       (415) 693-0770 (Facsimile)
18     fscarpulla@zelle.com
       ccorbitt@zelle.com
19
20     Joseph M. Alioto
       ALIOTO LAW FIRM
21     555 California Street, 31st Floor
       San Francisco, CA 94104
22     (415) 434-8900 (Phone)
       (415) 434-9200 (Facsimile)
23     jalioto@aliotolaw.com

24     *Co-Lead Counsel for Indirect Purchaser Plaintiffs*
25
26
27
28

```
                                    By:    /s/ Christopher A. Nedeau
                                    Christopher A. Nedeau
                                    Carl L. Blumenstein
                                    Allison Dibley
                                    NOSSAMAN LLP
                                    50 California Street, 34th Floor
                                    San Francisco, CA 94111
                                    (415) 398-3600 (Phone)
                                    (415) 398-2438 (Facsimile)
                                    cnedeau@nossaman.com

                                    Attorneys for Defendants AU Optronics Corporation
                                    and AU Optronics Corporation America



                                    By:    /s/ John H. Chung
                                    John H. Chung (PRO HAC VICE)
                                    WHITE & CASE LLP
                                    1155 Avenue of the Americas
                                    New York, NY 10036
                                    (212) 819-8200 (Phone)
                                    (212) 354-8113 (Facsimile)
                                    jchung@whitecase.com

                                    Christopher M. Curran (PRO HAC VICE)
                                    Kristen J. McAhren (PRO HAC VICE)
                                    WHITE & CASE LLP
                                    701 Thirteenth Street, NW
                                    Washington, DC 20005-3807
                                    (202) 626-3600 (Phone)
                                    (202) 639-9355 (Facsimile)
                                    ccurran@washdc.whitecase.com

                                    Attorneys for Defendants Toshiba Corporation, Toshiba
                                    Mobile Display Co., Ltd., Toshiba America Electronic
                                    Components, Inc. and Toshiba America Information
                                    Systems, Inc.
```

**Attestation:** The filer of this document attests that concurrence in the filing of this document has been obtained from each of the other signatories.


By:    */s/ Michael R. Lazerwitz*
       Michael R. Lazerwitz

**[PROPOSED] ORDER**

Under the parties' stipulation set forth above, IT IS SO ORDERED.

Dated:  11/2  , 2011        By: _____
                                Hon. Susan Illston
                                United States District Judge