1  MELVIN R. GOLDMAN (CA SBN 34097)
   MGoldman@mofo.com
2  STEPHEN P. FRECCERO (CA SBN 131093)
   SFreccero@mofo.com
3  DEREK F. FORAN (CA SBN 224569)
   DForan@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7

8  Attorneys for Defendants
   SEIKO EPSON CORPORATION, EPSON IMAGING
   DEVICES CORPORATION AND EPSON ELECTRONICS
9  AMERICA, INC.

10 [Additional counsel listed on signature page.]

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13              SAN FRANCISCO DIVISION

| 14 IN RE: LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827 SI MDL No. 1827 |
|---|---|
| 15 | Case No. 09-cv-1115 |
| 16 This Document Relates to: | Case No. 09-cv-4997<br>Case No. 10-cv-4572 |
| 17 ATS Claim, LLC v. Epson Electronics America, Inc., et al., Case No. 09-cv-1115 | Case No. 11-cv-0058<br>Case No. 10-cv-1064 |
| 18 AT&T Mobility LLC et al v. AU Optronics Corporation et al., Case No. 09-cv-4997 | Case No. 10-cv-5452<br>Case No. 10-cv-0117<br>Case No. 09-cv-5840 |
| 19 | Case No. 09-cv-5609 |
| 20 Best Buy Co., Inc., et al. v. AU Optronics Corporation et al. Case No. 10-cv-4572 | Case No. 10-cv-4945<br>Case No. 10-cv-3205 |
| 21 Costco Wholesale Corporation v. AU Optronics Corporation, et al., Case No. 11-cv-0058 | Case No. 10-cv-3619<br>Case No. 10-cv-3517 |
| 22 | **STIPULATION REGARDING** |
| 23 Dell Inc. et al. v. Sharp Corporation et al., Case No. 10-cv-1064 | **DISCOVERY AS TO THE**<br>**AUTHENTICITY OF DOCUMENTS**<br>**AND THEIR STATUS AS "BUSINESS** |
| 24 | **RECORDS"** |
| 25 Eastman Kodak Company v. Epson Imaging Devices Corporation et al., Case No. 10-cv-5452 | |

27

28

STIPULATION EXTENDING DISCOVERY AS TO AUTHENTICITY AND ADMISSIBILITY OF DOCUMENTS
CASE NO. 3:07-MD-1827 SI
pa-1493183

1   Electrograph Systems, Inc., et al. v. Epson
    Imaging Devices Corp., et al., Case No.
2   10-cv-0117

3   Motorola, Inc. v. AU Optronics Corporation et
    al., Case No. 09-cv-5840
4
    Nokia Corporation, et al v. AU Optronics
5   Corporation et al., Case No. 09-cv-5609

6   Target Corp. et al. v. AU Optronics
    Corporation et al., Case No. 10-cv-4945
7
    TracFone Wireless, Inc. v. AU Optronics
8   Corporation et al., Case No. 10-cv-3205

9   State of Missouri, et al. v. AU Optronics
    Corporation et al., Case No. 10-cv-3619
10
    State of Florida v. AU Optronics Corporation
11  et al., Case No. 10-cv-3517

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    WHEREAS, the parties wish to cooperate in developing an efficient means of addressing

2    the authenticity and status as business records of documents in the Direct Action Plaintiff and

3    Attorney General cases referenced above;

4    WHEREAS, the parties also wish to avoid the costs and burdens of discovery requests and

5    depositions necessary to establish the authenticity and status as business records of documents,

6    and with that end in mind, the parties are negotiating in good faith a stipulation regarding the

7    authenticity and status as business records of documents for use in the Direct Action Plaintiff and

8    Attorney General cases referenced above;

9    WHEREAS, the Court has set a fact discovery cut-off applicable to the Direct Action

10   Plaintiff and Attorney General cases referenced above of December 8, 2011;

11   WHEREAS, given the number of parties and documents the parties contemplate they will

12   need additional time to agree on the terms of a stipulation regarding the authenticity and status as

13   business records of documents for use in the Direct Action Plaintiff and Attorney General cases

14   referenced above;

15   NOW THEREFORE, IT IS HEREBY STIPULATED by the undersigned counsel on

16   behalf of the parties identified below (the "Stipulating Parties"), that in the event the parties are

17   unable to agree on a stipulation regarding the authenticity and status as business records of

18   documents for use in the Direct Action Plaintiff and Attorney General cases, referenced above, or

19   if the parties are unable to agree on the authenticity and status as business records of individual

20   documents, the Stipulating Parties may, nonetheless, proceed with discovery related to the

21   authentication and status as business records of documents for use in the foregoing actions

22   beyond the date currently set for the close of fact discovery.  This stipulation does not extend the

23   discovery cut-off for any other discovery proceedings.

24   ///

25   ///

26   ///

27   ///

28

1   Dated:  November 3, 2011          By:    /s/  Jason C. Murray

2                                     CROWELL & MORING LLP
                                      Jason C. Murray
3                                     Joshua Stokes
                                      515 South Flower St., 40th Floor
4                                     Los Angeles, CA  90071
                                      Tel:  (213) 622-4750
5                                     Fax:  (213) 622-2690

6                                     CROWELL & MORING LLP
                                      Jeffrey H. Howard (*pro hac vice*)
7                                     Jerome A. Murphy (*pro hac vice*)
                                      1001 Pennsylvania Avenue, N.W.
8                                     Washington D.C.  20004
                                      Tel:  (202) 624-2500
9                                     Fax:  (202) 628-5116

10                                    *Counsel for Plaintiffs AT&T Mobility LLC,*
                                      *et al.; Motorola Mobility Inc.; and Target*
11                                    *Corp., et al.*

12  Dated:  November 3, 2011          By:    /s/  David P. Germaine

13                                    VANEK VICKERS & MASINI P.C.
                                      David Germaine
14                                    111 S. Wacker, Suite 4050
                                      Chicago, IL. 60606
15                                    Tel:  (312) 224-1500
                                      Fax:  (312) 224-1510
16
                                      *Counsel for Plaintiff ATS Claim, LLC*
17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING DISCOVERY AS TO AUTHENTICITY AND STATUS AS BUSINESS RECORDS          2
CASE NO. 3:07-MD-1827 SI
pa-1493183

1    Dated:  November 3, 2011                By:   /s/  David Martinez

2                                            ROBINS, KAPLAN, MILLER & CIRESI
                                             L.L.P.
3                                            Roman M. Silberfeld
                                             David Martinez
4                                            2049 Century Park East, Suite 3400
                                             Los Angeles, CA  90067-3208
5                                            Tel:  (310) 552-0130
                                             Fax:  (310) 229-5800
6
                                             ROBINS, KAPLAN, MILLER & CIRESI
7                                            L.L.P.
                                             Elliot S. Kaplan (pro hac vice)
8                                            K. Craig Wildfang (pro hac vice)
                                             Lauren E. Wood (pro hac vice)
9                                            800 LaSalle Avenue
                                             2800 LaSalle Plaza
10                                           Minneapolis, MN  55402
                                             Tel:  (612) 349-8500
11                                           Fax:  (612) 339-4181

12                                           *Counsel for Plaintiffs Best Buy Co., et al.*

13   Dated:  November 3, 2011                By:   /s/  Cori G. Moore

14                                           PERKINS COIE LLP
                                             David J. Burman
15                                           Cori G. Moore
                                             1201 Third Avenue, Suite 4800
16                                           Seattle, WA  98101-3099
                                             Tel:  (206) 359-8000
17                                           Fax:  (206) 359-9000

18                                           *Counsel for Plaintiff Costco Wholesale
                                             Corporation*
19

20   Dated:  November 3, 2011                By:   /s/  Debra D. Bernstein

21                                           ALSTON + BIRD LLP
                                             Michael P. Kenny
22                                           Debra D. Bernstein
                                             Rodney J. Ganske
23                                           1201 West Peachtree Street
                                             Atlanta, GA  30309-3424
24                                           Tel:  (404) 881-7000
                                             Fax:  (404) 881-7777
25
                                             *Counsel for Plaintiffs Dell Inc. and Dell
26                                           Products L.P.*

27

28

STIPULATION REGARDING DISCOVERY AS TO AUTHENTICITY AND STATUS AS BUSINESS RECORDS
CASE NO. 3:07-MD-1827 SI                                                          3
pa-1493183

1   Dated:  November 3, 2011                    By:  ___/s/  John R. Foote_____

2

3                                                NIXON PEABODY LLC
                                                 Karl D. Belgum
                                                 John R. Foote
4                                                One Embarcadero Center, 18th Floor
                                                 San Francisco, CA  94111
5                                                Tel:  (415) 984-8200
                                                 Fax:  (415) 984-8300
6

7                                                *Counsel for Plaintiff Eastman Kodak*

8   Dated:  November 3, 2011                    By:  ___/s/  William A. Isaacson_____

9                                                BOIES, SCHILLER & FLEXNER LLP
                                                 William A. Isaacson (pro hac vice)
10                                               5301 Wisconsin Ave. NW, Suite 800
                                                 Washington, D.C.  20015
11                                               Tel:  (202) 237-2727
                                                 Fax:  (202) 237-6131
12
                                                 BOIS, SCHILLER & FLEXNER LLP
13                                               Philip J. Iovieno (pro hac vice)
                                                 10 North Pearl Street, 4th Floor
14                                               Albany, NY  12207
                                                 (518) 434-0600
15                                               (518) 434-0665

16                                               BOIS, SCHILLER & FLEXNER LLP
                                                 Laura J. McKay
17                                               1999 Harrison Street, Suite 900
                                                 Oakland, CA  94612
18                                               Tel:  (510) 874-1000
                                                 Fax:  (510) 874-1460
19
                                                 *Counsel for Plaintiffs Electrograph*
20                                               *Systems, Inc., et al.*

21

22

23

24

25

26

27

28

STIPULATION REGARDING DISCOVERY AS TO AUTHENTICITY AND STATUS AS BUSINESS RECORDS
CASE NO. 3:07-MD-1827 SI                                                              4
pa-1493183

1  Dated:  November 3, 2011                    By:    /s/  B. Parker Miller

2                                              ALSTON + BIRD LLP
                                               Randall Allen
3                                              275 Middlefield Road, Suite 150
                                               Menlo Park, CA  94025
4                                              Tel: (650) 838-2000
                                               Fax: (650) 838-2001
5
                                               ALSTON + BIRD LLP
6                                              Peter Kontio
                                               Valarie C. Williams
7                                              B. Parker Miller
                                               1201 West Peachtree Street
8                                              Atlanta, GA  30309
                                               Tel: (404) 881-7000
9                                              Fax: (404) 881-7777

10                                             *Counsel for Plaintiffs Nokia Corporation
                                               and Nokia Inc.*
11
   Dated:  November 3, 2011                    By:    /s/  David B. Esau
12
                                               CARLTON FIELDS, P.A.
13                                             James B. Baldinger *(pro hac vice)*
                                               Robert L. Ciotti *(pro hac vice)*
14                                             David B. Esau *(pro hac vice)*
                                               CityPlace Tower
15                                             525 Okeechobee Boulevard, Suite 1200
                                               West Palm Beach, FL  33401
16                                             Tel:  (561) 659-7070
                                               Fax:  (561) 659-7368
17
                                               *Counsel for Plaintiff TracFone Wireless,
18                                             Inc.*

19 Dated:  November 3, 2011                    By:    /s/  Anne E. Schneider

20                                             ATTORNEY GENERAL OF MISSOURI
                                               Chris Koster
21                                             Anne E. Schneider (*pro hac vice*)
                                               Andrew M. Hartnett (*pro hac vice*)
22                                             P.O. Box 899
                                               Jefferson City, MO 65102
23                                             Tel: (573) 751-3321
                                               Fax: (573) 751-2041
24
                                               *Counsel for Plaintiff State of Missouri*
25

26

27

28

STIPULATION REGARDING DISCOVERY AS TO AUTHENTICITY AND STATUS AS BUSINESS RECORDS
CASE NO. 3:07-MD-1827 SI                                                          5
pa-1493183

1   Dated:  November 3, 2011          By:    /s/  David A. Curran

2                                             ATTORNEY GENERAL OF
                                              ARKANSAS
3                                             David A. Curran (*pro hac vice*)
                                              323 Center Street, Suite 500
4                                             Little Rock, AR  72201
                                              Tel: (501) 682-2007
5                                             Fax: (501) 682-8118

6                                             *Counsel for Plaintiff State of Arkansas*

7   Dated:  November 3, 2011          By:    /s/  M. Elizabeth Lippitt

8                                             ATTORNEY GENERAL OF MICHIGAN
                                              Bill Schuette (*pro hac vice*)
9                                             M. Elizabeth Lippitt (*pro hac vice*)
                                              Corporate Oversight Division
10                                            525 West Ottawa Street, 6th Floor
                                              Lansing, MI  48933
11                                            Tel: (517) 373-1160
                                              Fax: (517) 335-1935
12
                                              *Counsel for Plaintiff State of Michigan*
13
14  Dated:  November 3, 2011          By:    /s/  Douglas L. Davis

15                                            ATTORNEY GENERAL OF WEST
                                              VIRGINIA
16                                            Darrell McGraw
                                              Jill L. Miles (*pro hac vice*)
17                                            Douglas L. Davis (*pro hac vice*)
                                              West Virginia Attorney General Office
18                                            812 Quarrier St., First Floor
                                              Jefferson City, MO  65102
19                                            Tel: (304) 558-8986
                                              Fax: (304) 558-0184
20
                                              *Counsel for Plaintiff State of West Virginia*
21
    Dated:  November 3, 2011          By:    /s/  Gwendolyn J. Cooley
22
23                                            ATTORNEY GENERAL OF
                                              WISCONSIN
24                                            J.P. Van Hollen
                                              Gwendolyn J. Cooley (*pro hac vice*)
25                                            Wisconsin Department of Justice
                                              P.O. Box 7857
26                                            Madison, WI  53707
                                              Tel: (608) 261-5810
27                                            Fax: (608) 267-2778

                                              *Counsel for Plaintiff State of Wisconsin*
28

STIPULATION REGARDING DISCOVERY AS TO AUTHENTICITY AND STATUS AS BUSINESS RECORDS
CASE NO. 3:07-MD-1827 SI                                                                    6
pa-1493183

1    Dated: November 3, 2011                  By:     /s/ Lizabeth A. Brady

2                                               OFFICE OF THE ATTORNEY
GENERAL
3                                               STATE OF FLORIDA
R. Scott Palmer
4                                               Lizabeth A. Brady
Nicholas Weilhammer
5                                               Eli Friedman
PL-01, The Capitol
6                                               Tallahassee, FL 32399-1050
Tel: (850) 414-3300
7                                               Fax: (850) 488-9134

8                                               *Counsel for Plaintiff State of Florida*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING DISCOVERY AS TO AUTHENTICITY AND STATUS AS BUSINESS RECORDS      7
CASE NO. 3:07-MD-1827 SI
pa-1493183

1    Dated:  November 3, 2011              By:    /s/  James A. Nickovich

2                                                NOSSAMAN LLP
                                                 Christopher A. Nedeau, Esq.
3                                                Carl L. Blumenstein, Esq.
                                                 Allison M. Dibley, Esq.
4                                                James A. Nickovich, Esq.
                                                 50 California Street, 34th Floor
5                                                San Francisco, CA 94111
                                                 Tel: (415) 398-3600
6                                                Fax: (415) 398-2438

7                                                *Counsel for Defendants AU Optronics
                                                 Corporation and AU Optronics*
8                                                *Corporation America*

9    Dated:  November 3, 2011              By:    /s/  Harrison J. Frahn IV

10                                               SIMPSON THACHER & BARTLETT
                                                 LLP
11                                               Harrison J. Frahn IV
                                                 2550 Hanover Street
12                                               Palo Alto, CA 94304
                                                 Telephone: (650) 251-5000
13                                               Facsimile: (650) 251-5002

14                                               DAVIS POLK & WARDWELL LLP
                                                 Christopher B. Hockett
15                                               Neal A. Potischman
                                                 Sandra West
16                                               1600 El Camino Real
                                                 Menlo Park, CA 94205
17                                               Tel: (650) 752-2000
                                                 Fax: (650) 752-2111
18
                                                 *Counsel for Defendants Chi Mei*
19                                               *Corporation, Chimei Innolux Corporation,*
                                                 *Chi Mei Optoelectronics USA, Inc., CMO*
20                                               *Japan Co., Ltd., Nexgen Mediatech, Inc.*
                                                 *and Nexgen Mediatech USA, Inc.*
21

22

23

24

25

26

27

28

1   Dated:  November 3, 2011                    By:     /s/  Joel Sanders

2                                               GIBSON, DUNN & CRUTCHER LLP
                                                Joel Sanders, Esq.
3                                               555 Mission Street, Suite 3000
                                                San Francisco, CA 94105-2933
4                                               Tel: (415) 393-8200
                                                Fax: (415) 986-5309
5
                                                *Counsel for Defendants Chunghwa Picture*
6                                               *Tubes, Ltd. and Tatung Company of*
                                                *America for Cases Nos. 10-cv-4573, 11-*
7                                               *cv-0058, 09-cv-5609, and 10-cv-4945*

8   Dated:  November 3, 2011                    By:     /s/  Ramona M. Emerson

9                                               K&L GATES LLP
                                                Hugh F. Bangasser, Esq.
10                                              Ramona M. Emerson, Esq.
                                                925 Fourth Avenue, Suite 2900
11                                              Seattle, WA 98104-1158
                                                Tel: (206) 623-7580
12                                              Fax: (206) 623-7022

13                                              *Counsel for Defendants HannStar Display*
                                                *Corporation*
14

15  Dated:  November 3, 2011                    By:     /s/  Kent M. Roger

16                                              MORGAN, LEWIS & BOCKIUS LLP
                                                Kent M. Roger
17                                              Herman J. Hoying
                                                One Market, Spear Tower
18                                              San Francisco, CA 94105
                                                Tel: (415) 442-1000
19                                              Fax: (415) 442-1001

20                                              *Counsel for Defendants Hitachi, Ltd.,*
                                                *Hitachi Displays, Ltd., and Hitachi*
21                                              *Electronic Devices (USA), Inc.*

22

23

24

25

26

27

28

STIPULATION REGARDING DISCOVERY AS TO AUTHENTICITY AND STATUS AS BUSINESS RECORDS
CASE NO. 3:07-MD-1827 SI                                                              9
pa-1493183

1

2

Dated:  November 3, 2011

By:    /s/  Michael R. Lazerwitz

3

CLEARY GOTTLIEB STEEN &
HAMILTON LLP
Michael R. Lazerwitz, Esq.

4

Lee F. Berger, Esq.
Kelsey W. Shannon, Esq.

5

2000 Pennsylvania Avenue N.W.
Washington, DC 20006

6

Tel: (202) 974-1500
Fax: (202) 974-1999

7

8

PAUL HASTINGS LLP
Holly A. House (SB# 136045)

9

Kevin C. McCann (SB# 120874)
55 Second Street

10

Twenty-Fourth Floor
San Francisco, CA  94105

11

Tel:  (415) 856-7000
Fax: (415) 856-7100

12

13

*Counsel for Defendants LG Display
America, Inc. and LG Display Co., Ltd.*

14

Dated:  November 3, 2011

By:    /s/  Michael E. Mumford

15

16

BAKER HOSTETLER LLP
Ernest E. Vargo, Esq.
Paul P. Eyre, Esq.

17

Michael E. Mumford, Esq.
PNC Center

18

1900 East Ninth Street, Suite 3200
Cleveland, OH 44114

19

Tel: (216) 621-0200

20

Fax: (216) 696-0740

21

*Counsel for Defendants Mitsui & Co.
(Taiwan), Limited*

22

23

24

25

26

27

28

STIPULATION REGARDING DISCOVERY AS TO AUTHENTICITY AND STATUS AS BUSINESS RECORDS
CASE NO. 3:07-MD-1827 SI
pa-1493183

10

1    Dated:  November 3, 2011                    By:      /s/  Brendan P. Cullen

2                                                         SULLIVAN & CROMWELL LLP
                                                          Garrard R. Beeney, Esq.
3                                                         Theodore Edelman, Esq.
                                                          125 Broad Street
4                                                         New York, NY 10004-2498
                                                          Tel: (212) 558-4000
5                                                         Fax:  (212) 558-3588

6                                                         Brendan P. Cullen, Esq.
                                                          Shawn J. Lichaa, Esq.
7                                                         1870 Embarcadero Road
                                                          Palo Alto, CA 94303
8                                                         Tel: (650)461-5600
                                                          Fax: (650) 461-5745
9
                                                          *Counsel for Defendants Philips*
10                                                        *Electronics North*
                                                          *America Corporation*
11

12   Dated:  November 3, 2011                    By:      /s/  Jeffrey Davidson

13                                                        COVINGTON & BURLING LLP
                                                          Timothy C. Hester, Esq.
14                                                        Robert D. Wick, Esq.
                                                          Derek Ludwin, Esq.
15                                                        Jeffrey Davidson, Esq.
16                                                        One Front Street
                                                          San Francisco, CA 94111
17                                                        Tel:  (415) 591-6000
                                                          Fax: (415) 591-6091
18
                                                          *Counsel for Defendants Samsung*
19                                                        *Electronics Co., Ltd., Samsung*
                                                          *Semiconductor, Inc., and Samsung*
20                                                        *Electronics America, Inc.*

21

22

23

24

25

26

27

28

STIPULATION REGARDING DISCOVERY AS TO AUTHENTICITY AND STATUS AS BUSINESS RECORDS
CASE NO. 3:07-MD-1827 SI                                                              11
pa-1493183

1   Dated: November 3, 2011             By:    /s/ Allison A. Davis

2

3                                     DAVIS WRIGHT TREMAINE LLP
Allison A. Davis, Esq.
505 Montgomery Street, Suite 800
San Francisco, CA 94111
Tel: (415) 276-6500
Fax: (415) 276-6599

4

5

6                                     DAVIS WRIGHT TREMAINE LLP
Nick S. Verwolf, Esq.
777 108th Avenue N.E., Suite 2300
Bellevue, WA 98004
Tel: (425) 646-6100
Fax: (425) 646-6199

7

8

9                                     *Counsel for Defendants Sanyo Consumer
Electronics Co., Ltd.*

10

11   Dated: November 3, 2011             By:    /s/ Tyler M. Cunningham

12                                     SHEPPARD MULLIN RICHTER &
HAMPTON LLP
Gary L. Halling
James L. Mcginnis
Michael W. Scarborough
Mona Solouki
Tyler M. Cunningham
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4106
Tel: (415) 434-9100
Fax: (415) 434-3947

13

14

15

16

17

18                                     *Counsel for Defendants Samsung SDI Co.,
Ltd. and Samsung SDI America, Inc.*

19

20   Dated: November 3, 2011             By:    /s/ Derek F. Foran

21                                       MORRISON & FOERSTER LLP
Melvin Goldman
Stephen P. Freccero
Derek F. Foran
425 Market Street
San Francisco, California 94105-2482
Tel: (415) 268-7000
Fax: (415) 268-7522

22

23

24

25

26                                     *Counsel for Defendants Seiko Epson
Corporation, Epson Imaging Devices
Corporation and Epson Electronics
America, Inc.*

27

28

1    Dated:  November 3, 2011                    By:     /s/  Jacob R. Sorensen

2                                                        PILLSBURY WINTHROP SHAW
                                                         PITTMAN LLP
3                                                        Jacob R. Sorensen, Esq.
                                                         50 Fremont Street, 5th Floor
4                                                        San Francisco, CA  94105
                                                         Tel:  (415) 983-1000
5                                                        Fax:  (415) 983-1200

6                                                        BINGHAM MCCUTCHEN LLP
                                                         Colin West, Esq.
7                                                        Three Embarcadero Center
                                                         San Francisco, CA 94111-4067
8                                                        Tel:  (415) 393-2000
                                                         Fax:  (415) 393-2286
9
                                                         *Counsel for Defendants Sharp*
10                                                       *Corporation and Sharp Electronics*
                                                         *Corporation*
11

12   Dated:  November 3, 2011                    By:     /s/ Patrick J. Ahern

13                                                       BAKER & MCKENZIE
                                                         Patrick J. Ahern, Esq.
14                                                       One Prudential Plaza
                                                         130 East Randolph Drive
15                                                       Chicago, IL 60601
                                                         Tel:  (312) 861-8000
16                                                       Fax:  (312) 861-2899

17                                                       *Counsel for Defendant Tatung Company*
                                                         *of America, Inc.*
18

19   Dated:  November 3, 2011                    By:     /s/  Kristen J. McAhren

20                                                       WHITE & CASE LLP
                                                         Christopher M. Curran (*pro hac vice*)
21                                                       John H. Chung (*pro hac vice*)
                                                         Martin M. Toto (*pro hac vice*)
22                                                       Kristen J. McAhren (*pro hac vice*)
                                                         1155 Avenue of the Americas
23                                                       New York, NY 10036
                                                         Tel:  (212) 819-8200
24                                                       Fax:  (212) 354-8113

25                                                       *Attorneys for Toshiba Corporation,*
                                                         *Toshiba Mobile Display Co., Ltd., Toshiba*
26                                                       *America Electronic Components, Inc. and*
                                                         *Toshiba America Information Systems,*
27                                                       *Inc.*

28

STIPULATION REGARDING DISCOVERY AS TO AUTHENTICITY AND STATUS AS BUSINESS RECORDS
CASE NO. 3:07-MD-1827 SI                                                                    13
pa-1493183

1

**ORDER**

2

           Pursuant to the parties' stipulation, IT IS SO ORDERED.

3

4

Dated: _____ 11/4/11 _____

                        _____

5

                        HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

2

     I, Derek Foran, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the

3

concurrence to the filing of this document has been obtained from each signatory hereto.

4

Dated: November 3, 2011           By: /s/  Derek F. Foran

5

                                     Derek F. Foran

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28