William A. Isaacson (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

Philip J. Iovieno (admitted *pro hac vice*)
Anne M. Nardacci (admitted *pro hac vice*)
Christopher V. Fenlon (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
         anardacci@bsfllp.com
         cfenlon@bsfllp.com

Counsel for Plaintiff
SCHULTZE AGENCY SERVICES, LLC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:11-cv-03856-SI (N.D. Cal.) |
| This Document Relates To Individual Case No. 3:11-cv-03856-SI (N.D. Cal.) | Master File No. 3:07-md-01827-SI (N.D. Cal.) |
| | MDL No. 1827 |
| SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC AND TWEETER NEWCO, LLC | **STIPULATION AND [~~PROPOSED~~] ORDER WITHDRAWING JOINT MOTION TO DISMISS, NEC'S MOTION TO DISMISS, SANYO CE'S MOTION TO DISMISS, AND EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT** |
| Plaintiff, | |
| vs. | |
| AU OPTRONICS CORPORATION, et al., | |
| Defendants. | |

|   |   |
|---|---|
| 1 | Plaintiff, Schultze Agency Services, LLC ("Plaintiff"), and Defendants, through the |
| 2 | undersigned counsel, request that the Court enter the following order to withdraw (1) Defendants' |
| 3 | Joint Motion to Dismiss Plaintiff's complaint, (2) Defendants NEC Corporation, NEC Corporation |
| 4 | of America, NEC Display Solutions of America, Inc., NEC Electronics America, Inc., and NEC |
| 5 | LCD Technologies, Ltd.'s ("NEC") Motion to Dismiss Plaintiff's complaint, and (3) Defendant |
| 6 | Sanyo Consumer Electronics, Co., Ltd.'s ("Sanyo CE") Motion to Dismiss, and extend |
| 7 | Defendants' time to respond to the amended complaint that Plaintiff will file on or before |
| 8 | December 6, 2011. |
| 9 | WHEREAS, on October 4, 2011, Plaintiff and Defendant Mitsui & Co. (Taiwan), Ltd. |
| 10 | ("Mitsui Taiwan") entered into a stipulation giving Mitsui Taiwan until December 1, 2011 to |
| 11 | answer, move, or otherwise respond to Plaintiff's complaint. |
| 12 | WHEREAS, on October 20, 2011, certain Defendants filed a joint motion to dismiss |
| 13 | Plaintiff's complaint in this action (MDL Dkt. No. 3973), and Defendants NEC and Sanyo CE |
| 14 | filed separate motions to dismiss Plaintiff's complaint (MDL Dkt. Nos. 3967 and 3974, |
| 15 | respectively) (the "Motions"); |
| 16 | WHEREAS the hearing on the Motions is scheduled for December 2, 2011; |
| 17 | WHEREAS Plaintiff, although it opposes the Motions, will exercise its right under Federal |
| 18 | Rule of Civil Procedure 15(a) to file a First Amended Complaint in lieu of filing an opposition to |
| 19 | the Motions; |
| 20 | WHEREAS the parties agree that the briefing dates and hearing associated with the |
| 21 | Motions should be withdrawn and that Plaintiff will file its First Amended Complaint after the |
| 22 | existing deadline to file its oppositions to the Motions; |
| 23 | WHEREAS the parties further agree that Plaintiff may have until December 6, 2011 to file |
| 24 | a First Amended Complaint and all Defendants may have until January 10, 2012 to respond to the |
| 25 | First Amended Complaint, that Plaintiff may have until January 27, 2012 to oppose or otherwise |
| 26 | respond to Defendants' response, and that Defendants may have until February 10, 2012 to reply |
| 27 | to such opposition; |
| 28 |   |

WHEREAS the parties further agree that the hearing on any responses made by Defendants may be noticed for February 24, 2012;

WHEREAS the parties further agree that, in the alternative, the Defendants may have 60 days from the date the First Amended Complaint is filed to answer said complaint;

THEREFORE, Plaintiff, by its counsel, and Defendants, by the undersigned counsel, stipulate and agree as follows:

1. The Motions shall be withdrawn and the briefing schedule and hearing date stricken.

2. Plaintiff shall file a First Amended Complaint on or before December 6, 2011.

3. All Defendants shall respond to the First Amended Complaint by January 10, 2012.

4. Plaintiff shall oppose or otherwise respond to Defendants' filings by January 27, 2012.

5. Defendants shall submit any replies by February 10, 2012.

6. The hearing on any responses made by Defendants shall be noticed for February 24, 2012.

7. In the alternative, all Defendants shall have 60 days from the date the First Amended Complaint is filed to answer said Complaint.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | DATED:  November 3, 2011 | _____/s/ William A. Isaacson_____<br>William A. Isaacson (admitted *pro hac vice*)<br>BOIES, SCHILLER & FLEXNER LLP<br>5301 Wisconsin Ave. NW, Suite 800<br>Washington, D.C.  20015<br>Telephone:  (202) 237-2727<br>Facsimile:   (202) 237-6131<br>Email:  wisaacson@bsfllp.com |

Philip J. Iovieno (admitted *pro hac vice*)
Anne M. Nardacci (admitted *pro hac vice*)
Christopher V. Fenlon (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY  12207
Telephone:  (518) 434-0600
Facsimile:   (518) 434-0665
Email: piovieno@bsfllp.com
          anardacci@bsfllp.com
          cfenlon@bsfllp.com

*Counsel for Plaintiff Schultze Agency Services, LLC*

_____/s/ Christopher A. Nedeau_____
Carl L. Blumenstein (CA Bar No. 124158)
Christopher A. Nedeau (CA Bar No. 81297)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, California  94111-4799
Telephone:  (415) 398-3600
Facsimile:   (415) 398-2438
Email: cnedeau@nossaman.com
          cblumenstein@nossaman.com

*Counsel for Defendants AU Optronics Corporation and AU Optronics Corporation America*

|   |   |
|---|---|
| 1 | /s/ Neal A. Potischman |
| 2 | Christopher B. Hockett (SBN 121539)<br>Neal A. Potischman (SBN 254862)<br>Sandra West (SBN 250389)<br>Samantha H. Knox (SBN 254427)<br>Micah G. Block (SBN 270712)<br>DAVIS POLK & WARDWELL LLP<br>1600 El Camino Real<br>Menlo Park, California 94025<br>Telephone: (650) 752-2000<br>Facsimile: (650) 752-2111<br>Email: chris.hockett@davispolk.com<br>       neal.potischman@davispolk.com<br>       sandra.west@davispolk.com<br>       samantha.knox@davispolk.com<br>       micah.block@davispolk.com |

Jonathan D. Martin (admitted pro hac vice)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: jonathan.martin@davispolk.com

Harrison J. Frahn IV
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002
Email: hfrahn@stblaw.com

*Counsel for Defendants Chimei Innolux Corporation (f/k/a Chi Mei Optoelectronics Corp.), Chi Mei Optoelectronics USA, Inc., and CMO Japan Co., Ltd.*

|   |   |
|---|---|
| 1 | /s/ Stephen P. Freccero |

> /s/ Stephen P. Freccero
> Melvin R. Goldman (CA Bar No. 34097)
> Stephen P. Freccero (CA Bar No. 131093)
> Derek F. Foran (CA Bar No. 224569)
> MORRISON & FOERSTER LLP
> 425 Market Street
> San Francisco, CA 94105-2482
> Telephone:  (415) 268-7000
> Facsimile:   (415) 268-7522
> Email: mgoldman@mofo.com
>           sfreccero@mofo.com
>           dforan@mofo.com
>
> *Counsel for Defendants Epson Electronics America, Inc. and Epson Imaging Devices Corporation*
>
> /s/ Ramona M. Emerson
> Hugh F. Bangasser (*pro hac vice*)
> Ramona M. Emerson (*pro hac vice*)
> K&L GATES LLP
> 925 Fourth Avenue, Suite 2900
> Seattle, WA 98104
> Telephone:  (206) 623-7580
> Facsimile:   (206) 370-6371
> Email: hugh.bangasser@klgates.com
>           ramona.emerson@klgates.com
>
> Jeffrey L. Bornstein, (CA State Bar No. 99358)
> K&L GATES LLP
> Four Embarcadero Center, Suite 1200
> San Francisco, CA  94111
> Telephone:  (415) 249-1059
> Facsimile:   (415) 882-8220
> Email:  jeffrey.bornstein@klgates.com
>
> *Counsel for Defendant HannStar Display Corporation*

        /s/ Kent M. Roger
_____
Kent M. Roger (CA Bar No. 95987)
Michelle Kim-Szrom (CA Bar No. 252901)
Jennifer L. Calvert (CA Bar No. 258018)
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001
Email: kroger@morganlewis.com
      mkim-szrom@morganlewis.com
      jennifer.calvert@morganlewis.com

*Counsel for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. and Hitachi Electronic Devices (USA), Inc.*

        /s/ Kevin C. McCann
_____
Holly House (SBN 136045)
Kevin McCann (SBN 120874)
Sean Unger (SBN 231694)
PAUL HASTINGS LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Email: hollyhouse@paulhastings.com
      kevinmccann@paulhastings.com
      seanunger@paulhastings.com

Michael R. Lazerwitz (*pro hac vice*)
Lee F. Berger (SBN 222756)
Jeremy J. Calsyn (SBN 205062)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Email: mlazerwitz@cgsh.com
      lberger@cgsh.com
      jcalsyn@cgsh.com

*Counsel for Defendants LG Display Co. Ltd. and LG Display America, Inc.*

|   |   |
|---|---|
| 1 | /s/ Michael E. Mumford |
|   | Paul P. Eyre |
| 2 | Ernest E. Vargo |
|   | Michael E. Mumford |
| 3 | BAKER & HOSTETLER LLP |
|   | 1900 East 9th Street, Suite 3200 |
| 4 | Cleveland, OH 44114 |
|   | Telephone:  (216) 621-0200 |
| 5 | Facsimile:   (216) 696-0740 |
|   | Email: peyre@bakerlaw.com |

```
                /s/ Michael E. Mumford
        Paul P. Eyre
        Ernest E. Vargo
        Michael E. Mumford
        BAKER & HOSTETLER LLP
        1900 East 9th Street, Suite 3200
        Cleveland, OH 44114
        Telephone:  (216) 621-0200
        Facsimile:   (216) 696-0740
        Email: peyre@bakerlaw.com
               evargo@bakerlaw.com
               mmumford@bakerlaw.com

        Counsel for Defendants Mitsui and Co. (Taiwan), Ltd.,
        and Mitsui & Co. (U.S.A.), Inc.

                /s/ George Niespolo
        George Niespolo (SBN 72107)
        Stephen Holbrook Sutro (SBN 172168)
        DUANE MORRIS LLP
        One Market Plaza, Spear Tower
        Suite 2000
        San Francisco, CA 94105
        Telephone: (415) 957-3000
        Facsimile:   (415) 957-3001
        Email: gdniespolo@duanemorris.com
               shsutro@duanemorris.com

        Counsel for NEC Corporation, NEC Corporation of
        America, NEC Display Solutions of America, Inc., NEC
        Electronics America, Inc., and NEC LCD Technologies,
        Ltd.

                /s/ Robert D. Wick
        Robert D. Wick (pro hac vice)
        Derek Ludwin (pro hac vice)
        Neil K. Roman (pro hac vice)
        COVINGTON & BURLING LLP
        1201 Pennsylvania Avenue, N.W.
        Washington, D.C. 20004
        Telephone:  (202) 662-6000
        Facsimile:   (202) 662-6291
        Email: dludwin@cov.com
               rwick@cov.com
               jdavidson@cov.com

        Counsel for Defendants Samsung
        Semiconductor, Inc., Samsung Electronics
        Co., Ltd., and Samsung Electronics America, Inc.
```

|   |   |
|---|---|
| 1 | /s/ Allison A. Davis |
|   | Allison A. Davis (CA Bar No. 139203) |
| 2 | DAVIS WRIGHT TREMAINE LLP |
|   | 505 Montgomery Street, Suite 800 |
| 3 | San Francisco, CA 94111-6533 |
|   | Telephone: (415) 276-6500 |
| 4 | Facsimile: (415) 276-6599 |
|   | Email: allisondavis@dwt.com |

Nick S. Verwolf (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
777 – 108th Ave. N.E., Suite 2300
Bellevue, WA 98004
Telephone: (425) 646-6125
Facsimile: (425) 646-6199
Email: nickverwolf@dwt.com

*Counsel for Defendant Sanyo Consumer Electronics Co., Ltd.*

/s/ Jacob R. Sorensen
John M. Grenfell (CA Bar No. 88500)
Jacob R. Sorensen (CA Bar No. 209134)
PILLSBURY WINTHROP SHAW PITTMAN LLP
50 Fremont Street
San Francisco, CA 94105
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
Email: john.grenfell@pillsburylaw.com
       jake.sorensen@pillsburylaw.com

*Counsel for Defendants Sharp Corporation and Sharp Electronics Corporation*

/s/ Rachel S. Brass
Joel S. Sanders
Rachel S. Brass
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-2933
Telephone: (415) 393-8200
Facsimile: (415) 393-8306
Email: jsanders@gibsondunn.com
       rbrass@gibsondunn.com

*Counsel for Defendants Chunghwa Picture Tubes, Ltd. and Tatung Company of America, Inc.*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

/s/ John H. Chung
Christopher M. Curran (*pro hac vice*)
John H. Chung (*pro hac vice*)
Martin M. Toto (*pro hac vice*)
Kristen J. McAhren (*pro hac vice*)
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200 (telephone)
(212) 354-811 (facsimile)
ccuran@whitecase.com
jchung@whitecase.com
mtoto@whitecase.com
kmcahren@whitecase.com

*Counsel for Defendants Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., and Toshiba Mobile Display Co., Ltd.*

1  Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of
2  this document has been obtained from stipulating defendants.
3  **IT IS SO ORDERED.**

5  Dated: _____11/4_____, 2011

   _____
   Susan Illston, United States District Judge

STIPULATION AND [PROPOSED] ORDER — - 10 -   Case No. 3:11-cv -03856-SI
Master File No. 3:07-md-01827-SI