Michael R. Lazerwitz (PRO HAC VICE)
Jeremy J. Calsyn (State Bar No. 205062)
Lee F. Berger (State Bar No. 222756)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000 (Phone)
(212) 225-3999 (Facsimile)
mlazerwitz@cgsh.com

Counsel for Defendants
LG DISPLAY CO., LTD.
LG DISPLAY AMERICA, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL INDIRECT PURCHASER ACTIONS | CASE NO. 3:07-md-1827 SI, MQ<br>MDL NO. 1827<br><br>STIPULATION AND [P~~ROPOS~~ED] ORDER REGARDING PAGE LIMITS FOR DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DECERTIFY CLASSES OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT |

. WHEREAS, on September 8, 2011, defendants filed a motion to decertify the classes or in the alternative for summary judgment (redacted version at ECF No. 3492) (the "Motion"), which is set for hearing on December 9, 2011;

WHEREAS, the parties previously agreed to alter the page limits ordinarily provided by the Local Rules for plaintiffs to file an opposition to the Motion;

WHEREAS, the parties now desire to alter the page limits ordinarily provided by the Local Rules to file reply papers in connection with the Motion;

1   NOW THEREFORE, IT IS HEREBY STIPULATED by the undersigned counsel on behalf of
2   the Parties identified below, that:
3       (1)    Defendants shall file a reply to Plaintiffs' opposition to the Motion not to exceed 20
4   pages.
5   DATED: November 4, 2011

By:   */s/ Michael R. Lazerwitz*
Michael R. Lazerwitz (PRO HAC VICE)
Jeremy J. Calsyn (State Bar No. 205062)
Lee F. Berger (State Bar No. 222756)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000 (Phone)
(212) 225-3999 (Facsimile)
*mlazerwitz@cgsh.com*

*Counsel for Defendants LG Display Co., Ltd. and LG Display America, Inc.*

By:   */s/ Craig C. Corbitt*
Francis O. Scarpulla (State Bar No. 41059)
Craig C. Corbitt (Staet Bar No. 83251)
Judith A. Zahid (State Bar No. 215418)
Patrick B. Clayton (State Bar No. 240191)
Qianwei Fu (State Bar No. 242669)
Heather T. Rankie (State Bar No. 268002)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
(415) 693-0700 (Phone)
(415) 693-0770 (Facsimile)
*fscarpulla@zelle.com*

Joseph M. Alioto (State Bar No. 42680)
ALIOTO LAW FIRM
225 Bush Street, 16th Floor
San Francisco, CA 94104
(415) 434-8900 (Phone)
(415) 434-9200 (Facsimile)
*jmalioto@aliotolaw.com*

*Co-Lead Class Counsel for Indirect-Purchaser Plaintiffs*

**Attestation:** The filer of this document attests that concurrence in the filing of this document has been obtained from each of the other signatories.

By:   */s/ Michael R. Lazerwitz*
      Michael R. Lazerwitz

### [PROPOSED] ORDER

Pursuant to the parties' stipulation set forth above, IT IS SO ORDERED.

Dated: November __4__, 2011      By: _____
                                                              Hon. Susan Illston
                                                              United States District Judge

STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS FOR DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DECERTIFY CLASSES OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT, Case No. 3:07-md-1827 SI , MQ