IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION,<br><br>(Class Action Cases Only)<br>_____/ | No. 07-md-01827 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

PRETRIAL CONFERENCE DATE: March 27, 2012 at 3:30 PM.

JURY TRIAL DATE: April 23, 2012 at 8:30 AM.,
   Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be          days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
A more detailed trial plan will be set out in January 2012.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions unless modified by the Court. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 11/7/11

_____
SUSAN ILLSTON
United States District Judge