PILLSBURY WINTHROP SHAW PITTMAN LLP
JOHN M. GRENFELL (CA Bar No. 88500)
john.grenfell@pillsburylaw.com
JACOB R. SORENSEN (CA Bar No. 209134)
jake.sorensen@pillsburylaw.com
FUSAE NARA (*pro hac vice*)
fusae.nara@pillsburylaw.com
ANDREW D. LANPHERE  (CA Bar No. 191479)
andrew.lanphere@pillsburylaw.com
50 Fremont Street
San Francisco, CA  94105
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

Attorneys for Defendants
SHARP CORPORATION and
SHARP ELECTRONICS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827 SI<br>MDL No. 1827 |
| This Document Relates To:<br><br>Case No. 2010-CV-3517 SI<br><br>STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS,<br><br>                    Plaintiff,<br><br>v.<br><br>AU Optronics Corporation, *et al.*,<br><br>                    Defendants. | **STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING SHARP'S TIME TO ANSWER AMENDED COMPLAINT** |

500932080v1

STIPULATION EXTENDING TIME TO ANSWER
AMENDED COMPLAINT AND [PROPOSED] ORDER
Master File No. 3:07-md-1827 SI, MDL No. 1827

1     WHEREAS plaintiff State of Florida filed an Amended Complaint in the above-
2  captioned case against Defendants AU Optronics Corporation, AU Optronics Corporation
3  America, Chi Mei Innolux Corp., CMO Japan Co., Ltd., Chi Mei Optoelectronics USA,
4  Inc., Hannstar Display Corporation, Hitachi Ltd., Hitachi Displays, Ltd., Hitachi Electronic
5  Devices (USA), Inc., LG Display Co., Ltd., LG Display America Inc., Samsung Electronics
6  Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., Sharp
7  Corporation, Sharp Electronics Corporation, Toshiba Corporation, Toshiba Mobile Display
8  Technology Co., Ltd., Toshiba America Information Systems, Inc., and Toshiba America
9  Electronic Components, Inc. on April 13, 2011, Dkt. no. 2652;
10    WHEREAS Sharp Corporation and Sharp Electronics Corporation (together,
11 "Sharp"), jointly with other defendants in this action, filed a motion to dismiss the
12 Amended Complaint on May 20, 2011;
13    WHEREAS the Court denied defendants' joint motion to dismiss the Amended
14 Complaint on September 15, 2011;
15    WHEREAS Sharp desires a reasonable amount of time to answer the Amended
16 Complaint;
17    WHEREAS the Court previously entered an Order extending the time to answer the
18 Amended Complaint on October 7, 2011, as stipulated by Plaintiff and Sharp; and
19    WHEREAS the requested time modification will not affect any other deadline in
20 this case.
21    THEREFORE, the State of Florida and Sharp hereby agree that Sharp's deadline to
22 answer to the Amended Complaint shall be November 28, 2011.
23  Dated: November 7, 2011
24
25
26
27
28

500932080v1

STIPULATION EXTENDING TIME TO ANSWER
AMENDED COMPLAINT AND [PROPOSED] ORDER
Master File No. 3:07-md-1827 SI, MDL No. 1827

| | |
|---|---|
| 1 | OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF FLORIDA |
| 2 | |
| 3 | By: /s/ Nicholas J. Weilhammer |
| |    R. Scott Palmer |
| |    Lizabeth A. Brady |
| 4 |    Nicholas J. Weilhammer (*pro hac vice*) |
| |    Office of the Attorney General |
| 5 |    State of Florida |
| |    PL-01, The Capitol |
| 6 |    Tallahassee, FL 32399-1050 |
| |    (850) 414-3300 (Phone) |
| 7 |    (850) 488-9134 (Facsimile) |
| |    Nicholas.weilhammer@myfloridalegal.com |
| 8 | |
| 9 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | JOHN M. GRENFELL |
| 10 | JACOB R. SORENSEN |
| | FUSAE NARA |
| 11 | ANDREW D. LANPHERE |
| | 50 Fremont Street |
| 12 | San Francisco, CA 94105 |
| 13 | |
| 14 | By: /s/ John M. Grenfell |
| |           John M. Grenfell |
| 15 | |
| 16 | Attorneys for Defendants SHARP CORPORATION and SHARP ELECTRONICS CORPORATION |

17 **ATTESTATION**: Pursuant to General Order 45, Part X-B, the filer attests that the

18 concurrence of the other signatory hereto has been obtained.

19

20     IT IS SO ORDERED.

21

22     Dated: _____                         _____

                                                                                Honorable Susan Illston

23

24

25

26

27

28