1   PILLSBURY WINTHROP SHAW PITTMAN LLP
     JOHN M. GRENFELL (CA Bar No. 88500)
2   john.grenfell@pillsburylaw.com
     JACOB R. SORENSEN (CA Bar No. 209134)
3   jake.sorensen@pillsburylaw.com
     FUSAE NARA (*pro hac vice*)
4   fusae.nara@pillsburylaw.com
     ANDREW D. LANPHERE  (CA Bar No. 191479)
5   andrew.lanphere@pillsburylaw.com
     50 Fremont Street
6   San Francisco, CA  94105
     Telephone: (415) 983-1000
7   Facsimile: (415) 983-1200

8   Attorneys for Defendants
     SHARP CORPORATION and
9   SHARP ELECTRONICS CORPORATION

10

11                     UNITED STATES DISTRICT COURT

12               NORTHERN DISTRICT OF CALIFORNIA

13                       SAN FRANCISCO DIVISION

14

15   IN RE:  TFT-LCD (FLAT PANEL)              Master File No. 3:07-md-1827 SI
      ANTITRUST LITIGATION                      MDL No. 1827
16

17   This Document Relates To:                 STIPULATION AND [PROPOSED]
                                                 ORDER EXTENDING SHARP'S TIME
18   Case No. 2010-CV-3517 SI                   TO ANSWER AMENDED
                                                 COMPLAINT
19   STATE OF FLORIDA, OFFICE OF THE
      ATTORNEY GENERAL, DEPARTMENT
20   OF LEGAL AFFAIRS,

21                              Plaintiff,

22   v.

23   AU Optronics Corporation, *et al.*,

24                              Defendants.

25

26

27

28

500932080v1

1     WHEREAS plaintiff State of Florida filed an Amended Complaint in the above-

2   captioned case against Defendants AU Optronics Corporation, AU Optronics Corporation

3   America, Chi Mei Innolux Corp., CMO Japan Co., Ltd., Chi Mei Optoelectronics USA,

4   Inc., Hannstar Display Corporation, Hitachi Ltd., Hitachi Displays, Ltd., Hitachi Electronic

5   Devices (USA), Inc., LG Display Co., Ltd., LG Display America Inc., Samsung Electronics

6   Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., Sharp

7   Corporation, Sharp Electronics Corporation, Toshiba Corporation, Toshiba Mobile Display

8   Technology Co., Ltd., Toshiba America Information Systems, Inc., and Toshiba America

9   Electronic Components, Inc. on April 13, 2011, Dkt. no. 2652;

10     WHEREAS Sharp Corporation and Sharp Electronics Corporation (together,

11   "Sharp"), jointly with other defendants in this action, filed a motion to dismiss the

12   Amended Complaint on May 20, 2011;

13     WHEREAS the Court denied defendants' joint motion to dismiss the Amended

14   Complaint on September 15, 2011;

15     WHEREAS Sharp desires a reasonable amount of time to answer the Amended

16   Complaint;

17     WHEREAS the Court previously entered an Order extending the time to answer the

18   Amended Complaint on October 7, 2011, as stipulated by Plaintiff and Sharp; and

19     WHEREAS the requested time modification will not affect any other deadline in

20   this case.

21     THEREFORE, the State of Florida and Sharp hereby agree that Sharp's deadline to

22   answer to the Amended Complaint shall be November 28, 2011.

23    Dated:  November 7, 2011

24

25

26

27

28

                                    - 1 -          STIPULATION EXTENDING TIME TO ANSWER
                                                   AMENDED COMPLAINT AND [PROPOSED] ORDER
                                                   Master File No. 3:07-md-1827 SI, MDL No. 1827

1                     OFFICE OF THE ATTORNEY GENERAL OF
                         THE STATE OF FLORIDA

2

3                     By:_____/s/ Nicholas J. Weilhammer_____
                        R. Scott Palmer

4                         Lizabeth A. Brady
                        Nicholas J. Weilhammer (*pro hac vice*)

5                         Office of the Attorney General
                        State of Florida

6                         PL-01, The Capitol
                        Tallahassee, FL 32399-1050

7                         (850) 414-3300 (Phone)
                        (850) 488-9134 (Facsimile)

8                         Nicholas.weilhammer@myfloridalegal.com

9                     PILLSBURY WINTHROP SHAW PITTMAN LLP
                    JOHN M. GRENFELL

10                    JACOB R. SORENSEN
                   FUSAE NARA

11                    ANDREW D. LANPHERE
                   50 Fremont Street

12                    San Francisco, CA  94105

13

14                     By:_____/s/ John M. Grenfell_____
                        John M. Grenfell

15

16                     Attorneys for Defendants SHARP CORPORATION
                    and SHARP ELECTRONICS CORPORATION

17 **ATTESTATION**:  Pursuant to General Order 45, Part X-B, the filer attests that the

18 concurrence of the other signatory hereto has been obtained.

19

20           IT IS SO ORDERED.

21           Dated: _____

22                                 _____
                                 Honorable Susan Illston

23

24

25

26

27

28

STIPULATION EXTENDING TIME TO ANSWER
AMENDED COMPLAINT AND [PROPOSED] ORDER
Master File No. 3:07-md-1827 SI, MDL No. 1827