| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | JOHN M. GRENFELL (CA Bar No. 88500) |
| 2 | john.grenfell@pillsburylaw.com |
| | JACOB R. SORENSEN (CA Bar No. 209134) |
| 3 | jake.sorensen@pillsburylaw.com |
| | FUSAE NARA (*pro hac vice*) |
| 4 | fusae.nara@pillsburylaw.com |
| | ANDREW D. LANPHERE  (CA Bar No. 191479) |
| 5 | andrew.lanphere@pillsburylaw.com |
| | 50 Fremont Street |
| 6 | San Francisco, CA  94105 |
| | Telephone: (415) 983-1000 |
| 7 | Facsimile: (415) 983-1200 |
| 8 | Attorneys for Defendants |
| | SHARP CORPORATION and |
| 9 | SHARP ELECTRONICS CORPORATION |
| 10 | |
| 11 | UNITED STATES DISTRICT COURT |
| 12 | NORTHERN DISTRICT OF CALIFORNIA |
| 13 | SAN FRANCISCO DIVISION |

| | | |
|---|---|---|
| 14 | | |
| 15 | IN RE:  TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827 SI MDL No. 1827 |
| 16 | | |
| 17 | This Document Relates To: | **STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING SHARP'S TIME TO ANSWER AMENDED COMPLAINT** |
| 18 | Case No. 2010-CV-3517 SI | |
| 19 | STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS, | |
| 20 | | |
| 21 | Plaintiff, | |
| 22 | | |
| 23 | v. | |
| 24 | AU Optronics Corporation, *et al.*, | |
| 25 | Defendants. | |
| 26 | | |
| 27 | | |
| 28 | | |

500932080v1

STIPULATION EXTENDING TIME TO ANSWER
AMENDED COMPLAINT AND [PROPOSED] ORDER
Master File No. 3:07-md-1827 SI, MDL No. 1827

1    WHEREAS plaintiff State of Florida filed an Amended Complaint in the above-captioned case against Defendants AU Optronics Corporation, AU Optronics Corporation America, Chi Mei Innolux Corp., CMO Japan Co., Ltd., Chi Mei Optoelectronics USA, Inc., Hannstar Display Corporation, Hitachi Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc., LG Display Co., Ltd., LG Display America Inc., Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., Sharp Corporation, Sharp Electronics Corporation, Toshiba Corporation, Toshiba Mobile Display Technology Co., Ltd., Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc. on April 13, 2011, Dkt. no. 2652;

WHEREAS Sharp Corporation and Sharp Electronics Corporation (together, "Sharp"), jointly with other defendants in this action, filed a motion to dismiss the Amended Complaint on May 20, 2011;

WHEREAS the Court denied defendants' joint motion to dismiss the Amended Complaint on September 15, 2011;

WHEREAS Sharp desires a reasonable amount of time to answer the Amended Complaint;

WHEREAS the Court previously entered an Order extending the time to answer the Amended Complaint on October 7, 2011, as stipulated by Plaintiff and Sharp; and

WHEREAS the requested time modification will not affect any other deadline in this case.

THEREFORE, the State of Florida and Sharp hereby agree that Sharp's deadline to answer to the Amended Complaint shall be November 28, 2011.

Dated: November 7, 2011

- 1 -

500932080v1

STIPULATION EXTENDING TIME TO ANSWER AMENDED COMPLAINT AND [PROPOSED] ORDER
Master File No. 3:07-md-1827 SI, MDL No. 1827

OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF FLORIDA

By: \_\_\_\_/s/ Nicholas J. Weilhammer_____
   R. Scott Palmer
   Lizabeth A. Brady
   Nicholas J. Weilhammer (*pro hac vice*)
   Office of the Attorney General
   State of Florida
   PL-01, The Capitol
   Tallahassee, FL 32399-1050
   (850) 414-3300 (Phone)
   (850) 488-9134 (Facsimile)
   Nicholas.weilhammer@myfloridalegal.com

PILLSBURY WINTHROP SHAW PITTMAN LLP
JOHN M. GRENFELL
JACOB R. SORENSEN
FUSAE NARA
ANDREW D. LANPHERE
50 Fremont Street
San Francisco, CA  94105


By:_____/s/ John M. Grenfell_____
               John M. Grenfell

Attorneys for Defendants SHARP CORPORATION and SHARP ELECTRONICS CORPORATION

**ATTESTATION**: Pursuant to General Order 45, Part X-B, the filer attests that the concurrence of the other signatory hereto has been obtained.

IT IS SO ORDERED.

Dated: \_\_11/8/11_____

_____
Honorable Susan Illston

- 2 -

500932080v1

STIPULATION EXTENDING TIME TO ANSWER AMENDED COMPLAINT AND [PROPOSED] ORDER
Master File No. 3:07-md-1827 SI, MDL No. 1827