GEORGE D. NIESPOLO (SBN 72107)
STEPHEN H. SUTRO (SBN 172168)
JENNIFER BRIGGS FISHER (SBN 241321)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2200
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail:   gdniespolo@duanemorris.com
          shsutro@duanemorris.com
          jbfisher@duanemorris.com

Attorneys for Defendants
NEC CORPORATION, NEC LCD TECHNOLOGIES, LTD., NEC ELECTRONICS AMERICA, INC., NEC CORPORATION OF AMERICA, INC., and NEC DISPLAY SOLUTIONS OF AMERICA, INC.

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No.: M 07-1827 SI<br>MDL No. 1827<br><br>Case No. 3:11-cv-03342 SI |
| This Document Relates to Individual Case No. 3:11-cv-03342 SI<br><br>ELECTROGRAPH SYSTEMS, INC., et al.,<br><br>    Plaintiffs,<br><br>  vs.<br><br>NEC CORPORATION, et al.,<br><br>    Defendants. | **STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING HEARING ON NEC'S MOTION TO DISMISS ELECTROGRAPH'S COMPLAINT** |

1    CASE NO.: M 07-1827 SI; 3:11-CV-03342 SI
STIPULATION AND [PROPOSED] ORDER EXTENDING HEARING ON
NEC'S MTD ELECTROGRAPH'S COMPLAINT

DM1\2958439.1

Plaintiffs Electrograph Systems, Inc. and Electrograph Technologies Corp. and Defendants NEC Corporation, NEC Corporation of America, NEC Display Solutions of America, Inc., NEC Electronics America, Inc., and NEC LCD Technologies, Ltd., through their undersigned counsel, request that the Court enter the following order to extend the hearing date on the Motion to Dismiss to January 13, 2012.

WHEREAS Defendants filed a motion to dismiss the complaint in this action on September 6, 2011 (the "Motion");

WHEREAS Plaintiffs filed its opposition to the Motion on September 27, 2011;

WHEREAS Defendants filed a reply brief in support of their Motion on October 18, 2011;

WHEREAS the hearing on Defendants' Motion is currently set for November 18, 2011;

WHEREAS the parties agree that the date for the hearing on the Motion be extended to January 13, 2012, when similar motions in related cases will be heard by this Court.

THEREFORE, Plaintiffs, by their counsel, and Defendants, by the undersigned counsel, stipulate and agree that the Motion shall be heard on January 13, 2012.

**IT IS SO STIPULATED.**

DATED:  November 14, 2011          /s/ William A. Isaacson
William A. Isaacson (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C.  20015
Telephone:  (202) 237-2727
Facsimile:   (202) 237-6131
Email:  wisaacson@bsfllp.com

Philip J. Iovieno (admitted *pro hac vice*)
Anne M. Nardacci (admitted *pro hac vice*)
Luke Nikas (admitted *pro hac vice*)
Christopher V. Fenlon (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY  12207
Telephone:  (518) 434-0600
Facsimile:   (518) 434-0665
Email:  piovieno@bsfllp.com
           anardacci@bsfllp.com
           lnikas@bsfllp.com
           cfenlon@bsfllp.com

Laura J. McKay (SBN 230049)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
Email: lmckay@bsfllp.com

*Counsel for Plaintiff Electrograph Systems, Inc. and Electrograph Technologies Corp.*


    /s/ George D. Niespolo
GEORGE D. NIESPOLO (SBN 72107)
STEPHEN H. SUTRO (SBN 172168)
JENNIFER BRIGGS FISHER (SBN 241321)
DUANE MORRIS LLP
One Market, Spear Tower, Suite 2200
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail: gdniespolo@duanemorris.com
      shsutro@duanemorris.com
      jbfisher@duanemorris.com

*Attorneys for Defendants NEC CORPORATION, NEC LCD TECHNOLOGIES, LTD., NEC ELECTRONICS AMERICA, INC., NEC CORPORATION OF AMERICA, INC., and NEC DISPLAY SOLUTIONS OF AMERICA, INC.*

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from stipulating plaintiffs.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____11/15/11_____     _____/s/ Susan Illston_____
                                       Hon. Susan Y. Illston
                                       United States District Judge