GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234
jsanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301
rbrass@gibsondunn.com
REBECCA JUSTICE LAZARUS, SBN 227330
rjustice@gibsondunn.com
JOEL WILLARD, SBN 247899
jwillard@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: (415) 393-8200
Facsimile: (415) 986-5309

Attorneys for Defendant
CHUNGHWA PICTURE TUBES, LTD.; and
TATUNG COMPANY OF AMERICA, INC.

**[Additional moving parties and counsel listed on signature pages]**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | CASE NO. 3:10-cv-03205 SI |
| | MDL No. 3:07-MD-1827 SI |
| This Document Relates To:  3:10-cv-03205-SI | **STIPULATION AND [PROPOSED] ORDER MODIFYING TRIAL SCHEDULE** |
| TRACFONE WIRELESS, INC., | |
| Plaintiff, | |
| v. | |
| AU OPTRONICS CORPORATION; AU OPTRONICS CORPORATION AMERICA, INC.; CHI MEI CORPORATION; CHI MEI OPTOELECTRONICS CORPORATION; CHI MEI OPTOELECTRONICS USA, INC.; CMO JAPAN CO. LTD.; NEXGEN MEDIATECH, INC.; NEXGEN MEDIATECH USA, INC.; EPSON IMAGING DEVICES CORPORATION; CHUNGHWA PICTURE TUBES, LTD.;  TATUNG COMPANY OF AMERICA, INC.; HANNSTAR DISPLAY CORPORATION; LG DISPLAY CO. LTD.; LG DISPLAY AMERICA INC.; SHARP | |

CORPORATION; SHARP ELECTRONICS CORPORATION; TOSHIBA CORPORATION; TOSHIBA AMERICA ELECTRONICS COMPONENTS, INC.; TOSHIBA MOBILE DISPLAY CO., LTD.; TOSHBIA AMERICA INFORMATION SYSTEMS, INC.,

   Defendants.

The undersigned counsel, on behalf of Plaintiff TracFone Wireless, Inc. and Defendants party to the above-captioned action (collectively, "Parties") hereby stipulate and agree as follows:

WHEREAS the Parties have conferred regarding the schedule set in the Court's Order re: Pretrial and Trial Schedule (Dkt. 2165) and modified by stipulation and order on July 12, 2011 (Dkt. 3110) (the "July 12 Stipulation");

WHEREAS the Parties agree to the extension of dates set in the Pretrial and Trial Schedule in order to allow sufficient time for discovery and related work;

NOW, THEREFORE, the Parties, through their undersigned respective counsel, stipulate and agree as follows:

That the pretrial dates set forth in the Pretrial and Trial Schedule, as modified by the July 12 Stipulation, are hereby amended solely as to *Tracfone Wireless, Inc. v. AU Optronics Corporation, et. al.*, Case No. 3:10-cv-03205;

That *Tracfone Wireless, Inc. v. AU Optronics Corporation, et. al.*, Case No. 3:10-cv-03205, shall be considered as filed after December 1, 2010 solely for the purposes of the Pretrial and Trial Schedule, as modified by the July 12 Stipulation, and for no other purpose; and

That the Parties shall meet and confer no later than December 31, 2011 to agree on a modified pretrial schedule.

IT IS SO STIPULATED.


DATED: November 17, 2011

                                              Respectfully submitted,

                                    By: _____/S/_____
                                          David B. Esau (pro hac vice)

2

David B. Esau (*pro hac vice*)
James B. Baldinger (*pro hac vice*)
Robert L. Ciotti (*pro hac vice*)
CARLTON FIELDS, P.A.
CityPlace Tower
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, Florida 33401
Telephone:  561.659.7070
Facsimile:  561.659.7368
*desau@carltonfields.com*
*jbaldinger@carltonfields.com*
*rciotti@carltonfields.com*

*Attorneys for Plaintiff TracFone Wireless, Inc.*


By:  _____/S/_____
　　　　Rachel S. Brass (SBN 219301)

Joel S. Sanders (SBN 107234)
Rachel S. Brass (SBN 219301)
Rebecca Justice Lazarus (SBN 227330)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
(415) 393.8200 (Phone)
(415) 393.8306 (Facsimile)
*rbrass@gibsondunn.com*

*Attorneys for Defendants Chunghwa Picture Tubes, Ltd. and Tatung Company of America, Inc.*


By:  _____/S/_____
　　　　Christopher A. Nedeau (SBN 81297)

Christopher A. Nedeau (SBN 81297)
Carl L. Blumenstein (SBN 124158)
Katharine Chao (SBN 247571)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
(415) 398.3600 (Phone)
(415) 398.2438 (Facsimile)
*cnedeau@nossaman.com*
*cblumenstein@nossaman.com*
*kchao@nossaman.com*

*Attorneys for Defendants AU Optronics Corporation and AU Optronics Corporation America*


By:  _____/S/_____
　　　　Christopher B. Hockett (SBN 121539)

3

STIPULATION AND [PROPOSED] ORDER MODIFYING TRIAL SCHEDULE
Case No. 3:10-cv-03205 SI; 3:07-md-1827 SI

Christopher B. Hockett (SBN 121539)
Neal A. Potischman (SBN 254862)
Sandra West (SBN 250389)
Samantha H. Knox (SBN 254427)
Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California  94025
(650) 752.2000 (Phone)
(650) 752.2111 (Facsimile)
*chris.hockett@davispolk.com*
*neal.potischman@davispolk.com*
*sandra.west@davispolk.com*
*samantha.knox@davispolk.com*
*micah.block@davispolk.com*

Jonathan D. Martin (*pro hac vice*)
Bradley R. Hansen (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
(212) 450.4000 (Phone)
(212) 701.5800 (Facsimile)
*jonathan.martin@davispolk.com*
*bradley.hansen@davispolk.com*

*Attorneys for Defendants Chi Mei Corporation, Chimei Innolux Corporation (f/k/a Chi Mei Optoelectronics Corp.), Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Nexgen Mediatech, Inc., and Nexgen Mediatech USA, Inc.*

By: _____/S/_____
Stephen P. Freccero (SBN 131093)

Melvin R. Goldman (SBN 34097)
Stephen P. Freccero (SBN 131093)
Derek F. Foran (SBN 224569)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
(415) 268.7000 (Phone)
(415) 268.7522 (Facsimile)
*mgoldman@mofo.com*
*sfreccero@mofo.com*
*dforan@mofo.com*

*Attorneys for Defendants Epson Imaging Devices, Corp.*

By: _____/S/_____
Ramona M. Emerson (*pro hac vice*)

Hugh F. Bangasser (*pro hac vice*)
Ramona M. Emerson (*pro hac vice*)
Christopher M. Wyant (*pro hac vice*)
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623.7580 (Phone)
(206) 623.7022 (Facsimile)
Ramona.Emerson@klgates.com

Jeffrey L. Bornstein (SBN 99358)
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
(415) 249.1059 (Phone)
(415) 882.8220 (Facsimile)

*Attorneys for Defendant HannStar Display Corporation*


By: _____/S/_____
       Michael R. Lazerwitz (*pro hac vice*)

Michael R. Lazerwitz (*pro hac vice*)
Jeremy J. Calsyn (SBN 205062)
Lee F. Berger (SBN 222756)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Ave., NW
Washington, DC 20006
(202) 974-1500 (Phone)
(202) 974-1999 (Facsimile)
*mlazerwitz@cgsh.com*

*Attorneys for Defendant LG Display Co., Ltd., LG Display America, Inc.*


By: _____/S/_____
       Jacob R. Sorensen (SBN 209134)

John M. Grenfell (SBN 88500)
Jacob R. Sorensen (SBN 209134)
Fusae Nara (*pro hac vice*)
Andrew D. Lanphere (SBN 191479)
PILLSBURY WINTHROP SHAW PITTMAN LLP
50 Fremont Street
San Francisco, CA 94105
(415) 983.1000 (Phone)
(415) 983.1200 (Facsimile)
*john.grenfell@pillsburylaw.com*
*jake.sorensen@pillsburylaw.com*
*fusae.nara@pillsburylaw.com*
*andrew.lanphere@pillsburylaw.com*

*Attorneys for Defendants Sharp Corporation and Sharp Electronics Corporation*

By: _____/S/_____
John H. Chung (*pro hac vice*)

John H. Chung (*pro hac vice*)
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036-2787
(212) 819.8200 (Phone)
(212) 354.8113 (Facsimile)
*jchung@whitecase.com*
Christopher M. Curran (*pro hac vice*)
Kristen J. McAhren (*pro hac vice*)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, D.C. 20005
(202) 626.3600 (Phone)
(202) 639-9355 (Facsimile)
*ccurran@whitecase.com*
*kmcahren@whitecase.com*

*Attorneys for Defendants Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc. and Toshiba Mobile Display Co., Ltd.*

Attestation: The filer of this document attests that the concurrence of the signatories thereto has been obtained.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

_____11/17/11_____     _____
        Date Entered                                         Honorable Judge Susan Illston