Harrison J. Frahn IV (SBN 206822)
hfrahn@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

*Attorneys for Defendants
Chi Mei Optoelectronics Corporation,
Chi Mei Optoelectronics USA, Inc., and
CMO Japan Co., Ltd.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | CASE NO. 3:11-cv-00711-SI |
| | MDL NO. 3:07-md-1827-SI |
| This Document Relates to Individual Case No. 3:11-cv-00711-SI | **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING TIME TO RESPOND TO AMENDED COMPLAINT** |
| THE STATE OF NEW YORK, | |
| Plaintiff, | |
| vs. | |
| AU OPTRONICS CORPORATION, *et al.*, | |
| Defendants. | |

1    The undersigned counsel, on behalf of their respective clients, hereby respectfully request an extension of the deadline for Defendants Chimei Innolux Corporation (f/k/a Chi Mei Optoelectronics Corporation), Chi Mei Optoelectronics USA, Inc., and CMO Japan Co., Ltd. (collectively, the "Chi Mei Defendants"), and Defendants Hitachi, Ltd., Hitachi Displays, Ltd., and Hitachi Electronic Devices (USA), Inc. (collectively, the "Hitachi Defendants"), to respond to the amended complaint filed by Plaintiff State of New York on March 15, 2011, in the above-captioned litigation (the "Amended Complaint").

WHEREAS the Chi Mei Defendants and Hitachi Defendants, jointly with other Defendants in this action, filed a motion to dismiss the Amended Complaint on May 5, 2011;

WHEREAS the Court entered an order granting in part and denying in part Defendants' joint motion to dismiss the Amended Complaint on August 9, 2011 (the "August 9, 2011 Order");

WHEREAS on August 25, 2011, the Court entered an order extending Defendants' deadline to answer the Amended Complaint to September 14, 2011;

WHEREAS on September 14, 2011, the Court entered an order extending Defendants' deadline to answer the Amended Complaint to October 25, 2011;

WHEREAS on October 21, 2011, Plaintiff, the Chi Mei Defendants, and the Hitachi Defendants filed a joint stipulation to extend the Chi Mei and Hitachi Defendants' deadline to answer the Amended Complaint to November 22, 2011;

WHEREAS on October 26, 2011, the Court entered an order modifying the pretrial and trial schedule in the above-captioned litigation;

WHEREAS on November 15, 2011, the Court entered an order (i) granting Plaintiff's motion for leave to file a motion for reconsideration and (ii) granting in part and denying in part reconsideration of the August 9, 2011 Order.

WHEREAS Plaintiff State of New York and the Chi Mei Defendants have agreed to a settlement in principle of the above-captioned litigation;

WHEREAS Plaintiff State of New York and the Hitachi Defendants have agreed to a settlement in principle of the above-captioned litigation, subject to board approval;

WHEREAS the parties would benefit from additional time to continue to negotiate the terms of that settlement;

WHEREAS further extending the time for the Chi Mei Defendants and Hitachi Defendants to answer the Amended Complaint would not alter the date of any other event or deadline already fixed by the Court;

THEREFORE, Plaintiff State of New York and the Chi Mei Defendants and Hitachi Defendants, by their respective counsel, stipulate and agree as follows:

The Chi Mei Defendants and Hitachi Defendants will have until December 9, 2011 to answer the Amended Complaint.

Dated:  November 22, 2011          Respectfully submitted,

ERIC T. SCHNEIDERMAN
Attorney General of the State of New York

By:   /s/ Richard L. Schwartz
          Richard L. Schwartz

Richard L. Schwartz*
Acting Bureau Chief, Antitrust Bureau
Amy McFarlane*
Assistant Attorney General
120 Broadway, 26th Floor
New York, New York 10271
(212) 416-8282 (voice)
(212) 416-6015 (fax)
Richard.Schwartz@ag.ny.gov

*Attorneys for Plaintiff State of New York*

* Automatic *Pro Hac Vice* Admission Pursuant to Pretrial Order No. 1, Dated July 3, 2007 (Waiving Civil L.R. 11-3)

SIMPSON THACHER & BARTLETT LLP

By:   /s/ Harrison J. Frahn IV
          Harrison J. Frahn IV

Harrison J. Frahn IV (SBN 206822)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

hfrahn@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, CA 94304
Telephone:   (650) 251-5000
Facsimile:   (650) 251-5002

*Attorneys for Defendants
Chi Mei Optoelectronics Corporation,
Chi Mei Optoelectronics USA, Inc., and
CMO Japan Co., Ltd.*


MORGAN LEWIS & BOCKIUS LLP

By:   /s/      Kent M. Roger
        Kent M. Roger (SBN 95987)

Kent M. Roger (SBN 95987)
One Market, Spear Street Tower
San Francisco, California 94105
Telephone:   (415) 442-1001
Facsimile:   (415) 442-1001

*Attorney for Defendants Hitachi, Ltd., Hitachi Displays, Ltd., and Hitachi Electronic Devices (USA), Inc.*

3
STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO RESPOND TO AMENDED COMPLAINT
CASE NO. 3:11- CV-00711-SI; MDL NO. 3:07-MD-1827-SI

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from all parties whose signatures are indicated by a "confirmed" signature (/s/) within this e-filed document.

Dated: November 22, 2011             /s/ Harrison J. Frahn IV
                                     Harrison J. Frahn IV (SBN 206822)

**[PROPOSED] ORDER**

Having considered the foregoing stipulation, and for good cause appearing, IT IS SO ORDERED.

Dated: __11/22_____, 2011        By _____/s/ Susan Illston_____
                                          HON. SUSAN ILLSTON
                                          UNITED STATES DISTRICT JUDGE