SHEPPARD MULLIN RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. McGINNIS, Cal. Bar No. 95788
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
MONA SOLOUKI, Cal. Bar No. 215145
TYLER M. CUNNINGHAM, Cal. Bar No. 243694
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947
E-mail:       ghalling@sheppardmullin.com
              jmcginnis@sheppardmullin.com
              mscarborough@sheppardmullin.com
              msolouki@sheppardmullin.com
              tcunningham@sheppardmullin.com

Attorneys for Defendants
SAMSUNG SDI CO., LTD. and
SAMSUNG SDI AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master Docket No. M:07-cv-1827-SI |
| | (Case No. 3:09-cv-05840-SI) |
| This Document Relates to:  3:09-cv-5840-SI | **STIPULATION OF EXTENSION OF TIME TO RESPOND TO THIRD AMENDED COMPLAINT AND [PROPOSED] ORDER** |
| MOTOROLA MOBILITY, INC.,                Plaintiffs,        vs. AU OPTRONICS CORPORATION, et al.,                Defendants. | |

1    Whereas, plaintiff Motorola Mobility, Inc. ("Motorola") filed a third amended complaint ("TAC") in the above-captioned case on July 22, 2011, naming Samsung SDI Co., Ltd. and Samsung SDI America, Inc. (together, "SDI") as defendants;

Whereas, SDI filed a motion to dismiss claims in the TAC, which the Court denied on November 14, 2011;

Whereas, pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), the date for SDI to answer the TAC is currently on or about November 30, 2011;

Whereas, counsel for SDI requires additional time to review the TAC and prepare its answer thereto;

Whereas Motorola's First Set of Interrogatories to SDI includes Interrogatory No. 9, which references SDI's affirmative defenses to the TAC;

Whereas counsel for SDI requires additional time to review and respond to Interrogatory No. 9 following the preparation, service and filing of its answer to the TAC;

Whereas counsel for Motorola wishes to preserve the option of moving to compel a response to Interrogatory No. 9;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, Motorola on the one hand, and SDI on the other hand, as follows:

1. The deadline for SDI to answer the TAC will be December 19, 2011.
2. The deadline for SDI to respond to Interrogatory No. 9 will be January 9, 2012.
3. The deadline for Motorola to move to compel a response with respect to Interrogatory No. 9 will be February 6, 2012.

-1-

Dated: November 21, 2011

     */s/ Tyler M. Cunningham*
Tyler Mark Cunningham (SBN 243694)
Michael W. Scarborough (SBN 203524)
SHEPPARD MULLIN RICHTER & HAMPTON
Four Embarcadero Center, 17th Floor
San Francisco, California  94111
Telephone:  (415) 434-9100
Facsimile:  (415) 434-3947
nscarborough@sheppardmullin.com
tcunningham@sheppardmullin.com

*Counsel for Defendants Samsung SDI America, Inc. and Samsung SDI Co., Ltd.*

Dated: November 21, 2011

     */s/ Nathanial J. Wood*

Nathanial J. Wood (CA Bar No. 223547)
Jason C. Murray (CA Bar No. 169806)
Joshua C. Stokes (CA Bar No. 220214)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA  90071
Telephone:  213-622-4750
Facsimile:  213-622-2690
Email: nwood@crowell.com
    jmurray@crowell.com
    jstokes@crowell.com

Jeffrey H. Howard (pro hac vice)
Jerome A. Murphy (pro hac vice)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  202-624-2500
Facsimile:  202-628-5116
Email:  jhoward@crowell.com
    jmurphy@crowell.com

*Counsel for Plaintiff Motorola Mobility, Inc.*

    Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

-3-

1  **IT IS SO ORDERED.**

3  Dated: _____11/22_____, 2011

_(signed) Susan Illston_

Susan Illston, United States District Judge