Garrard R. Beeney (NY Reg. No. 1656172)
(beeneyg@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498
Telephone:     (212) 558-4000
Facsimile:      (212) 558-3588

Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
Shawn Joe Lichaa (SBN 250902)
(lichaas@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California  94303
Telephone:     (650) 461-5600
Facsimile:      (650) 461-5700

*Attorneys for Defendant Philips Electronics North America Corporation*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. M 07-1827 SI<br>Case No. 09-cv-5840 SI<br><br>MDL No. 1827 |
| This Document Relates To:<br>Case No. 09-cv-5840 SI | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO MOTOROLA'S THIRD AMENDED COMPLAINT** |
| MOTOROLA MOBILITY, INC., *et al.*,<br><br>              Plaintiff,<br><br>     v.<br><br>AU OPTRONICS CORPORATION, *et al.*,<br><br>              Defendants. | |

Whereas Plaintiff Motorola Mobility, Inc. ("Motorola") filed its Third Amended Complaint ("TAC") in the above-captioned matter on July 22, 2011, naming Philips Electronics North America Corporation ("PENAC") as a defendant;

Whereas PENAC moved to dismiss the claims in the TAC on September 12, 2011, and the Court denied that motion on November 16, 2011;

Whereas, pursuant to Fed. R. Civ. P. 12(a)(4)(A), PENAC's deadline to answer the TAC is currently on or around November 30, 2011;

Whereas PENAC requires additional time to prepare its answer to the TAC;

Whereas Motorola's First Set of Interrogatories to PENAC included Interrogatory No. 7, which sought information related to the factual bases for PENAC's affirmative defenses to the TAC;

Whereas PENAC previously responded to Interrogatory No. 7 indicating that PENAC had not yet filed an answer and therefore had not yet asserted affirmative defenses;

Whereas Motorola requests that PENAC update its response to Interrogatory No. 7 after PENAC answers the TAC;

Whereas Motorola wishes to preserve the option of moving to compel a response to Interrogatory No. 7;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Motorola and PENAC, through their respective undersigned counsel, as follows:

1. The deadline for PENAC to answer the TAC will be December 20, 2011;
2. The deadline for PENAC to respond to Interrogatory No. 7 will be January 13, 2012, without prejudice to PENAC's right to supplement, amend, or correct its response to Interrogatory No. 7 as PENAC becomes aware of additional information; and
3. The deadline for Motorola to move to compel a response with respect to Interrogatory No. 7 will be February 13, 2012.

Dated: November 23, 2011

Respectfully submitted,

/s/ Brendan P. Cullen
Brendan P. Cullen (SBN 194057)
Shawn Joe Lichaa (SBN 250902)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

Garrard R. Beeney (NY Reg. No. 1656172)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Attorneys for Defendant Philips Electronics North America Corporation*

/s/ Nathanial J. Wood
Nathanial J. Wood (CA Bar No. 223547)
Jason C. Murray (CA Bar No. 169806)
Joshua C. Stokes (CA Bar No. 220214)
CROWELL & MORING LLP
515 South Flower St. 40th Floor
Los Angeles, CA 90071
Telephone: 213-622-4750
Facsimile: 213-622-2690
Email: nwood@crowell.com
       jmurray@crowell.com
       Jstokes@crowell.com

Jeffrey H. Howard (*pro hac vice*)
Jerome A. Murphy (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
Email: jhoward@crowell.com
       jmurphy@crowell.com

*Counsel for Plaintiff Motorola Mobility, Inc.*

Pursuant to General Order No. 45, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

SULLIVAN & CROMWELL LLP

- 3 -

STIPULATION EXTENDING TIME TO RESPOND TO MOTOROLA'S THIRD AMENDED COMPLAINT
MASTER FILE NO. M 07-1827 SI

1  **IT IS SO ORDERED.**

3  Dated: __11/23_____, 2011

      _____
      The Honorable Susan Illston
      United Stated District Judge