PETER K. HUSTON (Cal. Bar No. 150058)
MICHAEL L. SCOTT (Cal. Bar No. 165452)
HEATHER S. TEWKSBURY (Cal. Bar No. 222202)
E. KATE PATCHEN (NY Reg. 41204634)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102-3478
Telephone:   (415) 436-6660
Facsimile:   (415) 436-6687
peter.huston@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | )  Case No. CR-09-0110 SI |
| v. | ) |
| AU OPTRONICS CORPORATION; | ) |
| AU OPTRONICS CORPORATION AMERICA; | )  [~~PROPOSED~~] ORDER GRANTING |
| HSUAN BIN CHEN, aka H.B. CHEN; | )  UNITED STATES' EX PARTE |
| HUI HSIUNG, aka KUMA; | )  APPLICATION TO FILE |
| LAI JUH CHEN aka L. J. CHEN; | )  DOCUMENTS UNDER SEAL |
| SHIU LUNG LEUNG, aka CHAO-LUNG | ) |
| LIANG and STEVEN LEUNG; | ) |
| BORLONG BAI, aka RICHARD BAI; | ) |
| TSANNRONG LEE, aka TSAN-JUNG LEE and | ) |
| HUBERT LEE; | ) |
| CHENG YUAN LIN, aka C.Y. LIN; | ) |
| WEN JUN CHENG, aka TONY CHENG; and | ) |
| DUK MO KOO, | ) |
| Defendants. | ) |

[PROPOSED] ORDER GRANTING U.S.' EX PARTE APPLICATION TO FILE DOCUMENTS UNDER SEAL
[CR-09-0110 SI]

Upon application of the Antitrust Division of the United States Department of Justice, and good cause appearing therefore, IT IS HEREBY ORDERED that the following documents be sealed:

1.     Notice of Motion and Motion Regarding Coconspirator Statements along with the Declaration of E. Kate Patchen and attached exhibits in support thereof;

2.     Notice of Motion and Motion Regarding Admissibility of Certain Evidence along with the Declaration of Brent Snyder and attached exhibits in support thereof;

3.     Government Trial Exhibits Referenced in United States' Motion Regarding Coconspirator Statements and Motion Regarding Admissibility of Certain Evidence;

4.     Motion to Compel Additional Disclosures and Exclude Expert Witness Testimony by Defendants' Overcharge Expert along with the Declaration of Peter K. Huston and attached exhibits in support thereof.

5.     Motion to Exclude Expert Witness Testimony of Defendants AUO and AUOA's Economic Experts along with the Declaration of Peter K. Huston and attached exhibits in support thereof.

Date: ___11/28___, 2011

_____
United States District Court Judge

1