1  PETER K. HUSTON (Cal. Bar No. 150058)
   MICHAEL L. SCOTT (Cal. Bar No. 165452)
2  HEATHER S. TEWKSBURY (Cal. Bar No. 222202)
   E. KATE PATCHEN (NY Reg. 41204634)
3  Antitrust Division
   U.S. Department of Justice
4  450 Golden Gate Avenue
   Box 36046, Room 10-0101
5  San Francisco, CA 94102-3478
   Telephone:  (415) 436-6660
6  Facsimile:   (415) 436-6687
7  peter.huston@usdoj.gov

8  Attorneys for the United States

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13

14  UNITED STATES OF AMERICA              ) Case No. CR-09-0110 SI
                                          )
15                v.                      )
                                          )
16  AU OPTRONICS CORPORATION;             )
    AU OPTRONICS CORPORATION AMERICA;     ) [PROPOSED] ORDER GRANTING
17  HSUAN BIN CHEN, aka H.B. CHEN;        ) UNITED STATES' EX PARTE
    HUI HSIUNG, aka KUMA;                 ) APPLICATION TO FILE
18  LAI JUH CHEN aka L. J. CHEN;          ) DOCUMENTS UNDER SEAL
    SHIU LUNG LEUNG, aka CHAO-LUNG        )
19  LIANG and STEVEN LEUNG;               )
    BORLONG BAI, aka RICHARD BAI;         )
20  TSANNRONG LEE, aka TSAN-JUNG LEE and  )
    HUBERT LEE;                           )
21  CHENG YUAN LIN, aka C.Y. LIN;         )
    WEN JUN CHENG, aka TONY CHENG; and    )
22  DUK MO KOO,                           )
                                          )
23              Defendants.               )
                                          )
24

25

26

27

28

[PROPOSED] ORDER GRANTING U.S.' EX PARTE APPLICATION TO FILE DOCUMENTS UNDER SEAL
[CR-09-0110 SI]

Upon application of the Antitrust Division of the United States Department of Justice, and good cause appearing therefore, IT IS HEREBY ORDERED that the following documents be sealed:

1. Notice of Motion and Motion Regarding Coconspirator Statements along with the Declaration of E. Kate Patchen and attached exhibits in support thereof;

2. Notice of Motion and Motion Regarding Admissibility of Certain Evidence along with the Declaration of Brent Snyder and attached exhibits in support thereof;

3. Government Trial Exhibits Referenced in United States' Motion Regarding Coconspirator Statements and Motion Regarding Admissibility of Certain Evidence;

4. Motion to Compel Additional Disclosures and Exclude Expert Witness Testimony by Defendants' Overcharge Expert along with the Declaration of Peter K. Huston and attached exhibits in support thereof.

5. Motion to Exclude Expert Witness Testimony of Defendants AUO and AUOA's Economic Experts along with the Declaration of Peter K. Huston and attached exhibits in support thereof.

Date: ___11/28___, 2011

_____
United States District Court Judge