| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | JOHN M. GRENFELL (CA Bar No. 88500) |
| 2 | john.grenfell@pillsburylaw.com |
| | JACOB R. SORENSEN (CA Bar No. 209134) |
| 3 | jake.sorensen@pillsburylaw.com |
| | FUSAE NARA (*pro hac vice*) |
| 4 | fusae.nara@pillsburylaw.com |
| | ANDREW D. LANPHERE  (CA Bar No. 191479) |
| 5 | andrew.lanphere@pillsburylaw.com |
| | 50 Fremont Street |
| 6 | San Francisco, CA  94105 |
| | Telephone: (415) 983-1000 |
| 7 | Facsimile: (415) 983-1200 |
| 8 | Attorneys for Defendants |
| | SHARP CORPORATION and |
| 9 | SHARP ELECTRONICS CORPORATION |
| 10 | |
| 11 | UNITED STATES DISTRICT COURT |
| 12 | NORTHERN DISTRICT OF CALIFORNIA |
| 13 | SAN FRANCISCO DIVISION |
| 14 | |

| | | |
|---|---|---|
| 15 | IN RE:  TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827 SI |
| 16 | | MDL No. 1827 |
| 17 | This Document Relates To: | **STIPULATION AND [PROPOSED] ORDER EXTENDING SHARP'S TIME TO ANSWER AMENDED COMPLAINT** |
| 18 | Case No. 3:11-cv-711 SI | |
| 19 | STATE OF NEW YORK, by and through, ERIC T. SCHNEIDERMAN, Attorney General, | |
| 20 | | |
| 21 | Plaintiff, | |
| 22 | v. | |
| 23 | AU Optronics Corporation, *et al.*, | |
| 24 | Defendants. | |
| 25 | | |

500941572v1

STIPULATION EXTENDING TIME TO ANSWER
AMENDED COMPLAINT AND [PROPOSED] ORDER
Master File No. 3:07-md-1827 SI, MDL No. 1827

1    WHEREAS plaintiff State of New York filed an Amended Complaint in the above-
2 captioned case against Defendants AU Optronics Corporation, AU Optronics Corporation
3 America, Inc., Chi Mei Optoelectronics Corporation, Chi Mei Optoelectronics USA, Inc.,
4 CMO Japan Co., Ltd., Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices
5 (USA), Inc., LG Display Co., Ltd., LG Display America, Inc., Samsung Electronics Co.,
6 Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., Sharp
7 Corporation, Sharp Electronics Corporation, Toshiba Corporation, Toshiba Matsushita
8 Display Technology Co., Ltd., Toshiba America Information Systems, Inc., and Toshiba
9 America Electronic Components, Inc. on March 15, 2011, Dkt. no. 2556;
10    WHEREAS the Court granted in part and denied in part defendants' motion to
11 dismiss the Amended Complaint on August 9, 2011;
12    WHEREAS Sharp Corporation and Sharp Electronics Corporation (together,
13 "Sharp") desire a reasonable amount of time to answer the Amended Complaint;
14    WHEREAS the Court previously entered Orders extending the time to answer the
15 Amended Complaint on August 25, 2011, as stipulated by Plaintiff and Sharp, on
16 September 13, 2011, as stipulated by Plaintiff and Sharp and on October 25, 2011, as
17 stipulated by Plaintiff and Sharp; and
18    WHEREAS the requested time modification will not affect any other deadline in
19 this case.
20    THEREFORE, the State of New York and Sharp hereby agree that Sharp's deadline
21 to answer to the Amended Complaint shall be December 15, 2011.
22   Dated: November 28, 2011

500941572v1

STIPULATION EXTENDING TIME TO ANSWER
AMENDED COMPLAINT AND [PROPOSED] ORDER
Master File No. 3:07-md-1827 SI, MDL No. 1827

| | |
|---|---|
| 1 | ERIC T. SCHNEIDERMAN |
| | Attorney General of the State of New York |
| 2 | |
| | By:      /s/ Richard L. Schwartz |
| 3 |    Richard L. Schwartz |
| |    Acting Bureau Chief, Antitrust Bureau |
| 4 |    Amy McFarlane |
| |    Assistant Attorney General |
| 5 |    Attorneys for Plaintiff |
| |    120 Broadway, 26th Floor |
| 6 |    New York, New York 10271 |
| |    (212) 416-8282 (Phone) |
| 7 |    (212) 416-6015 (Facsimile) |
| |    Richard.Schwartz@ag.ny.gov |
| 8 | |
| | Attorneys for Plaintiff State of New York |
| 9 | |
| | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 10 | JOHN M. GRENFELL |
| | JACOB R. SORENSEN |
| 11 | FUSAE NARA |
| | ANDREW D. LANPHERE |
| 12 | 50 Fremont Street |
| | San Francisco, CA  94105 |
| 13 | |
| 14 | |
| | By:            /s/ John M. Grenfell |
| 15 |            John M. Grenfell |
| 16 | |
| | Attorneys for Defendants SHARP CORPORATION |
| 17 | and SHARP ELECTRONICS CORPORATION |

18  **ATTESTATION**: Pursuant to General Order 45, Part X-B, the filer attests that the
19  concurrence of the other signatory hereto has been obtained.
20

21      IT IS SO ORDERED.
22
        Dated:    11/28/11                       _____
23                                                      Honorable Susan Illston
24
25
26
27
28