| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>JOHN M. GRENFELL (CA Bar No. 88500) |
| 2 | john.grenfell@pillsburylaw.com<br>JACOB R. SORENSEN (CA Bar No. 209134) |
| 3 | jake.sorensen@pillsburylaw.com<br>FUSAE NARA (*pro hac vice*) |
| 4 | fusae.nara@pillsburylaw.com<br>ANDREW D. LANPHERE  (CA Bar No. 191479) |
| 5 | andrew.lanphere@pillsburylaw.com<br>50 Fremont Street |
| 6 | San Francisco, CA  94105<br>Telephone: (415) 983-1000 |
| 7 | Facsimile: (415) 983-1200 |
| 8 | Attorneys for Defendants<br>SHARP CORPORATION and |
| 9 | SHARP ELECTRONICS CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827 SI<br>MDL No. 1827 |
| This Document Relates To:<br><br>Case No. 2010-CV-3517 SI<br><br>STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS,<br><br>                    Plaintiff,<br><br>v.<br><br>AU Optronics Corporation, *et al.*,<br><br>                    Defendants. | **STIPULATION AND [PROPOSED] ORDER EXTENDING SHARP'S TIME TO ANSWER AMENDED COMPLAINT** |

500941573v1

STIPULATION EXTENDING TIME TO ANSWER
AMENDED COMPLAINT AND [PROPOSED] ORDER
Master File No. 3:07-md-1827 SI, MDL No. 1827

1    WHEREAS plaintiff State of Florida filed an Amended Complaint in the above-
2    captioned case against Defendants AU Optronics Corporation, AU Optronics Corporation
3    America, Chi Mei Innolux Corp., CMO Japan Co., Ltd., Chi Mei Optoelectronics USA,
4    Inc., Hannstar Display Corporation, Hitachi Ltd., Hitachi Displays, Ltd., Hitachi Electronic
5    Devices (USA), Inc., LG Display Co., Ltd., LG Display America Inc., Samsung Electronics
6    Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., Sharp
7    Corporation, Sharp Electronics Corporation, Toshiba Corporation, Toshiba Mobile Display
8    Technology Co., Ltd., Toshiba America Information Systems, Inc., and Toshiba America
9    Electronic Components, Inc. on April 13, 2011, Dkt. no. 2652;
10   WHEREAS Sharp Corporation and Sharp Electronics Corporation (together,
11   "Sharp"), jointly with other defendants in this action, filed a motion to dismiss the
12   Amended Complaint on May 20, 2011;
13   WHEREAS the Court denied defendants' joint motion to dismiss the Amended
14   Complaint on September 15, 2011;
15   WHEREAS Sharp desires a reasonable amount of time to answer the Amended
16   Complaint;
17   WHEREAS the Court previously entered an Order extending the time to answer the
18   Amended Complaint on October 7, 2011, as stipulated by Plaintiff and Sharp and on
19   November 8, 2011, as stipulated by Plaintiff and Sharp; and
20   WHEREAS the requested time modification will not affect any other deadline in
21   this case.
22   THEREFORE, the State of Florida and Sharp hereby agree that Sharp's deadline to
23   answer to the Amended Complaint shall be December 15, 2011.
24   Dated:  November 28, 2011
25
26
27
28

| | |
|---|---|
| 1 | OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF FLORIDA |
| 2 | |
| 3 | By:_____/s/ Nicholas J. Weilhammer_____ |
| |    R. Scott Palmer |
| |    Lizabeth A. Brady |
| 4 |    Nicholas J. Weilhammer (*pro hac vice*) |
| |    Office of the Attorney General |
| 5 |    State of Florida |
| |    PL-01, The Capitol |
| 6 |    Tallahassee, FL 32399-1050 |
| |    (850) 414-3300 (Phone) |
| 7 |    (850) 488-9134 (Facsimile) |
| |    Nicholas.weilhammer@myfloridalegal.com |
| 8 | |
| 9 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | JOHN M. GRENFELL |
| 10 | JACOB R. SORENSEN |
| | FUSAE NARA |
| 11 | ANDREW D. LANPHERE |
| | 50 Fremont Street |
| 12 | San Francisco, CA  94105 |
| 13 | |
| 14 | By:_____/s/ John M. Grenfell_____ |
| |               John M. Grenfell |
| 15 | |
| 16 | Attorneys for Defendants SHARP CORPORATION and SHARP ELECTRONICS CORPORATION |

17  **ATTESTATION**: Pursuant to General Order 45, Part X-B, the filer attests that the

18  concurrence of the other signatory hereto has been obtained.

19

20  IT IS SO ORDERED.

21  Dated: ____11/28/11____     _____/s/ Susan Illston_____

22                                                  Honorable Susan Illston

23

24

25

26

27

28

500941573v1

- 2 -

STIPULATION EXTENDING TIME TO ANSWER AMENDED COMPLAINT AND [PROPOSED] ORDER
Master File No. 3:07-md-1827 SI, MDL No. 1827