1  Michael R. Lazerwitz (PRO HAC VICE)
   Jeremy J. Calsyn (State Bar No. 205062)
2  Lee F. Berger (State Bar No. 222756)
   CLEARY GOTTLIEB STEEN & HAMILTON LLP
3  One Liberty Plaza
   New York, NY 10006
4  (212) 225-2000 (Phone)
   (212) 225-3999 (Facsimile)
5  *mlazerwitz@cgsh.com*

6  Counsel for Defendants
   LG DISPLAY AMERICA, INC.
7  LG DISPLAY CO., LTD.

8

9  Jason C. Murray (State Bar No. 169806)
   Nathanial J. Wood (State Bar No. 223547)
10 CROWELL & MORING LLP
   515 South Flower St., 40th Floor
11 Los Angeles, CA 90071
   (213) 443-5582 (Phone)
12 (213) 622-2690 (Facsimile)
   *jmurray@crowell.com*
13

14 Counsel for Plaintiff
   NEWEGG INC.

15

16                    UNITED STATES DISTRICT COURT

17              FOR THE NORTHERN DISTRICT OF CALIFORNIA

18                       (SAN FRANCISCO DIVISION)

19

| | |
|---|---|
| 20 IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | MASTER CASE NO. 3:07-md-1827 SI, MQ<br>CASE NO. 10-cv-4945-SI, MQ |
| 21 This Document Relates To: | MDL NO. 1827 |
| 22 Case No. 10-cv-4945 SI, MQ | **STIPULATION AND [PROPOSED]**<br>**ORDER PERMITTING DEPOSITION OF** |
| 23 Target Corp., et al., | **MANDY WANG BEYOND DISCOVERY**<br>**CUTOFF DATE** |
| 24                          Plaintiffs, | |
| 25             v. | |
| 26 AU Optronics Corporation, et al., | |
| 27                          Defendants. | |

28

1 .

2 Plaintiff Newegg Inc. ("Plaintiff") and Defendants LG Display Co., Ltd. and LG Display America, Inc. ("LG Display Defendants"), parties to the above-entitled action (collectively referred to herein as the "Parties"), hereby stipulate as follows:

**STIPULATION**

WHEREAS, the Parties have met and conferred to discuss scheduling the deposition of Plaintiff's employee, Mandy Wang, for several weeks now;

WHEREAS, Ms. Wang is not available for a deposition before the discovery cutoff date of December 8, 2011;

WHEREAS, Plaintiff has agreed to make Ms. Wang available for a deposition after the discovery cutoff as set forth below, if the LG Display Defendants choose to notice her deposition;

NOW, THEREFORE, the Parties, through their undersigned respective counsel, stipulate and request that the Court order as follows:

1. That the discovery cutoff date of December 8, 2011, be extended for the sole purpose of the aforementioned, proposed deposition; and

2. That the LG Display Defendants may take the deposition of Mandy Wang on or between January 16, 2012 and January 31, 2012, or, if Ms. Wang remains unavailable during that period, on a date or dates to be determined by mutual agreement between the Parties.

DATED: November 28, 2011

By: *s/ Michael R. Lazerwitz*
Michael R. Lazerwitz (PRO HAC VICE)
Jeremy J. Calsyn (State Bar No. 205062)
Lee F. Berger (State Bar No. 222756)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000 (Phone)
(212) 225-3999 (Facsimile)
*mlazerwitz@cgsh.com*

*Counsel for Defendants LG Display Co. Ltd and LG Display America, Inc.*

By:   *s/ Nathaniel J. Wood*
Jason C. Murray (State Bar No. 169806)
Nathanial J. Wood (State Bar No. 223547)
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
(213) 422-5582 (Phone)
(213) 622-2690 (Facsmile)
jmurray@crowell.com

*Counsel for Plaintiff Newegg Inc.*

**Attestation:** The filer of this document attests that concurrence in the filing of this document has been obtained from each of the other signatories.

By:   */s/ Michael R. Lazerwitz*
Michael R. Lazerwitz

3
STIPULATION AND [PROPOSED] ORDER PERMITTING DEPOSITION OF MANDY WANG BEYOND DISCOVERY CUTOFF DATE, Case Nos. 3:07-md-1827 SI, MQ, 10-cv-4945-SI, MQ

**[PROPOSED] ORDER**

Under the parties' stipulation set forth above, IT IS SO ORDERED.

Dated _____ 11/29/11 _____  _____
Hon. Susan Illston
United States District Judge