SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. McGINNIS, Cal. Bar No. 95788
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
MONA SOLOUKI, Cal. Bar No. 215145
TYLER M. CUNNINGHAM, Cal. Bar No. 243694
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947
E-mail:    ghalling@sheppardmullin.com
           jmcginnis@sheppardmullin.com
           mscarborough@sheppardmullin.com
           msolouki@sheppardmullin.com
           tcunningham@sheppardmullin.com

Attorneys for Defendants
SAMSUNG SDI CO., LTD. and
SAMSUNG SDI AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master Docket No. M:07-cv-1827-SI |
| This Document Relates to: | (Case No. 3:10-cv-4945-SI)<br>(Case No. 3:09-cv-4997-SI) |
| *Target Corporation, et al. v. AU Optronics Corporation, et al.*, No. 3:10-cv-4945-SI<br><br>*AT&T Mobility LLC, et al. v. AU Optronics Corporation, et al.*, No. 3:09-cv-4997-SI | **STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME TO MOVE TO COMPEL** |

-1-

1   Whereas, defendant Samsung SDI Co. Ltd. ("SDI") served its First Set of Interrogatories,
2 First Set of Requests for Production of Documents and First Set of Requests for Admission (the
3 "Discovery") on plaintiffs Target Corporation; Sears, Roebuck and Co.; Kmart Corporation; Old
4 Comp Inc.; Good Guys, Inc.; RadioShack Corporation; Newegg Inc.; AT&T Mobility, LLC;
5 AT&T Corp.; AT&T Services, Inc.; BellSouth Telecommunications, Inc.; Pacific Bell Telephone
6 Company; AT&T Operations, Inc.; AT&T DataComm, Inc.; and Southwestern Bell Telephone
7 Company ("Plaintiffs") in the above-captioned cases on October 26, 2011;
8   Whereas, SDI granted Plaintiffs an extension of time to respond to the Discovery to
9 December 7, 2011;
10   Whereas, the current deadline to file motions to compel in the above-captioned cases is
11 December 15, 2011, and Plaintiffs have agreed to permit SDI additional time to move to compel
12 further responses to the Discovery.
13   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the
14 undersigned counsel, on behalf of their respective clients, Plaintiffs, on the one hand, and SDI, on
15 the other hand, as follows:  SDI's deadline to move to compel further responses to the Discovery
16 shall be extended to December 23, 2011.

1  Dated: November 29, 2011

2                                             /s/ Tyler M. Cunningham
                                       Tyler Mark Cunningham (SBN 243694)
3                                      Michael W. Scarborough (SBN 203524)
                                       SHEPPARD MULLIN RICHTER & HAMPTON
4                                      Four Embarcadero Center, 17th Floor
                                       San Francisco, California  94111
5                                      Telephone:  (415) 434-9100
                                       Facsimile:  (415) 434-3947
6                                      mscarborough@sheppardmullin.com
7                                      tcunningham@sheppardmullin.com

8                                      *Counsel for Defendants Samsung SDI America, Inc.
                                       and Samsung SDI Co., Ltd.*
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

Dated: November 29, 2011

                                              */s/ Nathanial J. Wood*

Nathanial J. Wood (CA Bar No. 223547)
Jason C. Murray (CA Bar No. 169806)
Joshua C. Stokes (CA Bar No. 220214)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA  90071
Telephone:  213-622-4750
Facsimile:  213-622-2690
Email:  nwood@crowell.com
       jmurray@crowell.com
       jstokes@crowell.com

Jeffrey H. Howard (pro hac vice)
Jerome A. Murphy (pro hac vice)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  202-624-2500
Facsimile:  202-628-5116
Email:  jhoward@crowell.com
       jmurphy@crowell.com

Kenneth L. Adams (pro hac vice)
R. Bruce Holcomb (pro hac vice)
Christopher T. Leonardo (pro hac vice)
ADAMS HOLCOMB LLP
1875 Eye Street NW
Washington, DC 20006
Telephone:  202-580-8822
Facsimile: 202-580-8821
Email:  adams@adamsholcomb.com
       holcomb@adamsholcomb.com
       leonardo@adamsholcomb.com

*Counsel for Plaintiffs Target Corporation; Sears, Roebuck and Co.; Kmart Corporation; Old Comp Inc.; Good Guys, Inc.; RadioShack Corporation; Newegg Inc.; AT&T Mobility, LLC, AT&T Corp., AT&T Services, Inc., BellSouth Telecommunications, Inc., Pacific Bell Telephone Company, AT&T Operations, Inc., AT&T DataComm, Inc., and Southwestern Bell Telephone Company*

      Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

-3-

**IT IS SO ORDERED.**

Dated: _____11/29_____, 2011

*[signature: Susan Illston]*

Susan Illston, United States District Judge