Paul P. Eyre
Ernest E. Vargo
Michael E. Mumford
Erin K. Murdock-Park
BAKER & HOSTETLER LLP
PNC Center
1900 East Ninth Street, Suite 3200
Cleveland, Ohio 44114-3482
Telephone:   216.621.0200
Facsimile:    216.696.0740
peyre@bakerlaw.com
evargo@bakerlaw.com
mmumford@bakerlaw.com
emurdockpark@bakerlaw.com

Tracy L. Cole
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4210
Facsimile: (212) 589-4201
tcole@bakerlaw.com

Attorneys for Defendants Mitsui & Co. (Taiwan),
Ltd. and Mitsui & Co. (U.S.A.), Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates to Individual Case No. 3:11-cv-03856-SI | Case No. 3:11-cv-03856-SI<br><br>Master File No. 3:07-md-1827-SI<br><br>MDL No. 1827 |
| SCHULTZE AGENCY SERVICES, LLC ON BEHALF OF TWEETER OPCO, LLC AND TWEETER NEWCO, LLC<br><br>    Plaintiff,<br><br>v.<br><br>AU OPTRONICS CORPORATION, et al.,<br><br>    Defendants. | STIPULATION OF EXTENSION OF TIME FOR DEFENDANTS MITSUI & CO. (TAIWAN), LTD. AND MITSUI & CO. (U.S.A.), INC. TO RESPOND TO THE FIRST AMENDED COMPLAINT AND [PR~~OPOSED~~] ORDER<br><br>**Clerk's Action Required** |

WHEREAS, plaintiff Schultze Agency Services, LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC ("Tweeter") filed a Complaint in the above-captioned action against defendants Mitsui & Co. (Taiwan), Ltd. ("Mitsui Taiwan") and Mitsui & Co. (U.S.A.), Inc. ("Mitsui USA"), among other defendants, on July 1, 2011.

WHEREAS, Tweeter, Mitsui Taiwan and Mitsui USA, among other defendants previously entered into a stipulation giving Tweeter until December 6, 2011 to file a First Amended Complaint, and giving Mitsui Taiwan and Mitsui USA until January 10, 2012 to move to dismiss, answer or otherwise respond to the First Amended Complaint, (*See* Dkt. #22; MDL Dkt. #4087.)

WHEREAS, on December 1, 2011, Mitsui Taiwan intends to move to dismiss in the amended complaint in the related case of *Electrograph Systems, Inc., et al. v. Epson Imaging Devices Corp., et al.*, Individual Docket No. 3:10-cv-00117-SI (N.D. Cal.), Master Docket No. 3:07-md-01827-SI (N.D. Cal.) on the grounds that the Court lacks personal jurisdiction over Mitsui Taiwan.

WHEREAS, Mitsui Taiwan and Mitsui USA also intend to raise lack of personal jurisdiction as a defense in the instant case.

WHEREAS, the Court's ruling on Mitsui Taiwan's motion to dismiss in *Electrograph* may be relevant to the issue of personal jurisdiction in the instant case.

WHEREAS, in the interests of efficiency and judicial economy, Tweeter, Mitsui Taiwan and Mitsui USA have reached an agreement, pursuant to Civil Rule L.R. 6-1(a), that Mitsui Taiwan and Mitsui USA shall have an extension of time until twenty-one (21) days after the Court rules on Mitsui Taiwan's motion to dismiss in *Electrograph,* in which to move against, answer, or otherwise respond to Tweeter's First Amended Complaint.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, Tweeter on the one hand, and Mitsui Taiwan and Mitsui USA, on the other hand, that Mitsui Taiwan and Mitsui USA's deadline to move to dismiss, answer, or otherwise respond to the First Amended Complaint will be twenty-

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
CLEVELAND

one (21) days after the Court issues its order on Mitsui Taiwan's motion to dismiss the amended complaint in *Electrograph*.

Dated: November 29, 2011

By: /s/ Michael E. Mumford
Paul P. Eyre
Ernest E. Vargo
Michael E. Mumford
Erin K. Murdock-Park
BAKER & HOSTETLER LLP
PNC Center
1900 East Ninth Street, Suite 3200
Cleveland, Ohio 44114-3482
(216) 621-0200 (Phone)
(216) 696-0740 (Facsimile)
*peyre@bakerlaw.com*
*evargo@bakerlaw.com*
*mmumford@bakerlaw.com*
*emurdockpark@bakerlaw.com*

Tracy L. Cole
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4210
Facsimile: (212) 589-4201
*tcole@bakerlaw.com*

*Counsel for Defendants Mitsui & Co. (Taiwan), Ltd. and Mitsui & Co. (U.S.A), Inc.*

By: /s/ Philip J. Iovieno
Philip J. Iovieno
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY 12207
(518) 434-0600 (Phone)
(518) 434-0665 (Facsimile)
*piovieno@bsfllp.com*

*Counsel for Schultze Agency Services, LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC*

2

STIPULATION OF EXTENSION OF TIME FOR MITSUI TAIWAN TO RESPOND TO THE FIRST AMENDED COMPLAINT

Case No. 3:11-cv-03856-SI
Master File No. 3:07-md-01827-SI

1  Attestation: The filer of this document attests that the concurrence of the other signatories
2  thereto has been obtained.

3  **[PROPOSED] ORDER**

4  IT IS SO ORDERED.

5  DATED this __30th__ day of ____Nov____, __2011__.

7  By: ____/s/ Susan Illston_____
8  Hon. SUSAN ILLSTON

---

STIPULATION OF EXTENSION OF TIME FOR MITSUI  
TAIWAN TO RESPOND TO THE FIRST AMENDED  
COMPLAINT

3

Case No. 3:11-cv-03856-SI  
Master File No. 3:07-md-01827-SI

Baker & Hostetler LLP
Attorneys At Law
Cleveland