Paul P. Eyre
Ernest E. Vargo
Michael E. Mumford
Erin K. Murdock-Park
BAKER & HOSTETLER LLP
PNC Center
1900 East Ninth Street, Suite 3200
Cleveland, Ohio 44114-3482
Telephone: 216.621.0200
Facsimile: 216.696.0740
peyre@bakerlaw.com
evargo@bakerlaw.com
mmumford@bakerlaw.com
emurdockpark@bakerlaw.com

Tracy L. Cole
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4210
Facsimile: (212) 589-4201
tcole@bakerlaw.com

Attorneys for Defendant Mitsui & Co. (Taiwan), Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates to Individual Case No. 3:11-cv-02225-SI | Case No. 3:11-cv-02225-SI<br><br>Master File No. 3:07-md-1827-SI<br><br>MDL No. 1827 |
| OFFICE DEPOT, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>AU OPTRONICS CORPORATION, et al.,<br><br>    Defendants. | STIPULATION OF EXTENSION OF TIME FOR DEFENDANT MITSUI & CO. (TAIWAN), LTD. TO RESPOND TO THE FIRST AMENDED COMPLAINT AND [PROPOSED] ORDER<br><br>**Clerk's Action Required** |

1 WHEREAS, plaintiff Office Depot, Inc. ("Office Depot") filed a First Amended Complaint in the above-captioned action against defendant Mitsui & Co. (Taiwan), Ltd. ("Mitsui Taiwan"), among other defendants, on September 19, 2011.

WHEREAS, Office Depot and Mitsui Taiwan previously entered into two stipulations, the first giving Mitsui Taiwan, among other defendants, thirty (30) days after the filing of a First Amended Complaint to move to dismiss, answer, or otherwise respond to the First Amended Complaint, (*See* Dkt. #35; MDL Dkt. #3455), and the second giving Mitsui Taiwan until December 1, 2011 to move to dismiss, answer, or otherwise respond to the First Amended Complaint. (*See* Dkt. #44; MDL Dkt. #3810.)

WHEREAS, on December 1, 2011, Mitsui Taiwan intends to move to dismiss the amended complaint in the related case of *Electrograph Systems, Inc., et al. v. Epson Imaging Devices Corp.*, *et al.,* Individual Docket No. 3:10-cv-00117-SI (N.D. Cal.), Master Docket No. 3:07-md-01827-SI (N.D. Cal.) on the grounds that the Court lacks personal jurisdiction over Mitsui Taiwan.

WHEREAS, Mitsui Taiwan also intends to raise lack of personal jurisdiction as a defense in the instant case.

WHEREAS, the Court's ruling on Mitsui Taiwan's motion to dismiss in *Electrograph* may be relevant to the issue of personal jurisdiction in the instant case.

WHEREAS, in the interests of efficiency and judicial economy, Office Depot and Mitsui Taiwan have reached an agreement, pursuant to Civil Rule L.R. 6-1(a), that Mitsui Taiwan shall have an additional extension of time until twenty-one (21) days after the Court rules on Mitsui Taiwan's motion to dismiss in *Electrograph*, in which to move against, answer, or otherwise respond to Office Depot's First Amended Complaint.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, Office Depot, on the one hand, and Mitsui Taiwan, on the other hand, that Mitsui Taiwan's deadline to move to dismiss, answer, or otherwise respond to the First Amended Complaint will be twenty-one (21) days after the Court issues its order on Mitsui Taiwan's motion to dismiss the amended complaint in *Electrograph*.

1  Dated: November 29, 2011

2  By: /s/ Michael E. Mumford
   Paul P. Eyre
3  Ernest E. Vargo
   Michael E. Mumford
4  Erin K. Murdock-Park
   BAKER & HOSTETLER LLP
5  PNC Center
   1900 East Ninth Street, Suite 3200
6  Cleveland, Ohio 44114-3482
   (216) 621-0200 (Phone)
7  (216) 696-0740 (Facsimile)
   *peyre@bakerlaw.com*
8  *evargo@bakerlaw.com*
   *mmumford@bakerlaw.com*
9  *emurdockpark@bakerlaw.com*

10 Tracy L. Cole
   BAKER & HOSTETLER LLP
11 45 Rockefeller Plaza
   New York, NY 10111
12 Telephone: (212) 589-4210
13 Facsimile: (212) 589-4201
   *tcole@bakerlaw.com*
14

15 *Counsel for Defendant Mitsui & Co. (Taiwan), Ltd.*

16

17 By: /s/ Philip J. Iovieno
   Philip J. Iovieno
18 BOIES, SCHILLER & FLEXNER LLP
   10 North Pearl Street, 4th Floor
19 Albany, NY 12207
   (518) 434-0600 (Phone)
20 (518) 434-0665 (Facsimile)
   *piovieno@bsfllp.com*
21
   *Counsel for Plaintiff Office Depot, Inc.*
22

1  Attestation: The filer of this document attests that the concurrence of the other signatories
2  thereto has been obtained.

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED this __30th__ day of __Nov_____, _2011_.

By: _____/s/ Susan Illston_____
Hon. SUSAN ILLSTON

---

3

STIPULATION OF EXTENSION OF TIME FOR MITSUI
TAIWAN TO RESPOND TO THE FIRST AMENDED
COMPLAINT

Case No. 3:11-cv-02225-SI
Master File No. 3:07-md-01827-SI