Paul P. Eyre
Ernest E. Vargo
Michael E. Mumford
Erin K. Murdock-Park
BAKER & HOSTETLER LLP
PNC Center
1900 East Ninth Street, Suite 3200
Cleveland, Ohio  44114-3482
Telephone:    216.621.0200
Facsimile:    216.696.0740
peyre@bakerlaw.com
evargo@bakerlaw.com
mmumford@bakerlaw.com
emurdockpark@bakerlaw.com

Tracy L. Cole
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY  10111
Telephone:  (212) 589-4210
Facsimile:  (212) 589-4201
tcole@bakerlaw.com

Attorneys for Defendants Mitsui & Co. (Taiwan),
Ltd. and Mitsui & Co. (U.S.A.), Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates to Individual Case No. 3:11-cv-03763-SI | Case No.  3:11-cv-03763-SI<br><br>Master File No. 3:07-md-1827-SI<br><br>MDL No. 1827 |
| INTERBOND CORPORATION OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>AU OPTRONICS CORPORATION, et al.,<br><br>          Defendants. | STIPULATION OF EXTENSION OF TIME FOR DEFENDANTS MITSUI & CO. (TAIWAN), LTD. AND MITSUI & CO. (U.S.A.), INC. TO RESPOND TO THE FIRST AMENDED COMPLAINT AND [~~PROP~~OS~~E~~D] ORDER<br><br>**Clerk's Action Required** |

1    WHEREAS, plaintiff Interbond Corporation of America d/b/a BrandsMart ("BrandsMart") filed a First Amended Complaint in the above-captioned action against defendants Mitsui & Co. (Taiwan), Ltd. ("Mitsui Taiwan") and Mitsui & Co. (U.S.A.), Inc. ("Mitsui USA"), among other defendants, on November 1, 2011.

WHEREAS, BrandsMart, Mitsui Taiwan and Mitsui USA, among other defendants, previously entered into a stipulation giving Mitsui Taiwan and Mitsui USA until December 5, 2011 to move to dismiss, answer or otherwise respond to the First Amended Complaint. (*See* Dkt. #24; MDL Dkt. #3957.)

WHEREAS, on December 1, 2011, Mitsui Taiwan intends to move to dismiss the amended complaint in the related case of *Electrograph Systems, Inc., et al. v. Epson Imaging Devices Corp.*, *et al.,* Individual Docket No. 3:10-cv-00117-SI (N.D. Cal.), Master Docket No. 3:07-md-01827-SI (N.D. Cal.) on the grounds that the Court lacks personal jurisdiction over Mitsui Taiwan.

WHEREAS, Mitsui Taiwan and Mitsui USA also intend to raise lack of personal jurisdiction as a defense in the instant case.

WHEREAS, the Court's ruling on Mitsui Taiwan's motion to dismiss in *Electrograph* may be relevant to the issue of personal jurisdiction in the instant case.

WHEREAS, in the interests of efficiency and judicial economy, BrandsMart, Mitsui Taiwan and Mitsui USA have reached an agreement, pursuant to Civil Rule L.R. 6-1(a), that Mitsui Taiwan and Mitsui USA shall have an additional extension of time until twenty-one (21) days after the Court rules on Mitsui Taiwan's motion to dismiss in *Electrograph*, in which to move against, answer, or otherwise respond to BrandsMart's First Amended Complaint.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, Plaintiffs, on the one hand, and Mitsui Taiwan and Mitsui USA, on the other hand, that Mitsui Taiwan and Mitsui USA's deadline to move to dismiss, answer, or otherwise respond to the First Amended Complaint will be twenty-one (21) days after the Court issues its order on Mitsui Taiwan's motion to dismiss the amended complaint in *Electrograph*.

1

1  Dated:  November 29, 2011

2  By: /s/ Michael E. Mumford_____
   Paul P. Eyre
3  Ernest E. Vargo
   Michael E. Mumford
4  Erin K. Murdock-Park
   BAKER & HOSTETLER LLP
5  PNC Center
   1900 East Ninth Street, Suite 3200
6  Cleveland, Ohio 44114-3482
   (216) 621-0200 (Phone)
7  (216) 696-0740 (Facsimile)
   *peyre@bakerlaw.com*
8  *evargo@bakerlaw.com*
   *mmumford@bakerlaw.com*
9  *emurdockpark@bakerlaw.com*

10 Tracy L. Cole
   BAKER & HOSTETLER LLP
11 45 Rockefeller Plaza
   New York, NY  10111
12 Telephone:  (212) 589-4210
   Facsimile:  (212) 589-4201
13 *tcole@bakerlaw.com*

14 *Counsel for Defendants Mitsui & Co. (Taiwan), Ltd.
   and Mitsui & Co. (U.S.A), Inc.*
15

16 By: /s/ Philip J. Iovieno_____
   Philip J. Iovieno
17 BOIES, SCHILLER & FLEXNER LLP
   10 North Pearl Street, 4th Floor
18 Albany, NY 12207
   (518) 434-0600 (Phone)
19 (518) 434-0665 (Facsimile)
   *piovieno@bsfllp.com*
20

21 *Counsel for Interbond Corporation of America d/b/a BrandsMart*

2

STIPULATION OF EXTENSION OF TIME FOR MITSUI
TAIWAN TO RESPOND TO THE FIRST AMENDED
COMPLAINT

Case No. 3:11-cv-03763-SI
Master File No. 3:07-md-01827-SI

1   Attestation:  The filer of this document attests that the concurrence of the other signatories
2   thereto has been obtained.

3                          **[PROPOSED] ORDER**

4   IT IS SO ORDERED.
5   DATED this ___30th___ day of ___Nov._____, _2011_.

7                                                    By: _____*Susan Illston*_____
8                                                         Hon. SUSAN ILLSTON

---

3

STIPULATION OF EXTENSION OF TIME FOR MITSUI                Case No. 3:11-cv-03763-SI
TAIWAN TO RESPOND TO THE FIRST AMENDED                     Master File No. 3:07-md-01827-SI
COMPLAINT

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
CLEVELAND