| | |
|---|---|
| 1 | Garrard R. Beeney (NY Reg. No. 1656172) |
|   | (beeneyg@sullcrom.com) |
| 2 | Bradley P. Smith (NY Reg. No. 2899540) |
|   | (smithbr@sullcrom.com) |
| 3 | Matthew S. Fitzwater (NY Reg. No. 4079646) |
|   | (fitzwaterm@sullcrom.com) |
| 4 | SULLIVAN & CROMWELL LLP |
|   | 125 Broad Street |
| 5 | New York, New York  10004-2498 |
|   | Telephone:     (212) 558-4000 |
| 6 | Facsimile:      (212) 558-3588 |

Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
Shawn Joe Lichaa (SBN 250902)
(lichaas@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California  94303
Telephone:     (650) 461-5600
Facsimile:      (650) 461-5700

*Attorneys for Defendants Philips Electronics North America Corporation*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. M 07-1827 SI |
|  | Case No. 10-cv-04945 SI |
|  | MDL No. 1827 |
| This Document Relates To: Case No.: 10-cv-04945 SI | **STIPULATION AND [P~~ROPOSED~~] ORDER EXTENDING TIME TO RESPOND TO TARGET PLAINTIFFS' SECOND AMENDED COMPLAINT** |
| TARGET CORP., *et al.*, |  |
|       Plaintiffs, |  |
|       v. |  |
| AU OPTRONICS CORPORATION, *et al.*, |  |
|       Defendants. |  |

1     Whereas Plaintiffs Target Corp.; Sears, Roebuck and Co.; Kmart Corp; Old Comp.

2  Inc.; Good Guys, Inc.; Radio Shack Corp.; Newegg Inc. (collectively, "Target Plaintiffs") filed

3  their Second Amended Complaint ("SAC") in the above-captioned matter on September 9, 2011,

4  naming Philips Electronics North America Corporation ("PENAC") as a defendant;

5     Whereas PENAC had intended to file a motion to dismiss the SAC on November

6  18, 2011;

7     Whereas PENAC and the Target Plaintiffs have conferred and agreed that, in the

8  interest of judicial economy and efficiency, PENAC would not move to dismiss the SAC, but

9  instead would answer the SAC;

10    Whereas PENAC requires additional time to prepare its answer to the SAC;

11    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the

12 Target Plaintiffs and PENAC, through their respective undersigned counsel, as follows:

13    1.   The deadline for PENAC to answer the SAC will be December 23, 2011.

Dated:  November 23, 2011

Respectfully Submitted

*/s/ Brendan P. Cullen*
Brendan P. Cullen (SBN 194057)
Shawn Joe Lichaa (SBN 250902)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California  94303
Telephone:    (650) 461-5600
Facsimile:     (650) 461-5700

Garrard R. Beeney (NY Reg. No. 1656172)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498
Telephone:    (212) 558-4000
Facsimile:     (212) 558-3588

*Attorneys for Defendant Philips Electronics North America Corporation*

*/s/ Nathanial J. Wood*
Nathanial J. Wood (CA Bar No. 223547)
Jason C. Murray (CA Bar No. 169806)
Joshua C. Stokes (CA Bar No. 220214)
CROWELL & MORING LLP
515 South Flower St. 40th Floor
Los Angeles, CA 90071
Telephone: 213-622-4750
Facsimile:  213-622-2690
Email:  nwood@crowell.com
            jmurray@crowell.com
            Jstokes@crowell.com

Jeffrey H. Howard (*pro hac vice*)
Jerome A. Murphy (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  202-624-2500
Facsimile:  202-628-5116
Email:  jhoward@crowell.com
            jmurphy@crowell.com

*Counsel for Target Plaintiffs*

Pursuant to General Order No. 45, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

SULLIVAN & CROMWELL LLP

1  **IT IS SO ORDERED.**

3  Dated: ____11/30_____, 2011

_____
The Honorable Susan Illston
United Stated District Judge