| | |
|---|---|
| 1 | Christopher M. Curran (*pro hac vice*) |
| | John H. Chung (*pro hac vice*) |
| 2 | Martin M. Toto (*pro hac vice*) |
| | Kristen J. McAhren (*pro hac vice*) |
| 3 | WHITE & CASE LLP |
| | 1155 Avenue of the Americas |
| 4 | New York, NY 10036 |
| | (212) 819-8200 (telephone) |
| 5 | (212) 354-811 (facsimile) |
| | ccuran@whitecase.com |
| 6 | jchung@whitecase.com |
| | mtoto@whitecase.com |
| 7 | kmcahren@whitecase.com |

*Attorneys for Defendants Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba Mobile Display Co., Ltd., and Toshiba America Information Systems, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:07-md-1827-SI<br>MDL No. 1827 |
| This Document Relates to:<br><br>Case No. 10-cv-4945-SI<br><br>TARGET CORP.; SEARS, ROEBUCK AND CO.; KMART CORP.; OLD COMP INC.; GOOD GUYS, INC.; RADIOSHACK CORP.' NEWEGG INC.,<br><br>Plaintiff,<br><br>v.<br><br>AU OPTRONICS CORPORATION, et al.,<br><br>Defendants. | **STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER MODIFYING PRETRIAL SCHEDULE**<br><br>Judge Susan Y. Illston |

1  Plaintiff RadioShack Corp. ("RadioShack") and Defendants, parties to the above-
2  captioned action (collectively, "Parties"), hereby stipulate as follows:

**STIPULATION**

WHEREAS the Parties have conferred regarding the schedule set forth in the Court's Order re: Pretrial and Trial Schedule (Dkt. 2165) ("Pretrial and Trial Schedule Order") and modified by stipulation on June 2, 2011 (Dkt. 3110) (the "July 12 Stipulation);

WHEREAS, the Court has set a fact discovery cut-off applicable to this case of December 8, 2011; and

WHEREAS the Parties agree to the extension of the close of fact discovery set forth in the Pretrial and Trial Schedule Order, as modified by the June 12 Stipulation, for the limited purpose of allowing sufficient time for Defendants to take depositions of RadioShack witnesses;

NOW, THEREFORE, the Parties, through their undersigned respective counsel, stipulate and agree as follows:

That the date set forth in the Pretrial and Trial Schedule Order, as modified by the July 12 Stipulation, for close of fact discovery in the above-captioned action is hereby extended until December 22, 2011 solely for the limited purpose of permitting Defendants to take depositions of RadioShack witnesses. This stipulation does not extend the discovery cut-off for any other discovery.

1  Dated: November 30, 2011                Respectfully submitted,
2
                                           WHITE & CASE LLP
3

4                                          By: /s/ Kristen J. McAhren
                                           Christopher M. Curran (*pro hac vice*)
5                                          John H. Chung (*pro hac vice*)
                                           Martin M. Toto (*pro hac vice*)
6                                          Kristen J. McAhren (*pro hac vice*)
                                           WHITE & CASE LLP
7                                          1155 Avenue of the Americas
                                           New York, NY 10036
8                                          (212) 819-8200 (telephone)
                                           (212) 354-811 (facsimile)
9                                          ccuran@whitecase.com
                                           jchung@whitecase.com
10                                         mtoto@whitecase.com
                                           kmcahren@whitecase.com
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | |
| 2 | By: /s/ Jason C. Murray |
| | Jason C. Murray (CA Bar No. 169806) |
| 3 | CROWELL & MORING LLP |
| | 515 South Flower St., 40th Floor |
| 4 | Los Angeles, CA 90071 |
| | Telephone: 213-443-5582 |
| 5 | Facsimile: 213-622-2690 |
| | Email: jmurray@crowell.com |
| 6 | |
| | Jeffrey H. Howard (pro hac vice) |
| 7 | Jerome A. Murphy (pro hac vice) |
| | CROWELL & MORING LLP |
| 8 | 1001 Pennsylvania Avenue, N.W. |
| | Washington, D.C. 20004 |
| 9 | Telephone: 202-624-2500 |
| | Facsimile: 202-628-5116 |
| 10 | Email: jhoward@crowell.com |
| | jmurphy@crowell.com |
| 11 | |
| | Kenneth L. Adams (pro hac vice) |
| 12 | R. Bruce Holcomb (pro hac vice) |
| | Christopher T. Leonardo (pro hac vice) |
| 13 | ADAMS HOLCOMB LLP |
| | 1875 Eye Street NW |
| 14 | Washington, DC 20006 |
| | Telephone: 202-580-8822 |
| 15 | Email: adams@adamsholcomb.com |
| | holcomb@adamsholcomb.com |
| 16 | leonardo@adamsholcomb.com |

17  *Attorneys for Plaintiffs Target Corporation; Sears, Roebuck and Co.; Kmart Corporation; Old Comp Inc.; Good Guys, Inc.; RadioShack Corporation; and Newegg Inc.*

20  HILLIS CLARK MARTIN & PETERSON P.S.

21  By: /s/ Michael R. Scott
    Michael R. Scott (*pro hac vice*)
22  Michael J. Ewart (*pro hac vice*)
    1221 Second Avenue, Suite 500
23  Seattle WA 98101-2925
    Telephone: (206) 623-1745
24  Facsimile: (206) 623-7789
    mrs@hcmp.com; mje@hcmp.com

25

26  *Attorneys for Defendants Chi Mei Corporation, Chimei Innolux Corporation, Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Nexgen Mediatech, Inc. and Nexgen Mediatech USA, Inc.*

28

3  STIPULATION AND [PROPOSED] ORDER
   MODIFYING PRETRIAL SCHEDULE

| | |
|---|---|
| 1 | |
| 2 | NOSSAMAN LLP |
| 3 | By: /s/ Christopher A. Nedeau |
| | Christopher A. Nedeau (SBN 81297) |
| 4 | Carl L. Blumenstein (SBN 124158) |
| | Allison M. Dibley (SBN 213104) |
| 5 | 50 California Street, 34th Floor |
| | San Francisco, California 94111 |
| 6 | (415) 398-3600 / (415) 398-2438 |
| | cnedeau@nossaman.com |
| 7 | cblumenstein@nossaman.com |
| | adibley@nossaman.com |
| 8 | |
| | *Attorneys for Defendants AU Optronics Corporation* |
| 9 | *and AU Optronics Corporation America* |
| 10 | GIBSON, DUNN & CRUTCHER LLP |
| 11 | |
| | By: /s/ Rachel S. Brass |
| 12 | Joel S. Sanders (SBN 107234) |
| | Rachel S. Brass (SBN 219301) |
| 13 | Rebecca Justice Lazarus (SBN 227330) |
| | 555 Mission Street, Suite 3000 |
| 14 | San Francisco, California 94105 |
| | (415) 393-8200 / (415) 393-8306 |
| 15 | jsanders@gibsondunn.com |
| | rbrass@gibsondunn.com |
| 16 | rjustice@gibsondunn.com |
| 17 | *Attorneys for Defendants Chunghwa Picture Tubes,* |
| | *Ltd., and Tatung Company of America* |
| 18 | |
| 19 | MORRISON & FOERSTER LLP |
| 20 | By: /s/ Stephen P. Freccero |
| | Melvin R. Goldman (SBN 34097) |
| 21 | Stephen P. Freccero (SBN 131093) |
| | Derek F. Foran (SBN 224569) |
| 22 | 425 Market Street |
| | San Francisco, California 94105 |
| 23 | (415) 268-7000 / (415) 268-7522 |
| | mgoldman@mofo.com |
| 24 | sfreccero@mofo.com |
| | dforan@mofo.com |
| 25 | |
| | *Attorneys for Defendants Epson Imaging Devices* |
| 26 | *Corporation and Epson Electronics America, Inc.* |
| 27 | |
| 28 | |

|   |   |
|---|---|
| 1 | K&L GATES LLP |
| 2 |   |
| 3 | By: /s/ Ramona Emerson |

K&L GATES LLP

By: /s/ Ramona Emerson
    Hugh F. Bangasser (pro hac vice)
    Ramona M. Emerson (pro hac vice)
    Christopher M. Wyant (pro hac vice)
    925 Fourth Avenue, Suite 2900
    Seattle, Washington 98104
    (206) 623-7580 / (206) 623-7022
    hugh.bangasser@klgates.com
    ramona.emerson@klgates.com
    chris.wyant@klgates.com

    Jeffrey L. Bornstein (SBN 99358)
    K&L GATES LLP
    Four Embarcadero Center, Suite 1200
    San Francisco, California 94111
    (415) 249-1059 / (415) 882-8200
    jeff.bornstein@klgates.com

*Attorneys for Defendant HannStar Display Corporation*

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: /s/ Michael R. Lazerwitz
    Michael R. Lazerwitz (pro hac vice)
    Jeremy J. Calsyn (SBN 205062)
    Lee F. Berger (SBN 222756)
    One Liberty Plaza
    New York, New York 10006
    (212) 225-2000 / (212) 225-3999
    mlazerwitz@cgsh.com
    jcalsyn@cgsh.com
    lberger@cgsh.com

*Attorneys for Defendants LG Display Co., Ltd., and LG Display America, Inc.*

|   |   |
|---|---|
| 1 | SULLIVAN & CROMWELL LLP |
| 2 |   |
| 3 | By: /s/ Brendan P. Cullen |
|   |     Garrard R. Beeney, Esq. |
| 4 |     Theodore Edelman, Esq. |
|   |     125 Broad Street |
| 5 |     New York, NY 10004-2498 |
|   |     Tel: (212) 558-4000 |
| 6 |     Fax: (212) 558-3588 |
| 7 |     Brendan P. Cullen |
|   |     Shawn J. Lichaa |
| 8 |     1870 Embarcadero Road |
|   |     Palo Alto, CA 94303 |
| 9 |     Tel: (650) 461-5600 |
|   |     Fax: (650) 461-5745 |
| 10 |   |
| 11 | *Attorneys for Defendants Philips Electronics North America Corporation* |
| 12 |   |
|   | DAVIS WRIGHT TREMAINE LLP |
| 13 |   |
| 14 | By: /s/ Allison A. Davis |
|   |     Allison A. Davis |
| 15 |     505 Montgomery Street, Suite 800 |
|   |     San Francisco, CA 94111 |
| 16 |     Tel: (415) 276-6500 |
|   |     Fax: (415) 276-6599 |
| 17 |   |
|   |     DAVIS WRIGHT TREMAINE LLP |
| 18 |     Nick S. Verwolf |
|   |     777 108th Avenue NE, Suite 2300 |
| 19 |     Bellvue, WA 98004 |
|   |     Tel: (425) 646-6100 |
| 20 |     Fax: (425) 646-6199 |
| 21 | *Attorneys for Defendants Sanyo Consumer Electronics Co., Ltd.* |

COVINGTON & BURLING LLP

By: /s/ Robert D. Wick
    Robert D. Wick (pro hac vice)
    Neil K. Roman (pro hac vice)
    Theodore P. Metzler (pro hac vice)
    1201 Pennsylvania Ave. NW
    Washington, D.C. 20004
    (202) 662-6000
    rwick@cov.com
    nroman@cov.com
    tmetzler@cov.com

*Attorneys for Defendants Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., and Samsung Electronics America, Inc.*

SHEPARD MULLIN RICHTER & HAMPTON LLP

By: /s/ Tyler M. Cunningham
    Gary L. Halling
    James L. Mcginnis
    Michael W. Scarborough
    Mona Solouki
    Tyler M. Cunningham
    Four Embarcadero Center, 17th Floor
    San Francisco, CA 94111-4106
    Tel: (415) 434-9100
    Fax: (415) 434-3947

*Attorneys for Defendants Samsung SDI Co., Ltd. and Samsung SDI America, Inc.*

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: /s/ Jacob R. Sorensen
    John M. Grenfell (SBN 88500)
    Jacob R. Sorensen (SBN 209134)
    Fusae Nara (pro hac vice)
    Andrew D. Lanphere (SBN 191479)
    50 Fremont Street
    San Francisco, California 94105
    (415) 983-1000 / (415) 983-1200
    john.grenfell@pillsburylaw.com
    jake.sorensen@pillsburylaw.com
    fusae.nara@pillsburylaw.com
    andrew.lanphere@pillsburylaw.com

*Attorneys for Defendants Sharp Corporation and Sharp Electronics Corporation*

## [PROPOSED] ORDER

Having considered the foregoing stipulation, and for good cause appearing,

IT IS SO ORDERED.

Dated: ___11/30___, 2011     _____
                              The Honorable Susan Illston
                              United States District Judge

8

STIPULATION AND [PROPOSED] ORDER
MODIFYING PRETRIAL SCHEDULE

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, John H. Chung, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: November 30, 2011               By: /s/  Kristen J. McAhren
                                            Kristen J. McAhren