1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   JOHN M. GRENFELL (CA Bar No. 88500)
2  john.grenfell@pillsburylaw.com
   JACOB R. SORENSEN (CA Bar No. 209134)
3  jake.sorensen@pillsburylaw.com
   FUSAE NARA (pro hac vice)
4  fusae.nara@pillsburylaw.com
   ANDREW D. LANPHERE  (CA Bar No. 191479)
5  andrew.lanphere@pillsburylaw.com
   50 Fremont Street
6  San Francisco, CA  94105
   Telephone: (415) 983-1000
7  Facsimile: (415) 983-1200

8  Attorneys for Defendants
   SHARP CORPORATION and
9  SHARP ELECTRONICS CORPORATION

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                SAN FRANCISCO DIVISION

13  | IN RE:  TFT-LCD (FLAT PANEL) | Master File No. 3:07-md-1827 SI |
    | ANTITRUST LITIGATION | MDL No. 1827 |
14

15  This Document Relates To: | **STIPULATION AND [PROPOSED]** |
                              | **ORDER MODIFYING FACT** |
16  Case No. 09-cv-5609 SI    | **DISCOVERY CUTOFF DATE FOR** |
                              | **DEPOSITIONS OF TIMO MUSTONEN** |
17  NOKIA CORPORATION and     | **AND JUNA LIUKKONEN** |
    NOKIA, INC.,
18
                 Plaintiffs,
19  v.

20  AU OPTRONICS CORPORATION, et al.

21              Defendants.

22

23       Plaintiffs Nokia Corporation and Nokia, Inc. and Defendants (collectively,

24  "Parties") hereby stipulate as follows:

25                        <u>**STIPULATION**</u>

26       WHEREAS discovery closes in this case on December 8, 2011, as set forth in the

27  Stipulation and Order Modifying Pretrial Schedule for "Track One" Direct Action Plaintiff

28  and State Attorney General Actions (Dkt. No. 3110, the "Scheduling Order");

1    WHEREAS the Parties have conferred regarding the schedule set forth in the

2  Scheduling Order and the availability of Messrs. Juha Liukkonen and Timo Mustonen in

3  advance of December 8, 2011;

4    WHEREAS Mr. Mustonen's deposition was previously scheduled to take place on

5  December 7-8, 2011, but due to personal reasons of Mr. Mustonen needs to be rescheduled

6  for a date in January 2012;

7    WHEREAS Mr. Liukkonen is unable to appear for deposition in San Francisco by

8  December 8, 2011, but is available to appear for deposition in San Francisco on December

9  15-16, 2011;

10    WHEREAS the Parties agree to the extension of the close of fact discovery set forth

11  in the Scheduling Order for the limited purpose of allowing sufficient time for Defendants

12  to take the depositions of Messrs. Liukkonen and Mustonen;

13    NOW, THEREFORE, the Parties, through their undersigned respective counsel,

14  stipulate and agree as follows:

15    The fact discovery cutoff date of December 8, 2011 in the above-captioned matter,

16  as set forth in the Scheduling Order, is extended solely as to the depositions of Messrs.

17  Liukkonen and Mustonen, up to and including January 31, 2012.

18    Dated:  December __, 2011.

19                          PILLSBURY WINTHROP SHAW PITTMAN LLP
                            JOHN M. GRENFELL
20                          JACOB R. SORENSEN
                            FUSAE NARA
21                          ANDREW D. LANPHERE
22                          50 Fremont Street
                            San Francisco, CA  94105
23                          Phone:  (415) 983-1000
                            Fax:  (415) 983-1200
24
                            By:  /s/ Andrew Lanphere
25                               _____

26                          Attorneys for Defendants SHARP
                            CORPORATION and SHARP ELECTRONICS
27                          CORPORATION

28

| | |
|---|---|
| 1 | GIBSON, DUNN & CRUTCHER LLP<br>JOEL S. SANDERS (State Bar No. 107234) |
| 2 | RACHEL S. BRASS (State Bar No. 219301)<br>REBECCA JUSTICE LAZARUS (State Bar No. |
| 3 | 227330)<br>SERENA G. LIU (State Bar No. 265977) |
| 4 | 555 Mission Street, Suite 3000<br>San Francisco, CA 94105-2933 |
| 5 | TEL: (415) 393-8200<br>FAX: (415 393-8306 |
| 6 | |
| | By: /s/ Rachel S. Brass _____ |
| 7 | |
| | Attorneys for Defendants CHUNGHWA |
| 8 | PICTURE TUBES, LTD. and TATUNG<br>COMPANY OF AMERICA, INC. |
| 9 | |
| | MORRISON & FOERSTER LLP |
| 10 | MELVIN R. GOLDMAN (State Bar No. 34097)<br>STEPHEN P. FRECCERO (State Bar No. |
| 11 | 131093)<br>DEREK F. FORAN (State Bar No. 224569) |
| 12 | 425 Market Street<br>San Francisco, CA 94105-2482 |
| 13 | TEL: (415) 268-7000<br>FAX: (415) 268-7522 |
| 14 | |
| | By: /s/ Derek F. Foran _____ |
| 15 | |
| | Attorneys for Defendants SEIKO EPSON |
| 16 | CORPORATION, EPSON IMAGING<br>DEVICES CORPORATION and EPSON |
| 17 | ELECTRONICS AMERICA, INC. |
| 18 | MORGAN LEWIS & BOCKIUS LLP<br>KENT M. ROGER (State Bar No. 95987) |
| 19 | MICHELLE KIM-SZROM (State Bar No.<br>252901) |
| 20 | One Market, Spear Street Tower<br>San Francisco, CA 94105-1126 |
| 21 | Phone: (415) 442-1000<br>Fax: (415) 442-1001 |
| 22 | |
| | By: /s/ Kent M. Roger _____ |
| 23 | |
| | Attorneys for Defendants HITACHI, LTD., |
| 24 | HITACHI DISPLAYS, LTD. and HITACHI<br>ELECTRONIC DEVICES (USA), INC. |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

STIPULATION AND [PROPOSED] ORDER
MODIFYING DATES OF DISCOVERY CUTOFF FOR
DEPOSITIONS OF LIUKKONEN AND MUSTONEN
Master File No. 3:07-md-1827 SI, MDL No. 1827

1    SHEPPARD MULLIN RICHTER & HAMPTON LLP

2    GARY L. HALLING (State Bar No. 66087)
JAMES L. McGINNIS (State Bar No. 95788)

3    MICHAEL W. SCARBOROUGH (State Bar No. 203524)

4    Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4106

5    TEL: (415) 434-9100
FAX: (415) 434-3947

6

    By: /s/ Michael W. Scarborough

7

      Attorneys for Defendants

8      SAMSUNG SDI CO., LTD. and SAMSUNG SDI AMERICA, INC.

9

    COVINGTON & BURLING LLP

10   TIMOTHY C. HESTER (*pro hac vice*)
ROBERT D. WICK (*pro hac vice*)

11   1201 Pennsylvania Avenue, NW
Washington, DC 20004

12   Tel: (202) 662-6000
Fax: (202) 662-6291

13

    By: /s/ Robert D. Wick

14

      Attorneys for Defendants SAMSUNG

15      ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and

16      SAMSUNG SEMICONDUCTOR, INC.

17   WHITE & CASE LLP
CHRISTOPHER M. CURRAN (*pro hac vice*)

18   JOHN H. CHUNG (*pro hac vice*)
KRISTEN J. MCAHREN (*pro hac vice*)

19   1155 Avenue of the Americas
New York, NY 10036

20   Phone: (212) 819-8200
Fax: (212) 354-8113

21

    By: /s/ John H. Chung

22

      Attorneys for Defendants TOSHIBA

23      CORPORATION, TOSHIBA MOBILE DISPLAY CO., LTD., TOSHIBA AMERICA

24      ELECTRONIC COMPONENTS, INC., and TOSHIBA AMERICA INFORMATION

25      SYSTEMS, INC.

26

27

28

1                      ALSTON + BIRD LLP
RANDALL ALLEN (State Bar No. 264067)

2                      275 Middlefield Road, Suite 150
Menlo Park, CA 94025

3                      Tel: (650) 838-2000

4                      Fax: (650) 838-2001

5                      ALSTON + BIRD LLP
LISA BOJKO

6                      VALARIE WILLIAMS
B. PARKER MILLER

7                      1201 West Peachtree Street

8                      Atlanta, GA 30309
Tel:  (404) 881-4605

9                      Fax: (404) 253-8385

10                   By:  /s/ Lisa Bojko _____

11                     Attorneys for Plaintiffs NOKIA, INC. and

12                     NOKIA CORPORATION

13    **IT IS SO ORDERED.**

14

15    Dated Entered:  ____12/2/11_____       _____

16                                  The Honorable Susan Illston
District Court Judge

17

18

19    **ATTESTATION**:  Pursuant to N.D. Cal. General Order 45, Part X-B, the filer attests that

20    concurrence in the filing of this document has been obtained from each signatory hereto.

21

22    Dated: December _____, 2011     By:  /s/ Andrew Lanphere _____
                                        Andrew Lanphere

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
MODIFYING DATES OF DISCOVERY CUTOFF FOR
DEPOSITIONS OF LIUKKONEN AND MUSTONEN
Master File No. 3:07-md-1827 SI, MDL No. 1827