1  Michael R. Lazerwitz (PRO HAC VICE)
   Jeremy J. Calsyn (State Bar No. 205062)
2  Lee F. Berger (State Bar No. 222756)
   CLEARY GOTTLIEB STEEN & HAMILTON LLP
3  One Liberty Plaza
   New York, NY 10006
4  (212) 225-2000 (Phone)
   (212) 225-3999 (Facsimile)
5  *mlazerwitz@cgsh.com*

6  Counsel for Defendants
   LG DISPLAY CO., LTD.
7  LG DISPLAY AMERICA, INC.

8  Gwendolyn J. Cooley (PRO HAC VICE)
9  OFFICE OF THE WISCONSIN ATTORNEY GENERAL
   P.O. Box 7857
10 Madison, Wisconsin 53707
   (608) 261-5810 (Phone)
11 (608) 267-2778 (Facsimile)
   *cooleygj@doj.state.wi.us*
12
   Counsel for Plaintiff
13 STATE OF WISCONSIN

14 [additional parties and counsel listed in signature block]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | MASTER FILE NO. M: 07-1827 SI, MQ<br>MDL NO. 1827<br>CASE NO. 3:10-cv-3619-SI, MQ |
|---|---|
| This Document Relates to<br>Case No. 3:10-cv-3619 SI, MQ<br><br>STATE OF WISCONSIN<br>*Ex rel.* J.B. Van Hollen, Attorney General<br><br>Plaintiffs,<br><br>v.<br><br>AU Optronics Corporation, et al.,<br><br>Defendants. | **STIPULATION EXTENDING TIME FOR DISCOVERY WITH RESPECT TO THE STATE OF WISCONSIN AND [PROPOSED] ORDER** |

Plaintiff State of Wisconsin ("Plaintiff") and Defendants LG Display Co., Ltd., LG Display America, Inc., AU Optronics Corporation, and AU Optronics Corporation America ("Defendants"), parties to the above-entitled action (collectively referred to herein as the "Parties"), hereby stipulate as follows:

**STIPULATION**

WHEREAS Defendant LG Display America, Inc. served an amended notice for the 30(b)(6) deposition of the State of Wisconsin, scheduled for December 2, 2011; and

WHEREAS the Plaintiff's designated deponent suddenly and unexpectedly became unable to sit for the deposition scheduled for December 2, 2011;

NOW, THEREFORE, the Parties, through their undersigned respective counsel, stipulate and request that the Court order that the discovery cutoff date of December 8, 2011, be extended through and including January 9, 2012, solely with respect to the following discovery upon the Plaintiff State of Wisconsin:

1. Any discovery served upon the State of Wisconsin prior to the date of this stipulation;
2. The deposition of the designated Rule 30(b)(6) deponent for the State of Wisconsin; and
3. Any discovery that directly relates to issues or concerns raised during the deposition of Wisconsin's designated Rule 30(b)(6) deponent.

DATED: December 5, 2011

By: */s/ Michael R. Lazerwitz*
Michael R. Lazerwitz (PRO HAC VICE)
Jeremy J. Calsyn (State Bar No. 205062)
Lee F. Berger (State Bar No. 222756)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000 (Phone)
(212) 225-3999 (Facsimile)
mlazerwitz@cgsh.com

*Counsel for Defendants LG Display Co., Ltd. and LG Display America, Inc.*

2

STIPULATION EXTENDING TIME FOR DISCOVERY WITH RESPECT TO THE STATE OF WISCONSIN AND [PROPOSED] ORDER, Case Nos. 3:07-md-1827 SI, MQ, 10-cv-3619-SI, MQ

By: /s/Christopher A. Nedeau
Christoper A. Nedeau
Carl L. Blumenstein
Allison Dibley
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
(415) 398-3600 (Phone)
(415) 398-2438 (Facsimile)
*cnedeau@nossaman.com*

*Counsel for Defendants AU Optronics Corporation and AU Optronics Corporation America*

By: /s/ Gwendolyn J. Cooley
Gwendolyn J. Cooley (PRO HAC VICE)
OFFICE OF THE WISCONSIN ATTORNEY GENERAL
P.O. Box 7857
Madison, Wisconsin 53707
(608) 261-5810 (Phone)
(608) 267-2778 (Facsimile)
*cooleygj@doj.state.wi.us*

*Counsel for Plaintiff State of Wisconsin*

**Attestation:** The filer of this document attests that concurrence in the filing of this document has been obtained from each of the other signatories.


By: */s/ Michael R. Lazerwitz*
Michael R. Lazerwitz

3

STIPULATION EXTENDING TIME FOR DISCOVERY WITH RESPECT TO THE STATE OF WISCONSIN AND [PROPOSED] ORDER, Case Nos. 3:07-md-1827 SI, MQ, 10-cv-3619-SI, MQ

# [PROPOSED] ORDER

Under the parties' stipulation set forth above, IT IS SO ORDERED.

Dated  12/6/11                              /s/ Susan Illston
                                            Hon. Susan Illston
                                            United States District Judge

4

STIPULATION EXTENDING TIME FOR DISCOVERY WITH RESPECT TO THE STATE OF WISCONSIN AND [PROPOSED] ORDER, Case Nos. 3:07-md-1827 SI, MQ, 10-cv-3619-SI, MQ