HUGH F. BANGASSER (*PRO HAC VICE*)
RAMONA M. EMERSON (*PRO HAC VICE*)
CHRISTOPHER M. WYANT (*PRO HAC VICE*)
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA  98104-1158
Phone: (206) 623-7580
Fax:    (206) 623-7022

JEFFREY L. BORNSTEIN, State Bar No. #99358
K&L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Phone: (415) 249-1059
Fax:    (415) 882-8220

Attorneys for Defendants
HANNSTAR DISPLAY CORPORATION

**[Additional moving parties and counsel listed on signature pages]**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:10-4346 SI |
| | MDL No. 3:07-MD-1827 SI |
| This document Related to Individual Case No. 3:10-4346 SI | **STIPULATION AND [PROPOSED] ORDER MODIFYING TRIAL SCHEDULE** |
| STATE OF OREGON, *ex rel*. John Kroeger, Attorney General, | Judge: Susan Illston |
| Plaintiff, | |
| vs. | |
| AU OPTRONICS CORPORATION, et al., | |
| Defendants. | |

The undersigned counsel, on behalf of the State of Oregon, ex rel. John Kroger, and Defendants party to the above-captioned action (collectively "Parties") hereby stipulate and agree as follows:

WHEREAS the Parties have conferred regarding the schedule set in the Court's Order re Pretrial and Trial Schedule (Dkt. 2165) and modified by stipulation and order on July 12, 2011 (Dkt. 3110) (the "July 12 Stipulation");

WHEREAS the Parties agree to the extension of dates set in the Pretrial and Trial Schedule in order to allow sufficient time for discovery and related work;

NOW, THEREFORE, the Parties, through their undersigned respective counsel, stipulate and agree as follows:

That the pretrial dates set forth in the Pretrial and Schedule, as modified by the July 12 Stipulation, are hereby amended solely as to State of Oregon v. Au Optronics Corporation, et al., Case No. 3:10-cv-04346-SI;

That State of Oregon v. Au Optronics Corporation, et al., Case No. 3:10-cv-04346-SI, shall be considered as filed after December 1, 2010 solely for the purposes of the Pretrial and Trial Schedule, as modified by the July 12 Stipulation, and for no other purpose; and

The Parties further stipulate that the close of fact discovery shall be amended and extended to March 8, 2012. As to the other pretrial dates, the Parties agree to meet and confer no later than January 6, 2012 to agree on a modified pretrial schedule.

IT IS SO STIPULATED.

/ / /

/ / /

/ / /

/ / /

/ / /

1

**STIPULATION AND ORDER MODIFYING TRIAL SCHEDULE**
**MDL Case No. 3:07-MD-1827 SI; Individual Case No. 3:10-4346 SI**

Respectfully submitted this 6th day of December, 2011.

HAGLUND KELLEY HORNGREN JONES & WILDER LLP

By: /s/ Michael K. Kelley
    Michael E. Haglund (State Bar No. 772030)
    Michael K. Kelley (State Bar No. 853782)
    Shay S. Scott (State Bar No. 934214)
    200 SW Market Street, Suite 1777
    Portland, OR 97201
    (503) 225-0777 (Phone)
    (503) 225-1257 (Facsimile)
    *mhaglund@hk-law.com*
    Counsel for State of Oregon

OREGON SENIOR ASSISTANT ATTORNEY GENERAL

    Tim D. Nord (State Bar No. 882800)
    1162 Court Street, NW
    Salem, OR 97301-4096
    (503) 947-4333 (Phone)
    (503) 225-1257 (Facsimile)
    *tim.d.nord@state.or.us*
    Attorneys for STATE OF OREGON

K&L GATES LLP

By: /s/ Christopher M. Wyant
    Hugh F. Bangasser, (*Pro Hac Vice*)
    Ramona M. Emerson, (*Pro Hac Vice*)
    Christopher M. Wyant, (*Pro Hac Vice*)
    Jeffrey L. Bornstein, Bar No. 99358
    925 Fourth Avenue, Suite 290
    Seattle, WA  98104
    Tel: (206) 623-7580
    Fax: (206) 623-7022
    *chris.wyant@klgates.com*

    Attorneys for Defendants
    HANNSTAR DISPLAY CORPORATION

NOSSAMAN LLP

By: /s/ Christopher A. Nedeau
    Christopher A. Nedeau (Bar No. 81297)
    50 California Street, 34th Floor
    San Francisco, CA  94111
    Tel:  (415) 398-3600
    Fax:  (415) 398-2438
    *cnedeau@nossaman.com*

    Attorneys for Defendants
    AU OPTRONICS CORPORATION AND AU
    OPTRONICS CORPORATION AMERICA


SIMPSON THACHER & BARTLETT LLP

By:  /s/ Harrison J. Frahn IV
    Harrison J. Frahn IV
    2550 Hanover Street
    Palo Alto, CA 94304
    Telephone: (650) 251-5000
    Facsimile: (650) 251-5002
    Email: *hfrahn@stblaw.com*

    Attorneys for Defendants CHIMEI INNOLUX
    CORPORATION (F/K/A CHI MEI
    OPTOELECTRONICS CORP.), CHI MEI
    OPTOELECTRONICS USA, INC., AND CMO
    JAPAN CO., LTD.


MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Kent M. Roger
    Kent M. Roger (Bar No. 95987)
    One Market, Spear Street Tower
    San Francisco, CA  94105
    Tel: (415) 442-1140
    Fax: (415) 442-1001
    *kroger@morganlewis.com*

    Attorneys for Defendants
    HITACHI, LTD., HITACHI DISPLAYS,  LTD.,
    HITACHI ELECTRONIC DEVICES (USA), INC.

1

2

MORRISON & FOERSTER LLP

3

4

By: /s/ Stephen P. Freccero
    Stephen P. Freccero (Bar No. 131093)
    425 Market Street
    San Francisco, CA 94105-2482
    Tel: (415) 268-7000
    Fax: (415) 268-7522
    *SFreccero@mofo.com*

5

6

7

8

Attorneys for Defendants
EPSON IMAGING DEVICES
CORPORATION AND EPSON
ELECTRONICS AMERICA, INC.

9

10

CLEARY GOTTLIEB STEEN & HAMILTON
LLP

11

By: /s/ Michael R. Lazerwitz
    Michael R. Lazerwitz (PRO HAC VICE)
    Jeremy J. Calsyn (State Bar No. 205062)
    Lee F. Berger (State Bar No. 222756)
    CLEARY GOTTLIEB
    STEEN & HAMILTON LLP
    One Liberty Plaza
    New York, NY 10006
    (212) 225-2000 (Phone)
    (212) 225-3999 (Facsimile)
    *mlazerwitz@cgsh.com*

12

13

14

15

16

17

Attorneys for Defendants LG DISPLAY CO.,
LTD., and LG DISPLAY AMERICA, INC.

18

19

20

21

22

23

24

25

26

27

28

4

COVINGTON & BURLING LLP

By: /s/ Robert D. Wick
    Robert D. Wick
    1201 Pennsylvania Avenue, N.W.
    Washington, D.C.  20006
    Tel:  (202) 662-6000
    Fax:  (202) 662-6291
    *rwick@cov.com*

    Attorneys for Defendants
    SAMSUNG ELECTRONICS AMERICA, INC.,
    SAMSUNG SEMICONDUCTOR, INC., and
    SAMSUNG ELECTRONICS CO., LTD.


PILLSBURY WINTHROP SHAW PITTMAN LLP

By: /s/ John M. Grenfell
    John M. Grenfell (State Bar No. 88500)
    50 Fremont Street
    San Francisco, CA 94105
    Tel: (415) 983-1000
    Fax: (415) 983-1200
    *john.grenfell@pillsburylaw.com*

    Attorneys for Defendants
    SHARP CORPORATION AND SHARP
    ELECTRONICS CORPORATION


WHITE & CASE LLP

By: /s/ John H. Chung
    John H. Chung, (*Pro Hac Vice*)
    1155 Avenue of the Americas
    New York, NY  10036
    Tel:  (212) 819-8200
    Fax:  (212) 354-8113
    *jchung@ny.whitecase.com*

    Attorneys for Defendants
    TOSHIBA CORPORATION, TOSHIBA
    MOBILE DISPLAY TECHNOLOGY CO.,
    LTD., TOSHIBA AMERICA INFORMATION
    SYSTEMS, INC., TOSHIBA AMERICA
    ELECTRONIC COMPONENTS, INC.

    ***ATTESTATION:  The filer of this document attests that the concurrence of the signatories thereto has been obtained:***

5

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

12/6/11
_____          _____
Date Entered                                              Honorable Judge Susan Illston

**STIPULATION AND ORDER MODIFYING TRIAL SCHEDULE**
**MDL Case No. 3:07-MD-1827 SI; Individual Case No. 3:10-4346 SI**

**CERTIFICATE OF SERVICE BY E-MAIL**
(Federal Rules of Civil Procedure Rule 5(b))

I declare that I am employed with the law firm of K&L Gates, LLP, whose address is 925 4th Avenue, Suite 2900, Seattle, Washington 98104-1158. I am not a party to the case, and I am over the age of eighteen years.

I further declare that on December 6, 2011, I served a copy of:

**STIPULATION AND [PROPOSED] ORDER MODIFYING TRIAL SCHEDULE**

by electronically mailing a true and correct copy to all parties of record through the CM-ECF system in accordance with Federal Rules of Civil Procedure Rule 5(b).

I declare under penalty of perjury that the above is true and correct.

Executed at Seattle, Washington, this 6th day of December, 2011.


/s/ Christopher M. Wyant
Christopher M. Wyant