**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION
_____/

This Order Relates to:

All Indirect-Purchaser Plaintiff Class Actions
_____/

No. M 07-1827 SI

MDL No. 1827

**ORDER VACATING HEARING ON MOTION TO MODIFY THE IPP CLASS FOR INJUNCTIVE RELIEF**

On March 28, 2010, this Court certified a nationwide injunctive class of indirect purchasers of "TFT-LCD panels incorporated in televisions, monitors and/or notebook computers." *See* Order Granting Indirect Purchaser Plaintiffs' Motion for Class Certification; Denying Defendants' Motion to Strike Modified Class Definitions; Granting Motions to Strike Untimely Declarations, Master Docket No. 1642 (March 28, 2010). The states of Illinois and Washington have now filed a motion to modify this class. Both states seek to have their residents excluded from the class, claiming that "the IPPs are inadequate representatives for the States' indirect purchasers." Motion at 5.

The Court finds the states' motion premature. The motion relies in large part on the content of settlement agreements IPPs have reached with a number of defendants. IPPs, however, have yet to present these settlement agreements to the Court.[1]

Rather than speculate about the final contents of the IPP settlements, the Court thinks it more appropriate to address the states' motion at the same time it reviews the IPPs' settlement agreements.

---

[1] In conjunction with the withdrawal of their motion for preliminary approval of the Epson settlement, IPPs filed a purportedly final release provision with the Court. Given the number of changes to the settlements that have occurred in recent months, however, the Court feels it prudent to wait until it is in possession of the finalized settlement agreements before addressing this issue.

Accordingly, the Court VACATES the hearing currently scheduled for December 9, 2011. The Court will reschedule the hearing on the states' motion for the same day as the eventual hearing on IPPs motion for preliminary settlement approval.

**IT IS SO ORDERED.**

Dated: December 7, 2011

SUSAN ILLSTON
United States District Judge