PILLSBURY WINTHROP SHAW PITTMAN LLP
JOHN M. GRENFELL (CA Bar No. 88500)
john.grenfell@pillsburylaw.com
JACOB R. SORENSEN (CA Bar No. 209134)
jake.sorensen@pillsburylaw.com
FUSAE NARA (*pro hac vice*)
fusae.nara@pillsburylaw.com
ANDREW D. LANPHERE (CA State Bar No. 191479)
andrew.lanphere@pillsburylaw.com
50 Fremont Street
San Francisco, CA 94105
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

Attorneys for Defendants
SHARP CORPORATION and
SHARP ELECTRONICS CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*ATS Claim, LLC v. Epson Electronics America, Inc., et al.*, No. 09-cv-1115-SI, MQ<br><br>*AT&T Mobility LLC v. AU Optronics Corp., et al.*, No. 09-cv-4997 SI, MQ<br><br>*Best Buy Co., Inc. v. AU Optronics Corp., et al.*, No. 3:10-cv-4572 SI, MQ<br><br>*Costco Wholesale Corp. v. AU Optronics Corp., et al.*, No. 3:11-cv-00058-SI, MQ | MASTER CASE NO. 3:07-md-1827 SI, MQ<br>MDL NO. 1827<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO RESPOND TO DEFENDANTS' CONTENTION DISCOVERY REQUESTS** |

1 *Dell, Inc. v. Sharp Corp., et al., No. 3:10-cv-01064-SI, MQ*

2

3 *Eastman Kodak v. Epson Imaging Devices Corp., et al., No. 10-cv-5452-SI, MQ*

4 *Electrograph Systems, Inc. v. Epson Imaging Devices Corp., et al., No. 3:10-cv-00117-SI, MQ*

5

6 *Motorola Mobility, Inc. v. AU Optronics Corp., et al., No. 09-cv-05840-SI, MQ*

7

8 *Nokia Corp. v. AU Optronics Corp., et al., No. 3:09-cv-05609-SI, MQ*

9 *Target Corp. v. AU Optronics Corp., et al., No. 10-cv-4945-SI, MQ*

10

11 WHEREAS, Defendants served discovery requests on Track One plaintiffs between October

12 31 and November 4, 2011;

13 WHEREAS, the parties are in negotiations regarding an extension of time for plaintiffs to

14 respond to these requests;

15 WHEREAS, under the Federal Rules of Civil Procedure, responses to those requests are due

16 on or before December 8, 2011;

17 WHERAS, the parties are in negotiations regarding an extension of time for certain plaintiffs

18 to update Exhibit A (chart of conspiracy evidence) to previously served discovery;

19 NOW THEREFORE, the parties stipulate and agree as follows:

20 The deadline for responding to discovery requests served by Defendants on Track One

21 plaintiffs on between October 31 and November 4, 2011, and for updating Exhibit A, is extended to

22 December 15, 2011 for the purpose of giving the parties time to negotiate a longer extension;

23 excepting any agreements already in place between individual Plaintiffs and Defendants; and

24 Defendants' deadline to file motions to compel with respect to this discovery shall be

25 December 22, 2011.

26 //

27

28

2

DATED: December 8, 2011

    PILLSBURY WINTHROP SHAW PITTMAN LLP
    JOHN M. GRENFELL
    JACOB R. SORENSEN
    FUSAE NARA
    ANDREW D. LANPHERE
    50 Fremont Street
    San Francisco, CA 94105
    Phone: (415) 983-1000
    Fax: (415) 983-1200
    By: /s/ Andrew Lanphere

    Attorneys for Defendants SHARP CORPORATION and SHARP ELECTRONICS CORPORATION and on behalf of defendants other than SHARP CORPORATION and SHARP ELECTRONICS CORPORATION.

    RANDALL ALLEN (State Bar No. 264067)
    ALSTON + BIRD LLP
    275 Middlefield Road, Suite 150
    Menlo Park, California 94025
    Telephone: 650-838-2000
    Facsimile: 650-838-2001
    Email: randall.allen@alston.com

    PETER KONTIO (peter.kontio@alston.com)
    VALARIE C. WILLIAMS (valarie.williams@alston.com)
    B. Parker Miller (parker.miller@alston.com)
    ALSTON + BIRD LLP
    1201 West Peachtree Street
    Atlanta, Georgia 30309
    Telephone: 404-881-7000
    Facsimile: 404-881-7777

    RICHARD W. STIMSON (rick.stimson@alston.com)
    ALSTON + BIRD LLP
    Chase Tower, Suite 3601
    2200 Ross Avenue
    Dallas, Texas 75201
    Telephone: 214-922-3400
    Facsimile: 214-922-3899

    By: /s/ Valarie C. Williams

    Attorneys for Plaintiffs NOKIA CORPORATION and NOKIA, INC., and on behalf of other Direct Action Plaintiffs

1   **IT IS SO ORDERED.**

3   Dated Entered: ___12/12/11___   _____
                                     The Honorable Susan Illston
                                     District Court Judge

6   **Attestation:** The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

9   By:   ___/s/ Andrew Lanphere_____
            Andrew Lanphere

4