PILLSBURY WINTHROP SHAW PITTMAN LLP
JOHN M. GRENFELL (CA Bar No. 88500)
john.grenfell@pillsburylaw.com
JACOB R. SORENSEN (CA Bar No. 209134)
jake.sorensen@pillsburylaw.com
FUSAE NARA (*pro hac vice*)
fusae.nara@pillsburylaw.com
ANDREW D. LANPHERE (CA State Bar No. 191479)
andrew.lanphere@pillsburylaw.com
50 Fremont Street
San Francisco, CA  94105
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

Attorneys for Defendants
SHARP CORPORATION and
SHARP ELECTRONICS CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*ATS Claim, LLC v. Epson Electronics America, Inc., et al.*, No. 09-cv-1115-SI, MQ<br><br>*AT&T Mobility LLC v. AU Optronics Corp., et al.*, No. 09-cv-4997 SI, MQ<br><br>*Best Buy Co., Inc. v. AU Optronics Corp., et al.*, No. 3:10-cv-4572 SI, MQ<br><br>*Costco Wholesale Corp. v. AU Optronics Corp., et al.*, No. 3:11-cv-00058-SI, MQ | MASTER CASE NO. 3:07-md-1827 SI, MQ<br>MDL NO. 1827<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO RESPOND TO DEFENDANTS' CONTENTION DISCOVERY REQUESTS** |

1

1  *Dell, Inc. v. Sharp Corp., et al.*, No. 3:10-cv-01064-SI, MQ

2  *Eastman Kodak v. Epson Imaging Devices Corp., et al.*, No. 10-cv-5452-SI, MQ

3  *Electrograph Systems, Inc. v. Epson Imaging Devices Corp., et al.*, No. 3:10-cv-00117-SI, MQ

4  *Motorola Mobility, Inc. v. AU Optronics Corp., et al.*, No. 09-cv-05840-SI, MQ

5  *Nokia Corp. v. AU Optronics Corp., et al.*, No. 3:09-cv-05609-SI, MQ

6  *Target Corp. v. AU Optronics Corp., et al.*, No. 10-cv-4945-SI, MQ

WHEREAS, Defendants served discovery requests on Track One plaintiffs between October 31 and November 4, 2011;

WHEREAS, the parties are in negotiations regarding an extension of time for plaintiffs to respond to these requests;

WHEREAS, under the Federal Rules of Civil Procedure, responses to those requests are due on or before December 8, 2011;

WHERAS, the parties are in negotiations regarding an extension of time for certain plaintiffs to update Exhibit A (chart of conspiracy evidence) to previously served discovery;

NOW THEREFORE, the parties stipulate and agree as follows:

The deadline for responding to discovery requests served by Defendants on Track One plaintiffs on between October 31 and November 4, 2011, and for updating Exhibit A, is extended to December 15, 2011 for the purpose of giving the parties time to negotiate a longer extension; excepting any agreements already in place between individual Plaintiffs and Defendants; and

Defendants' deadline to file motions to compel with respect to this discovery shall be December 22, 2011.

//

2

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO RESPOND TO DEFENDANTS' CONTENTION DISCOVERY REQUESTS
Master File No. 3:07-md-1827 SI, MDL No. 1827

DATED:  December 8, 2011

        PILLSBURY WINTHROP SHAW PITTMAN LLP
        JOHN M. GRENFELL
        JACOB R. SORENSEN
        FUSAE NARA
        ANDREW D. LANPHERE
        50 Fremont Street
        San Francisco, CA  94105
        Phone:  (415) 983-1000
        Fax:  (415) 983-1200
        By:  /s/ Andrew Lanphere

        Attorneys for Defendants SHARP CORPORATION and SHARP ELECTRONICS CORPORATION and on behalf of defendants other than SHARP CORPORATION and SHARP ELECTRONICS CORPORATION.

RANDALL ALLEN (State Bar No. 264067)
ALSTON + BIRD LLP
275 Middlefield Road, Suite 150
Menlo Park, California  94025
Telephone:  650-838-2000
Facsimile:  650-838-2001
Email:  randall.allen@alston.com

PETER KONTIO (peter.kontio@alston.com)
VALARIE C. WILLIAMS (valarie.williams@alston.com)
B. Parker Miller (parker.miller@alston.com)
ALSTON + BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone:  404-881-7000
Facsimile:  404-881-7777

RICHARD W. STIMSON (rick.stimson@alston.com)
ALSTON + BIRD LLP
Chase Tower, Suite 3601
2200 Ross Avenue
Dallas, Texas 75201
Telephone:  214-922-3400
Facsimile:  214-922-3899

By:  /s/ Valarie C. Williams

        Attorneys for Plaintiffs NOKIA CORPORATION and NOKIA, INC., and on behalf of other Direct Action Plaintiffs

3

**IT IS SO ORDERED.**

Dated Entered: ~~12/12/11~~

_____
The Honorable Susan Illston
District Court Judge

**Attestation:** The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

By:   /s/ Andrew Lanphere
         Andrew Lanphere

4

STIPULATION AND [PROPOSED] ORDER REGARDING
EXTENSION OF TIME TO RESPOND TO DEFENDANTS'
CONTENTION DISCOVERY REQUESTS
Master File No. 3:07-md-1827 SI, MDL No. 1827