Randall Allen (State Bar No. 264067)
**ALSTON + BIRD LLP**
275 Middlefield Road, Suite 150
Menlo Park, California  94025
Telephone:  650-838-2000
Facsimile:  650-838-2001
Email:  randall.allen@alston.com

Peter Kontio (peter.kontio@alston.com)
Valarie C. Williams (valarie.williams@alston.com)
B. Parker Miller (parker.miller@alston.com)
**ALSTON + BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone:  404-881-7000
Facsimile:   404-881-7777

Richard W. Stimson (rick.stimson@alston.com)
**ALSTON + BIRD LLP**
Chase Tower, Suite 3601
2200 Ross Avenue
Dallas, Texas 75201
Telephone:  214-922-3400
Facsimile:  214-922-3899

*Attorneys for Plaintiffs Nokia Corporation and Nokia Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | MDL FILE NO: 3:07-md-1827-SI |
| *Nokia Corporation and Nokia Inc. v. AU Optronics Corporation, et al.*, 09-cv-5609 | **STIPULATION AND [PROPOSED] ORDER PERMITTING 30(b)(6) DEPOSITION OF TOSHIBA MOBILE DISPLAY CO., LTD. BEYOND DISCOVERY CUTOFF DATE** |
| *Eastman Kodak Company v. Epson Imaging Devices Corp., et al.*, 10-cv-5452 | |
| *Best Buy Co., Inc. et al. v. AU Optronics Corporation, et al.*, 10-cv-4572 | |
| *Target Corp., et al. v. AU Optronics Corporation, et al.*, 10-cv-4945 | |
| *Electrograph Systems, Inc., et al. v. Epson Imaging Devices Corp., et al.*, 10-cv-0117 | |

1

1    Plaintiffs Nokia Corporation, Nokia Inc., Eastman Kodak Company, Best Buy Co., Inc.,

2   Target Corp., Sears, Roebuck & Co., Kmart Corp., Old Comp Inc., Good Guys, Inc., RadioShack

3   Corp., Newegg, Inc. and Electrograph Systems, Inc. (collectively, "Plaintiffs") and defendant

4   Toshiba Mobile Display Co., Ltd. ("TMD") hereby stipulate and agree as follows:

5    WHEREAS, Eastman Kodak Company, Best Buy Co., Inc., Target Corp., Sears,

6   Roebuck & Co., Kmart Corp., Old Comp Inc., Good Guys, Inc., RadioShack Corp., Newegg,

7
8   Inc. and Electrograph Systems, Inc., issued a Notice of Deposition Pursuant to Fed. R. Civ. P.

9   30(b)(6) to TMD on November 4, 2011.

10    WHEREAS, Nokia Corporation and Nokia Inc. issued a Cross Notice of Deposition

11   Pursuant to Fed. R. Civ. P. 30(b)(6) to TMD on November 22, 2011.

12    WHEREAS, the Parties have conferred to discuss the scheduling of the noticed 30(b)(6)

13   deposition.

14    WHEREAS, the upcoming depositions of TMD merit witnesses may obviate the

15   necessity of the deposition.

16
17    WHEREAS, in the interest of efficiency and preventing the unnecessary expenditure of

18   resources, the Parties agree to defer the scheduling of the deposition until after January 15, 2012,

19   with the deposition to take place no later than February 15, 2012.

20    WHEREAS, the Parties agree to negotiate in good faith the deposition topics identified in

21   both the deposition notice and cross notice.

22    WHEREAS, the Parties agree that nothing in this stipulation prejudices the rights of any

23   of the Parties with respect to the noticed deposition.

24

25

26

27

28
STIPULATION AND [PROPOSED] ORDER PERMITTING          2
30(B)(6) DEPOSITION OF TOSHIBA BEYOND DISCOVERY                    MASTER FILE NO. 3:07-MD-1827-SI
CUTOFF DATE

1

2

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among

undersigned counsel, on behalf of their respective client, Plaintiffs, on the one hand, TMD on the

3    other hand, that:

4    1.  The discovery cutoff date of December 8, 2011 be extended for the sole purpose of

5        the aforementioned noticed deposition, but not for any other discovery; and

6    2.  The Plaintiffs may take the 30(b)(6) deposition of TMD on a mutually agreeable date

7        no later than February 15, 2012.

8

9                         Dated:  December 8, 2011.

10                        /s/ Valarie C. Williams
                          Randall Allen (State Bar No. 264067)
11                        **ALSTON + BIRD LLP**
                          275 Middlefield Road, Suite 150
12                        Menlo Park, California 94025
                          Telephone: 650-838-2000
13                        Facsimile: 650-838-2001
                          Email: randall.allen@alston.com
14

15                        Peter Kontio (peter.kontio@alston.com)
                          Valarie C. Williams (valarie.williams@alston.com)
16                        B. Parker Miller (parker.miller@alston.com)
                          **ALSTON + BIRD LLP**
17                        1201 West Peachtree Street
                          Atlanta, Georgia 30309
18                        Telephone: 404-881-7000
                          Facsimile: 404-881-7777
19

20                        Richard W. Stimson (rick.stimson@alston.com)
                          **ALSTON + BIRD LLP**
21                        Chase Tower, Suite 3601
                          2200 Ross Avenue
22                        Dallas, Texas 75201
                          Telephone: 214-922-3400
23                        Facsimile: 214-922-3899

24

25                        *Attorneys for Plaintiffs Nokia Corporation and Nokia Inc.*

26

27

28

STIPULATION AND [PROPOSED] ORDER PERMITTING        3
30(B)(6) DEPOSITION OF TOSHIBA BEYOND DISCOVERY              MASTER FILE NO. 3:07-MD-1827-SI
CUTOFF DATE

1

2

3

4

/s/ John R. Foote
**NIXON PEABODY LLC**
Karl D. Belgum
John R. Foote
One Embarcadero Center, 18th Floor
San Francisco, CA  94111
Tel:  (415) 984-8200
Fax:  (415) 984-8300

5

*Counsel for Plaintiff Eastman Kodak Company*

6

7

8

9

10

/s/ David Martinez
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
Roman M. Silberfeld
David Martinez
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Tel:  (310) 552-0130
Fax:  (310) 229-5800

11

12

13

14

15

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
Elliot S. Kaplan (pro hac vice)
K. Craig Wildfang (pro hac vice)
Lauren E. Wood (pro hac vice)
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN  55402
Tel:  (612) 349-8500
Fax:  (612) 339-4181

16

*Counsel for Plaintiffs Best Buy Co., Inc., et al.*

17

18

19

20

/s/ Joshua Stokes
**CROWELL & MORING LLP**
Joshua Stokes
Jason C. Murray
515 South Flower St., 40th Floor
Los Angeles, CA  90071
Tel:  (213) 622-4750
Fax:  (213) 622-2690

21

22

23

24

**CROWELL & MORING LLP**
Jeffrey H. Howard (pro hac vice)
Jerome A. Murphy (pro hac vice)
1001 Pennsylvania Avenue, N.W.
Washington D.C.  20004
Tel:  (202) 624-2500
Fax:  (202) 628-5116

25

*Counsel for Plaintiffs Target Corp., et al.*

26

27

28

/s/ William A. Isaacson
**BOIES, SCHILLER & FLEXNER LLP**
William A. Isaacson (pro hac vice)
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Tel: (202) 237-2727
Fax: (202) 237-6131

**BOIES, SCHILLER & FLEXNER LLP**
Philip J. Iovieno (pro hac vice)
10 North Pearl Street, 4th Floor
Albany, NY 12207
Tel: (518) 434-0600
Fax: (518) 434-0665

***Counsel for Plaintiffs Electrograph Systems, Inc., et al.***

WHITE & CASE LLP

By: /s/ John Chung
Christopher M. Curran (pro hac vice)
John H. Chung (pro hac vice)
Martin M. Toto (pro hac vice)
Kristen J. McAhren (pro hac vice)
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200 (telephone)
(212) 354-811 (facsimile)

***Attorneys for Defendants Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba Mobile Display Co., Ltd., and Toshiba America Information Systems, Inc.***

**Attestation:** Pursuant to N.D. Cal. General Order 45, Part X-B, the filer of this document attests that the concurrence of the other signatories thereto has been obtained.

Dated: December 8, 2011.       By: /s/ Valarie Williams
                                   Valarie C. Williams

1

**[PROPOSED] ORDER**

2     IT IS SO ORDERED

3     DATED this _12_ day of December, 2011.
                    th
4
                            By:_____
5                                Hon. SUSAN ILLSTON

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER PERMITTING            6
30(B)(6) DEPOSITION OF TOSHIBA BEYOND DISCOVERY        MASTER FILE NO. 3:07-MD-1827-SI
CUTOFF DATE