ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Roman M. Silberfeld, Bar No. 62783
RMSilberfeld@rkmc.com
David Martinez, Bar No. 193183
DMartinez@rkmc.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone:   310-552-0130
Facsimile:   310-229-5800

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Elliot S. Kaplan (*Pro Hac Vice*)
ESKaplan@rkmc.com
K. Craig Wildfang (*Pro Hac Vice*)
KCWildfang@rkmc.com
Lauren E. Wood (*Pro Hac Vice*)
LEWood@rkmc.com
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-MD-1827 SI<br>MDL No. 1827 |
| This Document Relates to Individual Case No. 3:10-CV-4572-SI: | Case No. 3:10-CV-4572 SI<br><br>The Honorable Susan Y. Illston |
| BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES, L.P.; BESTBUY.COM, L.L.C.; and MAGNOLIA HI-FI, INC.,<br><br>Plaintiffs,<br>v.<br><br>AU OPTRONICS CORP.; AU OPTRONICS CORPORATION AMERICA; CHI MEI CORP.; CHI MEI OPTOELECTRONICS CORP. (N.K.A. CHIMEI INNOLUX CORPORATION); CHI MEI OPTOELECTRONICS, USA, INC.; CHUNGHWA PICTURE TUBES, LTD.; | **STIPULATION AND [PROPOSED] ORDER REGARDING THIRD PARTY DISCOVERY OF TOSHIBA AMERICA INFORMATION SYSTEMS, INC. AND THEIR EMPLOYEES AND FACT DISCOVERY CUT-OFF** |

| | |
|---|---|
| 1 | CMO JAPAN CO., LTD.; EPSON ELECTRONICS AMERICA, INC.; EPSON IMAGING DEVICES CORPORATION; HANNSTAR DISPLAY CORP; HITACHI DISPLAYS, LTD.; HITACHI ELECTRONIC DEVICES (USA), INC.; HITACHI, LTD.; LG DISPLAY CO., LTD.; LG DISPLAY AMERICA, INC.; NEXGEN MEDIATECH USA, INC.; NEXGEN MEDIATECH, INC.; SHARP CORP.; SHARP ELECTRONICS CORP.; TATUNG COMPANY OF AMERICA, INC., |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | Defendants. |

Plaintiffs BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES, L.P.; BESTBUY.COM, L.L.C.; and MAGNOLIA HI-FI, INC., ("Best Buy") and Third Party TOSHIBA AMERICA INFORMATION SYSTEMS, INC. ("TAIS") collectively referred to as the "Parties" by and through their respective undersigned counsel, hereby stipulate and agree as follows:

WHEREAS the fact discovery cut-off in the Direct Action Plaintiffs' track one cases is December 8, 2011;

WHEREAS on November 29, 2011, Best Buy notified counsel for TAIS of its intent to seek the production of documents from TAIS and to serve subpoenas for the production of documents and for the depositions of TAIS employees Mark Simons, Terry Cronin, Kurt Skillman, and Dave Anderson, and former TAIS employee Howard McBride, and on December 1, 2011, counsel for TAIS agreed to accept service of any subpoenas on their behalf;

WHEREAS on December 1, 2011, Best Buy indicated its intention to serve a third-party subpoena for the production of documents and for the deposition of TAIS employee Barry Schwartz, and counsel for TAIS agreed to accept service of any subpoena on his behalf;

WHEREAS on November 29, 2011, Best Buy notified counsel for TAIS of its intent to depose former TAIS employee Matt Weiss;

WHEREAS Best Buy requested confirmation from counsel for TAIS regarding whether they would accept service on behalf of former TAIS employee Mr. Weiss;

WHEREAS counsel for TAIS on December 5, 2011 indicated that they will accept service on behalf of Mr. Weiss, and Best Buy served a subpoena for the production of documents from and deposition of Matt Weiss on counsel for TAIS on December 6, 2011;

WHEREAS counsel for Best Buy has informed counsel for TAIS that the need only recently arose for the depositions of the TAIS employees Mark Simons, Terry Cronin, Kurt Skillman, Dave Anderson, and Barry Schwartz and of former TAIS employees Howard McBride and Matt Weiss based documents produced in the above-captioned litigation;

WHEREAS the Parties are working together to reach an agreement regarding the timing and scope of the aforementioned depositions;

THEREFORE, Best Buy, by its counsel, and TAIS, by its counsel, stipulate and agree as follows:

1. The fact discovery cut-off date of December 8, 2011 set forth in the Order Modifying Pretrial Schedule for "Track One" Direct Action Plaintiff and State Attorney General Cases (MDL Dkt. No. 3110) is extended up to and including January 31, 2012, solely as to the potential depositions of TAIS employees Mark Simons, Terry Cronin, Kurt Skillman, , Dave Anderson, and Barry Schwartz and of former TAIS employees Howard McBride and Matt Weiss and for the production of documents pursuant to the subpoenas served on TAIS and TAIS employees Mark Simons, Terry Cronin, Kurt Skillman, Dave Anderson, and Barry Schwartz and on former TAIS employees Howard McBride and Matt Weiss.

2. This Stipulation does not constitute an agreement by the parties as to any the necessity of any individual deposition. The parties reserve all rights to pursue or object to the depositions on the merits.

**IT IS SO STIPULATED.**

DATED: December 8, 2011              ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By:   /s/ David Martinez
      Roman M. Silberfeld
      David Martinez
      Lauren E. Wood
      Attorneys For Plaintiffs

      Robins, Kaplan, Miller & Ciresi L.L.P.
      2049 Century Park East, Suite 3400
      Los Angeles, CA  90067-3208
      Direct Dial:  310-229-5826
      Fax:   310-229-5800

      BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES, L.P.; BESTBUY.COM, L.L.C. and MAGNOLIA HI-FI, INC.

DATED: December 8, 2011              WHITE & CASE L.L.P.

By:   /s/ Kristen J. McAhren
      Christopher M. Curran
      Kristen J. McAhren
      John H. Chung

      White & Case LLP
      701 13th Street, NW
      Washington, DC   20005
      Direct Dial:  202-626-3706
      Fax:  202-639-9355

      Attorneys for Third Party
      TOSHIBA AMERICA INFORMATION SYSTEMS INC.

ATTESTATION: Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from stipulating third parties.

/ / /

---

Case No. 3:10-CV-4572 SI
Master Case No. 3:07-MD-1827 SI
82685209.1

- 4 -

STIPULATION TO EXTEND DISCOVERY DEADLINES

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

1  **IT IS SO ORDERED.**

3  Dated: _____12/12_____, 2011

_____
Hon. Susan Illston, United States District Judge