SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. McGINNIS, Cal. Bar No. 95788
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
MONA SOLOUKI, Cal. Bar No. 215145
TYLER M. CUNNINGHAM, Cal. Bar No. 243694
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:     415-434-9100
Facsimile:     415-434-3947
E-mail:        ghalling@sheppardmullin.com
               jmcginnis@sheppardmullin.com
               mscarborough@sheppardmullin.com
               msolouki@sheppardmullin.com
               tcunningham@sheppardmullin.com

ERIC S. O'CONNOR, Cal. Bar. No. 223244
30 Rockefeller Plaza
New York, New York 10112-0015
Telephone:     212-653-8700
Facsimile:     212-653-8701
E-mail:        eoconnor@sheppardmullin.com

Attorneys for Defendants
SAMSUNG SDI CO., LTD. and
SAMSUNG SDI AMERICA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master Docket No. M:07-cv-1827-SI |
| | (Case No. 3:09-cv-5840-SI) |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME TO MOVE TO COMPEL** |
| *Motorola Mobility, Inc. v. AU Optronics Corporation, et al.,* | |

W02-WEST:1ESC1\404233578.1

Case Nos. 3:09-cv-5840-SI

STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME TO MOVE TO COMPEL

1    Whereas, plaintiff Motorola Mobility, Inc. ("Motorola") served its responses to the First

2 Set of Interrogatories and First Set of Requests for Production of Documents propounded by

3 defendant Samsung SDI Co. Ltd. ("SDI") in the above-captioned case on October 24, 2011;

4    Whereas discovery closes in this case on December 8, 2011, as set forth in the Stipulation

5 and Order Modifying Pretrial Schedule for "Track One" Direct Action Plaintiff and State Attorney

6 General Actions [Dkt. # 3110];

7    Whereas, SDI and Motorola have been meeting and conferring regarding Motorola's

8 responses to SDI'S First Set of Interrogatories, No. 1 and SDI'S First Demand for Production of

9 Documents, No. 17 (the "Discovery Requests") and Motorola has requested additional time to

10 serve supplemental responses to the Discovery Requests by December 19, 2011;

11    Whereas, the current deadline to file motions to compel in the above-captioned cases is

12 December 15, 2011, and Motorola has agreed to permit SDI additional time to move to compel

13 further responses to the Discovery Requests.

14    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the

15 undersigned counsel, on behalf of their respective clients, Motorola, on the one hand, and SDI, on

16 the other hand, as follows:  (i) Motorola's deadline to provide supplemental responses to the

17 Discovery Requests shall be extended to December 19, 2011; and (ii) SDI's deadline to move to

18 compel further responses to the Discovery Requests shall be extended to December 23, 2011.

19

20 Dated: December 8, 2011

21              */s/Tyler M. Cunningham*
              Tyler M. Cunningham, Cal. (SBN 243694)
22              SHEPPARD MULLIN RICHTER & HAMPTON
              Four Embarcadero Center, 17th Floor
23              San Francisco, California  94111
              Telephone:  (415) 434-9100
24              Facsimile:  (415) 434-3947
              tcunningham@sheppardmullin.com
25

26              Eric S. O'Connor (SBN 223244)
              SHEPPARD MULLIN RICHTER & HAMPTON
27              30 Rockefeller Plaza
              New York, New York 10112-0015
28

-1-

|   |   |
|---|---|
| 1 | Telephone: 212-653-8700 |
| 2 | Facsimile: 212-653-8701 |
|   | E-mail: eoconnor@sheppardmullin.com |

*Counsel for Defendants Samsung SDI America, Inc. and Samsung SDI Co., Ltd.*

Dated: December 8, 2011

                 */s/ Joshua C. Stokes*

Nathanial J. Wood (CA Bar No. 223547)
Jason C. Murray (CA Bar No. 169806)
Joshua C. Stokes (CA Bar No. 220214)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA  90071
Telephone:  213-622-4750
Facsimile:  213-622-2690
Email: nwood@crowell.com
       jmurray@crowell.com
       jstokes@crowell.com

Jeffrey H. Howard (pro hac vice)
Jerome A. Murphy (pro hac vice)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  202-624-2500
Facsimile:  202-628-5116
Email:  jhoward@crowell.com
        jmurphy@crowell.com

Kenneth L. Adams (pro hac vice)
R. Bruce Holcomb (pro hac vice)
Christopher T. Leonardo (pro hac vice)
ADAMS HOLCOMB LLP
1875 Eye Street NW
Washington, DC 20006
Telephone:  202-580-8822
Facsimile: 202-580-8821
Email:  adams@adamsholcomb.com
       holcomb@adamsholcomb.com
       leonardo@adamsholcomb.com

*Counsel for Plaintiff Motorola Mobility, Inc.*

      Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

-2-

-3-

1 **IT IS SO ORDERED.**

3 Dated: ___12/12_____, 2011

_____
Susan Illston, United States District Judge