1  Jeffrey H. Howard (*pro hac vice*)
   Jerome A. Murphy (*pro hac vice*)
2  CROWELL & MORING LLP
   1001 Pennsylvania Avenue, N.W.
3  Washington, D.C. 20004
   Telephone:  202-624-2500
4  Facsimile:  202-628-5116
   Email: jhoward@crowell.com
5          jmurphy@crowell.com
6
   Jason C. Murray (CA Bar No. 169806)
7  Joshua C. Stokes (CA Bar No. 220214)
   CROWELL & MORING LLP
8  515 South Flower St., 40th Floor
   Los Angeles, CA 90071
9  Telephone:  213-622-4750
   Facsimile:  213-622-2690
10 Email: jmurray@crowell.com
          jstokes@crowell.com
11
12 *Counsel for Plaintiffs*
13 [Additional counsel listed on signature page]

14

15              UNITED STATES DISTRICT COURT

16             NORTHERN DISTRICT OF CALIFORNIA

17                SAN FRANCISCO DIVISION

18

19 | In re: TFT-LCD (FLAT PANEL) | Master Docket No. M:07-cv-1827-SI |
   | ANTITRUST LITIGATION | |
20 | | |
   | _____ | |
21 | This Document Relates to: | **STIPULATION AND [PROPOSED]** |
   | | **ORDER EXTENDING DISCOVERY** |
22 | *Motorola Mobility, Inc. v. AU Optronics* | **CUTOFF AS TO DEPOSITION OF WOO** |
   | *Corporation, et al., Case No. 3:09-cv-5840-SI* | **JONG LEE** |
23 | | |
   | *Target Corporation, et al. v. AU Optronics* | |
24 | *Corporation, et al., Case No. CV:10-4945 SI* | |
25 | *AT&T Mobility LLC, et al. v. AU Optronics* | |
   | *Corporation, et al., C 09-4997 SI* | |
26 | | |
27 | Defendants. | |

28

Case No. 3:09-cv-05840-SI

STIPULATION AND [PROPOSED] ORDER
EXTENDING DISCOVERY CUTOFF AS TO
DEPOSITIONS OF W.J. LEE AND RICHARD HA

1       Whereas, plaintiffs Motorola Mobility, Inc.; Target Corporation; Sears, Roebuck and Co.;

2 Kmart Corporation; Old Comp Inc.; Good Guys, Inc.; RadioShack Corporation; Newegg Inc.;

3 AT&T Mobility, LLC; AT&T Corp.; AT&T Services, Inc.; BellSouth Telecommunications, Inc.;

4 Pacific Bell Telephone Company; AT&T Operations, Inc.; AT&T DataComm, Inc.; and

5 Southwestern Bell Telephone Company ("Plaintiffs") have requested the depositions of Woo Jong

6 Lee and Richard Ha, former employees of defendants Samsung SDI Co., Ltd. and Samsung SDI

7 America, Inc. ("SDI");

8       Whereas, SDI has requested that Plaintiffs complete the deposition of another former SDI

9 employee on December 7, 2011, before deciding whether to pursue the deposition of Mr. Lee;

10       Whereas the parties are in discussions regarding the deposition of Mr. Ha;

11       Whereas, the fact discovery cut-off in the Direct Action Plaintiffs' track one cases is

12 December 8, 2011;

13       THEREFORE, SDI, by its counsel, and Plaintiffs, by their counsel, stipulate and agree as

14 follows:

15       1.     The fact discovery cutoff date of December 8, 2011 set forth in the Order

16 Modifying Pretrial Schedule for "Track One" Direct Action Plaintiff and State Attorney General

17 Cases (MDL Dkt. No. 3110) is extended up to and including January 31, 2012, solely to allow

18 Plaintiffs to seek and, as necessary and/or agreed, take the depositions of Woo Jong Lee and

19 Richard Ha.

20       2.     If disputes arise at the deposition, Plaintiffs will have five court days to move to

21 compel further responses.

22

23

24

25

26

27

28

-1-

Dated: December 8, 2011

/s/      *Nathanial J. Wood*

Nathanial J. Wood (CA Bar No. 223547)
Jason C. Murray (CA Bar No. 169806)
Joshua C. Stokes (CA Bar No. 220214)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA  90071
Telephone:  213-622-4750
Facsimile:  213-622-2690
Email: nwood@crowell.com
        jmurray@crowell.com
        jstokes@crowell.com

Jeffrey H. Howard (pro hac vice)
Jerome A. Murphy (pro hac vice)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  202-624-2500
Facsimile:  202-628-5116
Email:  jhoward@crowell.com
        jmurphy@crowell.com

*Counsel for Plaintiffs Motorola Mobility, Inc.; AT&T Mobility, LLC, AT&T Corp., AT&T Services, Inc., BellSouth Telecommunications, Inc., Pacific Bell Telephone Company, AT&T Operations, Inc., AT&T DataComm, Inc., and Southwestern Bell Telephone Company; Target Corporation; Sears, Roebuck and Co.; Kmart Corporation; Old Comp Inc.; Good Guys, Inc.; RadioShack Corporation; and Newegg Inc.*

/s/      *Michael W. Scarborough*

Michael W. Scarborough (SBN 203524)
Tyler Mark Cunningham (SBN 243694)
SHEPPARD MULLIN RICHTER & HAMPTON
Four Embarcadero Center, 17th Floor
San Francisco, California  94111
Telephone:  (415) 434-9100
Facsimile:  (415) 434-3947
mscarborough@sheppardmullin.com
tcunningham@sheppardmullin.com

*Counsel for Defendants Samsung SDI America, Inc. and Samsung SDI Co., Ltd.*

-2-

1   **IT IS SO ORDERED.**

2

3   Dated: _____12/12_____, 2011

4

5   _Susan Illston_

6   _____

7   DCACTIVE-16851248.2               Susan Illston, United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 3:09-cv-05840-SI

STIPULATION AND [PROPOSED] ORDER
EXTENDING DISCOVERY CUTOFF AS TO
DEPOSITIONS OF W.J. LEE AND RICHARD HA