1  William A. Isaacson (admitted *pro hac vice*)
    BOIES, SCHILLER & FLEXNER LLP
2  5301 Wisconsin Ave. NW, Suite 800
    Washington, D.C.  20015
3  Telephone:  (202) 237-2727
    Facsimile:  (202) 237-6131
4  Email:  wisaacson@bsfllp.com

5  Philip J. Iovieno (admitted *pro hac vice*)
    BOIES, SCHILLER & FLEXNER LLP
6  10 North Pearl Street, 4th Floor
    Albany, NY  12207
7  Telephone:  (518) 434-0600
    Facsimile:  (518) 434-0665
8  Email: piovieno@bsfllp.com

9  Counsel for Plaintiffs
    ELECTROGRAPH SYSTEMS, INC. and
10 ELECTROGRAPH TECHNOLOGIES CORP.

11 [Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:10-cv-00117-SI (N.D. Cal.) |
| This Document Relates To Individual Case No. 3:10-cv-00117-SI (N.D. Cal.) | Master File No. 3:07-md-01827-SI (N.D. Cal.) <br> MDL No. 1827 |
| ELECTROGRAPH SYSTEMS, INC.; ELECTROGRAPH TECHNOLOGIES CORP., <br><br> Plaintiffs, <br><br> vs. <br><br> EPSON IMAGING DEVICES CORPORATION, et al., <br><br> Defendants. | **STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE ON MITSUI & CO. (TAIWAN), LTD.'S MOTION TO DISMISS ELECTROGRAPH SYSTEMS, INC.'S AND ELECTROGRAPH TECHNOLOGIES CORP.'S FIRST AMENDED COMPLAINT** |

Plaintiffs Electrograph Systems, Inc. and Electrograph Technologies, Corp. ("Plaintiffs") and Defendant Mitsui & Co. (Taiwan), Ltd. ("Mitsui Taiwan"), through their undersigned counsel, respectfully request that the Court enter the following order to (1) extend Plaintiffs' time to oppose Defendant's Motion to Dismiss to December 30, 2011; and (2) extend Mitsui Taiwan's time to file a reply in support of its Motion to Dismiss to January 20, 2012.

WHEREAS, on October 4, 2011, Plaintiffs and Mitsui Taiwan entered into a stipulation giving Mitsui Taiwan until December 1, 2011, to answer, move, or otherwise respond to Plaintiffs' complaint;

WHEREAS Mitsui Taiwan filed a motion to dismiss the First Amended Complaint in this action on December 1, 2011 (MDL Dkt #4243) (the "Motion");

WHEREAS Defendant noticed the Motion to be heard on February 3, 2012;

WHEREAS the parties now agree that Plaintiffs may have until December 30, 2011, to file its opposition to the Motion;

WHEREAS the parties now further agree that Defendant may have until January 20, 2012, to submit its reply to such opposition.

THEREFORE, Plaintiffs, by their undersigned counsel, and Mitsui Taiwan, by its undersigned counsel, stipulate and agree as follows:

1. Plaintiffs shall oppose the Motion by December 30, 2011.
2. Defendant shall submit its reply by January 20, 2012.
3. The Motion shall be heard on February 3, 2012.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED: December 8, 2011 | /s/ William A. Isaacson |
| | William A. Isaacson (admitted *pro hac vice*) |
| | BOIES, SCHILLER & FLEXNER LLP |
| | 5301 Wisconsin Ave. NW, Suite 800 |
| | Washington, D.C. 20015 |
| | Telephone: (202) 237-2727 |
| | Facsimile: (202) 237-6131 |
| | Email: wisaacson@bsfllp.com |

Philip J. Iovieno (admitted *pro hac vice*)
Anne N. Nardacci (admitted *pro hac vice*)
Luke Nikas (admitted *pro hac vice*)
Christopher V. Fenlon (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
anardacci@bsfllp.com
lnikas@bsfllp.com
cfenlon@bsfllp.com

*Counsel for Plaintiffs Electrograph Systems, Inc. and Electrograph Technologies Corp.*


 /s/ Paul P. Eyre
Paul P. Eyre
Ernest E. Vargo
Michael E. Mumford
Erin K. Murdock-Park
BAKER & HOSTETLER LLP
PNC Center
1900 East Ninth Street, Suite 3200
Cleveland, OH 44114-3482
Telephone: (216) 621-0200
Facsimile: (216) 696-0740
peyre@bakerlaw.com
evargo@bakerlaw.com
mmumford@bakerlaw.com
emurdockpark@bakerlaw.com

Tracy Cole
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4210
Facsimile: (212) 589-4201
tcole@bakerlaw.com


*Attorneys for Defendant Mitsui & Co. (Taiwan), Ltd.*

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from stipulating defendants.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 12/12/11

_____
Hon. Susan Y. Illston
United States District Judge