| | |
|---|---|
| 1 | KENT M. ROGER, CA Bar No. 95987 |
| | HERMAN J. HOYING, CA Bar No. 257495 |
| 2 | MINNA L. NARANJO, CA Bar No. 259005 |
| | MORGAN, LEWIS & BOCKIUS LLP |
| 3 | One Market, Spear Street Tower |
| | San Francisco, California  94105-1126 |
| 4 | Telephone:  415.442.1000 |
| | Facsimile:   415.442.1001 |
| 5 | E-mail:   kroger@morganlewis.com |
| | hhoying@morganlewis.com |
| 6 | mnaranjo@morganlewis.com |
| 7 | Attorneys for Defendants |
| | HITACHI, LTD., HITACHI DISPLAYS, LTD., |
| 8 | HITACHI ELECTRONIC DEVICES (USA), INC. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 13 | IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | |
| 15 | This Document Relates to: | MDL File No. 3:07-md-1827 SI |
| 16 | *Nokia Corporation and Nokia, Inc. v. AU Optronics Corporation, et al.*, Case No. 09-cv-5609 | **STIPULATION AND [PROPOSED] ORDER MODIFYING FACT DISCOVERY CUTOFF DATE FOR HITACHI, LTD. AND HITACHI DISPLAYS, LTD.'s 30(b)(6) DEPOSITION(S) AND RESPONSES TO NOKIA'S FIRST SET OF REQUESTS FOR ADMISSION** |
| 18 | *Best Buy Co., Inc., et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-4572 | |
| 20 | *Costco Wholesale Corporation v. AU Optronics Corporation, et al.*, Case No. 11-cv-0058 | |

- 1 -

DB2/ 22819076.3

STIPULATION AND [PROPOSED] ORDER MODIFYING DATES
OF DISCOVERY CUTOFF FOR HITACHI 30(b)(6)
DEPOSITION(S) AND RESPONSES TO NOKIA'S FIRST SET OF
REQUESTS FOR ADMISSION
Master File No. 3:07-md-1827 SI, MDL No. 1827

1    Plaintiffs Nokia Corporation, Nokia Inc., Best Buy Co., Inc., Best Buy Purchasing

2    LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Magnolia Hi-Fi, Inc., and

3    Costco Wholesale Corp. (collectively, "Plaintiffs") and Defendants Hitachi, Ltd. and

4    Hitachi Displays, Ltd. (collectively, the "Hitachi Defendants") hereby stipulate as follows:

5    **STIPULATION**

6    WHEREAS fact discovery closes in the above-captioned matters on December 8,

7    2011, as set forth in the Stipulation and Order Modifying Pretrial Schedule for "Track One"

8    Direct Action Plaintiff and State Attorney General Actions (Dkt. No. 3110, the "Scheduling

9    Order");

10   WHEREAS Plaintiffs served the Notice of Deposition of Hitachi, Ltd. and Hitachi

11   Displays, Ltd.'s pursuant to the Federal Rules of Civil Procedure 30(b)(6) ("Notice") on

12   November 17, 2011, scheduling the deposition(s) to take place on December 6, 2011;

13   WHEREAS the Hitachi Defendants intend to serve objections to the Notice on

14   December 15, 2011, and thereafter Plaintiffs and the Hitachi Defendants intend to meet and

15   confer in good faith regarding the proposed deposition topics;

16   WHEREAS Plaintiffs and the Hitachi Defendants have conferred regarding the

17   schedule set forth in the Scheduling Order and do not believe that the current schedule

18   allows for sufficient time to meet and confer regarding the proposed deposition topics and

19   to make witnesses available for deposition on the agreed upon topics;

20   WHEREAS Plaintiffs and the Hitachi Defendants agree to an extension of the close

21   of fact discovery until the end of January 2012 for the limited purpose of allowing

22   sufficient time for Plaintiffs to take the noticed 30(b)(6) deposition(s) of Hitachi, Ltd. and

23   Hitachi Displays, Ltd.;

24   WHEREAS Nokia Corporation. and Nokia Inc. served its First Set of Requests for

25   Admission ("Requests") on the Hitachi Defendants on November 8, 2011;

26   WHEREAS Nokia Corporation, Nokia Inc. and the Hitachi Defendants have

27   conferred regarding the schedule set forth under the Federal Rules and have agreed to an

28   DB2/ 22819076.3            - 2 -
                                     STIPULATION AND [PROPOSED] ORDER MODIFYING
                                     DATES OF DISCOVERY CUTOFF FOR HITACHI 30(b)(6)
                                     DEPOSITION(S) AND RESPONSES TO NOKIA'S FIRST SET
                                     OF REQUESTS FOR ADMISSION
                                     Master File No. 3:07-md-1827 SI, MDL No. 1827

1 extension of the close of fact discovery until December 23, 2011 for the limited purpose of
2 allowing the Hitachi Defendants to respond to the Requests;
3     NOW, THEREFORE, Plaintiffs and the Hitachi Defendants, through their
4 undersigned respective counsel, stipulate and agree as follows:
5     The fact discovery cutoff date of December 8, 2011 in the above-captioned matters,
6 as set forth in the Scheduling Order, is extended solely as to the noticed 30(b)(6)
7 deposition(s) of Hitachi, Ltd. and Hitachi Displays, Ltd., up to and including January 31,
8 2012.
9     The fact discovery cutoff date of December 8, 2011 in *Nokia Corporation and*
10 *Nokia Inc. v. AU Optronics Corporation, et al.*, Case No. 09-cv-5609, as set forth in the
11 Scheduling Order, is extended solely as to the Hitachi Defendants' responses to Nokia
12 Corporation and Nokia Inc.'s First Set of Requests for Admission, up to and including
13 December 23, 2011.
14
15 DATED: December 7, 2011.     _____/s/ Kent M. Roger_____
16     Kent M. Roger (CA Bar No. 95987)
    Herman J. Hoying (CA Bar No. 257495)
17     MORGAN LEWIS & BOCKIUS LLP
    One Market, Spear Street Tower
    San Francisco, CA 94105-1126
18     (415) 442-1000 (Phone)
    (415) 442-1001 (Facsimile)
19     kroger@morganlewis.com
    hhoying@morganlewis.com
20
21     *Counsel for Defendants Hitachi, Ltd., Hitachi Displays,*
    *Ltd. and Hitachi Electronic Devices (USA), Inc.*
22
23
24
25
26
27
28 DB2/ 22819076.3     - 3 -     STIPULATION AND [PROPOSED] ORDER MODIFYING
DATES OF DISCOVERY CUTOFF FOR HITACHI 30(b)(6)
DEPOSITION(S) AND RESPONSES TO NOKIA'S FIRST SET
OF REQUESTS FOR ADMISSION
Master File No. 3:07-md-1827 SI, MDL No. 1827

|  |  |
|---|---|
| 1 | _____/s/ Valarie C. Williams_____ |
| 2 | Valarie C. Williams (admitted *pro hac vice*) |
|   | Donald M. Houser (admitted *pro hac vice*) |
| 3 | ALSTON + BIRD LLP |
|   | 1201 West Peachtree Street |
| 4 | Atlanta, GA  30309 |
|   | (404) 881-7000 (Phone) |
| 5 | (404) 881-7777 (Facsimile) |
| 6 | *Counsel for Plaintiffs Nokia Corporation and Nokia Inc.* |
| 7 | _____/s/ Roman M. Silberfeld_____ |
| 8 | Roman M. Silberfeld (CA Bar No. 62783) |
|   | David Martinez (CA Bar No. 193183) |
| 9 | ROBINS, KAPLAN, MILLER & CIRESI L.L.P |
|   | 2049 Century Park East, Suite 3400 |
| 10 | Los Angeles, CA  90067-3208 |
|   | (310) 552-0130 (Phone) |
| 11 | (310) 229-5800 (Facsimile) |
|   | RMSilberfeld@rkmc.com |
| 12 | DMartinez@rkmc.com |
| 13 | *Counsel for Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., and Magnolia Hi-Fi, Inc.* |
| 14 | |
| 15 | _____/s/ David J. Burman_____ |
| 16 | David J. Burman (admitted *pro hac vice*) |
|   | Cori G. Moore (admitted *pro hac vice*) |
| 17 | PERKINS COIE L.L.P |
|   | Four Embarcadero Center, Suite 2400 |
| 18 | San Francisco, CA  94111 |
|   | (415) 344-7000 (Phone) |
| 19 | (415) 344-7302 (Facsimile) |
|   | DBurman@perkinscoie.com |
| 20 | CGMoore@perkinscoie.com |
| 21 | *Counsel for Plaintiff Costco Wholesale Corporation* |
| 22 | |
| 23 | **ATTESTATION**:  Pursuant to N.D. Cal. General Order 45, Part X-B, the filer attests that |
| 24 | concurrence in the filing of this document has been obtained from each signatory hereto. |
| 25 | |
| 26 | Dated: December 7, 2011          By: ___/s/ Kent M. Roger_____ |
|    |                                              Kent M. Roger |
| 27 | |
| 28 | |

DB2/ 22819076.3

- 4 -

STIPULATION AND [PROPOSED] ORDER MODIFYING
DATES OF DISCOVERY CUTOFF FOR HITACHI 30(b)(6)
DEPOSITION(S) AND RESPONSES TO NOKIA'S FIRST SET
OF REQUESTS FOR ADMISSION
Master File No. 3:07-md-1827 SI, MDL No. 1827

1 | **IT IS SO ORDERED.**

3 | Dated Entered: ___12/12/11_____

*[signature: Susan Illston]*

The Honorable Susan Illston
District Court Judge

DB2/ 22819076.3                                  - 5 -

STIPULATION AND [PROPOSED] ORDER MODIFYING
DATES OF DISCOVERY CUTOFF FOR HITACHI 30(b)(6)
DEPOSITION(S) AND RESPONSES TO NOKIA'S FIRST SET
OF REQUESTS FOR ADMISSION
Master File No. 3:07-md-1827 SI, MDL No. 1827