HUGH F. BANGASSER (*PRO HAC VICE*)
RAMONA M. EMERSON (*PRO HAC VICE*)
CHRISTOPHER M. WYANT (*PRO HAC VICE*)
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Phone: (206) 623-7580
Fax: (206) 623-7022

JEFFREY L. BORNSTEIN, State Bar No. #99358
K&L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Phone: (415) 249-1059
Fax: (415) 882-8220

Attorneys for Defendants
HANNSTAR DISPLAY CORPORATION

**[Additional moving parties and counsel listed on signature pages]**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:07-md-1827-SI<br>MDL No. 1827 |
| This Document Relates to:<br>Case No. 3:11-cv-00058-SI<br><br>COSTCO WHOLESALE CORPORATION,<br>                Plaintiff,<br>                v.<br>AU OPTRONICS CORPORATION, et al.,<br>                Defendants. | **STIPULATION AND [~~PROPOSED~~] ORDER RE: ANSWER DEADLINE**<br><br>Honorable Susan Illston |

Plaintiffs and the Stipulating Defendants, through the undersigned counsel, request that the Court enter the following order to extend the deadline for the Stipulating Defendants to answer Plaintiff's Amended Complaint and Jury Demand ("Amended Complaint").

WHEREAS the Court granted Defendants' motion to dismiss the Amended Complaint, in part, on November 28, 2011; and

WHEREAS the Stipulating Defendants desire a reasonable amount of time to answer the Amended Complaint;

THEREFORE, Plaintiff and the Stipulating Defendants hereby agree:

1. The Stipulating Defendants' deadline to answer the Amended Complaint shall be December 30, 2011.

**IT IS SO STIPULATED**.

Respectfully submitted,

Dated:   December 7, 2011      By: /s/ Cori G. Moore
　　　　　　　　　　　　　　　　　David J. Burman, (*pro hac vice*)
　　　　　　　　　　　　　　　　　Cori G. Moore, (*pro hac vice*)
　　　　　　　　　　　　　　　　　PERKINS COIE, LLP
　　　　　　　　　　　　　　　　　Four Embarcadero Center, Suite 2400
　　　　　　　　　　　　　　　　　San Francisco, CA 94111
　　　　　　　　　　　　　　　　　(415) 344.7000 (Phone)
　　　　　　　　　　　　　　　　　(415) 344.7302 (Facsimile)

*Attorneys for Plaintiff Costco Wholesale Corporation*

By: /s/ Christopher M. Wyant
　　Hugh F. Bangasser (*pro hac vice*)
　　Ramona M. Emerson (*pro hac vice*)
　　Christopher M. Wyant (*pro hac vice*)
　　K&L GATES LLP
　　925 Fourth Avenue, Suite 2900
　　Seattle, WA 98004-1158
　　(206) 623-7580 (Phone)
　　(206) 623-7022 (Facsimile)
　　chris.wyant@klgates.com

Jeffrey L. Bornstein, (CA SBN 99358)
K&L GATES LLP
55 Second Street, Suite 1700
San Francisco, CA, 94105-3493
Phone:  (415) 882-8200
Fax:    (415) 882-8220

*Attorneys for Defendant HannStar Display Corporation*

| | |
|---|---|
| 1 | |
| 2 | By: /s/ Christopher A. Nedeau |
|   | Christopher A. Nedeau (SBN 81297) |
|   | Carl L. Blumenstein (SBN 124158) |
| 3 | Allison Dibley (SBN 213104) |
|   | NOSSAMAN LLP |
| 4 | 50 California Street, 34th Floor |
|   | San Francisco, CA  94111 |
| 5 | (415) 398-3600 (Phone) |
|   | (415) 398-2438 (Facsimile) |
| 6 | cnedeau@nossaman.com |

*Attorneys for AU Optronics Corporation and AU Optronics Corporation America*

By: /s/ Harrison J. Frahn IV
  Harrison J. Frahn IV
  SIMPSON THACHER & BARTLETT LLP
  2550 Hanover Street
  Palo Alto, CA 94304
  Telephone: (650) 251-5000
  Facsimile: (650) 251-5002
  Email: hfrahn@stblaw.com

*Attorneys for Defendants Chimei Innolux Corporation (f/k/a Chi Mei Optoelectronics Corp.), Chi Mei Optoelectronics USA, Inc., and CMO Japan Co., Ltd.*

By: /s/ Kent M. Roger
  Kent M. Roger (State Bar No. 95987)
  Michelle Kim-Szrom (State Bar No. 252901)
  MORGAN LEWIS & BOCKIUS LLP
  One Market, Spear Street Tower
  San Francisco, CA 94105-1126
  (415) 442-1000 (Phone)
  (415) 442-1001 (Facsimile)
  kroger@morganlewis.com

*Attorneys for Hitachi, Ltd., Hitachi Displays, Ltd. and Hitachi Electronic Devices (USA), Inc.*

By: /s/ Holly House
Holly House (SBN 136045)
Kevin C. McCann (SBN 120874)
PAUL HASTINGS LLP
55 Second Street, Twenty-Fourth Floor
San Francisco, CA  94105-3441
(415) 856-7000 / (415) 856-7100
hollyhouse@paulhastings.com
kevinmccan@paulhastings.com

*Attorneys for  LG Display Co., Ltd., and LG Display America, Inc.*

By:  /s/ Rachel S. Brass
Rachel S. Brass (State Bar No. 219301)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
Suite 3000
San Francisco, California 94105-2933
Telephone: (415) 393-8200
Facsimile: (415) 393-8306
RBrass@gibsondunn.com

*Attorneys for Chunghwa Picture Tubes, Ltd. and Tatung Co. of America, Inc.*

**Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from the above-referenced counsel.**

Having considered the foregoing stipulation, and good cause appearing,

**IT IS SO ORDERED**.

| 12/12/11 | *[signature]* |
|---|---|
| Date Entered | Honorable Judge Susan Illston |

3

STIPULATION AND ORDER
RE: ANSWER DEADLINE
Case No. 3:11-cv-00058-SI; 3:07-md-1827-SI

**CERTIFICATE OF SERVICE BY E-MAIL**
(Federal Rules of Civil Procedure Rule 5(b))

      I declare that I am employed with the law firm of K&L Gates, LLP, whose address is 925 4th Avenue, Suite 2900, Seattle, Washington 98104-1158. I am not a party to the case, and I am over the age of eighteen years.

      I further declare that on December 7, 2011, I served a copy of:

**STIPULATION AND [PROPOSED] ORDER RE ANSWER DEADLINE**

by electronically mailing a true and correct copy to all parties of record through the CM-ECF system in accordance with Federal Rules of Civil Procedure Rule 5(b).

      I declare under penalty of perjury that the above is true and correct.

      Executed at Seattle, Washington, this 7th day of December, 2011.

                                        /s/ Christopher M. Wyant
                                             Christopher M. Wyant

4                             STIPULATION AND ORDER
RE: ANSWER DEADLINE
Case No. 3:11-cv-00058-SI; 3:07-md-1827-SI