Robert D. Wick (*pro hac vice*)
Derek B. Ludwin (*pro hac vice*)
Brian E. Foster
COVINGTON & BURLING LLP
1201 Pennsylvania Ave. NW
Washington, D.C.  20004
(202) 662-6000 (telephone)
(202) 662-6291 (facsimile)
*rwick@cov.com*
*dludwin@cov.com*
*bfoster@cov.com*

Jeffrey M. Davidson (CA Bar No. 248620)
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, CA  94111
(415) 591-7021 (telephone)
(415) 955-6521 (facsimile)
*jdavidson@cov.com*

*Attorneys for Defendants*
*Samsung Electronics Co., Ltd.,*
*Samsung Electronics America, Inc.,*
*Samsung Semiconductor, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | CASE NO. 3:07-md-1827 SI |
| THIS DOCUMENT RELATES TO: *AT&T Mobility LLC, et al. v. AU Optronics Corporation, et al.*, C 09-4997 SI | MDL No. 1827<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING FACT DISCOVERY CUTOFF DATE FOR INTERROGATORY RESPONSES AND DEPOSITIONS AND PRODUCTION OF CUSTODIAL DOCUMENTS OF DAVID CHRISTOPHER, MARC LEFAR, AND PETE RITCHER** |

1  Plaintiffs AT&T Mobility LLC, et al., and Samsung Electronics Co., Ltd., Samsung
2  Electronics America, Inc., and Samsung Semiconductor, Inc. (collectively, "Parties") hereby
3  stipulate as follows:

4  **<u>STIPULATION</u>**

5  WHEREAS discovery closes in this case on December 8, 2011 ("Discovery Cutoff"), as
6  set forth in the Stipulation and Order Modifying Pretrial Schedule for "Track One" Direct
7  Action Plaintiff and Actions (Dkt. No. 3110, the "Scheduling Order");

8  WHEREAS the Parties have conferred regarding the schedule set forth in the Scheduling
9  Order and the availability of Messrs. David Christopher, Marc Lefar, and Pete Ritcher in
10 advance of the Discovery Cutoff;

11 WHEREAS the Parties have conferred regarding the production of custodial documents
12 from the files of Messrs. Christopher, Lefar, and Ritcher;

13 WHEREAS the Parties have agreed that Messrs. Christopher and Lefar will not be
14 available for deposition prior to the Discovery Cutoff, but will be available for deposition up to
15 January 20, 2012 (the "Revised Cutoff");

16 WHEREAS the Parties continue to confer regarding whether Mr. Ritcher will appear for
17 deposition prior to the Revised Cutoff;

18 WHEREAS the Parties have agreed that Mr. Christopher's custodial documents will be
19 produced in advance of his deposition;

20 WHEREAS the Parties continue to confer regarding the production of custodial
21 documents from the files of Messrs. Lefar and Ritcher;

22 WHEREAS Samsung has served interrogatories on AT&T, AT&T has responded, and
23 the Parties are engaging in a meet and confer process regarding supplementation of AT&T's
24 responses;

25 WHEREAS the Parties agree to the extension of the close of fact discovery set forth in
26 the Scheduling Order for the limited purpose of allowing sufficient time to complete the
27 discovery referenced above;

28

NOW, THEREFORE, the Parties, through their undersigned respective counsel, stipulate and agree as follows:

The Discovery Cutoff in the above-captioned matter, as set forth in the Scheduling Order, is extended to January 20, 2012 solely as to (a) the depositions of Messrs. Christopher and Lefar; (b) the production of custodial documents of Mr. Christopher; (c) the meet and confer process regarding (i) whether Mr. Ritcher will appear for deposition, and (ii) the production of custodial documents for Mr. Ritcher and Mr. Lefar; and (d) the meet and confer process and supplementation regarding Samsung's interrogatories to AT&T.

December 7, 2011                          COVINGTON & BURLING LLP

By: */s/ Jeffrey M. Davidson*
Jeffrey M. Davidson (CA Bar No. 248620)
One Front Street, 35th Floor
San Francisco, CA 94111
(415) 591-7021 (telephone)
(415) 955-6521 (facsimile)
*jdavidson@cov.com*

Robert D. Wick (pro hac vice)
Derek B. Ludwin (pro hac vice)
Brian E. Foster

1201 Pennsylvania Ave. NW
Washington, D.C. 20004
(202) 662-6000 (telephone)
(202) 662-6291 (facsimile)
*rwick@cov.com*
*dludwin@cov.com*
*bfoster@cov.com*

*Attorneys for Defendants*
Samsung Electronics Co., Ltd.,
Samsung Semiconductor, Inc. and
Samsung Electronics America, Inc.

*/s/ Jason C. Murray*
Jason C. Murray (CA Bar No. 169806)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone:   213-443-5582
Facsimile:    213-622-2690
Email: jmurray@crowell.com
           jstokes@crowell.com

**STIPULATION AND [PROPOSED] ORDER MODIFYING FACT DISCOVERY CUTOFF DATE,. C 09-4997 SI**

Jeffrey H. Howard (*pro hac vice*)
Jerome A. Murphy (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Telephone:	202-624-2500
Facsimile:	202-628-5116
Email: jhoward@crowell.com
          jmurphy@crowell.com


Kenneth L. Adams (*pro hac vice*)
R. Bruce Holcomb (*pro hac vice*)
Christopher T. Leonardo (*pro hac vice*)
ADAMS HOLCOMB LLP
1875 Eye Street NW
Washington, DC  20006
Telephone:	202-580-8822
Facsimile:	202-580-8821
Email:  adams@adamsholcomb.com
          holcomb@adamsholcomb.com
          leonardo@adamsholcomb.com


*Counsel for Plaintiffs AT&T Mobility, LLC; AT&T Corp.; AT&T Services, Inc.; BellSouth Telecommunications, Inc.; Pacific Bell Telephone Company; AT&T Operations, Inc.; AT&T DataComm*

**Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from the other signatories.**

**IT IS SO ORDERED.**

Dated Entered: _____12/12/11_____         _____
                                              The Honorable Susan Illston
                                              District Court Judge

**STIPULATION AND [PROPOSED] ORDER MODIFYING FACT DISCOVERY CUTOFF DATE,. C 09-4997 SI**