KENT M. ROGER, State Bar No. 95987
HERMAN J. HOYING, State Bar No. 257495
JENNIFER L. CALVERT, State Bar No. 258018
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: kroger@morganlewis.com
        hhoying@morganlewis.com
        jennifer.calvert@morganlewis.com

Attorneys for Defendants
HITACHI, LTD., HITACHI DISPLAYS, LTD.,
HITACHI ELECTRONIC DEVICES (USA), INC.

[Additional defendants and counsel
listed on signature pages]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. M 3:07-md-1827 SI; MDL 1827<br>Individual Case No. 3:10-cv-0117 SI |
| This Document Relates To Individual Case No.: 3:10-cv-0117 SI<br><br>ELECTROGRAPH SYSTEMS, INC.;<br>ELECTROGRAPH TECHNOLOGIES, CORP.<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>EPSON IMAGING DEVICES CORPORATION, et al.<br><br>　　　　　　　　　　Defendants. | **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING FACT DISCOVERY CUTOFF**<br><br>**Honorable Susan Illston** |

　　　　Plaintiffs Electrograph Systems, Inc. and Electrograph Technologies, Corp. (collectively, "Electrograph") and Defendants Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc., Epson Imaging Devices Corporation, Epson Electronics America, Inc., Sharp

Corporation, Sharp Electronics Corporation, Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., Toshiba Mobile Display Co., Ltd., LG Display Co., Ltd., LG Display America, Inc., AU Optronics Corporation, AU Optronics Corporation America, Samsung Electronics Company, Ltd., Samsung Semiconductor, Inc., Samsung Electronics America, Inc. and HannStar Display Corporation (collectively, "Stipulating Defendants"), hereby stipulate as follows:

**STIPULATION**

WHEREAS, fact discovery closes in this case on December 8, 2011, as set forth in the Stipulation and Order Modifying Pretrial Schedule for "Track One" Direct Action Plaintiff and State Attorney General Actions (Dkt. No. 3110, the "Scheduling Order");

WHEREAS, Electrograph and Stipulating Defendants have conferred regarding the schedule set forth in the Scheduling Order, Electrograph's document productions in response to discovery requests served by Hitachi Displays, Ltd. and the contemplated depositions of certain former Electrograph employees;

WHEREAS, Electrograph would benefit from additional time to produce responsive documents and Stipulating Defendants would benefit from additional time to conduct depositions after reviewing documents produced by Electrograph;

WHEREAS Electrograph and Stipulating Defendants agree to the extension of the close of fact discovery set forth in the Scheduling Order for the limited purpose of allowing sufficient time for Electrograph to produce additional responsive documents and Stipulating Defendants to take depositions;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, Electrograph, on the one hand, and Stipulating Defendants on the other hand, as follows:

1. The fact discovery cutoff date of December 8, 2011 in the above-captioned matter, as set forth in the Scheduling Order, is extended for the limited purpose of the aforementioned document productions and depositions;

2. The deadline for Electrograph to produce responsive documents to discovery requests served by Hitachi Displays, Ltd. is extended to January 15, 2012; and

3. The deadline for Stipulating Defendants to take the depositions of former Electrograph employees is extended to February 15, 2012.

Dated: December 6, 2011

By: /s/ Kent M. Roger
Kent M. Roger (Bar No. 95987)
Jennifer L. Calvert (Bar No. 258018)
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
(415) 442-1000 (Phone)
(415) 442-1001 (Facsimile)
kroger@morganlewis.com

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. and Hitachi Electronic Devices (USA), Inc.*

By: /s/ Kevin C. McCann
Kevin C. McCann (Bar No. 120874)
Holly House (Bar No. 136045)
PAUL HASTINGS LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
(415) 856-7000 (Phone)
(415) 856-7100 (Facsimile)
kevinmccann@paulhastings.com
hollyhouse@paulhastings.com

*Attorneys for Defendants LG Display Co., Ltd. and LG Display America, Inc.*

| | |
|---|---|
| 1 | |
| 2 | By:  /s/ Christopher A. Nedeau |
|   | Christopher A. Nedeau |
| 3 | Carl L. Blumenstein |
|   | Allison Dibley |
| 4 | NOSSAMAN LLP |
|   | 50 California Street, 34th Floor |
| 5 | San Francisco, CA  94111 |
|   | (415) 398-3600 (Phone) |
| 6 | (415) 398-2438 (Facsimile) |
|   | cnedeau@nossaman.com |

*Attorneys for Defendants AU Optronics Corporation and AU Optronics Corporation America*

By:  */s/ Melvin R. Goldman*
   Melvin R. Goldman (Bar No. 34097)
   Stephen P. Freccero (Bar. No 131093)
   Derek F. Foran (Bar No. 224569)
   MORRISON & FOERSTER LLP
   425 Market Street
   San Francisco, CA 94105-2482
   (415) 268-7000 (Phone)
   (415) 268-7522 (Facsimile)
   *sfreccero@mofo.com*

*Attorneys for Defendants Epson Imaging Devices Corporation and Epson Electronics America, Inc.*

By:  */s/ Robert Wick*
   Robert Wick (*pro hac vice*)
   Neil Roman (*pro hac vice*)
   Derek Ludwin (*pro hac vice*)
   COVINGTON & BURLING LLP
   1201 Pennsylvania Ave., NW
   Washington, DC 20004
   (202) 662-6000 (Phone)
   (202) 662-6291 (Facsimile)
   *rwick@cov.com*

*Attorneys for Defendants Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc. and Samsung Electronics America, Inc.*

| | |
|---|---|
| 1 | |
| 2 | By: */s/ Hugh F. Bangasser* |
| 3 | Hugh F. Bangasser (*pro hac vice*)<br>Ramona M. Emerson (*pro hac vice*) |
| 4 | K&L GATES LLP<br>925 Fourth Avenue, Suite 2900 |
| 5 | Seattle, WA 98004-1158<br>(206) 623-7580 (Phone) |
| 6 | (206) 623-7022 (Facsimile)<br>*Ramona.Emerson@klgates.com* |
| 7 | |
| 8 | Jeffrey L. Bornstein (Bar No. 99358)<br>K&L GATES LLP |
| 9 | Four Embarcadero Center, Suite 1200<br>San Francisco, CA 94111 |
| 10 | (415) 249-1059 (Phone)<br>(415) 882-8220 (Facsimile) |
| 11 | |
| 12 | *Counsel for Defendant HannStar Display Corporation* |
| 13 | |
| 14 | By: */s/ John M. Grenfell* |
| 15 | John M. Grenfell (Bar No. 88500)<br>Jacob R. Sorensen (Bar No. 209134) |
| 16 | Fusae Nara (*pro hac vice*)<br>Andrew D. Lanphere (Bar No. 191479) |
| 17 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 18 | 50 Fremont Street<br>San Francisco, CA 94105 |
| 19 | (415) 983-1000 (Phone)<br>(415) 983-1200 (Facsimile) |
| 20 | *john.grenfell@pillsburylaw.com* |
| 21 | *Attorneys for Defendants Sharp Corporation and Sharp Electronics Corp.* |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

By: __/s/ John H. Chung_____
John H. Chung (*pro hac vice*)
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036-2787
(212) 819-8200 (Phone)
(212) 354-8113 (Facsimile)
*jchung@whitecase.com*

Christopher M. Curran (*pro hac vice*)
Kristen J. McAhren (*pro hac vice*)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
(202) 626-3600 (Phone)
(202) 639-9355 (Facsimile)
*ccurran@whitecase.com*
*kmcahren@whitecase.com*

*Attorneys for Defendants Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc. and Toshiba America Information Systems, Inc.*

By: __/s/ Paul P. Eyre_____
Paul P. Eyre (pro hac vice)
Ernest E. Vargo (pro hac vice)
Michael E. Mumford (pro hac vice)
BAKER & HOSTETLER LLP
PNC Center
1900 East Ninth Street, Suite 3200
Cleveland, OH 44114-3482
(216) 621-0200 (Phone)
(216) 696-0740 (Facsimile)
*peyre@bakerlaw.com*
*evargo@bakerlaw.com*
*mmumford@bakerlaw.com*

*Tracy Cole (pro hac vice)*
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4210 (Phone)
Facsimile: (212) 589-4201 (Facsimile)
*tcole@bakerlaw.com*

*Attorneys for Defendant Mitsui & Co. (Taiwan), Ltd.*

| | |
|---|---|
| 1 | By: /s/ Philip J. Iovieno |
| 2 | Philip J. Iovieno (*pro hac vice*)<br>BOIES, SCHILLER & FLEXNER LLP |
| 3 | 10 North Pearl Street, 4th Floor<br>Albany, NY 12207 |
| 4 | (518) 434-0600<br>(518) 434-0665 |
| 5 | *piovieno@bsfllp.com* |
| 6 | *Attorneys for Plaintiffs Electrograph Systems,<br>Inc. and Electrograph Technologies, Corp.* |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**FILER'S ATTESTATION**

I, Kent M. Roger, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order. In compliance with General Order 45.X.B, I hereby attest that Kevin McCann, Christopher Nedeau, Melvin Goldman, Robert Wick, Hugh Bangasser, John Grenfell, John Chung, Paul Eyre and Philip Iovieno concur in this filing.

/s/ Kent M. Roger
Kent M. Roger

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd., and Hitachi Electronic Devices (USA), Inc.*

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation set forth above and pursuant to Rule 6-1(a) of the Civil Local Rules, IT IS SO ORDERED.

Dated:  December ~~12~~, 2011

By _____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE