1   MORGAN, LEWIS & BOCKIUS LLP
    KENT M. ROGER, State Bar No, 95987
2   HERMAN J. HOYING, State Bar No. 257495
    JENNIFER L. CALVERT, State Bar No. 258018
3   One Market, Spear Street Tower
    San Francisco, CA  94105-1126
4   Tel:  415.442.1000
    Fax:  415.442.1001
5   kroger@morganlewis.com
    hhoying@morganlewis.com
6   jennifer.calvert@morganlewis.com

7   Attorneys for Defendants
    HITACHI, LTD., HITACHI DISPLAYS, LTD.,
8   HITACHI ELECTRONIC DEVICES (USA), INC.

9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                    (SAN FRANCISCO DIVISION)

13

14   STATE OF OREGON, *ex rel.* John Kroger,    This Document Relates to Individual Case No.
     Attorney General,                          3:10-cv-4346 SI
15
                              Plaintiffs,        Master File No. 3:07-md-1827
16
            v.                                   MDL No. 1827
17
     AU OPTRONICS CORPORATION, *et al.,*
18                                              **STIPULATION AND [PROPOSED] ORDER
                                                REGARDING TIME TO RESPOND TO**
19                            Defendants.       **AMENDED COMPLAINT**

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 22836800.1

CASE NO. 3:10-CV-4346 SI; MDL NO. 1827
STIPULATION AND [PROPOSED] ORDER

WHEREAS plaintiff State of Oregon ("Oregon") filed the above captioned lawsuit on August 10, 2010;

WHEREAS Oregon filed a first amended complaint on April 15, 2011 ("Amended Complaint");

WHEREAS Defendants Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc. and Hitachi, Ltd. (collectively, the "Hitachi Defendants") and Defendants Chi Mei Corporation, Chi Mei Innolux Corporation, CMO Japan Co., Ltd., and Chi Mei Optoelectronic USA, Inc. (collectively, the "Chi Mei Defendants") jointly filed with other defendants a motion to dismiss Count III in its entirety and Count IV to the extent it seeks "disgorgement of profits" as a remedy on June 6, 2011;

WHEREAS the Court denied Defendants' joint motion to dismiss Counts III and IV of the Amended Complaint on July 12, 2011;

WHEREAS all defendants, including the Hitachi Defendants and Chi Mei Defendants, entered into a stipulation with Oregon on July 21, 2011 that Defendants' deadline to answer the Amended Complaint was August 12, 2011;

WHEREAS on July 21, 2011, the Court entered an order extending Defendants' deadline to answer the Amended Complaint until August 12, 2011;

WHEREAS the Hitachi Defendants and Chi Mei Defendants entered into a stipulation with Oregon on August 11, 2011 that the Hitachi Defendants' and Chi Mei Defendants' deadline to answer the Amended Complaint is September 12, 2011;

WHEREAS on August 24, 2011, the Court entered an order extending the Hitachi Defendants' and Chi Mei Defendants' deadline to answer the Amended Complaint until September 12, 2011;

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 22836800.1

-2-

CASE NO. 3:10-CV-4346 SI; MDL NO. 1827
STIPULATION AND [PROPOSED] ORDER

1   WHEREAS the Hitachi Defendants and Chi Mei Defendants entered into a stipulation

2   with Oregon on September 9, 2011 that the Hitachi Defendants' and Chi Mei Defendants'

3   deadline to answer the Amended Complaint is September 26, 2011;

4   WHEREAS on September 13, 2011, the Court entered an order extending the Hitachi

5   Defendants' and Chi Mei Defendants' deadline to answer the Amended Complaint until

6   September 26, 2011;

7

8   WHEREAS the Hitachi Defendants and Chi Mei Defendants entered into a stipulation

9   with Oregon on September 23, 2011 that the Hitachi Defendants' and Chi Mei Defendants'

10  deadline to answer the Amended Complaint is November 4, 2011;

11  WHEREAS on September 28, 2011, the Court entered an order extending the Hitachi

12  Defendants' and Chi Mei Defendants' deadline to answer the Amended Complaint until

13  November 4, 2011;

14

15  WHEREAS the Hitachi Defendants and Chi Mei Defendants entered into a stipulation

16  with Oregon on November 3, 2011 that the Hitachi Defendants' and Chi Mei Defendants'

17  deadline to answer the Amended Complaint is December 9, 2011;

18  WHEREAS on November 4, 2011, the Court entered an order extending the Hitachi

19  Defendants' and Chi Mei Defendants' deadline to answer the Amended Complaint until

20  December 9, 2011;

21

22  WHEREAS extending the Hitachi Defendants' and Chi Mei Defendants' time to respond

23  to the Amended Complaint will not alter the date of any other event or deadline already fixed by

24  the Court;

25  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the

26  undersigned counsel, on behalf of their respective clients, Oregon, on the one hand, and the

27  Hitachi Defendants and Chi Mei Defendants on the other hand, as follows:

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

-3-

DB2/ 22836800.1

1    Hitachi Defendants and Chi Mei Defendants will have until January 13, 2012 to

2    answer Oregon's Amended Complaint.

3    Dated:  December 6, 2011

4                                      HAGLUND KELLEY HORNGREN JONES & WILDER
                                       LLP
5
                                       /s/ Michael K. Kelley
6                                      Michael E. Haglund (SBN 772030)
                                       Michael K. Kelley (SBN 853782)
7                                      Shay S. Scott (SBN 934214)
                                       HAGLUND KELLEY HORNGREN JONES & WILDER
8                                      LLP
                                       200 SW Market Street, Suite 1777
9                                      Portland, OR  97201
                                       Tel:  (503) 225-0777
10                                     Fax:  (503) 225-1257
                                       mhaglund@hk-law.com
11
                                       *Counsel for State of Oregon*
12
13                                     OREGON SENIOR ASSISTANT ATTORNEY GENERAL

14                                     Tim D. Nord (SBN 882800)
                                       1162 Court Street, NW
15                                     Salem, OR  97301-4096
                                       Tel: (503) 947-4333
16                                     Fax:  (503) 225-1257
                                       tim.d.nord@state.or.us
17
18                                     *Counsel for State of Oregon*

19                                     MORGAN LEWIS & BOCKIUS LLP

20                                     /s/ Kent M. Roger
                                       Kent M. Roger (SBN 95987)
21                                     MORGAN, LEWIS & BOCKIUS LLP
                                       One Market, Spear Street Tower
22                                     San Francisco, CA  94105
                                       Tel:  (415) 442-1000
23                                     Fax:  (415) 442-1001
                                       kroger@morganlewis.com
24
25                                     *Attorneys for Defendants Hitachi, Ltd., Hitachi Displays,*
                                       *Ltd., and Hitachi Electronic Devices (USA), Inc.*
26
27
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

-4-

CASE NO. 3:10-CV-4346 SI; MDL NO. 1827
STIPULATION AND [PROPOSED] ORDER

DB2/ 22836800.1

1

2
                                     SIMPSON THACHER & BARTLETT LLP

3                                    /s/ Harrison J. Frahn IV
                                     Harrison J. Frahn IV (SBN 206822)
                                     SIMPSON THACHER & BARTLETT LLP
4                                    2550 Hanover Street
                                     Palo Alto, CA 94304
5                                    Tel: (650) 251-5000
                                     Fax: (650) 251-5002
6                                    hfrahn@stblaw.com

7                                    *Attorneys for Defendants Chi Mei Corporation,*
8                                    *Chimei Innolux Corporation, Chi Mei Optoelectronics USA,*
                                     *Inc., and CMO Japan Co., Ltd.*
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO
                                            -5-            CASE NO. 3:10-CV-4346 SI; MDL NO. 1827
DB2/ 22836800.1                                            STIPULATION AND [PROPOSED] ORDER

**FILER'S ATTESTATION**

I, Kent M. Roger, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order.  In compliance with General Order 45.X.B, I hereby attest that Michael M. Kelley and Harrison J. Frahn IV concur in this filing.

                                   /s/ Kent M. Roger
                                   Kent M. Roger

                                   *Attorneys for Defendants Hitachi, Ltd., Hitachi Displays,*
                                   *Ltd., and Hitachi Electronic Devices (USA), Inc.*

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 22836800.1

-6-

CASE NO. 3:10-CV-4346 SI; MDL NO. 1827
STIPULATION AND [PROPOSED] ORDER

1

### [PROPOSED] ORDER

2          Pursuant to the parties' stipulation set forth above and pursuant to Rule 6-1(a) of the Civil

3   Local Rules, IT IS SO ORDERED.

4

Dated: December  12 , 2011

5

6                                                        By _____

7                                                           HON. SUSAN ILLSTON
                                                            UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

-7-                   CASE NO. 3:10-CV-4346 SI; MDL NO. 1827
                                          STIPULATION AND [PROPOSED] ORDER
DB2/ 22836800.1