PILLSBURY WINTHROP SHAW PITTMAN LLP
JOHN M. GRENFELL (CA Bar No. 88500)
john.grenfell@pillsburylaw.com
JACOB R. SORENSEN (CA Bar No. 209134)
jake.sorensen@pillsburylaw.com
FUSAE NARA (pro hac vice)
fusae.nara@pillsburylaw.com
ANDREW D. LANPHERE  (CA Bar No. 191479)
andrew.lanphere@pillsburylaw.com
50 Fremont Street
San Francisco, CA  94105
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

Attorneys for Defendants
SHARP CORPORATION and
SHARP ELECTRONICS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE:  TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827 SI<br>MDL No. 1827 |
|---|---|
| This Document Relates To:<br><br>ALL ACTIONS | **STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING FACT DISCOVERY CUTOFF DATE FOR DEPOSITIONS OF SEIJI NAKAGAWA AND QAIS SHARIF** |

The Direct Action Plaintiffs ("DAPs") and Defendants Sharp Corporation and Sharp Electronics Corporation (collectively, "Sharp") hereby stipulate as follows:

**STIPULATION**

WHEREAS discovery closes in the "track one" DAP cases on December 8, 2011, as set forth in the Stipulation and Order Modifying Pretrial Schedule for "Track One" Direct Action Plaintiff and State Attorney General Actions (Dkt. No. 3110, the "Scheduling Order");

500934054v1

- 1 -

STIPULATION AND [PROPOSED] ORDER MODIFYING DATES OF DISCOVERY CUTOFF FOR DEPOSITIONS OF NAKAGAWA AND SHARIF
Master File No. 3:07-md-1827 SI, MDL No. 1827

1    WHEREAS the Special Master's Order Regarding Individual Action Plaintiffs and
2 Case Management (Dkt. No. 1727), approved by the Court on April 30, 2010, provides that
3 a presumptive maximum of 12 fact witness depositions shall be taken for any single
4 defendant group;

5    WHEREAS on September 8, 2011, the Court entered the Stipulation and Order
6 Regarding Sharp Witness Depositions (Dkt. No. 3475), which allowed the DAPs to take the
7 depositions of certain Sharp employees – Mr. Qais Sharif; Mr. Hiroyuki Funabashi; Mr.
8 Tetsuroh Muramatsu; Mr. Seiji Nakagawa; and Mr. Akihiko Imaya – based on Sharp's
9 agreement to a limited number of depositions beyond the presumptive maximum;

10    WHEREAS the depositions of Messrs. Funabashi, Imaya and Muramatsu have been
11 completed, and the parties wish to have additional time past the December 8, 2011
12 discovery cutoff to complete the depositions of Messrs. Nakagawa and Sharif;

13    NOW, THEREFORE, DAPs and Sharp, through their undersigned respective
14 counsel, stipulate and request that the Court order as follows:

15    The fact discovery cutoff date of December 8, 2011, set forth in the Scheduling
16 Order, is extended solely as to the depositions of Messrs. Nakagawa and Sharif, up to and
17 including February 16, 2011.

18    Dated:  December 6, 2011.

19    PILLSBURY WINTHROP SHAW PITTMAN LLP
    JOHN M. GRENFELL
20    JACOB R. SORENSEN
    FUSAE NARA
21    ANDREW D. LANPHERE
    50 Fremont Street
22    San Francisco, CA  94105

24    By: _____/s/ Jacob R. Sorensen_____
             Jacob R. Sorensen
25
26    Attorneys for Defendants SHARP
    CORPORATION and SHARP ELECTRONICS
27    CORPORATION
28

```
CROWELL & MORING LLP
Jerome A. Murphy (pro hac vice)
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
Tel: (202) 624-2985
Fax: (202) 628-5116


By:_____/s/ Jerome A. Murphy_____
            Jerome A. Murphy

Liaison Counsel for Direct Action Plaintiffs
```

**IT IS SO ORDERED.**

Dated Entered: _____12/12/11_____

_____
The Honorable Susan Illston
District Court Judge

**ATTESTATION**: Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from Jerome A. Murphy.