Harrison J. Frahn IV (SBN 206822)
hfrahn@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, CA  94304
Telephone:     (650) 251-5000
Facsimile:      (650) 251-5002

*Attorneys for Defendants*
*Chimei Innolux Corporation,*
*Chi Mei Optoelectronics USA, Inc., and*
*CMO Japan Co., Ltd.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | CASE No. 3:10-cv-03517-SI <br> MDL No. 3:07-md-1827-SI |
| This Document Relates to Individual No. 3:10-cv-03517-SI | **STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO RESPOND TO AMENDED COMPLAINT** |
| STATE OF FLORIDA, <br><br> Plaintiff, <br><br> vs. <br><br> AU OPTRONICS CORPORATION, *et al.*, <br><br> Defendants. | |

1 | The undersigned counsel, on behalf of their respective clients, hereby respectfully request an extension of the deadline for Defendants Chimei Innolux Corporation (f/k/a Chi Mei Optoelectronics Corporation), Chi Mei Optoelectronics USA, Inc., and CMO Japan Co., Ltd. (collectively, the "Chi Mei Defendants"), and Defendants Hitachi, Ltd., Hitachi Displays, Ltd., and Hitachi Electronic Devices (USA), Inc. (collectively, the "Hitachi Defendants"), to respond to the amended complaint filed by Plaintiff State of Florida on April 13, 2011, in the above-captioned litigation (the "Amended Complaint").

WHEREAS the Chi Mei Defendants and Hitachi Defendants, jointly with other Defendants in this action, filed a motion to dismiss the Amended Complaint on May 20, 2011;

WHEREAS the Court entered an order denying Defendants' joint motion to dismiss the Amended Complaint on September 15, 2011;

WHEREAS on September 29, 2011, the Court entered an order on extending Defendants' deadline to answer the Amended Complaint to October 28, 2011;

WHEREAS on October 26, 2011, the Court entered an order on extending the Chi Mei and Hitachi Defendants' deadline to answer the Amended Complaint to November 11, 2011;

WHEREAS on November 16, 2011, the Court entered an order on extending the Chi Mei and Hitachi Defendants' deadline to answer the Amended Complaint to December 9, 2011;

WHEREAS Plaintiff State of Florida and the Chi Mei Defendants have agreed to a settlement in principle of the above-captioned litigation;

WHEREAS Plaintiff State of Florida and the Hitachi Defendants have agreed to a settlement in principle of the above-captioned litigation, subject to board approval;

WHEREAS the parties would benefit from additional time to finalize the settlement;

WHEREAS extending the time for the Chi Mei Defendants and Hitachi Defendants to answer the Amended Complaint would not alter the date of any other event or deadline already fixed by the Court;

THEREFORE, Plaintiff State of Florida and the Chi Mei Defendants and Hitachi Defendants, by their respective counsel, stipulate and agree as follows:

The Chi Mei Defendants and Hitachi Defendants will have until January 5, 2012 to answer the Amended Complaint.

Dated:  December 6, 2011  Respectfully submitted,

OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF FLORIDA

By:   /s/ Nicholas J. Weilhammer
        Nicholas J. Weilhammer

R. Scott Palmer
Lizabeth A. Brady
Nicholas J. Weilhammer (*pro hac vice*)
Eli Friedman
Office of the Attorney General
State of Florida
PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3300 / (850) 488-9134
nicholas.weilhammer@myfloridalegal.com


SIMPSON THACHER & BARTLETT LLP

By:   /s/ Harrison J. Frahn IV
        Harrison J. Frahn IV

Harrison J. Frahn IV (SBN 206822)
hfrahn@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, CA 94304
Telephone:    (650) 251-5000
Facsimile:    (650) 251-5002

*Attorneys for Defendants
Chimei Innolux Corporation,
Chi Mei Optoelectronics USA, Inc., and
CMO Japan Co., Ltd.*

1 | MORGAN LEWIS & BOCKIUS LLP

2 | By:   /s/ Kent M. Roger
3 |         /s/ Kent M. Roger

4 | Kent M. Roger (SBN 95987)
  | One Market, Spear Street Tower
5 | San Francisco, California 94105
  | Telephone:   (415) 442-1001
6 | Facsimile:     (415) 442-1001

7 | *Attorney for Defendants Hitachi, Ltd., Hitachi*
8 | *Displays, Ltd., and Hitachi Electronic Devices (USA), Inc.*

1  Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this
2  document has been obtained from all parties whose signatures are indicated by a "confirmed"
3  signature (/s/) within this e-filed document.

5  Dated:  December 6, 2011                     /s/ Harrison J. Frahn IV
6                                               Harrison J. Frahn IV (SBN 206822)

**[PROPOSED] ORDER**

Having considered the foregoing stipulation, and for good cause appearing, IT IS SO ORDERED.

Dated: _____12/12_____, 2011        By _____*[signature: Susan Illston]*_____
                                            HON. SUSAN ILLSTON
                                            UNITED STATES DISTRICT JUDGE