Harrison J. Frahn IV (SBN 206822)
hfrahn@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, CA  94304
Telephone:     (650) 251-5000
Facsimile:      (650) 251-5002

*Attorneys for Defendants
Chi Mei Optoelectronics Corporation,
Chi Mei Optoelectronics USA, Inc., and
CMO Japan Co., Ltd.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | CASE NO. 3:11-cv-00711-SI |
| | MDL NO. 3:07-md-1827-SI |
| This Document Relates to Individual Case No. 3:11-cv-00711-SI | **STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO RESPOND TO AMENDED COMPLAINT** |
| THE STATE OF NEW YORK, | |
| Plaintiff, | |
| vs. | |
| AU OPTRONICS CORPORATION, *et al.*, | |
| Defendants. | |

The undersigned counsel, on behalf of their respective clients, hereby respectfully request an extension of the deadline for Defendants Chimei Innolux Corporation (f/k/a Chi Mei Optoelectronics Corporation), Chi Mei Optoelectronics USA, Inc., and CMO Japan Co., Ltd. (collectively, the "Chi Mei Defendants"), and Defendants Hitachi, Ltd., Hitachi Displays, Ltd., and Hitachi Electronic Devices (USA), Inc. (collectively, the "Hitachi Defendants"), to respond to the amended complaint filed by Plaintiff State of New York on March 15, 2011, in the above-captioned litigation (the "Amended Complaint").

WHEREAS the Chi Mei Defendants and Hitachi Defendants, jointly with other Defendants in this action, filed a motion to dismiss the Amended Complaint on May 5, 2011;

WHEREAS the Court entered an order granting in part and denying in part Defendants' joint motion to dismiss the Amended Complaint on August 9, 2011 (the "August 9, 2011 Order");

WHEREAS on August 25, 2011, the Court entered an order extending Defendants' deadline to answer the Amended Complaint to September 14, 2011;

WHEREAS on September 14, 2011, the Court entered an order extending Defendants' deadline to answer the Amended Complaint to October 25, 2011;

WHEREAS on October 21, 2011, Plaintiff, the Chi Mei Defendants, and the Hitachi Defendants filed a joint stipulation to extend the Chi Mei and Hitachi Defendants' deadline to answer the Amended Complaint to November 22, 2011;

WHEREAS on October 26, 2011, the Court entered an order modifying the pretrial and trial schedule in the above-captioned litigation;

WHEREAS on November 15, 2011, the Court entered an order (i) granting Plaintiff's motion for leave to file a motion for reconsideration and (ii) granting in part and denying in part reconsideration of the August 9, 2011 Order.

WHEREAS on November 23, 2011, the Court entered an order extending the Chi Mei and Hitachi Defendants' deadline to answer the Amended Complaint to December 9, 2011;

WHEREAS Plaintiff State of New York and the Chi Mei Defendants have agreed to a settlement in principle of the above-captioned litigation;

1   WHEREAS Plaintiff State of New York and the Hitachi Defendants have agreed to a
2 settlement in principle of the above-captioned litigation, subject to board approval;
3   WHEREAS the parties would benefit from additional time to finalize the settlement;
4   WHEREAS further extending the time for the Chi Mei Defendants and Hitachi Defendants
5 to answer the Amended Complaint would not alter the date of any other event or deadline already
6 fixed by the Court;
7   THEREFORE, Plaintiff State of New York and the Chi Mei Defendants and Hitachi
8 Defendants, by their respective counsel, stipulate and agree as follows:
9   The Chi Mei Defendants and Hitachi Defendants will have until January 13, 2012 to answer
10 the Amended Complaint.

| | | |
|---|---|---|
| 1 | Dated: December 6, 2011 | Respectfully submitted, |
| 2 | | ERIC T. SCHNEIDERMAN |
| 3 | | Attorney General of the State of New York |
| 4 | | By:   /s/ Richard L. Schwartz |
| 5 | | Richard L. Schwartz |
| 6 | | Richard L. Schwartz* |
| | | Acting Bureau Chief, Antitrust Bureau |
| 7 | | Amy McFarlane* |
| | | Assistant Attorney General |
| 8 | | 120 Broadway, 26th Floor |
| | | New York, New York 10271 |
| 9 | | (212) 416-8282 (voice) |
| 10 | | (212) 416-6015 (fax) |
| | | Richard.Schwartz@ag.ny.gov |
| 11 | | |
| | | *Attorneys for Plaintiff State of New York* |
| 12 | | |
| 13 | | * Automatic *Pro Hac Vice* Admission Pursuant to Pretrial Order No. 1, Dated July 3, 2007 (Waiving Civil L.R. 11-3) |
| 14 | | |
| 15 | | SIMPSON THACHER & BARTLETT LLP |
| 16 | | By:   /s/ Harrison J. Frahn IV |
| | | Harrison J. Frahn IV |
| 17 | | |
| 18 | | Harrison J. Frahn IV (SBN 206822) |
| | | hfrahn@stblaw.com |
| 19 | | SIMPSON THACHER & BARTLETT LLP |
| | | 2550 Hanover Street |
| 20 | | Palo Alto, CA 94304 |
| | | Telephone:    (650) 251-5000 |
| 21 | | Facsimile:    (650) 251-5002 |
| 22 | | *Attorneys for Defendants* |
| | | *Chi Mei Optoelectronics Corporation,* |
| 23 | | *Chi Mei Optoelectronics USA, Inc., and* |
| | | *CMO Japan Co., Ltd.* |
| 24 | | |
| 25 | | MORGAN LEWIS & BOCKIUS LLP |
| 26 | | By:   /s/ Kent. M. Roger |
| 27 | | Kent M. Roger (SBN 95987) |
| 28 | | Kent M. Roger (SBN 95987) |

3

STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO RESPOND TO AMENDED COMPLAINT
CASE NO. 3:11- CV-00711-SI; MDL NO. 3:07-MD-1827-SI

1 | One Market, Spear Street Tower
2 | San Francisco, California 94105
  | Telephone: (415) 442-1001
3 | Facsimile: (415) 442-1001

4 | *Attorney for Defendants Hitachi, Ltd., Hitachi Displays, Ltd., and Hitachi Electronic Devices (USA), Inc.*

5 

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from all parties whose signatures are indicated by a "confirmed" signature (/s/) within this e-filed document.

Dated:  December 6, 2011                               /s/ Harrison J. Frahn IV
                                                                        Harrison J. Frahn IV (SBN 206822)

## [PROPOSED] ORDER

Having considered the foregoing stipulation, and for good cause appearing, IT IS SO ORDERED.

Dated: __12/12__, 2011       By _____Susan Illston_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE