Jeffrey H. Howard (*pro hac vice*)
Jerome A. Murphy (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  202-624-2500
Facsimile:  202-628-5116
Email: jhoward@crowell.com
       jmurphy@crowell.com

Jason C. Murray (CA Bar No. 169806)
Joshua C. Stokes (CA Bar No. 220214)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone:  213-622-4750
Facsimile:  213-622-2690
Email: jmurray@crowell.com
       jstokes@crowell.com

*Counsel for Plaintiff Motorola Mobility, Inc.*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master Docket No. 07-m-1827 SI |
| This Document Relates To:<br><br>*Motorola Mobility, Inc. v. AU Optronics Corporation, et al., C 09-5840 SI*<br><br>*Target Corporation, et al., v. AU Optronics Corporation, et al., 3:10-cv-4945 SI* | **STIPULATION AND [PROPOSED] ORDER REGARDING RULE 30(B)(6) DEPOSITION OF PHILIPS ELECTRONICS NORTH AMERICA CORPORATION AND FACT DISCOVERY CUT-OFF** |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

MASTER DOCKET NO.
07-M-1827 SI

STIPULATION TO EXTEND DISCOVERY CUT-OFF FOR PENAC DEPOSITION

1  Defendant Philips Electronics North America Corporation ("PENAC") and Plaintiffs
2  Motorola Mobility, Inc.; Target Corp.; Sears, Roebuck and Co.; Kmart Corp.; Old Comp Inc.;
3  Good Guys, Inc.; RadioShack Corp; and Newegg Inc. ("Plaintiffs") stipulate as follows:
4  WHEREAS Plaintiffs have noticed the deposition of PENAC pursuant to Federal Rule of
5  Civil Procedure 30(b)(6);
6  WHEREAS the discovery cut-off in the Direct Action Plaintiffs' track one cases is
7  December 8, 2011;
8  WHEREAS PENAC was added to Plaintiffs' respective actions in the past few months;
9  WHEREAS the parties have had limited time to conduct discovery;
10  WHEREAS PENAC is still diligently working to produce documents to Plaintiffs;
11  WHEREAS Plaintiffs and PENAC have met and conferred regarding scheduling the Rule
12  30(b)(6) deposition of PENAC; and
13  WHEREAS the parties are discussing a potential resolution to the above-captioned
14  actions;
15  THEREFORE, PENAC, by its counsel, and Plaintiffs, by the undersigned counsel,
16  stipulate and agree as follows:
17  1. The fact discovery cutoff date of December 8, 2011 set forth in the Order
18  Modifying Pretrial Schedule for "Track One" Direct Action Plaintiff and State Attorney General
19  Cases (MDL Dkt. No. 3110) is extended up to and including February 29, 2012, solely as to the
20  deposition of PENAC.
21  2. If disputes arise at the deposition, Plaintiffs will have five court days to move to
22  compel further responses.
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

3. Unless expressly provided herein, nothing in this Stipulation and Order is intended to modify any other Order of the Court or the Special Master, nor does this order prevent any party from seeking further modifications to such orders.

Dated: December 6, 2011

          */s/ Nathanial J. Wood*

Jason C. Murray (CA Bar No. 169806)
Joshua C. Stokes (CA Bar No. 220214)
Nathanial J. Wood (CA Bar No. 223547)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA  90071
Telephone:  213-622-4750
Facsimile:  213-622-2690
Email:  jmurray@crowell.com
      jstokes@crowell.com
      nwood@crowell.com

Jeffrey H. Howard (pro hac vice)
Jerome A. Murphy (pro hac vice)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  202-624-2500
Facsimile:  202-628-5116
Email:  jhoward@crowell.com
      jmurphy@crowell.com

Kenneth L. Adams (pro hac vice)
R. Bruce Holcomb (pro hac vice)
Christopher T. Leonardo (pro hac vice)
ADAMS HOLCOMB LLP
1875 Eye Street NW
Washington, DC 20006
Telephone:  202-580-8822
Facsimile: 202-580-8821
Email:  adams@adamsholcomb.com
      holcomb@adamsholcomb.com
      leonardo@adamsholcomb.com

*Counsel for Plaintiffs Motorola Mobility, Inc. and Jaco Electronics, Inc.*

|     |                                                                                     |
|-----|-------------------------------------------------------------------------------------|
| 1   |                                                                                     |
| 2   |         */s/ Brendan P. Cullen*              |

        Brendan P. Cullen (SBN 194057)
        SULLIVAN & CROMWELL LLP
        1870 Embarcadero Road
        Palo Alto, California  94303
        Telephone:     (650) 461-5600
        Facsimile:      (650) 461-5700
        cullenb@sullcrom.com

        Garrard R. Beeney (NY Reg. No. 1656172)
        SULLIVAN & CROMWELL LLP
        125 Broad Street
        New York, New York  10004-2498
        Telephone:     (212) 558-4000
        Facsimile:      (212) 558-3588
        beeneyg@sullcrom.com

        *Counsel for Defendants Philips Electronics North America Corporation and Koninklijke Philips Electronics N.V.*

**Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from the other signatories.**

**IT IS SO ORDERED.**

Dated: ____12/12_____, 2011

        */s/ Susan Illston*
        Susan Illston, United States District Judge

DCACTIVE-16775344.1