1  MELVIN R. GOLDMAN (CA SBN 34097)
   MGoldman@mofo.com
2  STEPHEN P. FRECCERO (CA SBN 131093)
   SFreccero@mofo.com
3  DEREK F. FORAN (CA SBN 224569)
   DForan@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  Attorneys for Defendants
   Epson Imaging Devices Corporation and
8  Epson Electronics America, Inc.

9

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13

14  IN RE: TFT-LCD (FLAT PANEL) ANTITRUST       Master File No. 3:07-md-1827 SI
    LITIGATION                                  MDL No. 1827
15  _____

16  This Document Relates to: No. 09-5840

17  MOTOROLA MOBILITY, INC.                     STIPULATION AND
                                                [PROPOSED] ORDER
                    Plaintiffs,                 PERMITTING DEPOSITIONS
18                                              BEYOND FACT DISCOVERY
                       v.                       CUTOFF DATE
19
    AU OPTRONICS CORPORATION, et al.
20
                    Defendants.
21

22

23

24

25

26

27

28

1   Plaintiff Motorola Mobility, Inc. ("Motorola") and Defendants Epson Imaging Devices
2   Corporation and Epson Electronics America, Inc. (collectively "Epson"), parties to the above-
3   entitled action (collectively, "Parties"), hereby stipulate as follows:

4   WHEREAS, the Parties have met and conferred to discuss scheduling the deposition of
    Motorola's employees Tracy Guo, C.F. Cheng, and C.M. Lai, and Epson employee Hiroyuki
5   Matsuura;

6   WHEREAS, the aforementioned individuals are not available for deposition before the
7   fact discovery cutoff date of December 8, 2011;

8   NOW, THEREFORE, the Parties, through their undersigned respective counsel, stipulate
9   and request that the Court order as follows:

10   1.   That the fact discovery cutoff date of December 8, 2011 be extended for the sole
    purpose of the aforementioned, proposed depositions;
11
12   2.   That Defendants may take the deposition of Ms. Guo on December 14-15, Mr.
    Cheng on December 20, and Mr. Lai on December 21;

13   3.   That Direct Action Plaintiffs may take the deposition of Mr. Matsuura at a date to
14   be determined outside the fact discovery cutoff; and

15   4.   That the Parties continue to work in good faith with regards to scheduling
16   additional depositions of their respective employees after the close of fact discovery.  To allow
    sufficient time for the Parties to coordinate with respect to any remaining depositions, the
17   deadline to move to compel further depositions of Motorola or Epson witnesses shall be extended
18   to January 31, 2012.
19

20   Dated:  December 9, 2011                MELVIN R. GOLDMAN
                                            STEPHEN P. FRECCERO
21                                          DEREK F. FORAN
                                            MORRISON & FOERSTER LLP
22

23
                                            By:    /s/ Derek F. Foran
24                                                 DEREK F. FORAN

25                                          Attorneys for Defendants
                                            Epson Imaging Devices Corporation
26                                          and Epson Electronics America, Inc.

27

28

Dated:  December 9, 2011

JEFFREY H. HOWARD
JEROME A. MURPHY
JASON C. MURRAY
JOSHUA C. STOKES
CROWELL & MORING LLP

By: _____*/s/ Joshua C. Stokes*_____
JOSHUA C. STOKES

*Attorneys for Plaintiff*
*Motorola Mobility, Inc.*

**Attestation:**  The filer of this document attests that concurrence in the filing of this document has been obtained from the other signatory.

By: _____*/s/ Derek F. Foran*_____
Derek F. Foran

STIPULATION AND [PROPOSED] ORDER PERMITTING DEPOSITIONS BEYOND DISCOVERY CUTOFF DATE
CASE NO. 09-5840; MDL NO. 1827
sf-3077400

2

1

## **PROPOSED ORDER**

2      Under the Parties' stipulation set forth above, IT IS SO ORDERED.

3

4

Dated: _____ 12/16/11 _____      _____

5                                            Hon. Susan Illston
                                             United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28