1  Jeffrey H. Howard (*pro hac vice*)
   Jerome A. Murphy (*pro hac vice*)
2  CROWELL & MORING LLP
   1001 Pennsylvania Avenue, N.W.
3  Washington, D.C. 20004
   Telephone:  202-624-2500
4  Facsimile:  202-628-5116
   Email: jhoward@crowell.com
5          jmurphy@crowell.com

6  Jason C. Murray (CA Bar No. 169806)
   Joshua C. Stokes (CA Bar No. 220214)
7  CROWELL & MORING LLP
   515 South Flower St., 40th Floor
8  Los Angeles, CA 90071
   Telephone:  213-622-4750
9  Facsimile:  213-622-2690
   Email: jmurray@crowell.com
10         jstokes@crowell.com

11 *Counsel for Plaintffs*
   *AT&T Mobility LLC et al.*
12 [Additional counsel listed on signature page]

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                        SAN FRANCISCO DIVISION

16

17 | In re TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master Docket No. 07-m-1827 SI |
|---|---|
| This Document Relates To: | Case No. C 09-4997 SI |
| *AT&T Mobility LLC, et al. v. AU Optronics Corporation, et al.*, C 09-4997 SI | **STIPULATION AND [P~~R~~ROPO~~O~~SED] ORDER RE BRIEFING SCHEDULE FOR MOTION TO DISMISS THIRD AMENDED COMPLAINT** |

1  Whereas defendants Samsung SDI Co. Ltd., Samsung SDI America, Inc. ("SDI"), and
2 Sanyo Consumer Electronics Co., Ltd.("Sanyo CE") (collectively "Defendants") filed a Motion to
3 Dismiss the Third Amended Complaint of plaintiffs AT&T Mobility, LLC, AT&T Corp., AT&T
4 Services, Inc., BellSouth Telecommunications, Inc., Pacific Bell Telephone Company, AT&T
5 Operations, Inc., AT&T DataComm, Inc., and Southwestern Bell Telephone Company
6 ("Plaintiffs") on November 18, 2011 [Docket No. 4160] (the "Motion");
7  Whereas the Motion was originally noticed for hearing on January 6, 2012, but was
8 continued by the Court to January 27, 2012;
9  Whereas the parties previously agreed, and the Court approved, a briefing schedule calling
10 for the opposition briefs to be filed on December 14, 2011 and the reply briefs to be filed by
11 December 23, 2011;
12  Whereas the parties wish to alter the current briefing schedule for the Motion;
13  Whereas the parties believe that the proposed briefing schedule will not cause any
14 prejudice to the Court's schedule;
15  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the
16 undersigned counsel, on behalf of their respective clients, Plaintiffs, on the one hand, and
17 Defendants, on the other hand, that the briefing schedule for the Motion shall be as follows:
18  Oppositions to be filed by: December 29, 2011
19  Replies to be filed by: January 13, 2012
20  This stipulation is made without prejudice to Plaintiffs' pending Administrative Motion to
21 Modify AT&T's Trial Schedule [Docket No. 4314].

Dated: December 9, 2011

                          */s/ Nathanial J. Wood*

Jason C. Murray (CA Bar No. 169806)
Joshua C. Stokes (CA Bar No. 220214)
Nathanial J. Wood (CA Bar No. 223547)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA  90071
Telephone:  213-622-4750
Facsimile:  213-622-2690
Email: jmurray@crowell.com
       jstokes@crowell.com
       nwood@crowell.com

Jeffrey H. Howard (pro hac vice)
Jerome A. Murphy (pro hac vice)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  202-624-2500
Facsimile:  202-628-5116
Email: jhoward@crowell.com
       jmurphy@crowell.com

Kenneth L. Adams (pro hac vice)
R. Bruce Holcomb (pro hac vice)
Christopher T. Leonardo (pro hac vice)
ADAMS HOLCOMB LLP
1875 Eye Street NW
Washington, DC 20006
Telephone:  202-580-8822
Facsimile: 202-580-8821
Email: adams@adamsholcomb.com
       holcomb@adamsholcomb.com
       leonardo@adamsholcomb.com

*Counsel for AT&T Mobility, LLC, AT&T Corp., AT&T Services, Inc., BellSouth Telecommunications, Inc., Pacific Bell Telephone Company, AT&T Operations, Inc., AT&T DataComm, Inc., and Southwestern Bell Telephone Company*

          */s/ Michael W. Scarborough*
--------

Michael W. Scarborough (SBN 203524)
Tyler Mark Cunningham (SBN 243694)
SHEPPARD MULLIN RICHTER & HAMPTON
Four Embarcadero Center, 17th Floor
San Francisco, California  94111
Telephone:  (415) 434-9100
Facsimile:  (415) 434-3947
mscarborough@sheppardmullin.com
tcunningham@sheppardmullin.com

Eric S. O'Connor (SBN 223244)
SHEPPARD MULLIN RICHTER & HAMPTON
30 Rockefeller Plaza
New York, New York 10112-0015
Telephone:  212-653-8700
Facsimile:  212-653-8701
eoconnor@sheppardmullin.com

*Counsel for Defendants Samsung SDI America, Inc. and Samsung SDI Co., Ltd.*


          */s/ Allison A. Davis*
--------

Allison A. Davis (CA State Bar No. 139203)
Sanjay Nangia (CA State Bar No. 264986)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:  (415) 276-6500
Facsimile:  (415) 276-4880
allisondavis@dwt.com

Nick S. Verwolf (admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
777 108th Avenue, N.E.
Bellevue, WA 98004-5149
Telephone:  (425) 646-6125
Facsimile:  (425) 646-6199
nickverwolf@dwt.com

*Counsel for Defendant Sanyo Consumer Electronics Co., Ltd.*

1 | **Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the**
2 | **filing of this document has been obtained from the other signatories.**

**IT IS SO ORDERED.**

Dated: ___12/6_____, 2011

_____
Susan Illston, United States District Judge

DCACTIVE-16941607.1