1  Jeffrey H. Howard (*pro hac vice*)
   Jerome A. Murphy (*pro hac vice*)
2  CROWELL & MORING LLP
   1001 Pennsylvania Avenue, N.W.
3  Washington, D.C. 20004
   Telephone: 202-624-2500
4  Facsimile: 202-628-5116
   Email: jhoward@crowell.com
5         jmurphy@crowell.com

6  Jason C. Murray (CA Bar No. 169806)
   Joshua C. Stokes (CA Bar No. 220214)
7  CROWELL & MORING LLP
   515 South Flower St., 40th Floor
8  Los Angeles, CA 90071
   Telephone: 213-622-4750
9  Facsimile: 213-622-2690
   Email: jmurray@crowell.com
10        jstokes@crowell.com

11 *Counsel for Plaintiffs Target Corporation; Sears,
   Roebuck and Co.; Kmart Corporation; Old Comp*
12 *Inc.; Good Guys, Inc.; RadioShack Corporation;
   and Newegg Inc.*
13 [Additional counsel listed on signature page]

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                        SAN FRANCISCO DIVISION

17

| 18  In re TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master Docket No. 07-m-1827 SI  Case No. CV:10-4945 SI |
|---|---|
| 19  This Document Relates To: | **STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR MOTION TO DISMISS SECOND AMENDED COMPLAINT** |
| 20  *Target Corporation, et al. v. AU Optronics Corporation, et al., Case No. CV:10-4945 SI* | |

1    Whereas defendants Samsung SDI Co. Ltd., Samsung SDI America, Inc. ("SDI"), and
2 Sanyo Consumer Electronics Co., Ltd.("Sanyo CE") (collectively "Defendants") filed a Motion to
3 Dismiss the Second Amended Complaint of plaintiffs Target Corporation; Sears, Roebuck and
4 Co.; Kmart Corporation; Old Comp Inc.; Good Guys, Inc.; RadioShack Corporation; and Newegg
5 Inc. ("Plaintiffs") on November 18, 2011 [Docket No. 4162] (the "Motion");

6    Whereas the Motion was originally noticed for hearing on January 6, 2012, but was
7 continued by the Court to January 27, 2012;

8    Whereas the parties previously agreed, and the Court approved, a briefing schedule calling
9 for the opposition briefs to be filed on December 14, 2011 and the reply briefs to be filed by
10 December 23, 2011;

11    Whereas the parties wish to alter the current briefing schedule for the Motion;

12    Whereas the parties believe that the proposed briefing schedule will not cause any
13 prejudice to the Court's schedule;

14    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the
15 undersigned counsel, on behalf of their respective clients, Plaintiffs, on the one hand, and
16 Defendants, on the other hand, that the briefing schedule for the Motion shall be as follows:

17    Oppositions to be filed by:    December 29, 2011
18    Replies to be filed by:    January 13, 2012

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-1-    CASE NO. CV:10-4945 SI
STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR MOTION TO DISMISS SECOND AMENDED COMPLAINT

| | |
|---|---|
| Dated: December 9, 2011 | */s/ Nathanial J. Wood* |

Jason C. Murray (CA Bar No. 169806)
Joshua C. Stokes (CA Bar No. 220214)
Nathanial J. Wood (CA Bar No. 223547)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA  90071
Telephone:  213-622-4750
Facsimile:  213-622-2690
Email: jmurray@crowell.com
   jstokes@crowell.com
   nwood@crowell.com

Jeffrey H. Howard (pro hac vice)
Jerome A. Murphy (pro hac vice)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  202-624-2500
Facsimile: 202-628-5116
Email:  jhoward@crowell.com
   jmurphy@crowell.com

Kenneth L. Adams (pro hac vice)
R. Bruce Holcomb (pro hac vice)
Christopher T. Leonardo (pro hac vice)
ADAMS HOLCOMB LLP
1875 Eye Street NW
Washington, DC 20006
Telephone: 202-580-8822
Facsimile: 202-580-8821
Email:  adams@adamsholcomb.com
   holcomb@adamsholcomb.com
   leonardo@adamsholcomb.com

*Counsel for Plaintiffs Target Corporation; Sears, Roebuck and Co.; Kmart Corporation; Old Comp Inc.; Good Guys, Inc.; RadioShack Corporation; and Newegg Inc.*

| | |
|---|---|
| 1 | |
| 2 | _/s/ Michael W. Scarborough_ |
| 3 | Michael W. Scarborough (SBN 203524)<br>Tyler Mark Cunningham (SBN 243694) |
| 4 | SHEPPARD MULLIN RICHTER & HAMPTON<br>Four Embarcadero Center, 17th Floor |
| 5 | San Francisco, California 94111<br>Telephone: (415) 434-9100 |
| 6 | Facsimile: (415) 434-3947 |
| 7 | mscarborough@sheppardmullin.com<br>tcunningham@sheppardmullin.com |
| 8 | |
| 9 | Eric S. O'Connor (SBN 223244)<br>SHEPPARD MULLIN RICHTER & HAMPTON |
| 10 | 30 Rockefeller Plaza<br>New York, New York 10112-0015 |
| 11 | Telephone: 212-653-8700<br>Facsimile: 212-653-8701 |
| 12 | eoconnor@sheppardmullin.com |
| 13 | _Counsel for Defendants Samsung SDI America, Inc. and Samsung SDI Co., Ltd._ |
| 14 | |
| 15 | _/s/ Allison A. Davis_ |
| 16 | Allison A. Davis (CA State Bar No. 139203) |
| 17 | Sanjay Nangia (CA State Bar No. 264986)<br>DAVIS WRIGHT TREMAINE LLP |
| 18 | 505 Montgomery Street, Suite 800<br>San Francisco, California 94111 |
| 19 | Telephone: (415) 276-6500 |
| 20 | Facsimile: (415) 276-4880<br>allisondavis@dwt.com |
| 21 | |
| 22 | Nick S. Verwolf (admitted _pro hac vice_)<br>DAVIS WRIGHT TREMAINE LLP |
| 23 | 777 108th Avenue, N.E.<br>Bellevue, WA 98004-5149 |
| 24 | Telephone: (425) 646-6125<br>Facsimile: (425) 646-6199 |
| 25 | nickverwolf@dwt.com |
| 26 | _Counsel for Defendant Sanyo Consumer Electronics Co., Ltd._ |
| 27 | |
| 28 | |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-3- CASE NO. CV:10-4945 SI

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR MOTION TO DISMISS SECOND AMENDED COMPLAINT

**Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from the other signatories.**

**IT IS SO ORDERED.**

Dated: ___12/16_____, 2011

_____
Susan Illston, United States District Judge

DCACTIVE-16941312.1