1   PILLSBURY WINTHROP SHAW PITTMAN LLP
    JOHN M. GRENFELL (CA Bar No. 88500)
2   john.grenfell@pillsburylaw.com
    JACOB R. SORENSEN (CA Bar No. 209134)
3   jake.sorensen@pillsburylaw.com
    FUSAE NARA (pro hac vice)
4   fusae.nara@pillsburylaw.com
    ANDREW D. LANPHERE  (CA Bar No. 191479)
5   andrew.lanphere@pillsburylaw.com
    50 Fremont Street
6   San Francisco, CA  94105
    Telephone: (415) 983-1000
7   Facsimile: (415) 983-1200

8   Attorneys for Defendants
    SHARP CORPORATION and
9   SHARP ELECTRONICS CORPORATION

10                  UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13  | IN RE:  TFT-LCD (FLAT PANEL) | Master File No. 3:07-md-1827 SI |
    | ANTITRUST LITIGATION | MDL No. 1827 |
14

15  This Document Relates To:            **STIPULATION AND [PROPOSED]**
                                         **ORDER MODIFYING DEADLINE**
16  Case No. 09-cv-5609 SI               **FOR FILING OF MOTIONS TO**
                                         **COMPEL**
17  NOKIA CORPORATION and
    NOKIA, INC.,
18
                    Plaintiffs,
19  v.

20  AU OPTRONICS CORPORATION, et al.

21                  Defendants.

22

23      Plaintiffs Nokia Corporation and Nokia, Inc. and Defendants (collectively,

24  "Parties") hereby stipulate as follows:

25                           **STIPULATION**

26      WHEREAS discovery closed in this case on December 8, 2011, as set forth in the

27  Stipulation and Order Modifying Pretrial Schedule for "Track One" Direct Action Plaintiff

28  and State Attorney General Actions (Dkt. No. 3110, the "Scheduling Order");

1      WHEREAS the Court has entered an Order extending the close of fact discovery set

2  forth in the Scheduling Order for the limited purpose of allowing sufficient time for

3  defendants to take the depositions of Nokia employees Juha Liukkonen and Timo Mustonen

4  (Dkt. No. 4254);

5      WHEREAS the parties have submitted a Stipulation and Proposed Order to the

6  Court extending the close of fact discovery set forth in the Scheduling Order for the limited

7  purpose of extending the deadline for which Nokia and certain other Direct Action

8  Plaintiffs in Track One have to respond to discovery requests served by defendants between

9  October 31 and November 4, 2011 and to update Exhibit A (chart of conspiracy evidence)

10  to previously served discovery responses (Dkt. 4313);

11      WHEREAS Nokia and defendants are currently meeting and conferring concerning

12  various issues related to:  (1) Nokia's responses to defendants' written discovery served as

13  of December 8, 2011; (2) Nokia's production of documents as of December 8, 2011; (3) the

14  deposition testimony of Nokia's employees and Nokia pursuant to Fed. R. Civ. P. 30(b)(6)

15  as of December 8, 2011 (collectively, "Nokia's Discovery Responses"); and (4) defendants'

16  discovery responses, production of documents and sufficiency of deposition testimony

17  pursuant to Fed. R. Civ. P. 30(b)(6) (collectively, "Defendants' Discovery Responses");

18      WHEREAS Nokia and defendants hope to resolve some or all of these issues

19  informally, without the need to file motions to compel and seek the Court's involvement;

20      WHEREAS the current deadline for parties to file motions to compel with respect to

21  Nokia's Discovery Responses or Defendants' Discovery Responses is December 15, 2011;

22  and

23      WHEREAS in an effort to facilitate the informal resolution of any disputes, the

24  parties wish to extend the deadline for Nokia or defendants to file any motions to compel

25  with respect to Nokia's Discovery Responses or Defendants' Discovery Responses through

26  January 13, 2012.

27      NOW, THEREFORE, the Parties, through their undersigned respective counsel,

28  stipulate and agree as follows:

1    The deadline for Nokia or defendants to file any motion to compel with respect to

2    Nokia's Discovery Responses or Defendants' Discovery Responses is extended through and

3    including January 13, 2012.

4         Dated:  December 12, 2011.

5                                        PILLSBURY WINTHROP SHAW PITTMAN LLP
                                         JOHN M. GRENFELL
6                                        JACOB R. SORENSEN
                                         FUSAE NARA
7                                        ANDREW D. LANPHERE
8                                        50 Fremont Street
                                         San Francisco, CA  94105
9                                        Phone:  (415) 983-1000
                                         Fax: (415) 983-1200
10
                                         By:  /s/ Andrew Lanphere
11                                       _____

12                                          Attorneys for Defendants SHARP
                                            CORPORATION and SHARP ELECTRONICS
                                            CORPORATION
13
                                         GIBSON, DUNN & CRUTCHER LLP
14                                       JOEL S. SANDERS (State Bar No. 107234)
                                         RACHEL S. BRASS (State Bar No. 219301)
15                                       REBECCA JUSTICE LAZARUS (State Bar No. 227330)
16                                       SERENA G. LIU (State Bar No. 265977)
                                         555 Mission Street, Suite 3000
17                                       San Francisco, CA 94105-2933
                                         TEL: (415) 393-8200
18                                       FAX:  (415 393-8306

19                                       By:  /s/ Rachel S. Brass
                                         _____
20
                                            Attorneys for Defendants CHUNGHWA
21                                          PICTURE TUBES, LTD. and TATUNG
                                            COMPANY OF AMERICA, INC.
22
                                         MORRISON & FOERSTER LLP
23                                       MELVIN R. GOLDMAN (State Bar No. 34097)
                                         STEPHEN P. FRECCERO (State Bar No. 131093)
24                                       DEREK F. FORAN (State Bar No. 224569)
                                         425 Market Street
25                                       San Francisco, CA 94105-2482
                                         TEL: (415) 268-7000
26                                       FAX:  (415) 268-7522

27                                       By:  /s/ Derek F. Foran
                                         _____
28

1          Attorneys for Defendants SEIKO EPSON
            CORPORATION, EPSON IMAGING
2          DEVICES CORPORATION and EPSON
            ELECTRONICS AMERICA, INC.
3
            MORGAN LEWIS & BOCKIUS LLP
4          KENT M. ROGER (State Bar No. 95987)
            MICHELLE KIM-SZROM (State Bar No.
5          252901)
            One Market, Spear Street Tower
6          San Francisco, CA 94105-1126
            Phone:  (415) 442-1000
7          Fax:  (415) 442-1001

8          By:  /s/ Kent M. Roger

9          Attorneys for Defendants HITACHI, LTD.,
            HITACHI DISPLAYS, LTD. and HITACHI
10          ELECTRONIC DEVICES (USA), INC.

11          SHEPPARD MULLIN RICHTER & HAMPTON
            LLP
12          GARY L. HALLING (State Bar No. 66087)
            JAMES L. McGINNIS (State Bar No. 95788)
13          MICHAEL W. SCARBOROUGH (State Bar No.
            203524)
14          Four Embarcadero Center, 17th Floor
            San Francisco, CA 94111-4106
15          TEL:  (415) 434-9100
            FAX:  (415) 434-3947
16
            By:  /s/ Michael W. Scarborough
17
            Attorneys for Defendants
18          SAMSUNG SDI CO., LTD. and SAMSUNG
            SDI AMERICA, INC.
19
            COVINGTON & BURLING LLP
20          TIMOTHY C. HESTER (*pro hac vice*)
            ROBERT D. WICK (*pro hac vice*)
21          1201 Pennsylvania Avenue, NW
            Washington, DC 20004
22          Tel: (202) 662-6000
            Fax: (202) 662-6291
23
            By:  /s/ Robert D. Wick
24
            Attorneys for Defendants SAMSUNG
25          ELECTRONICS CO., LTD., SAMSUNG
            ELECTRONICS AMERICA, INC., and
26          SAMSUNG SEMICONDUCTOR, INC.

27

28

- 4 -          STIPULATION AND [PROPOSED] ORDER RE
                                        DEADLINE FOR FILING MOTS. TO COMPEL
                                        Master File No. 3:07-md-1827 SI, MDL No. 1827

1      WHITE & CASE LLP
CHRISTOPHER M. CURRAN (*pro hac vice*)

2      JOHN H. CHUNG (*pro hac vice*)
KRISTEN J. MCAHREN (*pro hac vice*)

3      1155 Avenue of the Americas
New York, NY 10036

4      Phone:  (212) 819-8200
Fax:  (212) 354-8113

5

6      By:  /s/ John H. Chung

7      Attorneys for Defendants TOSHIBA
CORPORATION, TOSHIBA MOBILE

8      DISPLAY CO., LTD., TOSHIBA AMERICA
ELECTRONIC COMPONENTS, INC., and

9      TOSHIBA AMERICA INFORMATION
SYSTEMS, INC.

10

11     ALSTON + BIRD LLP
RANDALL ALLEN (State Bar No. 264067)

12     275 Middlefield Road, Suite 150
Menlo Park, CA 94025

13     Tel: (650) 838-2000
Fax: (650) 838-2001

14

15     ALSTON + BIRD LLP
LISA BOJKO

16     VALARIE WILLIAMS
B. PARKER MILLER

17     1201 West Peachtree Street
Atlanta, GA 30309

18     Tel:  (404) 881-4605
Fax: (404) 253-8385

19

20     By:  /s/ Lisa Bojko

21     Attorneys for Plaintiffs NOKIA, INC. and
NOKIA CORPORATION

22

**IT IS SO ORDERED.**

23

24     Dated Entered: ___12/16/11___

25     The Honorable Susan Illston
District Court Judge

26

27     **ATTESTATION**:  Pursuant to N.D. Cal. General Order 45, Part X-B, the filer attests that

28     concurrence in the filing of this document has been obtained from each signatory hereto.