Richard S. Taffet (*pro hac vice*)
Jon R. Roellke (*pro hac vice*)
Colin C. West (SBN 184095)
Kristen A. Palumbo (SBN 215857)
BINGHAM MCCUTCHEN LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000 (telephone)
(415) 393-2286 (facsimile)
colin.west@bingham.com

*Attorneys for Defendants*
Sharp Corporation
Sharp Electronics Corporation

[additional counsel and parties listed in signature block]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates To Individual Case No. 3:10-cv-01064 SI | MASTER CASE NO. 3:07-md-1827 SI, MQ<br>MDL NO. 1827 |
| DELL INC. and DELL PRODUCTS L.P.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SHARP CORPORATION, et. al.<br><br>    Defendants. | Individual Case No. 3:10-cv-01064 SI<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING EXTENSION OF TIME TO RESPOND TO DISCOVERY REQUESTS** |

WHEREAS, Defendants Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., Toshiba Corporation, and Toshiba Mobile Display Co., Ltd. (collectively,

1

1  "Toshiba") served discovery requests on Plaintiffs Dell Inc. and Dell Products L.P. (collectively,
2  "Dell") on behalf of all the *Dell* defendants on November 4, 2011;
3      WHEREAS, Defendants AU Optronics Corporation and AU Optronics Corporation America,
4  Inc. (collectively, "AUO") served discovery requests on Dell on behalf of AUO on September 6,
5  2011 and November 4, 2011;
6      WHEREAS, Defendants Epson Imaging Devices Corporation and Epson Electronics
7  America, Inc. (collectively, "Epson") served discovery requests on Dell on behalf of Epson on
8  November 4, 2011;
9      WHEREAS, Dell served discovery requests on Defendants Sharp Corporation and Sharp
10 Electronics Corporation (collectively, "Sharp"), AUO, HannStar Display Corporation ("HannStar"),
11 Chi Mei Innolux Corporation, Chi Mei Optoelectronics Corporation, Chi Mei Optoelectronics USA,
12 Inc., CMO Japan Co., Ltd., Nexgen Mediatech, Inc., and Nexgen Mediatech USA, Inc. (collectively,
13 "CMO") and Toshiba between October 19, 2011, and November 4, 2011;
14     WHEREAS, HannStar served on Dell a Second Set of Document Requests on October 27,
15 2011, and Sharp served on Dell a First Set of Interrogatories on October 4, 2011, and AUO served a
16 deposition notice on Dell pursuant to Federal Rule of Civil Procedure 30(b)(6) on November 22,
17 2011, and with respect to such discovery the parties are currently engaged in meet and confer efforts,
18 or expect to engage in meet and confer efforts, to resolve issues related to Dell's objections and
19 responses thereto;
20     WHEREAS, the parties have negotiated extensions of time concerning the discovery requests
21 set forth above and the responses thereto;
22     NOW THEREFORE, the parties stipulate and agree as follows:
23     The deadline for responding to the aforementioned discovery requests served on Dell by
24 AUO, and the Requests for Admissions and Interrogatories served by Toshiba on Dell, on November
25 4, 2011, is extended to February 7, 2012;
26     The deadline for responding to the discovery served by Epson on Dell on November 4, 2011,
27 is extended to January 13, 2012;
28

2

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO RESPOND TO
DISCOVERY REQUESTS, Master Case No. 3:07-md-1827 SI , MQ

The deadline for responding to the Request for Production served by Toshiba on Dell on November 4, 2011, is extended to January 9, 2012;

The deadline for responding to the discovery served by Dell on AUO on November 4, 2011, is extended to February 6, 2012;

The deadline for responding to the discovery served by Dell on Toshiba on November 4, 2011, is extended to December 22, 2011;

The deadline for responding to the discovery served by Dell on HannStar on November 4, 2011, is extended to December 21, 2011;

The deadline for responding to the discovery served by Dell on CMO on November 4, 2011, is extended to January 9, 2012;

The deadline for responding to the discovery served by Dell on Sharp on October 19, 2011 is extended to January 9, 2012;

The Rule 30(b)(6) deposition of Dell noticed for December 8, 2011, will not go forward on that date, and the parties will meet and confer with respect to the deposition notice and Dell's objections thereto;

Should the Rule 30(b)(6) deposition of Dell subsequently occur, either pursuant to the agreement of the parties or pursuant to order of the Special Master or of the Court, that deposition may proceed notwithstanding the presently existing December 8, 2011, discovery cut-off;

The deadline for the filing of any motions to compel with respect to the discovery identified above, including discovery to which parties have already responded such as AUO's Responses to Dell's and Motorola's First Set of Interrogatories, shall be extended to thirty (30) days after the date on which the responses to that discovery are served;

The deadline for filing any motions to compel by AUO with respect to discovery requests served on Dell on September 6, 2011 shall be extended to January 9, 2012, and

The deadline for the filing of any motions to compel with respect to the Document Requests served on Dell by HannStar on October 27, 2011, and the Interrogatories served on Dell by Sharp on October 4, 2011, shall be extended to January 9, 2012.

1  Other than the foregoing, the parties have not agreed to extend any other deadline or to modify any other discovery limitation or deadline; the discovery cut-off in this case remains December 8, 2011, for all other discovery.

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO RESPOND TO DISCOVERY REQUESTS, Master Case No. 3:07-md-1827 SI , MQ

| | | |
|---|---|---|
| 1 | DATED:  December 13, 2011 | Respectfully submitted, |
| 2 | | BINGHAM MCCUTCHEN LLP |
| 3 | | By: */s/ Colin C. West* |

                                Colin C. West (SBN 184095)
                                BINGHAM MCCUTCHEN LLP
                                Three Embarcadero Center
                                San Francisco, CA 94111-4067
                                (415) 393-2000 (telephone)
                                (415) 393-2286 (facsimile)
                                colin.west@bingham.com

Richard S. Taffet (*pro hac vice*)
Kenneth I. Schacter (*pro hac vice*)
BINGHAM MCCUTCHEN LLP
399 Park Avenue
New York, NY 10022-4689
(212) 705-7000 (telephone)

Jon R. Roellke (*pro hac vice*)
BINGHAM MCCUTCHEN LLP
2020 K Street NW
Washington, DC 20006-1806
(202) 373-6000 (telephone)
jon.roellke@bingham.com

*Attorneys for Defendants Sharp Corporation and Sharp Electronics Corp.*

5

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO RESPOND TO DISCOVERY REQUESTS, Master Case No. 3:07-md-1827 SI , MQ

DATED: December 13, 2011

By: */s/ Debra D. Bernstein*
Michael P. Kenny, Esq.
Debra D. Bernstein, Esq.
Rodney J. Ganske, Esq.
ALSTON + BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777
mike.kenny@alston.com
debra.bernstein@alston.com
rod.ganske@alston.com

Steven D. Hemminger (SBN 110665)
ALSTON + BIRD LLP
275 Middlefield Road, Suite 150
Menlo Park, CA 94025-4004
(650) 838-2000 (telephone)
(650) 838-2001 (facsimile)
steve.hemminger@alston.com

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

DATED: December 13, 2011

NOSSAMAN LLP

By: */s/ Christopher A. Nedeau*
Christopher A. Nedeau (SBN 81297)
Carl L. Blumenstein (SBN 124158)
Allison M. Dibley (SBN 213104)
50 California Street, 34th Floor
San Francisco, California 94111
(415) 398-3600 / (415) 398-2438
cnedeau@nossaman.com
cblumenstein@nossaman.com
adibley@nossaman.com

*Attorneys for Defendants AU Optronics Corporation and AU Optronics Corporation America*

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO RESPOND TO DISCOVERY REQUESTS, Master Case No. 3:07-md-1827 SI , MQ

| | | |
|---|---|---|
| 1 | DATED:  December 13, 2011 | SIMPSON THACHER & BARTLETT LLP |
| 2 | | By: */s/ Harrison J. Frahn IV* |
| | | James G. Kreissman (SBN 206740) |
| 3 | | Harrison J. Frahn IV (SBN 206822) |
| | | Jason M. Bussey (SBN 227185) |
| 4 | | Michael R. Lizano (SBN 246222) |
| | | Arka D. Chatterjee (SBN 268546) |
| 5 | | 2550 Hanover Street |
| | | Palo Alto, CA 94304 |
| 6 | | Telephone: (650) 251-5000 |
| | | Facsimile: (650) 251-5002 |
| 7 | | jkreissman@stblaw.com |
| | | hfrahn@stblaw.com |
| 8 | | jbussey@stblaw.com |
| | | mlizano@stblaw.com |
| 9 | | achatterjee@stblaw.com |

*Attorneys for Defendants Chimei Innolux Corporation, Chi Mei Optoelectronics Corporation, Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Nexgen Mediatech Inc., and Nexgen Mediatech USA, Inc.*

DATED:  December 13, 2011       MORRISON & FOERSTER LLP

By: */s/ Stephen P. Freccero*
    Melvin R. Goldman (SBN 34097)
    Stephen P. Freccero (SBN 131093)
    Derek F. Foran (SBN 224569)
    425 Market Street
    San Francisco, California 94105
    (415) 268-7000 / (415) 268-7522
    mgoldman@mofo.com
    sfreccero@mofo.com
    dforan@mofo.com

*Attorneys for Defendants Epson Imaging Devices Corporation and Epson Electronics America, Inc.*

| | | |
|---|---|---|
| 1 | DATED:  December 13, 2011 | K&L GATES LLP |
| 2 | | By: */s/ Ramona M. Emerson* |
| | | Hugh F. Bangasser (*pro hac vice*) |
| 3 | | Ramona M. Emerson (*pro hac vice*) |
| | | Christopher M. Wyant (*pro hac vice*) |
| 4 | | K&L GATES LLP |
| | | 925 Fourth Avenue, Suite 2900 |
| 5 | | Seattle, WA 98004-1158 |
| | | (206) 623-7580 (Phone) |
| 6 | | (206) 623-7022 (Facsimile) |
| | | hugh.bangasser@klgates.com |
| 7 | | ramona.emerson@klgates.com |
| | | chris.wyant@klgates.com |
| 8 | | |
| 9 | | *Attorneys for Defendant HannStar Display Corporation* |
| 10 | DATED:  December 13, 2011 | WHITE & CASE LLP |
| 11 | | By: */s/ John H. Chung* |
| 12 | | Christopher M. Curran (*pro hac vice*) |
| | | John H. Chung (*pro hac vice*) |
| 13 | | Martin M. Toto (*pro hac vice*) |
| | | Kristen J. McAhren (*pro hac vice*) |
| 14 | | 1155 Avenue of the Americas |
| | | New York, NY 10036 |
| 15 | | (212) 819-8200 / (212) 354-8113 |
| | | ccuran@whitecase.com |
| 16 | | jchung@whitecase.com |
| | | mtoto@whitecase.com |
| 17 | | kmcahren@whitecase.com |
| 18 | | *Attorneys for Defendants Toshiba Corporation; Toshiba Mobile Display Co., Ltd.; Toshiba America Electronic Components, Inc.; and Toshiba America Information Systems, Inc.* |

8

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO RESPOND TO DISCOVERY REQUESTS, Master Case No. 3:07-md-1827 SI , MQ

**Attestation:** The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

By:   /s/ Colin West
       Colin C. West (SBN 184095)
       BINGHAM MCCUTCHEN LLP
       Three Embarcadero Center
       San Francisco, CA 94111-4067
       (415) 393-2000 (telephone)
       (415) 393-2286 (facsimile)
       colin.west@bingham.com

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO RESPOND TO DISCOVERY REQUESTS, Master Case No. 3:07-md-1827 SI , MQ

**IT IS SO RECOMMENDED.**

Dated:_____, 2011

_____
Martin Quinn, Special Master

**IT IS SO ORDERED.**

Dated:_____12/16_____, 2011

_____
Hon. Susan Illston, United States District Judge

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO RESPOND TO DISCOVERY REQUESTS, Master Case No. 3:07-md-1827 SI , MQ