1    MELVIN R. GOLDMAN (CA SBN 34097)
     MGoldman@mofo.com
2    STEPHEN P. FRECCERO (CA SBN 131093)
     SFreccero@mofo.com
3    DEREK F. FORAN (CA SBN 224569)
     DForan@mofo.com
4    MORRISON & FOERSTER LLP
     425 Market Street
5    San Francisco, California  94105-2482
     Telephone:    415.268.7000
6    Facsimile:    415.268.7522

7    Attorneys for Defendants Seiko Epson Corporation,
     Epson Imaging Devices Corporation,
8    and Epson Electronics America, Inc.

9

10                       UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13

14   IN RE  TFT-LCD (FLAT PANEL)              MDL File No. 3:07-md-1827-SI
     ANTITRUST LITIGATION                     MDL No. 1827
15
                                              STIPULATION AND [PROPOSED]
16   This Document Relates to:                ORDER MODIFYING FACT
                                              DISCOVERY CUTOFF DATE AND
17                                            EXTENSION OF TIME TO MOVE
     *Motorola Mobility, Inc. v. AU Optronics  TO COMPEL*
18   *Corporation, et al., C 09-5840 SI*

19   *AT&T Mobility LLC, et al. v. AU Optronics Corp.,*
     *et al., C 09-4997 SI*
20
     *Target Corp., et al. v. AU Optronics Corp., et al.,*
21   *Case No. CV-04945 SI*

22   *Dell Inc. and Dell Products L.P. v. Sharp Corp.*
     *et al., Case No. CV 10-1064 SI*
23

24

25

26

27

28

1      Plaintiffs Motorola Mobility, Inc. ("Motorola"); AT&T Mobility, LLC, AT&T Corp.,

2  AT&T Services, Inc., Pacific Bell Telephone Company, AT&T Operations, Inc., AT&T

3  DataComm, Inc., Southwestern Bell Co., ("AT&T")[1]; Target Corp.; Sears Roebuck and Co.;

4  Kmart Corp.; Old Comp Inc.; Good Guys, Inc.; RadioShack Corp.; Newegg Inc.; Dell Inc., and

5  Dell Products L.P.'s ("Dell") (collectively, "Plaintiffs") and Defendants Epson Imaging Devices

6  Corporation and Epson Electronics America, Inc. (collectively, "Epson Defendants") hereby

7  stipulate as follows:

8                            **STIPULATION**

9      WHEREAS discovery closes in this case on December 8, 2011, as set forth in the

10  Stipulation and Order Modifying Pretrial Schedule for "Track One" Direct Action Plaintiff and

11  State Attorney General Actions (Dkt. No. 3110, the "Scheduling Order");

12      WHEREAS Plaintiffs Motorola and Dell served Direct Action Plaintiffs' First Set of

13  Interrogatories To Epson Defendants and Direct Action Plaintiffs' First Set of Requests For

14  Admission To Epson Defendants on June 16, 2011;

15      WHEREAS Plaintiffs served their Joint Set of Requests for Production of Documents and

16  Interrogatories on Epson Defendants in the above-captioned cases on November 2, 2011;

17      WHEREAS Epson Defendants and Motorola continue to meet and confer over several

18  outstanding discovery issues and are attempting to answer questions regarding their respective

19  data productions informally without the need for formal discovery;

20      WHEREAS Plaintiffs and Epson Defendants have conferred and agreed to the extension

21  of the close of fact discovery set forth in the Scheduling Order for the limited purposes identified

22  below;

23      NOW, THEREFORE, the Parties, through their undersigned respective counsel, stipulate

24  and agree as follows:

25

26  ——————————————

27      [1] This stipulation is without prejudice to the Administrative Motion To Modify AT&T's
Trial Schedule filed on December 8, 2011, or to Defendants' opposition thereto.

28

STIPULATION AND [PROPOSED] ORDER MODIFYING DATES OF DISCOVERY CUTOFF AND EXTENSION OF TIME
TO MOVE TO COMPEL    CASE NO. M:  07-1827
sf-3082833                                                     1

1        1.     Epson Defendants' deadline to respond to Plaintiffs' Joint Set of Requests for

2    Production of Documents and Interrogatories shall be extended to December 19, 2011.

3        2.     Plaintiffs' deadline to move to compel further responses to Plaintiffs' Joint Set of

4    Requests for Production of Documents and Interrogatories shall be extended to January 6, 2012.

5        3.     Epson Defendants' deadline to move to compel further responses from Motorola

6    with respect to the following discovery issues, shall be extended to January 31, 2012:

7            a.     Further responses to Defendants' Third Set of Requests for Production of

8    Documents to Motorola, Inc., dated June 7, 2011, Nos. 6-8;

9            b.     Further responses to Defendants' Second Set of Requests for Production of

10   Documents to Plaintiff Motorola, Inc., dated Apr. 16, 2010, Nos. 1-5 and 8.

11       4.     Motorola's deadline to move to compel further responses regarding the Epson

12   Defendants' production of transaction data shall be extended to January 31, 2012.

13       5.     Motorola and Dell's deadline to move to compel further responses from Epson

14   Defendants with respect to the Direct Action Plaintiffs' First Set of Interrogatories To Epson

15   Defendants, Nos. 3-5, 38, and 50, and Direct Action Plaintiffs' First Set of Requests For

16   Admission To Epson Defendants, Nos. 14-24, 54-63, 66-74, and 79-95, shall be extended to

17   January 31, 2012.

18   Dated: December 13, 2011          Melvin R. Goldman (CA SBN 34097)

19                      Stephen P. Freccero (CA SBN 131093)
                       Derek Foran (CA SBN 224569)

20                      MORRISON & FOERSTER LLP
                       425 Market Street

21                      San Francisco, CA 94105-2482
                       Phone: (415) 268-7000

22                      Fax: (415) 268-7522

23                      By:   /s/ Derek Foran
                       DEREK FORAN

24                      Attorneys for Defendants Seiko Epson

25                      Corporation, Epson Imaging Devices
                       Corporation, and Epson Electronics

26                      America, Inc.

27

28

Dated: December 13, 2011

Jason C. Murray, (CA Bar No. 169806)
Joshua C. Stokes, (CA Bar No. 220214)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Phone: (213) 622-4750
Fax: (213) 622-2690

By:    /s/ Joshua Stokes
_____

Attorneys for Plaintiffs Motorola
Mobility, Inc., AT&T Mobility, LLC,
AT&T Corp., AT&T Services, Inc.,
Pacific Bell Telephone Company,
AT&T Operations, Inc., AT&T
DataComm, Inc., Southwestern Bell
Co., Target Corp., Sears, Roebuck and
Co., Kmart Corp., Old Comp Inc.,
Good Guys, Inc., RadioShack Corp.,
Newegg Inc.

Dated: December 13, 2011

Michael P. Kenny (mike.kenny@alston.com)
Debra D. Bernstein
(debra.bernstein@alston.com)
Rodney J. Ganske (rod.ganske@alston.com)
Elizabeth H. Jordan
(elizabeth.jordan@alston.com)
Matthew D. Kent (matthew.kent@alston.com)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

By:    /s/ Debra Bernstein
_____

Attorneys for Plaintiffs Dell Inc. and
Dell Products L.P.

STIPULATION AND [PROPOSED] ORDER MODIFYING DATES OF DISCOVERY CUTOFF AND EXTENSION OF TIME
TO MOVE TO COMPEL    CASE NO. M: 07-1827
sf-3082833

3

1    IT IS SO ORDERED.

2

3    Dated: _____12/16_____, 2011                    _____
                                                     The Honorable Susan Illston
4                                                    Judge of the District Court

5

6    **ATTESTATION**: Pursuant to N.D. Cal. General Order 45, Part X-B, the filer attests that

7    concurrence in the filing of this document has been obtained from each signatory hereto.

8

9    Dated: December 13, 2011                By:    /s/ Derek Foran
                                                     Derek Foran
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order Modifying Dates of Discovery Cutoff and Extension of Time
to Move to Compel   Case No. M:  07-1827
sf-3082833                                                                                    4