CHRISTOPHER A. NEDEAU (SBN 81297)
cnedeau@nossaman.com
CARL L. BLUMENSTEIN (SBN 124158)
cblumenstein@nossaman.com
JAMES A. NICKOVICH (SBN 244969)
jnickovich@nossaman.com
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA  94111-4624
Telephone:     (415) 398-3600
Facsimile:      (415) 398-2438

Attorneys for Defendants
AU Optronics Corporation and
AU Optronics Corporation America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:07-MD-1827 SI<br>MDL No. 1827 |
| STATE OF MISSOURI, *ex rel.* Chris Koster, Attorney General, *et al.,* <br><br>STATE OF ARKANSAS, *ex rel.* Dustin McDaniel, Attorney General, *et al.,* <br><br>STATE OF MICHIGAN, *ex rel.* Bill Schuette, Attorney General, *et al.,* <br><br>STATE OF WEST VIRGINIA, *ex rel.* Darrell McGraw, Attorney General, *et al.,* <br><br>STATE OF WISCONSIN, *ex rel.* J.B. Van Hollen, Attorney General, *et al.* | Case No. 3:10-cv-03619 SI<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME ON DEADLINES IN CASE SCHEDULE** |
| STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS,<br><br>           Plaintiff,<br>vs.<br><br>AU OPTRONICS CORPORATION, *et al.*<br><br>           Defendants. | Case No. 3:10-cv-03517 SI |

265064_1.DOC

1

Case No. 3:07-md-1827 SI
Case Nos. 3:10-cv-03619 SI and 3:10-cv-03517 SI
STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME ON DEADLINES IN CASE SCHEDULE

1  WHEREAS, the States of Missouri, Arkansas, West Virginia, Michigan, and Wisconsin
2  (collectively, the "5-States Plaintiffs")and AU Optronics Corporation and AU Optronics Corporation
3  America (collectively, "AUO"), LG Display Co., Ltd. and LG Display America, Inc. (collectively, "LG
4  Display")(AUO and LG Display collectively, the "5-States Defendants"), wish to extend certain
5  deadlines entered in the Court's July 14, 2011 Modifying Pretrial Schedule for Track One DAPs and AG
6  Cases (Dkt No. 3110) for the purposes of the 5-States action, Case No. 3:10-cv-03619;

7  WHEREAS, the State of Florida (the "Florida Plaintiff") and Toshiba Corporation, Toshiba
8  Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc., Toshiba America Information
9  Systems, Inc. (collectively, the "Toshiba Entities"), and the 5-States Defendants (collectively, the
10  "Defendants") wish to extend certain deadlines entered in the Court's July 14, 2011 Modifying Pretrial
11  Schedule for Track One DAPs and AG Cases (Dkt No. 3110) for the purposes of the Florida action,
12  Case No. 3:10-cv-03517, only;

13  WHEREAS, the 5-States Plaintiffs and the Florida Plaintiff (collectively, the "States") as well as
14  the Defendants have negotiated in good faith regarding temporary extensions for certain fact and expert
15  discovery deadlines, and wish to achieve a global resolution extending outstanding deadlines for
16  motions to compel fact discovery, expert discovery and reports, and dispositive motions and related
17  briefing,

18  WHEREAS, the States and the Defendants intend to keep the November 5, 2012 trial date;
19  NOW THEREFORE, the parties stipulate and agree as follows:
20  1.  The States' and the Defendants' mutual deadline for responding to pending fact discovery
21  will be moved from December 8, 2011 to January 10, 2012.  The parties maintain all objections and
22  defenses in responding to fact discovery that they would have had in the absence of this stipulation. This
23  stipulation will not preclude subpoenaed non-parties from producing responsive documents and
24  information after January 10, 2012.

25  2.  This stipulation does not allow new fact discovery of any sort to be served beyond the
26  current fact discovery cut-off date of December 8, 2012 (*e.g.*, issuance of new written discovery
27  requests, new nonparty subpoenas, more depositions, etc.).  If there are particular state-specific issues
28  (such as the Wisconsin deposition currently scheduled for December 21, 2012), then those issues may be

1  worked out separately among the affected parties.  Any such individual, state-specific stipulations
2  regarding fact discovery between the States and the Defendants would take priority over this stipulation.
3        3.     The new period for completing fact discovery does not preclude the parties from moving
4  to compel or otherwise seeking judicial intervention with respect to disputes about the pending
5  discovery requests after January 10, 2012.
6        4.     All of the current deadlines as to the States and the Defendants in the Court's July 14,
7  2011 Modifying Pretrial Schedule for Track One DAPs and AG Cases (Dkt No. 3110), with the
8  exception of the deadlines for the Pretrial Conference and Trial, are extended 30 days.

                                    Respectfully Submitted,

DATED:  December 14, 2011           Christopher A. Nedeau
                                    Carl L. Blumenstein
                                    James A. Nickovich
                                    NOSSAMAN LLP
                                    50 California Street, 34th Floor
                                    San Francisco, CA  94111
                                    Telephone:   (415) 398-3600
                                    Facsimile:   (415) 398-2438

                                    By:  _____/s/ Christopher A. Nedeau_____
                                    Attorneys for Defendants AU Optronics Corporation
                                    and AU Optronics Corporation America

                                    Christopher M. Curran (pro hac vice)
                                    John H. Chung (pro hac vice)
                                    Martin M. Toto (pro hac vice)
                                    Kristen J. McAhren (pro hac vice)
                                    WHITE & CASE LLP
                                    1155 Avenue of the Americas
                                    New York, NY 10036
                                    (212) 819-8200 (telephone)
                                    (212) 354-811 (facsimile)
                                    ccuran@whitecase.com
                                    jchung@whitecase.com
                                    mtoto@whitecase.com
                                    kmcahren@whitecase.com

                                    By  _____/s/ Kristen J. McAhren_____
                                    Attorneys for Defendants Toshiba Corporation,
                                    Toshiba Mobile Display Co., Ltd., Toshiba America
                                    Electronic Components, Inc., and Toshiba America
                                    Information Systems, Inc.

Michael R. Lazerwitz (pro hac vice)
Jeremy J. Caslyn (SBN 205062)
Lee F. Berger (SBN 222756)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone:    (212) 225-2000
Facsimile:    (212) 225-3999

By: _____ */s/ Michael R. Lazerwitz* _____
Attorneys for Defendant LG Display Co. Ltd.
and LG Display America, Inc.

Anne E. Schneider
Andrew M. Hartnett
OFFICE OF THE MISSOURI ATTORNEY GENERAL
P.O. Box 899
Jefferson City, MO  65102
Telephone:  (573) 751-3321
Facsimile:   (573) 751-2041

By _____ */s/ Anne E. Schneider* _____
Attorneys for the State of Missouri

David A. Curran
OFFICE OF THE ARKANSAS ATTORNEY GENERAL
323 Center Street, Suite 500
Little Rock, AR  72201
Telephone:  (501) 682-2007
Facsimile:   (501) 682-8118

By _____ */s/ David A. Curran* _____
Attorneys for Plaintiff State of Arkansas

M. Elizabeth Lippitt
OFFICE OF THE ATTORNEY GENERAL
STATE OF MICHIGAN
525 West Ottawa Street, 6th Floor
Lansing, MI  48933
Telephone:  (517) 373-1160
Facsimile:   (517) 335-1935

By _____ */s/ M. Elizabeth Lippitt* _____
Attorneys for Plaintiff State of Michigan

265064_1.DOC                                      4

Case No. 3:07-md-1827 SI
Case Nos. 3:10-cv-03619 SI and 3:10-cv-03517 SI
STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME ON DEADLINES IN CASE SCHEDULE

Douglas Davis
OFFICE OF THE ATTORNEY GENERAL
STATE OF WEST VIRGINIA
812 Quarrier Street, 1st Floor
Charleston, WV 25301
Telephone: (304) 558-8986
Facsimile: (304) 558-0184

By  */s/ Douglas Davis*
Attorneys for Plaintiff State of West Virginia

Gwendolyn J. Cooley
OFFICE OF THE ATTORNEY GENERAL
STATE OF WISCONSIN
P.O. Box 7857
Madison, WI 53707
Telephone: (608) 261-5810
Facsimile: (608) 267-2778

By  */s/ Gwendolyn J. Cooley*
Attorneys for Plaintiff State of Wisconsin

R. Scott Palmer
Lizabeth A. Brady
Nicholas J. Weilhammer
Eli Friedman
OFFICE OF THE ATTORNEY GENERAL
STATE OF FLORIDA
NPL-01, The Capitol
Tallahassee, FL 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-9134

By  */s/ Nicholas J. Weilhammer*
Attorneys for the State of Florida

Attestation: Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document have been obtained from each of the signatories.

**O R D E R**

IT IS SO ORDERED.

Dated: 12/16/11

*[signature: Susan Illston]*
The Honorable Susan Illston
Judge of the United States District Court