HUGH F. BANGASSER, (*PRO HAC VICE*)
RAMONA M. EMERSON, (*PRO HAC VICE*)
CHRISTOPHER M. WYANT, (*PRO HAC VICE*)
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Phone: (206) 623-7580
Fax:    (206) 623-7022

JEFFREY L. BORNSTEIN, State Bar No. #99358
K&L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Phone: (415) 249-1059
Fax:    (415) 882-8220

Attorneys for Defendants
HANNSTAR DISPLAY CORPORATION

**[Additional moving parties and counsel listed on signature pages]**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. 3:07-md-1827 SI<br>MDL No. 1827 |
| This Document Relates to Individual Case No. 10-cv-4572 SI<br><br>BEST BUY CO., INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AU OPTRONICS CORPORATION, et al.,<br><br>Defendants. | **STIPULATION AND [PROPOSED] ORDER RE DISCOVERY AND MOTION TO COMPEL DEADLINES**<br><br>Honorable Susan Illston |

Plaintiffs and the Stipulating Defendants, through the undersigned counsel, request that the Court enter the following stipulated order.

# STIPULATION

WHEREAS discovery closed in this case on December 8, 2011, as set forth in the Stipulation and Order Modifying Pretrial Schedule for "Track One" Direct Action Plaintiff and State Attorney General Actions (Dkt. No. 3110, the "Scheduling Order");

WHEREAS the parties submitted a Stipulation and Proposed Order to the Court extending the close of fact discovery set forth in the Scheduling Order for the limited purpose of extending the deadline for Best Buy and certain other Direct Action Plaintiffs in Track One to respond to discovery requests served by defendants between October 31 and November 4, 2011, as well as negotiating the proper scope of those responses;

WHEREAS Best Buy and Stipulating Defendants are currently meeting and conferring concerning various issues related to: (1) Best Buy's responses to the Stipulating Defendants' written discovery served by Best Buy on or before December 2, 2011; (2) Best Buy's production of documents and responses to transactional data questions as of December 8, 2011; and (3) the depositions of certain Best Buy employees or former employees that Defendants intend to conduct (collectively, "Best Buy's Discovery Responses").

WHEREAS Best Buy and Stipulating Defendants hope to resolve some or all of these issues informally, without the need to file motions to compel and seek the Court's involvement;

WHEREAS the current deadline for parties to file motions to compel with respect to Best Buy's Discovery Responses or Defendants' Discovery Responses is December 15, 2011; and

WHEREAS in an effort to facilitate the informal resolution of any disputes, the parties wish to extend the deadline for Defendants to file any motions to compel with respect to Best Buy's Discovery Responses through January 13, 2012;

NOW, THEREFORE, the Parties, through their undersigned respective counsel, stipulate and agree as follows:

1. The deadline for the Stipulating Defendants to file any motion to compel with respect to Best Buy's Discovery Responses is extended through and including January 13, 2012.

2. That the date set forth in the Pretrial and Trial Schedule Order, as modified by the July 12 Stipulation, for close of fact discovery in the above-captioned action is hereby extended until January 31, 2012 solely for the limited purpose of permitting Defendants to take depositions of certain Best Buy witnesses. This stipulation does not extend the discovery cut-off for any other discovery.

**IT IS SO STIPULATED.**

Dated: December 14, 2011.					ROBINS KAPLAN MILLER & CIRESI, LLP

By: /s/ David Martinez
　　David Martinez

　　Roman M. Silberfeld (Bar No. 62783)
　　David Martinez (Bar No. 193183)
　　2049 Century Park East, Suite 3400
　　Los Angeles California, 90067-3208
　　Phone:　(310) 552-0130
　　Fax:　　(310) 229-5800
　　*DMartinez@rkmc.com*

　　Attorneys for Plaintiffs

K&L GATES LLP

By: /s/ Christopher Wyant
　　Hugh F. Bangasser, (*Pro Hac Vice*)
　　Ramona M. Emerson, (*Pro Hac Vice*)
　　Christopher M. Wyant, (*Pro Hac Vice*)

　　K&L GATES LLP
　　925 Fourth Avenue, Suite 2900
　　Seattle, WA 98104-1158
　　Phone:　(206) 623-7580
　　Fax:　　(206) 623-7022

　　JEFFREY L. BORNSTEIN, STATE BAR NO. 99358
　　K&L GATES LLP
　　Four Embarcadero Center, Suite 1200
　　San Francisco, CA 94111
　　Phone:　(415) 249-1059
　　Fax:　　(415) 882-8220

　　Attorneys for Defendant HANNSTAR
　　DISPLAY CORPORATION

NOSSAMAN LLP

By: /s/ Christopher Nedeau
    Christopher A. Nedeau

    Christopher A. Nedeau (Bar No. 81297)
    50 California Street, 34th Floor
    San Francisco, CA  94111
    Tel:  (415) 398-3600
    Fax:  (415) 398-2438

    Attorneys for Defendants
    AU OPTRONICS CORPORATION AND
    AU OPTRONICS CORPORATION
    AMERICA


HILLIS CLARK MARTIN & PETERSON P.S.

By: /s/ Michael R. Scott
    Michael R. Scott (pro hac vice)
    Michael J. Ewart (pro hac vice)
    Hillis Clark Martin & Peterson P.S.
    1221 Second Avenue, Suite 500
    Seattle WA 98101-2925
    Telephone:  (206) 623-1745
    Facsimile:  (206) 623-7789
    mrs@hcmp.com; mje@hcmp.com

Attorneys for Defendants CHI MEI CORPORATION, CHIMEI INNOLUX CORPORATION (F/K/A CHI MEI OPTOELECTRONICS CORPORATION), CHI MEI OPTOELECTRONICS USA, INC., CMO JAPAN CO., LTD., NEXGEN MEDIATECH, INC. AND NEXGEN MEDIATECH USA, INC.

MORRISON & FOERSTER LLP


By: /s/ Stephen Freccero
    Stephen P. Freccero

    Melvin R. Goldman (Bar No. 34097))
    Stephen P. Freccero (Bar No. 131093)
    Derek F. Foran (Bar No. 224569)
    425 Market Street
    San Francisco, CA  94105-2482
    Tel:  (415) 268-7000
    Fax:  (415) 268-7522

    Attorneys for Defendants
    EPSON IMAGING DEVICES
    CORPORATION, EPSON
    ELECTRONICS AMERICA, INC.


MORGAN, LEWIS & BOCKIUS LLP


By: /s/ Kent Roger
    Kent M. Roger (Bar No. 95987)
    One Market, Spear Street Tower
    San Francisco, CA  94105
    Tel: (415) 442-1140
    Fax: (415) 442-1001

    Attorneys for Defendants
    HITACHI, LTD., HITACHI DISPLAYS,
    LTD., HITACHI ELECTRONIC
    DEVICES (USA), INC.

PAUL HASTINGS LLP


By: /s/ Holly House
    Holly House (SBN 136045)
    Kevin C. McCann (SBN 120874)
    55 Second Street, Twenty-Fourth Floor
    San Francisco, CA  94105-3441
    (415) 856-7000 / (415) 856-7100
    hollyhouse@paulhastings.com
    kevinmccan@paulhastings.com

Attorneys for Defendants
LG DISPLAY CO., LTD., and LG
DISPLAY AMERICA, INC.


PILLSBURY WINTHROP SHAW PITTMAN LLP


By /s/ John Grenfell
    John M. Grenfell

John M. Grenfell (State Bar No. 88500)
Jacob R. Sorensen (State Bar No. 209134)
50 Fremont Street
San Francisco, CA 94105
Tel: (415) 983-1000
Fax: (415) 983-1200

Attorneys for Defendants
SHARP CORPORATION AND SHARP ELECTRONICS CORPORATION

GIBSON DUNN & CRUTCHER LLP


By: /s/ Rachel Brass
　　Rachel S. Brass

　　Joel S. Sanders (Bar No. 107234)
　　Rachel S. Brass (Bar No. 219301)
　　Rebecca Justice Lazarus (Bar No. 227330)
　　555 Mission Street, Suite 3000
　　San Francisco, CA  94105-2933
　　Tel:  (415) 393-8200
　　Fax:  (415) 393-8306

　　Attorneys for Defendants
　　CHUNGHWA PICTURE TUBES, LTD.
　　AND TATUNG COMPANY OF
　　AMERICA, INC.

**Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from the above-referenced counsel.**

## ORDER

Having considered the foregoing stipulation, and good cause appearing,

**IT IS SO ORDERED**.

12/16/11
Date Entered

　　　　　　　　　　　　　　　　　　　　
Judge Susan Illston

**CERTIFICATE OF SERVICE BY E-MAIL**
(Federal Rules of Civil Procedure Rule 5(b))

I declare that I am employed with the law firm of K&L Gates, LLP, whose address is 925 4th Avenue, Suite 2900, Seattle, Washington 98104-1158. I am not a party to the case, and I am over the age of eighteen years.

I further declare that on December 14, 2011, I served a copy of:

**STIPULATION AND [PROPOSED] ORDER RE DISCOVERY AND MOTION TO COMPEL DEADLINES**

by electronically mailing a true and correct copy to all parties of record through the CM-ECF system in accordance with Federal Rules of Civil Procedure Rule 5(b).

I declare under penalty of perjury that the above is true and correct.

Executed at Seattle, Washington, this 14th day of December, 2011.

| Christopher M. Wyant | /s/ Christopher M. Wyant |
|---|---|
| | (Signature) |