1  HUGH F. BANGASSER, (*PRO HAC VICE*)
   RAMONA M. EMERSON, (*PRO HAC VICE*)
2  CHRISTOPHER M. WYANT, (*PRO HAC VICE*)
   K&L GATES LLP
3  925 Fourth Avenue, Suite 2900
   Seattle, WA  98104-1158
4  Phone:  (206) 623-7580
   Fax:      (206) 623-7022
5
   JEFFREY L. BORNSTEIN, State Bar No. #99358
6  K&L Gates LLP
   Four Embarcadero Center, Suite 1200
7  San Francisco, CA 94111
   Phone:  (415) 249-1059
8  Fax:      (415) 882-8220

9  Attorneys for Defendants
   HANNSTAR DISPLAY CORPORATION
10
   **[Additional moving parties and counsel listed**
11 **on signature pages]**

12              UNITED STATES DISTRICT COURT

13             NORTHERN DISTRICT OF CALIFORNIA

14                (SAN FRANCISCO DIVISION)

15

| | |
|---|---|
| 16  IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. 3:07-md-1827 SI MDL No. 1827 |
| 17 | |
| 18  This Document Relates to Individual Case No. 10-cv-4572 SI | **STIPULATION AND [PROPOSED] ORDER RE DISCOVERY AND MOTION TO COMPEL DEADLINES** |
| 19 | |
| 20  BEST BUY CO., INC., et al., | Honorable Susan Illston |
| 21                              Plaintiffs, | |
| 22  v. | |
| 23  AU OPTRONICS CORPORATION, et al., | |
| 24                              Defendants. | |
| 25 | |

26          Plaintiffs and the Stipulating Defendants, through the undersigned counsel, request that

27  the Court enter the following stipulated order.

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION**

WHEREAS discovery closed in this case on December 8, 2011, as set forth in the Stipulation and Order Modifying Pretrial Schedule for "Track One" Direct Action Plaintiff and State Attorney General Actions (Dkt. No. 3110, the "Scheduling Order");

WHEREAS the parties submitted a Stipulation and Proposed Order to the Court extending the close of fact discovery set forth in the Scheduling Order for the limited purpose of extending the deadline for Best Buy and certain other Direct Action Plaintiffs in Track One to respond to discovery requests served by defendants between October 31 and November 4, 2011, as well as negotiating the proper scope of those responses;

WHEREAS Best Buy and Stipulating Defendants are currently meeting and conferring concerning various issues related to: (1) Best Buy's responses to the Stipulating Defendants' written discovery served by Best Buy on or before December 2, 2011; (2) Best Buy's production of documents and responses to transactional data questions as of December 8, 2011; and (3) the depositions of certain Best Buy employees or former employees that Defendants intend to conduct (collectively, "Best Buy's Discovery Responses").

WHEREAS Best Buy and Stipulating Defendants hope to resolve some or all of these issues informally, without the need to file motions to compel and seek the Court's involvement;

WHEREAS the current deadline for parties to file motions to compel with respect to Best Buy's Discovery Responses or Defendants' Discovery Responses is December 15, 2011; and

WHEREAS in an effort to facilitate the informal resolution of any disputes, the parties wish to extend the deadline for Defendants to file any motions to compel with respect to Best Buy's Discovery Responses through January 13, 2012;

NOW, THEREFORE, the Parties, through their undersigned respective counsel, stipulate and agree as follows:

1. The deadline for the Stipulating Defendants to file any motion to compel with respect to Best Buy's Discovery Responses is extended through and including January 13, 2012.

STIPULATION AND ORDER RE DISCOVERY AND
MOTION TO COMPEL DEADLINES
Case No. 3:10-CV-4572 SI; 3:07-md 1827 SI

2. That the date set forth in the Pretrial and Trial Schedule Order, as modified by the July 12 Stipulation, for close of fact discovery in the above-captioned action is hereby extended until January 31, 2012 solely for the limited purpose of permitting Defendants to take depositions of certain Best Buy witnesses. This stipulation does not extend the discovery cut-off for any other discovery.

**IT IS SO STIPULATED.**

Dated: December 14, 2011.                         ROBINS KAPLAN MILLER & CIRESI, LLP

                                                  By: /s/ David Martinez
                                                     David Martinez

                                                     Roman M. Silberfeld (Bar No. 62783)
                                                     David Martinez (Bar No. 193183)
                                                     2049 Century Park East, Suite 3400
                                                     Los Angeles California, 90067-3208
                                                     Phone:    (310) 552-0130
                                                     Fax:      (310) 229-5800
                                                     *DMartinez@rkmc.com*

                                                     Attorneys for Plaintiffs


                                                  K&L GATES LLP


                                                  By: /s/ Christopher Wyant
                                                     Hugh F. Bangasser, (*Pro Hac Vice*)
                                                     Ramona M. Emerson, (*Pro Hac Vice*)
                                                     Christopher M. Wyant, (*Pro Hac Vice*)

                                                     K&L GATES LLP
                                                     925 Fourth Avenue, Suite 2900
                                                     Seattle, WA 98104-1158
                                                     Phone:    (206) 623-7580
                                                     Fax:      (206) 623-7022

                                                     JEFFREY L. BORNSTEIN, STATE BAR NO. 99358
                                                     K&L GATES LLP
                                                     Four Embarcadero Center, Suite 1200
                                                     San Francisco, CA 94111
                                                     Phone:    (415) 249-1059
                                                     Fax:      (415) 882-8220

                                                     Attorneys for Defendant HANNSTAR
                                                     DISPLAY CORPORATION

STIPULATION AND ORDER RE DISCOVERY AND
MOTION TO COMPEL DEADLINES
Case No. 3:10-CV-4572 SI; 3:07-md 1827 SI

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOSSAMAN LLP


By:  /s/ Christopher Nedeau
        Christopher A. Nedeau

        Christopher A. Nedeau (Bar No. 81297)
        50 California Street, 34th Floor
        San Francisco, CA  94111
        Tel:  (415) 398-3600
        Fax:  (415) 398-2438

        Attorneys for Defendants
        AU OPTRONICS CORPORATION AND
        AU OPTRONICS CORPORATION
        AMERICA


HILLIS CLARK MARTIN & PETERSON
P.S.

By: /s/ Michael R. Scott
        Michael R. Scott (pro hac vice)
        Michael J. Ewart (pro hac vice)
        Hillis Clark Martin & Peterson P.S.
        1221 Second Avenue, Suite 500
        Seattle WA 98101-2925
        Telephone:  (206) 623-1745
        Facsimile:  (206) 623-7789
        mrs@hcmp.com; mje@hcmp.com

Attorneys for Defendants CHI MEI
CORPORATION, CHIMEI INNOLUX
CORPORATION (F/K/A CHI MEI
OPTOELECTRONICS CORPORATION),
CHI MEI OPTOELECTRONICS USA, INC.,
CMO JAPAN CO., LTD., NEXGEN
MEDIATECH, INC. AND NEXGEN
MEDIATECH USA, INC.

STIPULATION AND ORDER RE DISCOVERY AND
MOTION TO COMPEL DEADLINES
Case No. 3:10-CV-4572 SI; 3:07-md 1827 SI

1

2

MORRISON & FOERSTER LLP

3

4
By:  /s/ Stephen Freccero
        Stephen P. Freccero

5
        Melvin R. Goldman (Bar No. 34097))
        Stephen P. Freccero (Bar No. 131093)
6
        Derek F. Foran (Bar No. 224569)
        425 Market Street
7
        San Francisco, CA  94105-2482
        Tel:  (415) 268-7000
8
        Fax:  (415) 268-7522

9
        Attorneys for Defendants
        EPSON IMAGING DEVICES
10
        CORPORATION, EPSON
        ELECTRONICS AMERICA, INC.
11

12

13
MORGAN, LEWIS & BOCKIUS LLP

14

15
By:  /s/ Kent Roger
        Kent M. Roger (Bar No. 95987)
16
        One Market, Spear Street Tower
        San Francisco, CA  94105
17
        Tel: (415) 442-1140
        Fax: (415) 442-1001
18

19
        Attorneys for Defendants
        HITACHI, LTD., HITACHI DISPLAYS,
        LTD., HITACHI ELECTRONIC
20
        DEVICES (USA), INC.

21

22

23

24

25

26

27

28

STIPULATION AND ORDER RE DISCOVERY AND
MOTION TO COMPEL DEADLINES
Case No. 3:10-CV-4572 SI; 3:07-md 1827 SI

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PAUL HASTINGS LLP


By:  /s/ Holly House
    Holly House (SBN 136045)
    Kevin C. McCann (SBN 120874)
    55 Second Street, Twenty-Fourth Floor
    San Francisco, CA  94105-3441
    (415) 856-7000 / (415) 856-7100
    hollyhouse@paulhastings.com
    kevinmccan@paulhastings.com

    Attorneys for Defendants
    LG DISPLAY CO., LTD., and LG
    DISPLAY AMERICA, INC.


PILLSBURY WINTHROP SHAW PITTMAN
LLP


By /s/ John Grenfell
    John M. Grenfell

    John M. Grenfell (State Bar No. 88500)
    Jacob R. Sorensen (State Bar No. 209134)
    50 Fremont Street
    San Francisco, CA 94105
    Tel: (415) 983-1000
    Fax: (415) 983-1200

    Attorneys for Defendants
    SHARP CORPORATION AND SHARP
    ELECTRONICS CORPORATION

STIPULATION AND ORDER RE DISCOVERY AND
MOTION TO COMPEL DEADLINES
Case No. 3:10-CV-4572 SI; 3:07-md 1827 SI

GIBSON DUNN & CRUTCHER LLP


By:  /s/ Rachel Brass
       Rachel S. Brass

       Joel S. Sanders (Bar No. 107234)
       Rachel S. Brass (Bar No. 219301)
       Rebecca Justice Lazarus (Bar No. 227330)
       555 Mission Street, Suite 3000
       San Francisco, CA  94105-2933
       Tel:  (415) 393-8200
       Fax:  (415) 393-8306

       Attorneys for Defendants
       CHUNGHWA PICTURE TUBES, LTD.
       AND TATUNG COMPANY OF
       AMERICA, INC.


**Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from the above-referenced counsel.**


## ORDER

Having considered the foregoing stipulation, and good cause appearing,

**IT IS SO ORDERED**.


12/16/11
Date Entered                          Judge Susan Illston

1

2

## CERTIFICATE OF SERVICE BY E-MAIL
(Federal Rules of Civil Procedure Rule 5(b))

3

4          I declare that I am employed with the law firm of K&L Gates, LLP, whose address is
925 4th Avenue, Suite 2900, Seattle, Washington 98104-1158.  I am not a party to the case,
and I am over the age of eighteen years.

5

6          I further declare that on December 14, 2011, I served a copy of:

7          **STIPULATION AND [PROPOSED] ORDER RE DISCOVERY AND MOTION
          TO COMPEL DEADLINES**

8  by electronically mailing a true and correct copy to all parties of record through the CM-ECF
system in accordance with Federal Rules of Civil Procedure Rule 5(b).

9

10         I declare under penalty of perjury that the above is true and correct.

11         Executed at Seattle, Washington, this 14th day of December, 2011.

12

13

14

15  _____          ____/s/ Christopher M. Wyant____
                Christopher M. Wyant                              (Signature)

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER RE DISCOVERY AND
MOTION TO COMPEL DEADLINES
Case No. 3:10-CV-4572 SI; 3:07-md 1827 SI