1   Brad D. Brian (State Bar No. 079001)
    Jonathan E. Altman (State Bar No. 170607)
2   Hailyn J. Chen (State Bar No. 237436)
    MUNGER, TOLLES & OLSON LLP
3   355 South Grand Avenue
    Thirty-Fifth Floor
4   Los Angeles, CA  90071-1560
    Telephone:    (213) 683-9100
5   Facsimile:     (213) 687-3702
    *Brad.Brian@mto.com*
6
    Jerome C. Roth (State Bar No. 159483)
7   MUNGER, TOLLES & OLSON LLP
    560 Mission Street, 27th Floor
8   San Francisco, CA  94105-2907
    Telephone:    (415) 512-4000
9   Facsimile:     (415) 512-4077

10  Michael R. Lazerwitz (PRO HAC VICE)
    Jeremy J. Calsyn (State Bar No. 205062)
11  Lee F. Berger (State Bar No. 222756)
    CLEARY GOTTLIEB STEEN & HAMILTON LLP
12  One Liberty Plaza
    New York, NY 10006
13  (212) 225-2000 (Phone)
    (212) 225-3999 (Facsimile)
14  *mlazerwitz@cgsh.com*

15  *Attorneys for Defendants*
    LG DISPLAY AMERICA, INC.
16  AND LG DISPLAY CO., LTD

17  [additional parties and counsel listed in signature block]

18
                    **UNITED STATES DISTRICT COURT**
19
                    **NORTHERN DISTRICT OF CALIFORNIA**
20

21  IN RE TFT-LCD (FLAT PANEL) ANTITRUST        | CASE NO. 3:07-MD-1827 SI
    LITIGATION
22                                               MDL No. 1827
    THIS DOCUMENT RELATES TO:
23                                               **STIPULATION AND [PROPOSED]
    *All Indirect Purchaser Actions*            ORDER REGARDING BRIEFING AND
24                                               HEARING DATES FOR
                                                 DEFENDANTS' MOTION TO
25                                               EXCLUDE EXPERT TESTIMONY OF
                                                 JANET S. NETZ AND WILLIAM S.
26                                               COMANOR**

27

28

1    WHEREAS, defendants LG Display, Co., Ltd., LG Display America, Inc., AU

2 Optronics Corporation, AU Optronics Corporation America, Toshiba Corporation, Toshiba

3 Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc. and Toshiba America

4 Information Systems, Inc. (collectively "Defendants") filed a Motion to Exclude Expert

5 Testimony of Janet S. Netz and William S. Comanor in the Indirect Purchaser Class Action;

6    WHEREAS, the Indirect Purchaser Plaintiffs ("Plaintiffs") and Defendants desire

7 to alter the deadlines provided by the Federal Rules of Civil Procedure and the Local Rules so as

8 to allow for full and staggered briefing of the issues;

9    NOW THEREFORE, IT IS HEREBY STIPULATED by the undersigned counsel on

10 behalf of Plaintiffs and Defendants, that:

11    (1)    Plaintiffs will file their opposition brief to Defendants' Motion to Exclude Expert

12 Testimony of Janet S. Netz and William S. Comanor in the Indirect Purchaser Class Action no

13 later than January 11, 2012;

14    (2)    Defendants will file their reply brief no later than January 31, 2012; and

15    (3)    the hearing on Defendants' Motion to Exclude Expert Testimony of Janet S. Netz

16 and William S. Comanor will remain on February 10, 2012.

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING
                                         BRIEFING AND HEARING DATES
                                         CASE NO.: 3:07-MD-1827 SI

1

2    DATED:  December 15, 2011

By:  /s/Jerome C. Roth
Brad D. Brian (State Bar No. 079001)

3    Jerome C. Roth (State Bar No. 159483)
Jonathan E. Altman (State Bar No. 170607)

4    MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue

5    Thirty-Fifth Floor
Los Angeles, CA  90071-1560

6    Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

7    Brad.Brian@mto.com

8    Michael R. Lazerwitz (PRO HAC VICE)
Jeremy J. Calsyn (State Bar No. 205062)

9    Lee F. Berger (State Bar No. 222756)
CLEARY GOTTLIEB STEEN & HAMILTON

10   LLP
One Liberty Plaza

11   New York, NY 10006
(212) 225-2000 (Phone)

12   (212) 225-3999 (Facsimile)
mlazerwitz@cgsh.com

13

14   *Attorneys for Defendants LG Display Co., Ltd.
and LG Display America, Inc.*

15

16   By: /s/ Christopher A. Nedeau
Christopher A. Nedeau

17   Carl L. Blumenstein
Allison Dibley

18   NOSSAMAN LLP
50 California Street, 34th Floor

19   San Francisco, CA  94111
(415) 398-3600 (Phone)

20   (415) 398-2438 (Facsimile)
cnedeau@nossaman.com

21

22   *Attorneys for Defendants AU Optronics
Corporation and AU Optronics Corporation
America*

23   By: /s/ John H. Chung

24   John H. Chung (PRO HAC VICE)
WHITE & CASE LLP

25   1155 Avenue of the Americas
New York, NY 10036

26   (212) 819-8200 (Phone)
(212) 354-8113 (Facsimile)

27   jchung@whitecase.com

28

- 2 -    STIPULATION AND [PROPOSED] ORDER REGARDING
BRIEFING AND HEARING DATES
CASE NO.: 3:07-MD-1827 SI

1

2    Christopher M. Curran (PRO HAC VICE)
     Kristen J. McAhren (PRO HAC VICE)
     WHITE & CASE LLP
3    701 Thirteenth Street, NW
     Washington, DC 20005-3807
4    (202) 626-3600 (Phone)
     (202) 639-9355 (Facsimile)
5    ccurran@washdc.whitecase.com

6    *Attorneys for Defendants Toshiba Corporation,*
     *Toshiba Mobile Display Co., Ltd., Toshiba*
7    *America Electronic Components, Inc. and*
     *Toshiba America Information Systems, Inc.*
8

9    By:  _/s/ Judith A. Zahid_____
     Francis O. Scarpulla
10   Craig C. Corbitt
     Judith A. Zahid
11   Patrick B. Clayton
     Qianwei Fu
12   Heather T. Rankie
     ZELLE HOFMANN VOELBEL & MASON LLP
13   44 Montgomery Street, Suite 3400
     San Francisco, CA 94104
14   Telephone: (415) 693-0700    (415) 693-0700
     Facsimile: (415) 693-0770
15

16   Joseph M. Alioto
     ALIOTO LAW FIRM
17   225 Bush Street, 16th Floor
     San Francisco, CA 94104
18   Telephone:  (415) 434-8900
     Facsimile:  (415) 434-9200
19

20   *Co-Lead Class Counsel for Indirect-Purchaser*
     *Plaintiffs*
21

22        Attestation:  The filer of this document attests that the concurrence of the

23   signatories thereto has been obtained.

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING
                                                            BRIEFING AND HEARING DATES
                                                            CASE NO.: 3:07-MD-1827 SI

1  **[PROPOSED] ORDER**

2  Pursuant to the parties' stipulation set forth above, IT IS SO ORDERED.

3  Dated: _____ 12/16 _____, 2011        By: _____

4  Hon. Susan Illston
   United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28