1 | Jeffrey H. Howard (*pro hac vice*)
Jerome A. Murphy (*pro hac vice*)
2 | CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
3 | Washington, D.C. 20004
Telephone: 202-624-2500
4 | Facsimile: 202-628-5116
Email: jhoward@crowell.com
5 |       jmurphy@crowell.com

6 | Jason C. Murray (CA Bar No. 169806)
Joshua C. Stokes (CA Bar No. 220214)
7 | CROWELL & MORING LLP
515 South Flower St., 40th Floor
8 | Los Angeles, CA 90071
Telephone: 213-622-4750
9 | Facsimile: 213-622-2690
Email: jmurray@crowell.com
10 |       jstokes@crowell.com

11 | *Counsel for Plaintiff Motorola Mobility, Inc,
AT&T Mobility LLC, et al., Target Corp, et al.*
12 | [Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master Docket No. 07-m-1827 SI |
| This Document Relates To: | **STIPULATION AND [P~~ROPOSED~~] ORDER EXTENDING PLAINTIFFS' TIME TO MOVE TO COMPEL AS TO CERTAIN DISCOVERY** |
| *Motorola Mobility, Inc. v. AU Optronics Corporation, et al., C 09-5840 SI* | |
| *AT&T Mobility LLC, et al. v. AU Optronics Corp., et al., C 09-4997 SI* | |
| *Target Corp., et al. v. AU Optronics Corp., et al., Case No. CV-04945 SI* | |

Defendants Samsung SDI Co., Ltd. and Samsung SDI America, Inc. ("SDI") and Plaintiffs Motorola Mobility, Inc. ("Motorola"); AT&T Mobility, LLC, AT&T Corp., AT&T Services, Inc., Pacific Bell Telephone Company, AT&T Operations, Inc., AT&T DataComm, Inc., Southwestern Bell Co., ("AT&T")[1]; Target Corp.; Sears Roebuck and Co.; Kmart Corp.; Old Comp Inc.; Good Guys, Inc.; RadioShack Corp.; Newegg Inc. (collectively, "Plaintiffs"), stipulate as follows:

WHEREAS Plaintiffs served a Joint Set of Interrogatories and a Joint Set of Requests for Production of Documents on SDI and certain other defendants on November 2, 2011 (the "Discovery");

WHEREAS SDI provided Responses and Objections to the Discovery on December 5, 2011;

WHEREAS the parties have begun to meet and confer regarding SDI's Responses and Objections to the Discovery, and require additional time to complete the meet and confer process;

WHEREAS SDI may wish to supplement its Responses and Objections to Interrogatories 13, 15, 17, 19, 21 and 23-25 upon completing the meet and confer process;

WHEREAS the current deadline to file motions to compel in the above-captioned cases is December 15, 2011, and SDI has agreed to permit Plaintiffs additional time to move to compel further responses to the Discovery;

THEREFORE, SDI and Plaintiffs, by their respective undersigned counsel, stipulate and agree as follows:

The deadline for Plaintiffs to move to compel further response to Interrogatories 13, 15, 17, 19, 21 and 23-25 in the Discovery shall be extended to January 31, 2012.

---

[1] This stipulation is without prejudice to the Administrative Motion To Modify AT&T's Trial Schedule filed on December 8, 2011, or to Defendants' opposition thereto.

CROWELL & MORING LLP
ATTORNEYS AT LAW

-1- MASTER FILE NO. 3:07 MD-1827 SI
STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFFS' TIME TO MOVE TO COMPEL AS TO CERTAIN DISCOVERY

1 | Dated: December 15, 2011

/s/ Joshua C. Stokes

Jason C. Murray (CA Bar No. 169806)
Joshua C. Stokes (CA Bar No. 220214)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-622-4750
Facsimile: 213-622-2690
Email: jmurray@crowell.com
     jstokes@crowell.com

Jeffrey H. Howard (*pro hac vice*)
Jerome A. Murphy (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
Email: jhoward@crowell.com
     jmurphy@crowell.com

Kenneth L. Adams (*pro hac vice*)
R. Bruce Holcomb (*pro hac vice*)
Christopher T. Leonardo (*pro hac vice*)
ADAMS HOLCOMB LLP
1875 Eye Street NW
Washington, DC 20006
Telephone: 202-580-8822
Facsimile: 202-580-8821
Email: adams@adamsholcomb.com
     holcomb@adamsholcomb.com
     leonardo@adamsholcomb.com

*Counsel for Plaintiff Motorola Mobility, Inc., AT&T Mobility, LLC, AT&T Corp., AT&T Services, Inc., BellSouth Telecommunications, Inc., Pacific Bell Telephone Company, AT&T Operations, Inc., AT&T DataComm, Inc., and Southwestern Bell Telephone Company, Target Corporation; Sears, Roebuck and Co.; Kmart Corporation; Old Comp Inc.; Good Guys, Inc.; RadioShack Corporation; and Newegg Inc.*

|   |   |
|---|---|
| 1 |   |
| 2 | */s/    Michael W. Scarborough* |
| 3 | Michael W. Scarborough (SBN 203524) |
|   | Tyler Mark Cunningham (SBN 243694) |
| 4 | SHEPPARD MULLIN RICHTER & HAMPTON |
|   | Four Embarcadero Center, 17th Floor |
| 5 | San Francisco, California  94111 |
|   | Telephone:  (415) 434-9100 |
| 6 | Facsimile:  (415) 434-3947 |
|   | mscarborough@sheppardmullin.com |
| 7 | tcunningham@sheppardmullin.com |

*Counsel for Defendants Samsung SDI America, Inc. and Samsung SDI Co., Ltd.*

**IT IS SO ORDERED.**

Dated: ___12/16/_____, 2011

_____
Hon. Susan Illston, United States District Judge

DCACTIVE-16957202.1