Jeffrey H. Howard (*pro hac vice*)
Jerome A. Murphy (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  202-624-2500
Facsimile:  202-628-5116
Email: jhoward@crowell.com
       jmurphy@crowell.com

Jason C. Murray (CA Bar No. 169806)
Joshua C. Stokes (CA Bar No. 220214)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone:  213-622-4750
Facsimile:  213-622-2690
Email: jmurray@crowell.com
       jstokes@crowell.com

*Counsel for Plaintiff Motorola Mobility, Inc,
AT&T Mobility LLC, et al., Target Corp, et al.*
[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master Docket No. 07-m-1827 SI |
| This Document Relates To: | **STIPULATION AND [PROPOSED] ORDER EXTENDING PARTIES' TIME TO MOVE TO COMPEL AS TO CERTAIN DISCOVERY** |
| *Motorola Mobility, Inc. v. AU Optronics Corporation, et al., C 09-5840 SI* | |
| *AT&T Mobility LLC, et al. v. AU Optronics Corp., et al., C 09-4997 SI* | |
| *Target Corp., et al. v. AU Optronics Corp., et al., Case No. CV-04945 SI* | |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

MASTER FILE NO. 3:07
MD-1827 SI

STIPULATION AND [PROPOSED] ORDER EXTENDING PARTIES' TIME TO MOVE TO COMPEL AS TO CERTAIN DISCOVERY

DCACTIVE-16861571.2

Defendants AU Optronics Corporation and AU Optronics Corporation America ("AUO") and Plaintiffs Motorola Mobility, Inc. ("Motorola"); AT&T Mobility, LLC, AT&T Corp., AT&T Services, Inc., Pacific Bell Telephone Company, AT&T Operations, Inc., AT&T DataComm, Inc., Southwestern Bell Co., ("AT&T")[1]; Target Corp.; Sears Roebuck and Co.; Kmart Corp.; Old Comp Inc.; Good Guys, Inc.; RadioShack Corp.; Newegg Inc. (collectively, the "Crowell Plaintiffs") stipulate as follows:

WHEREAS Crowell Plaintiffs served a Joint Set of Interrogatories and Requests for Production of Documents on AUO on November 2, 2011 (the "November 2 Discovery") and AUO provided Responses and Objections to the November 2 Discovery on December 5, 2011;

WHEREAS AUO served a set of Interrogatories and Requests for Admission on Motorola on July 8, 2011 (the "July 8 Discovery") and Motorola provided Responses and Objections to the July 8 Discovery on August 26, 2011 and Supplemental Responses and Objections on November 29, 2011;

WHEREAS the parties have begun to meet and confer regarding certain of AUO's Responses and Objections to the November 2 Discovery, and require additional time to complete the meet and confer process;

WHEREAS the parties have begun to meet and confer regarding Motorola's Supplemental Responses and Objections to the July 9 Discovery, and require additional time to complete the meet and confer process;

WHEREAS AUO may wish to supplement certain of its Responses and Objections to the November 2 Discovery upon completing the meet and confer process;

WHEREAS AUO may produce additional documents responsive to the November 2 Discovery, and does not anticipate its ability to produce any such documents prior to the deadline for filing motions to compel;

WHEREAS Motorola may wish to supplement its Supplemental Responses and

---

[1] This stipulation is without prejudice to the Administrative Motion To Modify AT&T's Trial Schedule filed on December 8, 2011, or to Defendants' opposition thereto.

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-1- MASTER FILE NO. 3:07 MD-1827 SI
DCACTIVE-16861571.3
STIPULATION AND [PROPOSED] ORDER EXTENDING PARTIES' TIME TO MOVE TO COMPEL AS TO CERTAIN DISCOVERY

1  Objections to the July 8 Discovery upon completing the meet and confer process;

2  WHEREAS the current deadline to file motions to compel in the above-captioned cases is

3  December 15, 2011, and the parties have agreed to extend the deadline to move to compel further

4  responses to the November 2 Discovery and the July 8 Discovery until January 20, 2012;

5  THEREFORE, AUO and Crowell Plaintiffs by their respective undersigned counsel,

6  stipulate and agree as follows:

7  The deadline for Crowell Plaintiffs to move to compel further response to the November 2

8  Discovery, and for AUO to move to compel further response to the July 8 Discovery shall be

9  extended to January 20, 2012.

10  ///
11  ///
12  ///
13  ///
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-2- MASTER FILE NO. 3:07 MD-1827 SI

DCACTIVE-16861571.3
STIPULATION AND [PROPOSED] ORDER EXTENDING PARTIES' TIME TO MOVE TO COMPEL AS TO CERTAIN DISCOVERY

Dated: December 15, 2011

/s/ Joshua C. Stokes

Jason C. Murray (CA Bar No. 169806)
Joshua C. Stokes (CA Bar No. 220214)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-622-4750
Facsimile: 213-622-2690
Email: jmurray@crowell.com
jstokes@crowell.com

Jeffrey H. Howard (*pro hac vice*)
Jerome A. Murphy (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
Email: jhoward@crowell.com
jmurphy@crowell.com

Kenneth L. Adams (*pro hac vice*)
R. Bruce Holcomb (*pro hac vice*)
Christopher T. Leonardo (*pro hac vice*)
ADAMS HOLCOMB LLP
1875 Eye Street NW
Washington, DC 20006
Telephone: 202-580-8822
Facsimile: 202-580-8821
Email: adams@adamsholcomb.com
holcomb@adamsholcomb.com
leonardo@adamsholcomb.com

*Counsel for Plaintiff Motorola Mobility, Inc., AT&T Mobility, LLC, AT&T Corp., AT&T Services, Inc., BellSouth Telecommunications, Inc., Pacific Bell Telephone Company, AT&T Operations, Inc., AT&T DataComm, Inc., and Southwestern Bell Telephone Company, Target Corporation; Sears, Roebuck and Co.; Kmart Corporation; Old Comp Inc.; Good Guys, Inc.; RadioShack Corporation; and Newegg Inc.*

Christopher A. Nedeau (CA SBN 81297)
cnedeau@nossaman.com
Carl L. Blumenstein (CA SBN 124158)
cblumenstein@nossaman.com
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA  94111
Telephone:     (415) 398-3600
Facsimile:      (415) 398-2438

By    */s/ Christopher A. Nedeau*

Attorneys for Defendants
AU Optronics Corporation and
AU Optronics Corporation America

**Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from the other signatories.**

**IT IS SO ORDERED.**

Dated: ____12/16_____, 2011

_____
Hon. Susan Illston, United States District Judge

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-4-     MASTER FILE NO. 3:07 MD-1827 SI

DCACTIVE-16861571.2
STIPULATION AND [PROPOSED] ORDER EXTENDING PARTIES' TIME TO MOVE TO COMPEL AS TO CERTAIN DISCOVERY