Jeffrey H. Howard (*pro hac vice*)
Jerome A. Murphy (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
Email: jhoward@crowell.com
       jmurphy@crowell.com

Jason C. Murray (CA Bar No. 169806)
Joshua C. Stokes (CA Bar No. 220214)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-622-4750
Facsimile: 213-622-2690
Email: jmurray@crowell.com
       jstokes@crowell.com

*Counsel for Plaintiff Motorola Mobility, Inc.*
[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master Docket No. 07-m-1827 SI |
| This Document Relates To: *Motorola Mobility, Inc. v. AU Optronics Corporation, et al., C 09-5840 SI* | **STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFF'S TIME TO MOVE TO COMPEL AS TO CERTAIN DISCOVERY** |

1  Defendants Chi Mei Corp., Chimei Innolux Corp. ("Chimei Innolux"); Chi Mei
2  Optoelectronics Corp. USA, Inc.; CMO Japan Co. Ltd.; Nexgen Mediatech, Inc.; Nexgen
3  Mediatech USA, Inc. (collectively, "Chi Mei") and Plaintiff Motorola Mobility, Inc. ("Motorola")
4  stipulate as follows:

5  WHEREAS Motorola served a Set of Interrogatories on Chi Mei and a set of Requests for
6  Production of Documents on Chimei Innolux on November 4, 2011 (the "Discovery");

7  WHEREAS Chi Mei provided Responses and Objections to the Discovery on December
8  8, 2011;

9  WHEREAS the parties have begun to meet and confer regarding Chi Mei's Responses and
10 Objections to the Discovery, and require additional time to complete the meet and confer process;

11 WHEREAS the current deadline to file motions to compel in the above-captioned cases is
12 December 15, 2011, and Chi Mei has agreed to permit Motorola additional time to move to
13 compel further responses to the Discovery;

14 THEREFORE, Chi Mei and Motorola, by their respective undersigned counsel, stipulate
15 and agree as follows:

16 The deadline for Motorola to move to compel further response to the Discovery shall be
17 extended to January 6, 2012.

18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-1-  MASTER FILE NO. 3:07 MD-1827 SI

STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFFS' TIME TO MOVE TO COMPEL AS TO CERTAIN DISCOVERY

1  Dated:  December 15, 2011

2

3                                                                  */s/ Joshua C. Stokes*

4               Jason C. Murray (CA Bar No. 169806)
                Joshua C. Stokes (CA Bar No. 220214)
                CROWELL & MORING LLP
5               515 South Flower St., 40th Floor
                Los Angeles, CA  90071
6               Telephone:  213-622-4750
                Facsimile:  213-622-2690
7               Email: jmurray@crowell.com
                         jstokes@crowell.com
8
                Jeffrey H. Howard (*pro hac vice*)
9               Jerome A. Murphy (*pro hac vice*)
                CROWELL & MORING LLP
10              1001 Pennsylvania Avenue, N.W.
                Washington, D.C. 20004
11              Telephone:  202-624-2500
                Facsimile:  202-628-5116
12              Email:  jhoward@crowell.com
                         jmurphy@crowell.com
13
                Kenneth L. Adams (*pro hac vice*)
14              R. Bruce Holcomb (*pro hac vice*)
                Christopher T. Leonardo (*pro hac vice*)
15              ADAMS HOLCOMB LLP
                1875 Eye Street NW
16              Washington, DC 20006
                Telephone: 202-580-8822
17              Facsimile: 202-580-8821
                Email:  adams@adamsholcomb.com
18                       holcomb@adamsholcomb.com
                         leonardo@adamsholcomb.com
19

20              *Counsel for Plaintiff Motorola Mobility, Inc.*

21

22

23

24

25

26

27

28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-2-                              MASTER FILE NO. 3:07 MD-1827 SI

STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFFS' TIME TO MOVE TO COMPEL AS TO CERTAIN DISCOVERY

```
                                    /s/ Jason M. Bussey
                            _____

                            James G. Kreissman (SBN 206740)
                            Harrison J. Frahn IV (SBN 206822)
                            Jason M. Bussey (SBN 227185)
                            Michael R. Lizano (SBN 246222)
                            SIMPSON THACHER & BARTLETT LLP
                            2550 Hanover Street
                            Palo Alto, California 94304
                            jkreissman@stblaw.com
                            hfrahn@stblaw.com
                            jbussey@stblaw.com
                            mlizano@stblaw.com


                            *Attorney for Defendants Chi Mei Corporation, Chimei
                            Innolux Corporation, Chi Mei Optoelectronics USA,
                            Inc., CMO Japan Co., Ltd, Nexgen Mediatech, Inc. and
                            Nexgen Mediatech USA, Inc.*
```

**IT IS SO ORDERED.**

Dated: \_\_\_\_\_12/16\_\_\_\_\_, 2011

_____

Hon. Susan Illston, United States District Judge

DCACTIVE-16987334.1

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-3-   MASTER FILE NO. 3:07 MD-1827 SI

STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFFS' TIME TO MOVE TO COMPEL AS TO CERTAIN DISCOVERY