Jeffrey H. Howard (*pro hac vice*)
Jerome A. Murphy (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
Email: jhoward@crowell.com
       jmurphy@crowell.com

Jason C. Murray (CA Bar No. 169806)
Joshua C. Stokes (CA Bar No. 220214)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-622-4750
Facsimile: 213-622-2690
Email: jmurray@crowell.com
       jstokes@crowell.com

*Counsel for Plaintiff Motorola Mobility, Inc. and Target Corp, et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master Docket No. 07-m-1827 SI |
| This Document Relates To: | **STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFFS' TIME TO MOVE TO COMPEL AS TO CERTAIN DISCOVERY** |
| *Motorola Mobility, Inc. v. AU Optronics Corporation, et al., C 09-5840 SI* | |
| *Target Corp., et al. v. AU Optronics Corp., et al., Case No. CV-04945 SI* | |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

MASTER FILE NO. 3:07
MD-1827 SI

STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFFS' TIME TO MOVE TO COMPEL AS TO CERTAIN DISCOVERY

1    Defendant Philips Electronics North America Corporation ("PENAC") and Plaintiffs
2    Motorola Mobility, Inc. ("Motorola"); Target Corp.; Sears Roebuck and Co.; Kmart Corp.; Old
3    Comp Inc.; Good Guys, Inc.; RadioShack Corp.; Newegg Inc. (collectively, "Plaintiffs"),
4    stipulate as follows:
5        WHEREAS Plaintiffs served a Joint Set of Interrogatories and a Joint Set of Requests for
6    Production of Documents on PENAC and certain other defendants on November 2, 2011 (the
7    "Discovery");
8        WHEREAS PENAC provided Responses and Objections to the Discovery on December
9    2, 2011;
10       WHEREAS the parties have begun to meet and confer regarding PENAC's Responses and
11   Objections to the Discovery, and require additional time to complete the meet and confer process;
12       WHEREAS PENAC may wish to supplement its Responses and Objections upon
13   completing the meet and confer process;
14       WHEREAS PENAC is currently reviewing Plaintiffs' responses to discovery served by
15   PENAC;
16       WHEREAS the current deadline to file motions to compel in the above-captioned cases is
17   December 15, 2011, and the parties have agreed to provide each other with additional time to
18   move to compel further responses;
19       THEREFORE, PENAC and Plaintiffs, by their respective undersigned counsel, stipulate
20   and agree as follows:
21       The deadline for PENAC and Plaintiffs to move to compel further responses shall be
22   extended to January 31, 2012.

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-1-    MASTER FILE NO. 3:07 MD-1827 SI
STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFFS' TIME TO MOVE TO COMPEL AS TO CERTAIN DISCOVERY

Dated: December 15, 2011

　　　　　　　　　　*/s/ Joshua C. Stokes*

Jason C. Murray (CA Bar No. 169806)
Joshua C. Stokes (CA Bar No. 220214)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA  90071
Telephone:  213-622-4750
Facsimile: 213-622-2690
Email: jmurray@crowell.com
　　　　jstokes@crowell.com

Jeffrey H. Howard (*pro hac vice*)
Jerome A. Murphy (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  202-624-2500
Facsimile: 202-628-5116
Email:  jhoward@crowell.com
　　　　jmurphy@crowell.com

Kenneth L. Adams (*pro hac vice*)
R. Bruce Holcomb (*pro hac vice*)
Christopher T. Leonardo (*pro hac vice*)
ADAMS HOLCOMB LLP
1875 Eye Street NW
Washington, DC 20006
Telephone: 202-580-8822
Facsimile: 202-580-8821
Email:  adams@adamsholcomb.com
　　　　holcomb@adamsholcomb.com
　　　　leonardo@adamsholcomb.com

*Counsel for Plaintiff Motorola Mobility, Inc., Target Corporation; Sears, Roebuck and Co.; Kmart Corporation; Old Comp Inc.; Good Guys, Inc.; RadioShack Corporation; and Newegg Inc.*

|   |   |
|---|---|
| 1 |  |
| 2 |       */s/ Brendan P. Cullen*<br>Brendan P. Cullen (SBN 194057)<br>SULLIVAN & CROMWELL LLP<br>1870 Embarcadero Road<br>Palo Alto, California 94303<br>Telephone: (650) 461-5600<br>Facsimile: (650) 461-5700<br>cullenb@sullcrom.com |

Garrard R. Beeney (NY Reg. No. 1656172)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
beeneyg@sullcrom.com

*Counsel for Defendant Philips Electronics North America Corporation*

**IT IS SO ORDERED.**

Dated: 12/16 , 2011

_____
Hon. Susan Illston, United States District Judge

DCACTIVE-16988626.1