Jeffrey H. Howard (*pro hac vice*)
Jerome A. Murphy (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  202-624-2500
Facsimile:  202-628-5116
Email: jhoward@crowell.com
        jmurphy@crowell.com

Jason C. Murray (CA Bar No. 169806)
Joshua C. Stokes (CA Bar No. 220214)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone:  213-622-4750
Facsimile:  213-622-2690
Email: jmurray@crowell.com
        jstokes@crowell.com

*Counsel for Plaintiff Motorola Mobility, Inc,
AT&T Mobility LLC, et al., Target Corp, et al.*
[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master Docket No. 07-m-1827 SI |
| This Document Relates To: | **STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFFS' TIME TO MOVE TO COMPEL AS TO CERTAIN DISCOVERY** |
| *Motorola Mobility, Inc. v. AU Optronics Corporation, et al., C 09-5840 SI* | |
| *AT&T Mobility LLC, et al. v. AU Optronics Corp., et al., C 09-4997 SI* | |
| *Target Corp., et al. v. AU Optronics Corp., et al., Case No. CV-04945 SI* | |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

MASTER FILE NO. 3:07
MD-1827 SI

STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFFS' TIME TO MOVE TO COMPEL AS TO CERTAIN DISCOVERY

Defendant Hannstar Display Corporation ("HannStar") and Plaintiffs Motorola Mobility, Inc. ("Motorola"); AT&T Mobility, LLC, AT&T Corp., AT&T Services, Inc., Pacific Bell Telephone Company, AT&T Operations, Inc., AT&T DataComm, Inc., Southwestern Bell Co., ("AT&T")[1]; Target Corp.; Sears Roebuck and Co.; Kmart Corp.; Old Comp Inc.; Good Guys, Inc.; RadioShack Corp.; Newegg Inc. (collectively, "Plaintiffs"), stipulate as follows:

WHEREAS Plaintiffs served a Joint Set of Interrogatories and a Joint Set of Requests for Production of Documents on HannStar and certain other defendants on November 2, 2011 (the "Discovery");

WHEREAS Hannstar provided Responses and Objections to the Discovery on December 5, 2011;

WHEREAS the parties have begun to meet and confer regarding HannStar's Responses and Objections to the Discovery, and require additional time to complete the meet and confer process;

WHEREAS HannStar may wish to supplement its Responses and Objections to the Discovery upon completing the meet and confer process;

WHEREAS HannStar is currently searching for additional documents responsive to the Discovery, and does not anticipate completing that search prior to the deadline for filing motions to compel;

WHEREAS the current deadline to file motions to compel in the above-captioned cases is December 15, 2011, and HannStar has agreed to permit Plaintiffs additional time to move to compel further responses to the Discovery;

THEREFORE, HannStar and Plaintiffs, by their respective undersigned counsel, stipulate and agree as follows:

The deadline for Plaintiffs to move to compel further response to the Discovery shall be extended to January 13, 2012.

---

[1] This stipulation is without prejudice to the Administrative Motion To Modify AT&T's Trial Schedule filed on December 8, 2011, or to Defendants' opposition thereto.

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-1-                          MASTER FILE NO. 3:07 MD-1827 SI
STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFFS' TIME TO MOVE TO COMPEL AS TO CERTAIN DISCOVERY

1    Dated:  December 15, 2011

2
                                    _____/s/ Joshua C. Stokes_____
3
                                    Jason C. Murray (CA Bar No. 169806)
4                                   Joshua C. Stokes (CA Bar No. 220214)
                                    CROWELL & MORING LLP
5                                   515 South Flower St., 40th Floor
                                    Los Angeles, CA  90071
6                                   Telephone:  213-622-4750
                                    Facsimile:  213-622-2690
7                                   Email:  jmurray@crowell.com
                                            jstokes@crowell.com
8
                                    Jeffrey H. Howard (*pro hac vice*)
9                                   Jerome A. Murphy (*pro hac vice*)
                                    CROWELL & MORING LLP
10                                  1001 Pennsylvania Avenue, N.W.
                                    Washington, D.C. 20004
11                                  Telephone:  202-624-2500
                                    Facsimile:  202-628-5116
12                                  Email:  jhoward@crowell.com
                                            jmurphy@crowell.com
13
                                    Kenneth L. Adams (*pro hac vice*)
14                                  R. Bruce Holcomb (*pro hac vice*)
                                    Christopher T. Leonardo (*pro hac vice*)
15                                  ADAMS HOLCOMB LLP
                                    1875 Eye Street NW
16                                  Washington, DC 20006
                                    Telephone:  202-580-8822
17                                  Facsimile: 202-580-8821
                                    Email:  adams@adamsholcomb.com
18                                          holcomb@adamsholcomb.com
                                            leonardo@adamsholcomb.com
19
                                    *Counsel for Plaintiff Motorola Mobility, Inc., AT&T*
20                                  *Mobility, LLC, AT&T Corp., AT&T Services, Inc.,*
                                    *BellSouth Telecommunications, Inc., Pacific Bell*
21                                  *Telephone Company, AT&T Operations, Inc., AT&T*
                                    *DataComm, Inc., and Southwestern Bell Telephone*
22                                  *Company, Target Corporation; Sears, Roebuck and*
                                    *Co.; Kmart Corporation; Old Comp Inc.; Good Guys,*
23                                  *Inc.; RadioShack Corporation; and Newegg Inc.*

24

25

26

27

28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

MASTER FILE NO. 3:07 MD-1827 SI

STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFFS' TIME TO MOVE TO COMPEL AS TO CERTAIN DISCOVERY

1
/s/ Christopher M. Wyant

2

3    Hugh F. Bangasser, (Pro Hac Vice)
     Ramona M. Emerson, (Pro Hac Vice)

4    Christopher M. Wyant, (Pro Hac Vice)
     K&L GATES LLP

5    925 Fourth Avenue, Suite 2900
     Seattle, WA 98104-1158

6    Phone: (206) 623-7580
     Fax: (206) 623-7022

7

8    Jeffrey L. Bornstein, State Bar No. 99358
     K&L GATES LLP

9    Four Embarcadero Center, Suite 1200
     San Francisco, CA 94111

10   Phone: (415) 249-1059
     Fax: (415) 882-8220

11

12   *Attorneys for Defendant HannStar Display
     Corporation*

13
/s/ Donald H. Mullins

14

15   Donald H. Mullins, (*Pro Hac Vice*)
     Mark K. Davis, (*Pro Hac Vice*)

16   BADGLEY MULLINS LAW GROUP PLLC
     701 Fifth Avenue, Suite 4750
     Seattle, WA 98104

17   Phone: (206) 621-6566
     Fax: (206) 621-9686

18

19   *Attorneys for Defendants HannStar Display
     Corporation as to the AT&T case*

20

21

22   **IT IS SO ORDERED.**

23

24   Dated: _____ 12/19 _____, 2011

25

26   _____
     Hon. Susan Illston, United States District Judge

27

28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFFS' TIME TO MOVE TO COMPEL AS TO CERTAIN DISCOVERY