Michael R. Lazerwitz (PRO HAC VICE)
Jeremy J. Calsyn (State Bar No. 205062)
Lee F. Berger (State Bar No. 222756)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000 (Phone)
(212) 225-3999 (Facsimile)
*mlazerwitz@cgsh.com*

Counsel for Defendants
LG DISPLAY AMERICA, INC.
LG DISPLAY CO., LTD.

4406

Jason C. Murray (State Bar No. 169806)
Joshua C. Stokes (State Bar No. 220214)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
(213) 443-5582 (Phone)
(213) 622-2690 (Facsimile)
*jmurray@crowell.com*

Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*AT&T Mobility LLC, et al. v. AU Optronics Corporation, et al.*, 3:09-cv-04997 SI<br><br>*Motorola, Inc. v. AU Optronics Corporation, et al.*, 3:09-cv-05840 SI<br><br>*Target Corp., et al. v. AU Optronics Corporation, et al.*, 3:10-cv-04945 SI | MASTER CASE NO. 3:07-md-1827 SI, MQ<br><br>MDL NO. 1827<br><br>**STIPULATION OF EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' JOINT SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS AND [~~PROPOSED~~] ORDER** |

1

1    Plaintiffs Motorola Mobility, Inc., AT&T Mobility, LLC, AT&T Corp., AT&T Services, Inc.,

2    Pacific Bell Telephone Company, AT&T Operations, Inc., AT&T DataComm, Inc., Southwestern

3    Bell Co., Target Corp., Sears, Roebuck and Co., Kmart Corp., Old Comp Inc., Good Guys, Inc.,

4    RadioShack Corp., and Newegg Inc. ("Plaintiffs") and Defendants LG Display Co., Ltd. and LG

5    Display America, Inc. ("LG Display Defendants"), parties to the above-entitled action (collectively

6    referred to herein as the "Parties"), hereby stipulate as follows:

7

8                                    **STIPULATION**

9    WHEREAS the Plaintiffs served upon certain defendants, including LG Display Defendants,

10    a Joint Set of Interrogatories on November 2, 2011, and a Joint Set of Requests for Production of

11    Documents also on November 2, 2011;

12    WHEREAS the LG Display Defendants require additional time to prepare responses to both

13    sets of discovery;

14    NOW, THEREFORE, the Parties, through their undersigned respective counsel, stipulate and

15    request that the Court order as follows:

16    1.    That the discovery cutoff date of December 8, 2011, be extended for the sole purpose

17    of the aforementioned discovery responses;

18    2.    That the LG Display Defendants may serve the aforementioned discovery responses

19    by January 4, 2012; and

20    3.    That the Plaintiffs may file a motion to compel, or otherwise seek the Special Master's

21    intervention with regard to LG Display Defendants' aforementioned discovery responses by January

22    16, 2012.

23

24    DATED:  December 21, 2011

25

26    By:    _/s/ Michael R. Lazerwitz_

27    Michael R. Lazerwitz (PRO HAC VICE)
     Jeremy J. Calsyn (State Bar No. 205062)
     Lee F. Berger (State Bar No. 222756)

28

2

CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000 (Phone)
(212) 225-3999 (Facsimile)
*mlazerwitz@cgsh.com*

*Counsel for Defendants LG Display Co. Ltd and LG
Display America, Inc.*


By:  */s/ Nathanial J. Wood*
      Nathanial J. Wood (State Bar No. 223547)
      Jason C. Murray (State Bar No. 169806)
      Joshua C. Stokes (State Bar No. 220214)
      CROWELL & MORING LLP
      515 South Flower Street, 40th Floor
      Los Angeles, CA 90071
      (213) 422-5582 (Phone)
      (213) 622-2690 (Facsmile)
      *jmurray@crowell.com*

      *Counsel for Plaintiffs*

**Attestation:**  The filer of this document attests that concurrence in the filing of this document has been obtained from each of the other signatories.


By:  */s/ Michael R. Lazerwitz*
      Michael R. Lazerwitz

3

1

## [PROPOSED] ORDER

2

Under the parties' stipulation set forth above, IT IS SO ORDERED.

3

4

Dated ___ 12/23/11 _____          _____
                                     Hon. Susan Illston

5                                    United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' JOINT SET OF
INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS AND [PROPOSED] ORDER,
Case Nos. 3:07-md-1827 SI, MQ; 3:09-cv-04997 SI; 3:09-cv-05840 SI; 3:10-cv-04945 SI