Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Judith A. Zahid (215418)
Patrick B. Clayton (240191)
Qianwei Fu (242669)
Heather T. Rankie (268002)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA  94104
Telephone:  (415) 693-0700
Facsimile:   (415) 693-0770
*fscarpulla@zelle.com*

Joseph M. Alioto (42680)
Theresa D. Moore (99978)
ALIOTO LAW FIRM
225 Bush Street, 16th Floor
San Francisco, CA 94104
Telephone:  (415) 434-8900
Facsimile:   (415) 434-9200
*josephalioto@mac.com*

*Co-Lead Class Counsel for Indirect-Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:07-MD-1827 SI<br>MDL No. 1827 |
| This Document Relates to:<br><br>All Indirect-Purchaser Actions;<br><br>*State of Missouri, et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-3619;<br><br>*State of Florida v. AU Optronics Corporation, et al.*, Case No. 10-cv-3517; and<br><br>*State of New York v. AU Optronics Corporation, et al.*, Case No. 11-cv-0711. | [~~PROPOSED~~] ORDER ADVANCING HEARING FOR INDIRECT-PURCHASER PLAINTIFFS' AND SETTLING STATES' JOINT MOTION FOR PRELIMINARY APPROVAL<br><br>The Honorable Susan Illston |

1  The Indirect-Purchaser Plaintiffs ("IPPs") have moved for an order advancing the hearing
2  for the IPPs' and Settling States' Joint Motion for Preliminary Approval.
3  The Court, having reviewed the motion and the record on file in this action, finds that this
4  motion should be, and hereby is, GRANTED.
5  NOW, THEREFORE, IT IS HEREBY ORDERED THAT:
6  1.  The hearing on the IPPs' and Settling States' Joint Motion for Preliminary Approval shall
7  be held on January 20, 2012, at 9:00 a.m.
8  2.  The briefing schedule provided under Civil Local Rule 7-3 in connection with the IPPs'
9  and Settling States' Joint Motion for Preliminary Approval is unaffected.

**IT IS SO ORDERED.**

Dated: 12/27/11

_____
The Honorable Susan Illston,
United States District Judge

3226432v02

1

[PROPOSED] ORDER ADVANCING HEARING FOR INDIRECT-PURCHASER PLAINTIFFS' AND SETTLING STATES' JOINT MOTION FOR PRELIMINARY APPROVAL – CASE NO. 3:07-MD-1827 SI