1
2
3
4
5
6           UNITED STATES DISTRICT COURT
7           NORTHERN DISTRICT OF CALIFORNIA
8

| | |
|---|---|
| 9  IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. MDL 3:07-md-1827 SI |
| 10 | **CLASS ACTION** |
| 11 | [PROPOSED] ORDER GRANTING OBJECTOR BARRY HIMMELSTEIN'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PARTS OF: (1) RESPONSE TO DIRECT PURCHASER CLASS PLAINTIFFS' *EX PARTE* APPLICATION TO SEAL IN SUPPORT OF RESPONSE TO MR. HIMMELSTEIN'S OBJECTION; AND (2) DECLARATION OF BARRY HIMMELSTEIN IN SUPPORT OF RESPONSE |
| 12 This Document Relates to: | |
| 13 ALL DIRECT PURCHASER CLASS ACTIONS | |

18    Having considered Objector Barry Himmelstein's Administrative Motion To File Under

19 Seal: (1) Response To Direct Purchaser Class Plaintiffs' *Ex Parte* Application To Seal In Support

20 Of Response To Mr. Himmelstein's Objection; and (2) Declaration Of Barry Himmelstein In

21 Support Of Response and Direct Purchaser Class Plaintiffs' Opposition In Part, and the Notice of

22 Partial Withdrawal thereto, the Motion is hereby **GRANTED**. The first paragraph of page 14 of

23 the Response, and the first sentence of the second paragraph of page 14 of the Response, and

24 paragraphs 17 and 18 of the Himmelstein Declaration, and Exhibits 3, 4, and 5 to the

25 Himmelstein Declaration shall remain sealed.

26    **IT IS SO ORDERED.**

27 Dated: 12/23/11

28                                             The Honorable Susan Illston
                                                United States District Judge

953649.2                                                          CASE NO. MDL 3:07-md-1827 SI

[PROPOSED] ORDER GRANTING OBJECTOR BARRY HIMMELSTEIN'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL