1   Jeffrey H. Howard (*pro hac vice*)
    Jerome A. Murphy (*pro hac vice*)
2   CROWELL & MORING LLP
    1001 Pennsylvania Avenue, N.W.
3   Washington, D.C. 20004
    Telephone:  202-624-2500
4   Facsimile:  202-628-5116
    Email: jhoward@crowell.com
5          jmurphy@crowell.com

6   Jason C. Murray (CA Bar No. 169806)
    Joshua C. Stokes (CA Bar No. 220214)
7   CROWELL & MORING LLP
    515 South Flower St., 40th Floor
8   Los Angeles, CA 90071
    Telephone:  213-622-4750
9   Facsimile:  213-622-2690
    Email: jmurray@crowell.com
10         jstokes@crowell.com

11  *Counsel for Plaintiff Motorola Mobility, Inc,*
    [Additional counsel listed on signature page]

12

                    UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14                    SAN FRANCISCO DIVISION

15

16

17  In re TFT-LCD (FLAT PANEL) ANTITRUST         Master Docket No. 07-m-1827 SI
    LITIGATION
18
    This Document Relates To:                     **STIPULATION AND [PROPOSED]**
19                                                 **ORDER EXTENDING PARTIES'**
    *Motorola Mobility, Inc. v. AU Optronics*      **TIME TO MOVE TO COMPEL AS**
20  *Corporation, et al., C 09-5840 SI*            **TO CERTAIN DISCOVERY**

21

22

23

24

25

26

27

28

---

STIPULATION AND [PROPOSED] ORDER EXTENDING PARTIES' TIME
TO MOVE TO COMPEL AS TO CERTAIN DISCOVERY

The undersigned Defendants in the above captioned-action and Plaintiff Motorola
Mobility, Inc. ("Motorola") stipulate as follows:

WHEREAS various Defendants have served discovery on Motorola prior to October 31,
2011 seeking discovery of the basis for Motorola's contentions in its complaint regarding
Defendants' participation in a conspiracy to affect the price of LCDs, to which Motorola has
served responses and objections ("Contention Discovery"), and Defendants also served
discovery requests related to other subjects, to which Motorola has served responses and
objections;

WHEREAS the parties have been in negotiations regarding an extension of time for
Motorola to supplement certain responses to the previously served discovery and to update its
chart of conspiracy evidence it served on May 24, 2011 as "Attachment A" to its responses to
certain discovery requests;

WHEREAS Motorola may serve supplemental responses to discovery requests served by
any Defendant not joining this Stipulation and this Stipulation is without prejudice to (a)
Motorola's ability to do so; or (b) the positions of any party not joining this stipulation with
respect to any such supplemental responses;

NOW THEREFORE, the parties stipulate and agree as follows:

1.      Motorola will serve an updated Attachment A to include any supplemental
responses to the Contention Discovery by January 30, 2012 and the undersigned Defendants
shall have until March 1, 2012 to file motions to compel with respect to any supplemented
responses; and

2.      Motorola will serve any supplemental responses it intends to provide related to
subjects other than the Contention Discovery by January 20, 2012, and undersigned Defendants
shall have until February 10, 2012 to file motions to compel with respect to any supplemented
responses.

1   Dated:  December 28, 2011

2
                                        _____/s/ Joshua C. Stokes_____
3
                                        Jason C. Murray (CA Bar No. 169806)
4                                       Joshua C. Stokes (CA Bar No. 220214)
                                        CROWELL & MORING LLP
5                                       515 South Flower St., 40th Floor
                                        Los Angeles, CA  90071
6                                       Telephone:  213-622-4750
                                        Facsimile:  213-622-2690
7                                       Email: jmurray@crowell.com
                                               jstokes@crowell.com
8
                                        Jeffrey H. Howard (pro hac vice)
9                                       Jerome A. Murphy (pro hac vice)
                                        CROWELL & MORING LLP
10                                      1001 Pennsylvania Avenue, N.W.
                                        Washington, D.C. 20004
11                                      Telephone:  202-624-2500
                                        Facsimile: 202-628-5116
12                                      Email: jhoward@crowell.com
                                               jmurphy@crowell.com
13
                                        Kenneth L. Adams (pro hac vice)
14                                      R. Bruce Holcomb (pro hac vice)
                                        Christopher T. Leonardo (pro hac vice)
15                                      ADAMS HOLCOMB LLP
                                        1875 Eye Street NW
16                                      Washington, DC 20006
                                        Telephone:  202-580-8822
17                                      Facsimile: 202-580-8821
                                        Email: adams@adamsholcomb.com
18                                             holcomb@adamsholcomb.com
                                               leonardo@adamsholcomb.com
19

20                                      *Counsel for Plaintiff Motorola Mobility, Inc.*

21  Dated:  December 28, 2011          By:    ____/s/ Derek F. Foran____

22                                      MORRISON & FOERSTER LLP
                                        Melvin Goldman
23                                      Stephen P. Freccero
                                        Derek F. Foran
24                                      425 Market Street
                                        San Francisco, California 94105-2482
25                                      Tel:  (415) 268-7000
                                        Fax:  (415) 268-7522
26
                                        *Counsel for Defendants Epson Imaging*
27                                      *Devices Corporation and Epson*
                                        *Electronics America, Inc.*
28

STIPULATION AND [PROPOSED] ORDER EXTENDING PARTIES' TIME
TO MOVE TO COMPEL AS TO CERTAIN DISCOVERY

1   Dated:  December 28, 2011                By:    /s/ Carl L. Blumenstein

2                                                NOSSAMAN LLP
3                                                Christopher A. Nedeau, Esq.
                                                 Carl L. Blumenstein, Esq.
                                                 Allison M. Dibley, Esq.
4                                                James A. Nickovich, Esq.
                                                 50 California Street, 34th Floor
5                                                San Francisco, CA 94111
                                                 Tel: (415) 398-3600
6                                                Fax: (415) 398-2438

7                                                *Counsel for Defendants AU Optronics*
                                                 *Corporation and AU Optronics*
8                                                *Corporation America*

9
    Dated:  December 28, 2011                By:    /s/ Harrison J. Frahn IV
10
                                                 SIMPSON THACHER
11                                               & BARTLETT LLP
                                                 Harrison J. Frahn IV, Esq. (SBN 206822)
12                                               Jason M. Bussey, Esq. (SBN 227185)
                                                 2550 Hanover Street
13                                               Palo Alto, CA  94304
                                                 Telephone: (650) 251-5000
14                                               Facsimile: (650) 251-5002
                                                 hfrahn@stblaw.com
15                                               jbussey@stblaw.com

16                                               *Counsel for Defendants Chi Mei*
                                                 *Corporation, Chimei Innolux Corporation,*
17                                               *CMO Japan Co., Ltd., Chi Mei*
                                                 *Optoelectronics USA Inc., Nexgen*
18                                               *Mediatech Inc., and Nexgen Mediatech*
                                                 *USA Inc.*

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING PARTIES' TIME
TO MOVE TO COMPEL AS TO CERTAIN DISCOVERY

1   Dated:  December 28, 2011          By:  ___/s/ Ramona Emerson_____

2                                      K&L GATES LLP
                                       Hugh F. Bangasser, Esq.
3                                      Ramona Emerson, Esq.
                                       925 Fourth Avenue, Suite 2900
4                                      Seattle, WA 98104-1158
                                       Tel: (206) 623-7580
5                                      Fax: (206) 623-7022

6                                      *Counsel for Defendants Hannstar Display*
                                       *Corporation*
7

8   Dated:  December 28, 2011          By:  ___/s/  Michael R. Lazerwitz_____

9                                      CLEARY GOTTLIEB STEEN &
                                       HAMILTON LLP
10                                     Michael R. Lazerwitz, Esq.
                                       Lee F. Berger, Esq.
11                                     Kelsey W. Shannon, Esq.
                                       2000 Pennsylvania Avenue N.W.
12                                     Washington, DC 20006
                                       Tel: (202) 974-1500
13                                     Fax: (202) 974-1999

14                                     *Counsel for Defendants LG Display*
                                       *America, Inc. and LG Display Co., Ltd.*
15

16  Dated:  December 28, 2011          By:  ___/s/ Brendan P. Cullen_____

17                                     SULLIVAN & CROMWELL LLP
                                       Garrard R. Beeney, Esq.
18                                     Theodore Edelman, Esq.
                                       125 Broad Street
19                                     New York, NY 10004-2498
                                       Tel: (212) 558-4000
20                                     Fax:  (212) 558-3588

21                                     Brendan P. Cullen, Esq.
                                       Shawn J Lichaa, Esq.
22                                     1870 Embarcadero Road
                                       Palo Alto, CA 94303
23                                     Tel: (650)461-5600
                                       Fax: (650) 461-5745
24

25                                     *Counsel for Defendants Philips Electronics*
                                       *North America Corporation*
26

27

28

1    Dated:  December 28, 2011          By:    /s/ Jeffrey Davidson

2
                                        COVINGTON & BURLING LLP
3                                       Timothy C. Hester, Esq.
                                        Robert D. Wick, Esq.
4                                       Derek Ludwin, Esq.
                                        Jeffrey Davidson, Esq.
5                                       One Front Street
                                        San Francisco, CA 94111
6                                       Tel:  (415) 591-6000
                                        Fax: (415) 591-6091
7

8                                       *Counsel for Defendants Samsung*
                                        *Electronics Co., Ltd., Samsung*
9                                       *Semiconductor, Inc., and Samsung*
                                        *Electronics America, Inc.*
10

     Dated:  December 28, 2011          By:    /s/ Michael W. Scarborough
11

12                                      SHEPPARD MULLIN RICHTER &
                                        HAMPTON LLP
13                                      Gary L. Halling
                                        James L. Mcginnis
14                                      Michael W. Scarborough
                                        Mona Solouki
15                                      Tyler M. Cunningham
                                        Four Embarcadero Center, 17th Floor
16                                      San Francisco, CA  94111-4106
                                        Tel: (415) 434-9100
17                                      Fax: (415) 434-3947

18                                      *Counsel for Defendants Samsung SDI Co.,*
                                        *Ltd. and Samsung SDI America, Inc.*
19

     Dated:  December 28, 2011          By:    /s/ Alison A. Davis
20

21                                      DAVIS WRIGHT TREMAINE LLP
                                        Allison A. Davis, Esq.
22                                      505 Montgomery Street, Suite 800
                                        San Francisco, CA  94111
23                                      Tel:  (415) 276-6500
                                        Fax: (415) 276-6599
24

25                                      *Counsel for Defendants Sanyo Consumer*
                                        *Electronics Co., Ltd.*
26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING PARTIES' TIME
TO MOVE TO COMPEL AS TO CERTAIN DISCOVERY

Dated:  December 28, 2011        By:   /s/ Colin West

                                 BINGHAM MCCUTCHEN LLP
                                 Colin West, Esq.
                                 Three Embarcadero Center
                                 San Francisco, CA 94111-4067
                                 Tel:  (415) 393-2000
                                 Fax:  (415) 393-2286

                                 *Counsel for Defendants Sharp Corporation
                                 and Sharp Electronics Corporation*

Dated:  December 28, 2011        By:   /s/ John H. Chung

                                 WHITE & CASE LLP
                                 Christopher M. Curran (*pro hac vice*)
                                 John H. Chung (*pro hac vice*)
                                 Martin M. Toto (*pro hac vice*)
                                 Kristen J. McAhren (*pro hac vice*)
                                 1155 Avenue of the Americas
                                 New York, NY 10036
                                 Tel:  (212) 819-8200
                                 Fax:  (212) 354-8113

                                 *Attorneys for Toshiba Corporation,
                                 Toshiba Mobile Display Co., Ltd., Toshiba
                                 America Electronic Components, Inc. and
                                 Toshiba America Information Systems, Inc.*

**Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from the other signatories.**

       /s/ Joshua C. Stokes

**Joshua Stokes**

**IT IS SO ORDERED.**

Dated:   12/29          , 2011

                                 *[signature]*

                                 Hon. Susan Illston, United States District Judge

STIPULATION AND [PROPOSED] ORDER EXTENDING PARTIES' TIME
TO MOVE TO COMPEL AS TO CERTAIN DISCOVERY