1  Jeffrey H. Howard (*pro hac vice*)
   Jerome A. Murphy (*pro hac vice*)
2  CROWELL & MORING LLP
   1001 Pennsylvania Avenue, N.W.
3  Washington, D.C. 20004
   Telephone: 202-624-2500
4  Facsimile: 202-628-5116
   Email: jhoward@crowell.com
5          jmurphy@crowell.com

6  Jason C. Murray (CA Bar No. 169806)
   Joshua C. Stokes (CA Bar No. 220214)
7  CROWELL & MORING LLP
   515 South Flower St., 40th Floor
8  Los Angeles, CA 90071
   Telephone: 213-622-4750
9  Facsimile: 213-622-2690
   Email: jmurray@crowell.com
10         jstokes@crowell.com

11 *Counsel for Plaintiff Motorola Mobility, Inc.*
   [Additional counsel listed on signature page]
12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                    SAN FRANCISCO DIVISION

16

| 17 | In re TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master Docket No. 07-m-1827 SI |
|---|---|---|
| 18 | This Document Relates To: | **STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING PLAINTIFF'S TIME TO MOVE TO COMPEL AS TO CERTAIN DISCOVERY** |
| 19 | *Motorola Mobility, Inc. v. AU Optronics Corporation, et al., C 09-5840 SI* | |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

MASTER FILE NO. 3:07
MD-1827 SI

STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFFS' TIME TO MOVE TO COMPEL AS TO CERTAIN DISCOVERY

1  Defendants Chi Mei Corp., Chimei Innolux Corp. ("Chimei Innolux"); Chi Mei
2  Optoelectronics Corp. USA, Inc.; CMO Japan Co. Ltd.; Nexgen Mediatech, Inc.; Nexgen
3  Mediatech USA, Inc. (collectively, "Chi Mei") and Plaintiff Motorola Mobility, Inc. ("Motorola")
4  stipulate as follows:

5  WHEREAS Motorola served a Set of Interrogatories on Chi Mei and a set of Requests for
6  Production of Documents on Chimei Innolux on November 4, 2011 (the "Discovery");

7  WHEREAS Chi Mei provided Responses and Objections to the Discovery on December
8  8, 2011;

9  WHEREAS the parties are meeting and conferring regarding Chi Mei's Responses and
10  Objections to the Discovery;

11  WHEREAS Chi Mei previously agreed to permit Motorola additional time to move to
12  compel further responses to the Discovery and the Court entered an Order on December 16, 2011
13  setting January 6, 2012 as the deadline to file motions to compel as to the Discovery;

14  WHEREAS the parties desire additional time to meet and confer to resolve their disputes
15  regarding the Discovery, and Chi Mei has agreed to provide Motorola additional time to move to
16  compel.

17  THEREFORE, Chi Mei and Motorola, by their respective undersigned counsel, stipulate
18  and agree as follows:

19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

CROWELL & MORING LLP
ATTORNEYS AT LAW

-1-   MASTER FILE NO. 3:07 MD-1827 SI
STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFFS' TIME TO MOVE TO COMPEL AS TO CERTAIN DISCOVERY

1  The deadline for Motorola to move to compel further responses to the Discovery shall be
2  extended to January 20, 2012.

3
4  Dated: January 4, 2012

5                                              /s/ Joshua C. Stokes

6  Jason C. Murray (CA Bar No. 169806)
   Joshua C. Stokes (CA Bar No. 220214)
7  CROWELL & MORING LLP
   515 South Flower St., 40th Floor
8  Los Angeles, CA  90071
   Telephone:  213-622-4750
9  Facsimile:  213-622-2690
   Email: jmurray@crowell.com
10           jstokes@crowell.com

11 Jeffrey H. Howard (*pro hac vice*)
   Jerome A. Murphy (*pro hac vice*)
12 CROWELL & MORING LLP
   1001 Pennsylvania Avenue, N.W.
13 Washington, D.C. 20004
   Telephone:  202-624-2500
14 Facsimile:  202-628-5116
   Email:  jhoward@crowell.com
15           jmurphy@crowell.com

16 Kenneth L. Adams (*pro hac vice*)
   R. Bruce Holcomb (*pro hac vice*)
17 Christopher T. Leonardo (*pro hac vice*)
   ADAMS HOLCOMB LLP
18 1875 Eye Street NW
   Washington, DC 20006
19 Telephone:  202-580-8822
   Facsimile: 202-580-8821
20 Email:  adams@adamsholcomb.com
            holcomb@adamsholcomb.com
21          leonardo@adamsholcomb.com

22
   *Counsel for Plaintiff Motorola Mobility, Inc.*
23

24

25

26

27

28

*/s/ Jason M. Bussey*

James G. Kreissman (SBN 206740)
Harrison J. Frahn IV (SBN 206822)
Jason M. Bussey (SBN 227185)
Michael R. Lizano (SBN 246222)
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, California 94304
jkreissman@stblaw.com
hfrahn@stblaw.com
jbussey@stblaw.com
mlizano@stblaw.com

*Attorney for Defendants Chi Mei Corporation, Chimei Innolux Corporation, Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd, Nexgen Mediatech, Inc. and Nexgen Mediatech USA, Inc.*

**IT IS SO ORDERED.**

Dated: _____, 2012

_____
Hon. Susan Illston, United States District Judge

DCACTIVE-17192046.1