4449

Jeffrey H. Howard (*pro hac vice*)
Jerome A. Murphy (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
Email: jhoward@crowell.com
       jmurphy@crowell.com

Jason C. Murray (CA Bar No. 169806)
Joshua C. Stokes (CA Bar No. 220214)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-622-4750
Facsimile: 213-622-2690
Email: jmurray@crowell.com
       jstokes@crowell.com

*Counsel for Plaintiff Motorola Mobility, Inc,*
[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master Docket No. 07-m-1827 SI |
| This Document Relates To: | **STIPULATION AND [PROPOSED] ORDER EXTENDING PARTIES' TIME TO MOVE TO COMPEL AS TO CERTAIN DISCOVERY** |
| *Motorola Mobility, Inc. v. AU Optronics Corporation, et al., C 09-5840 SI* | |

The undersigned Defendants in the above captioned-action and Plaintiff Motorola Mobility, Inc. ("Motorola") stipulate as follows:

WHEREAS various Defendants have served discovery on Motorola prior to October 31, 2011 seeking discovery of the basis for Motorola's contentions in its complaint regarding Defendants' participation in a conspiracy to affect the price of LCDs, to which Motorola has served responses and objections ("Contention Discovery"), and Defendants also served discovery requests related to other subjects, to which Motorola has served responses and objections;

WHEREAS the parties have been in negotiations regarding an extension of time for Motorola to supplement certain responses to the previously served discovery and to update its chart of conspiracy evidence it served on May 24, 2011 as "Attachment A" to its responses to certain discovery requests;

WHEREAS Motorola may serve supplemental responses to discovery requests served by any Defendant not joining this Stipulation and this Stipulation is without prejudice to (a) Motorola's ability to do so; or (b) the positions of any party not joining this stipulation with respect to any such supplemental responses;

NOW THEREFORE, the parties stipulate and agree as follows:

1. Motorola will serve an updated Attachment A to include any supplemental responses to the Contention Discovery by January 30, 2012 and the undersigned Defendants shall have until March 1, 2012 to file motions to compel with respect to any supplemented responses; and

2. Motorola will serve any supplemental responses it intends to provide related to subjects other than the Contention Discovery by January 20, 2012, and undersigned Defendants shall have until February 10, 2012 to file motions to compel with respect to any supplemented responses.

1  Dated: December 28, 2011

/s/ Joshua C. Stokes

Jason C. Murray (CA Bar No. 169806)
Joshua C. Stokes (CA Bar No. 220214)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-622-4750
Facsimile: 213-622-2690
Email: jmurray@crowell.com
       jstokes@crowell.com

Jeffrey H. Howard (*pro hac vice*)
Jerome A. Murphy (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
Email: jhoward@crowell.com
       jmurphy@crowell.com

Kenneth L. Adams (*pro hac vice*)
R. Bruce Holcomb (*pro hac vice*)
Christopher T. Leonardo (*pro hac vice*)
ADAMS HOLCOMB LLP
1875 Eye Street NW
Washington, DC 20006
Telephone: 202-580-8822
Facsimile: 202-580-8821
Email: adams@adamsholcomb.com
       holcomb@adamsholcomb.com
       leonardo@adamsholcomb.com

*Counsel for Plaintiff Motorola Mobility, Inc.*

Dated: December 28, 2011        By:    /s/ Derek F. Foran

MORRISON & FOERSTER LLP
Melvin Goldman
Stephen P. Freccero
Derek F. Foran
425 Market Street
San Francisco, California 94105-2482
Tel: (415) 268-7000
Fax: (415) 268-7522

*Counsel for Defendants Epson Imaging Devices Corporation and Epson Electronics America, Inc.*

| | | |
|---|---|---|
| 1 | Dated: December 28, 2011 | By: __/s/ Carl L. Blumenstein__ |
| 2 | | NOSSAMAN LLP |
| | | Christopher A. Nedeau, Esq. |
| 3 | | Carl L. Blumenstein, Esq. |
| | | Allison M. Dibley, Esq. |
| 4 | | James A. Nickovich, Esq. |
| | | 50 California Street, 34th Floor |
| 5 | | San Francisco, CA 94111 |
| | | Tel: (415) 398-3600 |
| 6 | | Fax: (415) 398-2438 |

*Counsel for Defendants AU Optronics Corporation and AU Optronics Corporation America*

Dated: December 28, 2011         By: __/s/ Harrison J. Frahn IV__

SIMPSON THACHER
& BARTLETT LLP
Harrison J. Frahn IV, Esq. (SBN 206822)
Jason M. Bussey, Esq. (SBN 227185)
2550 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002
hfrahn@stblaw.com
jbussey@stblaw.com

*Counsel for Defendants Chi Mei Corporation, Chimei Innolux Corporation, CMO Japan Co., Ltd., Chi Mei Optoelectronics USA Inc., Nexgen Mediatech Inc., and Nexgen Mediatech USA Inc.*

| | | |
|---|---|---|
| 1 | Dated: December 28, 2011 | By: /s/ Ramona Emerson |

                                                      K&L GATES LLP
Hugh F. Bangasser, Esq.
Ramona Emerson, Esq.
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Tel: (206) 623-7580
Fax: (206) 623-7022

*Counsel for Defendants Hannstar Display Corporation*

Dated: December 28, 2011        By: /s/ Michael R. Lazerwitz

CLEARY GOTTLIEB STEEN & HAMILTON LLP
Michael R. Lazerwitz, Esq.
Lee F. Berger, Esq.
Kelsey W. Shannon, Esq.
2000 Pennsylvania Avenue N.W.
Washington, DC 20006
Tel: (202) 974-1500
Fax: (202) 974-1999

*Counsel for Defendants LG Display America, Inc. and LG Display Co., Ltd.*

Dated: December 28, 2011        By: /s/ Brendan P. Cullen

SULLIVAN & CROMWELL LLP
Garrard R. Beeney, Esq.
Theodore Edelman, Esq.
125 Broad Street
New York, NY 10004-2498
Tel: (212) 558-4000
Fax: (212) 558-3588

Brendan P. Cullen, Esq.
Shawn J Lichaa, Esq.
1870 Embarcadero Road
Palo Alto, CA 94303
Tel: (650)461-5600
Fax: (650) 461-5745

*Counsel for Defendants Philips Electronics North America Corporation*

| | | |
|---|---|---|
| Dated: December 28, 2011 | By: | /s/ Jeffrey Davidson |

COVINGTON & BURLING LLP
Timothy C. Hester, Esq.
Robert D. Wick, Esq.
Derek Ludwin, Esq.
Jeffrey Davidson, Esq.
One Front Street
San Francisco, CA 94111
Tel: (415) 591-6000
Fax: (415) 591-6091

*Counsel for Defendants Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., and Samsung Electronics America, Inc.*

| | | |
|---|---|---|
| Dated: December 28, 2011 | By: | /s/ Michael W. Scarborough |

SHEPPARD MULLIN RICHTER & HAMPTON LLP
Gary L. Halling
James L. Mcginnis
Michael W. Scarborough
Mona Solouki
Tyler M. Cunningham
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4106
Tel: (415) 434-9100
Fax: (415) 434-3947

*Counsel for Defendants Samsung SDI Co., Ltd. and Samsung SDI America, Inc.*

| | | |
|---|---|---|
| Dated: December 28, 2011 | By: | /s/ Alison A. Davis |

DAVIS WRIGHT TREMAINE LLP
Allison A. Davis, Esq.
505 Montgomery Street, Suite 800
San Francisco, CA 94111
Tel: (415) 276-6500
Fax: (415) 276-6599

*Counsel for Defendants Sanyo Consumer Electronics Co., Ltd.*

| | | |
|---|---|---|
| Dated: December 28, 2011 | By: | /s/ Colin West |

                                      BINGHAM MCCUTCHEN LLP
                                      Colin West, Esq.
                                      Three Embarcadero Center
                                      San Francisco, CA 94111-4067
                                      Tel: (415) 393-2000
                                      Fax: (415) 393-2286

*Counsel for Defendants Sharp Corporation and Sharp Electronics Corporation*

| | | |
|---|---|---|
| Dated: December 28, 2011 | By: | /s/ John H. Chung |

                                      WHITE & CASE LLP
                                      Christopher M. Curran (*pro hac vice*)
                                      John H. Chung (*pro hac vice*)
                                      Martin M. Toto (*pro hac vice*)
                                      Kristen J. McAhren (*pro hac vice*)
                                      1155 Avenue of the Americas
                                      New York, NY 10036
                                      Tel: (212) 819-8200
                                      Fax: (212) 354-8113

*Attorneys for Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc. and Toshiba America Information Systems, Inc.*

        Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from the other signatories.

/s/ Joshua C. Stokes

**Joshua Stokes**

**IT IS SO ORDERED.**

Dated: _____, 2011

                                                    Hon. Susan Illston, United States District Judge