4488

Michael R. Lazerwitz (PRO HAC VICE)
Jeremy J. Calsyn (State Bar No. 205062)
Lee F. Berger (State Bar No. 222756)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000 (Phone)
(212) 225-3999 (Facsimile)
*mlazerwitz@cgsh.com*

Counsel for Defendants
LG DISPLAY CO., LTD.
LG DISPLAY AMERICA, INC.

Gwendolyn J. Cooley (Wisconsin Bar No. 1053856)
OFFICE OF THE WISCONSIN ATTORNEY GENERAL
P.O. Box 7857
Madison, Wisconsin 53707
(608) 261-5810 (Phone)
(608) 267-2778 (Facsimile)
*cooleygj@doj.state.wi.us*

Counsel for Plaintiff
STATE OF WISCONSIN

[additional parties and counsel listed in signature block]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | MASTER FILE NO. 3:07-md-1827 SI, MQ<br>MDL NO. 1827<br>CASE NO. 3:10-cv-3619-SI |
| This Document Relates to<br>Case No. 3:10-cv-3619 SI<br><br>STATE OF WISCONSIN<br>*Ex rel.* J.B. Van Hollen, Attorney General<br><br>Plaintiffs,<br><br>v.<br><br>AU Optronics Corporation, et al.,<br><br>Defendants. | **STIPULATION EXTENDING TIME FOR DISCOVERY WITH RESPECT TO THE STATE OF WISCONSIN AND [PROPOSED] ORDER** |

1

Plaintiff State of Wisconsin ("Plaintiff") and Defendants LG Display Co., Ltd., LG Display America, Inc., AU Optronics Corporation, and AU Optronics Corporation America ("Defendants"), parties to the above-entitled action (collectively referred to herein as the "Parties"), hereby stipulate as follows:

## STIPULATION

WHEREAS Defendant LG Display America, Inc. served an amended notice for the 30(b)(6) deposition of the State of Wisconsin, scheduled for December 2, 2011; and

WHEREAS the Plaintiff's designated deponent suddenly and unexpectedly became unable to sit for the deposition scheduled for December 2, 2011;

WHEREAS the Parties agreed in response to extend the discovery cutoff date to January 9, 2012, with respect (1) any discovery served upon the State of Wisconsin prior to the date of this stipulation; (2) the deposition of the designated Rule 30(b)(6) deponent for the State of Wisconsin; and (3) any discovery that directly relates to issues or concerns raised during the deposition of Wisconsin's designated Rule 30(b)(6) deponent;

WHEREAS Defendants took the deposition of Wisconsin's designated deponent on December 21, 2011; and

WHEREAS Defendants have reasserted ongoing discovery requests that relate to issues or concerns raised during the deposition of Wisconsin's designated deponent;

NOW, THEREFORE, the Parties, through their undersigned respective counsel, stipulate and request that the Court order that the discovery cutoff date of January 9, 2012, be extended through and including January 31, 2012, solely with respect to the following discovery upon the Plaintiff State of Wisconsin:

1. Any discovery served upon the State of Wisconsin prior to the date of this stipulation;
2. Any discovery that directly relates to issues or concerns raised during the deposition of Wisconsin's designated Rule 30(b)(6) deponent.

DATED: January 6, 2012

By:   /s/ Michael R. Lazerwitz
Michael R. Lazerwitz (PRO HAC VICE)
Jeremy J. Calsyn (State Bar No. 205062)
Lee F. Berger (State Bar No. 222756)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000 (Phone)
(212) 225-3999 (Facsimile)
mlazerwitz@cgsh.com

*Counsel for Defendants LG Display Co., Ltd. and LG Display America, Inc.*

By:   /s/ Christopher A. Nedeau
Christoper A. Nedeau (State Bar No. 81297)
Carl L. Blumenstein (State Bar No. 124158)
Allison Dibley (State Bar No. 213104)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
(415) 398-3600 (Phone)
(415) 398-2438 (Facsimile)
cnedeau@nossaman.com

*Counsel for Defendants AU Optronics Corporation and AU Optronics Corporation America*

By:   /s/ Gwendolyn J. Cooley
Gwendolyn J. Cooley (Wisconsin Bar No. 1053856)
OFFICE OF THE WISCONSIN ATTORNEY GENERAL
P.O. Box 7857
Madison, Wisconsin 53707
(608) 261-5810 (Phone)
(608) 267-2778 (Facsimile)
cooleygj@doj.state.wi.us

*Counsel for Plaintiff State of Wisconsin*

3

STIPULATION EXTENDING TIME FOR DISCOVERY WITH RESPECT TO THE STATE OF WISCONSIN AND [PROPOSED] ORDER, Case Nos. 3:07-md-1827 SI, MQ, 10-cv-3619-SI

**Attestation:** The filer of this document attests that concurrence in the filing of this document has been obtained from each of the other signatories.

By: /s/ Michael R. Lazerwitz
     Michael R. Lazerwitz

STIPULATION EXTENDING TIME FOR DISCOVERY WITH RESPECT TO THE STATE OF WISCONSIN AND [PROPOSED] ORDER, Case Nos. 3:07-md-1827 SI, MQ, 10-cv-3619-SI

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Under the parties' stipulation set forth above, IT IS SO ORDERED.

Dated _____

_____
Hon. Susan Illston
United States District Judge