4488

Michael R. Lazerwitz (PRO HAC VICE)
Jeremy J. Calsyn (State Bar No. 205062)
Lee F. Berger (State Bar No. 222756)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000 (Phone)
(212) 225-3999 (Facsimile)
*mlazerwitz@cgsh.com*

Counsel for Defendants
LG DISPLAY CO., LTD.
LG DISPLAY AMERICA, INC.

Gwendolyn J. Cooley (Wisconsin Bar No. 1053856)
OFFICE OF THE WISCONSIN ATTORNEY GENERAL
P.O. Box 7857
Madison, Wisconsin 53707
(608) 261-5810 (Phone)
(608) 267-2778 (Facsimile)
*cooleygj@doj.state.wi.us*

Counsel for Plaintiff
STATE OF WISCONSIN

[additional parties and counsel listed in signature block]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | MASTER FILE NO. 3:07-md-1827 SI, MQ MDL NO. 1827 CASE NO. 3:10-cv-3619-SI |
| This Document Relates to Case No. 3:10-cv-3619 SI | **STIPULATION EXTENDING TIME FOR DISCOVERY WITH RESPECT TO THE STATE OF WISCONSIN AND [PROPOSED] ORDER** |
| STATE OF WISCONSIN *Ex rel.* J.B. Van Hollen, Attorney General | |
| Plaintiffs, | |
| v. | |
| AU Optronics Corporation, et al., | |
| Defendants. | |

1

1    Plaintiff State of Wisconsin ("Plaintiff") and Defendants LG Display Co., Ltd., LG Display

2  America, Inc., AU Optronics Corporation, and AU Optronics Corporation America ("Defendants"),

3  parties to the above-entitled action (collectively referred to herein as the "Parties"), hereby stipulate

4  as follows:

5                                      **STIPULATION**

6    WHEREAS Defendant LG Display America, Inc. served an amended notice for the 30(b)(6)

7  deposition of the State of Wisconsin, scheduled for December 2, 2011; and

8    WHEREAS the Plaintiff's designated deponent suddenly and unexpectedly became unable to

9  sit for the deposition scheduled for December 2, 2011;

10   WHEREAS the Parties agreed in response to extend the discovery cutoff date to January 9,

11  2012, with respect (1) any discovery served upon the State of Wisconsin prior to the date of this

12  stipulation; (2) the deposition of the designated Rule 30(b)(6) deponent for the State of Wisconsin;

13  and (3) any discovery that directly relates to issues or concerns raised during the deposition of

14  Wisconsin's designated Rule 30(b)(6) deponent;

15   WHEREAS Defendants took the deposition of Wisconsin's designated deponent on

16  December 21, 2011; and

17   WHEREAS Defendants have reasserted ongoing discovery requests that relate to issues or

18  concerns raised during the deposition of Wisconsin's designated deponent;

19   NOW, THEREFORE, the Parties, through their undersigned respective counsel, stipulate and

20  request that the Court order that the discovery cutoff date of January 9, 2012, be extended through

21  and including January 31, 2012, solely with respect to the following discovery upon the Plaintiff

22  State of Wisconsin:

23      1.    Any discovery served upon the State of Wisconsin prior to the date of this stipulation;

24      2.    Any discovery that directly relates to issues or concerns raised during the deposition of

25            Wisconsin's designated Rule 30(b)(6) deponent.

26

27

28

STIPULATION EXTENDING TIME FOR DISCOVERY WITH RESPECT TO THE STATE OF WISCONSIN
AND [PROPOSED] ORDER, Case Nos. 3:07-md-1827 SI, MQ, 10-cv-3619-SI

1    DATED:  January 6, 2012

2

3                                          By:    /s/ Michael R. Lazerwitz
                                              Michael R. Lazerwitz (PRO HAC VICE)
4                                             Jeremy J. Calsyn (State Bar No. 205062)
                                              Lee F. Berger (State Bar No. 222756)
5                                             CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                              One Liberty Plaza
6                                             New York, NY 10006
                                              (212) 225-2000 (Phone)
7                                             (212) 225-3999 (Facsimile)
                                              mlazerwitz@cgsh.com
8
                                              Counsel for Defendants LG Display Co., Ltd. and
9                                             LG Display America, Inc.

10

11                                         By:    /s/ Christopher A. Nedeau
                                              Christoper A. Nedeau (State Bar No. 81297)
12                                            Carl L. Blumenstein (State Bar No. 124158)
                                              Allison Dibley (State Bar No. 213104)
13                                            NOSSAMAN LLP
                                              50 California Street, 34th Floor
14                                            San Francisco, CA 94111
                                              (415) 398-3600 (Phone)
15                                            (415) 398-2438 (Facsimile)
                                              cnedeau@nossaman.com
16
                                              Counsel for Defendants AU Optronics Corporation
17                                            and AU Optronics Corporation America

18

19                                         By:    /s/ Gwendolyn J. Cooley
                                              Gwendolyn J. Cooley (Wisconsin Bar No. 1053856)
20                                            OFFICE OF THE WISCONSIN ATTORNEY
                                              GENERAL
21                                            P.O. Box 7857
                                              Madison, Wisconsin 53707
22                                            (608) 261-5810 (Phone)
                                              (608) 267-2778 (Facsimile)
23                                            cooleygj@doj.state.wi.us

24                                            Counsel for Plaintiff State of Wisconsin

25

26

27

28

                                              3

**Attestation:**  The filer of this document attests that concurrence in the filing of this document has been obtained from each of the other signatories.


By:  _/s/ Michael R. Lazerwitz_____
     Michael R. Lazerwitz

STIPULATION EXTENDING TIME FOR DISCOVERY WITH RESPECT TO THE STATE OF WISCONSIN
AND [PROPOSED] ORDER, Case Nos. 3:07-md-1827 SI, MQ, 10-cv-3619-SI

1

**[PROPOSED] ORDER**

2

Under the parties' stipulation set forth above, IT IS SO ORDERED.

3

4

Dated _____1/6/11_____

_____

Hon. Susan Illston

5

United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5