1  Randall Allen (State Bar No. 264067)
2  **ALSTON + BIRD LLP**
   Two Palo Alto Square
3  3000 El Camino Real, Suite 400
   Palo Alto, California  94306
4  Telephone:  650-838-2000
   Facsimile:  650-838-2001
5  Email:  randall.allen@alston.com

6  Peter Kontio (peter.kontio@alston.com)
   Valarie C. Williams (valarie.williams@alston.com)
7  B. Parker Miller (parker.miller@alston.com)
   Joann E. Johnston (joann.johnston@alston.com)
8  Lisa K. Bojko (lisa.bojko@alston.com)
   Donald M. Houser (donald.houser@alston.com)
9  **ALSTON + BIRD LLP**
   1201 West Peachtree Street
10 Atlanta, Georgia 30309
   Telephone:  404-881-7000
11 Facsimile:  404-881-7777

12 Richard W. Stimson (rick.stimson@alston.com)
   **ALSTON + BIRD LLP**
13 Chase Tower, Suite 3601
   2200 Ross Avenue
14 Dallas, Texas 75201
   Telephone:  214-922-3400
15 Facsimile: 214-922-3899

16 *Attorneys for Plaintiffs Nokia Corporation and Nokia Inc.*

17
             **UNITED STATES DISTRICT COURT**
18       **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
                **SAN FRANCISCO DIVISION**
19

20  IN RE TFT-LCD (FLAT PANEL)
    ANTITRUST LITIGATION

21

22  This Document Relates to: Case No. 3:09-CV-5609
                                                    CASE NO:  3:09-CV-5609
23  NOKIA CORPORATION and                           MDL FILE NO:  3:07-MD-1827-SII
    NOKIA INC.,
24                                                  **STIPULATION OF DISMISSAL**
                        Plaintiffs,                 **AND PROPOSED ORDER**
25
    v.
26

27  AU OPTRONICS CORPORATION, et al.

                        Defendants.
28

---

**STIPULATION OF DISMISSAL AND PROPOSED ORDER**         **MASTER FILE NO. 3:07-MD-1827-SII**
                                                        **CASE NO. 3:09-CV-5609**

Plaintiff Nokia Corporation and Nokia Inc. ("Nokia"), and Defendants Seiko Epson Corporation; Epson Imaging Devices Corporation; and Epson Electronics America, Inc. ("Epson"), by their respective attorneys and under Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the present action with prejudice and state as follows:

1. Nokia and Epson seek the dismissal of this action with prejudice.

2. This stipulation does not affect the rights or claims of Nokia against any other defendant or co-conspirator in this litigation.

WHEREFORE, the parties respectfully request that this Court issue an Agreed Order of Dismissal.

**IT IS SO STIPULATED.**

Date: January 6, 2012.

By:   _//s// B. Parker Miller_
Randall Allen (State Bar No. 264067)
B. Parker Miller
**ALSTON + BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: 404-881-7000
Facsimile: 404-881-7777
***Counsel for Nokia Inc. and Nokia Corporation***

By:   _//s// Stephen P. Freccero_
Melvin R. Goldman (CA SB No. 34097)
Stephen P. Freccero (CA SB No. 131093)
Derek F. Foran (CA SB No. 224569)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, California 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
***Counsel for Defendants Seiko Epson Corporation; Epson Imaging Devices Corporation; and Epson Electronics America, Inc.***

Randall Allen (State Bar No. 264067)
**ALSTON + BIRD LLP**
275 Middlefield Road, Suite 150
Menlo Park, California  94025
Telephone:  650-838-2000
Facsimile:   650-838-2001
Email:  randall.allen@alston.com

Peter Kontio (peter.kontio@alston.com)
Valarie C. Williams (valarie.williams@alston.com)
B. Parker Miller (parker.miller@alston.com)
**ALSTON + BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone:  404-881-7000
Facsimile:   404-881-7777

Richard W. Stimson (rick.stimson@alston.com)
**ALSTON + BIRD LLP**
Chase Tower, Suite 3601
2200 Ross Avenue
Dallas, Texas 75201
Telephone:  214-922-3400
Facsimile:   214-922-3899

*Attorneys for Plaintiffs Nokia Corporation and Nokia Inc.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates to:  All Cases<br><br>NOKIA CORPORATION and NOKIA INC.,<br><br>                    Plaintiffs,<br><br>v.<br><br>AU OPTRONICS CORPORATION et al.<br><br>                    Defendants. | CASE NO: 3:09-CV-5609<br>MDL FILE NO: 3:07-MD-1827-SI<br><br>**PROPOSED ORDER** |

The Court having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. Nokia Corporation and Nokia Inc.'s action is dismissed with prejudice as to Defendants

**PROPOSED ORDER**   1   **MASTER FILE NO. 07-MD-1827-SI**
**CASE NO. 3:09-CV-5609**

1  Seiko Epson Corporation; Epson Imaging Devices Corporation; and Epson Electronics America, Inc.
2  pursuant to FRCP 41(a)(2).
3      2. Each party shall bear their own costs and attorneys' fees.
4      IT IS SO ORDERED.
5      This 6th day of January, 2012.

Dated: 1/6/12

_____
Hon. Susan Y. Illston
United States District Judge