4492

1   MORGAN, LEWIS & BOCKIUS LLP
    KENT M. ROGER, State Bar No. 95987
2   HERMAN J. HOYING, State Bar No. 257495
    S. JESSICA OURK, State Bar No. 275658
3   One Market, Spear Street Tower
    San Francisco, CA  94105-1126
4   Tel:  415.442.1000
    Fax:  415.442.1001
5   kroger@morganlewis.com
    hhoying@morganlewis.com
6   jourk@morganlewis.com

7   Attorneys for Defendants
    HITACHI, LTD., HITACHI DISPLAYS, LTD.,
8   HITACHI ELECTRONIC DEVICES (USA), INC.

9

10                  UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                       (SAN FRANCISCO DIVISION)

13

| 14 | This Document Relates to:<br>Individual Case No. 3:11-cv-00058-SI | Master File No. 3:07-md-1827 |
|---|---|---|
| 15 | | MDL No. 1827 |
| 16 | COSTCO WHOLESALE<br>CORPORATION, | |
| 17 | Plaintiff, | **STIPULATION PURSUANT TO CIVIL LOCAL RULE 6-1(a) FOR EXTENSION OF TIME TO ANSWER COSTCO'S SECOND** |
| 18 | v. | **AMENDED COMPLAINT** |
| 19 | AU OPTRONICS CORPORATION, *et al.,* | Honorable Susan Illston |
| 20 | | |
| 21 | Defendants. | |

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 22883113.2

Plaintiff and Defendants Hitachi, Ltd., Hitachi Displays, Ltd. and Hitachi Electronic

Devices (USA), Inc. (collectively, the "Hitachi Defendants"), through the undersigned counsel,

hereby agree and enter into the following Stipulation to extend the deadline for the Hitachi

Defendants to answer Plaintiff's Second Amended Complaint and Jury Demand ("Second

Amended Complaint").

WHEREAS plaintiff Costco filed its Second Amended Complaint on December 23, 2011;

and

WHEREAS the Hitachi Defendants need additional time to answer the Second Amended

Complaint due to the recent holidays.

THEREFORE, Plaintiff and the Hitachi Defendants hereby agree and stipulate, pursuant

to Rule 6-1(a) of the Civil Local Rules:

1.      The Hitachi Defendants' deadline to answer the Second Amended Complaint shall

be January 13, 2011.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated:  January 6, 2012           By: /s/ David J. Burman

David J. Burman (admitted *pro hac vice*)
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
Tel:  (415) 344-7000
Fax:  (415) 344-7302
*dburman@perkinscoie.com*

*Attorneys for Plaintiff Costco Wholesale Corporation*

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 22883113.2

-2-

CASE NO. 3:11-CV-00058 SI; MDL NO. 1827
STIPULATION FOR EXTENSION OF TIME

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN LEWIS & BOCKIUS LLP

By: /s/ Kent M. Roger
Kent M. Roger (SBN 95987)
Morgan Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA  94105
Tel:  (415) 442-1000
Fax:  (415) 442-1001
kroger@morganlewis.com

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays,*
*Ltd., and Hitachi Electronic Devices (USA), Inc.*

## **FILER'S ATTESTATION**

I, Kent M. Roger, am the ECF user whose identification and password are being used to file

this Stipulation.  In compliance with General Order 45.X.B, I hereby attest that David J.

Burman concurs in this filing.

/s/ Kent M. Roger
Kent M. Roger

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays,*
*Ltd., and Hitachi Electronic Devices (USA), Inc.*

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 22883113.2

-3-

CASE NO. 3:11-CV-00058 SI; MDL NO. 1827
STIPULATION FOR EXTENSION OF TIME