1  Randall Allen (State Bar No. 264067)
   **ALSTON + BIRD LLP**
2  275 Middlefield Road, Suite 150
   Menlo Park, California  94025
3  Telephone:  650-838-2000
   Facsimile:  650-838-2001
4  Email:  randall.allen@alston.com

5  Peter Kontio (peter.kontio@alston.com)
   Valarie C. Williams (valarie.williams@alston.com)
6  B. Parker Miller (parker.miller@alston.com)
   **ALSTON + BIRD LLP**
7  1201 West Peachtree Street
   Atlanta, Georgia 30309
8  Telephone:  404-881-7000
   Facsimile:  404-881-7777

9  Richard W. Stimson (rick.stimson@alston.com)
   **ALSTON + BIRD LLP**
10 Chase Tower, Suite 3601
   2200 Ross Avenue
11 Dallas, Texas 75201
   Telephone:  214-922-3400
12 Facsimile:  214-922-3899

13 *Attorneys for Plaintiffs Nokia Corporation and Nokia Inc.*

14                  **UNITED STATES DISTRICT COURT**
            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
15                      **SAN FRANCISCO DIVISION**

16 IN RE TFT-LCD (FLAT PANEL) ANTITRUST
   LITIGATION
17
   This Document Relates to:  All Cases
18
19 NOKIA CORPORATION and
   NOKIA INC.,
20                                              CASE NO:  3:09-CV-5609
                       Plaintiffs,             MDL FILE NO:  3:07-MD-1827-SI
21
   v.                                          ~~PROPOSED~~ **ORDER**
22
23 AU OPTRONICS CORPORATION et al.
                       Defendants.
24
25
26     The Court having considered the stipulation of the parties, and good cause appearing
27 therefore, orders as follows:
28     1. Nokia Corporation and Nokia Inc.'s action is dismissed with prejudice as to Defendants

1    Seiko Epson Corporation; Epson Imaging Devices Corporation; and Epson Electronics America, Inc.

2    pursuant to FRCP 41(a)(2).

3        2. Each party shall bear their own costs and attorneys' fees.

4        IT IS SO ORDERED.

5        This ___9th___ day of January, 2012.

8    Dated: _____

                                            _____

9                                              Hon. Susan Y. Illston

                                          United States District Judge