4502

Brad D. Brian (State Bar No. 079001)
Stuart N. Senator (State Bar No. 148009)
Jonathan E. Altman (State Bar No. 170607)
Truc T. Do (State Bar No. 191845)
Hailyn C. Chen (State Bar No. 237436)
MUNGER, TOLLES & OLSON LLP
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Brad.Brian@mto.com

Jerome C. Roth (State Bar No. 159483)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Michael R. Lazerwitz (PRO HAC VICE)
Jeremy J. Calsyn (State Bar No. 205062)
Lee F. Berger (State Bar No. 222756)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
mlazerwitz@cgsh.com

Attorneys for Defendants LG DISPLAY AMERICA, INC and LG DISPLAY CO., LTD

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | CASE NO. 3: 07-md-1827 SI<br>MDL NO. 1827 |
| This Document Relates To:<br><br>ALL INDIRECT PURCHASER CLASS ACTIONS | **STIPULATION OF EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF IPPS' MOTION FOR PRELIMINARY APPROVAL**<br><br>The Honorable Susan J. Illston |

1

STIPULATION OF EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF IPPS' MOTION FOR PRELIMINARY APPROVAL, Case No. 3:07-md-1827-SI

WHEREAS on December 23, 2011, the Indirect Purchaser Plaintiffs ("IPPs") filed a motion for preliminary approval of their settlements with, *inter alia*, Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor Inc. (collectively "Samsung") (Dkt. No. 4424), which is set for hearing January 20, 2012;

WHEREAS on January 4, 2012, LG Display America, Inc. and LG Display Co., Ltd. (collectively "LG"), filed a partial opposition to the IPPs' motion challenging aspects of the IPPs' settlement with Samsung (Dkt. No. 4485);

WHEREAS Samsung's reply to LG's partial opposition would ordinarily be due on January 11, 2012;

WHEREAS Samsung desires a modest extension of two days to January 13, 2012 to file its reply, and LG is not opposed to this extension; and

WHEREAS, this extension will not alter the date of any event or any deadline already fixed by the Court, and the reply will be filed a week before the scheduled hearing;

THEREFORE, LG and Samsung hereby agree pursuant to Local Rule 6-2:

Samsung shall file its reply in support of the IPPs' motion for preliminary approval no later than January 13, 2012.

A proposed order is set forth below for the Court's convenience.

IT IS SO STIPULATED.

Dated:  January 6, 2012

By: */s/ Jerome C. Roth*
Brad D. Brian (State Bar No. 079001)
Stuart N. Senator (State Bar No. 148009)
Jonathan E. Altman (State Bar No. 170607)
Truc T. Do (State Bar No. 191845)
Hailyn C. Chen (State Bar No. 237436)
MUNGER, TOLLES & OLSON LLP
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Brad.Brian@mto.com

Jerome C. Roth (State Bar No. 159483)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Michael R. Lazerwitz (PRO HAC VICE)
Jeremy J. Calsyn (State Bar No. 205062)
Lee F. Berger (State Bar No. 222756)

Case 3:07-md-01827-SI   Document 4515   Filed 01/10/12   Page 3 of 3

CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Ave., NW
Washington, DC 20006
(202) 974-1500 (Phone)
(202) 974-1999 (Facsimile)
*mlazerwitz@cgsh.com*

*Attorneys for Defendants*
LG Display Co., Ltd. and LG Display America, Inc.


By: */s/ Robert Wick*
Robert Wick (*pro hac vice*)
Neil Roman (*pro hac vice*)
Derek Ludwin (*pro hac vice*)
Jeffrey Davidson (State Bar No. 248620)
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., NW
Washington, DC 20004
(202) 662-6000 (Phone)
(202) 662-6291 (Facsimile)
*rwick@cov.com*

*Attorneys for Defendants*
Samsung Electronics Co., Ltd.,
Samsung Semiconductor, Inc. and
Samsung Electronics America, Inc.

Attestation: The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation set forth above, IT IS SO ORDERED.

Dated: January  9  , 2012          By: _____

Hon. Susan Y. Illston
United States District Judge

3

STIPULATION OF EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF IPPS' MOTION FOR PRELIMINARY APPROVAL, Case No. 3:07-md-1827-SI