4503

CHRISTOPHER A. NEDEAU (SBN 81297)
CARL L. BLUMENSTEIN (SBN 124158)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA  94111
Telephone:    (415) 398-3600
Facsimile:    (415) 398-2438
cnedeau@nossaman.com
cblumenstein@nossaman.com

Attorneys for Defendants
AUO Optronics Corporation and
AUO Optronics Corporation America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| IN RE:  TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 07-md-1827 SI<br>MDL No. 1827 |
|---|---|
| This Document Relates To:<br>*Costco Wholesale Corporation v. AU Optronics Corporation, et al.*, Case No. 11-cv-0058 | **STIPULATION REGARDING RESPONSE TO COSTCO'S SECOND AMENDED COMPLAINT** |

Plaintiff Costco Wholesale Corporation ("Costco") and Defendants AUO Optronics Corporation and AUO Optronics Corporation America (collectively, "AUO") hereby stipulate and agree that AUO shall have until January 9, 2012 to respond to Costco's Second Amended Complaint

Dated: January 6, 2012

PERKINS COIE, LLP

By: ____/s/ Cori G. Moore_____
        Cori G. Moore
        Attorney for Plaintiff Costco
        Wholesale Corporation

NOSSAMAN LLP

By: _____*/s/ Carl L. Blumenstein*_____
        Carl L. Blumenstein
        Attorneys for Defendants
        AUO Optronics Corporation and
        AUO Optronics Corporation America

1  **IT IS SO ORDERED.**

2  Dated: __1/9/12__                    _____
3                                         The Honorable Susan Y. Illston
4                                         United States District Judge

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28