1   SHEPPARD MULLIN RICHTER & HAMPTON LLP
       A Limited Liability Partnership
2       Including Professional Corporations
    GARY L. HALLING, Cal. Bar No. 66087
3   JAMES L. McGINNIS, Cal. Bar No. 95788
    MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
4   MONA SOLOUKI, Cal. Bar No. 215145
    TYLER M. CUNNINGHAM, Cal. Bar No. 243694
5   Four Embarcadero Center, 17th Floor
    San Francisco, California  94111-4106
6   Telephone:     415-434-9100
    Facsimile:      415-434-3947
7   E-mail:         ghalling@sheppardmullin.com
                    jmcginnis@sheppardmullin.com
8                   mscarborough@sheppardmullin.com
                    msolouki@sheppardmullin.com
9                   tcunningham@sheppardmullin.com

10  ERIC S. O'CONNOR, Cal. Bar. No. 223244          4416
    30 Rockefeller Plaza
11  New York, New York 10112-0015
    Telephone:     212-653-8700
12  Facsimile:      212-653-8701
    E-mail:         eoconnor@sheppardmullin.com
13
    Attorneys for Defendants
14  SAMSUNG SDI CO., LTD. and
    SAMSUNG SDI AMERICA, INC.
15

16                    UNITED STATES DISTRICT COURT

17                 NORTHERN DISTRICT OF CALIFORNIA

18                      SAN FRANCISCO DIVISION

19

20  In re: TFT-LCD (FLAT PANEL)          Master Case No. 3:07-md-1827-SI
    ANTITRUST LITIGATION                 MDL NO. 1827
21
                                         Case Nos.     3:09-cv-5840-SI;
22  This Document Relates to:                          3:09-cv-4997-SI;
                                                        ~~3:09-cv-4945-SI~~
23  *Motorola Mobility, Inc. v. AU Optronics*          10-4945
    *Corp., et al.,*
24                                       **STIPULATION AND [~~PROPOSED~~]
                                         ORDER RE EXTENSION OF TIME TO**
25  *AT&T Mobility LLC v. AU Optronics Corp., et*      **MOVE TO COMPEL**
    *al.,*
26
    *Target Corp. v. AU Optronics Corp., et al.,*
27

28

    W02-WEST:1ESC1\404345681.1                        STIPULATION AND [PROPOSED] ORDER RE
                                                       EXTENSION OF TIME TO MOVE TO COMPEL

1    Defendants Samsung SDI Co., Ltd. and Samsung SDI America, Inc. ("SDI") and Plaintiffs

2  Motorola Mobility, Inc. ("Motorola"); AT&T Mobility, LLC, AT&T Corp., AT&T Services, Inc.,

3  Bellsouth Telecommunications, Inc., Pacific Bell Telephone Company, AT&T Operations, Inc.,

4  AT&T DataComm, Inc., Southwestern Bell Co. ("AT&T"); Target Corp.; Sears Roebuck and Co.;

5  Kmart Corp.; Old Comp Inc.; Good Guys, Inc.; RadioShack Corp.; Newegg Inc. ("Target", and

6  collectively with Motorola and AT&T, "Plaintiffs"), stipulate as follows:

7    Whereas, Motorola served its responses to the First Set of Interrogatories and the First Set

8  of Requests for Production of Documents propounded by defendant SDI in the above-captioned

9  case on October 24, 2011;

10    Whereas, the AT&T and Target plaintiffs served their responses to discovery requests

11  propounded by defendant SDI in the above-captioned cases on December 7, 2011 pursuant to a

12  prior Stipulation and Order [Dkt. No. 4216];

13    Whereas, SDI and Plaintiffs met and conferred regarding Motorola's response to SDI'S

14  First Set of Interrogatories, No.1 and SDI'S First Demand for Production of Documents, No. 17,

15  and regarding the AT&T and Target plaintiffs' responses to SDI'S First Set of Interrogatories, First

16  Set of Requests for Admission, and First set of Demands for Production of Documents (the

17  "Discovery Requests") on December 20-21, 2011;

18    Whereas, the current deadline for SDI to file motions to compel with respect to the

19  Discovery Requests in the above-captioned cases is December 23, 2011 [Dkt. Nos. 4216 and

20  4353].  Plaintiffs have agreed to supplement certain of their responses and will consider

21  supplementing various other responses to the Discovery Requests, and Plaintiffs have agreed to

22  permit SDI additional time to move to compel further responses to the Discovery Requests.

23    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the

24  undersigned counsel, on behalf of their respective clients, Plaintiffs, on the one hand, and SDI, on

25  the other hand, as follows:  (i) Plaintiffs' deadline to provide any supplemental responses to the

26  Discovery Requests shall be extended to January 30, 2012; and (ii) SDI's deadline to move to

27  compel further responses to the Discovery Requests shall be extended to February 13, 2012.

28
-1-
W02-WEST:1ESC1\404345681.1                    STIPULATION AND [PROPOSED] ORDER RE
                                              EXTENSION OF TIME TO MOVE TO COMPEL

1   Dated: December 21, 2011

2                                                        */s/ Eric S. O'Connor*
                                                        Eric S. O'Connor (SBN 223244)
3                                                        SHEPPARD MULLIN RICHTER & HAMPTON
                                                        30 Rockefeller Plaza
4                                                        New York, New York 10112-0015
                                                        Telephone: 212-653-8700
5                                                        Facsimile: 212-653-8701
                                                        E-mail: eoconnor@sheppardmullin.com
6

7                                                        Michael W. Scarborough (SBN 203524)
                                                        SHEPPARD MULLIN RICHTER & HAMPTON
8                                                        Four Embarcadero Center, 17th Floor
                                                        San Francisco, California  94111
9                                                        Telephone:  (415) 434-9100
                                                        Facsimile:  (415) 434-3947
10                                                       mscarborough@sheppardmullin.com

11
                                                        *Counsel for Defendants Samsung SDI America, Inc.
12                                                       and Samsung SDI Co., Ltd.*

13   Dated: December 21, 2011

14                                                       */s/ Joshua C. Stokes*

15                                                       Nathanial J. Wood (CA Bar No. 223547)
                                                        Jason C. Murray (CA Bar No. 169806)
16                                                       Joshua C. Stokes (CA Bar No. 220214)
                                                        CROWELL & MORING LLP
17                                                       515 South Flower St., 40th Floor
                                                        Los Angeles, CA  90071
18                                                       Telephone:  213-622-4750
                                                        Facsimile:  213-622-2690
19                                                       Email: nwood@crowell.com
                                                               jmurray@crowell.com
20                                                             jstokes@crowell.com

21                                                       Jeffrey H. Howard (pro hac vice)
                                                        Jerome A. Murphy (pro hac vice)
22                                                       CROWELL & MORING LLP
                                                        1001 Pennsylvania Avenue, N.W.
23                                                       Washington, D.C. 20004
                                                        Telephone:  202-624-2500
24                                                       Facsimile:  202-628-5116
                                                        Email:  jhoward@crowell.com
25                                                              jmurphy@crowell.com

26                                                       Kenneth L. Adams (pro hac vice)
                                                        R. Bruce Holcomb (pro hac vice)
27                                                       Christopher T. Leonardo (pro hac vice)
                                                        ADAMS HOLCOMB LLP

28                                                       -2-

W02-WEST:1ESC1\404345681.1                          STIPULATION AND [PROPOSED] ORDER RE
                                                    EXTENSION OF TIME TO MOVE TO COMPEL

1   1875 Eye Street NW
    Washington, DC 20006
2   Telephone:  202-580-8822
    Facsimile: 202-580-8821
3   Email:  adams@adamsholcomb.com
            holcomb@adamsholcomb.com
4           leonardo@adamsholcomb.com

5

6   *Counsel for Plaintiffs*

7       Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of

8   this document has been obtained from each of the above signatories.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

1   **IT IS SO ORDERED.**

2

3   Dated: _____, 2011
                 1/9/12

4

5

6                                     _____

7                       Susan Illston, United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

STIPULATION AND [PROPOSED] ORDER RE
EXTENSION OF TIME TO MOVE TO COMPEL