4532

Jeffrey H. Howard (*pro hac vice*)
Jerome A. Murphy (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
Email: jhoward@crowell.com
       jmurphy@crowell.com

Jason C. Murray (CA Bar No. 169806)
Joshua C. Stokes (CA Bar No. 220214)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-622-4750
Facsimile: 213-622-2690
Email: jmurray@crowell.com
       jstokes@crowell.com

*Counsel for Plaintiff Motorola Mobility, Inc,
AT&T Mobility LLC, et al., Target Corp, et al.*
[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master Docket No. 07-m-1827 SI |
| This Document Relates To: | **STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING PLAINTIFFS' TIME TO MOVE TO COMPEL AS TO CERTAIN DISCOVERY** |
| *Motorola Mobility, Inc. v. AU Optronics Corporation, et al., C 09-5840 SI* | |
| *AT&T Mobility LLC, et al. v. AU Optronics Corp., et al., C 09-4997 SI* | |
| *Target Corp., et al. v. AU Optronics Corp., et al., Case No. CV-04945 SI* | |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

MASTER FILE NO. 3:07
MD-1827 SI

STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFFS' TIME TO MOVE TO COMPEL AS TO CERTAIN DISCOVERY

1    Defendant Hannstar Display Corporation ("Hannstar") and Plaintiffs Motorola Mobility,
2 Inc., AT&T Mobility, LLC, AT&T Corp., AT&T Services, Inc., Pacific Bell Telephone
3 Company, AT&T Operations, Inc., AT&T DataComm, Inc., Southwestern Bell Co., Target Corp.,
4 Sears, Roebuck and Co., Kmart Corp., Old Comp Inc., Good Guys, Inc., RadioShack Corp., and
5 Newegg Inc. (collectively "Plaintiffs") stipulate as follows:
6    WHEREAS Plaintiffs served a Joint Set of Interrogatories and a Joint Set of Requests for
7 Production of Documents on Hannstar and certain other defendants on November 2, 2011 (the
8 "Discovery");
9    WHEREAS Hannstar provided Responses and Objections to the Discovery on December
10 5, 2011;
11    WHEREAS the parties have met and conferred regarding Hannstar's Responses and
12 Objections to the Discovery, but require additional time to complete the meet and confer process;
13    WHEREAS Hannstar may wish to supplement its Responses and Objections to the
14 Discovery upon completing the meet and confer process;
15    WHEREAS Hannstar intends to produce additional documents, but such production will
16 not occur prior to the deadline for filing motions to compel;
17    WHEREAS the current deadline to file motions to compel in the above-captioned cases is
18 January 13, 2012, pursuant to Order of the Court dated December 19, 2011, and Hannstar has
19 agreed to permit Plaintiffs additional time to move to compel further responses to the Discovery;
20    THEREFORE, Hannstar and Plaintiffs, by their respective undersigned counsel, stipulate
21 and agree as follows:
22    The deadline for Plaintiffs to move to compel further response to the Discovery shall be
23 extended to February 10, 2012.

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-1-    MASTER FILE NO. 3:07 MD-1827 SI
STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFFS' TIME TO MOVE TO COMPEL AS TO CERTAIN DISCOVERY

Dated: January 11, 2012

/s/ Jason C. Murray
———————————————

Jason C. Murray (CA Bar No. 169806)
Joshua C. Stokes (CA Bar No. 220214)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-622-4750
Facsimile: 213-622-2690
Email: jmurray@crowell.com
   jstokes@crowell.com

Jeffrey H. Howard (*pro hac vice*)
Jerome A. Murphy (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
Email: jhoward@crowell.com
   jmurphy@crowell.com

Kenneth L. Adams (*pro hac vice*)
R. Bruce Holcomb (*pro hac vice*)
Christopher T. Leonardo (*pro hac vice*)
ADAMS HOLCOMB LLP
1875 Eye Street NW
Washington, DC 20006
Telephone: 202-580-8822
Facsimile: 202-580-8821
Email: adams@adamsholcomb.com
   holcomb@adamsholcomb.com
   leonardo@adamsholcomb.com

*Counsel for Plaintiff Motorola Mobility, Inc., AT&T Mobility, LLC, AT&T Corp., AT&T Services, Inc., BellSouth Telecommunications, Inc., Pacific Bell Telephone Company, AT&T Operations, Inc., AT&T DataComm, Inc., and Southwestern Bell Telephone Company, Target Corporation; Sears, Roebuck and Co.; Kmart Corporation; Old Comp Inc.; Good Guys, Inc.; RadioShack Corporation; and Newegg Inc.*

|   |   |
|---|---|
| 1 |   |
| 2 | _/s/ Christopher M. Wyant_ |
| 3 | Hugh F. Bangasser, (Pro Hac Vice) |
|   | Ramona M. Emerson, (Pro Hac Vice) |
| 4 | Christopher M. Wyant, (Pro Hac Vice) |
|   | K&L GATES LLP |
| 5 | 925 Fourth Avenue, Suite 2900 |
|   | Seattle, WA 98104-1158 |
| 6 | Phone: (206) 623-7580 |
|   | Fax: (206) 623-7022 |

Hugh F. Bangasser, (Pro Hac Vice)
Ramona M. Emerson, (Pro Hac Vice)
Christopher M. Wyant, (Pro Hac Vice)
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Phone: (206) 623-7580
Fax: (206) 623-7022

Jeffrey L. Bornstein, State Bar No. 99358
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Phone: (415) 249-1059
Fax: (415) 882-8220

*Attorneys for Defendant HannStar Display Corporation*

**IT IS SO ORDERED.**

Dated: ____1/12_____, 2011

_[signature: Susan Illston]_

Hon. Susan Illston, United States District Judge

DCACTIVE-17271291.1