1 | Harrison J. Frahn IV (SBN 206822)
2 | hfrahn@stblaw.com
  | SIMPSON THACHER & BARTLETT LLP
3 | 2550 Hanover Street
  | Palo Alto, CA  94304
4 | Telephone:    (650) 251-5000
  | Facsimile:    (650) 251-5002
5 |
6 | *Attorneys for Defendants*                       4545
  | *Chi Mei Optoelectronics Corporation,*
7 | *Chi Mei Optoelectronics USA, Inc., and*
  | *CMO Japan Co., Ltd.*
8 |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | CASE NO. 3:11-cv-00711-SI |
| | MDL NO. 3:07-md-1827-SI |
| This Document Relates to Individual Case No. 3:11-cv-00711-SI | **STIPULATION AND [P~~ROPOSED~~] ORDER REGARDING TIME TO RESPOND TO AMENDED COMPLAINT** |
| THE STATE OF NEW YORK, | |
| Plaintiff, | |
| vs. | |
| AU OPTRONICS CORPORATION, *et al.*, | |
| Defendants. | |

The undersigned counsel, on behalf of their respective clients, hereby respectfully request an extension of the deadline for Defendants Chimei Innolux Corporation (f/k/a Chi Mei Optoelectronics Corporation), Chi Mei Optoelectronics USA, Inc., and CMO Japan Co., Ltd. (collectively, the "Chi Mei Defendants"), and Defendants Hitachi, Ltd., Hitachi Displays, Ltd., and Hitachi Electronic Devices (USA), Inc. (collectively, the "Hitachi Defendants"), to respond to the amended complaint filed by Plaintiff State of New York on March 15, 2011, in the above-captioned litigation (the "Amended Complaint").

WHEREAS the Chi Mei Defendants and Hitachi Defendants, jointly with other Defendants in this action, filed a motion to dismiss the Amended Complaint on May 5, 2011;

WHEREAS the Court entered an order granting in part and denying in part Defendants' joint motion to dismiss the Amended Complaint on August 9, 2011 (the "August 9, 2011 Order");

WHEREAS on August 25, 2011, the Court entered an order extending Defendants' deadline to answer the Amended Complaint to September 14, 2011;

WHEREAS on September 14, 2011, the Court entered an order extending Defendants' deadline to answer the Amended Complaint to October 25, 2011;

WHEREAS on October 21, 2011, Plaintiff, the Chi Mei Defendants, and the Hitachi Defendants filed a joint stipulation to extend the Chi Mei and Hitachi Defendants' deadline to answer the Amended Complaint to November 22, 2011;

WHEREAS on October 26, 2011, the Court entered an order modifying the pretrial and trial schedule in the above-captioned litigation;

WHEREAS on November 15, 2011, the Court entered an order (i) granting Plaintiff's motion for leave to file a motion for reconsideration and (ii) granting in part and denying in part reconsideration of the August 9, 2011 Order.

WHEREAS on November 23, 2011, the Court entered an order extending the Chi Mei and Hitachi Defendants' deadline to answer the Amended Complaint to December 9, 2011;

WHEREAS on December 15, 2011, the Court entered an order extending the Chi Mei and Hitachi Defendants' deadline to answer the Amended Complaint to January 13, 2012;

1

STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO RESPOND TO AMENDED COMPLAINT
CASE NO. 3:11- CV-00711-SI; MDL NO. 3:07-MD-1827-SI

1    WHEREAS Plaintiff State of New York, on the one hand, and the Chi Mei and Hitachi
2 Defendants, on the other, have agreed to a settlement in principle of the above-captioned litigation
3 and have now memorialized their respective settlements;
4    WHEREAS on December 23, 2011, Plaintiff State of New York joined in a motion seeking
5 preliminary approval of its settlements with the Chi Mei Defendants and the Hitachi Defendants;
6    WHEREAS on December 27, 2011, the Court entered an order advancing the date on the
7 hearing of the preliminary approval motion to January 20, 2012;
8    WHEREAS the parties would benefit from an extension of time to answer as the Court
9 considers the preliminary approval motion;
10    WHEREAS further extending the time for the Chi Mei Defendants and Hitachi Defendants
11 to answer the Amended Complaint would not alter the date of any other event or deadline already
12 fixed by the Court;
13    THEREFORE, Plaintiff State of New York and the Chi Mei Defendants and Hitachi
14 Defendants, by their respective counsel, stipulate and agree as follows:
15    The Chi Mei Defendants and Hitachi Defendants will have until February 7, 2012 to answer
16 the Amended Complaint.
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

Dated:  January 12, 2012            Respectfully submitted,

ERIC T. SCHNEIDERMAN
Attorney General of the State of New York

By:    /s/ Richard L. Schwartz_____
       Richard L. Schwartz

Richard L. Schwartz*
Acting Bureau Chief, Antitrust Bureau
Amy McFarlane*
Assistant Attorney General
120 Broadway, 26th Floor
New York, New York 10271
(212) 416-8282 (voice)
(212) 416-6015 (fax)
Richard.Schwartz@ag.ny.gov

*Attorneys for Plaintiff State of New York*

* Automatic *Pro Hac Vice* Admission Pursuant to Pretrial Order No. 1, Dated July 3, 2007 (Waiving Civil L.R. 11-3)

SIMPSON THACHER & BARTLETT LLP

By:   /s/ Harrison J. Frahn IV
      Harrison J. Frahn IV

Harrison J. Frahn IV (SBN 206822)
hfrahn@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, CA 94304
Telephone:    (650) 251-5000
Facsimile:    (650) 251-5002

*Attorneys for Defendants*
*Chi Mei Optoelectronics Corporation,*
*Chi Mei Optoelectronics USA, Inc., and*
*CMO Japan Co., Ltd.*

MORGAN LEWIS & BOCKIUS LLP

By:    /s/ Kent M. Roger_____
       Kent M. Roger (SBN 95987)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Kent M. Roger (SBN 95987)
One Market, Spear Street Tower
San Francisco, California 94105
Telephone:   (415) 442-1001
Facsimile:    (415) 442-1001

*Attorney for Defendants Hitachi, Ltd., Hitachi Displays, Ltd., and Hitachi Electronic Devices (USA), Inc.*

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from all parties whose signatures are indicated by a "confirmed" signature (/s/) within this e-filed document.

Dated: January 12, 2012  　　　　　　　　　___/s/ Harrison J. Frahn IV_____
　　　　　　　　　　　　　　　　　　　　　　　Harrison J. Frahn IV (SBN 206822)

**[PROPOSED] ORDER**

Having considered the foregoing stipulation, and for good cause appearing, IT IS SO ORDERED.

Dated: ____1/12_____, 2012    By _____
                                    HON. SUSAN ILLSTON
                                    UNITED STATES DISTRICT JUDGE