| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | JOHN M. GRENFELL (CA Bar No. 88500) |
| 2 | john.grenfell@pillsburylaw.com |
|   | JACOB R. SORENSEN (CA Bar No. 209134) |
| 3 | jake.sorensen@pillsburylaw.com |
|   | FUSAE NARA (pro hac vice) |
| 4 | fusae.nara@pillsburylaw.com |
|   | ANDREW D. LANPHERE  (CA Bar No. 191479) |
| 5 | andrew.lanphere@pillsburylaw.com |
|   | 50 Fremont Street |
| 6 | San Francisco, CA  94105 |
|   | Telephone: (415) 983-1000 |
| 7 | Facsimile: (415) 983-1200 |
| 8 | Attorneys for Defendants |
|   | SHARP CORPORATION and |
| 9 | SHARP ELECTRONICS CORPORATION |

10            UNITED STATES DISTRICT COURT

11           NORTHERN DISTRICT OF CALIFORNIA

12                SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 13 | IN RE:  TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827 SI |
| 14 |  | MDL No. 1827 |
| 15 | This Document Relates To: | **STIPULATION AND [PROPOSED] ORDER MODIFYING DEADLINE FOR FILING OF MOTIONS TO COMPEL** |
| 16 | Case No. 09-cv-5609 SI |  |
| 17 | NOKIA CORPORATION and NOKIA, INC., |  |
| 18 |  |  |
| 19 | Plaintiffs, v. |  |
| 20 | AU OPTRONICS CORPORATION, et al. |  |
| 21 | Defendants. |  |

22

23       Plaintiffs Nokia Corporation and Nokia, Inc. and Defendants (collectively,

24 "Parties") hereby stipulate as follows:

25                        **STIPULATION**

26       WHEREAS discovery closed in this case on December 8, 2011, as set forth in the

27 Stipulation and Order Modifying Pretrial Schedule for "Track One" Direct Action Plaintiff

28 and State Attorney General Actions (Dkt. No. 3110, the "Scheduling Order");

1  WHEREAS the Court has entered an Order extending the close of fact discovery set
2  forth in the Scheduling Order for the limited purpose of allowing sufficient time for
3  defendants to take the depositions of Nokia employees Juha Liukkonen and Timo Mustonen
4  (Dkt. No. 4254);
5  WHEREAS the Court has entered an order extending the close of fact discovery set
6  forth in the Scheduling Order for the limited purpose of extending the deadline for which
7  Nokia and certain other Direct Action Plaintiffs in Track One have to respond to discovery
8  requests served by defendants between October 31 and November 4, 2011 and to update
9  Exhibit A (chart of conspiracy evidence) to previously served discovery responses (Dkt.
10 4350);
11 WHEREAS, the Court has entered an Order extending the time for the filing of
12 motions to compel as to Nokia's and defendants' remaining discovery responses (Dkt.
13 4387);
14 WHEREAS the parties are continuing to meet and confer regarding two issues
15 related to Nokia's response to defendants' discovery: (1) Nokia's production of data
16 regarding the cost of production of Nokia handsets; and (2) Nokia's deposition testimony in
17 response to topic 16 of defendants' Fed. R. Civ. P. 30(b)(6) deposition notices to Nokia;
18 WHEREAS, the parties hope to resolve these issues informally, without the need to
19 file motions to compel and seek the Court's involvement;
20 WHEREAS the current deadline for parties to file motions to compel with respect to
21 these issues is January 13, 2012 (*see* Dkt. 4387); and
22 WHEREAS in an effort to facilitate the informal resolution of these issues, the
23 parties wish to extend the deadline for defendants to file any motions to compel with
24 respect to them through January 27, 2012.
25 NOW, THEREFORE, the Parties, through their undersigned respective counsel,
26 stipulate and agree as follows:
27 The deadline for defendants to file any motion to compel with respect to (1) Nokia's
28 production of data regarding the cost of production of Nokia handsets, and (2) Nokia's

1  deposition testimony in response to topic 16 of defendants' Fed. R. Civ. P. 30(b)(6)

2  deposition notices to Nokia, is extended through and including January 27, 2012.

3       Dated:  January 12, 2012.

4                                              PILLSBURY WINTHROP SHAW PITTMAN LLP
                                               JOHN M. GRENFELL
5                                              JACOB R. SORENSEN
                                               FUSAE NARA
6                                              ANDREW D. LANPHERE
7                                              50 Fremont Street
                                               San Francisco, CA  94105
8                                              Phone:  (415) 983-1000
                                               Fax:  (415) 983-1200
9
                                               By: /s/ Andrew Lanphere
10
                                                   Attorneys for Defendants SHARP
11                                                 CORPORATION and SHARP ELECTRONICS
                                                   CORPORATION
12
                                               MORGAN LEWIS & BOCKIUS LLP
13                                             KENT M. ROGER (State Bar No. 95987)
                                               MICHELLE KIM-SZROM (State Bar No.
14                                             252901)
                                               One Market, Spear Street Tower
15                                             San Francisco, CA 94105-1126
                                               Phone:  (415) 442-1000
16                                             Fax:  (415) 442-1001

17                                             By: /s/ Kent M. Roger

18                                                 Attorneys for Defendants HITACHI, LTD.,
                                                   HITACHI DISPLAYS, LTD. and HITACHI
19                                                 ELECTRONIC DEVICES (USA), INC.

20                                             SHEPPARD MULLIN RICHTER & HAMPTON
                                               LLP
21                                             GARY L. HALLING (State Bar No. 66087)
                                               JAMES L. McGINNIS (State Bar No. 95788)
22                                             MICHAEL W. SCARBOROUGH (State Bar No.
                                               203524)
23                                             Four Embarcadero Center, 17th Floor
                                               San Francisco, CA 94111-4106
24                                             TEL:  (415) 434-9100
                                               FAX:  (415) 434-3947
25
                                               By:  /s/ Michael W. Scarborough
26
                                                   Attorneys for Defendants
27                                                 SAMSUNG SDI CO., LTD. and SAMSUNG
                                                   SDI AMERICA, INC.
28

| | |
|---|---|
| 1 | COVINGTON & BURLING LLP |
| | TIMOTHY C. HESTER (*pro hac vice*) |
| 2 | ROBERT D. WICK (*pro hac vice*) |
| | 1201 Pennsylvania Avenue, NW |
| 3 | Washington, DC 20004 |
| | Tel: (202) 662-6000 |
| 4 | Fax: (202) 662-6291 |
| 5 | By: /s/ Robert D. Wick |
| 6 | Attorneys for Defendants SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG SEMICONDUCTOR, INC. |
| 8 | |
| 9 | WHITE & CASE LLP |
| | CHRISTOPHER M. CURRAN (*pro hac vice*) |
| | JOHN H. CHUNG (*pro hac vice*) |
| 10 | KRISTEN J. MCAHREN (*pro hac vice*) |
| | 1155 Avenue of the Americas |
| 11 | New York, NY 10036 |
| | Phone: (212) 819-8200 |
| 12 | Fax: (212) 354-8113 |
| 13 | By: /s/ John H. Chung |
| 14 | Attorneys for Defendants TOSHIBA CORPORATION, TOSHIBA MOBILE DISPLAY CO., LTD., TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC., and TOSHIBA AMERICA INFORMATION SYSTEMS, INC. |

| | |
|---|---|
| 1 | ALSTON + BIRD LLP |
| 2 | RANDALL ALLEN (State Bar No. 264067) |
|   | 275 Middlefield Road, Suite 150 |
| 3 | Menlo Park, CA 94025 |
|   | Tel: (650) 838-2000 |
| 4 | Fax: (650) 838-2001 |
| 5 | ALSTON + BIRD LLP |
|   | LISA BOJKO |
| 6 | VALARIE WILLIAMS |
| 7 | B. PARKER MILLER |
|   | 1201 West Peachtree Street |
| 8 | Atlanta, GA 30309 |
|   | Tel: (404) 881-4605 |
| 9 | Fax: (404) 253-8385 |
| 10 | By: /s/ B. Parker Miller |
| 11 | Attorneys for Plaintiffs NOKIA, INC. and |
| 12 | NOKIA CORPORATION |

13  **IT IS SO ORDERED.**

15  Dated Entered: ___1/12/12_____    _____
       The Honorable Susan Illston
       District Court Judge

18  **ATTESTATION**: Pursuant to N.D. Cal. General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from each signatory hereto.