1 | Brad D. Brian (State Bar No. 079001)
Stuart N. Senator (State Bar No. 148009)
Jonathan E. Altman (State Bar No. 170607)
Truc T. Do (State Bar No. 191845)
Hailyn J. Chen (State Bar No. 237436)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Tel:  (213) 683-9100; Fax:  (213) 687-3702
*Brad.Brian@mto.com*

Jerome C. Roth (State Bar No. 159483)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA  94105-2907
Tel.:  (415) 512-4000; Fax:  (415) 512-4077

Michael R. Lazerwitz (PRO HAC VICE)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Tel:  (212) 225-2000; Fax:  (212) 225-3999
*mlazerwitz@cgsh.com*

*Attorneys for Defendants*
LG DISPLAY AMERICA, INC.
AND LG DISPLAY CO., LTD

[additional parties and counsel listed in signature block]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | CASE NO. 3:07-MD-1827 SI<br>MDL No. 1827<br><br>**IPP DEFENDANTS' REQUEST FOR LEAVE TO FILE STATEMENT OF RECENT DECISION RELEVANT TO MOTION TO DECERTIFY THE IPP CLASS AND TO CERTAIN DEFENDANTS' PARTIAL OPPOSITION TO MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENTS** |
| THIS DOCUMENT RELATES TO:<br>*All Indirect Purchaser Actions* | ***NOTE TO CLERK:***<br>***Motion to Decertify (Docket 3492)***<br>***Partial Opposition (Docket 4531)***<br><br>Date:           **January 20, 2011**<br>Time:          **9:00 a.m.**<br>Courtroom: **10**<br>Judge:        **Hon. Susan Illston** |

Pursuant to Civil Local Rule 7-3(d), IPP Defendants hereby request leave to file the Statement of Recent Decision attached hereto as Exhibit 1. The Statement advises the Court of the recent opinion of the Ninth Circuit in *Mazza v. American Honda Motor Co., Inc.,* -- F.3d --, No. 09-55376, 2012 WL 89176 (Jan. 12, 2012), which is relevant to Defendants' decertification motion presently under submission, and to Certain Defendants' Opposition to the IPP Plaintiffs' Motion for Preliminary Approval of Settlements.

DATED: January 17, 2012

By: */s/Jerome C. Roth*
Brad D. Brian (State Bar No. 079001)
Jerome C. Roth (State Bar No. 159483)
Stuart N. Senator (State Bar No. 148009)
Jonathan E. Altman (State Bar No. 170607)
Truc T. Do (State Bar No. 191845)
Hailyn J. Chen (State Bar No. 237436)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
*Brad.Brian@mto.com*

Michael R. Lazerwitz (PRO HAC VICE)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000 (Phone)
(212) 225-3999 (Facsimile)
*mlazerwitz@cgsh.com*

*Attorneys for Defendants LG Display Co., Ltd. and LG Display America, Inc.*

By: */s/ Christopher A. Nedeau*
Christopher A. Nedeau
Carl L. Blumenstein
Allison Dibley
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
(415) 398-3600 (Phone)
(415) 398-2438 (Facsimile)
*cnedeau@nossaman.com*

*Attorneys for Defendants AU Optronics Corporation and AU Optronics Corporation America*

|   |
|---|
| 1 |
| 2 |
| 3 |
| 4 |
| 5 |
| 6 |
| 7 |
| 8 |
| 9 |
| 10 |
| 11 |
| 12 |
| 13 |
| 14 |
| 15 |
| 16 |
| 17 |
| 18 |
| 19 |
| 20 |
| 21 |
| 22 |
| 23 |
| 24 |
| 25 |
| 26 |
| 27 |
| 28 |

By: */s/ John H. Chung*
John H. Chung (PRO HAC VICE)
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200 (Phone)
(212) 354-8113 (Facsimile)
jchung@whitecase.com

Christopher M. Curran (PRO HAC VICE)
Kristen J. McAhren (PRO HAC VICE)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
(202) 626-3600 (Phone)
(202) 639-9355 (Facsimile)
ccurran@washdc.whitecase.com

*Attorneys for Defendants Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc. and Toshiba America Information Systems, Inc.*

Attestation:  The filer of this document attests that the concurrence of the signatories thereto has been obtained.

- 3 -

IPP DEFENDANTS' REQUEST FOR LEAVE TO FILE STATEMENT OF RECENT DECISION
CASE NO.: 3:07-MD-1827 SI