```
GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234,
JSanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301,
RBrass@gibsondunn.com
AUSTIN V. SCHWING, SBN 211696
ASchwing@gibsondunn.com
JOEL WILLARD, SBN 247899
JWillard@gibsondunn.com
555 Mission Street
Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306
```

Attorneys for Defendant
TATUNG COMPANY OF AMERICA, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates to:  3:09-CV-1115<br><br>ATS CLAIM, LLC,<br><br>                                       Plaintiff,<br><br>v.<br><br>EPSON ELECTRONICS AMERICA, INC., et. al.,<br><br>                                       Defendants. | CASE NO. 3:09-CV-1115 SI<br>MDL FILE NO.: 3:07-MD-1827 SI<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER** |

PLEASE TAKE NOTICE that Tatung Company of America, Inc. ("Tatung") hereby substitutes Joel S. Sanders, Rachel S. Brass, Austin V. Schwing and Joel Willard of the law firm Gibson, Dunn & Crutcher LLP, 555 Mission Street, Suite 3000, San Francisco, California 94105, as counsel for Tatung in the above-captioned matter in place of Patrick J. Ahern, Robert Walter Tarun,

Bruce H. Jackson, Roxane C. Busey, Karen Sewell and Nancy Chung Allred of the law firm Baker & McKenzie, 130 East Randolph Drive, Suite 3900, Chicago, Illinois 60601.

Defendant Tatung hereby substitutes its counsel and attorney of record as follows:

Former counsel:
Patrick J. Ahern
Robert Walter Tarun
Bruce H. Jackson
Roxane C. Busey
Karen Sewell
Nancy Chung Allred
Baker & McKenzie LLP
Phone: (312) 861-3735
Email: Patrick.Ahern@bakermckenzie.com;
Robert.Tarun@backermckenzie.com;
Bruce.Jackson@backermckenzie.com;
Roxane.Busey@backermckenzie.com;
Karen.Sewell@bakermckenzie.com;
Nancy.C.Allred@bakernet.com

New counsel:
Joel S. Sanders
Rachel S. Brass
Austin V. Schwing
Joel Willard
Gibson, Dunn & Crutcher LLP
Phone: (415) 393-8268
Fax: (415) 374-8439
Email: JSanders@gibsondunn.com;
RBrass@gibsondunn.com;
ASchwing@gibsondunn.com;
JWillard@gibsondunn.com

Please update service lists, and direct all future filings, discovery, and correspondence to Joel S. Sanders, Rachel S. Brass, Austin V. Schwing and Joel Willard.

//
//
//
//
//
//
//
//
//

2

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL, Case No. 09-CV-1115, MDL No. 1827;

The undersigned parties consent to the above substitution of counsel.

DATED: January 13, 2012          TATUNG COMPANY OF AMERICA, INC.

                                 By: _____
                                 Title: _____EVP & CFO_____

DATED: January 17, 2012          BAKER & McKENZIE LLP

                                 By: _____/s/_____
                                              PATRICK J. AHERN

DATED: January 17, 2012          GIBSON, DUNN & CRUTCHER LLP

                                 By: _____/s/_____
                                              JOEL S. SANDERS

                                 Attorney for Defendant Tatung Company of America, Inc.

**Attestation**: The filer of this document attests that the concurrence of the other signatory thereto has been obtained.

The above substitution of counsel is approved and IT IS SO ORDERED.

DATED:   1/18/12                 _____
                                 HONORABLE SUSAN ILLSTON
                                 UNITED STATES DISTRICT COURT JUDGE

# DECLARATION OF SERVICE

I, Robin McBain, declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, California, 94105, in said County and State. On January 17, 2012, I served the within:

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER**

to all named counsel of record as follows:

 **BY ECF (ELECTRONIC CASE FILING):** I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service on January 17, 2012. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Declaration of Service was executed by me on January 17, 2012, at San Francisco, California.

/s/
Robin McBain