1   KENT M. ROGER, CA Bar No. 95987
    HERMAN J. HOYING, CA Bar No. 257495
2   MINNA L. NARANJO, CA Bar No. 259005
    MORGAN, LEWIS & BOCKIUS LLP
3   One Market, Spear Street Tower
    San Francisco, California  94105-1126
4   Telephone:  415.442.1000
    Facsimile:  415.442.1001
5   E-mail:  kroger@morganlewis.com
             hhoying@morganlewis.com
6            mnaranjo@morganlewis.com

7   Attorneys for Defendants
    HITACHI, LTD., HITACHI DISPLAYS, LTD.,
8   HITACHI ELECTRONIC DEVICES (USA), INC.

9

10                        UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                           SAN FRANCISCO DIVISION

13

| | |
|---|---|
| IN RE:  TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827 SI MDL No. 1827 |
| This Document Relates To: | **STIPULATION AND [PROPOSED] ORDER MODIFYING DEADLINE FOR FILING OF MOTION TO COMPEL** |
| Case No. 09-cv-5609 SI | |
| NOKIA CORPORATION and NOKIA, INC., | |
| Plaintiffs, | |
| v. | |
| AU OPTRONICS CORPORATION, et al. | |
| Defendants. | |

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Plaintiffs Nokia Corporation and Nokia, Inc. (collectively, "Nokia") and Defendants

2  Hitachi, Ltd. and Hitachi Displays, Ltd. (collectively, the "Hitachi Defendants") hereby

3  stipulate as follows:

4                                           **STIPULATION**

5    WHEREAS discovery closed in this case on December 8, 2011, as set forth in the

6  Stipulation and Order Modifying Pretrial Schedule for "Track One" Direct Action Plaintiff

7  and State Attorney General Actions (Dkt. No. 3110, the "Scheduling Order");

8    WHEREAS Nokia served its First Set of Requests for Admission ("Requests") to

9  the Hitachi Defendants on November 8, 2011;

10    WHEREAS the Court has entered an Order extending the close of fact discovery set

11  forth in the Scheduling Order for the limited purpose of allowing the Hitachi Defendants

12  respond to Nokia's First Set of Requests for Admission to December 23, 2011 (Dkt. No.

13  4357);

14    WHEREAS the Hitachi Defendants served responses to Nokia's First Set of

15  Requests for Admission on December 23, 2011.

16    WHEREAS, the Court has entered an Order extending the time for the filing of

17  motions to compel as to Nokia's and defendants' remaining discovery responses to January

18  13, 2012 (Dkt. 4387);

19    WHEREAS, Nokia and the Hitachi defendants are continuing to meet and confer

20  regarding Hitachi Defendants' response to Nokia's First Set of Requests for Admission.

21    WHEREAS, Nokia and the Hitachi defendants hope to resolve these issues

22  informally, without the need to file a motion to compel and seek the Court's involvement;

23    WHEREAS in an effort to facilitate the informal resolution of these issues, Nokia

24  and the Hitachi Defendants wish to extend the deadline to file any motion to compel with

25  respect to the Hitachi Defendants' response to Nokia's First Set of Requests for Admission

26  through February 1, 2012.

27    NOW, THEREFORE, Nokia and the Hitachi defendants, through their undersigned

28  respective counsel, stipulate and agree as follows:

1    The deadline for Nokia to file any motion to compel with respect to the Hitachi

2    Defendants' responses to Nokia's First Set of Requests for Admission is extended through

3    and including February 1, 2012.

4

5    DATED:  January 13, 2012.            _____/s/ Kent M. Roger_____
                                          Kent M. Roger (CA Bar No. 95987)
6                                         Herman J. Hoying (CA Bar No. 257495)
                                          MORGAN LEWIS & BOCKIUS LLP
7                                         One Market, Spear Street Tower
                                          San Francisco, CA 94105-1126
8                                         (415) 442-1000 (Phone)
                                          (415) 442-1001 (Facsimile)
9                                         *kroger@morganlewis.com*
                                          *hhoying@morganlewis.com*
10

11                                        *Counsel for Defendants Hitachi, Ltd., Hitachi Displays,*
                                          *Ltd. and Hitachi Electronic Devices (USA), Inc.*
12

13                                        _____/s/  Valarie C. Williams_____
                                          Valarie C. Williams (admitted *pro hac vice*)
14                                        Donald M. Houser (admitted *pro hac vice*)
                                          ALSTON + BIRD LLP
15                                        1201 West Peachtree Street
                                          Atlanta, GA  30309
16                                        (404) 881-7000 (Phone)
                                          (404) 881-7777 (Facsimile)
17
                                          *Counsel for Plaintiffs Nokia Corporation and Nokia Inc.*
18

19

20   **IT IS SO ORDERED.**

21

22   Dated Entered:  __1/18/12_____     _____
                                             The Honorable Susan Illston
23                                           District Court Judge

24

25   **ATTESTATION**:  Pursuant to N.D. Cal. General Order 45, Part X-B, the filer attests that

26   concurrence in the filing of this document has been obtained from each signatory hereto.

27

28

- 3 -              STIPULATION AND [PROPOSED] ORDER RE
                                                                    DEADLINE FOR FILING MOTS. TO COMPEL
                                                                    Master File No. 3:07-md-1827 SI, MDL No. 1827