| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|  | JOHN M. GRENFELL (CA Bar No. 88500) |
| 2 | john.grenfell@pillsburylaw.com |
|  | JACOB R. SORENSEN (CA Bar No. 209134) |
| 3 | jake.sorensen@pillsburylaw.com |
|  | FUSAE NARA (pro hac vice) |
| 4 | fusae.nara@pillsburylaw.com |
|  | ANDREW D. LANPHERE  (CA Bar No. 191479) |
| 5 | andrew.lanphere@pillsburylaw.com |
|  | 50 Fremont Street |
| 6 | San Francisco, CA  94105 |
|  | Telephone: (415) 983-1000 |
| 7 | Facsimile: (415) 983-1200 |
| 8 | Attorneys for Defendants |
|  | SHARP CORPORATION and |
| 9 | SHARP ELECTRONICS CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 13 | IN RE:  TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827 SI MDL No. 1827 |
| 14 | | |
| 15 | This Document Relates To: | **STIPULATION AND [PR~~OPOSED~~]** |
| 16 | Case No. 09-cv-5609 SI | **ORDER MODIFYING DEADLINE FOR FILING OF MOTIONS TO** |
| 17 | NOKIA CORPORATION and NOKIA, INC., | **COMPEL** |
| 18 | | |
| 19 | Plaintiffs, v. | |
| 20 | AU OPTRONICS CORPORATION, et al. | |
| 21 | Defendants. | |

22

23        Plaintiffs Nokia Corporation and Nokia, Inc. and Defendants (collectively,

24   "Parties") hereby stipulate as follows:

25                                                **STIPULATION**

26        WHEREAS discovery closed in this case on December 8, 2011, as set forth in the

27   Stipulation and Order Modifying Pretrial Schedule for "Track One" Direct Action Plaintiff

28   and State Attorney General Actions (Dkt. No. 3110, the "Scheduling Order");

1   WHEREAS the Court has entered an Order extending the close of fact discovery set forth in the Scheduling Order for the limited purpose of allowing sufficient time for defendants to take the depositions of Nokia employees Juha Liukkonen and Timo Mustonen (Dkt. No. 4254);

5   WHEREAS the Court has entered an order extending the close of fact discovery set forth in the Scheduling Order for the limited purpose of extending the deadline for which Nokia and certain other Direct Action Plaintiffs in Track One have to respond to discovery requests served by defendants between October 31 and November 4, 2011 and to update Exhibit A (chart of conspiracy evidence) to previously served discovery responses (Dkt. 4350);

11   WHEREAS, the Court has entered an Order extending the time for the filing of motions to compel as to Nokia's and defendants' remaining discovery responses (Dkt. 4387);

14   WHEREAS the parties are continuing to meet and confer regarding two issues related to Nokia's response to defendants' discovery:  (1) Nokia's production of data regarding the cost of production of Nokia handsets; and (2) Nokia's deposition testimony in response to topic 16 of defendants' Fed. R. Civ. P. 30(b)(6) deposition notices to Nokia;

18   WHEREAS, the parties hope to resolve these issues informally, without the need to file motions to compel and seek the Court's involvement;

20   WHEREAS the current deadline for parties to file motions to compel with respect to these issues is January 13, 2012 (*see* Dkt. 4387); and

22   WHEREAS in an effort to facilitate the informal resolution of these issues, the parties wish to extend the deadline for defendants to file any motions to compel with respect to them through January 27, 2012.

25   NOW, THEREFORE, the Parties, through their undersigned respective counsel, stipulate and agree as follows:

27   The deadline for defendants to file any motion to compel with respect to (1) Nokia's production of data regarding the cost of production of Nokia handsets, and (2) Nokia's

1  deposition testimony in response to topic 16 of defendants' Fed. R. Civ. P. 30(b)(6)

2  deposition notices to Nokia, is extended through and including January 27, 2012.

3       Dated:  January 12, 2012.

4                                        PILLSBURY WINTHROP SHAW PITTMAN LLP
                                         JOHN M. GRENFELL
5                                        JACOB R. SORENSEN
                                         FUSAE NARA
6                                        ANDREW D. LANPHERE
7                                        50 Fremont Street
                                         San Francisco, CA  94105
8                                        Phone:  (415) 983-1000
                                         Fax:  (415) 983-1200
9
                                         By:  /s/ Andrew Lanphere
10
                                             Attorneys for Defendants SHARP
11                                           CORPORATION and SHARP ELECTRONICS
                                             CORPORATION
12
                                         MORGAN LEWIS & BOCKIUS LLP
13                                       KENT M. ROGER (State Bar No. 95987)
                                         MICHELLE KIM-SZROM (State Bar No.
14                                       252901)
                                         One Market, Spear Street Tower
15                                       San Francisco, CA 94105-1126
                                         Phone:  (415) 442-1000
16                                       Fax:  (415) 442-1001

17                                       By:  /s/ Kent M. Roger

18                                           Attorneys for Defendants HITACHI, LTD.,
                                             HITACHI DISPLAYS, LTD. and HITACHI
19                                           ELECTRONIC DEVICES (USA), INC.

20                                       SHEPPARD MULLIN RICHTER & HAMPTON
                                         LLP
21                                       GARY L. HALLING (State Bar No. 66087)
                                         JAMES L. McGINNIS (State Bar No. 95788)
22                                       MICHAEL W. SCARBOROUGH (State Bar No.
                                         203524)
23                                       Four Embarcadero Center, 17th Floor
                                         San Francisco, CA 94111-4106
24                                       TEL:  (415) 434-9100
                                         FAX:  (415) 434-3947
25
                                         By:  /s/ Michael W. Scarborough
26
                                             Attorneys for Defendants
27                                           SAMSUNG SDI CO., LTD. and SAMSUNG
                                             SDI AMERICA, INC.
28

| | |
|---|---|
| 1 | COVINGTON & BURLING LLP |
| | TIMOTHY C. HESTER (*pro hac vice*) |
| 2 | ROBERT D. WICK (*pro hac vice*) |
| | 1201 Pennsylvania Avenue, NW |
| 3 | Washington, DC 20004 |
| | Tel: (202) 662-6000 |
| 4 | Fax: (202) 662-6291 |
| 5 | By: /s/ Robert D. Wick |
| 6 | Attorneys for Defendants SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG SEMICONDUCTOR, INC. |
| 7 | |
| 8 | |
| | WHITE & CASE LLP |
| 9 | CHRISTOPHER M. CURRAN (*pro hac vice*) |
| | JOHN H. CHUNG (*pro hac vice*) |
| 10 | KRISTEN J. MCAHREN (*pro hac vice*) |
| | 1155 Avenue of the Americas |
| 11 | New York, NY 10036 |
| | Phone: (212) 819-8200 |
| 12 | Fax: (212) 354-8113 |
| 13 | By: /s/ John H. Chung |
| 14 | Attorneys for Defendants TOSHIBA CORPORATION, TOSHIBA MOBILE DISPLAY CO., LTD., TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC., and TOSHIBA AMERICA INFORMATION SYSTEMS, INC. |

| | |
|---|---|
| 1 | ALSTON + BIRD LLP |
| 2 | RANDALL ALLEN (State Bar No. 264067) |
|   | 275 Middlefield Road, Suite 150 |
| 3 | Menlo Park, CA 94025 |
|   | Tel: (650) 838-2000 |
| 4 | Fax: (650) 838-2001 |

ALSTON + BIRD LLP
LISA BOJKO
VALARIE WILLIAMS
B. PARKER MILLER
1201 West Peachtree Street
Atlanta, GA 30309
Tel:  (404) 881-4605
Fax: (404) 253-8385

By: /s/ B. Parker Miller

Attorneys for Plaintiffs NOKIA, INC. and NOKIA CORPORATION

**IT IS SO ORDERED.**

Dated Entered: ____1/18/12_____

_____
The Honorable Susan Illston
District Court Judge

**ATTESTATION**: Pursuant to N.D. Cal. General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from each signatory hereto.