Jeffrey H. Howard (*pro hac vice*)
Jerome A. Murphy (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
Email: jhoward@crowell.com
       jmurphy@crowell.com

Jason C. Murray (CA Bar No. 169806)
Joshua C. Stokes (CA Bar No. 220214)
Nathanial J. Wood (CA Bar No. 223547)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-622-4750
Facsimile: 213-622-2690
Email: jmurray@crowell.com
       jstokes@crowell.com

*Counsel for Plaintiff Motorola Mobility, Inc.*
[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master Docket No. 07-m-1827 SI |
| This Document Relates To: *Motorola Mobility, Inc. v. AU Optronics Corporation, et al.*, C 09-5840 SI | **STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING PLAINTIFF'S TIME TO MOVE TO COMPEL AS TO CERTAIN DISCOVERY** |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

MASTER FILE NO. 3:07
MD-1827 SI

STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFFS' TIME TO MOVE TO COMPEL AS TO CERTAIN DISCOVERY

1   Defendants Chi Mei Corp., Chimei Innolux Corp. ("Chimei Innolux"); Chi Mei
2   Optoelectronics Corp. USA, Inc.; CMO Japan Co. Ltd.; Nexgen Mediatech, Inc.; Nexgen
3   Mediatech USA, Inc. (collectively, "Chi Mei") and Plaintiff Motorola Mobility, Inc. ("Motorola")
4   stipulate as follows:

5   WHEREAS Motorola served a Set of Interrogatories on Chi Mei and a set of Requests for
6   Production of Documents on Chimei Innolux on November 4, 2011 (the "Discovery");

7   WHEREAS Chi Mei provided Responses and Objections to the Discovery on December
8   8, 2011;

9   WHEREAS the parties are meeting and conferring regarding Chi Mei's Responses and
10  Objections to the Discovery;

11  WHEREAS Chi Mei previously agreed to permit Motorola additional time to move to
12  compel further responses to the Discovery and the Court entered an Order on December 16, 2011
13  setting January 6, 2012 as the deadline to file motions to compel as to the Discovery, and later
14  entered an order further extending the motion to compel deadline to January 20, 2012;

15  WHEREAS the parties desire additional time to meet and confer to resolve their disputes
16  regarding the Discovery, and Chi Mei has agreed to provide Motorola additional time to move to
17  compel.

18  THEREFORE, Chi Mei and Motorola, by their respective undersigned counsel, stipulate
19  and agree as follows:

20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-1-   MASTER FILE NO. 3:07 MD-1827 SI
STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFFS' TIME TO MOVE TO COMPEL AS TO CERTAIN DISCOVERY

1   The deadline for Motorola to move to compel further responses to the Discovery shall be
2   extended to January 27, 2012.

3
4   Dated: January 17, 2012

5                                                       /s/ Nathanial J. Wood

6   Jason C. Murray (CA Bar No. 169806)
    Joshua C. Stokes (CA Bar No. 220214)
7   Nathanial J. Wood (CA Bar No. 223547)
    CROWELL & MORING LLP
8   515 South Flower St., 40th Floor
    Los Angeles, CA  90071
9   Telephone:  213-622-4750
    Facsimile:  213-622-2690
10  Email: jmurray@crowell.com
           jstokes@crowell.com
11
    Jeffrey H. Howard (*pro hac vice*)
12  Jerome A. Murphy (*pro hac vice*)
    CROWELL & MORING LLP
13  1001 Pennsylvania Avenue, N.W.
    Washington, D.C. 20004
14  Telephone:  202-624-2500
    Facsimile:  202-628-5116
15  Email: jhoward@crowell.com
           jmurphy@crowell.com
16
    Kenneth L. Adams (*pro hac vice*)
17  R. Bruce Holcomb (*pro hac vice*)
    Christopher T. Leonardo (*pro hac vice*)
18  ADAMS HOLCOMB LLP
    1875 Eye Street NW
19  Washington, DC 20006
    Telephone:  202-580-8822
20  Facsimile: 202-580-8821
    Email:  adams@adamsholcomb.com
21          holcomb@adamsholcomb.com
            leonardo@adamsholcomb.com
22

23  *Counsel for Plaintiff Motorola Mobility, Inc.*

24
25
26
27
28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-2-                              MASTER FILE NO. 3:07 MD-1827 SI

STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFFS' TIME TO MOVE TO COMPEL AS TO CERTAIN DISCOVERY

1
2  /s/ Jason M. Bussey

3  James G. Kreissman (SBN 206740)
   Harrison J. Frahn IV (SBN 206822)
4  Jason M. Bussey (SBN 227185)
   Michael R. Lizano (SBN 246222)
5  SIMPSON THACHER & BARTLETT LLP
   2550 Hanover Street
6  Palo Alto, California 94304
   jkreissman@stblaw.com
7  hfrahn@stblaw.com
   jbussey@stblaw.com
8  mlizano@stblaw.com

9

10  *Attorney for Defendants Chi Mei Corporation, Chimei Innolux Corporation, Chi Mei Optoelectronics USA,*
11  *Inc., CMO Japan Co., Ltd, Nexgen Mediatech, Inc. and Nexgen Mediatech USA, Inc.*

12

13  **IT IS SO ORDERED.**
14

15  Dated: __1/18_____, 2012
16
17  _____
18  Hon. Susan Illston, United States District Judge

19  DCACTIVE-17333038.1
20
21
22
23
24
25
26
27
28