Michael R. Lazerwitz (PRO HAC VICE)
Jeremy J. Calsyn (State Bar No. 205062)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000 (Phone)
(212) 225-3999 (Facsimile)
mlazerwitz@cgsh.com

Counsel for Defendants
LG DISPLAY CO., LTD.
LG DISPLAY AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| In re TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-MD-1827 SI, MQ<br>MDL No. 1827 |
| This Document Relates to:<br>Case No. 3:10-cv-03619 SI, MQ | Case No. 3:10-cv-03619 SI, MQ<br><br>Case No. 3:10-cv-03517 SI, MQ |
| STATE OF MISSOURI,<br>*Ex rel.* Chris Koster, Attorney General, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AU Optronics Corporation, et al.,<br><br>Defendants. | **STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME ON DEADLINES TO FILE MOTION TO COMPEL** |
| Case No. 3:10-cv-03517 SI, MQ<br><br>STATE OF FLORIDA ,<br>Office of the Attorney General, Department of Legal Affairs<br><br>Plaintiff,<br><br>v.<br><br>AU Optronics Corporation, *et al.*<br><br>Defendants. | |

1

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO FILE MOTION TO COMPEL,
Case Nos. 3:07-md-1827 SI, MQ; 3:10-cv-03619 SI, MQ; and 3:10-cv-03517 SI, MQ

1  WHEREAS, the States of Missouri, Arkansas, West Virginia, Michigan, and Wisconsin (collectively, the "5-State Plaintiffs") and AU Optronics Corporation and AU Optronics Corporation America (collectively, "AUO"), LG Display Co., Ltd. and LG Display America, Inc. (collectively, "LG Display") (AUO and LG Display collectively, the "5-State Defendants") entered into a stipulation on December 14, 2011, to extend certain deadlines entered in the Court's July 14, 2011 Modifying Pretrial Schedule for Track One DAPs and AG Cases (Dkt No. 3110) for the purposes of the 5-State action, Case No. 3:10-cv-03619;

WHEREAS, the State of Florida (the "Florida Plaintiff") and Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc. (collectively, the "Toshiba Entities"), and the 5-State Defendants (collectively, the "Defendants") entered into a stipulation on December 14, 2011, to extend certain deadlines entered in the Court's July 14, 2011 Modifying Pretrial Schedule for Track One DAPs and AG Cases (Dkt No. 3110) for the purposes of the Florida action, Case No. 3:10-cv-03517, only;

WHEREAS, the 5-State Plaintiffs and the Florida Plaintiff served responses to joint and individual defendant requests for admission and interrogatories on January 10, 2012;

WHEREAS, the Defendants served responses to the 5-State Plaintiffs' and the Florida Plaintiff's interrogatories and requests for production of documents on January 9, 2012, and on January 10, 2012;

WHEREAS, Civil Local Rule 37-3 provides the Parties 7 days after discovery is due to file a motion to compel;

WHEREAS, the 5-State Plaintiffs, the Florida Plaintiff, and the Defendants (collectively, the "Parties") wish to extend the mutual deadline for the Parties to file a motion to compel regarding these responses to enable the Parties additional time to meet and confer about the responses;

NOW THEREFORE, the Parties stipulate and agree as follows:

1. The Parties' mutual deadline for filing a motion to compel regarding the discovery responses served by the 5-State Plaintiffs and the Florida Plaintiff on January 10, 2012, and by the Defendants on January 9, 2012, and on January 10, 2012, will be moved from January 17, 2012 to

January 31, 2012.  The Parties maintain all objections and defenses in responding to fact discovery that they would have had in the absence of this stipulation.

2. This stipulation does not affect any other deadlines in the Court's July 14, 2011 Modifying Pretrial Schedule for Track One DAPs and AG Cases (Dkt No. 3110), as modified by the stipulation entered on December 14, 2011.

Respectfully Submitted,

DATED:  January 17, 2012

By:  _____/s/ Michael R. Lazerwitz_____
Michael R. Lazerwitz (PRO HAC VICE)
Jeremy J. Calsyn (State Bar. No. 205062)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000 (Phone)
(212) 225-3999 (Facsimile)

*Attorneys for Defendant LG Display Co. Ltd. and LG Display America, Inc.*

By:  _____/s/ Christopher A. Nedeau_____
Christopher A. Nedeau
Carl L. Blumenstein
James A. Nickovich
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA  94111
Telephone:   (415) 398-3600
Facsimile:    (415) 398-2438

*Attorneys for Defendants AU Optronics Corporation and AU Optronics Corporation America*

By _____/s/ Kristen J. McAhren_____
Christopher M. Curran (pro hac vice)
John H. Chung (pro hac vice)
Martin M. Toto (pro hac vice)
Kristen J. McAhren (pro hac vice)
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200 (telephone)

```
                              (212) 354-811 (facsimile)
                              ccuran@whitecase.com
                              jchung@whitecase.com
                              mtoto@whitecase.com
                              kmcahren@whitecase.com
```

*Attorneys for Defendants Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc.*


By       /s/ Anne E. Schneider
Anne E. Schneider
Andrew M. Hartnett
OFFICE OF THE MISSOURI ATTORNEY GENERAL
P.O. Box 899
Jefferson City, MO  65102
Telephone:  (573) 751-3321
Facsimile:   (573) 751-2041

*Attorneys for the State of Missouri*


By       /s/ David A. Curran
David A. Curran
OFFICE OF THE ARKANSAS ATTORNEY GENERAL
323 Center Street, Suite 500
Little Rock, AR  72201
Telephone:  (501) 682-2007
Facsimile:   (501) 682-8118

*Attorneys for Plaintiff State of Arkansas*


By       /s/ M. Elizabeth Lippitt
M. Elizabeth Lippitt
OFFICE OF THE ATTORNEY GENERAL
STATE OF MICHIGAN
525 West Ottawa Street, 6th Floor
Lansing, MI  48933
Telephone:  (517) 373-1160
Facsimile:   (517) 335-1935

*Attorneys for Plaintiff State of Michigan*


By       /s/ Douglas Davis
Douglas Davis
OFFICE OF THE ATTORNEY GENERAL

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO FILE MOTION TO COMPEL, Case Nos. 3:07-md-1827 SI, MQ; 3:10-cv-03619 SI, MQ; and 3:10-cv-03517 SI, MQ

STATE OF WEST VIRGINIA
812 Quarrier Street, 1st Floor
Charleston, WV  25301
Telephone:  (304) 558-8986
Facsimile:  (304) 558-0184

*Attorneys for Plaintiff State of West Virginia*


By _____/s/ Gwendolyn J. Cooley_____
Gwendolyn J. Cooley
OFFICE OF THE ATTORNEY GENERAL
STATE OF WISCONSIN
P.O. Box 7857
Madison, WI  53707
Telephone:  (608) 261-5810
Facsimile:  (608) 267-2778

*Attorneys for Plaintiff State of Wisconsin*


By _____/s/ Nicholas J. Weilhammer_____
R. Scott Palmer
Lizabeth A. Brady
Nicholas J. Weilhammer
OFFICE OF THE ATTORNEY GENERAL
STATE OF FLORIDA
Eli FriedmanNPL-01, The Capitol
Tallahassee, FL  32399-1050
Telephone:  (850) 414-3300
Facsimile:  (850) 488-9134

*Attorneys for the State of Florida*

<u>Attestation</u>:  Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document have been obtained from each of the signatories.

**O R D E R**

IT IS SO ORDERED.

Dated:  _____1/18/12_____          _____[signature: Susan Illston]_____
                                    The Honorable Susan Illston
                                    Judge of the United States District Court