1  HUGH F. BANGASSER, (*PRO HAC VICE*)
   RAMONA M. EMERSON, (*PRO HAC VICE*)
2  CHRISTOPHER M. WYANT, (*PRO HAC VICE*)
   K&L GATES LLP
3  925 Fourth Avenue, Suite 2900
   Seattle, WA 98104-1158
4  Phone: (206) 623-7580
   Fax:   (206) 623-7022
5
   JEFFREY L. BORNSTEIN, State Bar No. #99358
6  K&L Gates LLP
   Four Embarcadero Center, Suite 1200
7  San Francisco, CA 94111
   Phone: (415) 249-1059
8  Fax:   (415) 882-8220

9  Attorneys for Defendants
   HANNSTAR DISPLAY CORPORATION
10
   **[Additional moving parties and counsel listed
11 on signature pages]**

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                       (SAN FRANCISCO DIVISION)

15

| | |
|---|---|
| 16  IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. 3:07-md-1827 SI<br>MDL No. 1827 |
| 17 | |
| 18  This Document Relates to Individual Case No. 10-cv-4572 SI | **STIPULATION AND [PROPOSED] ORDER RE DISCOVERY AND MOTION TO COMPEL DEADLINES** |
| 19 | |
| 20  BEST BUY CO., INC., et al., | Honorable Susan Illston |
| 21                          Plaintiffs, | |
| 22  v. | |
| 23  AU OPTRONICS CORPORATION, et al., | |
| 24                          Defendants. | |

25

26     Plaintiffs and the Stipulating Defendants, through the undersigned counsel, request that

27 the Court enter the following stipulated order.

28

---

                                          1                    STIPULATION AND ORDER RE DISCOVERY AND
                                                               MOTION TO COMPEL DEADLINES
                                                               Case No. 3:10-4572 SI; 3:07-md 1827 SI

## **STIPULATION**

WHEREAS discovery closed in this case on December 8, 2011, as set forth in the Stipulation and Order Modifying Pretrial Schedule for "Track One" Direct Action Plaintiff and State Attorney General Actions (Dkt. No. 3110, the "Scheduling Order"), and the parties previously submitted a stipulation to the Court extending the deadline for Defendants to file motions to compel as to certain discovery to January 13, 2012;

WHEREAS the Court previously entered a Stipulation and Proposed Order extending the close of fact discovery set forth in the Scheduling Order for the limited purpose of extending the deadline for Best Buy and certain other Direct Action Plaintiffs in Track One to respond to discovery requests served by defendants between October 31 and November 4, 2011, as well as negotiating the proper scope of those responses;

WHEREAS Best Buy and Stipulating Defendants are currently meeting and conferring concerning various issues related to: (1) Best Buy's responses to the Stipulating Defendants' written discovery served by Best Buy on or before December 2, 2011; (2) Best Buy's production of documents and responses to transactional data questions; and (3) the depositions of certain Best Buy employees or former employees that Defendants intend to conduct (collectively, "Best Buy's Discovery Responses").

WHEREAS Best Buy and Stipulating Defendants hope to resolve some or all of these issues informally, without the need to file motions to compel and seek the Court's involvement;

WHEREAS the current deadline for parties to file motions to compel with respect to Best Buy's Discovery Responses or Defendants' Discovery Responses is January 13, 2012; and

WHEREAS in an effort to facilitate the informal resolution of any disputes, the parties wish to extend the deadline for Defendants to file any motions to compel with respect to Best Buy's Discovery Responses through January 27, 2012;

NOW, THEREFORE, the Parties, through their undersigned respective counsel, stipulate and agree as follows:

1. The deadline for the Stipulating Defendants to file any motion to compel with respect to Best Buy's Discovery Responses is extended through and including January 27, 2012.

**IT IS SO STIPULATED.**

Dated: January 13, 2012.

ROBINS KAPLAN MILLER & CIRESI, LLP

By: /s/ David Martinez
    David Martinez

    Roman M. Silberfeld (Bar No. 62783)
    David Martinez (Bar No. 193183)
    2049 Century Park East, Suite 3400
    Los Angeles California, 90067-3208
    Phone: (310) 552-0130
    Fax: (310) 229-5800
    *DMartinez@rkmc.com*

    Attorneys for Plaintiffs

K&L GATES LLP

By: /s/ Christopher Wyant
    Hugh F. Bangasser, (*Pro Hac Vice*)
    Ramona M. Emerson, (*Pro Hac Vice*)
    Christopher M. Wyant, (*Pro Hac Vice*)

    K&L GATES LLP
    925 Fourth Avenue, Suite 2900
    Seattle, WA 98104-1158
    Phone: (206) 623-7580
    Fax: (206) 623-7022

    JEFFREY L. BORNSTEIN, STATE BAR NO. 99358
    K&L GATES LLP
    Four Embarcadero Center, Suite 1200
    San Francisco, CA 94111
    Phone: (415) 249-1059
    Fax: (415) 882-8220

    Attorneys for Defendant HANNSTAR DISPLAY CORPORATION

3

STIPULATION AND ORDER RE DISCOVERY AND MOTION TO COMPEL DEADLINES
Case No. 3:10-CV-4572 SI; 3:07-md 1827 SI

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOSSAMAN LLP

By: /s/ Christopher Nedeau
    Christopher A. Nedeau

    Christopher A. Nedeau (Bar No. 81297)
    50 California Street, 34th Floor
    San Francisco, CA  94111
    Tel:  (415) 398-3600
    Fax:  (415) 398-2438

    Attorneys for Defendants
    AU OPTRONICS CORPORATION AND
    AU OPTRONICS CORPORATION
    AMERICA

HILLIS CLARK MARTIN & PETERSON P.S.

By: /s/ Michael R. Scott
    Michael R. Scott (pro hac vice)
    Michael J. Ewart (pro hac vice)
    Hillis Clark Martin & Peterson P.S.
    1221 Second Avenue, Suite 500
    Seattle WA 98101-2925
    Telephone:  (206) 623-1745
    Facsimile:  (206) 623-7789
    mrs@hcmp.com; mje@hcmp.com

Attorneys for Defendants CHI MEI CORPORATION, CHIMEI INNOLUX CORPORATION (F/K/A CHI MEI OPTOELECTRONICS CORPORATION), CHI MEI OPTOELECTRONICS USA, INC., CMO JAPAN CO., LTD., NEXGEN MEDIATECH, INC. AND NEXGEN MEDIATECH USA, INC.

MORRISON & FOERSTER LLP

By: /s/ Stephen Freccero
    Stephen P. Freccero

    Melvin R. Goldman (Bar No. 34097))
    Stephen P. Freccero (Bar No. 131093)
    Derek F. Foran (Bar No. 224569)
    425 Market Street
    San Francisco, CA 94105-2482
    Tel: (415) 268-7000
    Fax: (415) 268-7522

    Attorneys for Defendants
    EPSON IMAGING DEVICES
    CORPORATION, EPSON
    ELECTRONICS AMERICA, INC.

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Kent Roger
    Kent M. Roger (Bar No. 95987)
    One Market, Spear Street Tower
    San Francisco, CA 94105
    Tel: (415) 442-1140
    Fax: (415) 442-1001

    Attorneys for Defendants
    HITACHI, LTD., HITACHI DISPLAYS,
    LTD., HITACHI ELECTRONIC
    DEVICES (USA), INC.

PAUL HASTINGS LLP


By: /s/ Holly House
    Holly House (SBN 136045)
    Kevin C. McCann (SBN 120874)
    55 Second Street, Twenty-Fourth Floor
    San Francisco, CA  94105-3441
    (415) 856-7000 / (415) 856-7100
    hollyhouse@paulhastings.com
    kevinmccan@paulhastings.com

    Attorneys for Defendants
    LG DISPLAY CO., LTD., and LG
    DISPLAY AMERICA, INC.


PILLSBURY WINTHROP SHAW PITTMAN LLP


By /s/ John Grenfell
   John M. Grenfell

   John M. Grenfell (State Bar No. 88500)
   Jacob R. Sorensen (State Bar No. 209134)
   50 Fremont Street
   San Francisco, CA 94105
   Tel: (415) 983-1000
   Fax: (415) 983-1200

   Attorneys for Defendants
   SHARP CORPORATION AND SHARP
   ELECTRONICS CORPORATION

GIBSON DUNN & CRUTCHER LLP


By: /s/ Rachel Brass
 Rachel S. Brass

 Joel S. Sanders (Bar No. 107234)
 Rachel S. Brass (Bar No. 219301)
 Rebecca Justice Lazarus (Bar No. 227330)
 555 Mission Street, Suite 3000
 San Francisco, CA  94105-2933
 Tel:  (415) 393-8200
 Fax:  (415) 393-8306

 Attorneys for Defendants
 CHUNGHWA PICTURE TUBES, LTD.
 AND TATUNG COMPANY OF
 AMERICA, INC.

**Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from the above-referenced counsel.**

### ORDER

Having considered the foregoing stipulation, and good cause appearing,

**IT IS SO ORDERED**.

1/18/12
Date Entered

Judge Susan Illston

**CERTIFICATE OF SERVICE BY E-MAIL**
(Federal Rules of Civil Procedure Rule 5(b))

I declare that I am employed with the law firm of K&L Gates, LLP, whose address is 925 4th Avenue, Suite 2900, Seattle, Washington 98104-1158. I am not a party to the case, and I am over the age of eighteen years.

I further declare that on January 13, 2012, I served a copy of:

**STIPULATION AND [PROPOSED] ORDER RE DISCOVERY AND MOTION TO COMPEL DEADLINES**

by electronically mailing a true and correct copy to all parties of record through the CM-ECF system in accordance with Federal Rules of Civil Procedure Rule 5(b).

I declare under penalty of perjury that the above is true and correct.

Executed at Seattle, Washington, this 13th day of January, 2012.

|   |   |
|---|---|
| Christopher M. Wyant | /s/ Christopher M. Wyant |
|  | (Signature) |