HUGH F. BANGASSER (*PRO HAC VICE*)
RAMONA M. EMERSON (*PRO HAC VICE*)
CHRISTOPHER M. WYANT (*PRO HAC VICE*)
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Phone: (206) 623-7580
Fax: (206) 623-7022

JEFFREY L. BORNSTEIN, State Bar No. #99358
K&L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Phone: (415) 249-1059
Fax: (415) 882-8220

Attorneys for Defendants
HANNSTAR DISPLAY CORPORATION

**[Additional moving parties and counsel listed on signature pages]**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:07-md-1827-SI<br>MDL No. 1827 |
| This Document Relates to:<br><br>Case No. 3:11-cv-00058-SI<br><br>COSTCO WHOLESALE CORPORATION,<br>Plaintiff,<br><br>v.<br><br>AU OPTRONICS CORPORATION, et al.,<br>Defendants. | **STIPULATION AND [~~PROPOSED~~] ORDER RE: MODIFYING DEADLINE FOR FILING OF MOTIONS TO COMPEL**<br><br>Honorable Susan Illston |

Plaintiff and the Stipulating Defendants, through the undersigned counsel, request that the Court enter the following stipulated order.

**STIPULATION**

WHEREAS discovery closed in this case on December 8, 2011, as set forth in the Stipulation and Order Modifying Pretrial Schedule for "Track One" Direct Action Plaintiff and State Attorney General Actions (Dkt. No. 3110, the "Scheduling Order") and the parties previously submitted a stipulation to the Court extending the deadline for Defendants to file motions to compel as to certain discovery to January 13, 2012;

WHEREAS Costco and the Stipulating Defendants continue to meet and confer concerning various document production issues identified in correspondence sent by Costco's counsel to Defendants' counsel dated December 22, 2011 (collectively, "Costco's Discovery Responses");

WHEREAS Costco and the Stipulating Defendants hope and expect to resolve some or all of the these issues informally, without the need to file motions to compel and seek the Court's involvement;

WHEREAS the current deadline for parties to file motions to compel with respect to Costco's Discovery Responses or Defendants' Discovery Responses is January 13, 2011;

WHEREAS in an effort to facilitate the informal resolution of any disputes, the parties wish to extend the deadline for the Stipulating Defendants to file any motions to compel with respect to Costco's Discovery Responses through February 1, 2012;

NOW, THEREFORE, the Parties, through their undersigned respective counsel, stipulate and agree as follows:

The deadline for the Stipulating Defendants to file any motion to compel with respect to Costco's Discovery Responses is extended through and including February 1, 2012.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: January 13, 2012

By: /s/ Cori G. Moore
David J. Burman, (*pro hac vice*)
Cori G. Moore, (*pro hac vice*)
PERKINS COIE, LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
(415) 344.7000 (Phone)
(415) 344.7302 (Facsimile)

*Attorneys for Plaintiff Costco Wholesale Corporation*

By: /s/ Christopher M. Wyant
Hugh F. Bangasser (*pro hac vice*)
Ramona M. Emerson (*pro hac vice*)
Christopher M. Wyant (*pro hac vice*)
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98004-1158
(206) 623-7580 (Phone)
(206) 623-7022 (Facsimile)
chris.wyant@klgates.com

Jeffrey L. Bornstein, (CA SBN 99358)
K&L GATES LLP
55 Second Street, Suite 1700
San Francisco, CA, 94105-3493
Phone: (415) 882-8200
Fax: (415) 882-8220

*Attorneys for Defendant HannStar Display Corporation*

By: /s/ Christopher A. Nedeau
Christopher A. Nedeau (SBN 81297)
Carl L. Blumenstein (SBN 124158)
Allison Dibley (SBN 213104)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
(415) 398-3600 (Phone)
(415) 398-2438 (Facsimile)
cnedeau@nossaman.com

*Attorneys for AU Optronics Corporation and AU Optronics Corporation America*

By: /s/ Harrison J. Frahn IV
Harrison J. Frahn IV
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002
Email: hfrahn@stblaw.com

*Attorneys for Defendants Chimei Innolux Corporation (f/k/a Chi Mei Optoelectronics Corporation), Chi Mei Optoelectronics USA, Inc., and CMO Japan Co., Ltd.*

By: /s/ Kent M. Roger
Kent M. Roger (State Bar No. 95987)
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
(415) 442-1000 (Phone)
(415) 442-1001 (Facsimile)
kroger@morganlewis.com

*Attorneys for Hitachi, Ltd., Hitachi Displays, Ltd. and Hitachi Electronic Devices (USA), Inc.*

By: /s/ Holly House
Holly House (SBN 136045)
Kevin C. McCann (SBN 120874)
PAUL HASTINGS LLP
55 Second Street, Twenty-Fourth Floor
San Francisco, CA 94105-3441
(415) 856-7000 / (415) 856-7100
hollyhouse@paulhastings.com
kevinmccan@paulhastings.com

*Attorneys for LG Display Co., Ltd., and LG Display America, Inc.*

By: /s/ Rachel S. Brass
Rachel S. Brass (State Bar No. 219301)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
Suite 3000
San Francisco, California 94105-2933
Telephone: (415) 393-8200
Facsimile: (415) 393-8306
RBrass@gibsondunn.com

*Attorneys for Chunghwa Picture Tubes, Ltd. and Tatung Co. of America, Inc.*

By: /s/ Stephen Freccero
Melvin R. Goldman (Bar No. 34097))
Stephen P. Freccero (Bar No. 131093)
Derek F. Foran (Bar No. 224569)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Tel: (415) 268-7000
Fax: (415) 268-7522

*Attorneys for Defendants Epson Imaging Devices Corporation; Epson Electronics America, Inc.* [1]

**Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from the above-referenced counsel.**

**ORDER**

Having considered the foregoing stipulation, and good cause appearing,

**IT IS SO ORDERED**.

1/19/12
Date Entered

Honorable Judge Susan Illston

[1] Signed and stipulated to without any waiver of rights with respect to arbitration.

**CERTIFICATE OF SERVICE BY E-MAIL**
(Federal Rules of Civil Procedure Rule 5(b))

I declare that I am employed with the law firm of K&L Gates, LLP, whose address is 925 4th Avenue, Suite 2900, Seattle, Washington 98104-1158. I am not a party to the case, and I am over the age of eighteen years.

I further declare that on January 13, 2012, I served a copy of:

**STIPULATION AND [PROPOSED] ORDER RE MODIFYING DEADLINE FOR FILING OF MOTIONS TO COMPEL**

by electronically mailing a true and correct copy to all parties of record through the CM-ECF system in accordance with Federal Rules of Civil Procedure Rule 5(b).

I declare under penalty of perjury that the above is true and correct.

Executed at Seattle, Washington, this 13th day of January, 2012.

/s/ Christopher M. Wyant
Christopher M. Wyant