N. ALBERT BACHARACH, JR.
Florida Bar Number: 209783
N. ALBERT BACHARACH, JR., P.A.
115 Northeast 6thAvenue
Gainesville, Florida 32601
(352)378-9859 FAX (352)338-1858
Attorney for Objector Michael J. Rinis,
President Rinis Travel, Inc.

FILED
JAN 2 3 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. MDL 3:07-MD-1827 SI |
| This Document Relates to:<br><br>ALL DIRECT PURCHASER CLASS | NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT<br><br>The Honorable Susan Illston |

Objector Michael J. Rinis, president Rinis Travel Service, Inc. hereby gives Notice of Appeal to the United States Court of Appeals for the Ninth Circuit, of United States District Judge Susan Illston's December 27, 2011 "AMENDED ORDER GRANTING DIRECT PURCHASER CLASS PLAINTIFFS' MOTION FOR ATTORNEYS'S FEES , REIMBURSEMENT OF EXPENSES, AND INCENTIVE AWARDS" "ORDER OVERRULING OBJECTIONS TO SETTLEMENTS AND ATTORNEYS' FEES " and "ORDER GRANTING FINAL APPROVAL OF SETTLEMENT AND ENTERING FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS CHI MEI INNOLUX CORPORATION; CHI MEI CORPORATION; CHI MEI OPTOELECTRONICS CORPORATION; CMO JAPAN CO., LTD.; CHI MEI OPTOELECTRONICS USA, INC.; NEXGEN MEDIATECH, INC.; AND NEXGEN MEDIATECH USA, INC. (Docs #4436, #4437

& #4438), and United States District Judge Susan Illston's December 29, 2011 "ORDER GRANTING FINAL APPROVAL OF SETTLEMENT AND ENTERING FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS HITACHI, LTD.; HITACHI DISPLAYS, LTD.; AND HITACHI ELECTRONIC DEVICES (USA), INC." and ORDER GRANTING FINAL APPROVAL OF SETTLEMENT AND ENTERING FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS SHARP CORPORATION AND SHARP ELECTRONICS CORPORATION" (Docs #4454& #4455), and United States District Judge Susan Illston's January 4, 2012 "CORRECTED ORDER GRANTING FINAL APPROVAL OF SETTLEMENT AND ENTERING FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS SHARP CORPORATIONA ND SHARP ELECTRONICS CORPORATION". (Docs #4475)

Respectfully Submitted,

N. ALBERT BACHARACH, JR.
Florida Bar Number: 209783
Attorney for Objector Michael Rinis,
   President Rinis Travel Service, Inc.
**N. ALBERT BACHARACH, JR., P.A.**
115 Northeast 6thAvenue
Gainesville, Florida 32601
(352)378-9859 FAX (352)338-1858
N.A.Bacharach@att.net

### CERTIFICATE OF COMPLIANCE

I HEREBY CERTIFY that on January 20, 2012 the foregoing Notice to Appeal to United States Court of Appeals for the Ninth Circuit was filed with the Clerk of the Court and that sufficient copies were provided to the Clerk, pursuant Fed.R.App.P 3(a)(1) for the Clerk to comply with Rule 3(d)(1) by serving all parties not electronically served by the CM/ECF system.

N. ALBERT BACHARACH, JR.

2