IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. M 07-1827 SI<br>MDL No. 1827 |
| This Order Relates To: | No. C 09-4997 SI |
| AT&T MOBILITY LLC, *et al.*, | **ORDER VACATING JANUARY 27, 2012, HEARING** |
| Plaintiffs, | |
| v. | |
| AU OPTRONICS CORPORATION, *et al.*, | |
| Defendants. | |

A hearing on the motion to dismiss filed by Samsung SDI Co., Ltd., Samsung SDI America, Inc., and Sanyo Consumer Electronics Co., Ltd. is currently scheduled for January 27, 2012, at 9:00 a.m. The Court finds this matter appropriate for disposition without oral argument and therefore VACATES the hearing. *See* Civil Local Rule 7-1(b). An order addressing the merits of the motion will follow shortly.

**IT IS SO ORDERED.**

Dated: January 25, 2012

SUSAN ILLSTON
United States District Judge