IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. M 07-1827 SI<br>MDL No. 1827 |
| This Order Relates To: | No. C 11-3763 SI |
| INTERBOND CORPORATION OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AU OPTRONICS CORPORATION, *et al.*,<br><br>Defendants. | **ORDER DENYING DEFENDANTS' MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION (INTERBOND)** |

Defendants have filed a motion for leave to file a motion for reconsideration of this Court's order granting in part their motion to dismiss Interbond's complaint. *See* Order Granting in Part Defendants' Motion to Dismiss, Master Docket No. 4602 (Jan. 18, 2012). The motion is DENIED. Docket No. 4635 in 07-1827; Docket No. 55 in 11-3763.

**IT IS SO ORDERED.**

Dated: January 31, 2012

SUSAN ILLSTON
United States District Judge