```
```

Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Judith A. Zahid (215418)
Patrick B. Clayton (240191)
Qianwei Fu (242669)
Heather T. Rankie (268002)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA  94104
Telephone:  (415) 693-0700
Facsimile:   (415) 693-0770
*fscarpulla@zelle.com*

Joseph M. Alioto (42680)
Theresa D. Moore (99978)
ALIOTO LAW FIRM
225 Bush Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile:  (415) 434-9200
*josephalioto@mac.com*

*Co-Lead Class Counsel for Indirect-Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:07-MD-1827 SI<br>MDL No. 1827 |
| This Document Relates to:<br><br>All Indirect-Purchaser Actions;<br><br>*State of Missouri, et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-3619;<br><br>*State of Florida v. AU Optronics Corporation, et al.*, Case No. 10-cv-3517; and<br><br>*State of New York v. AU Optronics Corporation, et al.*, Case No. 11-cv-0711. | [~~PROPOSED~~] **ORDER APPROVING REVISED FORMS OF NOTICE AND RESETTING DATE FOR FAIRNESS HEARING**<br><br>The Honorable Susan Illston |

1 | The Indirect-Purchaser Plaintiffs have requested approval of revised forms of notice in
2 | connection with the Court's Order Granting Preliminary Approval of Combined Class, *Parens
3 | Patriae*, and Governmental Entity Settlements (Dkt. # 4688, the "Preliminary Approval Order"), to
4 | conform to the Court's Order Granting Defendants' Motion to Alter or Amend the Indirect
5 | Purchaser Classes (Dkt. # 4684, filed Jan. 26, 2012).

6 | The Court, having reviewed the revised forms of notice and the record on file in this action,
7 | approves the revised short-form and long-form notices.

8 | NOW, THEREFORE, IT IS HEREBY ORDERED THAT the short-form and long-form
9 | notices attached to the Indirect-Purchaser Plaintiffs' Request for Approval of Revised Forms of
10 | Notice are substituted for the forms of notice attached to the Court's Preliminary Approval Order.
11 | All other provisions of the Preliminary Approval Order relating to the dissemination of notice
12 | remain in effect.

13 | The Indirect-Purchaser Plaintiffs have also requested that the date for the hearing on final
14 | approval of the settlements (the "Fairness Hearing") be reset to May 14, 2012 at 4:00 p.m. or a
15 | later date in order to allow sufficient time for the parties to meet the deadlines imposed by the
16 | settlements regarding opt-outs, as well as to allow sufficient time to meet the briefing deadlines
17 | imposed by the Preliminary Approval Order.

18 | NOW, THEREFORE, IT IS HEREBY ORDERED THAT the date for the Fairness Hearing
19 | is reset to ___May 18, 2012 at 9 a.m.___.

20 | **IT IS SO ORDERED.**

Dated: _____2/2/12_____          _____
                                          The Honorable Susan Illston,
                                          United States District Judge

3226956v2

---

1

[PROPOSED] ORDER APPROVING REVISED FORMS OF NOTICE AND RESETTING DATE
FOR FAIRNESS HEARING – CASE NO. 3:07-MD-1827 SI