Robert W. Turken
Mitchell E. Widom
Scott N. Wagner
BILZIN SUMBERG BAENA PRICE &
AXELROD LLP
1450 Brickell Ave., Suite 2300
Miami, Florida 33131-3456
Telephone:  305-374-7580
Facsimile:  305-374-7593
E-mail:  rturken@bilzin.com; swagner@bilzin.com

Stuart H. Singer
BOIES, SCHILLER, & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email:  ssinger@bsfllp.com

*Counsel for Plaintiffs Tech Data Corporation
and Tech Data Product Management, Inc.*

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATON | Case No. 3:11-cv-05765-SI <br><br> Master File No. 3:07-md-01827-SI (N.D. Cal.) <br><br> MDL No. 1827 |
| TECH DATA CORPORATION; TECH DATA PRODUCT MANAGEMENT, INC., <br><br> Plaintiffs, <br> vs. <br><br> AU OPTRONICS CORPORATION, et. al., <br><br> Defendants. | **STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT, WAIVER OF SERVICE AND [PROPOSED] ORDER** |

STIPULATION OF EXTENSION OF TIME TO
RESPOND TO COMPLAINT, WAIVER OF SERVICE
AND [PROPOSED] ORDER.

1

Case No. 3:11-cv-05765-SI
Master File No. 3:07-md-01827-SI

WHEREAS, Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc. ("Plaintiffs") filed a complaint in the above-captioned case against AU Optronics Corporation, AU Optronics Corporation America, Chi Mei Optoelectronics Corporation, Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Epson Electronics America, Inc., Epson Imaging Devices Corporation, HannStar Display Corporation, Hitachi Electronic Devices (USA), Inc., Hitachi, Ltd., Hitachi Displays, Ltd., LG Display Co., Ltd., LG Display America, Inc. Mitsui & Co. (Taiwan), Ltd., Mitsui & Co. (U.S.A.), Inc., NEC Display Solutions of America, Inc., NEC Electronics America, Inc., Sanyo Consumer Electronics, Ltd., Sharp Corporation, Sharp Electronics Corporation, Tatung Company of America, Inc., Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., Toshiba Corporation, and Toshiba Mobile Display Co., Ltd. (f/k/a Toshiba Matsushita Display Technology Co., Ltd.), (collectively, "Stipulating Defendants"), among other Defendants, on October 28, 2011 (the "Complaint"), which was transferred to the *In re TFT-LCD (Flat Panel) Antitrust Litigation*, MDL No. 1827, on November 25, 2011;

WHEREAS, Plaintiffs wish to avoid the burden and expense of serving process on the Stipulating Defendants;

WHEREAS, the Stipulating Defendants desire a reasonable amount of time to respond to the Complaints; and

WHEREAS, Plaintiffs and the Stipulating Defendants believe that proceeding on a unified response date will create efficiency for the Court and the parties.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, Plaintiffs, on the one hand, and the Stipulating Defendants, on the other hand, as follows:

1.    The Stipulating Defendants waive service of the Complaint under Federal Rule of Civil Procedure 4(d) and the Complaint is deemed served on the Stipulating Defendants as of the date this stipulation is filed.  This stipulation does not constitute a waiver by the Stipulating

Defendants of any other substantive or procedural defense, including but not limited to the defenses of lack of personal or subject matter jurisdiction and improper venue.

    2.    The Stipulating Defendants' deadline to move to dismiss, answer, or otherwise respond to the Complaints will be ninety (90) days from the filing of this stipulation, subject to Federal Rule of Civil Procedure 6(a)(1).

DATED: February 3, 2012.

    By:   /s/ Robert W. Turken

ROBERT W. TURKEN
MITCHELL E. WIDOM
SCOTT N. WAGNER
BILZIN SUMBERG BAENA PRICE &
AXELROD LLP
1450 Brickell Ave., Suite 2300
Miami, Florida 33131-3456
Telephone: 305-374-7580
Facsimile: 305-374-7593
E-mail: rturken@bilzin.com
        swagner@bilzin.com

STUART H. SINGER
BOIES, SCHILLER, & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email: ssinger@bsfllp.com

    Of Counsel:

WILLIAM A. ISAACSON
MELISSA WILLETT
BOIES, SCHILLER & FLEXNER
5301 Wisconsin Ave. NW, Suite 800
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

PHILIP J. IOVIENO
BOIES, SCHILLER & FLEXNER
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone:  (518) 434-0600
Facsimile:   (518) 434-0665
Email: piovieno@bsfllp.com

*Counsel for the Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc.*

By:  */s/ Kent M. Roger*
    Kent M. Roger (Bar No. 95987)
    Jennifer L. Calvert (Bar No. 258018)
    MORGAN LEWIS & BOCKIUS LLP
    One Market, Spear Street Tower
    San Francisco, CA 94105-1126
    (415) 442-1000 (Phone)
    (415) 442-1001 (Facsimile)
    *kroger@morganlewis.com*
    *jennifer.calvert@morganlewis.com*

    *Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. and Hitachi Electronic Devices (USA), Inc.*

By:  */s/ Kevin C. McCann*
    Kevin C. McCann (Bar No. 120874)
    Holly House (Bar No. 136045)
    PAUL HASTINGS LLP
    55 Second Street
    Twenty-Fourth Floor
    San Francisco, CA 94105-3441
    (415) 856-7000 (Phone)
    (415) 856-7100 (Facsimile)
    *kevinmccann@paulhastings.com*
    *hollyhouse@paulhastings.com*

    *Attorneys for Defendants LG Display Co., Ltd. and LG Display America, Inc.*

By: */s/ Christopher A. Nedeau*
    Christopher A. Nedeau
    Carl L. Blumenstein
    Allison Dibley
    NOSSAMAN LLP
    50 California Street, 34th Floor
    San Francisco, CA 94111
    (415) 398-3600 (Phone)
    (415) 398-2438 (Facsimile)
    *cnedeau@nossaman.com*

    *Attorneys for Defendants AU Optronics Corporation and AU Optronics Corporation America*

By: */s/ Melvin R. Goldman*
    Melvin R. Goldman (Bar No. 34097)
    Stephen P. Freccero (Bar. No 131093)
    Derek F. Foran (Bar No. 224569)
    MORRISON & FOERSTER LLP
    425 Market Street
    San Francisco, CA 94105-2482
    (415) 268-7000 (Phone)
    (415) 268-7522 (Facsimile)
    *mgoldman@mofo.com*

    *Attorneys for Defendants Epson Imaging Devices Corporation and Epson Electronics America, Inc.*

By: */s/ John M. Grenfell*
    John M. Grenfell (Bar No. 88500)
    Jacob R. Sorensen (Bar No. 209134)
    Fusae Nara (*pro hac vice*)
    Andrew D. Lanphere (Bar No. 191479)
    PILLSBURY WINTHROP SHAW PITTMAN LLP
    50 Fremont Street
    San Francisco, CA 94105
    (415) 983-1000 (Phone)
    (415) 983-1200 (Facsimile)
    *john.grenfell@pillsburylaw.com*

    *Attorneys for Defendants Sharp Corporation and Sharp Electronics Corp.*

By: /s/ Hugh F. Bangasser
Hugh F. Bangasser (*pro hac vice*)
Ramona M. Emerson (*pro hac vice*)
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98004-1158
(206) 623-7580 (Phone)
(206) 623-7022 (Facsimile)
*Ramona.Emerson@klgates.com*

Jeffrey L. Bornstein (Bar No. 99358)
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
(415) 249-1059 (Phone)
(415) 882-8220 (Facsimile)

*Counsel for Defendant HannStar Display Corporation*

By: /s/ Christopher M. Curran
Christopher M. Curran (*pro hac vice*)
John H. Chung (*pro hac vice*)
Martin M. Toto (*pro hac vice*)
Kristen J. McAhren (*pro hac vice*)
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036-2787
(212) 819-8200 (Phone)
(212) 354-8113 (Facsimile)
*ccurran@whitecase.com*
*jchung@whitecase.com*
*mtoto@whitecase.com*
*kmcahren@whitecase.com*

*Attorneys for Defendants Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc. and Toshiba America Information Systems, Inc.*

By*: /s/ Paul P. Eyre*
  Paul P. Eyre
  Ernest E. Vargo
  Michael E. Mumford
  BAKER & HOSTETLER LLP
  PNC Center
  1900 East Ninth Street, Suite 3200
  Cleveland, OH 44114-3482
  (216) 621-0200 (Phone)
  (216) 696-0740 (Facsimile)
  *peyre@bakerlaw.com*
  *evargo@bakerlaw.com*
  *mmumford@bakerlaw.com*

  Tracy Cole
  BAKER & HOSTETLER LLP
  45 Rockefeller Plaza
  New York, NY 10111
  (212) 589-4210 (Phone)
  (212) 589-4201 (Facsimile)
  *tcole@bakerlaw.com*

  *Attorneys for Defendant Mitsui & Co.*
  *(Taiwan), Ltd. and Mitsui & Co. (U.S.A.), Inc.*

By:  */s/ Harrison J. Frahn IV*
  Harrison J. Frahn IV (Bar No. 206822)
  SIMPSON THACHER & BARTLETT LLP
  2550 Hanover Street
  Palo Alto, CA 94304
  (650) 251-5000 (Phone)
  (650) 251-5002 (Facsimile)
  *hfrahn@stblaw.com*

   *Attorneys for Defendants Chi Mei*
  *Optoelectronics Corporation (n/k/a Chimei*
  *Innolux Corporation), Chi Mei Optoelectronics*
  *USA, Inc., and CMO Japan Co., Ltd.*

7

By: ___/s/Allison A. Davis_____
   Allison A. Davis (Bar No. 139203)
   Sanjay M. Nangia (Bar No. 264986)
   DAVIS WRIGHT TREMAINE LLP
   505 Montgomery Street, Suite 800
   San Francisco, CA 94111
   (415) 276-6500 (Phone)
   (415) 276-4880 (Facsimile)
   *allisondavis@dwt.com*
   *sanjaynangia@dwt.com*

   Nick S. Verwolf (*pro hac vice*)
   DAVIS WRIGHT TREMAINE LLP
   777 108th Avenue NE, Suite 2300
   Bellevue, WA 98004
   (425) 646-6125 (Phone)
   (425) 646-6199 (Facsimile)
   *nickverwolf@dwt.com*

   *Attorneys for Defendants*
   *Sanyo Consumer Electronics Co., Ltd.*

By: ___/s/ George D. Niespolo_____
   George D. Niespolo (Bar No. 72107)
   Stephen H. Sutro (Bar No. 172168)
   Jennifer Briggs Fisher (Bar No. 241321)
   DUANE MORRIS LLP
   One Market, Spear Tower, Suite 2200
   San Francisco, CA 94105-1104
   (415) 957-3000 (Phone)
   (415) 957-3001 (Facsimile)
   *gdniespolo@duanemorris.com*
   *shsutro@duanemorris.com*
   *jbfisher@duanemorris.com*

   *Attorneys for Defendants*
   *NEC Electronics America, Inc. and NEC*
   *Display Solutions of America, Inc.*

By: ___/s/ Joel S. Sanders_____
    Joel S. Sanders (Bar No. 107234)
    Rachel S. Brass (Bar No. 219301)
    GIBSON DUNN & CRUTCHER LLP
    555 Mission Street, Suite 3000
    San Francisco, CA 94105-2933
    (415) 393-8200 (Phone)
    (415) 393-8306 (Facsimile)
    *jsanders@gibsondunn.com*
    *rbrass@gibsondunn.com*

    *Counsel for Defendant Tatung Co. of America, Inc.*

Attestation: The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

**[PROPOSED] ORDER**

IT IS SO STIPULATED.

DATED this ___6TH___ day of ___FEB___, ___2012___.

By: ___/s/ Susan Illston___
Hon. Susan Illston

STIPULATION OF EXTENSION OF TIME TO
RESPOND TO COMPLAINT, WAIVER OF SERVICE
AND [PROPOSED] ORDER.

10

Case No. 3:11-cv-05765-SI
Master File No. 3:07-md-01827-SI