Robert W. Turken
Mitchell E. Widom
Scott N. Wagner
BILZIN SUMBERG BAENA PRICE &
AXELROD LLP
1450 Brickell Ave., Suite 2300
Miami, Florida 33131-3456
Telephone:  305-374-7580
Facsimile:  305-374-7593
E-mail:  rturken@bilzin.com; swagner@bilzin.com

Stuart H. Singer
BOIES, SCHILLER, & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email:  ssinger@bsfllp.com

*Counsel for Plaintiff The AASI Creditor
Liquidating Trust, By And Through
Kenneth A. Welt, Liquidating Trustee*

[Additional counsel listed on signature page]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATON | Case No. 3:11-cv-05781-SI |
| | Master File No. 3:07-md-01827-SI (N.D. Cal.) |
| | MDL No. 1827 |
| THE AASI CREDITOR LIQUIDATING TRUST, BY AND THROUGH KENNETH A. WELT, LIQUIDATING TRUSTEE, | |
| Plaintiff,<br>        vs. | |
| AU OPTRONICS CORPORATION, et. al., | **STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT, WAIVER OF SERVICE AND [PROPOSED] ORDER** |
| Defendants. | |

WHEREAS, Plaintiff The AASI Creditor Liquidating Trust, By and Through Kenneth A. Welt, Liquidating Trustee ("Plaintiff") filed a complaint in the above-captioned case against AU Optronics Corporation, AU Optronics Corporation America, Chi Mei Optoelectronics Corporation, Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Epson Electronics America, Inc., Epson Imaging Devices Corporation, HannStar Display Corporation, Hitachi Electronic Devices (USA), Inc., Hitachi, Ltd., Hitachi Displays, Ltd., LG Display Co., Ltd., LG Display America, Inc., Mitsui & Co. (Taiwan), Ltd., Mitsui & Co. (U.S.A.), Inc., NEC Display Solutions of America, Inc., NEC Electronics America, Inc., Sanyo Consumer Electronics, Ltd., Sharp Corporation, Sharp Electronics Corporation, Tatung Company of America, Inc., Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., Toshiba Corporation, and Toshiba Mobile Display Co., Ltd. (f/k/a Toshiba Matsushita Display Technology Co., Ltd.), (collectively, "Stipulating Defendants"), among other Defendants, on November 2, 2011 (the "Complaint"), which was transferred to the *In re TFT-LCD (Flat Panel) Antitrust Litigation*, MDL No. 1827, on November 29, 2011;

WHEREAS, Plaintiff wishes to avoid the burden and expense of serving process on the Stipulating Defendants;

WHEREAS, the Stipulating Defendants desire a reasonable amount of time to respond to the Complaint; and

WHEREAS, Plaintiff and the Stipulating Defendants believe that proceeding on a unified response date will create efficiency for the Court and the parties.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, Plaintiff, on the one hand, and the Stipulating Defendants, on the other hand, as follows:

1.     The Stipulating Defendants waive service of the Complaint under Federal Rule of Civil Procedure 4(d) and the Complaint is deemed served on the Stipulating Defendants as of the date this stipulation is filed.  This stipulation does not constitute a waiver by the Stipulating

Defendants of any other substantive or procedural defense, including but not limited to the defenses of lack of personal or subject matter jurisdiction and improper venue.

2.      The Stipulating Defendants' deadline to move to dismiss, answer, or otherwise respond to the Complaint will be ninety (90) days from the filing of this stipulation, subject to Federal Rule of Civil Procedure 6(a)(1).


DATED:  February 3, 2012.

By:  _/s/ Robert W. Turken_____

ROBERT W. TURKEN
MITCHELL E. WIDOM
SCOTT N. WAGNER
BILZIN SUMBERG BAENA PRICE &
AXELROD LLP
1450 Brickell Ave., Suite 2300
Miami, Florida 33131-3456
Telephone:  305-374-7580
Facsimile:  305-374-7593
E-mail:  rturken@bilzin.com
            swagner@bilzin.com

STUART H. SINGER
BOIES, SCHILLER, & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email:  ssinger@bsfllp.com


    Of Counsel:

WILLIAM A. ISAACSON
MELISSA WILLETT
BOIES, SCHILLER & FLEXNER
5301 Wisconsin Ave. NW, Suite 800
Washington, DC 20015
Telephone:  (202) 237-2727
Facsimile:   (202) 237-6131
Email:  wisaacson@bsfllp.com

PHILIP J. IOVIENO
BOIES, SCHILLER & FLEXNER
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone:  (518) 434-0600
Facsimile:  (518) 434-0665
Email: piovieno@bsfllp.com

*Counsel for the Plaintiffs Tech*
*Data Corporation and Tech Data Product*
*Management, Inc.*

By:     /s/Allison A. Davis
        Allison A. Davis (Bar No. 139203)
        Sanjay M. Nangia (Bar No. 264986)
        DAVIS WRIGHT TREMAINE LLP
        505 Montgomery Street, Suite 800
        San Francisco, CA 94111
        (415) 276-6500 (Phone)
        (415) 276-4880 (Facsimile)
        *allisondavis@dwt.com*
        *sanjaynangia@dwt.com*

        Nick S. Verwolf (*pro hac vice*)
        DAVIS WRIGHT TREMAINE LLP
        777 108th Avenue NE, Suite 2300
        Bellevue, WA 98004
        (425) 646-6125 (Phone)
        (425) 646-6199 (Facsimile)
        *nickverwolf@dwt.com*

        *Attorneys for Defendants*
        *Sanyo Consumer Electronics Co., Ltd.*

By:     /s/ Joel S. Sanders
        Joel S. Sanders (Bar No. 107234)
        Rachel S. Brass (Bar No. 219301)
        GIBSON DUNN & CRUTCHER LLP
        555 Mission Street, Suite 3000
        San Francisco, CA 94105-2933
        (415) 393-8200 (Phone)
        (415) 393-8306 (Facsimile)
        *jsanders@gibsondunn.com*
        *rbrass@gibsondunn.com*

        *Counsel for Defendant Tatung Co. of*
        *America, Inc.*

By: /s/ Kent M. Roger

Kent M. Roger (Bar No. 95987)
Jennifer L. Calvert (Bar No. 258018)
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
(415) 442-1000 (Phone)
(415) 442-1001 (Facsimile)
*kroger@morganlewis.com*
*jennifer.calvert@morganlewis.com*

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. and Hitachi Electronic Devices (USA), Inc.*


By: /s/ Kevin C. McCann

Kevin C. McCann (Bar No. 120874)
Holly House (Bar No. 136045)
PAUL HASTINGS LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
(415) 856-7000 (Phone)
(415) 856-7100 (Facsimile)
*kevinmccann@paulhastings.com*
*hollyhouse@paulhastings.com*

*Attorneys for Defendants LG Display Co., Ltd. and LG Display America, Inc.*


By: /s/ Christopher A. Nedeau

Christopher A. Nedeau
Carl L. Blumenstein
Allison Dibley
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
(415) 398-3600 (Phone)
(415) 398-2438 (Facsimile)
*cnedeau@nossaman.com*

*Attorneys for Defendants AU Optronics Corporation and AU Optronics Corporation America*

5

By:    */s/ Melvin R. Goldman*
     Melvin R. Goldman (Bar No. 34097)
     Stephen P. Freccero (Bar. No 131093)
     Derek F. Foran (Bar No. 224569)
     MORRISON & FOERSTER LLP
     425 Market Street
     San Francisco, CA 94105-2482
     (415) 268-7000 (Phone)
     (415) 268-7522 (Facsimile)
     *mgoldman@mofo.com*

     *Attorneys for Defendants Epson Imaging*
     *Devices Corporation and Epson Electronics*
     *America, Inc.*


By:    */s/ Hugh F. Bangasser*
     Hugh F. Bangasser (*pro hac vice*)
     Ramona M. Emerson (*pro hac vice*)
     K&L GATES LLP
     925 Fourth Avenue, Suite 2900
     Seattle, WA 98004-1158
     (206) 623-7580 (Phone)
     (206) 623-7022 (Facsimile)
     *Ramona.Emerson@klgates.com*

     Jeffrey L. Bornstein (Bar No. 99358)
     K&L GATES LLP
     Four Embarcadero Center, Suite 1200
     San Francisco, CA  94111
     (415) 249-1059 (Phone)
     (415) 882-8220 (Facsimile)

     *Counsel for Defendant HannStar Display*
     *Corporation*

By:    */s/ Harrison J. Frahn IV*
     Harrison J. Frahn IV (Bar No. 206822)
     SIMPSON THACHER & BARTLETT LLP
     2550 Hanover Street
     Palo Alto, CA 94304
     (650) 251-5000 (Phone)
     (650) 251-5002 (Facsimile)
     *hfrahn@stblaw.com*

     *Attorneys for Defendants Chi Mei*
     *Optoelectronics Corporation (n/k/a Chimei*

Innolux Corporation), Chi Mei Optoelectronics
USA, Inc., and CMO Japan Co., Ltd.

By:＿＿＿/s/ John M. Grenfell＿＿＿＿＿＿＿＿
    John M. Grenfell (Bar No. 88500)
    Jacob R. Sorensen (Bar No. 209134)
    Fusae Nara (*pro hac vice*)
    Andrew D. Lanphere (Bar No. 191479)
    PILLSBURY WINTHROP SHAW PITTMAN
    LLP
    50 Fremont Street
    San Francisco, CA  94105
    (415) 983-1000 (Phone)
    (415) 983-1200 (Facsimile)
    *john.grenfell@pillsburylaw.com*

    *Attorneys for Defendants Sharp Corporation
    and Sharp Electronics Corp.*

By:＿＿＿/s/ Christopher M. Curran＿＿＿＿＿＿＿
    Christopher M. Curran (*pro hac vice*)
    John H. Chung (*pro hac vice*)
    Martin M. Toto (*pro hac vice*)
    Kristen J. McAhren (*pro hac vice*)
    WHITE & CASE LLP
    1155 Avenue of the Americas
    New York, NY  10036-2787
    (212) 819-8200 (Phone)
    (212) 354-8113 (Facsimile)
    *ccurran@whitecase.com*
    *jchung@whitecase.com*
    *mtoto@whitecase.com*
    *kmcahren@whitecase.com*

    *Attorneys for Defendants Toshiba Corporation,
    Toshiba Mobile Display Co., Ltd., Toshiba
    America Electronic Components, Inc. and
    Toshiba America Information Systems, Inc.*

By:＿＿＿/s/ Paul P. Eyre＿＿＿＿＿＿＿＿＿＿＿
    Paul P. Eyre
    Ernest E. Vargo
    Michael E. Mumford
    BAKER & HOSTETLER LLP
    PNC Center
    1900 East Ninth Street, Suite 3200
    Cleveland, OH 44114-3482

(216) 621-0200 (Phone)
(216) 696-0740 (Facsimile)
*peyre@bakerlaw.com*
*evargo@bakerlaw.com*
*mmumford@bakerlaw.com*

Tracy Cole
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
(212) 589-4210 (Phone)
(212) 589-4201 (Facsimile)
*tcole@bakerlaw.com*

*Attorneys for Defendant Mitsui & Co.*
*(Taiwan), Ltd. and Mitsui & Co. (U.S.A.), Inc.*

By: ___*/s/ George D. Niespolo*___
George D. Niespolo (Bar No. 72107)
Stephen H. Sutro (Bar No. 172168)
Jennifer Briggs Fisher (Bar No. 241321)
DUANE MORRIS LLP
One Market, Spear Tower, Suite 2200
San Francisco, CA 94105-1104
(415) 957-3000 (Phone)
(415) 957-3001 (Facsimile)
*gdniespolo@duanemorris.com*
*shsutro@duanemorris.com*
*jbfisher@duanemorris.com*

*Attorneys for Defendants*
*NEC Electronics America, Inc. and NEC*
*Display Solutions of America, Inc.*

Attestation:   The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

**[PROPOSED] ORDER**

IT IS SO STIPULATED.


DATED this __6TH__ day of ___FEB_____, __2012__.


By: _____

Hon. Susan Illston

STIPULATION OF EXTENSION OF TIME TO
RESPOND TO COMPLAINT, WAIVER OF SERVICE
AND [PROPOSED] ORDER.

9

Case No. 3:11-cv-05765-SI
Master File No. 3:07-md-01827-SI