1  N. ALBERT BACHARACH, JR.
   Florida Bar Number: 209783
2  N. ALBERT BACHARACH, JR., P.A.
   115 Northeast 6thAvenue
3  Gainesville, Florida 32601
   (352)378-9859 FAX (352)338-1858
4  Attorney for Objector/Appellant Michael J. Rinis
   President Rinis Travel, Inc.

FILED
2012 FEB -6 A 11: 15
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. MDL 3:07-MD-1827 SI |
| This Document Relates to: ALL DIRECT PURCHASER CLASS | **REPRESENTATIVE STATEMENT**<br><br>The Honorable Susan Illston |

Objector/Appellant Michael J. Rinis, president Rinis Travel Service, Inc., by undersigned counsel, files this representative statement and the following is a list of Lead Counsel for all parties:

| OBJECTOR/APPELLANT MICHAEL J. RINIS, PRESIDENT RINIS TRAVEL, INC. | DEFENDANT/APPELLANT NEC CORP., NEC LCD TECHNOLOGIES, LTD. and RENESAS ELECTRONICS AMERICA, INC. |
|---|---|
| N. Albert Bacharach, Jr.<br>N. ALBERT BACHARACH, JR., P.A.<br>115 Northeast 6thAvenue<br>Gainesville, Florida 32601<br>Telephone: 352-378-9859<br>Facsimile: 352-338-1858<br>Email: N.A.Bacharach@att.net | George D. Niespolo<br>Stephen H. Sutro<br>Jennifer Briggs Fisher<br>DUANE MORRIS, LLP<br>One Market, Spear Tower, Suite 2200<br>San Francisco, CA 94105-1104<br>Telephone: 415-957-3000<br>Facsimile: 415-957-3001<br>Email: gdniespolo@duanemorris.com<br>shsutro@duanemorris.com<br>jbfisher@duanemorris.com |

| | | |
|---|---|---|
| 1 | APPELLANT (*Propria Persona*) | DEFENDANT/APPELLEE HANNSTAR DISPLAY CORPORATION |
| 2 | Barry Himmelstein<br>HIMMELSTEIN LAW NETWORK | Christopher M. Wyant, Esq. |
| 3 | 2000 Powell St., Suite 1605<br>Emeryville, CA 94608-1861 | K&L GATES<br>925 Fourth Avenue, Suite 2900 |
| 4 | Telephone: 510-450-0782<br>Facsimile: 510-380-6147 | Seattle, Washington 98104-1158<br>Telephone: 206.623.7580 |
| 5 | Email: barry@himmellaw.com | Facsimile: 206.623.7022<br>Email: chris.wyant@klgates.com |
| 6 | PLAINTIFF/APPELLEE JACO ELECTRONICS, INC. | |
| 7 | | DEFENDANTS/APPELLEES LG DISPLAY CO. LTD. and LG DISPLAY AMERICA INC. |
| 8 | Jason C. Murray, Esq.<br>Joshua C. Stokes, Esq. | |
|   | Nathanial J. Wood, Esq. | Holly A. House, Esq. |
| 9 | CROWELL & MORING, LLP<br>515 S. Flower Street, 40th Floor | Kevin C. McCann, Esq.<br>Sean D. Unger, Esq. |
| 10 | Los Angeles, CA 90071<br>Telephone: 213.622.4750 | PAUL HASTINGS JANOFSKY &<br>WALKER LLP |
| 11 | Facsimile: 213.622.2690<br>Email: jmurray@crowell.com | 55 Second Street<br>Twenty-Fourth Floor |
| 12 | j stokes@crowell.com<br>nwood@crowell.com | San Francisco, CA 94105<br>Telephone: 45.856.7000 |
| 13 | | Facsimile: 415.856.7100<br>Email: hollyhouse@paulhastings.com |
|   | Jeffrey H. Howard, Esq. | kevinmccann@paulhastings.com |
| 14 | Jerome A. Murphy, Esq.<br>CROWELL & MORING LLP | seanunger@paulhastings.com |
| 15 | 1001 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004 | DEFENDANTS/APPELLEES PHILLIPS |
| 16 | Telephone: 202.624-2500<br>Facsimile: 202.628.5116 | ELECTRONICS NORTH AMERICA<br>CORPORATION and KONINKLIJKE |
| 17 | Email: jhoward@crowell.com<br>jmurphy@crowell.com | PHILIPS ELECTRONICS N.V. |
| 18 | | Brendan P. Cullen, Esq. |
|    | DEFENDANTS/APPELLEES CHI MEI | SULLIVAN & CROMWELL LLP |
| 19 | CORPORATION, CHI MEI INNOLUX<br>CORP., CHI MEI OPTOELECTRONICS | 1870 Embarcadero Road<br>Palo Alto, CA 94303 |
| 20 | USA, INC., CMO JAPAN CO. LTD.,<br>NEXGEN MEDIATECH, INC. and NEXGEN | Telephone: 650.461.5600<br>Facsimile: 650.461.5700 |
| 21 | MEDIATECH USA, INC. | Email: cullenb@sullcrom.com |
| 22 | Harrison J. Frahn, IV, Esq.<br>SIMPSON THACHER & BARTLETT | DEFENDANTS/APPELLEES SAM SUNG SDI CO. LTD. and SAMSUNG SDI |
| 23 | 2550 Hanover Street<br>Palo Alto, CA 94304 | AMERICA, INC. |
| 24 | Telephone: 650.251.5025<br>Facsimile: 650.251.5002 | Michael W. Scarborough, Esq.<br>SHEPPARD, MULLIN, RICHTER & |
| 25 | Email: hfrahn@stblaw.com | HAMPTON, LLP<br>Four Embarcadero Center, 17th Floor |
| 26 | | San Francisco, California 94111<br>Telephone: (415) 434-9100 |
| 27 | | Facsimile: (415) 434-3947<br>Email: Mscarborough@sheppardmullin.com |
| 28 | | |

| | |
|---|---|
| DEFENDANTS/APPELLEES SANYO CONSUMER ELECTRONICS CO., LTD and SANYO NORTH AMERICA CORPORATION<br><br>Allison A. Davis, Esq.<br>DAVIS WRIGHT TREMAINE LLP<br>505 Montgomery Street, Suite 800<br>San Francisco, CA 94111<br>Telephone: 415.276.6500<br>Facsimile: 415.276.4880<br>Email: allisondavis@dwt.com<br><br>PLAINTIFFS/APPELLEES DIRECT PURCHASER CLASS PLAINTIFFS and/or CO-LEAD COUNSEL FOR THE DIRECT PURCHASER CLASS PLAINTIFF<br><br>Richard M. Heimann<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008<br>Email: rheimann@lchb.com<br><br>Bruce L. Simon<br>PEARSON, SIMON, WARSHAW & PENNY, LLP<br>44 Montgomery Street, Suite 2450<br>San Francisco, CA 94104<br>Telephone: (415) 433-9000<br>Facsimile: (415) 433-9008<br>Email: bsimon@pswplaw.com<br><br>DEFENDANTS/APPELLEES HITACHI, LTD., HITACHI DISPLAYS, LTD., and HITACHI ELECTRONIC DEVICES (USA)<br><br>Kent M. Roger<br>Herman J. Hoying<br>Minna L. Naranjo<br>MORGAN LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: (415) 442-1140<br>Facsimile: (415) 442-1001<br>Email: kroger@morganlewis.com<br>       hhoying@morganlewis.com<br>       mnaranjo@morganlewis.com | DEFENDANT/APPELLEE MITSUI & CO. (TAIWAN), LTD<br><br>Paul P. Eyre<br>Ernest E. Vargo<br>Michael E. Mumford<br>Erin K. Murdock-Park<br>BAKER & HOSTETLER LLP<br>PNC Center<br>1900 East Ninth Street, Suite 3200<br>Cleveland, OH 44114-3482<br>Telephone: (216) 621-0200<br>Facsimile: (216) 696-0470<br>Email: peyre@bakerlaw.com<br>       evargo@bakerlaw.com<br>       mmumford@bakerlaw.com<br>       emurdockpark@bakerlaw.com<br><br>DEFENDANTS/APPELLEES SHARP ELECTRONICS CORPORATION and SHARP CORPORATION<br><br>John M. Grenfell<br>Jacob R. Sorensen<br>Fusae Nara<br>Andrew D. Lanphere<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>50 Fremont Street<br>San Francisco, CA 94105<br>Telephone: (415) 983-1000<br>Facsimile: (415) 983-1200<br>Email: john.grenfell@pillsburylaw.com<br>       jake.sorensen@pillsburylaw.com<br>       fusae.nara@pillsburylaw.com<br>       andrew.lanphere@pillsburylaw.com<br><br><br>Respectfully Submitted,<br><br>/s/ N. Albert Bacharach, Jr.<br>N. ALBERT BACHARACH, JR.<br>Florida Bar Number: 209783<br>Attorney for Objector/Appellant Michael Rinis, President Rinis Travel Service, Inc.<br>N. ALBERT BACHARACH, JR., P.A.<br>115 Northeast 6thAvenue<br>Gainesville, Florida 32601<br>(352)378-9859 FAX (352)338-1858<br>N.A.Bacharach@att.net |

## CERTIFICATE OF COMPLIANCE

I HEREBY CERTIFY that on this 3rd day of February, 2012, the foregoing Representative Statement was filed with the Clerk of the Court and that all parties will be electronically served by the CM/ECF system.

N. ALBERT BACHARACH, JR.