Michael P. Kenny (mike.kenny@alston.com)
Debra D. Bernstein (debra.bernstein@alston.com)
Rodney J. Ganske (rod.ganske@alston.com)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

Douglas R. Young (dyoung@fbm.com)
**FARELLA BRAUN + MARTEL LLP**
235 Montgomery Street
San Francisco, California 94104
Telephone: (415) 954-4410
Facsimile:  (415) 954-4480
*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

[additional counsel and parties listed in signature block]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates To Individual Case No. 3:10-cv-01064 SI | MASTER CASE NO. 3:07-md-1827 SI, MQ<br>MDL NO. 1827 |
| DELL INC. and DELL PRODUCTS L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>SHARP CORPORATION, et. al.<br><br>Defendants. | Individual Case No. 3:10-cv-01064 SI<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO MOVE TO COMPEL ON CERTAIN DISCOVERY REQUESTS** |

Plaintiffs Dell Inc. and Dell Products L.P. (collectively, "Dell") and Defendants Sharp

Corporation and Sharp Electronics Corporation (collectively, "Sharp") stipulate as follows:

1

WHEREAS on October 19, 2011, Dell served on Sharp its First Set of Interrogatories, First Set of Requests for Admission, and First Set of Requests for Production of Documents (the "Discovery");

WHEREAS Sharp provided Responses and Objections to the Discovery on January 9, 2012;

WHEREAS the parties are meeting and conferring in good faith regarding Sharp's Responses and Objections to the Discovery, and to accommodate those efforts, agree to allow additional time to complete the meet and confer process and extend the motion to compel deadline;

WHEREAS the discovery cut-off in the above-captioned case was December 8, 2011;

WHEREAS the current deadline for Dell to file motions to compel against Sharp related to the Discovery is February 8, 2012;

THEREFORE, Dell and Sharp, by their respective undersigned counsel, stipulate and agree as follows:

1.      The deadline for Dell to move to compel further response to the Discovery shall be extended to February 22, 2012.

1    DATED:  February 8, 2012          Respectfully submitted,

2
                                       By: /s/ Rodney J. Ganske
3                                          Michael P. Kenny, Esq.
                                           Debra D. Bernstein, Esq.
4                                          Rodney J. Ganske, Esq.
                                           ALSTON + BIRD LLP
5                                          1201 West Peachtree Street
                                           Atlanta, Georgia 30309-3424
6                                          Tel: (404) 881-7000
                                           Facsimile: (404) 881-7777
7                                          mike.kenny@alston.com
                                           debra.bernstein@alston.com
8                                          rod.ganske@alston.com
9
                                           Douglas R. Young (dyoung@fbm.com)
10                                         FARELLA BRAUN + MARTEL LLP
                                           235 Montgomery Street
11                                         San Francisco, California 94104
                                           Telephone: (415) 954-4410
12                                         Facsimile:  (415) 954-4480
13
                                           *Attorneys for Plaintiffs Dell Inc. and Dell Products
14                                         L.P.*
15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO MOVE TO COMPEL ON
CERTAIN DISCOVERY REQUESTS, Master Case No. 3:07-md-1827 SI , MQ

1    DATED:  February 8, 2012          Respectfully submitted,

2
                                       By: /s/ Jon R. Roellke
3                                          Jon R. Roellke (pro hac vice)
                                           BINGHAM MCCUTCHEN LLP
4                                          2020 K Street NW
                                           Washington, DC 20006-1806
5                                          (202) 373-6000 (telephone)
                                           jon.roellke@bingham.com
6
                                           Colin C. West (SBN 184095)
7                                          BINGHAM MCCUTCHEN LLP
                                           Three Embarcadero Center
8                                          San Francisco, CA 94111-4067
                                           (415) 393-2000 (telephone)
9                                          (415) 393-2286 (facsimile)
                                           colin.west@bingham.com
10
                                           Kenneth A. Gallo (pro hac vice)
11                                         Joseph S. Simons (pro hac vice)
                                           Craig A. Benson (pro hac vice)
12                                         Bruce A. Searby (pro hac vice)
                                           PAUL WEISS RIFKIND WHARTON &
13                                         GARRISON LLP
                                           2001 K Street NW
14                                         Washington, DC 20006-1806
                                           (202) 223-7300 (telephone)
15                                         kgallo@paulweiss.com

16                                         Richard S. Taffet (pro hac vice)
                                           Kenneth I. Schacter (pro hac vice)
17                                         BINGHAM MCCUTCHEN LLP
                                           399 Park Avenue
18                                         New York, NY 10022-4689
                                           (212) 705-7000 (telephone)
19
                                       *Attorneys for Defendants Sharp Corporation and*
20                                     *Sharp Electronics Corp.*

21

22

23

24

25

26

27

28

                                       4

**Attestation:** The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

By: _/s/ Rodney J. Ganske_____
    Rodney J. Ganske
    ALSTON + BIRD LLP
    1201 West Peachtree Street
    Atlanta, Georgia 30309-3424
    Tel: (404) 881-7000
    Facsimile: (404) 881-7777
    rod.ganske@alston.com

**[PROPOSED] ORDER**

Under the parties' stipulation set forth above, IT IS SO ORDERED.

Dated: _____2/8_____, 2012     By: _____

                                       Hon. Susan Illston
                                       United States District Judge