MELVIN R. GOLDMAN (CA SBN 34097)
MGoldman@mofo.com
STEPHEN P. FRECCERO (CA SBN 131093)
SFreccero@mofo.com
DEREK F. FORAN (CA SBN 224569)
DForan@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
Epson Imaging Devices Corporation,
and Epson Electronics America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Motorola Mobility, Inc. v. AU Optronics Corporation, et al., C 09-5840 SI* | MDL File No. 3:07-md-1827-SI<br>MDL No. 1827<br><br>**STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL OF MOTOROLA MOBILITY'S SECOND CLAIM FOR RELIEF WITH PREJUDICE** |


WHEREAS, in its Third Amended Complaint, plaintiff Motorola Mobility, Inc. included as its Second Claim for Relief a claim under the Illinois Antitrust Act, 740 Illinois Code 10/3 for indirect purchases of finished products for use in its own business;

WHEREAS, Motorola Mobility, Inc. is no longer pursuing its Illinois Antitrust Act claim;

NOW, THEREFORE, the Parties, through their undersigned respective counsel, stipulate and agree as follows:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Motorola and Defendants, by their undersigned counsel, stipulate and agree that Motorola's Second Claim for Relief for Violation of the Illinois Antitrust Act is hereby dismissed with prejudice.

Dated: February 24, 2012

Jason C. Murray, (CA Bar No. 169806)
Joshua C. Stokes, (CA Bar No. 220214)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Phone: (213) 622-4750
Fax: (213) 622-2690

By:  /s/ Joshua Stokes
        Joshua Stokes

Attorneys for Plaintiff Motorola Mobility, Inc.

Dated: February 24, 2012

Melvin R. Goldman (CA SBN 34097)
Stephen P. Freccero (CA SBN 131093)
Derek F. Foran (CA SBN 224569)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Phone: (415) 268-7000
Fax: (415) 268-7522

By:  /s/ Derek Foran
        Derek Foran

Attorneys for Defendants Epson Imaging Devices Corporation, and Epson Electronics America, Inc.

| | | |
|---|---|---|
| 1 | Dated: February 24, 2012 | James G. Kreissman (Bar No. 206740) |
| 2 | | Harrison J. Frahn IV (Bar No. 206822) |
| | | Jason M. Bussey (Bar No. 227185) |
| 3 | | Michael R. Lizano (Bar No. 246222) |
| | | Arka D. Chatterjee (Bar No. 268546) |
| 4 | | SIMPSON THACHER & BARTLETT LLP |
| | | 2550 Hanover Street |
| 5 | | Palo Alto, California 94304 |
| | | Tel: (650) 251-5000 |
| 6 | | Fax: (650) 251-5002 |

By: /s/ Harrison J. Frahn IV
    Harrison J. Frahn IV

Attorneys for Defendants
Chimei Innolux Corporation, Chi Mei Corporation, Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Nexgen Mediatech, Inc. and Nexgen Mediatech USA, Inc.

Dated: February 24, 2012

William Farmer
COLLETTE ERICKSON FARMER & O'NEILL LLP
235 Pine Street, Suite 1300
San Francisco, CA 94104
Tel: (415) 788 4646
Fax: (415) 788 6929

By: /s/ William Farmer
    William Farmer

Attorneys for Defendants
Chunghwa Picture Tubes, Ltd., Tatung Company of America, Inc.

---

STIP. AND [PROP.] ORDER FOR VOL. DISMISSAL OF MOTOROLA MOBILITY'S 2ND CLAIM FOR RELIEF W/ PREJUDICE    2
CASE NO. M: 07-1827; C: 09-5840
sf-3099827

| | | |
|---|---|---|
| 1 | Dated: February 24, 2012 | Hugh F. Bangasser (admitted *pro hac vice*) |
| 2 | | Ramona M. Emerson (admitted *pro hac vice)* |
| | | Christopher M. Wyant (admitted *pro hac vice*) |
| 3 | | 925 Fourth Avenue, Suite 2900 |
| | | Seattle, WA 98104 |
| 4 | | K&L GATES LLP |
| | | Tel: (206) 623-7580 |
| 5 | | Fax: (206) 623-7022 |

Dated: February 24, 2012

Hugh F. Bangasser (admitted *pro hac vice*)
Ramona M. Emerson (admitted *pro hac vice)*
Christopher M. Wyant (admitted *pro hac vice*)
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
K&L GATES LLP
Tel: (206) 623-7580
Fax: (206) 623-7022

Jeffrey L. Bornstein (Bar No. 99358)
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
K&L GATES LLP
Tel: (415) 249-1059
Fax: (415) 882-8220

By: /s/ Ramona M. Emerson
    Ramona M. Emerson

Attorneys for Defendant
Hannstar Display Corporation

Dated: February 24, 2012

Christopher A. Nedeau, Esq.
Carl L. Blumenstein, Esq.
Allison M. Dibley, Esq.
James A. Nickovich, Esq.
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
Phone: (415) 398-3600
Fax: (415) 398-2438

By: /s/ Carl L. Blumenstein
    Carl L. Blumenstein

Attorneys for Defendants
AU Optronics Corporation, AU Optronics Corporation America, Inc.

STIP. AND [PROP.] ORDER FOR VOL. DISMISSAL OF MOTOROLA MOBILITY'S 2ND CLAIM FOR RELIEF W/ PREJUDICE    3
CASE NO. M: 07-1827; C: 09-5840
sf-3099827

| | | |
|---|---|---|
| 1 | Dated: February 24, 2012 | Michael R. Lazerwitz (admitted *pro hac vice*) |
| 2 | | Teale Toweill<br>One Liberty Plaza |
| 3 | | New York, NY 10006<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| 4 | | Tel: (212) 225-2000<br>Fax: (212) 225-3999 |

By: /s/ Michael R. Lazerwitz
    Michael R. Lazerwitz

Attorneys for Defendants
LG Display Co., Ltd. and LG Display America Inc.

Dated: February 24, 2012

Robert D. Wick (admitted *pro hac vice*)
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
COVINGTON & BURLING LLP
Tel: (202) 662-6000
Fax: (202) 662-6291

By: /s/ Robert D. Wick
    Robert D. Wick

Attorneys for Defendants
Samsung Electronics America, Inc., Samsung Semiconductor, Inc., and Samsung Electronics Co., Ltd.

| | | |
|---|---|---|
| 1 | Dated: February 24, 2012 | Kenneth A. Gallo (pro hac vice) |
| 2 | | Joseph S. Simons (pro hac vice) |
| | | Craig A. Benson (pro hac vice) |
| 3 | | 2001 K Street NW |
| | | Washington, DC 20006 |
| 4 | | PAUL WEISS RIFKIND WHARTON & GARRISON LLP |

Dated: February 24, 2012

Kenneth A. Gallo (pro hac vice)
Joseph S. Simons (pro hac vice)
Craig A. Benson (pro hac vice)
2001 K Street NW
Washington, DC 20006
PAUL WEISS RIFKIND WHARTON & GARRISON LLP
(202) 223-7300 (telephone)
(202) 223-7420 (facsimile)
kgallo@paulweiss.com

Richard S. Taffet (pro hac vice)
Kenneth I. Schacter (pro hac vice)
Jon R. Roellke (pro hac vice)
Colin C. West (SBN 184095)
Kristen A. Palumbo (SBN 215857)
Three Embarcadero Center
San Francisco, CA 94111-4067
BINGHAM MCCUTCHEN LLP
(415) 393-2000 (telephone)
(415) 393-2286 (facsimile)
colin.west@bingham.com

By: /s/ Kenneth A. Gallo
    Kenneth A. Gallo

Attorneys for Defendants
Sharp Corporation and Sharp Electronics Corporation

Dated: February 24, 2012

Christopher M. Curran (admitted *pro hac vice*)
John H. Chung (admitted *pro hac vice*)
Martin M. Toto (admitted *pro hac vice*)
Kristen J. McAhren (admitted *pro hac vice*)
1155 Avenue of the Americas
New York, NY 10036
WHITE & CASE LLP
Tel: (212) 819-8200
Fax: (212) 354-8113

By: /s/ John H. Chung
    John H. Chung

Attorneys for Defendants
Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Information Systems, Inc., Toshiba America Electronic Components, Inc.

STIP. AND [PROP.] ORDER FOR VOL. DISMISSAL OF MOTOROLA MOBILITY'S 2ND CLAIM FOR RELIEF W/ PREJUDICE    5
CASE NO. M: 07-1827; C: 09-5840
sf-3099827

| | |
|---|---|
| Dated: February 24, 2012 | Allison A. Davis (Bar No. 139203)<br>Sanjay Nangia (Bar No. 264986)<br>505 Montgomery Street, Suite 800<br>San Francisco, CA  94111<br>DAVIS WRIGHT TREMAINE LLP<br>Tel:  (415) 276-6500<br>Fax:  (415) 276-6599<br><br>Nick S. Verwolf (admitted *pro hac vice*)<br>777 – 108th Ave. N.E., Suite 2300<br>Bellevue, WA  98004<br>DAVIS WRIGHT TREMAINE LLP<br>Tel:  (425) 646-6125<br>Fax:  (425) 646-6199<br><br>By: /s/ Allison A. Davis<br>      Allison A. Davis<br><br>Attorneys for Defendant<br>Sanyo Consumer Electronics Co., Ltd. |
| Dated: February 24, 2012 | Mike Scarborough, Esq.<br>Mona Solouki, Esq.<br>SHEPPARD MULLIN RICHTER & HAMPTON<br>4 Embarcadero Ctr., 17th Fl.<br>San Francisco, CA 94111-4106<br>Tel: (415) 774-2963<br>Fax: (415) 403.6052<br><br>By: /s/ Mike Scarborough<br>      Mike Scarborough<br><br>Attorneys for Defendants<br>Samsung SDI America, Inc. Samsung SDI Co., Ltd.; |

| | |
|---|---|
| Dated: February 24, 2012 | Brendan P. Cullen (Bar No. 194057) |
| | Shawn Joe Lichaa (Bar No. 250902) |
| | 1870 Embarcadero Road |
| | Palo Alto, California 94303 |
| | SULLIVAN & CROMWELL LLP |
| | Tel: (650) 461-5600 |
| | Fax: (650) 461-5700 |
| | |
| | Garrard R. Beeney |
| | 125 Broad Street |
| | New York, New York 10004-2498 |
| | SULLIVAN & CROMWELL LLP |
| | Tel: (212) 558-4000 |
| | Fax: (212) 558-3588 |
| | |
| | By: /s/ Brendan P. Cullen |
| |     Brendan P. Cullen |
| | |
| | Attorneys for Defendant |
| | Philips Electronics North America Corporation |

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from the signatories to this document.

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated: _____, 2012

The Honorable Susan Illston
Judge of the District Court