MELVIN R. GOLDMAN (CA SBN 34097)
MGoldman@mofo.com
STEPHEN P. FRECCERO (CA SBN 131093)
SFreccero@mofo.com
DEREK F. FORAN (CA SBN 224569)
DForan@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:    415.268.7000
Facsimile:    415.268.7522

Attorneys for Defendants
Epson Imaging Devices Corporation,
and Epson Electronics America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | MDL File No. 3:07-md-1827-SI<br>MDL No. 1827 |
| This Document Relates to:<br><br>*Motorola Mobility, Inc. v. AU Optronics Corporation, et al.*, C 09-5840 SI | **STIPULATION AND [PROPOSED] ORDER REGARDING JANE WANG** |

Plaintiffs Motorola Mobility, Inc. ("Motorola") and Defendants Epson Imaging Devices Corporation and Epson Electronics America, Inc. (collectively, "Epson") hereby stipulate as follows:

**STIPULATION**

WHEREAS discovery was scheduled to close in this case on December 8, 2011, as set forth in the Stipulation and Order Modifying Pretrial Schedule for "Track One" Direct Action Plaintiff and State Attorney General Actions (Dkt. No. 3110, the "Scheduling Order");

WHEREAS Epson and Motorola previously stipulated to extend the time to serve discovery responses and file motions to compel to January 31, 2012, and the Court approved that stipulation on December 19, 2011;

WHEREAS Epson and Motorola previously stipulated to further extend the time to serve discovery responses and file motions to compel to February 10, 2012, and the Court approved that stipulation on February 2, 2012;

WHEREAS Epson has requested the deposition of Jane Wang, an employee of Motorola's Chinese subsidiary;

WHEREAS Ms. Wang has been unavailable for family and personal issues, and Motorola has objected to producing her for deposition after resolution of, or other arrangements being made regarding, those issues;

NOW, THEREFORE, the Parties, through their undersigned respective counsel, stipulate and agree as follows:

1. Defendants will not seek the deposition of Ms. Wang so long as Motorola does not call Ms. Wang as a witness at trial, or obtain a declaration, affidavit, or similar statement in support of, or in opposition to, any motion or application in this litigation; provided that,

2. should Motorola obtain a declaration, affidavit, or similar statement in support of, or in opposition to, any motion or application in this litigation, Motorola will make Ms. Wang available to defendants for a full day of deposition on reasonable notice in Hong Kong, China. Furthermore,

1     should Motorola call Ms. Wang at trial, Motorola will make Ms. Wang
2     available to defendants for a full day of deposition prior to her testimony at
3     trial.

    a.     If Ms. Wang does not appear for a full day of deposition on a date mutually determined by the parties or set by the Special Master after submitting a declaration, Motorola will withdraw her declaration unless Defendants indicate that they do not wish to proceed with her deposition.

    b.     Furthermore, if Ms. Wang does not appear for a full day of deposition on a date mutually determined by the parties or set by the Special Master prior to her scheduled testimony at trial, Motorola will withdraw her as a witness unless Defendants indicate that they do not wish to proceed with her deposition.

Dated: February 24, 2012

    Melvin R. Goldman (CA SBN 34097)
    Stephen P. Freccero (CA SBN 131093)
    Derek F. Foran (CA SBN 224569)
    MORRISON & FOERSTER LLP
    425 Market Street
    San Francisco, CA 94105-2482
    Phone: (415) 268-7000
    Fax: (415) 268-7522

By:   /s/ Derek F. Foran
       DEREK F. FORAN

Attorneys for Defendants Epson Imaging Devices Corporation, and Epson Electronics America, Inc.

| | |
|---|---|
| Dated: February 24, 2012 | Jason C. Murray, (CA Bar No. 169806)<br>Joshua C. Stokes, (CA Bar No. 220214)<br>CROWELL & MORING LLP<br>515 South Flower St., 40th Floor<br>Los Angeles, CA  90071<br>Phone: (213) 622-4750<br>Fax: (213) 622-2690<br><br>By:   /s/ Joshua Stokes<br>      JOSHUA STOKES<br><br>Attorneys for Plaintiff Motorola Mobility, Inc. |

1 **ATTESTATION**: Pursuant to N.D. Cal. General Order 45, Part X-B, the filer attests that
2 concurrence in the filing of this document has been obtained from each signatory hereto.
3
4 Dated: February 24, 2012            By:    /s/ Derek F. Foran
                                            Derek F. Foran
5

IT IS SO ORDERED.

Dated: _____, 2012

                                          The Honorable Susan Illston
Judge of the United States District Court

sf- 3105933

5