GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234,
JSanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301,
RBrass@gibsondunn.com
AUSTIN V. SCHWING, SBN 211696,
ASchwing@gibsondunn.com
JOEL WILLARD, SBN 247899,
JWillard@gibsondunn.com
555 Mission Street
Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendant
CHUNGHWA PICTURE TUBES, LTD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827 SI<br>MDL No. 1827 |
| This Document Related to<br>Individual Case No. 3:11-cv-5781-SI | Individual Case No. 3:11-cv-5781-SI |
| THE AASI CREDITOR LIQUIDATING TRUST, BY AND THROUGH KENNETH A. WELT, LIQUIDATING TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>AU OPTRONICS CORPORATION, ET AL.,<br><br>Defendants. | **STIPULATION OF EXTENSION OF TIME FOR DEFENDANT CHUNGHWA PICTURE TUBES, LTD. TO RESPOND TO PLAINTIFF'S COMPLAINT AND [PROPOSED] ORDER** |

The undersigned counsel, on behalf of the AASI Creditor Liquidating Trust, By and Through Kenneth A. Welt, Liquidating Trustee ("Plaintiff") and Defendant Chunghwa Picture Tubes, Ltd. ("Chunghwa"), hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed a Complaint in the above-captioned case against Defendant Chunghwa and other defendants, on November 2, 2011;

1

Gibson, Dunn & Crutcher LLP

Stipulation of Extension of Time For Chunghwa Picture Tubes, Ltd. to Respond to Complaint and [Proposed] Order
Case No.: 3:11-cv-5781-SI; MDL 07-01827

WHEREAS, on February 9, 2012, the Court granted Plaintiff's motion to serve Chunghwa through its U.S. counsel pursuant to Federal Rule of Civil Procedure 4(f)(3);

WHEREAS, in light of that Order, the parties agreed that such service may occur via email to counsel and need consist of the Complaint only and not of the other materials required by Federal Rule of Civil Procedure 4, Civil L.R. 3-13 or Civil L.R. 3-16, but that such agreement did not constitute a waiver of Chunghwa's objection to service of the complaint and summons through U.S. counsel;

WHEREAS, Plaintiff and Chunghwa have reached an agreement, pursuant to Civil L.R. 6-1(a), to extend the time within which Chunghwa must move against, answer or otherwise respond to Plaintiff's Complaint;

WHEREAS, this extension will not alter the date of any event or any deadline already fixed by the Court; and

WHEREAS, the Court has previously approved stipulations between Plaintiff and certain other defendants extending those defendants' time to dismiss, answer, or otherwise respond to the Complaint until May 3, 2012;

THEREFORE, the time within which Chunghwa must move against, answer or otherwise respond to Plaintiff's Complaint is extended until May 3, 2012.

IT IS SO STIPULATED.

Respectfully submitted,

DATED:  February 24, 2012

By: /s/ Rachel S. Brass
Rachel S. Brass, SBN 219301
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: (415) 393-8200
Facsimile: (415) 393-8306
Email:  rbrass@gibsondunn.com
*Counsel for Defendant Chunghwa Picture Tubes, Ltd.*

By: /s/ Philip J. Iovieno
Philip J. Iovieno
BOIES, SCHILLER & FLEXNER
10 North Pearl Street, 4th Floor

2

Stipulation of Extension of Time For Chunghwa Picture Tubes, Ltd. to Respond to Complaint and [Proposed] Order
Case No.: 3:11-cv-5781-SI; MDL 07-01827

Gibson, Dunn & Crutcher LLP

Albany, NY 12207
Telephone:  (518) 434-0600
Facsimile:   (518) 434-0665
Email:  piovieno@bsfllp.com
*Counsel for Plaintiff The AASI Creditor Liquidating Trust, By and Through Kenneth a. Welt, Liquidating Trustee*

Robert W. Turken
Mitchell E. Widom
Scott N. Wagner
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Ave., Suite 2300
Miami, Florida 33131-3456
Telephone:  305-374-7580
Facsimile:  305-374-7593
E-mail:  rturken@bilzin.com
mwidom@bilzin.com
swagner@bilzin.com

Stuart H. Singer
BOIES, SCHILLER, & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email: ssinger@bsfllp.com

Of Counsel:

William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

**Attestation:**  The filer of this document attests that the concurrence of the other signatory thereto has been obtained.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

_____     _____
          Date Entered                                     Honorable Judge Susan Illston

3

Stipulation of Extension of Time For Chunghwa Picture Tubes, Ltd. to Respond to Complaint and [Proposed] Order
Case No.: 3:11-cv-5781-SI; MDL 07-01827

Gibson, Dunn & Crutcher LLP