GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234,
JSanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301,
RBrass@gibsondunn.com
AUSTIN V. SCHWING, SBN 211696,
ASchwing@gibsondunn.com
JOEL WILLARD, SBN 247899,
JWillard@gibsondunn.com
555 Mission Street
Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendant
CHUNGHWA PICTURE TUBES, LTD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827 SI<br>MDL No. 1827 |
| This Document Related to<br>Individual Case No. 3:11-cv-5765-SI | Individual Case No. 3:11-cv-5765-SI |
| TECH DATA CORPORATION; TECH DATA PRODUCT MANAGEMENT, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AU OPTRONICS CORPORATION, ET AL.,<br><br>Defendants. | **STIPULATION OF EXTENSION OF TIME FOR DEFENDANT CHUNGHWA PICTURE TUBES, LTD. TO RESPOND TO PLAINTIFFS' COMPLAINT AND [PROPOSED] ORDER** |

The undersigned counsel, on behalf of Tech Data Corporation and Tech Data Product Management, Inc. ("Plaintiffs") and Defendant Chunghwa Picture Tubes, Ltd. ("Chunghwa"), hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed a Complaint in the above-captioned case against Defendant Chunghwa and other defendants, on October 28, 2011;

1

Gibson, Dunn & Crutcher LLP

Stipulation of Extension of Time For Chunghwa Picture Tubes, Ltd. to Respond to Complaint and [Proposed] Order
Case No.: 3:11-cv-5765-SI; MDL 07-01827

1       WHEREAS, on February 9, 2012, the Court granted Plaintiffs' motion to serve Chunghwa

2   through its U.S. counsel pursuant to Federal Rule of Civil Procedure 4(f)(3);

3       WHEREAS, in light of that Order, the parties agreed that such service may occur via email to

4   counsel and need consist of the Complaint only and not of the other materials required by Federal

5   Rule of Civil Procedure 4, Civil L.R. 3-13 or Civil L.R. 3-16, but that such agreement did not

6   constitute a waiver of Chunghwa's objection to service of the complaint and summons through U.S.

7   counsel;

8       WHEREAS, Plaintiffs and Chunghwa have reached an agreement, pursuant to Civil L.R. 6-

9   1(a), to extend the time within which Chunghwa must move against, answer or otherwise respond to

10  Plaintiffs' Complaint;

11      WHEREAS, this extension will not alter the date of any event or any deadline already fixed

12  by the Court; and

13      WHEREAS, the Court has previously approved stipulations between Plaintiffs and certain

14  other defendants extending those defendants' time to dismiss, answer, or otherwise respond to the

15  Complaint until May 3, 2012;

16      THEREFORE, the time within which Chunghwa must move against, answer or otherwise

17  respond to Plaintiffs' Complaint is extended until May 3, 2012.

18      IT IS SO STIPULATED.

19                                      Respectfully submitted,

20  DATED:  February 24, 2012

21                                      By:  _____/s/ Rachel S. Brass_____
                                        Rachel S. Brass, SBN 219301
22                                      GIBSON, DUNN & CRUTCHER LLP
                                        555 Mission Street, Suite 3000
23                                      San Francisco, California 94105-2933
                                        Telephone: (415) 393-8200
24                                      Facsimile: (415) 393-8306
                                        Email:  rbrass@gibsondunn.com
25                                      *Counsel for Defendant Chunghwa Picture Tubes, Ltd.*

26                                      By:_____/s/ Philip J. Iovieno_____
                                        Philip J. Iovieno
27                                      BOIES, SCHILLER & FLEXNER
28                                      10 North Pearl Street, 4th Floor

Gibson, Dunn & Crutcher LLP

2

Stipulation of Extension of Time For Chunghwa Picture Tubes, Ltd. to Respond to Complaint and [Proposed] Order
Case No.: 3:11-cv-5765-SI; MDL 07-01827

Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
*Counsel for Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc.*

Robert W. Turken
Mitchell E. Widom
Scott N. Wagner
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Ave., Suite 2300
Miami, Florida 33131-3456
Telephone: 305-374-7580
Facsimile: 305-374-7593
E-mail: rturken@bilzin.com
mwidom@bilzin.com
swagner@bilzin.com

Stuart H. Singer
BOIES, SCHILLER, & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email: ssinger@bsfllp.com

Of Counsel:

William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

**Attestation:**  The filer of this document attests that the concurrence of the other signatory thereto has been obtained.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

_____             _____
    Date Entered                      Honorable Judge Susan Illston

3

Stipulation of Extension of Time For Chunghwa Picture Tubes, Ltd. to Respond to Complaint and [Proposed] Order
Case No.: 3:11-cv-5765-SI; MDL 07-01827

Gibson, Dunn & Crutcher LLP