1  William A. Isaacson (admitted *pro hac vice*)
   BOIES, SCHILLER & FLEXNER LLP
2  5301 Wisconsin Ave. NW, Suite 800
   Washington, D.C.  20015
3  Telephone:  (202) 237-2727
   Facsimile:   (202) 237-6131
4  Email:  wisaacson@bsfllp.com

5  Philip J. Iovieno (admitted *pro hac vice*)
   Anne M. Nardacci (admitted *pro hac vice*)
6  Luke Nikas (admitted *pro hac vice*)
   Christopher V. Fenlon (admitted *pro hac vice*)
7  BOIES, SCHILLER & FLEXNER LLP
   10 North Pearl Street, 4th Floor
8  Albany, NY  12207
   Telephone:  (518) 434-0600
9  Facsimile:   (518) 434-0665
   Email:  piovieno@bsfllp.com
10          anardacci@bsfllp.com
           lnikas@bsfllp.com
11          cfenlon@bsfllp.com

12 Counsel for Plaintiffs
   ELECTROGRAPH SYSTEMS, INC. and
13 ELECTROGRAPH TECHNOLOGIES CORP.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:11-cv-03342-SI (N.D. Cal.) |
| This Document Relates To Individual Case No. 3:11-cv-03342-SI (N.D. Cal.) | Master File No. 3:07-md-01827-SI (N.D. Cal.) |
| | MDL No. 1827 |
| ELECTROGRAPH SYSTEMS, INC.; ELECTROGRAPH TECHNOLOGIES CORP., | **DECLARATION OF PHILIP J. IOVIENO IN SUPPORT OF ELECTROGRAPH SYSTEMS, INC.'S AND ELECTROGRAPH TECHNOLOGIES CORP.'S OPPOSITION TO NEC DEFENDANTS' MOTION TO CERTIFY** |
| Plaintiffs, | |
| vs. | **DOCUMENT SUBMITTED UNDER SEAL** |
| NEC CORPORATION; NEC CORPORATION OF AMERICA; NEC DISPLAY SOLUTIONS OF AMERICA, INC.; NEC ELECTRONICS AMERICA, INC.; NEC LCD TECHNOLOGIES, LTD., | |
| Defendants. | |

I, **PHILIP J. IOVIENO**, declare as follows:

1. I am a partner at the law firm of Boies, Schiller & Flexner LLP, counsel for plaintiffs Electrograph Systems, Inc. and Electrograph Technologies Corp. (collectively, "Electrograph"), and am licensed to practice law in the State of New York and admitted to practice *pro hac vice* before this Court. Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would competently testify thereto.

2. Attached hereto as Exhibit A is a true and correct copy of portions of the deposition transcript of H.S. Kim, which is designated as HIGHLY CONFIDENTIAL by defendant Samsung Electronics Co., Ltd.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of February, 2012, at Albany, NY.

                                /s/ Philip J. Iovieno
                                Philip J. Iovieno