IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. M 07-1827 SI |
| _____/ | MDL No. 1827 |
| This Order Relates to: | **ORDER RE: STATES OF ILLINOIS AND WASHINGTON'S ADMINISTRATIVE MOTION TO CLARIFY JANUARY 30 ORDER** |
| All Indirect-Purchaser Plaintiff Class Actions | |
| _____/ | |

The States of Illinois and Washington have filed a motion seeking clarification of this Court's order denying their motion to modify the indirect purchaser class. *See* Order Denying States of Illinois and Washington's Motion to Modify the IPPs' Class for Injunctive Relief, Master Docket No. 4715 (January 30, 2012) ("Modify Order"). In response to the motion the Court holds as follows. First, the Court believes the principle underlying the Modify Order – that mandatory injunctive classes cannot preclude absent class members' future suits for damages – applies to both claim and issue preclusion. Second, through its use of the word "acquiesce" the Court did not mean to suggest that the states have withdrawn their objection to their residents' inclusion in this lawsuit. The states have made their continuing objection abundantly clear. Docket No. 4793.

**IT IS SO ORDERED.**

Dated: February 27, 2012

SUSAN ILLSTON
United States District Judge