IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION / | No. M 07-1827 SI<br>MDL No. 1827 |
| This Order Relates To: | No. C 11-2495 SI |
| JACO ELECTRONICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AU OPTRONICS CORPORATION, *et al.*,<br><br>Defendants. / | **ORDER DENYING NEC'S MOTION TO STAY TRIAL COURT PROCEEDINGS PENDING APPEAL** |

Defendants NEC Corporation, NEC LCD Technologies, Ltd., and Renesas Electronics America, Inc. (collectively, "NEC") have filed a motion to stay the proceedings against them pending their appeal of this Court's order granting in part their motion to compel arbitration. Given the complexity of this MDL, the Court has generally been disinclined to grant stays to individual defendants. NEC has not persuaded the Court to depart from this general rule. Whatever NEC's likelihood of success on appeal, the Court is convinced that permitting partial stays to specific defendants represents an unmanageable option. Further, the Court is cognizant of the fact that NEC is a defendant in numerous other cases in this MDL. Thus, a stay would do little to defer the cost of this litigation to NEC. *See* Motion at 11-12 (claiming that NEC will suffer irreparable injury primarily because of cost of litigation and noting that NEC has "not engaged in any discovery to date").

Accordingly, для the foregoing reasons and for good cause shown, the Court hereby DENIES NEC's motion to stay trial court proceedings pending appeal. The hearing currently scheduled for

March 2, 2012 is VACATED. *See* Civil Local Rule 7-1(b). Docket No. 4652 in 07-1827; Docket No. 63 in 11-2495.

**IT IS SO ORDERED.**

Dated: February 29, 2012

SUSAN ILLSTON
United States District Judge