HOLLY A. HOUSE (SB# 136045)
KEVIN C. MCCANN (SB# 120874)
SEAN D. UNGER (SB# 231694)
PAUL HASTINGS LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

LEE F. BERGER (SB# 222756)
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, DC 20005
Telephone: (202) 551-1700
Facsimile: (202) 551-1705

Attorneys for Defendants
LG Display Co., Ltd. and LG Display America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | CASE NO. 3:11-cv-00711 SI |
| | Case No. M 07-md-01827 SI |
| | MDL No. 1827 |
| This Document Relates to Individual Case No. 11-cv-00711 SI:<br><br>STATE OF NEW YORK,<br><br>              Plaintiff,<br>     v.<br><br>AU OPTRONICS CORPORATION, et al.,<br><br>              Defendants. | **STIPULATION REGARDING EFFECT OF COURT'S PRIOR RULINGS ON NEW YORK'S SECOND AMENDED COMPLAINT AND EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO NEW YORK'S SECOND AMENDED COMPLAINT AND [P~~R~~ROPOS~~E~~ED] ORDER**<br><br>Judge: Honorable Susan Y. Illston |

Plaintiff State of New York and Defendants party to the above-captioned action (collectively, "Parties") hereby stipulate as follows:

### **STIPULATION**

WHEREAS the Court previously entered its Order Granting in Part and Denying in Part Defendants' Motion to Dismiss on August 9, 2011 (Master Docket No. 3242) ("MTD Order"), which Motion was directed to New York's First Amended Complaint;

WHEREAS the Court has also previously entered its Order Granting New York's Motion for Leave to File Motion for Reconsideration and Granting in Part Reconsideration on November 15, 2011 (Master Docket No. 4144) ("Reconsideration Order");

WHEREAS New York reserves its rights, including its right of appeal, with respect to those claims or branches of claims dismissed by the MTD Order;

WHEREAS New York subsequently filed its Second Amended Complaint (Master Docket No. 4763) ("the Second Amended Complaint") on February 3, 2012;

WHEREAS, the sole amendment which New York made to its complaint concerned its basis for asserting claims on behalf of certain non-State public entities pursuant to Section 342-b of the New York General Business Law, and in all other respects New York's complaint is unaltered;

WHEREAS, the parties wish to clarify that the Court's prior rulings in its MTD Order apply to New York's Second Amended Complaint, and to extend defendants' time to file answers to it;

WHEREAS the Parties have conferred regarding the Second Amended Complaint;

NOW, THEREFORE, the Parties, through their undersigned respective counsel, stipulate and request that the Court order as follows:

1. That the defendants have until March 16, 2012 to file their answers to the Second Amended Complaint;

2. That the Court's prior orders, Master Docket No. 3242 and Master Docket No. 4144, apply to the Second Amended Complaint, and specifically,

(a) That, by its MTD Order, the Court dismissed New York's Donnelly Act *parens patriae* damages claims, and adhered to that holding in the Reconsideration Order;

(b) That New York, in its opposition to Defendants' May 5, 2011 Motion to Dismiss, withdrew its pre-December 23, 1998 Donnelly Act indirect purchaser claims;

(c) That, by its MTD Order, the Court dismissed those New York assigned claims concerning master purchase agreements without a New York choice-of-law provision.

DATED:  March 7, 2012

HOLLY A. HOUSE
KEVIN C. McCANN
LEE F. BERGER
PAUL HASTINGS LLP

By: _____/s/ Lee F. Berger_____
Lee F. Berger

Attorneys for Defendants
LG Display Co., Ltd. and LG Display America, Inc.

With the approval of counsel for AU Optronics Corporation; AU Optronics Corporation America; Toshiba Corporation; Toshiba Mobile Display Co., Ltd.; Toshiba America Electronic Components, Inc.; Toshiba America Information Systems, Inc.

DATED:  March 7, 2012

ERIC T. SCHNEIDERMAN
Attorney General of the State of New York

By: _____/s/ Amy McFarlane_____
Amy McFarlane

Richard L. Schwartz*
Amy McFarlane*
Assistant Attorneys General
Antitrust Bureau
120 Broadway, 26th Floor
New York, New York 10271
(212) 416-8282 (voice)
(212) 416-6195 (fax)
Richard.Schwartz@ag.ny.gov

*Counsel for Plaintiff State of New York*

*Automatic Pro Hac Vice Admission Pursuant to Pretrial Order No. 1, Dated July 3, 2007 (Waiving Civil L.R. 11-3)

Attestation: The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

DATED: ___3/8_____, 2012      _____
Hon. Susan Illston
United States District Judge