CHRISTOPHER A. NEDEAU (SBN 81297)
cnedeau@nossaman.com
CARL L. BLUMENSTEIN (SBN 124158)
cblumenstein@nossaman.com
JAMES A. NICKOVICH (SBN 244969)
jnickovich@nossaman.com
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone:  415.398.3600
Facsimile:   415.398.2438

Attorneys for Defendants
AU Optronics Corporation and
AU Optronics Corporation America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No.  3:07-md-1827 SI<br>MDL No. 1827 |
| This document Related to<br>Individual Case No. 3:10-cv-01064 SI<br><br>DELL INC. and DELL PRODUCTS L.P.,<br><br>                    Plaintiffs,<br>v.<br><br>SHARP CORPORATION, *et al.*,<br><br>                    Defendants. | Case No. 3:10-cv-01064 SI<br><br>**STIPULATION AND [P~~ROPOSED~~] ORDER EXTENDING TIME FOR MOTIONS TO COMPEL** |

    WHEREAS, AU Optronics Corporation and AU Optronics Corporation America (collectively, "AUO") propounded its Second Set of Special Interrogatories and Second Set of Requests for Production of Documents on Dell, Inc. and Dell Products L.P. (collectively, "Dell") ("AUO's Settlement Discovery Requests") on November 4, 2011;

    WHEREAS, Dell responded to AUO's Settlement Discovery Requests on February 7, 2012;

1   WHEREAS, the Special Master in the MDL entered an Order re: Hannstar Display

2 Corporation's Motion to Compel Best Buy to Respond Further to Document Request No. 45 on

3 February 15, 2012 (Dkt. 4825) (the "Special Master's February 15, 2012 Order");

4   WHEREAS, the Special Master's February 15, 2012 Order addresses legal issues germane to

5 AUO's request that Dell supplement its responses to AUO's Settlement Discovery Requests;

6   WHEREAS, the Special Master granted a motion brought by Best Buy Direct Action Plaintiffs

7 and Samsung Defendants to stay the Special Master's February 15, 2012 Order until February 29, 2012;

8   WHEREAS, Best Buy and Samsung filed an Objection to the Special Master's February 15,

9 2012 Order on February 29, 2012 (Dkt. 4964) (the "Best Buy and Samsung Objection");

10   WHEREAS, the Best Buy and Samsung Objection is set for hearing before Judge Illston on

11 April 6, 2012;

12   WHEREAS, AUO's deadline to move to compel Dell to supplement its responses to AUO's

13 Settlement Discovery Requests is March 8, 2012;

14   WHEREAS, Dell and AUO would like to wait until the Best Buy and Samsung Objection is

15 resolved before beginning the meet and confer process regarding AUO's Settlement Discovery

16 Requests;

17   WHEREAS, Dell propounded its First Set of Requests for Admission to AUO Defendants

18 ("Dell's Requests for Admission") on November 4, 2011;

19   WHEREAS, AUO responded to Dell's Requests for Admission on February 6, 2012;

20   WHEREAS, Dell's objections to AUO's responses to Dell's Requests for Admission are based

21 in part on AUO's invocation of its employees' assertions of the Fifth Amendment;

22   WHEREAS, AUO's employees assertions of their Fifth Amendment rights could change after

23 judgment is entered in *United States v. AU Optronics, et al.*, Case # 3:09-cr-00110 (N.D. Cal.);

24   WHEREAS, Dell's deadline to move to compel AUO to supplement its responses to Dell's

25 Requests for Admission is March 7, 2012;

26

27   NOW, THEREFORE, AUO and Dell, through their undersigned respective counsel, stipulate

28 and agree as follows:

The deadline for AUO to move to compel Dell to supplement its responses to the AUO Settlement Discovery Requests shall be extended to fourteen days after the entry of an Order by Judge Illston regarding the Best Buy and Samsung Objection to the Special Master's February 15, 2012 Order.

The deadline for Dell to move to compel AUO to supplement its responses to Dell's Requests for Admission shall be extended to fourteen days after the entry of judgment in *United States v. AU Optronics, et al.*, Case # 3:09-cr-00110 (N.D. Cal.).

Dated: March 6, 2012

Debra D. Bernstein, Esq.
Rodney J. Ganske, Esq.
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA  30309
(404) 881-7000 (telephone)
debrabernstein@alston.com

By: _____/s/ Debra D. Bernstein_____
Debra D. Bernstein
Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.

Dated: March 6, 2012

Christopher A. Nedeau, Esq.
Carl L. Blumenstein, Esq.
James A. Nickovich, Esq.
**NOSSAMAN LLP**
50 California Street, 34th Floor
San Francisco, CA  94111
(415) 398-3600 (telephone)
cblumenstein@nossaman.com

By: _____/s/ Carl L. Blumenstein_____
Carl L. Blumenstein
Attorneys for Defendants AU Optronics Corporation and AU Optronics Corporation America

Attestation: Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the signatories.

**ORDER**

IT IS SO ORDERED.

Dated: 3/8/12

The Honorable Susan Illston
Judge of the United States District Court