Case3:07-md-01827-SI Document5084 Filed03/12/12 Page1 of 2

**DENIED**
*Judge Susan Illston*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. M07-1827 SI<br><br>MDL No. 1827 |
| This Document Relates to:<br><br>ALL DIRECT PURCHASER CLASS ACTIONS | **[PROPOSED] ORDER RE ADMINISTRATIVE MOTION TO SET PAGE LIMITS ON MOTIONS *IN LIMINE***<br><br>Date: N/A<br>Time: N/A<br>Courtroom: N/A<br><br>The Honorable Susan Illston |

967130.1 - 1 -

[PROPOSED] ORDER RE ADMINISTRATIVE MOTION
TO SET PAGE LIMITS ON MOTIONS *IN LIMINE*
MASTER FILE NO. M07-1827 SI / MDL NO. 1827

1   Having considered Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs'
2   ("Plaintiffs") Administrative Motion to Set Page Limits on Motions *in Limine* and materials in
3   support of this motion,

4   Plaintiffs' Motion is GRANTED.

5   Each side (*i.e.*, Plaintiffs and Defendants) shall file its motions *in limine* in a single brief
6   not to exceed fifty pages.  Each side's opposition to the other side's motions shall be contained in
7   a single brief not to exceed fifty pages.

8   IT IS SO ORDERED.

11   Dated: _____, 2012        THE HONORABLE SUSAN ILLSTON
                                        UNITED STATES DISTRICT JUDGE