| | |
|---|---|
| 1 | HOLLY A. HOUSE (SB# 136045)  hollyhouse@paulhastings.com |
| 2 | KEVIN C. McCANN (SB# 120874)  kevinmccann@paulhastings.com |
|   | SEAN D. UNGER (SB# 231694)  seanunger@paulhastings.com |
|   | PAUL HASTINGS LLP |
| 3 | 55 Second Street |
|   | Twenty-Fourth Floor |
| 4 | San Francisco, CA  94105-3441 |
|   | Telephone:  (415) 856-7000 |
| 5 | Facsimile:  (415) 856-7100 |
| 6 | LEE F. BERGER (SB# 222756)  leeberger@paulhastings.com |
|   | PAUL HASTINGS LLP |
| 7 | 875 15th Street, N.W. |
|   | Washington, DC  20005 |
| 8 | Telephone:  (202) 551-1772 |
|   | Facsimile:  (202) 551-0172 |
| 9 | |
| 10 | Attorneys for Defendants |
|   | LG Display Co., Ltd. and LG Display America, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:10-cv-04945 SI |
| | Case No. M 07-md-01827 SI |
| | MDL No. 1827 |
| This Document Relates to Individual Case No. 10-cv-04945 SI: | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO MOVE TO COMPEL AS TO CERTAIN DISCOVERY** |
| TARGET CORP., et al., | |
| Plaintiff, | |
| vs. | |
| AU OPTRONICS CORPORATION, et al., | |
| Defendants. | |

Case No. 10-cv-04945 SI;
Case No. M 07-1827 SI

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO MOVE TO COMPEL
AS TO CERTAIN DISCOVERY

1  Defendant LG Display Co., Ltd. and plaintiffs Target Corp., Sears, Roebuck and Co., Kmart Corp., Old Comp Inc., Good Guys, Inc., Radioshack Corp., Newegg Inc. (collectively, "Target Plaintiffs") stipulate as follows:

WHEREAS LG Display Co., Ltd. served a set of Requests for Admission and Interrogatories on the Target Plaintiffs on October 31, 2011 (collectively, "Discovery");

WHEREAS several parties, including LG Display and the Target Plaintiffs, stipulated to an extension that provided until January 30, 2012 for the receiving parties to respond and until March 1, 2012 for the propounding parties to move to compel;

WHEREAS the Target Plaintiffs served their responses and objections to the Discovery on January 30, 2012;

WHEREAS LG Display and the Target Plaintiffs desire additional time to meet and confer to resolve their disputes regarding the Discovery;

THEREFORE, LG Display and the Target Plaintiffs, by their respective undersigned counsel, stipulate and agree as follows:

The deadline for LG Display to move to compel further response to the Discovery shall be extended to March 16, 2012.


DATED: March 8, 2012

HOLLY A. HOUSE
KEVIN C. McCANN
LEE F. BERGER
PAUL HASTINGS LLP


By: _____/s/ Lee F. Berger_____
   Lee F. Berger

Attorneys for Defendants
LG Display Co., Ltd. and LG Display America, Inc.

Case No. 10-cv-04945 SI;
Case No. M 07-1827 SI

-1-

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO MOVE TO COMPEL
AS TO CERTAIN DISCOVERY

CROWELL & MORING LLP

By:    /s/    _____

    Jason C. Murray (CA Bar No. 169806)
    Joshua C. Stokes (CA Bar No. 220214)
    515 South Flower St. 40th Fl.
    Los Angeles, CA 90071
    (213) 443-5582 (telephone)
    (213) 443-2690 (facsimile)
    *jmurray@crowell.com*
    *jstokes@crowell.com*

    Jeffrey H. Howard (*pro hac vice*)
    Jerome A. Murphy (*pro hac vice*)
    1001 Pennsylvania Ave. NW
    Washington, DC 20004
    (202) 624-2500 (telephone)
    (202) 628-5116 (facsimile)
    *jhoward@crowell.com*
    *jmurphy@crowell.com*

    Kenneth L. Adams (*pro hac vice*)
    R. Bruce Holcomb (*pro hac vice*)
    ADAMS HOLCOMB LLP
    1875 Eye St. NW
    Washington, DC 20006
    (202) 580-8822 (telephone)
    (202) 580-8821 (facsimile)
    *adams@adamsholcomb.com*
    *holcomb@ adamsholcomb.com*

    Attorneys for Plaintiffs
    Target Corp., Sears, Roebuck and Co., Kmart Corp., Old Comp Inc., Good Guys, Inc., Radioshack Corp., and Newegg Inc.

<u>Attestation</u>:  The filer of this document attests that the concurrence of the signatories thereto has been obtained.

1  **[PROPOSED] ORDER**

2  Pursuant to the parties' stipulation set forth above and pursuant to Rule 6-1(a) of the Civil

3  Local Rules,

4  IT IS SO ORDERED.

6  Dated Entered: ___3/12/12_____          _____
                                               The Honorable Susan Illston
7                                              United States District Judge