| | |
|---|---|
| Brad D. Brian (State Bar No. 079001)<br>Stuart N. Senator (State Bar No. 148009)<br>Jonathan E. Altman (State Bar No. 170607)<br>Truc T. Do (State Bar No. 191845)<br>Hailyn J. Chen (State Bar No. 237436)<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue<br>Los Angeles, CA  90071-1560<br>Telephone:     (213) 683-9100<br>Facsimile:      (213) 687-3702<br>*Brad.Brian@mto.com*<br><br>Jerome C. Roth (State Bar No. 159483)<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, 27th Floor<br>San Francisco, CA  94105-2907<br>Telephone:     (415) 512-4000<br>Facsimile:      (415) 512-4077 | Holly A. House (State Bar No. 136045)<br>Paul Hastings LLP<br>55 Second Street<br>Twenty-Fourth Floor<br>San Francisco, CA 94105<br>Telephone:     (415) 856-7000<br>Facsimile:      (415) 856-7100<br>*hollyhouse@paulhastings.com*<br><br>Lee F. Berger (State Bar No. 222756)<br>Paul Hastings LLP<br>875 15th Street, N.W.<br>Washington, DC 20005<br>Telephone:     (202) 551-1700<br>Facsimile:      (202) 551-1705<br>*leeberger@paulhastings.com* |

*Attorneys for Defendants*
LG DISPLAY AMERICA, INC. AND LG DISPLAY CO., LTD

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*All Indirect Purchaser Actions* | CASE NO. 3:07-MD-1827 SI<br><br>MDL No. 1827<br><br>**[P~~ROPOSED~~] ORDER ON DEFENDANT LG DISPLAY'S FOR ORDER DIRECTING WHETHER TO FILE DOCUMENTS UNDER SEAL OR IN THE PUBLIC RECORD**<br><br>Courtroom:     10<br>Judge:           Honorable Susan Illston |

1   Upon consideration of Defendant LG Display's Ex Parte Application for Order
2   Directing Whether to File Documents Under Seal or in the Public Record, **IT IS HEREBY**
3   **ORDERED** that the following be [~~sealed under Civil Local R~~ule 79-5] [filed in the public
4   record]:

5   (1) certain portions of Defendant LG Display's Motion *in Limine* No. 1 to Exclude
6   (1) Purported "Expert" Testimony Concerning Defendants' Intent; (2) Improper Expert
7   Testimony Concerning Damages; (3) Cumulative Expert Testimony ("LG Display's Motion *in*
8   *Limine* No. 1") which are indicated in the attached redacted version of LG Display's Motion *in*
9   *Limine* No. 1, and

10  (2) certain exhibits accompanying the Declaration of Stuart N. Senator in Support
11  of Defendant LG Display's Motion *in Limine* No. 1 ("Senator Declaration"), which are indicated
12  in the attached redacted version of the Senator Declaration.

13  Defendants LG Display America, Inc. and LG Display Co., Ltd. are ordered to file
14  [redacted] [unredacted] versions of LG Display's Motion *in Limine* No. 1 and of the Senator
15  Declaration in the public record.

17  **IT IS SO ORDERED.**

18  DATED: March _____, 2012

        _____
        Hon. Susan Illston
19      United States District Judge

- 1 -   [PROPOSED] ORDER DIRECTING WHETHER TO FILE
        DOCUMENTS UNDER SEAL OR IN THE PUBLIC
        RECORD / CASE NO.: 3:07-MD-1827 SI