1  Brad D. Brian (State Bar No. 079001)
   Stuart N. Senator (State Bar No. 148009)
2  Jonathan E. Altman (State Bar No. 170607)
   Truc T. Do (State Bar No. 191845)
3  Hailyn J. Chen (State Bar No. 237436)
   MUNGER, TOLLES & OLSON LLP
4  355 South Grand Avenue
   Los Angeles, CA  90071-1560
5  Telephone:    (213) 683-9100
   Facsimile:    (213) 687-3702
6  *Brad.Brian@mto.com*

7  Jerome C. Roth (State Bar No. 159483)
   MUNGER, TOLLES & OLSON LLP
8  560 Mission Street, 27th Floor
   San Francisco, CA  94105-2907
9  Telephone:    (415) 512-4000
   Facsimile:    (415) 512-4077

10

Holly A. House (State Bar No. 136045)
Paul Hastings LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105
Telephone:    (415) 856-7000
Facsimile:    (415) 856-7100
*hollyhouse@paulhastings.com*

Lee F. Berger (State Bar No. 222756)
Paul Hastings LLP
875 15th Street, N.W.
Washington, DC 20005
Telephone:    (202) 551-1700
Facsimile:    (202) 551-1705
*leeberger@paulhastings.com*

11  *Attorneys for Defendants*

    LG DISPLAY AMERICA, INC. AND LG
12  DISPLAY CO., LTD

13

14              **UNITED STATES DISTRICT COURT**

15            **NORTHERN DISTRICT OF CALIFORNIA**

16

17  IN RE TFT-LCD (FLAT PANEL) ANTITRUST
    LITIGATION

18  THIS DOCUMENT RELATES TO:

19  *All Indirect Purchaser Actions*

20

21

22

23

CASE NO. 3:07-MD-1827 SI

MDL No. 1827

**[PROPOSED] ORDER ON
DEFENDANT LG DISPLAY'S FOR
ORDER DIRECTING WHETHER TO
FILE DOCUMENTS UNDER SEAL OR
IN THE PUBLIC RECORD**

Courtroom:    10
Judge:        Honorable Susan Illston

24

25

26

27

28

1    Upon consideration of Defendant LG Display's Ex Parte Application for Order

2  Directing Whether to File Documents Under Seal or in the Public Record, **IT IS HEREBY**

3  **ORDERED** that the following be [~~sealed under Civil Local R~~ule 79-5] [filed in the public

4  record]:

5    (1) certain portions of Defendant LG Display's Motion *in Limine* No. 1 to Exclude

6  (1) Purported "Expert" Testimony Concerning Defendants' Intent; (2) Improper Expert

7  Testimony Concerning Damages; (3) Cumulative Expert Testimony ("LG Display's Motion *in*

8  *Limine* No. 1") which are indicated in the attached redacted version of LG Display's Motion *in*

9  *Limine* No. 1, and

10    (2) certain exhibits accompanying the Declaration of Stuart N. Senator in Support

11  of Defendant LG Display's Motion *in Limine* No. 1 ("Senator Declaration"), which are indicated

12  in the attached redacted version of the Senator Declaration.

13    Defendants LG Display America, Inc. and LG Display Co., Ltd. are ordered to file

14  [redacted] [unredacted] versions of LG Display's Motion *in Limine* No. 1 and of the Senator

15  Declaration in the public record.

16

17    **IT IS SO ORDERED.**

18  DATED: March __14__, 2012    _____

19    Hon. Susan Illston
                                 United States District Judge

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER DIRECTING WHETHER TO FILE
DOCUMENTS UNDER SEAL OR IN THE PUBLIC
RECORD / CASE NO.: 3:07-MD-1827 SI