WILLIAM S. FARMER (SBN 46694)
JACOB P. ALPREN (SBN 235713)
ANDREW H. PONTIOUS (SBN 157174)
COLLETTE ERICKSON FARMER & O'NEILL LLP
235 Pine Street, Suite 1300
San Francisco CA 94104
Telephone: (415) 788-4646
Fax: (415) 788-6929
Email: wfarmer@collette.com
        jalpren@collette.com
        apontious@collette.com

*ATTORNEYS FOR DEFENDANTS CHUNGHWA PICTURE TUBES LTD. AND TATUNG COMPANY OF AMERICA, INC.*

**IT IS SO ORDERED**
*/s/ Susan Illston*
Judge Susan Illston

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 07-m-1827 SI |
| | Case No. 09-cv-4997 SI |
| This Documents Relates To: | MDL No. 1827 |
| AT&T MOBILITY LLC; AT&T CORP.; AT&T SERVICES, INC.; BELLSOUTH TELECOMMUNICATIONS, INC.; PACIFIC BELL TELEPHONE COMPANY; AT&T OPERATIONS, INC.; AT&T DATACOMM, INC.; SOUTHWESTERN BELL TELEPHONE COMPANY, | **STIPULATION FOR EXTENSION OF TIME TO ANSWER PLAINTIFFS' THIRD AMENDED COMPLAINT** |
| Plaintiff, | |
| v. | |
| AU OPTRONICS CORPORATION; AU OPTRONICS CORPORATION AMERICA, INC; CHI MEI CORPORATION; CHI MEI OPTOELECTRONICS CORPORATION; CHI MEI OPTOELECTRONICS USA, INC.; CMO JAPAN CO. LTD.; NEXGEN MEDIATECH, INC.; NEXGEN MEDIATECH USA, INC.; | |

COLLETTE ERICKSON
FARMER & O'NEILL LLP
ATTORNEYS AT LAW
235 PINE ST., SUITE 1300
SAN FRANCISCO, CA 94104
(415) 788-4646

1                                   Case No. 09-cv-4997 SI
STIPULATION FOR EXTENSION OF TIME TO ANSWER PLAINTIFFS' THIRD AMENDED COMPLAINT

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 | CHUNGHWA PICTURE TUBES LTD.;<br>TATUNG COMPANY OF AMERICA, INC.;<br>EPSON IMAGING DEVICES<br>CORPORATION; EPSON ELECTRONICS<br>AMERICA, INC.; HANNSTAR DISPLAY<br>CORPORATION; LG DISPLAY CO. LTD.; LG<br>DISPLAY AMERICA, INC.; SAMSUNG<br>ELECTRONICS CO., LTD.; SAMSUNG<br>SEMICONDUCTOR, INC.; SAMSUNG<br>ELECTRONICS AMERICA, INC.; SHARP<br>CORPORATION; SHARP ELECTRONICS<br>CORPORATION; TOSHIBA CORPORATION;<br>TOSHIBA AMERICA ELECTRONICS<br>COMPONENTS, INC.; TOSHIBA MOBILE<br>DISPLAY TECHNOLOGY CO., LTD.;<br>TOSHIBA AMERICA INFORMATION<br>SYSTEMS, INC., |
| 10 | Defendants. |

WHEREAS, Plaintiffs filed their Third Amended Complaint on September 9, 2011;

WHEREAS, the new allegations in plaintiffs' Third Amended Complaint primarily relate to the addition of new defendants, and not to Chunghwa Picture Tubes, Ltd. or Tatung Company of America, Inc.

WHEREAS, a Notice of Substitution of Counsel for defendants Chunghwa Picture Tubes, Ltd. and Tatung Company of America, Inc. was filed in this matter on January 24, 2012, substituting Collette Erickson Farmer & O'Neill LLP for Baker & McKenzie LLP;

WHEREAS, new counsel for Chunghwa Picture Tubes, Ltd. and Tatung Company of America, Inc. has agreed with counsel for plaintiffs that Chunghwa Picture Tubes, Ltd. and Tatung Company of America, Inc. may file an answer to plaintiffs' Third Amended Complaint on or before March 8, 2012.

WHEREAS, this extension will not alter the date of any event or any deadline already fixed by Court order;

///

///

NOW THEREFORE, the parties stipulate and agree as follows:

Chunghwa Picture Tubes, Ltd. and Tatung Company of America, Inc. may file and serve their respective answers to the aforementioned Third Amended Complaint on or before Thursday, March 8, 2012.

**It is so stipulated.**

Dated: March 1, 2012

COLLETTE ERICKSON FARMER & O'NEILL LLP

By:  /s/ *William S. Farmer*

WILLIAM S. FARMER (SBN 46694)
COLLETTE ERICKSON FARMER & O'NEILL LLP
235 Pine Street, Suite 1300
San Francisco CA 94104
Telephone:  (415) 788-4646
Fax:  (415) 788-6929
Email: wfarmer@collette.com

Attorneys for Defendant
*CHUNGHWA PICTURE TUBES, LTD. and TATUNG COMPANY OF AMERICA, INC.*

CROWELL & MORING LLP

By:  /s/ *Joshua C. Stokes*

JOSHUA C. STOKES (SBN 220214)
515 S. Flower Street, 40th floor
Los Angeles, CA 90071
Telephone:  (213) 622-4750
Fax:  (213) 622-2690
Email: jstokes@crowing.com

Attorney for Plaintiffs
*AT&T MOBILITY, LLC, AT&T CORP., AT&T SERVICES, INC., BELLSOUTH TELECOMMUNICATIONS, INC., PACIFIC BELL TELEPHONE COMPANY, AT&T OPERATIONS, INC., AT&T DATACOMM, INC., AND SOUTHWESTERN BELL TELEPHONE COMPANY*

Attestation:  The filer of this document attests that the concurrence of the other signatories thereto has been obtained.