**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

March 16, 2012

CASE NUMBER: **07-md-01827 SI (USCA 12-15300)**
CASE TITLE: **In re: TFT-LCD (FLAT PANEL), ANTITRUST LITIGATION**
DATE MANDATE FILED: March 14, 2012

TO COUNSEL OF RECORD:

    The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

    Sincerely,

    RICHARD W. WIEKING, Clerk

    /s/

    by: Yumiko Saito
    Case Systems Administrator

Distribution:  CIVIL      -   Counsel of Record

              CRIMINAL   -   Counsel of Record
                            U.S. Marshal (Copy of Mandate)
                            U.S. Probation Office

NDC App-16