IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION_____/ | No. M 07-1827 SI<br><br>MDL. No. 1827 |
| This Order Relates to:<br><br>All Direct- and Indirect-Purchaser Plaintiff Class Actions<br>_____/ | **ORDER RE: PLAINTIFFS' REQUEST FOR SEPARATE TRIALS** |

On March 21, 2012, the Court held a case-management conference to discuss the class action trial in this matter. At this time, there are two sets of class plaintiffs (the direct- and indirect-purchaser plaintiffs ("DPPs" and "IPPs," respectively)), and three remaining defendants: Toshiba (a defendant in both the DPP and IPP cases); and LG Display and AU Optronics (defendants in the IPP action only). As discussed at the conference, the Court will try DPPs' and IPPs' claims jointly to a single jury. Jury selection/trial will begin during the week of May 14 or May 21, 2012; the Court will advise counsel presently of the final dates. The final pretrial conference will be held on April 24, 2012, at 3:30 pm.

By March 30, 2012, the parties shall provide a draft joint jury questionnaire to the Court. The Court will confer with the jury commissioner and will inform the parties of the date they must provide copies of the final version of the questionnaire for use in jury selection.

Although the Court has not yet reached a decision regarding the length of the trial, it is skeptical

that there will be adequate time for – or, more to the point, any need for – the parties to present 257 witnesses.[1] The parties are strongly urged to work together to reach a more realistic number of witnesses before the pretrial conference.

Finally, the Court will hear both AUO's motion to stay (Docket No. 5195) and defendants' joint motion regarding trial structure and duplicative recovery (Docket No. 5092) on April 20, 2012. This order resolves Docket No. 5068.

**IT IS SO ORDERED.**

Dated: March 21, 2012

SUSAN ILLSTON
United States District Judge

---

[1] The criminal trial against the AUO defendants involved about 11 witnesses.