IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION_____/ | No. M 07-1827 SI<br><br>MDL. No. 1827 |
| This Order Relates to:<br><br>All Direct- and Indirect-Purchaser Plaintiff Class Actions<br>_____/ | **ORDER RE: DATES FOR VOIR DIRE AND TRIAL** |

The Court has conferred with David Weir, the jury officer, and sets the following dates for jury voir dire and commencement of trial:

**1. Questionnaire:**

–**March 30, 2012** – The parties shall submit to the Court their jointly-proposed jury questionnaire. The Court will review it and amend it as required, and then return it as amended to counsel.

–**May 8, 2012** – The parties shall, at their expense, provide 75 copies of the final questionnaire to the jury office.

–**May 9, 2012** – The potential jury panel will report to the jury office and will fill out the questionnaires. Counsel shall, at their own expense; pick up the completed questionnaires; make

sufficient copies of them to provide all necessary counsel with copies; and make three additional copies for the Court. Counsel shall return the original questionnaires and the three additional copies to the jury office by noon on May 10, 2012.

–**Designation of liaison** – Counsel for plaintiffs and defendants shall designate one person, or at most two people, to be liaison with David Weir and the jury office, for purposes of accomplishing this process.

**2. Jury voir dire**:

–**May 14, 2012, 8:30 a.m.** – The Court will conduct voir dire of the full panel, beginning at 8:30 a.m. Thereafter, counsel for the DPPs shall have 15 minutes to conduct voir dire; counsel for the IPPs shall have 15 minutes to conduct voir dire; and counsel for each of the defendants (Toshiba, LG and AUO) shall have 15 minutes to conduct voir dire. It is anticipated that jury selection will be completed on May 14, 2012.

**3. Jury trial:**

–**May 21, 2012, 8:30 a.m.** – Jury trial of the DPP and IPP class actions will begin with opening statements.

**IT IS SO ORDERED.**

Dated: March 22, 2012

SUSAN ILLSTON
United States District Judge