1  Jeffrey H. Howard (*pro hac vice*)
   Jerome A. Murphy (*pro hac vice*)
2  CROWELL & MORING LLP
   1001 Pennsylvania Avenue, N.W.
3  Washington, D.C. 20004
   Telephone:  202-624-2500
4  Facsimile:  202-628-5116
   Email: jhoward@crowell.com
5         jmurphy@crowell.com

6  Jason C. Murray (CA Bar No. 169806)
   Joshua C. Stokes (CA Bar No. 220214)
7  CROWELL & MORING LLP
   515 South Flower St., 40th Floor
8  Los Angeles, CA 90071
   Telephone:  213-622-4750
9  Facsimile: 213-622-2690
   Email: jmurray@crowell.com
10        jstokes@crowell.com

11 *Counsel for Plaintiff Motorola Mobility, Inc.*

12 [Additional counsel listed on signature page]

13
                    UNITED STATES DISTRICT COURT
14
                  NORTHERN DISTRICT OF CALIFORNIA
15
                      SAN FRANCISCO DIVISION
16

17
   In re TFT-LCD (FLAT PANEL) ANTITRUST          Master Docket No. 07-m-1827 SI
18 LITIGATION

19 This Document Relates To:                     **THIRD STIPULATION AND
                                                 [~~PROPOSED~~] ORDER REGARDING**
20 *Motorola Mobility, Inc. v. AU Optronics      **RULE 30(B)(6) DEPOSITION OF
   Corporation, et al., C 09-5840 SI*            PHILIPS ELECTRONICS NORTH
21                                               AMERICA CORPORATION AND
   *Target Corporation, et al., v. AU Optronics  FACT DISCOVERY CUT-OFF**
22 Corporation, et al., 3:10-cv-4945 SI*

23

24

25

26

27

28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

                                                 MASTER DOCKET NO.
                                                 07-M-1827 SI

1    Defendant Philips Electronics North America Corporation ("PENAC") and Plaintiffs

2    Motorola Mobility, Inc.; Target Corp.; Sears, Roebuck and Co.; Kmart Corp.; Old Comp Inc.;

3    Good Guys, Inc.; RadioShack Corp; and Newegg Inc. ("Plaintiffs") stipulate as follows:

4    WHEREAS on November 2, 2011, Plaintiffs initially served a notice of deposition of

5    PENAC pursuant to Federal Rule of Civil Procedure 30(b)(6) ("November 2, 2011 30(b)(6)

6    Notice");

7    WHEREAS the Court previously extended the time for Plaintiffs to take the deposition of

8    PENAC to April 30, 2012;

9    WHEREAS PENAC is still diligently working to produce documents to Plaintiffs, and

10   expects to complete its production in March 2012;

11   WHEREAS Plaintiffs and PENAC have met and conferred regarding scheduling the Rule

12   30(b)(6) deposition of PENAC;

13   WHEREAS the parties agree that the discovery cutoff should be further extended in order

14   to permit PENAC time to complete its production and Plaintiffs time to review the produced

15   documents before the deposition; and

16   THEREFORE, PENAC and Plaintiffs, by their respective, undersigned counsel, stipulate

17   and agree as follows:

18   1.    The fact discovery cutoff date of December 8, 2011 set forth in the Order

19   Modifying Pretrial Schedule for "Track One" Direct Action Plaintiff and State Attorney General

20   Cases (MDL Dkt. No. 3110) is extended up to and including June 1, 2012, solely as to the

21   deposition of PENAC.

22   2.    PENAC shall retain its right to object to any subsequent notice and the topics

23   therein.

24   3.    If disputes arise at the deposition, Plaintiffs will have five court days to move to

25   compel further responses.

26   4.    Unless expressly provided herein, nothing in this Stipulation and Order is intended

27   ///

28   ///

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-1-                    MASTER DOCKET NO. 07-M-1827 SI

STIPULATION TO EXTEND DISCOVERY CUT-OFF FOR PENAC DEPOSITION

1  to modify any other Order of the Court or the Special Master, nor does this order prevent any

2  party from seeking further modifications to such orders.

3  Dated: March 22, 2012

                                                    */s/ Nathanial J. Wood*

4

5  Jason C. Murray (CA Bar No. 169806)
   Joshua C. Stokes (CA Bar No. 220214)
   Nathanial J. Wood (CA Bar No. 223547)
6  CROWELL & MORING LLP
   515 South Flower St., 40th Floor
7  Los Angeles, CA  90071
   Telephone:  213-622-4750
8  Facsimile:  213-622-2690
   Email: jmurray@crowell.com
9          jstokes@crowell.com
           nwood@crowell.com

10

11 Jeffrey H. Howard (pro hac vice)
   Jerome A. Murphy (pro hac vice)
   CROWELL & MORING LLP
12 1001 Pennsylvania Avenue, N.W.
   Washington, D.C. 20004
13 Telephone:  202-624-2500
   Facsimile:  202-628-5116
14 Email:  jhoward@crowell.com
           jmurphy@crowell.com

15

16 Kenneth L. Adams (pro hac vice)
   R. Bruce Holcomb (pro hac vice)
   Christopher T. Leonardo (pro hac vice)
17 ADAMS HOLCOMB LLP
   1875 Eye Street NW
18 Washington, DC 20006
   Telephone:  202-580-8822
19 Facsimile: 202-580-8821
   Email:  adams@adamsholcomb.com
20         holcomb@adamsholcomb.com
           leonardo@adamsholcomb.com

21

22 *Counsel for Plaintiffs Motorola Mobility, Inc., Target*
   *Corp.; Sears, Roebuck and Co.; Kmart Corp.; Old*
23 *Comp Inc.; Good Guys, Inc.; RadioShack Corp; and*
   *Newegg Inc.*

24

25

26

27

28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

STIPULATION TO EXTEND DISCOVERY CUT-OFF FOR PENAC DEPOSITION

1

2                                      */s/ Brendan P. Cullen*

3                                      Brendan P. Cullen (SBN 194057)
                                       SULLIVAN & CROMWELL LLP
4                                      1870 Embarcadero Road
                                       Palo Alto, California 94303
5                                      Telephone:    (650) 461-5600
                                       Facsimile:    (650) 461-5700
6                                      cullenb@sullcrom.com

7                                      Garrard R. Beeney (NY Reg. No. 1656172)
                                       SULLIVAN & CROMWELL LLP
8                                      125 Broad Street
                                       New York, New York 10004-2498
9                                      Telephone:    (212) 558-4000
                                       Facsimile:    (212) 558-3588
10                                     beeneyg@sullcrom.com

11                                     *Counsel for Defendant Philips Electronics North
                                       America Corporation*

12

13
          **Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the**
14
      **filing of this document has been obtained from the other signatories.**
15

16    **IT IS SO ORDERED.**

17

18    Dated: ___3/22_____, 2012

19

20                                     _____
                                       Susan Illston, United States District Judge
21
      DCACTIVE-17896765.1
22

23

24

25

26

27

28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

                                       -3-                          CASE NO. C 09-5840 SI

                  STIPULATION TO EXTEND DISCOVERY CUT-OFF FOR PENAC DEPOSITION