IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION                                                                  / | No. M 07-1827 SI<br><br>MDL. No. 1827 |
| This Order Relates to:<br><br>All Direct Action Cases                                                                  / | **ORDER RE: LG DISPLAY CO., LTD.'S EX PARTE APPLICATION FOR AN ORDER DIRECTING WHETHER TO FILE DOCUMENTS UNDER SEAL OR IN THE PUBLIC RECORD** |

Defendant LG Display Co., Ltd. has filed an application requesting an order directing whether certain documents LG wishes to file in the direct action cases should be filed under seal or in the public record. LG seeks such guidance because the Court recently issued orders in the indirect and direct purchaser class actions directing LG to file in the public record certain pretrial motions and exhibits that contain references to, or constitute, materials designated "highly confidential."

The Court directed that the pretrial filings in the indirect and direct purchaser class actions be filed in the public record pursuant to this Court's Pretrial Instruction No. 6, which states that motions in limine shall not be filed under seal. The filings for which LG seeks guidance are not motions in limine, and thus Pretrial Instruction No. 6 does not apply. LG may file those documents under seal in compliance with the Local Rules.

**IT IS SO ORDERED.**

Dated: March 27, 2012

_____
SUSAN ILLSTON
United States District Judge