MELVIN R. GOLDMAN (CA SBN 34097)
MGoldman@mofo.com
STEPHEN P. FRECCERO (CA SBN 131093)
SFreccero@mofo.com
DEREK F. FORAN (CA SBN 224569)
DForan@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants EPSON IMAGING
DEVICES CORPORATION and EPSON
ELECTRONICS AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No.: 3:07-MD-1827-SI<br>Case No. 09-cv-5840-SI<br>MDL No. 1827 |
| This Document Relates to:<br><br>*Motorola Mobility, Inc. v. AU Optronics Corporation, et al., C 09-5840 SI* | **STIPULATION AND [PROPOSED] ORDER ON BRIEFING SCHEDULE FOR SUMMARY JUDGMENT MOTION ADDRESSING PLAINTIFF'S CLAIMS FOR INJURIES IN FOREIGN MARKETS** |

The undersigned counsel, on behalf of Plaintiff Motorola Mobility, Inc. ("Motorola") and defendants AU Optronics Corporation and AU Optronics Corporation America, Chi Mei Corporation, Chimei Innolux Corporation, Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Nexgen Mediatech, Inc. and Nexgen Mediatech USA, Inc., Chunghwa Picture Tubes, Ltd. and Tatung Company of America, Epson Imaging Devices Corporation and Epson Electronics America, Inc., HannStar Display Corporation, LG Display America, Inc. and LG Display Co., Ltd., Philips Electronics North America Corporation, Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., and Samsung Electronics America, Inc., Samsung SDI Co., Ltd. and Samsung SDI America, Inc., Sanyo Consumer Electronics Co., Ltd., Sharp Corporation and Sharp Electronics Corporation, and Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc. and Toshiba America Information Systems, Inc. ("Defendants"), parties to the above-entitled action, hereby stipulate as follows:

WHEREAS Defendants will file a Joint Motion for Summary Judgment addressing Plaintiff's claims for injuries in foreign markets under the Foreign Trade Antitrust Improvement Act (the "Motion");

WHEREAS the Motion involves issues of fact and law that cannot be adequately presented in 25 pages;

WHEREAS Motorola and Defendants have agreed that an orderly schedule of the briefing would be most efficient for the Court and the Parties;

THEREFORE the Parties agree as follows:

1. Defendants shall submit the Motion by April 4, 2012. The page limit for the Memorandum in support of the Motion shall be 35 pages.

2. Motorola shall submit its Opposition to the Motion by May 18, 2012. The page limit for the Opposition shall be 45 pages.

3. Defendants shall submit a Reply by June 15, 2012. The page limit for the Reply shall be 30 pages.

4. The Motion shall be heard on July 13, 2012, or at such time as the Court may choose.

| | | |
|---|---|---|
| 1 | Dated: March 27, 2012 | MELVIN R. GOLDMAN |
| 2 | | STEPHEN P. FRECCERO |
| | | DEREK F. FORAN |
| | | MORRISON & FOERSTER LLP |

By:   /s/ Derek F. Foran
     DEREK F. FORAN

*Attorneys for Defendants*
*Epson Imaging Devices Corporation*
*and Epson Electronics America, Inc.*

*Also filed on behalf of AU Optronics Corporation and AU Optronics Corporation America, Chi Mei Corporation, Chimei Innolux Corporation, Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Nexgen Mediatech, Inc. and Nexgen Mediatech USA, Inc., Chunghwa Picture Tubes, Ltd. and Tatung Company of America, Inc., HannStar Display Corporation, LG Display America, Inc. and LG Display Co., Ltd., Philips Electronics North America Corporation, Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., and Samsung Electronics America, Inc., Samsung SDI Co., Ltd. and Samsung SDI America, Inc., and Sanyo Consumer Electronics Co., Ltd., Sharp Corporation and Sharp Electronics Corporation, and Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc. and Toshiba America Information Systems, Inc.*

JEFFREY H. HOWARD
JEROME A. MURPHY
JASON C. MURRAY
JOSHUA C. STOKES
CROWELL & MORING LLP

By:   /s/ Jason C. Murray
     JASON C. MURRAY

*Attorneys for Plaintiff*
*Motorola Mobility, Inc.*

1  **Attestation:** I, Derek F. Foran, attest that concurrence in the filing of this document has been
2  obtained from co-signatory Jason C. Murray.

3

4  Dated: March 27, 2012                              By:     /s/ Derek F. Foran

5

6

7                                        **[PROPOSED ORDER]**
8

9       Pursuant to the Parties' stipulation set forth above, IT IS SO ORDERED.
10

11

12  Dated: _____3/27/12_____         _____
                                                Hon. Susan Illston
13                                              United States District Judge