IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. M 07-1827 SI<br>MDL No. 1827 |
| This Order Relates To: | No. C 10-1064 SI |
| DELL INC., *et al.*, | **ORDER DENYING DEFENDANTS' MOTION TO SHORTEN TIME** |
| Plaintiffs, | |
| v. | |
| SHARP CORPORATION, *et al.*, | |
| Defendants. | |

Defendants have filed a motion to shorten time on the hearing for their objection to the Special Master's Order denying them leave to disclose Anthony Nanni as an expert witness. *See* Docket No. 5273 in 07-1827; Docket No. 193 in 10-1064. Defendants seek to move the hearing up one week, from April 27 to April 20, 2012, given the Court's unavailability on April 27. In light of the large number of motions scheduled for April 20, however, the Court will hear defendants' objection on May 4, 2012.

Accordingly, defendants' motion to shorten time is DENIED. The Court will hear defendants' objection on May 4, 2012, at 9 a.m. Docket No. 5317 in 07-1827; Docket No. 198 in 10-1064.

**IT IS SO ORDERED.**

Dated: April 4, 2012

SUSAN ILLSTON
United States District Judge