IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. M 07-1827 SI<br>MDL No. 1827 |
| This Order Relates To: | No. C 10-4572 SI |
| BEST BUY CO., INC., *et al.*, | **ORDER DENYING DEFENDANTS' MOTION TO SHORTEN TIME** |
| Plaintiffs, | |
| v. | |
| AU OPTRONICS CORPORATION, *et al.*, | |
| Defendants. | |

The Court DENIES defendants' motion to shorten time on the hearing for their objection to the Special Master's Order denying them leave to disclose Anthony Nanni as an expert witness. *See* Docket No. 5389 in 07-1827; Docket No. 137 in 10-4572. The Court will hear defendants' objection together with the similar motion filed in the *Dell* case, on May 4, 2012, at 9 a.m. Docket No. 5392 in 07-1827; Docket No. 139 in 10-4572.

**IT IS SO ORDERED.**

Dated: April 4, 2012

SUSAN ILLSTON
United States District Judge