IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION / | No. M 07-1827 SI<br>MDL No. 1827 |
| This Order Relates to:<br>All Direct-Action Plaintiff Cases<br>/ | **ORDER** |

In light of the large number of similar motions the Court expects to be filed in the direct action cases, the parties shall specify in their briefs any prior relevant orders issued by the Court in this MDL. At the beginning of any motion or opposition brief, the filing party shall list the prior orders of this Court that address substantially similar arguments as those raised in the brief. The party shall provide the date of the order, the direct-action case number, the order's docket numbers, and the argument raised in the brief that the order addresses.

**IT IS SO ORDERED.**

Dated: April 9, 2012

SUSAN ILLSTON
United States District Judge