IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION / | No. M 07-1827 SI<br>MDL No. 1827 |
| This Order Relates to:<br>All Direct-Action Plaintiff Cases<br>/ | **ORDER RE: CHAMBERS COPIES** |

The Court has just received the chambers copies of defendants' joint motion for summary judgment in *Motorola Mobility, Inc. v. AU Optronics Corp., et al.*, Case No. 09-5840. In the interest of saving time, expense, and paper, the parties need only provide the Court with one chambers copy of any filing made in the direct-action plaintiff cases. Separate chambers copies for both the direct-action case number and the MDL case number are not required.

**IT IS SO ORDERED.**

Dated: Apirl 9, 2012

SUSAN ILLSTON
United States District Judge