United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. M 07-1827 SI |
| ——————————————————/ | MDL No. 1827 |
| This Order Relates To:<br><br>All Direct- and Indirect-Purchaser Plaintiff Class Actions<br><br>——————————————————/ | **ORDER RE: STATE OF WASHINGTON'S MOTION TO SHORTEN TIME** |

The Court GRANTS the State of Washington's Motion to Shorten Time, permitting the State to be heard on its Motion to Intervene ( Docket No. 5397) on April 20, 2012 at 9:00 a.m. The Court will hear the State's Motion to Intervene together with the Motion of Defendants Regarding Trial Structure and for Relief to Avoid Duplicative Recovery (Docket No. 5258). Any opposition to the State's Motion shall be filed by April 18, 2012, as originally set. *See* Docket No. 5387. The State shall not be permitted to file a reply.

**IT IS SO ORDERED.**

Dated: April 12, 2012

SUSAN ILLSTON
United States District Judge