IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION _____/ <br> This Order Relates To: <br> All Indirect-Purchaser Plaintiff Class Actions _____/ | No. M 07-1827 SI <br> MDL No. 1827 <br> **ORDER DENYING AU OPTRONICS' AND AU OPTRONICS CORPORATION AMERICA'S MOTION TO CONTINUE TRIAL DATE AND STAY FURTHER PROCEEDINGS** |

Defendants AU Optronics Corporation and AU Optronics Corporation America (collectively, "AUO") have filed a motion to continue the May 14, 2012 trial date and stay further proceedings in these civil actions pending the resolution of post-trial motions and any appeals of convictions entered in the parallel criminal matter.

Trial of these civil actions, which were filed in 2007, was specifically delayed until after completion of the criminal trials, which occurred in March, 2012. Given the complexity of this MDL, it is not feasible to grant any further delay or stays to the AUO defendants.

Accordingly, for the foregoing reasons and for good cause shown, the Court hereby DENIES AUO's motion to continue the trial date and stay further proceedings. The hearing on that motion currently scheduled for April 20, 2012 is VACATED. *See* Civil Local Rule 7-1(b).

**IT IS SO ORDERED.**

Dated: April 16, 2012

SUSAN ILLSTON
United States District Judge