FILED

APR 13 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: LG DISPLAY AMERICA, INC.; et al. <br><br> LG DISPLAY AMERICA, INC.; et al., <br><br> Petitioners, <br><br> v. <br><br> UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO, <br><br> Respondent, <br><br> GLADYS BAKER; et al., <br><br> Real Parties in Interest. | No. 12-70474 <br><br> D.C. No. 3:07-md-01827-SI Northern District of California, San Francisco <br><br> ORDER |

Before: PREGERSON, CANBY, and FISHER, Circuit Judges.

Petitioners' motion to file under seal this petition for writ of mandamus as well as volumes 2, 5-6, and 8-21 of appendix in support of the petition is granted.

Petitioners have not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v.*

AW/MOATT

*United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

**DENIED**.