1  Jeffrey H. Howard (*pro hac vice*)
Jerome A. Murphy (*pro hac vice*)
2  CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
3  Washington, D.C. 20004
Telephone:  202-624-2500
4  Facsimile:  202-628-5116
Email: jhoward@crowell.com
5        jmurphy@crowell.com

6  Jason C. Murray (CA Bar No. 169806)
Joshua C. Stokes (CA Bar No. 220214)
7  Nathanial J. Wood (CA Bar No. 223547)
CROWELL & MORING LLP
8  515 South Flower St., 40th Floor
Los Angeles, CA 90071
9  Telephone:  213-622-4750
Facsimile:  213-622-2690
10  Email: jmurray@crowell.com
        jstokes@crowell.com
11

*Counsel for Plaintiff Motorola Mobility, Inc.*
12  [Additional counsel listed on signature page]

13
UNITED STATES DISTRICT COURT
14
NORTHERN DISTRICT OF CALIFORNIA
15
SAN FRANCISCO DIVISION
16

17

18  In re TFT-LCD (FLAT PANEL) ANTITRUST          Master Docket No. 07-m-1827 SI
LITIGATION

19  This Document Relates To:                     **STIPULATION AND [PROPOSED]
ORDER FURTHER EXTENDING
20  *Motorola Mobility, Inc. v. AU Optronics      PLAINTIFF'S TIME TO MOVE TO
Corporation, et al., C 09-5840 SI*                COMPEL AS TO CERTAIN
21                                                DISCOVERY**

22

23

24

25

26

27

28

CROWELL
& MORING LLP                                      MASTER FILE NO. 3:07
ATTORNEYS AT LAW                                  MD-1827 SI

1    Defendants Chi Mei Corp., Chimei Innolux Corp. ("Chimei Innolux"); Chi Mei

2  Optoelectronics Corp. USA, Inc.; CMO Japan Co. Ltd.; Nexgen Mediatech, Inc.; Nexgen

3  Mediatech USA, Inc. (collectively, "Chi Mei") and Plaintiff Motorola Mobility, Inc. ("Motorola")

4  stipulate as follows:

5    WHEREAS Motorola served a set of Requests for Production of Documents on Chimei

6  Innolux on November 4, 2011 (the "Discovery");

7    WHEREAS Chimei Innolux provided objections to the Discovery on December 8, 2011;

8    WHEREAS the parties have met and conferred regarding Chimei Innolux's Objections to

9  the Discovery;

10    WHEREAS Chimei Innolux has agreed to conduct a reasonable search for, and to

11  produce, certain categories of documents and communications and other documents for certain

12  custodians pursuant to agreement of the parties;

13    WHEREAS Chimei Innolux previously agreed to permit Motorola additional time to

14  move to compel further responses to the Discovery and the Court has entered Orders extending

15  the motion to compel deadline to April 13, 2012;

16    WHEREAS Chi Mei will require additional time to complete its search and document

17  production and has agreed to provide Motorola additional time to move to compel to enforce the

18  parties' agreement with respect to the Discovery.

19    THEREFORE, Chi Mei and Motorola, by their respective undersigned counsel, stipulate

20  and agree as follows:

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-1-                MASTER FILE NO. 3:07 MD-1827 SI

STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFFS' TIME TO MOVE TO COMPEL AS TO CERTAIN DISCOVERY

1    The deadline for Motorola to move to compel compliance with the parties' agreement

2  regarding the Discovery shall be extended to April 30, 2012.

3

Dated:  April 11, 2012

4

5                                                          */s/ Nathanial J. Wood*

6                                           Jason C. Murray (CA Bar No. 169806)
                                            Joshua C. Stokes (CA Bar No. 220214)
7                                           Nathanial J. Wood (CA Bar No. 223547)
                                            CROWELL & MORING LLP
8                                           515 South Flower St., 40th Floor
                                            Los Angeles, CA  90071
9                                           Telephone:  213-622-4750
                                            Facsimile:  213-622-2690
10                                          Email: jmurray@crowell.com
                                                      jstokes@crowell.com
11
                                            Jeffrey H. Howard (*pro hac vice*)
12                                          Jerome A. Murphy (*pro hac vice*)
                                            CROWELL & MORING LLP
13                                          1001 Pennsylvania Avenue, N.W.
                                            Washington, D.C. 20004
14                                          Telephone:  202-624-2500
                                            Facsimile:  202-628-5116
15                                          Email:  jhoward@crowell.com
                                                       jmurphy@crowell.com
16
                                            Kenneth L. Adams (*pro hac vice*)
17                                          R. Bruce Holcomb (*pro hac vice*)
                                            Christopher T. Leonardo (*pro hac vice*)
18                                          ADAMS HOLCOMB LLP
                                            1875 Eye Street NW
19                                          Washington, DC 20006
                                            Telephone:  202-580-8822
20                                          Facsimile: 202-580-8821
                                            Email:  adams@adamsholcomb.com
21                                                   holcomb@adamsholcomb.com
                                                     leonardo@adamsholcomb.com
22

23                                          *Counsel for Plaintiff Motorola Mobility, Inc.*

24

25

26

27

28

-2-                               MASTER FILE NO. 3:07 MD-1827 SI

STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFFS' TIME TO MOVE TO COMPEL AS TO CERTAIN DISCOVERY

1

2

/s/ Jason M. Bussey

James G. Kreissman (SBN 206740)
3         Harrison J. Frahn IV (SBN 206822)
          Jason M. Bussey (SBN 227185)
4         SIMPSON THACHER & BARTLETT LLP
          2550 Hanover Street
5         Palo Alto, California 94304
          jkreissman@stblaw.com
6         hfrahn@stblaw.com
          jbussey@stblaw.com
7

8         *Attorney for Defendants Chi Mei Corporation, Chimei
          Innolux Corporation, Chi Mei Optoelectronics USA,*
9         *Inc., CMO Japan Co., Ltd, Nexgen Mediatech, Inc. and
          Nexgen Mediatech USA, Inc.*
10

11

12        **IT IS SO ORDERED.**

13

14        Dated: _____4/17_____, 2012

15

16        Hon. Susan Illston, United States District Judge

17

18        DCACTIVE-18092013.1

19

20

21

22

23

24

25

26

27

28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-3-                    MASTER FILE NO. 3:07 MD-1827 SI