IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION_____/ | No. M 07-1827 SIMDL No. 1827 |
| This Order Relates To:All Direct- and Indirect-Purchaser Plaintiff Class Actions_____/ | **ORDER RE: STATE OF WASHINGTON'S MOTION TO INTERVENE** |

The Court GRANTS the State of Washington's Motion to Intervene (Docket No. 5397), permitting the State to be heard on its Opposition to Defendants' Motion Regarding Trial Structure and for Relief to Avoid Duplicative Recovery ( Docket No. 5258) on April 20, 2012 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: April 19, 2012

SUSAN ILLSTON
United States District Judge