UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | CASE NO. Master File No. 3:07-md-1827 SI MDL No. 1827 |
| This Document Relates to Individual Case No. 3:10-cv-01064 SI | |
| DELL INC. and DELL PRODUCTS L.P., Plaintiff(s), v. SHARP CORPORATION; SHARP ELECTRONICS CORPORATION; EPSON IMAGING DEVICES CORPORATION; EPSON ELECTRONICS AMERICA, INC.; HANNSTAR DISPLAY CORPORATION; TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; TOSHIBA AMERICA INFORMATION SYSTEMS, INC.; TOSHIBA CORPORATION; TOSHIBA MOBILE DISPLAY CO., LTD.; AU OPTRONICS CORPORATION; AU OPTRONICS CORPORATION AMERICA, INC.; CHI MEI INNOLUX CORPORATION; CHI MEI OPTOELECTRONICS CORPORATION; CHI MEI OPTOELECTRONICS USA, INC.; CMO JAPAN CO., LTD.; NEXGEN MEDIATECH, INC.; and NEXGEN MEDIATECH USA, INC., Defendant(s) | Individual Case No. 3:10-cv-01064 SI

~~(Proposed)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Kimball R. Anderson, an active member in good standing of the bar of Illinois whose business address and telephone number are Winston and Strawn LLP, 35 W. Wacker Drive, Chicago IL 60601-9703, and (312) 558-5600, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing DELL INC. and DELL PRODUCTS L.P.,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application

/ / /

/ / /

27488\3037123.1

will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:   4/24/12

_____
Susan Illston
United States District Judge

27488\3037123.1