David Orozco (CA Bar No. 220732)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Ste. 950
Los Angeles, CA 90067-6029
Telephone: (310) 310-3100
Facsimile: (310) 789-3150
E-Mail:     dorozco@susmangodfrey.com

Parker C. Folse (*pro hac vice*)
Brooke A. M. Taylor (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1201 Third Ave, Suite 3800
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
E-Mail:     pfolse@susmangodfrey.com
            btaylor@susmangodfrey.com

*Counsel for Plaintiff T-Mobile U.S.A., Inc.*

[Additional counsel listed on signature pages]

Edward A. Friedman (*pro hac vice*)
Daniel B. Rapport (*pro hac vice*)
Hallie B. Levin (*pro hac vice*)
Jason C. Rubinstein (*pro hac vice*)
FRIEDMAN KAPLAN SEILER &
ADELMAN LLP
7 Times Square
New York, NY 10036-6516
Telephone:  (212) 833-1100
Facsimile:  (212) 833-1250
E-Mail:  efriedman@fklaw.com
         drapport@fklaw.com
         hlevin@fklaw.com
         jrubinstein@fklaw.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. C M:07-01827 SI MDL NO. 1827 |
| This Document Relates to: | |
| *Alfred H. Siegel, As Trustee of the Circuit City Stores, Inc. Liquidating Trust v. AU Optronics Corporation, et al.*, Case No. 10-Cv-05625 SI | **STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE TO ANSWER OR RESPOND TO DEFENDANT LG DISPLAY'S COUNTERCLAIMS** |
| *AT&T Mobility LLC, et al. v. AU Optronics Corporation, et al.*, Case No. 3:09-cv-4997 SI | |
| *Best Buy Co., Inc., et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-04572 SI | |
| *Costco Wholesale Corporation v. AU Optronics Corporation, et al.*, Case No. 11-cv-00058 SI | |

Master File No. C M:07-01827 SI
MDL NO. 1827

STIPULATION AND [PROPOSED] ORDER
REGARDING SCHEDULE TO ANSWER
OR RESPOND TO DEFENDANT
LG DISPLAY'S COUNTERCLAIMS

2688475.4

1

2   *Electrograph Systems, Inc., et al. v. Epson*
    *Imaging Devices Corporation, et al.*, Case No.
3   10-cv-00117 SI

4   *Interbond Corporation of America v. AU*
    *Optronics Corporation, et al.*, Case No.
5   3:11-cv-03763 SI

6
    *Jaco Electronics, Inc. v. AU Optronics*
7   *Corporation, et al.*, Case No. 3:11-cv-02495 SI

8   *Motorola Mobility, Inc. v. AU Optronics*
    *Corporation, et al.*, Case No. 09-5840 SI
9

10  *Office Depot, Inc. v. AU Optronics*
    *Corporation, et al.*, Case No. 3:11-cv-02225 SI
11

12  *P.C. Richard & Son Long Island Corporation,*
    *et al. v. AU Optronics Corporation, et al.*,
13  Case No. 3:11-cv-04119 SI

14  *SB Liquidation Trust v. AU Optronics*
    *Corporation, et al.*, Case No. 10-cv-05458 SI
15

16  *State of Florida v. AU Optronics Corporation,*
    *et al.*, Case No. 10-cv-3517 SI.

17  *State of Missouri, et al. v. AU Optronics*
18  *Corporation, et al.*, Case No. 10-cv-03619 SI

19  *State of New York v. AU Optronics*
    *Corporation, et al.*, Case No. 3:11-cv-711 SI
20

21  *State of Oregon, ex rel John Kroger, Attorney*
    *General v. AU Optronics Corporation, et al.*,
22  Case No. 3:10-cv-4346 SI

23  *T-Mobile U.S.A., Inc. v. AU Optronics*
    *Corporation, et al.*, Case No 3:11-cv-02591 SI
24

25  *Target Corp., et al. v. AU Optronics*
    *Corporation, et al.*, Case No. 10-cv-04945 SI
26

27

28  Master File No. C M:07-01827 SI            STIPULATION AND [PROPOSED] ORDER
    MDL NO. 1827                               REGARDING SCHEDULE TO ANSWER
                                               OR RESPOND TO DEFENDANT
                                               LG DISPLAY'S COUNTERCLAIMS

    2688475.4

*Tracfone Wireless, Inc. v. AU Optronics Corporation, et al.*, Case No. 10-cv-03205 SI

Defendants LG Display America, Inc. and LG Display Co., Ltd. (together, "LG Display") and the Direct Action Plaintiffs ("DAPs") and State Attorneys General ("AGs") in the above captioned actions stipulate as follows:

WHEREAS, LG Display amended its answers as of right to assert Counterclaims for Declaratory Relief (the "LG Display Counterclaims") in *Interbond Corporation of America v. AU Optronics Corporation, et al.*, Case No. 3:11-cv-03763 SI, *Office Depot, Inc. v. AU Optronics Corporation, et al.*, Case No. 3:11-cv-02225 SI, *P.C. Richard & Son Long Island Corporation, et al. v. AU Optronics Corporation, et al.*, Case No. 3:11-cv-04119 SI, *State of New York v. AU Optronics Corporation, et al.*, Case No. 3:11-cv-711, *T-Mobile U.S.A., Inc. v. AU Optronics Corporation*, et al., Case No 3:11-cv-02591 SI, on March 21, 2012, and in *Jaco Electronics, Inc. v. AU Optronics Corporation, et al.*, Case No. 3:11-cv-02495 SI, on March 23, 2012;

WHEREAS LG Display moved for leave to amend its Answers and to assert Additional Defenses and the LG Display Counterclaims in *Alfred H. Siegel, As Trustee of the Circuit City Stores, Inc. Liquidating Trust v. AU Optronics Corporation, et al.*, Case No. 10-Cv-05625 SI, *Best Buy Co Mobility LLC, et al. v. AU Optronics Corporation, et al.*, Case No. 3:09-cv-4997 SI, *Best Buy Co., Inc., et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-04572 SI, *Costco Wholesale Corporation v. AU Optronics Corporation, et al.*, Case No. 11-cv-00058 SI, *Electrograph Systems, Inc., et al. v. Epson Imaging Devices Corporation, et al.*, Case No. 10-cv-00117 SI, *Motorola Mobility, Inc. v. AU Optronics Corporation, et al.*, Case No. 09-5840 SI, *SB Liquidation Trust v. AU Optronics Corporation, et al.*, Case No. 10-cv-05458 SI, *State of Florida v. AU Optronics Corporation, et al.*, Case No. 10-cv-3517 SI, *State of Missouri, et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-03619 SI, *State of Oregon, ex rel John Kroger, Attorney General v. AU Optronics Corporation, et al.*, Case No. 3:10-cv-4346 SI, *Target Corp., et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-04945 SI, *Tracfone Wireless,*

*Inc. v. AU Optronics Corporation, et al.*, Case No. 10-cv-03205 SI, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure on March 22, 2012 (hereafter, "LG Display's Motion to Amend");

WHEREAS the undersigned DAPs and AGs that were served with LG Display's Motion to Amend are required to file their Oppositions to that Motion on or before April 27, 2012, and LG Display is required to file its Reply(ies) in support of its Motion on or before May 8, 2012;

WHEREAS the DAPs and AGs that were served with the LG Display Counterclaims are currently required to answer, move against, or otherwise respond to those counterclaims on or about April 30, 2012;

WHEREAS the parties wish to coordinate the schedule for the briefing of LG Display'sMotion to Amend and responses to the LG Display Counterclaims to allow for a more efficient use of the Court and the parties' time;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned DAPs, AGs, and LG Display, by and through their respective undersigned counsel, as follows:

(1) The time for the undersigned DAPS and AGs that have been served with the LG Display Counterclaims to answer, move against, or otherwise respond to the LG Display Counterclaims shall be held in abeyance pending the resolution of LG Display's Motion to Amend.

(2) The time for the undersigned DAPs and AGs, including without limitation the DAPs and AGs already served with the LG Display Counterclaims, to answer, move against, or otherwise respond to the LG Display Counterclaims shall be extended to and including twenty-eight (28) days after the Court rules on LG Display's Motion to Amend.

(3) If the DAPs move against the LG Display Counterclaims, they shall file a combined motion to dismiss. Subject to this requirement, each and every DAP reserves the right to file separate motions to dismiss the LG Display Counterclaims to address any questions of law or fact not common to all DAPs.

-2-

Master File No. C M:07-01827 SI
MDL NO. 1827

STIPULATION AND [PROPOSED] ORDER
REGARDING SCHEDULE TO ANSWER
OR RESPOND TO DEFENDANT
LG DISPLAY'S COUNTERCLAIMS

2688475.4

(4)     If the DAPs and/or AGs move to dismiss the LG Display Counterclaims, LG Display shall file its Opposition to such motion twenty-eight (28) days after the DAPs and/or AGs file their respective motions.

(5)     The DAPs and/or AGs shall have fourteen (14) days to submit their Replies.

-3-

Master File No. C M:07-01827 SI
MDL NO. 1827

STIPULATION AND [PROPOSED] ORDER
REGARDING SCHEDULE TO ANSWER
OR RESPOND TO DEFENDANT
LG DISPLAY'S COUNTERCLAIMS

2688475.4

1

2    SO STIPULATED:

3    Dated: April 26, 2012

4

5                                        By:____/s/ Jason C. Rubinstein_____
                                              David Orozco
6                                             E-Mail:  dorozco@susmangodfrey.com
                                              SUSMAN GODFREY L.L.P.
7                                             1901 Avenue of the Stars, Ste. 950
                                              Los Angeles, CA  90067-6029
8                                             Telephone:  (310) 310-3100
                                              Facsimile:  (310) 789-3150
9

10                                            Parker C. Folse III
                                              E-Mail:  pfolse@susmangodfrey.com
11                                            Brooke A. M. Taylor
                                              E-Mail:  btaylor@susmangodfrey.com
12                                            SUSMAN GODFREY L.L.P.
                                              1201 Third Ave, Suite 3800
13                                            Seattle, WA  98101
                                              Telephone: (206) 516-3880
14                                            Facsimile: (206) 516-3883
15

16                                            Edward A. Friedman
                                              E-Mail:  efriedman@fklaw.com
17                                            Daniel B. Rapport
                                              E-Mail:  drapport@fklaw.com
18                                            Hallie B. Levin
                                              E-Mail:  hlevin@fklaw.com
19                                            Jason C. Rubinstein
                                              E-Mail:  jrubinstein@fklaw.com
20                                            FRIEDMAN KAPLAN SEILER &
                                                 ADELMAN LLP
21                                            7 Times Square
                                              New York, NY  10036-6516
22                                            Telephone:  (212) 833-1100
                                              Facsimile:  (212) 833-1250
23

24                                            *Counsel for Plaintiff T-Mobile U.S.A., Inc.*
25

26

27                                   -4-

28   Master File No. C M:07-01827 SI            STIPULATION AND [PROPOSED] ORDER
     MDL NO. 1827                               REGARDING SCHEDULE TO ANSWER
                                                    OR RESPOND TO DEFENDANT
                                                 LG DISPLAY'S COUNTERCLAIMS

By:    /s/ William A. Isaacson
      William A. Isaacson
      E-Mail:  wisaacson@bsfllp.com
      BOIES, SCHILLER & FLEXNER
      5301 Wisconsin Ave. NW, Suite 800
      Washington, DC  20015
      Telephone:  (202) 237-2727
      Facsimile:  (202) 237-6131

      Philip J. Iovieno
      E-Mail:  piovieno@bsfllp.com
      BOIES, SCHILLER & FLEXNER
      10 North Pearl Street, 4th Floor
      Albany, NY  12207
      Telephone:  (518) 434-0600
      Facsimile:  (518) 434-0665

*Counsel for Plaintiffs Office Depot, Inc., Interbond Corporation of America, P.C. Richard & Son Long Island Corporation, MARTA Cooperative of America, Inc., ABC Appliance, Inc., Electrograph Systems, Inc. and Electrograph Technologies Corp.*

-5-

Master File No. C M:07-01827 SI
MDL NO. 1827

STIPULATION AND [PROPOSED] ORDER
REGARDING SCHEDULE TO ANSWER
OR RESPOND TO DEFENDANT
LG DISPLAY'S COUNTERCLAIMS

2688475.4

By: ___/s/ Jason C. Murray_____
Jason C. Murray
E-Mail:  jmurray@crowell.com
Joshua C. Stokes
E-Mail:  jstokes@crowell.com
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA  90071
Telephone:  (213) 443-5582
Facsimile:  (213) 622-2690

Jeffrey H. Howard
E-Mail:  jhoward@crowell.com
Jerome A. Murphy
E-Mail:  jmurphy@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Telephone:  (202) 624-2500
Facsimile:  (202) 628-5116

*Counsel for Plaintiffs Motorola Mobility, Inc.;AT&T Mobility, LLC; AT&T Corp.; AT&T Services, Inc.; BellSouth Telecommunications, Inc.; Pacific Bell Telephone Company; AT&T Operations, Inc.; AT&T DataComm, Inc.; Southwestern Bell Telephone Company; Jaco Electronics, Inc., Target Corporation; Sears, Roebuck and Co.; Kmart Corporation; Old Comp Inc.; Good Guys, Inc.; RadioShack Corporation; and Newegg Inc.*

-6-

Master File No. C M:07-01827 SI
MDL NO. 1827

STIPULATION AND [PROPOSED] ORDER
REGARDING SCHEDULE TO ANSWER
OR RESPOND TO DEFENDANT
LG DISPLAY'S COUNTERCLAIMS

2688475.4

By:      /s/ Richard L. Schwartz
      Richard L. Schwartz
      E-Mail:  richard.schwartz@ag.ny.gov
      Amy E. McFarlane
      E-Mail:  amy.mcfarlane@ag.ny.gov
      Assistant Attorneys General
      120 Broadway, 26th Floor
      New York, NY  10271
      Telephone:  (212) 416-8282
      Facsimile:  (212) 416-6015

      *Counsel for Plaintiff State of New York*


By:      /s/ David H. Orozco
      Allan Diamond
      E-Mail:  adiamond@diamondmccarthy.com
      James D. McCarthy
      E-Mail:  jmccarthy@diamondmccarthy.com
      Jason Fulton
      E-Mail:  jfulton@diamondmccarthy.com
      DIAMOND McCARTHY LLP
      909 Fannin, Suite 1500
      Houston, Texas  77010
      Telephone:  (713) 333-5104
      Facsimile:  (713) 333-5199

      Marc M. Seltzer
      E-Mail:  mseltzer@susmangodfrey.com
      Ryan C. Kirkpatrick
      E-Mail:  rkirkpatrick@susmangodfrey.com
      David H. Orozco
      E-Mail:  dorozco@susmangodfrey.com
      Steven G. Sklaver
      E-Mail:  ssklaver@susmangodgrey.com
      SUSMAN GODFREY LLP
      1901 Avenue of the Stars, Suite 950
      Los Angeles, CA  90067-6029
      Telephone:  (310) 789-3100
      Facsimile:  (310) 789-3150

      *Counsel for Plaintiff SB Liquidation Trust*

-7-

Master File No. C M:07-01827 SI
MDL NO. 1827

STIPULATION AND [PROPOSED] ORDER
REGARDING SCHEDULE TO ANSWER
OR RESPOND TO DEFENDANT
LG DISPLAY'S COUNTERCLAIMS

2688475.4

1

2          By:  ___/s/ Jonathan Ross_____
                Jonathan Ross
3               E-Mail:  jross@susmangodfrey.com
                SUSMAN GODFREY LLP
4               1000 Louisiana, Suite 5100
                Houston, TX  77002
5               Telephone:  (713) 653-7813
                Facsimile:  (713) 654-6666
6

7               *Counsel for Plaintiff Alfred H. Siegel, as Trustee of the*
                *Circuit City Stores Inc. Liquidating Trust*
8

9

10         By:  ___/s/ David B. Esau_____
                James Blaker Baldinger
11              E-Mail:  jbaldinger@carltonfields.com
                David B. Esau
12              E-Mail:  desau@carltonfields.com
                CARLTON FIELDS
13              CityPlace Tower, Suite 1200
                525 Okeechobee Boulevard
14              West Palm Beach, FL  33401
                Telephone:  (561) 659-7070
15              Facsimile:  (561) 659-7368

16
                Robert L. Ciotti
17              E-Mail:  rciotti@carltonfields.com
                CARLTON FIELDS
18              4221 W Boy Scout Boulevard
                10th Floor - Corporate Center III
19              Tampa, FL  33067-5736
                Telephone :  (813) 223-7000
20              Facsimile:  (813) 229-4133

21
                *Counsel for Plaintiffs Tracfone Wireless, Inc.*
22

23

24

25

26

27                              -8-

Master File No. C M:07-01827 SI          STIPULATION AND [PROPOSED] ORDER
28   MDL NO. 1827                              REGARDING SCHEDULE TO ANSWER
                                                 OR RESPOND TO DEFENDANT
                                               LG DISPLAY'S COUNTERCLAIMS

2688475.4

1

By:    /s/ Roman M. Silberfeld
Roman M. Silberfeld

2
E-Mail:  rmsilberfeld@rkmc.com
David Martinez

3
E-Mail:  dmartinez@rkmc.com

4
ROBINS, KAPLAN, MILLER & CIRESI LLP
2049 Century Park East, Suite 3400

5
Los Angeles, CA  90067-3208
Telephone:  (310) 552-0130

6
Facsimile:  (310) 229-5800

7
*Counsel for Plaintiffs Best Buy Co., Inc.; Best Buy*

8
*Purchasing LLC; Best Buy Enterprise Services, Inc.;*
*Best Buy Stores, L.P.; Best Buy.com, LLC; and*

9
*Magnolia Hi-Fi, Inc.*

10

11

By:    /s/ David J. Burman

12
David J. Burman
E-Mail:  dburman@perkinscoie.com

13
PERKINS COIE LLP
1201 Third Avenue

14
Suite 4800

15
Seattle, WA  98101-3099
Telephone:  (206) 359-8000

16
Facsimile:  (206) 359-9000

17
*Counsel for Plaintiffs Costco Wholesale Corporation*

18

19

By:    /s/ Nicholas J. Weilhammer

20
Nicholas J. Weilhammer
E-Mail:  nicholas.weilhammer@myfloridalegal.com

21
STATE OF FLORIDA

22
Office of the Attorney General State of Florida
PL-01, The Capitol

23
Tallahassee,  FL 32399-1050
Telephone:  (850) 414-3300

24
Facsimile:  (850) 488-9134

25
*Counsel for Plaintiff State of Florida*

26

27
-9-

28
Master File No. C M:07-01827 SI
MDL NO. 1827

2688475.4

By:    /s/ Anne E. Schneider
    Anne E. Schneider
    E-Mail:  anne.schneider@ago.mo.gov
    STATE OF MISSOURI
    Assistant Attorneys General
    Missouri Attorney General Office
    P. O. Box 899
    Jefferson City, MO  65102
    Telephone:  (573) 751-3321
    Facsimile:  (573) 751-2041

    *Counsel for Plaintiff State of Missouri*

By:    /s/ Kevin Wells
    Kevin Wells
    E-Mail:  kevin.wells@arkansasag.gov
    STATE OF ARKANSAS
    Assistant Attorney General
    Arkansas Attorney General Office
    323 Center Street, Suite 500
    Little Rock, AR  72201
    Telephone:  (501) 682-8063
    Facsimile:  (501) 682-8118

    *Counsel for Plaintiff State of Arkansas*

By:    /s/ Mary Elizabeth Lippitt
    Mary Elizabeth Lippitt
    E-Mail:  lippitte@michigan.gov
    STATE OF MICHIGAN
    Assistant Attorney General
    Michigan Attorney General Office
    Corporate Oversight Division
    525 West Ottawa Street, 6th Floor
    Lansing, MI  48933
    Telephone:  (517) 373-1160

    *Counsel for Plaintiff State of Michigan*

-10-

Master File No. C M:07-01827 SI
MDL NO. 1827

STIPULATION AND [PROPOSED] ORDER
REGARDING SCHEDULE TO ANSWER
OR RESPOND TO DEFENDANT
LG DISPLAY'S COUNTERCLAIMS

2688475.4

By:   /s/ Douglas L. Davis
     Douglas L. Davis
     E-Mail:  doug.davis@wvago.gov
     STATE OF WEST VIRGINIA
     Assistant Attorney General
     West Virginia Attorney General Office
     812 Quarrier St., First Floor
     Charleston, WV  25301
     Telephone:  (304) 558-8986
     Facsimile:  (304) 558-0184

     *Counsel for Plaintiff State of West Virginia*

By:   /s/ Gwendolyn J. Cooley
     Gwendolyn J. Cooley
     E-Mail:  cooleygj@doj.state.wi.us
     STATE OF WISCONSIN
     Assistant Attorney General
     Wisconsin Department of Justice
     PO Box 7857
     Madison, WI  53707
     Telephone:  (608) 261-5810
     Facsmilie:  (608) 267-2778

     *Counsel for Plaintiff State of Wisconsin*

-11-

Master File No. C M:07-01827 SI
MDL NO. 1827

STIPULATION AND [PROPOSED] ORDER
REGARDING SCHEDULE TO ANSWER
OR RESPOND TO DEFENDANT
LG DISPLAY'S COUNTERCLAIMS

2688475.4

By: ___/s/ Michael E. Haglund_____
Michael E. Haglund
E-Mail:  haglund@hk-law.com
Michael K. Kelley
E-Mail:  mkelley@hk-law.com
HAGLUND KELLEY JONES & WILDER LLP
Special Assistant Attorneys General for the
State of Oregon
200 SW Market Street, Suite 1777
Portland, OR  97201

Tim D. Nord
E-Mail:  tim.d.nord@state.or.us
STATE OF OREGON
Oregon Senior Assistant Attorney General
1162 Court Street, NE
Salem, OR  97301-4096
Telephone:  (503) 943-4400
Facsimile:  (503) 225-1257

*Counsel for Plaintiff State of Oregon*

-12-

Master File No. C M:07-01827 SI
MDL NO. 1827

STIPULATION AND [PROPOSED] ORDER
REGARDING SCHEDULE TO ANSWER
OR RESPOND TO DEFENDANT
LG DISPLAY'S COUNTERCLAIMS

2688475.4

1           By: __/s/ Lee F. Berger_____

2             Holly A. House
              E-Mail:  hollyhouse@paulhastings.com

3             Kevin C. McCann
              E-Mail:  kevinmccann@paulhastings.com

4             Sean D. Unger
              E-Mail:  seanunger@paulhastings.com

5             PAUL HASTINGS LLP
              55 Second Street

6             Twenty-Fourth Floor
              San Francisco, CA  94105-3441

7             Telephone:  (415) 856-7000
              Facsimile:  (415) 856-7100

8

9             Lee F. Berger
              E-Mail:  leeberger@paulhastings.com

10            PAUL HASTINGS LLP
             875 15th Street, N.W.

11            Washington, DC  20005
             Telephone:  (202) 551-1772

12            Facsimile:  (202) 551-0172

13

14            *Counsel for Defendants LG Display Co., Ltd. and LG Display America, Inc.*

15

16

17

18         **IT IS SO ORDERED.**

19  Dated:  ___4/30_____, 2012

20         The Honorable Susan Y. Illston
           United States District Judge

21

22

23

24

25

26

27         -13-

28