David Orozco (CA Bar No. 220732)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Ste. 950
Los Angeles, CA 90067-6029
Telephone: (310) 310-3100
Facsimile: (310) 789-3150
E-Mail:      dorozco@susmangodfrey.com

Parker C. Folse (*pro hac vice*)
Brooke A. M. Taylor (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1201 Third Ave, Suite 3800
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
E-Mail:      pfolse@susmangodfrey.com
              btaylor@susmangodfrey.com

*Counsel for Plaintiff T-Mobile U.S.A., Inc.*

[Additional counsel listed on signature pages]

Edward A. Friedman (*pro hac vice*)
Daniel B. Rapport (*pro hac vice*)
Hallie B. Levin (*pro hac vice*)
Jason C. Rubinstein (*pro hac vice*)
FRIEDMAN KAPLAN SEILER &
ADELMAN LLP
7 Times Square
New York, NY 10036-6516
Telephone:  (212) 833-1100
Facsimile:  (212) 833-1250
E-Mail:  efriedman@fklaw.com
         drapport@fklaw.com
         hlevin@fklaw.com
         jrubinstein@fklaw.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

IN RE TFT-LCD (FLAT PANEL)
ANTITRUST LITIGATION

This Document Relates to:

*Alfred H. Siegel, As Trustee of the Circuit
City Stores, Inc. Liquidating Trust v. AU
Optronics Corporation, et al.*, Case No.
10-Cv-05625 SI

*AT&T Mobility LLC, et al. v. AU Optronics
Corporation, et al.*, Case No. 3:09-cv-4997 SI

*Best Buy Co., Inc., et al. v. AU Optronics
Corporation, et al.*, Case No. 10-cv-04572 SI

*Costco Wholesale Corporation v. AU
Optronics Corporation, et al.*, Case No.
11-cv-00058 SI

Master File No. C M:07-01827 SI
MDL NO. 1827

**STIPULATION AND [PROPOSED]
ORDER REGARDING SCHEDULE
TO ANSWER OR RESPOND TO
DEFENDANT LG DISPLAY'S
COUNTERCLAIMS**

Master File No. C M:07-01827 SI
MDL NO. 1827

STIPULATION AND [PROPOSED] ORDER
REGARDING SCHEDULE TO ANSWER
OR RESPOND TO DEFENDANT
LG DISPLAY'S COUNTERCLAIMS

2688475.4

1

2 *Electrograph Systems, Inc., et al. v. Epson Imaging Devices Corporation, et al.*, Case No.
3 10-cv-00117 SI

4 *Interbond Corporation of America v. AU Optronics Corporation, et al.*, Case No.
5 3:11-cv-03763 SI

6 *Jaco Electronics, Inc. v. AU Optronics Corporation, et al.*, Case No. 3:11-cv-02495 SI
7

8 *Motorola Mobility, Inc. v. AU Optronics Corporation, et al.*, Case No. 09-5840 SI
9

10 *Office Depot, Inc. v. AU Optronics Corporation, et al.*, Case No. 3:11-cv-02225 SI
11

12 *P.C. Richard & Son Long Island Corporation, et al. v. AU Optronics Corporation, et al.*,
13 Case No. 3:11-cv-04119 SI

14 *SB Liquidation Trust v. AU Optronics Corporation, et al.*, Case No. 10-cv-05458 SI
15

16 *State of Florida v. AU Optronics Corporation, et al.*, Case No. 10-cv-3517 SI.

17 *State of Missouri, et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-03619 SI
18

19 *State of New York v. AU Optronics Corporation, et al.*, Case No. 3:11-cv-711 SI
20

21 *State of Oregon, ex rel John Kroger, Attorney General v. AU Optronics Corporation, et al.*,
22 Case No. 3:10-cv-4346 SI

23 *T-Mobile U.S.A., Inc. v. AU Optronics Corporation, et al.*, Case No 3:11-cv-02591 SI
24

25 *Target Corp., et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-04945 SI
26

27

28 Master File No. C M:07-01827 SI
MDL NO. 1827

STIPULATION AND [PROPOSED] ORDER
REGARDING SCHEDULE TO ANSWER
OR RESPOND TO DEFENDANT
LG DISPLAY'S COUNTERCLAIMS

2688475.4

1

*Tracfone Wireless, Inc. v. AU Optronics Corporation, et al.*, Case No. 10-cv-03205 SI

2

Defendants LG Display America, Inc. and LG Display Co., Ltd. (together, "LG Display") and

3

the Direct Action Plaintiffs ("DAPs") and State Attorneys General ("AGs") in the above captioned

4

actions stipulate as follows:

5

WHEREAS, LG Display amended its answers as of right to assert Counterclaims for Declaratory

6

Relief (the "LG Display Counterclaims") in *Interbond Corporation of America v. AU Optronics*

7

*Corporation, et al.*, Case No. 3:11-cv-03763 SI, *Office Depot, Inc. v. AU Optronics Corporation, et al.*,

8

Case No. 3:11-cv-02225 SI, *P.C. Richard & Son Long Island Corporation, et al. v. AU Optronics*

9

*Corporation, et al.*, Case No. 3:11-cv-04119 SI, *State of New York v. AU Optronics Corporation, et al.*,

10

Case No. 3:11-cv-711, *T-Mobile U.S.A., Inc. v. AU Optronics Corporation*, et al., Case No 3:11-cv-

11

02591 SI, on March 21, 2012, and in *Jaco Electronics, Inc. v. AU Optronics Corporation, et al.*, Case

12

No. 3:11-cv-02495 SI, on March 23, 2012;

13

WHEREAS LG Display moved for leave to amend its Answers and to assert Additional

14

Defenses and the LG Display Counterclaims in *Alfred H. Siegel, As Trustee of the Circuit City Stores,*

15

*Inc. Liquidating Trust v. AU Optronics Corporation, et al.*, Case No. 10-Cv-05625 SI, *Best Buy Co*

16

*Mobility LLC, et al. v. AU Optronics Corporation, et al.*, Case No. 3:09-cv-4997 SI, *Best Buy Co., Inc.,*

17

*et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-04572 SI, *Costco Wholesale Corporation v.*

18

*AU Optronics Corporation, et al.*, Case No. 11-cv-00058 SI, *Electrograph Systems, Inc., et al. v. Epson*

19

*Imaging Devices Corporation, et al.*, Case No. 10-cv-00117 SI, *Motorola Mobility, Inc. v. AU Optronics*

20

*Corporation, et al.*, Case No. 09-5840 SI, *SB Liquidation Trust v. AU Optronics Corporation, et al.*,

21

Case No. 10-cv-05458 SI, *State of Florida v. AU Optronics Corporation, et al.*, Case No. 10-cv-3517 SI,

22

*State of Missouri, et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-03619 SI, *State of Oregon,*

23

*ex rel John Kroger, Attorney General v. AU Optronics Corporation, et al.*, Case No. 3:10-cv-4346 SI,

24

*Target Corp., et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-04945 SI, *Tracfone Wireless,*

25

26

27

28

Master File No. C M:07-01827 SI
MDL NO. 1827

STIPULATION AND [PROPOSED] ORDER
REGARDING SCHEDULE TO ANSWER
OR RESPOND TO DEFENDANT
LG DISPLAY'S COUNTERCLAIMS

2688475.4

*Inc. v. AU Optronics Corporation, et al.*, Case No. 10-cv-03205 SI, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure on March 22, 2012 (hereafter, "LG Display's Motion to Amend");

WHEREAS the undersigned DAPs and AGs that were served with LG Display's Motion to Amend are required to file their Oppositions to that Motion on or before April 27, 2012, and LG Display is required to file its Reply(ies) in support of its Motion on or before May 8, 2012;

WHEREAS the DAPs and AGs that were served with the LG Display Counterclaims are currently required to answer, move against, or otherwise respond to those counterclaims on or about April 30, 2012;

WHEREAS the parties wish to coordinate the schedule for the briefing of LG Display'sMotion to Amend and responses to the LG Display Counterclaims to allow for a more efficient use of the Court and the parties' time;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned DAPs, AGs, and LG Display, by and through their respective undersigned counsel, as follows:

(1)    The time for the undersigned DAPS and AGs that have been served with the LG Display Counterclaims to answer, move against, or otherwise respond to the LG Display Counterclaims shall be held in abeyance pending the resolution of LG Display's Motion to Amend.

(2)    The time for the undersigned DAPs and AGs, including without limitation the DAPs and AGs already served with the LG Display Counterclaims, to answer, move against, or otherwise respond to the LG Display Counterclaims shall be extended to and including twenty-eight (28) days after the Court rules on LG Display's Motion to Amend.

(3)    If the DAPs move against the LG Display Counterclaims, they shall file a combined motion to dismiss.  Subject to this requirement, each and every DAP reserves the right to file separate motions to dismiss the LG Display Counterclaims to address any questions of law or fact not common to all DAPs.

-2-

Master File No. C M:07-01827 SI
MDL NO. 1827

STIPULATION AND [PROPOSED] ORDER
REGARDING SCHEDULE TO ANSWER
OR RESPOND TO DEFENDANT
LG DISPLAY'S COUNTERCLAIMS

2688475.4

1

2

3

      (4)      If the DAPs and/or AGs move to dismiss the LG Display Counterclaims, LG Display shall file its Opposition to such motion twenty-eight (28) days after the DAPs and/or AGs file their respective motions.

4

      (5)      The DAPs and/or AGs shall have fourteen (14) days to submit their Replies.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

Master File No. C M:07-01827 SI
MDL NO. 1827

STIPULATION AND [PROPOSED] ORDER
REGARDING SCHEDULE TO ANSWER
OR RESPOND TO DEFENDANT
LG DISPLAY'S COUNTERCLAIMS

2688475.4

1

2    SO STIPULATED:

3    Dated: April 26, 2012

4

5                                          By:____/s/ Jason C. Rubinstein_____
                                                David Orozco
6                                               E-Mail: dorozco@susmangodfrey.com
                                                SUSMAN GODFREY L.L.P.
7                                               1901 Avenue of the Stars, Ste. 950
                                                Los Angeles, CA  90067-6029
8                                               Telephone:  (310) 310-3100
                                                Facsimile:  (310) 789-3150
9

10                                              Parker C. Folse III
                                                E-Mail:  pfolse@susmangodfrey.com
11                                              Brooke A. M. Taylor
                                                E-Mail: btaylor@susmangodfrey.com
12                                              SUSMAN GODFREY L.L.P.
                                                1201 Third Ave, Suite 3800
13                                              Seattle, WA  98101
                                                Telephone: (206) 516-3880
14                                              Facsimile: (206) 516-3883
15

16                                              Edward A. Friedman
                                                E-Mail:  efriedman@fklaw.com
17                                              Daniel B. Rapport
                                                E-Mail:  drapport@fklaw.com
18                                              Hallie B. Levin
                                                E-Mail:  hlevin@fklaw.com
19
                                                Jason C. Rubinstein
20                                              E-Mail:  jrubinstein@fklaw.com
                                                FRIEDMAN KAPLAN SEILER &
21                                                  ADELMAN LLP
                                                7 Times Square
22                                              New York, NY  10036-6516
                                                Telephone:  (212) 833-1100
23                                              Facsimile:  (212) 833-1250
24
25                                              *Counsel for Plaintiff T-Mobile U.S.A., Inc.*

26

27                                   -4-

Master File No. C M:07-01827 SI          STIPULATION AND [PROPOSED] ORDER
28   MDL NO. 1827                             REGARDING SCHEDULE TO ANSWER
                                                    OR RESPOND TO DEFENDANT
                                                LG DISPLAY'S COUNTERCLAIMS

2688475.4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By:      /s/ William A. Isaacson
         William A. Isaacson
         E-Mail:  wisaacson@bsfllp.com
         BOIES, SCHILLER & FLEXNER
         5301 Wisconsin Ave. NW, Suite 800
         Washington, DC  20015
         Telephone:  (202) 237-2727
         Facsimile:  (202) 237-6131

         Philip J. Iovieno
         E-Mail:  piovieno@bsfllp.com
         BOIES, SCHILLER & FLEXNER
         10 North Pearl Street, 4th Floor
         Albany, NY  12207
         Telephone:  (518) 434-0600
         Facsimile:  (518) 434-0665

         *Counsel for Plaintiffs Office Depot, Inc., Interbond*
         *Corporation of America, P.C. Richard & Son Long*
         *Island Corporation, MARTA Cooperative of America,*
         *Inc., ABC Appliance, Inc., Electrograph Systems, Inc.*
         *and Electrograph Technologies Corp.*

-5-

Master File No. C M:07-01827 SI
MDL NO. 1827

STIPULATION AND [PROPOSED] ORDER
REGARDING SCHEDULE TO ANSWER
OR RESPOND TO DEFENDANT
LG DISPLAY'S COUNTERCLAIMS

2688475.4

By: ___/s/ Jason C. Murray_____

Jason C. Murray
E-Mail:  jmurray@crowell.com
Joshua C. Stokes
E-Mail:  jstokes@crowell.com
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA  90071
Telephone:  (213) 443-5582
Facsimile:  (213) 622-2690

Jeffrey H. Howard
E-Mail:  jhoward@crowell.com
Jerome A. Murphy
E-Mail:  jmurphy@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Telephone:  (202) 624-2500
Facsimile:  (202) 628-5116

*Counsel for Plaintiffs Motorola Mobility, Inc.; AT&T Mobility, LLC; AT&T Corp.; AT&T Services, Inc.; BellSouth Telecommunications, Inc.; Pacific Bell Telephone Company; AT&T Operations, Inc.; AT&T DataComm, Inc.; Southwestern Bell Telephone Company; Jaco Electronics, Inc., Target Corporation; Sears, Roebuck and Co.; Kmart Corporation; Old Comp Inc.; Good Guys, Inc.; RadioShack Corporation; and Newegg Inc.*

-6-

Master File No. C M:07-01827 SI
MDL NO. 1827

STIPULATION AND [PROPOSED] ORDER
REGARDING SCHEDULE TO ANSWER
OR RESPOND TO DEFENDANT
LG DISPLAY'S COUNTERCLAIMS

2688475.4

By:    /s/ Richard L. Schwartz
Richard L. Schwartz
E-Mail:  richard.schwartz@ag.ny.gov
Amy E. McFarlane
E-Mail:  amy.mcfarlane@ag.ny.gov
Assistant Attorneys General
120 Broadway, 26th Floor
New York, NY  10271
Telephone:  (212) 416-8282
Facsimile:  (212) 416-6015

*Counsel for Plaintiff State of New York*


By:    /s/ David H. Orozco
Allan Diamond
E-Mail:  adiamond@diamondmccarthy.com
James D. McCarthy
E-Mail:  jmccarthy@diamondmccarthy.com
Jason Fulton
E-Mail:  jfulton@diamondmccarthy.com
DIAMOND McCARTHY LLP
909 Fannin, Suite 1500
Houston, Texas  77010
Telephone:  (713) 333-5104
Facsimile:  (713) 333-5199

Marc M. Seltzer
E-Mail:  mseltzer@susmangodfrey.com
Ryan C. Kirkpatrick
E-Mail:  rkirkpatrick@susmangodfrey.com
David H. Orozco
E-Mail:  dorozco@susmangodfrey.com
Steven G. Sklaver
E-Mail:  ssklaver@susmangodgrey.com
SUSMAN GODFREY LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA  90067-6029
Telephone:  (310) 789-3100
Facsimile:  (310) 789-3150

*Counsel for Plaintiff SB Liquidation Trust*

-7-

Master File No. C M:07-01827 SI
MDL NO. 1827

STIPULATION AND [PROPOSED] ORDER
REGARDING SCHEDULE TO ANSWER
OR RESPOND TO DEFENDANT
LG DISPLAY'S COUNTERCLAIMS

2688475.4

By: ___/s/ Jonathan Ross_____
    Jonathan Ross
    E-Mail:  jross@susmangodfrey.com
    SUSMAN GODFREY LLP
    1000 Louisiana, Suite 5100
    Houston, TX  77002
    Telephone:  (713) 653-7813
    Facsimile:  (713) 654-6666

*Counsel for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores Inc. Liquidating Trust*

By: ___/s/ David B. Esau_____
    James Blaker Baldinger
    E-Mail:  jbaldinger@carltonfields.com
    David B. Esau
    E-Mail:  desau@carltonfields.com
    CARLTON FIELDS
    CityPlace Tower, Suite 1200
    525 Okeechobee Boulevard
    West Palm Beach, FL  33401
    Telephone:  (561) 659-7070
    Facsimile:  (561) 659-7368

    Robert L. Ciotti
    E-Mail:  rciotti@carltonfields.com
    CARLTON FIELDS
    4221 W Boy Scout Boulevard
    10th Floor - Corporate Center III
    Tampa, FL  33067-5736
    Telephone :  (813) 223-7000
    Facsimile:  (813) 229-4133

*Counsel for Plaintiffs Tracfone Wireless, Inc.*

-8-

Master File No. C M:07-01827 SI
MDL NO. 1827

STIPULATION AND [PROPOSED] ORDER
REGARDING SCHEDULE TO ANSWER
OR RESPOND TO DEFENDANT
LG DISPLAY'S COUNTERCLAIMS

2688475.4

By:     /s/ Roman M. Silberfeld
        Roman M. Silberfeld
        E-Mail:  rmsilberfeld@rkmc.com
        David Martinez
        E-Mail:  dmartinez@rkmc.com
        ROBINS, KAPLAN, MILLER & CIRESI LLP
        2049 Century Park East, Suite 3400
        Los Angeles, CA  90067-3208
        Telephone:  (310) 552-0130
        Facsimile:  (310) 229-5800

        *Counsel for Plaintiffs Best Buy Co., Inc.; Best Buy
        Purchasing LLC; Best Buy Enterprise Services, Inc.;
        Best Buy Stores, L.P.; Best Buy.com, LLC; and
        Magnolia Hi-Fi, Inc.*


By:     /s/ David J. Burman
        David J. Burman
        E-Mail:  dburman@perkinscoie.com
        PERKINS COIE LLP
        1201 Third Avenue
        Suite 4800
        Seattle, WA  98101-3099
        Telephone:  (206) 359-8000
        Facsimile:  (206) 359-9000

        *Counsel for Plaintiffs Costco Wholesale Corporation*


By:     /s/ Nicholas J. Weilhammer
        Nicholas J. Weilhammer
        E-Mail:  nicholas.weilhammer@myfloridalegal.com
        STATE OF FLORIDA
        Office of the Attorney General State of Florida
        PL-01, The Capitol
        Tallahassee,  FL 32399-1050
        Telephone:  (850) 414-3300
        Facsimile:  (850) 488-9134

        *Counsel for Plaintiff State of Florida*

-9-

Master File No. C M:07-01827 SI
MDL NO. 1827

STIPULATION AND [PROPOSED] ORDER
REGARDING SCHEDULE TO ANSWER
OR RESPOND TO DEFENDANT
LG DISPLAY'S COUNTERCLAIMS

2688475.4

By:     /s/ Anne E. Schneider
Anne E. Schneider
E-Mail:  anne.schneider@ago.mo.gov
STATE OF MISSOURI
Assistant Attorneys General
Missouri Attorney General Office
P. O. Box 899
Jefferson City, MO  65102
Telephone:  (573) 751-3321
Facsimile:  (573) 751-2041

*Counsel for Plaintiff State of Missouri*


By:     /s/ Kevin Wells
Kevin Wells
E-Mail:  kevin.wells@arkansasag.gov
STATE OF ARKANSAS
Assistant Attorney General
Arkansas Attorney General Office
323 Center Street, Suite 500
Little Rock, AR  72201
Telephone:  (501) 682-8063
Facsimile:  (501) 682-8118

*Counsel for Plaintiff State of Arkansas*


By:     /s/ Mary Elizabeth Lippitt
Mary Elizabeth Lippitt
E-Mail:  lippitte@michigan.gov
STATE OF MICHIGAN
Assistant Attorney General
Michigan Attorney General Office
Corporate Oversight Division
525 West Ottawa Street, 6th Floor
Lansing, MI  48933
Telephone:  (517) 373-1160

*Counsel for Plaintiff State of Michigan*

-10-

Master File No. C M:07-01827 SI
MDL NO. 1827

STIPULATION AND [PROPOSED] ORDER
REGARDING SCHEDULE TO ANSWER
OR RESPOND TO DEFENDANT
LG DISPLAY'S COUNTERCLAIMS

2688475.4

By: ___/s/ Douglas L. Davis_____
    Douglas L. Davis
    E-Mail: doug.davis@wvago.gov
    STATE OF WEST VIRGINIA
    Assistant Attorney General
    West Virginia Attorney General Office
    812 Quarrier St., First Floor
    Charleston, WV 25301
    Telephone: (304) 558-8986
    Facsimile: (304) 558-0184

    *Counsel for Plaintiff State of West Virginia*


By: ___/s/ Gwendolyn J. Cooley_____
    Gwendolyn J. Cooley
    E-Mail: cooleygj@doj.state.wi.us
    STATE OF WISCONSIN
    Assistant Attorney General
    Wisconsin Department of Justice
    PO Box 7857
    Madison, WI 53707
    Telephone: (608) 261-5810
    Facsmilie: (608) 267-2778

    *Counsel for Plaintiff State of Wisconsin*

-11-

| Master File No. C M:07-01827 SI | STIPULATION AND [PROPOSED] ORDER |
| MDL NO. 1827 | REGARDING SCHEDULE TO ANSWER |
| | OR RESPOND TO DEFENDANT |
| | LG DISPLAY'S COUNTERCLAIMS |

2688475.4

By:   /s/ Michael E. Haglund
Michael E. Haglund
E-Mail:  haglund@hk-law.com
Michael K. Kelley
E-Mail:  mkelley@hk-law.com
HAGLUND KELLEY JONES & WILDER LLP
Special Assistant Attorneys General for the
State of Oregon
200 SW Market Street, Suite 1777
Portland, OR  97201

Tim D. Nord
E-Mail:  tim.d.nord@state.or.us
STATE OF OREGON
Oregon Senior Assistant Attorney General
1162 Court Street, NE
Salem, OR  97301-4096
Telephone:  (503) 943-4400
Facsimile:  (503) 225-1257

*Counsel for Plaintiff State of Oregon*

-12-

Master File No. C M:07-01827 SI
MDL NO. 1827

STIPULATION AND [PROPOSED] ORDER
REGARDING SCHEDULE TO ANSWER
OR RESPOND TO DEFENDANT
LG DISPLAY'S COUNTERCLAIMS

2688475.4

By:  ___/s/ Lee F. Berger_____
Holly A. House
E-Mail:  hollyhouse@paulhastings.com
Kevin C. McCann
E-Mail:  kevinmccann@paulhastings.com
Sean D. Unger
E-Mail:  seanunger@paulhastings.com
PAUL HASTINGS LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA  94105-3441
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100

Lee F. Berger
E-Mail:  leeberger@paulhastings.com
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, DC  20005
Telephone:  (202) 551-1772
Facsimile:  (202) 551-0172

*Counsel for Defendants LG Display Co., Ltd. and LG Display America, Inc.*

**IT IS SO ORDERED.**

Dated:  ___4/30_____, 2012   _____
The Honorable Susan Y. Illston
United States District Judge

-13-

Master File No. C M:07-01827 SI
MDL NO. 1827

Stipulation and [Proposed] Order
Regarding Schedule to Answer
or Respond to Defendant
LG Display's Counterclaims

2688475.4