IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br>_____/<br>This Order Relates to:<br>BEST BUY CO., INC., et al.,<br>          Plaintiffs,<br>v.<br>AUO OPTRONICS CORPORATION, et. al.,<br>          Defendants.<br>_____/ | No. M 07-1827 SI<br>MDL. No. 1827<br>No. C 10-04572<br>**ORDER DENYING DEFENDANTS' OBJECTION TO SPECIAL MASTER'S ORDER DENYING LEAVE TO DISCLOSE ANTHONY NANNI AS EXPERT WITNESS IN THE BEST BUY CASE** |

The Hannstar Display Defendants, on behalf of all Defendants in the Best Buy case (collectively, "Defendants"), have filed an objection to the Special Master's Order denying their request for leave to disclose Anthony V. Nanni as an expert. *See* Special Master's Further Amended Order Re Defendants' Motion for Leave to Disclose Anthony Nanni as Expert Witness in the Dell and Best Buy Cases, Master Docket No. 5371 (April 4, 2012). Pursuant to Local Rule 7-1(b), the Court finds this matter suitable for decision without oral argument and therefore VACATES the hearing currently scheduled for May 4, 2012.

Having considered the arguments presented in the papers, the Court hereby DENIES Defendants' objection, Docket No. 137 in 10-4572, for the same reasons set forth in the Court's Order Denying Defendants' Objection to Special Master's Order Denying Leave to Disclose Anthony Nanni as Expert Witness in the Dell Case. *See* Order, Docket No. 5586 in M 07-1827.

**IT IS SO ORDERED.**

Dated: May 2, 2012

_____
SUSAN ILLSTON
United States District Judge