IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION

No. M 07-1827 SI
MDL No. 1827

**ORDER RE JUROR QUESTIONNAIRE**

This Order Relates To:

All Direct-Purchaser Plaintiff Class Actions

The remaining parties in this trial (the DPPs and the Toshiba defendants) have filed a Revised Proposed Jury Questionnaire. Docket No. 5576. Most of the text is agreed upon; certain issues, however, remain for the Court's resolution.

The Court APPROVES questions 1-44 (Sections 1 and 2, pages 3-12) of the Revised Proposed Jury Questionnaire. The Court REJECTS questions 45-58 (part of Section 3, pages 14-16). The Court APPROVES questions 59-62 (Section 4 – currently erroneously labeled Section "3," pages 16-19).

The parties have designated John H. Chung of White & Case, and Marc Pilotin of Lieff Cabraser Heimann & Bernstein to act as Liaison Counsel for purposes of coordinating the jury questionnaire process. Accordingly, Messrs. Chung and Pilotin are ordered to revise the questionnaire as indicated above; re-number questions 59-62; and renumber the final section as Section 4. They shall then arrange with David Weir in the jury office to provide the necessary copies of the blank questionnaires; to pick up the completed questionnaires; to make and distribute the necessary copies of the completed questionnaires; and to return the originals to Mr. Weir as he directs.

**IT IS SO ORDERED.**

Dated: May 4, 2012

SUSAN ILLSTON
United States District Judge