1 | Holly A. House (SB# 136045)
Kevin C. McCann (SB# 120874)
2 | Sean D. Unger (SB# 231694)
PAUL HASTINGS LLP
3 | 55 Second Street
Twenty-Fourth Floor
4 | San Francisco, CA 94105
Telephone: (415) 856-7000
5 | Facsimile: (415) 856-7100
hollyhouse@paulhastings.com
6 | kevinmccann@paulhastings.com
seanunger@paulhastings.com
7

Lee F. Berger (SB# 222756)
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, DC 20005
Telephone: (202) 551-1772
Facsimile: (202) 551-0172
leeberger@paulhastings.com

8 | Attorneys for Defendants
LG Display Co., Ltd. and LG Display
America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | CASE NOS. 10-cv-3517 SI; 10-cv-03619 SI |
| | Case No. M 07-md-01827 SI |
| | MDL No. 1827 |
| This Document Relates to Individual Case Nos: *State of Florida v. AU Optronics Corporation, et al.*, Case No. 10-cv-3517 SI *State of Missouri, et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-03619 SI | **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SCHEDULE TO RESPOND TO DEFENDANTS' MOTION FOR LEAVE TO AMEND ANSWERS** Judge: Honorable Susan Y. Illston |

Defendants LG Display America, Inc. and LG Display Co., Ltd. (together, "LG Display") and the State Attorneys Generals ("AGs") in the above captioned actions stipulate as follows:

WHEREAS, LG Display moved for leave to amend its Answers and to assert Additional Defenses and the LG Display Counterclaims in *State of Florida v. AU Optronics Corporation, et al.*, Case No. 10-cv-3517 SI, and *State of Missouri, et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-03619 SI, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure on March 22, 2012 (hereafter, "LG Display's Motion to Amend");

WHEREAS the undersigned AGs that were served with LG Display's Motion to Amend are required to file their Oppositions to that Motion on or before April 27, 2012, and LG Display is required to file its Reply(ies) in support of its Motion on or before May 8, 2012;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned AGs and LG Display, by and through their respective undersigned counsel, as follows:

The time for the undersigned AGs to respond to LG Display's Motion to Amend shall be extended to May 14, 2012.

SO STIPULATED:

Dated:  April 27, 2012

By:  ___/s/ Lee F. Berger_____
Holly A. House
hollyhouse@paulhastings.com
Kevin C. McCann
kevinmccann@paulhastings.com
Sean D. Unger
seanunger@paulhastings.com
PAUL HASTINGS LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA  94105-3441
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100

Lee F. Berger
leeberger@paulhastings.com
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, DC  20005
Telephone:  (202) 551-1772
Facsimile:  (202) 551-0172

*Counsel for Defendants LG Display Co., Ltd. and LG Display America, Inc.*

By:   /s/ Nicholas J. Weilhammer
Nicholas J. Weilhammer
nicholas.weilhammer@myfloridalegal.com
STATE OF FLORIDA
Office of the Attorney General State of Florida
PL-01, The Capitol
Tallahassee, FL 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-9134

*Counsel for Plaintiff State of Florida*

By:   /s/ Anne E. Schneider
Anne E. Schneider
anne.schneider@ago.mo.gov
STATE OF MISSOURI
Assistant Attorneys General
Missouri Attorney General Office
P. O. Box 899
Jefferson City, MO 65102
Telephone: (573) 751-3321
Facsimile: (573) 751-2041

*Counsel for Plaintiff State of Missouri*

By:   /s/ Kevin Wells
Kevin Wells
kevin.wells@arkansasag.gov
STATE OF ARKANSAS
Assistant Attorney General
Arkansas Attorney General Office
323 Center Street, Suite 500
Little Rock, AR 72201
Telephone: (501) 682-8063
Facsimile: (501) 682-8118

*Counsel for Plaintiff State of Arkansas*

By:   /s/ Mary Elizabeth Lippitt
Mary Elizabeth Lippitt
lippitte@michigan.gov
STATE OF MICHIGAN
Assistant Attorney General
Michigan Attorney General Office
Corporate Oversight Division
525 West Ottawa Street, 6th Floor
Lansing, MI 48933
Telephone: (517) 373-1160

*Counsel for Plaintiff State of Michigan*

By: ___/s/ Douglas L. Davis_____
Douglas L. Davis
doug.davis@wvago.gov
STATE OF WEST VIRGINIA
Assistant Attorney General
West Virginia Attorney General Office
812 Quarrier St., First Floor
Charleston, WV 25301
Telephone: (304) 558-8986
Facsimile: (304) 558-0184

*Counsel for Plaintiff State of West Virginia*

By: ___/s/ Gwendolyn J. Cooley_____
Gwendolyn J. Cooley
cooleygj@doj.state.wi.us
STATE OF WISCONSIN
Assistant Attorney General
Wisconsin Department of Justice
PO Box 7857
Madison, WI 53707
Telephone: (608) 261-5810
Facsmilie: (608) 267-2778

*Counsel for Plaintiff State of Wisconsin*

**FILER'S ATTESTATION**

The filer of this document attests that the concurrence of the signatories thereto has been obtained.

**[PROPOSED] ORDER**

Under the parties' stipulation set forth above, IT IS SO ORDERED.

Dated:  __5/2_____, 2012   By: ___/s/ Susan Illston_____
Hon. Susan Illston
United States District Judge