BRUCE L. SIMON (Bar No. 96241)
bsimon@pswplaw.com
**PEARSON, SIMON, WARSHAW & PENNY, LLP**
44 Montgomery Street, Suite 2450
San Francisco, California 94104
Telephone: (415) 433-9000
Facsimile:  (415) 433-9008

RICHARD M. HEIMANN (Bar No. 63607)
rheimann@lchb.com
**LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 30th Floor
San Francisco, California 94111
Telephone: (415) 956-1000
Facsimile:  (415) 956-1008

*Co-Lead Counsel for the Direct Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. MDL 3:07-md-1827 SI |
| | **CLASS ACTION** |
| This Document Relates to:<br><br>ALL DIRECT PURCHASER ACTIONS | **APPLICATION AND [PROPOSED] ORDER PERMITTING PLAINTIFFS AND THEIR AGENTS TO BRING TECHNICAL EQUIPMENT INTO COURTROOM FOR TRIAL** |
| | Trial Date:  May 14, 2012<br>Time:           8:30 a.m.<br>Dept.:          10, 19th Floor<br>Judge:         The Honorable Susan Illston |

**TO THE HONORABLE COURT:**

Direct Purchaser Class Plaintiffs ("Plaintiffs") hereby apply to the Court for an Order permitting Co-Lead Class Counsel for Plaintiffs, as well as Christopher O'Shea and Jeff Gold of Trial Technologies, to bring the following equipment into Courtroom 10 for trial in the above-captioned matter, which is scheduled to commence on May 14, 2012 at 8:30 a.m.:

1. Sony Laptop
2. Epson Projector
3. A/V Screen
4. A/V cart
5. Cabling
6. 2 switchers
7. Distributor

Respectfully submitted,

DATED: May 4, 2012          **PEARSON, SIMON, WARSHAW & PENNY, LLP**

By:     */s/   Bruce L. Simon*
           BRUCE L. SIMON

Co-Lead Class Counsel for Direct-Purchaser Plaintiffs

DATED:  May 4, 2012          **LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**

By:     */s/   Eric B. Fastiff*
      RICHARD M. HEIMANN
        Eric B. Fastiff

Co-Lead Class Counsel for Direct-Purchaser Plaintiffs

### O R D E R

Upon consideration of the Plaintiff's Application for an Order Allowing Plaintiffs and Their Agents to Bring Technical Equipment into Courtroom for Trial, and for good cause shown, it is hereby ORDERED as follows:

Plaintiffs and their agents are permitted to bring the following equipment into

1  Courtroom 10 for trial in the above-captioned matter:

2      1. Sony Laptop

3      2. Epson Projector

4      3. A/V Screen

5      4. A/V cart

6      5. Cabling

7      6. 2 switchers

8

9      7. Distributor

**IT IS SO ORDERED.**

Dated:   5/9/12

_____
HON. SUSAN ILLSTON
United States District Judge