William A. Isaacson (admitted *pro hac vice*)
Melissa Felder (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C.  20015
Telephone:  (202) 237-2727
Facsimile:   (202) 237-6131
Email:  wisaacson@bsfllp.com
            mfelder@bsfllp.com

Philip J. Iovieno (admitted *pro hac vice*)
Anne M. Nardacci (admitted *pro hac vice*)
Luke Nikas (admitted *pro hac vice*)
Christopher V. Fenlon (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY  12207
Telephone:  (518) 434-0600
Facsimile:   (518) 434-0665
Email:  piovieno@bsfllp.com
            anardacci@bsfllp.com
            lnikas@bsfllp.com
            cfenlon@bsfllp.com

Counsel for Plaintiff
COMPUCOM SYSYTEMS, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No 3:11-cv-6241-SI (N.D. Cal.) |
| | Master File No. 3:07-md-01827-SI (N.D. Cal.) |
| This Document Relates To Individual Case No. 3:11-cv-6241-SI (N.D. Cal.) | MDL No. 1827 |
| COMPUCOM SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> AU OPTRONICS CORPORATION, et al., <br><br> Defendants. | [~~PROPOSED~~] ORDER GRANTING *EX PARTE* APPLICATION TO FILE DOCUMENTS UNDER SEAL <br><br> [Civil Local rule 79-5] |

1   Having considered the application regarding whether certain documents Plaintiff
2   CompuCom Systems, Inc. ("CompuCom"), lodged with the Court should be filed under seal
3   pursuant to Civil Local Rules 79-5 and 7-10 and the Court's Standing Order, and good cause
4   appearing, the application is hereby GRANTED.

5   IT IS HEREBY ORDERED THAT:

6   • CompuCom's First Amended Complaint has been redacted and publicly filed.  The
7   redacted portions of CompuCom's First Amended Complaint shall remain under seal.

8   IT IS FURTHER ORDERED that, to maintain the effect of the seal under Civil Local Rule 79-
9   5, the parties, their counsel, and their declarants shall not publicly disseminate or discuss any of
10  the sealed documents or their contents absent further order of the Court.

11  **IT IS SO ORDERED.**

13  Dated: _____5/14/12_____        _____
14                                          HONORABLE SUSAN ILLSTON
                                            United States District Judge