Christopher M. Curran (*pro hac vice*)
Email: ccurran@whitecase.com
J. Mark Gidley (*pro hac vice*)
Email: mgidley@whitecase.com
Martin M. Toto (*pro hac vice*)
Email: mtoto@whitecase.com
John H. Chung (*pro hac vice*)
Email: jchung@whitecase.com
**WHITE & CASE** LLP
1155 Avenue of the Americas
New York, NY 10036
Telephone:    (212) 819-8200
Facsimile:     (212) 354-8113

*Attorneys for Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc. and Toshiba America Information Systems, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. 3:07-md-1827 SI<br>MDL No. 1827 |
| This Document Relates To:<br><br>ALL ACTIONS | **STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶]<br>ORDER WITHDRAWING THE<br>TOSHIBA ENTITIES' OBJECTIONS<br>TO SPECIAL MASTER'S ORDER RE<br>PLAINTIFFS' MOTION TO COMPEL<br>TOSHIBA TO PRODUCE MICHIHIRO<br>YOSHINO FOR DEPOSITION**<br><br>Judge:    Hon. Susan Illston |

WHEREAS Plaintiffs sought to take the deposition of Michihiro Yoshino after the completion of nineteen other depositions of Toshiba Entity witnesses;

WHEREAS the Special Master entered an Order (the "Special Master's Order") on April 2, 2012 (Dkt. No. 5359), permitting Plaintiffs to proceed with the deposition of Mr. Yoshino;

WHEREAS the Toshiba Entities filed Objections to the Special Master's Order on April 13, 2012 (Dkt. Nos. 5474, 5475) (the "Objections"), for the reasons stated therein;

WHEREAS undersigned Plaintiffs and the Toshiba Entities (collectively, the "Stipulating Parties") seek to resolve the issues addressed in the Special Master's Order and the Objections without further briefing or argument;

NOW, THEREFORE, Plaintiffs and the Toshiba Entities, through their undersigned respective counsel, stipulate as follows:

1. The document attached hereto as Exhibit A, bearing the Bates range TSB_LCD1_00353530 – TSB_LCD1_00353533, is an excerpt from the handwritten datebook of Michihiro Yoshino. Exhibit A reflects meetings that Mr. Yoshino attended with certain representatives of HannStar on November 2, November 21, 2001, November 28, 2001, January 9, 2002 and March 21, 2002. To the extent that certain individuals are identified in Exhibit A, it is likely that they attended the meetings where they are identified. The notation "D. Joe" in Exhibit A refers to David Joe.

2. The document attached hereto as Exhibit B, bearing the Bates range TSB_LCD1_00359865 – TSB_LCD1_00359867, is an email written by Mr. Yoshino on November 1, 2006. Exhibit B refers to a meeting on or about October 31, 2006 between Mr. Yoshino, his colleagues, and at least one employee of Sharp.

3. None of the Stipulating Parties will object to the admissibility of Exhibits A and B on the ground that they are not "authentic" as that term is used in Rule 901 of the Federal Rules of Evidence.

4. None of the Stipulating Parties will object to the admissibility of Exhibits A and B on the ground that they are not business records pursuant to Rule 803(6) of the Federal Rules of Evidence.

5. The Stipulating Parties agree that Exhibits A and B do not require a sponsoring witness to establish their authenticity, their status as best evidence, or their status as business records, as enumerated in paragraphs 3-4.

6. Notwithstanding the foregoing, nothing in this Stipulation shall preclude any of the Stipulating Parties from challenging the admissibility or use of Exhibits A and B on grounds not expressly stipulated to in paragraphs 1-5 above.

7. Given the unavailability of Mr. Yoshino, other witnesses may testify about Exhibits A and B consistent with the Federal Rules of Evidence and Civil Procedure, as well as the foundational requirements set forth therein.

8. The Stipulating Parties agree that, at trial, they will stipulate to the reading of a short biographical statement describing Mr. Yoshino's employment with TMD prior to the introduction of either Exhibit A or B. The Stipulating Parties will agree in advance on the content of the statement.

9. Plaintiffs withdraw their request to depose Mr. Yoshino and agree not to seek his deposition at a later date.

10. The Toshiba Entities agree not to criticize Plaintiffs for not deposing Mr. Yoshino or for not introducing his testimony.

11. The undersigned agree and hereby request that the Special Master's Order (Dkt. No. 5359) be vacated.

12. The Toshiba Entities hereby withdraw their Objections to the Special Master's Order (Dkt. Nos. 5474, 5475).

13. The hearing on this matter scheduled for May 18, 2012 shall be cancelled.

14. Notwithstanding the above, nothing in this Stipulation shall in any way impair or foreclose any Stipulating Party's right to seek relief otherwise permitted by law.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: May 9, 2012 | **LIEFF, CABRASER HEIMANN & BERNSTEIN, LLP** |
| 2 | | |
| 3 | | By:   /s/ Brendan P. Glackin<br>              Brendan P. Glackin |
| 4 | | BRENDAN P. GLACKIN (State Bar No. 199643)<br>Email:  bglackin@lchb.com |
| 5 | | RICHARD M. HEIMANN (State Bar No. 063607)<br>Email:  rheimann@lchb.com |
| 6 | | 275 Battery Street, 30th Floor<br>San Francisco, CA 94111 |
| 7 | | Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008 |
| 8 | | |
| 9 | | BRUCE SIMON (State Bar No. 096241)<br>Email:  bsimon@pswplaw.com |
| 10 | | **PEARSON, SIMON, WARSHAW & PENNEY, LLP**<br>44 Montgomery Street, Suite 2450 |
| 11 | | San Francisco, CA 94104<br>Telephone: (415) 433-9000 |
| 12 | | Facsimile: (415) 433-9008 |
| 13 | | *Co-Lead Counsel for the Direct Purchaser Plaintiffs* |
| 14 | Dated: May 9, 2012 | **CROWELL & MORING LLP** |
| 15 | | By:   /s/ Jerome A. Murphy<br>              Jerome A. Murphy |
| 16 | | |
| 17 | | JEROME A. MURPHY<br>Email: jmurphy@crowell.com |
| 18 | | **CROWELL & MORING LLP**<br>1001 Pennsylvania Avenue, N.W. |
| 19 | | Washington, DC 20004<br>Telephone: (202) 624-2985 |
| 20 | | Facsimile: (202) 628-5116 |
| 21 | | *Liaison Counsel for All Direct Action Plaintiffs* |

| | | |
|---|---|---|
| 1 | Dated: May 9, 2012 | **WHITE & CASE LLP** |
| 2 | | |
| 3 | | By: _____/s/ John H. Chung_____<br>John H. Chung |
| 4 | | Christopher M. Curran (*pro hac vice*)<br>Email: ccurran@whitecase.com |
| 5 | | J. Mark Gidley (*pro hac vice*)<br>Email: mgidley@whitecase.com |
| 6 | | Martin M. Toto (*pro hac vice*)<br>Email: mtoto@whitecase.com |
| 7 | | John H. Chung (*pro hac vice*)<br>Email: jchung@whitecase.com |
| 8 | | **WHITE & CASE LLP**<br>1155 Avenue of the Americas |
| 9 | | New York, NY 10036<br>Telephone:    (212) 819-8200 |
| 10 | | Facsimile:    (212) 354-8113 |
| 11 | | *Counsel for Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc.* |
| 12 | | *and Toshiba America Information Systems, Inc.* |

14  Attestation:  The filer of this document attests that the concurrences of the signatories thereto
15  have been obtained.

16      **IT IS SO ORDERED.**

18  Dated: May __14__, 2012       _____
                                    The Honorable Susan Illston
19                                  United States District Judge

**EXHIBIT A**

| | HANNSTAR (Top Mtg.) 01-11-2 |
|---|---|
| 👤 | · Delivery (封閉) 管理 |
| ✉ | 營業→業務→購買<br>看在購買力不足 |
| ☎ | · F9093L (L4) |
| 📠 | |
| 📱 | · F9058  11/5 design → /cell |
| @ | 郭市; TSB責任 |
| 👤 | · ~~Delivery~~ 業衣 (總) ... Dec |
| ✉ | · Inventec/HSD各別 |
| ☎ | |
| 📠 | · Monitor |
| 📱 | · HANNSTAR STD品 OEM |
| @ | |
| 👤 | |
| ✉ | |
| ☎ | |
| 📠 | |
| 📱 | |
| @ | |
| 👤 | |
| ✉ | |
| ☎ | |
| 📠 | |
| 📱 | |
| @ | |

MONT BLANC

Ident no: 03027

HIGHLY CONFIDENTIAL                    TSB_LCD1_00353530

```
                                            01-11-21
HANNSTAR (Top Meeting)        Mr. Yu Chi
─────────────────────
CPT                           Mr. Hamano, Hiti
  49 BIL  TOTAL ASSETS
    → may be weak from financial point
CMO (ABS)

AU → financial strengthnen may be
     problem.

HANNSTAR    . financial   O    position
  Investment, capital           No. 2
  Technology    position
               No. 3 ~ No. 4
                    △
             54% debt
─────────────

○ HANNSTAR Meeting   01-11-28
General    (D. Joe)
  . CMO 15% loss vs market --- Fujitsu/agreement
  . Proview/ADTEK --- 偏光板 Brightness Up
  . CPT, AU  1月 even point    AU; 17"
  . JAN Price                  CPT; transfer
Price Monitor  $230 → $219     loss to CRT
     N-PC  F 9059 (SONY) 26,000 → 24,762 ($206.4)
           F 9060 (Fujitsu) 26,400 → 25,143 ($209.5)
     9058  . N-PC Feb/Mar all sale
           . 9058 after technical discussion, how to absorb
             cost up → TBD
Q'ty  1Q/2002 Q'ty 100K/M (JAN 102KP inc delay of Dec.)
Material          (polinizer)
  . shortage of 偏光板 (住化) (日東工)
  . shortage of Wide View Film (Monitor 用) --- サニリー
                                              日東工
┌─────────────────────────────┐      厚ラ
│ Strategy                    │      富士Film
│ . (HANNSTAR - Quanta Display)│
│   stock 会社 increase (at 70?)│
│   2FAB could be invested.  alliance with
└─────────────────────────────┘  TM or (Sharp)
        ↕
  . CHE, AU, CPT
```

- HANNSTAR 增資計画 -

NT$12 × 6億 { 80% investor
10% public
10% 社員 }

02/2月 着資
↓
$NT 208億 + 罪 60 = 268億  NT$

HANNSTAR  02-1-9   Mr. Wu (General Manager)
                    Mr. AIHARA

· P-3  2003/2  1150×1300  17"~22" Multi-Media

· F8058
· F8060/59 — price accepted
· OOA

DNP → HANNSTAR
   1月  40 → 65    65   ±0
   2月  44 → 5X    40   △1?

- 台湾法律上, 重要契約 政府へ提出
   → checked by legal
   → 法律と特許[?]

° Module 南京.
   6 line 萬匯
   2 line マンイ
       +
   南京, 2 line

· Apr  100K
  May
  JUNE

HIGHLY CONFIDENTIAL

TSB LCD1 00353532

02-3-21

HANNSTAR OEM MTG.

- MONITOR demand may weaken. ← ————→ *
- $xxxP  xx/x x/xx --- Fujitsu
- HDD switch Note PC from Monitor
- $250 would be the upper ceil of price

KNOXBRAIN

HIGHLY CONFIDENTIAL

TSB_LCD1_00353533

# EXHIBIT B

 michihiro yoshino on 11/01/2006 09:00:26 AM

宛先: haruo tsukimura/toshiba-tmd@toshiba-tmd
atsusato kanemori/toshiba-tmd@toshiba-tmd
kinji oobuchi/toshiba-tmd@toshiba-tmd
yoneharu takubo/toshiba-tmd@toshiba-tmd
hiroshi kato/toshiba-tmd@toshiba-tmd
makotoi chiba/toshiba-tmd@toshiba-tmd
shinji enomoto/toshiba-tmd@toshiba-tmd
masatoshi tanaka/toshiba-tmd@toshiba-tmd
tomohito amano/toshiba-tmd@toshiba-tmd
cc:
件名: ＳＨとの情報交換録 取り扱い注意、読後破棄願います

標記の件につき下記御報告致します。（会食中の
会話の由、ランダムな記載ご容赦願います。）

★ＳＨ状況
 ＊ＣＧＳは２期まで立ち上がり、フル稼働。
  ２２００枚投入中。（２４００枚までいける。）
  ３期立ち上げ中。

 ＊数量は伸びているが売価ダウンにて金額がなかなか
  伸びない。

 ＊３Ｑは埋まっているが、例年のＨＥＡＴした感じ
  はない。
  来年は未だ不透明。

 ＊月産２０００ｋ～２５０００ｋ生産中。

 ＊米子は巾小型へ改造完、埋まっている。

 ＊事業伸長（売上げ拡大）を強く課せられている
  様子にて、対前年、対前期伸長の計画達成が
  ノルマの様子。
  （１０月は９月の反動あり、ちょっとしんどそう）

 ＊ＤＳＣは再起動させる。ＤＳＣのコスト力は携帯
  勝ち抜く為にも必要との認識。

★主要顧客
 ＊Ｎｏｋｉａへは５ｍｉｌ／ｍ位の販売
  （但しフルモノリシックは未参入）

  Ｎｏｋｉａはｌｏｗ ｅｎｄ機種を自生産
  している。中国の安売りメーカの行き場を
  無くしている。

 ＊ＢＥＮＱは欧州、中国あわせ８億ＡＲあるが、
  全額回収の見込み。

 ＊ＳａｇｅｍはＭ社へ吸収されるのでは、Ｍ社
  、Ｎ社　ｃａｔｃｈ　ｕｐに全力。

 ＊Ｍｏｔｏｒｏｌａのタンデムは３ヶ月遅れた。
  フルモノで進めたが、結局ＴＭＤに合わせる
  事に、、半分うらみ節。



HIGHLY CONFIDENTIAL

TSB_LCD1_00359865

TSB_LCD1_00359865

　　　　タンデムの価格はお互いしっかり。(歩留り
　　　　も悪いし、、)
　　　　Ｅｐｓｏｎが参入を狙っていたが、つぶした。

　　　　ＳＴも考えてますよとの、当方情報に対し、
　　　　つぶしたいとのコメント。ーーー別途。

＊ＳＥＭＣやりたい　ーーーしんどいですよ
　　　　　　　　　　　　　　とコメント

＊三星無線やりたい　ーーーやめてよと
　(カメラの関係あり)　　コメント

＊シャープ広島あんまりやらんといて。
　価格きている。　　ーーーこれ以上
　　　　　　　　　　　　はやりません。

＊ＰとＮの統合でＳＨは
　難しくなる。　　　ーーー本当かな・・


★先方提案
＊　アモルファスを振り切る為に、ポリで
　　手を組みたい。ーーフルモノをやりませんか
　　　　　　　　　　　一緒にＮ，Ｍ，Ａ社やりませんか。

＊　車載にＯＣＢを検討しても良い

とにかく一緒に顧客、市場囲い込みませんか。
コモディー化の流れとにかく阻止したい。


ーーー課題意識は同じですが、、、

　　　　　　　　　　　　以上　　　吉野

追記) 先方のご好意により亀山工場 (第二工場) 見学
　　　致しました。
　　　生産ラインは無論全く見れず、特設の見学コ
　　　ースに沿って、ＳＨの太陽電池、液晶の作り方、
　　　シャープの電卓、テレビの歴史等につき勉強させて
　　　頂きました。

　　　接待、自社宣伝に大いに活用されています。
　　　(専属の(美人)案内員おります。)


　　　工場は大変大きくしかもダンパーを組み込み、
　　　耐震強度を大きく上げ、震度7でも震度1程度
　　　の揺れに押さえるそうです。

　　　第二工場 (Ｇ８ライン) の屋上には、太陽光発電
　　　の見学室(上記特設コースの一部)があり、屋根
　　　一杯にソーラが貼ってあります。
　　　最大発電能力　５２００ｋｗ／ｄ程度。
　　　普通の家庭一日の使用量換算で１３００軒分相当、
　　　但し亀山工場必要電力量の２％程度をまかなう能力
　　　との事にて、たいした事は無いような気がします。
　　　宣伝効果の方がはるかに大きい。

　　　また瞬停用の超電力＊＊＊という蓄電設備もあり。

HIGHLY CONFIDENTIAL

TSB_LCD1_00359866

TSB_LCD1_00359866

ともかくエコを最大の売りに巷の動き同様　"亀山"そのものををブランド化しようとしております。

またテレビでは高速応答（4m sec）の比較展示、例の横スクロールで文字を出し、従来品との違いを強調。当社OCBに比較すると応答は明らかに劣る。但し素人が従来品との比較展示されれば違いははっきりしてます。
（美人案内員に全階調で早いか聞いても無駄なので質問はしておりません）

HIGHLY CONFIDENTIAL

TSB_LCD1_00359867

TSB_LCD1_00359867