IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. M 07-1827 SI |
| / | MDL. No. 1827 |
| This Order Relates to:<br><br>All Indirect-Purchaser Plaintiff Class Actions<br>/ | **ORDER GRANTING NON-PARTY JOURNALIST LEAH NYLEN'S MOTION TO INTERVENE AND UNSEAL RECORDS** |

Leah Nylen, a non-party journalist appearing *pro se*, has filed a motion to intervene in this litigation to gain access to certain documents that were previously filed under seal. *See* Master Docket No. 5402. Ms. Nylen's motion is unopposed.[1] Pursuant to Civil Local Rule 7-1(b), the Court finds this matter appropriate for disposition without oral argument and therefore VACATES the hearing currently scheduled for May 18, 2012. Having considered the papers of the parties (and non-party, Ms. Nylen), and for good cause appearing, the Court hereby GRANTS Ms. Nylen's motion and ORDERS that counsel for the IPPs FILE IN THE PUBLIC RECORD the following exhibits to their opposition to the Toshiba Entities' Motion for Summary Judgment (Docket No. 3867): Exhibits 52, 112, 114, 115, 116, 117, 118 and 119.

**IT IS SO ORDERED.**

Dated: May 17, 2012

SUSAN ILLSTON
United States District Judge

---

[1] On May 16, 2012, the Toshiba Entities filed a notice of withdrawal of its response to Ms. Nylen's motion. Master Docket No. 5717. Previously, the IPPs had filed a motion supporting Ms. Nylen's motion (Master Docket No. 5492); the Chi Mei defendants filed a statement of non-opposition (Master Docket No. 5481), as did the Chunghwa and Tatung defendants (Master Docket No. 5487).