IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION
/

This Order Relates to:

All Direct-Purchaser Plaintiff Class Actions
/

No. M 07-1827 SI

MDL. No. 1827

**ORDER RE MOTIONS IN LIMINE**

The parties have filed additional motions in limine, for which argument was heard on May 15, 2012. The Court rules as follows:

Toshiba Entities' motion to exclude Gap Soo Kyoung and Chang Han Kim from testifying at trial: GRANTED. (Docket No. 5605)

Plaintiffs' motion to admit video deposition testimony of Davis Lee, Stanley Park and H.S. Kim: GRANTED. (Docket No. 5658) The Toshiba Entities' motion to strike the plaintiffs' reply memorandum: DENIED. (Docket No. 5667)

Toshiba Entities' motion to admit as substantive evidence all testimony from any currently unavailable witness given in *United States v. AU Optronics Corporation*: DENIED. (Docket No. 5660)

**IT IS SO ORDERED.**

Dated: May 19, 2012

SUSAN ILLSTON
United States District Judge