Jeffrey H. Howard (*pro hac vice*)
Jerome A. Murphy (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  202-624-2500
Facsimile:  202-628-5116
Email: jhoward@crowell.com
        jmurphy@crowell.com

Jason C. Murray (CA Bar No. 169806)
Joshua C. Stokes (CA Bar No. 220214)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone:  213-622-4750
Facsimile:  213-622-2690
Email: jmurray@crowell.com
        jstokes@crowell.com

*Counsel for Plaintiffs Motorola Mobility, Inc.;*
*AT&T Mobility, LLC, et al.; and Target Corp., et al.*
[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master Docket No. 07-m-1827 SI |
| This Document Relates to: | **STIPULATION AND [~~PROPOSED~~] ORDER FOR VOLUNTARY DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST TATUNG COMPANY OF AMERICA, INC. WITHOUT PREJUDICE** |
| *AT&T Mobility LLC v. AU Optronics Corp., et al., No. 09-cv-4997-SI* | |
| *Motorola Mobility, Inc.v.AU Optronics Corp., et al., No. 09-cv-5840-SI* | |
| *Target Corp. v. AU Optronics Corp., et al., No. 10-cv-4945-SI* | |
| *Best Buy Co., Inc., et al. v. AU Optronics Corp., et al. Individual Case No. 3:10-cv-04572-SI* | |
| *Costco Wholesale Corporation v. AU Optronoics Corp., et al., No. 11-cv-00058-SI* | |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

MASTER DOCKET NO.
07-M-1827 SI

1    Defendant Tatung Company of America, Inc. ("Tatung America") and Plaintiffs Motorola

2    Mobility, Inc.; AT&T Mobility, LLC; AT&T Corp.; AT&T Services, Inc.; BellSouth

3    Telecommunications, Inc.; Pacific Bell Telephone Co.; AT&T Operations, Inc.; AT&T

4    DataComm, Inc.; Southwestern Bell Telephone Co.; Target Corp.; Sears, Roebuck and Co.;

5    Kmart Corp.; Old Comp Inc.; Good Guys, Inc.; RadioShack Corp; Newegg Inc.; Costco

6    Wholesale Corporation; Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy Enterprise

7    Services, Inc.; Best Buy Stores L.P.; BestBuy.com, LLC.; and Magnolia Hi-Fi, Inc. ("Plaintiffs")

8    stipulate as follows:

9    WHEREAS in their operative complaints, Plaintiffs asserted claims under the Sherman

10   Antitrust Act, 15 U.S.C. § 1, as well as other state antitrust and unfair competition laws;

11   WHEREAS Plaintiffs are no longer pursuing these claims against Tatung America;

12   THEREFORE, Tatung America, by its counsel, and Plaintiffs, by the undersigned

13   counsel, stipulate and agree as follows:

14   1.    Plaintiffs' claims against Tatung America are hereby dismissed without prejudice.

15   2.    Both Plaintiffs and Tatung America are to bear their own costs and fees.

16   3.    Tatung America agrees not to seek any fees or costs nor to pursue any sanctions

17   against Plaintiffs and their counsel.

18   4.    This stipulation does not affect the rights or claims of Plaintiffs against any other

19   defendant or alleged co-conspirator in the above-captioned cases.

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

CROWELL
& MORING LLP
ATTORNEYS AT LAW

MASTER DOCKET NO. 07-M-1827 SI

STIPULATION AND PROPOSED ORDER FOR VOLUNTARY DISMISSAL OF PLAINTIFFS' CLAIMS WITHOUT PREJUDICE

5. The summary judgment motion filed by Tatung America against Plaintiffs, noticed for hearing on June 22, 2012, is hereby taken off calendar as moot.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: May 24, 2012

_____/s/ Joshua C. Stokes_____

Jason C. Murray (CA Bar No. 169806)
Joshua C. Stokes (CA Bar No. 220214)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA  90071
Telephone:  213-622-4750
Facsimile:  213-622-2690
Email: jmurray@crowell.com
       jstokes@crowell.com
       nwood@crowell.com

Jeffrey H. Howard (pro hac vice)
Jerome A. Murphy (pro hac vice)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  202-624-2500
Facsimile:  202-628-5116
Email:  jhoward@crowell.com
        jmurphy@crowell.com

Kenneth L. Adams (pro hac vice)
R. Bruce Holcomb (pro hac vice)
Christopher T. Leonardo (pro hac vice)
ADAMS HOLCOMB LLP
1875 Eye Street NW
Washington, DC 20006
Telephone:  202-580-8822
Facsimile: 202-580-8821
Email:  adams@adamsholcomb.com
        holcomb@adamsholcomb.com
        leonardo@adamsholcomb.com

*Counsel for Plaintiffs Motorola Mobility, Inc.; AT&T Mobility, LLC; AT&T Corp.; AT&T Services, Inc.; BellSouth Telecommunications, Inc.; Pacific Bell Telephone Company; AT&T Operations, Inc.; AT&T DataComm, Inc.; Southwestern Bell Telephone Company; Target Corporation; Sears, Roebuck and Co.; Kmart Corporation; Old Comp Inc.; Good Guys, Inc.; RadioShack Corporation; and Newegg Inc.*

STIPULATION AND PROPOSED ORDER FOR VOLUNTARY DISMISSAL OF PLAINTIFFS' CLAIMS WITHOUT PREJUDICE

1

_/s/ David J. Burman_

2      David J. Burman (admitted _pro hac vice_)
       Cori G. Moore (admitted _pro hac vice_)
3      Noah G. Purcell (admitted _pro hac vice_)
       Eric J. Weiss (admitted pro hac vice)
4      Nicholas H. Hesterberg (admitted pro hac vice)
       **PERKINS COIE** LLP
5      1201 Third Avenue, Suite 4900
       Seattle, WA 98101-3099
6      Telephone:     206.359.8000
       Facsimile:     206.359.9000
7
       Euphemia N. Thomopulos, Cal. Bar No. 262107
8      EThomopulos@perkinscoie.com
       **PERKINS COIE** LLP
9      Four Embarcadero Center, Suite 2400
       San Francisco, CA  94111-4131
10     Telephone:     415.344.7000
       Facsimile:     415.344.7050
11
       _Attorneys for Plaintiff_
12     _Costco Wholesale Corporation_

13

14     By:    _/s/ Roman M. Silberfeld_
                    Roman M. Silberfeld
15
       ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
16     Roman M. Silberfeld, Bar No. 62783
       RMSilberfeld@rkmc.com
17     David Martinez, Bar No. 193183
       DMartinez@rkmc.com
18     2049 Century Park East, Suite 3400
       Los Angeles, CA  90067-3208
19     Telephone:     310-552-0130
       Facsimile:     310-229-5800
20
21     Attorneys for Plaintiffs, BEST BUY CO., INC.;
       BEST BUY PURCHASING LLC; BEST BUY
22     ENTERPRISE SERVICES, INC.; BEST BUY
       STORES, L.P.; BESTBUY.COM, LLC.;
23     MAGNOLIA HI-FI, INC.

24

25

26

27

28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-3-                              CASE NO. C 09-5840 SI

1

2                                                    _/s/ Joel S. Sanders_

3                            GIBSON, DUNN & CRUTCHER LLP
                            JOEL S. SANDERS, SBN 107234,
4                            jsanders@gibsondunn.com
                            RACHEL S. BRASS, SBN 219301,
5                            rbrass@gibsondunn.com
                            AUSTIN V. SCHWING, SBN 211696,
6                            aschwing@gibsondunn.com
                            JOEL WILLARD, SBN 247899,
7                            jwillard@gibsondunn.com
                            555 Mission Street, Suite 3000
8                            San Francisco, CA 94105-2933
                            Telephone:  415.393.8200
9                            Facsimile:  415.393.8306

10                           Attorneys for Defendant
                            TATUNG COMPANY OF AMERICA, INC.

11

12                                                   _/s/ William S. Farmer_

13                           WILLIAM S. FARMER (SBN 46694)
                            JACOB P. ALPREN (SBN 235713)
14                           ANDREW H. PONTIOUS (SBN 157174)
                            COLLETTE ERICKSON FARMER & O'NEILL LLP
15                           235 Pine Street, Suite 1300
                            San Francisco, CA 94104
16                           Telephone  (415) 788-4646
                            Facsimile  (415) 788-6929
17

18                           Attorneys for Defendant
                            TATUNG COMPANY OF AMERICA, INC.
19                           In the Motorola and AT&T cases only

20

21          **Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the**

22    **filing of this document has been obtained from the other signatories.**

23

24

25

26

27

28

1

**[PROPOSED] ORDER**

2          The Court, having considered the stipulation of the parties, and good cause appearing,

3   orders as follows:

4          1.      The actions filed by Motorola Mobility, Inc.; AT&T Mobility, LLC; AT&T Corp.;

5   AT&T Services, Inc.; BellSouth Telecommunications, Inc.; Pacific Bell Telephone Co.; AT&T

6   Operations, Inc.; AT&T DataComm, Inc.; Southwestern Bell Telephone Co.; Target Corp.; Sears,

7   Roebuck and Co.; Kmart Corp.; Old Comp Inc.; Good Guys, Inc.; RadioShack Corp; Newegg

8   Inc.; Costco Wholesale Corporation; Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy

9   Enterprise Services, Inc.; Best Buy Stores L.P.; BestBuy.com, LLC.; and Magnolia Hi-Fi, Inc.

10  ("Plaintiffs") are dismissed without prejudice as against Defendant Tatung Company of America,

11  Inc. pursuant to Federal Rule of Civil Procedure 41(a)(2).

12         2.      Each of the parties shall bear its own costs and attorneys' fees.

13         3.      Tatung America shall not seek any fees or costs nor to pursue any sanctions

14  against Plaintiffs and their counsel.

15         4.      This order does not affect the rights or claims of Plaintiffs against any other

16  defendant or alleged co-conspirator in the above-captioned cases.

17         5.      The summary judgment motion filed by Tatung America against Plaintiffs, noticed

18  for hearing on June 22, 2012, is hereby taken off calendar as moot.

19

20  **IT IS SO ORDERED.**

21

22  Dated: _____5/25_____, 2012

23

24  _____

25  Hon. Susan Y. Illston, United States District Judge

DCACTIVE-18458567.1

26

27

28

STIPULATION AND PROPOSED ORDER FOR VOLUNTARY DISMISSAL OF PLAINTIFFS' CLAIMS WITHOUT PREJUDICE