Robert W. Turken
Mitchell E. Widom
Scott N. Wagner
BILZIN SUMBERG BAENA PRICE &
AXELROD LLP
1450 Brickell Ave., Suite 2300
Miami, Florida 33131-3456
Telephone:  305-374-7580
Facsimile:  305-374-7593
E-mail:  rturken@bilzin.com; swagner@bilzin.com

Stuart H. Singer
BOIES, SCHILLER, & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email:  ssinger@bsfllp.com

*Counsel for Plaintiffs Tech Data Corporation
and Tech Data Product Management, Inc.*

[Additional counsel listed on signature page]

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATON | Case No. 3:11-cv-05765-SI |
| | Master File No. 3:07-md-01827-SI (N.D. Cal.) |
| | MDL No. 1827 |
| TECH DATA CORPORATION; TECH DATA PRODUCT MANAGEMENT, INC., | |
| Plaintiffs, | |
| vs. | **STIPULATION OF EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS AND [PROPOSED] ORDER** |
| AU OPTRONICS CORPORATION, et. al., | |
| Defendants. | |

STIPULATION OF EXTENSION OF TIME TO
RESPOND TO DEFENDANTS' MOTIONS TO DISMISS,
RESCHEDULE HEARING AND [PROPOSED] ORDER.

1

Case No. 3:11-cv-05765-SI
Master File No. 3:07-md-01827-SI

1    WHEREAS, Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc.

2    ("Plaintiffs") and Defendants, through their undersigned counsel, request that the Court enter the

3    following order to extend the deadlines with respect to Defendants' motions to dismiss ;

4    WHEREAS, on May 17, 2012, certain Defendants filed a joint motion to dismiss

5    Plaintiffs' complaint in this action (MDL Dkt. No. 5736), and Defendant NEC filed a separate

6    motion to dismiss Plaintiffs' complaint (MDL Dkt. No. 5733) (the "Motions");

7    WHEREAS Plaintiffs' oppositions are currently due on June 13, 2012 and Defendants'

8    replies are due June 28, 2012;

9    WHEREAS the Court reset the hearing on the motions to dismiss to August 3, 2012;

10   WHEREAS the parties require additional time to file their oppositions and replies to the

11   Motions;

12   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among

13   Plaintiffs, on the one hand, and the Defendants, on the other hand, as follows:

14   1.    Plaintiffs' oppositions to the Motions shall be due June 27, 2012.

15   2.    Defendants' reply briefs shall be due July 20, 2012.

16   **IT IS SO STIPULATED.**

17

18   DATED:  June 11, 2012.

19                                    By: ___/s/ Scott N. Wagner_____

20                                    ROBERT W. TURKEN
                                      MITCHELL E. WIDOM
21                                    SCOTT N. WAGNER
                                      BILZIN SUMBERG BAENA PRICE &
22                                    AXELROD LLP
                                      1450 Brickell Ave., Suite 2300
23                                    Miami, Florida 33131-3456
                                      Telephone:  305-374-7580
24                                    Facsimile:  305-374-7593
                                      E-mail:  rturken@bilzin.com
25                                             swagner@bilzin.com

26

27

28

1        STUART H. SINGER
2        BOIES, SCHILLER, & FLEXNER LLP
         401 East Las Olas Boulevard, Suite 1200
3        Fort Lauderdale, Florida 33301
         Telephone: (954) 356-0011
4        Facsimile: (954) 356-0022
         Email: ssinger@bsfllp.com
5

6         Of Counsel:

7

8        WILLIAM A. ISAACSON
         MELISSA WILLETT
9        BOIES, SCHILLER & FLEXNER
         5301 Wisconsin Ave. NW, Suite 800
10        Washington, DC 20015
         Telephone:  (202) 237-2727
11        Facsimile:   (202) 237-6131
         Email:  wisaacson@bsfllp.com
12

13        PHILIP J. IOVIENO
         BOIES, SCHILLER & FLEXNER
14        10 North Pearl Street, 4th Floor
15        Albany, NY 12207
         Telephone:  (518) 434-0600
16        Facsimile:   (518) 434-0665
         Email: piovieno@bsfllp.com
17

18        *Counsel for the Plaintiffs Tech*
         *Data Corporation and Tech Data Product*
19        *Management, Inc.*

20

21

22

23

24

25

26

27

28

STIPULATION OF EXTENSION OF TIME TO            Case No. 3:11-cv-05765-SI
RESPOND TO DEFENDANTS' MOTIONS TO DISMISS,  3    Master File No. 3:07-md-01827-SI
RESCHEDULE HEARING AND [PROPOSED] ORDER.

1

2          By: _____/s/ Kent M. Roger_____
                Kent M. Roger (Bar No. 95987)
3               MORGAN LEWIS & BOCKIUS LLP
                One Market, Spear Street Tower
4               San Francisco, CA 94105-1126
                (415) 442-1000 (Phone)
5               (415) 442-1001 (Facsimile)
                kroger@morganlewis.com
6

7               *Attorneys for Defendants Hitachi, Ltd., Hitachi
                Displays, Ltd. (n/k/a Japan Display East, Inc.)
8               and Hitachi Electronic Devices (USA), Inc.*

9

10         By: _____/s/ Kevin C. McCann_____
                Kevin C. McCann (Bar No. 120874)
11              Holly House (Bar No. 136045)
                PAUL HASTINGS LLP
12              55 Second Street
                Twenty-Fourth Floor
13              San Francisco, CA 94105-3441
                (415) 856-7000 (Phone)
14              (415) 856-7100 (Facsimile)
                kevinmccann@paulhastings.com
15              hollyhouse@paulhastings.com

16
                *Attorneys for Defendants LG Display Co., Ltd.
17              and LG Display America, Inc.*

18

19

20

21

22

23

24

25

26

27

28

By:    /s/ Christopher A. Nedeau
     Christopher A. Nedeau
     Carl L. Blumenstein
     Allison Dibley
     NOSSAMAN LLP
     50 California Street, 34th Floor
     San Francisco, CA  94111
     (415) 398-3600 (Phone)
     (415) 398-2438 (Facsimile)
     cnedeau@nossaman.com

*Attorneys for Defendants AU Optronics Corporation and AU Optronics Corporation America*

By:    /s/ Melvin R. Goldman
     Melvin R. Goldman (Bar No. 34097)
     Stephen P. Freccero (Bar. No 131093)
     Derek F. Foran (Bar No. 224569)
     MORRISON & FOERSTER LLP
     425 Market Street
     San Francisco, CA 94105-2482
     (415) 268-7000 (Phone)
     (415) 268-7522 (Facsimile)
     sfreccero@mofo.com

*Attorneys for Defendants Epson Imaging Devices Corporation and Epson Electronics America, Inc.*

By:    /s/ Ramona M. Emerson
     Hugh F. Bangasser (*pro hac vice*)
     Ramona M. Emerson (*pro hac vice*)
     Christopher M. Wyant (*pro hac vice*)
     K&L GATES LLP
     925 Fourth Avenue, Suite 2900
     Seattle, WA 98104-1158
     (206) 623-7580 (Phone)
     (206) 623-7022 (Facsimile)
     Ramona.Emerson@klgates.com

     Jeffrey L. Bornstein (Bar No. 99358)
     K&L GATES LLP
     Four Embarcadero Center, Suite 1200
     San Francisco, CA  94111
     (415) 249-1059 (Phone)
     (415) 882-8220 (Facsimile)

1 | *Counsel for Defendant HannStar Display*
*Corporation*

2

3 | By:  */s/ John M. Grenfell*

4 | John M. Grenfell (Bar No. 88500)
Jacob R. Sorensen (Bar No. 209134)

5 | Fusae Nara (*pro hac vice*)
Andrew D. Lanphere (Bar No. 191479)

6 | PILLSBURY WINTHROP SHAW PITTMAN
LLP

7 | 50 Fremont Street

8 | San Francisco, CA  94105
(415) 983-1000 (Phone)

9 | (415) 983-1200 (Facsimile)
*john.grenfell@pillsburylaw.com*

10
| *Attorneys for Defendants Sharp Corporation*
11 | *and Sharp Electronics Corp.*

12

13 | By:  */s/ John H. Chung*

14 | John H. Chung (*pro hac vice*)
WHITE & CASE LLP

15 | 1155 Avenue of the Americas
New York, NY  10036-2787

16 | (212) 819-8200 (Phone)
(212) 354-8113 (Facsimile)

17 | *jchung@whitecase.com*

18 | Christopher M. Curran (*pro hac vice*)

19 | Kristen J. McAhren (*pro hac vice*)
WHITE & CASE LLP

20 | 701 Thirteenth Street, NW
Washington, DC 20005-3807

21 | (202) 626-3600 (Phone)
(202) 639-9355 (Facsimile)

22 | *ccurran@whitecase.com*
*kmcahren@whitecase.com*

23

24 | *Attorneys for Defendants Toshiba Corporation,*
*Toshiba Mobile Display Co., Ltd., Toshiba*

25 | *America Electronic Components, Inc. and*
*Toshiba America Information Systems, Inc.*

26

27

28

STIPULATION OF EXTENSION OF TIME TO
RESPOND TO DEFENDANTS' MOTIONS TO DISMISS,
RESCHEDULE HEARING AND [PROPOSED] ORDER.

6

Case No. 3:11-cv-05765-SI
Master File No. 3:07-md-01827-SI

By: /s/ Paul P. Eyre
　　　Paul P. Eyre
　　　Ernest E. Vargo
　　　Michael E. Mumford
　　　Erin K. Murdock-Park
　　　BAKER & HOSTETLER LLP
　　　PNC Center
　　　1900 East Ninth Street, Suite 3200
　　　Cleveland, OH 44114-3482
　　　(216) 621-0200 (Phone)
　　　(216) 696-0740 (Facsimile)
　　　*peyre@bakerlaw.com*
　　　*evargo@bakerlaw.com*
　　　*mmumford@bakerlaw.com*
　　　*emurdockpark@bakerlaw.com*

　　　Tracy Cole
　　　BAKER & HOSTETLER LLP
　　　45 Rockefeller Plaza
　　　New York, NY 10111
　　　(212) 589-4210 (Phone)
　　　(212) 589-4201 (Facsimile)
　　　*tcole@bakerlaw.com*

　　　*Attorneys for Defendants Mitsui & Co.*
　　　*(Taiwan), Ltd. and Mitsui & Co. (U.S.A.), Inc.*

By: /s/ Harrison J. Frahn IV
　　　Harrison J. Frahn IV (Bar No. 206822)
　　　SIMPSON THACHER & BARTLETT LLP
　　　2550 Hanover Street
　　　Palo Alto, CA 94304
　　　(650) 251-5000 (Phone)
　　　(650) 251-5002 (Facsimile)
　　　*hfrahn@stblaw.com*

　　　*Attorneys for Defendants Chi Mei*
　　　*Optoelectronics Corporation (n/k/a,*
　　　*Chimei Innolux Corporation), Chi Mei*
　　　*Optoelectronics USA, Inc., and CMO Japan Co.,*
　　　*Ltd.*

STIPULATION OF EXTENSION OF TIME TO
RESPOND TO DEFENDANTS' MOTIONS TO DISMISS,
RESCHEDULE HEARING AND [PROPOSED] ORDER.

7

Case No. 3:11-cv-05765-SI
Master File No. 3:07-md-01827-SI

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By:    */s/Allison A. Davis*
       Allison A. Davis (Bar No. 139203)
       Sanjay M. Nangia (Bar No. 264986)
       DAVIS WRIGHT TREMAINE LLP
       505 Montgomery Street, Suite 800
       San Francisco, CA 94111
       (415) 276-6500 (Phone)
       (415) 276-4880 (Facsimile)
       *allisondavis@dwt.com*
       *sanjaynangia@dwt.com*

       Nick S. Verwolf (*pro hac vice*)
       DAVIS WRIGHT TREMAINE LLP
       777 108th Avenue NE, Suite 2300
       Bellevue, WA 98004
       (425) 646-6125 (Phone)
       (425) 646-6199 (Facsimile)
       *nickverwolf@dwt.com*
       *Attorneys for Defendants*
       *Sanyo Consumer Electronics Co., Ltd.*

By:    */s/ George D. Niespolo*
       George D. Niespolo (Bar No. 72107)
       Stephen H. Sutro (Bar No. 172168)
       Jennifer Briggs Fisher (Bar No. 241321)
       DUANE MORRIS LLP
       One Market, Spear Tower, Suite 2200
       San Francisco, CA 94105-1104
       (415) 957-3000 (Phone)
       (415) 957-3001 (Facsimile)
       *gdniespolo@duanemorris.com*
       *shsutro@duanemorris.com*
       *jbfisher@duanemorris.com*

       *Attorneys for Defendants*
       *NEC Corporation, NEC LCD Technologies,*
       *Ltd., NEC Electronics America, Inc., and NEC*
       *Display Solutions of America, Inc.*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By:     */s/ Joel S. Sanders*
        Joel S. Sanders (State Bar No. 107234)
        Rachel S. Brass (State Bar No. 219301)
        GIBSON DUNN & CRUTCHER LLP
        555 Mission Street, Suite 3000
        San Francisco, CA 94105-2933
        (415) 393-8200 (Phone)
        (415) 393-8306 (Facsimile)
        *jsanders@gibsondunn.com*
        *rbrass@gibsondunn.com*

        *Counsel for Defendants Chunghwa Picture*
        *Tubes, Ltd. and Tatung Co. of America, Inc.*

    Attestation:   The filer of this document attests that the concurrence of the other
signatories thereto has been obtained.

1

**[PROPOSED] ORDER**

2

3      IT IS SO STIPULATED.

4
                    11th        June 2012
5      DATED this _____ day of _____, _____.

6

7

8

9

10

11                        By: _____

12                            Hon. Susan Illston

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28