# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:07-MD-1827 SI<br>MDL No. 1827 |
| This Document Relates to:<br><br>Indirect-Purchaser Class Action;<br><br>*State of Missouri, et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-3619;<br><br>*State of Florida v. AU Optronics Corporation, et al.*, Case No. 10-cv-3517; and<br><br>*State of New York v. AU Optronics Corporation, et al.*, Case No. 11-cv-0711. | [~~PROPO~~SED] ORDER REGARDING THE SIGNATORIES TO THE ESCROW AGREEMENTS FOR THE COMBINED CLASS, *PARENS PATRIAE*, AND GOVERNMENTAL ENTITY SETTLEMENTS<br><br>The Honorable Susan Illston |

1  This matter has come before the Court at the request of Liaison Counsel to consider the number of signatories of Indirect-Purchaser Plaintiffs' Co-Lead Counsel necessary to instruct the Escrow Agent, Wells Fargo Bank, N.A., on investing the settlement funds in this action.  The parties to the various Escrow Agreements for the combined class, *parens patriae*, and governmental entity settlements are: (1) the Indirect Purchaser Plaintiffs and the States of Arkansas, California, Florida, Michigan, Missouri, New York, West Virginia, and Wisconsin (collectively, the "Settling Plaintiffs"); and, (2) the AU Optronics, Chimei, Chunghwa, Epson, HannStar, Hitachi, LG Display, Samsung, Sharp, and Toshiba Defendants (collectively, the "Settling Defendants").

The Court, after being fully informed of the issues pertaining to the Escrow Agreements, has determined the appropriate signatories on behalf of the Indirect-Purchaser Plaintiffs to the Escrow Agreements for all settlements between the Settling Plaintiffs and the Settling Defendants shall be and,

**IT IS HEREBY ORDERED THAT:**

The appropriate signatories to the Escrow Agreements for the Indirect-Purchaser Plaintiffs for all settlements between the Settling Plaintiffs and the Settling Defendants shall be:

Joseph M. Alioto **or** Francis O. Scarpulla, Co-Lead Counsel for the Indirect-Purchaser Plaintiffs.

Dated: 6/20/12

The Honorable Susan Illston
United States District Judge

3234690v1

---

[PROPOSED] ORDER REGARDING THE SIGNATORIES TO THE ESCROW AGREEMENTS FOR THE COMBINED CLASS, *PARENS PATRIAE*, AND GOVERNMENTAL ENTITY SETTLEMENTS – CASE NO. 3:07-MD-1827 SI