IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br>_____/<br>This Order Relates To:<br>    Direct-Purchaser Plaintiff Class Actions<br>_____/ | No. M 07-1827 SI<br>MDL No. 1827<br><br>**SPECIAL VERDICT** |

We the jury unanimously find as follows on the questions submitted to us:

**Question 1:** Did plaintiffs prove, by a preponderance of the evidence and in accordance with the instructions given to you, that Toshiba knowingly participated in a conspiracy to fix, raise, maintain or stabilize the prices of TFT-LCD panels?

    _____    _____
    Yes                          No

If your answer to this question is "Yes," please answer the next question. If your answer to this question is "No," please go to the end of the verdict form, and sign and date it where indicated.

**Question 2:** Did plaintiffs prove, by a preponderance of the evidence and in accordance with the instructions given to you, that the conspiracy involved TFT-LCD panels and/or finished products (notebook computers, computer monitors and televisions containing TFT-LCD panels) imported into the United States?

_____       _____
Yes                                          No

If your answer to this question is "Yes," please answer the next question. If your answer to this question is "No," please go to Question 4.

**Question 3:** Did plaintiffs prove, by a preponderance of the evidence and in accordance with the instructions given to you, that the imported TFT-LCD panels and/or finished products (notebook computers, computer monitors and televisions containing TFT-LCD panels) produced substantial intended effects in the United States?

_____       _____
Yes                                          No

Please answer the next question.

**Question 4:** Did plaintiffs prove, by a preponderance of the evidence and in accordance with the instructions given to you, that the conspiracy involved conduct which had a direct, substantial and reasonably foreseeable effect on trade or commerce in the United States?

_____       _____
Yes                                          No

If your answer to either Question 3 or Question 4 is "Yes," please answer the next question. If your answer to both Question 3 and Question 4 is "No," please go to the end of the verdict form, and sign and date it where indicated.

**Question 5:** Did plaintiffs prove, by a preponderance of the evidence and in accordance with the instructions given to you, that members of the Panel Class were injured as a result of the conspiracy in which Toshiba knowingly participated?

_____     _____
Yes                                      No

If your answer to this question "Yes," please answer the next question. If your answer to this question is "No,"please go to Question 7.

**Question 6:** What was the amount of damages the plaintiffs proved, by a preponderance of the evidence and in accordance with the instructions given to you, that members of the Panel Class suffered as a result of that injury?

$_____
(Please fill in a dollar amount total)

Please answer the next question.

**Question 7:** Did plaintiffs prove, by a preponderance of the evidence and in accordance with the instructions given to you, that members of the Finished Product Class were injured as a result of the conspiracy in which Toshiba knowingly participated?

_____     _____
Yes                                      No

If your answer to this question "Yes," please answer the next question. If your answer to this question is "No," please go to the end of the verdict form, and sign and date it where indicated.

**Question 8:** What was the amount of damages the plaintiffs proved, by a preponderance of the evidence and in accordance with the instructions given to you, that members of the Finished Product Class suffered as a result of that injury?

$_____
(Please fill in a dollar amount total)

3

Date: _____

_____
FOREPERSON