IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. M 07-1827 SI |
| _____/ | MDL. No. 1827 |
| This Order Relates to: | **ORDER TO JURY COMMISSIONER** |
|     All Direct-Purchaser Plaintiff<br>    Class Actions | |
| _____/ | |

IT IS HEREBY ORDERED that the United Sates District Court Jury Commissioner shall furnish a daily breakfast for the members of the jury in the above-entitled matter during the deliberations at the expense of the United States District Court Jury Commissioner.

**IT IS SO ORDERED.**

Dated: June 28, 2012

SUSAN ILLSTON
United States District Judge