SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. McGINNIS, Cal. Bar No. 95788
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
TYLER M. CUNNINGHAM, Cal. Bar No. 243694
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947
E-mail:        ghalling@sheppardmullin.com
               jmcginnis@sheppardmullin.com
               mscarborough@sheppardmullin.com
               tcunningham@sheppardmullin.com

Attorneys for Defendants
SAMSUNG SDI CO., LTD. and
SAMSUNG SDI AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | MDL File No. 3:07-md-1827 SI |
| | Case No. 3:09-cv-5609 SI |
| This Document Relates to: | MDL No. 1827 |
| NOKIA CORPORATION and NOKIA INC., Plaintiffs, vs. AU OPTRONICS CORPORATION, et al., Defendants. | **STIPULATION AND [PROPOSED] ORDER RE SURREPLY EXPERT REPORTS AND DEPOSITIONS** |

1    The undersigned counsel, on behalf of defendants Samsung SDI Co., Ltd., Samsung
2 SDI America, Inc., Sharp Corporation, Sharp Electronics Corporation, Toshiba
3 Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components,
4 Inc., Toshiba America Information Systems, Inc., Samsung Electronics Co., Ltd., Samsung
5 Semiconductor, Inc., Samsung Electronics America, Inc., Hitachi, Ltd., Hitachi Electronic
6 Devices (USA), Inc., and Hitachi Displays, Ltd. (n/k/a Japan Display East, Inc.)
7 (collectively "Defendants") and plaintiffs Nokia Corp. and Nokia Inc. (collectively
8 "Plaintiffs") hereby stipulate as follows:
9    WHEREAS, the Court on July 14, 2011 entered an order modifying the pretrial
10 schedule for "Track One" actions, including the above-titled action, which set forth dates
11 for service of expert reports and a date for the close of expert discovery (Dkt. No. 3110);
12    WHEREAS, the Special Master on March 15, 2012 entered an order extending to
13 May 11, 2012 the deadline for direct action plaintiffs to submit their reply expert reports
14 (Dkt. No. 5161);
15    WHEREAS, pursuant to that schedule, as modified, Plaintiffs served an expert
16 report for Dr. Helen Jenkins; Defendants served opposition expert reports; and Plaintiffs
17 served a reply expert report for Dr. Jenkins ("Jenkins Reply Report");
18    WHEREAS, Defendants contend that the Jenkins Reply Report contains new
19 analysis not previously disclosed;
20    WHEREAS, Defendants seek to serve one or more reports, from their previously
21 disclosed experts, responding to this new analysis ("Surreply Reports");
22    WHEREAS, the parties seek to make mutually agreeable and orderly arrangements
23 for disclosure of the Surreply Reports and depositions of experts who submit Surreply
24 Reports;
25    NOW, THEREFORE, the Parties agree as follows:
26    1.    Defendants will serve Surreply Reports by July 20, 2012;
27    2.    Defendants will serve any backup data, code or other information required

-1-

by Federal Rule of Civil Procedure Rule 26(a)(2)(B) by July 25, 2012;

3. Plaintiffs may depose any expert submitting a Surreply Report concerning the contents of that report on or before August 20, or other mutually agreeable date.

The parties respectfully request that this stipulation be entered as an order of the Court.

Dated: July 2, 2012        By:   /s/    Tyler M. Cunningham

GARY L. HALLING
JAMES L. MCGINNIS
MICHAEL W. SCARBOROUGH
TYLER M. CUNNINGHAM
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947

*Attorneys for Defendants Samsung SDI America, Inc, and Samsung SDI Co., Ltd.*,

*Also filed on behalf of Defendants Sharp Corporation, Sharp Electronics Corporation, Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., Samsung Electronics America, Inc., Hitachi, Ltd., Hitachi Electronic Devices (USA), Inc., and Hitachi Displays, Ltd. (n/k/a Japan Display East, Inc.)*

By: ___/s/_____B. Parker Miller_____

DONALD M. HOUSER
B. PARKER MILLER
VALARIE C. WILLIAMS
**ALSTON + BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

*Attorneys for Plaintiffs*
*Nokia Corp. and Nokia Inc.*,

Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

**IT IS SO ORDERED.**

Dated: ___7/2/_____, 2012

*[signature: Susan Illston]*

Hon. Susan Illston, United States District Judge