Christopher M. Curran (*pro hac vice*)
Email: ccurran@whitecase.com
Martin M. Toto (*pro hac vice*)
Email: mtoto@whitecase.com
John H. Chung (*pro hac vice*)
Email: jchung@whitecase.com
**WHITE & CASE** LLP
1155 Avenue of the Americas
New York, NY 10036
Telephone:   (212) 819-8200
Facsimile:   (212) 354-8113

*Attorneys for Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. M:07-1827 SI<br>MDL No. 1827 |
| This Document Relates to Individual Case No. 3:10-cv-05616-SI (N.D. Cal.). | Individual Case No.: 3:10-cv-05616-SI |
| SONY ELECTRONICS INC. AND SONY COMPUTER ENTERTAINMENT AMERICA LLC,<br><br>            Plaintiffs,<br><br>      v.<br><br>LG DISPLAY CO., LTD., et al.,<br><br>            Defendants. | **STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO RESPOND TO CONSOLIDATED COMPLAINT** |

**STIPULATION**

WHEREAS Sony Electronics Inc. and Sony Entertainment America LLC (collectively, "Sony") filed a Complaint naming Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc. (collectively, the "Toshiba Entities") as defendants in Case No. 3:12-cv-1596 SI (N.D. Cal.) on March 29, 2012;

WHEREAS on May 10, 2012, Sony and the Toshiba Entities filed a stipulation pursuant to which the allegations against the Toshiba Entities would be incorporated into a Consolidated Complaint in a previously-filed action, Case No. 3:10-cv-05616 SI (N.D. Cal.), and the Court approved that stipulation on May 14, 2012.

WHEREAS the May 14, 2012 stipulation and order entered by the Court set the deadline for the Toshiba Entities to respond to the Consolidated Complaint to June 25, 2012;

WHEREAS the Sony and the Toshiba Entities filed a stipulation on June 25, 2012 extending the time for the Toshiba Entities to respond to Sony's Consolidated Complaint until July 2, 2012;

WHEREAS the Toshiba Entities desire additional time to respond to Sony's Consolidated Complaint;

WHEREAS extending the Toshiba Entities' time to respond to Sony's Consolidated Complaint will not alter the date of any other event or deadline already fixed by the Court;

THEREFORE, Sony and the Toshiba Entities, by their respective counsel, stipulate and agree as follows:

1. The deadline for the Toshiba Entities to respond to Sony's Consolidated Complaint is extended to July 4, 2012.

2. This stipulation does not constitute a waiver by any of the Toshiba Entities of any substantive or procedural defense, including but not limited to the defenses of lack of personal or subject matter jurisdiction and improper venue.

3. This stipulation shall not be used by any Party in support of or opposition to any arguments related to scheduling in this matter.

**IT IS SO STIPULATED.**

Dated: July 3, 2012          Respectfully submitted,

WHITE & CASE LLP

By: /s/ John H. Chung
Christopher M. Curran (*pro hac vice*)
Email: ccurran@whitecase.com
Martin M. Toto (*pro hac vice*)
Email: mtoto@whitecase.com
John H. Chung (*pro hac vice*)
Email: jchung@whitecase.com
**WHITE & CASE LLP**
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

*Attorneys for Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc.*

BRYAN CAVE LLP

By: /s/ Richard Mooney
Richard Mooney
Margaret Branick-Abilla
Robert L. Stolebarger
BRYAN CAVE LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Tel: (415) 268-2000
Fax: (415) 268-1999
*Attorneys for Plaintiffs Sony Electronics Inc. and Sony Computer Entertainment LLC*

1

**[PROPOSED] ORDER**

2  Having considered the foregoing stipulation, and for good cause appearing,

3  IT IS SO ORDERED.

4

5  Dated: ~~June~~ July 5 ___, 2012                    _____
                                                                   The Honorable Susan Illston
6                                                                  United States District Judge

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, John H. Chung, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: July 3, 2012          By: /s/  John H. Chung
                                  John H. Chung