ADDED:
10-4346 State of Oregon, V. AO Optronics

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master Docket No. M:07-1827 SI<br><br>MDL No. 1827 |
| THIS ORDER RELATES TO:<br><br>*Tracfone Wireless, Inc. v. AU Optronics Corp.* 3:10-cv-3205-SI<br><br>*SB Liquidating Trust v. AU Optronics Corp.*, 3:10-cv-5458-SI<br><br>*Sony Electronics Inc. v. LG Display Co., Ltd.*, 3:10-cv-5616-SI<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust, v. AU Optronics Corp.*, 3:10-cv-5625-SI<br><br>*MetroPCS Wireless, Inc. v. AU Optronics Corp*, 3:11-cv-829-SI.<br><br>*Office Depot, Inc. v. AU Optronics Corp.*, 3:11-cv-2225-SI<br><br>*Jaco Electronics, Inc. v. AU Optronics Corp.*, 3:11-cv-2495-SI<br><br>*T-Mobile U.S.A., Inc. v. AU Optronics Corp.*, 3:11-cv-2591-SI<br><br>*Electrograph Systems, Inc. v. NEC Corp., et al.*, 3:11-cv-3342-SI<br><br>*Interbond Corp. of America v. AU Optronics Corp.*, 3:11-cv-3763-SI<br><br>*Schultze Agency Services, LLC, on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, v. AU Optronics Corp.*, 3:11-cv-3856-SI<br><br>*Hewlett-Packard Co. v. AU Optronics Corp.*, 3:11-cv-4116-SI<br><br>*ABC Appliance, Inc. v. AU Optronics Corp.*, 3:11-cv-4119-SI<br><br>*Marta Cooperative of America, Inc. v. AU Optronics Corp.*, 3:11-cv-4119-SI<br><br>*P.C. Richard & Son Long Island Corp. v. AU Optronics Corp.*, 3:11-cv-4119-SI<br><br>*Tech Data Corp. v. AU Optronics Corp.*, 3:11-cv-5765-SI<br><br>*The AASI Creditor Liquidating Trust, by and* | Case No. 3:10-cv-3205-SI<br>Case No. 3:10-cv-5458-SI<br>Case No. 3:10-cv-5616-SI<br>Case No. 3:10-cv-5625-SI<br>Case No. 3:11-cv-829-SI<br>Case No. 3:11-cv-2225-SI<br>Case No. 3:11-cv-2495-SI<br>Case No. 3:11-cv-2591-SI<br>Case No. 3:11-cv-3342-SI<br>Case No. 3:11-cv-3763-SI<br>Case No. 3:11-cv-3856-SI<br>Case No. 3:11-cv-4116-SI<br>Case No. 3:11-cv-4119-SI<br>Case No. 3:11-cv-4119-SI<br>Case No. 3:11-cv-4119-SI<br>Case No. 3:11-cv-5765-SI<br>Case No. 3:11-cv-5781-SI<br>Case No. 3:11-cv-6241-SI<br>Case No. 3:12-cv-335-SI<br>Case No. 3:12-cv-1426-SI<br>Case No. 3:12-cv-1599-SI<br>Case No. 3:12-cv-2214-SI<br>Case No. 3:12-cv-2495-SI<br><br>[Proposed] **ORDER RE: PRETRIAL AND TRIAL SCHEDULE FOR TRACK TWO DIRECT ACTION CASES** |

1  *through Kenneth A. Welt, Liquidating Trustee, v. AU Optronics Corp.*, 3:11-cv-5781-SI
2  *CompuCom Systems, Inc. v. AU Optronic Corp.*, 3:11-cv-6241-SI
3
4  *Viewsonic Corp. v. AU Optronics Corp.*, 3:12-cv-335-SI
5  *NECO Alliance LLC v. AU Optronics Corp.*, 3:12-cv-1426-SI
6  *Sony Electronics Inc. v. AU Optronics Corp.*, 3:12-cv-1599-SI
7  *Sony Electronics Inc. v. Hannstar Display Corp.*, 3:12-cv-2214-SI
8
9  *Rockwell Automation, Inc. v. AU Optronics Corp.*, 3:12-cv-2495-SI

The Court adopts the following pretrial and trial schedule for the direct action cases listed above[1]:

| Event | Date |
|---|---|
| Last day to amend complaints and join parties without leave of court | July 13, 2012 |
| Disclosure of identities of plaintiffs' experts and one paragraph description of issues to be addressed by each expert | September 7, 2012 |
| Disclosure of identities of defendants' experts and one paragraph description of issues to be addressed by each expert | November 9, 2012 ~~October 12, 2012~~ |
| * FURTHER CASE MANAGEMENT CONFERENCE : 11/9/12 @ 3 P.M. | |
| Close of limited fact discovery unique to DAP cases | December 21, 2012 (was ~~7~~) |
| Service of opening expert reports for plaintiffs | January 11, 2013 |
| Service of underlying data and code | January 16, 2013 |
| Service of opposition expert reports | April 12, 2013 |

---

[1] Direct action cases filed after the date of this Order, if any, will be subject to a separate pretrial and trial schedule or, if circumstances permit, will be folded into the schedule set forth in this Order.

| Event | Date |
|---|---|
| Service of underlying data and code | April 17, 2013 |
| Plaintiffs and defendants each to provide one paragraph description of each issue/subject of summary judgment motions (copies to be provided to the court) | May 10, 2013 ~~April 26, 2013~~ |
| Parties to serve supplemental disclosure with one paragraph description of any additional issues/topics of summary judgment motions (copies to be provided to the court)s | May 31, 2013 ~~May 24, 2013~~ |
| Service of reply expert reports | June 14, 2013 |
| Service of underlying data and code | June 19, 2013 |
| Close of expert discovery | July 19, 2013 |
| Last day to file dispositive motions | August 23, 2013 |
| Last day to file oppositions to dispositive motions | September 20, 2013 |
| Last day to file reply briefs in support of dispositive motions | October 18, 2013 |
| Last day for hearing dispositive motions | November 1, 2013 |
| Court will consider remanding cases filed outside of N.D.Cal. to the transferor courts for separate trial | |
| Pretrial conference | |
| Trial begins | |

1
2  **IT IS SO ORDERED.**
3
4  Dated: __7/6/12_____
5
6                                                            _____
7                                                            HONORABLE SUSAN ILLSTON
                                                             United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| [Proposed] Order re: Pretrial and Trial Schedule for Track Two Direct Action Cases - 4 | MASTER FILE NO.:  M-07-1827-SI |
|---|---|

2288068v1/011997