IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. M 07-1827 SI<br>MDL. No. 1827 |
| | Case No.: C 12-0335 SI |
| This Order Relates to: | **ORDER DENYING VIEWSONIC'S MOTION TO FILE FIRST AMENDED COMPLAINT UNDER SEAL** |
| VIEWSONIC CORPORATION, | |
| Plaintiff, | |
| v. | |
| AU OPTRONICS CORPORATION, ET AL., | |
| Defendants. | |

The Court has reviewed the information that ViewSonic wishes to file under seal. None of the information appears to be current sensitive business information. Further, much of the information is already publically available due to its use in the recent civil trial before the Court. Accordingly, the Court DENIES ViewSonic's motion. Master Docket No. 6085.

**IT IS SO ORDERED.**

Dated: July 10, 2012

SUSAN ILLSTON
United States District Judge