United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION _____/ This Order Relates to: All Indirect Purchaser Actions *State of Missouri et al. v. AU Optronics Corporation, et al.*, Case No. 10-3619 SI; and *State of Florida v. AU Optronics Corporation, et al.*, Case No. 10-3517 SI; and *State of New York v. AU Optronics Corporation, et al.*, Case No. 11-711 SI _____/ | No. M 07-1827 SI MDL. No. 1827 **ORDER RE: INDIRECT PURCHASER PLAINTIFFS' AND STATES ATTORNEYS GENERAL'S JOINT MOTION FOR INTERIM REIMBURSEMENT OF EXPENSES** |

On May 18, 2012, the Court held a hearing on the joint motion for interim reimbursement of expenses filed by the indirect purchaser plaintiffs and the States Attorneys General. The Court has reviewed the motion and supporting declarations, and finds as a preliminary matter that the expenses at issue (outside experts and consultants, deposition and court hearing transcripts, electronic document database, mediators' fees, discovery special master's fees, and translator/interpreters) appear to be reasonable and necessary to this litigation. However, the declarations in support of the joint motion did not include invoices for the sought costs. The Court directs the parties to file supplemental declarations

attaching invoices for all of the expenses claimed in the joint motion.[1]  The parties shall file the supplemental invoices by July 27, 2012.

The Court notes that the indirect purchaser plaintiffs and the States Attorney's General state that they will seek reimbursement for other costs such as, *inter alia*, travel, meals and lodging, at a later date. All counsel are advised that with regard to those and similar types of expenses, counsel shall submit not only copies of invoices for the expenses claimed, but also declarations explaining with specificity why the costs were reasonably and necessarily incurred.  For example, if counsel seek reimbursement for travel, meals and lodging, counsel shall state which individuals incurred the expenses, the purpose of the trip, and why the particular meal and lodging expenses are reasonable and necessary.

**IT IS SO ORDERED.**

Dated: July 11, 2012

SUSAN ILLSTON
United States District Judge

---

[1] Although the State of California's case is pending in state court, California participated in the settlement negotiations and is one of the states seeking reimbursement from the settlement fund.