Kenneth S. Marks (*pro hac vice*)
Johnny Carter (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas  77002-5096
Telephone:  (713) 651-9366
Facsimile:  (713) 654-6666
Email:  kmarks@susmangodfrey.com
         jcarter@susmangodfrey.com

Parker C. Folse III (*pro hac vice*)
Rachel S. Black (*pro hac vice*)\
Jordan Connors (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington  98101-3000
Telephone:  (206) 516-3880
Facsimile:  (206) 516-3883
Email: pfolse@susmangodfrey.com
       rblack@susmangodfrey.com
       jconnors@susmangodfrey.com

*Counsel for Plaintiff Alfred H. Siegel,
as Trustee of The Circuit City Stores, Inc.
Liquidating Trust*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST,<br><br>v.<br><br>AU OPTRONICS CORPORATION, ET AL. | Master Docket No. C M:07-01827 SI<br>Individual Case No. C 3:10-05625 SI<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF HITACHI DISPLAYS, LTD. (n/k/a JAPAN DISPLAY EAST INC.), HITACHI, LTD., AND HITACHI ELECTRONIC DEVICES (USA), INC.** |

1

MASTER FILE NO.:  M-07-1827-SI
CASE No. 3:10-05625 SI

2330483v1/011997

Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust, and defendants Hitachi Displays, Ltd. (n/k/a Japan Display East, Inc.), Hitachi, Ltd., and Hitachi Electronic Devices (USA), Inc. (collectively, the "Hitachi Defendants") hereby stipulate to the dismissal with prejudice of all claims and causes of action asserted in this case against the Hitachi Defendants.  The dismissal of the Hitachi Defendants shall not operate as a dismissal of plaintiff's claims or causes of action against any person or entity named as a defendant in this case other than the Hitachi Defendants.

Dated:  July 10, 2012                              SUSMAN GODFREY L.L.P.


                                                   By:  __/s/  Kenneth S. Marks_____

                                                       Kenneth S. Marks (*pro hac vice*)
                                                       Johnny W. Carter (*pro hac vice*)
                                                       SUSMAN GODFREY L.L.P.
                                                       1000 Louisiana Street, Suite 5100
                                                       Houston, Texas 77002
                                                       Telephone:  (713) 651-9366
                                                       Facsimile:  (713) 654-6666
                                                       Email:  kmarks@susmangodfrey.com
                                                                jcarter@susmangodfrey.com

                                                       Parker C. Folse III (*pro hac vice*)
                                                       Rachel S. Black (*pro hac vice)*
                                                       Jordan Connors (*pro hac vice*)
                                                       SUSMAN GODFREY L.L.P.
                                                       1201 Third Avenue, Suite 3800
                                                       Seattle, Washington 98101-3000
                                                       Telephone:  (206) 516-3880
                                                       Facsimile:  (206) 516-3883
                                                       Email:  pfolse@susmangodfrey.com
                                                                rblack@susmangodfrey.com
                                                                jconnors@susmangodfrey.com

                                                       Attorneys for Plaintiff Alfred H. Siegel,
                                                       as Trustee of the Circuit City Stores, Inc.
                                                       Liquidating Trust

2330483v1/011997

|   |   |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 |   |
| 3 | By: :  /s/  Kent M. Roger |
| 4 | Kent Michael Roger |

MORGAN, LEWIS & BOCKIUS LLP

By: :  /s/  Kent M. Roger

Kent Michael Roger
Herman Hoying
Minna Lo Nanranjo
MORGAN, LEWIS & BOCKIUS
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Facsimile:  415) 442-1001
Email:  kroger@morganlewis.com
        hhoying@morganlewis.com
        mnanranjo@morganlewis.com

Attorneys for Hitachi Displays, Ltd. (n/k/a Japan Display East Inc.), Hitachi, Ltd., and Hitachi Electronic Devices (USA), Inc.

**IT IS SO ORDERED.**

Dated: July __12____, 2012

_____
HON. SUSAN ILLSTON
United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of July, 2012, that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

/s/ Kenneth S. Marks
Kenneth S. Marks

4

MASTER FILE NO.: M-07-1827-SI
CASE NO. 3:10-05625 SI

2330483v1/011997