| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | JOHN M. GRENFELL (CA Bar No. 88500) |
| 2 | john.grenfell@pillsburylaw.com |
|   | JACOB R. SORENSEN (CA Bar No. 209134) |
| 3 | jake.sorensen@pillsburylaw.com |
|   | FUSAE NARA (*pro hac vice*) |
| 4 | fusae.nara@pillsburylaw.com |
|   | ANDREW D. LANPHERE (CA Bar No. 191479) |
| 5 | andrew.lanphere@pillsburylaw.com |
|   | 50 Fremont Street |
| 6 | San Francisco, CA 94105 |
|   | Telephone: (415) 983-1000 |
| 7 | Facsimile: (415) 983-1200 |
| 8 | Attorneys for Defendants |
|   | SHARP CORPORATION and |
| 9 | SHARP ELECTRONICS CORPORATION |
| 10 | [additional parties and counsel listed in signature block] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827 SI<br>MDL No. 1827 |
| This Document Relates To:<br><br>Case No. 3:11-cv-06686 SI<br><br>STATE OF OKLAHOMA,<br><br>Plaintiff,<br><br>v.<br><br>AU OPTRONICS CORPORATION, *et al.*,<br><br>Defendants. | **STIPULATION REGARDING CLAIMS ASSERTED IN THE AMENDED AND RESTATED COMPLAINT, AND [PROPOSED] ORDER** |

WHEREAS, plaintiff State of Oklahoma ("Oklahoma") filed an Amended and Restated Complaint ("Amended Complaint") in the above-captioned on April 12, 2012;

WHEREAS, Oklahoma and all Defendants that have waived service (the "Stipulating Defendants") have met and conferred regarding the Stipulating Defendants' response to the Amended Complaint; and

WHEREAS, Oklahoma and the Stipulating Defendants wish to narrow the issues to be decided pursuant to a motion to dismiss.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, Oklahoma, on the one hand, and the Stipulating Defendants, on the other hand, as follows:

1. Oklahoma does not assert any claims for indirect purchases in the Amended Complaint under the Sherman Act or the Oklahoma Antitrust Reform Act.

2. Oklahoma does not seek treble damages under the Oklahoma Antitrust Reform Act as relief in the Third Claim of the Amended Complaint.  The Third Claim encompasses claims brought directly by the State of Oklahoma and not as assignee of any contract.

3. Oklahoma only asserts claims for unjust enrichment under Oklahoma law in the Amended Complaint.

4. This stipulation does not constitute a waiver by the Stipulating Defendants of any substantive or procedural defense or other basis upon which Stipulating Defendants may move to dismiss.

5. This stipulation is made by the State of Oklahoma based upon presently known facts and the current status of the law.  This stipulation does not constitute a waiver by the State of Oklahoma of any right to seek leave to amend its claims at a later date to recover any and all available damages or to pursue any and all available claims and remedies.

- 1 -

STIPULATION REGARDING AMENDED COMPL.
Master File No. 3:07-md-1827 SI, MDL No. 1827

6. The Stipulating Defendants plan to file a motion to dismiss on July 11, 2012 to be heard September 7, 2012. The State of Oklahoma's opposition shall be due August 10, 2012, and the Stipulating Defendants' reply shall be due August 24, 2012.

Dated: July 10, 2012.

PILLSBURY WINTHROP SHAW PITTMAN LLP
JOHN M. GRENFELL
JACOB R. SORENSEN
FUSAE NARA
ANDREW D. LANPHERE
50 Fremont Street
San Francisco, CA 94105

By: _____/s/ Jacob R. Sorensen_____
Jacob R. Sorensen

Attorneys for Defendants SHARP CORPORATION and SHARP ELECTRONICS CORPORATION

NOSSAMAN LLP
CHRISTOPHER A. NEDEAU (CA Bar No. 81297)
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 398-3600
Facsimile: (415) 398-2438

By: _____/s/ Christopher A. Nedeau_____
Christopher A. Nedeau

Attorneys for Defendants
AU OPTRONICS CORPORATION and
AU OPTRONICS CORPORATION AMERICA

| | |
|---|---|
| 1 | SIMPSON THACHER & BARTLETT LLP |
| | JAMES G. KREISSMAN (CA Bar No. 206740) |
| 2 | HARRISON J. FRAHN IV (CA Bar No. 206822) |
| | 2550 Hanover Street |
| 3 | Palo Alto, California  94304 |
| | Telephone:  (650) 251-5000 |
| 4 | Facsimile:  (650) 251-5002 |
| 5 | |
| | By:  _____/s/ Harrison J. Frahn IV_____ |
| 6 | Harrison J. Frahn IV |
| 7 | Attorneys for Defendants CHIMEI INNOLUX |
| | CORPORATION (F/K/A CHI MEI |
| 8 | OPTOELECTRONICS CORPORATION), CHI |
| | MEI OPTOELECTRONICS USA, INC., CHI MEI |
| 9 | CORPORATION, and CMO JAPAN CO., LTD. |
| 10 | MORRISON & FOERSTER LLP |
| | MELVIN R. GOLDMAN (CA Bar No. 34097) |
| 11 | STEPHEN P. FRECCERO (CA Bar No. 131093) |
| | DEREK F. FORAN (CA Bar No. 224569) |
| 12 | 425 Market Street |
| | San Francisco, California  94105-2482 |
| 13 | Telephone: 415.268.7000 |
| | Facsimile: 415.268.7522 |
| 14 | |
| 15 | By:  _____/s/ Stephen P. Freccero_____ |
| | Stephen P. Freccero |
| 16 | |
| 17 | Attorneys for Defendants EPSON IMAGING |
| | DEVICES CORPORATION AND EPSON |
| 18 | ELECTRONICS AMERICA, INC. |
| 19 | FREITAS TSENG & KAUFMAN LLP |
| | ROBERT E. FREITAS (CA Bar No. 80948) |
| 20 | JASON S. ANGELL (CA Bar No. 221607) |
| | JERRY CHEN (CA Bar No. 229318) |
| 21 | 100 Marine Parkway, Suite 200 |
| | Redwood Shores, California  94065 |
| 22 | Telephone: (650) 593-6300 |
| | Facsimile: (650) 593-6301 |
| 23 | |
| | By:  _____/s/ Robert E. Freitas_____ |
| 24 | Robert E. Freitas |
| 25 | Attorneys for Defendant HANNSTAR DISPLAY |
| | CORPORATION |
| 26 | |
| 27 | |
| 28 | |

500967332v2

- 3 -

STIPULATION REGARDING
AMENDED COMPL.
Master File No. 3:07-md-1827 SI, MDL No. 1827

| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| | KENT M. ROGER (CA Bar No. 95987) |
| 2 | MICHELLE KIM-SZROM (CA Bar No. 252901) |
| | One Market, Spear Street Tower |
| 3 | San Francisco, CA 94105-1126 |
| | Telephone: (415) 442-1000 |
| 4 | Facsimile: (415) 442-1001 |
| 5 | |
| | By: _____/s/ Kent M. Roger_____ |
| 6 | Kent M. Roger |
| 7 | Attorneys for Defendants HITACHI, LTD., |
| | HITACHI DISPLAYS, LTD.(N/K/A JAPAN |
| 8 | DISPLAY EAST, INC.), and HITACHI |
| | ELECTRONIC DEVICES (USA), INC. |
| 9 | |
| | PAUL HASTINGS LLP |
| 10 | Holly A. House (CA Bar No. 136045) |
| | Kevin C. McCann (CA Bar No. 120874) |
| 11 | 55 Second Street |
| | Twenty-Fourth Floor |
| 12 | San Francisco, CA 94105-3441 |
| | Telephone: (415) 856-7000 |
| 13 | Facsimile: (415) 856-7100 |
| 14 | |
| | By: _____/s/ Kevin C. McCann_____ |
| 15 | Kevin C. McCann |
| 16 | Attorneys for Defendants LG DISPLAY CO., |
| | LTD. and LG DISPLAY AMERICA, INC. |
| 17 | |
| 18 | COVINGTON & BURLING LLP |
| | ROBERT D. WICK (*pro hac vice*) |
| 19 | 1201 Pennsylvania Avenue, NW |
| | Washington, DC 20004 |
| 20 | Telephone: (202) 662-6000 |
| | Facsimile: (202) 662-6291 |
| 21 | |
| 22 | By: _____/s/ Robert D. Wick_____ |
| | Robert D. Wick |
| 23 | |
| 24 | Attorneys for Defendants SAMSUNG |
| | ELECTRONICS CO., LTD., SAMSUNG |
| | ELECTRONICS AMERICA, INC., and |
| 25 | SAMSUNG SEMICONDUCTOR, INC. |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | WHITE & CASE LLP |
|  | CHRISTOPHER M. CURRAN (admitted *pro hac vice*) |
| 2 | JOHN H. CHUNG (*pro hac vice*) |
|  | MARTIN M. TOTO (admitted *pro hac vice*) |
| 3 | KRISTEN J. MCAHREN (admitted *pro hac vice*) |
|  | 1155 Avenue of the Americas |
| 4 | New York, New York 10036 |
|  | Telephone: (212) 819-8200 |
| 5 | Facsimile: (212) 354-8113 |

By: _____/s/ John H. Chung_____
John H. Chung

Attorneys for Defendants TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., TOSHIBA CORPORATION, and TOSHIBA MOBILE DISPLAY CO., LTD.

MCCALLUM, METHVIN & TERRELL, P.C.
PHILIP W. MCCALLUM (*pro hac vice*)
ROBERT G. METHVIN, JR. (*pro hac vice*)
JAMES M. TERRELL (*pro hac vice*)
NICHOLAS W. ARMSTRONG (CA Bar No. 270963)
2201 Arlington Avenue South
Birmingham, AL 35205
Telephone: (205) 939-0199
Facsimile: (205) 030-0399

By: _____/s/ James M. Terrell_____
James M. Terrell

Attorneys for Plaintiff STATE OF OKLAHOMA

ATTESTATION: Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from the signatories thereto.

1 **[PROPOSED] ORDER**

2  IT IS SO ORDERED.

3  Dated: _____7/12_____, 2012.

_____
Honorable Susan Illston
U.S. District Court Judge