Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Judith A. Zahid (215418)
Patrick B. Clayton (240191)
Qianwei Fu (242669)
Heather T. Rankie (268002)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA  94104
Telephone:  (415) 693-0700
Facsimile:   (415) 693-0770
*fscarpulla@zelle.com*

Joseph M. Alioto (42680)
Theresa D. Moore (99978)
ALIOTO LAW FIRM
225 Bush Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile:  (415) 434-9200
*jmalioto@aliotolaw.com*

*Co-Lead Class Counsel for Indirect-Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:07-MD-1827 SI<br>MDL No. 1827 |
| This Document Relates to:<br><br>All Indirect-Purchaser Actions;<br><br>*State of Missouri, et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-3619;<br><br>*State of Florida v. AU Optronics Corporation, et al.*, Case No. 10-cv-3517; and<br><br>*State of New York v. AU Optronics Corporation, et al.*, Case No. 11-cv-0711. | [PROPOSED] ORDER ADVANCING HEARING FOR INDIRECT-PURCHASER PLAINTIFFS' AND SETTLING STATES' JOINT MOTION FOR PRELIMINARY APPROVAL OF COMBINED CLASS, *PARENS PATRIAE*, AND GOVERNMENTAL ENTITY SETTLEMENTS WITH AUO, LG DISPLAY, AND TOSHIBA DEFENDANTS<br><br>The Honorable Susan Y. Illston |

The Indirect-Purchaser Plaintiffs ("IPPs") have moved for an order advancing the hearing for the IPPs' and Settling States' Joint Motion for Preliminary Approval of Combined Class, *Parens Patriae*, and Governmental Entity Settlements with AUO, LG Display, and Toshiba Defendants ("Preliminary Approval Motion").

The Court, having reviewed the motion and the record on file in this action, finds that this motion should be, and hereby is, GRANTED.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The hearing on the Motion for Preliminary Approval shall be held on July 27, 2012, at 9:00 a.m.

2. Any response to the Motion for Preliminary Approval shall be filed no later than July 20, 2012.

3. Any reply in support of the Motion for Preliminary Approval shall be filed no later than July 24, 2012.

**IT IS SO ORDERED.**

Dated: _____7/16/12_____

_____
The Honorable Susan Illston,
United States District Judge

3234645v1