| | |
|---|---|
| 1 | CHRISTOPHER A. NEDEAU (SBN 81297)<br>CARL L. BLUMENSTEIN (SBN 124158) |
| 2 | JAMES A. NICKOVICH (SBN 244969)<br>NOSSAMAN LLP |
| 3 | 50 California Street, 34th Floor<br>San Francisco, CA  94111 |
| 4 | Telephone:     (415) 398-3600<br>Facsimile:      (415) 398-2438 |
| 5 | cnedeau@nossaman.com<br>cblumenstein@nossaman.com |

Attorneys for Defendants
AUO Optronics Corporation and
AUO Optronics Corporation America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827 SI<br>MDL No. 1827 |
| This Document Relates To:<br><br>*ATS Claim, LLC v. Epson Electronics, America, Inc., et al.*, Case No. 09-cv-1115<br><br>*AT&T Mobility LLC et al v. AU Optronics Corporation, et al.*, Case No. 09-cv-4997<br><br>*Best Buy Co., Inc., et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-4572<br><br>*Costco Wholesale Corporation v. AU Optronics Corporation, et al.*, Case No. 11-cv-0058<br><br>*Dell Inc. et al. v. Sharp Corporation, et al.*, Case No. 10-cv-1064<br><br>*Eastman Kodak Company v. Epson Imaging Devices Corporation, et al.*, Case No. 10-cv-5452<br><br>*Electrograph Systems, Inc., et al. v. Epson Imaging Devices Corp., et al.*, Case No. 10-cv-0117<br><br>*Motorola, Inc. v. AU Optronics Corporation, et al.*, Case No. 09-cv-5840<br><br>*Nokia Corp. v. AU Optronics Corporation, et al.*, Case No. 09-cv-5609<br><br>*Target Corp. et al. v. AU Optronics Corporation, et al.,* Case No. 10-cv-4945 | **STIPULATION AND ORDER SETTING CASE MANAGEMENT CONFERENCE** |

**1**   WHEREAS the above-captioned cases have been proceeding with pretrial preparation in
**2**   accordance with the Court's Orders dated November 23, 2010 and July 14, 2011 (Dkt. Nos. 2165,
**3**   3110) and some of those cases are scheduled for trial before this Court on November 5, 2012;
**4**   WHEREAS counsel for plaintiffs and counsel for defendants in the above-captioned cases
**5**   believe it would be helpful to convene a case management conference and counsel are available for
**6**   such a status conference on Friday, August 3, 2012 at 2:30 p.m.;
**7**   THEREFORE, IT IS HEREBY STIPULATED between liaison counsel for the above-
**8**   captioned plaintiffs and defendants' liaison counsel, and subject to the concurrence of the Court,
**9**   that a case management conference will be held on Friday, August 3, 2012 at 2:30 p.m. in
**10**  Courtroom 10 of the Federal Building located at 450 Golden Gate Avenue, San Francisco,
**11**  California.  The parties will file case management conference statements by no later than July 23,
**12**  2012.

Dated:  July 12, 2012         NOSSAMAN LLP

                              By:   */s/ Carl L. Blumenstein*
                                        Carl L. Blumenstein

                              Liaison Counsel for Defendants and Attorneys for
                              Defendants AUO Optronics Corporation and
                              AUO Optronics Corporation America

Dated:  July 12, 2012         CROWELL & MORING LLP

                              By:   */s/ Jerome Murphy*
                                        Jerome Murphy

                              Liaison Counsel for Direct Action Plaintiffs and
                              Attorneys for AT&T Mobility LLC, Motorola, Inc.,
                              and Target Corp.

**ATTESTATION**:  Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the signatories.

**IT IS SO ORDERED.**

Date: _____7/16/12_____                    _____[signature]_____
                                                The Honorable Susan Illston
                                                United States District Court Judge