9Karl D. Belgum (State Bar No. 122752)
kbelgum@nixonpeabody.com
John R. Foote (State Bar No. 99674)
jfoote@nixonpeabody.com
Blaire Z. Russell (State Bar No. 271693)
brussell@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, CA  94111-3600
Telephone:     (415) 984-8200
Facsimile:      (415) 984-8300

Attorneys for Plaintiff
Eastman Kodak Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | CASE NO. 3:07-md-1827 SI |
| | MDL No. 1827 |
| THIS DOCUMENT RELATES TO:<br><br>Case No.: 10-cv-5254 SI<br><br>EASTMAN KODAK COMPANY,<br><br>            Plaintiff,<br><br>    v.<br><br>EPSON IMAGING DEVICES CORPORATION; EPSON ELECTRONICS AMERICA, INC.; TOSHIBA CORPORATION; TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; TOSHIBA MOBILE DISPLAY CO., LTD.; AU OPTRONICS CORPORATION; AU OPTRONICS CORPORATION AMERICA, INC.<br><br>            Defendants. | **STIPULATION AND [P~~ROPOSED~~] ORDER REGARDING PLAINTIFF EASTMAN KODAK COMPANY'S STATE LAW CLAIMS** |

WHEREAS plaintiff Eastman Kodak Company ("Kodak") filed a First Amended Complaint in the above-captioned case against defendants Epson Imaging Devices Corporation, Epson Electronics America, Inc., Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba Mobile Display Co., Ltd., Toshiba America Information Systems, Inc., AU Optronics Corporation, and AU Optronics Corporation America (collectively, "Defendants") on June 9, 2011 ("First Amended Complaint");

WHEREAS Kodak's First Amended Complaint asserts a claim for relief for violation of California antitrust law for all U.S. purchases (Second Claim for Relief); violation of California antitrust law for California purchases (Third Claim for Relief); violation of Nevada antitrust law for Nevada purchases (Fourth Claim for Relief); and violation of New York antitrust law for New York purchases (Fifth Claim for Relief);

WHEREAS Kodak's Second Claim for Relief was already dismissed by the Court by order dated August 23, 2011 (Order Granting in Part Defendants' Motion to Dismiss Kodak's First Amended Complaint, Case No. 3:10-cv-05452-SI, Docket No. 32), which recognized that Kodak sought to preserve this claim in the event the Ninth Circuit reverses the Court's order in the pending interlocutory appeal in the AT&T action (*see* Order Granting Plaintiff AT&T Mobility's Motion to Certify Under 28 U.S.C. Section 1292(b), Case No. 3:09-cv-04997-SI, Docket No. 99);

WHEREAS, after the filing of Kodak's First Amended Complaint, the Court issued two orders in the Costco action that clarified the definition of an in-state purchase for Due Process purposes and applied choice of law principles to decide that Washington law applied to Costco's claims, *see In re TFT-LCD (Flat Panel) Antitrust Litig.* (*Costco I*), Nos. M 07-1827, C 11-0058 SI, 2011 WL 3809767 (N.D. Cal. Aug. 29, 2011); *In re TFT-LCD (Flat Panel) Antitrust Litig.* (*Costco II*), Nos. M 07-1827, C 11-0058 SI, 2011 WL 5922966 (N.D. Cal. Nov. 28, 2011);

WHEREAS, on June 22, 2012, Defendants filed a motion for summary judgment against Kodak ("Motion for Summary Judgment") arguing that partial summary judgment should be granted in Defendants' favor as to claims brought by Kodak under the laws of California and Nevada because Kodak did not purchase any digital cameras in those states (Docket No. 60 in Case No. 3:10-cv-05452-SI);

WHEREAS Kodak and Defendants agree that, in light of the Court's decisions in the Costco action, Defendants' Motion for Summary Judgment is properly viewed as a choice of law motion;

WHEREAS Kodak and Defendants wish to resolve this matter efficiently without occupying the Court's time with further briefing or hearing;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, that:

1. Kodak's Third and Fourth Claims for Relief will be dismissed with prejudice.

2. Kodak reserves the right to pursue its Second Claim for Relief in the event the Ninth Circuit reverses the Court's order in the pending interlocutory appeal in the AT&T action.

3. Kodak's Fifth Claim for Relief under New York law will not be dismissed pursuant to this stipulation. Kodak expressly reserves whatever rights it may have to pursue damages for any and all purchases of LCD panels and products under the Fifth Claim for Relief, whether or not such purchases would have been the subject of the Second, Third, or Fourth Claims for Relief.

4. New York law will govern all of Kodak's claims, including those based on LCD panels and products negotiated and paid for from New York but shipped to California and Nevada.

DATED: July 18, 2012

By: /s/ Karl D. Belgum
Karl D. Belgum (CA Bar No. 122752)
John R. Foote (CA Bar No. 99674)
Blaire Z. Russell
NIXON PEABODY LLC
One Embarcadero Center, 18th Floor
San Francisco, CA 94111
(415) 984-8200 (Phone)
(415) 984.8300 (Facsimile)
kbelgum@nixonpeabody.com
jfoote@nixonpeabody.com
brussell@nixonpeabody.com

*Counsel for Plaintiff*
*Eastman Kodak Company*

By: /s/ Carl L. Blumenstein
Carl L. Blumenstein (CA Bar No. 124158)
NOSSAMAN LLP

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

        50 California Street, 34th Floor  
        San Francisco, California 94111-4799  
        (415) 398-3600 (Phone)  
        (415) 398-2438 (Facsimile)  
        cblumenstein@nossaman.com  

        *Attorneys for Defendants*  
        *AU Optronics Corporation and*  
        *AU Optronics Corporation America*  

By: /s/ Stephen P. Freccero  
    Melvin R. Goldman (Ca Bar No. 34097)  
    Stephen P. Freccero (CA Bar No. 131093)  
    Derek F. Foran (CA Bar No. 224569)  
    MORRISON & FOERSTER LLP  
    425 Market Street  
    San Francisco, CA 94105-2482  
    (415) 268-7000 (Phone)  
    (415) 268-7522 (Facsimile)  
    mgoldman@mofo.com  
    sfreccero@mofo.com  
    dforan@mofo.com  

    *Counsel for Defendants*  
    *Epson Imaging Devices Corporation and*  
    *Epson Electronics America, Inc.*  

By: /s/ John H. Chung  
    Christopher M. Curran (*pro hac vice*)  
    Martin M. Toto (*pro hac vice*)  
    John H. Chung (*pro hac vice*)  
    Kristen J. McAhren (*pro hac vice*)  
    WHITE & CASE LLP  
    1155 Avenue of the Americas  
    New York, NY 10036-2787  
    (212) 819-8200 (Phone)  
    (212) 354-8113 (Facsimile)  
    ccurran@whitecase.com  
    mtoto@whitecase.com  
    jchung@whitecase.com  
    kmcahren@whitecase,com  

    *Counsel for Defendants*  
    *Toshiba Corporation, Toshiba America Electronic*  
    *Components, Inc., Toshiba Mobile Display Co., Ltd.*  
    *and Toshiba America Information Systems, Inc.*  

MASTER FILE NO. 3:07-MD-1827-SI  
CASE NO. 3:10-CV-5452-SI  

4  

STIPULATION AND [PROPOSED] ORDER REGARDING KODAK'S STATE LAW CLAIMS  

14069017.1

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from the signatories to this document.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

By: _____*Susan Illston*_____

Judge of the U.S. District Court, N.D. California

Date: _____7/19/12_____

MASTER FILE NO. 3:07-MD-1827-SI
CASE NO. 3:10-CV-5452-SI

1

STIPULATION AND [PROPOSED] ORDER REGARDING KODAK'S STATE LAW CLAIMS

14069017.1