IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. M 07-1827 SI<br>MDL. No. 1827 |
| This Order Relates to:<br>ALL CASES | **ORDER RE ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL** |

Due to the many requests by the parties to file documents under seal in connection with summary judgment motions in this multi-district proceeding, the Court finds it appropriate to set forth guidelines aimed at reducing the administrative burden on the Court caused by such requests. The Court has observed that most of the information the parties want sealed is dated and no longer constitutes highly sensitive business information. Further, much of the information has already been made public or will soon be made public through its use at trial. Under these circumstances, the mere fact that information was originally designated as confidential or highly confidential is not longer sufficient to warrant filing under seal.

Accordingly, should any party wish to file documents under seal, that party must include in its supporting declaration: 1) the identity of the documents or portions of the documents that contain <u>currently</u> sensitive information; 2) why such information should be filed under seal but considered for purposes of the motion; and 3) an attestation that the subject information has not already been used at trial or is not otherwise publically available.

**IT IS SO ORDERED.**

Dated: July 19, 2012

SUSAN ILLSTON
United States District Judge