IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. M 07-1827 SI<br>MDL. No. 1827 |
| This Order Relates to:<br>ALL CASES | **ORDER RE ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL** |

Due to the massive volume of requests by the parties to file documents under seal in this multi-district proceeding, the Court finds it appropriate to set forth guidelines aimed at reducing the administrative burden on the Court caused by such requests. The Court has observed that most of the information the parties want sealed is dated and no longer constitutes highly sensitive business information. Further, much of the information has been already made public or will soon be made public through its use at trial.

Accordingly, should any party wish to file documents under seal, they shall include in their supporting declaration: 1) the identity of the documents or portions of the documents that contain current sensitive information; and 2) an attestation that the subject information has not already been used at trial or is not otherwise publically available.

Despite these new guidelines, the Court is disinclined to grant anymore administrative motions to file documents under seal.

**IT IS SO ORDERED.**

Dated: July 19, 2012

SUSAN ILLSTON
United States District Judge