1  Michael P. Kenny (mike.kenny@alston.com)
2  Debra D. Bernstein (debra.bernstein@alston.com)
   Rodney J. Ganske (rod.ganske@alston.com)
3  **ALSTON + BIRD LLP**
   1201 West Peachtree Street
4  Atlanta, Georgia 30309-3424
   Telephone: (404) 881-7000
5  Facsimile: (404) 881-7777

6
   Douglas R. Young (dyoung@fbm.com)
7  **FARELLA BRAUN + MARTEL LLP**
   235 Montgomery Street
8  San Francisco, California 94104
   Telephone: (415) 954-4410
9  Facsimile: (415) 954-4480
   *Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*
10

11

12                          UNITED STATES DISTRICT COURT

13                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                            (SAN FRANCISCO DIVISION)

15  IN RE: TFT-LCD (FLAT PANEL)              MASTER CASE NO. 3:07-md-1827 SI, MQ
    ANTITRUST LITIGATION                      MDL NO. 1827
16

17
    DELL INC. and DELL PRODUCTS L.P.,         Individual Case No. 3:10-cv-01064 SI
18
            Plaintiffs,                        ~~PROPOS~~ED ORDER
19
            v.
20
    SHARP CORPORATION, et al.,
21
            Defendants.
22

23

24      The Court having considered the stipulation of the parties, and good cause appearing therefore,

25  orders as follows:

26      1.  All claims asserted by Dell Inc. and Dell Products L.P. against Sharp Corporation and

27          Sharp Electronics Corporation in the underlying action are hereby dismissed with prejudice

28          pursuant to FRCP 41(a)(2).

---

1        2.  Each party shall bear their own costs and attorneys' fees.

2        IT IS SO ORDERED.

3

4    Dated: _____7/24/12_____        _____

5                                        Honorable Susan Y. Illston
                                         United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROPOSED ORDER                              Master File No. M07-1827 SI
                                                          3:10-cv-01064 SI