SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. McGINNIS, Cal. Bar No. 95788
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
DYLAN I. BALLARD, Cal. Bar No. 253929
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
Telephone:  415-434-9100
Facsimile:  415-434-3947
E-mail:  ghalling@sheppardmullin.com
         jmcginnis@sheppardmullin.com
         mscarborough@sheppardmullin.com
         dballard@sheppardmullin.com

Attorneys for Defendants
SAMSUNG SDI CO., LTD. and
SAMSUNG SDI AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | MDL File No. 3:07-md-1827 SI |
| This Documents Relates To the Following Individual Cases:<br><br>*ATS Claim, LLC v. Epson Electronics America, Inc., et al.*, Case No. 09-cv-1115<br><br>*AT&T Mobility LLC et al v. AU Optronics Corporation, et al.*, Case No. 09-cv-4997<br><br>*Best Buy Co., Inc., et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-4572<br><br>*Costco Wholesale Corporation v. AU Optronics Corporation, et al.*, Case No. 11-cv-0058<br><br>*Dell Inc. et al. v. Sharp Corporation, et al.*, Case No. 10-cv-1064 | MDL No. 1827<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |

1  *Eastman Kodak Co. v. Epson Imaging Devices Corp., et al.*, Case No. 10-cv-5452

2

3  *Electrograph Systems, Inc., et al. v. Epson Imaging Devices Corp., et al.*, Case No. 10-cv-0117

4

5  *Motorola, Inc. v. AU Optronics Corporation, et al.*, Case No. 09-cv-5840

6

7  *Nokia Corp., et. al. v. AU Optronics Corporation, et al.,* Case No. 09-cv-5609

8

9  *Target Corp. et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-4945

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The undersigned counsel, on behalf of all plaintiffs and defendants in the "Track 1" actions (collectively the "Track 1 parties"), hereby stipulate as follows:

WHEREAS, on July 12, 2012 the Track 1 parties filed a Stipulation and Proposed Order Setting Case Management Conference, providing that a Case Management Conference will be held in these actions on August 3, 2012, and that the parties would file a Joint Case Management Conference Statement by July 23, 2012; and

WHEREAS, the parties' stipulation was subsequently entered as an Order of the Court, *see* Master Docket No. 6199; and

WHEREAS, the parties are actively meeting and conferring regarding several of the issues to be addressed by the Joint Case Management Conference Statement, and believe additional time is necessary to complete the meet and confer process; and

WHEREAS, Local Rule 16-10(d) permits Joint Case Management Conference Statements to be filed at least 7 days before a scheduled Case Management Conference;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of all Track 1 plaintiffs and defendants, as follows:

1. The Track 1 parties will file a Joint Case Management Conference Statement by July 27, 2012.

Dated: July 24, 2012

      /s/ James L. McGinnis
Gary L. Halling (SBN 66087)
James L. McGinnis (SBN 95788)
Michael W. Scarborough (SBN 203524)
Dylan I. Ballard (SBN 253929)
SHEPPARD MULLIN RICHTER & HAMPTON
Four Embarcadero Center, 17th Floor
San Francisco, California  94111
Telephone:  (415) 434-9100
Facsimile:  (415) 434-3947
Email:  ghalling@sheppardmullin.com
       jmcginnis@sheppardmullin.com
       mscarborough@sheppardmullin.com
       dballard@sheppardmullin.com

*Counsel for Defendants Samsung SDI America, Inc. and Samsung SDI Co., Ltd. and on behalf of all Track One Defendants*

1 | Dated: July 24, 2012

2 | /s/ Joshua C. Stokes

Jason C. Murray (CA Bar No. 169806)
Janet I. Levine (CA Bar No. 94255)
Joshua C. Stokes (CA Bar No. 220214)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA  90071
Telephone:  213-622-4750
Facsimile:  213-622-2690
Email: jmurray@crowell.com
         jlevine@crowell.com
         jstokes@crowell.com

Jeffrey H. Howard (pro hac vice)
Jerome A. Murphy (pro hac vice)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  202-624-2500
Facsimile:  202-628-5116
Email:  jhoward@crowell.com
         jmurphy@crowell.com

*Counsel for Plaintiffs AT&T Mobility LLC; AT&T Corporation; AT&T Services, Inc.; Bellsouth Telecommunications Inc.; Pacific Bell Telephone Company; AT&T Operations, Inc.; AT&T Datacomm, Inc.; Southwestern Bell Telephone Company; Motorola, Inc.; Target Corporation; Sears, Roebuck, & Co.; Kmart Corporation; Old Comp Inc.; Good Guys, Inc.; RadioShack Corporation; Newegg Inc.; and on behalf of all Track One Plaintiffs*

The filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

1     **IT IS SO ORDERED.**

3 Dated: _____7/25_____, 2012

                                                    Susan Illston, United States District Judge