Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Judith A. Zahid (215418)
Patrick B. Clayton (240191)
Qianwei Fu (242669)
Heather T. Rankie (268002)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile:  (415) 693-0770
*fscarpulla@zelle.com*

Joseph M. Alioto (42680)
Theresa D. Moore (99978)
ALIOTO LAW FIRM
225 Bush Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile:  (415) 434-9200
*jmalioto@aliotolaw.com*

*Co-Lead Class Counsel for Indirect-Purchaser Plaintiffs*

[Additional counsel listed on signature pages]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:07-MD-1827 SI<br>MDL No. 1827 |
| This Document Relates to:<br><br>All Indirect-Purchaser Actions;<br><br>*State of Missouri, et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-3619;<br><br>*State of Florida v. AU Optronics Corporation, et al.*, Case No. 10-cv-3517; and<br><br>*State of New York v. AU Optronics Corporation, et al.*, Case No. 11-cv-0711. | [~~PROPOSED~~] ORDER RE: DISTRIBUTION FROM ESCROW FUNDS FOR NOTICE PROGRAM<br><br>The Honorable Susan Illston |

1  WHEREAS, the Court has before it a motion for preliminary approval of the settlements
2  between the Indirect-Purchaser Plaintiffs ("IPPs") and the States of Arkansas, California,
3  Florida, Michigan, Missouri, New York, West Virginia, and Wisconsin ("Settling States") on the
4  one hand, and defendants AUO, LG, and Toshiba (as identified in the respective Settlement
5  Agreements, and inclusive of related entities also identified in the respective Settlement
6  Agreements; collectively, "Settling Defendants") on the other hand;

7  WHEREAS, the Settlement Agreements with the Settling Defendants provide that the
8  costs of notice of the settlements, as well as administration of the claims process, shall be paid
9  from the Settlement Fund of each Settling Defendant, *pro rata*, based on each Settling
10 Defendant's Settlement Amount for a total of $3,132,594.21);

11 WHEREAS, the cost of notice for media purchases invoiced by Kinsella Media is
12 $2,947,982.00 (see Exhibit 1 attached hereto) and the cost of claims administration invoiced by
13 Rust Consulting is $184,812.21 (see Exhibit 2 attached hereto);

14 WHEREAS, ~~the parties to~~ IN ACCORDANCE WITH the Settlement Agreements ~~have determined that~~ the following
15 amounts may be deducted from each Settling Defendant's Settlement Fund to pay the costs of
16 notice and claims administration:

17     LG                  $2,084,738.65
18     AUO               $932,646.34
19     Toshiba           $115,209.22
20     **TOTAL**          **$3,132,594.21**

21 WHEREAS, Well Fargo Bank, N.A. has informed the parties that it requires an order
22 from the Court before it will distribute the costs of notice and of administration;

23 THEREFORE, IT IS HEREBY ORDERED that Wells Fargo Bank, N.A. shall deduct
24 from the Settlement Fund of each Settling Defendant held in escrow the amounts listed above
25 and Wells Fargo Bank, N.A. shall then wire **$2,947,982.00** for the costs of paid media notice to
26 the following account:

27
28

1

[PROPOSED] ORDER RE: DISTRIBUTION FROM ESCROW FUNDS FOR NOTICE PROGRAM

| | |
|---|---|
| 1 | Bank of Texas |
| 2 | ABA/Routing # 111014325 |
| 3 | Account # 8093434332 |
| 4 | Account Name: Kinsella Media, LLC |
| 5 | Reference # 4497 |
| 6 | Federal Tax ID # 52-2301194 |
| 7 | Bank Contact: Mayra Landeros, (214) 987-8817 |

Additionally, Wells Fargo Bank, N.A. shall wire **$184,612.21** for costs of claims administration to the following account:

> Bank of Texas
>
> ABA/Routing # 111014325
>
> Account # 8093434387
>
> Account Name: Rust Consulting
>
> Reference # 128325
>
> Federal Tax ID # 41-1813634
>
> Bank Contact: Mayra Landeros, (214) 987-8817

The balance of funds in the demand-deposit account, if any, shall be retained for separate costs associated with the notice plan as they are incurred.

**IT IS SO ORDERED.**

Dated: _7/27_, 2012

_____
Hon. Susan Illston,
United States District Judge

3235822v1

2
[PROPOSED] ORDER RE: DISTRIBUTION FROM ESCROW FUNDS FOR NOTICE PROGRAM



**INVOICE # 4497**

*In re TFT-LCD (Flat Panel) Antitrust Litigation*
Job:        2439
Date:       7/25/2012
Due Date:   8/3/2012

BIll To:
Josef Cooper
Cooper & Kirkham, P.C.
655 Montgomery Street, 17th Floor
San Francisco, California 94111

## Paid Media Components

| | Insertions |
|---|---:|
| **Print Media** | |
| **Magazine(s)** | |
|     *Newsweek* | 1 |
|     *People* | 1 |
|     *People* | 1 |
|     *Sports Illustrated* | 1 |
|     *Time* | 1 |
| **Newspaper(s)** | |
|     *El Nuevo Dia* | 1 |
|     *El Vocero* | 1 |
|     *New York Times (Sunday)* | 1 |
|     *Pacific Daily News (Guam)* | 1 |
|     *Primera Hora* | 1 |
|     *Saipan Tribune* | 1 |
|     *Samoa News* | 1 |
|     *St. Croix Avis* | 1 |
|     *St. Johns Trade Winds* | 1 |
|     *Virgin Islands Daily News* | 1 |
|     *Wall Street Journal* | 1 |
| **Newspaper Supplement(s)** | |
|     *Parade* | 1 |
|     *USA Weekend* | 1 |

| **Broadcast Media** | Estimated Frequency |
|---|---:|
| **TV** | |
|     *Broadcast Network/Cable* | 21 |

| **Online Media** | Estimated Impressions |
|---|---:|
| **Web** | |
|     *24/7 Network* | 154,693,756 |
|     *Facebook.com* | 437,261,431 |
|     *macworld (Online)* | 469,792 |
|     *macworld (Online)* | 157,000 |
|     *Microsoft Media Network* | 51,346,436 |
|     *NetShelter Tech Network* | 12,008,501 |
|     *PCMag.com* | 2,508,138 |
|     *pcworld (Online)* | 468,000 |
|     *pcworld (Online)* | 158,777 |
|     *Pheedo (RSS Feed Advertising)* | 2,200,427 |
|     *Quadrant One* | 26,816,507 |
|     *Specific Media* | 45,395,768 |
| **Paid Media Components Total:** | **$2,907,932.74** |

## Other Program Components

| | |
|---|---:|
| *Earned Media: Blog Outreach* | $800.00 |

**INVOICE # 4497**



| | |
|---|---:|
| *Earned Media: Flex Release* | $2,200.00 |
| *Earned Media: Social Post* | $150.00 |
| *Google Content Network (banner ads)* | $10,000.00 |
| *Keyword Search Campaign: KM To Bill Actual Cost* | $15,000.00 |
| *Keyword Search Campaign: Set-up and Management Fee* | $750.00 |
| *Production and Distribution: Print Ad* | $1,050.00 |
| *Production and Distribution: TV Spot* | $9,050.00 |
| *Production and Distribution: Web Ad* | $1,050.00 |
| **Other Program Components Total:** | **$40,050.00** |

### Current Total Due

$2,947,982.74

### Payment Instructions

**Wire Payment to:**
ABA/Routing #(Wire or ACH): 111014325
Account#: 8093434332
Account Name: Kinsella Media, LLC
Reference #: 4497
Bank: Bank of Texas
Bank Contact: Mayra Landeros - 214.987.8817
Federal Tax ID: 52-2301194

**Or Mail Payment to:**
SourceHOV
Attn: Accounts Receivable
2200 Chemsearch Blvd.
Drawer #9065
Irving, Texas 75062

## Media Schedule - July 27, 2012 Approval
*TFT-LCD Antitrust Litig. (3 Defendants - Indirect Purchasers)*
7/24/2012


KINSELLA MEDIA

### Paid Media Components

**Print Media**

| Magazine(s) | Issue Date | Mail/On-sale Date |
|---|---|---|
| People | September 3, 2012 | August 24, 2012 |
| Newsweek | August 27, 2012 | August 20, 2012 |
| Sports Illustrated | September 3, 2012 | August 29, 2012 |
| People | September 10, 2012 | August 31, 2012 |
| Time | August 27, 2012 | August 17, 2012 |

**National Newspaper(s)**

| | | |
|---|---|---|
| Wall Street Journal | August 20, 2012 | August 20, 2012 |
| New York Times (Sunday) | August 19, 2012 | August 19, 2012 |

**Newspaper Supplements**

| | | |
|---|---|---|
| Parade | August 26, 2012 | August 26, 2012 |
| USA Weekend | August 26, 2012 | August 26, 2012 |

**U.S. Territory Newspaper(s)**

| | | |
|---|---|---|
| Agana Pacific News (Guam) | Week of August 6, 2012 | Week of August 6, 2012 |
| El Nuevo Dia (Puerto Rico) | Week of August 6, 2012 | Week of August 6, 2012 |
| El Vocero (Puerto Rico) | Week of August 6, 2012 | Week of August 6, 2012 |
| Primera Hora (Puerto Rico) | Week of August 6, 2012 | Week of August 6, 2012 |
| Saipan Tribune (Northern Mariana Islands) | Week of August 6, 2012 | Week of August 6, 2012 |
| Samoa News (American Samoa) | Week of August 6, 2012 | Week of August 6, 2012 |
| St. Croix Avis (St. Croix, U.S.V.I.) | Week of August 6, 2012 | Week of August 6, 2012 |
| St. John Trade Winds (St. John, U.S.V.I.) | Week of August 6, 2012 | Week of August 6, 2012 |
| St. Thomas News (St. Thomas, U.S.V.I.) | Week of August 6, 2012 | Week of August 6, 2012 |
| Virgin Islands Daily News (St. Thomas, U.S.V.I.) | Week of August 6, 2012 | Week of August 6, 2012 |

**Online Media**

| | Start Date | End Date |
|---|---|---|
| 24/7 Network | August 1, 2012 | August 30, 2012 |
| Facebook.com | August 1, 2012 | August 30, 2012 |
| macworld | August 1, 2012 | August 30, 2012 |
| Microsoft Media Network | August 1, 2012 | August 30, 2012 |
| NetShelter Tech Network | August 1, 2012 | August 30, 2012 |
| PCMag.com | August 1, 2012 | August 30, 2012 |
| pcworld | August 1, 2012 | August 30, 2012 |
| Quadrant One | August 1, 2012 | August 30, 2012 |
| Specific Media | August 1, 2012 | August 30, 2012 |
| Keyword Search Campaign | August 1, 2012 | na |
| RSS Feed | August 1, 2012 | August 30, 2012 |

**Broadcast Media**

| | | |
|---|---|---|
| Network Cable Television | August 13, 2012 | August 26, 2012 |

### Other Program Components

**Earned Media**

| | Distribution Date |
|---|---|
| Press Release Distribution | August 1, 2012 |

### Approval Timing

KM requires formal engagement by **July 27, 2012** in order to reserve any advertising space.
In order to comply with this schedule, KM must receive approval by the following dates:

(1) Publication Notice must be approved by **July 27, 2012**.
(2) Television script must be approved by **July 27, 2012**.
(3) Web ad must be approved by **July 31, 2012**.



# Invoice

**RUST CONSULTING**

625 MARQUETTE AVENUE, SUITE 880
MINNEAPOLIS, MN 55402
P 612.359.2000  I  F 612.359.2050
WWW.RUSTCONSULTING.COM
FEDERAL ID #: 41-1813634

| | |
|---|---|
| DATE: | 07/18/12 |
| INVOICE #: | 128325 |
| MATTER #: | 8292 |

TO: Francis D. Scarpulla
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street
Suite 3400
San Francisco, CA  94104
fscarpulla@zelle.com
jdc@coopkirk.com

### PROJECT
*LCD Indirect*
*June 2012 Claims Administration Services*

| | |
|---|---:|
| Project Setup - Claim Form Mailing | $ 9,717.40 |
| Claimant Communication/Opt-Outs | 405.50 |
| Project Management | 5,103.99 |
| Technical Consulting | 6,115.80 |
| Telephone Support | 584.10 |
| Quality Assurance | 237.70 |
| Financial | 211.00 |
| Expenses: Other Charges and Out-of-Pocket Costs | 1,804.65 |
| Total Invoice | $ 24,180.14 |
| Outstanding Invoice(s) | $ 160,632.07 |
| Total Amount Due | $ 184,812.21 |

**PAYMENT TERMS: NET DUE UPON RECEIPT**

**WIRE INFORMATION**
ACCOUNT #: 8093434387
ABA/ROUTING # WIRE or ACH: 111014325
BANK: BANK OF TEXAS, DALLAS, TX 75225
BANK CONTACT: MAYRA LANDEROS  214.987.8817
REFERENCE: INVOICE NUMBER

**RUST**
**LOCKBOX MAILING ADDRESS:**
P O BOX 142589
DRAWER #9051
Irving, TX  75014-2589



**RUST** CONSULTING

| | |
|---|---|
| DATE: | 07/18/12 |
| INVOICE #: | 128325 |
| MATTER #: | 8292 |

## STATEMENT OF ACCOUNT

Current Invoice Period:   June 2012 Claims Administration Services

| Total Current Invoice | $ | 24,180.14 |
|---|---|---|

**OUTSTANDING INVOICES:**

| Date | Invoice # | Amount | Payments | Balance |
|---|---|---|---|---|
| 02/29/12 | 128047 | 17,464.43 | | 17,464.43 |
| 03/21/12 | 128080 | 66,994.7 | | 66,994.70 |
| 04/20/12 | 128135 | 42,495.8 | | 42,495.79 |
| 05/30/12 | 128230 | 15,385.8 | | 15,385.76 |
| 06/29/12 | 128293 | 18,291.4 | | 18,291.39 |

| PREVIOUS BALANCE DUE | $ | 160,632.07 |
|---|---|---|

| Total Amount Due | $ | 184,812.21 |
|---|---|---|

**WIRE INFORMATION**
ACCOUNT #: 8093434387
ABA/ROUTING # WIRE or ACH: 111014325
BANK: BANK OF TEXAS, DALLAS, TX 75225
BANK CONTACT: MAYRA LANDEROS  214.987.8817
REFERENCE: INVOICE NUMBER

**RUST**
**LOCKBOX MAILING ADDRESS:**
P O BOX 142589
DRAWER #9051
Irving, TX  75014-2589

**PAYMENT TERMS: NET DUE UPON RECEIPT**