David P. Germaine (*Admitted Pro Hac Vice*)
VANEK, VICKERS & MASINI, P.C.
111 South Wacker Drive, Suite 4050
Chicago, Illinois 60606
Telephone: (312) 224-1500
Facsimile: (312) 224-1510
E-mail: dgermaine@vaneklaw.com

*Counsel for Plaintiff, ATS Claim, LLC*
[additional counsel listed on signature page]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. M 07-1827 SI-FS<br><br>MDL No. 1827 |
| This Document Relates To: Case No.: 09-1115 SI<br><br>ATS Claim, LLC<br><br>Plaintiff,<br><br>vs.<br><br>Epson Electronics America, Inc., et al<br><br>Defendants. | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br><br>Honorable Susan Illston |

Plaintiff ATS Claim, LLC ("ATS"), and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., Samsung Electronics Company, Ltd., (collectively "Samsung"), by their respective attorneys and under Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the present action with prejudice and state as follows:

1. ATS and Samsung seek the dismissal of this action with prejudice.

2. This stipulation does not affect the rights or claims of ATS against any other defendant or co-conspirator in this litigation.

1  WHEREFORE, the parties respectfully request that this Court issue an Agreed Order of
Dismissal.

**IT IS SO STIPULATED.**

Dated:  July 27, 2012                    VANEK, VICKERS & MASINI, P.C.


                                         By:     /s/David P. Germaine
                                                 David P. Germaine
                                                 111 South Wacker Drive, Suite 4050
                                                 Chicago, Illinois  60606
                                                 Telephone: (312) 224-1500
                                                 Facsimile: (312) 224-1510

                                                 *Counsel for Plaintiff, ATS Claims, LLC*

Dated:  June 27, 2012                    COVINGTON & BURLING, LLP


                                         By:     /s/Derek Ludwin
                                                 Derek Ludwin
                                                 1201 Pennsylvania, Ave., N.W.
                                                 Washington, D.C. 20004
                                                 Telephone: (202) 662-5429

                                                 *Counsel for Samsung Defendants*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. M 07-1827 SI-FS |
| | MDL No. 1827 |
| This Document Relates To: Case No.: 09-1115 SI | |
| ATS Claim, LLC | |
| Plaintiff, | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |
| vs. | |
| Epson Electronics America, Inc., et al | Honorable Susan Illston |
| Defendants. | |

The Court having considered the stipulation of the parties, and good cause appearing therefor, orders as follows:

1. ATS Claim, LLC's action is dismissed with prejudice as against Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., Samsung Electronics Company, Ltd. pursuant to FRCP 41(a)(2).

2. Each party shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: __7/31/12__

_____
Hon. Susan Illston
United States District Judge