Randall Allen (State Bar No. 264067)
**ALSTON + BIRD LLP**
275 Middlefield Road, Suite 150
Menlo Park, California 94025
Telephone: 650-838-2000
Facsimile: 650-838-2001
Email: randall.allen@alston.com

Peter Kontio (peter.kontio@alston.com)
Valarie C. Williams (valarie.williams@alston.com)
B. Parker Miller (parker.miller@alston.com)
**ALSTON + BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: 404-881-7000
Facsimile: 404-881-7777

Richard W. Stimson (rick.stimson@alston.com)
**ALSTON + BIRD LLP**
2828 North Harwood Street, 18th Floor
Dallas, Texas 75201
Telephone: 214-922-3400
Facsimile: 214-922-3899

*Attorneys for Plaintiffs Nokia Corporation and Nokia Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | MDL FILE NO: 3:07-md-1827-SI<br>CASE NO: 3:09-CV-5609-SI |
| This Document Relates to:<br><br>NOKIA CORPORATION and NOKIA INC.,<br><br>v.<br><br>AU OPTRONICS CORPORATION et al,<br><br>CASE NO: 3:09-CV-5609-SI | **STIPULATION AND PROPOSED ORDER RESETTING ORAL ARGUMENT** |

1  Plaintiffs Nokia Corporation and Nokia, Inc. (collectively, "Nokia") and Defendants
2  Samsung SDI Co., Ltd., Samsung SDI America, Inc., Sharp Corporation, Sharp Electronics
3  Corporation, Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America
4  Electronic Components, Inc., Toshiba America Information Systems, Inc., Samsung
5  Electronics Co., Ltd., Samsung Semiconductor, Inc., Samsung Electronics America, Inc.,
6  Hitachi, Ltd., Hitachi Display Co., Ltd. and Hitachi Electronic Devices (USA), Inc.
7  (collectively, the "Defendants") (Nokia and Defendants are referred to collectively as the
8  "Parties") hereby stipulate as follows:

## STIPULATION

10  WHEREAS Defendants have filed against Nokia a Joint Motion for Partial Summary
11  Judgment as to Claims Based on Foreign Commerce (the "FTAIA Motion") [MDL Dkt. Nos.
12  5879 (redacted), 5878 (sealed)];

13  WHEREAS Defendants have filed against Nokia a Joint Motion for Partial Summary
14  Judgment as to (1) Claims Based on Inferred Invoices; and (2) State Law Claims (the "Inferred
15  Invoice Motion") [MDL Dkt. Nos. 6092 (redacted), 6157 (sealed)];

16  WHEREAS Oral arguments on the FTAIA Motion are set for August 10, 2012, and oral
17  arguments on the Inferred Invoice Motion are set for August 31, 2012;

18  WHEREAS the Parties agree that it would be more efficient to reset oral arguments on
19  the FTAIA Motion to the same date set for oral arguments on the Inferred Invoice Motion,
20  specifically, August 31, 2012 at 9:00am.

21  NOW, THEREFORE, the Parties, through their undersigned respective counsel,
22  stipulate and agree as follows:

23  Oral arguments on the FTAIA Motion shall reset to August 31, 2012 at 9:00am.

24  DATED: August 6, 2012.   /s/ Michael Scarborough
25  Gary L. Halling
   James L. McGinnis
26  Michael W. Scarborough
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
27  Four Embarcadero Center, 17th Floor
   San Francisco, CA 94111
28  (415) 434-9100 (Phone)
   (415) 434-3947 (Facsimile)

| | |
|---|---|
| 1 | |
| 2 | *Counsel for Samsung SDI America, Inc., and Samsung SDI Co., Ltd.* |
| 3 | |
| 4 | *Also filed on behalf of Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., Hitachi, Ltd., Hitachi Displays, Ltd. and Hitachi Electronic Devices (USA), Inc.* |
| 5 | |
| 6 | |
| 7 | |
| 8 | /s/ B. Parker Miller |
| 9 | Peter Kontio (peter.kontio@alston.com) |
|   | Valarie C. Williams (valarie.williams@alston.com) |
| 10 | B. Parker Miller (parker.miller@alston.com) |
|   | **ALSTON + BIRD LLP** |
| 11 | 1201 West Peachtree Street |
| 12 | Atlanta, Georgia 30309 |
|   | Telephone:  404-881-7000 |
| 13 | Facsimile:   404-881-7777 |
| 14 | *Counsel for Plaintiffs Nokia Corporation and Nokia Inc.* |
| 15 | **ATTESTATION:**  Pursuant to N.D. Cal. General Order 45, Part X-B, the filer attests that |
| 16 | concurrence in the filing of this document has been obtained from each signatory hereto. |
| 17 | |
| 18 | **IT IS SO ORDERED.** |
| 19 | Dated: August _6_ 2012. |
| 20 | |
| 21 | _____ |
| 22 | Hon. Susan Illston, United States District Judge |