1  WILLIAM S. FARMER (SBN 46694)
   JACOB P. ALPREN (SBN 235713)
2  DAVID BROWNSTEIN (SBN 141929)
3  **FARMERBROWNSTEIN LLP**
   235 Pine Street, Suite 1300
4  San Francisco CA 94104
   Telephone: (415) 795-2050
5  Email: wfarmer@FarmerBrownstein.com
          jalpren@FarmerBrownstein.com
6          dbrownstein@FarmerBrownstein.com
7
   Attorneys for Defendant
8  TATUNG COMPANY OF AMERICA, INC.

9

                    **UNITED STATES DISTRICT COURT**
10
                **NORTHERN DISTRICT OF CALIFORNIA,**
11
                     **SAN FRANCISO DIVISION**
12

13 | IN RE TFT-LCD (FLAT PANEL)     | Master File No.  07-m-1827 SI
   | ANTITRUST LITIGATION          |
14 |                               | MDL No. 1827
   |                               |
15 | This Documents Relates To the Following | Case Nos.      11-cv-2591 SI
   | Individual Case:              |
16 |                               |
17 | T-MOBILE U.S.A, INC.,         | **NOTICE OF WITHDRAWAL AND**
   |                               | **SUBSTITUTION OF COUNSEL AND**
18 |              Plaintiff,        | [~~PROPOSED~~] ORDER
   |                               |
19 |              v.               |
   |                               |
20 | AU OPTRONICS CORP., *et al.*, |
   |                               |
21 |              Defendants.      |
22

23 **TO THE COURT AND ALL COUNSEL OF RECORD:**
24
         PLEASE TAKE NOTICE that Defendant Tatung Company of America, Inc. ("Tatung")
25
   hereby substitutes FarmerBrownstein LLP as counsel for Tatung in the above-captioned matter
26
   in place of withdrawing counsel Collette Erickson Farmer & O'Neill LLP, as follows:
27

28

235 PINE ST., SUITE 1300
SAN FRANCISCO, CA 94104
(415) 788-4646

                                            1                          Case No.  11-cv-2591 SI
                   NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

1    Former Counsel:   William S. Farmer
                       Jacob P. Alpren
2                      Andrew H. Pontious
                       COLLETTE ERICKSON FARMER & O'NEILL LLP
3                      235 Pine Street, Suite 1300
                       San Francisco CA 94104
4                      Telephone:  (415) 788-4646
                       Email: wfarmer@collette.com
5                      jalpren@collette.com
                       apontious@collette.com
6

7    New Counsel:      William S. Farmer
                       David C. Brownstein
8                      Jacob P. Alpren
                       Andrew H. Pontious
9                      FARMERBROWNSTEIN LLP
                       235 Pine Street, Suite 1300
10                     San Francisco CA 94104
                       Telephone:  (415) 795-2050
11                     Email: wfarmer@farmerbrownstein.com
                       dbrownstein@farmerbrownstein.com
12                     jalpren@farmerbrownstein.com
                       apontious@farmerbrownstein.com
13

14        Please update all service lists and direct all future filings, discovery and correspondence

15   to William S. Farmer, David C. Brownstein, Jacob P. Alpren and Andrew H. Pontious.

16        The undersigned parties consent to the above substitution of counsel.

17

18   DATED:  July 18, 2012                TATUNG COMPANY OF AMERICA, INC.

19

20

21                                        By: _____/s/_____
                                                    ANDREW SUN
22                                                   President

23   DATED:  July 18, 2012                COLLETTE ERICKSON FARMER & O'NEILL
                                          LLP
24

25

26                                        By: _____/s/_____
                                                  ANDREW H.PONTIOUS
27

28

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

1    DATED:  July 18, 2012                         FARMERBROWNSTEIN LLP

2

3                                                  By: ___/s/_____
                                                          WILLIAM S. FARMER
4

5                                                  Attorney for Defendant Tatung Company of
                                                   America, Inc.
6

7            Attestation:  The filer of this document attests that the concurrence of the other

8    signatories thereto has been obtained.

9

10

11   The above substitution of counsel is approved and IT IS SO ORDERED.

12

13   DATED:    8/6/12                              _____
                                                   HONORABLE SUSAN ILLSTON
14                                                 UNITED STATES DISTRICT COURT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FarmerBrownstein LLP
235 PINE ST., SUITE 1300
SAN FRANCISCO, CA 94104
(415) 788-4646

3                                   Case No.  11-cv-2591 SI
NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL