WILLIAM S. FARMER (SBN 46694)
JACOB P. ALPREN (SBN 235713)
DAVID BROWNSTEIN (SBN 141929)
**FARMERBROWNSTEIN LLP**
235 Pine Street, Suite 1300
San Francisco CA 94104
Telephone: (415) 795-2050
Email: wfarmer@FarmerBrownstein.com
       jalpren@FarmerBrownstein.com
       dbrownstein@FarmerBrownstein.com

Attorneys for Defendant
TATUNG COMPANY OF AMERICA, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA,

## SAN FRANCISO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 07-m-1827 SI <br><br> MDL No. 1827 |
| This Documents Relates To the Following Individual Case: <br><br> T-MOBILE U.S.A, INC., <br><br> Plaintiff, <br><br> v. <br><br> AU OPTRONICS CORP., *et al.*, <br><br> Defendants. | Case Nos.   11-cv-2591 SI <br><br> **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND [P~~ROPO~~SED] ORDER** |

**TO THE COURT AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Defendant Tatung Company of America, Inc. ("Tatung") hereby substitutes FarmerBrownstein LLP as counsel for Tatung in the above-captioned matter in place of withdrawing counsel Collette Erickson Farmer & O'Neill LLP, as follows:

FarmerBrownstein LLP
235 PINE ST., SUITE 1300
SAN FRANCISCO, CA 94104
(415) 788-4646

1                                                                 Case No. 11-cv-2591 SI
NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

| | | |
|---|---|---|
| 1 | Former Counsel: | William S. Farmer |
| 2 | | Jacob P. Alpren |
| | | Andrew H. Pontious |
| 3 | | COLLETTE ERICKSON FARMER & O'NEILL LLP |
| | | 235 Pine Street, Suite 1300 |
| 4 | | San Francisco CA 94104 |
| 5 | | Telephone: (415) 788-4646 |
| | | Email: wfarmer@collette.com |
| 6 | | jalpren@collette.com |
| | | apontious@collette.com |
| 7 | | |
| | New Counsel: | William S. Farmer |
| 8 | | David C. Brownstein |
| 9 | | Jacob P. Alpren |
| | | Andrew H. Pontious |
| 10 | | FARMERBROWNSTEIN LLP |
| | | 235 Pine Street, Suite 1300 |
| 11 | | San Francisco CA 94104 |
| 12 | | Telephone: (415) 795-2050 |
| | | Email: wfarmer@farmerbrownstein.com |
| 13 | | dbrownstein@farmerbrownstein.com |
| | | jalpren@farmerbrownstein.com |
| 14 | | apontious@farmerbrownstein.com |

Please update all service lists and direct all future filings, discovery and correspondence to William S. Farmer, David C. Brownstein, Jacob P. Alpren and Andrew H. Pontious.

The undersigned parties consent to the above substitution of counsel.

DATED: July 18, 2012                TATUNG COMPANY OF AMERICA, INC.


                                    By: _____/s/_____
                                              ANDREW SUN
                                              President


DATED: July 18, 2012                COLLETTE ERICKSON FARMER & O'NEILL LLP


                                    By: _____/s/_____
                                              ANDREW H. PONTIOUS

FarmerBrownstein LLP
235 PINE ST., SUITE 1300
SAN FRANCISCO, CA 94104
(415) 788-4646

2                                   Case No. 11-cv-2591 SI
NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

DATED: July 18, 2012                FARMERBROWNSTEIN LLP


By:     /s/
         WILLIAM S. FARMER

Attorney for Defendant Tatung Company of America, Inc.


Attestation:  The filer of this document attests that the concurrence of the other signatories thereto has been obtained.


The above substitution of counsel is approved and IT IS SO ORDERED.

DATED:  8/6/12

HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

FarmerBrownstein LLP
235 PINE ST., SUITE 1300
SAN FRANCISCO, CA 94104
(415) 788-4646

3                                    Case No. 11-cv-2591 SI
NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL