WILLIAM S. FARMER (State Bar No. 46694)
DAVID C. BROWNSTEIN (State Bar No. 141929)
JACOB P. ALPREN (State Bar No. 235713)
FARMERBROWNSTEIN LLP
235 Pine Street, Suite 1300
San Francisco CA 94104
Telephone: (415) 795-2050
wfarmer@farmerbrownstein.com
dbrownstein@farmerbrownstein.com
jalpren@farmerbrownstein.com

Attorneys for Defendant
CHUNGHWA PICTURE TUBES, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 07-m-1827 SI<br><br>MDL No. 1827 |
| This Documents Relates To the Following Individual Cases:<br><br>AT&T MOBILITY LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AU OPTRONICS CORP., *et al.*,<br><br>Defendants.<br><br>MOTOROLA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AU OPTRONICS CORP., *et al.*,<br><br>Defendants. | Case Nos.   09-cv-4997 SI<br>             09-cv-5840 SI<br>             11-cv-2591 SI<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND** [~~PROPOSED~~] **ORDER** |

FarmerBrownstein LLP
235 PINE ST., SUITE 1300
SAN FRANCISCO, CA 94104
(415) 788-4646

1   Case Nos. 09-cv-4997 SI; 09-cv-5840 SI; 11-cv-2591 SI
NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

| | |
|---|---|
| T-MOBILE U.S.A, INC., | |
| Plaintiff, | |
| v. | |
| AU OPTRONICS CORP., *et al.*, | |
| Defendants. | |

**TO THE COURT AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Defendant Chunghwa Picture Tubes, Ltd. ("Chunghwa") hereby substitutes FarmerBrownstein LLP as counsel for Chunghwa in the above-captioned matters in place of withdrawing counsel Collette Erickson Farmer & O'Neill LLP, as follows:

Former Counsel:    William S. Farmer
Jacob P. Alpren
Andrew H. Pontious
COLLETTE ERICKSON FARMER & O'NEILL LLP
235 Pine Street, Suite 1300
San Francisco CA 94104
Telephone: (415) 788-4646
Email: wfarmer@collette.com
jalpren@collette.com
apontious@collette.com

New Counsel:    William S. Farmer
David C. Brownstein
Jacob P. Alpren
Andrew H. Pontious
FARMERBROWNSTEIN LLP
235 Pine Street, Suite 1300
San Francisco CA 94104
Telephone: (415) 795-2050
Email: wfarmer@farmerbrownstein.com
dbrownstein@farmerbrownstein.com
jalpren@farmerbrownstein.com
apontious@farmerbrownstein.com

Please update all service lists and direct all future filings, discovery and correspondence to William S. Farmer, David C. Brownstein, Jacob P. Alpren and Andrew H. Pontious.

The undersigned parties consent to the above substitution of counsel.

FarmerBrownstein LLP
235 PINE ST., SUITE 1300
SAN FRANCISCO, CA 94104
(415) 788-4646

2     Case Nos. 09-cv-4997 SI; 09-cv-5840 SI; 11-cv-2591 SI
NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

DATED: July 18, 2012              CHUNGHWA PICTURE TUBES, LTD.


                                  By: _____/s/_____
                                        MARCUS J. WOO,
                                  Vice President and General Counsel


DATED: July 18, 2012              COLLETTE ERICKSON FARMER & O'NEILL
                                  LLP


                                  By: _____/s/_____
                                          ANDREW H. PONTIOUS


DATED: July 18, 2012              FARMERBROWNSTEIN LLP


                                  By: _____/s/_____
                                          WILLIAM S. FARMER

                                  Attorney for Defendant Chunghwa Picture Tubes, Ltd.


Attestation: The filer of this document attests that the concurrence of the other signatories thereto has been obtained.


The above substitution of counsel is approved and IT IS SO ORDERED.

DATED:  8/6/12

                                  _____
                                  HONORABLE SUSAN ILLSTON
                                  UNITED STATES DISTRICT COURT JUDGE

FarmerBrownstein LLP
235 PINE ST., SUITE 1300
SAN FRANCISCO, CA 94104
(415) 788-4646

3     Case Nos. 09-cv-4997 SI; 09-cv-5840 SI; 11-cv-2591 SI
NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL