Jason C. Murray (State Bar No. 169806)
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, California  90071
Telephone:  (213) 443-5582
Facsimile:   (213) 622-2690
Email:         jmurray@crowell.com

Jeffrey H. Howard (*pro hac vice*)
Jerome A. Murphy (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Telephone:  (202) 624-2500
Facsimile:   (202) 628-5116
Email:         jhoward@crowell.com
                    jmurphy@crowell.com

*Attorneys for Plaintiffs Target Corporation, Sears, Roebuck and Co., Kmart Corporation, Old Comp Inc., Good Guys, Inc., RadioShack Corporation, and Newegg, Inc.*

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master Docket No. C M:07-01827 SI |
| | MDL No. 1827 |
| THIS DOCUMENT RELATES TO: | [~~PROPOSED~~] ORDER |
| In re TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | |
| This Document Relates To: | |
| *Target Corp., et al. v. AU Optronics Corporation, et al.*, Case 10-cv-4945-SI | |

The Court, having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. Claims asserted by Plaintiffs Target Corporation, Sears, Roebuck and Co., Kmart Corporation, Old Comp Inc., Good Guys, Inc., RadioShack Corporation, and Newegg, Inc., against defendants Samsung SDI Co., Ltd. and Samsung SDI America, Inc. are dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2. Each party shall bear their own costs and attorneys' fees.

3. This Order shall not affect the rights or claims of Plaintiffs against any other defendant or co-conspirator in the above-captioned litigation.

**IT IS SO ORDERED.**

This __9th__ day of August ____, 2012

_____
Hon. Susan Y. Illston
Judge, United States District Court

DCACTIVE-19720315.1