1  Michael P. Kenny (mike.kenny@alston.com)
   Debra D. Bernstein (debra.bernstein@alston.com)
2  Rodney J. Ganske (rod.ganske@alston.com)
3  **ALSTON + BIRD LLP**
   1201 West Peachtree Street
4  Atlanta, Georgia 30309-3424
   Telephone: (404) 881-7000
5  Facsimile: (404) 881-7777

6
   Douglas R. Young (dyoung@fbm.com)
7  **FARELLA BRAUN + MARTEL LLP**
   235 Montgomery Street
8  San Francisco, California 94104
   Telephone: (415) 954-4410
9  Facsimile: (415) 954-4480
   *Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*
10

11

12                        UNITED STATES DISTRICT COURT

13                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                            (SAN FRANCISCO DIVISION)

15  | | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | MASTER CASE NO. 3:07-md-1827 SI, MQ MDL NO. 1827 |
| | |
| DELL INC. and DELL PRODUCTS L.P., | Individual Case No. 3:10-cv-01064 SI |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING DELL'S MOTION TO CHANGE HEARING DATE** |
| v. | |
| AUO OPTRONICS CORPORATION, et al., | |
| Defendants. | |

Upon consideration of Dell's Motion to Change Hearing Date, and the Declaration of Debra D. Bernstein, IT IS HEREBY ORDERED that the hearing date on Defendants' Motion for Partial Summary Judgment Dismissing Dell's Pre-December 2002 Claims as Time-Barred and for Partial Summary Judgment of Dell's Failure to Mitigate Damages shall be October 5, 2012, at 9:00 a.m, in Courtroom 10, 19th Floor, before the Honorable Susan Illston.

**IT IS SO ORDERED.**

Dated: 8/9 , 2012.

_____
Honorable Susan Y. Illston
United States District Judge