| | |
|---|---|
| 1 | BRUCE L. SIMON (Bar No. 96241) |
| | bsimon@pswplaw.com |
| 2 | **PEARSON, SIMON, WARSHAW & PENNY, LLP** |
| | 44 Montgomery Street, Suite 2450 |
| 3 | San Francisco, California 94104 |
| | Telephone: (415) 433-9000 |
| 4 | Facsimile: (415) 433-9008 |
| 5 | RICHARD M. HEIMANN (Bar No. 63607) |
| | rheimann@lchb.com |
| 6 | **LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP** |
| | 275 Battery Street, 30th Floor |
| 7 | San Francisco, California 94111 |
| | Telephone: (415) 956-1000 |
| 8 | Facsimile: (415) 956-1008 |
| 9 | *Co-Lead Counsel for the Direct Purchaser Plaintiffs* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. MDL 3:07-md-1827 SI |
| | **CLASS ACTION** |
| This document relates to: | [REVISED ~~PROPOSED~~] ORDER GRANTING PRELIMINARY APPROVAL OF DIRECT PURCHASER CLASS SETTLEMENT WITH DEFENDANTS AU OPTRONICS CORPORATION AND AU OPTRONICS CORPORATION AMERICA |
| ALL DIRECT PURCHASER CLASS ACTIONS | |
| | Date: August 10, 2012 |
| | Time: 9:00 a.m. |
| | Place: Courtroom 10, 19th Floor |
| | The Honorable Susan Illston |

844467.1      MDL 3:07-md-1827 SI

[REVISED PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF DIRECT PURCHASER CLASS SETTLEMENT WITH DEFENDANTS AU OPTRONICS CORPORATION AND AU OPTRONICS CORPORATION AMERICA

1   On July 6, 2012, the Direct Purchaser Class Plaintiffs filed a Motion for Preliminary
2   Approval of Class Settlement with Defendants AU Optronics Corporation and AU Optronics
3   Corporation America (collectively "AUO").  The Court, having reviewed the motion, the TFT-
4   LCD Direct Purchaser Class—AUO Settlement Agreement (hereinafter "Settlement Agreement"),
5   the pleadings and other papers on file in this action, and the statements of counsel and the parties,
6   hereby finds that the motion should be GRANTED.
7       NOW, THEREFORE, IT IS HEREBY ORDERED THAT:
8       1.   For purposes of this Order, except as otherwise set forth herein, the Court adopts
9   and incorporates the definitions contained in the Settlement Agreement.
10      2.   The Court hereby gives its preliminary approval to the Settlement Agreement,
11  subject to a hearing on the final approval of the settlement (the "Fairness Hearing").
12      3.   The Court finds that the settlement falls within the range of possible approval.  The
13  Court further finds that there is a sufficient basis for notifying the class of the proposed settlement
14  with AUO, and for enjoining class members from proceeding in any other action against AUO
15  pending the conclusion of the Fairness Hearing.
16      4.   The Court will conduct a Fairness Hearing on ___11/28___, 2012 at _3:30 pm_.
17  The Fairness Hearing will be conducted to determine the following:
18      a.   Whether the proposed settlement is fair, reasonable, and adequate and
19  should be granted final approval;
20      b.   Whether final judgment should be entered dismissing the claims of the class
21  against AUO with prejudice as required by the Settlement Agreement; and
22      c.   Such other matters as the Court may deem appropriate.
23      5.   The Court will conduct a hearing on Class Counsel's motion for an award of
24  attorneys' fees and reimbursement of expenses and costs ("Fee and Expense Application") at the
25  same time as the Fairness Hearing.
26      6.   On or before September 10, 2012, the Claims Administrator shall send class notice
27  substantially in the form attached hereto as Exhibit A to all members of the class who can be
28  identified by reasonable effort.  Such notice shall be sent either by first class U.S. mail postage

prepaid or by e-mail. On or before September 10, 2012, the Claims Administrator shall cause class notice substantially in the form of Exhibit B hereto to be published in the national edition of The Wall Street Journal. The date of publication in The Wall Street Journal shall be the "Notice Date." The Claims Administrator shall also cause a copy of the class notice and settlement agreement to be posted on the internet at www.tftlcdclassaction.com.

7. The Court finds that notice and form of dissemination of notice to the Class constitutes valid, due and sufficient notice to the Class, constitute the best notice available under the circumstances, and comply fully with the requirements of the Federal Rules of Civil Procedure.

8. Class Members already were given an opportunity to exclude themselves, and another opportunity is not necessary or required.

9. Class Members shall, upon final approval of the settlement, be bound by the terms and provision of the settlement so approved, including but not limited to the releases, waivers, and covenants described in the agreement, whether or not such person or entity objected to the settlement and whether or not such person or entity makes a claim upon the settlement funds.

10. Class Members have the right to object to the settlement by filing written objections with the Court no later October 24, 2012, copies of which shall be served on all counsel listed in the class notice. Failure to timely file and serve written objections will preclude a class member from objecting to the class settlement.

11. Class Members have the right to appear at the Fairness Hearing and address the Court.

12. All briefs, memoranda, and papers in support of the Fee and Expense Application shall be filed on or before September 24, 2012.

13. All briefs, memoranda, and papers in support of final approval of the settlement shall be filed on or before November 7, 2012.

14. All further Direct Purchaser Class proceedings as to AUO are hereby stayed except for any actions required to effectuate the settlement.

15. The Court retains exclusive jurisdiction over this action to consider all further

1 | matters arising out of or connected with the AUO settlement.
2 | **IT IS SO ORDERED.**
3 |
4 | DATED: 8/10/12
5 |
   | HON. SUSAN ILLSTON
   | UNITED STATES DISTRICT JUDGE