Randall Allen (State Bar No. 264067)
**ALSTON + BIRD LLP**
275 Middlefield Road, Suite 150
Menlo Park, California  94025
Telephone:  650-838-2000
Facsimile:  650-838-2001
Email:  randall.allen@alston.com

Peter Kontio (peter.kontio@alston.com)
Valarie C. Williams (valarie.williams@alston.com)
B. Parker Miller (parker.miller@alston.com)
**ALSTON + BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone:  404-881-7000
Facsimile:   404-881-7777

Richard W. Stimson (rick.stimson@alston.com)
**ALSTON + BIRD LLP**
2828 North Harwood Street, 18th Floor
Dallas, Texas 75201
Telephone: 214-922-3400
Facsimile: 214-922-3899

*Attorneys for Plaintiffs Nokia Corporation and Nokia Inc.*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | MDL FILE NO: 3:07-md-1827-SI<br>CASE NO:  3:09-CV-5609-SI |
| This Document Relates to:<br><br>NOKIA CORPORATION and NOKIA INC.,<br><br>v.<br><br>AU OPTRONICS CORPORATION et al,<br><br>CASE NO:  3:09-CV-5609-SI | **STIPULATION AND [PROPOSED] ORDER RE SURREPLY EXPERT REPORTS AND DEPOSITIONS** |

1    The undersigned counsel, on behalf of defendants Samsung SDI Co., Ltd.,
2 Samsung SDI America, Inc., Sharp Corporation, Sharp Electronics Corporation, Toshiba
3 Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic
4 Components, Inc., Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc.,
5 Samsung Electronics America, Inc., Hitachi, Ltd., Hitachi Electronic Devices (USA),
6 Inc., and Hitachi Displays, Ltd. (n/k/a Japan Display East, Inc.) (collectively,
7 "Defendants") and plaintiffs Nokia Corp. and Nokia Inc. (collectively "Plaintiffs")
8 hereby stipulate as follows:
9    WHEREAS, the Court on July 14, 2011 entered an order modifying the pretrial
10 schedule for "Track One" actions, including the above-titled action, which set forth dates
11 for service of expert reports and a date for the close of expert discovery (Dkt. No. 3110);
12    WHEREAS, the Special Master on March 15, 2012 entered an order extending to
13 May 11, 2012 the deadline for direct action plaintiffs to submit their reply expert reports
14 (Dkt. No. 5161);
15    WHEREAS, pursuant to that schedule, as modified, Plaintiffs served an expert
16 report for Dr. Helen Jenkins; Defendants served opposition expert reports; and Plaintiffs
17 served a reply expert report for Dr. Jenkins ("Jenkins Reply Report");
18    WHEREAS, Defendants contend that the Jenkins Reply Report contains
19 new analysis not previously disclosed;
20    WHEREAS, certain Defendants' previously disclosed experts served reports
21 responding to what Defendants contend is new analysis in the Jenkins Reply Report
22 ("Surreply Reports");
23    WHEREAS, the parties seek to make mutually agreeable and orderly
24 arrangements for the depositions of experts who submitted Surreply Reports.
25    NOW, THEREFORE, the Parties agree as follows:
26    Plaintiffs may depose any expert that submitted a Surreply Report concerning the
27 contents of that report on or before October 31, 2012, or other mutually agreeable date.
28

STIPULATION AND PROPOSED ORDER            2            MASTER FILE NO. 3:07-MD-1827-SI
                                                       CASE NO. 3:09-CV-5609

| | |
|---|---|
| 1 | |
| 2 | The parties respectfully request that this stipulation be entered as an order of the Court. |
| 3 | |
| 4 | DATED: August 16, 2012.  /s/ James McGinnis |
| | Gary L. Halling |
| 5 | James L. McGinnis |
| | Michael W. Scarborough |
| 6 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| | Four Embarcadero Center, 17th Floor |
| 7 | San Francisco, CA 94111 |
| | (415) 434-9100 (Phone) |
| 8 | (415) 434-3947 (Facsimile) |

*Counsel for Samsung SDI America, Inc., and Samsung SDI Co., Ltd.*

*Also filed on behalf of Sharp Corporation, Sharp Electronics Corporation, Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc., Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., Hitachi, Ltd., Hitachi Displays, Ltd. and Hitachi Electronic Devices (USA), Inc.*

/s/ B. Parker Miller
Peter Kontio (peter.kontio@alston.com)
Valarie C. Williams (valarie.williams@alston.com)
B. Parker Miller (parker.miller@alston.com)
**ALSTON + BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: 404-881-7000
Facsimile: 404-881-7777

*Counsel for Plaintiffs Nokia Corporation and Nokia Inc.*

**ATTESTATION:** Pursuant to N.D. Cal. General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from each signatory hereto.

**IT IS SO ORDERED.**

Dated: August __17_2012.

_Susan Illston_ (signature)
_____
Hon. Susan Illston, United States District Judge