6508

CHRISTOPHER A. NEDEAU (SBN 81297)
CARL BLUMENSTEIN (SBN 124158)
JAMES A. NICKOVICH (SBN 244969)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA  94111
Telephone:    (415) 398-3600
Facsimile:    (415) 398-2438
cnedeau@nossaman.com
cblumenstein@nossaman.com
jnickovich@nossaman.com

Attorneys for Defendants
AU Optronics Corporation and
AU Optronics Corporation America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827 SI<br>MDL No. 1827 |
| This Document Relates To Individual Case No. 3:12-cv-01426 SI | Case No. 3:12-cv-01426 SI |
| NECO ALLIANCE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AU OPTRONICS CORPORATION, *et al.*,<br><br>Defendants. | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR AUO DEFENDANTS TO ANSWER COMPLAINT** |

Plaintiff NECO Alliance, LLC ("NECO Alliance") and Defendants AU Optronics Corporation, AU Optronics Corporation America (collectively, "AUO Defendants") (collectively "Stipulating Parties") stipulate as follows:

WHEREAS NECO Alliance filed its First Amended Complaint ("Amended Complaint") on February 27, 2012, in the Eastern District of New York;

WHEREAS this case was transferred to the *In re TFT-LCD (Flat Panel) Antitrust Litigation*, MDL No. 1827, on or about March 22, 2012;

271412_1.DOC                                                      1

Case No. 3:07-md-1827 SI
Case No. 3:12-cv-01426 SI
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR
AUO DEFENDANTS TO ANSWER COMPLAINT

WHEREAS the current deadline for AUO Defendants to respond to NECO Alliance's Complaint is August 22, 2012 (Dkt. No. 6408);

WHEREAS AUO desires a reasonable amount of time to answer NECO Alliance's complaint and the Stipulating Parties agree that a one week extension is appropriate;

THEREFORE, the Stipulating Parties stipulate and agree as follows:

1. The deadline for AUO to answer NECO Alliance's Amended Complaint is August 29, 2012.

DATED: August 21, 2012

William A. Isaacson
Melissa Felder
**BOIES, SCHILLER & FLEXNER LLP**
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone:   (202) 237-2727
Facsimile:    (202) 237-6131

Philip J. Iovieno
Anne M. Nardacci
Luke Nikas
Christopher V. Fenlon
**BOIES, SCHILLER & FLEXNER LLP**
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone:   (518) 434-0600
Facsimile:    (518) 434-0665

By   */s/ Philip J. Iovieno*

Counsel for Plaintiff NECO Alliance LLC


Christopher A. Nedeau, Esq.
Carl L. Blumenstein, Esq.
James A. Nickovich, Esq.
**NOSSAMAN LLP**
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone:   (415) 398-3600
Facsimile:    (415) 398-2438

By   */s/ Carl L. Blumenstein*

Counsel for Defendants
AU Optronics Corporation and
AU Optronics Corporation America

271412_1.DOC               2               Case No. 3:07-md-1827 SI
                                            Case No. 3:12-cv-01426 SI
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR
AUO DEFENDANTS TO ANSWER COMPLAINT

**ATTESTATION**: Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from the signatories thereto.

/s/ James A. Nickovich

**ORDER**

IT IS SO ORDERED.

Dated: 8/23/12

The Honorable Susan Illston
United States District Court Judge

271412_1.DOC

Case No. 3:07-md-1827 SI
Case No. 3:12-cv-01426 SI

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR
AUO DEFENDANTS TO ANSWER COMPLAINT