```
 1  GEORGE D. NIESPOLO (SBN 72107)
    STEPHEN H. SUTRO (SBN 172168)
 2  JENNIFER BRIGGS FISHER (SBN 241321)
    JOSEPH P. AUDAL (SBN 283010)
 3  DUANE MORRIS LLP
    One Market, Spear Tower, Suite 2200
 4  San Francisco, CA 94105-1104
    Telephone: 415.957.3000
 5  Facsimile: 415.957.3001
    E-Mail:  gdniespolo@duanemorris.com
 6           shsutro@duanemorris.com
             jbfisher@duanemorris.com
 7           jpaudal@duanemorris.com

 8  Attorneys for Defendants
    NEC CORPORATION, NEC LCD TECHNOLOGIES,
 9  LTD., AND RENESAS ELECTRONICS AMERICA

10  [additional parties and counsel listed in signature block]
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No.: M 07-1827 SI<br>MDL No. 1827<br><br>Case No. 3:12-cv-02495 SI |
| This Document Relates to Individual Case No. 3:12-cv-2495 SI<br><br>ROCKWELL AUTOMATION, INC.,<br><br>    Plaintiff,<br><br> vs.<br><br>AU OPTRONICS CORPORATION, *et al.*,<br><br>    Defendants. | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO ANSWER COMPLAINT AND PLEADING RULING**<br><br>**The Honorable Susan Illston, Presiding** |

Plaintiff Rockwell Automation, Inc. ("Rockwell") and Defendants[1] (collectively, the "Stipulating Parties") hereby stipulate as follows:

WHEREAS, Rockwell filed a First Amended Complaint against Defendants on August 10, 2012 (the "Complaint");

WHEREAS Rockwell has not asserted indirect purchaser claims under the Sherman Act;

WHEREAS Rockwell's claims under Wisconsin Stat. §§ 133.01 et seq. (the "Wisconsin Antitrust Law") apply only to purchases made by Rockwell in Wisconsin;

WHEREAS the Court has already considered several of Defendants' motions to dismiss based on "group pleading" and issued rulings denying such arguments, including its Order Granting in Part and Denying in Part Defendants' Motions to Dismiss Indirect Purchaser Plaintiff's Second Amended Consolidated Complaint (MDL Docket No. 870) ("Group Pleading Order");

WHEREAS the Court already has considered and determined that allegations similar to those alleged by Rockwell against Defendants NEC Corporation, NEC LCD Technologies, Ltd., and Renesas NEC Electronics America (collectively "the NEC Defendants") are "plausible" under the pleading standard enunciated by the United States Supreme Court under *Bell Atlantic Corporation v. Twombly*, 550 U.S. 544 (2007), and *Ashcroft v. Iqbal*, 129 S. Ct. 1937 (2009), including in its Order Granting in Part NEC Defendants' Motion to Dismiss, MDL Docket No. 4591 ("NEC *Twombly* Order");

WHEREAS Defendants do not agree with the Court's ruling in the Group Pleading Order and the NEC Defendants do not agree with the Court's ruling in the NEC *Twombly* Order;

---

[1] AU OPTRONICS CORPORATION; AU OPTRONICS CORPORATION AMERICA, INC.; CHI MEI CORPORATION; CHIMEI INNOLUX CORPORATION; CHI MEI OPTOELECTRONICS USA, INC.; CMO JAPAN CO. LTD.; NEXGEN MEDIATECH, INC.; NEXGEN MEDIATECH USA, INC.; CHUNGHWA PICTURE TUBES LTD.; EPSON IMAGING DEVICES CORPORATION; EPSON ELECTRONICS AMERICA, INC.; HANNSTAR DISPLAY CORPORATION; LG DISPLAY CO. LTD.; LG DISPLAY AMERICA, INC.; NEC CORPORATION; NEC LCD TECHNOLOGIES, LTD.; RENESAS ELECTRONICS AMERICA; SHARP CORPORATION; SHARP ELECTRONICS CORPORATION; TOSHIBA CORPORATION; TOSHIBA AMERICA ELECTRONICS COMPONENTS, INC.; TOSHIBA MOBILE DISPLAY TECHNOLOGY CO., LTD.; TOSHIBA AMERICA INFORMATION SYSTEMS, INC.

1    WHEREAS for appellate purposes, Defendants wish to preserve the pleading issues raised in
2    the Group Pleading Order and the NEC *Twombly* Order as to Rockwell;
3    WHEREAS the Stipulating Parties believe that the briefing necessary to address the group
4    pleading issue and the plausibility of allegations against the NEC Defendants would be substantially
5    identical to the briefing already filed in the MDL, and that further briefing on these issue would only
6    burden the parties and the Court;
7    WHEREAS the Stipulating Parties desire to litigate this case efficiently and are cognizant of
8    the Court's admonitions that the parties should not burden the Court with unnecessary and/or
9    duplicative briefing, as demonstrated in the Court's Order that the parties identify prior Orders
10   where similar or identical legal issues have been previously raised (MDL Docket No. 5429);
11   WHEREAS the Stipulating Parties believe that instead of re-litigating the group pleading
12   issue and the plausibility of allegations against the NEC Defendants, it is more efficient for the
13   Stipulating Parties to agree, and the Court to order that:  the previous motions for dismissal based on
14   group pleading and the plausibility of allegations against the NEC Defendants be deemed filed as to
15   Rockwell; both the Group Pleading Order and the NEC *Twombly* Order be deemed issued in this
16   case; and these issues be preserved for appeal as if having been decided in this case without further
17   action by any Stipulating Party;
18   WHEREAS the current deadline for Defendants to respond to Rockwell's Complaint is
19   August 31, 2012;
20   WHEREAS, Defendants desire a reasonable amount of time to respond to the Complaint;
21   WHEREAS the Court has already approved similar stipulations in *AASI Liquidating Trust v.*
22   *AU Optronics Corp., et al* (Case No. 3:11-cv-5781-SI) on May 22, 2012 (MDL Dkt. 5772) and in
23   *NECO Alliance, LLC v. AU Optronics Corporation et al.*, (Case No. 3:12-cv-01426-SI) on August 3,
24   2012 (MDL Dkt. 6408);
25   THEREFORE, the Stipulating Parties stipulate and agree as follows:
26   For the avoidance of doubt, the Stipulating Parties agree that Rockwell has not asserted
27   indirect purchaser claims under the Sherman Act and that Rockwell's claims under the Wisconsin
28   Antitrust Law apply only to purchases made by Rockwell in Wisconsin;

Defendants' Joint Motion to Dismiss IPPs' Second Amended Complaint (MDL Docket No. 782) and corresponding Order Granting in Part and Denying in Part Defendants' Motions to Dismiss Indirect Purchaser Plaintiff's Second Amended Consolidated Complaint (MDL Docket No. 870), to the extent they relate to Defendants' group pleading argument, shall be deemed filed and entered by the Court as applicable to Rockwell and its claims, and Defendants and their defenses in this case. Such an order denying dismissal on the grounds of group pleading is preserved for appeal without further action by any Stipulating Party as if it had been decided and issued in the present case provided, however, that any appellate review of Rockwell's Complaint in respect to the group pleading issue shall be based on the allegations of Rockwell's Complaint;

The NEC Defendants' Notice of Motion and Motion to Dismiss (MDL Docket No. 3452) and corresponding Order Granting in Part NEC Defendants' Motion to Dismiss (MDL Docket No. 4591), to the extent they relate to the plausibility of allegations against the NEC Defendants, shall be deemed filed and entered by the Court as applicable to Rockwell and its claims, and the NEC Defendants and their defenses in this case. Such an order denying dismissal on the grounds of the plausibility of allegations against the NEC Defendants is preserved for appeal without further action by any Stipulating Party as if it had been decided and issued in the present case provided, however, that any appellate review of Rockwell's Complaint in respect to the plausibility of allegations against NEC Defendants issue shall be based on the allegations of Rockwell's Complaint;

The deadline for Defendants to answer Rockwell's Complaint is September 14, 2012.

**IT IS SO STIPULATED.**

>
> DUANE MORRIS LLP
> STEPHEN H. SUTRO (SBN 172168)
> One Market, Spear Tower, Suite 2200
> San Francisco, CA 94105
> Tel: (415) 957-3000
> Fax: (415) 957-3001
>
>
> By: _____/s/_____
>           Stephen H. Sutro
> *Attorneys for Defendants* NEC CORPORATION, NEC LCD TECHNOLOGIES, LTD., AND RENESAS ELECTRONICS AMERICA

NOSSAMAN LLP
CHRISTOPHER A. NEDEAU (SBN 81297)
50 California Street, 34th Floor
San Francisco, CA  94111
Tel: (415) 398-3600
Fax: (415) 398-2438


By:_____/s/_____
           Christopher A. Nedeau

*Attorneys for Defendants* AU OPTRONICS CORPORATION and AU OPTRONICS CORPORATION AMERICA, INC.


SIMPSON THACHER & BARTLETT LLP
JAMES G. KREISSMAN (SBN 206740)
HARRISON J. FRAHN IV (SBN 206822)
2550 Hanover Street
Palo Alto, CA  94304
Tel: (650) 251-5000
Fax: (650) 251-5002


By:_____/s/_____
           Harrison J. Frahn IV

*Attorneys for Defendants* CHI MEI CORPORATION, CHIMEI INNOLUX CORPORATION, CHI MEI OPTOELECTRONICS USA, INC., CMO JAPAN CO., LTD., NEXGEN MEDIATECH, INC., AND NEXGEN MEDIATECH USA, INC.


MORRISON & FOERSTER LLP
MELVIN R. GOLDMAN
STEPHEN P. FRECCERO
DEREK F. FORAN
425 Market Street
San Francisco, CA  94105
Tel: (415) 268-7000
Fax: (415) 268-7522


By:_____/s/_____
           Stephen P. Freccero

*Attorneys for Defendants* EPSON IMAGING DEVICES CORPORATION AND EPSON ELECTRONICS AMERICA, INC.

```
PAUL HASTINGS LLP
HOLLY A. HOUSE (SBN 136045)
KEVIN C. MC CANN (SBN 120874)
LEE BERGER (SBN 222756)
55 Second Street, 24th Floor
San Francisco, CA  94105
Tel: (415) 856-7000
Fax: (415) 856-7100


By:_____/s/_____
             Lee Berger
```

*Attorneys for Defendants* LG DISPLAY CO., LTD. and LG DISPLAY AMERICA, INC.

```
PILLSBURY WINTHROP SHAW PITTMAN LLP
JOHN M. GRENFELL (SBN 88500)
JACOB R. SORENSEN (SBN 209134)
FUSAE NARA (pro hac vice)
ANDREW D. LANPHERE (SBN 191479)
50 Fremont Street
San Francisco, CA 94105


By:_____/s/_____
             Jacob R. Sorensen
```

*Attorneys for Defendants* SHARP CORPORATION and SHARP ELECTRONICS CORPORATION

```
WHITE & CASE LLP
CHRISTOPHER M. CURRAN (pro hac vice)
MARTIN M. TOTO (pro hac vice)
JOHN H. CHUNG (pro hac vice)
KRISTEN J. MCAHREN (pro hac vice)
1155 Avenue of the Americas
New York, NY 10036
Telephone:    (212) 819-8200
Facsimile:    (212) 354-8113


By: _____/s/_____
             John H. Chung
```

*Attorneys for Defendants* TOSHIBA CORPORATION, TOSHIBA MOBILE DISPLAY TECHNOLOGY CO., LTD., TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC., AND TOSHIBA AMERICA INFORMATION SYSTEMS, INC.

GIBSON, DUNN & CRUTCHER LLP
RACHEL S. BRASS (SBN 219301)
JOEL S. SANDERS (SBN 107234)
AUSTIN V. SCHWING (SBN 211696)
555 Mission Street, Suite 3000
San Francisco, CA 94105
Tel: (415) 393-8200
Fax: (415) 393-8306


By: _____/s/_____
Rachel S. Brass

*Attorneys for Defendant* CHUNGHWA PICTURE TUBES LTD.


FREITAS TSENG & KAUFMAN, LLP
ROBERT E. FREITAS
JASON S. ANGELL
JERRY CHEN
100 Marine Parkway, Suite 200
Redwood Shores, CA 94065
Tel: (650) 593-6300
Fax: (650) 593-6301


By: _____/s/_____
Robert E. Freitas

*Attorneys for Defendant* HANNSTAR DISPLAY CORPORATION


CROWELL & MORING LLP
NATHANIAL J. WOOD
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone: (213) 443-5553
Facsimile: (213) 622-2690


By: _____/s/_____
Nathanial J. Wood

*Attorneys for Plaintiff* ROCKWELL AUTOMATION, INC.

ATTESTATION: Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from the signatories thereto.

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated: __August 31__, 2012.

_____
Honorable Susan Illston
U.S. District Court Judge