Paul P. Eyre
Tracy L. Cole
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4210
Facsimile: (212) 589-4201
peyre@bakerlaw.com
tcole@bakerlaw.com

Ernest E. Vargo
Michael E. Mumford
Erin K. Murdock-Park
BAKER & HOSTETLER LLP
PNC Center
1900 East Ninth Street, Suite 3200
Cleveland, OH 44114-3482
Telephone: (216) 621-0200
Facsimile: (216) 696-0740
evargo@bakerlaw.com
mmumford@bakerlaw.com
emurdockpark@bakerlaw.com

*Attorneys for Defendants Mitsui & Co. (Taiwan), Ltd.
and Mitsui & Co. (U.S.A.), Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates to Individual Case No. 3:11-cv-02225-SI | Case No. 3:11-cv-02225-SI<br><br>Master File No. 3:07-md-1827-SI<br><br>MDL No. 1827 |
| OFFICE DEPOT, INC.,<br><br>　　Plaintiff,<br><br>v.<br><br>AU OPTRONICS CORPORATION, et al.,<br><br>　　Defendants. | STIPULATION OF EXTENSION OF TIME FOR DEFENDANTS MITSUI & CO. (TAIWAN), LTD. AND MITSUI & CO. (U.S.A.), INC. TO RESPOND TO THE FIRST AMENDED COMPLAINT AND [~~PROPOSED~~] ORDER<br><br>**Clerk's Action Required** |

1  WHEREAS, plaintiff Office Depot, Inc. ("Office Depot") filed a First Amended Complaint in the above-captioned action against defendants Mitsui & Co. (Taiwan), Ltd. ("Mitsui Taiwan") and Mitsui & Co. (U.S.A.), Inc. ("Mitsui USA") among other defendants, on September 19, 2011. (*See* Master Dkt. No. 3619.)

WHEREAS, Office Depot and Mitsui Taiwan and Mitsui USA have reached an agreement, pursuant to Civil Rule L.R. 6-1(a), pursuant to which Mitsui Taiwan and Mitsui USA shall have an additional extension until September 28, 2012 in which to move against, answer, or otherwise respond to the First Amended Complaint.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, Office Depot, on the one hand, and Mitsui Taiwan and Mitsui USA, on the other hand, that Mitsui Taiwan and Mitsui USA's deadline to move to dismiss, answer, or otherwise respond to the First Amended Complaint will be September 28, 2012.

Dated:   August 31, 2012

By: /s/ Erin K. Murdock-Park
     Erin K. Murdock-Park

Paul P. Eyre
Tracy L. Cole
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4210
Facsimile:  (212) 589-4201
peyre@bakerlaw.com
tcole@bakerlaw.com

Ernest E. Vargo
Michael E. Mumford
Erin K. Murdock-Park
BAKER & HOSTETLER LLP
PNC Center
1900 East Ninth Street, Suite 3200
Cleveland, OH 44114-3482
Telephone:  (216) 621-0200
Facsimile:  (216) 696-0740
evargo@bakerlaw.com
mmumford@bakerlaw.com
emurdockpark@bakerlaw.com

*Attorneys for Defendants Mitsui & Co. (Taiwan), Ltd. and Mitsui & Co. (U.S.A.), Inc.*


By: /s/ Philip J. Iovieno
Philip J. Iovieno
Anne Nardacci
Luke Nikas
Christopher Fenlon
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY 12207
(518) 434-0600 (Phone)
(518) 434-0665 (Facsimile)
*piovieno@bsfllp.com*

*Counsel for Plaintiff Office Depot, Inc.*


Attestation:  The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

2

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED this  31  day of   August    ,  2012 .

By: _____*Susan Illston*_____
Hon. SUSAN ILLSTON