1  Paul P. Eyre
   Tracy L. Cole
2  BAKER & HOSTETLER LLP
   45 Rockefeller Plaza
3  New York, NY 10111
   Telephone:  (212) 589-4210
4  Facsimile:  (212) 589-4201
   peyre@bakerlaw.com
5  tcole@bakerlaw.com

6  Ernest E. Vargo
   Michael E. Mumford
7  Erin K. Murdock-Park
   BAKER & HOSTETLER LLP
8  PNC Center
   1900 East Ninth Street, Suite 3200
9  Cleveland, OH 44114-3482
   Telephone:  (216) 621-0200
10 Facsimile:  (216) 696-0740
   evargo@bakerlaw.com
11 mmumford@bakerlaw.com
   emurdockpark@bakerlaw.com
12

13 *Attorneys for Defendants Mitsui & Co. (Taiwan), Ltd.
   and Mitsui & Co. (U.S.A.), Inc.*

14

15                  UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

17                       SAN FRANCISCO DIVISION

18

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No.  3:11-cv-03763-SI |
|  | Master File No. 3:07-md-1827-SI |
| This Document Relates to Individual Case No. 3:11-cv-03763-SI | MDL No. 1827 |
| INTERBOND CORPORATION OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> AU OPTRONICS CORPORATION, et al., <br><br> Defendants. | STIPULATION OF EXTENSION OF TIME FOR DEFENDANTS MITSUI & CO. (TAIWAN), LTD. AND MITSUI & CO. (U.S.A.), INC. TO RESPOND TO THE FIRST AMENDED COMPLAINT AND [~~PROPOSED~~] ORDER <br><br> **Clerk's Action Required** |

WHEREAS, plaintiff Interbond Corporation of America d/b/a BrandsMart USA ("BrandsMart") filed a First Amended Complaint in the above-captioned action against defendants Mitsui & Co. (Taiwan), Ltd. ("Mitsui Taiwan") and Mitsui & Co. (U.S.A.), Inc. ("Mitsui USA"), among other defendants, on November 1, 2011. (*See* Master Dkt. No. 4073.)

WHEREAS, BrandsMart and Mitsui Taiwan and Mitsui USA have reached an agreement, pursuant to Civil Rule L.R. 6-1(a), pursuant to which Mitsui Taiwan and Mitsui USA shall have an additional extension until September 28, 2012 in which to move against, answer, or otherwise respond to the First Amended Complaint.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, BrandsMart, on the one hand, and Mitsui Taiwan and Mitsui USA, on the other hand, that Mitsui Taiwan and Mitsui USA's deadline to move to dismiss, answer, or otherwise respond to the First Amended Complaint will be September 28, 2012.

1  Dated:  August 31, 2012

2  By: /s/ Erin K. Murdock-Park
       Erin K. Murdock-Park

Paul P. Eyre
Tracy L. Cole
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4210
Facsimile:  (212) 589-4201
peyre@bakerlaw.com
tcole@bakerlaw.com

Ernest E. Vargo
Michael E. Mumford
Erin K. Murdock-Park
BAKER & HOSTETLER LLP
PNC Center
1900 East Ninth Street, Suite 3200
Cleveland, OH 44114-3482
Telephone:  (216) 621-0200
Facsimile:  (216) 696-0740
evargo@bakerlaw.com
mmumford@bakerlaw.com
emurdockpark@bakerlaw.com

*Attorneys for Defendants Mitsui & Co. (Taiwan), Ltd. and Mitsui & Co. (U.S.A.), Inc.*


By: /s/ Philip J. Iovieno
Philip J. Iovieno
Anne Nardacci
Luke Nikas
Christopher Fenlon
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY 12207
(518) 434-0600 (Phone)
(518) 434-0665 (Facsimile)
*piovieno@bsfllp.com*

*Counsel for Plaintiff Interbond Corporation of America*


     Attestation:  The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

2

STIPULATION OF EXTENSION OF TIME FOR
MITSUI TAIWAN AND MITSUI USA TO RESPOND TO
THE FIRST AMENDED COMPLAINT

Case No. 3:11-cv-03763-SI
Master File No. 3:07-md-01827-SI

1  **[PROPOSED] ORDER**

2  IT IS SO ORDERED.

3  DATED this  31  day of   August   ,  2012 .

5  By:  _____
6  Hon. SUSAN ILLSTON

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
CLEVELAND

3

STIPULATION OF EXTENSION OF TIME FOR
MITSUI TAIWAN AND MITSUI USA TO RESPOND TO
THE FIRST AMENDED COMPLAINT

Case No. 3:11-cv-03763-SI
Master File No. 3:07-md-01827-SI