United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION / | No. M 07-1827 SI<br>MDL No. 1827<br><br>Case No. C 09-5609 SI |
| This Order Relates To:<br><br>NOKIA CORPORATION and NOKIA, INC.,<br><br>    Plaintiffs,<br>  v.<br><br>AU OPTRONICS CORPORATION, *et al*.,<br><br>    Defendants. / | **ORDER RE AU OPTRONICS CORPORATION'S AND AU OPTRONICS CORPORATION AMERICA'S REQUEST FOR CLARIFICATION** |

AU Optronics Corporation and AU Optronics Corporation America ("AUO") have filed an administrative motion for clarification of the Court's order directing Nokia Corporation and Nokia, Inc. ("Nokia") to arbitrate their claims against AUO. *See* Order Granting AU Optronics Corporation's Motion to Compel Arbitration, Master Docket No. 3034 (July 6, 2011).

AUO requests clarification on "whether [the Court's order] was effective to stay all of Nokia's claims against the AUO defendants (including claims for joint and several liability), or, in the alternative, whether that order stayed only those claims based on panels purchased directly from AUO and that AUO remained a defendant for purposes of litigating the joint and several claims." Motion at 1. The Court's order in this case should be interpreted in a manner consistent with similar arbitration orders in this MDL. *See*, *e.g.*, Order Granting In Part NEC Defendants' Motion to Compel Arbitration, Master Docket No. 4526 (Jan. 10, 2012); Order Granting Dell's Motion for Leave to Amend Complaint, Master Docket No. 3213 (Aug. 3, 2011). Accordingly, the Court agrees with Nokia that it may proceed

with its claims against AUO for joint and several liability. Master Docket No. 6116; Docket No. 173 in C 09-5609 SI.

**IT IS SO ORDERED.**

Dated: September 5, 2012

SUSAN ILLSTON
United States District Judge