SIMPSON THACHER & BARTLETT LLP
HARRISON J. FRAHN IV, State Bar No. 206822
2550 Hanover St.
Palo Alto, California 94304
Tel:  650.251.5000
Fax:  650.251.5002
hfrahn@stblaw.com

*Attorneys for Defendants Chi Mei Corporation, Chimei Innolux Corporation, Chi Mei Optoelectronics USA, Inc., and CMO Japan Co., Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| STATE OF OREGON, *ex rel.* John Kroger, Attorney General,<br><br>Plaintiffs,<br><br>v.<br><br>AU OPTRONICS CORPORATION, *et al.,*<br><br>Defendants. | This Document Relates to Individual Case No. 3:10-cv-4346 SI<br><br>Master File No. 3:07-md-1827<br><br>MDL No. 1827<br><br>**STIPULATION AND [P~~ROPOSED~~] ORDER REGARDING TIME TO RESPOND TO AMENDED COMPLAINT** |

1    WHEREAS plaintiff State of Oregon ("Oregon") filed the above captioned lawsuit on August 10, 2010;

2    WHEREAS Oregon filed a first amended complaint on April 15, 2011 ("Amended Complaint");

3    WHEREAS Defendants Chi Mei Corporation, Chimei Innolux Corporation, CMO Japan Co., Ltd., and Chi Mei Optoelectronic USA, Inc. (collectively, the "Chimei Defendants") jointly filed with other defendants a motion to dismiss Count III in its entirety and Count IV to the extent it seeks "disgorgement of profits" as a remedy on June 6, 2011;

4    WHEREAS the Court denied Defendants' joint motion to dismiss Counts III and IV of the Amended Complaint on July 12, 2011;

5    WHEREAS the Chimei Defendants entered into a stipulation with Oregon on July 17, 2012 that the Chimei Defendants' deadline to answer the Amended Complaint is September 5, 2012;

6    WHEREAS on July 19, 2012, the Court entered an order extending the Chimei Defendants' deadline to answer the Amended Complaint until September 5, 2012;

7    WHEREAS the Chimei Defendants are close to finalizing a settlement with Oregon;

8    WHEREAS postponing the Chimei Defendants' time to respond to the Amended Complaint until October 24, 2012, will not alter the date of any other event or deadline already fixed by the Court;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, Oregon, on the one hand, and the Chimei Defendants on the other hand, as follows:

The Chimei Defendants will have until October 24, 2012 to answer Oregon's Amended Complaint.

| | | |
|---|---|---|
| 1 | Dated: September 5, 2012 | HAGLUND KELLEY HORNGREN JONES & WILDER LLP |

/s/ Michael K. Kelley
Michael E. Haglund (SBN 772030)
Michael K. Kelley (SBN 853782)
Shay S. Scott (SBN 934214)
HAGLUND KELLEY HORNGREN JONES & WILDER LLP
200 SW Market Street, Suite 1777
Portland, OR 97201
Tel: (503) 225-0777
Fax: (503) 225-1257
mhaglund@hk-law.com

*Counsel for State of Oregon*

OREGON SENIOR ASSISTANT ATTORNEY GENERAL

Tim D. Nord (SBN 882800)
1162 Court Street, NW
Salem, OR 97301-4096
Tel: (503) 947-4333
Fax: (503) 225-1257
tim.d.nord@state.or.us

*Counsel for State of Oregon*


SIMPSON THACHER & BARTLETT LLP

/s/ Harrison J. Frahn IV
Harrison J. Frahn IV (SBN 206822)
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, CA 94304
Tel: (650) 251-5000
Fax: (650) 251-5002
hfrahn@stblaw.com

*Attorneys for Defendants Chi Mei Corporation, Chimei Innolux Corporation, Chi Mei Optoelectronics USA, Inc., and CMO Japan Co., Ltd.*

**FILER'S ATTESTATION**

I, Harrison J. Frahn IV, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order. In compliance with General Order 45.X.B, I hereby attest that Michael M. Kelley concurs in this filing.

/s/ Harrison J. Frahn IV
Harrison J. Frahn IV

*Attorneys for Defendants Chi Mei Corporation, Chimei Innolux Corporation, Chi Mei Optoelectronics USA, Inc., and CMO Japan Co., Ltd.*

1 **[PROPOSED] ORDER**

Pursuant to the parties' stipulation set forth above and pursuant to Rule 6-1(a) of the Civil Local Rules, IT IS SO ORDERED.

Dated: __9/5_____, 2012

By _____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE