IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION

No. M 07-1827 SI
MDL. No. 1827

Case Nos.: C 09-4997 SI; C 09-1115 SI; C 09-5609 SI; C 10-1064 SI; C 10-0117 SI; C 10-4572 SI; C 10-4945 SI; C 11-0058 SI

This Order Relates to:

*AT&T Mobility LLC v. AU Optronics Corp., et al.,* C 09-4997 SI

*ATS Claims, LLC v. Epson Electronics America, Inc., et al.,* C 09-1115 SI

*Nokia Corp. v. AU Optronics Corp., et al.,* C 09-5609 SI

*Dell, Inc. and Dell Products, L.P. v. Sharp Corp., et al.,* C 10-1064 SI

*Electrograph Systems, Inc. v. Epson Imaging Devices Corp., et al.,* C 10-0117 SI

*Best Buy Co., Inc. v. AU Optronics Corp., et al.,* C 10-4572 SI

*Target Corp. v. AU Optronics Corp., et al.,* C 10-4945 SI

*Costco Wholesale Corp. v. AU Optronics Corp., et al.,* C 11-0058 SI

**AMENDED ORDER DENYING MOTIONS TO FILE DOCUMENTS UNDER SEAL**

It has recently come to the Court's attention that it ruled prematurely on one of the motions it denied in its September 5, 2012 Order Denying Motions to File Documents Under Seal, Master Docket No. 6616. The Court therefore amends its prior order to exclude the Toshiba Defendants' *Ex Parte* Application to File Documents Under Seal, Master Docket No. 6610 (Aug. 31, 2012). The Court will rule on defendants' motion at a later time.

For the reasons set forth in its prior order, the Court DENIES the following ex parte applications to file documents under seal: Master Docket Nos. 6177, 6304, 6366, 6493, and 6502. *See* Order re Administrative Motions to File Documents Under Seal, Master Docket No. 6243.

**IT IS SO ORDERED.**

Dated: September 10, 2012

SUSAN ILLSTON
United States District Judge