BRUCE L. SIMON (Bar No. 96241)
  bsimon@pswplaw.com
**PEARSON, SIMON, WARSHAW & PENNY, LLP**
44 Montgomery Street, Suite 2450
San Francisco, California 94104
Telephone: (415) 433-9000
Facsimile:  (415) 433-9008

RICHARD M. HEIMANN (Bar No. 63607)
  rheimann@lchb.com
**LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 30th Floor
San Francisco, California 94111
Telephone: (415) 956-1000
Facsimile:  (415) 956-1008

*Co-Lead Counsel for the Direct Purchaser Class Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. MDL 3:07-md-1827 SI  **CLASS ACTION** |
| This Document Relates to:<br>ALL DIRECT PURCHASER ACTIONS | **STIPULATION AND [PROPOSED] ORDER SHORTENING TIME ON PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT WITH THE TOSHIBA DEFENDANTS**<br><br>Date:  N/A<br>Time:  N/A<br>Crtrm: 10, 19th Floor<br>         Honorable Susan Illston |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The Direct Purchaser Class Plaintiffs and Defendants Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc., hereby jointly request an order shortening time for the hearing on Plaintiffs' Motion for Preliminary Approval of Class Settlement with the Toshiba Defendants ("Motion"), filed concurrently herewith.  The parties respectfully request that the Court hear Plaintiffs' Motion on Friday, September 14, 2012 at 9:00 a.m.

This stipulated request is made pursuant to Civil Local Rules 6-2 and 7-12 and is based on the accompanying Declaration of Aaron M. Sheanin and the Court's file.

Respectfully submitted,

Dated:  September 10, 2012   **PEARSON SIMON WARSHAW & PENNY LLP**

By: /s/ Aaron M. Sheanin
AARON M. SHEANIN

Co-Lead Counsel for the Direct Purchaser Class Plaintiffs

Dated:  September 10, 2012   **WHITE & CASE LLP**

By: /s/ Christopher M. Curran
CHRISTOPHER M. CURRAN (*pro hac vice*)

Attorneys for Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc. and Toshiba America Information Systems, Inc.

**ATTESTATION**

Pursuant to General Order 45, Part X-B, the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatory.

Dated:  September 10, 2012   By: /s/ Aaron M. Sheanin
AARON M. SHEANIN

**[PROPOSED] ORDER**

The Court, having considered the parties' stipulation hereby orders that the hearing on the Motion for Preliminary Approval of Class Settlement with the Toshiba Defendants shall be heard on September 14, 2012 at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: __9/11__, 2012

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE