1    BRUCE L. SIMON (Bar No. 96241)
       bsimon@pswplaw.com
2    **PEARSON, SIMON, WARSHAW & PENNY, LLP**
     44 Montgomery Street, Suite 2450
3    San Francisco, California 94104
     Telephone: (415) 433-9000
4    Facsimile:  (415) 433-9008

5    RICHARD M. HEIMANN (Bar No. 63607)
       rheimann@lchb.com
6    **LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**
     275 Battery Street, 30th Floor
7    San Francisco, California 94111
     Telephone: (415) 956-1000
8    Facsimile:  (415) 956-1008

9    *Co-Lead Counsel for the Direct Purchaser Class Plaintiffs*

10

11                       **UNITED STATES DISTRICT COURT**

12       **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

13

14   IN RE: TFT-LCD (FLAT PANEL)          Case No. MDL 3:07-md-1827 SI
     ANTITRUST LITIGATION
15   _____          **CLASS ACTION**

16   This Document Relates to:           **STIPULATION AND [PROPOSED]
                                         ORDER VACATING DEADLINES IN
17   ALL DIRECT PURCHASER ACTIONS        ORDER GRANTING PRELIMINARY
                                         APPROVAL OF SETTLEMENT WITH
18                                       AU OPTRONICS CORPORATION AND
                                         AU OPTRONICS CORPORATION
19                                       AMERICA

20                                       Date:  N/A
                                         Time:  N/A
21                                       Crtrm: 10, 19th Floor
                                                Honorable Susan Illston
22

23

24

25

26

27

28

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

WHEREAS, on August 8, 2012, the Court entered its Order Granting Preliminary Approval of Direct Purchaser Class Settlement with Defendants AU Optronics Corporation and AU Optronics Corporation America ("Preliminary Approval Order") (Doc. No. 6437);

WHEREAS, in that Preliminary Approval Order, the Court set a September 10, 2012 deadline for sending notice to the Class Members; an October 24, 2012 deadline for filing any comments or objections to the proposed settlement; and, set a Fairness Hearing for November 28, 2012;

WHEREAS, the Direct Purchaser Class Plaintiffs ("DPPs") have also subsequently reached an agreement in principal, subject to this Court's approval, to settle with Defendants Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc. (collectively "Toshiba");

WHEREAS, in order to proceed efficiently, economically, and in the interest of preserving judicial resources, in their motion for preliminary approval of the proposed Toshiba settlement, the DPPs will respectfully ask the Court to modify the notice and final approval schedule for the AUO settlement to allow a joint notice of, and final approval process for, the Toshiba and AUO settlements;

WHEREAS, the DPPs anticipate filing their motion for preliminary approval of the settlement with Toshiba during the week of September 10, 2012;

THEREFORE, the DPPs and Defendants AU Optronics Corporation and AU Optronics Corporation America hereby jointly request an order vacating the dates set forth in the Preliminary Approval Order so that the DPPs may present the Court with a modified schedule to allow a joint notice of, and final approval process for, the Toshiba and AUO settlements.

This stipulated request is made pursuant to Civil Local Rules 6-2 and 7-12 and is based on the accompanying Declaration of Aaron M. Sheanin and the Court's file.

//

//

845818.1

2

MDL 3:07-md-1827 SI

STIPULATION AND [PROPOSED] ORDER VACATING DEADLINES IN ORDER GRANTING PRELIMINARY APPROVAL OF SETTLEMENT WITH AUO

Respectfully submitted,

Dated:  September 7, 2012                    **PEARSON SIMON WARSHAW & PENNY LLP**

By: */s/ Aaron M. Sheanin*
        AARON M. SHEANIN

Co-Lead Counsel for the Direct Purchaser Class Plaintiffs

Dated:  September 7, 2012                    **SEDGWICK LLP**

By: */s/ Michael F. Healy*
        MICHAEL F. HEALY

Attorneys for Defendants AU Optronics Corporation and AU Optronics Corporation America

## ATTESTATION

Pursuant to General Order 45, Part X-B, the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatory.

Dated:  September 7, 2012                    By: */s/ Aaron M. Sheanin*
                                                        AARON M. SHEANIN

## [PROPOSED] ORDER

The Court, having considered the parties' stipulation hereby orders that the deadlines set forth in the Order Granting Preliminary Approval of Direct Purchaser Class Settlement with Defendants AU Optronics Corporation and AU Optronics Corporation America (Doc. No. 6437) are hereby vacated.

**IT IS SO ORDERED.**

DATED: _9/11____, 2012                    _____
                                                        HON. SUSAN ILLSTON
                                                        UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER VACATING DEADLINES IN ORDER GRANTING PRELIMINARY APPROVAL OF SETTLEMENT WITH AUO