UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>In re TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Motorola Mobility, Inc. v. AU Optronics Corp., et al.,* No. 09-cv-5840-SI | Master Docket No. C M:07-01827 SI<br><br>MDL No. 1827<br><br>[~~PROPOSED~~] ORDER |

The Court, having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. Claims asserted by Plaintiff Motorola Mobility LLC, formerly known as Motorola Mobility, Inc., against Defendants Epson Imaging Devices Corporation and Epson Electronics America, Inc. are dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2. Each party shall bear its own costs and attorneys' fees.

3.       This Order does not affect the rights or claims of Plaintiff against any other defendant or alleged co-conspirator in the above-captioned litigation.

**IT IS SO ORDERED.**

This __18th__ day of __Sept__, 2012

_____

Hon. Susan Y. Illston
United States District Court Judge