1
2
3
4
5
6
7
8
9
10
11              **UNITED STATES DISTRICT COURT**

12              **NORTHERN DISTRICT OF CALIFORNIA**

13              **SAN FRANCISCO DIVISION**

14

15  | THIS DOCUMENT RELATES TO: | Master Docket No. C M:07-01827 SI |

16  In re TFT-LCD (FLAT PANEL) ANTITRUST     MDL No. 1827
    LITIGATION

17  This Document Relates To:                **[~~PROPOSED~~] ORDER**

18
    *Target Corp., et al. v. AU Optronics Corporation,*
19   *et al.*, Case 10-cv-4945-SI

20

21

22          The Court, having considered the stipulation of the parties, and good cause appearing

23  therefore, orders as follows:

24          1.      Claims asserted by Plaintiffs Target Corporation, Sears, Roebuck and Co., Kmart

25  Corporation, Old Comp Inc., Good Guys, Inc., RadioShack Corporation, and Newegg, Inc.,

26  against Defendants Epson Imaging Devices Corporation and Epson Electronics America, Inc. are

27  dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

28          2.      Each party shall bear its own costs and attorneys' fees.

CROWELL
& MORING LLP
ATTORNEYS AT LAW

1        3.     This Order does not affect the rights or claims of Plaintiff against any other

2  defendant or alleged co-conspirator in the above-captioned litigation.

**IT IS SO ORDERED.**

This ___18 TH___ day of ___SEPT___, 2012

_____

Hon. Susan Y. Illston
United States District Court Judge

CROWELL
& MORING LLP
ATTORNEYS AT LAW

[Proposed] Order
Case No. 07-01827-SI