1

2

3

4

5              IN THE UNITED STATES DISTRICT COURT

6           FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   IN RE: TFT-LCD (FLAT PANEL) ANTITRUST          No. M 07-1827 SI
    LITIGATION                                     MDL. No. 1827
9   _____/
                                                   Case Nos.: C 11-3763 SI; C 11-2495 SI; C 11-
10  This Order Relates to:                         2225 SI; C 11-4119 SI; C 11-2591 SI

11  *Interbond Corporation of America v. AU*       **ORDER GRANTING PLAINTIFFS'**
    *Optronics Corporation, et al.,* C 11-3763 SI  **MOTION TO DISMISS LG DISPLAY**
12                                                 **AMERICA, INC. AND LG DISPLAY CO.,**
    *Jaco Electronics, Inc. v. AU Optronics*       **LTD'S COUNTERCLAIMS AND STRIKE**
13  *Corporation, et al.,* C 11-2495 SI            **THEIR DEFENSES RE DUPLICATIVE**
                                                   **RECOVERY**
14  *Office Depot, Inc. v. AU Optronics Corporation,*
    *et al.,* C 11-2225 SI
15
    *P.C. Richard & Son Long Island Corporation, et*
16  *al. v. AU Optronics Corporation, et al.,*
    C 11-4119 SI
17
    *T-Mobile U.S.A., Inc. v. AU Optronics*
18  *Corporation, et al.,* C 11-2591 SI
    _____/
19

20          Now before the Court is a motion by various direct action plaintiffs to dismiss the counterclaims

21  of defendants LG Display America, Inc. and LG Display Co., Ltd. (collectively, "LG") and to strike

22  LG's defenses concerning duplicative recovery. Pursuant to Civil Local Rule 7-1(b), the Court found

23  this matter suitable for disposition without oral argument. Having considered the parties' papers, and

24  for good cause appearing, the Court hereby GRANTS plaintiffs' motion.

25          Plaintiffs seek to dismiss the counterclaims that LG has asserted to avoid so-called "duplicative

26  recovery" and to strike LG's defenses regarding the same. Motion at 1. In response, LG raises

27  arguments very similar to those made in Defendants' Motion Regarding Trial Structure and For Relief

28  to Avoid Duplicative Damages, Master Docket No. 5258, and LG's Motion for Leave to Amend, Master

**United States District Court**
For the Northern District of California

Docket No. 5795.  As the Court has held twice before, LG has not provided a legal basis for its "violation of laws of duplicative recovery" defense or for its related counterclaims.  *See* Order Regarding Trial Structure, Master Docket No. 5518 (April 20, 2012); Order Denying LG Display America, Inc. and LG Display Co., Ltd.'s Motion for Leave to Amend, Master Docket No. 5795 (May 25, 2012); *see also In re Flash Memory Antitrust Litig.*, 643 F. Supp. 2d 1143, 1156 (N.D. Cal. 2009) ("Duplicative recovery is, in many if not all cases alleging a nationwide conspiracy with both direct and indirect purchaser classes, a necessary consequence that flows from indirect purchaser recovery.") (quoting *In re Dynamic Random Access Memory (DRAM) Antitrust Litig.*, 516 F. Supp. 2d. 1072, 1089 (N.D. Cal. 2007)).  The Court finds no reason to depart from its previous rulings.

Accordingly, the Court GRANTS plaintiffs' motion.  Master Docket No. 6227; Docket No. 124 in C 11-3763 SI; Docket No. 137 in C 11-2495 SI; Docket No. 149 in C 11-2225 SI; Docket No. 137 in C 11-4119 SI; and Docket No. 139 in C 11-2591 SI.

**IT IS SO ORDERED.**

Dated: September 22, 2012

_____
SUSAN ILLSTON
United States District Judge