IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION  _____/  This Order Relates to:  *Dell Inc. et al. v. AU Optronics Corporation, et al.,* C 10-1064 SI  _____/ | No. M 07-1827 SI  MDL. No. 1827  Case No. C 10-1064 SI  **ORDER REFERRING DELL'S MOTION FOR SANCTIONS TO SPECIAL MASTER QUINN; RESCHEDULING DEFENDANTS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT DISMISSING DELL's PRE-DECEMBER 2002 CLAIMS AS TIME BARRED TO NOVEMBER 30, 2012** |

The Dell plaintiffs have filed a motion for sanctions against defendant AU Optronics, and noticed the motion for a hearing before this Court on November 16, 2012. The sanctions motion is related to ongoing proceedings before Special Master Quinn, and the Court finds that it is in the interest of judicial economy to refer to sanctions motion to the Special Master for determination in the first instance. Accordingly, the November 16, 2012 hearing is VACATED.

Defendants' joint motion for partial summary judgment dismissing Dell's time-barred claims and failure to mitigate is hereby rescheduled to November 30, 2012 at 9:00 a.m. MDL # 5847, 5886; C 10-1064 #243, 245.

**IT IS SO ORDERED.**

Dated: October 1, 2012

SUSAN ILLSTON
United States District Judge