United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION / | No. M 07-1827 SI<br>MDL No. 1827 |
| This Order Relates to:<br>All indirect-purchaser actions.<br><br>/ | **ORDER DENYING MOTION TO ALTER OR AMEND JUDGMENT** |

Class members and objectors Barbara Cochran, Kevin Luke, Geri Maxwell, Maria Marshall, Wayne Marshall, and Gerri Marshall filed a motion to alter and amend the July 11, 2012 Order Granting Final Approval of Combined Class, Parens Patriae, and Governmental Entity Settlements; Final Judgment of Dismissal With Prejudice. In the July 11, 2012 order, the Court approved the total amount allocated for seven settlements, but did not approve a plan of distribution, as the seven settlements represented only a partial settlement of the case. The objectors, who previously objected to final approval of the seven settlements, contend that *Dennis v. Kellogg Co.*, __ F.3d __, 2012 WL 3800230 (9th Cir. 2012), requires the parties to identify the potential *cy pres* recipients in the settlement agreements.

The Court finds that this contention lacks merit, and accordingly the motion to alter or amend is DENIED. The plan of distribution for all of the settlement monies, including the settlements that were the subject of the July 11, 2012 order, is contained in the three more recent settlements with the last remaining defendants (AUO, LG Display, and Toshiba defendants). A hearing on final approval of those settlements is scheduled for November 29, 2012. If they wish to do so, the objectors may object

to the plan of distribution by filing an objection by October 9, 2012.  *See* www.LCDclass.com.

The objectors also request that the Court amend the July 11, 2012 order to state that one of the objections lodged by Geri Maxwell and the Marshalls (namely, that class members should receive treble damages before any money is distributed to separate recipients), was adopted by the Court.  In support of this request, the objectors cite the distribution plan proposed in the motion for preliminary approval of the settlements with AUO, LG Display, and Toshiba.  However, as stated *supra*, the July 11, 2012 order did not approve a plan of allocation, and thus it would be incorrect to amend that order in the manner requested by the objectors.

This order resolves Docket No. 6230.

**IT IS SO ORDERED.**

Dated: October 1, 2012

SUSAN ILLSTON
United States District Judge