IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION / | No. M 07-1827 SI<br>MDL No. 1827 |
| This Order Relates To:<br>All civil cases.<br>/ | **ORDER RE: NEW PROCEDURE FOR FILING MOTIONS** |

Effective October 1, 2012, parties e-filing a motion in any of the civil cases related to *In re: TFT-LCD (Flat Panel) Antitrust Litigation*, 3:07-md-01827-SI, multi-district litigation ("MDL") must comply with the following procedure:

**Step One:** The motion and all related documents shall first be e-filed in the MDL master case (3:07-md-01827-SI) using the appropriate motion event in CM/ECF.

**Step Two:** The motion and all related documents shall then be e-filed in each individual MDL member case to which it applies using only the event "Notice of Motion Filed in MDL Master Case," which can be found in CM/ECF under "Other Filings" "Notices." That is, a motion event should not be used in an MDL member case.

**Note:** The last step in the e-filing process provides the filing party with a text box to enter descriptive text that will appear with the filing on the docket. The filing party must include in that text box (1) a description of the motion that was filed in the MDL master case; and (2) the docket number(s) assigned to the motion and related documents filed in the MDL master case.

**Example:** A party filing a motion for summary judgment that applies to member cases 3:09-cv-4997-SI, 3:10-cv-4945-SI, and 3:11-cv-0058-SI would:

Step One: E-file the motion and related documents in 3:07-md-01827:

    i. Log into CM/ECF;

    ii. Select "Civil";

    iii. Select "Motions - General" (under "Motions and Related Filings");

    iv. Choose "Summary Judgment" from the list of "Available Events"; and

    v. Follow the prompts to complete the filing.

Step Two: E-file the motion and related documents in each of the three member cases (3:09-cv-4997-SI, 3:10-cv-4945-SI, and 3:11-cv-0058-SI ):

    i. Select "Civil";

    ii. Select "Notices" under "Other Filings";

    iii. Choose "Notice of Motion Filed in MDL Master Case" from the list of "Available Events"; and

    iv. Follow the prompts to complete the filing, including using the text box to describe, and note the docket number(s) assigned to the motion and related documents filed in the MDL master case.

**IT IS SO ORDERED.**

Dated: October 1, 2012

                                                  SUSAN ILLSTON
                                                  United States District Judge