PILLSBURY WINTHROP SHAW PITTMAN LLP
JOHN M. GRENFELL (CA Bar No. 88500)
john.grenfell@pillsburylaw.com
JACOB R. SORENSEN (CA Bar No. 209134)
jake.sorensen@pillsburylaw.com
FUSAE NARA (*pro hac vice*)
fusae.nara@pillsburylaw.com
ANDREW D. LANPHERE (CA Bar No. 191479)
andrew.lanphere@pillsburylaw.com
50 Fremont Street
San Francisco, CA 94105
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

Attorneys for Defendants
SHARP CORPORATION and
SHARP ELECTRONICS CORPORATION

[additional parties and counsel listed in signature block]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827 SI<br>MDL No. 1827 |
| This Document Relates To:<br><br>Case No. 3:11-cv-06686 SI<br><br>STATE OF OKLAHOMA,<br><br>Plaintiff,<br><br>v.<br><br>AU OPTRONICS CORPORATION, *et al.*,<br><br>Defendants. | **STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING FILING AND RESPONSE TO SECOND AMENDED COMPLAINT** |

WHEREAS, plaintiff State of Oklahoma ("Oklahoma") filed an Amended and Restated Complaint ("Amended Complaint") in the above-captioned on April 12, 2012;

WHEREAS, certain Defendants ("Stipulating Defendants") filed a motion to dismiss the Amended Complaint ("Motion to Dismiss");

WHEREAS, the Court denied in part and granted in part the Motion to Dismiss on September 12, 2012 with leave to amend;

WHEREAS, Oklahoma desires to file a Second Amended Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, Oklahoma, on the one hand, and the Stipulating Defendants, on the other hand, as follows:

1. Oklahoma shall file a Second Amended Complaint within thirty (30) days of the filing of this Stipulation;

2. The Stipulating Defendants shall move to dismiss, answer, or otherwise respond to the Second Amended Complaint within forty-five (45) days of the filing of the Second Amended Complaint.

3. In computing these time periods, Rule 6 of the Federal Rules of Civil Procedure shall govern.

Dated: September 26, 2012.

PILLSBURY WINTHROP SHAW PITTMAN LLP
JOHN M. GRENFELL
JACOB R. SORENSEN
FUSAE NARA
ANDREW D. LANPHERE
50 Fremont Street
San Francisco, CA 94105

By: /s/ Jacob R. Sorensen
Jacob R. Sorensen

Attorneys for Defendants SHARP CORPORATION and SHARP ELECTRONICS CORPORATION

NOSSAMAN LLP
CHRISTOPHER A. NEDEAU (CA Bar No. 81297)
CARL L. BLUMENSTEIN (CA Bar No. 124158)
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 398-3600
Facsimile: (415) 398-2438

By: /s/ Christopher A. Nedeau
Christopher A. Nedeau

Attorneys for Defendants
AU OPTRONICS CORPORATION and
AU OPTRONICS CORPORATION AMERICA

SIMPSON THACHER & BARTLETT LLP
JAMES G. KREISSMAN (CA Bar No. 206740)
HARRISON J. FRAHN IV (CA Bar No. 206822)
2550 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

By: /s/ Harrison J. Frahn IV
Harrison J. Frahn IV

Attorneys for Defendants CHIMEI INNOLUX CORPORATION (F/K/A CHI MEI OPTOELECTRONICS CORPORATION), CHI MEI OPTOELECTRONICS USA, INC., CHI MEI CORPORATION, and CMO JAPAN CO., LTD.

MORRISON & FOERSTER LLP
MELVIN R. GOLDMAN (CA Bar No. 34097)
STEPHEN P. FRECCERO (CA Bar No. 131093)
DEREK F. FORAN (CA Bar No. 224569)
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

By: /s/ Stephen P. Freccero
Stephen P. Freccero

Attorneys for Defendants EPSON IMAGING DEVICES CORPORATION AND EPSON ELECTRONICS AMERICA, INC.

FREITAS TSENG & KAUFMAN LLP
ROBERT E. FREITAS (CA Bar No. 80948)
JASON S. ANGELL (CA Bar No. 221607)
JERRY CHEN (CA Bar No. 229318)
100 Marine Parkway, Suite 200
Redwood Shores, California 94065
Telephone: (650) 593-6300
Facsimile: (650) 593-6301

By: /s/ Robert E. Freitas
Robert E. Freitas

Attorneys for Defendant HANNSTAR DISPLAY CORPORATION

MORGAN, LEWIS & BOCKIUS LLP
KENT M. ROGER (CA Bar No. 95987)
MICHELLE KIM-SZROM (CA Bar No. 252901)
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

By: /s/ Kent M. Roger
Kent M. Roger

Attorneys for Defendants HITACHI, LTD., HITACHI DISPLAYS, LTD.(N/K/A JAPAN DISPLAY EAST, INC.), and HITACHI ELECTRONIC DEVICES (USA), INC.

PAUL HASTINGS LLP
Holly A. House (CA Bar No. 136045)
Kevin C. McCann (CA Bar No. 120874)
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

By: /s/ Kevin C. McCann
Kevin C. McCann

Attorneys for Defendants LG DISPLAY CO., LTD. and LG DISPLAY AMERICA, INC.

COVINGTON & BURLING LLP
ROBERT D. WICK (*pro hac vice*)
1201 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

By: /s/ Robert D. Wick
Robert D. Wick

Attorneys for Defendants SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG SEMICONDUCTOR, INC.

WHITE & CASE LLP
CHRISTOPHER M. CURRAN (admitted *pro hac vice*)
JOHN H. CHUNG (*pro hac vice*)
MARTIN M. TOTO (admitted *pro hac vice*)
KRISTEN J. MCAHREN (admitted *pro hac vice*)
1155 Avenue of the Americas
New York, New York 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

By: /s/ John H. Chung
John H. Chung

Attorneys for Defendants TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., TOSHIBA CORPORATION, and TOSHIBA MOBILE DISPLAY CO., LTD.

MCCALLUM, METHVIN & TERRELL, P.C.
PHILIP W. MCCALLUM (*pro hac vice*)
ROBERT G. METHVIN, JR. (*pro hac vice*)
JAMES M. TERRELL (*pro hac vice*)
NICHOLAS W. ARMSTRONG (CA Bar No. 270963)
2201 Arlington Avenue South
Birmingham, AL 35205
Telephone: (205) 939-0199
Facsimile: (205) 030-0399

By: /s/ James M. Terrell
James M. Terrell

Attorneys for Plaintiff STATE OF OKLAHOMA

ATTESTATION: Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from the signatories thereto.

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated: _____10/1________, 2012.

Susan Illston

Honorable Susan Illston
U.S. District Court Judge