IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. M 07-1827 SI<br>MDL No. 1827 |
| This Order Relates To:<br>All civil cases. | **ORDER RE: LODGING OF CHAMBERS COPIES** |

Effective October 3, 2012, parties e-filing any document in any of the civil cases related to the *In re: TFT-LCD (Flat Panel) Antitrust Litigation*, 3:07-md-01827-SI, multi-district litigation ("MDL"), shall only provide the Court with one set of chambers copies. The chambers copies shall be copies of the documents filed in the master MDL Docket 3:07-md-01827, and those chambers copies must include the docket numbers associated with that filing. The parties are directed not to provide duplicate chambers copies of filings that are also made in the member cases.

**Example:** A party filing a motion for summary judgment that applies to member cases 3:09-cv-4997-SI, 3:10-cv-4945-SI, and 3:11-cv-0058-SI would provide chambers with a single copy of the motion for summary judgment and all supporting documents, and that copy would contain the docket numbers of the filings in the master MDL Docket 3:07-md-01827. The party would not provide additional chambers copies of the same filing in the member cases.

**IT IS SO ORDERED.**

Dated: October 3, 2012

SUSAN ILLSTON
United States District Judge