IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION / | No. M 07-1827 SI<br>MDL No. 1827 |
| This Order Relates To:<br><br>All civil cases.<br>_____/ | **AMENDED ORDER RE: PROCEDURE FOR FILINGS** |

Effective October 15, 2012, parties e-filing a motion, opposition, reply or stipulation in any of the civil cases related to *In re: TFT-LCD (Flat Panel) Antitrust Litigation*, 3:07-md-01827-SI, multi-district litigation ("MDL") must comply with the following procedure. For the purpose of this procedure, the term "motion" includes any filing that seeks a ruling from the Court; in addition to motions and stipulations, this procedure applies to ex parte applications, discovery letter briefs, and any other document that is e-filed using a motion event in CM/ECF.

**Step One**: The motion, opposition, reply or stipulation and all related documents shall first be e-filed in the MDL master case (3:07-md-01827-SI) using the appropriate motion event in CM/ECF.

**Step Two**: The motion, opposition, reply or stipulation and all related documents shall then be e-filed in each individual MDL member case to which it applies using either the event "Notice of Motion/Stipulation Filed in MDL Master Case" (for motions and stipulations), or the event "Notice of

Opposition/Reply Filed in MDL Master Case" (for oppositions, replies and other responsive filings related to motions).  These notice events can be found in CM/ECF under "Other Filings" →"Notices."  That is, a motion event should not be used in an MDL member case.

**Note**:  The last step in the e-filing process provides the filing party with a text box to enter descriptive text that will appear with the filing on the docket.  The filing party must include in that text box (1) a description of the motion, opposition, reply or stipulation that was filed in the MDL master case; and (2) the docket number(s) assigned to the motion, opposition, reply or stipulation and related documents filed in the MDL master case.

**Example**:  A party filing a motion for summary judgment that applies to member cases 3:09-cv-4997-SI, 3:10-cv-4945-SI, and 3:11-cv-0058-SI would:

Step One:  E-file the motion and related documents in 3:07-md-01827:

    i.    Log into CM/ECF;

    ii.    Select "Civil";

    iii.    Select "Motions - General" (under "Motions and Related Filings");

    iv.    Choose "Summary Judgment" from the list of "Available Events"; and

    v.    Follow the prompts to complete the filing.

Step Two: E-file the motion and related documents in each of the three member cases (3:09-cv-4997-SI, 3:10-cv-4945-SI, and 3:11-cv-0058-SI ):

    i.    Select "Civil";

    ii.    Select "Notices" under "Other Filings";

    iii.    Choose "Notice of Motion/Stipulation Filed in MDL Master Case" from the list of "Available Events"; and

    iv.    Follow the prompts to complete the filing, including using the text box to describe, and note the docket number(s) assigned to, the motion and related documents filed in the MDL master case.

**Note**: A party filing an opposition or reply will follow the same procedure detailed above, but (1) in Step One select the appropriate opposition or reply event from the "Motions and Related Filings" menu; and (2) in Step Two select the event "Notice of Opposition/Reply Filed in MDL Master Case,"

1 rather than the "Notice of Motion . . ." event.

**IT IS SO ORDERED.**

Dated: October 15, 2012

SUSAN ILLSTON
United States District Judge