| | |
|---|---|
| Parker C. Folse III (Admitted *Pro Hac Vice*) <br> pfolse@susmangodfrey.com <br> Brooke A. M. Taylor (Admitted *Pro Hac Vice*) <br> btaylor@susmangodfrey.com <br> SUSMAN GODFREY L.L.P. <br> 1201 Third Avenue, Suite 3800 <br> Seattle, WA 98101-3000 <br> Telephone: (206) 516-3880 <br> Facsimile: (206) 516-3883 <br><br> David Orozco, CA Bar No. 220732 <br> E-Mail: dorozco@susmangodfrey.com <br> SUSMAN GODFREY L.L.P. <br> 1901 Avenue of the Stars, Ste. 950 <br> Los Angeles, CA 90067-6029 <br> Telephone: (310) 310-3100 <br> Facsimile: (310) 789-3150 | Edward A. Friedman (pro hac vice) <br> efriedman@fklaw.com <br> Daniel B. Rapport (pro hac vice) <br> drapport@fklaw.com <br> Hallie B. Levin (pro hac vice) <br> hlevin@fklaw.com <br> Alexander Levi (PHV Application Pending) <br> alevi@fklaw.com <br> FRIEDMAN KAPLAN SEILER & ADELMAN LLP <br> 7 Times Square <br> New York, NY 10036-6516 <br> Telephone: (212) 833-1100 <br> Facsimile: (212) 833-1250 |

*Counsel for T-Mobile USA, Inc.*
[additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION <br><br> This Document Relates to <br> Case C 3:11-02591 SI <br><br> T-MOBILE U.S.A., INC., <br><br> Plaintiff, <br> v. <br> AU OPTRONICS CORPORATION, et al., <br><br> Defendants. | Master File No. C M:07-01827 SI <br> Individual Case No. C 3:11-02591 SI <br> MDL NO. 1827 <br><br> **STIPULATION OF DISMISSAL OF HITACHI DISPLAYS, LTD. (n/k/a JAPAN DISPLAY EAST, INC.), HITACHI, LTD AND HITACHI ELECTRONIC DEVICES (USA), INC. AND [PROPOSED] ORDER** |

    Plaintiff T-Mobile U.S.A., Inc. ("T-Mobile") and Defendants Hitachi Displays, Ltd. (n/k/a Japan Display East, Inc.), Hitachi, Ltd., and Hitachi Electronic Devices (USA), Inc. (collectively, "Hitachi Defendants"), by and through undersigned counsel, stipulate and agree that T-Mobile hereby dismisses with prejudice all claims being asserted against the Hitachi Defendants in the above-captioned action pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. In support of this stipulation of dismissal, the parties state as follows:

1. T-Mobile and the Hitachi Defendants seek the dismissal of this action with prejudice.

2. This stipulation does not affect the rights or claims T-Mobile may have against any other defendant or co-conspirator in this litigation.

WHEREFORE, the parties respectfully request that this Court issue the Proposed Order of Dismissal.

**IT IS SO STIPULATED.**

Dated: October 11, 2012.   SUSMAN GODFREY L.L.P.

By: /s/ *Brooke A.M. Taylor*
Parker C. Folse III (pro hac vice)
E-Mail: pfolse@susmangodfrey.com
Brooke A. M. Taylor (pro hac vice)
E-Mail: btaylor@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Ave, Suite 3800
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

David Orozco, CA Bar No. 220732
E-Mail: dorozco@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Ste. 950
Los Angeles, CA 90067-6029
Telephone: (310) 310-3100
Facsimile: (310) 789-3150

Edward A. Friedman (pro hac vice)
E-Mail: efriedman@fklaw.com
Daniel B. Rapport (pro hac vice)
E-Mail: drapport@fklaw.com
Hallie B. Levin (pro hac vice)
E-Mail: hlevin@fklaw.com
Alexander Levi (pro hac vice)
E-Mail: alevi@fklaw.com
FRIEDMAN KAPLAN SEILER & ADELMAN
7 Times Square
New York, NY 10036-6516
Telephone: (212) 833-1100
Facsimile: (212) 833-1250

***Counsel for T-Mobile USA, Inc.***

| | | |
|---|---|---|
| 1 | Dated: October 11, 2012. | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | | By: /s/ *Kent M. Roger* |
| 3 | | Kent M. Roger<br>Herman J. Hoying |
| 4 | | Minna L. Naranjo<br>MORGAN, LEWIS & BOCKIUS LLP |
| 5 | | One Market, Spear Street Tower<br>San Francisco, CA 94105 |
| 6 | | Tel: (415) 442-1000 |
| 7 | | Fax: (415) 442-1001<br>Email: kroger@morganlewis.com |
| 8 | | hhoying@morganlewis.com<br>mnaranjo@morganlewis.com |
| 9 | | |
| 10 | | ***Attorneys for Hitachi Displays, Ltd. (n/k/a/ Japan Display East, Inc.), Hitachi, Ltd., and Hitachi Electronic Devices (USA), Inc.*** |

**[~~PROPOSED~~] ORDER**

The Court having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. All claims asserted by T-Mobile U.S.A., Inc. against Hitachi Displays, Ltd. (n/k/a Japan Display East, Inc.), Hitachi, Ltd., and Hitachi Electronic Devices (USA), Inc. in the underlying action are hereby dismissed with prejudice pursuant to FRCP 41(a)(2); and,

2. Each party shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated Entered: 10/15/2012  _____
The Honorable
District [signature: Judge Susan Illston]