1  BRUCE L. SIMON (Bar No. 96241)
      bsimon@pswplaw.com
2  **PEARSON, SIMON, WARSHAW & PENNY, LLP**
   44 Montgomery Street, Suite 2450
3  San Francisco, California 94104
   Telephone: (415) 433-9000
4  Facsimile:  (415) 433-9008

5  RICHARD M. HEIMANN (Bar No. 63607)
      rheimann@lchb.com
6  **LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**
   275 Battery Street, 30th Floor
7  San Francisco, California 94111
   Telephone: (415) 956-1000
8  Facsimile:  (415) 956-1008

9  *Co-Lead Counsel for the Direct Purchaser Plaintiffs*

10

11                    **UNITED STATES DISTRICT COURT**

12            **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

13

| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. MDL 3:07-md-1827 SI |
|---|---|
|  | **CLASS ACTION** |
| This Document Relates to: ALL DIRECT PURCHASER ACTIONS | **DIRECT PURCHASER CLASS PLAINTIFFS' ADMINISTRATIVE MOTION FOR ORDER APPROVING PAYMENT TO CLAIMS ADMINISTRATOR** |
|  | Honorable Susan Illston |

1	Pursuant to Local Rule 7-11, Direct Purchaser Plaintiffs ("DPPs") bring this administrative motion for an order approving payment to the Claims Administrator, RUST Consulting ("RUST"), for notice and claims administration services, as detailed below.

	DPPs have previously reached settlements totaling $405,022,242 (the "Settlement Fund") with the Chimei, Chunghwa, Epson, Hannstar, Hitachi, LG Display, Mitsui, Samsung, Sanyo, and Sharp Defendants (the "Settling Defendants").  Those settlements were finally approved by the Court on February 18, 2011(ECF No. 2475) and December 27, 2011. (ECF No. 4438.) Declaration of Robert G. Retana In Support of Administrative Motion for Order Approving Payment to Claims Administrator ("Retana Decl."), filed herewith, ¶ 3.  Since then, *inter alia*, DPPs have entered into settlements with the remaining defendants, AUO and Toshiba.  Those settlements were preliminarily approved on August 10, 2012 (ECF No. 6437) and October 15, 2012 (ECF No. 6988), respectively.[1]

	Each of the settlements agreement that have been finally approved provide that certain maximum amounts from the settlements may be used for the cost of class notice and claims administration.  Retana Decl., ¶ 4.  Those amounts are as follows:

| **Defendant** | **Amount** |
|---|---|
| ChiMei: | $400,000 |
| Chunghwa: | $400,000 |
| Epson: | $400,000 |
| Hannstar: | $200,000 |
| Hitachi: | $400,000 |
| LG Display: | $400,000 |
| Mitsui: | $100,000 |
| Samsung: | $400,000 |
| Sanyo: | $100,000 |
| Sharp: | $400,000 |
| **Total:** | $3,200,000 |

---

[1] DPPs make this request via an administrative motion, rather than by stipulation, because the Settling Defendants have no interest in the Settlement Fund at this point.  Having paid their respective settlement amounts into the Settlement Fund, and final judgment having been entered, Settling Defendants relinquished any responsibility for the administration of those funds. However, the Court retains jurisdiction with respect to disposition of the Settlement Fund. Retana Decl., ¶ 7.

1 | *Id.*

2 | To date, $745,981.47 has been paid to RUST for notice and claims administration services.
3 | That amount was paid from the Settlement Fund.  Retana Decl., ¶ 5.  There are currently
4 | outstanding charges of $232,477.35 for services provided from February of 2012 through August
5 | of 2012. *Id.*, Exh. A.  There is more than sufficient money left to cover the outstanding charges
6 | from the above-listed amounts allocated for notice and administration from the settlement
7 | agreements. *Id.*, ¶ 6.

8 | DPPs therefore respectfully request that the Court issue an order authorizing disbursement
9 | of  $232,477.35 to RUST from the Settlement Fund.

11 | DATED: October 22, 2012         **PEARSON, SIMON, WARSHAW & PENNY, LLP**
12 |                                  **LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**

14 |                                  By:     */s/ Robert G. Retana*
15 |                                          Robert G. Retana
                                     Co-Lead Counsel for Direct Purchaser Class Plaintiffs