| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| In re TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | MASTER FILE NO. 07-m-1827 SI<br>CASE NO 3:12-cv-0335 SI |
|---|---|
| This Documents Relates To:<br><br>*ViewSonic Corporation v.*<br>*AU Optronics Corporation, et al.*<br>*Case No. 12-cv-0335 SI* | **[~~PROPOSED~~] ORDER** |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

MASTER FILE NO. MDL 07-1827I

1    **[PROPOSED] ORDER**

2    The Court, having considered the stipulation of the parties, and good cause appearing,

3    orders as follows:

4    1.   Claims asserted by Plaintiff ViewSonic Corporation ("Plaintiff") against Samsung

5    Electronics Co., Ltd., Samsung Semiconductor, Inc., and Samsung Electronics America, Inc.

6    ("Defendants") are dismissed with prejudice.

7    2.   Each of the parties shall bear its own costs and attorneys' fees.

8    3.   This Order shall not affect the rights or claims of Plaintiff against any other

9    defendant or alleged co-conspirator in the above-captioned cases.

11   **IT IS SO ORDERED.**

13   Dated: ____10/22_____, 2012

15   _____
16   Hon. Susan Y. Illston, United States District Judge

27   DCACTIVE-21455819.1

Crowell
& Moring LLP
Attorneys At Law