Michael P. Kenny (mike.kenny@alston.com)
Debra D. Bernstein (debra.bernstein@alston.com)
Rodney J. Ganske (rod.ganske@alston.com)
**ALSTON + BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

Douglas R. Young (dyoung@fbm.com)
**FARELLA BRAUN + MARTEL LLP**
235 Montgomery Street
San Francisco, California 94104
Telephone: (415) 954-4410
Facsimile: (415) 954-4480
*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | MASTER CASE NO. 3:07-md-1827 SI, MQ MDL NO. 1827 |
| DELL INC. and DELL PRODUCTS L.P., <br><br> Plaintiffs, <br><br> v. <br><br> AU OPTRONICS CORPORATION, et al., <br><br> Defendants. | Individual Case No. 3:10-cv-01064 SI <br><br> ~~PROPOSED~~ ORDER |

   The Court having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

   1. All claims asserted by Dell Inc. and Dell Products L.P. against Epson Imaging Devices Corporation and Epson Electronics America, Inc. in the underlying action are hereby dismissed with prejudice pursuant to FRCP 41(a)(2).

1  2. Each party shall bear their own costs and attorneys' fees.

2  IT IS SO ORDERED.

4  Dated: 10/26 , 2012

  _____
  Honorable Susan Y. Illston
  United States District Judge