Jeffrey H. Howard (*pro hac vice*)
Jerome A. Murphy (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
Email: jhoward@crowell.com
       jmurphy@crowell.com

Jason C. Murray (CA Bar No. 169806)
Janet I. Levine (CA Bar No. 94225)
Joshua C. Stokes (CA Bar No. 220214)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-622-4750
Facsimile: 213-622-2690
Email: jlevine@crowell.com
       jmurray@crowell.com
       jstokes@crowell.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | CASE NO. M-07-1827-SI<br><br>MDL No. 1827 |
| This Document Relates To:<br><br>*ATS Claim LLC v. AU Optronics Corporation, et al.*, No. 3:09-cv-1115 SI<br><br>*Costco Wholesale Corporation v. AU Optronics Corporation, et al.*, No. 3:11-cv-0058 SI<br><br>*Dell Inc. v. AU Optronics Corporation, et al.*, No. 3:10-cv-1064 SI<br><br>*Electrograph Systems, Inc. v. AU Optronics Corporation, et al.*, No. 3:10-cv-0117 SI<br><br>*Motorola Mobility, Inc. v. AU Optronics Corporation, et al.*, No. 3:09-cv-5840 SI<br><br>*Nokia Corp. v. AU Optronics Corporation, et al.*, No. 3:09-cv-5609 SI | CLASS ACTION<br><br>**JOINT REQUEST FOR CASE MANAGEMENT CONFERENCE**<br><br>Hearing Date: November 7, 2012<br>Time: 2:00 p.m.<br>Courtroom: 10, 19th Floor<br>Judge: Honorable Susan Illston |

1       The Track 1 Direct Action Plaintiffs, including the plaintiffs in the Track 1 cases to be
2 remanded at the conclusion of pre-trial proceedings, the *Costco*, *Electrograph*, and *Motorola*
3 *Mobility* cases, and the Defendants in those actions jointly request that the Court hold a Track 1
4 Case Management Conference on November 7, 2012. The Court previously scheduled a Track 2
5 Case Management Conference at 2:00 p.m. on that day. The parties request the Court's
6 assistance in connection with some disputes that have arisen over scheduling for the Track 1
7 matters. For the Court's convenience, the parties will submit a joint Case Management Statement
8 covering both Track 1 and Track 2 matters on Friday, November 2, 2012.

9 Dated: October 31, 2012                  Respectfully submitted,

                                  */s/ Jason C. Murray*

Jason C. Murray (CA Bar No. 169806)
Janet I. Levine (CA Bar No. 94225)
Joshua C. Stokes (CA Bar No. 220214)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-622-4750
Facsimile: 213-622-2690
Email: jmurray@crowell.com
        jstokes@crowell.com

Jeffrey H. Howard (*pro hac vice*)
Jerome A. Murphy (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
Email: jhoward@crowell.com
        jmurphy@crowell.com

Kenneth L. Adams (*pro hac vice*)
R. Bruce Holcomb (*pro hac vice*)
Christopher T. Leonardo (*pro hac vice*)
ADAMS HOLCOMB LLP
1875 Eye Street NW
Washington, DC 20006
Telephone: 202-580-8822
Facsimile: 202-580-8821
Email: adams@adamsholcomb.com
        holcomb@adamsholcomb.com
        leonardo@adamsholcomb.com

*Counsel for Plaintiff Motorola Mobility, Inc., and on behalf of the Track 1 Direct Action Plaintiffs.*

Dated: October 31, 2012

                    /s/ James L. McGinnis
Gary L. Halling (SBN 66087)
James L. McGinnis (SBN 95788)
Michael W. Scarborough (SBN 203524)
Dylan I. Ballard (SBN 253929)
SHEPPARD MULLIN RICHTER & HAMPTON
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: ghalling@sheppardmullin.com
      jmcginnis@sheppardmullin.com
      mscarborough@sheppardmullin.com
      dballard@sheppardmullin.com

*Counsel for Defendants Samsung SDI America, Inc., and Samsung SDI Co., Ltd., and on behalf of the Track 1 Defendants*

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from the above listed individuals.

## [PROPOSED] ORDER

For the foregoing reasons and good cause appearing, the Court hereby sets a Case Management Conference at 2:00 p.m. on November 7, 2012 in the above captioned cases. Case Management Conference Statements covering both Track 1 and Track 2 shall be due on Friday, November 2, 2012.

_____
Hon. Susan Y. Illston
United States District Court Judge

DCACTIVE-21515228.1