Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Judith A. Zahid (215418)
Patrick B. Clayton (240191)
Qianwei Fu (242669)
Heather T. Rankie (268002)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:  (415) 693-0700
Facsimile:   (415) 693-0770
*fscarpulla@zelle.com*

Joseph M. Alioto (42680)
Theresa D. Moore (99978)
ALIOTO LAW FIRM
225 Bush Street, 16th Floor
San Francisco, CA 94104
Telephone:  (415) 434-8900
Facsimile:   (415) 434-9200
*jmalioto@aliotolaw.com*

*Co-Lead Class Counsel for Indirect-Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:07-MD-1827 SI<br>MDL No. 1827 |
| This Document Relates to:<br>All Indirect-Purchaser Actions;<br>*State of Missouri, et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-3619;<br>*State of Florida v. AU Optronics Corporation, et al.*, Case No. 10-cv-3517; and<br>*State of New York v. AU Optronics Corporation, et al.*, Case No. 11-cv-0711. | [~~PROPOS~~ED] **ORDER RE: DISTRIBUTION FROM ESCROW FUNDS FOR CLAIMS ADMINISTRATION**<br><br>The Honorable Susan Illston |

[PROPOSED] ORDER RE: DISTRIBUTION FROM ESCROW FUNDS FOR CLAIMS ADMINISTRATION

1   WHEREAS, on December 27, 2011, the Court granted final approval to settlements
between the Indirect-Purchaser Plaintiffs ("IPPs") and the States of Arkansas, California,
Florida, Michigan, Missouri, New York, West Virginia, and Wisconsin ("Settling States") on the
one hand, and defendants Chimei, Chunghwa, Epson, HannStar, Hitachi, Samsung and Sharp, as
identified in the respective Settlement Agreements, and inclusive of related entities also
identified in the respective Settlement Agreements (collectively, "Group-I Settling Defendants"),
on the other hand; and

WHEREAS, on July 30, 2012, the Court granted preliminary approval to the settlements
between IPPs and the Settling States, and defendants AUO, LG and Toshiba, as identified in the
respective Settlement Agreements (collectively, "Group-II Settling Defendants" and with the
Group-I Settling Defendants referred to hereafter as "All Settling Defendants"), on the other
hand; and

WHEREAS, the Settlement Agreements with All Settling Defendants provide that the
costs of administration of the claims process shall be paid from the Settlement Fund of each
Settling Defendant, *pro rata*, based on each Settling Defendant's Settlement Amount; and

WHEREAS, the cost of claims administration invoiced by Rust Consulting is
$356,265.19 (see Exhibit 1 attached hereto), and the additional cost of media purchases invoiced
by Kinsella Media is $553,481.00 (see Exhibit 2 attached hereto), for a total of $909,746.19; and

WHEREAS, pursuant to the Settlement Agreements the following amounts may be
deducted from each Settling Defendant's Settlement Fund to pay such costs of claims
administration:

| | |
|---|---:|
| Chimei | $92,713.10 |
| Chunghwa | $4,460.31 |
| Epson | $2,396.16 |
| HannStar | $21,565.42 |
| Hitachi | $32,770.39 |
| Samsung | $201,781.75 |
| Sharp | $97,107.47 |

|   |   |
|---|---|
| AUO | $135,782.30 |
| LG | $303,513.39 |
| Toshiba | $17,655.90 |
| **TOTAL** | **$909,746.19** |

WHEREAS, Well Fargo Bank, N.A. has informed the parties that it requires an order from the Court before it will distribute payment for these additional costs;

THEREFORE, IT IS HEREBY ORDERED that Wells Fargo Bank, N.A. shall deduct from the Settlement Fund of each Settling Defendant held in escrow the amounts listed above and Wells Fargo Bank, N.A. shall then wire **$356,265.19** to the following account:

    Bank of Texas

    ABA/Routing # 111014325

    Account # 8093434387

    Account Name:  Rust Consulting

    Reference # 128325

    Federal Tax ID # 41-1813634

    Bank Contact: Mayra Landeros, (214) 987-8817

Additionally, Wells Fargo Bank, N.A. shall wire **$553,481.00** to the following account:

    Bank of Texas

    ABA/Routing # 111014325

    Account # 8093434332

    Account Name:  Kinsella Media, LLC

    Reference # 4497

    Federal Tax ID # 52-2301194

    Bank Contact: Mayra Landeros, (214) 987-8817

///

///

///

///

[PROPOSED] ORDER RE: DISTRIBUTION FROM ESCROW FUNDS FOR CLAIMS ADMINSITRATION

1 | The balance of funds in the demand-deposit account, if any, shall be retained for
2 | additional costs as they are incurred.
3 |
4 | **IT IS SO ORDERED.**
5 |
6 | Dated: _____11/7_____, 2012     _____
7 |                                      Hon. Susan Illston
                                         United States District Judge

3239805v1

3

[PROPOSED] ORDER RE: DISTRIBUTION FROM ESCROW FUNDS FOR CLAIMS ADMINSITRATION

# EXHIBIT 1



# Invoice

625 MARQUETTE AVENUE, SUITE 880
MINNEAPOLIS, MN 55402
**P** 612.359.2000   I   **F** 612.359.2050
WWW.RUSTCONSULTING.COM
FEDERAL ID #: 41-1813634

| | |
|---|---:|
| DATE: | 10/12/12 |
| INVOICE #: | 12-5823 |
| MATTER #: | 8292 |

**TO:** Francis O. Scarpulla
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street
Suite 3400
San Francisco, CA  94104
fscarpulla@zelle.com
jdc@coopkirk.com

| PROJECT |
|:---:|
| *LCD Indirect* |
| *September 2012 Claims Administration Services* |

| | |
|---|---:|
| Notification/Dissemination | $       302.99 |
| Claimant Communication/Opt-Outs | 3,768.40 |
| Claim Form Processing | 2,965.92 |
| Claim Forms Submitted (27, 470 @ $0.15) | 4,120.50 |
| Project Management | 16,667.30 |
| Technical Consulting | 11,157.06 |
| Scanning | 785.70 |
| Telephone Support | 50,091.60 |
| Quality Assurance | 1,642.50 |
| Return Mail Processing | 85.80 |
| Financial | 684.90 |
| **SUBTOTAL** | 92,272.67 |
| Expenses: Other Charges and Out-of-Pocket Costs | |
| Print and Mail Notice Package | 8,084.66 |
| Email Blast (42,514) | 3,232.92 |
| Call Center/Telecommunications | 19,075.97 |
| Postage/Federal Express | 17.56 |
| Shredding/Storage | 10.00 |
| Other/Supplies | 26.25 |
| Photocopies/Faxing/Printing | 121.20 |
| Website Hosting | 250.00 |
| **SUBTOTAL** | 30,818.56 |
| **TOTAL INVOICE** | $   123,091.23 |
| **OUTSTANDING INVOICE(s)** | $   233,173.96 |
| **TOTAL AMOUNT DUE** | $   356,265.19 |

**PAYMENT TERMS: NET DUE UPON RECEIPT**

| WIRE INFORMATION | RUST |
|---|---|
| ACCOUNT #: 8093434387 | LOCKBOX MAILING ADDRESS: |
| ABA/ROUTING # WIRE or ACH: 111014325 | P O BOX 142589 |
| BANK: BANK OF TEXAS, DALLAS, TX 75225 | DRAWER #9051 |
| BANK CONTACT: MAYRA LANDEROS  214.987.8817 | Irving, TX  75014-2589 |
| REFERENCE: INVOICE NUMBER | |

# EXHIBIT 2

**KINSELLA MEDIA**

**INVOICE #    INVO**

*In re TFT-LCD (Flat Panel) Antitrust Litigation*                                           INVOICE

| | | |
|---|---|---|
| **IEV** | 2508 | 2508f C55p8r |
| **INVOICE # atE** | 2002f 02022 | C55p8r & pirkham, P.C. |
| **CEVO s** | 2 5 88 8ipp | 255 f  55pg5m8rh mpr88p, 2f ph Fl55r |
| | | ma5 Fra5 i0 5, C,  P. 222 |

### Ia NOC EONi CEO pENENts

**ONVNE C EONi**                                                                                                    **EstNOatEOIO pVEssNENs**

**INtEVNEt a22 NEtwEVks/SNEs**                                                                              f 2,0P0,85f

- LCD7 Nett ork
- aCDonion nett ork
- ACL ( eCia Nett ork
- Lurst ( eCia
- Casale ( eCia
- CLDInteraDtive
- CNDT
- CNN7Dol
- ColleDtive
- DDPN7Dol
- Lulu
- Lul 7ta7 - Tablet ACvertising
- ( iDrosoct ( eCia Nett ork
- ( illennial ( eCia - Tablet
- NLC ( niversal AuCienDe Platoorl
- NetD( elter TeD( Nett ork
- Ct nerN IQ
- PC( ag7Dol
- QuaCrant Cne
- L( ( Nett ork
- Til e Al Dess
- La( ooNNett ork

                                                                       IaNOC EONi CEO pENENts CEtaV        I I NisCEO#aa

### OtVEVI VEaVaO CEO pENENts

| | |
|---|---|
| iar58mf 8mia: f ulpim8mia N8w088l8a08 (Napi55al) | 252,500.00 |
| iar58mf 8mia: Pip h T8am | 220,000.00 |
| N8w f 8mia: Pr5m5p8mmp5ri80 | 22,000.00 |
| iar58mf 8mia: Vim85 Pr5mu pi55 | 22,000.00 |
| Pr5mu pi55 a5mui0pribupi55: W8b , m | 225,000.00 |

                                                                       OtVEVI VEaVaO CEO pENENts CEtaV     I CEsNaa#aa

### CNVENt CEtaV# NE

                                                                                                                        I NNVsIEO#aa

### IaVO ENt INstVNCtNENs

**I NE IaVO ENttE**                                                        **OVC aNVI aVO ENttE**

, 5, 085upi5g k (Wir8 5r , Cu): 22202. 325          m5ur 8u2 V
, 5u5pk: 80P3. 3. 332                                         , pp5: , 5u5p088 8ivabl8
, 5u5pNam8: pi508lla f 8mia, bbC                   2200 Ch8m08ar h 5lvm
88f8r85 8 k: . 532                                               uraw8r k P025
5a5k: 5a5k 5f T8xa0                                          2vi5g, Tp f 5022
5a5k C55pa p: f ahra ba5m8r50 T22. .P8f .882f
F8m8ral Tax 2u: 52T23022P.