UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No.   3:07-MD-1827-SI<br><br>**MDL NO. 1827** |
| THIS DOCUMENT RELATES TO:<br><br>*Tracfone Wireless, Inc. v. AU Optronics Corp.*<br>3:10-cv-3205-SI<br><br>*State of Oregon v. AU Optronics Corp.,*<br>3:10-cv-4346-SI<br><br>*SB Liquidating Trust v. AU Optronics Corp.*<br>3:10-cv-5458-SI<br><br>*Sony Electronics Inc. v. LG Display Co., Ltd.,*<br>3:10-cv-5616-SI<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust, v. AU Optronics Corp.,* 3:10-cv-5625-SI<br><br>*MetroPCS Wireless, Inc. v. AU Optronics Corp.,*<br>3:11:cv-829-SI<br><br>*Office Depot, Inc. v. AU Optronics Corp.,*<br>3:11-cv-2225-SI<br><br>*Jaco Electronics, Inc. v. AU Optronics Corp.,*<br>3:11-cv-2495-SI<br><br>*T-Mobile U.S.A., Inc. v. AU Optronics Corp.,*<br>3:11-cv-2591-SI | Case No.  3:10-cv-3205-SI<br>Case No.  3:10-cv-4346-SI<br>Case No.  3:10-cv-5458-SI<br>Case No.  3:10-cv-5616-SI<br>Case No.  3:10-cv-5625-SI<br>Case No.  3:11:cv-829-SI<br>Case No.  3:11-cv-2225-SI<br>Case No.  3:11-cv-2495-SI<br>Case No.  3:11-cv-2591-SI<br>Case No.  3:11-cv-3342-SI<br>Case No.  3:11-cv-3763-SI<br>Case No.  3:11-cv-3856-SI<br>Case No.  3:11-cv-4116-SI<br>Case No.  3:11-cv-4119-SI<br>Case No.  3:11-cv-4119-SI<br>Case No.  3:11-cv-4119-SI<br>Case No.  3:11-cv-5765-SI<br>Case No.  3:11-cv-5781-SI<br>Case No.  3:11-cv-6241-SI<br>Case No.  3:12-cv-335-SI<br>Case No.  3:12-cv-1426-SI<br>Case No.  3:12-cv-1599-SI<br>Case No.  3:12-cv-2214-SI<br>Case No.  3:12-cv-2495-SI<br>Case No.  3:12-cv-4114-SI<br><br>~~[PROPOSED]~~ **STIPULATED ORDER RE REVISED PRETRIAL SCHEDULE FOR TRACK 2 CASES** |

CLONE M:07-1827 SI
sf-3211946
DCACTIVE-21561324.1

1

| | |
|---|---|
| 1 | *Electrograph Systems, Inc. v. NEC Corp.*, |
| 2 | 3:11-cv-3342-SI |
| 3 | *Interbond Corp. of America v. AU Optronics Corp.*, 3:11-cv-3763-SI |
| 4 | |
| 5 | *Schultze Agency Services, LLC, on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, v. AU Optronics Corp.*, 3:11-cv-3856-SI |
| 6 | |
| 7 | *Hewlett-Packard Co. v. AU Optronics Corp.*, 3:11-cv-4116-SI |
| 8 | *ABC Applicance, Inc. v. AU Optronics Corp.*, 3:11-cv-4119-SI |
| 9 | |
| 10 | *Marta Cooperative of America, Inc. v. AU Optronics Corp.*, 3:11-cv-4119-SI |
| 11 | *P.C. Richard & Son Long Island Corp., v. AU Optronics Corp.*, 3:11-cv-4119-SI |
| 12 | |
| 13 | *Tech Data Corp., v. AU Optronics Corp.*, 3:11-cv-5765-SI |
| 14 | *The AASI Creditor Liquidating Trust, by and through Kenneth A. Welt, Liquidating Trustree, v. AU Optronics Corp.*, 3:11-cv-5781-SI |
| 15 | |
| 16 | *CompuCom Systems, Inc. v. AU Optronics Corp.*, 3:11-cv-6241-SI |
| 17 | |
| 18 | *Viewsonic Corp. v. AU Optronics Corp.*, 3:12-cv-335-SI |
| 19 | *NECO Alliance LLC v. AU Optronics Corp.*, 3:12-cv-1426-SI |
| 20 | |
| 21 | *Sony Electronics Inc. v. AU Optronics Corp.*, 3:12-cv-1599-SI |
| 22 | *Sony Electronics Inc. v. Hannstar Display Corp.*, 3:12-cv-2214-SI |
| 23 | |
| 24 | *Rockwell Automation, Inc. v. AU Optronics Corp.*, 3:12-cv-2495-SI |
| 25 | *Best Buy Co., Inc. v. Toshiba Corp.*, 3:12-cv-4114-SI |
| 26 | |
| 27 | |
| 28 | |

The Court adopts the following revised pretrial schedule for Track 2 cases:

| Event | Current Date (Per 7/9/12 Order) | Revised Date |
|---|---|---|
| Disclosure of identities of defendants' experts and one paragraph description of issues to be addressed by each expert | November 9, 2012 | December 6, 2012 |
| Further Case Management Conference | | March 7, 2013, 2 p.m. |
| Close of limited fact discovery unique to Track 2 cases | December 21, 2012 | April 2, 2013 |
| Service of opening expert reports for plaintiffs | January 11, 2013 | April 22, 2013 |
| Service of underlying data and code | January 16, 2013 | April 26, 2013 |
| Service of opposition expert reports | April 12, 2013 | July 23, 2013 |
| Service of underlying data and code | April 17, 2013 | July 30, 2013 |
| Plaintiffs and defendants each to provide one paragraph description of each issue/subject of summary judgment motions (copies to be provided to the court) | May 10, 2013 | August 20, 2013 |
| Parties to serve supplemental disclosure with one paragraph description of any additional issues/topics of summary judgment motions (copies to be provided to the court) | May 31, 2013 | September 10, 2013 |
| Service of reply expert reports | June 14, 2013 | September 24, 2013 |
| Service of underlying data and code | June 19, 2013 | September 30, 2013 |
| Close of expert discovery | July 19, 2013 | October 30, 2013 |
| Last day to file dispositive motions | August 23, 2013 | December 3, 2013 |
| Last day to file oppositions to dispositive motions | September 20, 2013 | January 14, 2014 |

| Event | Current Date (Per 7/9/12 Order) | Revised Date |
|---|---|---|
| Last day to file reply briefs in support of dispositive motions | October 18, 2013 | February. 25, 2014 |
| Last day for hearing dispositive motions | November 1, 2013 | March 14, 2014 |

**IT IS SO ORDERED.**

Dated: 11/8/12

Hon. Susan Illston
United States District Judge

MASTER M:07-1827 SI
sf-3211946
DCACTIVE-21561324.1

4