CROWELL & MORING LLP
Gregory D. Call (CSB No. 120483, gcall@crowell.com)
Beatrice B. Nguyen (CSB No. 172961, bbnguyen@crowell.com)
Suzanne E. Rode (CSB No. 253830, srode@crowell.com)
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
Fred Bartlit, Jr. (fred.bartlit@bartlit-beck.com)
Karma Giulianelli (CSB No. 184175, karma.giulianelli@bartlit-beck.com)
Lester Houtz (lester.houtz@bartlit-beck.com)
Andre M. Pauka (andre.pauka@bartlit-becl.com)
Daniel R. Brody (daniel.brody@bartlit-beck.com)
1899 Wynkoop Street, Suite 800
Denver, CO 80202
Telephone: (303) 592-3100
Facsimile: (303) 592-3140

BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
Mark E. Ferguson (mark.ferguson@bartlit-beck.com)
54 West Hubbard Street
Chicago, IL 60610
Telephone: (312) 494-4400
Facsimile: (312) 494-4440

Attorneys for Plaintiff Hewlett-Packard Company

*IT IS SO ORDERED* — Judge Susan Illston

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates To:<br>Case No. 3:10-cv-05577-SI | Case No. 3:07-md-01827-SI<br>MDL No. 1827 |
| HEWLETT-PACKARD COMPANY,<br><br>       Plaintiff,<br><br>   v.<br><br>AU OPTRONICS CORPORATION, AU OPTRONICS CORPORATION AMERICA, and QUANTA DISPLAY INC.,<br><br>       Defendants. | Case No. CV-11-4116-SI<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Honorable Susan Illston |

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff HEWLETT-PACKARD COMPANY and Defendants AU OPTRONICS CORPORATION, AU OPTRONICS CORPORATION AMERICA, and QUANTA DISPLAY INC. hereby stipulate to the dismissal of this action, with prejudice. Defendants have filed an answer to the complaint, and this Stipulation is signed by all parties who have appeared in the action.

Dated: November 9, 2012

| /s/ Lester C. Houtz | /s/ Carl L. Blumenstein |
|---|---|
| Lester C. Houtz<br>BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP<br>1899 Wynkoop Street, Suite 800<br>Denver, CO 80202<br><br>Attorneys for Plaintiff Hewlett-Packard Company | Carl L. Blumenstein<br>NOSSAMAN LLP<br>50 California Street, 34th Floor<br>San Francisco, CA 94111<br><br>Attorneys for Defendants AUO Optronics Corporation, AUO Optronics Corporation America, and Quanta Display Inc. |

### FILER'S ATTESTATION

Pursuant to General Order No. 45.X.B, the undersigned attests that all parties have concurred in the filing of this stipulation.

Dated: November 9, 2012

Respectfully submitted,

/s/ Beatrice B. Nguyen

Beatrice B. Nguyen
CROWELL & MORING LLP
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Plaintiff Hewlett-Packard Company

SFACTIVE-902882799.2