IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION  / | No. M 07-1827 SI<br>MDL. No. 1827 |
| This Order Relates to:<br><br>All Indirect-Purchaser Plaintiff Class Actions  / | **ORDER CONTINUING HEARING ON ATTORNEYS' FEES, COSTS, AND INCENTIVE AWARDS RE INDIRECT PURCHASER SETTLEMENT; AND SETTING FILING DEADLINES FOR OBJECTIONS** |

On November 12, 2012, the Special Master issued an order explaining the procedures for objecting to the November 9, 2012 Report and Recommendations regarding Attorneys' Fees and Other Amounts by the Indirect-Purchaser Class Plaintiffs and State Attorneys General ("Report and Recommendation"). Docket No. 7134. The timeline provided in the order does not allow parties 21 days to object to the Special Master's reports pursuant to Fed. R. Civ. P. 53(f)(2).

Accordingly, this Order shortens the time period to object to the Special Master's orders, reports, or recommendations from 21 days to 10 days pursuant to Rule 53(f)(2). The hearing on attorneys' fees, costs, and incentive awards associated with the Indirect-Purchaser settlement is moved from November 29, 2012 to **December 13, 2012, at 4 p.m.**

The Fairness Hearing set for **November 29, 2012 at 4 p.m.** remains on calendar as previously scheduled and will address the fairness of the settlement amount and terms.

In accordance with these changes, the dates in the Special Masters's Order, issued November 12, 2012, will be modified as indicated below.

**1.     Objections by IPP Class Counsel and/or State AGs to Recommended Awards of Attorneys' Fees:**

Any IPP Class Counsel or State AG which wishes to object to the Special Master's November 9, 2012 recommended fee awards must file such objection by **November 19, 2012.**

Between November 16-26, the Special Master will hold telephonic or in person hearings as may be necessary at which objecting counsel may present argument.

The Special Master will issue a Supplemental Report on every objection by November 27, 2012.

Any IPP Class Counsel or State AG which wishes to object to the Supplemental Report must file such written objections by **December 7, 2012**.

**2.     Other Objections to Special Master's Reports and Recommendations:**

Any other objections to the Special Master's November 9, 2012 Report and Recommendations, Dkt. No. 7127, shall be filed by **November 19, 2012.**

Any objections to the Special Master's report concerning reimbursement of expenses (which report is to be filed by the Special Master on November 16, 2012), shall be filed by **November 26, 2012.**

**3.     Motions by Objectors for Attorneys' Fees**

Any motion by any Objector seeking an award of attorneys' fees shall be filed by **November 19, 2012.** The Special Master will issue a Report on such motions by November 26, 2012. Any objections to this Report must be filed in writing by **December 6, 2012.**

**IT IS SO ORDERED.**

Dated: November 15, 2012

_____
SUSAN ILLSTON
United States District Judge