**United States District Court**
For the Northern District of California

1

2

3

4

5            IN THE UNITED STATES DISTRICT COURT

6         FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   IN RE: TFT-LCD (FLAT PANEL)          No. M 07-1827 SI
    ANTITRUST LITIGATION                MDL. No. 1827

9                                                                                                                                                    

10                                                    Case No. C 09-4997 SI

11   This Order Relates to:

12   *AT&T Mobility LLC. v. AU Optronics Corp., et*   **ORDER DENYING DEFENDANT**
                                                                   **SANYO CONSUMER ELECTRONICS'**
    *al.,* C 09-4997 SI                                    **MOTION FOR SUMMARY JUDGMENT**
                                                                     **DISMISSING AT&T'S CLAIMS**

13

14                                                                                /

15

16           Defendant Sanyo Consumer Electronics' motion for summary judgment dismissing AT&T's

17 claims is scheduled for a hearing on November 30, 2012.  Pursuant to Civil Local Rule 7-1(b), the Court

18 determines that this matter is appropriate for resolution without oral argument, and VACATES the

19 hearing on this motion.  For the reasons set forth in this order, defendant's motion is DENIED.  Docket

20 No. 5875.

21          Defendant moves for summary judgment on plaintiff's Sherman Act claim, contending that there

22 is no direct evidence that Sanyo Consumer Electronics participated in the alleged price-fixing

23 conspiracy, and that any circumstantial evidence of its participation does not tend to exclude the

24 possibility that it acted independently.  Defendant also moves for summary judgment on plaintiffs' state

25 claims on the ground that the antitrust laws in those states are construed in accordance with federal law,

26 and therefore that the claims fail for lack of evidence of a conspiracy.

27          In response, AT&T has submitted, *inter alia*, evidence showing that a Sanyo Consumer

28 Electronics' employee exchanged pricing and other proprietary LCD panel information with other

United States District Court
For the Northern District of California

1  defendants.[1] The Court has twice found this same evidence sufficient to defeat summary judgment. *See*

2  Docket Nos. 6929 & 7176. For the reasons stated in those prior orders, the Court finds that there are

3  triable issues of fact as to whether Sanyo Consumer Electronics participated in the alleged price-fixing

4  conspiracy, and therefore the Court DENIES defendant's motion for summary judgment

5       Defendant also contends that plaintiff's Sherman Act claim is barred under *Illinois Brick Co. v.*

6  *Illinois*, 431 U.S. 720 (1977), and *In re ATM Fee Antitrust Litigation*, 686 F.3d 741 (9th Cir. 2012). The

7  Court has addressed those arguments in a separate order ruling on defendants' joint motion for summary

8  judgment for lack of standing under *Illinois Brick* and *In re ATM Fee*. *See* Docket No. 7188.

9

10       **IT IS SO ORDERED.**

11

12  Dated: November 19, 2012

13                                    SUSAN ILLSTON

14                                    United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27       [1] Defendant subjected to much of plaintiff's evidence. The Court finds that there is sufficient

28  admissible evidence to defeat summary judgment, and accordingly the Court does not address defendant's evidentiary objections. Defendant may renew its objections at the time of trial.