IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION / | No. M 07-1827 SI<br>MDL. No. 1827 |
| This Order Relates to:<br><br>All Indirect-Purchaser Plaintiff Class Actions<br>/ | **ORDER GRANTING STATE OF SOUTH CAROLINA'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE AMICUS BRIEF** |

The State of South Carolina's Administrative Motion (Master Dkt. No. 6930) to File Amicus Brief concerning the Indirect Purchaser Plaintiffs' and Settling States' Joint Notice of Motion and Motion for Preliminary Approval of Combined Class, *Parens Patriae*, and Governmental Entity Settlements with AUO, LG Display, and Toshiba Defendants filed July 12, 2012, Master Docket No. 6141, and the States of Illinois and Washington's Objection to Final Approval of the IPP's Settlements with AUO, LG, and Toshiba filed on September 12, 2012, Master Dkt. No. 6688, is HEREBY GRANTED.

**IT IS SO ORDERED.**

Dated: 11/20/12

SUSAN ILLSTON
United States District Judge