Michael P. Kenny (mike.kenny@alston.com)
Debra D. Bernstein (debra.bernstein@alston.com)
Rodney J. Ganske (rod.ganske@alston.com)
**ALSTON + BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

Douglas R. Young (dyoung@fbm.com)
**FARELLA BRAUN + MARTEL LLP**
235 Montgomery Street
San Francisco, California 94104
Telephone: (415) 954-4410
Facsimile: (415) 954-4480

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | MASTER CASE NO. 3:07-md-1827 SI, MQ<br>MDL NO. 1827<br><br>Individual Case No. 3:10-cv-01064 SI |
| DELL INC. and DELL PRODUCTS L.P.,<br><br>    Plaintiffs,<br><br>    v.<br><br>AU OPTRONICS CORP., *et al.*,<br><br>    Defendants. | **DECLARATION OF MICHAEL P. KENNY IN SUPPORT OF PLAINTIFFS DELL INC.'S AND DELL PRODUCTS L.P.'S MOTION TO PARTIALLY EXCLUDE THE EXPERT REPORT AND OPINIONS OF DENNIS W. CARLTON**<br><br>Date:   January 11, 2013<br>Time:   9:00 a.m.<br>Place:  Courtroom 10, 19th Floor<br>Judge:  Honorable Susan Illston |

I, **MICHAEL P. KENNY**, declare as follows:

1. I am a partner with the law firm of Alston & Bird LLP, counsel for Plaintiffs Dell Inc. and Dell Products L.P. (collectively, "Dell") in the above-captioned action currently pending in the U.S. District Court for the Northern District of California. I submit this declaration in support of Dell's Motion to Partially Exclude the Expert Report and Opinions of Dennis W. Carlton. I have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness.

2. I am a member in good standing of the State Bar of Georgia and am admitted to practice before the U.S. District Court for the Northern District of Georgia. I have also been admitted to this Court *pro hac vice* as counsel for Dell pursuant to the Court's Pretrial Order No. 1 in the MDL Proceeding.

3. Attached hereto as **Exhibit A** is a true and correct copy of the Expert Report of Dennis W. Carlton in *Dell v. Sharp et al.*, February 23, 2012.

4. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the Deposition of Dennis W. Carlton, April 10-12, 2012.

5. Attached hereto as **Exhibit C** is a true and correct copy of the Expert Report of Dennis W. Carlton in the Indirect Purchaser Class Action, *In re TFT-LCD (Flat Panel) Antitrust Litigation*, July 28, 2011.

6. Attached hereto as **Exhibit D** is a true and correct copy of excerpts from ABA Section of Antitrust Law, *Econometrics: Legal, Practical, and Technical Issues* (2005).

DATED: November 20, 2012        By: */s/ Michael P. Kenny*
　　　　　　　　　　　　　　　　　　Michael P. Kenny, Esq.
　　　　　　　　　　　　　　　　　　ALSTON + BIRD LLP
　　　　　　　　　　　　　　　　　　1201 West Peachtree Street
　　　　　　　　　　　　　　　　　　Atlanta, Georgia 30309-3424
　　　　　　　　　　　　　　　　　　Tel: (404) 881-7000
　　　　　　　　　　　　　　　　　　Facsimile: (404) 881-7777
　　　　　　　　　　　　　　　　　　mike.kenny@alston.com

　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs Dell Inc. and Dell Products L.P*

- 2 -

DECL. OF MICHAEL P. KENNY ISO DELL'S MOTION　　　　　　　　　　　　Master File No. M07-1827 SI
TO PARTIALLY EXCLUDE EXPERT REPORT OF CARLTON　　　　　　　　　　3:10-cv-01064 SI