IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION / | No. M 07-1827 SI<br>MDL. No. 1827 |
| This Order Relates to:<br>All Indirect-Purchaser Plaintiff Class Actions / | **ORDER EXTENDING DATE TO OBJECT TO SPECIAL MASTER'S ORDER REGARDING REIMBURSEMENT OF EXPENSES** |

On November 15, 2012, the Court issued an order, Docket No. 7159, shortening the time period to object to the Special Master's orders, reports, or recommendations from 21 days to 10 days pursuant to Rule 53(f)(2) and modifying certain filing deadlines identified in the Special Masters's Order of November 12, 2012, Dkt No. 7134. The Special Master's Order explained the procedures for objecting to two Reports and Recommendations: (1) the November 9, 2012 Report and Recommendation regarding Attorneys' Fees and Other Amounts by the Indirect-Purchaser Class Plaintiffs and State Attorneys General; and (2) a further Report the Special Master would file concerning pending motions for reimbursement of expenses. Dkt No. 7127.

On November 20, 2012, the Special Master issued this further Report, the Report and Recommendation of Special Master re Motions by Indirect Purchaser Plaintiffs and State Attorneys General for Interim Reimbursement of Expenses, and Second Motion by Indirect Purchaser Plaintiffs for Reimbursement of Expenses. Dkt. No. 7221. In order to give the parties 10 days to object to this Report, this Order extends the deadline for objections to the reimbursement of expenses from November 26, 2012 to **December 1, 2012**.

**IT IS SO ORDERED.**

Dated: November 21, 2012

SUSAN ILLSTON
United States District Judge