**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION_____/ | No. M 07-1827 SI<br><br>MDL. No. 1827 |
| This Order Relates to:<br><br>All Indirect-Purchaser Plaintiff Class Actions<br>_____/ | **ORDER CONTINUING DECEMBER 13, 2012 HEARING ON ATTORNEYS' FEES, COSTS, AND INCENTIVE AWARDS RE INDIRECT PURCHASER SETTLEMENT, AND MODIFYING DEADLINES RE: OBJECTIONS TO SPECIAL MASTER'S REPORTS** |

In light of ongoing proceedings before the Special Master regarding attorneys' fees, costs, and incentive awards associated with the Indirect-Purchaser settlement, this Order continues the hearing set for December 13, 2012 to **January 31, 2013, at 4 p.m.**

The dates and deadlines identified in the Court's prior orders of November 15, 2012 and November 21, 2012, Dkt. Nos. 7159 and 7229, are modified as follows:

**1.    Objections to Recommended Attorneys' Fees to IPP Class Counsel:**

The Special Master has held telephonic or in person hearings at which objecting counsel have presented arguments. The Special Master will issue a Supplemental Report on every objection by January 14, 2012. Objections to this Supplement Report must be filed by **January 24, 2012**.

**2.    Objections to Special Master's Reports and Recommendations re Indirect Purchaser Plaintiff and State Attorney General Expenses:**

The Special Master has issued two Reports and Recommendations regarding Indirect Purchaser Plaintiff and State Attorney General expenses. *See* Dkt. No. 7127 (November 9, 2012 Report and

Recommendations regarding Attorneys' Fees and Other Amounts by the Indirect-Purchaser Class Plaintiffs and State Attorneys General); Dkt. No. 7221 (November 20, 2012 Report and Recommendation of Special Master re Motions by Indirect Purchaser Plaintiffs and State Attorneys General for Interim Reimbursement of Expenses, and Second Motion by Indirect Purchaser Plaintiffs for Reimbursement of Expenses). Indirect-Purchaser Plaintiffs have asked the Special Master to reconsider the November 20, 2012 Report. He will do so, and will issue a Further Report by December 7, 2012. Any objections to this Further Report regarding the reimbursement of expenses must be filed by **December 17, 2012.**

**3.     Motions by Objectors for Attorneys' Fees**

The Special Master will issue a Report on motions by objectors for attorneys' fees by December 7, 2012. Any objections to this Report must be filed by **December 17, 2012**.

**IT IS SO ORDERED.**

Dated: November 30, 2012

SUSAN ILLSTON
United States District Judge