# EXHIBIT C

**Selected Objections to Settlements and Related Appeals Filed by Edward Cochran**

| Case | Objector | Objector Counsel | Objection | Outcome of Objection | Appeal Outcome |
|---|---|---|---|---|---|
| ***Azizian v. Federated Dept. Stores, Inc.***, No. 03-3359 (N.D. Cal.) | Feldman, Hannah (*John J. Pentz's wife*) | Bacharach, N. Albert Jr. Pentz, John J. (on appeal) Cochran, Edward Rothstein, Paul S. | Objection to the settlement, distribution plan and attorneys' fees and costs | Objections Overruled.  Settlement Approved.  Objectors "vastly overstated the role they played in this case."  The objectors' role was "one of confirmation not origination."  Court awarded coordinated objectors' attorneys $53,843 in expenses and denied award of attorneys' fees. *Azizian v. Federated Dept. Stores, Inc.*, No. 03-3359, 2006 WL 4037549 (N.D.Cal. Sept. 29, 2006) and 2007 WL 425850 (N.D.Cal. Feb. 8, 2007) | District Court affirmed |
| ***Benacquisto v. Amer. Express***, No. 00-cv-1980 (D.Minn.) | Morgan, Richard E. Kirby, Lisa Gusky, R. Margolis, Carl | Cochran, Edward Pentz, John J. Rothstein, Paul S. | | Objectors' Motion to Intervene denied; District ordered objectors to post a $500,000 bond before any appeal could be filed. *See* Findings of Fact and Conclusions of Law Concerning Class Action Settlement, filed May 15, 2001. | |

| Case | Objector | Objector Counsel | Objection | Outcome of Objection | Appeal Outcome |
|---|---|---|---|---|---|
| *Clark v. Experian Information Solutions, Inc.*, Nos. Civ.A.8:00-1217-22 to 1219-22 | Jeannie Marie Zupan<br><br>Diane Jordan | Cochran, Edward W.<br>Pentz, John | Adequacy of settlement, attorneys' fees and expenses. | Initially, Court declined to approve the settlement, absent further clarification on notification procedures.  Objectors supported Second Modified Stipulation of Settlement.  *See* 219 F.R.D. 375 (D.S.C. 2003); 2004 WL 256433 (D.S.C. Jan. 14, 2004). | |
| *In re Disposable Contact Lens Antitrust Litig.*, 94-MDL-1030 | Schweinberg, Jean Pentz, James Walton, Molly P. Glasgow, Cindy Rinis, Barbatte B. Collins, Pamela Davisson, John G. Rinis, Michael J. | Cochran, Edward Pentz, John J. Rothstein, Paul S. Bacharach, N. Albert, Jr. Kearney Dee Hutsler<br><br>(Rothstein representing M. Rinis; Bacharach representing B. Rinis) | Eight written objections to attorneys' fees and expenses. | Objections Overruled.  Settlement Approved. | |

| Case | Objector | Objector Counsel | Objection | Outcome of Objection | Appeal Outcome |
|---|---|---|---|---|---|
| ***In re Insurance Brokerage Antitrust Litigation***, MDL No. 1663, 2007 WL 2589950 (D.N.J. Sept. 4, 2007) | Cross & Sir Hoffman Legal Group Iaad O., Trustee of 8 Pacific Street Trust Pekoe, Irene Redd, Lacy Shapiro & Lodwich Co. Sports & Spine Physical Therapy Sturdevant, Dan Zorkess LLC | Siegel, Edward Cochran, Edward W. Bacharach, N. Albert Tsai, Stephen | Objections to notice, scope of release and bar order, requirement for submitting claim forms, procedure for requesting exclusion, plan of allocation, class certification and attorneys' fees | Objections Overruled.  Settlement Approved. | |
| ***In re Lucent Techologies***, 327 F.Supp.2d 426 (D.N.J. 2004), 04-1120 (3d. Cir.) | Rinis Travel Service Inc. Profit Sharing Trust Michael J. Rinis Gordon, Edward | Cochran, Edward Tsai, Stephen Pentz, John | Individual objections to the award of attorneys' fees and reimbursement of expenses. | Objections Overruled.  Settlement Approved. | District Court Affirmed |
| ***In re PayPal Litigation***, No. 02-1227,2004 WL 2445244 (N.D. Cal. Oct. 13, 2004 | Falkner, Robert Shapiro, Joel | Cochran, Edward W. Pentz, John J. | Objection to settlement terms and attorney's fees and expenses | Objections Overruled.  Settlement Approved. | Appeal voluntarily dismissed. |

| Case | Objector | Objector Counsel | Objection | Outcome of Objection | Appeal Outcome |
|------|----------|------------------|-----------|---------------------|----------------|
| *In re Relafen Antitrust Litig.*, 231 F.R.D. 52 (D.Mass. 2005) | Kensinger, Dot Pio, Jacqueline Worthrum, Barbara | Bacharach, N. Albert Jr. (on appeal) Cochran, Edward Hustler, Kearney Dee Pentz, John J. | Objection to attorneys' fees and allocation plan and due process | Objections Overruled.  Settlement Approved. | Voluntarily dismissed. *Direct Purchaser v. SmithKline*, No. 06-1272 (1st Cir.) |
| *In re Serzone Prod. Liab.*, No. MDL 1477, 2006 WL 333006 (S.D.W.V. Sept. 26, 2006) | Pentz, David (*John Pentz's brother*) | Rothstein, Paul S. Pentz, John J. Bacharach, N. Albert Jr. Cochran, Edward | Objection to the claims procedure and notice | Objections Overruled.  Settlement Approved. | Pentz appeal dismissed 11/2/05 |
| *In re Visa Check/Mastermoney Antritrust Litigation*, 297 F.Supp.2d 503 (E.D.N.Y. 2003) | Leonardo's Pizza By the Slice, Inc. And 710 Corp. | Cochran, Edward Pentz, John J. | Objection to plan of allocation, scope of release, notice and attorneys' fees, costs and expenses. | Objections Overruled.  Settlement Approved. | |

| Case | Objector | Objector Counsel | Objection | Outcome of Objection | Appeal Outcome |
|---|---|---|---|---|---|
| *In re Warfarin Sodium Antitrust Litigation*, 212 F.R.D. 231 (D. Del. 2002) | Bruce, Shirley Galperin, Alexander Hutchinson, Willie MacCartney, Garey Palazzola, Vincent O'Kelley, Madison | Cochran, Edward Pentz, John J. Rothstein, Paul S. Bacharach, N. Albert, Jr. | Issues: the amount of the settlement, conflicts of interest, allocation, certification, notice, scope of release & atty fees/costs | Objections Overruled.  Settlement Approved. | District Court Affirmed 391 F.3d 516 (3d Cir. 2004) |
| *Schwartz v. Universal Bank*, 00-75 (C.D.CA) | Davisson, John G. West, James E. Feldman, Hannah (*Pentz's wife*) | Cochran, Edward Pentz, John J. Bacharach, N. Albert Jr. Rothstein, Paul S. | Objection to class action settlement attorneys' fees and expenses. | Objections Overruled.  Settlement Approved.  Court unanimously denied Objectors' petition for rehearing. | District Court Affirmed. Voluntarily Dismissed 00-56958 (9th Cir.) |
| *Synfuel Technol. V. DHL Express*, 463 F.3d 646 (7th Cir. 2006) | Bacharach, N. Albert Kearney Dee Hutsler Thompson, Hutsler & Carson Professional Asset Strategies Asset Strategies Inc. Pritchard McCall & Jones | Cochran, Edward Hutsler, Kearney Dee Pentz, John J. | Objection to settlement terms, Notice, Release, attorneys' fees and expenses. | Objections Overruled.  Settlement Approved. | Remanded.  The Court of Appeals held that the District Court did not adequately evaluate whether the settlement was fair to the class members. |

| Case | Objector | Objector Counsel | Objection | Outcome of Objection | Appeal Outcome |
|---|---|---|---|---|---|
| *Thompson v. Metropolitan Life*, 00-05071 (S.D.N.Y.) | Colley, James Reynolds, Jereline | Cochran, Edward Hutsler, Kearney Dee Pentz, John J. Bacharach, N. Albert Jr. | | Objections Overruled.  Settlement Approved. | Motion to dismiss was granted and stipulation to withdraw with prejudice was denied as moot |

3241735v2