ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Roman M. Silberfeld, Bar No. 62783
RMSilberfeld@rkmc.com
David Martinez, Bar No. 193183
DMartinez@rkmc.com
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:  310-552-0130
Facsimile:   310-229-5800

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Elliot S. Kaplan (*Pro Hac Vice*)
ESKaplan@rkmc.com
K. Craig Wildfang (*Pro Hac Vice*)
KCWildfang@rkmc.com
Lauren E. Wood (*Pro Hac Vice*)
LEWood@rkmc.com
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN  55402
Telephone:  612-349-8500
Facsimile:   612-339-4181

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 07-MD-1827 SI<br>MDL No. 1827 |
| | Case No. 3:10-CV-4572 SI |
| This Document Relates to Individual Case No. 3:10-cv-4572-SI: | The Honorable Susan Illston |
| BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES, L.P.; BESTBUY.COM, L.L.C.; and MAGNOLIA HI-FI, INC., | **STIPULATION OF DISMISSAL WITH PREJUDICE OF HITACHI DEFENDANTS** |
| Plaintiffs, | |
| v. | |
| AU OPTRONICS CORP.; AU OPTRONICS CORPORATION AMERICA; CHI MEI CORP.; CHI MEI OPTOELECTRONICS CORP. (N.K.A. CHIMEI INNOLUX CORPORATION); CHI MEI OPTOELECTRONICS, USA, INC.; CHUNGHWA PICTURE TUBES, LTD.; | |

| | |
|---|---|
| 1 | CMO JAPAN CO., LTD.; EPSON ELECTRONICS AMERICA, INC.; EPSON IMAGING DEVICES CORPORATION; HANNSTAR DISPLAY CORP; HITACHI DISPLAYS, LTD.; HITACHI ELECTRONIC DEVICES (USA), INC.; HITACHI, LTD.; LG DISPLAY CO., LTD.; LG DISPLAY AMERICA, INC.; NEXGEN MEDIATECH USA, INC.; NEXGEN MEDIATECH, INC.; SHARP CORP.; SHARP ELECTRONICS CORP.; TATUNG COMPANY OF AMERICA, INC., |
| | Defendants. |

Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., BestBuy.com, L.L.C. and Magnolia Hi-Fi, Inc. (collectively "Best Buy"), and Defendants Hitachi, Ltd., Hitachi Displays, Ltd., and Hitachi Electronic Devices (USA), Inc. (collectively, the "Hitachi Defendants") hereby stipulate to the dismissal with prejudice of all claims and causes of action asserted in this case against the Hitachi Defendants. The dismissal of the Hitachi Defendants shall not operate as a dismissal of Best Buy's claims or causes of action against any person or entity named as a defendant in this action other than the Hitachi Defendants.

Dated:  December 19, 2012    ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By:   /s/ David Martinez
    Roman M. Silberfeld
    David Martinez

Attorneys For Plaintiffs
BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES, L.P.; BESTBUY.COM, L.L.C.; and MAGNOLIA HI-FI, INC.

Dated:  December 19, 2012    MORGAN, LEWIS & BOCKIUS LLP

By:   /s/ Eliot A. Adelson
    Kent M. Roger
    Herman Hoying
    Minna Lo Naranjo
    Eliot A. Adelson

Attorneys for Defendants
HITACHI, LTD., HITACHI DISPLAYS, LTD., and HITACHI ELECTRONIC DEVICES (USA), INC.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

**IT IS SO ORDERED.**

Dated: January __8__, 2013                              _____
                                                        The Honorable Susan Illston
                                                        UNITED STATES DISTRICT COURT JUDGE

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

Case No. 3:10-CV-4572 SI
Master Case No. 3:07-MD-1827-SI                - 3 -                STIPULATION OF DISMISSAL
83560684.1                                                                WITH PREJUDICE