1

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

8

9

10

11

12

13

14

15

16

17

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master Docket No. M:07-1827 SI |
| _____ | MDL No. 1827 |
| THIS DOCUMENT RELATES TO: | Individual Case No. 3:10-cv-05625 SI |
| ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST, | [~~PROPOSED~~] **ORDER** |
|         Plaintiff, | |
| v. | |
| AU OPTRONICS CORPORATION, ET AL. | |
|         Defendants. | |

18

19

20

21

22

23

24

25

26

27

28

1         The Court, having considered the stipulation of the parties, and good cause appearing

2 therefore, orders as follows:

3         1.       Claims asserted by plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores,

4 Inc. Liquidating Trust, against defendants LG Display Co. Ltd. and LG Display America, Inc.

5 (collectively "LGD") are dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

6         2.       Each party shall bear its own costs and attorneys' fees.

7         3.       This Order is not a dismissal of any person or entity other than LGD.

8

9         IT IS SO ORDERED.

10

11         This ___8th___ day of _____Jan._____, 2013.

12

13                      Hon. Susan Y. Illston
                      United States District Court Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28