Marc M. Seltzer (54534)
Steven G. Sklaver (237612)
SUSMAN GODFREY LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Allan Diamond *(pro hac vice)*
Jim McCarthy *(pro hac vice)*
Jason Fulton *(pro hac vice)*
DIAMOND McCARTHY LLP
1201 Elm St., 34th Floor
Dallas, Texas 75270
Telephone: (214) 389-5300
Facsimile: (214) 389-5399
adiamond@diamondmccarthy.com
jmccarthy@diamondmccarthy.com
jfulton@diamondmccarthy.com

Attorneys for SB Liquidation Trust
[additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827 SI<br><br>MDL No. 1827<br><br>No. C 10-5458 SI |
| This Document Relates to:<br>Case No.: 10-cv-5458 SI<br><br>SB LIQUIDATION TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>AU OPTRONICS CORPORATION, et al.,<br><br>Defendants | [~~PROPOSED~~] ORDER RE STIPULATION OF DISMISSAL |

The Court having considered the stipulation of the parties, and good cause appearing therefor, orders as follows:

1. SB Liquidation Trust's action is dismissed with prejudice as against Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc. pursuant to FRCP 41(a)(2).

1      2.    Each party shall bear their own costs and attorneys' fees.

2  **IT IS SO ORDERED.**

4  Dated:  1/8/13                                            /s/ Susan Illston

                                                                 Hon. Susan Illston
                                                                  United States District Judge