IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION _____/ | No. M 07-1827 SI<br><br>MDL. No. 1827 |
| This Order Relates to:<br><br>All Indirect-Purchaser Actions<br>_____/ | **ORDER RE NOTICE OF LIEN** |

On November 29, 2012, a Notice of Lien was filed by Alexandra Brudy against Joseph M. Alioto. *See* Docket No. 7262. Alioto filed an Opposition to the Notice of Lien on December 31, 2012, *see* Docket. No. 7425, and counsel for Alexandra Brudy now inquire about a due date for any Reply to the Opposition.

Counsel may submit a Reply by **January 18, 2013**. No hearing on the matter is currently scheduled. Should one be requested, by way of motion or otherwise, any appropriate further schedules will be set.

**IT IS SO ORDERED.**

Dated: January 8, 2013

SUSAN ILLSTON
United States District Judge