Michael P. Kenny (mike.kenny@alston.com)
Debra D. Bernstein (debra.bernstein@alston.com)
Rodney J. Ganske (rod.ganske@alston.com)
ALSTON + BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

Douglas R. Young (dyoung@fbm.com)
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street
San Francisco, California 94104
Telephone: (415) 954-4410
Facsimile: (415) 954-4480
Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.

[Additional Counsel Listed On Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates to Individual Case No. 3:10-cv-1064 SI<br><br>---<br><br>DELL INC. and DELL PRODUCTS L.P.,<br><br>    Plaintiffs,<br><br>    v.<br><br>AU OPTRONICS CORPORATION, *et al.*;<br><br>    Defendants. | MASTER CASE NO. 3:07-md-1827 SI, MQ MDL NO. 1827<br><br>Individual Case No. 3:10-cv-01064 SI<br><br>**JOINT MOTION TO CONTINUE PRETRIAL HEARING** |

1   Plaintiffs Dell Inc. and Dell Products L.P. ("Dell") and Defendant HannStar Display
2   Corporation ("HannStar") hereby continue the pretrial hearing for the trial set to commence on January
3   28, 2013 in this MDL, in light of the parties' recent notification to the Court that they had reached an
4   agreement in principle.
5   　　　WHEREAS, Dell has settled with all defendants other than HannStar;
6   　　　WHEREAS, via letter on January 10, 2013 (MDL Dkt. No. 7469), the parties informed the
7   Court that they "have reached an agreement in principle to settle the case as between them," and via
8   letter on January 14, 2013 (MDL Dkt. No. 7499) HannStar informed the Court that it "believes that an
9   orderly process for finalization and execution of the agreement is underway, and HannStar expects that
10  a final settlement agreement will be executed shortly";
11  　　　WHEREAS, the parties request a continuance of the pretrial conference, which is currently set
12  for January 15, 2013, MDL Dkt. No. 7429, to allow additional time for the completion of the
13  settlement between them, particularly given that certain principals for HannStar are located in Taiwan;
14  　　　THEREFORE, THE PARTIES RESPECTFULLY REQUEST THE COURT continue the
15  pretrial hearing to January 23, 2013.

Dated: January 14, 2013

　　/s/ Rodney J. Ganske　　

Michael P. Kenny, Esq.
mike.kenny@alston.com
Debra D. Bernstein, Esq.
debra.bernstein@alston.com
Rodney J. Ganske, Esq.
rod.ganske@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia  30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777
*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

---

JOINT MOTION TO CONTINUE PRETRIAL HEARING                     Master File No. M07-1827 SI
                                                              3:10-md-1827 SI
2

/s/ Jason S. Angell

Robert E. Freitas (SBN 80948)
rfreitas@ftklaw.com
Jason S. Angell (SBN 221607)
jangell@ftklaw.com
Jessica N. Leal (SBN 267232)
jleal@ftklaw.com
**FREITAS TSENG & KAUFMAN LLP**
100 Marine Parkway, Suite 200
Redwood Shores, California  94065
Telephone:     (650) 593-6300
Facsimile:     (650) 593-6301
*Attorneys for Defendant HannStar Display Corporation*

**Attestation**:  The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

By:   /s/ Rodney J. Ganske

JOINT MOTION TO CONTINUE PRETRIAL HEARING

Master File No. M07-1827 SI
3:10-md-1827 SI

3

The pretrial conference is rescheduled to January 23, 2013, at 3:30 p.m.

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED this 15th day of January, 2013.

By: *[signature: Susan Illston]*

Hon. SUSAN ILLSTON

---

[PROPOSED] ORDER ON JOINT MOTION TO CONTINUE
PRETRIAL HEARING

Master File No. M07-1827 SI
3:10-md-1827 SI