CROWELL & MORING LLP
Gregory D. Call (CSB No. 120483, gcall@crowell.com)
Beatrice B. Nguyen (CSB No. 172961, bbnguyen@crowell.com)
Suzanne E. Rode (CSB No. 253830, srode@crowell.com)
275 Battery Street, 23rd Floor
San Francisco, CA  94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
Fred Bartlit, Jr. (fred.bartlit@bartlit-beck.com)
Karma Giulianelli (CSB No. 184175, karma.giulianelli@bartlit-beck.com)
Lester Houtz (lester.houtz@bartlit-beck.com)
Andre M. Pauka (andre.pauka@bartlit-beck.com)
Daniel R. Brody (daniel.brody@bartlit-beck.com)
1899 Wynkoop Street, Suite 800
Denver, CO 80202
Telephone:  (303) 592-3100
Facsimile:  (303) 592-3140

BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
Mark E. Ferguson (mark.ferguson@bartlit-beck.com)
54 West Hubbard Street
Chicago, IL 60610
Telephone:  (312) 494-4400
Facsimile:  (312) 494-4440

Attorneys for Plaintiff Hewlett-Packard Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION** | Case No. Master Docket No. 3:08-md-01827-SI<br>Individual Case No. 3:12-cv-06085-SI |
| **THIS DOCUMENT RELATES TO:**<br><br>HEWLETT-PACKARD COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CHUNGHWA PICTURE TUBES, LTD., and TATUNG COMPANY OF AMERICA, INC.,<br><br>Defendants. | **STIPULATION AND [PROPOSED] ORDER WAIVING ORAL ARGUMENT ON PLAINTIFF HEWLETT-PACKARD COMPANY'S MOTION FOR ORDER AUTHORIZING PLAINTIFF TO SERVE DEFENDANT CHUNGHWA PICTURE TUBES, LTD. THROUGH ITS U.S. COUNSEL PURSUANT TO FED. R. CIV. P. 4(f)(3)** |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

STIPULATION AND [PROPOSED] ORDER
WAIVING ORAL ARGUMENT;
CASE NO. 3:12-CV-06085-SI

1   The undersigned counsel, on behalf of Plaintiff Hewlett-Packard Company ("HP") and
2  Defendant Chunghwa Picture Tubes, Ltd. ("Chunghwa"), respectfully request that the Court take
3  off calendar the hearing on HP's Motion for Order Authorizing Plaintiff to Serve Defendant
4  Chunghwa Picture Tubes, Ltd. through Its U.S. Counsel Pursuant to Fed. R. Civ. P. 4(f)(3) (the
5  "Motion") and rule based on the papers.

6   WHEREAS HP filed the Motion on December 20, 2012 (Master Dkt. No. 7401;
7  Individual Dkt. No. 8);

8   WHEREAS Chunghwa filed a opposition to the Motion on January 3, 2013 (Master Dkt.
9  No. 7427; Individual Dkt. No. 10);

10   WHEREAS HP and Chunghwa agree that the issue has been fully briefed; and

11   WHEREAS the Court previously has heard argument and ruled on substantially similar
12  motions in related cases;

13   THEREFORE, HP and Chunghwa, by their respective counsel, stipulate and agree to
14  waive oral argument on the Motion, and submit to the Court's ruling on the papers that have been
15  filed.  The parties agree that the hearing scheduled for 9 a.m. on January 25, 2013, may be taken
16  off calendar, subject to any further direction of the Court.

17   **IT IS SO STIPULATED.**

18  Dated:  January 10, 2013                              CROWELL & MORING LLP

                                                          */s/ Beatrice B. Nguyen*

                                                          Gregory D. Call
                                                          Beatrice B. Nguyen
                                                          Suzanne E. Rode


                                                          BARTLIT BECK HERMAN PALENCHAR &
                                                          SCOTT LLP

                                                          Fred Bartlit, Jr.
                                                          Mark E. Ferguson
                                                          Karma Giulianelli
                                                          Lester Houtz
                                                          Andre M. Pauka
                                                          Daniel R. Brody

                                                          Attorneys for Plaintiff Hewlett-Packard Company

Dated: January 10, 2013                                    FARMERBROWNSTEIN LLP

*/s/ Andrew H. Pontious*

William S. Farmer
Jacob P. Alpren
David Brownstein
Andrew H. Pontious

Attorneys for Defendant Chunghwa Picture Tubes, Ltd.

**Attestation:** The filer of this document attests that the concurrence of the other signatory thereto has been obtained.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

SFACTIVE-902943602.1

-2-

STIPULATION AND [PROPOSED] ORDER WAIVING ORAL ARGUMENT;
CASE NO. 3:12-CV-06085-SI