
Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Judith A. Zahid (215418)
Patrick B. Clayton (240191)
Qianwei Fu (242669)
Heather T. Rankie (268002)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile:  (415) 693-0770
*fscarpulla@zelle.com*

Joseph M. Alioto (42680)
Theresa D. Moore (99978)
ALIOTO LAW FIRM
225 Bush Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile:  (415) 434-9200
*jmalioto@aliotolaw.com*

*Co-Lead Class Counsel for Indirect-Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:07-MD-1827 SI<br>MDL No. 1827 |
| This Document Relates to:<br><br>All Indirect-Purchaser Actions;<br><br>*State of Missouri, et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-3619;<br><br>*State of Florida v. AU Optronics Corporation, et al.*, Case No. 10-cv-3517; and<br><br>*State of New York v. AU Optronics Corporation, et al.*, Case No. 11-cv-0711. | **[~~PROPOSED~~] ORDER RE: DISTRIBUTION FROM ESCROW FUNDS FOR CLAIMS ADMINISTRATION**<br><br>The Honorable Susan Illston |

1    WHEREAS, on December 27, 2011, the Court granted final approval to settlements
2 between the Indirect-Purchaser Plaintiffs ("IPPs") and the States of Arkansas, California,
3 Florida, Michigan, Missouri, New York, West Virginia, and Wisconsin ("Settling States") on the
4 one hand, and defendants Chimei, Chunghwa, Epson, HannStar, Hitachi, Samsung and Sharp, as
5 identified in the respective Settlement Agreements, and inclusive of related entities also
6 identified in the respective Settlement Agreements (collectively, "Group-I Settling Defendants"),
7 on the other hand; and

8    WHEREAS, on July 30, 2012, the Court granted preliminary approval to the settlements
9 between IPPs and the Settling States, and defendants AUO, LG and Toshiba, as identified in the
10 respective Settlement Agreements (collectively, "Group-II Settling Defendants" and with the
11 Group-I Settling Defendants referred to hereafter as "All Settling Defendants"), on the other
12 hand; and

13    WHEREAS, the Settlement Agreements with All Settling Defendants provide that the
14 costs of administration of the claims process shall be paid from the Settlement Fund of each
15 Settling Defendant, *pro rata*, based on each Settling Defendant's Settlement Amount; and

16    WHEREAS, the cost of media purchases invoiced by Kinsella Media is $280105.12 (see
17 Exhibit 1 attached hereto); and

18    WHEREAS, pursuant to the Settlement Agreements the following amounts may be
19 deducted from each Settling Defendant's Settlement Fund to pay such costs of media purchases:

| | |
|---|---|
| Chimei | $28,545.78 |
| Chunghwa | $1,373.30 |
| Epson | $737.76 |
| HannStar | $6,639.86 |
| Hitachi | $10,089.80 |
| Samsung | $62,127.33 |
| Sharp | $29,898.78 |
| AUO | $41,806.52 |
| LG | $93,449.85 |

1
[PROPOSED] ORDER RE: DISTRIBUTION FROM ESCROW FUNDS FOR CLAIMS ADMINSITRATION

|   |   |
|---|---|
| Toshiba | $5,436.14 |
| **TOTAL** | **$280,105.12** |

WHEREAS, Well Fargo Bank, N.A. has informed the parties that it requires an order from the Court before it will distribute payment for these additional costs;

THEREFORE, IT IS HEREBY ORDERED that Wells Fargo Bank, N.A. shall wire **$280,105.12** to the following account:

    Bank of Texas

    ABA/Routing # 111014325

    Account # 8093434332

    Account Name:  Kinsella Media, LLC

    Reference # 4497

    Federal Tax ID # 52-2301194

    Bank Contact: Mayra Landeros, (214) 987-8817

The balance of funds in the demand-deposit account, if any, shall be retained for additional costs as they are incurred.

**IT IS SO ORDERED.**

Dated: ___1/23_____, 2013

    Hon. Susan Illston
    United States District Judge

3242192v1

# EXHIBIT 1



# Invoice

625 MARQUETTE AVENUE, SUITE 880
MINNEAPOLIS, MN 55402
P  612.359.2000    I    F  612.359.2050
WWW.RUSTCONSULTING.COM
FEDERAL ID #: 41-1813634

| | |
|---|---|
| DATE: | 01/14/13 |
| INVOICE #: | 128722 |
| MATTER #: | 8292 |

**TO:** Francis O. Scarpulla
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street
Suite 3400
San Francisco, CA  94104
fscarpulla@zelle.com
jdc@coopkirk.com

### PROJECT
*LCD Indirect*
*December 2012 Claims Administration Services*

| | |
|---|---:|
| Claimant Communication/Opt-Outs | $ 2,987.70 |
| Claim Form Processing | 11,977.74 |
| Audits | 4,561.68 |
| Claim Forms Submitted (66,051 @ $0.15 each) | 9,907.65 |
| Project Management | 10,089.10 |
| Technical Consulting | 3,242.43 |
| Scanning | 2,240.55 |
| Telephone Support | 27,362.50 |
| Quality Assurance | 2,496.40 |
| Return Mail Processing | 48.88 |
| Financial | 112.50 |
| **SUBTOTAL** | **75,027.13** |
| Expenses: Other Charges and Out-of-Pocket Costs | |
| Email Blast (29,625 @ $0.075 each) | 2,221.88 |
| Call Center/Telecommunications | 15,480.65 |
| Postage/Federal Express | 221.19 |
| Shredding/Storage | 109.21 |
| Other/Supplies | 188.15 |
| Photocopies/Faxing/Printing | 1,930.00 |
| Post Office Box Rental | 1,080.00 |
| Website Hosting | 250.00 |
| **SUBTOTAL** | **21,481.08** |
| **TOTAL INVOICE** | **$ 96,508.21** |
| **OUTSTANDING INVOICE(s)** | **$ 183,596.91** |
| **TOTAL AMOUNT DUE** | **$ 280,105.12** |

**PAYMENT TERMS: NET DUE UPON RECEIPT**

**WIRE INFORMATION**
ACCOUNT #: 8093434387
ABA/ROUTING # WIRE or ACH: 111014325
BANK: BANK OF TEXAS, DALLAS, TX 75225
BANK CONTACT: MAYRA LANDEROS 214.987.8817
REFERENCE: INVOICE NUMBER

**RUST**
**LOCKBOX MAILING ADDRESS:**
P O BOX 142589
DRAWER #9051
Irving, TX  75014-2589



|  |  |
|---|---|
| DATE: | 01/14/13 |
| INVOICE #: | 128722 |
| MATTER #: | 8292 |

## STATEMENT OF ACCOUNT

Current Invoice Period:     December 2012 Claims Administration Services

| Total Current Invoice | | | | | $ | 96,508.21 |

OUTSTANDING INVOICES:

| Date | Invoice # | Amount | Payments | Balance |
|---|---|---|---|---|
| 11/14/12 | 128575 | 91,029.45 |  | 91,029.45 |
| 12/13/12 | 128642 | 92,567.46 |  | 92,567.46 |

| PREVIOUS BALANCE DUE | $ | 183,596.91 |

| Total Amount Due | $ | 280,105.12 |

**WIRE INFORMATION**
ACCOUNT #: 8093434387
ABA/ROUTING # WIRE or ACH: 111014325
BANK: BANK OF TEXAS, DALLAS, TX 75225
BANK CONTACT: MAYRA LANDEROS  214.987.8817
REFERENCE: INVOICE NUMBER

RUST
**LOCKBOX MAILING ADDRESS:**
P O BOX 142589
DRAWER #9051
Irving, TX  75014-2589

**PAYMENT TERMS: NET DUE UPON RECEIPT**

```
                                            Inv#      128722
                                            Date      Jan 14, 2013
                                            Client Number  8292




Re:    LCD Indirect - Claimant Communication/Opt-Outs       829202

For Professional Services Rendered:

  TIMEKEEPER                    RATE         HOURS         FEES
  Doreen McGinley        DM    117.00          2.00        234.00
  Jose Rivera            JR    137.00         20.10      2,753.70

Total Fees:                                              2,987.70




Total Services                                           2,987.70




Total Expenses                                                .00
                                                      --------------

Total This Matter                                        2,987.70
                                                      --------------
```

```
                                          Inv#      128722
                                          Date      Jan 14, 2013
                                          Client Number  8292




Re:    LCD Indirect - Claim Form Processing            829203

For Professional Services Rendered:


    TIMEKEEPER                  RATE        HOURS          FEES
     Data Capture Processor  144   52.00    146.26      7,605.52
     Mailroom Processor    151144  52.00     74.86      3,892.72
     Jose Rivera             JR   137.00      3.50        479.50

Total Fees:                                            11,977.74




Total Services                                         11,977.74




Total Expenses                                                .00
                                                       --------------

Total This Matter                                      11,977.74
                                                       --------------
```

```
                                        Inv#    128722
                                        Date    Jan 14, 2013
                                        Client Number  8292


Re:   LCD Indirect - Audits                              829205

For Professional Services Rendered:

   TIMEKEEPER                  RATE       HOURS           FEES
   Angela Hernandez     AH    137.00      23.64       3,238.68
   Jose Rivera          JR    137.00       1.80         246.60
   Mary Schoenherr      MS    117.00       9.20       1,076.40

Total Fees:                                           4,561.68




Total Services                                        4,561.68



Total Expenses                                             .00
                                                   --------------
Total This Matter                                     4,561.68
                                                   --------------
```

```
                                            Inv#      128722
                                            Date      Jan 14, 2013
                                            Client Number  8292
```

Re:    LCD Indirect - Project Management                    829206

For Professional Services Rendered:

```
   TIMEKEEPER                   RATE       HOURS          FEES
   April Hyduk          AH     185.00      17.20      3,182.00
   Charlene Young       CY     185.00       1.80        333.00
   Doreen McGinley      DM     117.00       3.40        397.80
   Jose Rivera          JR     137.00      33.90      4,644.30
   Robin Niemiec        RN     195.00       6.10      1,189.50
   Scott Klein          SK     137.00       2.50        342.50
```

Total Fees:                                             10,089.10


Total Services                                          10,089.10


Total Expenses                                                .00
                                                      --------------

Total This Matter                                       10,089.10
                                                      --------------

```
                                           Inv#     128722
                                           Date     Jan 14, 2013
                                           Client Number  8292




Re:    LCD Indirect - Technical Consulting                829207

For Professional Services Rendered:

   TIMEKEEPER                    RATE      HOURS           FEES
   Debra Bushey         DB     200.00       5.00       1,000.00
   Derrick Wersal       DW     137.00       0.89         121.93
   F. Mike Miller       FMM    180.00       0.20          36.00
   Greg Brown           GSB    137.00       2.60         356.20
   Gregory Sartor       GWS    180.00       0.20          36.00
   James Randall        JR     180.00       0.30          54.00
   Kevin Hartman        KH     169.00       0.30          50.70
   Lee Anderson         LA     137.00       0.80         109.60
   Leticia Rivera       LR     169.00       0.50          84.50
   Lucretia Hassing     LH     117.00       1.00         117.00
   Roso Suarez          RS     180.00       6.80       1,224.00
   Tracey Rolle         TR      75.00       0.70          52.50

Total Fees:                                            3,242.43




Total Services                                         3,242.43




Total Expenses                                              .00
                                                   --------------

Total This Matter                                      3,242.43
                                                   --------------
```

```
                                        Inv#      128722
                                        Date      Jan 14, 2013
                                        Client Number  8292




Re:    LCD Indirect - Scanning                       829211

For Professional Services Rendered:


   TIMEKEEPER                  RATE      HOURS        FEES
    Mailroom Processor    151144  52.00    0.15        7.80
    Scan Image Processor     144  52.00   38.50    2,002.00
   Jackie Jostock            JJ   85.00    2.25      191.25
   Patricia Ernste           PE  158.00    0.25       39.50

Total Fees:                                         2,240.55




Total Services                                      2,240.55




Total Expenses                                            .00
                                                  --------------
Total This Matter                                   2,240.55
                                                  --------------
```

```
                                            Inv#     128722
                                            Date     Jan 14, 2013
                                            Client Number  8292




Re:    LCD Indirect - Telephone Support                    829214

For Professional Services Rendered:

     TIMEKEEPER                     RATE      HOURS          FEES
      CSR      240        240      50.00     521.51      26,075.50
      Jose Rivera         JR      137.00       3.50         479.50
      Liz Daniels         LD      158.00       4.00         632.00
      Robin Niemiec       RN      195.00       0.90         175.50

Total Fees:                                              27,362.50




Total Services                                           27,362.50




Total Expenses                                                 .00
                                                       --------------

Total This Matter                                        27,362.50
                                                       --------------
```

```
                                        Inv#      128722
                                        Date      Jan 14, 2013
                                        Client Number  8292




Re:    LCD Indirect - Quality Assurance                829220

For Professional Services Rendered:

   TIMEKEEPER                    RATE       HOURS         FEES
   Justin Honse          JH    158.00       15.30     2,417.40
   Lourdes Millan        LM    158.00        0.50        79.00

Total Fees:                                            2,496.40




Total Services                                         2,496.40




Total Expenses                                              .00
                                                   --------------
Total This Matter                                      2,496.40
                                                   --------------
```

```
                                        Inv#      128722
                                        Date      Jan 14, 2013
                                        Client Number  8292




Re:    LCD Indirect - Return Mail Processing            829221

For Professional Services Rendered:

    TIMEKEEPER                    RATE       HOURS          FEES
      Data Capture Processor  144  52.00      0.20         10.40
      Mailroom Processor   151144  52.00      0.74         38.48

Total Fees:                                                48.88




Total Services                                             48.88




Total Expenses                                               .00
                                                      --------------
Total This Matter                                          48.88
                                                      --------------
```

```
                                        Inv#      128722
                                        Date      Jan 14, 2013
                                        Client Number  8292


Re:   LCD Indirect - Financial                           829270

For Professional Services Rendered:

  TIMEKEEPER                    RATE        HOURS          FEES
  Sylvia Nettles         SN    90.00         1.25        112.50

Total Fees:                                              112.50




Total Services                                           112.50



Total Expenses                                              .00
                                                    --------------
Total This Matter                                        112.50
                                                    --------------
```

```
                                                Inv#       128722
                                                Date       Jan 14, 2013
                                                Client Number  8292




Re:    LCD Indirect - Expenses                               829290

For Professional Services Rendered:




Expense Detail:


Reference    Date     Description                                  Amount
---------    ----     -----------                                  ------

        Call Center/Telecommunications
             12/31/12  Live Call Center Support; 874 Calls        7,975.00
             12/31/12  Long Distance 18508.9 Minutes              2,221.06
             12/31/12  Advanced Features                              6.60
             12/31/12  IVR System Charge                            250.00
             12/31/12  Line Maintenance Charge Schedule             355.00
             12/31/12  IVR 11126.17 Minutes                       4,672.99
                                                 Subtotal        15,480.65

        Postage/Federal Express
136954       12/04/12  Weekly Mail Pickup                             2.51
137480       12/20/12  Weekly Mail Pickup                            16.93
             12/31/12  Metered Postage; 1 piece                       1.55
137865       12/31/12  Weekly Mail Pickup                            78.00
             12/31/12  Metered Postage; 188 pieces                  122.20
                                                 Subtotal           221.19

        Shredding/Storage
             12/31/12  Storage and/or Shredding 3 Boxes               6.00
             12/31/12  Data Storage December 2012                    61.21
             12/31/12  Storage and/or Shredding 21 Boxes             42.00
                                                 Subtotal           109.21

        Other
             12/31/12  Barcode Labels;7526                          188.15
                                                 Subtotal           188.15

        Photocopies/Faxing/Printing
             12/31/12  Photocopies/Faxing/Printing ;9650          1,930.00
                                                 Subtotal         1,930.00
```

```
                                         Inv#      128722
                                         Date      Jan 14, 2013
                                         Client Number  8292

        Post Office Box Rental
137268     12/13/12  Post Office Box Rental              1,080.00
                                         Subtotal        1,080.00
        Website Hosting
           12/31/12  Web Monitor & Host                    250.00
                                         Subtotal          250.00


Total Expenses                                          19,259.20
                                                       --------------

Total This Matter                                       19,259.20
                                                       --------------
```