IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. M 07-1827 SI<br>MDL. No. 1827 |
| This Order Relates to:<br>All Indirect-Purchaser Actions | ORDER RE IPP COUNSEL TO PROVIDE THE COURT WITH CLAIMS INFORMATION IN THE IPP SETTLEMENT |

On November 29, 2012, the Court held a hearing to address the fairness of the Indirect Purchaser Plaintiff ("IPP") Settlement amount and terms. At this time, the deadline to file a claim pursuant to the Settlement, December 6, 2012, had not yet passed, and IPP Counsel could not provide an estimate of the number of claims expected to be filed. The claims deadline has now passed, and a hearing is scheduled for January 31, 2013, to address attorneys' fees, costs, and incentive awards associated with the Settlement. To assist the Court in addressing these issues, the Court orders IPP Counsel to provide the Court, in writing, a summary of the status of the claims, including the total number of claimants, average claim amounts, and a distribution of claims by amount. This shall be filed by **Tuesday, January 29, 2013**.

IT IS SO ORDERED.

Dated:

SUSAN ILLSTON
United States District Judge