IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION _____/ | No. M 07-1827 SI<br>MDL. No. 1827<br><br>Case No. 09-5609 SI |
| This Order Relates to:<br><br>*Nokia v. AU Optronics Corporation, et al.,* C 09-5609 SI<br>_____/ | **ORDER OF DISMISSAL UPON SETTLEMENT** |

The parties to the action, by their counsel, have advised the court that they have agreed to a settlement.

IT IS HEREBY ORDERED that the claims filed by the parties identified in the caption are DISMISSED WITH PREJUDICE. However, if any party hereto certifies to this court, with proof of service of a copy thereon on opposing counsel, within ninety days from the date hereof, that settlement has not in fact occurred, the foregoing order shall be vacated and this cause shall forthwith be restored to the calendar for further proceedings.

**IT IS SO ORDERED.**

Dated: January 29, 2013

_____
SUSAN ILLSTON
United States District Judge