# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Julius Dunmore,
        Objector,

v.

In Re: TFT-LCD (FLAT PANEL)
        Defendant.

Antitrust Litigation
Indirect Purchaser Class Action

Case No.: 3:07-MD-1827

**IT IS SO ORDERED**
*/s/ Susan Illston*
Judge Susan Illston

## MOTION FOR LEAVE TO BRING ELECTRONIC DEVICES TO FAIRNESS HEARING

      Objector, Julius Dunmore, by and through his undersigned counsel, hereby move this Court to permit their counsel to bring laptops and tablet devices (including iPads) into the courthouse for the fairness hearing scheduled for Thursday, January 31, 2013, at 4:00p.m.  In support of this motion, Objector shows the following:

      1.      Cell phones, laptop computers, and other electronic devices are not permitted in the courthouse without a court order.  Objector's counsel seek leave to bring laptop computers and tablet devices such as iPads into the courthouse  to assist him. Plaintiffs respectfully submit that such electronic devices may facilitate his presentation.

      WHEREFORE, Objector Dunmore, through undersigned counsel,  respectfully request that this Court enter an Order permitting counsel to bring laptop computers and tablet devices (such as iPads) into the courthouse for the scheduled fairness hearing.

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Objector-Appellants has been unable to confer with counsel for Defendants or Plaintiffs because the compressed time frame.

DATED this 30th day of January, 2013.

/s/ Paul S. Rothstein
Paul S. Rothstein
Attorney for Objector Dunmore
Florida Bar No.: 310123
626 N.E. First Street
Gainesville, Florida 32601
Phone: (352) 376-7650
Fax: (352) 374-7133
psr@rothsteinforjustice.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 30th, 2013 I electronically filed the foregoing Motion for Leave to Bring Electronic Devices to Fairness Hearing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

   /s/ Paul S. Rothstein
Paul S. Rothstein