UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master Docket No. M:07-1827 SI |
| | MDL No. 1827 |
| THIS DOCUMENT RELATES TO: | Individual Case No. 3:10-cv-05625 SI |
| ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST, | [~~PROPOSED~~] ORDER |
| Plaintiff, | |
| v. | |
| AU OPTRONICS CORPORATION, ET AL. | |
| Defendants. | |

The Court, having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. All claims asserted by plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust, against defendants Chi Mei Corporation, Chi Mei Innolux Corporation, Chi Mei Optoelectronics USA, Inc., CMO Japan Co. Ltd., Nexgen Mediatech, Inc., and Nexgen Mediatech USA, Inc. (collectively "Chi Mei") are dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2. Each party shall bear its own costs and attorneys' fees.

3. This Order is not a dismissal of any person or entity other than Chi Mei.

IT IS SO ORDERED.

This __4th__ day of ___February___, 2013.

_____
Hon. Susan Y. Illston
United States District Court Judge

[Proposed] Order - 2

MASTER FILE NO.: M-07-1827-SI
CASE NO. 3:10-05625 SI

2536339v1/011997