1

2

3

4              IN THE UNITED STATES DISTRICT COURT

5           FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7   IN RE: TFT-LCD (FLAT PANEL) ANTITRUST       No. M 07-1827 SI
    LITIGATION                                  MDL. No. 1827

8                                        /      Case No. C 12-6085

9    This Order Relates to:                     **ORDER GRANTING PLAINTIFF**
                                                **HEWLETT-PACKARD'S MOTION FOR**
10  *Hewlett-Packard Company v. Chunghwa Picture* **ORDER AUTHORIZING PLAINTIFF TO**
    *Tubes, Ltd. and Tatung Company of America,* **SERVE DEFENDANT CHUNGHWA**
11  *Inc.,* C 12-6085                           **PICTURE TUBES , LTD. THROUGH ITS**
                                                **U.S. COUNSEL PURSUANT TO FED. R.**
12                                        /      **CIV. P. 4(f)(3)**

13

14          Currently before the Court is a motion by Hewlett-Packard Company ("HP") for an Order

15  Authorizing Plaintiff to serve Defendant Chunghwa Picture Tubes, Ltd. ("Chunghwa") Through its U.S.

16  Counsel Pursuant to Fed. R. Civ. P.

17          HP and Chunghwa have stipulated to submit the motion without oral argument. *See* Docket No.

18  7532.  Having considered the moving papers and the arguments of the parties, and for good cause

19  appearing, the Court hereby GRANTS the motion.  Docket No. 7401.

20          Plaintiff seeks to serve Chunghwa, a Taiwanese company,[1] through its U.S counsel pursuant to

21  Fed. R. Civ. P. 4(f)(3), which "permits service in a place not within any judicial district of the United

22  States, "by . . . means not prohibited by international agreement as may be directed by the court." Fed.

23  R. Civ. P. 4(f)(3).[2]  Chunghwa recognizes this Court's inclination to permit service through its U.S.

24  counsel, but opposes plaintiff's motion.

25  _____

26      [1]Plaintiff cannot serve Chunghwa through the Hague Convention on Service Abroad of Judicial
    and Extrajudicial Documents ("Hague Convention") because Taiwan is not a signatory to the Hague
27  Convention.

28      [2]Federal Rule of Civil Procedure 4(h)(2) authorizes service of process on a foreign business
    entity in a manner proscribed by Rule 4(f) for individuals.

**United States District Court**
For the Northern District of California

1    The Court has previously heard and granted a number of similar motions in this MDL. *See, e.g.,*

2  Order Granting Plaintiff's Motion for Order Authorizing Plaintiff to Serve Defendants Chunghwa

3  Picture Tubes, Ltd. and Tatung Co. Through Their U.S. Counsel., Docket Nos. 3217 and 3079; *see also*

4  Docket Nos. 1309, 1657, 1779, 2109, 2532, 2584, 2747, 2748, and 2825.  The Court finds no reason to

5  depart from its previous rulings.  Accordingly, for the reasons set forth in its prior orders, the Court finds

6  that service under Rule 4(f)(3) is both available to plaintiff and appropriate in this case, and the Court

7  GRANTS plaintiff's motion. Docket No. 7401.

8

9    **IT IS SO ORDERED.**

10

11  Dated: February 7, 2013                              _____

12                                                   SUSAN ILLSTON
                                                     United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California