# LANAK & HANNA, P.C.

ATTORNEYS AT LAW
625 THE CITY DRIVE SOUTH, SUITE 190
ORANGE CALIFORNIA 92868-4983
TELEPHONE: (714) 550-0418 • EXT. NO.: 308 • FACSIMILE: (714) 703-1610
DIRECT EMAIL: cpbronstein@lanak-hanna.com

*Craig P. Bronstein*                                                                                 Our File No.:16206

February 7, 2013

Hon. Susan Illston
Unites States District Judge
Northern District of California
Philip Burton Federal Building and United States Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

**Re: In re TFT-LCD (Flat Panel) Antitrust Litigation, Case No. 3:07-md-01827-SI**

Dear Judge Illston:

I represent Ms. Alexandra Brudy ("Ms. Brudy"), a judgment creditor of Joseph M. Alioto ("Alioto"), who is doing business as Alioto Law Firm, pursuant to a judgment entered August 28, 1991 in San Francisco County Superior Court (Case No. CGC-89-907643). To date the judgment has been timely renewed twice, the latest on May 18, 2011 for $304,595.40.

This letter relates to Your Honor's pending Order granting an award for attorneys' fees and costs as to the Indirect Purchaser Plaintiffs' counsels, one of whom is Alioto. Ms. Brudy holds a perfected judgment lien, which was filed with the California Secretary of State on July 22, 2011. Ms. Brudy's lien attaches to all personal property of Alioto, including his interest in the pending fee award. A copy of the Notice of Judgment Lien is attached to this letter.

Ms. Brudy, and previously her former husband (the original judgment creditor), have attempted for over two decades to collect the judgment due and owing from Alioto. The judgment was also entered against Alioto's brother[1], and father[2].

---

[1] John I. Alioto, SBN 107722
[2] Joseph L. Alioto, SBN 17089 (deceased)

LANAK & HANNA, P.C.

Honorable Susan Illston
February 7, 2013
2 | P a g e

It stemmed from the judgment debtors refusal to compensate Ms. Brudy's former husband for legal work he performed for the Aliotos.

To date, the judgment remains unsatisfied. On November 13, 2012 Ms. Brudy filed a Memorandum of Costs After Judgment evidencing that as of November 1, 2012 the judgment balance due and owing from Alioto was $343,587.47, a copy of which is attached. Fees, costs, and interest have continued to accrue from this filing.

Ms. Brudy respectfully requests Your Honor enforce her secured lien by issuing an Order directing the Settlement Fund Administrator to pay Ms. Brudy all sums due and owing, including fees, costs, and interest, as evidenced at the time of the Your Honor's Order directing disbursement.

If Your Honor would like to hear further from counsel regarding this issue, I am available at the convenience of the Court to do so.

Respectfully Submitted,

/s/ Craig P. Bronstein

CRAIG P. BRONSTEIN
Attorney at Law of the Firm

/adt
Enclosures

{2176 16206}



# SECRETARY OF STATE
## STATE OF CALIFORNIA

### UCC Filing Acknowledgement

07/30/2011

Page 1 of 2

LANAK & HANNA, P.C.
625 THE CITY DRIVE SOUTH, STE 190
ORANGE CA 92868

Filing Fee:  $10.00
Total Fee:   $10.00

The California Secretary of State's Office has received and filed your document. The information below reflects the data that was indexed in our system. Please review the information for accuracy. Included is an image of the filed document to assist you in your review. If you find a potential error, please notify the UCC Section at the number listed below at your earliest convenience.

**Filing Type:** Judgement Lien  **File Date:** 07/22/2011  **File Time:** 17:00
**Filing Number:** 11-7278931918  **Lapse Date:** 07/22/2016

**Debtor(s):**

| | |
|---|---|
| INDIVIDUAL | ALIOTO, JOSEPH, M., |
| | 225 BUSH STREET, FLOOR 15 SAN FRANCISCO CA USA 94101 |
| INDIVIDUAL | ALIOTO, JOHN, I., |
| | 821 HUNT AVENUE ST. HELENA CA USA 94572 |
| ORGANIZATION | ALIOTO & ALIOTO |
| | 1127 POPE STREET, SUITE 201 SAINT HELENA CA USA 94574 |
| INDIVIDUAL | ALIOTO, JOSEPH, M., |
| | 650 CALIFORNIA STREET, 23RD FLOOR SAN FRANCISCO CA USA 94108 |

**Secured Party(ies):**

| | |
|---|---|
| INDIVIDUAL | BRUDY, ALEXANDRA, , |
| | C/O LANAK & HANNA, P.C. 625 THE CITY DR. S., STE 190 ORANGE CA USA 92868 |

Filing by the Secretary of State is not conclusive proof that all conditions for securing priority have been met. Ensuring that accurate information is on the document to be filed is the



**NOTICE OF JUDGMENT LIEN**
FOLLOW INSTRUCTIONS CAREFULLY (front and back of form)

A. NAME & PHONE OF FILER'S CONTACT (optional)
Craig P. Bronstein, SBN 174124

B. SEND ACKNOWLEDGMENT TO: (NAME AND ADDRESS)
Lanak & Hanna, P.C. (16206)
625 The City Drive South
Suite 190
Orange, CA 92868

11-7278931918
07/22/2011 17:00



FILED
CALIFORNIA
SECRETARY OF STATE



UCC 1 FILING

THIS SPACE FOR FILING OFFICE USE ONLY

**1. JUDGMENT DEBTOR'S EXACT LEGAL NAME** - Insert only one name, either 1a or 1b. Do not abbreviate or combine names.

1a. ORGANIZATION'S NAME

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Alioto | Joseph | M. | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 225 Bush Street, Floor 15 | San Francisco | CA | 94101 | USA |

**2. JUDGMENT CREDITOR'S NAME** - Do not abbreviate or combine names.

2a. ORGANIZATION'S NAME

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE | SUFFIX |
|---|---|---|---|
| Brudy | Alexandra | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| c/o Lanak & Hanna, P.C. 625 The City Dr. S., Ste. 190 | Orange | CA | 92868 | USA |

3. ALL PROPERTY SUBJECT TO ENFORCEMENT OF A MONEY JUDGMENT AGAINST THE JUDGMENT DEBTOR TO WHICH A JUDGMENT LIEN ON PERSONAL PROPERTY MAY ATTACH UNDER SECTION 697.530 OF THE CODE OF CIVIL PROCEDURE IS SUBJECT TO THIS JUDGMENT LIEN.

A. Title of court where judgment was entered: Superior Court of California, County of San Francisco, Civic Center Courthouse

B. Title of the action: Daniel J. Mulligan v. Alioto & Alioto, Joseph L. Alioto, et al.

C. Number of this action: CGC-89-907643

D. Date judgment was entered: August 28, 1991

E. Date of subsequent renewals of judgment (if any): August 27, 2001 & May 18, 2011

F. Amount required to satisfy judgment at date of this notice: $ 304,595.40

G. Date of this notice: July 18, 2011

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct:

Signature: /s/
SIGNATURE - SEE INSTRUCTION NO. 4
Lanak & Hanna, P.C.

Dated: July 18, 2011
(If not indicated, use same as date in item 3G.)

FOR: Alexandra Brudy

FILING OFFICE COPY       NOTICE OF JUDGMENT LIEN (FORM JL1) (Rev. 6/01)       Legal Solutions Plus       96-J1
Approved by the Secretary of State

MC-012

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| CRAIG P. BRONSTEIN [174124]<br>LANAK & HANNA, P.C. (#16206)<br>625 THE CITY DRIVE SOUTH<br>SUITE 190<br>ORANGE, CA 92868<br>TELEPHONE NO.: (714) 550-0418   FAX NO.: (714) 703-1610<br>ATTORNEY FOR (Name): Alexandra Brudy | ENDORSED<br>F I L E D<br>San Francisco County Superior Court<br><br>NOV 13 2012<br><br>CLERK OF THE COURT<br>By: RAYMOND WONG<br>Deputy Clerk |
| NAME OF COURT: SAN FRANCISCO SUPERIOR COURT<br>STREET ADDRESS: 400 McAllister Street<br>MAILING ADDRESS: SAME<br>CITY AND ZIP CODE: San Francisco, CA 94102<br>BRANCH NAME: CIVIC CENTER COURTHOUSE | |
| PLAINTIFF: Daniel J. Mulligan<br>DEFENDANT: Alioto & Alioto; Joseph L. Alioto; Joseph M. Alioto; John I. Alioto | |
| MEMORANDUM OF COSTS AFTER JUDGMENT, ACKNOWLEDGMENT OF CREDIT, AND DECLARATION OF ACCRUED INTEREST | CASE NUMBER:<br>CGC-89-907643 |

1. I claim the following costs after judgment incurred within the last two years (indicate if there are multiple items in any category):

| | | Dates Incurred | Amount |
|---|---|---|---|
| a | Preparing and issuing abstract of judgment | 6/28/11 | $ 75.00 |
| b | Recording and indexing abstract of judgment | 7/12/11 & 9/1/11 | $ 109.00 |
| c | Filing notice of judgment lien on personal property | 6/28/11 | $ 10.00 |
| d | Issuing writ of execution, to extent not satisfied by Code Civ. Proc., § 685.050 (specify county): San Francisco; Napa; Marin | 6/21/11 & 1/16/11 | $ 100.00 |
| e | Levying officers fees, to extent not satisfied by Code Civ. Proc., § 685.050 or wage garnishment | 12/1/11 & 4/23/11 | $ 485.00 |
| f | Approved fee on application for order for appearance of judgment debtor, or other approved costs under Code Civ. Proc., § 708.110 et seq. | | $ 0.00 |
| g | Attorney fees, if allowed by Code Civ. Proc., § 685.040 | 5/18/11 - 11/1/11 | $ 8,131.61 |
| h | Other:                        (Statute authorizing cost): | | $ 0.00 |
| i | Total of claimed costs for current memorandum of costs (add items a-h) | | $ 8,910.61 |

2. All previously allowed postjudgment costs: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00

3. Total of all postjudgment costs (add items 1 and 2): . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ 8,910.61

4. **Acknowledgment of Credit.** I acknowledge total credit to date (including returns on levy process and direct payments) in the amount of: $1,054.03

5. **Declaration of Accrued Interest.** Interest on the judgment accruing at the legal rate from the date of entry on balances due after partial satisfactions and other credits in the amount of: $31,135.49

6. I am the    ☐ judgment creditor    ☐ agent for the judgment creditor    ☒ attorney for the judgment creditor.
   I have knowledge of the facts concerning the costs claimed above. To the best of my knowledge and belief, the costs claimed are correct, reasonable, and necessary, and have not been satisfied.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: November 1, 2012

Craig P. Bronstein
(TYPE OR PRINT NAME)                                              ▶ _____
                                                                   (SIGNATURE OF DECLARANT)

**NOTICE TO THE JUDGMENT DEBTOR**
If this memorandum of costs is filed at the same time as an application for a writ of execution, any statutory costs, *not exceeding $100 in aggregate* and not already allowed by the court, may be included in the writ of execution. *The fees sought under this memorandum may be disallowed by the court upon a motion to tax filed by the debtor, notwithstanding the fees having been included in the writ of execution.* (Code Civ. Proc., § 685.070(e).) A motion to tax costs claimed in this memorandum must be filed within 10 days after service of the memorandum. (Code Civ. Proc., § 685.070(c).)

(Proof of service on reverse)

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>MC-012 [Rev. January 1, 2011] | MEMORANDUM OF COSTS AFTER JUDGMENT, ACKNOWLEDGMENT<br>OF CREDIT, AND DECLARATION OF ACCRUED INTEREST | Legal<br>Solutions<br>Ⓡ Plus | Code of Civil Procedure<br>§ 685.070 |

MC-012

| SHORT TITLE: Brudy v. Alioto, et al. | CASE NUMBER: CGC-89-907643 |
|---|---|

## PROOF OF SERVICE

[x] Mail     [ ] Personal Service

1. At the time of service I was at least 18 years of age and not a party to this legal action.

2. My residence or business address is (specify): 625 The City Drive South, Ste. 190, Orange, CA 92868

3. I mailed or personally delivered a copy of the *Memorandum of Costs After Judgment, Acknowledgment of Credit, and Declaration of Accrued Interest* as follows (complete either a or b):

   a. [x] **Mail.** I am a resident of or employed in the county where the mailing occurred.
      (1) I enclosed a copy in an envelope AND
         (a) [ ] deposited the sealed envelope with the United States Postal Service with the postage fully prepaid.
         (b) [x] placed the envelope for collection and mailing on the date and at the place shown in items below following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.
      (2) The envelope was addressed and mailed as follows:
         (a) Name of person served: See Attached List
         (b) Address on envelope:

         (c) Date of mailing: November 8, 2012
         (d) Place of mailing (city and state): Orange, CA

   b. [ ] **Personal delivery.** I personally delivered a copy as follows:
      (1) Name of person served:
      (2) Address where delivered:

      (3) Date delivered:
      (4) Time delivered:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: November 8, 2012

Angela Tietzer
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF DECLARANT)

MC-012 [Rev. January 1, 2011]     **MEMORANDUM OF COSTS AFTER JUDGMENT, ACKNOWLEDGMENT OF CREDIT, AND DECLARATION OF ACCRUED INTEREST**     Page two

## SERVICE ADDRESSES:

| | |
|---|---|
| Alioto & Alioto<br>1127 Pope Street, Suite 201<br>St. Helena, CA 94574 | Defendant |
| John I. Alioto<br>Alioto & Alioto<br>1127 Pope Street, Suite 201<br>St. Helena, CA 94574 | Defendant |
| Joseph M Alioto<br>The Alioto Firm<br>225 Bush Street, 16th Floor<br>San Francisco, CA 94111 | Defendant |

LANAK & HANNA, P.C.
Craig P. Bronstein, Esq. (Bar No. 213546)
625 The City Drive South, Suite 190
Orange, CA 92868
Telephone: (714) 550-0418
Facsimile: (714) 703-1610
cpbronstein@lanak-hanna.com

Attorneys for Judgment Creditor/Assignee,
Alexandra Brudy

ENDORSED
FILED
San Francisco County Superior Court

NOV 13 2012

CLERK OF THE COURT
By: RAYMOND WONG
Deputy Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO, CIVIC CENTER COURTHOUSE

DANIEL J. MULLIGAN,

    Plaintiff

v.

ALIOTO & ALIOTO;
JOSEPH L. ALIOTO;
JOSEPH M. ALIOTO;
and JOHN I. ALIOTO,

    Defendants.

Case No. CGC-89-907643

*Unlimited Jurisdiction*

DECLARATION OF CRAIG P. BRONSTEIN IN SUPPORT OF POST-JUDGMENT COSTS AND INTEREST CALCULTION WORKSHEET

I, CRAIG P. BRONSTEIN, declare as follows:

1. I am an attorney at law, duly licensed to practice law before all of the Courts in the State of California. I am a Principal of Lanak & Hanna, P.C., attorneys of record for Judgment Creditor/Assignee, Alexandra Brudy ("Ms. Brudy"). I have personal knowledge of the following facts, and if called as a witness to testify, I could and would competently testify to each fact contained in this declaration.

2. This declaration is filed in support of Ms. Brudy's claim for post-judgment costs and interest in this action against Defendants/Judgment Debtors, Alioto & Alioto; Joseph L. Alioto, deceased; Joseph M. Alioto; and John I. Alioto (collectively "Judgment Debtors").

1

DECLARATION IN SUPPORT OF POST-JUDGMENT COSTS AND INTEREST

## INTEREST

3. Ms. Brudy is entitled to additional post-judgment interest in the amount of $31,135.49.

4. Judgment was entered August 28, 1991 in favor of Ms. Brudy's former husband, Daniel J. Mulligan, and against Judgment Debtors for $100,000.00, plus interest at 7% per annum, from the date of entry until satisfied.

5. Judgment was renewed August 27, 2001 in favor of Daniel J. Mulligan and against Judgment Debtors for $170,023.00.

6. On January 6, 2006, during divorce proceedings, judgment was assigned from Daniel J. Mulligan to Ms. Brudy in the principal sum of $100,000.00 plus interest.

7. Finally, on May 18, 2011, judgment was renewed in favor of Ms. Brudy and against Judgment Debtors in the amount of $304,595.40.

8. Since that time, $1,054.03 has been collected, and was applied when received. When the credit towards the judgment was received, it was first applied to the outstanding accrued interest, then costs, and then towards the principal judgment balance. Attached hereto as Exhibit "A" is a true and correct copy of an Excel spreadsheet showing the credit that was applied to the judgment, the date it was applied, and how much of the credit was first applied to outstanding interest, then costs, and then the remaining judgment balance.

9. As set forth in Exhibit "A", attached hereto, the total additional sum of post judgment interest currently due and owing is $31,135.49.

## ATTORNEYS' FEES

10. Additionally, Ms. Brudy has incurred post-judgment attorneys' fees and costs, recoverable from Judgment Debtors, pursuant to Code of Civil Procedure, Sections 685.070 and 685.040.

11. Ms. Brudy has incurred the sum of $8,910.61 in post-judgment fees and costs in efforts to enforce this judgment entered in 2001, as set forth in the Memorandum of Costs filed concurrently herewith.

12. To date, the total amount currently due and owing to Ms. Brudy by Judgment Debtors is $343,587.47.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that the declaration was executed this 1st day of November 2012, at Orange, California.

_____
CRAIG P. BRONSTEIN

2

DECLARATION IN SUPPORT OF POST- JUDGMENT COSTS AND INTEREST

L:\Brudy\16206\Pleadings\121029 Memo iso PJ Costs - CPB.docx

# EXHIBIT "A"

**BRUDY v. ALIOTO, et al.**
Case No. CGC-89-907643

Date of Report: 11/1/12

| Date | Credit Payment Received | Recovery Source / Description | Cost Amount | Accrued Int Through Last Payment | Accumulated Interest | Accumulated Costs | Payment Applied to Costs | Current Unpaid Costs | Payment Applied to Costs | Payment Applied to Interest | Payment Applied to Principal | Carryover Interest | Remaining Interest / Principal | Principal Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/28/2011 | | Attorneys' Fees: May 2011 | 610.00 | | 759.40 | 610.00 | 0.00 | 610.00 | 0.00 | 0.00 | 0.00 | 754.40 | 304,595.40 | 304,595.40 |
| 5/31/2011 | | Fee for Issuing Three Abstracts of Judgment | 75.00 | | 835.00 | 685.00 | 0.00 | 685.00 | 0.00 | 0.00 | 0.00 | 835.00 | 304,595.40 | 304,595.40 |
| 6/28/2011 | | Fee for Issuing Three Writs of Execution | 75.00 | | 2,395.71 | 760.00 | 0.00 | 760.00 | 0.00 | 0.00 | 0.00 | 2,395.71 | 304,595.40 | 304,595.40 |
| 6/28/2011 | | Fee for Filing Notice of Judgment Lien | 10.00 | | 2,395.71 | 770.00 | 0.00 | 770.00 | 0.00 | 0.00 | 0.00 | 2,395.71 | 304,595.40 | 304,595.40 |
| 6/30/2011 | | Attorneys' Fees: June 2011 | 160.00 | | 2,541.87 | 930.00 | 0.00 | 930.00 | 0.00 | 0.00 | 0.00 | 2,541.87 | 304,595.40 | 304,595.40 |
| 7/12/2011 | | Fee for Recording Abstract of Judgment - Marin | 21.00 | | 3,212.86 | 951.00 | 0.00 | 951.00 | 0.00 | 0.00 | 0.00 | 3,212.86 | 304,595.40 | 304,595.40 |
| 7/12/2011 | | Fee for Recording Abstract of Judgment - Napa | 63.00 | | 3,212.86 | 1,014.00 | 0.00 | 1,014.00 | 0.00 | 0.00 | 0.00 | 3,212.86 | 304,595.40 | 304,595.40 |
| 7/31/2011 | | Attorneys' Fees: July 2011 | 390.00 | | 4,322.75 | 1,404.00 | 0.00 | 1,404.00 | 0.00 | 0.00 | 0.00 | 4,322.75 | 304,595.40 | 304,595.40 |
| 8/31/2011 | | Attorneys' Fees: August 2011 | 120.00 | | 6,133.62 | 1,524.00 | 0.00 | 1,524.00 | 0.00 | 0.00 | 0.00 | 6,133.62 | 304,595.40 | 304,595.40 |
| 9/1/2011 | | Fee for Recording Abstract of Judgment - San Francisco | 25.00 | | 6,199.05 | 1,549.00 | 0.00 | 1,549.00 | 0.00 | 0.00 | 0.00 | 6,199.05 | 304,595.40 | 304,595.40 |
| 9/30/2011 | | Attorneys' Fees: September 2011 | 10.00 | | 7,766.10 | 1,559.00 | 0.00 | 1,559.00 | 0.00 | 0.00 | 0.00 | 7,866.10 | 304,595.40 | 304,595.40 |
| 10/31/2011 | | Attorneys' Fees: October 2011 | 440.00 | | 9,639.39 | 1,999.00 | 0.00 | 1,999.00 | 0.00 | 0.00 | 0.00 | 9,639.39 | 304,595.40 | 304,595.40 |
| 11/30/2011 | | Attorneys' Fees: November 2011 | 400.00 | | 11,149.45 | 2,399.00 | 0.00 | 2,399.00 | 0.00 | 0.00 | 0.00 | 11,149.45 | 304,595.40 | 304,595.40 |
| 12/1/2011 | | Levying Officer Fee - Keeper | 450.00 | | 11,507.36 | 2,849.00 | 0.00 | 2,849.00 | 0.00 | 0.00 | 0.00 | 11,507.36 | 304,595.40 | 304,595.40 |
| 12/31/2011 | | Attorneys' Fees: December 2011 | 320.00 | | 13,264.43 | 3,169.00 | 0.00 | 3,169.00 | 0.00 | 0.00 | 0.00 | 13,264.43 | 304,595.40 | 304,595.40 |
| 1/16/2012 | | Fee for Issuing Writ of Execution | 25.00 | | 14,199.98 | 3,194.00 | 0.00 | 3,194.00 | 0.00 | 0.00 | 0.00 | 14,199.98 | 304,595.40 | 304,595.40 |
| 1/31/2012 | | Attorneys' Fees: January 2012 | 550.00 | | 15,707.12 | 3,744.00 | 0.00 | 3,744.00 | 0.00 | 0.00 | 0.00 | 15,707.12 | 304,595.40 | 304,595.40 |
| 4/23/2012 | | Levying Officer Fee - Bank Levy | 35.00 | | 19,919.70 | 3,779.00 | 0.00 | 3,779.00 | 0.00 | 0.00 | 0.00 | 19,919.70 | 304,595.40 | 304,595.40 |
| 4/30/2012 | | Attorneys' Fees: April 2012 | 580.00 | | 20,286.61 | 4,359.00 | 0.00 | 4,359.00 | 0.00 | 0.00 | 0.00 | 20,286.61 | 304,595.40 | 304,595.40 |
| 5/31/2012 | | Attorneys' Fees: May 2012 | 535.00 | | 22,139.50 | 4,894.00 | 0.00 | 4,894.00 | 0.00 | 0.00 | 0.00 | 22,139.50 | 304,595.40 | 304,595.40 |
| 6/14/2012 | 1,054.03 | Credit | | | 22,957.33 | 4,894.00 | 1,054.03 | 3,839.97 | 0.00 | 0.00 | 0.00 | 22,957.33 | 304,595.40 | 304,595.40 |
| 6/30/2012 | | Attorneys' Fees: June 2012 | 166.61 | | 23,491.96 | 4,006.58 | 0.00 | 4,006.58 | 0.00 | 0.00 | 0.00 | 23,491.96 | 304,595.40 | 304,595.40 |
| 7/31/2012 | | Attorneys' Fees: July 2012 | 15.00 | | 25,702.84 | 4,021.58 | 0.00 | 4,021.58 | 0.00 | 0.00 | 0.00 | 25,702.84 | 304,595.40 | 304,595.40 |
| 9/30/2012 | | Attorneys' Fees: September 2012 | 2,115.00 | | 29,056.19 | 6,136.58 | 0.00 | 6,136.58 | 0.00 | 0.00 | 0.00 | 29,056.19 | 304,595.40 | 304,595.40 |
| 10/31/2012 | | Attorneys' Fees: October 2012 | 1,720.00 | | 31,107.08 | 7,856.58 | 0.00 | 7,856.58 | 0.00 | 0.00 | 0.00 | 31,107.08 | 304,595.40 | 304,595.40 |
| 11/1/2012 | | Interest Calc Only | | | 31,135.19 | 7,856.58 | 0.00 | 7,856.58 | 0.00 | 0.00 | 0.00 | 31,135.19 | 304,595.40 | 304,595.40 |

Client: Brady
Debtor: Alioto, et al.
LH File No.: 16206
Case No.: CGC-89-907643

Date   1/1/2012

Judgment Amount                              304,595.40
Date of Judgment Renewal                     5/18/2011

Total Payments to Date:                      1,054.03
  To Costs                                   1,054.03
  To Interest                                    0.00
  To Principal

Principal Balance Due                        304,595.40
Outstanding Costs                              7,856.58
Outstanding Accrued Interest                  31,135.49

Total Principal, Interest & Costs Due        343,587.47

Total Additional Costs                         8,910.61
Total Accrued Interest to Date                31,135.49
Current Per Diem Interest                         59.92

# LANAK & HANNA, P.C.

ATTORNEYS AT LAW
625 THE CITY DRIVE SOUTH, SUITE 190
ORANGE CALIFORNIA 92868-4983
TELEPHONE: (714) 550-0418 • EXT. NO.: 308 • FACSIMILE: (714) 703-1610
DIRECT EMAIL: cpbronstein@lanak-hanna.com

*Craig P. Bronstein*  Our File No.:16206

**Via E-mail and Norco Delivery Services**

February 7, 2013

David Pickett (Administrator)
Indirect Purchaser LCD Antitrust Settlement Fund
(Wells Fargo – Account No. 2336400)
Corporate Trust Services
MAC N9311-110 Specialized Products
625 Marquette Avenue, 11th Floor
Minneapolis, MN 55402-2308
E-mail: david.pickett@wellsfargo.com

Jack Lee, Esq.
Minami Tamaki, LLP
360 Post Street, 8th Floor
San Francisco, CA 94108
E-mail: jlee@minamitamaki.com
*TFT-LCD Case Indirect-Purchaser Plaintiffs' Liaison Counsel*

Francis O. Scarpulla, Esq.
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
E-mail: fscarpulla@zelle.com
*Co-Lead Class Counsel for Indirect-Purchaser Plaintiffs*

**Re:   In re TFT-LCD (Flat Panel) Antitrust Litigation, United States District Court for the Northern District of California, Case No. 3:07-md-01827-SI**

Dear Gentlemen:

I represent Ms. Alexandra Brudy ("Ms. Brudy"), a judgment creditor of Joseph M. Alioto ("Alioto"), who is doing business as Alioto Law Firm. Ms. Brudy holds a perfected judgment lien, filed with the California Secretary of State on July 22, 2011. A copy of the lien is enclosed. Pursuant to this lien Ms. Brudy is entitled to receive Alioto's fees and costs in the above-referenced litigation, up to the full amount to satisfy her judgment, including additional fees, costs, and interest.
The Court's Order regarding the distribution of said fees and costs is currently pending. Ms. Brudy requests that her secured lien be enforced, and has requested that the Court issue an Order

LANAK & HANNA, P.C.

David Pickett, et al.
February 7, 2013
2 | Page

directing the Settlement Fund Administrator to pay Ms. Brudy all sums due and owing, including fees, costs, and interest, as evidenced at the time of the Court's Order directing disbursement. A copy is enclosed.

**You are hereby put on notice of the foregoing and your obligation not to release or permit release of any funds to Alioto subject to the lien without the written consent of Ms. Brudy or Court Order.**

Very Truly Yours,

*[signature]*

CRAIG P. BRONSTEIN
Attorney at Law of the Firm

/adt
Enclosures

{2176 16206}