1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

---

In re TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION

This Document Relates To:

*Jaco Electronics, Inc. v. AU Optronics Corporation, et al.*, Case 11-cv-02495-SI

*Rockwell Automation, Inc. v. AU Optronics Corporation, et al.*, Case 12-cv-02495-SI

*ViewSonic Corporation v. AU Optronics Corporation, et al.*, Case 12-cv-00335-SI

Master Docket No. C M:07-01827 SI

MDL No. 1827

[~~PROPOSED~~] ORDER

---

The Court, having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1.     Claims asserted by Plaintiff Jaco Electronics, Inc. against Defendants Epson Imaging Devices Corporation and Epson Electronics America, Inc. are dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2.     Claims asserted by Plaintiff Rockwell Automation, Inc. against Defendants Epson Imaging Devices Corporation and Epson Electronics America, Inc. are dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

3.     Claims asserted by Plaintiff ViewSonic Corporation against Defendants Epson Imaging Devices Corporation and Epson Electronics America, Inc. are dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

4.     Each party shall bear its own costs and attorneys' fees.

CROWELL
& MORING LLP
ATTORNEYS AT LAW

[Proposed] Order
Case No. 07-01827 SI

5.      This Order does not affect the rights or claims of Plaintiffs against any other defendant or alleged co-conspirator in the above-captioned litigations.

**IT IS SO ORDERED.**

This __11th__ day of __March__ 2013

_____

Hon. Susan Y. Illston
United States District Court Judge

CROWELL
& MORING LLP
ATTORNEYS AT LAW

[Proposed] Order
Case No. 07-01827-SI