CARL L. BLUMENSTEIN (SBN 124158)
FARSCHAD FARZAN (SBN 215194)
JAMES A. NICKOVICH (SBN 244969)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA  94111
Telephone:     (415) 398-3600
Facsimile:      (415) 398-2438
cnedeau@nossaman.com
cblumenstein@nossaman.com
jnickovich@nossaman.com

Attorneys for Defendants
AU Optronics Corporation and
AU Optronics Corporation America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827 SI<br>MDL No. 1827 |
| This Document Relates To:<br><br>*AASI Creditor Liquidating Trust, by and through Kenneth A. Welt, Liquidating Trustee v. AU Optronics Corporation, et al.*, Case No. 3:11-cv-05781 SI<br><br>*Siegel v. AU Optronics Corporation, et al.*, Case No. 3:10-cv-05625 SI<br><br>*CompuCom Systems, Inc. v. AU Optronics Corporation, et al.*, Case No. 3:11-cv-06241 SI<br><br>*Electrograph Systems, Inc., et al. v. NEC Corporation, et al.*, Case No. 3:11-cv-03342 SI<br><br>*Interbond Corporation of America v. AU Optronics Corporation, et al.*, Case No. 3:11-cv-03763 SI<br><br>*JACO Electronics, Inc. v. AU Optronics Corporation, et al.*, Case No. 3:11-cv-02495 SI<br><br>(caption continues on next page) | Case No. 3:11-cv-05781 SI<br>Case No. 3:10-cv-05625 SI<br>Case No. 3:11-cv-06241 SI<br>Case No. 3:11-cv-03342 SI<br>Case No. 3:11-cv-03763 SI<br>Case No. 3:11-cv-02495 SI<br>Case No. 3:11-cv-00829 SI<br>Case No. 3:12-cv-01426 SI<br>Case No. 3:11-cv-02225 SI<br>Case No. 3:11-cv-04119 SI<br>Case No. 3:10-cv-05458 SI<br>Case No. 3:12-cv-02495-SI<br>Case No. 3:10-cv-05616 SI<br>Case No. 3:12-cv-01599 SI<br>Case No. 3:12-cv-02214 SI<br>Case No. 3:10-cv-4346-SI<br>Case No. 3:11-cv-05765 SI<br>Case No. 3:11-cv-02591 SI<br>Case No. 3:10-cv-03205 SI<br>Case No. 3:11-cv-03856 SI<br>Case No. 3:12-cv-00335 SI<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING REVISED TRACK 2 DEADLINES** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*MetroPCS Wireless, Inc. v. AU Optronics Corporation, et al.*, Case No. 3:11-cv-00829 SI

*NECO Alliance, LLC v. AU Optronics Corporation, et al.*, Case No. 3:12-cv-01426 SI

*Office Depot, Inc. v. AU Optronics Corporation, et al.,* Case No. 3:11-cv-02225 SI

*P.C. Richard & Son Long Island Corporation, et al., v. AU Optronics Corporation, et al.,* Case No. 3:11-cv-04119 SI

*SB Liquidation Trust v. AU Optronics Corporation, et al.*, Case No. 3:10-cv-05458 SI

*Rockwell Automation, Inc. v. AU Optronics Corporation, et al., Case No. 3:12-cv-2495-SI*

*Sony Electronics, Inc. v. LG Display Co., Ltd.,* Case No. 3:10-cv-05616 SI

*Sony Electronics, Inc. v. AU Optronics Corporation, et al.*, Case No. 3:12-cv-01599 SI

*Sony Electronics, Inc. v. HannStarDisplay Corp.*, Case No. 3:12-cv-02214 SI

*State of Oregon v. AU Optronics Corp., et al.,* Case No. 3:10-cv-4346-SI

*Tech Data Corporation and Tech Data Product Management, Inc. v. AU Optronics Corporation, et al.,* Case No. 3:11-cv-05765 SI

*T-Mobile U.S.A., Inc., v. AU Optronics Corp., et al.,* Case No. C 3:11-02591 SI

*Tracfone Wireless, Inc. v. AU Optronics Corporation, et al.,* Case No. 3:10-cv-03205 SI

*Schultze Agency Services, LLC on behalf of Tweeter OPCO, LLC and Tweeter Newco, LLC v. AU Optronics Corporation, et al.*, Case No. 3:11-cv-03856 SI

*Viewsonic Corporation v. AU Optronics Corporation, et al.,* Case No. 3:12-cv-00335 SI

1  WHEREAS the above-captioned cases ("Track 2" cases) have been proceeding with
2  pretrial preparation in accordance with the Court's Orders dated November 13 and 21, 2012 (Dkt.
3  Nos. 7139 and 7230) and the deadline for close of limited fact discovery unique to Track 2 cases is
4  presently April 2, 2013;

5  WHEREAS counsel for plaintiffs and counsel for defendants in the Track 2 cases believe
6  additional time is needed to complete fact discovery unique to the Track 2 cases;

7  WHEREAS counsel for plaintiffs and counsel for defendants in the Track 2 cases have met
8  and conferred and determined that an approximate 45-day extension for all current deadlines,
9  except as described below, would be appropriate, though defendants caution that the 45-day
10 extension may not be sufficient if the parties cannot complete discovery in that time period;

11 WHEREAS counsel for plaintiffs and counsel for defendants in the Track 2 cases have met
12 and conferred and determined that the schedule should include a deadline by which defendants may
13 submit sur-rebuttal expert reports on the subject of downstream pass-on;

14 WHEREAS a 45 day extension for deadlines in the Track 2 cases and providing a period in
15 which defendants may submit sur-rebuttal expert reports on the subject of downstream pass-on will
16 not prejudice any of the parties or the Court because trial dates have not been scheduled for any of
17 these cases;

18 WHEREAS counsel for the State of Oregon and T-Mobile and counsel for defendants agree
19 that both the State of Oregon and T-Mobile actions should not proceed according to the current
20 Track 2 schedule, but that the additional 45 days contemplated for the other Track 2 cases is not
21 sufficient for the State of Oregon and T-Mobile matters;

22 WHEREAS, counsel for the State of Oregon and defendants have met and conferred and
23 determined that an approximate 180 day extension of all current deadlines would be appropriate;

24 WHEREAS counsel for T-Mobile and counsel for defendants set forth their views with
25 respect to the deadlines in the T-Mobile action in the Case Management Conference statement
26 submitted to the Court on March 8 (*See e.g.* Dkt. No. 403).

27
28

THEREFORE, IT IS HEREBY STIPULATED between liaison counsel for the above-captioned plaintiffs and defendants' liaison counsel, and subject to the concurrence of the Court, that the Track 2 cases, other than the T-Mobile and State of Oregon cases, will adopt the following Track 2 cases schedule:

| Event | Current Date (pursuant to 11/13/12 and 11/21/12 Orders) | Revised Date |
|---|---|---|
| Close of limited fact discovery unique to DAP and State AG cases | April 2, 2013 | May 17, 2013 |
| Service of opening expert reports for plaintiffs | April 22, 2013 | June 6, 2013 |
| Service of underlying data and Code | April 26, 2013 | June 12, 2013 |
| Service of opposition expert Reports | July 23, 2013 | September 10, 2013 |
| Service of underlying data and Code | July 30, 2013 | September 16, 2013 |
| Plaintiffs and Defendants to Serve Proposed List of Summary Judgment Motions (Copies to be Provided to the Court) | August 20, 2013 | October 8, 2013 |
| Plaintiffs and Defendants to Meet and Confer Over Proposed List of Summary Judgment Motions and Schedule for Same | August 21 - September 9, 2013 | October 11 – 28, 2013 |
| Plaintiffs and Defendants to File with the Court Joint List of Proposed Summary Judgment Motions and Proposed Schedule for Summary Judgment Filings | September 10, 2013 | October 29, 2013 |
| Service of reply expert reports | September 24, 2013 | November 12, 2013 |
| Service of underlying data and Code | September 30, 2013 | November 18, 2013 |
| Service of sur-rebuttal expert Reports on downstream pass-on | | January 17, 2014 |
| Service of underlying data and Code | | January 23, 2014 |
| Close of expert discovery | October 30, 2013 | February 20, 2014 |

| Event | Current Date (pursuant to 11/13/12 and 11/21/12 Orders) | Revised Date |
|---|---|---|
| Last Day to File Supplemental List of Proposed Summary Judgment Motions Based Upon New Information or Issues Raised in the Reply Expert Reports | October 30, 2013 | February 20, 2014 |
| Last day to file dispositive Motions | December 3, 2013 | March 21, 2014 |
| Last day to file oppositions to dispositive motions | January 13, 2014 | May 2, 2014 |
| Last day to file reply briefs in support of dispositive motions | February 25, 2014 | June 13, 2014 |
| Last day for hearing dispositive motions | March 14, 2014 | June 27, 2014 |

THEREFORE, IT IS HEREBY STIPULATED between liaison counsel for the above-captioned plaintiffs and defendants' liaison counsel, and subject to the concurrence of the Court, that the State of Oregon case will adopt the following schedule:

| Event | Current Date (pursuant to 11/13/12 and 11/21/12 Orders) | Revised Date |
|---|---|---|
| Close of limited fact discovery unique to DAP and State AG cases | April 2, 2013 | September 30, 2013 |
| Service of opening expert reports for plaintiffs | April 22, 2013 | October 21, 2013 |
| Service of underlying data and Code | April 26, 2013 | October 25, 2013 |
| Service of opposition expert Reports | July 23, 2013 | January 21, 2014 |
| Service of underlying data and Code | July 30, 2013 | January 27, 2014 |
| Plaintiffs and Defendants to Serve Proposed List of Summary Judgment Motions (Copies to be Provided to the Court) | August 20, 2013 | February 17, 2014 |
| Plaintiffs and Defendants to Meet and Confer Over Proposed List of Summary Judgment Motions and Schedule for Same | August 21 – September 9, 2013 | February 17, 2014 – February 28, 2014 |

| Event | Current Date (pursuant to 11/13/12 and 11/21/12 Orders) | Revised Date |
|---|---|---|
| Plaintiffs and Defendants to File with the Court Joint List of Proposed Summary Judgment Motions and Proposed Schedule for Summary Judgment Filings | September 10, 2013 | March 10, 2014 |
| Service of reply expert reports | September 24, 2013 | March 24, 2014 |
| Service of underlying data and Code | September 30, 2013 | March 31, 2014 |
| Close of expert discovery | October 30, 2013 | April 30, 2014 |
| Last Day to File Supplemental List of Proposed Summary Judgment Motions Based Upon New Information or Issues Raised in the Reply Expert Reports | October 30, 2013 | April 30, 2014 |
| Last day to file dispositive Motions | December 3, 2014 | May 30, 2014 |
| Last day to file oppositions to dispositive motions | January 13, 2014 | July 11, 2014 |
| Last day to file reply briefs in support of dispositive motions | February 25, 2014 | August 22, 2014 |
| Last day for hearing dispositive motions | March 14, 2013 | September 5, 2014 |

| | | |
|---|---|---|
| 1 | Dated: March 14, 2013 | NOSSAMAN LLP |
| 2 | | By:    */s/ Carl L. Blumenstein* |
| | | Carl L. Blumenstein |
| 3 | | |
| 4 | | Liaison Counsel for Defendants and Attorneys for Defendants AU Optronics Corporation and AU Optronics Corporation America |
| 5 | | |
| 6 | Dated: March 14, 2013 | CROWELL & MORING LLP |
| 7 | | By:    */s/ Jerome A. Murphy* |
| 8 | | Jerome A. Murphy |
| 9 | | Liaison Counsel for Direct Action Plaintiffs and Attorneys for Rockwell Automation, Inc., Viewsonic Corporation, and Jaco Electronics, Inc. |
| 10 | | |
| 11 | Dated: March 14, 2013 | HAGLUND KELLEY JONES & WILDER, LLP |
| 12 | | By:    */s/ Michael E. Haglund* |
| 13 | | Michael E. Haglund, OSB  No. 77203 (Pro Hac Vice) |
| 14 | | Michael K. Kelley, OSB No. 85378 (Pro Hac Vice) |
| 15 | | Special Assistant Attorneys General for Plaintiff State of Oregon |
| 16 | | Telephone:  (503) 225-0777 |
| | | Facsimile:  (503) 225-1257 |
| 17 | | Email:  haglund@hk-law.com |
| 18 | | Tim D. Nord, OSB  No. 882800 |
| 19 | | Oregon Senior Assistant Attorney General |
| | | 1162 Court Street, NE |
| 20 | | Salem, OR 97301-4096 |
| | | Telephone:  (503) 943-4400 |
| 21 | | Facsimile:  (503) 225-1257 |
| | | Email:  Tim.D.Nord@doj.state.or.us |
| 22 | | |

**ATTESTATION**: Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the signatories.

1  **IT IS SO ORDERED.**

2  Dated:  3/18/13

3  _____
   The Honorable Susan Illston
   United States District Court Judge