Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Judith A. Zahid (215418)
Patrick B. Clayton (240191)
Qianwei Fu (242669)
Heather T. Rankie (268002)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile:  (415) 693-0770
*fscarpulla@zelle.com*

Joseph M. Alioto (42680)
Theresa D. Moore (99978)
ALIOTO LAW FIRM
225 Bush Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile:  (415) 434-9200
*jmalioto@aliotolaw.com*

*Co-Lead Class Counsel for Indirect-Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:07-MD-1827 SI<br>MDL No. 1827 |
| This Document Relates to:<br><br>All Indirect-Purchaser Actions;<br><br>*State of Missouri, et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-3619;<br><br>*State of Florida v. AU Optronics Corporation, et al.*, Case No. 10-cv-3517; and<br><br>*State of New York v. AU Optronics Corporation, et al.*, Case No. 11-cv-0711. | [~~PROPOSED~~] **ORDER RE: DISTRIBUTION FROM ESCROW FUNDS FOR CLAIMS ADMINISTRATION**<br><br>The Honorable Susan Illston |

WHEREAS, on December 27, 2011, the Court granted final approval to settlements between the Indirect-Purchaser Plaintiffs ("IPPs") and the States of Arkansas, California, Florida, Michigan, Missouri, New York, West Virginia, and Wisconsin ("Settling States") on the one hand, and defendants Chimei, Chunghwa, Epson, HannStar, Hitachi, Samsung and Sharp, as identified in the respective Settlement Agreements, and inclusive of related entities also identified in the respective Settlement Agreements (collectively, "Group-I Settling Defendants"), on the other hand; and

WHEREAS, on July 30, 2012, the Court granted preliminary approval to the settlements between IPPs and the Settling States, and defendants AUO, LG and Toshiba, as identified in the respective Settlement Agreements (collectively, "Group-II Settling Defendants" and with the Group-I Settling Defendants referred to hereafter as "All Settling Defendants"), on the other hand; and

WHEREAS, the Settlement Agreements with All Settling Defendants provide that the costs of administration of the claims process shall be paid from the Settlement Fund of each Settling Defendant, *pro rata*, based on each Settling Defendant's Settlement Amount; and

WHEREAS, the cost of media purchases invoiced by Kinsella Media is $64,110.01 (see Exhibit 1 attached hereto); and

WHEREAS, pursuant to the Settlement Agreements the following amounts may be deducted from each Settling Defendant's Settlement Fund to pay such costs of media purchases:

| | |
|---|---|
| Chimei | $7,283.52 |
| Chunghwa | $350.40 |
| Epson | $188.24 |
| HannStar | $1,694.17 |
| Hitachi | $2,574.43 |
| Samsung | $15,851.94 |
| Sharp | $7,628.74 |
| AUO | $10,667.03 |
| LG | $23,843.94 |

1

[PROPOSED] ORDER RE: DISTRIBUTION FROM ESCROW FUNDS FOR CLAIMS ADMINSITRATION

| | | |
|---|---|---|
| 1 | Toshiba | $1,387.04 |
| 2 | **TOTAL** | **$71,469.45** |

3   WHEREAS, Well Fargo Bank, N.A. has informed the parties that it requires an order

4   from the Court before it will distribute payment for these additional costs;

5   THEREFORE, IT IS HEREBY ORDERED that Wells Fargo Bank, N.A. shall wire

6   **$71,469.45** to the following account:

7   Bank of Texas

8   ABA/Routing # 111014325

9   Account # 8093434332

10   Account Name: Kinsella Media, LLC

11   Reference # 4497

12   Federal Tax ID # 52-2301194

13   Bank Contact: Mayra Landeros, (214) 987-8817

14   The balance of funds in the demand-deposit account, if any, shall be retained for

15   additional costs as they are incurred.

17   **IT IS SO ORDERED.**

19   Dated: ___3/27_____, 2013

Hon. Susan Illston
United States District Judge

27   3243820v1

2
[PROPOSED] ORDER RE: DISTRIBUTION FROM ESCROW FUNDS FOR CLAIMS ADMINSITRATION

# EXHIBIT 1



# Invoice

625 MARQUETTE AVENUE, SUITE 880
MINNEAPOLIS, MN 55402
P  612.359.2000   I   F  612.359.2050
WWW.RUSTCONSULTING.COM
FEDERAL ID #: 41-1813634

DATE: 03/12/13
INVOICE #: 138084
MATTER #: 8292

**TO:** Francis O. Scarpulla
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street
Suite 3400
San Franciso, CA  94104
fscarpulla@zelle.com
jdc@coopkirk.com

| PROJECT |
|---|
| *LCD Indirect* |
| *February 2013 Claims Administration Services* |

| | |
|---|---:|
| Project Database | $ 2,963.45 |
| Project Management | 7,797.93 |
| Technical Consulting | 808.80 |
| Claim Forms Submitted (563 @ $0.15 each) | 84.45 |
| Email Notification | 1,019.80 |
| Document Receipting | 2,262.60 |
| Scanning | 1,722.60 |
| Correspondence/Admin Mail | 5,840.30 |
| Data Capture | 120.36 |
| Return Mail Processing | 59.40 |
| Claims Validation & Audits | 1,139.80 |
| Deficiency Claim Processing | 41,274.42 |
| Call Center Support | 693.00 |
| **SUBTOTAL** | 65,786.91 |
| Expenses: Other Charges and Out-of-Pocket Costs | |
| Call Center/Telecommunications | 5,171.41 |
| Postage/Federal Express | 6.59 |
| Shredding/Storage | 163.94 |
| Other/Supplies | 55.00 |
| Photocopies/Faxing/Printing | 10.60 |
| Website Hosting | 275.00 |
| **SUBTOTAL** | 5,682.54 |
| **TOTAL INVOICE** | $ 71,469.45 |
| **OUTSTANDING INVOICE(s)** | $ 64,110.01 |
| **TOTAL DUE** | $ 135,579.46 |

**PAYMENT TERMS: NET DUE UPON RECEIPT**

**WIRE INFORMATION**
ACCOUNT #: 8093434387
ABA/ROUTING # WIRE or ACH: 111014325
BANK: BANK OF TEXAS, DALLAS, TX 75225
BANK CONTACT: MAYRA LANDEROS  214.987.8817
REFERENCE: INVOICE NUMBER

**RUST**
**PAYMENT MAILING ADDRESS:**
P O BOX 142589
DRAWER #9051
Irving, TX  75014-2589

MINNEAPOLIS, MN   FARIBAULT, MN   MELVILLE, NY   PALM BEACH GARDENS, FL   PHILADELPHIA, PA   SAN FRANCISCO, CA   SEATTLE, WA   WASHINGTON, DC



| | | |
|---|---|---:|
| | DATE: | 03/12/13 |
| | INVOICE #: | 138084 |
| | MATTER #: | 8292 |

**STATEMENT OF ACCOUNT**

Current Invoice Period:     February 2013 Claims Administration Services

| Total Current Invoice | $ | 71,469.45 |
|---|---|---:|

OUTSTANDING INVOICES:

| Date | Invoice # | Amount | Payments | Balance |
|---|---|---:|---|---:|
| 02/14/13 | 138003 | 64,110.01 | | 64,110.01 |

| PREVIOUS BALANCE DUE | $ | 64,110.01 |
|---|---|---:|

| Total Amount Due | $ | 135,579.46 |
|---|---|---:|

**WIRE INFORMATION**
ACCOUNT #: 8093434387
ABA/ROUTING # WIRE or ACH: 111014325
BANK: BANK OF TEXAS, DALLAS, TX 75225
BANK CONTACT: MAYRA LANDEROS  214.987.8817
REFERENCE: INVOICE NUMBER

**RUST**
**PAYMENT MAILING ADDRESS:**
P O BOX 142589
DRAWER #9051
Irving, TX  75014-2589

**PAYMENT TERMS: NET DUE UPON RECEIPT**

```
                                        Inv#      138084
                                        Date      Mar 12, 2013
                                        Client Number  8292




Re:    LCD Indirect - Project Database                      829202

For Professional Services Rendered:


     TIMEKEEPER                    RATE         HOURS              FEES
     Aaron Urbina        AU      175.00          3.00            525.00
     Bjorn Bergh         BB      141.00          0.70             98.70
     Garima Singh        GS      163.00          1.00            163.00
     Justin Honse        JH      164.00          2.20            360.80
     Lee Anderson        LA      141.00          1.20            169.20
     Leticia Rivera      LR      175.00          0.30             52.50
     Rebecca Zoubek      RZ       80.00          3.75            300.00
     Roso Suarez         RS      185.00          6.05          1,119.25
     Shane McDonald      SM      175.00          1.00            175.00

Total Fees:                                                    2,963.45




Total Services                                                 2,963.45




Total Expenses                                                      .00
                                                           --------------

Total This Matter                                              2,963.45
                                                           --------------
```

```
                                          Inv#      138084
                                          Date      Mar 12, 2013
                                          Client Number  8292




Re:    LCD Indirect - Project Management                  829206

For Professional Services Rendered:


    TIMEKEEPER                    RATE       HOURS           FEES
    April Hyduk           AH    192.00       10.19       1,956.48
    Doreen McGinley       DM    125.00        0.60          75.00
    JoAnn Calderin        JC     90.00        0.55          49.50
    Jose Rivera           JR    142.00       30.80       4,373.60
    Kenneth Rivera        KR     90.00        5.60         504.00
    Mary Schoenherr       MS    125.00        0.60          75.00
    Robin Niemiec         RN    199.00        2.90         577.10
    Sylvia Nettles        SN     93.00        1.25         116.25
    Virginia Ponzini      VP    142.00        0.50          71.00

Total Fees:                                               7,797.93




Total Services                                            7,797.93




Total Expenses                                                 .00
                                                      --------------
Total This Matter                                         7,797.93
                                                      --------------
```

```
                                        Inv#      138084
                                        Date      Mar 12, 2013
                                        Client Number  8292




Re:    LCD Indirect - Technical Consulting                829207

For Professional Services Rendered:


    TIMEKEEPER                    RATE        HOURS           FEES
    Greg Brown            GSB   141.00         1.30         183.30
    Hai Bui               HB    141.00         0.50          70.50
    Roso Suarez           RS    185.00         3.00         555.00

Total Fees:                                                 808.80




Total Services                                              808.80




Total Expenses                                    _____.00
                                                  --------------

Total This Matter                                           808.80
                                                  --------------
```

```
                                         Inv#      138084
                                         Date      Mar 12, 2013
                                         Client Number  8292




Re:    LCD Indirect  - Email Notification               829212

For Professional Services Rendered:

   TIMEKEEPER                   RATE      HOURS           FEES
   April Hyduk           AH   192.00       0.80         153.60
   Jose Rivera           JR   142.00       6.10         866.20

Total Fees:                                           1,019.80




Total Services                                        1,019.80




Total Expenses                                             .00
                                                  --------------
Total This Matter                                     1,019.80
                                                  --------------
```

```
                                          Inv#      138084
                                          Date      Mar 12, 2013
                                          Client Number  8292




Re:    LCD Indirect - Document Receipting                   829230

For Professional Services Rendered:

    TIMEKEEPER                    RATE       HOURS            FEES
    Mailroom Processor   151144   54.00      41.90        2,262.60

Total Fees:                                               2,262.60




Total Services                                            2,262.60




Total Expenses                                                 .00
                                                      --------------

Total This Matter                                         2,262.60
                                                      --------------
```

```
                                        Inv#      138084
                                        Date      Mar 12, 2013
                                        Client Number  8292
```

Re:    LCD Indirect - Scanning                                    829231

For Professional Services Rendered:

```
   TIMEKEEPER                       RATE       HOURS           FEES
    Scan Image Processor     144    54.00      27.70       1,495.80
    Sammantha Malinowski     SM     54.00       4.20         226.80
```

Total Fees:                                                     1,722.60




Total Services                                                  1,722.60




Total Expenses                                                       .00
                                                              --------------

Total This Matter                                               1,722.60
                                                              --------------

```
                                       Inv#      138084
                                       Date      Mar 12, 2013
                                       Client Number  8292




Re:    LCD Indirect - Correspondence/Admin Mail           829232

For Professional Services Rendered:


   TIMEKEEPER                    RATE       HOURS           FEES
   Doreen McGinley        DM    125.00      17.30        2,162.50
   Jose Rivera            JR    142.00      25.90        3,677.80

Total Fees:                                              5,840.30




Total Services                                           5,840.30




Total Expenses                                                .00
                                                       --------------

Total This Matter                                        5,840.30
                                                       --------------
```

```
                                        Inv#     138084
                                        Date     Mar 12, 2013
                                        Client Number  8292




Re:   LCD Indirect - Data Capture                       829234

For Professional Services Rendered:


   TIMEKEEPER                    RATE       HOURS          FEES
     Data Capture Processor  144  54.00      1.44         77.76
     Jose Rivera             JR  142.00      0.30         42.60

Total Fees:                                              120.36




Total Services                                           120.36




Total Expenses                                              .00
                                                      --------------

Total This Matter                                        120.36
                                                      --------------
```

```
                                        Inv#      138084
                                        Date      Mar 12, 2013
                                        Client Number  8292
```

Re:    LCD Indirect - Return Mail Processing              829235

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Data Capture Processor | 144 | 54.00 | 0.21 | 11.34 |
| Mailroom Processor | 151144 | 54.00 | 0.88 | 47.52 |
| Scan Image Processor | 144 | 54.00 | 0.01 | 0.54 |

Total Fees:                                                59.40


Total Services                                             59.40


Total Expenses                                               .00
                                                   --------------

Total This Matter                                          59.40
                                                   --------------

```
                                            Inv#      138084
                                            Date      Mar 12, 2013
                                            Client Number  8292




Re:   LCD Indirect - Claims Validation & Audits          829236

For Professional Services Rendered:

   TIMEKEEPER                       RATE         HOURS          FEES
   Justin Honse            JH     164.00          6.95      1,139.80

Total Fees:                                                 1,139.80




Total Services                                              1,139.80




Total Expenses                                                   .00
                                                         --------------

Total This Matter                                           1,139.80
                                                         --------------
```

```
                                            Inv#     138084
                                            Date     Mar 12, 2013
                                            Client Number  8292
```

Re:    LCD Indirect - Deficiency Claim Processing          829237

For Professional Services Rendered:

```
   TIMEKEEPER                       RATE      HOURS          FEES
   Angela Hernandez        AH     142.00     104.57     14,848.94
   April Hyduk             AH     192.00       1.69        324.48
   Chanele Simmons         CS      90.00       2.10        189.00
   Daniel Coggeshall       DC     192.00       0.30         57.60
   Doreen McGinley         DM     125.00      70.20      8,775.00
   JoAnn Calderin          JC      90.00      15.32      1,378.80
   Jose Rivera             JR     142.00      54.20      7,696.40
   Justin Honse            JH     164.00       6.30      1,033.20
   Mary Schoenherr         MS     125.00      30.60      3,825.00
   Teresa Leonard          TL     125.00      24.60      3,075.00
   Virginia Ponzini        VP     142.00       0.50         71.00

Total Fees:                                             41,274.42



Total Services                                          41,274.42



Total Expenses                                                 .00
                                                       --------------
Total This Matter                                       41,274.42
                                                       --------------
```

```
                                            Inv#      138084
                                            Date      Mar 12, 2013
                                            Client Number  8292




Re:    LCD Indirect - Call Center Support                829247

For Professional Services Rendered:

    TIMEKEEPER                     RATE      HOURS            FEES
    Jose Rivera         JR       142.00       4.60          653.20
    Robin Niemiec       RN       199.00       0.20           39.80

Total Fees:                                               693.00




Total Services                                            693.00




Total Expenses                                                .00
                                                       --------------

Total This Matter                                         693.00
                                                       --------------
```

```
                                               Inv#      138084
                                               Date      Mar 12, 2013
                                               Client Number  8292




Re:    LCD Indirect - Expenses                             829290

For Professional Services Rendered:




Expense Detail:


Reference    Date     Description                            Amount
---------    ----     -----------                            ------

        Call Center/Telecommunications
             02/28/13  Live Call Center Support; 328 Calls    3,430.00
             02/28/13  IVR 2248.62 Minutes                      944.42
             02/28/13  Line Maintenance Charge Schedule         130.00
             02/28/13  Long Distance 5.48 Canadian Minutes        5.48
             02/28/13  Long Distance 3429.24 Minutes            411.51
             02/28/13  IVR System Charge                        250.00
                                                 Subtotal    5,171.41

        Postage/Federal Express
139084       02/01/13  Weekly Mail Pickup                         2.05
140016       02/28/13  Weekly Mail Pickup                         2.42
140017       02/28/13  Weekly Mail Pickup                         2.12
                                                 Subtotal        6.59

        Shredding/Storage
             02/28/13  Storage and/or Shredding 5 Boxes          10.00
             02/28/13  Storage and/or Shredding 28 Boxes         56.00
             02/28/13  Data Storage February 2013                97.94
                                                 Subtotal      163.94

        Other
             02/28/13  Barcode Labels;2200                       55.00
                                                 Subtotal       55.00

        Photocopies/Faxing/Printing
             02/28/13  Photocopies/Faxing/Printing               10.60
                                                 Subtotal       10.60

        Website Hosting
```

```
                                    Inv#     138084
                                    Date     Mar 12, 2013
                                    Client Number  8292
         02/28/13  Web Monitor & Host                   275.00
                                    Subtotal    275.00


Total Expenses                                        5,682.54
                                                    --------------

Total This Matter                                     5,682.54
                                                    --------------
```