Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Judith A. Zahid (215418)
Patrick B. Clayton (240191)
Qianwei Fu (242669)
Heather T. Rankie (268002)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile:  (415) 693-0770
*fscarpulla@zelle.com*

Joseph M. Alioto (42680)
Theresa D. Moore (99978)
ALIOTO LAW FIRM
225 Bush Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile:  (415) 434-9200
*jmalioto@aliotolaw.com*

*Co-Lead Class Counsel for Indirect-Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:07-MD-1827 SI<br>MDL No. 1827 |
| This Document Relates to:<br><br>All Indirect-Purchaser Actions;<br><br>*State of Missouri, et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-3619;<br><br>*State of Florida v. AU Optronics Corporation, et al.*, Case No. 10-cv-3517; and<br><br>*State of New York v. AU Optronics Corporation, et al.*, Case No. 11-cv-0711. | **[PROPOSED]** ORDER RE: DISTRIBUTION FROM ESCROW FUNDS FOR CLAIMS ADMINISTRATION<br><br>The Honorable Susan Illston |

1   WHEREAS, on December 27, 2011, the Court granted final approval to settlements
between the Indirect-Purchaser Plaintiffs ("IPPs") and the States of Arkansas, California, Florida, Michigan, Missouri, New York, West Virginia, and Wisconsin ("Settling States") on the one hand, and defendants Chimei, Chunghwa, Epson, HannStar, Hitachi, Samsung and Sharp, as identified in the respective Settlement Agreements, and inclusive of related entities also identified in the respective Settlement Agreements (collectively, "Group-I Settling Defendants"), on the other hand; and

WHEREAS, on July 30, 2012, the Court granted preliminary approval to the settlements between IPPs and the Settling States, and defendants AUO, LG and Toshiba, as identified in the respective Settlement Agreements (collectively, "Group-II Settling Defendants" and with the Group-I Settling Defendants referred to hereafter as "All Settling Defendants"), on the other hand; and

WHEREAS, the Settlement Agreements with All Settling Defendants provide that the costs of administration of the claims process shall be paid from the Settlement Fund of each Settling Defendant, *pro rata*, based on each Settling Defendant's Settlement Amount; and

WHEREAS, the cost of media purchases invoiced by Kinsella Media is $64,110.01 (see Exhibit 1 attached hereto); and

WHEREAS, pursuant to the Settlement Agreements the following amounts may be deducted from each Settling Defendant's Settlement Fund to pay such costs of media purchases:

| | |
|---|---|
| Chimei | $7,283.52 |
| Chunghwa | $350.40 |
| Epson | $188.24 |
| HannStar | $1,694.17 |
| Hitachi | $2,574.43 |
| Samsung | $15,851.94 |
| Sharp | $7,628.74 |
| AUO | $10,667.03 |
| LG | $23,843.94 |

1

[PROPOSED] ORDER RE: DISTRIBUTION FROM ESCROW FUNDS FOR CLAIMS ADMINSITRATION

|   |   |
|---|---|
| Toshiba | $1,387.04 |
| **TOTAL** | **$71,469.45** |

WHEREAS, Well Fargo Bank, N.A. has informed the parties that it requires an order from the Court before it will distribute payment for these additional costs;

THEREFORE, IT IS HEREBY ORDERED that Wells Fargo Bank, N.A. shall wire **$71,469.45** to the following account:

    Bank of Texas

    ABA/Routing # 111014325

    Account # 8093434332

    Account Name:  Kinsella Media, LLC

    Reference # 4497

    Federal Tax ID # 52-2301194

    Bank Contact: Mayra Landeros, (214) 987-8817

The balance of funds in the demand-deposit account, if any, shall be retained for additional costs as they are incurred.

**IT IS SO ORDERED.**

Dated: ___3/27_____, 2013

                                   Hon. Susan Illston
                                   United States District Judge

3243820v1

# EXHIBIT 1



# Invoice

625 MARQUETTE AVENUE, SUITE 880
MINNEAPOLIS, MN 55402
**P** 612.359.2000   I   **F** 612.359.2050
WWW.RUSTCONSULTING.COM
FEDERAL ID #: 41-1813634

| | |
|---|---:|
| DATE: | 03/12/13 |
| INVOICE #: | 138084 |
| MATTER #: | 8292 |

**TO:** Francis O. Scarpulla
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street
Suite 3400
San Franciso, CA  94104
fscarpulla@zelle.com
jdc@coopkirk.com

**PROJECT**
*LCD Indirect*
*February 2013 Claims Administration Services*

| | |
|---|---:|
| Project Database | $ 2,963.45 |
| Project Management | 7,797.93 |
| Technical Consulting | 808.80 |
| Claim Forms Submitted (563 @ $0.15 each) | 84.45 |
| Email Notification | 1,019.80 |
| Document Receipting | 2,262.60 |
| Scanning | 1,722.60 |
| Correspondence/Admin Mail | 5,840.30 |
| Data Capture | 120.36 |
| Return Mail Processing | 59.40 |
| Claims Validation & Audits | 1,139.80 |
| Deficiency Claim Processing | 41,274.42 |
| Call Center Support | 693.00 |
| **SUBTOTAL** | 65,786.91 |
| Expenses: Other Charges and Out-of-Pocket Costs | |
| Call Center/Telecommunications | 5,171.41 |
| Postage/Federal Express | 6.59 |
| Shredding/Storage | 163.94 |
| Other/Supplies | 55.00 |
| Photocopies/Faxing/Printing | 10.60 |
| Website Hosting | 275.00 |
| **SUBTOTAL** | 5,682.54 |
| **TOTAL INVOICE** | $ 71,469.45 |
| **OUTSTANDING INVOICE(s)** | $ 64,110.01 |
| **TOTAL DUE** | $ 135,579.46 |

**PAYMENT TERMS: NET DUE UPON RECEIPT**

**WIRE INFORMATION**
ACCOUNT #: 8093434387
ABA/ROUTING # WIRE or ACH: 111014325
BANK: BANK OF TEXAS, DALLAS, TX 75225
BANK CONTACT: MAYRA LANDEROS  214.987.8817
REFERENCE: INVOICE NUMBER

**RUST**
**PAYMENT MAILING ADDRESS:**
P O BOX 142589
DRAWER #9051
Irving, TX  75014-2589



|  |  |
|---|---|
| DATE: | 03/12/13 |
| INVOICE #: | 138084 |
| MATTER #: | 8292 |

## STATEMENT OF ACCOUNT

Current Invoice Period:    February 2013 Claims Administration Services

| Total Current Invoice | $ | 71,469.45 |
|---|---|---|

OUTSTANDING INVOICES:

| Date | Invoice # | Amount | Payments | Balance |
|---|---|---|---|---|
| 02/14/13 | 138003 | 64,110.01 |  | 64,110.01 |

| PREVIOUS BALANCE DUE | $ | 64,110.01 |
|---|---|---|

| Total Amount Due | $ | 135,579.46 |
|---|---|---|

**WIRE INFORMATION**
ACCOUNT #: 8093434387
ABA/ROUTING # WIRE or ACH: 111014325
BANK: BANK OF TEXAS, DALLAS, TX 75225
BANK CONTACT: MAYRA LANDEROS  214.987.8817
REFERENCE: INVOICE NUMBER

**RUST**
**PAYMENT MAILING ADDRESS:**
P O BOX 142589
DRAWER #9051
Irving, TX  75014-2589

**PAYMENT TERMS: NET DUE UPON RECEIPT**

```
                                           Inv#      138084
                                           Date      Mar 12, 2013
                                           Client Number  8292




Re:    LCD Indirect - Project Database                      829202

For Professional Services Rendered:


     TIMEKEEPER                    RATE       HOURS          FEES
     Aaron Urbina         AU     175.00        3.00         525.00
     Bjorn Bergh          BB     141.00        0.70          98.70
     Garima Singh         GS     163.00        1.00         163.00
     Justin Honse         JH     164.00        2.20         360.80
     Lee Anderson         LA     141.00        1.20         169.20
     Leticia Rivera       LR     175.00        0.30          52.50
     Rebecca Zoubek       RZ      80.00        3.75         300.00
     Roso Suarez          RS     185.00        6.05       1,119.25
     Shane McDonald       SM     175.00        1.00         175.00

Total Fees:                                                2,963.45




Total Services                                             2,963.45




Total Expenses                                                  .00
                                                      --------------

Total This Matter                                          2,963.45
                                                      --------------
```

```
                                          Inv#     138084
                                          Date     Mar 12, 2013
                                          Client Number  8292




Re:    LCD Indirect - Project Management                     829206

For Professional Services Rendered:


     TIMEKEEPER                    RATE      HOURS          FEES
     April Hyduk          AH     192.00      10.19      1,956.48
     Doreen McGinley      DM     125.00       0.60         75.00
     JoAnn Calderin       JC      90.00       0.55         49.50
     Jose Rivera          JR     142.00      30.80      4,373.60
     Kenneth Rivera       KR      90.00       5.60        504.00
     Mary Schoenherr      MS     125.00       0.60         75.00
     Robin Niemiec        RN     199.00       2.90        577.10
     Sylvia Nettles       SN      93.00       1.25        116.25
     Virginia Ponzini     VP     142.00       0.50         71.00

Total Fees:                                             7,797.93




Total Services                                          7,797.93



Total Expenses                                                .00
                                                      --------------
Total This Matter                                       7,797.93
                                                      --------------
```

```
                                        Inv#      138084
                                        Date      Mar 12, 2013
                                        Client Number  8292




Re:    LCD Indirect - Technical Consulting              829207

For Professional Services Rendered:

   TIMEKEEPER                    RATE       HOURS           FEES
   Greg Brown            GSB   141.00        1.30         183.30
   Hai Bui               HB    141.00        0.50          70.50
   Roso Suarez           RS    185.00        3.00         555.00

Total Fees:                                              808.80




Total Services                                           808.80




Total Expenses                                               .00
                                                   --------------

Total This Matter                                        808.80
                                                   --------------
```

```
                                        Inv#      138084
                                        Date      Mar 12, 2013
                                        Client Number  8292




Re:    LCD Indirect  - Email Notification             829212

For Professional Services Rendered:

    TIMEKEEPER                    RATE      HOURS         FEES
    April Hyduk           AH    192.00       0.80       153.60
    Jose Rivera           JR    142.00       6.10       866.20

Total Fees:                                           1,019.80




Total Services                                        1,019.80



Total Expenses                                              .00
                                                      --------------
Total This Matter                                     1,019.80
                                                      --------------
```

```
                                          Inv#      138084
                                          Date      Mar 12, 2013
                                          Client Number  8292




Re:    LCD Indirect - Document Receipting              829230

For Professional Services Rendered:

    TIMEKEEPER                    RATE        HOURS           FEES
    Mailroom Processor  151144    54.00       41.90       2,262.60

Total Fees:                                               2,262.60




Total Services                                            2,262.60




Total Expenses                                                 .00
                                                       --------------
Total This Matter                                         2,262.60
                                                       --------------
```

```
                                        Inv#      138084
                                        Date      Mar 12, 2013
                                        Client Number  8292




Re:    LCD Indirect - Scanning                             829231

For Professional Services Rendered:


    TIMEKEEPER                     RATE       HOURS         FEES
      Scan Image Processor    144  54.00      27.70     1,495.80
      Sammantha Malinowski    SM   54.00       4.20       226.80

Total Fees:                                             1,722.60




Total Services                                          1,722.60




Total Expenses                                               .00
                                                       --------------

Total This Matter                                       1,722.60
                                                       --------------
```

```
                                              Inv#     138084
                                              Date     Mar 12, 2013
                                              Client Number  8292




Re:   LCD Indirect - Correspondence/Admin Mail           829232

For Professional Services Rendered:

   TIMEKEEPER                    RATE       HOURS            FEES
   Doreen McGinley       DM     125.00      17.30        2,162.50
   Jose Rivera           JR     142.00      25.90        3,677.80

Total Fees:                                              5,840.30




Total Services                                           5,840.30




Total Expenses                                                .00
                                                      --------------
Total This Matter                                        5,840.30
                                                      --------------
```

```
                                              Inv#      138084
                                              Date      Mar 12, 2013
                                              Client Number  8292




Re:   LCD Indirect - Data Capture                          829234

For Professional Services Rendered:

   TIMEKEEPER                      RATE       HOURS          FEES
     Data Capture Processor   144   54.00      1.44         77.76
     Jose Rivera              JR   142.00      0.30         42.60

Total Fees:                                                120.36




Total Services                                             120.36




Total Expenses                                                .00
                                                     --------------
Total This Matter                                          120.36
                                                     --------------
```

```
                                        Inv#      138084
                                        Date      Mar 12, 2013
                                        Client Number  8292




Re:   LCD Indirect - Return Mail Processing           829235

For Professional Services Rendered:

    TIMEKEEPER                       RATE       HOURS          FEES
      Data Capture Processor    144  54.00       0.21         11.34
      Mailroom Processor     151144  54.00       0.88         47.52
      Scan Image Processor      144  54.00       0.01          0.54

Total Fees:                                                  59.40




Total Services                                               59.40




Total Expenses                                         _____.00
                                                       --------------

Total This Matter                                      _____59.40
                                                       --------------
```

```
                                        Inv#      138084
                                        Date      Mar 12, 2013
                                        Client Number  8292




Re:    LCD Indirect - Claims Validation & Audits          829236

For Professional Services Rendered:

   TIMEKEEPER                  RATE         HOURS            FEES
   Justin Honse        JH     164.00         6.95        1,139.80

Total Fees:                                              1,139.80




Total Services                                           1,139.80




Total Expenses                                                .00
                                                       --------------

Total This Matter                                        1,139.80
                                                       --------------
```

```
                                            Inv#     138084
                                            Date     Mar 12, 2013
                                            Client Number  8292




Re:    LCD Indirect - Deficiency Claim Processing              829237

For Professional Services Rendered:


      TIMEKEEPER                      RATE       HOURS         FEES
      Angela Hernandez     AH       142.00      104.57    14,848.94
      April Hyduk          AH       192.00        1.69       324.48
      Chanele Simmons      CS        90.00        2.10       189.00
      Daniel Coggeshall    DC       192.00        0.30        57.60
      Doreen McGinley      DM       125.00       70.20     8,775.00
      JoAnn Calderin       JC        90.00       15.32     1,378.80
      Jose Rivera          JR       142.00       54.20     7,696.40
      Justin Honse         JH       164.00        6.30     1,033.20
      Mary Schoenherr      MS       125.00       30.60     3,825.00
      Teresa Leonard       TL       125.00       24.60     3,075.00
      Virginia Ponzini     VP       142.00        0.50        71.00

Total Fees:                                              41,274.42




Total Services                                           41,274.42




Total Expenses                                                  .00
                                                         --------------
Total This Matter                                        41,274.42
                                                         --------------
```

```
                                        Inv#      138084
                                        Date      Mar 12, 2013
                                        Client Number  8292


Re:    LCD Indirect - Call Center Support              829247

For Professional Services Rendered:

    TIMEKEEPER                   RATE      HOURS         FEES
    Jose Rivera        JR      142.00       4.60       653.20
    Robin Niemiec      RN      199.00       0.20        39.80

Total Fees:                                            693.00




Total Services                                         693.00




Total Expenses                                            .00
                                                  --------------
Total This Matter                                      693.00
                                                  --------------
```

```
                                            Inv#      138084
                                            Date      Mar 12, 2013
                                            Client Number  8292




Re:    LCD Indirect - Expenses                         829290

For Professional Services Rendered:




Expense Detail:


Reference   Date    Description                              Amount
---------   ----    -----------                              ------

       Call Center/Telecommunications
            02/28/13  Live Call Center Support; 328 Calls   3,430.00
            02/28/13  IVR 2248.62 Minutes                     944.42
            02/28/13  Line Maintenance Charge Schedule        130.00
            02/28/13  Long Distance 5.48 Canadian Minutes       5.48
            02/28/13  Long Distance 3429.24 Minutes           411.51
            02/28/13  IVR System Charge                       250.00
                                             Subtotal      5,171.41

       Postage/Federal Express
139084      02/01/13  Weekly Mail Pickup                        2.05
140016      02/28/13  Weekly Mail Pickup                        2.42
140017      02/28/13  Weekly Mail Pickup                        2.12
                                             Subtotal          6.59

       Shredding/Storage
            02/28/13  Storage and/or Shredding 5 Boxes         10.00
            02/28/13  Storage and/or Shredding 28 Boxes        56.00
            02/28/13  Data Storage February 2013               97.94
                                             Subtotal        163.94

       Other
            02/28/13  Barcode Labels;2200                      55.00
                                             Subtotal         55.00

       Photocopies/Faxing/Printing
            02/28/13  Photocopies/Faxing/Printing              10.60
                                             Subtotal         10.60

       Website Hosting
```

```
                                    Inv#     138084
                                    Date     Mar 12, 2013
                                    Client Number  8292
          02/28/13  Web Monitor & Host                      275.00
                                    Subtotal       275.00


Total Expenses                                            5,682.54
                                                       --------------

Total This Matter                                         5,682.54
                                                       --------------
```