Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| In re: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-01827 SI (N.D. Cal.) |
| This Document Relates to: | MDL No. 1827 |
| ALL ACTIONS | **REVISED STIPULATION AND [PROPOSED] ORDER REGARDING THE TAKING OF DEPOSITIONS AT THE UNITED STATES CONSULATE IN OSAKA, JAPAN** |

Pursuant to Rule 28(b)(2) of the Federal Rules of Civil Procedure and Civil Local Rule 7-11, the Plaintiffs and the Defendants NEC Corporation and NEC LCD Technologies, Hitachi Ltd., Hitachi Displays Ltd., (n/k/a Japan Display East Inc.), MetroPCS Wireless, Inc., Office Depot, Inc., Jaco Electronics, Inc., Interbond Corporation of America, Schultze Agency Services, LLC, P.C. Richard & Son Long Island Corporation, MARTA Cooperative of America, Inc., ABC Appliance, Inc., Tech Data Corporation, Tech Data Product Management, Inc., The AASI Creditor Liquidating Trust, by and through Kenneth A. Welt, Liquidating Trustee, CompuCom Systems, Inc., Viewsonic Corp., NECO Alliance LLC, and Rockwell Automation, Inc. ("Parties") jointly submit this Stipulation, seeking an order authorizing the taking of the depositions of Nobuaki Ito, Wataru Echigo, Toru Nakamura, Susumu Ohi, Hidetoshi Usui, Masashi Katsumi and Katsumi Orui in Osaka, Japan.

WHEREAS, judicial assistance between the United States and Japan in obtaining evidence is governed by Article 17 of the United States-Japan Consular Convention of 1963, 15 U.S.T. 768;

WHEREAS, depositions in Japan must be taken pursuant to a court order or commission pursuant to Article 17 of the United States-Japan Consular Convention;

WHEREAS, the Parties have reserved the dates of May 13, 2013 – May 31, 2012 at the United States Consulate General in Osaka, Japan to take depositions of the above-listed employees of Defendants Hitachi Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display East Inc.), NEC Corporation and NLT Technologies Ltd.;

IT IS HEREBY STIPULATED that:

The Parties respectfully request that this Court issue the Order, submitted herewith, authorizing the taking of depositions of Nobuaki Ito, Wataru Echigo, Toru Nakamura, Susumu Ohi, Hidetoshi Usui, Masashi Katsumi and Katsumi Orui in Osaka, Japan.

The deponents will appear voluntarily.

The depositions will commence on or about May 13, 2013 at 9:00 am (local time) and conclude on or about May 31, 2013 at 5:00 p.m. (local time).

/////

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

1  Counsel for Plaintiffs who will participate in the said depositions include one or more of
2  the following: Philip Ioveno, Christopher Fenlon, Kae Moat, Nathaniel Wood, Robert Turken,
3  Scott Wagner, and Wendy Polit.
4  Counsel for Defendants who will participate in said depositions include one or
5  more of the following: Kent Roger, Herman Hoying, Laura Lee, Kana Manabe, Tsuyoshi Ikeda,
6  George Niespolo, Stephen Sutro, Jennifer Briggs Fisher, Kevin C. McCann, Lee F. Berger,
7  Stephen Freccero, Derek Foran, Fusae Nara, Jacob R. Sorensen, Allison Davis, Jason Angell,
8  Jessica Leal, Martin Toto, John Chung and Seiji Niwa.
9  In addition to the deponents, NEC and Hitachi Displays, Ltd. (n/k/a Japan Display East
10 Inc.) representatives Fujio Okada, Makato Kawahara, Hitoshi Tanaka, Kaoru Abo, Manao
11 Yamaguchi, and Tetsuharu Hoshino may attend.
12 The proceedings will be reported by Balinda Jean Dunlap of Barkley Court Reporters and
13 recorded on video by Michael Barber of Barkley Court Reporters. Koko Peters will act as an
14 interpreter.
15 The transcripts of the depositions will be prepared and distributed among the interested
16 parties by the court reporter without further involvement by the Consulate General.
17 IT IS SO STIPULATED.
18 DATED: March 28, 2013.            Respectfully submitted,
19                                    /s/ Scott N. Wagner
20                                   ROBERT W. TURKEN
                                     MITCHELL E. WIDOM
21                                   SCOTT N. WAGNER
                                     BILZIN SUMBERG BAENA PRICE &
22                                   AXELROD LLP
                                     1450 Brickell Ave., Suite 2300
23                                   Miami, Florida 33131-3456
                                     Telephone: (305) 374-7580
24                                   Facsimile: (305) 374-7593
                                     E-mail:    rtuken@bilzin.com
25                                              mwidom@bilzin.com
                                                swagner@bilzin.com
26
                                     *Counsel for Plaintiffs Tech Data Corp. and Tech
27                                   Data Product Management, Inc. and The AASI
                                     Creditor Liquidating Trust*
28

STUART H. SINGER
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Ft. Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email: ssinger@bsfllp.com

*Counsel for Plaintiffs Office Depot, Inc.; Tech Data Corp. and Tech Data Product Management, Inc.; and The AASI Creditor Liquidating Trust*

WILLIAM A. ISAACSON
MELISSA WILLETT
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com
           mwillett@bsfllp.com

PHILIP J. IOVIENO
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com

*Counsel for Plaintiffs Office Depot, Inc.; Interbond Corp. of America; Schultze Agency Services, LLC; P.C. Richard & Son Long Island Corporation; MARTA Cooperative of America, Inc.; ABC Appliance Inc.; Tech Data Corp. and Tech Data Product Management, Inc.; The AASI Creditor Liquidating Trust; CompuCom Systems, Inc.; and NECO Alliance LLC*

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

1
2                                          /s/ Kent M. Roger

3          KENT M. ROGER
           MORGAN LEWIS & BOCKIUS LLP
4          1 Market, Spear Street Tower
           San Francisco, CA 94105
           Telephone:  (415) 442-1000
5          Facsimile:  (415) 442-1001
           E-mail:     kroger@morganlewis.com
6
           *Counsel for Defendants Hitachi, Ltd., Hitachi*
7          *Displays, Ltd. (n/k/a Japan Display East Inc.)*

8
9                                          /s/ Stephen H. Sutro

10         STEPHEN H. SUTRO
           DUANE MORRIS LLP
11         One Market, Spear Street Tower, Suite 2200
           San Francisco, CA 94105
12         Telephone:  (415) 957-3000
           Facsimile:  (415) 957-3001
13         E-mail:     shsutro@duanemorris.com

14         *Counsel for Defendants NEC Corporation and NEC*
           *LCD Technologies, Ltd.*
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| In re: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-01827 SI (N.D. Cal.) |
| _____ This Document Relates to: ALL ACTIONS | MDL No. 1827 **[PROPOSED] ORDER REGARDING THE TAKING OF DEPOSITIONS AT THE UNITED STATES CONSULATE IN OSAKA, JAPAN** |

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

**TO ANY CONSUL OR VICE-CONSUL OF THE UNITED STATES ASSIGNED TO OSAKA, JAPAN:**

WHEREAS, the above-captioned coordinated proceedings have been pending before this Court since July 2007;

WHEREAS the Plaintiffs allege antitrust violations by Defendants, manufacturers and suppliers of Thin-Film Transistor Liquid Crystal Display (TFT-LCD) products;

WHEREAS full discovery began in January 2009;

WEREAS the Parties reserved a deposition room at the United States Consulate General in Osaka, Japan for taking depositions from May 13, 2013 through May 31, 2013.

On stipulation of the Parties, and pursuant to Article 17 of The United States-Japan Consular Convention of 1963, 15 U.S.T. 768,

**IT IS ORDERED** that the deposition of the following witnesses, who will appear voluntarily, be taken at the United States Consulate General in Osaka, Japan:

Name: **Nobuaki Ito**
Employer: Hitachi Displays, Ltd. (n/k/a Japan Display East Inc.)
Address: 3300 Hayano Mobara-shi,Chiba-ken, 297-8622, Japan

Name: **Wataru Echigo**
Employer: Hitachi, Ltd.
Address: 6-6, Marunouchi 1-Chome, Chiyoda-ku, Tokyo, 100-8280 Japan

Name: **Toru Nakamura**
Employer: NEC Corporation
Address: 5-7-1 Shiba, Minato-ku, Tokyo, 108-8001 Japan

Name: **Susumu Ohi**
Employer: NLT Technologies Ltd.
Address: 1753 Shimonumabe, Nakahara-ku, Kawasaki, Kanagawa 211-8666, Japan

Name: **Hidetoshi Usui**
Employer: NLT Technologies Ltd.
Address: 1753 Shimonumabe, Nakahara-ku, Kawasaki, Kanagawa 211-8666, Japan

Name: **Masashi Katsumi**
Employer: NEC Corporation
Address: 5-7-1 Shiba, Minato-ku, Tokyo, 108-8001 Japan

/////

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

Name: **Katsumi Orui**
Employer: NEC Corporation
Address: 5-7-1 Shiba, Minato-ku, Tokyo, 108-8001 Japan

The depositions of the above individuals will commence on or about May 13, 2013 at 9:00 am (local time) and conclude on or about May 31, 2013 at 5:00 p.m. (local time).

Counsel for Plaintiffs who will participate in the said depositions include one or more of the following: Philip Ioveno, Christopher Fenlon, Kae Moat, Nathaniel Wood, Robert Turken, Scott Wagner, and Wendy Polit.

Counsel for Defendants who will participate in said depositions include one or more of the following: Kent Roger, Herman Hoying, Laura Lee, Kana Manabe, Tsuyoshi Ikeda, George Niespolo, Stephen Sutro, Jennifer Briggs Fisher, Kevin C. McCann, Lee F. Berger, Stephen Freccero, Derek Foran, Fusae Nara, Jacob R. Sorensen, Allison Davis, Jason Angell, Jessica Leal, Martin Toto, John Chung and Seiji Niwa.

In addition to the deponents, NEC and Hitachi Displays, Ltd. (n/k/a Japan Display East Inc.) representatives Fujio Okada, Makato Kawahara, Hitoshi Tanaka, Kaoru Abo, Manao Yamaguchi, and Tetsuharu Hoshino may attend.

The proceedings will be reported by Balinda Jean Dunlap of Barkley Court Reporters and recorded on video by Michael Barber of Barkley Court Reporters. Koko Peters will act as an interpreter.

The transcripts of the depositions will be prepared and distributed among the interested parties by the court reporter without further involvement by the Consulate General.

**IT IS SO ORDERED.**

Dated: 3/28, 2013

_____
HONORABLE SUSAN ILLSTON
United States District Judge