Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Judith A. Zahid (215418)
Patrick B. Clayton (240191)
Qianwei Fu (242669)
Heather T. Rankie (268002)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile:  (415) 693-0770
fscarpulla@zelle.com

Joseph M. Alioto (42680)
Theresa D. Moore (99978)
ALIOTO LAW FIRM
225 Bush Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile:  (415) 434-9200
jmalioto@aliotolaw.com

*Co-Lead Class Counsel for Indirect-Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:07-MD-1827 SI<br>MDL No. 1827 |
| This Document Relates to:<br>All Indirect-Purchaser Actions;<br>*State of Missouri, et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-3619;<br>*State of Florida v. AU Optronics Corporation, et al.*, Case No. 10-cv-3517; and<br>*State of New York v. AU Optronics Corporation, et al.*, Case No. 11-cv-0711. | **[PROPOSED] AMENDED ORDER RE: DISTRIBUTION FROM ESCROW FUNDS FOR CLAIMS ADMINISTRATION**<br><br>The Honorable Susan Illston |

1       WHEREAS, on December 27, 2011, the Court granted final approval to settlements between the Indirect-Purchaser Plaintiffs ("IPPs") and the States of Arkansas, California, Florida, Michigan, Missouri, New York, West Virginia, and Wisconsin ("Settling States") on the one hand, and defendants Chimei, Chunghwa, Epson, HannStar, Hitachi, Samsung and Sharp, as identified in the respective Settlement Agreements, and inclusive of related entities also identified in the respective Settlement Agreements (collectively, "Group-I Settling Defendants"), on the other hand; and

      WHEREAS, on July 30, 2012, the Court granted preliminary approval to the settlements between IPPs and the Settling States, and defendants AUO, LG and Toshiba, as identified in the respective Settlement Agreements (collectively, "Group-II Settling Defendants" and with the Group-I Settling Defendants referred to hereafter as "All Settling Defendants"), on the other hand; and

      WHEREAS, the Settlement Agreements with All Settling Defendants provide that the costs of administration of the claims process shall be paid from the Settlement Fund of each Settling Defendant, *pro rata*, based on each Settling Defendant's Settlement Amount; and

      WHEREAS, the cost of claims administration invoiced by Rust Consulting is $64,110.01 (see Exhibit 1 attached hereto); and

      WHEREAS, pursuant to the Settlement Agreements the following amounts may be deducted from each Settling Defendant's Settlement Fund to pay such costs of claims administration:

| Defendant | Amount |
|---|---|
| Chimei | $6,533.51 |
| Chunghwa | $314.32 |
| Epson | $168.86 |
| HannStar | $1,519.72 |
| Hitachi | $2,309.34 |
| Samsung | $14,219.60 |
| Sharp | $6,843.18 |
| AUO | $9,568.61 |

| | | |
|---|---|---|
| 1 | LG | $21,388.65 |
| 2 | Toshiba | $1,244.22 |
| 3 | **TOTAL** | **$64,110.01** |

4  WHEREAS, Well Fargo Bank, N.A. has informed the parties that it requires an order

5 from the Court before it will distribute payment for these additional costs;

6  WHEREAS, on March 6, 2013, the original proposed order (Docket Entry #7635) was

7 filed but has not yet been granted; only the Payee name and account numbers have been

8 amended here;

9  THEREFORE, IT IS HEREBY ORDERED that Wells Fargo Bank, N.A. shall wire

10 **$64,110.01** to the following account:

11  Bank of Texas

12  ABA/Routing # 111014325

13  Account # 8093434387

14  Account Name: Rust Consulting

15  Reference # 128325

16  Federal Tax ID # 41-1813634

17  Bank Contact: Mayra Landeros, (214) 987-8817

18  The balance of funds in the demand-deposit account, if any, shall be retained for

19 additional costs as they are incurred.

20

21 **IT IS SO ORDERED.**

22

23 Dated: ____4/24_____, 2013      _____

24                    Hon. Susan Illston
                     United States District Judge

25

26 3245076v1

27

28

# EXHIBIT 1



# Invoice

625 MARQUETTE AVENUE, SUITE 880
MINNEAPOLIS, MN 55402
P  612.359.2000   I   F  612.359.2050
WWW.RUSTCONSULTING.COM
FEDERAL ID #: 41-1813634

| | |
|---|---:|
| DATE: | 02/13/13 |
| INVOICE #: | 138003 |
| MATTER #: | 8292 |

**TO:** Francis O. Scarpulla
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street
Suite 3400
San Franciso, CA  94104
fscarpulla@zelle.com
jdc@coopkirk.com

**PROJECT**
*LCD Indirect*
*January 2013 Claims Administration Services*

| | | |
|---|---:|---:|
| Claimant Communication/Opt-Outs | $ | 4,243.90 |
| Claim Form Processing | | 2,007.30 |
| Audits | | 30,380.68 |
| Claim Forms Submitted (1,065 @ $0.15 each) | | 159.75 |
| Project Management | | 10,783.90 |
| Technical Consulting | | 1,357.35 |
| Scanning | | 372.84 |
| Telephone Support | | 5,369.98 |
| Quality Assurance | | 3,104.60 |
| Return Mail Processing | | 209.64 |
| Deficiencies | | 2,329.56 |
| Financial | | 629.70 |
| **SUBTOTAL** | | 60,949.20 |
| Expenses: Other Charges and Out-of-Pocket Costs | | |
| Call Center/Telecommunications | | 1,828.67 |
| Postage/Federal Express | | 751.70 |
| Shredding/Storage | | 80.94 |
| Photocopies/Faxing/Printing | | 10.60 |
| Address Traces | | 213.90 |
| Website Hosting | | 275.00 |
| **SUBTOTAL** | | 3,160.81 |
| **TOTAL INVOICE** | $ | 64,110.01 |

**PAYMENT TERMS: NET DUE UPON RECEIPT**

**WIRE INFORMATION**
ACCOUNT #: 8093434387
ABA/ROUTING # WIRE or ACH: 111014325
BANK: BANK OF TEXAS, DALLAS, TX 75225
BANK CONTACT: MAYRA LANDEROS  214.987.8817
REFERENCE: INVOICE NUMBER

**RUST**
**LOCKBOX MAILING ADDRESS:**
P O BOX 142589
DRAWER #9051
Irving, TX  75014-2589

```
                                            Inv#     138003
                                            Date     Feb 14, 2013
                                            Client Number  8292
```

Re:   LCD Indirect - Claimant Communication/Opt-Outs        829202

For Professional Services Rendered:

```
   TIMEKEEPER                    RATE       HOURS           FEES
   Doreen McGinley       DM    125.00        9.30       1,162.50
   Jose Rivera           JR    142.00       21.70       3,081.40
```

Total Fees:                                              4,243.90


Total Services                                           4,243.90


Total Expenses                                                 .00
                                                        --------------

Total This Matter                                        4,243.90
                                                        --------------

```
                                        Inv#      138003
                                        Date      Feb 14, 2013
                                        Client Number  8292




Re:    LCD Indirect - Claim Form Processing              829203

For Professional Services Rendered:


    TIMEKEEPER                     RATE       HOURS          FEES
     Data Capture Processor    144  54.00      3.70        199.80
     Mailroom Processor     151144  54.00     16.45        888.30
     Doreen McGinley            DM 125.00      4.40        550.00
     Jose Rivera                JR 142.00      2.60        369.20

Total Fees:                                              2,007.30




Total Services                                           2,007.30




Total Expenses                                                 .00
                                                         --------------
Total This Matter                                        2,007.30
                                                         --------------
```

```
                                        Inv#      138003
                                        Date      Feb 14, 2013
                                        Client Number  8292
```

Re:    LCD Indirect - Audits                                      829205

For Professional Services Rendered:

```
  TIMEKEEPER                    RATE       HOURS          FEES
  Angela Hernandez    AH      142.00       91.34     12,970.28
  April Hyduk         AH      192.00        1.60        307.20
  Doreen McGinley     DM      125.00       67.40      8,425.00
  Jose Rivera         JR      142.00       30.50      4,331.00
  Mary Schoenherr     MS      125.00       27.50      3,437.50
  Robin Niemiec       RN      199.00        0.30         59.70
  Teresa Leonard      TL      125.00        6.80        850.00

Total Fees:                                           30,380.68



Total Services                                        30,380.68



Total Expenses                                               .00
                                                     --------------

Total This Matter                                     30,380.68
                                                     --------------
```

```
                                        Inv#      138003
                                        Date      Feb 14, 2013
                                        Client Number  8292




Re:    LCD Indirect - Project Management                 829206

For Professional Services Rendered:


    TIMEKEEPER                        RATE      HOURS           FEES
    Angela Hernandez       AH       142.00       1.40         198.80
    April Hyduk            AH       192.00      16.20       3,110.40
    Doreen McGinley        DM       125.00       1.60         200.00
    Jose Rivera            JR       142.00      40.00       5,680.00
    Robin Niemiec          RN       199.00       7.30       1,452.70
    Virginia Ponzini       VP       142.00       1.00         142.00

Total Fees:                                              10,783.90




Total Services                                           10,783.90



Total Expenses                                                 .00
                                                         --------------
Total This Matter                                        10,783.90
                                                         --------------
```

```
                                        Inv#      138003
                                        Date      Feb 14, 2013
                                        Client Number  8292




Re:    LCD Indirect - Technical Consulting              829207

For Professional Services Rendered:


    TIMEKEEPER                     RATE      HOURS          FEES
    Faisal Siddiqui       FS     185.00       0.50         92.50
    Hai Bui               HB     141.00       0.10         14.10
    Lee Anderson          LA     141.00       0.30         42.30
    Lucretia Hassing      LH     121.00       6.20        750.20
    Nate Johnson          NKJ    141.00       0.25         35.25
    Rebecca Zoubek        RZ      80.00       0.20         16.00
    Roso Suarez           RS     185.00       2.20        407.00

Total Fees:                                             1,357.35




Total Services                                          1,357.35



Total Expenses                                                .00
                                                    --------------

Total This Matter                                       1,357.35
                                                    --------------
```

```
                                        Inv#      138003
                                        Date      Feb 14, 2013
                                        Client Number  8292




Re:   LCD Indirect - Scanning                       829211

For Professional Services Rendered:


   TIMEKEEPER                  RATE      HOURS          FEES
    Scan Image Processor   144  54.00     4.46        240.84
    Jackie Jostock         JJ   88.00     1.50        132.00

Total Fees:                                           372.84




Total Services                                        372.84




Total Expenses                                           .00
                                                ---------------
Total This Matter                                     372.84
                                                ---------------
```

```
                                        Inv#      138003
                                        Date      Feb 14, 2013
                                        Client Number  8292




Re:    LCD Indirect - Telephone Support                  829214

For Professional Services Rendered:


    TIMEKEEPER                       RATE       HOURS           FEES
     CSR       240          240     52.00       88.09       4,580.68
     Doreen McGinley        DM     125.00        1.80         225.00
     Jose Rivera            JR     142.00        3.40         482.80
     Liz Daniels            LD     163.00        0.50          81.50

Total Fees:                                                 5,369.98




Total Services                                              5,369.98




Total Expenses                                         _____.00
                                                       --------------

Total This Matter                                           5,369.98
                                                       --------------
```

```
                                        Inv#       138003
                                        Date       Feb 14, 2013
                                        Client Number  8292




Re:    LCD Indirect - Quality Assurance                829220

For Professional Services Rendered:

   TIMEKEEPER                         RATE      HOURS          FEES
   Bjorn Bergh              BB      141.00       1.90        267.90
   Justin Honse             JH      164.00      16.80      2,755.20
   Rebecca Howe             RH      163.00       0.50         81.50

Total Fees:                                               3,104.60




Total Services                                            3,104.60



Total Expenses                                                 .00
                                                       --------------

Total This Matter                                         3,104.60
                                                       --------------
```

```
                                            Inv#      138003
                                            Date      Feb 14, 2013
                                            Client Number  8292




Re:    LCD Indirect - Return Mail Processing            829221

For Professional Services Rendered:


    TIMEKEEPER                     RATE      HOURS           FEES
     Data Capture Processor   144   54.00     0.03           1.62
     Mailroom Processor    151144   54.00     0.38          20.52
     Doreen McGinley            DM  125.00    1.50         187.50

Total Fees:                                               209.64




Total Services                                            209.64




Total Expenses                                                .00
                                                     --------------
Total This Matter                                         209.64
                                                     --------------
```

```
                                          Inv#      138003
                                          Date      Feb 14, 2013
                                          Client Number  8292




Re:    LCD Indirect - Deficiencies                       829222

For Professional Services Rendered:


   TIMEKEEPER                    RATE       HOURS           FEES
    Processor      244     244   54.00       2.38         128.52
   April Hyduk             AH   192.00       3.50         672.00
   Brittany Flom           BF   141.00       0.22          31.02
   Derrick Wersal          DW   141.00       0.37          52.17
   Jodi Belmont            JLW  163.00       0.75         122.25
   Jose Rivera             JR   142.00       8.20       1,164.40
   Robin Niemiec           RN   199.00       0.80         159.20

Total Fees:                                             2,329.56




Total Services                                          2,329.56




Total Expenses                                                .00
                                                       --------------

Total This Matter                                       2,329.56
                                                       --------------
```

```
                                        Inv#      138003
                                        Date      Feb 14, 2013
                                        Client Number  8292




Re:    LCD Indirect - Financial                            829270

For Professional Services Rendered:

    TIMEKEEPER                      RATE       HOURS           FEES
    April Hyduk           AH      192.00        0.60         115.20
    Jose Rivera           JR      142.00        1.20         170.40
    Sylvia Nettles        SN       93.00        3.70         344.10

Total Fees:                                                  629.70




Total Services                                               629.70




Total Expenses                                                  .00
                                                     --------------

Total This Matter                                            629.70
                                                     --------------
```

```
                                        Inv#      138003
                                        Date      Feb 14, 2013
                                        Client Number  8292




Re:    LCD Indirect - Expenses                              829290

For Professional Services Rendered:




Expense Detail:


Reference    Date    Description                              Amount
---------    ----    -----------                              ------

       Call Center/Telecommunications
             01/31/13  Conference Calls; 610.87 minutes        238.24
             01/31/13  Long Distance 2757.54 Minutes           330.91
             01/31/13  IVR 2094.1 Minutes                      879.52
             01/31/13  Line Maintenance Charge Schedule        130.00
             01/31/13  IVR System Charge                       250.00
                                               Subtotal      1,828.67

       Postage/Federal Express
             01/31/13  Postage; 1578 pieces                    710.10
             01/31/13  Metered Postage; 64 pieces               41.60
                                               Subtotal        751.70

       Shredding/Storage
             01/31/13  Storage and/or Shredding 4 Boxes          8.00
             01/31/13  Data Storage January 2013                30.94
             01/31/13  Storage and/or Shredding 21 Boxes        42.00
                                               Subtotal         80.94

       Photocopies/Faxing/Printing
             01/31/13  Photocopies/Faxing/Printing              10.60
                                               Subtotal         10.60

       Address Traces:
             01/31/13  Address Traces:  186 traces            213.90
                                               Subtotal        213.90

       Website Hosting
             01/31/13  Web Monitor & Host                     275.00
                                               Subtotal        275.00
```

```
                                        Inv#      138003
                                        Date      Feb 14, 2013
                                        Client Number  8292
```

```
Total Expenses                                         3,160.81
                                                   --------------

Total This Matter                                      3,160.81
                                                   --------------
```