Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Judith A. Zahid (215418)
Patrick B. Clayton (240191)
Qianwei Fu (242669)
Heather T. Rankie (268002)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile:  (415) 693-0770
*fscarpulla@zelle.com*

Joseph M. Alioto (42680)
Theresa D. Moore (99978)
ALIOTO LAW FIRM
225 Bush Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile:  (415) 434-9200
*jmalioto@aliotolaw.com*

*Co-Lead Class Counsel for Indirect-Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:07-MD-1827 SI<br>MDL No. 1827 |
| This Document Relates to:<br><br>All Indirect-Purchaser Actions;<br><br>*State of Missouri, et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-3619;<br><br>*State of Florida v. AU Optronics Corporation, et al.*, Case No. 10-cv-3517; and<br><br>*State of New York v. AU Optronics Corporation, et al.*, Case No. 11-cv-0711. | [~~PROPO~~SED] AMENDED ORDER RE: DISTRIBUTION FROM ESCROW FUNDS FOR CLAIMS ADMINISTRATION<br><br>The Honorable Susan Illston |

1  WHEREAS, on December 27, 2011, the Court granted final approval to settlements
2  between the Indirect-Purchaser Plaintiffs ("IPPs") and the States of Arkansas, California,
3  Florida, Michigan, Missouri, New York, West Virginia, and Wisconsin ("Settling States") on the
4  one hand, and defendants Chimei, Chunghwa, Epson, HannStar, Hitachi, Samsung and Sharp, as
5  identified in the respective Settlement Agreements, and inclusive of related entities also
6  identified in the respective Settlement Agreements (collectively, "Group-I Settling Defendants"),
7  on the other hand; and

8  WHEREAS, on July 30, 2012, the Court granted preliminary approval to the settlements
9  between IPPs and the Settling States, and defendants AUO, LG and Toshiba, as identified in the
10 respective Settlement Agreements (collectively, "Group-II Settling Defendants" and with the
11 Group-I Settling Defendants referred to hereafter as "All Settling Defendants"), on the other
12 hand; and

13 WHEREAS, the Settlement Agreements with All Settling Defendants provide that the
14 costs of administration of the claims process shall be paid from the Settlement Fund of each
15 Settling Defendant, *pro rata*, based on each Settling Defendant's Settlement Amount; and

16 WHEREAS, the cost of claims administration invoiced by Rust Consulting is $64,110.01
17 (see Exhibit 1 attached hereto); and

18 WHEREAS, pursuant to the Settlement Agreements the following amounts may be
19 deducted from each Settling Defendant's Settlement Fund to pay such costs of claims
20 administration:

| | |
|---|---:|
| Chimei | $6,533.51 |
| Chunghwa | $314.32 |
| Epson | $168.86 |
| HannStar | $1,519.72 |
| Hitachi | $2,309.34 |
| Samsung | $14,219.60 |
| Sharp | $6,843.18 |
| AUO | $9,568.61 |

1

[PROPOSED] AMENDED ORDER RE: DISTRIBUTION FROM
ESCROW FUNDS FOR CLAIMS ADMINISTRATION

|   |   |
|---|---|
| LG | $21,388.65 |
| Toshiba | $1,244.22 |
| **TOTAL** | **$64,110.01** |

WHEREAS, Well Fargo Bank, N.A. has informed the parties that it requires an order from the Court before it will distribute payment for these additional costs;

WHEREAS, on March 6, 2013, the original proposed order (Docket Entry #7635) was filed but has not yet been granted; only the Payee name and account numbers have been amended here;

THEREFORE, IT IS HEREBY ORDERED that Wells Fargo Bank, N.A. shall wire **$64,110.01** to the following account:

    Bank of Texas

    ABA/Routing # 111014325

    Account # 8093434387

    Account Name:  Rust Consulting

    Reference # 128325

    Federal Tax ID # 41-1813634

    Bank Contact: Mayra Landeros, (214) 987-8817

The balance of funds in the demand-deposit account, if any, shall be retained for additional costs as they are incurred.

**IT IS SO ORDERED.**

Dated: _____4/24_____, 2013      _____
                                                       Hon. Susan Illston
                                                       United States District Judge

3245076v1

# EXHIBIT 1



# Invoice

625 MARQUETTE AVENUE, SUITE 880
MINNEAPOLIS, MN 55402
P  612.359.2000    I    F  612.359.2050
WWW.RUSTCONSULTING.COM
FEDERAL ID #: 41-1813634

| | |
|---|---|
| DATE: | 02/13/13 |
| INVOICE #: | 138003 |
| MATTER #: | 8292 |

**TO:** Francis O. Scarpulla
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street
Suite 3400
San Franciso, CA  94104
fscarpulla@zelle.com
jdc@coopkirk.com

| PROJECT |
|---|
| *LCD Indirect* |
| *January 2013 Claims Administration Services* |

| | | |
|---|---:|---:|
| Claimant Communication/Opt-Outs | $ | 4,243.90 |
| Claim Form Processing | | 2,007.30 |
| Audits | | 30,380.68 |
| Claim Forms Submitted (1,065 @ $0.15 each) | | 159.75 |
| Project Management | | 10,783.90 |
| Technical Consulting | | 1,357.35 |
| Scanning | | 372.84 |
| Telephone Support | | 5,369.98 |
| Quality Assurance | | 3,104.60 |
| Return Mail Processing | | 209.64 |
| Deficiencies | | 2,329.56 |
| Financial | | 629.70 |
| | **SUBTOTAL** | 60,949.20 |
| Expenses: Other Charges and Out-of-Pocket Costs | | |
| Call Center/Telecommunications | | 1,828.67 |
| Postage/Federal Express | | 751.70 |
| Shredding/Storage | | 80.94 |
| Photocopies/Faxing/Printing | | 10.60 |
| Address Traces | | 213.90 |
| Website Hosting | | 275.00 |
| | **SUBTOTAL** | 3,160.81 |
| | **TOTAL INVOICE** $ | 64,110.01 |

**PAYMENT TERMS: NET DUE UPON RECEIPT**

**WIRE INFORMATION**
ACCOUNT #: 8093434387
ABA/ROUTING # WIRE or ACH: 111014325
BANK: BANK OF TEXAS, DALLAS, TX 75225
BANK CONTACT: MAYRA LANDEROS  214.987.8817
REFERENCE: INVOICE NUMBER

**RUST**
**LOCKBOX MAILING ADDRESS:**
P O BOX 142589
DRAWER #9051
Irving, TX  75014-2589

```
                                        Inv#      138003
                                        Date      Feb 14, 2013
                                        Client Number  8292
```

Re:    LCD Indirect - Claimant Communication/Opt-Outs          829202

For Professional Services Rendered:

```
  TIMEKEEPER                    RATE       HOURS          FEES
  Doreen McGinley       DM    125.00        9.30      1,162.50
  Jose Rivera           JR    142.00       21.70      3,081.40
```

Total Fees:                                             4,243.90



Total Services                                          4,243.90



Total Expenses                                               .00
                                                    --------------
Total This Matter                                       4,243.90
                                                    --------------

```
                                        Inv#       138003
                                        Date       Feb 14, 2013
                                        Client Number  8292




Re:    LCD Indirect - Claim Form Processing            829203

For Professional Services Rendered:

   TIMEKEEPER                    RATE        HOURS           FEES
    Data Capture Processor   144  54.00       3.70         199.80
    Mailroom Processor    151144  54.00      16.45         888.30
    Doreen McGinley           DM 125.00       4.40         550.00
    Jose Rivera               JR 142.00       2.60         369.20

Total Fees:                                              2,007.30




Total Services                                           2,007.30




Total Expenses                                                 .00
                                                       --------------
Total This Matter                                        2,007.30
                                                       --------------
```

```
                                        Inv#      138003
                                        Date      Feb 14, 2013
                                        Client Number  8292




Re:    LCD Indirect - Audits                            829205

For Professional Services Rendered:

   TIMEKEEPER                     RATE      HOURS          FEES
   Angela Hernandez      AH     142.00      91.34     12,970.28
   April Hyduk           AH     192.00       1.60        307.20
   Doreen McGinley       DM     125.00      67.40      8,425.00
   Jose Rivera           JR     142.00      30.50      4,331.00
   Mary Schoenherr       MS     125.00      27.50      3,437.50
   Robin Niemiec         RN     199.00       0.30         59.70
   Teresa Leonard        TL     125.00       6.80        850.00

Total Fees:                                            30,380.68




Total Services                                         30,380.68



Total Expenses                                                .00
                                                     --------------
Total This Matter                                      30,380.68
                                                     --------------
```

```
                                        Inv#      138003
                                        Date      Feb 14, 2013
                                        Client Number  8292




Re:    LCD Indirect - Project Management                  829206

For Professional Services Rendered:


    TIMEKEEPER                      RATE       HOURS           FEES
    Angela Hernandez      AH      142.00        1.40         198.80
    April Hyduk           AH      192.00       16.20       3,110.40
    Doreen McGinley       DM      125.00        1.60         200.00
    Jose Rivera           JR      142.00       40.00       5,680.00
    Robin Niemiec         RN      199.00        7.30       1,452.70
    Virginia Ponzini      VP      142.00        1.00         142.00

Total Fees:                                              10,783.90




Total Services                                           10,783.90



Total Expenses                                                 .00
                                                         --------------
Total This Matter                                        10,783.90
                                                         --------------
```

```
                                        Inv#      138003
                                        Date      Feb 14, 2013
                                        Client Number  8292




Re:    LCD Indirect - Technical Consulting            829207

For Professional Services Rendered:


   TIMEKEEPER                    RATE       HOURS           FEES
   Faisal Siddiqui       FS    185.00        0.50          92.50
   Hai Bui               HB    141.00        0.10          14.10
   Lee Anderson          LA    141.00        0.30          42.30
   Lucretia Hassing      LH    121.00        6.20         750.20
   Nate Johnson          NKJ   141.00        0.25          35.25
   Rebecca Zoubek        RZ     80.00        0.20          16.00
   Roso Suarez           RS    185.00        2.20         407.00

Total Fees:                                             1,357.35




Total Services                                          1,357.35




Total Expenses                                                .00
                                                     --------------

Total This Matter                                       1,357.35
                                                     --------------
```

```
                                        Inv#      138003
                                        Date      Feb 14, 2013
                                        Client Number  8292




Re:   LCD Indirect - Scanning                      829211

For Professional Services Rendered:

    TIMEKEEPER                  RATE      HOURS         FEES
      Scan Image Processor  144  54.00     4.46       240.84
      Jackie Jostock         JJ  88.00     1.50       132.00

Total Fees:                                            372.84




Total Services                                         372.84



Total Expenses                                             .00
                                                   --------------
Total This Matter                                      372.84
                                                   --------------
```

```
                                        Inv#     138003
                                        Date     Feb 14, 2013
                                        Client Number  8292




Re:    LCD Indirect - Telephone Support                    829214

For Professional Services Rendered:

    TIMEKEEPER                   RATE      HOURS         FEES
     CSR      240         240   52.00      88.09     4,580.68
     Doreen McGinley      DM   125.00       1.80       225.00
     Jose Rivera          JR   142.00       3.40       482.80
     Liz Daniels          LD   163.00       0.50        81.50

Total Fees:                                          5,369.98




Total Services                                       5,369.98




Total Expenses                                             .00
                                                  --------------
Total This Matter                                    5,369.98
                                                  --------------
```

```
                                            Inv#      138003
                                            Date      Feb 14, 2013
                                            Client Number  8292




Re:    LCD Indirect - Quality Assurance                    829220

For Professional Services Rendered:

   TIMEKEEPER                      RATE      HOURS            FEES
   Bjorn Bergh              BB   141.00       1.90          267.90
   Justin Honse             JH   164.00      16.80        2,755.20
   Rebecca Howe             RH   163.00       0.50           81.50

Total Fees:                                              3,104.60




Total Services                                           3,104.60



Total Expenses                                                .00
                                                      --------------
Total This Matter                                        3,104.60
                                                      --------------
```

```
                                            Inv#       138003
                                            Date       Feb 14, 2013
                                            Client Number  8292




Re:   LCD Indirect - Return Mail Processing              829221

For Professional Services Rendered:

   TIMEKEEPER                    RATE        HOURS         FEES
    Data Capture Processor   144  54.00       0.03         1.62
    Mailroom Processor    151144  54.00       0.38        20.52
    Doreen McGinley           DM 125.00       1.50       187.50

Total Fees:                                              209.64




Total Services                                           209.64




Total Expenses                                              .00
                                                      --------------
Total This Matter                                        209.64
                                                      --------------
```

```
                                            Inv#      138003
                                            Date      Feb 14, 2013
                                            Client Number  8292




    Re:    LCD Indirect - Deficiencies                       829222

    For Professional Services Rendered:


       TIMEKEEPER                     RATE       HOURS         FEES
         Processor      244    244    54.00       2.38       128.52
       April Hyduk             AH    192.00       3.50       672.00
       Brittany Flom           BF    141.00       0.22        31.02
       Derrick Wersal          DW    141.00       0.37        52.17
       Jodi Belmont            JLW   163.00       0.75       122.25
       Jose Rivera             JR    142.00       8.20     1,164.40
       Robin Niemiec           RN    199.00       0.80       159.20

    Total Fees:                                             2,329.56




    Total Services                                          2,329.56



    Total Expenses                                                .00
                                                         --------------
    Total This Matter                                        2,329.56
                                                         --------------
```

```
                                        Inv#      138003
                                        Date      Feb 14, 2013
                                        Client Number  8292




Re:    LCD Indirect - Financial                      829270

For Professional Services Rendered:

    TIMEKEEPER                    RATE       HOURS           FEES
    April Hyduk         AH      192.00        0.60         115.20
    Jose Rivera         JR      142.00        1.20         170.40
    Sylvia Nettles      SN       93.00        3.70         344.10

Total Fees:                                              629.70




Total Services                                           629.70




Total Expenses                                              .00
                                                   --------------

Total This Matter                                        629.70
                                                   --------------
```

```
                                            Inv#      138003
                                            Date      Feb 14, 2013
                                            Client Number  8292




Re:    LCD Indirect - Expenses                           829290

For Professional Services Rendered:





Expense Detail:


Reference    Date    Description                                  Amount
---------    ----    -----------                                  ------

        Call Center/Telecommunications
             01/31/13  Conference Calls; 610.87 minutes            238.24
             01/31/13  Long Distance 2757.54 Minutes               330.91
             01/31/13  IVR 2094.1 Minutes                          879.52
             01/31/13  Line Maintenance Charge Schedule            130.00
             01/31/13  IVR System Charge                           250.00
                                                Subtotal         1,828.67

        Postage/Federal Express
             01/31/13  Postage; 1578 pieces                        710.10
             01/31/13  Metered Postage; 64 pieces                   41.60
                                                Subtotal           751.70

        Shredding/Storage
             01/31/13  Storage and/or Shredding 4 Boxes              8.00
             01/31/13  Data Storage January 2013                    30.94
             01/31/13  Storage and/or Shredding 21 Boxes            42.00
                                                Subtotal            80.94

        Photocopies/Faxing/Printing
             01/31/13  Photocopies/Faxing/Printing                  10.60
                                                Subtotal            10.60

        Address Traces:
             01/31/13  Address Traces:  186 traces                 213.90
                                                Subtotal           213.90

        Website Hosting
             01/31/13  Web Monitor & Host                          275.00
                                                Subtotal           275.00
```

```
                                        Inv#      138003
                                        Date      Feb 14, 2013
                                        Client Number  8292


Total Expenses                                         3,160.81
                                                   --------------

Total This Matter                                      3,160.81
                                                   --------------
```