UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Case No. 10-CV-5452-SI<br><br>EASTMAN KODAK COMPANY,<br><br>        Plaintiff,<br><br>  v.<br><br>EPSON IMAGING DEVICES CORPORATION, et al.,<br><br>        Defendants. | Case No. 3:07-MD-1827-SI<br><br>MDL No. 1827<br><br>[PROPOSED] ORDER REGARDING DISMISSAL OF EPSON DEFENDANTS |

The Court, having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. Claims asserted by Plaintiff Eastman Kodak Company against Defendants Epson Imaging Devices Corporation and Epson Electronics America, Inc. are dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2. Each party shall bear its own costs and attorneys' fees.

3. This Order does not affect the rights or claims of Plaintiffs against any other defendant or alleged co-conspirator in the above-captioned litigations.

**IT IS SO ORDERED.**

This __24th__ day of __April__, 2013.      _____
                                                                Hon. Susan Y. Illston
                                                                United States District Court Judge