Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Judith A. Zahid (215418)
Patrick B. Clayton (240191)
Qianwei Fu (242669)
Heather T. Rankie (268002)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile:  (415) 693-0770
*fscarpulla@zelle.com*

Joseph M. Alioto (42680)
Theresa D. Moore (99978)
ALIOTO LAW FIRM
225 Bush Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile:  (415) 434-9200
*jmalioto@aliotolaw.com*

*Co-Lead Class Counsel for Indirect-Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:07-MD-1827 SI<br>MDL No. 1827 |
| This Document Relates to:<br><br>All Indirect-Purchaser Actions;<br><br>*State of Missouri, et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-3619;<br><br>*State of Florida v. AU Optronics Corporation, et al.*, Case No. 10-cv-3517; and<br><br>*State of New York v. AU Optronics Corporation, et al.*, Case No. 11-cv-0711. | [~~PROPOSED~~] ORDER RE: DISTRIBUTION FROM ESCROW FUNDS FOR CLAIMS ADMINISTRATION<br><br>The Honorable Susan Illston |

[PROPOSED] ORDER RE: DISTRIBUTION FROM ESCROW FUNDS FOR CLAIMS ADMINISTRATION

WHEREAS, on December 27, 2011, the Court granted final approval to settlements between the Indirect-Purchaser Plaintiffs ("IPPs") and the States of Arkansas, California, Florida, Michigan, Missouri, New York, West Virginia, and Wisconsin ("Settling States") on the one hand, and defendants Chimei, Chunghwa, Epson, HannStar, Hitachi, Samsung and Sharp, as identified in the respective Settlement Agreements, and inclusive of related entities also identified in the respective Settlement Agreements (collectively, "Group-I Settling Defendants"), on the other hand; and

WHEREAS, on July 30, 2012, the Court granted preliminary approval to the settlements between IPPs and the Settling States, and defendants AUO, LG and Toshiba, as identified in the respective Settlement Agreements (collectively, "Group-II Settling Defendants" and with the Group-I Settling Defendants referred to hereafter as "All Settling Defendants"), on the other hand; and

WHEREAS, the Settlement Agreements with All Settling Defendants provide that the costs of administration of the claims process shall be paid from the Settlement Fund of each Settling Defendant, *pro rata*, based on each Settling Defendant's Settlement Amount; and

WHEREAS, the cost of claims administration invoiced by Rust Consulting is $134,114.72 (see Exhibit 1 attached hereto); and

WHEREAS, pursuant to the Settlement Agreements the following amounts may be deducted from each Settling Defendant's Settlement Fund to pay such costs of claims administration:

| | |
|---|---|
| Chimei | $13,667.76 |
| Chunghwa | $657.54 |
| Epson | $353.24 |
| HannStar | $3,179.17 |
| Hitachi | $4,831.01 |
| Samsung | $29,746.65 |
| Sharp | $14,315.58 |
| AUO | $20,017.02 |

1
[PROPOSED] ORDER RE: DISTRIBUTION FROM ESCROW FUNDS FOR CLAIMS ADMINISTRATION

| | | |
|---|---|---|
| 1 | LG | $44,743.92 |
| 2 | Toshiba | $2,602.83 |
| 3 | **TOTAL** | **$134,114.72** |

WHEREAS, Well Fargo Bank, N.A. has informed the parties that it requires an order from the Court before it will distribute payment for these additional costs;

THEREFORE, IT IS HEREBY ORDERED that Wells Fargo Bank, N.A. shall wire $134,114.72 to the following account:

    Bank of Texas

    ABA/Routing # 111014325

    Account # 8093434387

    Account Name: Rust Consulting

    Reference # 128325

    Federal Tax ID # 41-1813634

    Bank Contact: Mayra Landeros, (214) 987-8817

The balance of funds in the demand-deposit account, if any, shall be retained for additional costs as they are incurred.

**IT IS SO ORDERED.**

Dated: __5/1__, 2013

    Hon. Susan Illston
    United States District Judge

3245014v1