1  Jeffrey H. Howard (*pro hac vice*)
   Jerome A. Murphy (*pro hac vice*)
2  CROWELL & MORING LLP
   1001 Pennsylvania Avenue, N.W.
3  Washington, D.C. 20004
   Telephone:  202-624-2500
4  Facsimile:  202-628-5116
   Email: jhoward@crowell.com
5          jmurphy@crowell.com

6  Jason C. Murray (CA Bar No. 169806)
   Janet I. Levine (CA Bar No. 94255)
7  Joshua C. Stokes (CA Bar No. 220214)
   CROWELL & MORING LLP
8  515 South Flower St., 40th Floor
   Los Angeles, CA 90071
9  Telephone:  213-622-4750
   Facsimile:  213-622-2690
10 Email: jmurray@crowell.com
           jlevine@crowell.com
11         jstokes@crowell.com

12 *Counsel for Plaintiffs AT&T Mobility, LLC, et al.*

13 [Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*AT&T Mobility LLC v. AU Optronics Corp., et al.,* No. 09-cv-4997-SI | Master Docket No. C M:07-01827 SI<br><br>MDL No. 1827<br><br>**STIPULATION OF DISMISSAL** |

1  Plaintiffs AT&T Mobility, LLC, AT&T Corp., AT&T Services, Inc, BellSouth
2  Telecommunications, Inc., Pacific Bell Telephone Co., AT&T Operations, Inc., AT&T
3  Datacomm, Inc., and Southwestern Bell Telephone Company (collectively "Plaintiffs") and
4  Defendant Chunghwa Picture Tubes Ltd. ("Chunghwa"), by and through their respective
5  attorneys, hereby stipulate to a dismissal of this action as to Chunghwa with prejudice, pursuant
6  to Rule 41(a)(2) of the Federal Rules of Civil Procedure.  Each party shall bear its own costs and
7  attorneys' fees.  This stipulation does not affect the rights or claims of Plaintiffs against any other
8  defendant or alleged co-conspirator in the above-captioned litigation.
9  WHEREFORE, the parties respectfully request that this Court issue the [proposed] order
10  lodged with this stipulation.
11  **IT IS SO STIPULATED.**

Dated: April 29, 2013                                        /s/ Jerome A. Murphy

Jeffrey H. Howard (*pro hac vice*)
Jerome A. Murphy (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  202-624-2500
Facsimile:  202-628-5116
Email:  jhoward@crowell.com
            jmurphy@crowell.com

Jason C. Murray (CA Bar No. 169806)
Janet I. Levine (CA Bar No. 94255)
Joshua C. Stokes (CA Bar No. 220214)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA  90071
Telephone:  213-622-4750
Facsimile:  213-622-2690
Email:  jmurray@crowell.com
            jlevine@crowell.com
            jstokes@crowell.com

Kenneth L. Adams (*pro hac vice*)
R. Bruce Holcomb (*pro hac vice*)
Christopher T. Leonardo (*pro hac vice*)
ADAMS HOLCOMB LLP
1875 Eye Street NW
Washington, DC 20006
Telephone:  202-580-8822

|   |   |
|---|---|
| 1 | Facsimile: 202-580-8821 |
| 2 | Email: adams@adamsholcomb.com |
|   | holcomb@adamsholcomb.com |
| 3 | leonardo@adamsholcomb.com |

*Counsel for Plaintiffs AT&T Mobility LLC, AT&T Corp., AT&T Services, Inc., BellSouth Telecommunications, Inc., Pacific Bell Telephone Co., AT&T Operations, Inc., AT&T Datacomm, Inc., and Southwestern Bell Telephone Company*

Dated: April 29, 2013                    /s/ David C. Brownstein

William S. Farmer
David C. Brownstein
Andrew Howard Pontious
Jacob P. Alpren
Farmer Brownstein Jaeger LLP
San Francisco, CA 94104
235 Pine Street, Suite 1300
Telephone:  (415) 795-2050
Facsimile:   (415) 788-6929
Email: wfarmer@farmerbrownstein.com
         dbrownstein@farmerbrownstein.com
         apontious@farmrbrownstein.com
         jalpren@farmerbrownstein.com

*Counsel for Defendant Chunghwa Picture Tubes Ltd.*

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*AT&T Mobility LLC v. AU Optronics Corp., et al.,* No. 09-cv-4997-SI | Master Docket No. C M:07-01827 SI<br><br>MDL No. 1827<br><br>[~~PROPOSED~~] ORDER |

The Court, having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. Claims asserted by Plaintiffs AT&T Mobility LLC, AT&T Corp., AT&T Services, Inc, BellSouth Telecommunications, Inc., Pacific Bell Telephone Co., AT&T Operations, Inc., AT&T Datacomm, Inc., and Southwestern Bell Telephone Company against Defendant Chunghwa Picture Tubes Ltd. are dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

This __30TH__ day of __APRIL__, 2013.

_____
Hon. Susan Y. Illston
United States District Court Judge