| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | JOHN M. GRENFELL (CA Bar No. 88500) |
| 2 | JACOB R. SORENSEN (CA Bar No. 209134) |
|   | FUSAE NARA (*pro hac vice*) |
| 3 | ANDREW D. LANPHERE (CA Bar No. 191479) |
|   | Four Embarcadero Center, 22nd Floor |
| 4 | San Francisco, CA 94111 |
|   | Telephone: (415) 983-1000 |
| 5 | Facsimile: (415) 983-1200 |
|   | john.grenfell@pillsburylaw.com |
| 6 | |
| 7 | Attorneys for Defendants |
|   | SHARP CORPORATION and |
|   | SHARP ELECTRONICS CORPORATION |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-01827 SI (N.D. Cal.) |
| | MDL No. 1827 |
| This Document Relates To: | **DECLARATION OF TIMOTHY M. RUSSO IN SUPPORT OF MOTION TO EXCLUDE EXPERT TESTIMONY OF ADAM K. FONTECCHIO AND B. DOUGLAS BERNHEIM REGARDING THE "MPPI"** |
| *Motorola Mobility, Inc. v. AU Optronics Corp. et al.*, No. 09-cv-5840 SI | |
| *Electrograph Systems, Inc. et al. v. Epson Imaging Devices Corp. et al.*, No. 10-cv-0117-SI | |
| *Target Corp. et al. v. AU Optronics Corp. et al.*, No. 10-cv-4945-SI | |
| *Costco Wholesale Corp. v. AU Optronics Corp. et al.*, No. 11-cv-0058-SI | |
| *Best Buy Co., Inc. et al. v. AU Optronics Corp. et al.* No. 10-cv-4572-SI | |
| *Best Buy Co., Inc. et al. v. Toshiba Corp. et al.*, No. 10-cv-04114-SI | |

I, Timothy M. Russo, declare as follows:

1. I am a member of the Bar of the State of New York and an associate at the law firm of Pillsbury Winthrop Shaw Pittman, counsel for defendants Sharp Corporation and Sharp Electronics Corporation ("Sharp Defendants") in the *Electrograph* and *Target* actions listed in the caption.

2. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

3. Attached hereto as <u>Exhibit A</u> is a true and correct copy of the Expert Report of Adam K. Fontecchio, Ph.D., submitted in the *Target* case, dated December 15, 2011, without the exhibits and appendices other than Dr. Fontecchio's curriculum vitae.

4. Attached hereto as <u>Exhibit B</u> is a true and correct copy of the Expert Report of B. Douglas Bernheim, Ph.D., submitted in the *Target* case, dated December 15, 2011, without the exhibits and appendices other than Dr. Bernheim's curriculum vitae.

5. Attached hereto as <u>Exhibit C</u> is a true and correct copy of the Rebuttal Expert Report of Adam K. Fontecchio, Ph.D., submitted in the *Target* case, dated May 11, 2012, without the exhibits and appendices.

6. Attached hereto as <u>Exhibit D</u> is a true and correct copy of the Rebuttal Expert Report of B. Douglas Bernheim, Ph.D., submitted in the *Target* case, dated May 11, 2012, without the exhibits and appendices other than Dr. Bernheim's curriculum vitae.

7. Attached hereto as <u>Exhibit E</u> are true and correct copies of excerpts of the Deposition of Adam K. Fontecchio, Ph.D., taken on February 9, 2012, including pages 2, 16, 17, 35-37, 62, 74, 130, 133-135, 137-140, 156-157, 169, 175, 177-179 and 204-206.

8. Attached hereto as <u>Exhibit F</u> are true and correct copies of excerpts of the Deposition of Adam K. Fontecchio, Ph.D., taken on June 19, 2012, including pages 2, 14-17, 24, 26-30, 92-94, 96, 97, 115-122, 127, 185 and 186.

9. Attached hereto as <u>Exhibit G</u> are true and correct copies of excerpts of the Deposition of B. Douglas Bernheim, Ph.D., taken on January 30 - February 1, 2012, including pages 2, 27, 160-162, 203, 204, 336, 482 and 483.

1       10.     Attached hereto as <u>Exhibit H</u> are true and correct copies of excerpts of the
2  Deposition of B. Douglas Bernheim, Ph.D., taken on June 14, 2012, including pages 963,
3  981-982, 995-996, 1015-1019, 1021-1022, 1071-1072 and 1074.

4       11.     Attached hereto as <u>Exhibit I</u> are true and correct copies of excerpts of the
5  Expert Report of Dennis W. Carlton, Ph.D., submitted in the *ATS Claim*, *AT&T Mobility*,
6  *Best Buy*, *Costco*, *Electrograph* and *Target* cases, dated February 23, 2012, including pages
7  189-196, 204-209.

8       12.     Attached hereto as <u>Exhibit J</u> are true and correct copies of excerpts of the
9  Expert Report of Shukri Souri, Ph.D., submitted in the *ATS Claim*, *AT&T Mobility*, *Costco*,
10 *Dell*, *Eastman Kodak*, *Electrograph*, *Motorola*, *Nokia*, *Target* and the *State of Florida*
11 cases, dated February 23, 2012, including pages 46-51.

12      13.     Attached hereto as <u>Exhibit K</u> is a true and correct copy of an excerpt of the
13 Expert Report of Keith Mallison, submitted in the *Costco*, *Dell*, *Eastman Kodak*,
14 *Electrograph*, *Motorola*, *Nokia* and *Target* cases, dated February 23, 2012, including page
15 83-88.

16      14.     Attached hereto as <u>Exhibit L</u> are true and correct copies of excerpts of the
17 Expert Report of Daniel L. Rubinfeld, Ph.D., submitted in the *ATS Claim*, *Nokia*, *Motorola*
18 and *Target* cases, dated February 23, 2012, including pages 91-98.

19      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing
20 is true and correct.  Executed on the 3rd day of May, 2013, at New York, New York.

                                   /s/ Timothy M. Russo
                                   Timothy M. Russo