Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Judith A. Zahid (215418)
Patrick B. Clayton (240191)
Qianwei Fu (242669)
Heather T. Rankie (268002)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile:  (415) 693-0770
*fscarpulla@zelle.com*

Joseph M. Alioto (42680)
Theresa D. Moore (99978)
ALIOTO LAW FIRM
225 Bush Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile:  (415) 434-9200
*jmalioto@aliotolaw.com*

*Co-Lead Class Counsel for Indirect-Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:07-MD-1827 SI<br>MDL No. 1827 |
| This Document Relates to:<br>All Indirect-Purchaser Actions;<br>*State of Missouri, et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-3619;<br>*State of Florida v. AU Optronics Corporation, et al.*, Case No. 10-cv-3517; and<br>*State of New York v. AU Optronics Corporation, et al.*, Case No. 11-cv-0711. | [~~PROPOSED~~] AMENDED ORDER RE: DISTRIBUTION FROM ESCROW FUNDS FOR CLAIMS ADMINISTRATION<br><br>The Honorable Susan Illston |

1    WHEREAS, on December 27, 2011, the Court granted final approval to settlements
2 between the Indirect-Purchaser Plaintiffs ("IPPs") and the States of Arkansas, California,
3 Florida, Michigan, Missouri, New York, West Virginia, and Wisconsin ("Settling States") on the
4 one hand, and defendants Chimei, Chunghwa, Epson, HannStar, Hitachi, Samsung and Sharp, as
5 identified in the respective Settlement Agreements, and inclusive of related entities also
6 identified in the respective Settlement Agreements (collectively, "Group-I Settling Defendants"),
7 on the other hand; and

8    WHEREAS, on July 30, 2012, the Court granted preliminary approval to the settlements
9 between IPPs and the Settling States, and defendants AUO, LG and Toshiba, as identified in the
10 respective Settlement Agreements (collectively, "Group-II Settling Defendants" and with the
11 Group-I Settling Defendants referred to hereafter as "All Settling Defendants"), on the other
12 hand; and

13    WHEREAS, the Settlement Agreements with All Settling Defendants provide that the
14 costs of administration of the claims process shall be paid from the Settlement Fund of each
15 Settling Defendant, *pro rata*, based on each Settling Defendant's Settlement Amount; and

16    WHEREAS, the cost of claims administration invoiced by Rust Consulting is $71,469.45
17 (see Exhibit 1 attached hereto); and

18    WHEREAS, pursuant to the Settlement Agreements the following amounts may be
19 deducted from each Settling Defendant's Settlement Fund to pay such costs of claims
20 administration:

| Defendant | Amount |
|---|---|
| Chimei | $7,283.52 |
| Chunghwa | $350.40 |
| Epson | $188.24 |
| HannStar | $1,694.17 |
| Hitachi | $2,574.43 |
| Samsung | $15,851.94 |
| Sharp | $7,628.74 |
| AUO | $10,667.03 |

1

[PROPOSED] AMENDED ORDER RE: DISTRIBUTION
FROM ESCROW FUNDS FOR CLAIMS ADMINISTRATION

| | | |
|---|---|---|
| 1 | LG | $23,843.94 |
| 2 | Toshiba | $1,387.04 |
| 3 | **TOTAL** | **$71,469.45** |

WHEREAS, Well Fargo Bank, N.A. has informed the parties that it requires an order from the Court before it will distribute payment for these additional costs;

WHEREAS, on March 28, 2013, the Court granted the original proposed order (Docket Entry #7684) approving the same amount; only the Payee name and account numbers have been amended here;

THEREFORE, IT IS HEREBY ORDERED that Wells Fargo Bank, N.A. shall wire **$71,469.45** to the following account:

        Bank of Texas

        ABA/Routing # 111014325

        Account # 8093434387

        Account Name:  Rust Consulting

        Reference # 128325

        Federal Tax ID # 41-1813634

        Bank Contact: Mayra Landeros, (214) 987-8817

The balance of funds in the demand-deposit account, if any, shall be retained for additional costs as they are incurred.

**IT IS SO ORDERED.**

Dated: ___5/7_____, 2013      _____
                                                      Hon. Susan Illston
                                                      United States District Judge

3245077v1

[PROPOSED] AMENDED ORDER RE: DISTRIBUTION
FROM ESCROW FUNDS FOR CLAIMS ADMINISTRATION

# EXHIBIT 1



# Invoice

625 MARQUETTE AVENUE, SUITE 880
MINNEAPOLIS, MN 55402
P  612.359.2000   I   F  612.359.2050
WWW.RUSTCONSULTING.COM
FEDERAL ID #: 41-1813634

DATE: 03/12/13
INVOICE #: 138084
MATTER #: 8292

**TO:** Francis O. Scarpulla
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street
Suite 3400
San Franciso, CA  94104
fscarpulla@zelle.com
jdc@coopkirk.com

**PROJECT**

*LCD Indirect*
*February 2013 Claims Administration Services*

| | |
|---|---:|
| Project Database | $ 2,963.45 |
| Project Management | 7,797.93 |
| Technical Consulting | 808.80 |
| Claim Forms Submitted (563 @ $0.15 each) | 84.45 |
| Email Notification | 1,019.80 |
| Document Receipting | 2,262.60 |
| Scanning | 1,722.60 |
| Correspondence/Admin Mail | 5,840.30 |
| Data Capture | 120.36 |
| Return Mail Processing | 59.40 |
| Claims Validation & Audits | 1,139.80 |
| Deficiency Claim Processing | 41,274.42 |
| Call Center Support | 693.00 |
| **SUBTOTAL** | **65,786.91** |
| Expenses: Other Charges and Out-of-Pocket Costs | |
| Call Center/Telecommunications | 5,171.41 |
| Postage/Federal Express | 6.59 |
| Shredding/Storage | 163.94 |
| Other/Supplies | 55.00 |
| Photocopies/Faxing/Printing | 10.60 |
| Website Hosting | 275.00 |
| **SUBTOTAL** | **5,682.54** |
| **TOTAL INVOICE** | **$ 71,469.45** |
| **OUTSTANDING INVOICE(s)** | **$ 64,110.01** |
| **TOTAL DUE** | **$ 135,579.46** |

**PAYMENT TERMS: NET DUE UPON RECEIPT**

**WIRE INFORMATION**
ACCOUNT #: 8093434387
ABA/ROUTING # WIRE or ACH: 111014325
BANK: BANK OF TEXAS, DALLAS, TX 75225
BANK CONTACT: MAYRA LANDEROS  214.987.8817
REFERENCE: INVOICE NUMBER

**RUST**
**PAYMENT MAILING ADDRESS:**
P O BOX 142589
DRAWER #9051
Irving, TX  75014-2589

MINNEAPOLIS, MN    FARIBAULT, MN    MELVILLE, NY    PALM BEACH GARDENS, FL    PHILADELPHIA, PA    SAN FRANCISCO, CA    SEATTLE, WA    WASHINGTON, DC



|  |  |
|---|---|
| DATE: | 03/12/13 |
| INVOICE #: | 138084 |
| MATTER #: | 8292 |

**STATEMENT OF ACCOUNT**

Current Invoice Period:    February 2013 Claims Administration Services

| Total Current Invoice | $ | 71,469.45 |
|---|---|---|

OUTSTANDING INVOICES:

| Date | Invoice # | Amount | Payments | Balance |
|---|---|---|---|---|
| 02/14/13 | 138003 | 64,110.01 |  | 64,110.01 |

| PREVIOUS BALANCE DUE | $ | 64,110.01 |
|---|---|---|

| Total Amount Due | $ | 135,579.46 |
|---|---|---|

**WIRE INFORMATION**
ACCOUNT #: 8093434387
ABA/ROUTING # WIRE or ACH: 111014325
BANK: BANK OF TEXAS, DALLAS, TX 75225
BANK CONTACT: MAYRA LANDEROS  214.987.8817
REFERENCE: INVOICE NUMBER

**RUST**
**PAYMENT MAILING ADDRESS:**
P O BOX 142589
DRAWER #9051
Irving, TX  75014-2589

**PAYMENT TERMS: NET DUE UPON RECEIPT**

```
                                         Inv#      138084
                                         Date      Mar 12, 2013
                                         Client Number  8292




Re:    LCD Indirect - Project Database                    829202

For Professional Services Rendered:


    TIMEKEEPER                      RATE        HOURS         FEES
    Aaron Urbina          AU      175.00         3.00       525.00
    Bjorn Bergh           BB      141.00         0.70        98.70
    Garima Singh          GS      163.00         1.00       163.00
    Justin Honse          JH      164.00         2.20       360.80
    Lee Anderson          LA      141.00         1.20       169.20
    Leticia Rivera        LR      175.00         0.30        52.50
    Rebecca Zoubek        RZ       80.00         3.75       300.00
    Roso Suarez           RS      185.00         6.05     1,119.25
    Shane McDonald        SM      175.00         1.00       175.00

Total Fees:                                               2,963.45




Total Services                                            2,963.45




Total Expenses                                                  .00
                                                         --------------

Total This Matter                                         2,963.45
                                                         --------------
```

```
                                        Inv#      138084
                                        Date      Mar 12, 2013
                                        Client Number  8292




Re:     LCD Indirect - Project Management                    829206

For Professional Services Rendered:


     TIMEKEEPER                     RATE       HOURS           FEES
     April Hyduk            AH    192.00       10.19       1,956.48
     Doreen McGinley        DM    125.00        0.60          75.00
     JoAnn Calderin         JC     90.00        0.55          49.50
     Jose Rivera            JR    142.00       30.80       4,373.60
     Kenneth Rivera         KR     90.00        5.60         504.00
     Mary Schoenherr        MS    125.00        0.60          75.00
     Robin Niemiec          RN    199.00        2.90         577.10
     Sylvia Nettles         SN     93.00        1.25         116.25
     Virginia Ponzini       VP    142.00        0.50          71.00

Total Fees:                                                7,797.93




Total Services                                             7,797.93




Total Expenses                                                  .00
                                                      --------------
Total This Matter                                          7,797.93
                                                      --------------
```

```
                                          Inv#      138084
                                          Date      Mar 12, 2013
                                          Client Number  8292




Re:   LCD Indirect - Technical Consulting              829207

For Professional Services Rendered:

  TIMEKEEPER                      RATE       HOURS           FEES
  Greg Brown              GSB   141.00        1.30         183.30
  Hai Bui                 HB    141.00        0.50          70.50
  Roso Suarez             RS    185.00        3.00         555.00

Total Fees:                                               808.80




Total Services                                            808.80




Total Expenses                                                .00
                                                     --------------
Total This Matter                                         808.80
                                                     --------------
```

```
                                        Inv#      138084
                                        Date      Mar 12, 2013
                                        Client Number  8292
```

Re:    LCD Indirect  - Email Notification                   829212

For Professional Services Rendered:

```
   TIMEKEEPER                    RATE       HOURS          FEES
   April Hyduk          AH     192.00        0.80        153.60
   Jose Rivera          JR     142.00        6.10        866.20

Total Fees:                                             1,019.80




Total Services                                          1,019.80




Total Expenses                                               .00
                                                    --------------

Total This Matter                                       1,019.80
                                                    --------------
```

```
                                        Inv#      138084
                                        Date      Mar 12, 2013
                                        Client Number  8292


Re:   LCD Indirect - Document Receipting                 829230

For Professional Services Rendered:

   TIMEKEEPER                    RATE        HOURS            FEES
     Mailroom Processor  151144  54.00       41.90         2,262.60

Total Fees:                                                2,262.60




Total Services                                             2,262.60




Total Expenses                                                  .00
                                                       --------------

Total This Matter                                          2,262.60
                                                       --------------
```

```
                                        Inv#      138084
                                        Date      Mar 12, 2013
                                        Client Number  8292




Re:   LCD Indirect - Scanning                          829231

For Professional Services Rendered:


   TIMEKEEPER                   RATE      HOURS         FEES
     Scan Image Processor   144  54.00     27.70     1,495.80
     Sammantha Malinowski    SM  54.00      4.20       226.80

Total Fees:                                          1,722.60




Total Services                                       1,722.60




Total Expenses                                            .00
                                                   --------------

Total This Matter                                    1,722.60
                                                   --------------
```

```
                                            Inv#      138084
                                            Date      Mar 12, 2013
                                            Client Number  8292
```

Re:     LCD Indirect - Correspondence/Admin Mail               829232

For Professional Services Rendered:

```
   TIMEKEEPER                       RATE      HOURS           FEES
   Doreen McGinley         DM     125.00      17.30       2,162.50
   Jose Rivera             JR     142.00      25.90       3,677.80
```

Total Fees:                                                5,840.30


Total Services                                             5,840.30


Total Expenses                                                  .00
                                                        --------------

Total This Matter                                          5,840.30
                                                        --------------

```
                                        Inv#      138084
                                        Date      Mar 12, 2013
                                        Client Number  8292




Re:    LCD Indirect - Data Capture                            829234

For Professional Services Rendered:


    TIMEKEEPER                       RATE       HOURS            FEES
      Data Capture Processor   144  54.00        1.44           77.76
      Jose Rivera              JR  142.00        0.30           42.60

Total Fees:                                                    120.36




Total Services                                                 120.36




Total Expenses                                                    .00
                                                         --------------
Total This Matter                                              120.36
                                                         --------------
```

```
                                        Inv#     138084
                                        Date     Mar 12, 2013
                                        Client Number  8292




Re:    LCD Indirect - Return Mail Processing              829235

For Professional Services Rendered:


    TIMEKEEPER                        RATE      HOURS          FEES
     Data Capture Processor    144    54.00     0.21          11.34
     Mailroom Processor     151144    54.00     0.88          47.52
     Scan Image Processor      144    54.00     0.01           0.54

Total Fees:                                                  59.40




Total Services                                               59.40




Total Expenses                                                 .00
                                                      --------------

Total This Matter                                            59.40
                                                      --------------
```

```
                                            Inv#      138084
                                            Date      Mar 12, 2013
                                            Client Number  8292




Re:   LCD Indirect - Claims Validation & Audits            829236

For Professional Services Rendered:

   TIMEKEEPER                    RATE        HOURS            FEES
   Justin Honse        JH      164.00         6.95        1,139.80

Total Fees:                                               1,139.80




Total Services                                            1,139.80




Total Expenses                                                 .00
                                                         --------------

Total This Matter                                         1,139.80
                                                         --------------
```

```
                                          Inv#     138084
                                          Date     Mar 12, 2013
                                          Client Number  8292


Re:   LCD Indirect - Deficiency Claim Processing        829237

For Professional Services Rendered:


   TIMEKEEPER                       RATE      HOURS           FEES
   Angela Hernandez        AH     142.00     104.57      14,848.94
   April Hyduk             AH     192.00       1.69         324.48
   Chanele Simmons         CS      90.00       2.10         189.00
   Daniel Coggeshall       DC     192.00       0.30          57.60
   Doreen McGinley         DM     125.00      70.20       8,775.00
   JoAnn Calderin          JC      90.00      15.32       1,378.80
   Jose Rivera             JR     142.00      54.20       7,696.40
   Justin Honse            JH     164.00       6.30       1,033.20
   Mary Schoenherr         MS     125.00      30.60       3,825.00
   Teresa Leonard          TL     125.00      24.60       3,075.00
   Virginia Ponzini        VP     142.00       0.50          71.00

Total Fees:                                             41,274.42




Total Services                                          41,274.42




Total Expenses                                                 .00
                                                       --------------
Total This Matter                                       41,274.42
                                                       --------------
```

```
                                            Inv#      138084
                                            Date      Mar 12, 2013
                                            Client Number  8292




Re:    LCD Indirect - Call Center Support                829247

For Professional Services Rendered:

   TIMEKEEPER                     RATE       HOURS              FEES
   Jose Rivera          JR      142.00        4.60            653.20
   Robin Niemiec        RN      199.00        0.20             39.80

Total Fees:                                                  693.00




Total Services                                               693.00



Total Expenses                                                  .00
                                                       --------------

Total This Matter                                            693.00
                                                       --------------
```

```
                                            Inv#      138084
                                            Date      Mar 12, 2013
                                            Client Number  8292




Re:    LCD Indirect - Expenses                              829290

For Professional Services Rendered:




Expense Detail:


Reference    Date     Description                               Amount
---------    ----     -----------                               ------

       Call Center/Telecommunications
             02/28/13 Live Call Center Support; 328 Calls      3,430.00
             02/28/13 IVR 2248.62 Minutes                        944.42
             02/28/13 Line Maintenance Charge Schedule           130.00
             02/28/13 Long Distance 5.48 Canadian Minutes          5.48
             02/28/13 Long Distance 3429.24 Minutes              411.51
             02/28/13 IVR System Charge                          250.00
                                                Subtotal       5,171.41

       Postage/Federal Express
139084       02/01/13 Weekly Mail Pickup                           2.05
140016       02/28/13 Weekly Mail Pickup                           2.42
140017       02/28/13 Weekly Mail Pickup                           2.12
                                                Subtotal           6.59

       Shredding/Storage
             02/28/13 Storage and/or Shredding 5 Boxes            10.00
             02/28/13 Storage and/or Shredding 28 Boxes           56.00
             02/28/13 Data Storage February 2013                  97.94
                                                Subtotal         163.94

       Other
             02/28/13 Barcode Labels;2200                         55.00
                                                Subtotal          55.00

       Photocopies/Faxing/Printing
             02/28/13 Photocopies/Faxing/Printing                 10.60
                                                Subtotal          10.60

       Website Hosting
```

```
                                    Inv#      138084
                                    Date      Mar 12, 2013
                                    Client Number  8292
              02/28/13  Web Monitor & Host                    275.00
                                    Subtotal       275.00


Total Expenses                                              5,682.54
                                                           --------------

Total This Matter                                           5,682.54
                                                           --------------
```