Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Judith A. Zahid (215418)
Patrick B. Clayton (240191)
Qianwei Fu (242669)
Heather T. Rankie (268002)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile:  (415) 693-0770
*fscarpulla@zelle.com*

Joseph M. Alioto (42680)
Theresa D. Moore (99978)
ALIOTO LAW FIRM
225 Bush Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile:  (415) 434-9200
*jmalioto@aliotolaw.com*

*Co-Lead Class Counsel for Indirect-Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:07-MD-1827 SI<br>MDL No. 1827 |
| This Document Relates to:<br>All Indirect-Purchaser Actions;<br>*State of Missouri, et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-3619;<br>*State of Florida v. AU Optronics Corporation, et al.*, Case No. 10-cv-3517; and<br>*State of New York v. AU Optronics Corporation, et al.*, Case No. 11-cv-0711. | [~~PROPOSED~~] AMENDED ORDER RE: DISTRIBUTION FROM ESCROW FUNDS FOR CLAIMS ADMINISTRATION<br><br>The Honorable Susan Illston |

WHEREAS, on December 27, 2011, the Court granted final approval to settlements between the Indirect-Purchaser Plaintiffs ("IPPs") and the States of Arkansas, California, Florida, Michigan, Missouri, New York, West Virginia, and Wisconsin ("Settling States") on the one hand, and defendants Chimei, Chunghwa, Epson, HannStar, Hitachi, Samsung and Sharp, as identified in the respective Settlement Agreements, and inclusive of related entities also identified in the respective Settlement Agreements (collectively, "Group-I Settling Defendants"), on the other hand; and

WHEREAS, on July 30, 2012, the Court granted preliminary approval to the settlements between IPPs and the Settling States, and defendants AUO, LG and Toshiba, as identified in the respective Settlement Agreements (collectively, "Group-II Settling Defendants" and with the Group-I Settling Defendants referred to hereafter as "All Settling Defendants"), on the other hand; and

WHEREAS, the Settlement Agreements with All Settling Defendants provide that the costs of administration of the claims process shall be paid from the Settlement Fund of each Settling Defendant, *pro rata*, based on each Settling Defendant's Settlement Amount; and

WHEREAS, the cost of claims administration invoiced by Rust Consulting is $71,469.45 (see Exhibit 1 attached hereto); and

WHEREAS, pursuant to the Settlement Agreements the following amounts may be deducted from each Settling Defendant's Settlement Fund to pay such costs of claims administration:

| Defendant | Amount |
|---|---|
| Chimei | $7,283.52 |
| Chunghwa | $350.40 |
| Epson | $188.24 |
| HannStar | $1,694.17 |
| Hitachi | $2,574.43 |
| Samsung | $15,851.94 |
| Sharp | $7,628.74 |
| AUO | $10,667.03 |

| | | |
|---|---|---|
| 1 | LG | $23,843.94 |
| 2 | Toshiba | $1,387.04 |
| 3 | **TOTAL** | **$71,469.45** |

4  WHEREAS, Well Fargo Bank, N.A. has informed the parties that it requires an order

5 from the Court before it will distribute payment for these additional costs;

6  WHEREAS, on March 28, 2013, the Court granted the original proposed order (Docket

7 Entry #7684) approving the same amount; only the Payee name and account numbers have been

8 amended here;

9  THEREFORE, IT IS HEREBY ORDERED that Wells Fargo Bank, N.A. shall wire

10 **$71,469.45** to the following account:

11  Bank of Texas

12  ABA/Routing # 111014325

13  Account # 8093434387

14  Account Name:  Rust Consulting

15  Reference # 128325

16  Federal Tax ID # 41-1813634

17  Bank Contact: Mayra Landeros, (214) 987-8817

18  The balance of funds in the demand-deposit account, if any, shall be retained for

19 additional costs as they are incurred.

20

21 **IT IS SO ORDERED.**

22

23 Dated: ___5/7_____, 2013   _____

24  Hon. Susan Illston

 United States District Judge

25

26 3245077v1

27

28

2
[PROPOSED] AMENDED ORDER RE: DISTRIBUTION
FROM ESCROW FUNDS FOR CLAIMS ADMINISTRATION

# EXHIBIT 1



# Invoice

625 MARQUETTE AVENUE, SUITE 880
MINNEAPOLIS, MN 55402
P  612.359.2000    I    F  612.359.2050
WWW.RUSTCONSULTING.COM
FEDERAL ID #: 41-1813634

| | |
|---|---|
| DATE: | 03/12/13 |
| INVOICE #: | 138084 |
| MATTER #: | 8292 |

**TO:** Francis O. Scarpulla
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street
Suite 3400
San Francisco, CA  94104
fscarpulla@zelle.com
jdc@coopkirk.com

| PROJECT |
|---|
| *LCD Indirect* |
| *February 2013 Claims Administration Services* |

| | | |
|---|---:|---:|
| Project Database | $ | 2,963.45 |
| Project Management | | 7,797.93 |
| Technical Consulting | | 808.80 |
| Claim Forms Submitted (563 @ $0.15 each) | | 84.45 |
| Email Notification | | 1,019.80 |
| Document Receipting | | 2,262.60 |
| Scanning | | 1,722.60 |
| Correspondence/Admin Mail | | 5,840.30 |
| Data Capture | | 120.36 |
| Return Mail Processing | | 59.40 |
| Claims Validation & Audits | | 1,139.80 |
| Deficiency Claim Processing | | 41,274.42 |
| Call Center Support | | 693.00 |
| **SUBTOTAL** | | 65,786.91 |
| Expenses: Other Charges and Out-of-Pocket Costs | | |
| Call Center/Telecommunications | | 5,171.41 |
| Postage/Federal Express | | 6.59 |
| Shredding/Storage | | 163.94 |
| Other/Supplies | | 55.00 |
| Photocopies/Faxing/Printing | | 10.60 |
| Website Hosting | | 275.00 |
| **SUBTOTAL** | | 5,682.54 |
| **TOTAL INVOICE** | $ | 71,469.45 |
| **OUTSTANDING INVOICE(s)** | $ | 64,110.01 |
| **TOTAL DUE** | $ | 135,579.46 |

**PAYMENT TERMS: NET DUE UPON RECEIPT**

**WIRE INFORMATION**
ACCOUNT #: 8093434387
ABA/ROUTING # WIRE or ACH: 111014325
BANK: BANK OF TEXAS, DALLAS, TX 75225
BANK CONTACT: MAYRA LANDEROS  214.987.8817
REFERENCE: INVOICE NUMBER

**RUST
PAYMENT MAILING ADDRESS:**
P O BOX 142589
DRAWER #9051
Irving, TX  75014-2589



|  |  |
|---|---:|
| DATE: | 03/12/13 |
| INVOICE #: | 138084 |
| MATTER #: | 8292 |

### STATEMENT OF ACCOUNT

Current Invoice Period:    February 2013 Claims Administration Services

| Total Current Invoice | $ | 71,469.45 |
|---|---|---:|

OUTSTANDING INVOICES:

| Date | Invoice # | Amount | Payments | Balance |
|---|---|---:|---|---:|
| 02/14/13 | 138003 | 64,110.01 |  | 64,110.01 |

| PREVIOUS BALANCE DUE | $ | 64,110.01 |
|---|---|---:|

| Total Amount Due | $ | 135,579.46 |
|---|---|---:|

**WIRE INFORMATION**
ACCOUNT #: 8093434387
ABA/ROUTING # WIRE or ACH: 111014325
BANK: BANK OF TEXAS, DALLAS, TX 75225
BANK CONTACT: MAYRA LANDEROS  214.987.8817
REFERENCE: INVOICE NUMBER

**RUST**
**PAYMENT MAILING ADDRESS:**
P O BOX 142589
DRAWER #9051
Irving, TX  75014-2589

**PAYMENT TERMS: NET DUE UPON RECEIPT**

```
                                          Inv#     138084
                                          Date     Mar 12, 2013
                                          Client Number  8292


Re:    LCD Indirect - Project Database                       829202

For Professional Services Rendered:

    TIMEKEEPER                    RATE       HOURS          FEES
    Aaron Urbina         AU      175.00       3.00         525.00
    Bjorn Bergh          BB      141.00       0.70          98.70
    Garima Singh         GS      163.00       1.00         163.00
    Justin Honse         JH      164.00       2.20         360.80
    Lee Anderson         LA      141.00       1.20         169.20
    Leticia Rivera       LR      175.00       0.30          52.50
    Rebecca Zoubek       RZ       80.00       3.75         300.00
    Roso Suarez          RS      185.00       6.05       1,119.25
    Shane McDonald       SM      175.00       1.00         175.00

Total Fees:                                                2,963.45




Total Services                                             2,963.45




Total Expenses                                                  .00
                                                       --------------
Total This Matter                                          2,963.45
                                                       --------------
```

```
                                            Inv#      138084
                                            Date      Mar 12, 2013
                                            Client Number  8292




Re:    LCD Indirect - Project Management                 829206

For Professional Services Rendered:


    TIMEKEEPER                       RATE        HOURS          FEES
    April Hyduk           AH       192.00        10.19      1,956.48
    Doreen McGinley       DM       125.00         0.60         75.00
    JoAnn Calderin        JC        90.00         0.55         49.50
    Jose Rivera           JR       142.00        30.80      4,373.60
    Kenneth Rivera        KR        90.00         5.60        504.00
    Mary Schoenherr       MS       125.00         0.60         75.00
    Robin Niemiec         RN       199.00         2.90        577.10
    Sylvia Nettles        SN        93.00         1.25        116.25
    Virginia Ponzini      VP       142.00         0.50         71.00

Total Fees:                                                7,797.93




Total Services                                             7,797.93




Total Expenses                                                  .00
                                                         --------------
Total This Matter                                          7,797.93
                                                         --------------
```

```
                                            Inv#      138084
                                            Date      Mar 12, 2013
                                            Client Number  8292



Re:    LCD Indirect - Technical Consulting                 829207

For Professional Services Rendered:

   TIMEKEEPER                      RATE       HOURS          FEES
   Greg Brown              GSB   141.00        1.30        183.30
   Hai Bui                 HB    141.00        0.50         70.50
   Roso Suarez             RS    185.00        3.00        555.00

Total Fees:                                                808.80




Total Services                                             808.80



Total Expenses                                                 .00
                                                       --------------
Total This Matter                                          808.80
                                                       --------------
```

```
                                        Inv#      138084
                                        Date      Mar 12, 2013
                                        Client Number  8292
```

Re:    LCD Indirect  - Email Notification                        829212

For Professional Services Rendered:

```
   TIMEKEEPER                 RATE      HOURS          FEES
   April Hyduk        AH    192.00       0.80        153.60
   Jose Rivera        JR    142.00       6.10        866.20
```

Total Fees:                                                    1,019.80


Total Services                                                 1,019.80



Total Expenses                                                       .00
                                                              --------------

Total This Matter                                              1,019.80
                                                              --------------

```
                                        Inv#      138084
                                        Date      Mar 12, 2013
                                        Client Number  8292
```

Re:    LCD Indirect - Document Receipting                      829230

For Professional Services Rendered:

```
    TIMEKEEPER                    RATE         HOURS              FEES
    Mailroom Processor   151144   54.00        41.90          2,262.60
```

Total Fees:                                                    2,262.60


Total Services                                                 2,262.60


Total Expenses                                                      .00
                                                               --------------
Total This Matter                                              2,262.60
                                                               --------------

```
                                        Inv#      138084
                                        Date      Mar 12, 2013
                                        Client Number  8292
```

Re:    LCD Indirect - Scanning                                829231

For Professional Services Rendered:

```
    TIMEKEEPER                      RATE       HOURS          FEES
      Scan Image Processor    144   54.00      27.70      1,495.80
      Sammantha Malinowski    SM    54.00       4.20        226.80
```

Total Fees:                                                 1,722.60




Total Services                                              1,722.60



Total Expenses                                                   .00
                                                         --------------

Total This Matter                                           1,722.60
                                                         --------------

```
                                          Inv#     138084
                                          Date     Mar 12, 2013
                                          Client Number  8292
```

Re:     LCD Indirect - Correspondence/Admin Mail             829232

For Professional Services Rendered:

```
   TIMEKEEPER                    RATE        HOURS          FEES
   Doreen McGinley      DM     125.00        17.30      2,162.50
   Jose Rivera          JR     142.00        25.90      3,677.80
```

Total Fees:                                              5,840.30

Total Services                                           5,840.30

Total Expenses                                                .00
                                                     --------------

Total This Matter                                        5,840.30
                                                     --------------

```
                                        Inv#      138084
                                        Date      Mar 12, 2013
                                        Client Number  8292
```

Re:    LCD Indirect - Data Capture                            829234

For Professional Services Rendered:

```
    TIMEKEEPER                  RATE        HOURS          FEES
     Data Capture Processor  144  54.00      1.44         77.76
     Jose Rivera              JR 142.00      0.30         42.60
```

Total Fees:                                                  120.36


Total Services                                               120.36



Total Expenses                                                   .00
                                                         --------------
Total This Matter                                            120.36
                                                         --------------

```
                                       Inv#      138084
                                       Date      Mar 12, 2013
                                       Client Number  8292




Re:    LCD Indirect - Return Mail Processing            829235

For Professional Services Rendered:


   TIMEKEEPER                    RATE       HOURS         FEES
    Data Capture Processor   144  54.00      0.21        11.34
    Mailroom Processor    151144  54.00      0.88        47.52
    Scan Image Processor     144  54.00      0.01         0.54

Total Fees:                                              59.40




Total Services                                           59.40




Total Expenses                                             .00
                                                    --------------
Total This Matter                                        59.40
                                                    --------------
```

```
                                        Inv#      138084
                                        Date      Mar 12, 2013
                                        Client Number  8292




Re:    LCD Indirect - Claims Validation & Audits          829236

For Professional Services Rendered:

    TIMEKEEPER                    RATE        HOURS           FEES
    Justin Honse          JH    164.00         6.95       1,139.80

Total Fees:                                                1,139.80




Total Services                                             1,139.80




Total Expenses                                                  .00
                                                       --------------

Total This Matter                                          1,139.80
                                                       --------------
```

```
                                             Inv#     138084
                                             Date     Mar 12, 2013
                                             Client Number  8292




Re:    LCD Indirect - Deficiency Claim Processing              829237

For Professional Services Rendered:


   TIMEKEEPER                        RATE       HOURS          FEES
   Angela Hernandez      AH        142.00      104.57     14,848.94
   April Hyduk           AH        192.00        1.69        324.48
   Chanele Simmons       CS         90.00        2.10        189.00
   Daniel Coggeshall     DC        192.00        0.30         57.60
   Doreen McGinley       DM        125.00       70.20      8,775.00
   JoAnn Calderin        JC         90.00       15.32      1,378.80
   Jose Rivera           JR        142.00       54.20      7,696.40
   Justin Honse          JH        164.00        6.30      1,033.20
   Mary Schoenherr       MS        125.00       30.60      3,825.00
   Teresa Leonard        TL        125.00       24.60      3,075.00
   Virginia Ponzini      VP        142.00        0.50         71.00

Total Fees:                                             41,274.42




Total Services                                          41,274.42




Total Expenses                                                .00
                                                        --------------

Total This Matter                                       41,274.42
                                                        --------------
```

```
                                           Inv#      138084
                                           Date      Mar 12, 2013
                                           Client Number  8292




Re:    LCD Indirect - Call Center Support                   829247

For Professional Services Rendered:

    TIMEKEEPER                    RATE        HOURS           FEES
    Jose Rivera         JR      142.00         4.60         653.20
    Robin Niemiec       RN      199.00         0.20          39.80

Total Fees:                                                 693.00




Total Services                                              693.00




Total Expenses                                                 .00
                                                      --------------

Total This Matter                                           693.00
                                                      --------------
```

```
                                            Inv#      138084
                                            Date      Mar 12, 2013
                                            Client Number  8292




Re:   LCD Indirect - Expenses                            829290

For Professional Services Rendered:




Expense Detail:


Reference    Date    Description                              Amount
---------    ----    -----------                              ------

        Call Center/Telecommunications
             02/28/13  Live Call Center Support; 328 Calls   3,430.00
             02/28/13  IVR 2248.62 Minutes                     944.42
             02/28/13  Line Maintenance Charge Schedule        130.00
             02/28/13  Long Distance 5.48 Canadian Minutes       5.48
             02/28/13  Long Distance 3429.24 Minutes           411.51
             02/28/13  IVR System Charge                       250.00
                                               Subtotal     5,171.41

        Postage/Federal Express
139084       02/01/13  Weekly Mail Pickup                        2.05
140016       02/28/13  Weekly Mail Pickup                        2.42
140017       02/28/13  Weekly Mail Pickup                        2.12
                                               Subtotal         6.59

        Shredding/Storage
             02/28/13  Storage and/or Shredding 5 Boxes         10.00
             02/28/13  Storage and/or Shredding 28 Boxes        56.00
             02/28/13  Data Storage February 2013               97.94
                                               Subtotal       163.94

        Other
             02/28/13  Barcode Labels;2200                      55.00
                                               Subtotal        55.00

        Photocopies/Faxing/Printing
             02/28/13  Photocopies/Faxing/Printing              10.60
                                               Subtotal        10.60

        Website Hosting
```

```
                                   Inv#     138084
                                   Date     Mar 12, 2013
                                   Client Number  8292
           02/28/13  Web Monitor & Host                     275.00
                                   Subtotal        275.00


Total Expenses                                            5,682.54
                                                         --------------

Total This Matter                                         5,682.54
                                                         --------------
```