UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

April 29, 2013

**CASE INFORMATION:**
Short Case Title: IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION.
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: NDCA, San Francisco Division, Judge Susan Illston
Criminal and/or Civil Case No.: 07-md-1827 SI
Date Complaint/Indictment/Petition Filed: 3/21/07
Date Appealed order/judgment *entered* 7/11/12, 3/29/13, 4/1/13, 4/3/13
Date NOA *filed* 4/26/13
Date(s) of Indictment Plea Hearing Sentencing

COA Status (check one):    ☐ granted in full (attach order)      ☐ denied in full (send record)
                           ☐ granted in part (attach order)      ☐ pending

Court Reporter(s) Name & Phone Number: J. Columbini, (415) 255-6842

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: 4/26/13                  Date Docket Fee Billed:
Date FP granted:                               Date FP denied:
Is FP pending? ☐ yes  ☐ no                                Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases? Please list: N/A

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)*SEE ATTACHED DOCKET SHEET*
Appellate Counsel:                     Appellee Counsel:

☐ retained  ☐ CJA  ☐ FPD ☐ Pro Se  ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                        Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid: 5/13/13        9th Circuit Docket Number: 13-15929

Name & Phone Number of Person Completing this Form: Yumiko Saito
(415) 522-2068