Richard J. Mooney (Bar No. 176486)
richard.mooney@bryancave.com
Margaret Branick-Abilla (Bar No. 223600)
margaret.branick-abilla@bryancave.com
BRYAN CAVE LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (415) 268-2000
Facsimile: (415) 268-1999

Stephen V. Bomse (Bar No. 40686)
sbomse@orrick.com
David M. Goldstein (Bar No. 142334)
dgoldstein@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759
*Attorneys for Sony Electronics Inc. and Sony Computer Entertainment America, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:10-cv-05616 SI |
| This Document Relates to:<br><br>SONY ELECTRONICS INC. and SONY COMPUTER ENTERTAINMENT AMERICA LLC,<br><br>Plaintiffs,<br><br>v.<br><br>LG DISPLAY CO., LTD., LG DISPLAY AMERICA, INC., HITACHI ELECTRONIC DEVICES (USA), INC., HITACHI LTD., HITACHI DISPLAYS, LTD., TOSHIBA CORP., TOSHIBA MOBILE DISPLAY CO., LTD., TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC., and TOSHIBA AMERICA INFORMATION SYSTEMS, INC.,<br><br>Defendants. | Master File No. 3:07-md-1827 SI<br>MDL No. 1827 SI<br><br>**STIPULATION OF DISMISSAL OF HITACHI ELECTRONIC DEVICES (USA), INC., HITACHI LTD., AND HITACHI DISPLAYS, LTD.; AND [~~PROPOSED~~] ORDER** |

Plaintiffs Sony Electronics Inc. and Sony Computer Entertainment America LLC ("Plaintiffs"), by and through undersigned counsel, stipulate and agree that Plaintiffs hereby dismiss with prejudice all claims being asserted against Hitachi Electronic Devices (USA), Inc., Hitachi Ltd., and Hitachi Displays, Ltd. (n/k/a Japan Display Inc.) (collectively, "Hitachi") in the above-captioned action pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. In support of this stipulation of dismissal, the parties state as follows:

1. Plaintiffs and Hitachi seek the dismissal of this action with prejudice with each party to bear its own costs and attorneys' fees.
2. This stipulation does not affect the rights or claims Plaintiffs may have against any other defendant in this multi-district litigation.

WHEREFORE, the parties respectfully request that this Court issue the [Proposed] Order of Dismissal.

**IT IS SO STIPULATED**.

Dated: May 8, 2013

Respectfully submitted,

BRYAN CAVE LLP
Richard J. Mooney (Bar No. 176486)
richard.mooney@bryancave.com
Margaret Branick-Abilla (Bar No. 223600)
margaret.branick-abilla@bryancave.com
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (415) 268-2000
Facsimile: (415) 268-1999

By: *<u>/s/ Richard J. Mooney</u>*

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Steven V. Bomse (Bar No. 40686)
sbomse@orrick.com
David M. Goldstein (Bar No. 142334)
dgoldstein@orrick.com
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

By: *_/s/ David M. Goldstein_*

*Counsel for Plaintiffs Sony Electronics Inc. and Sony Computer Entertainment America LLC*

**MORGAN LEWIS & BOCKIUS LLP**
Kent M. Roger
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

By: *_/s/ Kent M. Roger_*

*Counsel for Defendants Hitachi Electronic Devices (USA), Inc., Hitachi Ltd., and Hitachi Displays, Ltd. (n/k/a Japan Display Inc.)*

Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

Richard J. Mooney (Bar No. 176486)
richard.mooney@bryancave.com
Margaret Branick-Abilla (Bar No. 223600)
margaret.branick-abilla@bryancave.com
BRYAN CAVE LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (415) 268-2000
Facsimile: (415) 268-1999

Steven V. Bomse (Bar No. 40686)
sbomse@orrick.com
David M. Goldstein (Bar No. 142334)
dgoldstein@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759
*Attorneys for Sony Electronics Inc. and Sony Computer Entertainment America, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:10-cv-05616 SI |
| This Document Relates to:<br><br>SONY ELECTRONICS INC. and SONY COMPUTER ENTERTAINMENT AMERICA LLC,<br><br>Plaintiffs,<br><br>v.<br><br>LG DISPLAY CO., LTD., LG DISPLAY AMERICA, INC., HITACHI ELECTRONIC DEVICES (USA), INC., HITACHI LTD., HITACHI DISPLAYS, LTD., TOSHIBA CORP., TOSHIBA MOBILE DISPLAY CO., LTD., TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC., and TOSHIBA AMERICA INFORMATION SYSTEMS, INC.,<br><br>Defendants. | Master File No. 3:07-md-1827 SI<br>MDL No. 1827 SI<br><br>**[PROPOSED] ORDER REGARDING DISMISSAL OF HITACHI ELECTRONIC DEVICES (USA), INC., HITACHI LTD., AND HITACHI DISPLAYS, LTD.** |

The Court having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. All claims asserted by Sony Electronics Inc. and Sony Computer Entertainment America LLC against Hitachi Electronic Devices (USA), Inc., Hitachi Ltd., and Hitachi Displays, Ltd. (n/k/a Japan Display Inc.) in the underlying action are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

2. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED**.

Dated: 5/9, 2013

Honorable Susan Y. Illston
United States District Judge