MINAMI TAMAKI, LLP
360 Post Street, 8th Floor
San Francisco, CA 94108
Tel. (415) 788-9000
Fax (415) 398-3887

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST litigation<br><br>_____<br><br>This Document Relates to:<br><br>All Indirect Purchaser Actions | Case No. 3:07-MD-1827 SI<br>MDL No. 1827<br><br>**[PROPOSED] ORDER APPROVING REIMBURSEMENT OF LITIGATION EXPENSES TO INDIRECT PURCHASER PLAINTIFFS' COUNSEL FROM ESCROW FUND**<br><br>The Honorable Susan Illston |

WHEREAS, on April 3, 2013, the Court issued its Second Amended Order Granting Final Approval of Combined Class, *Parens Patriae*, and Governmental Entity Settlements With AUO, LG Display, and Toshiba Defendants; Ordering Final Judgment of Dismissal With Prejudice; Award of Attorneys' Fees, Expenses, and Incentive Awards ("Final Approval Order"), which approved reimbursement of $8,736,131.43 in litigation costs from the Settlement Fund;[1] and

WHEREAS, the Settlement Agreements reached with the Defendants[2] state that Indirect Purchaser Plaintiffs' ("IPP") counsel ("Plaintiffs' Counsel") may be reimbursed their costs from the Settlement Fund within five (5) court days after the Court issues an Order awarding reimbursement of costs; and

WHEREAS, the Settlement Agreements require that each firm seeking reimbursement of costs provide a written undertaking to reimburse the funds if a subsequent court modifies or vacates the Final Approval Order regarding litigation costs; and

WHEREAS, Defendants have no objection to the litigation costs being withdrawn from their *pro rata* share of the overall settlement funds; and

WHEREAS, the Final Approval Order and the written undertakings of all firms seeking reimbursement of costs have been provided to the escrow agent, Wells Fargo Bank, N.A., and the Defendants; and

WHEREAS, the escrow agent has informed the parties that it requires an order from the Court listing the firms seeking reimbursement at this time, and their respective reimbursement amounts, before it will distribute reimbursement of these litigation costs; and

WHEREAS, Plaintiffs' Co-Lead Counsel certify that attached hereto as **Exhibit A** is a true and correct list of law firms seeking reimbursement of litigation costs at this time and who have executed written commitments to reimburse costs should a later court reverse or modify the Court's order regarding litigation costs; and

---

[1]   *See* Docket No. 7697 at 30:6-7.
[2]   *See* AUO Settlement, ¶33(b), Chimei Settlement, ¶34(b), Chunghwa Settlement, ¶¶20-22, Epson Settlement, ¶23(b), Hannstar Settlement, ¶35(b), Hitachi Settlement, ¶35(c), LG Settlement, ¶35(b), Samsung Settlement, ¶22(b), Sharp Settlement, ¶ 30(b), Toshiba Settlement, ¶21(b).

- 1 -

[Proposed] Order Approving Distribution of Payment of Indirect Purchaser Plaintiffs' Counsel's Reimbursement of Litigation Expenses
Case Nos.  3:07-MD-1827 SI, MDL No. 1827

MINAMI TAMAKI, LLP
360 Post Street, 8th Floor
San Francisco, CA  94108
Tel. (415) 788-9000
Fax (415) 398-3887

1  THEREFORE, IT IS HEREBY ORDERED that Wells Fargo Bank, N.A. shall pay the
2  amounts set forth in **Exhibit A** to the respective firms identified therein within five (5) court days.
3  The balance of funds in the escrow account shall be retained until such time as such funds
4  shall be distributed pursuant to the terms of the Settlement Agreements and/or further order(s) of
5  the Court.

7  **IT IS SO ORDERED.**

9  Dated: _____5/10_____, 2013          _____
10                                            THE HONORABLE SUSAN ILLSTON
                                              UNITED STATES DISTRICT JUDGE

MINAMI TAMAKI, LLP
360 Post Street, 8th Floor
San Francisco, CA 94108
Tel. (415) 788-9000
Fax (415) 398-3887

- 2 -

[Proposed] Order Approving Distribution of Payment of Indirect Purchaser Plaintiffs' Counsel's Reimbursement of Litigation Expenses
Case Nos. 3:07-MD-1827 SI, MDL No. 1827

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

| Firm Name | Amount |
|---|---|
| Alioto Law Firm | $250,000 |
| Amamgbo & Associates | $5,000 |
| Andrus Anderson | $60,000 |
| Law Office of Brian Barry | $400,000 |
| Law Offices of John H. Boone | $30,000 |
| Law Office of Thomas H. Brill | $15,000 |
| Chavez & Gertler | $10,000 |
| The Coffman Law Firm | $50,000 |
| Damrell Nelson Schrimp Pallios Pacher & Silva | $55,000 |
| DurretteCrump | $5,000 |
| Emerson Poynter | $12,500 |
| Farrise Law Firm | $30,000 |
| Foreman & Brasso | $200,000 |
| Gergosian & Gralewski | $175,000 |
| Girardi | Keese | $80,000 |
| Glancy Binkow & Goldberg | $250,000 |
| Goldman Scarlato Karon & Penny | $350,000 |
| Gray Plant Mooty | $500,000 |
| Green & Noblin (f/k/a Green Welling) | $160,000 |
| Gross Belsky Alonso | $245,000 |
| Guerrieri Clayman Bartos & Parcelli | $20,000 |
| Gustafson Gluek | $575,000 |
| Hellmuth & Johnson | $5,000 |
| Hulett Harper Stewart | $15,000 |
| Jimenez Graffam & Lausell | $5,000 |
| Kirby McInerney | $160,000 |
| Kirkpatrick & Goldsborough | $5,000 |
| Kralowec Law Group | $50,000 |
| Lanham Blackwell | $5,000 |
| The Mason Law Firm | $15,000 |
| Gary D. McCallister & Associates | $200,000 |
| McGowan Hood & Felder | $35,000 |
| Messina Law Firm | $45,000 |
| Michaels Ward & Rabinovitz | $5,000 |
| Miller Law | $10,000 |
| Minami Tamaki | $425,000 |
| The Mogin Law Firm | $40,000 |
| Morrison, Frost, Olsen, Irvine & Schartz | $15,000 |
| Murray & Howard | $75,000 |
| Law Office of Krishna B. Narine | $10,000 |
| NastLaw, LLC (f/k/a RodaNast) | $75,000 |
| Reinhardt Wendorf & Blanchfield | $365,000 |
| Roberts Law Firm | $5,000 |
| Saunders & Doyle | $300,000 |

EXHIBIT A

| Firm Name | Amount |
|---|---|
| Law Offices of Alexander M. Schack | $10,000 |
| Schubert Jonckheer & Kolbe | $150,000 |
| Sharp McQueen | $115,000 |
| Shepherd Finkelman Miller & Shah | $30,000 |
| Steyer Lowenthal Boodrookas Alvarez & Smith | $481,000 |
| Straus & Boies | $500,000 |
| Tollison Law Firm. | $5,000 |
| Trump Alioto Trump & Prescott. | $150,000 |
| Wienner & Gould | $5,000 |
| Law Offices of Lingel H. Winters | $90,000 |
| Wites & Kapetan | $5,000 |
| Wyatt & Blake | $10,000 |
| **Total** | **$6,893,500** |

- 2 -

EXHIBIT A