Janet I. Levine (CA Bar No. 94255)
Jason C. Murray (CA Bar No. 169806)
Joshua C. Stokes (CA Bar No. 220214)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-622-4750
Facsimile: 213-622-2690
Email: jlevine@crowell.com
        jmurray@crowell.com
        jstokes@crowell.com

Jeffrey H. Howard (*pro hac vice*)
Jerome A. Murphy (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
Email: jhoward@crowell.com
        jmurphy@crowell.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | MASTER FILE No. 3:07-mD-1827 SI |
| | Case No. 10-CV-4945<br>Case No. 10-CV-4572<br>Case No. 12-CV-4114<br>Case No. 11-CV-00058<br>Case No. 10-CV-00117<br>Case No. 09-CV-5840<br>Case No. 10-CV-4945 |
| This Documents Relates To:<br><br>*AT&T Mobility LLC; et cl. v. AU Optronics Corporation, et al.*, Case No. 09-v-4997-SI<br><br>*Best Buy v. AU Optronics Corp. et al,* Case No. 10-CV-4572<br><br>*Best Buy v. Toshiba Corp. et al* Case No. 12-CV-4114 | **DECLARATION OF JASON MURRAY IN SUPPORT OF OPPOSITION TO DEFENDANT SHARP'S MOTION TO EXCLUDE TESTIMONY OF ADAM K. FONTECCHIO AND B. DOUGLAS BERNHEIM PURSUANT TO FED. R. EVID. 702**<br><br>Date:   June 12, 2013<br>Time:  9:00 a.m.<br>Judge:  Hon. Susan Y. Illston |

DEC OF JASON MURRAY IN SUPPORT OF OPPOSITION TO DEFENDANTS SHARP'S MOTION
TO EXCLUDE TESTIMONY OF ADAM K. FONTECCHIO AND B. DOUGLAS BERNHEIM
[MASTER CASE NO. 3:07-MD-1827 SI]

*Costco Wholesale Corporation v. AU Optronics Corp. et al.*, Case No. 11-CV-00058

*Electrograph Systems, Inc. v. Epson Imaging Devices Corp. et al.*, Case No. 10-CV-00117

*Motorola Mobility Inc. v. AU Optronics Corp. et al.,* Case No. 09-CV-5840

*Target Corp, et. al.*, v. *AU Optronics Corp. et al.,* Case No. 10-CV-4945

I, Jason Murray, declare:

1.      I am partner with the law firm of Crowell & Moring LLP, counsel of record for Plaintiffs Motorola Mobility, Inc.; AT&T Mobility, LLC, AT&T Corp., AT&T Services, Inc., BellSouth Telecommunications, Inc., Pacific Bell Telephone Company, AT&T Operations, Inc., AT&T DataComm, Inc., and Southwestern Bell Telephone Company ("AT&T") and Target Corporation; Sears, Roebuck & Co; Kmart Corp.; RadioShack Corp.; Old Comp, Inc.; Newegg, Inc.; Good Guys Inc. in the above-captioned action.  This Declaration is submitted in support of the Plaintiffs' Opposition to Defendants' Motion to Exclude Testimony of Adam K. Fontecchio and B. Douglas Bernhein pursuant to Fed.R. Evid. 702.

2.      I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would competently testify thereto.

3.      Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the transcript for May 22, 2012 from the direct class purchaser trial in this litigation.

4.      Attached hereto as **Exhibit B** is a true and correct copy of the rebuttal report of B. Douglas Bernheim, Ph.D. Concerning Motorola Mobility, Inc., served on May 11, 2012.

5.      Attached hereto as **Exhibit C** is a true and correct copy of the report of B. Douglas Bernheim, Ph.D. Concerning Motorola Mobility, Inc., served on December 15, 2011.

6.      Attached hereto as **Exhibit D** is a true and correct copy of excerpts from the deposition of B. Douglas Bernheim on January 30, 2012 and June 14, 2012.

7.      Attached hereto as **Exhibit E** is a true and correct copy of excerpts from the report of Dennis Carlton, Ph.D. Concerning Motorola Mobility, Inc., served on February 23, 2012.

8.      Attached hereto as **Exhibit F** is a true and correct copy of excerpts from a book chapter by William Greene, *Econometric Analysis* (2003).

9.      Attached hereto as **Exhibit G** is a true and correct copy of the report of Adam K. Fontecchio, Ph.D. Concerning Motorola Mobility, served on December 15, 2001.

10.     Attached hereto as **Exhibit H** is a true and correct copy of excerpts from the

1

deposition of Adam K. Fontecchio on February 19, 2012 in this litigation.

11.    Attached hereto as **Exhibit I** is a true and correct copy of the rebuttal report of Adam K. Fontecchio, Ph.D. Concerning Motorola Mobility, Inc., served on May 11, 2012.

12.    Attached hereto as **Exhibit J** is a true and correct copy of an article by Halbert White, *Time-Series Estimation of the Effects of Natural Experiments*, Journal of Econometrics (2005).

13.    Attached hereto as **Exhibit K** is a true and correct copy of excerpts from a book chapter by Joshua D. Angrist and Alan B. Krueger, *Empirical Strategies in Labor Economics*, in *Handbook of Labor Economics* (1999).

14.    Attached hereto as **Exhibit L** is a true and correct copy of Defendants' Initial Witness List, served on May 7, 2013.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 17th of May, 2013

        */s/ Jason C. Murray*_____
        Jason C. Murray

DCACTIVE-23272271.1

DEC OF JASON MURRAY IN SUPPORT OF OPPOSITION TO DEFENDANTS SHARP'S MOTION
TO EXCLUDE TESTIMONY OF ADAM K. FONTECCHIO AND B. DOUGLAS BERNHEIM
[MASTER CASE NO. 3:07-MD-1827 SI]