# EXHIBIT E

Highly Confidential – Subject to Protective Order

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | ) ) ) | Master File No. C07-1827 SI |
| | ) | MDL No. 1827 |
| This Document Relates to: | ) ) | |
| Motorola Mobility, Inc. | ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| AU OPTRONICS CORPORATION et al., | ) ) | |
| Defendants | ) ) ) | |

**EXPERT REPORT OF PROFESSOR DENNIS W. CARLTON**

**February 23, 2012**

1

Highly Confidential – Subject to Protective Order

September 2001.  Hence, it is not possible to do the disaggregation that Dr. Bernheim's own logic suggests, and as a result he is forced to base his analyses on improperly broad indices, rendering his calculations unreliable.

### D.     DR. BERNHEIM'S CHOICE OF CONTROL VARIABLES RENDERS HIS RESULTS UNRELIABLE EVEN BY HIS OWN STANDARDS

309.     In this section, I describe several potential flaws in Dr. Bernheim's choice of control variables, both in the variables he does include and those he excludes.

#### 1.     Dr. Bernheim's decision to include the Microprocessor Producer Price Index (MPPI) renders his results unreliable

##### (a)     The microprocessor PPI is not an appropriate control variable

310.     Interestingly, given that he uses only four explanatory variables to predict TFT-LCD prices, Dr. Bernheim chooses to use a price index from a separate industry—semiconductor microprocessors—as one of them.  Microprocessors are *not* inputs into TFT-LCD panel production, so the microprocessor PPI likely has little or no causal effect on TFT-LCD panel prices.  To justify its inclusion, Dr. Bernheim argues that because Plaintiff Expert Dr. Fontecchio finds "significant similarities" between LCD panel manufacturing and the manufacturing of semiconductor microprocessors, the PPI for microprocessors is a "reasonable proxy for total LCD panel production costs."[258]

311.     However, Dr. Bernheim presents no analysis of his own to indicate that the price index for microprocessors is a meaningful proxy for TFT-LCD panel costs, or that it is a better measure than the many available variables that actually relate to the costs of TFT-LCD panel production.  Instead, Dr. Bernheim indicated in his deposition that he relied entirely on Professor Fontecchio in choosing this particular microprocessor price index or even the semiconductor industry as a control.[259]  But Professor Fontecchio did not choose

---

[258]     *Bernheim Report,* ¶110.  Dr. Fontecchio states that "there are similarities between LCD panel manufacturing and the manufacturing of semiconductor microprocessors," but he does not claim that these similarities are significant.  *See Fontecchio Report,* ¶11.C.

[259]     *Bernheim Depo.*, 160:14-23 ("Q.   How did you determine which producer price index for microprocessors to use? A.   There was some discussion between my staff and Professor Fontecchio about what would constitute a good proxy for the costs and technological improvements in the LCD-TFT panel industry.  And it was from those

Highly Confidential – Subject to Protective Order

this particular microprocessor PPI or even the comparison to the semiconductor industry— he testified that he looked at the semiconductor industry only at the instruction of counsel.[260] Accordingly, Dr. Bernheim offers no economic basis for his choice to use the microprocessor PPI.

312.    Based on the analyses submitted by two experts—Dr. Shukri Souri, a Ph.D. in Electrical Engineering and an expert in semiconductor devices; and Mr. Keith Mallinson, a telecommunications experts—there are not, in fact "significant similarities" between LCD panel manufacturing and the manufacturing of semiconductor microprocessors, and thus the PPI for microprocessors is not a "reasonable proxy for total LCD panel production costs.  To the contrary, as explained by Dr. Souri:[261]

---

conversations that -- that my staff arrived at this -- at this particular suggestion for a variable to be included into my model.); 482:23-483:21 ("Q.  How close are the parallels between the semiconductor microprocessor industry and the LCD panel industry?  . . . [A.] I don't have firsthand knowledge of that, and so I don't have an expert opinion on that subject.  I'm relying on -- I think it is Dr. Fontecchio in that instance.  Q.  You have no opinion of that on your own, you rely entirely on Dr. Fontecchio?  A.  Well, as I'm sitting here, I'm relying entirely on Dr. Fontecchio, but it's also the case that Dr. Fontecchio refers to primary sources.  And I've read several of those primary sources, and they do characterize -- pretty plainly they characterize these technologies as having a lot in common and sharing a lot.  So I've seen that directly, but I'm saying that as I -- as I -- as I sit here, I'm not offering that as part of my expert opinion, because Dr. Fontecchio has offered that opinion and he knows more about it than I do.")

[260]    *Fontecchio Depo*., 35:15-37:17 ("Q.  Regarding textbooks and articles, what was your focus of reviewing additional material?  A.  My focus was to find published examples of the connections between the microprocessor industry and the TFT-LCD industry.  Q.  Why did you do that?  A.  I was asked to do that.  Q.  Who asked you to do that?  A.  That was part of my charge when I was hired to write this expert report.  Q.  So did somebody tell you to research the connection between microprocessor industry and TFT-LCD industry?  A.  Yes.  That was my charge.  Q.  So I just want to understand.  You did not pick the microprocessor industry on your own.  Somebody told you to look at this industry and to figure out the connection between that microprocessor industry and TFT-LCD industry; correct?  . . .  A.  . . .  Yes.  Q.  Who told you that?  A.  It was in -- so I'm not sure what I'm supposed to talk about with communications with the lawyers or not.  So can I ask my lawyer a question?  Q.  Of course.  MR. MURPHY:  I mean I think he's already said that this was his charge.  His charge was given to him by the lawyers representing clients in this case.  THE WITNESS:  Yes.  MR. MURPHY:  And we're not going to let him get into discussions between him and the lawyers in the case.  THE WITNESS:  Thank you.  That was my question.  BY MS. NARA:  Q.  So the plaintiffs' lawyers asked you to look into the relationship between microprocessor industry and TFT-LCD industry; is that correct?  A.  Yes").

[261]    *Souri Report,*¶115

---

Highly Confidential – Subject to Protective Order

> LCD manufacturing is not similar to microprocessor manufacturing. TFT-LCD manufacturing consists of many highly specialized and customized tools, processes and methods. Microprocessors exist in many products used in the communications industry, the automotive industry, consumer electronics, industrial and military applications. Given the plethora of differences that exist between TFT-LCD manufacturing and microprocessor manufacturing…I disagree with Dr. Fontecchio's opinion that "there are similarities between LCD panel manufacturing and the manufacturing of semiconductor microprocessors."

313.    Similarly, Mr. Mallinson indicates that:[262]

> Even though TFT-LCD panels and semiconductor devices have some manufacturing process commonality, the overall processes, manufacturing plants and production economics are very different. Whereas LCD manufacturing is based on "mother glass" panels measuring up to more than two meters square, silicon chips (including microprocessors…)are based on the fabrication of wafers with a diameter of up to 12" (300mm) made from ingots of extremely pure silicon. The fabrication processes are very different except that one rudimentary silicon layer is applied to TFT panels among several others, including polarizers, filters and liquid crystal in the panel "sandwich." The extent of miniaturization in silicon chips is, crucially, 1,000-fold greater in silicon chip fabrication than it is in making LCD displays.

314.    Both experts stress that, because of the miniaturization advances in microprocessors, microprocessor costs are driven by Moore's law, which indicates that the processing power of a microprocessor doubles every 18 months. As a result, in comparing the use of transistors in microprocessors vs. TFT-LCDs, Dr. Souri indicates that "[t]he difference in the numbers is staggering and the LCD panel manufacturers and microprocessor manufacturers operate in different paradigms."[263]

315.    In addition to the differences in manufacturing processes and thus costs between TFT-LCDs and microprocessors, it is clear that the demand conditions are quite different as well, which may further reduce the value of the microprocessor PPI as a predictor of TFT-LCD prices. For example, as described above, much of the increased demand for TFT-LCD panels over time has been driven by the rapid increase in sales of TFT-LCD panels for TVs, a trend that has no obvious relationship to microprocessor demand.

---

[262]    *Mallinson Report*, ¶117.

[263]    *Souri Report*, ¶106.

Highly Confidential – Subject to Protective Order

Similarly, for computer monitors and mobile phones, much of the increase in TFT-LCD demand has been due to a shift away from other display technologies to LCD screens, leaving microprocessor sales unaffected.

316.    These different supply and demand conditions between microprocessors and TFT-LCD panels are demonstrated in Figure IX-8, which shows global sales for the two product categories over time (with sales at the start of 2000 set to one).  Clearly, the paths are quite distinct.  As compared to semiconductor sales, the growth in TFT-LCD panel sales has both been substantially more rapid and volatile, with many fluctuations that are not reflected in the semiconductor growth path.

**Figure IX-8: Global Semiconductor and TFT-LCD Revenues**



Source(s): DisplaySearch panels data, DISP_LCD_000001
            Semiconductor Industry Association

317.    Given the clear differences between semiconductor microprocessor and TFT-LCD manufacturing, Dr. Bernheim's decision to use the microprocessor PPI as a control variable (and to include it in *every* sensitivity test he runs) violates his own standards.  In

176

Highly Confidential – Subject to Protective Order

particular, Dr. Bernheim speaks strongly against the inclusion of variables that are not "highly relevant" for LCD panel prices:[264]

> The first principle is that the factors included in the model must be economically relevant for LCD panel prices.  In principle, the number of time series variables one could consider including in a prediction equation is virtually unlimited.  Consequently, there is substantial likelihood that some irrelevant (or modestly relevant) variables were highly correlated with LCD price movements during the relevant time period simply by chance.  Using such variables as predictors may produce models that appear to fit the data beautifully, but that perform miserably when used to make bona fide out-of sample forecasts…unless one limits consideration to highly relevant economic variables, one is likely to obtain spurious 'explanations' for price movements.

318.    Hence, to the extent that one concludes that the microprocessor PPI is not a "highly relevant economic variable" for LCD panel prices, its inclusion invalidates Dr. Bernheim's overcharge estimates (which are based on his bona fide out of sample projections) by his own logic.  At a minimum, one should test variations on Dr. Bernheim's models that exclude the microprocessor PPI to test whether or not his results are sensitive to this exclusion, something Dr. Bernheim does not do.

> (b)    At minimum, Dr. Bernheim should have selected a more appropriate semiconductor PPI

319.    Dr. Fontecchio's argument for similarities between TFT-LCD and microprocessor production is based on the fact that "[a]t a fundamental level, the manufacturing of LCD panels and microprocessors are both built upon semiconductor fabrication."[265]  The U.S. Bureau of Labor Statistics (BLS) actually publishes several different PPIs under the heading of "semiconductors and related device manufacturing," including one for the overall product category.  However, Dr. Bernheim chose to use the PPI for "microprocessors, including microcontrollers and related devices."  Dr. Bernheim offers no logic for this particular choice nor does he explain why he did not use the overall category PPI.

---

[264]    *Bernheim Report,* ¶98.

[265]    *Fontecchio Report,* ¶127.

Highly Confidential – Subject to Protective Order

320.    Notably, as seen in Figure IX-9, the particular PPI chosen by Dr. Bernheim follows a path that is starkly different from the other semiconductor PPIs.[266]  The microprocessor PPI declined at a markedly faster rate than any of the other semiconductor PPIs since 1996, consistent with the point made by Dr. Souri and Mr. Mallinson that microprocessors follow Moore's law while the other products do not.

321.    Dr. Souri also notes that:[267]

> …the overall cost of a LCD module includes many components. Examples of components are the semiconductor TFTs, backlights, driver and other electronics, printed circuit boards, discrete electrical components such as transformers and capacitors, and electronic connectors; therefore, a more suitable proxy would seem to be one that incorporates all the LCD module components.

322.    I have created a cost index that includes the relevant module components using DisplaySearch data and I include it in Figure IX-9.[268]  Clearly the rate of decline of the input costs does not match any of the semiconductor PPIs, but it is more similar to the other semiconductor PPIs than to the one that Dr. Bernheim has chosen.

---

[266]    The price indices in Figure IX-9 are depicted using a logarithmic scale, so each marker on the vertical axis indicates a ten-fold change in the variables' values.  Similarly, Dr. Bernheim's model predicts the logarithm of his price indices as a function of the logarithms of his control variables, including the microprocessor PPI.

[267]    *Souri Report,* ¶113.

[268]    Based on input cost estimates by DisplaySearch, I have identified Backlight, PCB, Glass, Polarizer and Color Filter as the five most costly components, on average, of a TFT-LCD panel.  I have compiled a weighted average cost index using these five components, referred to in Figure IX-9 as "DS Combined Costs".

Highly Confidential – Subject to Protective Order

**Figure IX-9: BLS Semiconductor Price Indices & DisplaySearch Costs**



Sources: BLS, DisplaySearch.

323.    After reviewing the various BLS semiconductor PPIs, Dr. Souri concludes that the one that Dr. Bernheim is using is particularly inappropriate, with two alternatives appearing more applicable: [269]

> [T]here is no category that Dr. Bernheim, in the PPI Report, can adequately rely on to describe the TFT-LCD industry. However, if I were forced to select a category, I would select the sub-category entitled "Integrated microcircuits, incl semiconductor networks, microprocessors, & MOS memories," (334413-1). Not only are the technologies used for fabrication of microprocessors similar to those used in fabrication of MOS memories, but also MOS memories are included in a TFT-LCD module at least in the driving circuitry. Furthermore, category 334413-1 in addition to at least the category entitled "Other semiconductor devices, including parts such as chips, wafers, and heat sinks," (334413-A) may correlate even better with the TFT-LCD module production, because at least both these categories together seem to incorporate more of the semiconductor products such as chips, other semiconductor devices and thermal management components found in TFT-LCDs.

---

[269]    *Souri Report,* ¶112.

179

Highly Confidential – Subject to Protective Order

At minimum, then, it is important to see if Dr. Bernheim's results are robust to using these more appropriate semiconductor PPIs. As I show below, they are not.

### 2. Dr. Bernheim fails to consider the impact of inclusion of a time trend on his results

324.    As described in Section II, above, a dominant feature of TFT-LCD prices in the pre-cartel, alleged cartel, and post-cartel periods has been their downward trend, driven in large part by steadily declining production costs. Given that this downward trend is perhaps the most notable feature of TFT-LCD prices—both during and outside the alleged cartel period—it seems odd that a model that seeks to predict TFT-LCD prices based on a "parsimonious" set of variables would not include a time trend as a predictor. This is particularly true since Dr. Bernheim acknowledges that other cost predictors are "of dubious quality" and thus may not capture "the variation in those costs over time."[270] Indeed, when modeling time-series data, "it is common practice to introduce the time or trend variable" to account for basic variables that change slowly over time, but are hard to observe directly.[271] Yet Dr. Bernheim does not include a time trend in *any* of his sensitivity runs.

### 3. Dr. Bernheim omits important drivers of LCD Panel Costs from the set of control variables he considers

325.    In his sensitivity runs, Dr. Bernheim does include available measures of TFT-LCD input costs, including the price of copper, the price of oil, labor costs, and a measure of shipping costs. Although these are all potentially relevant controls, it is not clear how Dr. Bernheim selected this specific list. In particular, it is not clear why he failed to consider other input prices or a broader index of TFT-LCD input prices.

### 4. Implications for sensitivity runs

326.    In Section G, below, I consider variations on Dr. Bernheim's model which use the alternative semiconductor PPIs, drop the microprocessor PPI altogether, and add a time

---

[270]    *Bernheim  Report,* ¶¶110, 117.

[271]    Damodar N. Gujarati (1995), *Basic Econometrics Third Edition*, McGraw-Hill at 240. *See also* Francis Diebold (2007), *Elements of Forecasting Fourth Edition*, Thomson Southwestern, Chapter 5.

180

Highly Confidential – Subject to Protective Order

trend and/or the index of TFT-LCD input costs computed from DisplaySearch data (described above) in its place as more appropriate cost controls.

### E.   THE PRE-PERIOD DATA THAT DR. BERNHEIM RELIES ON ARE PARTICULARLY UNRELIABLE

#### 1.   Description of issue with pre-period data

327.    Several Defendants did not provide sales data for portions of the pre-conduct period when DisplaySearch indicates they had panel shipments: LGD's sales data start in January 2001; Chi Mei's sales data start in January 2000; and AUO's sales data start in September 2001.  Furthermore, as shown in Table IX-6 below, the pre-2000 Defendant data are dominated by three firms, none of which are Taiwanese: Hitachi Displays, Samsung and Toshiba.

**Table IX-6: Revenue Share of Defendants' Transaction Data**

| Year | Chunghwa | Hitachi | NEC | Samsung SEC | Sharp | Toshiba |
|------|----------|---------|-----|-------------|-------|---------|
| 1996 | 0% | 0% | 1% | 11% | 17% | 72% |
| 1997 | 0% | 22% | 3% | 39% | 2% | 33% |
| 1998 | 0% | 17% | 1% | 73% | 1% | 8% |
| 1999 | 4% | 22% | 0% | 63% | 1% | 10% |

Source: Combined_data.dta

328.    Whereas the pre-2000 Defendant data are dominated by a few firms, the TFT-LCD industry has been relatively unconcentrated since the entry of six Taiwanese firms in 2000 and 2001 (as seen in Section II, above).  Consequently, the pre-2000 data on which Dr. Bernheim relies is not representative of the mix of suppliers both at the time and during the conduct period.  These data problems become even more severe under Dr. Bernheim's conspiracy period assumption, because the pre-conduct period only runs through August 1998.

#### 2.   Implications for sensitivity runs to consider

329.    Because Dr. Bernheim's prediction approach requires him to "seed" his prediction process with two prices from before the conduct period, inaccurate values for those initial prices may have a substantial, lasting effect on price predictions, particularly given that Dr. Bernheim's estimated model implies a large effect for lagged prices on current

181

Highly Confidential – Subject to Protective Order

I hereby swear to the foregoing under penalty of perjury. Executed this 23rd day of February, 2012, in Washington, District of Columbia.


_Dennis W. Carlton_

Dennis W. Carlton, Ph.D.