ALLISON A. DAVIS (CA State Bar No. 139203)
SANJAY M. NANGIA (CA State Bar No. 264986)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:     (415) 276-6500
Facsimile:     (415) 276-6599
Email:         allisondavis@dwt.com
               sanjaynangia@dwt.com

NICK VERWOLF (Admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
777 108th Avenue NE, Suite 2300
Bellevue, Washington  98004
Telephone:     (425) 646-6100
Facsimile:     (425) 646-6199
Email:         nickverwolf@dwt.com

Attorneys for Defendant
Sanyo Consumer Electronics Co., Ltd.
[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | CASE NO. 3:11-cv-03763-SI<br><br>MDL NO. 3:07-md-1827-SI |
| This Document Relates to Individual Case No. 3:11-cv-03763-SI<br><br>INTERBOND CORPORATION OF AMERICA,<br><br>               Plaintiff,<br><br>    vs.<br><br>AU OPTRONICS CORPORATION, *et al.*,<br><br>               Defendants. | **STIPULATION AND [PROPOSED] ORDER REGARDING FURTHER DEPOSITIONS** |

## STIPULATION REGARDING FURTHER DEPOSITIONS

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, Plaintiff Interbond Corporation of America (Brandsmart) and its subsidiaries ("Plaintiff"), on the one hand, and defendants in the above-captioned action ("Defendants"), on the other hand (each a "Party" and collectively, the "Parties"), as follows:

1. To the extent a witness is listed on a Party's pretrial witness list and has not been previously deposed in this MDL, that Party shall make the witness available for deposition as soon as is reasonably practicable and at least one month before trial.

2. To the extent any Party submits a declaration, affidavit, or other witness statement in support of or in opposition to a summary judgment motion or other motion in the above-captioned action, and the declarant, affiant, or witness has not yet been deposed in this MDL, that Party shall make that declarant, affiant, or witness available for deposition at least two weeks before any responsive pleading is due, or if there is no responsive pleading, then at least two weeks before a hearing is scheduled on the motion, or if no hearing is scheduled on the motion, then no more than three weeks after the declaration, affidavit, or witness statement is submitted (or at such other time to which the parties may agree).

3. The Parties shall abide by the Special Master's Order re:  Deposition Protocol, MDL Dkt. No. 1546 in scheduling depositions and determining appropriate deposition locations.

4. Paragraphs 1 and 2 shall apply only to declarants, affiants or witnesses currently or formerly employed by a Party.

5. If a declarant, affiant or witness is neither a current or former employee of the Party, then the Party agrees: (i) to use best efforts to secure the cooperation of the prospective witness; (ii) to provide any known contact information for the prospective witness; (iii) to cooperate on dates and location; and (iv) not to object

1          to a deposition pursuant to a Rule 45 subpoena on the grounds that discovery has

2      closed.

3  Respectfully submitted,

4

5  Dated: May 17, 2013                    DAVIS WRIGHT TREMAINE LLP

6

7                                         By _____ /s/Sanjay Nangia _____
                                              Allison A. Davis
8                                             Sanjay Nangia
                                              Nick S. Verwolf, *Pro Hac Vice*
9
                                         Attorneys for Defendant
10                                        Sanyo Consumer Electronics Co., Ltd.

11                                        Also filed on behalf of Defendants AU Optronics
12                                        Corporation; AU Optronics Corporation America; Chi Mei
                                          Optoelectronics Corporation (n/k/a Chimei Innolux
13                                        Corporation); Chi Mei Optoelectronics USA, Inc., and
                                          CMO Japan Co., Ltd.; Chunghwa Picture Tubes, Ltd.;
14                                        Epson Imaging Devices Corporation; Epson Electronics
                                          America, Inc.; HannStar Display Corporation; Hitachi,
15                                        Ltd.; Hitachi Displays, Ltd.; Hitachi Electronic Devices
                                          (USA), Inc.; LG Display Co., Ltd.; LG Display America,
16                                        Inc.; Mitsui & Co. (U.S.A.), Inc.; Mitsui & Co. (Taiwan),
                                          Ltd.; NEC Corporation; NEC Electronics America, Inc.;
17                                        NEC LCD Technologies, Ltd.; Sharp Corporation; Sharp
                                          Electronics Corporation; Toshiba Corporation; Toshiba
18                                        America Electronic Components, Inc.; Toshiba America
                                          Information Systems, Inc.; and Toshiba Mobile Display
19                                        Co., Ltd.

20  DATED:  May 17, 2013                   BOIES, SCHILLER & FLEXNER

21

22                                        By: _____ /s/ Christopher V. Fenlon _____
                                               William A. Isaacson
23                                             Philip J. Iovieno
                                               Christopher V. Fenlon
24
25                                        Attorneys for Plaintiff
                                          Interbond Corporation of America (Brandsmart)
26

27  Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this
    document has been obtained from each of the above signatories.
28

STIPULATION AND [PROPOSED] ORDER REGARDING FURTHER DEPOSITIONS
CASE NO. 3:11-CV-03763-SI; MDL NO. 3:07-MD-01827 SI
DWT 21964844v1 0091093-000001

**IT IS SO ORDERED.**

Dated: _____05/23/2013_____

_____
Hon. Susan Illston
United States District Judge