ALLISON A. DAVIS (CA State Bar No. 139203)
SANJAY M. NANGIA (CA State Bar No. 264986)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:     (415) 276-6500
Facsimile:      (415) 276-6599
Email:            allisondavis@dwt.com
                    sanjaynangia@dwt.com

NICK VERWOLF (Admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
777 108th Avenue NE, Suite 2300
Bellevue, Washington  98004
Telephone:     (425) 646-6100
Facsimile:      (425) 646-6199
Email:            nickverwolf@dwt.com

Attorneys for Defendant
Sanyo Consumer Electronics Co., Ltd.
[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | CASE NOS. 3:11-cv-05781-SI; 3:11-cv-05765-SI (N.D. Cal.) <br><br> MDL NO. 3:07-md-1827-SI |
| This Document Relates to Individual Case Nos. 3:11-cv-05781-SI and 3:11-cv-05765-SI (N.D. Cal.) <br><br> THE AASI LIQUIDATING TRUST, BY AND THROUGH KENNETH A. WELT, LIQUIDATING TRUSTEE, <br><br>                    Plaintiff, <br><br>      vs. <br><br> AU OPTRONICS CORPORATION, *et al.*, <br><br>                    Defendants. | **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING FURTHER DEPOSITIONS** |

| | |
|---|---|
| 1 | TECH DATA CORPORATION; TECH DATA PRODUCT MANAGEMENT, INC., |
| 2 | |
| 3 | Plaintiffs, |
| 4 | vs. |
| 5 | AU OPTRONICS CORPORATION, et al., |
| 6 | Defendants |

**STIPULATION REGARDING FURTHER DEPOSITIONS**

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, Plaintiffs The AASI Liquidating Trust, by and through Kenneth A. Welt, Liquidating Trustee and its subsidiaries, Tech Data Corporation, and Tech Data Product Management, Inc. (collectively "Plaintiffs"), on the one hand, and defendants in the above-captioned actions ("Defendants"), on the other hand (each a "Party" and collectively, the "Parties"), as follows:

1. To the extent a witness is listed on a Party's pretrial witness list and has not been previously deposed in this MDL, that Party shall make the witness available for deposition as soon as is reasonably practicable and at least one month before trial.

2. To the extent any Party submits a declaration, affidavit, or other witness statement in support of or in opposition to a summary judgment motion or other motion in the above-captioned action, and the declarant, affiant, or witness has not yet been deposed in this MDL, that Party shall make that declarant, affiant, or witness available for deposition at least two weeks before any responsive pleading is due, or if there is no responsive pleading, then at least two weeks before a hearing is scheduled on the motion, or if no hearing is scheduled on the motion, then no more than three weeks after the declaration, affidavit, or witness statement is submitted (or at such other time to which the parties may agree).

1    3. The Parties shall abide by the Special Master's Order re: Deposition Protocol,
2       MDL Dkt. No. 1546 in scheduling depositions and determining appropriate
3       deposition locations.
4    4. Paragraphs 1 and 2 shall apply only to declarants, affiants, or witnesses currently or
5       formerly employed by a Party.
6    5. If a declarant, affiant, or witness is neither a current or former employee of the
7       Party, then the Party agrees: (i) to use best efforts to secure the cooperation of the
8       prospective witness; (ii) to provide any known contact information for the
9       prospective witness; (iii) to cooperate on dates and location; and (iv) not to object
10      to a deposition pursuant to a Rule 45 subpoena on the grounds that discovery has
11      closed.

Respectfully submitted,

STIPULATION AND [PROPOSED] ORDER REGARDING FURTHER DEPOSITIONS
CASE NOS. 3:11-CV-05781-SI AND 3:11-CV-05765-SI; MDL NO. 3:07-MD-01827 SI
2

DWT 21968735v3 0091093-000001

Dated: May 17, 2013

DAVIS WRIGHT TREMAINE LLP

By   /s/Sanjay Nangia
     Allison A. Davis
     Sanjay Nangia
     Nick S. Verwolf, *Pro Hac Vice*

Attorneys for Defendant
Sanyo Consumer Electronics Co., Ltd.

Also filed on behalf of Defendants AU Optronics Corporation; AU Optronics Corporation America; Chi Mei Optoelectronics Corporation (n/k/a Chimei Innolux Corporation), Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Chunghwa Picture Tubes, Ltd.; Epson Imaging Devices Corporation; Epson Electronics America, Inc.; HannStar Display Corporation; Hitachi, Ltd.; Hitachi Displays, Ltd. (n/k/a Japan Display Inc.); Hitachi Electronic Devices (USA), Inc.; LG Display Co., Ltd.; LG Display America, Inc.; Mitsui & Co. (U.S.A.), Inc.; Mitsui & Co. (Taiwan), Ltd.; NEC Corporation; NEC Electronics America, Inc.; NEC LCD Technologies, Ltd.; NEC Corporation of America (as to *Tech Data* action only); NEC Display Solutions of America, Inc.; Sharp Corporation; Sharp Electronics Corporation; Toshiba Corporation; Toshiba America Electronic Components, Inc.; Toshiba America Information Systems, Inc.; and Toshiba Mobile Display Co., Ltd.

STIPULATION AND [PROPOSED] ORDER REGARDING FURTHER DEPOSITIONS
CASE NOS. 3:11-CV-05781-SI AND 3:11-CV-05765-SI; MDL NO. 3:07-MD-01827 SI
3

DWT 21968735v3 0091093-000001

DATED: May 17, 2013     BILZIN SUMBERG BAENA PRICE & AXELROD LLP

By: _____*/s/ Scott N. Wagner*_____
　　　　Robert W. Turken
　　　　Scott N. Wagner

Attorneys for Plaintiffs
The AASI Liquidating Trust, by and through Kenneth A. Welt, Liquidating Trustee; and

Tech Data Corporation; Tech Data Product Management Inc.

BOIES, SCHILLER & FLEXNER LLP
William A. Isaacson (admitted pro hac vice)
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Tel: (202) 237-2727
Fax: (202) 237-6131

Philip J. Iovieno (admitted pro hac vice)
Anne M. Nardacci (admitted pro hac vice)
Christopher V. Fenlon (admitted pro hac vice)
10 North Pearl Street, 4th Floor
Albany, NY  12207
Tel: (518) 434-0600
Fax: (518) 434-0665

Attorneys for Plaintiffs
Tech Data Corporation; Tech Data Product Management Inc.

Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

STIPULATION AND [PROPOSED] ORDER REGARDING FURTHER DEPOSITIONS
CASE NOS. 3:11-CV-05781-SI AND 3:11-CV-05765-SI; MDL NO. 3:07-MD-01827 SI
4
DWT 21968735v3 0091093-000001

1
2  **IT IS SO ORDERED.**
3  Dated: 05/23/2013
4                                                                  _____
                                                                   Hon. Susan Illston
                                                                   United States District Judge
5
...
28