ALLISON A. DAVIS (CA State Bar No. 139203)
SANJAY M. NANGIA (CA State Bar No. 264986)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:     (415) 276-6500
Facsimile:      (415) 276-6599
Email:           allisondavis@dwt.com
                      sanjaynangia@dwt.com

NICK VERWOLF (Admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
777 108th Avenue NE, Suite 2300
Bellevue, Washington  98004
Telephone:     (425) 646-6100
Facsimile:      (425) 646-6199
Email:           nickverwolf@dwt.com

Attorneys for Defendant
Sanyo Consumer Electronics Co., Ltd.
[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | CASE NOS. 3:11-cv-05781-SI and 3:11-cv-05765 (N.D. Cal)<br><br>MDL NO. 3:07-md-1827-SI |
| This Document Relates to Individual Case Nos. 3:11-cv-05781-SI and 3:11-cv-05765 (N.D. Cal.)<br><br>THE AASI LIQUIDATING TRUST, BY AND THROUGH KENNETH A. WELT, LIQUIDATING TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>AU OPTRONICS CORPORATION, *et al.*,<br><br>Defendants. | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO MEET AND CONFER AND/OR TO FILE MOTIONS TO COMPEL** |

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO MEET AND CONFER
AND/OR FILE MOTIONS TO COMPEL
CASE NO. 3:11-CV-05781-SI AND 3:11-CV-05765-SI; MDL NO. 3:07-MD-01827 SI

DWT 21996735v1 0091093-000001

1
2   TECH DATA CORPORATION; TECH DATA
    PRODUCT MANAGEMENT, INC.,
3                Plaintiffs,
4        vs.
5   AU OPTRONICS CORPORATION, *et al.*,
6                Defendants.
7
8       Plaintiff The AASI Liquidating Trust, by and through Kenneth A. Welt, Liquidating
9   Trustee ("AASI") and Defendants (collectively "Stipulating Defendants"); AASI and defendant
10  Sanyo Consumer Electronics Co., Ltd. ("Sanyo Consumer Electronics"); and plaintiffs Tech Data
11  Corporation and Tech Data Product Management (collectively "Tech Data") and Sanyo Consumer
12  Electronics hereby stipulate as follows:
13      WHEREAS, Stipulating Defendants served AASI with a Third Request for Production of
14  Documents and Third Set of Interrogatories on March 12, 2013 (collectively, "Defendants'
15  Discovery Requests");
16      WHEREAS, AASI timely served responses to Defendants' Discovery Requests on or
17  about April 15, 2013;
18      WHEREAS, Stipulating Defendants sent AASI a meet and confer letter regarding its
19  responses to Defendants' Discovery Requests on May 13, 2013 and the parties have endeavored to
20  meet and confer before the close of discovery;
21      WHEREAS, Sanyo Consumer Electronics served each of Tech Data and AASI with a First
22  Request for Production of Documents, First Set of Interrogatories and First Set of Requests for
23  Admissions (collectively, Sanyo's Discovery Requests") on February 22, 2013;
24      WHEREAS, Sanyo Consumer Electronics, Tech Data and AASI agreed to a one-week
25  extension of Tech Data's and AASI's time to respond to Sanyo's Discovery Requests and Tech
26  Data and AASI each subsequently served responses on April 3, 2013;
27
28

-2-
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO MEET AND CONFER
AND/OR TO FILE MOTIONS TO COMPEL
CASE NO. 3:11-CV-05781-SI AND 3:11-CV-05765-SI; MDL NO. 3:07-MD-01827 SI

DWT 21996735v1 0091093-000001

1  WHEREAS, Sanyo Consumer Electronics and Tech Data and AASI have exchanged meet
2  and confer letters between May 7, 2013 and May 14, 2013;

3  WHEREAS, Sanyo Consumer Electronics and Tech Data and AASI have discussed via
4  phone the remaining issues regarding Tech Data's and AASI's responses to Sanyo's Discovery
5  Requests on May 16, 2013;

6  WHEREAS, counsel for Sanyo Consumer Electronics and Tech Data and AASI have been
7  conducting multiple depositions the week of May 13, 2013 in the above-captioned case;

8  WHEREAS, fact discovery in the Track 2 Direct Action Plaintiff cases is set to close on
9  May 17, 2013, pursuant to the Stipulation and Order Setting Revised Track 2 Deadlines (Dkt. No.
10 7665, the "Scheduling Order");

11 WHEREAS, under Local Rule 37-3, no motions to compel discovery may be filed more
12 than seven (7) days after the discovery cut-off;

13 WHEREAS additional time is needed to meet and confer regarding AASI's responses to
14 Defendants' Discovery Requests and Tech Data's and AASI's responses to Sanyo's Discovery
15 Requests;

16 NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the
17 undersigned counsel as follows:

18 The period for Stipulating Defendants and AASI to meet and confer regarding AASI's
19 responses to Defendants' Discovery Requests and/or for Stipulating Defendants to file a motion to
20 compel regarding AASI's responses to Defendants' Discovery Requests is extended to June 10,
21 2013.

22 The period for Sanyo Consumer Electronics, Tech Data and AASI to meet and confer
23 regarding Tech Data's and AASI's responses to Sanyo's Discovery Requests and/or for Sanyo
24 Consumer Electronics to file a motion to compel regarding Tech Data's or AASI's responses to
25 Sanyo's Discovery Requests is extended to June 10, 2013.

26 This extension of the motion to compel deadline as to AASI or Tech Data or any additional
27 information provided by AASI in response to Defendants' Discovery Requests or by Tech Data or

28

-3-
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO MEET AND CONFER
AND/OR TO FILE MOTIONS TO COMPEL
CASE NO. 3:11-CV-05781-SI AND 3:11-CV-05765-SI; MDL NO. 3:07-MD-01827 SI

DWT 21996735v1 0091093-000001

1  AASI in response to Sanyo's Discovery Requests will not give rise to an extension of either
2  AASI's or Tech Data's deadline to submit their expert reports, currently set for June 6, 2013 under
3  the Scheduling Order.

4  This stipulation does not impact or change the terms or deadline of the stipulation between
5  Tech Data and Stipulating Defendants, dated May 10, 2013, providing for an extension of time
6  through July 12, 2013 for the limited purpose of allowing Stipulating Defendants to take
7  additional depositions of certain Tech Data employees.

8  Respectfully submitted,

9  Dated: May 23, 2013                 DAVIS WRIGHT TREMAINE LLP

                                       By _____/s/ Sanjay Nangia_____
                                              Allison A. Davis
                                              Sanjay Nangia
                                              Nick S. Verwolf, *Pro Hac Vice*

                                       Attorneys for Defendant
                                       Sanyo Consumer Electronics Co., Ltd.

                                       Also filed on behalf of Defendants AU Optronics
                                       Corporation; AU Optronics Corporation America; Chi Mei
                                       Optoelectronics Corporation (n/k/a Chimei Innolux
                                       Corporation); Chi Mei Optoelectronics USA, Inc., and
                                       CMO Japan Co., Ltd.; Chunghwa Picture Tubes, Ltd.;
                                       Epson Imaging Devices Corporation; Epson Electronics
                                       America, Inc.; HannStar Display Corporation; Hitachi,
                                       Ltd.; Hitachi Displays, Ltd.; Hitachi Electronic Devices
                                       (USA), Inc.; LG Display Co., Ltd.; LG Display America,
                                       Inc.; Mitsui & Co. (U.S.A.), Inc.; Mitsui & Co. (Taiwan),
                                       Ltd.; NEC Corporation; NEC Electronics America, Inc.;
                                       NEC LCD Technologies, Ltd.; Sanyo Consumer
                                       Electronics Co., Ltd.; Sharp Corporation; Sharp
                                       Electronics Corporation; Toshiba Corporation; Toshiba
                                       America Electronic Components, Inc.; Toshiba America
                                       Information Systems, Inc.; and Toshiba Mobile Display
                                       Co., Ltd.

-4-
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO MEET AND CONFER
AND/OR TO FILE MOTIONS TO COMPEL
CASE NO. 3:11-CV-05781-SI AND 3:11-CV-05765-SI; MDL NO. 3:07-MD-01827 SI

DWT 21996735v1 0091093-000001

1  DATED: May 23, 2013                BILZIN SUMBERG BAENA PRICE & AXELROD LLP

2

3                                     By: _____*/s/ Scott N. Wagner*_____
                                              Robert W. Turken
4                                             Scott N. Wagner
                                              Lori Lustrin
5
                                      Attorneys for Plaintiffs
6                                     The AASI Liquidating Trust, by and through Kenneth A.
                                      Welt, Liquidating Trustee; Tech Data Corporation and
7                                     Tech Data Product Management

8

9

10

11  Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this
    document has been obtained from each of the above signatories.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                              -5-
                STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO MEET AND CONFER
                               AND/OR TO FILE MOTIONS TO COMPEL
                   CASE NO. 3:11-CV-05781-SI AND 3:11-CV-05765-SI; MDL NO. 3:07-MD-01827 SI

DWT 21996735v1 0091093-000001

**IT IS SO ORDERED.**

Dated:     05/23/2013                             _____
                                                  Hon. Susan Illston
                                                  United States District Judge

-6-
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO MEET AND CONFER
AND/OR TO FILE MOTIONS TO COMPEL
CASE NO. 3:11-CV-05781-SI AND 3:11-CV-05765-SI; MDL NO. 3:07-MD-01827 SI

DWT 21996735v1 0091093-000001