UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 07-md-1827<br>MDL No. 1827<br><br>Case No. 3:12-cv-04114 SI |
| This Document Relates to Individual Case No. 3:12-cv-04114 SI<br><br>BEST BUY CO., INC., *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>TOSHIBA CORPORATION, *et al.*,<br><br>Defendants. | [PROPOSED] ORDER RE THE TOSHIBA ENTITIES' *EX PARTE* APPLICATION TO FILE DOCUMENTS UNDER SEAL |

- 1 -

1  Having considered the Toshiba Entities' *Ex Parte* Application to File Documents Under
2  Seal, and good cause appearing:
3  IT IS HEREBY ORDERED that the following materials currently lodged with the Court
4  pursuant to Civil Local Rule 79-5 shall be filed under seal:
5  - The Toshiba Entities' Letter Brief to Special Master Quinn in Support of Motion
6    to Compel Discovery from Best Buy, and the exhibits attached thereto.
7  IT IS SO ORDERED.

10 DATED: 5/23, 2013

The Honorable Susan Illston
United States District Judge

- 2 -

[PROPOSED] ORDER RE THE TOSHIBA ENTITIES' *EX PARTE*
APPLICATION TO FILE DOCUMENTS UNDER SEAL
MDL No. 07-md-1827 SI, Case No. 3:12-cv-04114 SI