1   Richard M. Heimann (State Bar No. 063607)
    rheimann@lchb.com
2   Eric B. Fastiff (State Bar No. 182260)
    efastiff@lchb.com
3   Brendan P. Glackin (State Bar No. 199643)
    bglackin@lchb.com
4   Marc A. Pilotin (State Bar No. 266369)
    mpilotin@lchb.com
5   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
    275 Battery Street, 29th Floor
6   San Francisco, CA  94111-3339
    Telephone:     (415) 956-1000
7   Facsimile:     (415) 956-1008

8   *Attorneys for Plaintiffs*
    Proview Technology Inc., *et al.*
9
    [Additional Counsel listed on signature page]
10
                        UNITED STATES DISTRICT COURT
11
                       NORTHERN DISTRICT OF CALIFORNIA
12
                          SAN FRANCISCO DIVISION
13

14
    IN RE TFT-LCD (FLAT PANEL)            Case No. 3:12-cv-3802-SI
15  ANTITRUST LITIGATION
                                          MDL No. 3:07-md-1827-SI
16  This Document Relates to Individual Case
    No. 3:12-cv-3802-SI
17                                        STIPULATION AND
    PROVIEW TECHNOLOGY INC., *et al.*,    [~~PROPOSED~~] ORDER EXTENDING
18                                        DEADLINES FOR PLAINTIFFS TO FILE
                                          AMENDED COMPLAINT AND
                     Plaintiffs,          DEFENDANTS TO RESPOND
19
    v.
20
    AU OPTRONICS CORPORATION, *et al.*,
21
                     Defendants.
22

23

24       WHEREAS Plaintiffs' current deadline to file an amended complaint is May 24, 2013,

25  which was set by the Court pursuant to the parties' second stipulation extending the Plaintiffs'

26  deadline to file an amended complaint;

27       WHEREAS several of Plaintiffs are located overseas;

28       WHEREAS two Plaintiff entities are currently in bankruptcy proceedings in China;

1       WHEREAS the bankruptcy trustee requires additional time to obtain authorization for the

2   filing of the amended complaint;

3       WHEREAS the creditors' committees of the bankrupt entities will not meet until May 28

4   to authorize the filing of the amended complaint; and

5       WHEREAS the parties have therefore agreed to an additional modest extension of

6   Plaintiffs' deadline to file an amended complaint and a slight extension of Defendants' time to

7   respond;

8       NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that:

9       1.    Plaintiffs' deadline to file an amended complaint shall be June 7, 2013; and

10      2.    Defendants' deadline to respond to the amended complaint shall be July 12, 2013.

11      3.    Plaintiffs' deadline to file an opposition to any motion to dismiss the amended

12  complaint shall be July 26, 2013.

13      4.    Defendants' deadline to file a reply in support of any motion to dismiss the

14  amended complaint shall be August 8, 2013.

15

16  Dated: May 23, 2013        LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

17          By:   */s/ Brendan P. Glackin*
18              Brendan P. Glackin

19          Richard M. Heimann (State Bar No. 063607)
        Eric B. Fastiff (State Bar No. 182260)

20          Brendan P. Glackin (State Bar No. 199643)
        Marc A. Pilotin (State Bar No. 266369)

21          275 Battery Street, 29th Floor
        San Francisco, CA  94111-3339

22          Telephone:   (415) 956-1000
        Facsimile:   (415) 956-1008

23          BAUTE CROCHETIERE & WANG LLP
        Mark D. Baute (State Bar No. 127329)

24          Sean A. Andrade (State Bar No. 223591)
        777 South Figueroa Street, Suite 4900

25          Los Angeles, CA  90017
        Telephone:   (213) 630-5000

26          Facsimile:   (213) 683.1225

27

28

1
2
3
4
5
6

TOUSLEY BRAIN STEPHENS PLLC
Christopher I. Brain (*pro hac vice*)
Kim D. Stephens (*pro hac vice*)
Chase C. Alvord (*pro hac vice*)
1700 Seventh Avenue, Suite 2200
Seattle, WA  98101
Telephone:     (206) 682-5600
Facsimile:     (206) 682-2992

*Attorneys for Plaintiffs*
Proview Technology Inc., *et al.*

7   Dated: May 23, 2013

NOSSAMAN LLP

8

By: ___*/s/ Carl L. Blumenstein*_____
              Carl L. Blumenstein

9
10
11
12

Carl L. Blumenstein (SBN 124158)
Farschad Farzan (SBN 215194)
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone:     (415) 398-3600
Facsimile:     (415) 398-2438

13

*Attorneys for Defendants AU Optronics Corporation
and AU Optronics Corporation America*

14   Dated: May 23, 2013

SIMPSON THACHER & BARTLETT LLP

15

By: ___*/s/ Harrison J. Frahn IV*_____
              Harrison J. Frahn IV

16

17
18
19
20

James G. Kreissman (SBN 206740)
Harrison J. Frahn IV (SBN 206822)
Jason M. Bussey (SBN 227185)
Elizabeth Gillen (SBN 260667)
2475 Hanover Street
Palo Alto, CA  94304
Telephone:     (650) 251-5000
Facsimile:     (650) 251-5002

21
22
23

*Attorneys for Defendants Chimei Innolux Corporation,
Chi Mei Corporation, Chi Mei Optoelectronics USA, Inc.,
CMO Japan Co., Ltd., Nexgen Mediatech, Inc.
and Nexgen Mediatech USA, Inc.*

24
25
26
27
28

1107518.1

- 3 -

1    Dated: May 23, 2013          PAUL HASTINGS LLP

2                           By:___*/s/ Kevin C. McCann*_____

3                                  Kevin C. McCann

4                           Holly House (SBN 136045)
                             Kevin McCann (SBN 120874)

5                           Sean Unger (SBN 231694)
                             55 Second Street

6                           Twenty-Fourth Floor
                             San Francisco, California 94105-3441

7                           Telephone:     (415) 856-7000
                             Facsimile:     (415) 856-7100

8

9                           *Attorneys for Defendants LG Display Co., Ltd., and*
                             *LG Display America, Inc.*

10   Dated: May 23, 2013          COVINGTON & BURLING LLP

11                           By:___*/s/ Robert D. Wick*_____

12                                  Robert D. Wick

13                           Robert D. Wick (pro hac vice)

14                           Derek Ludwin (pro hac vice)
                             Neil K. Roman (pro hac vice)

15                           1201 Pennsylvania Avenue, N.W.
                             Washington, DC  20004

16                           Telephone:     (202) 662-6000
                             Facsimile:     (202) 662-6291

17

18                           *Attorneys for Defendants Samsung Electronics Co.,*
                             *Ltd., Samsung Semiconductor, Inc., and Samsung*

19                           *Electronics America, Inc.*

20   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

21

22

23                               _____
    Dated:  May __24, 2013

24                           The Honorable Susan Illston
                          United States District Judge

25

26

27

28

1107518.1                       - 4 -                

## <u>ATTESTATION</u>

Pursuant to Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories thereto.


Dated:   May 23, 2013                    By:_____/s/ Brendan P. Glackin_____

                                         Brendan P. Glackin