1  Steven V. Bomse (Bar No. 40686)
   sbomse@orrick.com
2  David M. Goldstein (Bar No. 142334)
   dgoldstein@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
5  San Francisco, CA  94105
   Telephone:    (415) 773-5700
6  Facsimile:    (415) 773-5759

7  *Attorneys for Sony Electronics Inc. and Sony Computer*
8  *Entertainment America, LLC*

9              UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA

11 | IN RE TFT-LCD (FLAT PANEL) | Case No. 3:10-cv-05616-SI |
12 | ANTITRUST LITIGATION | |
   | _____ | 12-1599 |
13 | | Master File No. 3:07-md-1827 SI |
   | This Document Relates to: | MDL No. 1827 SI |
14 | | |
   | SONY ELECTRONICS INC. and SONY | |
15 | COMPUTER ENTERTAINMENT AMERICA LLC, | **[PROPOSED] ORDER** |
   | | **REGARDING DISMISSAL OF** |
16 | Plaintiffs, | **AU OPTRONICS CORP. AND** |
   | | **AU OPTRONICS CORP.** |
17 | v. | **AMERICA** |
18 | AU OPTRONICS CORP.; AU OPTRONICS CORP. | |
   | AMERICA; SHARP CORP.; and SHARP | |
19 | ELECTRONICS CORP., | |
20 | Defendants. | |

21

22

23

24

25

26

27

28

1

2    The Court having considered the stipulation of the parties, and good cause appearing

3    therefore, orders as follows:

4        1.  All claims asserted by Sony Electronics Inc. and Sony Computer Entertainment

5            America LLC against AU Optronics Corp. and AU Optronics Corp. America in the

6            underlying action are hereby dismissed with prejudice pursuant to

7            Fed. R. Civ. P. 41(a)(2).

8
9        2.  Each party shall bear its own costs and attorneys' fees.

10       **IT IS SO ORDERED**.

                6//10
11   Dated: _____, 2013      _____
                                         Honorable Susan Y. Illston
12                                       United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---