WILLIAM S. FARMER (SBN 46694)
JACOB P. ALPREN (SBN 235713)
DAVID BROWNSTEIN (SBN 141929)
ANDREW H. PONTIOUS (SBN 157174)
**FARMER BROWNSTEIN JAEGER LLP**
235 Pine Street, Suite 1300
San Francisco CA 94104
Telephone: (415) 795-2050
Email: wfarmer@fbj-law.com
 jalpren@fbj-law.com
 dbrownstein@fbj-law.com
 apontious@fbj-law.com

Attorneys for Defendant
CHUNGHWA PICTURE TUBES, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY,<br><br>                    Plaintiff,<br><br>    v.<br><br>CHUNGHWA PICTURE TUBES, LTD.,<br>TATUNG COMPANY OF AMERICA, INC.,<br><br>                    Defendants. | Master File NO.: 3:07-MD-1827-SI<br>Case No. 3:12-cv-06085<br><br>**STIPULATION RE: CONTINUING HEARING FOR MOTION TO DISMISS [Dkt. 7660]; AND [PROPOSED] ORDER**<br><br>Date:    May 31, 2013<br>Time:    9:00 a.m.<br>Courtroom: 10, 19th Floor<br>Judge:   The Honorable Susan Illston |

## RECITALS

WHEREAS, on November 30, 2012, Plaintiff Hewlett-Packard Company ("HP") filed a Complaint for Damages against Chunghwa Picture Tubes ("CPT"), et al., Docket No. 1, Case No. 3:12-cv-06085-SI, alleging a Violation of the Sherman Act, 15 U.S. C. § 1 and a Violation of the Texas Free Enterprise and Antitrust Act of 1983, Tex. Bus. & Com. Code §§ 15.01 et seq.,

WHEREAS, on March 20, 2013, Defendant CPT filed a Motion to Dismiss (Dkt. 7760, Case 3:07-MD-1827) pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, requesting an Order from this court dismissing all claims alleged against CPT in the Complaint filed by HP.  CPT'S Motion to Dismiss is scheduled to be heard on May 31, 2013 at 9:00 a.m, in Courtroom 10, 19th Floor San Francisco, California before the Honorable Susan Illston, Judge of the U.S. District Court, Northern District of California.

WHEREAS, on May 28, 2013, Defendant Tatung Company of America, Inc. ("TUS") also filed a Motion to Dismiss (Dkt. 8017, Case 3:07-MD-1827) pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, requesting an Order from this court dismissing all claims alleged against TUS in the Complaint filed by HP.  TUS's Motion to Dismiss is scheduled to be heard on August 9, 2013 at 9:00 a.m., in Courtroom 10, 19th Floor San Francisco, California before the Honorable Susan Illston, Judge of the U.S. District Court, Northern District of California.

WHEREAS, CPT's Motion to Dismiss and TUS's Motion to Dismiss address similar arguments and questions of law, the hearing of both of which on the same day would conserve judicial and party resources.

WHEREAS the requested modification to the hearing date will not affect any other deadlines in the case.

## STIPULATION

Plaintiff HP and Defendant CPT, through their respective attorneys of record, hereby stipulate that the hearing presently scheduled for May 31, 2013 for CPT's Motion to Dismiss (Dkt. 7760, Case 3:07-MD-1827), shall be continued to August 9, 2013 at 9:00 a.m.

///

DATED:  JUNE 11, 2013                     **FARMER BROWNSTEIN JAEGER LLP**

By:   /s/ William S. Farmer

WILLIAM S. FARMER (SBN 46694)
JACOB P. ALPREN (SBN 235713)
DAVID BROWNSTEIN (SBN 141929)
**FARMERBROWNSTEIN LLP**
235 Pine Street, Suite 1300
San Francisco, CA 94104
Telephone (415) 795-2050
E-mail:     (wfarmer@fbj-law.com)
(jalpren@fbj-law.com)
(dbrownstein@fbj-law.com)

*Attorneys for Defendant*
*CHUNGHWA PICTURE TUBES, LTD.*

DATED:  JUNE 11, 2013                     **BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP**

By:   /s/ Lester Houtz

Fred Bartlit, Jr.
Mark E. Ferguson
Karma Giulianelli
Lester Houtz
Andre M. Pauka
Daniel R. Brody

**CROWELL & MORING LLP**

Gregory D. Call
Beatrice B. Nguyen
Suzanne E. Rode

*Attorneys for Plaintiff*
*Hewlett-Packard Company*

**ATTESTATION:** Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the signatories.

Dated:  June 11, 2013                      /s/ David Brownstein

**[PROPOSED] ORDER**

Pursuant to the foregoing stipulation and good cause appearing that the hearing on the Motion to Dismiss of Chunghwa Picture Tubes, Ltd. (Dkt. ~~7760~~ 7660, Case 3:07-MD-1827) presently scheduled for ~~May 31~~ June 21, 2013, shall be continued to August 9, 2013 at 9:00 a.m.

**IT IS SO ORDERED**.

Dated: June 11, 2013

*Susan Illston*

The Honorable Susan Illston
U.S. District Judge