CHRISTOPHER A. NEDEAU (SBN 81297)
cnedeau@nossaman.com
CARL L. BLUMENSTEIN (SBN 124158)
cblumenstein@nossaman.com
NATASHA A. SAGGAR SHETH (SBN 282896)
nsaggarsheth@nossaman.com
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA  94111-4624
Telephone:     (415) 398-3600
Facsimile:      (415) 398-2438

Attorneys for Defendants
AU Optronics Corporation and
AU Optronics Corporation America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:07-MD-1827 SI<br>MDL No. 1827 |
| This Document Relates to Individual Case<br>Case No. 3:10-cv-05625 SI | Case No. 3:10-cv-05625 SI |
| ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST,<br><br>                    Plaintiff,<br><br>v.<br><br>AU OPTRONICS CORP., *et al.*,<br><br>                    Defendants. | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO MEET AND CONFER AND/OR FILE MOTIONS TO COMPEL** |

   WHEREAS, Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust ("Plaintiff") and AU Optronics Corporation and AU Optronics Corporation America (collectively, "AUO"), HannStar Display Corporation ("HannStar"), Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc. and Toshiba America Information Systems, Inc. (collectively, "Toshiba"), Epson Imaging Devices Corporation and Epson Electronics America, Inc. (collectively, "Epson") (AUO, HannStar, Toshiba and Epson collectively, "Defendants"), have been

proceeding diligently with pretrial preparation in accordance with the Court's order dated March 18, 2013 (Dkt. No. 7665);

WHEREAS, the deadline for close of limited fact discovery unique to the Track 2 cases was May 17, 2013, and that deadline was extended by Court Order [Case 3:10-cv-05625 Dkt. 137 ] to May 31 for certain discovery that Defendants propounded on Plaintiff;

WHEREAS, pursuant to Local Rule 37-3, the deadline for Defendants to move to compel on discovery responses that were due on or before May 17, 2013 was May 24, 2013, and the deadline for Defendants to move to compel on those discovery responses that were submitted on May 30, 2013 is June 7, 2013;

WHEREAS, counsel for Plaintiff and counsel for Defendants in the above-captioned case believe that additional time is needed to complete meet and confer efforts regarding certain discovery matters and that certain extensions are desirable;

NOW THEREFORE, the parties stipulate and agree, subject to the concurrence of the Court, as follows:

1. The deadline for any Defendant to file a motion to compel shall be extended to June 28, 2013 with respect to Plaintiff's responses and objections served May 30, 2012 to Defendants' First and Second Sets of Requests for Admission, Defendants' Second and Third Sets of Interrogatories and Defendants' Second and Third Sets of Requests for Production.

2. The parties may have up to and including June 28, 2013 to schedule and complete the entity deposition requested by the deposition notice that defendants served on May 10, 2013.  The deadline for any Defendant to file a motion to compel with regard to that deposition notice shall be extended to July 24, 2013.

3. Each party maintains all objections and defenses in responding to fact discovery that they would have had in the absence of this stipulation.

4. This stipulation and order is not intended to foreclose any party from seeking further or additional relief from the Special Master or the Court with respect to discovery or other matters.

///

///

2

Case No. 3:07-md-1827 SI
Case Nos. 3:10-cv-03619 SI and 3:10-cv-03517 SI
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO MEET AND CONFER AND/OR FILE MOTIONS TO COMPEL

1 | DATED: June 12, 2013

**NOSSAMAN LLP**
Christopher A. Nedeau
Carl L. Blumenstein
Natasha A. Saggar Sheth
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 398-3600
Facsimile: (415) 398-2438
cnedeau@nossaman.com
cblumenstein@nossaman.com
nsaggarsheth@nossaman.com

By: _____ /s/ Carl Blumenstein _____
Attorneys for Defendants AU Optronics Corporation
and AU Optronics Corporation America

**FREITAS TSENG & KAUFMAN LLP**
Robert E. Freitas
Jason S. Angell
Jessica N. Leal
100 Marine Parkway, Suite 200
Redwood Shores, CA 94065
Telephone: (650) 593-6300
Facsimile: (650) 593-6301
rfreitas@ftklaw.com
jangell@ftklaw.com
jleal@ftklaw.com

By: _____ /s/ Jason S. Angell _____
Attorneys for HannStar Display Corporation

**WHITE & CASE LLP**
Christopher M. Curran (pro hac vice)
John H. Chung (pro hac vice)
Martin M. Toto (pro hac vice)
Kristen J. McAhren (pro hac vice)
1155 Avenue of the Americas
New York, NY 10036
Telephone:   (212) 819-8200
Facsimile:    (212) 354-811
ccuran@whitecase.com
jchung@whitecase.com
mtoto@whitecase.com
kmcahren@whitecase.com

By           */s/ Kristen J. McAhren*
Attorneys for Defendants Toshiba Corporation,
Toshiba Mobile Display Co., Ltd., Toshiba America
Electronic Components, Inc., and Toshiba America
Information Systems, Inc.


**MORRISON & FOERSTER LLP**
Melvin R. Goldman
Stephen P. Freccero
Derek F. Foran
425 Market Street
San Francisco, CA  94105-2482
Telephone:   ( 415) 268-7000
Facsimile:    (415) 268-7522
MGoldman@mofo.com
SFreccero@mofo.com
DForan@mofo.com

By           */s/ Derek F. Foran*
Attorneys for Defendants Epson Imaging Devices
Corporation and Epson Electronics America, Inc.

4

Case No. 3:07-md-1827 SI
Case Nos. 3:10-cv-03619 SI and 3:10-cv-03517 SI
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO MEET AND CONFER AND/OR FILE MOTIONS TO COMPEL

|   |   |
|---|---|
| 1 | **SUSMAN GODFREY LLP** |
| 2 | H. Lee Godfrey (pro hac vice) |
|   | Kenneth S. Marks (pro hac vice) |
| 3 | Jonathan R. Ross (pro hac vice) |
|   | Johnny W. Carter (pro hac vice) |
| 4 | 1000 Louisiana Street, Suite 5100 |
|   | Houston, TX  77002-5096 |
| 5 | Telephone:   (713) 651-9366 |
|   | Facsimile:    (713) 654-6666 |
| 6 | lgodfrey@susmangodfrey.com |

SUSMAN GODFREY LLP
H. Lee Godfrey (pro hac vice)
Kenneth S. Marks (pro hac vice)
Jonathan R. Ross (pro hac vice)
Johnny W. Carter (pro hac vice)
1000 Louisiana Street, Suite 5100
Houston, TX  77002-5096
Telephone:   (713) 651-9366
Facsimile:    (713) 654-6666
lgodfrey@susmangodfrey.com
kmarks@susmangodfrey.com
jcarter@susmangodfrey.com
jross@susmangodfrey.com

By  _____/s/ Kenneth S. Marks_____
Attorneys for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust

**ATTESTATION**:  Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document have been obtained from each of the signatories.

**O R D E R**

IT IS SO ORDERED.

Dated:  ____6/13/13____                    _____[signature: Susan Illston]_____
                                           The Honorable Susan Illston
                                           Judge of the United States District Court

---

Case No. 3:07-md-1827 SI
Case Nos. 3:10-cv-03619 SI and 3:10-cv-03517 SI
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO MEET AND CONFER AND/OR FILE MOTIONS TO COMPEL

5