MORGAN, LEWIS & BOCKIUS LLP
KENT M. ROGER, State Bar No. 95987
HERMAN J. HOYING, State Bar No. 257495
MICHELLE M. KIM-SZROM, State Bar No. 252901
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
kroger@morganlewis.com
hhoying@morganlewis.com
mkim-szrom@morganlewis.com

Attorneys for Defendants
HITACHI, LTD., HITACHI ELECTRONIC DEVICES
(USA), INC., HITACHI DISPLAYS, LTD. (n/k/a
JAPAN DISPLAY INC.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| In re: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827 (N.D. Cal.) MDL No. 1827 |
| This Document Relates To Individual Case Nos. 3:11-cv-05765-SI (N.D. Cal.) | Case Nos. 3:11-cv-05765-SI (N.D. Cal.) |
| TECH DATA CORPORATION; TECH DATA PRODUCT MANAGEMENT, INC., Plaintiffs, vs. AU OPTRONICS CORPORATION, *et al.*, Defendants. | **STIPULATION AND [PROPOSED] ORDER EXTENDING CLOSE OF FACT DISCOVERY FOR LIMITED PURPOSES** Honorable Susan Illston |

Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc. (collectively, "Tech Data") and Defendants (collectively "Stipulating Defendants" and together with Tech Data, the "Parties"), hereby stipulate as follows:

WHEREAS, the Parties have previously stipulated to, and the Court has approved, the

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 3:11-CV-05765-SI
STIPULATION AND [PROPOSED] ORDER
REGARDING EXTENSION OF DISCOVERY

DB2/ 24169568.2

extension of dates set in the Court's Orders re Pretrial and Trial Schedule (MDL Dkt. No. 7665) ("Track 2 Scheduling Order") for purposes of Tech Data's responses to Defendants' First Set of Interrogatories, Third Set of Interrogatories, and First Set of Requests for Admission (collectively "Defendants' Discovery Requests") (see MDL Dkt No.8045);

WHEREAS the Parties have also previously stipulated to, and the Court has approved, the extension of dates set in the Court's Orders re Pretrial and Trial Schedule (MDL Dkt. No. 7665) ("Track 2 Scheduling Order") for purposes of scheduling and taking depositions of a limited number of current and former employees of Tech Data previously identified by Defendants (the "Depositions") (see MDL Dkt. No. 7923);

WHEREAS additional time is needed to meet and confer regarding Tech Data's responses to Defendants' Discovery Requests and to conduct the Depositions.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel as follows:

The close of fact discovery shall be extended to July 19, 2013 (1) for the Parties to meet and confer regarding Tech Data's responses to Defendants' Discovery Requests, or for Stipulating Defendants to file a motion to compel regarding Defendants' Discovery Requests, and (2) to take the Depositions.

If the Stipulating Defendants believe there is good cause to conduct additional discovery based on information learned solely during the Depositions, the Parties agree that they will meet and confer in good faith regarding this discovery in the first instance. If the Parties agree that the discovery is appropriate, the close of fact discovery shall be extended, if necessary, for the purposes of serving such discovery. If the Parties cannot agree on the appropriateness of this discovery, the dispute will be brought before the Special Master.

The above extensions do not impact or change the terms or deadline of any other deadlines between the Parties.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 24169568.2

2

CASE NO. 3:11-CV-05765-SI
STIPULATION AND [PROPOSED] ORDER
REGARDING EXTENSION OF DISCOVERY

|   |   |
|---|---|
| 1 | Respectfully submitted, |
| 2 Dated: June 17, 2013 | MORGAN, LEWIS & BOCKIUS LLP |
| 3 | By: /s/ Kent M. Roger |
| 4 | |
| 5 | Kent M. Roger (State Bar Number 95987)<br>Morgan, Lewis & Bockius LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Tel: (415) 442-1000<br>Fax: (415) 442-1001 |

*Attorneys for Defendants Hitachi, Ltd., Hitachi Electronic Devices (USA), Inc., and Hitachi Displays, Ltd. (n/k/a Japan Display Inc.)*

*Also on behalf of AU Optronics Corporation, AU Optronics Corporation America, Chi Mei Optoelectronics Corporation (n/k/a Chimei Innolux Corporation), Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Chunghwa Picture Tubes, Ltd., Epson Electronics America, Inc., Epson Imaging Devices Corporation, HannStar Display Corporation, LG Display Co., Ltd., LG Display America, Inc., Mitsui & Co. (Taiwan), Ltd., Mitsui & Co. (U.S.A.), Inc., NEC Corporation, NEC Corporation of America, NEC LCD Technologies, Ltd., NEC Display Solutions of America, Inc., NEC Electronics America, Inc., Sanyo Consumer Electronics Co., Ltd., Sharp Corporation, Sharp Electronics Corporation, Toshiba America Electronic Components, Inc., Toshiba Corporation, Toshiba Mobile Display Co., Ltd. and Toshiba America Information Systems, Inc.*

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 24169568.2

3

CASE NO. 3:11-CV-05765-SI
STIPULATION AND [PROPOSED] ORDER
REGARDING EXTENSION OF DISCOVERY

| | |
|---|---|
| 1 | BILZIN SUMBERG BAENA PRICE & AXELROD, LLP |
| 2 | By: /s/ Scott N. Wagner |
| 3 | |
| 4 | Robert W. Turken (admitted *pro hac vice*)<br>Mitchell E. Widom (admitted *pro hac vice*) |
| 5 | Scott N. Wagner (admitted *pro hac vice*)<br>1450 Brickell Ave., Suite 2300 |
| 6 | Miami, Florida 33131-3456<br>Tel: (305) 374-7580 |
| 7 | Fax: (305) 374-7593 |
| 8 | *Attorneys for Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc.* |
| 9 | |
| 10 | BOIES, SCHILLER & FLEXNER LLP |
| 11 | William A. Isaacson (admitted *pro hac vice*)<br>5301 Wisconsin Ave. NW, Suite 800 |
| 12 | Washington, D.C. 20015<br>Tel: (202) 237-2727 |
| 13 | Fax: (202) 237-6131 |
| 14 | |
| 15 | Philip J. Iovieno (admitted *pro hac vice*)<br>Anne M. Nardacci (admitted *pro hac vice*) |
| 16 | Christopher V. Fenlon (admitted *pro hac vice*)<br>10 North Pearl Street, 4th Floor |
| 17 | Albany, NY 12207<br>Tel: (518) 434-0600 |
| 18 | Fax: (518) 434-0665 |
| 19 | *Attorneys for Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc.,* |
| 20 | |
| 21 | **FILER'S ATTESTATION** |
| 22 | I, Kent M. Roger, am the ECF user whose identification and password are being used to file |
| 23 | this Stipulation. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the |
| 24 | filing of this document has been obtained from the signatories above. |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 24169568.2

4

CASE NO. 3:11-CV-05765-SI
STIPULATION AND [PROPOSED] ORDER
REGARDING EXTENSION OF DISCOVERY

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation set forth above, IT IS SO ORDERED.

Dated: June 19, 2013

By _____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 24169568.2

5

CASE NO. 3:11-CV-05765-SI
STIPULATION AND [PROPOSED] ORDER
REGARDING EXTENSION OF DISCOVERY