CHRISTOPHER A. NEDEAU (CA SBN 81297)
CARL L. BLUMENSTEIN (CA SBN 124158)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone:   (415) 398-3600
Facsimile:    (415) 398-2438
cnedeau@nossaman.com
cblumenstein@nossaman.com

Attorneys for Defendants
AU OPTRONICS CORPORATION and
AU OPTRONICS CORPORATION AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No: 3:07-md-1827 SI<br>MDL No. 1827 |
|---|---|
| This Document Relates to:<br><br>*Best Buy v. AU Optronics Corporation, et al.*, Case No. 3:10-cv-04572<br><br>*Best Buy v. Toshiba Corporation, et al.*, Case No. 3:12-cv-04114<br><br>*Eastman Kodak Company v. Epson Imaging Devices Corp., et al.*, Case No. 3:10-cv-05452<br><br>*Target Corp., et al., v. AU Optronics Corporation, et al.,* Case No. 3:10-cv-04945 | **STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME FOR HEARING ON MOTION FOR SEPARATE TRIAL**<br><br>Date:   July 9, 2013<br>Time:   3:30 p.m.<br>Place:  Courtroom 10, 19th Floor<br>Judge:  Hon. Susan Illston |

WHEREAS Defendants AU Optronics Corporation and AU Optronics Corporation America (collectively "the AUO defendants") intend to file a Motion for Separate Trial of the above-captioned *Eastman Kodak* action and seek to have said motion heard at the Final Pretrial Conference scheduled for July 9, 2013;

WHEREAS, counsel for the AUO defendants have met and conferred with counsel for all remaining parties in the above-captioned actions with regard to a hearing date and briefing schedule for that motion;

THEREFORE, IT IS HEREBY STIPULATED between counsel for the plaintiffs and defendants, and subject to the concurrence of the Court, that:

1. The AUO defendants' Motion for a Separate Trial will be heard at ~~3:30 p.~~ 10:00 m. on July 9, 2013.

2. Opposition papers shall be filed no later than July ~~7~~ 5, 2013 and any reply papers shall be filed no later than noon on July ~~8~~, 2013.

                                                Respectfully submitted,

Dated: June 19, 2013                 **NOSSAMAN LLP**

                                          By:    */s/ Carl L. Blumenstein*
                                                            Carl L. Blumenstein

Attorneys for Defendants AUO Optronics Corporation and AUO Optronics Corporation America

Dated: June 19, 2013                 **CROWELL & MORING LLP**

                                          By:    */s/ Jerome A. Murphy*
                                                             Jerome A. Murphy

Attorneys for Plaintiffs Target Corporation; Sears, Roebuck & Co.; Kmart Corp.; RadioShack Corp.; Old Comp, Inc.; Newegg, Inc.; and Good Guys Inc.

Dated: June 19, 2013                 **NIXON PEABODY LLP**

                                          By:    */s/ John R. Foote*
                                                              John R. Foote

Attorneys for Plaintiff Eastman Kodak Company

Dated: June 19, 2013                 **ROBINS KAPLAN MILLER & CIRESI LLP**

                                          By:    */s/Roman M. Silberfeld*
                                                             Roman M. Silberfeld

Attorneys for Plaintiffs Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; Bestbuy.com, LLC; and Magnolia Hi-Fi, Inc.

| | |
|---|---|
| Dated: June 19, 2013 | **FREITAS TSENG & KAUFMAN LLP** |
| | By: _____/s/ Robert E. Freitas_____<br>Robert E. Freitas |
| | Attorneys for Defendant<br>HannStar Display Corporation |
| Dated: June 19, 2013 | **MUNGER, TOLLES & OLSON LLP** |
| | By _____/s/ Brad Brian_____<br>Brad Brian |
| | Attorneys for Defendants LG Display America, Inc.<br>and LG Display Co. Ltd. |
| Dated: June 19, 2013 | **WHITE & CASE LLP** |
| | By _____/s/ Christopher M. Curran_____<br>Christopher M. Curran |
| | Attorneys for Toshiba Corporation, Toshiba<br>Mobile Display Co., Ltd., Toshiba America<br>Electronic Components, Inc. and Toshiba<br>America Information Systems, Inc. |

**ATTESTATION**: Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the signatories.

**O R D E R**

IT IS SO ORDERED.   AS AMENDED

Dated: 6/20/13                    _____/s/ Susan Illston_____
                                  The Honorable Susan Illston
                                  United States District Court Judge