**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*MetroPCS Wireless, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-829-SI<br><br>*Office Depot, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-2225-SI<br><br>*Interbond Corp. of America v. AU Optronics Corp., et al.*, 3:11-cv-3763-SI<br><br>*Schultze Agency Services, LLC, on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, v. AU Optronics Corp., et al.*, 3:11-cv-3856-SI<br><br>*P.C. Richard & Son Long Island Corp., et al. v. AU Optronics Corp., et al.*, 3:11-cv-4119-SI<br><br>*Tech Data Corp., et al. v. AU Optronics Corp., et al.*, 3:11-cv-5765-SI<br><br>*The AASI Creditor Liquidating Trust, by and through Kenneth A. Welt, Liquidating Trustee v. AU Optronics Corp., et al.*, 3:11-cv-5781-SI | Master File No. 3:07-md-01827-SI (N.D. Cal.)<br><br>MDL No. 1827<br><br>Case Nos. 3:11-cv-829-SI; 3:11-cv-2225-SI; 3:11-cv-3763-SI; 3:11-cv-3856-SI; 3:11-cv-4119-SI; 3:11-cv-5765-SI; 3:11-cv-5781-SI; 3:11-cv-6241-SI; 3:12-cv-1426-SI;<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DISCOVERY CUTOFF; TIME TO MEET AND CONFER AND/OR FILE MOTIONS TO COMPEL** |

1
2
*CompuCom Systems, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-6241-SI

3
4
*NECO Alliance LLC v. AU Optronics Corp., et al.*, 3:12-cv-1426-SI

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER
EXTENDING DISCOVERY CUTOFF; TIME TO MEET   -1-   Master File No. 3:07-md-01827-SI
AND CONFER AND/OR FILE MOTIONS TO COMPEL

1          Direct Action Plaintiffs MetroPCS Wireless, Inc.; Office Depot, Inc.; Interbond
2   Corporation of America; Schultze Agency Services, LLC; P.C. Richard & Son Long Island
3   Corporation; MARTA Cooperative of America, Inc.; ABC Appliance, Inc.; Tech Data
4   Corporation and Tech Data Product Management, Inc.; The AASI Creditor Liquidating Trust,
5   by and through Kenneth A. Welt, Liquidating Trustee; CompuCom Systems, Inc.; and NECO
6   Alliance LLC (collectively, "Direct Action Plaintiffs"), and Defendants Chi Mei
7   Optoelectronics Corporation, Chi Mei Optoelectronics USA, Inc., and CMO Japan Co., Ltd.
8   (collectively "Chi Mei Defendants" and together with Direct Action Plaintiffs, the "Parties")
9   stipulate as follows:

10          WHEREAS the Parties have previously stipulated to, and the Court has approved, the
11   extension of dates set in the Court's Orders re Pretrial and Trial Schedule (MDL Dkt. No.
12   7665) ("Track 2 Scheduling Stipulation");

13          WHEREAS the Track 2 Scheduling Stipulation extended the close of fact discovery to
14   May 17, 2013;

15          WHEREAS on April 12, 2013 Direct Action Plaintiffs served their First Set of
16   Interrogatories and First Set of Requests for Admission to Chi Mei Defendants (the
17   "Discovery");

18          WHEREAS Chi Mei Defendants served responses to the Discovery on May 16, 2013;

19          WHEREAS the Parties have endeavored to meet and confer regarding Chi Mei
20   Defendants' responses to the Discovery;

21          WHEREAS the Parties previously stipulated to extend the period to meet and confer
22   regarding Chi Mei Defendants' responses to the Discovery and/or for Direct Action Plaintiffs
23   to file a motion to compel regarding Chi Mei Defendants' responses to the Discovery to June
24   21, 2013;

25          WHEREAS additional time is needed to meet and confer regarding Chi Mei
26   Defendants' responses to the Discovery;

27          NOW, THEREFORE, the Parties stipulate and agree as follows:

28          The period for Chi Mei Defendants and Direct Action Plaintiffs to meet and confer
     regarding Chi Mei Defendants' responses to the Discovery and/or for Direct Action Plaintiffs

to file a motion to compel regarding Chi Mei Defendants' responses to the Discovery is extended to July 3, 2013.

**IT IS SO STIPULATED.**

DATED:  June 20, 2013                     */s/ Philip J. Iovieno*

William A. Isaacson
Melissa Felder
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C.  20015
Telephone:  (202) 237-2727
Facsimile:   (202) 237-6131
Email:  wisaacson@bsfllp.com
             mfelder@bsfllp.com

Philip J. Iovieno
Anne M. Nardacci
Luke Nikas
Christopher V. Fenlon
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY  12207
Telephone:  (518) 434-0600
Facsimile:   (518) 434-0665
Email: piovieno@bsfllp.com
             anardacci@bsfllp.com
             lnikas@bsfllp.com
             cfenlon@bsfllp.com

*Counsel for Plaintiffs MetroPCS Wireless, Inc.; Office Depot, Inc.; Interbond Corp. of America; Schultze Agency Services, LLC; P.C. Richard & Son Long Island Corporation; MARTA Cooperative of America, Inc.; ABC Appliance Inc.; Tech Data Corp. and Tech Data Product Management, Inc.; The AASI Creditor Liquidating Trust; CompuCom Systems, Inc.; and NECO Alliance LLC*

|   |   |
|---|---|
| 1 | |
| 2 |           */s/ Stuart H. Singer* |
|   | Stuart H. Singer |
| 3 | Meredith Schultz |
|   | BOIES, SCHILLER, & FLEXNER LLP |
| 4 | 401 East Las Olas Boulevard, Suite 1200 |
|   | Fort Lauderdale, Florida 33301 |
| 5 | Telephone: (954) 356-0011 |
|   | Facsimile: (954) 356-0022 |
| 6 | Email: ssinger@bsfllp.com |
|   |       mschultz@bsfllp.com |

*Counsel for Plaintiffs Office Depot, Inc.; Tech Data Corp. and Tech Data Product Management, Inc.; and The AASI Creditor Liquidating Trust*

          */s/ Robert W. Turken*

Robert W. Turken
Mitchell E. Widom
Scott N. Wagner
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Ave., Suite 2300
Miami, Florida 33131-3456
Telephone: 305-374-7580
Facsimile: 305-374-7593
E-mail: rturken@bilzin.com
      mwidom@bilzin.com
      swagner@bilzin.com

*Counsel for Plaintiffs Tech Data Corp. and Tech Data Product Management, Inc. and The AASI Creditor Liquidating Trust*

|   |   |
|---|---|
| 1 | /s/ Neal A. Potischman |
| 2 |   |
| 3 | Neal A. Potischman (SBN 254862)<br>neal.potischman@davispolk.com |
|   | DAVIS POLK & WARDWELL LLP |
| 4 | 1600 El Camino Real |
| 5 | Menlo Park, California 94025<br>Telephone:    (650) 752-2000 |
| 6 | Facsimile:    (650) 752-2111 |

*Counsel for Chi Mei Optoelectronics Corporation (n/k/a Innolux Corporation), CMO Japan Co., Ltd., and Chi Mei Optoelectronics USA, Inc. for the Office Depot, Inc., Jaco Electronics, Inc., Interbond Corp. of America, Schultze Agency Services, LLC, P.C. Richard & Son Long Island Corp., et al., Tech Data Corp., et al., The AASI Creditor Liquidating Trust, CompuCom Systems, Inc., Viewsonic Corp., NECO Alliance LLC, and Rockwell Automation, Inc. Actions Only*

/s/ Michael R. Scott

Michael R. Scott (*pro hac vice*)
Michael J. Ewart (*pro hac vice*)
1221 Second Avenue, Suite 500
Seattle, WA 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789
mrs@hcmp.com; mje@hcmp.com

*Counsel for Chi Mei Optoelectronics Corporation (n/k/a Innolux Corporation), CMO Japan Co., Ltd., and Chi Mei Optoelectronics USA, Inc. for the MetroPCS Wireless, Inc. Action Only*

1 | Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this
2 | document has been obtained from stipulating defendants.

3 | **IT IS SO ORDERED.**

5 | Dated: ___6/20___, 2013

7 | _____
8 | Susan Illston, United States District Judge