**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. M 07-1827 SI<br>MDL. No. 1827 |
| _____ / | |
| This Order Relates to: | Case No. 3:11-cv-05781 SI<br>Case No. 3:10-cv-05625 SI<br>Case No. 3:11-cv-06241 SI<br>Case No. 3:11-cv-03342 SI |
| *AASI Creditor Liquidating Trust, by and through Kenneth A. Welt, Liquidating Trustee v. AU Optronics Corporation, et al.*, Case No. 3:11-cv-05781 SI | Case No. 3:11-cv-03763 SI<br>Case No. 3:11-cv-02495 SI<br>Case No. 3:11-cv-00829 SI<br>Case No. 3:12-cv-01426 SI<br>Case No. 3:11-cv-02225 SI |
| *Siegel v. AU Optronics Corporation, et al.,* Case No. 3:10-cv-05625 SI | Case No. 3:11-cv-04119 SI<br>Case No. 3:10-cv-05458 SI<br>Case No. 3:12-cv-02495 SI |
| *CompuCom Systems, Inc. v. AU Optronics Corporation, et al.,* Case No. 3:11-cv-06241 SI | Case No. 3:10-cv-05616 SI<br>Case No. 3:12-cv-01599 SI<br>Case No. 3:12-cv-02214 SI |
| *Electrograph Systems, Inc., et al. v. NEC Corporation, et al.,* Case No. 3:11-cv-03342 SI | Case No. 3:11-cv-05765 SI<br>Case No. 3:10-cv-03205 SI<br>Case No. 3:11-cv-03856 SI |
| *Interbond Corporation of America v. AU Optronics Corporation, et al.,* Case No. 3:11-cv-03763 SI | Case No. 3:12-cv-00335 SI<br><br>**ORDER RE DEADLINE TO FILE MOTIONS TO COMPEL IN TRACK 2 CASES** |
| *JACO Electronics, Inc. v. AU Optronics Corporation, et al.,* Case No. 3:11-cv-02495 SI | |
| *MetroPCS Wireless, Inc. v. AU Optronics Corporation, et al.*, Case No. 3:11-cv-00829 SI | |
| *NECO Alliance, LLC v. AU Optronics Corporation, et al.*, Case No. 3:12-cv-01426 SI | |
| *Office Depot, Inc. v. AU Optronics Corporation, et al.,* Case No. 3:11-cv-02225 SI | |
| *P.C. Richard & Son Long Island Corporation, et al., v. AU Optronics Corporation, et al.,* Case No. 3:11-cv-04119 SI | |
| (caption continued on next page) | |

*SB Liquidation Trust v. AU Optronics Corporation, et al.*, Case No. 3:10-cv-05458 SI

*Rockwell Automation, Inc. v. AU Optronics Corporation, et al.,* Case No. 3:12-cv-2495-SI

*Sony Electronics, Inc. v. LG Display Co., Ltd.,* Case No. 3:10-cv-05616 SI

*Sony Electronics, Inc. v. AU Optronics Corporation, et al.*, Case No. 3:12-cv-01599 SI

*Sony Electronics, Inc. v. HannStarDisplay Corp.*, Case No. 3:12-cv-02214 SI

*Tech Data Corporation and Tech Data Product Management, Inc. v. AU Optronics Corporation, et al.,* Case No. 3:11-cv-05765 SI

*Tracfone Wireless, Inc. v. AU Optronics Corporation, et al.,* Case No. 3:10-cv-03205 SI

*Schultze Agency Services, LLC on behalf of Tweeter OPCO, LLC and Tweeter Newco, LLC v. AU Optronics Corporation, et al.*, Case No. 3:11-cv-03856 SI

*Viewsonic Corporation v. AU Optronics Corporation, et al.*, Case No. 3:12-cv-00335 SI

/

Pursuant to the Stipulation and Order Setting Revised Track 2 Deadlines, Docket No. 7665, fact discovery in these cases closed on May 17, 2013.[1] Under Civil Local Rule 37-3, motions to compel fact discovery are required to be filed within seven days after the discovery cut-off. However the Court has approved numerous stipulations to extend the May 24, 2013 deadline.

The Court now finds it appropriate to set **July 26, 2013** as a final deadline by which all motions to compel fact discovery must be filed. This deadline replaces the earlier deadlines to file motions to compel fact discovery that the Court has approved between various parties. The Track 2 parties are hereby notified that the Court will not grant any further extensions beyond this date absent a compelling reason. The extension of the motion to compel deadline does not impact or change any other deadlines

---

[1] The Court has permitted amendments to this deadline for certain parties pursuant to stipulations received by these parties.

2

1 currently set by the Court.

3 **IT IS SO ORDERED.**

5 Dated: June 25, 2013

SUSAN ILLSTON
United States District Judge