1  Steven V. Bomse (Bar No. 40686)
   sbomse@orrick.com
2  David M. Goldstein (Bar No. 142334)
   dgoldstein@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
5  San Francisco, CA  94105
   Telephone:    (415) 773-5700
6  Facsimile:    (415) 773-5759

7  *Attorneys for Sony Electronics Inc. and Sony Computer
8  Entertainment America, LLC*

9  UNITED STATES DISTRICT COURT

10  NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:12-cv-01599 SI |
| ——————————————— | Master File No. 3:07-md-1827 SI<br>MDL No. 1827 SI |
| This Document Relates to: | |
| SONY ELECTRONICS INC. and SONY COMPUTER ENTERTAINMENT AMERICA LLC, | **[PROPOSED] ORDER REGARDING DISMISSAL OF SHARP CORPORATION AND SHARP ELECTRONICS CORPORATION** |
| Plaintiffs, | |
| v. | |
| AU OPTRONICS CORP.; AU OPTRONICS CORP. AMERICA; SHARP CORP.; and SHARP ELECTRONICS CORP., | |
| Defendants. | |

The Court having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. All claims asserted by Sony Electronics Inc. and Sony Computer Entertainment America LLC against Sharp Corporation and Sharp Electronics Corporation in the underlying action are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

2. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED**.

Dated: _____6/27_____, 2013      _____
                                      Honorable Susan Y. Illston
                                      United States District Judge