**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: TFT-LCD (FLAT PANEL) ANTITRUST
LITIGATION

No. M 07-1827 SI
MDL. No. 1827

_____/

This Order Relates to:

ALL CASES

**ORDER RE ADMINISTRATIVE
MOTIONS TO FILE DOCUMENTS
UNDER SEAL**

_____/

The Court previously set out guidelines regarding administrative motions to file documents under seal, *see* Docket No. 6243. Nevertheless, parties in this action continue to designate as confidential information that no longer constitutes highly sensitive business information or has already been made public or will soon be made public through its use at trial.

Accordingly, the parties are reminded any party wishing to file documents under seal must include in its supporting declaration: 1) the identity of the documents or portions of the documents that contain currently sensitive information; 2) why such information should be filed under seal but considered for purposes of the motion; and 3) an attestation that the subject information has not already been used at trial or is not otherwise publically available. The parties must explain why the information they wish to file under seal continues to remain highly sensitive at this time, even if it was previously designated as confidential pursuant to a protective order. Additionally, if parties wish to file under seal only portions of a document, the parties shall highlight the portions of the document(s) they wish to file under seal and submit this highlighted version to chambers.

**IT IS SO ORDERED.**

Dated: July 1, 2013

SUSAN ILLSTON
United States District Judge