CHRISTOPHER A. NEDEAU (CA SBN 81297)
CARL L. BLUMENSTEIN (CA SBN 124158)
FARSCHAD FARZAN (CA SBN 215194)
NATASHA A. SAGGAR SHETH (CA SBN 282896)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone:    (415) 398-3600
Facsimile:    (415) 398-2438
cnedeau@nossaman.com
cblumenstein@nossaman.com
ffarzan@nossaman.com
nsaggarsheth@nossaman.com

Attorneys for Defendants
AU OPTRONICS CORPORATION and
AU OPTRONICS CORPORATION AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Best Buy v. AU Optronics Corp. et al*, Case No. 10-CV-4572,<br><br>*Best Buy v. Toshiba Corp. et al* Case No. 12-CV-4114<br><br>*Eastman Kodak Company v. Epson Imaging Devices Corp. et al.*, Case No. 10-CV-5452<br><br>*Target Corp, et. al., v. AU Optronics Corp. et al.*, Case No. 10-CV-4945 | CASE NO. 3:07-md-1827 SI<br>MDL No. 1827<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER CONCERNING PRESENCE OF WITNESSES IN THE COURTROOM** |

# INTRODUCTION

Defendants AU Optronics Corporation and AU Optronics Corporation America ("AUO"); Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc. ("Toshiba"); HannStar Display Corporation ("HannStar"); and LG Display America, Inc. and LG Display Co. Ltd. ("LG") (together, "Defendants") on the one hand, and Plaintiffs' Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P.; Bestbuy.com, L.L.C., and Magnolia Hi-Fi, Inc. ("Best Buy"); Eastman Kodak Company ("Kodak"); and Target Corporation, Sears, Roebuck & Co; Kmart Corp., RadioShack Corp., Old Comp, Inc., Newegg, Inc., and Good Guys Inc. ("Target") (together "Plaintiffs"), on the other hand, (collectively, the "Parties"), through their counsel of record, do hereby stipulate as follows:

WHEREAS Plaintiffs filed a motion *in limine* seeking to exclude percipient witnesses, except for one party representative, from the courtroom unless testifying (Dkt. No. 8144, MIL No. 19);

IT IS HEREBY STIPULATED AND AGREED by and between the Parties as follows:

1. Each party may have a maximum of one (1) witness that is designated as a party representative and who may later testify at trial present in the courtroom when proceedings related to the trial are in session at any time prior to his or her testimony. Any other percipient witnesses that may testify at trial may not be present in the courtroom when proceedings related to the trial are in session at any time prior to his or her testimony.

2. This limitation does not extend to any expert witnesses.

3. There is no limitation on the number of non-testifying party representatives in the courtroom during trial.

/ / /

/ / /

/ / /

/ / /

| | |
|---|---|
| DATED: July 2, 2013 | NOSSAMAN LLP |

By: _____/s/ *Carl L. Blumenstein*_____
      CARL L. BLUMENSTEIN

Christopher A. Nedeau (SBN 81297)
Carl L. Blumenstein (SBN 124158)
Farschad Farzan (SBN 215194)
Natasha A. Saggar Sheth (SBN 282896)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, California 94111
Telephone: (415) 398-3600
Facsimile: (415) 398-2438
cnedeau@nossaman.com
cblumenstein@nossaman.com
ffarzan@nossaman.com
nsaggarsheth@nossaman.com

Attorneys for Defendants AU Optronics Corporation and AU Optronics Corporation America

DATED: July 1, 2013

FREITAS TSENG & KAUFMAN LLP

By: _____/s/ *Robert E. Freitas*_____
      Robert E. Freitas

Robert E. Freitas (SBN 80948)
Jason S. Angell (SBN 221607)
Jessica N. Leal (SBN 267232)
FREITAS TSENG & KAUFMAN LLP
100 Marine Parkway, Suite 200
Redwood Shores, CA 94065
Telephone:   (650) 593-6300
Facsimile:   (650) 593-6301
rfreitas@ftklaw.com
jangell@ftklaw.com
jleal@ftklaw

Attorneys for Defendant
HannStar Display Corporation

| | | |
|---|---|---|
| 1 | DATED: July 2, 2013 | MUNGER, TOLLES & OLSON LLP |
| 2 | | |
| 3 | | By: ___/s/ Jerome C. Roth___<br>Jerome C. Roth |

Brad D. Brian (SBN 079001)
Stuart N. Senator (SBN 148009)
Truc T. Do (SBN 191845)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Los Angeles, CA  90071-1560
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702
*Brad.Brian@mto.com*

Jerome C. Roth (SBN 159483)
MUNGER, TOLLES & OLSON LLP
560 Mission Street
San Francisco, CA  94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077
*Jerome.Roth@mto.com*

Attorneys for Defendants LG Display Co., Ltd. and LG Display America, Inc.

DATED: July 2, 2013        WHITE & CASE LLP

By: ___/s/ Christopher M. Curran___
Christopher M. Curran

Christopher M. Curran (*pro hac vice*)
Email:  ccurran@whitecase.com
J. Mark Gidley (*pro hac vice*)
Email: mgidley@whitecase.com
Martin M. Toto (*pro hac vice*)
Email:  mtoto@whitecase.com
John H. Chung (*pro hac vice*)
Email:  jchung@whitecase.com
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
Telephone:     (212) 819-8200
Facsimile:     (212) 354-8113

Attorneys for Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc.

| | |
|---|---|
| DATED: July 2, 2013 | **CROWELL & MORING LLP**<br><br>  /s/ Janet I. Levine  <br>Janet I. Levine (CA Bar No. 94255)<br>Jason C. Murray (CA Bar No. 169806)<br>Joshua C. Stokes (CA Bar No. 220214)<br>CROWELL & MORING LLP<br>515 South Flower St., 40th Floor<br>Los Angeles, CA 90071<br>Telephone: 213-622-4750<br>Facsimile:  213-622-2690<br>Email: jmurray@crowell.com<br>jlevine@crowell.com<br>jstokes@crowell.com<br><br>Jeffrey H. Howard (pro hac vice)<br>Jerome A. Murphy (pro hac vice)<br>Matthew J. McBurney (pro hac vice)<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>Telephone: 202-624-2500<br>Facsimile: 202-628-5116<br>Email: jhoward@crowell.com<br>jmurphy@crowell.com<br>mmcburney@crowell.com<br><br>*Attorneys for Plaintiffs Target Corporation; Sears, Roebuck & Co; Kmart Corp.; RadioShack Corp., Old Comp, Inc.; Newegg, Inc., and Good Guys Inc.* |
| DATED: July 2, 2013 | **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**<br><br>  /s/ Roman M. Silberfeld  <br>Roman M. Silberfeld, Bar No. 62783<br>David Martinez, Bar No. 193183<br>ROBINS, KAPLAN, MILLER & CIRESI L.L.P.<br>2049 Century Park East, Suite 3400<br>Los Angeles, CA 90067-3208<br>Telephone: 310-552-0130<br>Facsimile: 310-229-5800<br>Email:         RMSilberfeld@rkmc.com<br>                     DMartinez@rkmc.com<br><br>Laura E. Nelson, Bar No. 231856<br>ROBINS, KAPLAN, MILLER & CIRESI L.L.P.<br>800 LaSalle Avenue<br>2800 LaSalle Plaza<br>Minneapolis, MN 55402<br>Telephone: 612-349-8500<br>Facsimile: 612-339-4181<br>Email: LENelson@rkmc.com<br><br>*Attorneys For Plaintiffs Best Buy Co., Inc.; Best* |

|   |   |
|---|---|
| | Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; BESTBUY.COM, L.L.C.; and Magnolia HI-FI, INC |
| By: | /s/ Karl D. Belgum |
| | Karl D. Belgum (State Bar No. 122752)<br>John R. Foote (State Bar No. 99674)<br>Blaire Z. Russell (State Bar No. 271693)<br>NIXON PEABODY LLP<br>One Embarcadero Center, 18th Floor<br>San Francisco, CA 94111-3600<br>Telephone: (415) 984-8200<br>Facsimile: (415) 984-8300<br>Email:    kbelgum@nixonpeabody.com<br>              jfoote@nixonpeabody.com<br>              brussell@nixonpeabody.com |
| | *Attorneys for Plaintiff Eastman Kodak Company* |

**ATTESTATION**: Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the signatories.

## O R D E R

IT IS SO ORDERED.

Dated:    7/8/13                                    _____
                                                                 The Honorable Susan Illston
                                                                 United States District Court Judge