1  WILLIAM S. FARMER (SBN 46694)
   DAVID BROWNSTEIN (SBN 141929)
2  JACOB P. ALPREN (SBN 235713)
3  **FARMER BROWNSTEIN JAEGER LLP**
   235 Pine Street, Suite 1300
4  San Francisco CA 94104
   Telephone: (415) 795-2050
5  Email: wfarmer@fbj-law.com
          jalpren@fbj-law.com
6          dbrownstein@fbj-law.com
7
   Attorneys for Defendant
8  CHUNGHWA PICTURE TUBES, LTD
9

10              **UNITED STATES DISTRICT COURT**

11            **NORTHERN DISTRICT OF CALIFORNIA,**

12                 **SAN FRANCISO DIVISION**

13 | IN RE TFT-LCD (FLAT PANEL)         | Master File No.  3:07-md-01827 SI
14 | ANTITRUST LITIGATION               | MDL No. 1827

15 | This Document Is Related to         | Individual Case No. 3:11-cv-00829-SI
   | Individual Case No. 3:11-cv-00829-SI |
16

17 | METROPCS WIRELESS, INC.,            | **NOTICE OF WITHDRAWAL AND
18 |                                     | SUBSTITUTION OF COUNSEL AND
   |            Plaintiff,               | [~~PROPOSED~~] ORDER**
19
20 |            v.
21 | AU OPTRONICS CORPORATION., *et al.,*
22 |            Defendants.
23

24  **TO THE COURT AND ALL COUNSEL OF RECORD:**

25       PLEASE TAKE NOTICE that Defendant Chunghwa Picture Tubes, Ltd. ("Chunghwa")

26  hereby substitutes Farmer Brownstein Jaeger LLP as counsel for Chunghwa in the above-

27  captioned matter in place of withdrawing counsel Gibson, Dunn & Crutcher LLP, as follows:

28

| | | |
|---|---|---|
| 1 | Former Counsel: | Joel S. Sanders |
| 2 | | jsanders@gibsondunn.com |
| | | Rachel S. Brass |
| 3 | | rbrass@gibsondunn.com |
| | | Joel Willard |
| 4 | | jwillard@gibsondunn.com |
| 5 | | **GIBSON, DUNN & CRUTCHER LLP** |
| | | 555 Mission Street, Suite 3000 |
| 6 | | San Francisco, California 94105-2933 |
| | | Telephone: 415.393.8200 |
| 7 | | Facsimile: 415.393.8306 |

8   New Counsel:     William S. Farmer
                     David C. Brownstein
9                    Jacob P. Alpren
                     **FARMERBROWNSTEIN JAEGER LLP**
10                   235 Pine Street, Suite 1300
                     San Francisco CA 94104
11                   Telephone:  (415) 795-2050
                     Email: wfarmer@fbj-law.com
12                   dbrownstein@fbj-law.com
                     jalpren@fbj-law.com
13

14

15      Please update all service lists and direct all future filings, discovery and correspondence

to William S. Farmer, David C. Brownstein and Jacob P. Alpren as noted above.

16      The undersigned parties consent to the above substitution of counsel.

17

18   DATED:  June ____, 2013                **CHUNGHWA PICTURE TUBES, LTD.**

19

20                                          By: _____
                                                 By:
21                                               Its:

22   DATED:  June **24**, 2013              **FARMERBROWNSTEIN JAEGER LLP**

23

24
                                            By:  __/s/_____
25                                               William S. Farmer

26                                          Attorneys for Defendant Chunghwa Picture
27                                          Tubes, Ltd.

28

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

| | | |
|---|---|---|
| 1 | Former Counsel: | Joel S. Sanders |
| 2 | | jsanders@gibsondunn.com |
| | | Rachel S. Brass |
| 3 | | rbrass@gibsondunn.com |
| | | Austin V. Schwing |
| 4 | | aschwing@gibsondunn.com |
| 5 | | GIBSON, DUNN & CRUTCHER LLP |
| | | 555 Mission Street, Suite 3000 |
| 6 | | San Francisco, California 94105-2933 |
| | | Telephone: 415.393.8200 |
| 7 | | Facsimile: 415.393.8306 |
| 8 | New Counsel: | William S. Farmer |
| | | David C. Brownstein |
| 9 | | Jacob P. Alpren |
| 10 | | FARMERBROWNSTEIN JAEGER LLP |
| | | 235 Pine Street, Suite 1300 |
| 11 | | San Francisco CA 94104 |
| | | Telephone: (415) 795-2050 |
| 12 | | Email: wfarmer@fbj-law.com |
| | | dbrownstein@fbj-law.com |
| 13 | | jalpren@fbj-law.com |

14    Please update all service lists and direct all future filings, discovery and correspondence

15  to William S. Farmer, David C. Brownstein and Jacob P. Alpren as noted above.

16    The undersigned parties consent to the above substitution of counsel.

17

18  DATED: July 14, 2013             CHUNGHWA PICTURE TUBES, LTD.

19

20                                  By: Dannie Liu
                                    By: Dannie Liu
21                                  Its: Director

22  DATED: June ___, 2013           FARMERBROWNSTEIN JAEGER LLP

23

24

25                                  By: /s/
                                    William S. Farmer

26                                  Attorneys for Defendant Chunghwa Picture
27                                  Tubes, Ltd.

28

1   DATED: June 2𝓵, 2013              GIBSON, DUNN & CRUTCHER LLP

2

3                                     By: [signature]

4

5                                     Attorneys for Defendant Chunghwa Picture
                                      Tubes, Ltd.
6

7       Attestation: The filer of this document attests that the concurrence of the other

8   signatories thereto has been obtained.

9

10                              O R D E R

11  The above substitution of counsel is approved and IT IS SO ORDERED.

12

13  DATED:  7/18/13              [signature]

14                                    HONORABLE SUSAN ILLSTON
                                      UNITED STATES DISTRICT COURT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                      3                    Case No. 11-cv-0829 SI
                      NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

1

DATED:  June ____, 2013                     **GIBSON, DUNN & CRUTCHER LLP**

2

3

By: _____

4

5

Attorneys for Defendant Chunghwa Picture

6

Tubes, Ltd.

7

Attestation:  The filer of this document attests that the concurrence of the other

8

signatories thereto has been obtained.

9

10

**O R D E R**

11

The above substitution of counsel is approved and IT IS SO ORDERED.

12

13

DATED:

14

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28