Jeffrey H. Howard (*pro hac vice*)
Jerome A. Murphy (*pro hac vice*)
Matthew J. McBurney (pro hac vice)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  202-624-2500
Facsimile:  202-628-5116
Email: jhoward@crowell.com
          jmurphy@crowell.com
          mmcburney@crowell.com

Jason C. Murray (CA Bar No. 169806)
Janet I. Levine (CA Bar No. 94255)
Joshua C. Stokes (CA Bar No. 220214)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone:  213-622-4750
Facsimile:  213-622-2690
Email: jmurray@crowell.com
          jlevine@crowell.com
          jstokes@crowell.com

*Counsel for Plaintiffs Target Corporation, Sears,
Roebuck and Co., Kmart Corporation, Old Comp
Inc., Good Guys, Inc., RadioShack Corporation,
and Newegg, Inc.*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Target Corp., et al. v. AU Optronics Corp., et al.*, Case 10-cv-4945-SI | Master Docket No. C M:07-01827 SI<br><br>MDL No. 1827<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER** |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

1    The undersigned counsel, on behalf of Plaintiffs Target Corporation, Sears, Roebuck and

2 Co., Kmart Corporation, Old Comp Inc., Good Guys, Inc., RadioShack Corporation, and

3 Newegg, Inc. (collectively, the "Target Plaintiffs") and Defendants LG Display Co. Ltd. and LG

4 Display America, Inc. ("LG Display," and together with the Target Plaintiffs, the "Settling

5 Parties"), hereby stipulate and agree as follows:

6    WHEREAS, the Settling Parties are entering into a comprehensive confidential settlement

7 calling for, *inter alia*, dismissal of the case captioned *Target Corp., et al. v. AU Optronics Corp., et*

8 *al.*, Case No. 10-cv-4945-SI, with respect to LG Display (the "Settlement");

9    WHEREAS, as a result of the Settlement, LG Display will not be participating in further

10 pretrial proceedings or the trial scheduled to commence on July 22, 2013 in Case No. 10-cv-4945-

11 SI (the "Trial");

12    WHEREAS, certain of the terms of the Settlement will be fulfilled by the respective

13 parties after the commencement of the Trial;

14    WHEREAS, Case No. 10-cv-4945-SI will be dismissed with prejudice as to LG Display

15 pursuant to the Settlement.

16    WHEREAS, the Settling Parties agree that it is proper to defer any trial of the claims in

17 Case No. 10-cv-4945-SI as to LG Display alone and that, in the event that Case No. 10-cv-4945-SI is

18 not dismissed with respect to LG Display, trial should be rescheduled to take place in advance of the

19 trial of the Track 2 cases.

20    NOW THEREFORE, IT IS HEREBY STIPULATED by the undersigned counsel on

21 behalf of the Settling Parties that the trial of Case No. 10-cv-4945-SI is deferred as to LG Display

22 alone, to be rescheduled as specified above in the event that Case No. 10-cv-4945-SI is not

23 dismissed as to LG Display.

24    **IT IS SO STIPULATED.**

25

26

27

28

1    Dated:  July 18, 2013                                        _____/s/ Jerome A. Murphy_____

2                                                            Jeffrey H. Howard (*pro hac vice*)
                                                           Jerome A. Murphy (*pro hac vice*)
3                                                           Matthew J. McBurney (*pro hac vice*)
                                                           CROWELL & MORING LLP
4                                                           1001 Pennsylvania Avenue, N.W.
                                                           Washington, D.C. 20004
5                                                           Telephone:  202-624-2500
                                                           Facsimile:  202-628-5116
6                                                           Email:  jhoward@crowell.com
                                                                   jmurphy@crowell.com
7                                                                   mmcburney@crowell.com

8                                                            Jason C. Murray (CA Bar No. 169806)
                                                           Janet I. Levine (CA Bar No. 94255)
9                                                           Joshua C. Stokes (CA Bar No. 220214)
                                                           CROWELL & MORING LLP
10                                                          515 South Flower St., 40th Floor
                                                           Los Angeles, CA  90071
11                                                          Telephone:  213-622-4750
                                                           Facsimile:  213-622-2690
12                                                          Email:  jmurray@crowell.com
                                                                   jlevine@crowell.com
13                                                                  jstokes@crowell.com

14                                                          Kenneth L. Adams (pro hac vice)
                                                           R. Bruce Holcomb (pro hac vice)
15                                                          Christopher T. Leonardo (pro hac vice)
                                                           ADAMS HOLCOMB LLP
16                                                          1875 Eye Street NW
                                                           Washington, DC 20006
17                                                          Telephone:  202-580-8822
                                                           Facsimile: 202-580-8821
18                                                          Email:  adams@adamsholcomb.com
                                                                   holcomb@adamsholcomb.com
19                                                                  leonardo@adamsholcomb.com

20                                                          *Counsel for Plaintiffs Target Corporation,*
                                                           *Sears, Roebuck and Co., Kmart Corporation,*
21                                                          *Old Comp Inc., Good Guys, Inc., RadioShack*
                                                           *Corporation, and Newegg, Inc.*
22

23

24

25

26

27

28

1    Dated: July 18, 2013                                  _____/s/ Brad D. Brian_____

2                                                          Brad D. Brian (State Bar No. 079001)
                                                           Stuart N. Senator (State Bar No. 148009)
3                                                          Truc T. Do (State Bar No. 191845)
                                                           MUNGER, TOLLES & OLSON LLP
4                                                          355 South Grand Avenue
                                                           Los Angeles, CA  90071-1560
5                                                          Telephone:  (213) 683-9100
                                                           Facsimile:  (213) 687-3702
6                                                          Email:  Brad.Brian@mto.com

7                                                          Jerome C. Roth (State Bar No. 159483)
                                                           MUNGER, TOLLES & OLSON LLP
8                                                          560 Mission Street
                                                           San Francisco, CA  94105-2907
9                                                          Telephone:  (415) 512-4000
                                                           Facsimile:  (415) 512-4077
10                                                         Email: Jerome.Roth@mto.com

11                                                         *Counsel for Defendants LG Display Co. Ltd.
                                                           and LG Display America, Inc.*
12

13

14
        Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of
15
this document has been obtained from each of the above signatories.
16

17

18

19

20

21

22

23

24

25

26

27

28

CROWELL
& MORING LLP
ATTORNEYS AT LAW
                                                  -4-                    Stipulation and [Proposed] Order
                                                                              Case No. 07-01827-SI

1

2   **IT IS SO ORDERED.**

3

4   Dated: _____7/18_____, 2013

5

6   _____

7   Susan Illston, United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28