IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION / | No. M 07-1827 SI<br>MDL. No. 1827 |
| This Order Relates to:<br><br>*Best Buy v. AU Optronics Corp. et al,* Case No. 10-CV-4572,<br><br>*Best Buy v. Toshiba Corp. et al* Case No. 12-CV-4114<br><br>*Eastman Kodak Company v. Epson Imaging Devices Corp. et al.,* Case No. 10-CV-5452 / | **ORDER RE JURORS TO BE DISMISSED** |

The parties have agreed to dismiss certain jurors from service for trial commencing on July 22, 2013. Having reviewed the proposed list of jurors to be excused, the Court dismisses Jurors 1, 10, 13, and 20.

**IT IS SO ORDERED.**

Dated: July_19_, 2013

_____
SUSAN ILLSTON
United States District Judge