1  Christopher M. Curran (*pro hac vice*)
   Email:  ccurran@whitecase.com
2  J. Mark Gidley (*pro hac vice*)
   Email: mgidley@whitecase.com
3  Martin M. Toto (*pro hac vice*)
   Email:  mtoto@whitecase.com
4  John H. Chung (*pro hac vice*)
   Email:  jchung@whitecase.com
5  **WHITE & CASE**
   1155 Avenue of the Americas
6  New York, NY 10036
   Telephone:     (212) 819-8200
7  Facsimile:      (212) 354-8113

8  *Attorneys for Toshiba Corporation,*
   *Toshiba Mobile Display Co., Ltd.,*
9  *Toshiba America Electronic*
   *Components, Inc., and Toshiba*
10 *America Information Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE:  TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-01827 SI<br>MDL No. 1827 |
| This Document Relates to:<br><br>*Best Buy Co., Inc. v. AU Optronics Corp., et al.,*<br>Case No. 10-CV-4572<br><br>*Best Buy Co., Inc. v. Toshiba Corp. et al.,*<br>Case No. 12-CV-4114 | Individual Cases:<br>Case No. 10-CV-4572<br>Case No. 12-CV-4114<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE OWNERSHIP RELATIONSHIPS OF THE TOSHIBA ENTITIES**<br><br>**The Honorable Susan Illston** |

The Track 1B Plaintiffs (Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., BestBuy.com, L.L.C., and Magnolia Hi-Fi, Inc.) (collectively, "Plaintiffs") on the one hand, and Defendants Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc. ("Toshiba"), on the other hand (collectively, the "Parties"), through their counsel of record hereby stipulate to the following facts, as follows:

## I. TOSHIBA

1. Toshiba Corporation owned 100 percent of Toshiba America, Inc. ("TAI") from 1998 through 2006.

2. TAI owned 100 percent of Toshiba America Information Systems ("TAIS") from 1998 through 2006.

3. TAI owned 100 percent of Toshiba America Consumer Products LLC ("TACP") from 1998 through 2006.  During part of the period from 1988 through 2006, TACP was also known as Toshiba America Consumer Products, Inc.

4. TAI owned 100 percent of Toshiba America Electronic Components, Inc. ("TAEC") from 1998 through 2006.

5. Toshiba Corporation owned 60 percent of Toshiba Matsushita Display Technology Co., Ltd. ("TMD") from April 1, 2002 through 2006.

6. Matsushita Electric Industrial Co., Ltd.  ("Matsushita") (n.k.a. Panasonic Corporation) owned 40 percent of TMD from April 1, 2002 through 2006.

**IT IS SO STIPULATED.**

Dated: July 22, 2013                    */s/ Christopher M. Curran*

Christopher M. Curran (*pro hac vice*)
J. Mark Gidley (*pro hac vice*)
Martin M. Toto (*pro hac vice*)
John H. Chung (*pro hac vice*)
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY  10036
Telephone:  (212) 819-8200
Facsimile:   (212) 354-8113
Email:  ccurran@whitecase.com
            mgidley@whitecase.com
            mtoto@whitecase.com
            jchung@whitecase.com

*Attorneys for Defendants Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc.*

Dated: July 22, 2013                    */s/ Roman M. Silberfeld*

Roman M. Silberfeld, State Bar No. 62783
David Martinez, State Bar No. 193183
Laura E. Nelson, State Bar No. 231856
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:     (310) 552-0130
Facsimile:      (310) 229-5800
Email:     RMSilberfeld@rkmc.com
               DMartinez@rkmc.com

*Attorneys For Plaintiffs Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; BestBuy.com, L.L.C.; and Magnolia Hi-Fi, Inc.*

**ORDER**

IT IS SO ORDERED.

Dated: __7 / 23__, 2013            _____
                                                      The Honorable Susan Illston
                                                      UNITED STATES DISTRICT COURT JUDGE