**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. M 07-1827 SI<br>MDL. No. 1827 |
| This Order Relates to: | **ORDER RE EXTENSION OF DEADLINE TO FILE MOTIONS TO COMPEL IN TRACK TWO CASES** |
| ALL TRACK TWO CASES | |

Pursuant to the Stipulation and Order Setting Revised Track 2 Deadlines, Docket No. 7665, fact discovery closed on May 17, 2013.[1]   Under Civil Local Rule 37-3, motions to compel fact discovery are required to be filed within seven days after the discovery cut-off. However, in light of the numerous stipulations received by the Court to extend the deadline, the Court previously set a deadline of July 26, 2013, by which all motions to compel fact discovery should be filed.  *See* Docket No. 8182.

Requests to further extend this deadline have been received.  In view of the Court's preference that parties meet and confer regarding discovery, the Court now extends this deadline to **August 30, 2013**.  Parties shall submit their motions to compel to the Special Master by this deadline.  After this date, the Special Master will only consider motions upon a showing of good cause.  The extension of this deadline does not impact or change any other deadlines currently set by the Court.

**IT IS SO ORDERED.**

Dated: July 25, 2013

SUSAN ILLSTON
United States District Judge

---

[1]The Court permitted amendments to this deadline pursuant to stipulations by certain parties.