Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Judith A. Zahid (215418)
Patrick B. Clayton (240191)
Qianwei Fu (242669)
Heather T. Rankie (268002)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile:  (415) 693-0770
*fscarpulla@zelle.com*

Joseph M. Alioto (42680)
Theresa D. Moore (99978)
ALIOTO LAW FIRM
225 Bush Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile:  (415) 434-9200
*jmalioto@aliotolaw.com*

*Co-Lead Class Counsel for Indirect-Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:07-MD-1827 SI<br>MDL No. 1827 |
| This Document Relates to: | [~~PROPOSED~~] ORDER RE: DISTRIBUTION FROM ESCROW FUNDS FOR CLAIMS ADMINISTRATION |
| All Indirect-Purchaser Actions; | |
| *State of Missouri, et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-3619; | The Honorable Susan Illston |
| *State of Florida v. AU Optronics Corporation, et al.*, Case No. 10-cv-3517; and | |
| *State of New York v. AU Optronics Corporation, et al.*, Case No. 11-cv-0711. | |

WHEREAS, on December 27, 2011, the Court granted final approval to settlements between the Indirect-Purchaser Plaintiffs ("IPPs") and the States of Arkansas, California, Florida, Michigan, Missouri, New York, West Virginia, and Wisconsin ("Settling States") on the one hand, and defendants Chimei, Chunghwa, Epson, HannStar, Hitachi, Samsung and Sharp, as identified in the respective Settlement Agreements, and inclusive of related entities also identified in the respective Settlement Agreements (collectively, "Group-I Settling Defendants"), on the other hand; and

WHEREAS, on July 30, 2012, the Court granted preliminary approval to the settlements between IPPs and the Settling States, and defendants AUO, LG and Toshiba, as identified in the respective Settlement Agreements (collectively, "Group-II Settling Defendants" and with the Group-I Settling Defendants referred to hereafter as "All Settling Defendants"), on the other hand; and

WHEREAS, the Settlement Agreements with All Settling Defendants provide that the costs of administration of the claims process shall be paid from the Settlement Fund of each Settling Defendant, *pro rata*, based on each Settling Defendant's Settlement Amount; and

WHEREAS, the cost of claims administration invoiced by Rust Consulting is $152,081.09 (see Exhibit 1 attached hereto); and

WHEREAS, pursuant to the Settlement Agreements the following amounts may be deducted from each Settling Defendant's Settlement Fund to pay such costs of claims administration:

| | |
|---|---|
| Chimei | $15,498.73 |
| Chunghwa | $745.62 |
| Epson | $400.56 |
| HannStar | $3,605.06 |
| Hitachi | $5,478.18 |
| Samsung | $33,731.60 |
| Sharp | $16,233.33 |
| AUO | $22,698.55 |

1

|  | |
|---|---|
| LG | $50,737.95 |
| Toshiba | $2,951.51 |
| **TOTAL** | **$152,081.09** |

WHEREAS, Well Fargo Bank, N.A. has informed the parties that it requires an order from the Court before it will distribute payment for these additional costs;

THEREFORE, IT IS HEREBY ORDERED that Wells Fargo Bank, N.A. shall wire **$152,081.09** to the following account:

Bank of Texas

ABA/Routing # 111014325

Account # 8093434387

Account Name:  Rust Consulting

Reference # 128325

Federal Tax ID # 41-1813634

Bank Contact: Mayra Landeros, (214) 987-8817

The balance of funds in the demand-deposit account, if any, shall be retained for additional costs as they are incurred.

**IT IS SO ORDERED.**

Dated: _____7/25/13___, 2013

_____
Hon. Susan Illston
United States District Judge

3246137v1

[PROPOSED] ORDER RE: DISTRIBUTION FROM ESCROW FUNDS FOR CLAIMS ADMINISTRATION

# EXHIBIT 1



# Invoice

625 MARQUETTE AVENUE, SUITE 880
MINNEAPOLIS, MN 55402
**P** 612.359.2000   I   **F** 612.359.2050
WWW.RUSTCONSULTING.COM
FEDERAL ID #: 41-1813634

| | |
|---|---|
| DATE: | 05/13/13 |
| INVOICE #: | 138242 |
| MATTER #: | 8292 |

**TO:**  Francis O. Scarpulla
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street
Suite 3400
San Franciso, CA  94104
fscarpulla@zelle.com
jdc@coopkirk.com

| PROJECT |
|---|
| *LCD Indirect* |
| *April 2013 Claims Administration Services* |

| | | |
|---|---|---:|
| Project Database | $ | 6,254.45 |
| Project Management | | 11,147.25 |
| Technical Consulting | | 792.65 |
| Follow-Up Notice | | 1,278.83 |
| Claim Forms Submitted (1,211 @ $0.15 each) | | 181.65 |
| Print & Mail | | 90.75 |
| Website Modification | | 2,406.00 |
| Document Receipting | | 361.26 |
| Scanning | | 3,816.12 |
| Correspondence/Admin Mail | | 2,165.80 |
| Data Capture | | 319.38 |
| Return Mail Processing | | 79.92 |
| Claims Validation & Audits | | 101,268.44 |
| Deficiency Claim Processing | | 6,501.53 |
| Deficiency Notification | | 1,028.60 |
| Mailroom & Data Capture Management | | 261.90 |
| Call Center Scripting | | 140.24 |
| Call Center Support | | 4,259.40 |
| **SUBTOTAL** | | 142,354.17 |
| Expenses: Other Charges and Out-of-Pocket Costs | | |
| Print and Mail Notice | | 3,624.48 |
| Call Center/Telecommunications | | 4,231.19 |
| Postage/Federal Express | | 801.75 |
| Shredding/Storage | | 94.00 |
| Other/Supplies | | 12.50 |
| Photocopies/Faxing/Printing | | 688.00 |
| Website Hosting | | 275.00 |
| **SUBTOTAL** | | 9,726.92 |
| **TOTAL INVOICE** | $ | 152,081.09 |
| **OUTSTANDING INVOICE(s)** | $ | 71,469.45 |
| **TOTAL DUE** | $ | 223,550.54 |

**PAYMENT TERMS: NET DUE UPON RECEIPT**

**WIRE INFORMATION**
ACCOUNT #: 8093434387
ABA/ROUTING # WIRE or ACH: 111014325
BANK: BANK OF TEXAS, DALLAS, TX 75225
BANK CONTACT: MAYRA LANDEROS  214.987.8817
REFERENCE: INVOICE NUMBER

**RUST**
**PAYMENT MAILING ADDRESS:**
P O BOX 142589
DRAWER #9051
Irving, TX  75014-2589



| | |
|---|---|
| DATE: | 05/13/13 |
| INVOICE #: | 138242 |
| MATTER #: | 8292 |

## STATEMENT OF ACCOUNT

Current Invoice Period:     April 2013 Claims Administration Services

**Total Current Invoice**                                    $      152,081.09

---

OUTSTANDING INVOICES:

| Date | Invoice # | Amount | Payments | Balance |
|---|---|---|---|---|
| 03/12/13 | 138084 | 71,469.45 | | 71,469.45 |

PREVIOUS BALANCE DUE                              $      71,469.45

---

**Total Amount Due**                                        $      223,550.54

**WIRE INFORMATION**
ACCOUNT #: 8093434387
ABA/ROUTING # WIRE or ACH: 111014325
BANK: BANK OF TEXAS, DALLAS, TX 75225
BANK CONTACT: MAYRA LANDEROS  214.987.8817
REFERENCE: INVOICE NUMBER

**RUST**
**PAYMENT MAILING ADDRESS:**
P O BOX 142589
DRAWER #9051
Irving, TX  75014-2589

**PAYMENT TERMS: NET DUE UPON RECEIPT**

```
                                    Inv#     138242
                                    Date     May 13, 2013
                                    Client Number  8292



Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street
Suite 3400
San Francisco, CA  94104
fscarpulla@zelle.com
jdc@coopkirk.com


Re:    LCD Indirect - Project Database              829202

For Professional Services Rendered:

    TIMEKEEPER              RATE      HOURS          FEES
    Brant Story        BS   188.00    2.10         394.80
    Brent Honeycutt    BH   188.00    0.20          37.60
    Christy Gilman     CG   188.00    0.50          94.00
    Cynthia Romero     CR   175.00    3.10         542.50
    Greg Brown         GSB  141.00    0.80         112.80
    Jacqueline Vu      JV   163.00    5.50         896.50
    Juan Carlos Quiroz JQ   175.00    3.40         595.00
    Kari Mason         KM   175.00    3.20         560.00
    Kevin Hartman      KH   185.00    0.50          92.50
    Rebecca Zoubek     RZ    80.00    0.60          48.00
    Roso Suarez        RS   185.00    9.90       1,831.50
    Samuel Vasquez     SV   163.00    1.75         285.25
    Shane McDonald     SM   175.00    4.00         700.00
    Tracey Rolle       TR    80.00    0.80          64.00

Total Fees:                                      6,254.45




Total Services                                   6,254.45




Total Expenses                                        .00
                                           --------------

Total This Matter                                6,254.45
                                           --------------
```

```
Inv#     138242
Date     May 13, 2013
Client Number  8292
```

Re:   LCD Indirect - Project Management                    829206

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| April Hyduk | AH | 192.00 | 17.80 | 3,417.60 |
| Doreen McGinley | DM | 125.00 | 3.40 | 425.00 |
| Grisel Hernandez | GR | 90.00 | 0.50 | 45.00 |
| Heather Handahl | HM | 164.00 | 1.00 | 164.00 |
| Jose Rivera | JR | 142.00 | 32.20 | 4,572.40 |
| Justin Honse | JH | 164.00 | 9.90 | 1,623.60 |
| Robin Niemiec | RN | 199.00 | 3.10 | 616.90 |
| Roso Suarez | RS | 185.00 | 0.90 | 166.50 |
| Sylvia Nettles | SN | 93.00 | 1.25 | 116.25 |

Total Fees:                                               11,147.25


Total Services                                            11,147.25


Total Expenses                                                  .00
                                                    --------------

Total This Matter                                         11,147.25
                                                    --------------

```
                              Inv#    138242
                              Date    May 13, 2013
                              Client Number  8292
```

Re:   LCD Indirect - Technical Consulting                 829207

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Greg Brown | GSB | 141.00 | 0.20 | 28.20 |
| Hai Bui | HB | 141.00 | 1.60 | 225.60 |
| Jacqueline Vu | JV | 163.00 | 1.25 | 203.75 |
| JoAnn Calderin | JC | 90.00 | 2.00 | 180.00 |
| Lee Anderson | LA | 141.00 | 1.10 | 155.10 |

Total Fees:                                              792.65


Total Services                                           792.65


Total Expenses                                               .00
                                                   --------------
Total This Matter                                        792.65
                                                   --------------

```
                              Inv#     138242
                              Date     May 13, 2013
                              Client Number  8292
```

Re:    LCD Indirect - Follow-Up Notice                    829213

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Bjorn Bergh | BB | 141.00 | 1.50 | 211.50 |
| Gregory Sartor | GWS | 185.00 | 0.10 | 18.50 |
| Juan Carlos Quiroz | JQ | 175.00 | 1.50 | 262.50 |
| Lucretia Hassing | LH | 121.00 | 0.20 | 24.20 |
| Michelle Lara | ML | 121.00 | 0.03 | 3.63 |
| Roso Suarez | RS | 185.00 | 4.10 | 758.50 |

Total Fees:                                              1,278.83

Total Services                                           1,278.83

Total Expenses                                                .00
                                                    --------------

Total This Matter                                        1,278.83
                                                    --------------

```
Inv#     138242
Date     May 13, 2013
Client Number  8292
```

Re:    LCD Indirect - Print & Mail                     829215

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Lucretia Hassing | LH | 121.00 | 0.75 | 90.75 |

Total Fees:                                              90.75

Total Services                                          90.75

Total Expenses                                             .00
                                                  --------------

Total This Matter                                       90.75
                                                  --------------

```
                              Inv#     138242
                              Date     May 13, 2013
                              Client Number  8292
```

Re:   LCD Indirect - Website Modification                      829223

For Professional Services Rendered:

```
     TIMEKEEPER                RATE      HOURS          FEES
     April Hyduk         AH   192.00     1.80         345.60
     Greg Brown          GSB  141.00     1.00         141.00
     Jose Rivera         JR   142.00     8.20       1,164.40
     Roso Suarez         RS   185.00     3.00         555.00
     Venkata Gopagari    VG   200.00     1.00         200.00
```

Total Fees:                                          2,406.00


Total Services                                       2,406.00


Total Expenses                                            .00
                                              --------------

Total This Matter                                    2,406.00
                                              --------------

```
                                   Inv#     138242
                                   Date     May 13, 2013
                                   Client Number  8292
```

Re:    LCD Indirect - Document Receipting              829230

For Professional Services Rendered:

| TIMEKEEPER | | | RATE | HOURS | FEES |
|---|---|---|---|---|---|
| Processor | 244 | 244 | 54.00 | 6.69 | 361.26 |

Total Fees:                                            361.26



Total Services                                         361.26



Total Expenses                                            .00
                                                 --------------
Total This Matter                                      361.26
                                                 --------------

```
                              Inv#    138242
                              Date    May 13, 2013
                              Client Number  8292
```

Re:   LCD Indirect - Scanning                        829231

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Scan Image Processor | 144 | 54.00 | 7.33 | 395.82 |
| Peter Hesse | PH | 206.00 | 1.00 | 206.00 |
| Roso Suarez | RS | 185.00 | 1.70 | 314.50 |
| Sammantha Malinowski | SM | 54.00 | 53.70 | 2,899.80 |

Total Fees:                                          3,816.12


Total Services                                       3,816.12


Total Expenses                                            .00
                                            --------------

Total This Matter                                    3,816.12
                                            --------------

```
                                    Inv#    138242
                                    Date    May 13, 2013
                                    Client Number  8292



Re:    LCD Indirect - Correspondence/Admin Mail            829232

For Professional Services Rendered:


    TIMEKEEPER              RATE        HOURS         FEES
    Doreen McGinley     DM  125.00      14.60      1,825.00
    Jose Rivera         JR  142.00       2.40        340.80

Total Fees:                                        2,165.80




Total Services                                     2,165.80




Total Expenses                                          .00
                                                 --------------

Total This Matter                                  2,165.80
                                                 --------------
```

```
                              Inv#     138242
                              Date     May 13, 2013
                              Client Number  8292
```

Re:   LCD Indirect - Data Capture                        829234

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Data Capture Processor | 144 | 54.00 | 1.97 | 106.38 |
| Jose Rivera | JR | 142.00 | 1.50 | 213.00 |

Total Fees:                                              319.38

Total Services                                           319.38

Total Expenses                                              .00
                                                  --------------

Total This Matter                                        319.38
                                                  --------------

```
Inv#     138242
Date     May 13, 2013
Client Number  8292
```

Re:   LCD Indirect - Return Mail Processing              829235

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Mailroom Processor | 151144 | 54.00 | 1.48 | 79.92 |

Total Fees:                                              79.92

Total Services                                           79.92

Total Expenses                                             .00
                                                 --------------
Total This Matter                                        79.92
                                                 --------------

```
                                    Inv#    138242
                                    Date    May 13, 2013
                                    Client Number  8292
```

Re:    LCD Indirect - Claims Validation & Audits          829236

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Angela Hernandez | AH | 142.00 | 90.63 | 12,869.46 |
| April Hyduk | AH | 192.00 | 9.60 | 1,843.20 |
| Doreen McGinley | DM | 125.00 | 191.20 | 23,900.00 |
| Grisel Hernandez | GR | 90.00 | 27.00 | 2,430.00 |
| JoAnn Calderin | JC | 90.00 | 163.05 | 14,674.50 |
| Jose Rivera | JR | 142.00 | 26.60 | 3,777.20 |
| Juliana Calderin | JC | 54.00 | 47.62 | 2,571.48 |
| Justin Honse | JH | 164.00 | 11.30 | 1,853.20 |
| Kenneth Rivera | KR | 90.00 | 138.60 | 12,474.00 |
| Mary Schoenherr | MS | 125.00 | 107.80 | 13,475.00 |
| Robin Weiss | RW | 90.00 | 62.00 | 5,580.00 |
| Roslyne Atilus | RA | 142.00 | 8.00 | 1,136.00 |
| Sammantha Malinowski | SM | 54.00 | 6.60 | 356.40 |
| Seth Virshup | SV | 90.00 | 11.80 | 1,062.00 |
| Sutton Link | SL | 142.00 | 23.00 | 3,266.00 |

Total Fees:                                              101,268.44




Total Services                                           101,268.44



Total Expenses                                                  .00
                                                         --------------

Total This Matter                                        101,268.44
                                                         --------------

```
                                    Inv#    138242
                                    Date    May 13, 2013
                                    Client Number  8292


    Re:   LCD Indirect - Deficiency Claim Processing          829237

    For Professional Services Rendered:


        TIMEKEEPER                   RATE       HOURS          FEES
        April Hyduk           AH    192.00       2.70        518.40
        Derrick Wersal        DW    141.00       4.13        582.33
        Doreen McGinley       DM    125.00      13.80      1,725.00
        Jose Rivera           JR    142.00      24.50      3,479.00
        Justin Honse          JH    164.00       1.20        196.80

    Total Fees:                                            6,501.53




    Total Services                                         6,501.53




    Total Expenses                                              .00
                                                       --------------

    Total This Matter                                      6,501.53
                                                       --------------
```

```
                                    Inv#     138242
                                    Date     May 13, 2013
                                    Client Number  8292
```

Re:   LCD Indirect  - Deficiency Notification            829238

For Professional Services Rendered:

| TIMEKEEPER |  | RATE | HOURS | FEES |
|---|---|---|---|---|
| Bjorn Bergh | BB | 141.00 | 1.05 | 148.05 |
| Derrick Wersal | DW | 141.00 | 1.00 | 141.00 |
| Elizabeth Sammons | ES | 121.00 | 0.64 | 77.44 |
| Julie Zitzmann | JZ | 121.00 | 3.71 | 448.91 |
| Justin Honse | JH | 164.00 | 1.30 | 213.20 |

Total Fees:                                        1,028.60

Total Services                                     1,028.60

Total Expenses                                          .00
                                               --------------

Total This Matter                                  1,028.60
                                               --------------

```
Inv#    138242
Date    May 13, 2013
Client Number  8292
```

Re:   LCD Indirect  - Mailroom & Data Capture Management       829239

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Mailroom Processor | 151144 | 54.00 | 4.85 | 261.90 |

Total Fees:                                           261.90

Total Services                                        261.90

Total Expenses                                            .00
                                              --------------
Total This Matter                                     261.90
                                              --------------

```
                              Inv#    138242
                              Date    May 13, 2013
                              Client Number  8292


Re:    LCD Indirect - Call Center Scripting            829246

For Professional Services Rendered:

      TIMEKEEPER              RATE      HOURS        FEES
       CSR     240       240   52.00     1.22        63.44
       April Hyduk       AH   192.00     0.40        76.80

Total Fees:                                         140.24




Total Services                                      140.24




Total Expenses                                          .00
                                             --------------
Total This Matter                                   140.24
                                             --------------
```

```
                              Inv#    138242
                              Date    May 13, 2013
                              Client Number  8292


Re:   LCD Indirect - Call Center Support              829247

For Professional Services Rendered:

    TIMEKEEPER                RATE      HOURS          FEES
     CSR    240         240   52.00      2.60         135.20
     April Hyduk         AH  192.00      0.60         115.20
     Doreen McGinley     DM  125.00      0.90         112.50
     Jose Rivera         JR  142.00     27.30       3,876.60
     Robin Niemiec       RN  199.00      0.10          19.90

Total Fees:                                        4,259.40




Total Services                                     4,259.40




Total Expenses                                          .00
                                              --------------

Total This Matter                                  4,259.40
                                              --------------
```

```
                                    Inv#     138242
                                    Date     May 13, 2013
                                    Client Number  8292


Re:    LCD Indirect - Expenses                      829290

For Professional Services Rendered:




Expense Detail:

Reference    Date    Description                       Amount
---------    ----    -----------                       ------
        Call Center/Telecommunications
             04/29/13  Live Call Center Support; 186 Calls    2,030.00
             04/30/13  Conference Calls 396.38 Minutes          154.59
             04/30/13  IVR 2604.33 Minutes                    1,093.82
             04/30/13  Long Distance 4773.2 Minutes             572.78
             04/30/13  IVR System Charge                        250.00
             04/30/13  Line Maintenance Charge Schedule         130.00
                                          Subtotal      4,231.19

        Postage/Federal Express
141529       04/23/13  Weekly Mail Pickup                         3.11
141767       04/29/13  Weekly Mail Pickup                         7.31
141768       04/29/13  Weekly Mail Pickup                         1.89
             04/29/13  Metered Postage ; 150 pieces              99.44
             04/30/13  Postage; 542 pieces                      249.32
             04/30/13  Postage; 958 pieces                      440.68
                                          Subtotal        801.75

        Shredding/Storage
             04/30/13  Storage and/or Shredding 35 Boxes         70.00
             04/30/13  Storage and/or Shredding 12 Boxes         24.00
                                          Subtotal         94.00

        Other
             04/30/13  Barcode Labels;500                        12.50
                                          Subtotal         12.50

        Photocopies/Faxing/Printing
             04/30/13  Photocopies/Faxing/Printing ;3434        688.00
                                          Subtotal        688.00
```

```
                                     Inv#    138242
                                     Date    May 13, 2013
                                     Client Number  8292


            Website Hosting
                 04/30/13  Web Monitor & Host          275.00
                                     Subtotal          275.00


Total Expenses                                       6,102.44
                                                 --------------

Total This Matter                                    6,102.44
                                                 --------------
```