1   Francis O. Scarpulla (41059)
    Craig C. Corbitt (83251)
2   Judith A. Zahid (215418)
    Patrick B. Clayton (240191)
3   Qianwei Fu (242669)
    Heather T. Rankie (268002)
4   ZELLE HOFMANN VOELBEL & MASON LLP
    44 Montgomery Street, Suite 3400
5   San Francisco, CA 94104
    Telephone: (415) 693-0700
6   Facsimile:  (415) 693-0770
    *fscarpulla@zelle.com*
7
    Joseph M. Alioto (42680)
8   Theresa D. Moore (99978)
    ALIOTO LAW FIRM
9   225 Bush Street, 16th Floor
    San Francisco, CA 94104
10  Telephone: (415) 434-8900
    Facsimile:  (415) 434-9200
11  *jmalioto@aliotolaw.com*

12  *Co-Lead Class Counsel for Indirect-Purchaser Plaintiffs*

13
                    **UNITED STATES DISTRICT COURT**
14
                   **NORTHERN DISTRICT OF CALIFORNIA**
15
                       **SAN FRANCISCO DIVISION**
16
17  IN RE TFT-LCD (FLAT PANEL)          )   Case No. 3:07-MD-1827 SI
    ANTITRUST LITIGATION                )   MDL No. 1827
18  _____ )
                                        )
19  This Document Relates to:           )   [~~PROPOSED~~] **ORDER RE:**
                                        )   **DISTRIBUTION FROM ESCROW**
20  All Indirect-Purchaser Actions;     )   **FUNDS FOR CLAIMS**
                                        )   **ADMINISTRATION**
21  *State of Missouri, et al. v. AU Optronics* )
    *Corporation, et al.*, Case No. 10-cv-3619; )
22                                      )   The Honorable Susan Illston
    *State of Florida v. AU Optronics Corporation,* )
23  *et al.*, Case No. 10-cv-3517; and  )
                                        )
24  *State of New York v. AU Optronics Corporation,*)
    *et al.*, Case No. 11-cv-0711.      )
25  _____ )
26
27
28

WHEREAS, on December 27, 2011, the Court granted final approval to settlements between the Indirect-Purchaser Plaintiffs ("IPPs") and the States of Arkansas, California, Florida, Michigan, Missouri, New York, West Virginia, and Wisconsin ("Settling States") on the one hand, and defendants Chimei, Chunghwa, Epson, HannStar, Hitachi, Samsung and Sharp, as identified in the respective Settlement Agreements, and inclusive of related entities also identified in the respective Settlement Agreements (collectively, "Group-I Settling Defendants"), on the other hand; and

WHEREAS, on July 30, 2012, the Court granted preliminary approval to the settlements between IPPs and the Settling States, and defendants AUO, LG and Toshiba, as identified in the respective Settlement Agreements (collectively, "Group-II Settling Defendants" and with the Group-I Settling Defendants referred to hereafter as "All Settling Defendants"), on the other hand; and

WHEREAS, the Settlement Agreements with All Settling Defendants provide that the costs of administration of the claims process shall be paid from the Settlement Fund of each Settling Defendant, *pro rata*, based on each Settling Defendant's Settlement Amount; and

WHEREAS, the cost of claims administration invoiced by Rust Consulting is $280,540.09 (see Exhibits 1 and 2 attached hereto); and

WHEREAS, pursuant to the Settlement Agreements the following amounts may be deducted from each Settling Defendant's Settlement Fund to pay such costs of claims administration:

| | |
|---|---|
| Chimei | $28,590.11 |
| Chunghwa | $1,375.43 |
| Epson | $738.91 |
| HannStar | $6,650.17 |
| Hitachi | $10,105.46 |
| Samsung | $62,223.81 |
| Sharp | $29,945.21 |
| AUO | $41,871.44 |

[PROPOSED] ORDER RE: DISTRIBUTION FROM ESCROW FUNDS FOR CLAIMS ADMINISTRATION

| | |
|---|---|
| LG | $93,594.97 |
| Toshiba | $5,444.58 |
| **TOTAL** | **$280,540.09** |

WHEREAS, Well Fargo Bank, N.A. has informed the parties that it requires an order from the Court before it will distribute payment for these additional costs;

THEREFORE, IT IS HEREBY ORDERED that Wells Fargo Bank, N.A. shall wire **$280,540.09** to the following account:

> Bank of Texas
>
> ABA/Routing # 111014325
>
> Account # 8093434387
>
> Account Name:  Rust Consulting
>
> Reference # 128325
>
> Federal Tax ID # 41-1813634
>
> Bank Contact: Mayra Landeros, (214) 987-8817

The balance of funds in the demand-deposit account, if any, shall be retained for additional costs as they are incurred.

**IT IS SO ORDERED.**

Dated: _____ 7 / 25 _____, 2013

_____
Hon. Susan Illston
United States District Judge

3247951v1

[PROPOSED] ORDER RE: DISTRIBUTION FROM ESCROW FUNDS FOR CLAIMS ADMINISTRATION

# EXHIBIT 1



# Invoice

625 MARQUETTE AVENUE, SUITE 880
MINNEAPOLIS, MN 55402
**P** 612.359.2000   **I**   **F** 612.359.2050
WWW.RUSTCONSULTING.COM
FEDERAL ID #: 41-1813634

| | |
|---|---|
| DATE: | 06/06/13 |
| INVOICE #: | 138302 |
| MATTER #: | 8292 |

**TO:** Francis O. Scarpulla
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street
Suite 3400
San Francisco, CA  94104
fscarpulla@zelle.com
jdc@coopkirk.com

| PROJECT |
|---|
| *LCD Indirect* |
| *May 2013 Claims Administration Services* |

| | | |
|---|---|---:|
| Project Database | $ | 3,133.05 |
| Project Management | | 7,477.60 |
| Technical Consulting | | 654.70 |
| Document Receipting | | 408.24 |
| Claim Forms Submitted (1,988 @ $0.15 each) | | 298.20 |
| Scanning | | 1,135.08 |
| Correspondence/Admin Mail | | 1,524.20 |
| Data Capture | | 305.32 |
| Return Mail Processing | | 29.70 |
| Claims Validation & Audits | | 87,634.82 |
| Deficiency Claim Processing | | 17,425.25 |
| Deficiency Notification | | 880.97 |
| Mailroom & Data Capture Management | | 135.54 |
| Call Center Support | | 5,632.00 |
| **SUBTOTAL** | | 126,674.67 |
| Expenses: Other Charges and Out-of-Pocket Costs | | |
| Call Center/Telecommunications | | 3,207.30 |
| Postage/Federal Express | | 562.82 |
| Shredding/Storage | | 180.69 |
| Photocopies/Faxing/Printing | | 277.20 |
| Website Hosting | | 275.00 |
| **SUBTOTAL** | | 4,503.01 |
| **TOTAL INVOICE** | $ | 131,177.68 |
| **OUTSTANDING INVOICE(s)** | $ | 152,081.09 |
| **TOTAL DUE** | $ | 283,258.77 |

**PAYMENT TERMS: NET DUE UPON RECEIPT**

**WIRE INFORMATION**
ACCOUNT #: 8093434387
ABA/ROUTING # WIRE or ACH: 111014325
BANK: BANK OF TEXAS, DALLAS, TX 75225
BANK CONTACT: MAYRA LANDEROS  214.987.8817
REFERENCE: INVOICE NUMBER

**RUST**
**PAYMENT MAILING ADDRESS:**
P O BOX 142589
DRAWER #9051
Irving, TX  75014-2589



| | |
|---|---|
| DATE: | 06/06/13 |
| INVOICE #: | 138302 |
| MATTER #: | 8292 |

### STATEMENT OF ACCOUNT

Current Invoice Period:    May 2013 Claims Administration Services

**Total Current Invoice**                                          $      131,177.68

OUTSTANDING INVOICES:

| Date | Invoice # | Amount | Payments | Balance |
|---|---|---|---|---|
| 05/13/13 | 138242 | 152,081.09 | | 152,081.09 |

PREVIOUS BALANCE DUE                                          $      152,081.09

**Total Amount Due**                                          $      283,258.77

**WIRE INFORMATION**                     **RUST**                              PAYMENT TERMS: NET DUE UPON RECEIPT
ACCOUNT #: 8093434387                  **PAYMENT MAILING ADDRESS:**
ABA/ROUTING # WIRE or ACH: 111014325   P O BOX 142589
BANK: BANK OF TEXAS, DALLAS, TX 75225  DRAWER #9051
BANK CONTACT: MAYRA LANDEROS  214.987.8817   Irving, TX  75014-2589
REFERENCE: INVOICE NUMBER

```
                              Inv#     138302
                              Date     Jun  6, 2013
                              Client Number  8292
```

Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street
Suite 3400
San Francisco, CA  94104
fscarpulla@zelle.com
jdc@coopkirk.com

Re:    LCD Indirect - Project Database                    829202

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Christy Gilman | CG | 188.00 | 0.10 | 18.80 |
| Cynthia Romero | CR | 175.00 | 0.70 | 122.50 |
| Greg Brown | GSB | 141.00 | 0.10 | 14.10 |
| Juan Carlos Quiroz | JQ | 175.00 | 1.40 | 245.00 |
| Justin Honse | JH | 164.00 | 0.60 | 98.40 |
| Kalyani Subramanya | KS | 163.00 | 1.50 | 244.50 |
| Kari Mason | KM | 175.00 | 0.90 | 157.50 |
| Leticia Rivera | LR | 175.00 | 0.90 | 157.50 |
| Rebecca Zoubek | RZ | 80.00 | 1.20 | 96.00 |
| Roso Suarez | RS | 185.00 | 8.00 | 1,480.00 |
| Shane McDonald | SM | 175.00 | 2.25 | 393.75 |
| Thomas Cooper | TC | 175.00 | 0.60 | 105.00 |

Total Fees:                                          3,133.05



Total Services                                       3,133.05



Total Expenses                                             .00
                                              ---------------

Total This Matter                                    3,133.05
                                              ---------------

```
                         Inv#     138302
                         Date     Jun  6, 2013
                         Client Number  8292
```

Re:   LCD Indirect - Project Management                  829206

For Professional Services Rendered:

```
   TIMEKEEPER                 RATE       HOURS          FEES
   April Hyduk         AH    192.00       8.70      1,670.40
   Doreen McGinley     DM    125.00       0.80        100.00
   Jose Rivera         JR    142.00      22.70      3,223.40
   Justin Honse        JH    164.00       9.30      1,525.20
   Mary Schoenherr     MS    125.00       0.10         12.50
   Robin Niemiec       RN    199.00       3.40        676.60
   Roso Suarez         RS    185.00       0.20         37.00
   Sylvia Nettles      SN     93.00       2.50        232.50
```

Total Fees:                                         7,477.60

Total Services                                      7,477.60

Total Expenses                                           .00
                                              --------------

Total This Matter                                   7,477.60
                                              --------------

```
                              Inv#     138302
                              Date     Jun  6, 2013
                              Client Number  8292
```

Re:   LCD Indirect - Technical Consulting                829207

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Greg Brown | GSB | 141.00 | 0.20 | 28.20 |
| Hai Bui | HB | 141.00 | 0.30 | 42.30 |
| Lee Anderson | LA | 141.00 | 2.70 | 380.70 |
| Roso Suarez | RS | 185.00 | 1.10 | 203.50 |

Total Fees:                                              654.70

Total Services                                           654.70

Total Expenses                                              .00
                                              --------------
Total This Matter                                        654.70
                                              --------------

```
Inv#     138302
Date     Jun  6, 2013
Client Number  8292
```

Re:   LCD Indirect - Document Receipting                829230

For Professional Services Rendered:

| TIMEKEEPER | | | RATE | HOURS | FEES |
|---|---|---|---|---|---|
| Processor | 244 | 244 | 54.00 | 7.56 | 408.24 |

Total Fees:                                              408.24

Total Services                                           408.24

Total Expenses                                              .00
                                                  --------------
Total This Matter                                        408.24
                                                  --------------

```
                                    Inv#    138302
                                    Date    Jun  6, 2013
                                    Client Number  8292



Re:    LCD Indirect - Scanning                     829231

For Professional Services Rendered:


    TIMEKEEPER              RATE        HOURS        FEES
    Scan Image Processor   144  54.00    5.32       287.28
    Sammantha Malinowski    SM  54.00   15.70       847.80

Total Fees:                                       1,135.08




Total Services                                    1,135.08




Total Expenses                                          .00
                                              --------------

Total This Matter                                 1,135.08
                                              --------------
```

```
                              Inv#     138302
                              Date     Jun  6, 2013
                              Client Number  8292
```

Re:    LCD Indirect - Correspondence/Admin Mail          829232

For Professional Services Rendered:

```
     TIMEKEEPER              RATE      HOURS         FEES
     Doreen McGinley    DM  125.00      6.40       800.00
     Jose Rivera        JR  142.00      5.10       724.20
```

Total Fees:                                      1,524.20



Total Services                                   1,524.20



Total Expenses                                        .00
                                            --------------

Total This Matter                                1,524.20
                                            --------------

```
                                Inv#     138302
                                Date     Jun  6, 2013
                                Client Number  8292
```

Re:    LCD Indirect - Data Capture                        829234

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Data Capture Processor | 144 | 54.00 | 2.08 | 112.32 |
| Kalene Jones | KLJ | 180.00 | 0.25 | 45.00 |
| Roso Suarez | RS | 185.00 | 0.80 | 148.00 |

Total Fees:                                               305.32


Total Services                                            305.32


Total Expenses                                               .00
                                                     --------------

Total This Matter                                         305.32
                                                     --------------

```
                              Inv#     138302
                              Date     Jun  6, 2013
                              Client Number  8292
```

Re:    LCD Indirect - Return Mail Processing            829235

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Mailroom Processor | 151144 | 54.00 | 0.55 | 29.70 |

Total Fees:                                             29.70

Total Services                                          29.70

Total Expenses                                             .00
                                              --------------
Total This Matter                                       29.70
                                              --------------

```
                              Inv#    138302
                              Date    Jun  6, 2013
                              Client Number  8292
```

Re:    LCD Indirect - Claims Validation & Audits              829236

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Angela Hernandez | AH | 142.00 | 67.28 | 9,553.76 |
| April Hyduk | AH | 192.00 | 7.40 | 1,420.80 |
| Brenda Bokman | BB | 90.00 | 70.25 | 6,322.50 |
| Grisel Hernandez | GR | 90.00 | 35.80 | 3,222.00 |
| JoAnn Calderin | JC | 90.00 | 122.51 | 11,025.90 |
| Jose Rivera | JR | 142.00 | 50.00 | 7,100.00 |
| Juliana Calderin | JC | 54.00 | 103.64 | 5,596.56 |
| Kenneth Rivera | KR | 90.00 | 67.10 | 6,039.00 |
| LaDena Wetzstein | LW | 142.00 | 42.04 | 5,969.68 |
| Marilyn Simonson | MS | 125.00 | 44.40 | 5,550.00 |
| Mary Schoenherr | MS | 125.00 | 92.90 | 11,612.50 |
| Robin Weiss | RW | 90.00 | 3.80 | 342.00 |
| Sammantha Malinowski | SM | 54.00 | 1.60 | 86.40 |
| Sandra Peters | SP | 164.00 | 2.73 | 447.72 |
| Seth Virshup | SV | 90.00 | 41.00 | 3,690.00 |
| Sutton Link | SL | 142.00 | 68.00 | 9,656.00 |

Total Fees:                                          87,634.82


Total Services                                       87,634.82


Total Expenses                                             .00
                                              --------------

Total This Matter                                    87,634.82
                                              --------------

```
                                    Inv#     138302
                                    Date     Jun  6, 2013
                                    Client Number  8292
```

Re:    LCD Indirect - Deficiency Claim Processing          829237

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Doreen McGinley | DM | 125.00 | 114.93 | 14,366.25 |
| Jose Rivera | JR | 142.00 | 5.70 | 809.40 |
| Justin Honse | JH | 164.00 | 10.60 | 1,738.40 |
| Sutton Link | SL | 142.00 | 3.60 | 511.20 |

Total Fees:                                   17,425.25


Total Services                                17,425.25


Total Expenses                                      .00
                                         --------------

Total This Matter                             17,425.25
                                         --------------

```
Inv#     138302
Date     Jun  6, 2013
Client Number  8292
```

Re:   LCD Indirect  - Deficiency Notification          829238

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Mailroom Processor | 151144 | 54.00 | 1.58 | 85.32 |
| Cynthia Romero | CR | 175.00 | 0.60 | 105.00 |
| Jose Rivera | JR | 142.00 | 2.30 | 326.60 |
| Julie Zitzmann | JZ | 121.00 | 1.00 | 121.00 |
| Lucretia Hassing | LH | 121.00 | 1.55 | 187.55 |
| Roso Suarez | RS | 185.00 | 0.30 | 55.50 |

Total Fees:                                              880.97

Total Services                                           880.97

Total Expenses                                               .00
                                                  --------------
Total This Matter                                        880.97
                                                  --------------

```
                              Inv#      138302
                              Date    Jun  6, 2013
                              Client Number  8292
```

Re:    LCD Indirect  - Mailroom & Data Capture Management        829239

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Mailroom Processor | 151144 | 54.00 | 2.41 | 130.14 |
| Sammantha Malinowski | SM | 54.00 | 0.10 | 5.40 |

Total Fees:                                                    135.54

Total Services                                                135.54

Total Expenses                                                   .00
                                                       --------------
Total This Matter                                             135.54
                                                       --------------

```
                              Inv#    138302
                              Date    Jun  6, 2013
                              Client Number  8292
```

Re:    LCD Indirect - Call Center Support              829247

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| CSR    240 | 240 | 52.00 | 2.10 | 109.20 |
| Doreen McGinley | DM | 125.00 | 4.40 | 550.00 |
| Jose Rivera | JR | 142.00 | 29.90 | 4,245.80 |
| Mary Schoenherr | MS | 125.00 | 5.60 | 700.00 |
| Robin Weiss | RW | 90.00 | 0.30 | 27.00 |

Total Fees:                                           5,632.00



Total Services                                        5,632.00



Total Expenses                                             .00
                                              --------------
Total This Matter                                     5,632.00
                                              --------------

```
                              Inv#     138302
                              Date     Jun  6, 2013
                              Client Number  8292
```

Re:   LCD Indirect - Expenses                           829290

For Professional Services Rendered:

Expense Detail:

| Reference | Date | Description | Amount |
|-----------|------|-------------|--------|

**Call Center/Telecommunications**

| | 05/30/13 | Live Call Center Support; 144 Calls | 1,535.00 |
| | 05/31/13 | Long Distance 2.2 Canadian Minutes | 2.20 |
| | 05/31/13 | Long Distance 3280.2 Minutes | 393.62 |
| | 05/31/13 | IVR 2134.48 Minutes | 896.48 |
| | 05/31/13 | IVR System Charge | 250.00 |
| | 05/31/13 | Line Maintenance Charge Schedule | 130.00 |
| | | Subtotal | 3,207.30 |

**Postage/Federal Express**

| | 05/31/13 | Weekly Mail Pickup | 5.76 |
| | 05/31/13 | Metered Postage; 8 pieces | 3.68 |
| | 05/31/13 | Postage; 1203 pieces | 553.38 |
| | | Subtotal | 562.82 |

**Shredding/Storage**

| | 05/31/13 | Storage and/or Shredding 14 Boxes | 28.00 |
| | 05/31/13 | Data Storage May 2013 | 80.69 |
| | 05/31/13 | Storage and/or Shredding 36 Boxes | 72.00 |
| | | Subtotal | 180.69 |

**Photocopies/Faxing/Printing**

| | 05/31/13 | Photocopies/Faxing/Printing ;1386 | 277.20 |
| | | Subtotal | 277.20 |

**Website Hosting**

| | 05/31/13 | Web Monitor & Host | 275.00 |
| | | Subtotal | 275.00 |

```
Inv#     138302
Date     Jun  6, 2013
Client Number  8292
```

```
Total Expenses                              4,503.01
                                       --------------

Total This Matter                           4,503.01
                                       --------------
```

# EXHIBIT 2



# Invoice

625 MARQUETTE AVENUE, SUITE 880
MINNEAPOLIS, MN 55402
**P** 612.359.2000  I  **F** 612.359.2050
WWW.RUSTCONSULTING.COM
FEDERAL ID #: 41-1813634

| | |
|---|---|
| DATE: | 07/17/13 |
| INVOICE #: | 138403 |
| MATTER #: | 8292 |

**TO:**  Francis O. Scarpulla
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street
Suite 3400
San Francisco, CA  94104
fscarpulla@zelle.com
jdc@coopkirk.com

| PROJECT |
|---|
| *LCD Indirect* |
| *June 2013 Claims Administration Services* |

| | | |
|---|---|---:|
| Project Database | $ | 882.60 |
| Project Management | | 11,916.58 |
| Technical Consulting | | 262.60 |
| Print & Mail | | 60.50 |
| Address Trace | | 205.15 |
| Supplemental Notice | | 806.52 |
| Website Modification | | 1,844.20 |
| Document Receipting | | 308.34 |
| Claim Forms Submitted (468 @ $0.15 each) | | 70.20 |
| Scanning | | 296.46 |
| Correspondence/Admin Mail | | 1,552.60 |
| Data Capture | | 873.44 |
| Return Mail Processing | | 31.86 |
| Claims Validation & Audits | | 93,490.29 |
| Deficiency Claim Processing | | 17,563.10 |
| Deficiency Notification | | 2,217.04 |
| Mailroom & Data Capture Management | | 84.74 |
| Call Center Scripting | | 576.00 |
| Call Center Support | | 5,691.28 |
| **SUBTOTAL** | | 138,733.50 |
| Expenses: Other Charges and Out-of-Pocket Costs | | |
| Call Center/Telecommunications | | 2,944.44 |
| Postage/Federal Express | | 5,483.51 |
| Shredding/Storage | | 173.40 |
| Other/Supplies | | 50.00 |
| Photocopies/Faxing/Printing | | 29.00 |
| Printing | | 1,541.31 |
| Address Traces | | 132.25 |
| Website Hosting | | 275.00 |
| **SUBTOTAL** | | 10,628.91 |
| **TOTAL INVOICE** | $ | 149,362.41 |
| **OUTSTANDING INVOICE(s)** | $ | 283,258.77 |
| **TOTAL DUE** | $ | 432,621.18 |

**PAYMENT TERMS: NET DUE UPON RECEIPT**

**WIRE INFORMATION**
ACCOUNT #: 8093434387
ABA/ROUTING # WIRE or ACH: 111014325
BANK: BANK OF TEXAS, DALLAS, TX 75225
BANK CONTACT: MAYRA LANDEROS  214.987.8817
REFERENCE: INVOICE NUMBER

**RUST**
**PAYMENT MAILING ADDRESS:**
P O BOX 142589
DRAWER #9051
Irving, TX  75014-2589



| | | |
|---|---|---|
| DATE: | | 07/17/13 |
| INVOICE #: | | 138403 |
| MATTER #: | | 8292 |

## STATEMENT OF ACCOUNT

Current Invoice Period:     June 2013 Claims Administration Services

**Total Current Invoice**                                           $      149,362.41

OUTSTANDING INVOICES:

| Date | Invoice # | Amount | Payments | Balance |
|------|-----------|--------|----------|---------|
| 05/13/13 | 138242 | 152,081.09 | | 152,081.09 |
| 06/06/13 | 138302 | 131,177.68 | | 131,177.68 |

PREVIOUS BALANCE DUE                                                $      283,258.77

**Total Amount Due**                                               $      432,621.18

**WIRE INFORMATION**                    **RUST**                          **PAYMENT TERMS: NET DUE UPON RECEIPT**
ACCOUNT #: 8093434387                   **PAYMENT MAILING ADDRESS:**
ABA/ROUTING # WIRE or ACH: 111014325    P O BOX 142589
BANK: BANK OF TEXAS, DALLAS, TX 75225   DRAWER #9051
BANK CONTACT: MAYRA LANDEROS  214.987.8817   Irving, TX  75014-2589
REFERENCE: INVOICE NUMBER

```
                              Inv#     138403
                              Date     Jul 17, 2013
                              Client Number  8292
```

```
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street
Suite 3400
San Francisco, CA  94104
fscarpulla@zelle.com
jdc@coopkirk.com
```

Re:   LCD Indirect - Project Database                     829202

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Greg Brown | GSB | 141.00 | 0.10 | 14.10 |
| Juan Carlos Quiroz | JQ | 175.00 | 1.10 | 192.50 |
| Leticia Rivera | LR | 175.00 | 0.30 | 52.50 |
| Rebecca Zoubek | RZ | 80.00 | 1.80 | 144.00 |
| Roso Suarez | RS | 185.00 | 1.90 | 351.50 |
| Tracey Rolle | TR | 80.00 | 1.60 | 128.00 |

Total Fees:                                              882.60


Total Services                                           882.60


Total Expenses                                              .00
                                                  --------------

Total This Matter                                        882.60
                                                  --------------

```
                              Inv#     138403
                              Date     Jul 17, 2013
                              Client Number  8292
```

Re:   LCD Indirect - Project Management              829206

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Angela Hernandez | AH | 142.00 | 3.40 | 482.80 |
| April Hyduk | AH | 192.00 | 13.50 | 2,592.00 |
| Doreen McGinley | DM | 125.00 | 1.30 | 162.50 |
| JoAnn Calderin | JC | 90.00 | 0.51 | 45.90 |
| John Quinn | JQ | 142.00 | 0.50 | 71.00 |
| Jose Rivera | JR | 142.00 | 38.69 | 5,493.98 |
| Justin Honse | JH | 164.00 | 7.70 | 1,262.80 |
| Kenneth Rivera | KR | 90.00 | 0.70 | 63.00 |
| Mary Schoenherr | MS | 125.00 | 1.10 | 137.50 |
| Robin Niemiec | RN | 199.00 | 3.90 | 776.10 |
| Roso Suarez | RS | 185.00 | 0.20 | 37.00 |
| Sean Combs | SC | 90.00 | 7.25 | 652.50 |
| Sylvia Nettles | SN | 93.00 | 1.50 | 139.50 |

Total Fees:                                         11,916.58

Total Services                                      11,916.58

Total Expenses                                            .00
                                                    --------------

Total This Matter                                   11,916.58
                                                    --------------

```
                              Inv#    138403
                              Date    Jul 17, 2013
                              Client Number  8292
```

Re:   LCD Indirect - Technical Consulting            829207

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Greg Brown | GSB | 141.00 | 0.20 | 28.20 |
| Hai Bui | HB | 141.00 | 0.40 | 56.40 |
| Lee Anderson | LA | 141.00 | 1.00 | 141.00 |
| Roso Suarez | RS | 185.00 | 0.20 | 37.00 |

Total Fees:                                          262.60


Total Services                                       262.60


Total Expenses                                          .00
                                            ---------------
Total This Matter                                    262.60
                                            ---------------

```
                                    Inv#      138403
                                    Date      Jul 17, 2013
                                    Client Number  8292


Re:    LCD Indirect - Print & Mail                    829215

For Professional Services Rendered:


        TIMEKEEPER              RATE       HOURS          FEES
        Ann Bultman        AB   121.00      0.50         60.50

Total Fees:                                              60.50




Total Services                                          60.50




Total Expenses                                    .00
                                           --------------

Total This Matter                                60.50
                                           --------------
```

```
Inv#     138403
Date     Jul 17, 2013
Client Number  8292
```

Re:    LCD Indirect - Address Trace                        829216

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Brent Honeycutt | BH | 188.00 | 0.30 | 56.40 |
| Jose Rivera | JR | 142.00 | 0.50 | 71.00 |
| Kalyani Subramanya | KS | 163.00 | 0.25 | 40.75 |
| Roso Suarez | RS | 185.00 | 0.20 | 37.00 |

Total Fees:                                                205.15

Total Services                                             205.15

Total Expenses                                                .00
                                                    ---------------
Total This Matter                                          205.15
                                                    ---------------

```
Inv#     138403
Date     Jul 17, 2013
Client Number  8292
```

Re:    LCD Indirect - Supplemental Notice                    829219

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Bjorn Bergh | BB | 141.00 | 1.65 | 232.65 |
| Brittany Flom | BF | 141.00 | 0.50 | 70.50 |
| Cynthia Romero | CR | 175.00 | 0.70 | 122.50 |
| Derrick Wersal | DW | 141.00 | 0.57 | 80.37 |
| Juan Carlos Quiroz | JQ | 175.00 | 1.40 | 245.00 |
| Roso Suarez | RS | 185.00 | 0.30 | 55.50 |

Total Fees:                                                 806.52

Total Services                                              806.52

Total Expenses                                                 .00
                                                    --------------

Total This Matter                                           806.52
                                                    --------------

```
                              Inv#    138403
                              Date    Jul 17, 2013
                              Client Number  8292



Re:   LCD Indirect - Website Modification              829223

For Professional Services Rendered:

      TIMEKEEPER             RATE       HOURS        FEES
      April Hyduk       AH   192.00     1.10       211.20
      Jose Rivera       JR   142.00     9.00     1,278.00
      Virginia Ponzini  VP   142.00     2.50       355.00

Total Fees:                                      1,844.20




Total Services                                   1,844.20




Total Expenses                                        .00
                                                --------------

Total This Matter                                1,844.20
                                                --------------
```

```
Inv#    138403
Date    Jul 17, 2013
Client Number  8292
```

Re:   LCD Indirect - Document Receipting              829230

For Professional Services Rendered:

| TIMEKEEPER | | | RATE | HOURS | FEES |
|---|---|---|---|---|---|
| Processor | 244 | 244 | 54.00 | 5.71 | 308.34 |

Total Fees:                                              308.34


Total Services                                           308.34


Total Expenses                                              .00
                                                    --------------
Total This Matter                                        308.34
                                                    --------------

```
                              Inv#    138403
                              Date    Jul 17, 2013
                              Client Number  8292


Re:   LCD Indirect - Scanning                     829231

For Professional Services Rendered:


   TIMEKEEPER              RATE      HOURS        FEES
   Scan Image Processor  144  54.00   3.39       183.06
   Sammantha Malinowski   SM  54.00   2.10       113.40

Total Fees:                                      296.46




Total Services                                   296.46




Total Expenses                                      .00
                                             --------------
Total This Matter                                296.46
                                             --------------
```

```
                              Inv#     138403
                              Date     Jul 17, 2013
                              Client Number  8292
```

Re:    LCD Indirect - Correspondence/Admin Mail          829232

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Doreen McGinley | DM | 125.00 | 6.40 | 800.00 |
| Jose Rivera | JR | 142.00 | 5.30 | 752.60 |

Total Fees:                                      1,552.60

Total Services                                   1,552.60

Total Expenses                                        .00
                                          --------------

Total This Matter                                1,552.60
                                          --------------

```
                              Inv#     138403
                              Date     Jul 17, 2013
                              Client Number  8292



Re:    LCD Indirect - Data Capture                    829234

For Professional Services Rendered:


     TIMEKEEPER              RATE       HOURS          FEES
      Data Capture Processor  144    54.00       0.66        35.64
      Angela Hernandez        AH    142.00       5.90       837.80

Total Fees:                                               873.44




Total Services                                           873.44




Total Expenses                                                .00
                                                    --------------

Total This Matter                                        873.44
                                                    --------------
```

```
Inv#    138403
Date    Jul 17, 2013
Client Number  8292
```

Re:   LCD Indirect - Return Mail Processing          829235

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Mailroom Processor | 151144 | 54.00 | 0.59 | 31.86 |

Total Fees:                                          31.86

Total Services                                       31.86

Total Expenses                                         .00
                                              --------------
Total This Matter                                    31.86
                                              --------------

```
                              Inv#    138403
                              Date    Jul 17, 2013
                              Client Number  8292
```

Re:   LCD Indirect - Claims Validation & Audits          829236

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Angela Hernandez | AH | 142.00 | 75.10 | 10,664.20 |
| April Hyduk | AH | 192.00 | 36.50 | 7,008.00 |
| Brenda Bokman | BB | 90.00 | 2.25 | 202.50 |
| Doreen McGinley | DM | 125.00 | 6.90 | 862.50 |
| JoAnn Calderin | JC | 90.00 | 142.81 | 12,852.90 |
| John Quinn | JQ | 142.00 | 60.75 | 8,626.50 |
| Jose Rivera | JR | 142.00 | 42.60 | 6,049.20 |
| Juliana Calderin | JC | 54.00 | 106.12 | 5,730.48 |
| Justin Honse | JH | 164.00 | 3.50 | 574.00 |
| Kenneth Rivera | KR | 90.00 | 148.00 | 13,320.00 |
| LaDena Wetzstein | LW | 142.00 | 31.28 | 4,441.76 |
| Marilyn Simonson | MS | 125.00 | 7.39 | 923.75 |
| Mary Schoenherr | MS | 125.00 | 69.20 | 8,650.00 |
| Sammantha Malinowski | SM | 54.00 | 2.70 | 145.80 |
| Sandra Peters | SP | 164.00 | 7.50 | 1,230.00 |
| Sean Combs | SC | 90.00 | 47.25 | 4,252.50 |
| Seth Virshup | SV | 90.00 | 3.30 | 297.00 |
| Sutton Link | SL | 142.00 | 53.60 | 7,611.20 |
| Tore Hodne | TH | 192.00 | 0.25 | 48.00 |

Total Fees:                                              93,490.29

Total Services                                           93,490.29

Total Expenses                                                 .00
                                                   --------------

Total This Matter                                        93,490.29
                                                   --------------

```
Inv#     138403
Date     Jul 17, 2013
Client Number  8292
```

Re:    LCD Indirect - Deficiency Claim Processing          829237

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| April Hyduk | AH | 192.00 | 0.80 | 153.60 |
| Doreen McGinley | DM | 125.00 | 124.20 | 15,525.00 |
| Jose Rivera | JR | 142.00 | 10.43 | 1,481.06 |
| Justin Honse | JH | 164.00 | 2.46 | 403.44 |

Total Fees:                                          17,563.10


Total Services                                       17,563.10


Total Expenses                                             .00
                                              --------------

Total This Matter                                    17,563.10
                                              --------------

```
Inv#    138403
Date    Jul 17, 2013
Client Number  8292
```

Re:   LCD Indirect  - Deficiency Notification          829238

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| April Hyduk | AH | 192.00 | 0.30 | 57.60 |
| Derrick Wersal | DW | 141.00 | 1.72 | 242.52 |
| Jose Rivera | JR | 142.00 | 8.50 | 1,207.00 |
| Julie Zitzmann | JZ | 121.00 | 2.92 | 353.32 |
| Justin Honse | JH | 164.00 | 0.20 | 32.80 |
| Lucretia Hassing | LH | 121.00 | 1.30 | 157.30 |
| Roso Suarez | RS | 185.00 | 0.90 | 166.50 |

Total Fees:                                      2,217.04

Total Services                                   2,217.04

Total Expenses                                        .00
                                          --------------

Total This Matter                                2,217.04
                                          --------------

```
                              Inv#    138403
                              Date    Jul 17, 2013
                              Client Number  8292


Re:   LCD Indirect  - Mailroom & Data Capture Management       829239

For Professional Services Rendered:

      TIMEKEEPER                  RATE      HOURS         FEES
      Administration  294    294  61.00     0.04          2.44
       Mailroom Processor   151144  54.00   0.97         52.38
      Jackie Jostock         JJ   88.00     0.34         29.92

Total Fees:                                              84.74




Total Services                                          84.74




Total Expenses                                            .00
                                                 --------------
Total This Matter                                       84.74
                                                 --------------
```

```
                              Inv#     138403
                              Date     Jul 17, 2013
                              Client Number  8292
```

Re:   LCD Indirect - Call Center Scripting                829246

For Professional Services Rendered:

```
    TIMEKEEPER              RATE       HOURS           FEES
    April Hyduk         AH  192.00      3.00          576.00
```

Total Fees:                                           576.00


Total Services                                        576.00


Total Expenses                                           .00
                                                --------------
Total This Matter                                     576.00
                                                --------------

```
                              Inv#    138403
                              Date    Jul 17, 2013
                              Client Number  8292
```

Re:   LCD Indirect - Call Center Support                 829247

For Professional Services Rendered:

```
    TIMEKEEPER              RATE      HOURS        FEES
    CSR    240        240   52.00      1.99      103.48
    April Hyduk        AH  192.00      0.60      115.20
    Doreen McGinley    DM  125.00      2.10      262.50
    Jose Rivera        JR  142.00     35.85    5,090.70
    Robin Niemiec      RN  199.00      0.60      119.40
```

Total Fees:                                    5,691.28


Total Services                                 5,691.28


Total Expenses                                      .00
                                        --------------
Total This Matter                              5,691.28
                                        --------------

```
                              Inv#     138403
                              Date     Jul 17, 2013
                              Client Number  8292


Re:   LCD Indirect - Expenses                      829290

For Professional Services Rendered:




Expense Detail:

Reference    Date    Description                        Amount
---------    ----    -----------                        ------

        Call Center/Telecommunications
             06/30/13  Live Call Center Support; 127 Calls    1,535.00
             06/30/13  Long Distance 2305.2 Minutes             276.63
             06/30/13  Conference Calls 107.23 Minutes           41.82
             06/30/13  IVR 1691.53 Minutes                      710.44
             06/30/13  Line Maintenance Charge Schedule         130.00
             06/30/13  IVR System Charge                        250.00
             06/30/13  Advanced Features                          0.55
                                           Subtotal        2,944.44

        Postage/Federal Express
             06/30/13  Metered Postage                           13.95
             06/30/13  Weekly Mail Pickup                         2.46
             06/30/13  Metered Postage; 337 pieces              155.02
             06/30/13  Postage; 11548 pieces                  5,312.08
                                           Subtotal        5,483.51

        Shredding/Storage
             06/30/13  Data Storage June 2013                    81.40
             06/30/13  Storage and/or Shredding 10 Boxes         20.00
             06/30/13  Storage and/or Shredding 1 Boxes          72.00
                                           Subtotal          173.40

        Other
             06/30/13  Barcode Labels;2000                       50.00
                                           Subtotal           50.00

        Photocopies/Faxing/Printing
             06/30/13  Photocopies/Faxing/Printing               29.00
                                           Subtotal           29.00
```

```
                                        Inv#     138403
                                        Date     Jul 17, 2013
                                        Client Number  8292

        Printing
             06/30/13  11563 image/process/stock/envelope        1,541.31
                                        Subtotal     1,541.31

        Address Traces:
             06/30/13  Address Traces:  115 traces                 132.25
                                        Subtotal       132.25

        Website Hosting
             06/30/13  Web Monitor & Host                          275.00
                                        Subtotal       275.00


Total Expenses                                               10,628.91
                                                       --------------

Total This Matter                                            10,628.91
                                                       --------------
```