[Counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | CASE NO. 3:07-MD-1827 SI |
|---|---|
| THIS DOCUMENT RELATES TO: *Best Buy v. AU Optronics Corp. et al*, Case No. 10-CV-4572  *Best Buy v. Toshiba Corp. et al* Case No. 12-CV-4114 | MDL NO. 1827  **JOINT PROPOSED LIMITING INSTRUCTION REGARDING EVIDENCE OF ILLEGALITY (GIVEN JULY 25, 2013)** |

<u>**Limiting Instruction Regarding Evidence of Illegality**</u>
*(Agreed-- Given July 25, 2013)*

During the trial, you have heard and may continue to hear testimony from certain witnesses, and have received and may continue to receive certain documents in evidence, with reference to what is and what is not lawful, or what is considered to be lawful or unlawful.

You may consider such evidence in evaluating the conduct of witnesses and/or companies, but you are to disregard any such testimony and any such documents in applying the law as I will give it to you as part of my instructions at the end of the evidence in the trial.

| | |
|---|---|
| Dated July 28, 2013 | Respectfully submitted, |
| | By:     _/s/ Roman M. Silberfeld_ |
| | Roman M. Silberfeld, Bar No. 62783 |
| | David Martinez, Bar No. 193183 |
| | ROBINS, KAPLAN, MILLER & CIRESI L.L.P. |
| | 2049 Century Park East, Suite 3400 |
| | Los Angeles, CA 90067-3208 |
| | Telephone: 310-552-0130 |
| | Facsimile: 310-229-5800 |
| | Email:     RMSilberfeld@rkmc.com |
| |            DMartinez@rkmc.com |
| | Laura E. Nelson, Bar No. 231856 |
| | ROBINS, KAPLAN, MILLER & CIRESI L.L.P. |
| | 800 LaSalle Avenue |
| | 2800 LaSalle Plaza |
| | Minneapolis, MN 55402 |
| | Telephone: 612-349-8500 |
| | Facsimile: 612-339-4181 |
| | Email: LENelson@rkmc.com |
| | *Attorneys For Plaintiffs Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; BESTBUY.COM, L.L.C.; and Magnolia HI-FI, INC* |

WHITE & CASE LLP


By:     */s/ Christopher M. Curran*
      CHRISTOPHER M. CURRAN

Christopher M. Curran (*pro hac vice*)
Email: ccurran@whitecase.com
J. Mark Gidley (*pro hac vice*)
Email: mgidley@whitecase.com
Martin M. Toto (*pro hac vice*)
Email: mtoto@whitecase.com
John H. Chung (*pro hac vice*)
Email: jchung@whitecase.com

WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
Telephone:   (212) 819-8200
Facsimile:    (212) 354-8113

*Attorneys for Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc.*

FREITAS TSENG & KAUFMAN LLP


By:     */s/ Robert E. Freitas*
      ROBERT E. FREITAS

Robert E. Freitas (SBN 80948)
Jason S. Angell (SBN 221607)
Jessica N. Leal (SBN 267232)
FREITAS TSENG & KAUFMAN LLP
100 Marine Parkway, Suite 200
Redwood Shores, California 94065
Telephone: (650) 593-6300
Facsimile: (650) 593-6301
rfreitas@ftklaw.com
jangell@ftklaw.com
jleal@ftklaw.com

*Attorneys for Defendant HannStar Display Corporation*