UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Target Corp., et al. v. AU Optronics Corp., et al.*, Case 10-cv-4945-SI | Master Docket No. C M:07-01827 SI<br><br>MDL No. 1827<br><br>[~~PROPOSED~~] ORDER |

The Court, having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. Claims asserted by Plaintiffs Target Corporation, Sears, Roebuck and Co., Kmart Corporation, Old Comp Inc., Good Guys, Inc., RadioShack Corporation, and Newegg, Inc. against Defendant HannStar Display Corporation are dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

This 5 day of Aug, 2013

_____
Hon. Susan Y. Illston
United States District Court Judge