1
2
3
4
5                    IN THE UNITED STATES DISTRICT COURT
6               FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8

9 | IN RE: TFT-LCD (FLAT PANEL) ANTITRUST    No. M 07-1827 SI
10 | LITIGATION                               MDL. No. 1827
   | _____/

11
12 | This Order Relates to:                   **ORDER RE TRIAL SCHEDULE**
   |                                          **(CHANGE)**
13 | *Best Buy v. AU Optronics Corp. et al.,*
   | Case No. 10-CV-4572,

14 | *Best Buy v. Toshiba Corp. et al.,*
15 | Case No. 12-CV-4114

16 | _____/

17        In the Final Pretrial Scheduling Order, the Court indicated that it would be unavailable on

18 August 22, 2013, and August 26-27, 2013.  **Those dates are changed**, as follows: The Court will be

19 unavailable (ie, trial will be dark) Wednesday and Thursday, August 21, 2013 and August 22, 2013.

20 However, the Court will be available, and trial will be held, on Monday and Tuesday, August 26-27,

21 2013.

22

23        **IT IS SO ORDERED.**

24

25 Dated: August 9, 2013

26                                          _____
                                           SUSAN ILLSTON
27                                         United States District Judge

28

*United States District Court*
*For the Northern District of California*