IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. M 07-1827 SI<br>MDL. No. 1827 |
| This Order Relates to:<br><br>*Best Buy v. AU Optronics Corp. et al.,*<br>Case No. 10-CV-4572,<br><br>*Best Buy v. Toshiba Corp. et al.,*<br>Case No. 12-CV-4114 | **ORDER RE TRIAL SCHEDULE (CHANGE)** |

In the Final Pretrial Scheduling Order, the Court indicated that it would be unavailable on August 22, 2013, and August 26-27, 2013. **Those dates are changed**, as follows: The Court will be unavailable (ie, trial will be dark) Wednesday and Thursday, August 21, 2013 and August 22, 2013. However, the Court will be available, and trial will be held, on Monday and Tuesday, August 26-27, 2013.

**IT IS SO ORDERED.**

Dated: August 9, 2013

SUSAN ILLSTON
United States District Judge