| | |
|---|---|
| 1 | Christopher M. Curran (*pro hac vice*) |
|   | Email: ccurran@whitecase.com |
| 2 | J. Mark Gidley (*pro hac vice*) |
|   | Email: mgidley@whitecase.com |
| 3 | Martin M. Toto (*pro hac vice*) |
|   | Email: mtoto@whitecase.com |
| 4 | John H. Chung (*pro hac vice*) |
|   | Email: jchung@whitecase.com |
| 5 | **WHITE & CASE**LLP |
|   | 1155 Avenue of the Americas |
| 6 | New York, NY 10036 |
|   | Telephone:   (212) 819-8200 |
| 7 | Facsimile:   (212) 354-8113 |
| 8 | *Attorneys for Toshiba Corporation,* |
|   | *Toshiba Mobile Display Co., Ltd.,* |
| 9 | *Toshiba America Electronic* |
|   | *Components, Inc., and Toshiba* |
| 10 | *America Information Systems, Inc.* |

[handwritten: TO BE Scanned]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-MD-01827 SI<br>MDL NO. 1827 |
| This Document Relates To:<br>ALL ACTIONS | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***<br><br>Place:   Courtroom 10, 19th Floor<br>Judge:   Hon. Susan Illston |

Pursuant to Rule 11-3 of the Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California, I, Agatha Koprowski, an active member in good standing of the bar of the Court of Appeals of the District of Columbia, hereby apply for admission to practice in the United States District Court for the Northern District of California on a *pro hac vice* basis representing Defendants Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another state or the District of Columbia, as indicated above. A true and correct copy of a certificate of good standing from said bar is attached to this application;

2. I agree to abide by the Standards of Professional Conduct set fort in Rule 11-4 of the Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address, and telephone number of that attorney is:

Heather Burke, White & Case LLP, 3000 El Camino Real, Five Palo Alto Square, 9th Floor, Palo Alto, California 94306, (650) 213-0353.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 9, 2013                                  Respectfully submitted,


By: /s/ *Agatha Koprowski*

Agatha Koprowski
**WHITE & CASE** LLP
701 Thirteenth Street, N.W.
Washington, D.C.  20005
tel.: (202) 729-2298
fax: (202) 639-9355



**District of Columbia Court of Appeals**
Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## AGATHA KOPROWSKI

was on **JANUARY 11, 2013** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

*In Testimony Whereof,* I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **JULY 30, 2013**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

Christopher M. Curran (*pro hac vice*)
Email: ccurran@whitecase.com
J. Mark Gidley (*pro hac vice*)
Email: mgidley@whitecase.com
Martin M. Toto (*pro hac vice*)
Email: mtoto@whitecase.com
John H. Chung (*pro hac vice*)
Email: jchung@whitecase.com
**WHITE & CASE LLP**
1155 Avenue of the Americas
New York, NY 10036
Telephone:   (212) 819-8200
Facsimile:    (212) 354-8113

*Attorneys for Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-MD-01827 SI<br>MDL NO. 1827 |
| This Document Relates To:<br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***<br><br>Place:   Courtroom 10, 19th Floor<br>Judge:   Hon. Susan Illston |

Upon consideration of the Application for Admission of Attorney *Pro Hac Vice* filed by Agatha Koprowski, whose business address and telephone number is White & Case LLP, 701 Thirteenth Street, N.W., Washington, DC 20005, (202) 729-2298, and who is an active member in good standing of the bar of the Court of Appeals of the District of Columbia, having applied in the above-entitled action for admission to practice in the United States District Court for the

1  Northern District of California on a *pro hac vice* basis, representing Defendants Toshiba
2  Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc.,
3  and Toshiba America Information Systems, Inc.;

4      IT IS HEREBY ORDERED that the application is granted, subject to the terms and
5  conditions of Rule 11-3 of the Local Rules of Practice in Civil Proceedings before the United
6  States District Court for the Northern District of California. All papers filed by the attorney
7  must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in
8  this action are subject to the requirements contained in General Order No. 45, *Electronic Case
9  Filing*.

Dated: \_\_\_8/13/13_____

The Honorable Susan Illston
United States District Judge