FILED

AUG 13 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: TFT-LCD, (Flat Panel) Antitrust Litigation, <br><br> ——————————————— <br><br> INDIRECT PLAINTIFF CLASS, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> JOSEPH DARRELL PALMER, <br><br> Appellant, <br><br> ALISON PAUL; et al., <br><br> Objectors - Appellants, <br><br> V. <br><br> LG DISPLAY CO., LTD.; et al., <br><br> Defendants - Appellees. | No. 13-15365 <br><br> D.C. No. 3:07-md-01827-SI <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Before: Peter L. Shaw, Appellate Commissioner

      Appellants Alison Paul, Leveta Chesser, and Darrell Palmer's opposed motion to reinstate is granted.

      The Clerk shall file the opening brief.

      The answering brief is due within 30 days after the date of this order.

      The optional reply brief is due within 14 days after service of the answering brief.

12AUG2013/LBS/Appellate Commissioner