| | |
|---|---|
| Parker C. Folse III (*Pro Hac Vice*)<br>pfolse@susmangodfrey.com<br>Brooke A. M. Taylor (*Pro Hac Vice*)<br>btaylor@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1201 Third Avenue, Suite 3800<br>Seattle, WA  98101-3000<br>Telephone:  (206) 516-3880<br><br>Adam Carlis (*Pro Hac Vice*)<br>acarlis@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002<br>Telephone:  (713) 653-7831<br><br>Kathryn P. Hoek, CA Bar No. 219247<br>khoek@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1901 Avenue of the Stars, Ste. 950<br>Los Angeles, CA  90067-6029<br>Telephone: (310) 310-3100<br><br>***Counsel for T-Mobile USA, Inc.*** | Edward A. Friedman (*Pro Hac Vice*)<br>efriedman@fklaw.com<br>Daniel B. Rapport (*Pro Hac Vice*)<br>drapport@fklaw.com<br>Hallie B. Levin (*Pro Hac Vice*)<br>hlevin@fklaw.com<br>Alexander Levi (*Pro Hac Vice*)<br>alevi@fklaw.com<br>FRIEDMAN KAPLAN SEILER &<br>ADELMAN LLP<br>7 Times Square<br>New York, NY  10036-6516<br>Telephone:  (212) 833-1100 |

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates to<br>Case C 3:11-02591 SI<br><br>T-MOBILE U.S.A., INC.,<br><br>                    Plaintiff,<br>v.<br>AU OPTRONICS CORPORATION, et al.,<br><br>                    Defendants. | Master File No. C M:07-01827 SI<br>Individual Case No. C 3:11-02591 SI<br>MDL NO. 1827<br><br>**STIPULATION OF DISMISSAL OF TATUNG COMPANY AND TATUNG COMPANY OF AMERICA, INC. AND [~~PROPOSED~~] ORDER** |

Plaintiff T-Mobile U.S.A., Inc. ("T-Mobile") and Defendants Tatung Company, ("Tatung") and Tatung Company of America, Inc., ("Tatung America"), by and through undersigned counsel, stipulate and agree that T-Mobile hereby dismisses without prejudice all

claims being asserted against Tatung and Tatung America in the above-captioned action pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. In support of this stipulation of dismissal, the parties state as follows:

1. T-Mobile and Tatung and Tatung America seek the dismissal without prejudice of all claims asserted against Tatung and Tatung America in this action.

2. This stipulation does not affect the rights or claims T-Mobile may have against any other defendant or co-conspirator in this litigation.

3. Each party shall bear its own costs and attorneys' fees.

WHEREFORE, the parties respectfully request that this Court issue the Proposed Order of Dismissal.

**IT IS SO STIPULATED.**

Dated: August 12, 2013.   SUSMAN GODFREY L.L.P.

By: /s/ *Brooke A.M. Taylor*
Parker C. Folse III (pro hac vice)
E-Mail: pfolse@susmangodfrey.com
Brooke A. M. Taylor (pro hac vice)
E-Mail: btaylor@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Ave, Suite 3800
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

Adam Carlis (Admitted *Pro Hac Vice*)
E-Mail: acarlis@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 653-7831

Kathryn P. Hoek, CA Bar No. 219247
E-Mail: khoek@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Ste. 950
Los Angeles, CA 90067-6029
Telephone: (310) 310-3100

Edward A. Friedman (pro hac vice)

| | |
|---|---|
| 1 | E-Mail:  efriedman@fklaw.com |
| 2 | Daniel B. Rapport (pro hac vice) |
|   | E-Mail:  drapport@fklaw.com |
| 3 | Hallie B. Levin (pro hac vice) |
|   | E-Mail:  hlevin@fklaw.com |
| 4 | Alexander Levi (pro hac vice) |
|   | E-Mail:  alevi@fklaw.com |
| 5 | FRIEDMAN KAPLAN SEILER & ADELMAN |
|   | 7 Times Square |
| 6 | New York, NY  10036-6516 |
| 7 | Telephone:  (212) 833-1100 |
|   | Facsimile:  (212) 833-1250 |
| 8 | |
|   | ***Counsel for T-Mobile USA, Inc.*** |
| 9 | |

Dated: August 12, 2013.          FARMERBROWNSTEIN LLP

By: */s/ Willaim Farmer*
William Farmer, Esq.
E-Mail:  wfarmer@farmerbrownstein.com
FARMERBROWNSTEIN LLP
235 Pine Street, 13th Floor
San Francisco, CA  94104
Telephone:  (415) 962-2877

***Counsel for Tatung Company and Tatung Company of America, Inc.***

## [PROPOSED] ORDER

The Court having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. All claims asserted by T-Mobile U.S.A., Inc. against Defendants Tatung and Tatung America in the underlying action are hereby dismissed without prejudice pursuant to FRCP 41(a)(2); and,

2. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated entered: 8/13/13

_____
The Honorable Susan Illston
District Court Judge

## ATTESTATION PURSUANT TO GENERAL ORDER 45

Pursuant to General Order No. 45, § X(B), regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: August 12, 2013                By: /s/ *Brooke A.M. Taylor*