IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION / | No. M 07-1827 SI<br><br>MDL. No. 1827 |
| This Order Relates to:<br><br>All Indirect-Purchaser Plaintiff Class Actions / | **ORDER DENYING ALIOTO MOTION TO MODIFY SECOND AMENDED ORDER** |

Currently before the Court is Joseph M. Alioto's "Ex Parte Application Modifying Second Amended Order (Document 7697)." Docket No. 8234. The matter is scheduled for a hearing on August 30, 2013. Pursuant to Civil Local Rule 7–1(b), the Court determines that this matter is appropriate for resolution without oral argument, and VACATES the hearing. Having considered the parties' papers, and for good cause appearing, the Court hereby DENIES Alioto's Motion. Docket No. 8234.

On August 12, 2013, the Honorable Richard Kramer of the Superior Court of the State of California, County of San Francisco, granted LFG's application for a writ of possession, and on August 22, 2013, Judge Kramer issued an Order for Writ of Possession and a Writ of Possession over the $28.2 million currently held in escrow pursuant to this Court's prior order, Docket No. 7697.[1] LFG has indicated that based on these state-court orders, it will be filing a motion for an order releasing the funds to LFG.

---

[1] The Court GRANTS LFG's a Request for Judicial Notice of Order for Writ of Possession ("Order") and the executed Writ of Possession ("Writ"), filed on August 22, 2013. Docket No. 8493.

Under these circumstances, the Court hereby DENIES Alioto's motion to release these funds. Docket No. 8234. The issues to be resolved will be addressed when/if LFG files its motion to release the funds.

**IT IS SO ORDERED.**

Dated: August 28, 2013

SUSAN ILLSTON
United States District Judge