IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION _____/ This Relates To: *Best Buy Co., Inc. v. AU Optronics Corp., et al.,* Case No. 10-CV-4572 SI *Best Buy Co., Inc. v. Toshiba Corp., et al.,* Case No. 12-CV-4114 SI _____/ | No. M 07-1827 SI MDL No. 1827 **ADVICE TO COUNSEL RE: JURY INSTRUCTIONS** (**DRAFT - POST CONFERENCE**) |

The post-conference draft instructions are filed concurrently herewith. Counsel are requested to review them carefully prior to the final conference tomorrow at 8:30 am.

In particular, counsel should note:

–Changes at page 3, lines 12, 17, and 19-27.

–Changes at page 11, line 12.

–No changes at page 11, lines 23-25; this is a correct statement of the law.

–No changes to instructions re: "Participation and Intent" (p. 17-18) or "Damages-Joint Conspirator Liability" (p. 23-24); these are consistent with instructions given in the DPP trial.

--Changes at page 19, lines 5-7.

–Changes at page 23, lines 12-14.

**IT IS SO ORDERED.**

Dated: August 28, 2013

_____
SUSAN ILLSTON
United States District Judge