IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. M 07-1827 SI<br>MDL No. 1827 |

_____/

This Order Relates To:

*Best Buy Co., Inc. v. AU Optronics Corp., et al.,*
Case No. 10-CV-4572 SI

*Best Buy Co., Inc. v. Toshiba Corp., et al.,*
Case No. 12-CV-4114 SI

_____/

**SPECIAL VERDICT**

We the jury unanimously find as follows on the questions submitted to us:

**Question 1:** Did Best Buy prove, by a preponderance of the evidence and in accordance with the instructions given to you, that Toshiba knowingly participated in a conspiracy to fix, raise, maintain or stabilize the prices of TFT-LCD panels?

      _____      _____
       Yes                              No

**Question 2:** Did Best Buy prove, by a preponderance of the evidence and in accordance with the instructions given to you, that HannStar knowingly participated in a conspiracy to fix, raise, maintain or stabilize the prices of TFT-LCD panels?

      _____      _____
       Yes                              No

If your answer to either Question 1 or 2 is "Yes," please answer the next question. If your answers to both Questions 1 and 2 are "No," please go to the end of the verdict form, and sign and date it where indicated.

**Question 3:** Did Best Buy prove, by a preponderance of the evidence and in accordance with the instructions given to you, that the conspiracy involved TFT-LCD panels and/or finished products (e.g., notebook computers, computer monitors, televisions, camcorders, cell phones and digital cameras containing TFT-LCD panels) imported into the United States?

_____      _____
Yes                              No

If your answer to this question is "Yes," please answer the next question. If your answer to this question is "No," please go to Question 5.

**Question 4:** Did Best Buy prove, by a preponderance of the evidence and in accordance with the instructions given to you, that the conspiracy involving imported TFT-LCD panels and/or finished products (notebook computers, computer monitors and televisions containing TFT-LCD panels) produced substantial intended effects in the United States?

_____      _____
Yes                              No

Please answer the next question.

**Question 5:** Did Best Buy prove, by a preponderance of the evidence and in accordance with the instructions given to you, that the conspiracy involved conduct which had a direct, substantial and reasonably foreseeable effect on trade or commerce in the United States?

_____      _____
Yes                              No

If your answer to either Question 4 or Question 5 is "Yes," please answer the next question. If your answers to both Question 4 and Question 5 are "No," please go to the end of the verdict form, and sign and date it where indicated.

3

**Question 6:** Do you find, based on the preponderance of the evidence and in accordance with the Court's instructions, that Best Buy discovered the conspiracy to fix the prices of TFT-LCD panels prior to September 15, 2005?

_____   _____
Yes                          No

If yes, in what month and year did the plaintiffs discover the conspiracy?

_____   _____
Month                        Year

**Question 7:** Do you find, based on the preponderance of the evidence and in accordance with the Court's instructions, that Best Buy discovered the conspiracy to fix the prices of TFT-LCD panels prior to December 31, 2006?

_____   _____
Yes                          No

If yes, in what month and year did the plaintiffs discover the conspiracy?

_____   _____
Month                        Year

**Question 8:** Did Best Buy prove, by a preponderance of the evidence and in accordance with the instructions given to you, that it was injured as a result of the conspiracy in which one or both of the defendants knowingly participated?

_____   _____
Yes                          No

If your answer to this question "Yes," please answer the next question. If your answer to this question is "No," please go to the end of the verdict form, and sign and date it where indicated.

4

**Question 9:** For Best Buy's direct purchases only, what is the amount of damages Best Buy proved, by a preponderance of the evidence and in accordance with the Court's instructions, that it suffered as a result of the conspiracy?

$_____
(Please fill in a dollar amount total)

**Question 10:** For Best Buy's indirect purchases only, what is the amount of damages Best Buy proved, by a preponderance of the evidence and in accordance with the Court's instructions, that it suffered as a result of the conspiracy?

$_____
(Please fill in a dollar amount total)


Date: _____

_____
FOREPERSON

5