United States District Court
For the Northern District of California

1
2
3
4
5          IN THE UNITED STATES DISTRICT COURT
6          FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8    IN RE: TFT-LCD (FLAT PANEL) ANTITRUST          No. M 07-1827 SI
                                                    MDL No. 1827
9    LITIGATION
10   _____/
11   This Order Relates To:
12       *Best Buy Co., Inc. v. AU Optronics Corp.,
         et al.,*
13       Case No. 10-CV-4572 SI
14       *Best Buy Co., Inc. v. Toshiba Corp., et
         al.,*
15       Case No. 12-CV-4114 SI
16   _____/
17
18
19
20                    **SPECIAL VERDICT**
21
22   We the jury unanimously find as follows on the questions submitted to us:
23
24
25
26
27
28

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Question 1:** Did Best Buy prove, by a preponderance of the evidence and in accordance with the instructions given to you, that Toshiba knowingly participated in a conspiracy to fix, raise, maintain or stabilize the prices of TFT-LCD panels?

_____          _____
Yes                              No

**Question 2:** Did Best Buy prove, by a preponderance of the evidence and in accordance with the instructions given to you, that HannStar knowingly participated in a conspiracy to fix, raise, maintain or stabilize the prices of TFT-LCD panels?

_____          _____
Yes                              No

If your answer to either Question 1 or 2 is "Yes," please answer the next question.  If your answers to both Questions 1 and 2 are "No," please go to the end of the verdict form, and sign and date it where indicated.

2

**Question 3:** Did Best Buy prove, by a preponderance of the evidence and in accordance with the instructions given to you, that the conspiracy involved TFT-LCD panels and/or finished products (e.g., notebook computers, computer monitors, televisions, camcorders, cell phones and digital cameras containing TFT-LCD panels) imported into the United States?

_____        _____
Yes                            No

If your answer to this question is "Yes," please answer the next question.  If your answer to this question is "No," please go to Question 5.

**Question 4:** Did Best Buy prove, by a preponderance of the evidence and in accordance with the instructions given to you, that the conspiracy involving these imported TFT-LCD panels and/or finished products produced substantial intended effects in the United States?

_____        _____
Yes                            No

Please answer the next question.

**Question 5:** Did Best Buy prove, by a preponderance of the evidence and in accordance with the instructions given to you, that the conspiracy involved conduct which had a direct, substantial and reasonably foreseeable effect on trade or commerce in the United States?

_____        _____
Yes                            No

If your answer to either Question 4 or Question 5 is "Yes," please answer the next question.  If your answers to both Question 4 and Question 5 are "No," please go to the end of the verdict form, and sign and date it where indicated.

United States District Court
For the Northern District of California

3

**Question 6:**  Do you find, based on the preponderance of the evidence and in accordance with the Court's instructions, that Best Buy discovered the conspiracy to fix the prices of TFT-LCD panels prior to September 15, 2005?

_____                    _____
Yes                                              No

If yes, in what month and year did Best Buy discover the conspiracy?

_____                    _____
Month                                        Year

If your answer to Question 6 is "No," please answer the next question.  If your answer to Question 6 is "Yes," please go to Question 8.

**Question 7:**  Do you find, based on the preponderance of the evidence and in accordance with the Court's instructions, that Best Buy discovered the conspiracy to fix the prices of TFT-LCD panels prior to February 5, 2006?

_____                    _____
Yes                                              No

If yes, in what month and year did Best Buy discover the conspiracy?

_____                    _____
Month                                        Year

**Question 8:** Did Best Buy prove, by a preponderance of the evidence and in accordance with the instructions given to you, that it was injured as a result of the conspiracy in which one or both of the defendants knowingly participated?

_____                    _____
Yes                                              No

If your answer to this question  "Yes," please answer the next question.  If your answer to this question is "No," please go to the end of the verdict form, and sign and date it where indicated.

4

**Question 9:** For Best Buy's direct purchases only, what is the amount of damages Best Buy proved, by a preponderance of the evidence and in accordance with the Court's instructions, that it suffered as a result of the conspiracy?

$_____
(Please fill in a dollar amount total)

**Question 10:** For Best Buy's indirect purchases only, what is the amount of damages Best Buy proved, by a preponderance of the evidence and in accordance with the Court's instructions, that it suffered as a result of the conspiracy?

$_____
(Please fill in a dollar amount total)

Date: _____

_____
FOREPERSON

**United States District Court**
For the Northern District of California

5