IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br>_____/ | Case No. 03:12-CV-2214 (SI)<br><br>MDL No. 03:07-MD-1827 (SI) |
| This Order Relates to:<br><br>SONY ELECTRONICS INC. and SONY COMPUTER ENTERTAINMENT AMERICA LLC,<br><br>            Plaintiffs,<br><br>v.<br><br>HANNSTAR DISPLAY CORPORATION,<br><br>            Defendant.<br>_____/ | **ORDER GRANTING APPLICATION TO FILE UNDER SEAL** |

Having considered the Sony Entities' Ex Parte Application to File Documents Under Seal, Docket No. 8501, and good cause appearing:

IT IS HEREBY ORDERED that the following materials currently lodged with the Court pursuant to Civil Local Rule 79-5 shall be filed under seal:

- Designated portions of the Sony Entities' Memorandum of Points and Authorities in Support of its Motion for Summary Judgment, which refer to confidential communications between a mediator and the parties subject to California Evidence Code §§ 2, 3.

- Exhibits A through I to the Declaration of Stephen V. Bomse in Support of the Motion.

Additionally, the parties are reminded of the Court's Order regarding administrative motions to file under seal. *See* Docket No. 8209. If parties wish to file under seal only portions of a document, the

parties shall highlight the portions of the document(s) they wish to file under seal and submit this highlighted version to chambers.

**IT IS SO ORDERED.**

Dated: September 3, 2013

SUSAN ILLSTON
United States District Judge