IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. M 07-1827 SI<br>MDL No. 1827 |
| _____/ | |
| This Order Relates To:<br><br>*Best Buy Co., Inc. v. AU Optronics Corp., et al.,* Case No. 10-CV-4572 SI<br><br>*Best Buy Co., Inc. v. Toshiba Corp., et al.,* Case No. 12-CV-4114 SI | **JUDGMENT** |
| _____/ | |

These actions by plaintiffs Best Buy Co., Best Buy Purchasing LLC, Best Buy Enterprise Services Inc., Best Buy Stores L.P., Bestbuy.com LLC, and Magnolia Hi-Fi, Inc. came on for jury trial against defendants HannStar Display Corporation, Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronics Components Inc., and Toshiba America Information Systems Inc., the Honorable Susan Illston, presiding. The issues were tried before the jury, beginning on July 22, 2013. The jury rendered a verdict on September 3, 2013.

In Case No. 12-CV-4114 SI, judgment is hereby entered in favor of the Toshiba defendants and against the Best Buy plaintiffs.

In Case No. 10-CV-4572 SI, judgment is hereby entered in favor of the Best Buy plaintiffs and against HannStar Display Corporation in the amount of $7,471,943.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: September 4, 2013

_____
SUSAN ILLSTON
United States District Judge