UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*ViewSonic Corp. v. AU Optronics Corp., et al.*, Case 12-cv-0335-SI | Master Docket No. C M:07-01827 SI<br><br>MDL No. 1827<br><br>[PROPOSED] ORDER |

The Court, having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. All of the claims asserted by Plaintiff ViewSonic Corporation against Defendants Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc. are dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

This ___ day of _____, 2013

_____
Hon. Susan Y. Illston
United States District Court Judge

CROWELL
& MORING LLP
ATTORNEYS AT LAW

[Proposed] Order
Case No. 07-01827 SI