Richard M. Heimann (State Bar No. 63607)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Bruce L. Simon (State Bar No. 96241)
PEARSON, SIMON & WARSHAW, LLP
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008

*Counsel for the Direct Purchaser Class Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION

This Document Relates to:

ALL DIRECT PURCHASER CLASS ACTIONS

Master File No. M07-1827 SI

MDL No. 1827

**~~[PROPOSED]~~ ORDER REGARDING PAYMENT OF LATE-FILED AND DISPUTED CLAIMS**

The Honorable Susan Illston

Before the Court is Direct Purchaser Class Plaintiffs' Status Report Regarding Late Filed and Disputed Claims. Upon consideration of Plaintiffs' Status Report, the Declaration of Robin Niemiec ("Niemiec Declaration") in support thereof, and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Court authorizes payment of the seventeen late-filed claims identified in Exhibit A of the Niemiec Declaration, and the claims of Transcontinental Overseas, Inc. and Alliance for Sustainable Energy, LLC identified in Exhibit B of the Niemiec Declaration. These claims shall be paid as part of the final distribution of the Net Settlement Fund.

- 1 - MASTER FILE NO. M07-1827 SI
[PROPOSED] ORDER GRANTING MOTION FOR AN ORDER APPROVING DISTRIBUTION OF SETTLEMENT FUNDS TO THE DIRECT PURCHASER CLASS MEMBERS

2. The Court affirms Class Counsel's determination that $3,216,348.00 of B&B Appliance, Inc.'s claim was not for eligible purchases under the Direct Purchaser Class Settlement Fund. Therefore, the foregoing portion of B&B Appliance's claim attributable to ineligible purchases was properly denied.

3. This Court retains continuing jurisdiction over the administration and distribution of the settlement proceeds.

Dated: 9/3/13

Susan Illston

The Honorable Susan Illston
United States District Judge