1  William A. Isaacson (admitted *pro hac vice*)
   Melissa Felder (admitted *pro hac vice*)
2  BOIES, SCHILLER & FLEXNER LLP
   5301 Wisconsin Ave. NW, Suite 800
3  Washington, D.C.  20015
   Telephone:  (202) 237-2727
4  Facsimile:   (202) 237-6131
   Email:  wisaacson@bsfllp.com
5          mfelder@bsfllp.com

6  Philip J. Iovieno (admitted *pro hac vice*)
   Anne M. Nardacci (admitted *pro hac vice*)
7  Christopher Fenlon (admitted *pro hac vice*)
   BOIES, SCHILLER & FLEXNER LLP
8  10 North Pearl Street, 4th Floor
   Albany, NY  12207
9  Telephone:  (518) 434-0600
   Facsimile:   (518) 434-0665
10  Email:  piovieno@bsfllp.com
           anardacci@bsfllp.com
11          cfenlon@bsfllp.com

12  [Additional counsel listed in signature page]

13  Counsel for Plaintiffs MetroPCS Wireless, Inc.; Office Depot, Inc.; Interbond Corporation of
    America, Inc.; Schultze Agency Services, LLC; P.C. Richard & Son Long Island Corporation;
14  MARTA Cooperative of America, Inc.; ABC Appliance, Inc.; Tech Data Corporation and Tech
    Data Product Management, Inc.; The AASI Creditor Liquidating Trust; CompuCom Systems,
15  Inc.; and NECO Alliance LLC

16                 UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
17                    SAN FRANCISCO DIVISION

18

19  IN RE: TFT-LCD (FLAT PANEL)              CASE NO. M:07-md-01827-SI
    ANTITRUST LITIGATION
                                            MDL No. 1827
20

21  This Document Relates to:               CASE NOS. 3:10-cv-05458-SI;
                                            3:11-cv-0829-SI; 3:11-cv-02225-SI;
22  *SB Liquidation Trust v. AU Optronics*    3:11-cv-02495-SI; 3:11-cv-03763-SI;
    *Corp., et al.*, 3:10-cv-05458-SI         3:11-cv-03856-SI; 3:11-cv-04119-SI;
                                            3:11-cv-05765-SI; 3:11-cv-05781-SI;
23  *MetroPCS Wireless, Inc. v. AU Optronics*  3:11-cv-06241-SI; 3:12-cv-00335-SI;
    *Corp., et al.*, 3:11-cv-00829-SI         3:12-cv-01426-SI; 3:12-cv-02495-SI;
24                                          3:10-cv-05625-SI; 3:10-cv-03205 SI;

    *Office Depot, Inc. v. AU Optronics Corp.,*
25  *et al.*, 3:11-cv-02225-SI               **STIPULATION AND [~~PROPOSED~~]
                                            ORDER SETTING REVISED TRACK 2
26  *Jaco Electronics, Inc. v. AU Optronics*  DEADLINES**
    *Corp., et al.*, 3:11-cv-02495-SI
27

28

                                            STIPULATION AND [PROPOSED] ORDER
    Case No. 07-md-1827-SI                   SETTING REVISED TRACK 2 DEADLINES

1   *Interbond Corp. of America v. AU Optronics Corp., et al.*, 3:11-cv-03763-SI

2

3   *Schultze Agency Services, LLC, on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, v. AU Optronics Corp., et al.*,
4   3:11-cv-03856-SI

5   *P.C. Richard & Son Long Island Corp., et al. v. AU Optronics Corp., et al.*, 3:11-cv-04119-SI

6

7   *Tech Data Corp., et al. v. AU Optronics Corp., et al.*, 3:11-cv-05765-SI

8   *The AASI Creditor Liquidating Trust, by and through Kenneth A. Welt, Liquidating Trustee v.*
9   *AU Optronics Corp., et al.*, 3:11-cv-05781-SI

10   *CompuCom Systems, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-06241-SI

11

12   *NECO Alliance LLC v. AU Optronics Corp., et al.*, 3:12-cv-01426-SI

13   *Rockwell Automation, Inc. v. AU Optronics Corp., et al.*, 3:12-cv-02495-SI

14

15   *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. AU Optronics Corp., et al.*, 3:10-cv-05625-SI

16

17   *Tracfone Wireless, Inc. v. AU Optronics Corporation, et al.*, 3:10-cv-03205 SI

18

19      Plaintiffs in the above-captioned cases (collectively, "Track 2 Cases") and Defendants in

20   the Track 2 Cases (respectively, "Plaintiffs" and "Defendants," collectively, "Parties") hereby

21   stipulate as follows:

22      WHEREAS the Track 2 Cases have been proceeding with pretrial preparation in

23   accordance with the Court's Order dated June 12, 2013 (Dkt. No. 8076), and the deadline for

24   service of opposition expert reports for Defendants in the Track 2 cases is presently September

25   24, 2013;

26      WHEREAS, on June 13, 2013, Plaintiffs submitted reports from their experts in the Track

27   2 Cases;

28      WHEREAS counsel for Plaintiffs and counsel for Defendants in the Track 2 cases have

1
2
met and conferred and determined that extending the deadline for Defendants' experts' opposition
3
reports will enable depositions of Plaintiffs' experts to take place at a time more convenient for
4
the Parties, their counsel, and Plaintiffs' experts;

WHEREAS counsel for Plaintiffs and counsel for Defendants in the Track 2 cases have
5
met and conferred and determined that Plaintiffs and Defendants should each receive a one-month
6
extension for submitting their opposition and reply expert reports, with the result that all other
7
unexpired deadlines would be extended to preserve approximately the same number of days
8
previously provided for briefing and hearings under the original schedule, as set forth below;
9
WHEREAS the following extensions for unexpired deadlines in the Track 2 cases will not
10
prejudice any of the parties or the Court because trial dates have not been scheduled for any of
11
these cases;
12
NOW THEREFORE, IT IS HEREBY STIPULATED between counsel for Plaintiffs and
13
counsel for Defendants in the Track 2 cases, and subject to the concurrence of the Court, that the
14
Track 2 cases, other than the *State of Oregon* case and the *Hewlett-Packard* case, will adopt the
15
following Track 2 case schedule:
16
17

| Event | Current Date (pursuant to June 12, 2013 Order) | Revised Date |
|-------|-----------------------------------------------|--------------|
| Close of limited fact discovery unique to DAP and State AG cases | May 17, 2013 (this deadline previously has been amended in certain Track 2 cases) | Unchanged |
| Service of opening expert reports for plaintiffs | June 13, 2013 | Unchanged |
| Service of underlying data and Code | June 19, 2013 | Unchanged |
| Service of opposition expert Reports | September 24, 2013 | October 24, 2013 |
| Service of underlying data and Code | September 30, 2013 | October 30, 2013 |
| Plaintiffs and Defendants to Serve Proposed List of Summary Judgment Motions (Copies to be Provided to the Court) | October 22, 2013 | November 22, 2013 |

18
19
20
21
22
23
24
25
26
27
28

Case No. 07-md-1827-SI                    STIPULATION AND [PROPOSED] ORDER
                                          SETTING REVISED TRACK 2 DEADLINES

| | | |
|---|---|---|
| Plaintiffs and Defendants to Meet and Confer Over Proposed List of Summary Judgment Motions and Schedule for Same | October 25-November 11, 2013 | November 25-December 11, 2013 |
| Plaintiffs and Defendants to File with the Court Joint List of Proposed Summary Judgment Motions and Proposed Schedule for Summary Judgment Filings | November 13, 2013 | December 12, 2013 |
| Service of reply expert reports | November 26, 2013 | January 27, 2014 |
| Service of underlying data and Code | December 4, 2013 | February 4, 2014 |
| Service of sur-rebuttal expert reports on downstream pass-on | February 3, 2014 | April 9, 2014 |
| Service of underlying data and Code | February 9, 2014 | April 15, 2014 |
| Close of expert discovery | March 6, 2014 | May 20, 2014 |
| Last Day to File Supplemental List of Proposed Summary Judgment Motions Based Upon New Information or Issues Raised in the Reply Expert Reports | March 6, 2014 | March 27, 2014 |
| Last day to file dispositive Motions | April 4, 2014 | April 25, 2014 |
| Last day to file oppositions to dispositive motions | May 16, 2014 | June 6, 2014 |
| Last day to file reply briefs in support of dispositive motions | June 27, 2014 | July 18, 2014 |
| Last day for hearing dispositive motions | July 11, 2014 | August 1, 2014 |

Dated: August 23, 2013

Respectfully submitted,

By: _____ */s/ Philip J. Iovieno* _____

William Isaacson (admitted *pro hac vice*)
Melissa Felder (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue NW, Suite 800
Washington, DC  20015
Telephone:  (202) 237-2727
Facsimile:   (202) 237-6131
Email: wisaacson@bsfllp.com
        mfelder@bsfllp.com

STIPULATION AND [PROPOSED] ORDER
SETTING REVISED TRACK 2 DEADLINES

Case No. 07-md-1827-SI

1

2

3

4

5

6

Philip J. Iovieno (admitted *pro hac vice*)
Anne M. Nardacci (admitted *pro hac vice*)
Christopher Fenlon (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY  12207
Telephone:  (518) 434-0600
Facsimile:   (518) 434-0665
Email: piovieno@bsfllp.com
       anardacci@bsfllp.com
       cfenlon@basfllp.com

7

8

9

10

11

12

Stuart H. Singer (admitted *pro hac vice*)
Meredith Schultz (admitted *pro hac vice*)
BOIES, SCHILLER, & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email:  ssinger@bsfllp.com
        mschultz@bsfllp.com

13

14

15

16

17

*Attorneys for Plaintiffs MetroPCS Wireless, Inc.;*
*Office Depot, Inc.; Interbond Corp. of America;*
*Schultze Agency Services, LLC; P.C. Richard & Son*
*Long Island Corporation; MARTA Cooperative of*
*America, Inc.; ABC Appliance Inc.; Tech Data Corp.*
*and Tech Data Product Management, Inc.; The AASI*
*Creditor Liquidating Trust; CompuCom Systems, Inc.;*
*and NECO Alliance LLC*

18

19

20

21

22

23

24

25

By:_____*/s/ Robert W. Turken*_____
       Robert W. Turken
       Mitchell E. Widon
       Scott N. Wagner
       BILZIN SUMBERG BAENA PRICE & AXELROD
       LLP
       1450 Rickell Avenue, Suite 2300
       Miami, FL  33131-3456
       Telephone:  (305) 374-7580
       Facsimile:   (305) 374-7593
       Email: rturken@bilzin.com
              mwidom@bilzin.com
              swagner@bilzin.com

26

27

*Attorneys for Plaintiffs Tech Data Corp. and Tech*
*Data Product Management, Inc. and The AASI*
*Creditor Liquidating Trust*

28

-4-                    STIPULATION AND [PROPOSED] ORDER
                       SETTING REVISED TRACK 2 DEADLINES

1

By: _____ */s/ H. Lee Godfrey* _____
H. Lee Godfrey
2       Kenneth S. Marks
Jonathan J. Ross
3       Johnny W. Carter
SUSMAN GODFREY L.L.P.
4       1000 Louisiana Street, Suite 5100
Houston, TX  77002
5       Telephone:  (713) 651-9366
Facsimile:   (713) 654-6666
6       Email: lgodfrey@susmangodfrey.com
kmarks@susmangodfrey.com
7               jross@susmangodfrey.com
jcarter@susmangodfrey.com
8
Parker C. Folse III
9       Rachel S. Black
Jordan Connors
10      SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
11      Seattle, WA  98101-3000
Telephone:  (206) 516-3880
12      Facsimile:   (206) 516-3883
Email: pfolse@susmangodfrey.com
13              rblack@susmangodfrey.com
jconnors@susmangodfrey.com
14
*Attorneys for Plaintiff Alfred H. Siegel, as Trustee of*
15      *the Circuit City Stores, Inc. Liquidating Trust*

16

17

18

19

20

21

22

23

24

25

26

27

28

1

By: _____ */s/ Marc M. Seltzer*
Marc M. Seltzer (54534)

2
Steven G. Sklaver (237612)
SUSMAN GODFREY LLP

3
1901 Avenue of the Stars, Suite 950
Los Angeles, CA  90067-6029

4
Telephone:  (310) 789-3100
Facsimile:   (310) 789-3150

5
Email: mseltzer@susmangodfrey.com
          ssklaver@susmangodfrey.com

6

7
Erica W. Harris
SUSMAN GODFREY LLP

8
1000 Louisiana, Suite 5100
Houston, TX  77002-5096

9
Telephone:  (713) 651-9366
Facsimile:   (713) 654-6666
Email: eharris@susmangodfrey.com

10

11
*Attorneys for SB Liquidation Trust*

12

13
By: _____ */s/ James B. Baldinger*
James B. Baldinger
Florida Bar No.: 869899

14
jbaldinger@carltonfields.com
Robert L. Ciotti

15
Florida Bar No.: 333141
rciotti@carltonfields.com

16
David B. Esau
Florida Bar No.: 650331

17
desau@carltonfields.com
CARLTON FIELDS, P.A.

18
CityPlace Tower – Suite 1200
525 Okeechobee Boulevard

19
West Palm Beach, Florida 33401
Telephone: (561) 659-7070

20
Facsimile: (561) 659-7368

21
*Counsel for TracFone Wireless, Inc.*

22

23

24

25

26

27

28

-6-                STIPULATION AND [PROPOSED] ORDER
                                                                                    SETTING REVISED TRACK 2 DEADLINES

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By: _____ */s/ Jerome A. Murphy*

Jeffrey H. Howard *(pro hac vice)*
Jerome A. Murphy *(pro hac vice)*
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004
Telephone:  (202) 624-2500
Facsimile:   (202) 628-5116
Email: jhoward@crowell.com
        jmurphy@crowell.com

Jason C. Murray (CA Bar No. 169806)
Janet I. Levine (CA Bar No. 94255)
Joshua C. Stokes (CA Bar No. 220214)
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA  90071
Telephone:  (213) 622-4750
Facsimile:   (213) 622-2690
Email: jmurray@crowell.com
        jlevine@crowell.com
        jstokes@crowell.com

Kenneth L. Adams *(pro hac vice)*
R. Bruce Holcomb *(pro hac vice)*
Christopher T. Leonardo *(pro hac vice)*
ADAMS HOLCOMB LLP
1875 Eye Street NW
Washington, DC  20006
Telephone:  (202) 580-8822
Facsimile:   (202) 580-8821
Email: adams@adamsholcomb.com
        holcomb@adamsholcomb.com
        leonardo@adamsholcomb.com

*Attorneys for Plaintiffs Jaco Electronics, Inc. and Rockwell Automation, Inc., and Plaintiffs' Liaison Counsel*

Case No. 07-md-1827-SI

-7-

STIPULATION AND [PROPOSED] ORDER
SETTING REVISED TRACK 2 DEADLINES

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*By: _____ */s/ Lee F. Berger*

Holly A. House (State Bar No. 136045)
Kevin C. McCann (State Bar No. 120874)
Lee F. Berger (State Bar No. 222756)
Sean Unger (State Bar No. 231694)
PAUL HASTINGS LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA  94105
Telephone:  (415) 856-7000
Facsimile:   (415) 856-7100
Email: kevinmccann@paulhastings.com
        hollyhouse@paulhastings.com
        leeberger@paulhastings.com
        seanunger@paulhastings.com

Brad D. Brian (State Bar No. 079001)
Jerome C. Roth (State Bar No. 159483)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Los Angeles, CA  90071-1560
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702
Email:  Brad.Brian@mto.com

*Attorneys for Defendants LG Display Co., Ltd. and LG Display America, Inc.*

By: _____ */s/ Stephen P. Freccero*

Melvin R. Goldman (SBN 34097)
Stephen P. Freccero (SBN 131093)
Derek F. Foran (SBN 224569)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
Telephone:  (415) 268-7000
Facsimile:   (415) 268-7522
Email:  mgoldman@mofo.com
        sfreccero@mofo.com
        dforan@mofo.com

*Attorneys for Defendants Epson Imaging Devices Corporation and Epson Electronics America, Inc.*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By: _____ */s/ Carl L. Blumenstein*
Christopher A. Nedeau (State Bar No. 81297)
Carl L. Blumenstein (State Bar No. 124158)
Farschad Farzan (State Bar No. 215194)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA  94111
Telephone:  (415) 398-3600
Facsimile:  ( 415) 398-2438
Email: cnedeau@nossaman.com
          cblumenstein@nossaman.com
          ffarzan@nossaman.com

*Attorneys for Defendants AU Optronics Corporation
and AU Optronics Corporation America*

By: _____ */s/ Christopher M. Curran*
Christopher M. Curran *(pro hac vice)*
Martin M. Toto *(pro hac vice)*
John H. Chung *(pro hac vice)*
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY  10036
Telephone:  (212) 819-8200
Facsimile:  (212) 354-8113
Email: ccurran@whitecase.com
          mtoto@whitecase.com
          jchung@whitecase.com

*Attorneys for Toshiba Corporation, Toshiba Mobile
Display Co., Ltd., Toshiba America Electronic
Components, Inc. and Toshiba America Information
Systems, Inc.*

Case No. 07-md-1827-SI

-9-

STIPULATION AND [PROPOSED] ORDER
SETTING REVISED TRACK 2 DEADLINES

1

By: _____*/s/ Neal A. Potischman*_____
Neal A. Potischman (SBN 254862)
neal.potischman@davispolk.com

2

DAVIS POLK & WARDWELL LLP
1600 El Camino Real

3

Menlo Park, California 94025
Telephone:   (650) 752-2000

4

Facsimile:   (650) 752-2111

5

*Counsel for Chi Mei Optoelectronics Corporation*

6

*(n/k/a Innolux Corporation), CMO Japan Co., Ltd.,*
*and Chi Mei Optoelectronics USA, Inc. for the Office*

7

*Depot, Inc., Interbond Corp. of America, Schultze*
*Agency Services, LLC, P.C. Richard & Son Long*

8

*Island Corp., et al., Tech Data Corp., et al., The AASI*
*Creditor Liquidating Trust, CompuCom Systems, Inc.,*

9

*and NECO Alliance LLC Actions Only*

10

_____*/s/ Michael R. Scott*_____

11

Michael R. Scott (pro hac vice)
mrs@hcmp.com

12

Michael J. Ewart (pro hac vice)
mje@hcmp.com

13

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500

14

Seattle, WA 98101-2925
Telephone: (206) 623-1745

15

Facsimile: (206) 623-7789

16

*Counsel for Chi Mei Optoelectronics Corporation*
*(n/k/a Innolux Corporation), CMO Japan Co., Ltd.,*

17

*and Chi Mei Optoelectronics USA, Inc. for the*
*MetroPCS Wireless, Inc. Action Only*

18

19

By: _____*/s/ William S. Farmer*_____
William S. Farmer (SBN 46694)

20

David C. Brownstein (SBN 141929)
Jacob P. Alpren (SBN 235713)

21

Farmer Brownstein Jaeger LLP
235 Pine Street, Suite 1300

22

San Francisco, CA  94104
Telephone:  (415) 795-2050

23

Email: wfarmer@fbj-law.com
        dbrownstein@fbj-law.com

24

        jalpren@fbj-law.com

25

*Counsel for Chunghwa Picture Tubes, Ltd. in the*
*MetroPCS Wireless Actions Only*

26

27

28

Case No. 07-md-1827-SI

-10-                STIPULATION AND [PROPOSED] ORDER
                    SETTING REVISED TRACK 2 DEADLINES

1

By: _____ */s/ Rachel S. Brass*_____
      Rachel S. Brass (SBN 219301)

2
      Joel S. Sanders (SBN 107234)
      Austin V. Schwing (SBN 211696

3
      GIBSON, DUNN & CRUTCHER LLP
      555 Mission Street, Suite 3000

4
      San Francisco, California 94105
      (415) 393-8200 / (415) 393-8306

5
      *jsanders@gibsondunn.com*
      *rbrass@gibsondunn.com*

6

7
      *Attorneys for Defendants Chunghwa Picture Tubes,*
      *Ltd. in the SB Trust, Office Depot, Jaco Electronics,*
      *Interbond, Schultze Agency Services, PC Richard,*

8
      *Tech Data, AASI Creditor Liquidating Trust,*
      *CompuCom, Viewsonic, and NECO Alliance Actions*

9
      *Only*

10

By: _____ /s/ Robert E. Freitas_____
      Robert E. Freitas (SBN 80948)

11
      Jason S. Angell (SBN 221607)
      Jessica N. Leal (SBN 267232)

12
      FREITAS TSENG & KAUFMAN LLP
      100 Marine Parkway, Suite 200

13
      Redwood Shores, CA  94065
      Telephone:  (650) 593-6300

14
      Facsimile:    (650) 593-6301
      Email:  rfreitas@ftklaw.com

15
              jangell@ftklaw.com
              jleal@ftklaw.com

16

17
      *Attorneys for Defendant HannStar Display*
      *Corporation*

18

By: _____ */s/ Jacob R. Sorensen*_____
      Jacob R. Sorensen (SBN 209134)

19
      John M. Grenfell (SBN 88500)

20
      Fusae Nara (*pro hac vice*)
      Andrew D. Lanphere (SBN 191479)

21
      PILLSBURY WINTHROP SHAW PITTMAN LLP
      Four Embarcadero Center, 22nd Floor

22
      San Francisco, CA  94111
      Telephone:  (415) 983-1000

23
      Facsimile:  (415) 983-1200
      Email: john.grenfell@pillsburylaw.com

24
              jake.sorensen@pillsburylaw.com
              fusae.nara@pillsburylaw.com

25
              andrew.lanphere@pillsburylaw.com

26

27

28

-11-    STIPULATION AND [PROPOSED] ORDER
        SETTING REVISED TRACK 2 DEADLINES

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By: _____/s/ Michael W. Scarborough_____
Michael W. Scarborough (SBN 203524)
SHEPPARD MULLIN RICHTER & HAMPTON
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111
Telephone:  (415) 434-9100
Facsimile:   (415) 434-3947
Email:  mscarborough@sheppardmullin.com

*Attorneys for Defendants Samsung SDI America, Inc.
and Samsung SDI Co., Ltd.*

By: _____/s/ Kent M. Roger_____
Kent M. Roger (Bar No. 95987)
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Telephone:  (415) 442-1000
Facsimile:   (415) 442-1001
Email:  kroger@morganlewis.com

*Attorneys for Defendants Hitachi, Ltd., Hitachi
Displays, Ltd. (n/k/a Japan Display Inc.) and Hitachi
Electronic Devices (USA), Inc.*

By: _____/s/ Stephen Holbrook Sutro_____
George Dominic Niespolo
Stephen Holbrook Sutro
DUANE MORRIS LLP
One Market , Spear Tower, Suite 2200
San Francisco, CA  94105
Telephone:  (415) 957-3010
Facsimile:   (415) 957-3001
Email:  gdniespolo@duanemorris.com
            shsutro@duanemorris.com

*Attorneys for NEC Corporation, NEC LCD Technologies,
Ltd., and Renesas Electronics America, Inc.*

*Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this

document has been obtained from each of the above signatories.

Case No. 07-md-1827-SI

-12-                    STIPULATION AND [PROPOSED] ORDER
                            SETTING REVISED TRACK 2 DEADLINES

1

**IT IS SO ORDERED.**

2

3

Dated:     8/30/13

4

Hon. Susan Illston
United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 07-md-1827-SI

-13-

STIPULATION AND [PROPOSED] ORDER
SETTING REVISED TRACK 2 DEADLINES