Stephen V. Bomse (Bar No. 40686)
sbomse@orrick.com
David M. Goldstein (Bar No. 142334)
dgoldstein@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
Telephone:     (415) 773-5700
Facsimile:     (415) 773-5759

*Attorneys for Sony Electronics Inc. and
Sony Computer Entertainment America LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:12-cv-02214 SI |
| ──────────────────────────── | Master File No. 3:07-md-1827 SI<br>MDL No. 1827 SI |
| This Document Relates to: | |
| SONY ELECTRONICS INC. and SONY COMPUTER ENTERTAINMENT AMERICA LLC, | **[PROPOSED] ORDER RE: BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT [Dkt. No. 8501]** |
| Plaintiffs, | |
| v. | |
| HANNSTAR DISPLAY CORP., | |
| Defendant. | |

The Court having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. Defendant shall file its opposition brief on or before September 20, 2013;

2. Plaintiffs shall file their reply brief on or before October 4, 2013; and

3. The Hearing on Plaintiffs' Motion for Summary Judgment shall be October 18, 2013.

**IT IS SO ORDERED**.

Dated: 9/9, 2013

_____
Honorable Susan Y. Illston
United States District Judge