1 | William A. Isaacson (admitted *pro hac vice*)
Melissa Felder (admitted *pro hac vice*)
2 | BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
3 | Washington, D.C. 20015
Telephone: (202) 237-2727
4 | Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com
5 |        mfelder@bsfllp.com

6 | Philip J. Iovieno (admitted *pro hac vice*)
Anne M. Nardacci (admitted *pro hac vice*)
7 | Christopher Fenlon (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
8 | 10 North Pearl Street, 4th Floor
Albany, NY 12207
9 | Telephone: (518) 434-0600
Facsimile: (518) 434-0665
10 | Email: piovieno@bsfllp.com
        anardacci@bsfllp.com
11 |        cfenlon@bsfllp.com

12 | [Additional counsel listed in signature page]

13 | Counsel for Plaintiffs MetroPCS Wireless, Inc.; Office Depot, Inc.; Interbond Corporation of America, Inc.; Schultze Agency Services, LLC; P.C. Richard & Son Long Island Corporation; MARTA Cooperative of America, Inc.; ABC Appliance, Inc.; Tech Data Corporation and Tech Data Product Management, Inc.; The AASI Creditor Liquidating Trust; CompuCom Systems, Inc.; and NECO Alliance LLC

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | CASE NO. M:07-md-01827-SI<br><br>MDL No. 1827 |
| This Document Relates to:<br><br>*SB Liquidation Trust v. AU Optronics Corp., et al.*, 3:10-cv-05458-SI<br><br>*MetroPCS Wireless, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-00829-SI<br><br>*Office Depot, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-02225-SI<br><br>*Jaco Electronics, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-02495-SI | CASE NOS. 3:10-cv-05458-SI; 3:11-cv-0829-SI; 3:11-cv-02225-SI; 3:11-cv-02495-SI; 3:11-cv-03763-SI; 3:11-cv-03856-SI; 3:11-cv-04119-SI; 3:11-cv-05765-SI; 3:11-cv-05781-SI; 3:11-cv-06241-SI; 3:12-cv-00335-SI; 3:12-cv-01426-SI; 3:12-cv-02495-SI; and 3:10-cv-05625-SI<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CERTAIN EXPERT DEPOSITIONS IN TRACK 2** |

1  *Interbond Corp. of America v. AU Optronics Corp., et al.*, 3:11-cv-03763-SI

2

3  *Schultze Agency Services, LLC, on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, v. AU Optronics Corp., et al.*, 3:11-cv-03856-SI

4

5  *P.C. Richard & Son Long Island Corp., et al. v. AU Optronics Corp., et al.*, 3:11-cv-04119-SI

6

7  *Tech Data Corp., et al. v. AU Optronics Corp., et al.*, 3:11-cv-05765-SI

8  *The AASI Creditor Liquidating Trust, by and through Kenneth A. Welt, Liquidating Trustee v. AU Optronics Corp., et al.*, 3:11-cv-05781-SI

9

10  *CompuCom Systems, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-06241-SI

11

12  *NECO Alliance LLC v. AU Optronics Corp., et al.*, 3:12-cv-01426-SI

13  *Rockwell Automation, Inc. v. AU Optronics Corp., et al.*, 3:12-cv-02495-SI

14

15  *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. AU Optronics Corp., et al.*, 3:10-cv-05625-SI

16

17   Plaintiffs in the above-captioned cases (collectively, "Track 2 Cases") and Defendants in

18  the Track 2 Cases (respectively, "Plaintiffs" and "Defendants," collectively, "Parties") hereby

19  stipulate as follows:

20   WHEREAS, on June 13, 2013, Plaintiffs have submitted reports from B. Douglas

21  Bernheim, Adam Fontecchio, David Stowell, and Leslie Marx (as to certain Plaintiffs only)

22  (collectively, "Plaintiffs' Track 1 Experts"), among others, in the Track 2 Cases (including any

23  erratas, supplements, and amendments thereto, "June 2013 Reports");

24   WHEREAS, Plaintiffs' Track 1 Experts also appeared on behalf of plaintiffs in one or

25  more of the following cases in this Multidistrict Litigation: *AT&T Mobility LLC,* et *al. v. AU*

26  *Optronics Corp., et al.*, Case No. 09-CV-4997-SI; *ATS Claim, LLC v. Epson Electronics*

27  *America, Inc., et al.*, Case No. 3:09-CV-01115-SI; *Nokia Corp. and Nokia Inc. v. AU Optronics*

28  *Corp., et al.*, Case No. 3:09-CV-05609; *Costco Wholesale Corp. v. AU Optronics Corp.*, et al.,

Case No. 11-CV-00058-SI; *Best Buy v. AU Optronics Corp,. et al.*, Case No. 10-CV-04972-SI; *Electrograph Systems, Inc. v. Epson Imaging Devices Corp., et al.*, Case No. 10-CV-00017-SI; *Motorola Mobility Inc. v. AU Optronics Corp., et al.*, Case No. 09-CV-05840-SI, and *Target Corp., et al. v. AU Optronics Corp,. et al.*, Case No. 10-CV-04945-SI (collectively, "Track 1 Cases");

WHEREAS, Plaintiffs' Track 1 Experts sat for depositions in the Track 1 Cases;

WHEREAS the Parties want to avoid duplicative and repetitive questioning of Plaintiffs' Track 1 Experts in depositions in the Track 2 Cases in light of their previous depositions and the similarity between Plaintiffs' Track 1 Experts' reports in the Track 1 Cases and Plaintiffs' Track 1 Experts' reports in the Track 2 Cases, and to create efficiency in and limit the time of those depositions; and

WHEREAS the Parties do not want to get bogged down in disputes over whether a particular question is duplicative of a question asked of a Plaintiffs' Track 1 Expert during the Track 1 Cases;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the Parties through their undersigned counsel as follows:

1. Any testimony made at deposition by a Plaintiffs' Track 1 Expert in a Track 1 Case will have same legal and evidentiary effect as if noticed and taken in the Track 2 cases concerning the June 2013 Reports and the Track 2 Plaintiffs.

2. Any deposition that Defendants take of a Plaintiffs' Track 1 Expert in the Track 2 Cases regarding the June 2013 Reports will be limited to a seven hour period. This is not a limitation on the deposition regarding any Plaintiffs' Track 1 Expert's reply reports (which may not be duplicative of Plaintiffs' Track 1 Experts' reports in the Track 1 Cases), or of any expert's deposition other than Plaintiffs' Track 1 Experts.

3. This stipulation does not give rise to an objection to questions as being duplicative of questions asked during the Track 1 Cases.

Dated: August 23, 2013

Respectfully submitted,

By: _____/s/ Philip J. Iovieno_____
William Isaacson (admitted *pro hac vice*)
Melissa Felder (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue NW, Suite 800
Washington, DC  20015
Telephone:  (202) 237-2727
Facsimile:   (202) 237-6131
Email: wisaacson@bsfllp.com
         mfelder@bsfllp.com

Philip J. Iovieno (admitted *pro hac vice*)
Anne M. Nardacci (admitted *pro hac vice*)
Christopher Fenlon (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY  12207
Telephone:  (518) 434-0600
Facsimile:   (518) 434-0665
Email: piovieno@bsfllp.com
         anardacci@bsfllp.com
         cfenlon@basfllp.com

Stuart H. Singer (admitted *pro hac vice*)
Meredith Schultz (admitted *pro hac vice*)
BOIES, SCHILLER, & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email:  ssinger@bsfllp.com
         mschultz@bsfllp.com

*Attorneys for Plaintiffs MetroPCS Wireless, Inc.; Office Depot, Inc.; Interbond Corp. of America; Schultze Agency Services, LLC; P.C. Richard & Son Long Island Corporation; MARTA Cooperative of America, Inc.; ABC Appliance Inc.; Tech Data Corp. and Tech Data Product Management, Inc.; The AASI Creditor Liquidating Trust; CompuCom Systems, Inc.; and NECO Alliance LLC*

By: _____/s/ Robert W. Turken_____
    Robert W. Turken
    Mitchell E. Widon
    Scott N. Wagner
    BILZIN SUMBERG BAENA PRICE & AXELROD LLP
    1450 Rickell Avenue, Suite 2300
    Miami, FL  33131-3456
    Telephone:  (305) 374-7580
    Facsimile:   (305) 374-7593
    Email: rturken@bilzin.com
          mwidom@bilzin.com
          swagner@bilzin.com

*Attorneys for Plaintiffs Tech Data Corp. and Tech Data Product Management, Inc. and The AASI Creditor Liquidating Trust*

By: _____/s/ H. Lee Godfrey_____
    H. Lee Godfrey
    Kenneth S. Marks
    Jonathan J. Ross
    Johnny W. Carter
    SUSMAN GODFREY L.L.P.
    1000 Louisiana Street, Suite 5100
    Houston, TX  77002
    Telephone:  (713) 651-9366
    Facsimile:   (713) 654-6666
    Email: lgodfrey@susmangodfrey.com
          kmarks@susmangodfrey.com
          jross@susmangodfrey.com
          jcarter@susmangodfrey.com

    Parker C. Folse III
    Rachel S. Black
    Jordan Connors
    SUSMAN GODFREY L.L.P.
    1201 Third Avenue, Suite 3800
    Seattle, WA  98101-3000
    Telephone:  (206) 516-3880
    Facsimile:   (206) 516-3883
    Email: pfolse@susmangodfrey.com
          rblack@susmangodfrey.com
          jconnors@susmangodfrey.com

*Attorneys for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

|   |   |
|---|---|
| 1 | By: _____*/s/ Marc M. Seltzer*_____ |
| 2 | Marc M. Seltzer (54534)<br>Steven G. Sklaver (237612) |

By:     */s/ Marc M. Seltzer*
Marc M. Seltzer (54534)
Steven G. Sklaver (237612)
SUSMAN GODFREY LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA  90067-6029
Telephone:  (310) 789-3100
Facsimile:   (310) 789-3150
Email: mseltzer@susmangodfrey.com
      ssklaver@susmangodfrey.com

Erica W. Harris
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, TX  77002-5096
Telephone:  (713) 651-9366
Facsimile:   (713) 654-6666
Email: eharris@susmangodfrey.com

*Attorneys for SB Liquidation Trust*

| | |
|---|---|
| By: | */s/ Jerome A. Murphy* |

Jeffrey H. Howard *(pro hac vice)*
Jerome A. Murphy *(pro hac vice)*
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004
Telephone:  (202) 624-2500
Facsimile:   (202) 628-5116
Email: jhoward@crowell.com
           jmurphy@crowell.com

Jason C. Murray (CA Bar No. 169806)
Janet I. Levine (CA Bar No. 94255)
Joshua C. Stokes (CA Bar No. 220214)
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA  90071
Telephone:  (213) 622-4750
Facsimile:   (213) 622-2690
Email: jmurray@crowell.com
           jlevine@crowell.com
           jstokes@crowell.com

Kenneth L. Adams *(pro hac vice)*
R. Bruce Holcomb *(pro hac vice)*
Christopher T. Leonardo *(pro hac vice)*
ADAMS HOLCOMB LLP
1875 Eye Street NW
Washington, DC  20006
Telephone:  (202) 580-8822
Facsimile:   (202) 580-8821
Email: adams@adamsholcomb.com
           holcomb@adamsholcomb.com
           leonardo@adamsholcomb.com

*Liaison Counsel for Plaintiffs and Attorneys for Plaintiffs Jaco Electronics, Inc. and Rockwell Automation, Inc.*

```
*By:          /s/ Lee F. Berger
       Holly A. House (State Bar No. 136045)
       Kevin C. McCann (State Bar No. 120874)
       Lee F. Berger (State Bar No. 222756)
       Sean Unger (State Bar No. 231694)
       PAUL HASTINGS LLP
       55 Second Street
       Twenty-Fourth Floor
       San Francisco, CA  94105
       Telephone:  (415) 856-7000
       Facsimile:   (415) 856-7100
       Email: kevinmccann@paulhastings.com
              hollyhouse@paulhastings.com
              leeberger@paulhastings.com
              seanunger@paulhastings.com

       Brad D. Brian (State Bar No. 079001)
       Jerome C. Roth (State Bar No. 159483)
       MUNGER, TOLLES & OLSON LLP
       355 South Grand Avenue
       Los Angeles, CA  90071-1560
       Telephone:  (213) 683-9100
       Facsimile:   (213) 687-3702
       Email:  Brad.Brian@mto.com
```

*Attorneys for Defendants LG Display Co., Ltd. and LG Display America, Inc.*

```
By:           /s/ Stephen P. Freccero
       Melvin R. Goldman (SBN 34097)
       Stephen P. Freccero (SBN 131093)
       Derek F. Foran (SBN 224569)
       MORRISON & FOERSTER LLP
       425 Market Street
       San Francisco, CA  94105
       Telephone:  (415) 268-7000
       Facsimile:   (415) 268-7522
       Email: mgoldman@mofo.com
              sfreccero@mofo.com
              dforan@mofo.com
```

*Attorneys for Defendants Epson Imaging Devices Corporation and Epson Electronics America, Inc.*

By: _____/s/ Carl L. Blumenstein_____
Christopher A. Nedeau (State Bar No. 81297)
Carl L. Blumenstein (State Bar No. 124158)
Farschad Farzan (State Bar No. 215194)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 398-3600
Facsimile: ( 415) 398-2438
Email: cnedeau@nossaman.com
       cblumenstein@nossaman.com
       ffarzan@nossaman.com

*Attorneys for Defendants AU Optronics Corporation and AU Optronics Corporation America*

By: _____/s/ Christopher M. Curran_____
Christopher M. Curran *(pro hac vice)*
Martin M. Toto *(pro hac vice)*
John H. Chung *(pro hac vice)*
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: ccurran@whitecase.com
       mtoto@whitecase.com
       jchung@whitecase.com

*Attorneys for Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc. and Toshiba America Information Systems, Inc.*

By: _____*/s/ Neal A. Potischman*_____
Neal A. Potischman (SBN 254862)
neal.potischman@davispolk.com
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone:   (650) 752-2000
Facsimile:    (650) 752-2111

*Counsel for Chi Mei Optoelectronics Corporation (n/k/a Innolux Corporation), CMO Japan Co., Ltd., and Chi Mei Optoelectronics USA, Inc. for the Office Depot, Inc., Interbond Corp. of America, Schultze Agency Services, LLC, P.C. Richard & Son Long Island Corp., et al., Tech Data Corp., et al., The AASI Creditor Liquidating Trust, CompuCom Systems, Inc., and NECO Alliance LLC Actions Only*

_____*/s/ Michael R. Scott*_____
Michael R. Scott (pro hac vice)
mrs@hcmp.com
Michael J. Ewart (pro hac vice)
mje@hcmp.com
HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, WA 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

*Counsel for Chi Mei Optoelectronics Corporation (n/k/a Innolux Corporation), CMO Japan Co., Ltd., and Chi Mei Optoelectronics USA, Inc. for the MetroPCS Wireless, Inc. Action Only*

By: _____*/s/ William S. Farmer*_____
William S. Farmer (SBN 46694)
David C. Brownstein (SBN 141929)
Jacob P. Alpren (SBN 235713)
Farmer Brownstein Jaeger LLP
235 Pine Street, Suite 1300
San Francisco, CA  94104
Telephone:  (415) 795-2050
Email: wfarmer@fbj-law.com
         dbrownstein@fbj-law.com
         jalpren@fbj-law.com

*Counsel for Chunghwa Picture Tubes, Ltd. in the MetroPCS Wireless Actions Only*

| | |
|---|---|
| 1 | By: _____ */s/ Rachel S. Brass*_____ |
| 2 | Rachel S. Brass (SBN 219301)<br>Joel S. Sanders (SBN 107234) |
| 3 | Austin V. Schwing (SBN 211696<br>GIBSON, DUNN & CRUTCHER LLP |
| 4 | 555 Mission Street, Suite 3000<br>San Francisco, California 94105 |
| 5 | (415) 393-8200 / (415) 393-8306<br>*jsanders@gibsondunn.com* |
| 6 | *rbrass@gibsondunn.com* |

*Attorneys for Defendants Chunghwa Picture Tubes, Ltd. in the SB Trust, Office Depot, Jaco Electronics, Interbond, Schultze Agency Services, PC Richard, Tech Data, AASI Creditor Liquidating Trust, CompuCom, Viewsonic, and NECO Alliance Actions Only*

By: _____ */s/ Robert E. Freitas*_____
Robert E. Freitas (SBN 80948)
Jason S. Angell (SBN 221607)
Jerry Chen (SBN 229318)
FREITAS TSENG & KAUFMAN LLP
100 Marine Parkway, Suite 200
Redwood Shores, CA  94065
Telephone:  (650) 593-6300
Facsimile:   (650) 593-6301
Email: rfreitas@ftklaw.com
          jangell@ftklaw.com
          jchen@ftklaw.com

*Attorneys for Defendant HannStar Display Corporation*

By: _____ */s/ Jacob R. Sorensen*_____
Jacob R. Sorensen (SBN 209134)
John M. Grenfell (SBN 88500)
Fusae Nara (*pro hac vice*)
Andrew D. Lanphere (SBN 191479)
PILLSBURY WINTHROP SHAW PITTMAN LLP
Four Embarcadero Center, 22nd Floor
San Francisco, CA  94111
Telephone:  (415) 983-1000
Facsimile:  (415) 983-1200
Email: john.grenfell@pillsburylaw.com
          jake.sorensen@pillsburylaw.com
          fusae.nara@pillsburylaw.com
          andrew.lanphere@pillsburylaw.com

*Attorneys for Defendants Sharp Corporation and Sharp Electronics Corporation*

|     |     |
| --- | --- |
| 1   | By: _____/s/ Michael W. Scarborough_____ |
|     | Michael W. Scarborough (SBN 203524) |
| 2   | SHEPPARD MULLIN RICHTER & HAMPTON |
|     | Four Embarcadero Center, 17th Floor |
| 3   | San Francisco, CA 94111 |
|     | Telephone: (415) 434-9100 |
| 4   | Facsimile: (415) 434-3947 |
|     | Email: mscarborough@sheppardmullin.com |
| 5   |     |
|     | *Attorneys for Defendants Samsung SDI America, Inc.* |
| 6   | *and Samsung SDI Co., Ltd.* |

*Attorneys for Defendants Samsung SDI America, Inc. and Samsung SDI Co., Ltd.*

By: _____/s/ Kent M. Roger_____
Kent M. Roger (Bar No. 95987)
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001
Email: kroger@morganlewis.com

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.) and Hitachi Electronic Devices (USA), Inc.*

By: _____/s/ Stephen Holbrook Sutro_____
George Dominic Niespolo
Stephen Holbrook Sutro
DUANE MORRIS LLP
One Market , Spear Tower, Suite 2200
San Francisco, CA 94105
Telephone: (415) 957-3010
Facsimile: (415) 957-3001
Email: gdniespolo@duanemorris.com
       shsutro@duanemorris.com

*Attorneys for NEC Corporation, NEC LCD Technologies, Ltd., and Renesas Electronics America, Inc.*

*Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

**IT IS SO ORDERED.**

Dated:  8/30/13

_____
Hon. Susan Illston
United States District Judge