| | |
|---|---|
| 1 | SUSMAN GODFREY LLP |
|   | STEVEN G. SKLAVER (CA Bar No. 237612) |
| 2 | ssklaver@susmangodfrey.com |
|   | 1901 Avenue of the Stars, Suite 950 |
| 3 | Los Angeles, CA 90067 |
|   | Telephone: 310-789-3123 |
| 4 | Facsimile: 310-789-3150 |

Attorneys for Plaintiff
SB LIQUIDATION TRUST

[additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827 SI<br>MDL No. 1827 |
| This Document Relates To:<br><br>Case No. 10-cv-5458 SI<br><br>SB LIQUIDATION TRUST,<br><br>              Plaintiff,<br><br>v.<br><br>AU OPTRONICS CORP., *et al.*,<br><br>              Defendants. | **STIPULATION OF DISMISSAL OF SHARP CORPORATION AND SHARP ELECTRONICS CORPORATION AND [PROPOSED] ORDER** |

1    Plaintiff SB Liquidation Trust ("SBLT") and Defendants Sharp Corporation and
2 Sharp Electronics Corporation (collectively, "Sharp"), by and through undersigned counsel,
3 stipulate and agree that SBLT hereby dismisses with prejudice all claims being asserted
4 against Sharp in the above-captioned action pursuant to Rule 41(a)(2) of the Federal Rules
5 of Civil Procedure, and each party agrees to bear its own costs and attorneys' fees.  This
6 stipulation does not affect the rights or claims of SBLT against any other defendant or
7 alleged co-conspirator in this litigation.
8    WHEREFORE, the parties respectfully request that this Court issue the Proposed
9 Order.
10   **IT IS SO STIPULATED.**

11 Dated: September 10, 2013.        SUSMAN GODFREY LLP
                                    STEVEN G. SKLAVER

                                    By: /s/ Steven G. Sklaver
13                                  STEVEN G. SKLAVER

14                                  *Attorneys for Plaintiff*
                                    SB LIQUIDATION TRUST

17 Dated: September 10, 2013.        PILLSBURY WINTHROP SHAW PITTMAN LLP
                                    JOHN M. GRENFELL (CA Bar No. 88500)
                                    john.grenfell@pillsburylaw.com
18                                  JACOB R. SORENSEN (CA Bar No. 209134)
                                    jake.sorensen@pillsburylaw.com
19                                  FUSAE NARA (*pro hac vice*)
                                    fusae.nara@pillsburylaw.com
20                                  ANDREW D. LANPHERE  (CA Bar No. 191479)
                                    andrew.lanphere@pillsburylaw.com
21                                  Four Embarcadero Center, 22nd Floor
                                    San Francisco, CA 94111
22                                  Telephone: (415) 983-1000
                                    Facsimile: (415) 983-1200

                                    By: /s/ Jacob R. Sorensen
24                                  JACOB R. SORENSEN

25                                  *Attorneys for Defendants*
                                    SHARP CORPORATION and
26                                  SHARP ELECTRONICS CORPORATION

27
28

1  Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

**[PROPOSED] ORDER**

The Court having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. All claims asserted by SB Liquidation Trust against Sharp Corporation and Sharp Electronics Corporation in the underlying action are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2); and

2. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated Entered: 9/10/13  _____

The Honorable Susan Illston
District Court Judge