UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. 3:07-md-1827-SI<br><br>**MDL No. 1827** |
| *State of Oregon v. AU Optronics Corp., et al.,*<br><br>*Case No. 3:10-cv-4346-SI* | **STIPULATION AND [~~PROPOSED~~] ORDER SETTING REVISED STATE OF OREGON DEADLINES** |

WHEREAS the above-captioned case has been proceeding with pretrial preparation in accordance with the Court's Order dated March 22, 2103 (Dkt. No. 7665) and the deadline for close of limited fact discovery unique to the State of Oregon case is presently September 30, 2013;

WHEREAS counsel for the State of Oregon and counsel for defendants in the State of Oregon case believe additional time is needed to complete fact and expert discovery unique to the case;

WHEREAS, counsel for the State of Oregon and defendants have met and conferred and determined that an approximate six-week extension of all current deadlines would be appropriate; and

WHEREAS an extension for deadlines in the State of Oregon case will not prejudice any of the parties or the Court because trial dates have not been scheduled for the case.

THEREFORE, IT IS HEREBY STIPULATED between the State of Oregon and defendants' liaison counsel, and subject to the concurrence of the Court, that the State of Oregon case will adopt the following schedule:

| Event | Current Date (pursuant to 3/18/13 Order) | Revised Date |
|---|---|---|
| Close of limited fact discovery unique to State of Oregon case | September 30, 2013 | November 15, 2013 |
| Service of opening expert reports for plaintiffs | October 21, 2013 | December 6, 2013 |
| Service of underlying data and Code | October 25, 2013 | December 13, 2013 |
| Service of opposition expert Reports | January 21, 2014 | March 7, 2014 |
| Service of underlying data and Code | January 27, 2014 | March 14, 2014 |
| Plaintiffs and Defendants to Serve Proposed List of Summary Judgment Motions (Copies to be Provided to the Court) | February 17, 2014 | March 31, 2014 |

| Event | Current Date (pursuant to 3/18/13 Order) | Revised Date |
|---|---|---|
| Plaintiffs and Defendants to Meet and Confer Over Proposed List of Summary Judgment Motions and Schedule for Same | February 17, 2014 – February 28, 2014 | March 31, 2014 – April 4, 2014 |
| Plaintiffs and Defendants to File with the Court Joint List of Proposed Summary Judgment Motions and Proposed Schedule for Summary Judgment Filings | March 10, 2014 | April 25, 2014 |
| Service of reply expert reports | March 24, 2014 | May 9, 2014 |
| Service of underlying data and Code | March 31, 2014 | May 16, 2014 |
| Close of expert discovery | April 30, 2014 | June 13, 2014 |
| Last Day to File Supplemental List of Proposed Summary Judgment Motions Based Upon New Information or Issues Raised in the Reply Expert Reports | April 30, 2014 | June 13, 2014 |
| Last day to file dispositive Motions | May 30, 2014 | July 11, 2014 |
| Last day to file oppositions to dispositive motions | July 11, 2014 | August 22, 2014 |
| Last day to file reply briefs in support of dispositive motions | August 22, 2014 | October 3, 2014 |
| Last day for hearing dispositive motions | September 5, 2014 | October 17, 2014 |

|  |  |  |
|---|---|---|
|  | FREITAS TSENG & KAUFMAN LLP |  |
| Dated: September 25, 2013 | By: | /s/ Jessica N. Leal |

Robert E. Freitas (SBN 80948)
Jason S. Angell (SBN 221607)
Jessica N. Leal (SBN 267232)
Facsimile: (650) 593-6301
FREITAS TSENG & KAUFMAN LLP
100 Marine Parkway, Suite 200
Redwood Shores, California 94065
Telephone: (650) 593-6300
rfreitas@ftklaw.com
jangell@ftklaw.com
jleal@ftklaw.com

*Attorneys for Defendant HannStar Display Corp.*

|  |  |  |
|---|---|---|
|  | NOSSAMAN LLP |  |
| Dated: September 25, 2013 | By: | /s. Carl L. Blumenstein |

Christopher A. Nedeau (SBN 81297)
Carl L. Blumenstein (SBN 124158)
Farschad Farzan (SBN 215194)
Natasha A. Saggar Sheth (SBN 282896)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, California 94111
Telephone: (415) 398-3600
Facsimile: (415) 398-2438
cnedeau@nossaman.com
cblumenstein@nossaman.com
ffarzan@nossaman.com
nsaggarsheth@nossaman.com

*Attorneys for Defendants AU Optronics Corp. and AU Optronics Corporation America*

WHITE & CASE LLP

Dated: September 25, 2013     By:  /s/ Christopher M. Curran

Christopher M. Curran (pro hac vice)
Email:  ccurran@whitecase.com
J. Mark Gidley (pro hac vice)
Email: mgidley@whitecase.com
Martin M. Toto (pro hac vice)
Email:  mtoto@whitecase.com
John H. Chung (pro hac vice)
Email:  jchung@whitecase.com
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
Telephone:     (212) 819-8200
Facsimile:     (212) 354-8113

*Attorneys for Toshiba Corp.; Toshiba Mobile Display Co., Ltd.; Toshiba America Electronic Components, Inc.; and Toshiba America Information Systems, Inc.*

PILLSBURY WINTHROP SHAW PITTMAN LLP

Dated: September 25, 2013     By:  /s/ Jacob R. Sorensen

JOHN M. GRENFELL (CA Bar No. 88500)
john.grenfell@pillsburylaw.com
JACOB R. SORENSEN (CA Bar No. 209134)
jake.sorensen@pillsburylaw.com
FUSAE NARA (*pro hac vice*)
fusae.nara@pillsburylaw.com
ANDREW D. LANPHERE (CA Bar No. 191479)
andrew.lanphere@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
50 Fremont Street
San Francisco, CA 94105
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

*Attorneys for Defendants Sharp Corp. and Sharp Electronics Corp.*

|  |  |
|---|---|
|  | SHEPPARD MULLIN RICHTER & HAMPTON |
| Dated: September 25, 2013 | By: /s/ Robert D. Wick |
|  | COVINGTON & BURLING LLP<br>Robert D. Wick<br>Neil K. Roman<br>Derek Ludwin<br>1201 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Telephone: (202) 662-6000<br>Facsimile: (202) 662-6291<br>Email: rwick@cov.com<br>nroman@cov.com<br>dludwin@cov.com |
|  | *Attorneys for Defendants Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; and Samsung Semiconductor, Inc.* |
|  | PAUL HASTINGS LLP |
| Dated: September 25, 2013 | By: /s/ Lee F. Berger |
|  | Holly A. House (State Bar No. 136045)<br>Kevin C. McCann (State Bar No. 120874)<br>Lee F. Berger (State Bar No. 222756)<br>Sean Unger (State Bar No. 231694)<br>PAUL HASTINGS LLP<br>55 Second Street<br>Twenty-Fourth Floor<br>San Francisco, CA 94105<br>Telephone: (415) 856-7000<br>Facsimile: (415) 856-7100<br>kevinmccann@paulhastings.com<br>hollyhouse@paulhastings.com<br>leeberger@paulhastings.com<br>seanunger@paulhastings.com |
|  | *Attorneys for Defendants LG Display Co., Ltd. and LG Display America, Inc.* |

DAVIS POLK & WARDWELL LLP

Dated: September 25, 2013

By: /s/ Neal A. Potischman

Neal A. Potischman (SBN 254862)
Christopher B. Hockett (SBN 121539)
Sandra West Neukom (SBN 250389)
Samantha H. Knox (SBN 254427)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

*Counsel for Defendants Chi Mei Corporation, Chimei Innolux Corporation (f/k/a Chi Mei Optoelectronics Corp.), Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Nexgen Mediatech Inc. and Nexgen Mediatech USA, Inc.*

MORGAN LEWIS & BOCKIUS LLP

Dated: September 25, 2013

By: /s/ Kent M. Roger

KENT M. ROGER (SBN 95987)
HERMAN J. HOYING (SBN 257495)
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, California 94105
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.) and Hitachi Electronic Devices, (USA), Inc.*

|   |   |
|---|---|
|   | MORRISON & FOERSTER LLP |
| Dated: September 25, 2013 | By: /s/ Stephen P. Freccero |
|   | Melvin R. Goldman (SBN 34097)<br>Stephen P. Freccero (SBN 131093)<br>Derek F. Foran (SBN 224569)<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br>mgoldman@mofo.com<br>sfreccero@mofo.com<br>dforan@mofo.com |
|   | *Attorneys for Defendants Epson Imaging Devices Corporation and Epson Electronics America, Inc.* |
|   | HAGLUND KELLEY JONES & WILDER, LLP |
| Dated: September 25, 2013 | By: /s/ Michael E. Haglund |
|   | Michael E. Haglund, OSB No. 77203 (Pro Hac Vice)<br>Michel K. Kelley, OSB No. 85378 (Pro Hac Vice)<br>Special Assistant Attorneys General<br>Telephone: (503) 225-0777<br>Facsimile: (503) 225-1257 |
|   | Tim D. Nord, OSB No. 882800<br>Oregon Senior Assistant Attorney General<br>1162 Court Street, NE<br>Salem, OR 97301-4096<br>Telephone: (503) 943-4400<br>Facsimile: (503) 225-1257<br>Tim.D.Nord@doj.state.or.us |
|   | *Attorneys for Plaintiff State of Oregon* |

**ATTESTATION**: Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the signatories.

**IT IS SO ORDERED.**

Dated: 9/30/13

_____
The Honorable Susan Illston
United States District Court Judge