DAVIS POLK & WARDWELL LLP
William D. Pollak (*pro hac vice* applicant)
1600 El Camino Real
Menlo Park, CA 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
william.pollak@davispolk.com

*Counsel for Defendants Chimei Corporation, Chimei Innolux Corporation (f/k/a Chimei Optoeletronics Corp.), Chimei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Nexgen Mediatech Inc., and Nexgen Mediatech USA, Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS | CASE NO. M:07-cv-01827-SI<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

William D. Pollak, whose business address and telephone number is: DAVIS POLK & WARDWELL LLP, 1600 El Camino Real, Menlo Park, CA 94025, Tel: (650) 752-2000 and who is an active member in good standing of the bar of New York, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing defendants Chimei Corporation, Chimei Innolux Corporation (*f/k/a* Chimei Optoelectronics Corp.), Chimei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Nexgen Mediatech Inc. and Nexgen Mediatech USA, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will

1  constitute notice to the party. All future filings in this action are subject to the requirements
2  contained in General Order No. 45, *Electronic Case Filing*.

3
4  Dated: _____10/1/13_____          _____
5                                         United States District Judge
                                          Honorable Susan Illston

2

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY W. POLLAK *PRO HAC VICE* – MDL NO. 1827