1  LATHAM & WATKINS LLP
      Yi-Chin Ho (Bar No. 204834)
2  355 South Grand Avenue
   Los Angeles, CA 90071-1560
3  Telephone: +1.213.485.1234
   Facsimile: +1.213.891.8763
4
   LATHAM & WATKINS LLP
5     Belinda S Lee (Bar No. 199635)
   505 Montgomery Street, Suite 2000
6  San Francisco, CA 94111-6538
   Telephone: +1.415.391.0600
7  Facsimile: +1.415.395.8095

8  Attorneys for Defendant
   HannStar Display Corporation
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827 SI<br>MDL No. 1827<br><br>Individual Case File No. 10-cv-4572 SI<br><br>**STIPULATION AND [~~PROPOS~~ED] ORDER TO AMEND BRIEFING AND HEARING SCHEDULE PURSUANT TO FRCP 6(B) AND NORTHERN DISTRICT CIVIL LOCAL RULES 6-1, 6-3, 7-10 AND 7-11**<br><br>[MDL Dkt. Nos. 8606, 8611, 8610, 8612, 8653] |
| *Best Buy Co., Inc., et al. v. AU Optronics Corp., et al.*, No. 10-cv-4572 SI | |

LATHAM&WATKINS
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION AND [PROPOSED] ORDER TO
AMEND BRIEFING AND HEARING SCHEDULE
NO. 07-MD-1827 SI; NO. 10-CV-4572 SI

1      WHEREAS Defendant HannStar Display Corporation ("HannStar") engaged Latham &
2 Watkins LLP on October 10, 2013 to replace Freitas Tseng & Kaufman LLP as its counsel of
3 record in this matter and has filed a Motion to Substitute Counsel concurrently herewith;

4      WHEREAS HannStar seeks an extension of certain upcoming briefing deadlines and
5 dates to allow Latham & Watkins sufficient time to assume its new role as HannStar's counsel;

6      WHEREAS counsel for HannStar and counsel for Plaintiffs Best Buy Co., Inc., Best Buy
7 Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Best Buy.com,
8 L.L.C., and Magnolia Hi-Fi, Inc. ("the Best Buy Plaintiffs") have met and conferred and agree
9 that an extension of certain deadlines and dates would be appropriate;

10      WHEREAS the schedule proposed below will result in the parties' related submissions
11 being filed at least nine days in advance of the proposed new hearing on these matters; and

12      WHEREAS HannStar has agreed to forebear from making any further requests for
13 information (discovery) to or asserting any entitlement to further information (discovery) from
14 the Best Buy Plaintiffs other than in HannStar's (a) opposition to the Best Buy Plaintiffs' Motion
15 for Attorneys' Fees and Costs and (b) opposition to the Best Buy Plaintiffs' Bill of Costs.
16 Further, the parties agree that nothing in this Stipulation shall be construed as an admission by
17 either party as to the relevance of this information, nor shall anything in this Stipulation affect or
18 alter the burden of proof applicable to the pending motions;

19      THEREFORE, IT IS HEREBY STIPULATED between the parties that the following
20 schedule should be adopted:

| Event | Previous Date | New Date |
|---|---|---|
| HannStar's Opposition to the Best Buy Plaintiffs' Motion for Fees and Costs | October 16, 2013 | **October 30, 2013** |
| The Best Buy Plaintiffs' Opposition to HannStar's Motion for Judgment as a Matter of Law | October 16, 2013 | **October 30, 2013** |
| HannStar's Opposition to the Best Buy Plaintiffs' Bill of Costs | October 21, 2013 | **November 4, 2013** |
| HannStar's Reply ISO Motion for Judgment as a Matter of Law | October 23, 2013 | **November 13, 2013** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

STIPULATION AND [PROPOSED] ORDER TO
AMEND BRIEFING AND HEARING SCHEDULE
NO. 07-MD-1827 SI; NO. 10-CV-4572 SI

| | | |
|---|---|---|
| The Best Buy Plaintiffs' Reply ISO Motion for Fees and Costs | October 30, 2013 | **November 13, 2013** |
| The Best Buy Plaintiffs' Reply ISO Bill of Costs | November 4, 2013 | **November 13, 2013** |
| Hearing of the Following Motions:<br>1. The Best Buy Plaintiffs' Motion for Fees and Costs (MDL Dkt. No. 8610)<br>2. The Best Buy Plaintiffs' Bill of Costs (MDL Dkt. No. 8612)<br>3. The Best Buy Plaintiffs' Motion to Amend the September 4, 2013 Judgment Against HannStar to Reflect Treble Damages (MDL Dkt. No. 8611)<br>4. HannStar's Motion to Vacate Judgment Pursuant to FRCP 60(b) (MDL Dkt. No. 8606)<br>5. HannStar's Motion for Judgment as a Matter of Law Pursuant to FRCP 50(b) (MDL Dkt. No. 8653) | November 15, 2013 | **November 22, 2013**<br>**(or such other date the Court may choose)** |

Dated: October 15, 2013

LATHAM & WATKINS LLP

By: ___/s/Yi-Chin Ho_____
   Yi-Chin Ho
   Attorneys for Defendant
   HANNSTAR DISPLAY CORPORATION

Dated: October 15, 2013

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: ___/s/Michael Geibelson_____
   Michael Geibelson
   Attorneys for Plaintiffs
   BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES, L.P.; BESTBUY.COM, L.L.C.; AND MAGNOLIA HI-FI, INC.

**IT IS SO ORDERED.**

Dated: October 16, 2013

_____
Honorable Susan Illston
United States District Court Judge

LA\3351459.2

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

STIPULATION AND [PROPOSED] ORDER TO
AMEND BRIEFING AND HEARING SCHEDULE
NO. 07-MD-1827 SI; NO. 10-CV-4572 SI