1  LATHAM & WATKINS LLP
   355 S. Grand Avenue
2  Los Angeles, CA 90071-1560
   Telephone: 213-485-1234
3  Facsimile: 213-891-8763

4  YI CHIN HO (CA Bar: 204834)
       yichin.ho@lw.com
5
   Attorney for Defendant
6  HannStar Display Corporation

7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

| 11 | IN RE:  TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 07-MD-1827-SI<br>MDL No. 1827 |
|---|---|---|
| 12 | | |
| 13 | | Individual Cases:<br>Case No. 10-CV-4572 |
| 14 | *Best Buy Co., Inc., et al. v. AU Optronics Corp., et al.*, No. 10-cv-4572 SI | **HANNSTAR DISPLAY CORPORATION'S REQUEST TO SUBSTITUTE COUNSEL** |
| 15 | | |
| 16 | *Best Buy, et al., v. Toshiba, et al.*, No. 12-cv-4114 SI | |

19  TO THE COURT AND THE CLERK OF COURT AND ALL COUNSEL OF RECORD:

20         Notice is hereby given that subject to approval by the court, Defendant HannStar Display

21  Corporation ("HannStar") submits its request for substitution of attorney, attached hereto as

22  Exhibit A, substituting the law firm of Latham & Watkins LLP as counsel of record in this action

23  in place of Freitas Tseng & Kaufman LLP.  As the attached substitution form shows, HannStar

24  consents to this substitution.  Contact information for counsel is as follows:

1
2
3
4
5

Yi-Chin Ho
CA Bar: 204834
*Yichin.Ho@lw.co*
Latham & Watkins LLP
355 S. Grand Avenue
Los Angeles, CA 90071-1560
Tel: 213-485-1234
Fax: 213-891-8763

6

7  Dated: October 15, 2013

8                                              LATHAM & WATKINS LLP

9

10                                      By    /s/ Yi Chin Ho

11                                           Attorneys for Defendant
                                             HannStar Display Corporation

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LATHAM&WATKINS^LLP
ATTORNEYS AT LAW
LOS ANGELES

SF\5621949.2

HANNSTAR'S REQUEST TO SUBSTITUTE COUNSEL
NO. 07-MD-1827 SI; 10-CV-4572 SI; NO. 12-CV-4114 SI

# EXHIBIT A

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | District of | California |

In re: TFT-LCD (Flat Panel) Antitrust Litigation
Best Buy Co., Inc.
                Plaintiff(s),
    V.
AU Optronics Corp., et al.
                Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:07-md-1827-SI
INDIVIDUAL CASE NUMBER: 10-CV-4572

Notice is hereby given that, subject to approval by the court, HannStar Display Corporation substitutes Yi-Chin Ho, State Bar No. 204834 as counsel of record in place of Robert E. Freitas, Jason S. Angell, Jessica N. Leal, and Quynhchi P. Nguyen.

Contact information for new counsel is as follows:

    Firm Name:              Latham & Watkins LLP
    Address:                 355 S. Grand Ave. Los Angeles, CA 90071-1560
    Telephone:            213-485-1234       Facsimile  213-891-8763
    E-Mail (Optional):   yichin.ho@lw.com

I consent to the above substitution.
Date: October 14, 2013
                                     Of HannStar Display Corporation
                                       (Signature of Party(s))

I consent to being substituted.
Date: October 15, 2013
                                     Of Freitas Tseng & Kaufman LLP
                                       (Signature of Former Attorney(s))

I consent to the above substitution.
Date: October 14, 2013
                                     (Signature of New Attorney(s))

The substitution of attorney is hereby approved and so ORDERED.

Date: 10/16/13
                                     (Judge)

The Honorable Susan Y. Illston

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

LA\3350870.1