1  LATHAM & WATKINS LLP
   355 S. Grand Avenue
2  Los Angeles, CA 90071-1560
   Telephone: 213-485-1234
3  Facsimile: 213-891-8763

4  YI CHIN HO (CA Bar: 204834)
       yichin.ho@lw.com
5
   Attorneys for Defendant
6  HannStar Display Corporation

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

| 11 | IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 07-MD-1827-SI<br>MDL No. 1827 |
|---|---|---|
| 12 | | |
| 13 | | Individual Cases:<br>Case No. 10-CV-4572 |
| 14 | *Best Buy Co., Inc., et al. v. AU Optronics Corp., et al.*, No. 10-cv-4572 SI | **[PROPOSED] ORDER GRANTING HANNSTAR DISPLAY CORPORATION'S REQUEST TO SUBSTITUTE COUNSEL** |
| 15 | | |
| 16 | *Best Buy, et al., v. Toshiba, et al.*, No. 12-cv-4114 SI | |

1  Upon consideration of HannStar Display Corporation's Request to Substitute Counsel, **IT
2  IS HEREBY ORDERED** that the Request to Substitute Counsel is GRANTED.  Yi Chin Ho of
3  Latham & Watkins LLP shall be substituted for Robert Freitas, Jason Angell, Jessica Leal, and
4  Quynhchi Nguyen of Freitas Tseng & Kaufman LLP as counsel for HannStar Display
5  Corporation.
6
7  **SO GRANTED**
8  Dated: October __, 2013
9
10                                                        By _____
11                                                              Honorable Susan Y. Illston
                                                                United States District Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

SF\5621950.5

[PROPOSED] ORDER GRANTING
HANNSTAR'S REQUEST TO SUBSTITUTE COUNSEL
NO. 07-MD-1827 SI; 10-CV-4572 SI; NO. 12-CV-4114 SI