Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Judith A. Zahid (215418)
Patrick B. Clayton (240191)
Qianwei Fu (242669)
Heather T. Rankie (268002)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile:  (415) 693-0770
*fscarpulla@zelle.com*

Joseph M. Alioto (42680)
Theresa D. Moore (99978)
ALIOTO LAW FIRM
225 Bush Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile:  (415) 434-9200
*jmalioto@aliotolaw.com*

*Co-Lead Class Counsel for Indirect-Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:07-MD-1827 SI<br>MDL No. 1827 |
| This Document Relates to: | [PROPOSED] ORDER RE: DISTRIBUTION FROM ESCROW FUNDS FOR CLAIMS ADMINISTRATION |
| All Indirect-Purchaser Actions; | |
| *State of Missouri, et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-3619; | The Honorable Susan Illston |
| *State of Florida v. AU Optronics Corporation, et al.*, Case No. 10-cv-3517; and | |
| *State of New York v. AU Optronics Corporation, et al.*, Case No. 11-cv-0711. | |

WHEREAS, on December 27, 2011, the Court granted final approval to settlements between the Indirect-Purchaser Plaintiffs ("IPPs") and the States of Arkansas, California, Florida, Michigan, Missouri, New York, West Virginia, and Wisconsin ("Settling States") on the one hand, and defendants Chimei, Chunghwa, Epson, HannStar, Hitachi, Samsung and Sharp, as identified in the respective Settlement Agreements, and inclusive of related entities also identified in the respective Settlement Agreements (collectively, "Group-I Settling Defendants"), on the other hand; and

WHEREAS, on July 30, 2012, the Court granted preliminary approval to the settlements between IPPs and the Settling States, and defendants AUO, LG and Toshiba, as identified in the respective Settlement Agreements (collectively, "Group-II Settling Defendants" and with the Group-I Settling Defendants referred to hereafter as "All Settling Defendants"), on the other hand; and

WHEREAS, the Settlement Agreements with All Settling Defendants provide that the costs of administration of the claims process shall be paid from the Settlement Fund of each Settling Defendant, *pro rata*, based on each Settling Defendant's Settlement Amount; and

WHEREAS, the cost of claims administration invoiced by Rust Consulting is $183,916.55 (see Exhibit 1 attached hereto); and

WHEREAS, pursuant to the Settlement Agreements the following amounts may be deducted from each Settling Defendant's Settlement Fund to pay such costs of claims administration:

| | |
|---|---|
| Chimei | $17,843.11 |
| Chunghwa | $901.71 |
| Epson | $484.41 |
| HannStar | $4,359.72 |
| Hitachi | $6,624.94 |
| Samsung | $40,792.70 |
| Sharp | $19,631.49 |
| AUO | $27,450.09 |

[PROPOSED] ORDER RE: DISTRIBUTION FROM ESCROW FUNDS FOR CLAIMS ADMINISTRATION

| | | |
|---|---|---|
| 1 | LG | $61,359.02 |
| 2 | Toshiba | $3,569.36 |
| 3 | **TOTAL** | **$183,916.55** |

WHEREAS, Well Fargo Bank, N.A. has informed the parties that it requires an order from the Court before it will distribute payment for these additional costs;

THEREFORE, IT IS HEREBY ORDERED that Wells Fargo Bank, N.A. shall wire **$183,916.55** to the following account:

Bank of Texas

ABA/Routing # 111014325

Account # 8093434387

Account Name:  Rust Consulting

Reference # 128325

Federal Tax ID # 41-1813634

Bank Contact: Mayra Landeros, (214) 987-8817

The balance of funds in the demand-deposit account, if any, shall be retained for additional costs as they are incurred.

**IT IS SO ORDERED.**

Dated: _____Oct. 23_____, 2013

_____
Hon. Susan Illston
United States District Judge

3249408v1

[PROPOSED] ORDER RE: DISTRIBUTION FROM ESCROW FUNDS FOR CLAIMS ADMINISTRATION

# EXHIBIT 1



# Invoice

625 MARQUETTE AVENUE, SUITE 880
MINNEAPOLIS, MN 55402
**P** 612.359.2000  I  **F** 612.359.2050
WWW.RUSTCONSULTING.COM
FEDERAL ID #: 41-1813634

| | |
|---|---|
| DATE: | 09/16/13 |
| INVOICE #: | 138593 |
| MATTER #: | 8292 |

**TO:** Francis O. Scarpulla
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street
Suite 3400
San Franciso, CA  94104
fscarpulla@zelle.com
jdc@coopkirk.com

| PROJECT |
|---|
| *LCD Indirect* |
| *August 2013 Claims Administration Services* |

| | | |
|---|---|---:|
| Project Database | $ | 2,554.53 |
| Project Management | | 12,999.73 |
| Technical Consulting | | 445.90 |
| Email Notification | | 156.20 |
| Website Modification | | 545.60 |
| Document Receipting | | 115.02 |
| Claim Forms Submitted (355 @ $0.15 each) | | 53.25 |
| Scanning | | 174.96 |
| Correspondence/Admin Mail | | 2,179.50 |
| Data Capture | | 2,400.84 |
| Return Mail Processing | | 17.28 |
| Claims Validation & Audits | | 24,047.22 |
| Deficiency Claim Processing | | 11,221.00 |
| Deficiency Notification | | 9,792.55 |
| Mailroom & Data Capture Management | | 83.16 |
| Call Center Support | | 3,972.36 |
| **SUBTOTAL** | | 70,759.10 |
| Expenses: Other Charges and Out-of-Pocket Costs | | |
| Call Center/Telecommunications | | 4,863.75 |
| Postage/Federal Express | | 866.41 |
| Shredding/Storage | | 785.86 |
| Photocopies/Faxing/Printing | | 530.00 |
| Website Hosting | | 275.00 |
| **SUBTOTAL** | | 7,321.02 |
| **TOTAL INVOICE** | $ | 78,080.12 |
| **OUTSTANDING INVOICE(s)** | $ | 105,836.43 |
| **TOTAL DUE** | $ | 183,916.55 |

**PAYMENT TERMS: NET DUE UPON RECEIPT**

**WIRE INFORMATION**
ACCOUNT #: 8093434387
ABA/ROUTING # WIRE or ACH: 111014325
BANK: BANK OF TEXAS, DALLAS, TX 75225
BANK CONTACT: MAYRA LANDEROS  214.987.8817
REFERENCE: INVOICE NUMBER

**RUST**
**PAYMENT MAILING ADDRESS:**
P O BOX 142589
DRAWER #9051
Irving, TX  75014-2589



| | |
|---|---|
| DATE: | 09/16/13 |
| INVOICE #: | 138593 |
| MATTER #: | 8292 |

## STATEMENT OF ACCOUNT

Current Invoice Period:    August 2013 Claims Administration Services

**Total Current Invoice**                                                              $      78,080.12

OUTSTANDING INVOICES:

| Date | Invoice # | Amount | Payments | Balance |
|---|---|---|---|---|
| 08/14/13 | 138486 | 105,836.43 | | 105,836.43 |

PREVIOUS BALANCE DUE                                                         $    105,836.43

**Total Amount Due**                                                                 $    183,916.55

**WIRE INFORMATION**
ACCOUNT #: 8093434387
ABA/ROUTING # WIRE or ACH: 111014325
BANK: BANK OF TEXAS, DALLAS, TX 75225
BANK CONTACT: MAYRA LANDEROS  214.987.8817
REFERENCE: INVOICE NUMBER

**RUST**
**PAYMENT MAILING ADDRESS:**
P O BOX 142589
DRAWER #9051
Irving, TX  75014-2589

**PAYMENT TERMS: NET DUE UPON RECEIPT**

```
Inv#      138593
Date      Sep 16, 2013
Client Number  8292
```

Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street
Suite 3400
San Francisco, CA  94104
fscarpulla@zelle.com
jdc@coopkirk.com

Re:    LCD Indirect - Project Database                      829202

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Carol Osborne | CO | 141.00 | 0.03 | 4.23 |
| Christy Gilman | CG | 188.00 | 0.30 | 56.40 |
| Cynthia Romero | CR | 175.00 | 2.60 | 455.00 |
| Greg Brown | GSB | 141.00 | 0.10 | 14.10 |
| Gregory Sartor | GWS | 185.00 | 0.10 | 18.50 |
| Joel Cooper | JC | 100.00 | 2.70 | 270.00 |
| Jose Rivera | JR | 142.00 | 2.40 | 340.80 |
| Juan Carlos Quiroz | JQ | 175.00 | 1.40 | 245.00 |
| Justin Honse | JH | 164.00 | 1.50 | 246.00 |
| Roso Suarez | RS | 185.00 | 4.50 | 832.50 |
| Tracey Rolle | TR | 80.00 | 0.90 | 72.00 |

Total Fees:                                        2,554.53


Total Services                                     2,554.53


Total Expenses                                          .00
                                            --------------

Total This Matter                                  2,554.53
                                            --------------

```
Inv#      138593
Date      Sep 16, 2013
Client Number  8292
```

Re:   LCD Indirect - Project Management                    829206

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| April Hyduk | AH | 192.00 | 7.79 | 1,495.68 |
| Doreen McGinley | DM | 125.00 | 6.70 | 837.50 |
| Jose Rivera | JR | 142.00 | 31.70 | 4,501.40 |
| Justin Honse | JH | 164.00 | 7.20 | 1,180.80 |
| Kenneth Rivera | KR | 90.00 | 15.40 | 1,386.00 |
| Mary Schoenherr | MS | 125.00 | 9.00 | 1,125.00 |
| Robin Niemiec | RN | 199.00 | 9.10 | 1,810.90 |
| Sylvia Nettles | SN | 93.00 | 1.25 | 116.25 |
| Taryn Diddle | TD | 54.00 | 0.69 | 37.26 |
| Travis Duarte | TD | 54.00 | 8.11 | 437.94 |
| Virginia Ponzini | VP | 142.00 | 0.50 | 71.00 |

Total Fees:                                              12,999.73

Total Services                                           12,999.73

Total Expenses                                                 .00
                                                   --------------

Total This Matter                                        12,999.73
                                                   --------------

```
Inv#     138593
Date     Sep 16, 2013
Client Number  8292
```

Re:   LCD Indirect - Technical Consulting                    829207

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Hai Bui | HB | 141.00 | 0.50 | 70.50 |
| Lee Anderson | LA | 141.00 | 2.40 | 338.40 |
| Roso Suarez | RS | 185.00 | 0.20 | 37.00 |

Total Fees:                                                     445.90

Total Services                                                  445.90

Total Expenses                                                     .00
                                                        --------------
Total This Matter                                               445.90
                                                        --------------

```
Inv#     138593
Date     Sep 16, 2013
Client Number  8292
```

Re:    LCD Indirect  - Email Notification                    829212

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Jose Rivera | JR | 142.00 | 1.10 | 156.20 |

Total Fees:                                             156.20


Total Services                                          156.20


Total Expenses                                            .00
                                                  --------------
Total This Matter                                       156.20
                                                  --------------

```
                              Inv#     138593
                              Date     Sep 16, 2013
                              Client Number  8292
```

Re:   LCD Indirect - Website Modification                 829223

For Professional Services Rendered:

```
     TIMEKEEPER              RATE      HOURS         FEES
     Jose Rivera        JR  142.00      2.80       397.60
     Roso Suarez        RS  185.00      0.80       148.00
```

Total Fees:                                         545.60

Total Services                                      545.60

Total Expenses                                          .00
                                               --------------

Total This Matter                                   545.60
                                               --------------

```
Inv#     138593
Date     Sep 16, 2013
Client Number  8292
```

Re:    LCD Indirect - Document Receipting                829230

For Professional Services Rendered:

```
    TIMEKEEPER                    RATE      HOURS         FEES
    Processor      244    244    54.00      2.13        115.02
```

Total Fees:                                             115.02

Total Services                                          115.02

Total Expenses                                             .00
                                                   --------------
Total This Matter                                       115.02
                                                   --------------

```
                              Inv#    138593
                              Date    Sep 16, 2013
                              Client Number  8292


Re:   LCD Indirect - Scanning                       829231

For Professional Services Rendered:

     TIMEKEEPER              RATE      HOURS         FEES
     Scan Image Processor   144   54.00    3.24     174.96

Total Fees:                                        174.96



Total Services                                     174.96



Total Expenses                                        .00
                                              --------------
Total This Matter                                  174.96
                                              --------------
```

```
                              Inv#     138593
                              Date     Sep 16, 2013
                              Client Number  8292
```

Re:    LCD Indirect - Correspondence/Admin Mail          829232

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Doreen McGinley | DM | 125.00 | 16.30 | 2,037.50 |
| Jose Rivera | JR | 142.00 | 1.00 | 142.00 |

Total Fees:                                           2,179.50

Total Services                                        2,179.50

Total Expenses                                             .00
                                              --------------
Total This Matter                                     2,179.50
                                              --------------

```
                              Inv#      138593
                              Date      Sep 16, 2013
                              Client Number  8292



Re:    LCD Indirect - Data Capture                    829234

For Professional Services Rendered:


      TIMEKEEPER                RATE        HOURS           FEES
       Data Capture Processor  144   54.00      0.71          38.34
       Doreen McGinley          DM  125.00     18.90       2,362.50

Total Fees:                                              2,400.84




Total Services                                           2,400.84




Total Expenses                                                 .00
                                                         --------------

Total This Matter                                        2,400.84
                                                         --------------
```

```
                              Inv#     138593
                              Date     Sep 16, 2013
                              Client Number  8292


Re:   LCD Indirect - Return Mail Processing            829235

For Professional Services Rendered:

     TIMEKEEPER              RATE      HOURS        FEES
     Mailroom Processor   151144   54.00      0.32       17.28

Total Fees:                                            17.28




Total Services                                        17.28




Total Expenses                                    .00
                                          --------------
Total This Matter                                     17.28
                                          --------------
```

```
                                    Inv#    138593
                                    Date    Sep 16, 2013
                                    Client Number  8292
```

Re:   LCD Indirect - Claims Validation & Audits          829236

For Professional Services Rendered:

```
     TIMEKEEPER                     RATE      HOURS        FEES
     April Hyduk          AH      192.00       0.60       115.20
     JoAnn Calderin       JC       90.00      10.85       976.50
     Jose Rivera          JR      142.00      14.10     2,002.20
     Juliana Calderin     JC       54.00      41.23     2,226.42
     Justin Honse         JH      164.00      15.70     2,574.80
     Kenneth Rivera       KR       90.00      79.40     7,146.00
     Mary Schoenherr      MS      125.00       3.00       375.00
     Sean Combs           SC       90.00       2.00       180.00
     Sutton Link          SL      142.00       5.80       823.60
     Taryn Diddle         TD       54.00      29.52     1,594.08
     Travis Duarte        TD       54.00     111.73     6,033.42
```

Total Fees:                                            24,047.22

Total Services                                         24,047.22

Total Expenses                                               .00
                                                  --------------

Total This Matter                                      24,047.22
                                                  --------------

```
Inv#      138593
Date      Sep 16, 2013
Client Number  8292
```

Re:    LCD Indirect - Deficiency Claim Processing          829237

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Doreen McGinley | DM | 125.00 | 75.20 | 9,400.00 |
| Jose Rivera | JR | 142.00 | 11.90 | 1,689.80 |
| Justin Honse | JH | 164.00 | 0.80 | 131.20 |

Total Fees:                                      11,221.00

Total Services                                   11,221.00

Total Expenses                                         .00
                                            --------------
Total This Matter                                11,221.00
                                            --------------

```
                              Inv#      138593
                              Date      Sep 16, 2013
                              Client Number  8292
```

Re:   LCD Indirect  - Deficiency Notification              829238

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Bjorn Bergh | BB | 141.00 | 0.60 | 84.60 |
| Brittany Flom | BF | 141.00 | 1.61 | 227.01 |
| Carol Osborne | CO | 141.00 | 0.55 | 77.55 |
| Christy Gilman | CG | 188.00 | 1.00 | 188.00 |
| Cynthia Romero | CR | 175.00 | 2.80 | 490.00 |
| Doreen McGinley | DM | 125.00 | 0.40 | 50.00 |
| Edgar Garcia | EG | 163.00 | 1.00 | 163.00 |
| Elizabeth Sammons | ES | 121.00 | 3.76 | 454.96 |
| Gregory Sartor | GWS | 185.00 | 4.00 | 740.00 |
| Jose Rivera | JR | 142.00 | 20.60 | 2,925.20 |
| Juan Carlos Quiroz | JQ | 175.00 | 1.40 | 245.00 |
| Julie Zitzmann | JZ | 121.00 | 0.95 | 114.95 |
| Justin Honse | JH | 164.00 | 6.00 | 984.00 |
| Lourdes Millan | LM | 163.00 | 2.50 | 407.50 |
| Lucretia Hassing | LH | 121.00 | 3.87 | 468.27 |
| Michelle Lara | ML | 121.00 | 1.56 | 188.76 |
| Rebecca Howe | RH | 163.00 | 1.50 | 244.50 |
| Roso Suarez | RS | 185.00 | 5.40 | 999.00 |
| Samuel Vasquez | SV | 163.00 | 1.75 | 285.25 |
| Shane McDonald | SM | 175.00 | 2.60 | 455.00 |

Total Fees:                                              9,792.55


Total Services                                           9,792.55


Total Expenses                                                 .00
                                           --------------

Total This Matter                                        9,792.55
                                           --------------

```
Inv#      138593
Date      Sep 16, 2013
Client Number  8292
```

Re:    LCD Indirect  - Mailroom & Data Capture Management        829239

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Mailroom Processor | 151144 | 54.00 | 1.44 | 77.76 |
| Sammantha Malinowski | SM | 54.00 | 0.10 | 5.40 |

Total Fees:                                                         83.16


Total Services                                                     83.16


Total Expenses                                                       .00
                                                           --------------
Total This Matter                                                  83.16
                                                           --------------

```
                               Inv#     138593
                               Date     Sep 16, 2013
                               Client Number  8292
```

Re:    LCD Indirect - Call Center Support                  829247

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| CSR     240 | 240 | 52.00 | 2.18 | 113.36 |
| Doreen McGinley | DM | 125.00 | 0.20 | 25.00 |
| Jose Rivera | JR | 142.00 | 27.00 | 3,834.00 |

Total Fees:                                          3,972.36


Total Services                                       3,972.36


Total Expenses                                             .00
                                             --------------

Total This Matter                                    3,972.36
                                             --------------

```
                              Inv#      138593
                              Date      Sep 16, 2013
                              Client Number  8292
```

Re:   LCD Indirect - Expenses                          829290

For Professional Services Rendered:

Expense Detail:

```
Reference    Date    Description                          Amount
---------    ----    -----------                          ------

        Call Center/Telecommunications
             08/31/13  Long Distance 3512 Minutes            421.44
             08/31/13  Advanced Features                       0.55
             08/31/13  IVR 2623.23 Minutes                 1,101.76
             08/31/13  IVR System Charge                     250.00
             08/31/13  Live Call Center Support; 257 Calls 2,960.00
             08/31/13  Line Maintenance Charge Schedule      130.00
                                        Subtotal            4,863.75

        Postage/Federal Express
             08/30/13  Metered Postage; 254 pieces           147.04
             08/30/13  Postage; 1559 pieces                  717.14
             08/30/13  Weekly Mail Pickup                      1.77
             08/30/13  Metered Postage; 1 piece                0.46
                                        Subtotal             866.41

        Shredding/Storage
             08/31/13  Data Storage August 2013              681.86
             08/31/13  Storage and/or Shredding 43 Boxes      86.00
             08/31/13  Storage and/or Shredding 9 Boxes       18.00
                                        Subtotal             785.86

        Photocopies/Faxing/Printing
             08/31/13  Photocopies/Faxing/Printing ;2650     530.00
                                        Subtotal             530.00

        Website Hosting
             08/31/13  Web Monitor & Host                    275.00
                                        Subtotal             275.00
```

```
                              Inv#    138593
                              Date    Sep 16, 2013
                              Client Number  8292


Total Expenses                                7,321.02
                                           --------------

Total This Matter                             7,321.02
                                           --------------
```