Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Judith A. Zahid (215418)
Patrick B. Clayton (240191)
Qianwei Fu (242669)
Heather T. Rankie (268002)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile:  (415) 693-0770
*fscarpulla@zelle.com*

Joseph M. Alioto (42680)
Theresa D. Moore (99978)
ALIOTO LAW FIRM
225 Bush Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile:  (415) 434-9200
*jmalioto@aliotolaw.com*

*Co-Lead Class Counsel for Indirect-Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:07-MD-1827 SI<br>MDL No. 1827 |
| This Document Relates to: | **[PROPOSED]** ~~ORDER RE:~~<br>**DISTRIBUTION FROM ESCROW<br>FUNDS FOR CLAIMS<br>ADMINISTRATION** |
| All Indirect-Purchaser Actions; | |
| *State of Missouri, et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-3619; | The Honorable Susan Illston |
| *State of Florida v. AU Optronics Corporation, et al.*, Case No. 10-cv-3517; and | |
| *State of New York v. AU Optronics Corporation, et al.*, Case No. 11-cv-0711. | |

WHEREAS, on December 27, 2011, the Court granted final approval to settlements between the Indirect-Purchaser Plaintiffs ("IPPs") and the States of Arkansas, California, Florida, Michigan, Missouri, New York, West Virginia, and Wisconsin ("Settling States") on the one hand, and defendants Chimei, Chunghwa, Epson, HannStar, Hitachi, Samsung and Sharp, as identified in the respective Settlement Agreements, and inclusive of related entities also identified in the respective Settlement Agreements (collectively, "Group-I Settling Defendants"), on the other hand; and

WHEREAS, on July 30, 2012, the Court granted preliminary approval to the settlements between IPPs and the Settling States, and defendants AUO, LG and Toshiba, as identified in the respective Settlement Agreements (collectively, "Group-II Settling Defendants" and with the Group-I Settling Defendants referred to hereafter as "All Settling Defendants"), on the other hand; and

WHEREAS, the Settlement Agreements with All Settling Defendants provide that the costs of administration of the claims process shall be paid from the Settlement Fund of each Settling Defendant, *pro rata*, based on each Settling Defendant's Settlement Amount; and

WHEREAS, the cost of claims administration invoiced by Rust Consulting is $55,948.97 (see Exhibit 1 attached hereto); and

WHEREAS, pursuant to the Settlement Agreements the following amounts may be deducted from each Settling Defendant's Settlement Fund to pay such costs of claims administration:

| | |
|---|---|
| Chimei | $5,701.81 |
| Chunghwa | $274.32 |
| Epson | $147.37 |
| HannStar | $1,326.26 |
| Hitachi | $2,015.36 |
| Samsung | $12,409.48 |
| Sharp | $5,972.06 |
| AUO | $8,350.55 |

1

[PROPOSED] ORDER RE: DISTRIBUTION FROM ESCROW FUNDS FOR CLAIMS ADMINISTRATION

| | |
|---|---|
| LG | $18,665.93 |
| Toshiba | $1,085.83 |
| **TOTAL** | **$55,948.97** |

WHEREAS, Well Fargo Bank, N.A. has informed the parties that it requires an order from the Court before it will distribute payment for these additional costs;

THEREFORE, IT IS HEREBY ORDERED that Wells Fargo Bank, N.A. shall wire **$55,948.97** to the following account:

Bank of Texas

ABA/Routing # 111014325

Account # 8093434387

Account Name:  Rust Consulting

Reference # 128325

Federal Tax ID # 41-1813634

Bank Contact: Mayra Landeros, (214) 987-8817

The balance of funds in the demand-deposit account, if any, shall be retained for additional costs as they are incurred.

**IT IS SO ORDERED.**

Dated: _____Oct. 23_____, 2013

Hon. Susan Illston
United States District Judge

3250157v1

[PROPOSED] ORDER RE: DISTRIBUTION FROM ESCROW FUNDS FOR CLAIMS ADMINISTRATION

# EXHIBIT 1



# Invoice

625 MARQUETTE AVENUE, SUITE 880
MINNEAPOLIS, MN 55402
**P** 612.359.2000   I   **F** 612.359.2050
WWW.RUSTCONSULTING.COM
FEDERAL ID #: 41-1813634

| DATE: | 10/16/13 |
|---|---|
| INVOICE #: | 138699 |
| MATTER #: | 8292 |

**TO:** Francis O. Scarpulla
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street
Suite 3400
San Franciso, CA  94104
fscarpulla@zelle.com
jdc@coopkirk.com

| PROJECT |
|---|
| *LCD Indirect* |
| *September 2013 Claims Administration Services* |

| | | |
|---|---|---:|
| Project Database | $ | 849.30 |
| Project Management | | 9,917.06 |
| Technical Consulting | | 520.70 |
| Website Modification | | 3,605.00 |
| Document Receipting | | 252.72 |
| Claim Forms Submitted (556 @ $0.15 each) | | 83.40 |
| Scanning | | 606.96 |
| Correspondence/Admin Mail | | 2,322.00 |
| Data Capture | | 7,025.80 |
| Return Mail Processing | | 48.06 |
| Claims Validation & Audits | | 16,614.04 |
| Deficiency Claim Processing | | 5,976.90 |
| Mailroom & Data Capture Management | | 43.74 |
| Call Center Support | | 1,824.78 |
| **SUBTOTAL** | | 49,690.46 |
| Expenses: Other Charges and Out-of-Pocket Costs | | |
| Call Center/Telecommunications | | 4,581.99 |
| Postage/Federal Express | | 275.64 |
| Shredding/Storage | | 767.28 |
| Photocopies/Faxing/Printing | | 358.60 |
| Website Hosting | | 275.00 |
| **SUBTOTAL** | | 6,258.51 |
| **TOTAL INVOICE** | $ | 55,948.97 |
| **OUTSTANDING INVOICE(s)** | $ | 183,916.55 |
| **TOTAL DUE** | $ | 239,865.52 |

**PAYMENT TERMS: NET DUE UPON RECEIPT**

**WIRE INFORMATION**
ACCOUNT #: 8093434387
ABA/ROUTING # WIRE or ACH: 111014325
BANK: BANK OF TEXAS, DALLAS, TX 75225
BANK CONTACT: MAYRA LANDEROS  214.987.8817
REFERENCE: INVOICE NUMBER

**RUST**
**PAYMENT MAILING ADDRESS:**
P O BOX 142589
DRAWER #9051
Irving, TX  75014-2589



| | |
|---|---|
| DATE: | 10/16/13 |
| INVOICE #: | 138699 |
| MATTER #: | 8292 |

## STATEMENT OF ACCOUNT

Current Invoice Period:     September 2013 Claims Administration Services

| Total Current Invoice | $ | 55,948.97 |
|---|---|---|

OUTSTANDING INVOICES:

| Date | Invoice # | Amount | Payments | Balance |
|---|---|---|---|---|
| 08/14/13 | 138486 | 105,836.43 | | 105,836.43 |
| 09/16/13 | 138593 | 78,080.12 | | 78,080.12 |

| PREVIOUS BALANCE DUE | $ | 183,916.55 |
|---|---|---|

| Total Amount Due | $ | 239,865.52 |
|---|---|---|

**WIRE INFORMATION**
ACCOUNT #: 8093434387
ABA/ROUTING # WIRE or ACH: 111014325
BANK: BANK OF TEXAS, DALLAS, TX 75225
BANK CONTACT: MAYRA LANDEROS  214.987.8817
REFERENCE: INVOICE NUMBER

**RUST**
**PAYMENT MAILING ADDRESS:**
P O BOX 142589
DRAWER #9051
Irving, TX  75014-2589

**PAYMENT TERMS: NET DUE UPON RECEIPT**

```
                              Inv#      138699
                              Date      Oct 16, 2013
                              Client Number  8292
```

```
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street
Suite 3400
San Francisco, CA  94104
fscarpulla@zelle.com
jdc@coopkirk.com
```

Re:    LCD Indirect - Project Database                  829202

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Greg Brown | GSB | 141.00 | 0.50 | 70.50 |
| Gregory Sartor | GWS | 185.00 | 0.10 | 18.50 |
| Rebecca Zoubek | RZ | 80.00 | 1.60 | 128.00 |
| Ron Swinehart | RS | 188.00 | 1.10 | 206.80 |
| Roso Suarez | RS | 185.00 | 2.30 | 425.50 |

Total Fees:                                             849.30


Total Services                                          849.30


Total Expenses                                             .00
                                                  --------------
Total This Matter                                       849.30
                                                  --------------

```
                              Inv#     138699
                              Date     Oct 16, 2013
                              Client Number  8292
```

Re:   LCD Indirect - Project Management                    829206

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| April Hyduk | AH | 192.00 | 17.30 | 3,321.60 |
| Doreen McGinley | DM | 125.00 | 1.80 | 225.00 |
| Jose Rivera | JR | 142.00 | 12.80 | 1,817.60 |
| Justin Honse | JH | 164.00 | 9.40 | 1,541.60 |
| Robin Niemiec | RN | 199.00 | 7.50 | 1,492.50 |
| Sandra Peters | SP | 164.00 | 8.24 | 1,351.36 |
| Sylvia Nettles | SN | 93.00 | 1.80 | 167.40 |

Total Fees:                                           9,917.06

Total Services                                        9,917.06

Total Expenses                                             .00
                                                ---------------

Total This Matter                                     9,917.06
                                                ---------------

```
                            Inv#      138699
                            Date      Oct 16, 2013
                            Client Number  8292


Re:   LCD Indirect - Technical Consulting              829207

For Professional Services Rendered:


    TIMEKEEPER                RATE      HOURS         FEES
    Hai Bui            HB    141.00      0.20         28.20
    Lee Anderson       LA    141.00      1.00         141.00
    Roso Suarez        RS    185.00      1.90         351.50

Total Fees:                                          520.70




Total Services                                       520.70




Total Expenses                                           .00
                                               --------------

Total This Matter                                    520.70
                                               --------------
```

```
                              Inv#    138699
                              Date    Oct 16, 2013
                              Client Number  8292


Re:   LCD Indirect - Website Modification              829223

For Professional Services Rendered:

     TIMEKEEPER               RATE      HOURS        FEES
     April Hyduk        AH    192.00    0.50         96.00
     Greg Brown         GSB   141.00    0.80        112.80
     Gregory Sartor     GWS   185.00    0.50         92.50
     Hai Bui            HB    141.00    0.50         70.50
     Jose Rivera        JR    142.00    7.20      1,022.40
     Mary Schoenherr    MS    125.00    1.90        237.50
     Robin Niemiec      RN    199.00    2.70        537.30
     Roso Suarez        RS    185.00    5.60      1,036.00
     Venkata Gopagari   VG    200.00    2.00        400.00

Total Fees:                                       3,605.00




Total Services                                    3,605.00




Total Expenses                                         .00
                                             --------------

Total This Matter                                 3,605.00
                                             --------------
```

```
                              Inv#     138699
                              Date     Oct 16, 2013
                              Client Number  8292


Re:   LCD Indirect - Document Receipting            829230

For Professional Services Rendered:

      TIMEKEEPER                    RATE      HOURS        FEES
        Processor     244    244    54.00      4.68      252.72

Total Fees:                                             252.72



Total Services                                          252.72



Total Expenses                                             .00
                                                  --------------
Total This Matter                                       252.72
                                                  --------------
```

```
                              Inv#     138699
                              Date     Oct 16, 2013
                              Client Number  8292


Re:   LCD Indirect - Scanning                      829231

For Professional Services Rendered:


      TIMEKEEPER              RATE       HOURS         FEES
      Scan Image Processor  144  54.00  11.24        606.96

Total Fees:                                          606.96




Total Services                                       606.96




Total Expenses                                          .00
                                                --------------
Total This Matter                                    606.96
                                                --------------
```

```
                                  Inv#     138699
                                  Date     Oct 16, 2013
                                  Client Number  8292
```

Re:    LCD Indirect - Correspondence/Admin Mail           829232

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| April Hyduk | AH | 192.00 | 0.60 | 115.20 |
| Doreen McGinley | DM | 125.00 | 16.20 | 2,025.00 |
| Jose Rivera | JR | 142.00 | 0.40 | 56.80 |
| Mary Schoenherr | MS | 125.00 | 1.00 | 125.00 |

Total Fees:                                              2,322.00

Total Services                                           2,322.00

Total Expenses                                                .00
                                                  --------------

Total This Matter                                        2,322.00
                                                  --------------

```
                                      Inv#     138699
                                      Date     Oct 16, 2013
                                      Client Number  8292


Re:   LCD Indirect - Data Capture                    829234

For Professional Services Rendered:

     TIMEKEEPER              RATE       HOURS         FEES
       Data Capture Processor  144    54.00      0.51       27.54
       Doreen McGinley         DM   125.00     18.00     2,250.00
       Kenneth Rivera          KR    90.00     39.10     3,519.00
       Mary Schoenherr         MS   125.00      5.00       625.00
       Travis Duarte           TD    54.00     11.19       604.26

Total Fees:                                          7,025.80




Total Services                                       7,025.80




Total Expenses                                             .00
                                                   --------------

Total This Matter                                    7,025.80
                                                   --------------
```

```
                              Inv#     138699
                              Date     Oct 16, 2013
                              Client Number  8292


Re:   LCD Indirect - Return Mail Processing              829235

For Professional Services Rendered:

       TIMEKEEPER                RATE       HOURS         FEES
       Mailroom Processor    151144    54.00       0.89       48.06

Total Fees:                                              48.06




Total Services                                          48.06




Total Expenses                                             .00
                                                  --------------
Total This Matter                                       48.06
                                                  --------------
```

```
                                    Inv#    138699
                                    Date    Oct 16, 2013
                                    Client Number  8292


Re:    LCD Indirect - Claims Validation & Audits          829236

For Professional Services Rendered:

     TIMEKEEPER                     RATE       HOURS         FEES
     April Hyduk            AH     192.00       7.80       1,497.60
     Doreen McGinley        DM     125.00       0.60          75.00
     JoAnn Calderin         JC      90.00       3.00         270.00
     Jose Rivera            JR     142.00      11.40       1,618.80
     Justin Honse           JH     164.00       2.30         377.20
     Kenneth Rivera         KR      90.00      44.30       3,987.00
     Mary Schoenherr        MS     125.00       0.10          12.50
     Robin Niemiec          RN     199.00       2.20         437.80
     Taryn Diddle           TD      54.00       5.33         287.82
     Travis Duarte          TD      54.00     149.08       8,050.32

Total Fees:                                              16,614.04




Total Services                                           16,614.04




Total Expenses                                                 .00
                                                        --------------
Total This Matter                                        16,614.04
                                                        --------------
```

```
                              Inv#     138699
                              Date     Oct 16, 2013
                              Client Number  8292
```

Re:   LCD Indirect - Deficiency Claim Processing          829237

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Doreen McGinley | DM | 125.00 | 36.50 | 4,562.50 |
| Jose Rivera | JR | 142.00 | 3.80 | 539.60 |
| Justin Honse | JH | 164.00 | 3.20 | 524.80 |
| Mary Schoenherr | MS | 125.00 | 2.80 | 350.00 |

Total Fees:                                        5,976.90


Total Services                                     5,976.90


Total Expenses                                          .00
                                             --------------

Total This Matter                                  5,976.90
                                             --------------

```
                              Inv#      138699
                              Date      Oct 16, 2013
                              Client Number  8292


Re:    LCD Indirect  - Mailroom & Data Capture Management        829239

For Professional Services Rendered:


     TIMEKEEPER                    RATE       HOURS           FEES
       Mailroom Processor    151144   54.00        0.81         43.74

Total Fees:                                                    43.74




Total Services                                                 43.74




Total Expenses                                          .00
                                                 --------------

Total This Matter                                      43.74
                                                 --------------
```

```
                              Inv#     138699
                              Date     Oct 16, 2013
                              Client Number  8292
```

Re:   LCD Indirect - Call Center Support                829247

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| CSR    240 | 240 | 52.00 | 0.39 | 20.28 |
| April Hyduk | AH | 192.00 | 1.90 | 364.80 |
| Doreen McGinley | DM | 125.00 | 1.20 | 150.00 |
| Jose Rivera | JR | 142.00 | 6.70 | 951.40 |
| Robin Niemiec | RN | 199.00 | 1.70 | 338.30 |

Total Fees:                                            1,824.78

Total Services                                         1,824.78

Total Expenses                                              .00
                                                  --------------

Total This Matter                                      1,824.78
                                                  --------------

```
                                        Inv#      138699
                                        Date      Oct 16, 2013
                                        Client Number  8292



Re:    LCD Indirect - Expenses                          829290

For Professional Services Rendered:




Expense Detail:


Reference    Date    Description                          Amount
---------    ----    -----------                          ------

        Call Center/Telecommunications
             09/30/13  Conference Calls; 794.75 minutes      309.95
             09/30/13  IVR 2200.52 Minutes                   924.22
             09/30/13  IVR System Charge                     250.00
             09/30/13  Line Maintenance Charge Schedule      130.00
             09/30/13  Long Distance 3898.5 Minutes          467.82
             09/30/13  Live Call Center Support; 243 Calls 2,500.00
                                         Subtotal     4,581.99

        Postage/Federal Express
             09/30/13  Weekly Mail Pickup                     30.33
             09/30/13  Weekly Mail Pickup                      2.43
             09/30/13  Metered Postage; 528 pieces           242.88
                                         Subtotal       275.64

        Shredding/Storage
             09/30/13  Data Storage September 2013           731.28
             09/30/13  Storage and/or Shredding 16 Boxes      32.00
             09/30/13  Storage and/or Shredding 2 Boxes        4.00
                                         Subtotal       767.28

        Photocopies/Faxing/Printing
             09/30/13  Photocopies/Faxing/Printing ;1793     358.60
                                         Subtotal       358.60

        Website Hosting
             09/27/13  Web Monitor & Host                    275.00
                                         Subtotal       275.00
```

```
Inv#     138699
Date     Oct 16, 2013
Client Number  8292
```

Total Expenses                              6,258.51
                                      --------------

Total This Matter                           6,258.51
                                      --------------