Kenneth S. Marks (*pro hac vice*)
Jonathan R. Ross (*pro hac vice*)
Johnny W. Carter (*pro hac vice*)
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
Email: kmarks@susmangodfrey.com
       jcarter@susmangodfrey.com
       jross@susmangodfrey.com

Parker C. Folse III (*pro hac vice*)
Rachel S. Black (*pro hac vice*)
Jordan Connors (*pro hac vice*)
SUSMAN GODFREY LLP
1201 Third Avenue
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
Email: pfolse@susmangodfrey.com
       rblack@susmangodfrey.com
       jconnors@susmangodfrey.com

*Attorneys for Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master Docket No. M:07-1827 SI |
| | MDL No. 1827 |
| THIS DOCUMENT RELATES TO: | Individual Case No. 3:10-cv-05625 SI |
| ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST, <br><br> Plaintiff, <br><br> v. <br><br> AU OPTRONICS CORPORATION, ET AL. <br><br> Defendants. | **PLAINTIFF ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL; SUPPORTING DECLARATION OF RACHEL S. BLACK** <br><br> [Civil Local Rule 79-5] |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Civil Local Rules 7-10 and 79-5 and the Court's Standing Order, Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust ("Plaintiff"), by and through its counsel, respectfully submits this administrative motion for an order permitting Plaintiff to file under seal portions of Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment on Choice of Law and Exhibits 1-43 to the Declaration of Rachel S. Black in Support of Plaintiff's Opposition.

Plaintiff requests that the following documents be filed under seal pursuant to Civil Local Rule 79-5(d) because they refer to or are documents and testimony that Defendants have designated "highly confidential" pursuant to the Protective Order governing this action (Dkt. 408, filed December 7, 2007):

- Portions of Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment on Choice of Law and Memorandum of Points and Authorities in Support Thereof ("Plaintiff's Opposition");
- Exhibits 1-43 to the Declaration of Rachel S. Black in Support of Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment on Choice of Law ("Black Declaration").

Plaintiff is filing herewith a redacted copy of Plaintiff's Opposition, in accordance with Civil Local Rule 79-5. Plaintiff is also filing herewith under seal an unredacted version of Plaintiff's Opposition, which indicates by highlighting the portions of the document that have been omitted from the redacted version due to Defendants' "highly confidential" designations.

Plaintiff submits this application as the party wishing to file documents referencing, containing, or analyzing, in whole or in part, the documents described above. Plaintiff attaches

| ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL; DECLARATION OF RACHEL S. BLACK<br>Page 2<br>2931152v1/011997 | MASTER FILE NO.: M-07-1827-SI<br>CASE NO. 3:10-05625 SI |
|---|---|

hereto the Declaration of Rachel S. Black in support of this application. Plaintiff takes no position on whether the designated documents satisfy the requirements for sealing. Although Plaintiff's request is narrowly tailored to include only the information that may require confidentiality, it is Defendants' burden to show good cause for sealing the documents by submitting a declaration showing good cause and a proposed order within four days after the lodging of the designated documents. See Civil Local Rule 79-5(e).

Dated: November 4, 2013                        SUSMAN GODFREY L.L.P.

                                            By:  */s/ Rachel S. Black*

                                                Parker C. Folse III (*pro hac vice*)
                                                Rachel S. Black (*pro hac vice*)
                                                Jordan Connors (*pro hac vice*)
                                                SUSMAN GODFREY L.L.P.
                                                1201 Third Avenue, Suite 3800
                                                Seattle, Washington 98101-3000
                                                Telephone:  (206) 516-3880
                                                Facsimile:  (206) 516-3883
                                                Email:  pfolse@susmangodfrey.com
                                                              rblack@susmangodfrey.com
                                                               jconnors@susmangodfrey.com

                                                Kenneth S. Marks (pro hac vice)
                                                Jonathan R. Ross (pro hac vice)
                                                Johnny W. Carter (pro hac vice)
                                                SUSMAN GODFREY LLP
                                                1000 Louisiana Street, Suite 5100
                                                Houston, Texas 77002-5096
                                                Telephone:  (713) 651-9366
                                                Facsimile:  (713) 654-6666
                                                Email:  kmarks@susmangodfrey.com
                                                              jross@susmangodfrey.com
                                                              jcarter@susmangodfrey.com

                                                *Attorneys for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

## DECLARATION OF RACHEL S. BLACK

I, Rachel S. Black, declare as follows:

1. I am an attorney at the law firm of Susman Godfrey L.L.P., counsel for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust ("Plaintiff"), and am licensed to practice law in the State of Washington and admitted to practice before this Court *pro hac vice*. Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would competently testify thereto.

2. Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment on Choice of Law and Memorandum of Points and Authorities in Support Thereof contains excerpts from and/or statements derived from documents and testimony that Defendants have designated "highly confidential" pursuant to the Protective Order governing this action (Dkt. 408, filed December 7, 2007). Exhibits 1-43 to the supporting Declaration of Rachel S. Black attach documents that Defendants have designated "highly confidential" pursuant to the Protective Order governing this action.

3. Because Civil Local Rule 79-5(b) prohibits the sealing of documents by agreement of the parties, the parties are unable to enter such a stipulation.

//
//
//
//
//
//
//

4. Therefore, Plaintiff respectfully requests an order sealing the portions of Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment on Choice of Law and Memorandum of Points and Authorities in Support Thereof; and Exhibits 1-43 to the Declaration of Rachel S. Black in Support of Defendants' Motion for Partial Summary Judgment on Choice of Law, and the exhibits thereto.

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Executed this 4th day of November, 2013, at Seattle, Washington.

                         */s/ Rachel S. Black*
                         Rachel S. Black