John J. Pentz
19 Widow Rites Lane
Sudbury, MA 01776
Telephone: 978.261.5725
Facsimile: 978.405.5161
clasaxn@earthlink.net

Attorney for Class Member/
Objector Kevin Luke

George W. Cochran, Esq.
2016 Sherwood Avenue
Louisville, Kentucky 40205
Tel:    (502) 690-7012
Email:  lawchrist@gmail.com

Attorney for Class Member/
Objector Geri Maxwell



IT IS SO ORDERED
Judge Susan Illston

Counsel shall provide the clerk with a direct dial phone number to call between 10 and 11 a.m.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: TFT-LCD (FLAT PANEL ANTITRUST LITIGATION,** <br><br> **APPLIES TO ALL INDIRECT- PURCHASER CLASS ACTIONS** | ) No. m 07-1827 SI <br> ) <br> ) MDL No. 1827 <br> ) <br> ) <br> ) |

### MOTION FOR PERMISSION TO PARTICIPATE IN
### NOVEMBER 15, 2013 HEARING BY TELEPHONE

Class members Kevin Luke and Geri Maxwell hereby move for permission to attend and participate in the hearing scheduled for November 15, 2013 at 10:00 a.m. on LFG's Motion for Release of Funds by telephone.  Objectors Luke and Maxwell have opposed LFG's Motion for Release of the $28.2 million held in escrow, and with to be heard at the hearing.  Counsel for Luke is unable to attend in person on November 15 due to a long-standing commitment.  Therefore, Luke and Maxwell request that this Court

designate and publish a number which any interested party may call into in order to listen to and participate in the hearing scheduled on LFG's motion.

        Kevin Luke,
        By his attorney,

        */s/ John J Pentz*
        John J. Pentz
        19 Widow Rites Lane
        Sudbury, MA 01776
        Telephone: 978.261.5725
        Facsimile: 978.405.5161
        clasaxn@earthlink.net

        Geri Maxwell,
        By her attorney,

        */s/ George W. Cochran*
        George W. Cochran, Esq.
        2016 Sherwood Avenue
        Louisville, Kentucky 40205
        Tel:    (502) 690-7012
        Email:  lawchrist@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed with the Clerk of Court using CM/ECF on October 31, 2013 and as a result has been served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

        By: */s/ John J. Pentz*
            John J. Pentz