IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION,

No. C 07-01827 SI

**ORDER RE MOTION FOR AN ORDER TO SHOW CAUSE**

**(Docket No. 8614)**

This Document Relates to:

Indirect-Purchaser Class Action

_____/

On November 8, 2013, the Court heard argument on a motion for an order to show cause re civil contempt and sanctions against objectors Alison Paul and Leveta Chesser, and their counsel, Joseph Darrell Palmer. On February 19, 2013, the Court ordered Mr. Palmer to pay sanctions in the amount of $9,254.11 for willful disobedience of the Court's orders. On May 20, 2013, the Court entered an order permitting Mr. Palmer to pay his sanctions in installments, with the full amount to be paid off by August 15, 2013. As of this date, Mr. Palmer still owes $8254.11.

Accordingly, Mr. Palmer is ORDERED to pay the remaining sanctions he owes by no later than March 15, 2014. If he fails to do so by that date, judgment will be entered against him for the amount he still owes.

**IT IS SO ORDERED.**

Dated: November 8, 2013

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE