Robert W. Turken
Scott N. Wagner
BILZIN SUMBERG BAENA PRICE &
AXELROD LLP
1450 Brickell Ave., Suite 2300
Miami, Florida 33131-3456
Telephone:    305-374-7580
Facsimile:    305-374-7593
E-mail:       rturken@bilzin.com;
              swagner@bilzin.com

Stuart H. Singer
BOIES, SCHILLER, & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email: ssinger@bsfllp.com

*Counsel for Plaintiff The AASI Creditor Liquidating Trust*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*The AASI Creditor Liquidating Trust, by and through Kenneth A. Welt, Liquidating Trustee v. AU Optronics Corp., et al.*, 3:11-cv-5781-SI | Master File No. 3:07-md-01827-SI (N.D. Cal.)<br><br>MDL No. 1827<br><br>Case No. 3:11-cv-5781-SI<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE FOR AASI'S OBJECTION TO SPECIAL MASTER'S ORDER ON MOTION TO COMPEL SHARP 30(B)(6)**<br><br>Honorable Susan Illston |

STIPULATION AND [PROPOSED] ORDER ON BRIEFING
SCHEDULE FOR AASI'S OBJECTION TO SPECIAL MASTER'S
ORDER ON MOTION TO COMPEL SHARP 30(B)(6)

Master File No. 3:07-md-01827-SI
Ind. Case No. 3:11-cv-5781-SI

Direct Action Plaintiff, The AASI Creditor Liquidating Trust, by and through Kenneth A. Welt Liquidating Trustee ("AASI"), and Defendant Sharp Corporation ("Sharp"), hereby stipulate as follows:

WHEREAS, AASI filed its Objection to Special Master's Order Re Plaintiffs' Motion to Compel Sharp to Comply With Notice Of Rule 30(b)(6) Deposition [Master DKT. No. 8719] (the "Objection") on October 30, 2013;

WHEREAS, the Court previously ordered that the Objection shall be heard on December 20, 2013;

WHEREAS, the parties wish to alter the current briefing schedule;

WHEREAS, the parties wish to reschedule the date of the hearing;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that the Objection shall be heard on January 24, 2014.

IT IS FURTHER STIPULATED AND AGREED that the briefing schedule for the Objection shall be as follows:

- Sharp's Response to the Objection will be filed by December 13, 2013.
- AASI's Reply will be filed by January 10, 2014.

STIPULATION AND [PROPOSED] ORDER ON BRIEFING
SCHEDULE FOR AASI'S OBJECTION TO SPECIAL MASTER'S
ORDER ON MOTION TO COMPEL SHARP 30(B)(6)

- 1 -

Master File No. 3:07-md-01827-SI
Ind. Case No. 3:11-cv-5781-SI

| | | |
|---|---|---|
| 1 | DATED: November 8, 2013 | /s/ Scott N. Wagner |
| 2 | | Robert W. Turken |
| | | Scott N. Wagner |
| 3 | | BILZIN SUMBERG BAENA PRICE & AXELROD LLP |
| | | 1450 Brickell Ave., Suite 2300 |
| 4 | | Miami, Florida 33131-3456 |
| | | Telephone: 305-374-7580 |
| 5 | | Facsimile: 305-374-7593 |
| | | E-mail: rturken@bilzin.com |
| 6 | |          mwidom@bilzin.com |
| | |          swagner@bilzin.com |

/s/ Philip J. Iovieno
William A. Isaacson (admitted *pro hac vice*)
Melissa Felder (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C.  20015
Telephone:  (202) 237-2727
Facsimile:   (202) 237-6131
Email:  wisaacson@bsfllp.com
           mfelder@bsfllp.com

Philip J. Iovieno (admitted *pro hac vice*)
Anne M. Nardacci (admitted *pro hac vice*)
Luke Nikas (admitted *pro hac vice*)
Christopher V. Fenlon (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY  12207
Telephone:  (518) 434-0600
Facsimile:   (518) 434-0665
Email: piovieno@bsfllp.com
           anardacci@bsfllp.com
           lnikas@bsfllp.com
           cfenlon@bsfllp.com

*Counsel for Plaintiff The AASI Creditor Liquidating Trust*

By:   /s/ Jacob R. Sorensen
         Jacob R. Sorensen

PILLSBURY WINTHROP SHAW PITTMAN LLP
JOHN M. GRENFELL
JACOB R. SORENSEN
FUSAE NARA
ANDREW D. LANPHERE
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111

*Attorneys for Defendants SHARP CORPORATION and SHARP ELECTRONICS CORPORATION*

---

STIPULATION AND [PROPOSED] ORDER ON BRIEFING
SCHEDULE FOR AASI'S OBJECTION TO SPECIAL MASTER'S        - 2 -
ORDER ON MOTION TO COMPEL SHARP 30(B)(6)

Master File No. 3:07-md-01827-SI
Ind. Case No. 3:11-cv-5781-SI

1 **FILER'S ATTESTATION**

I, Scott N. Wagner, am the ECF user whose identification and password are being used to file this Stipulation. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the signatories above.

/s/ Scott N. Wagner
Scott N. Wagner

STIPULATION AND [PROPOSED] ORDER ON BRIEFING
SCHEDULE FOR AASI'S OBJECTION TO SPECIAL MASTER'S      - 3 -
ORDER ON MOTION TO COMPEL SHARP 30(B)(6)

Master File No. 3:07-md-01827-SI
Ind. Case No. 3:11-cv-5781-SI

**ORDER**

Pursuant to the Parties' stipulation set forth above, IT IS SO ORDERED.

Dated: November 8, 2013

By: /s/ Susan Illston
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER ON BRIEFING
SCHEDULE FOR AASI'S OBJECTION TO SPECIAL MASTER'S
ORDER ON MOTION TO COMPEL SHARP 30(B)(6)

Master File No. 3:07-md-01827-SI
Ind. Case No. 3:11-cv-5781-SI

# CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the foregoing document was served via email upon the parties and counsel of record on November 8, 2013.

/S/ *Scott N. Wagner*
Scott N. Wagner
*Counsel for Plaintiff The AASI Creditor Liquidating Trust*

STIPULATION AND [PROPOSED] ORDER ON BRIEFING SCHEDULE FOR AASI'S OBJECTION TO SPECIAL MASTER'S ORDER ON MOTION TO COMPEL SHARP 30(B)(6)

Master File No. 3:07-md-01827-SI
Ind. Case No. 3:11-cv-5781-SI