United States District Court
For the Northern District of California

1
2
3
4
5
6                        IN THE UNITED STATES DISTRICT COURT
7                     FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9  IN RE: TFT-LCD (FLAT PANEL) ANTITRUST          No. M 07-1827 SI
                                                   MDL No. 1827
10  LITIGATION
11  _____/
12  This Order Relates To:
                                                   **AMENDED JUDGMENT**
13      *Best Buy Co., Inc. v. AU Optronics Corp.,*
        *et al.,* Case No. 10-CV-4572 SI
14  _____/
15
16        This action by plaintiffs Best Buy Co., Best Buy Purchasing LLC, Best Buy Enterprise Services
17  Inc., Best Buy Stores L.P., Bestbuy.com LLC, and Magnolia Hi-Fi, Inc. came on for jury trial against
18  defendants HannStar Display Corporation,  Toshiba Corporation, Toshiba Mobile Display Co., Ltd.,
19  Toshiba America Electronics Components Inc., and Toshiba America Information Systems Inc., the
20  Honorable Susan Illston, presiding.  The issues were tried before the jury, beginning on July 22, 2013.
21  The jury rendered a verdict on September 3, 2013, and judgment was entered on September 4, 2013.
22        The Court hereby issues an amended judgment in Case No. 10-CV-4572 SI as follows: judgment
23  is hereby entered in favor of the Best Buy plaintiffs and against HannStar Display Corporation.  The jury
24  awarded damages in the amount of $7,471,943, which after trebling pursuant to 15 U.S.C. § 15 and
25  Minn. Stat. § 325D.57 amounts to $22,415,829.  These damages are subject to an offset of $229,000,000
26  in settlements from other parties, and thus the Best Buy plaintiffs may recover no damages from
27  HannStar.
28        This amended judgment does not affect the September 4, 2013 judgment insofar as that judgment

relates to Toshiba Corporation, Toshiba Mobile Display Co., Ltd.,  Toshiba America Electronics

Components Inc., and Toshiba America Information Systems Inc. in Case No. C-CV-4114 SI.


**IT IS SO ORDERED AND ADJUDGED.**


Dated: November 20, 2013

_____

SUSAN ILLSTON
United States District Judge

United States District Court
For the Northern District of California

2