IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. M 07-1827 SI<br>MDL. No. 1827 |
| | Case Nos. 10-4572 SI |
| This Order Relates to:<br><br>*Best Buy et al. v. AU Optronics Corporation, et al.,* C 10-4572 SI | **ORDER REFERRING BEST BUY'S BILL OF COSTS AND MOTION FOR FEES AND COSTS TO SPECIAL MASTER QUINN FOR DETERMINATION IN THE FIRST INSTANCE** |

Best Buy's motion for attorneys' fees and costs is scheduled for a hearing on November 22, 2013. It also appears from the docket that HannStar has noticed its objections to Best Buy's Bill of Costs for a hearing on November 22, 2013.

The Court hereby VACATES the hearing and, in the interest of judicial efficiency, REFERS both matters to Special Master Quinn for determination in the first instance. Docket Nos. 8610, 8612, 8730, 8742, 8767, and 8778.[1] The parties may contact the Court's Courtroom Deputy, Tracy Kasamoto, if they wish to pick up the chambers copies of these voluminous materials to submit them to Special Master Quinn.

**IT IS SO ORDERED.**

Dated: November 20, 2013

SUSAN ILLSTON
United States District Judge

---

[1] Best Buy filed an oversized reply brief without leave of Court. Docket No. 8769. Best Buy subsequently filed an administrative motion seeking to file the oversized reply brief or to substitute a 15 page reply brief *nunc pro tunc*. Docket No. 8778. The Court denies the motion to file an oversized reply brief.