Richard M. Heimann (State Bar No. 63607)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111
Telephone: (415) 956-1000
Facsimile:  (415) 956-1008

Bruce L. Simon (State Bar No. 96241)
PEARSON, SIMON & WARSHAW, LLP
44 Montgomery Street, Suite 2450
San Francisco, California 94104
Telephone: (415) 433-9000
Facsimile:  (415) 433-9008

*Co-Lead Counsel for the Direct Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL DIRECT PURCHASER CLASS ACTIONS | Case No. MDL 3:07-md-1827 SI<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF ROBIN M. NIEMIEC IN SUPPORT OF DIRECT PURCHASER CLASS PLAINTIFFS' STATUS REPORT REGARDING INITIAL DISTRIBUTION OF SETTLEMENT FUNDS** |

Robin M. Niemiec, declares and states that:

1. I am a Client Services Director for Rust Consulting, Inc. ("Rust"). I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein, and if called as a witness, could and would testify competently hereto.

2. I submit this Declaration in order to provide the Court and the parties to the above-captioned litigation (the "Action") with information regarding the distribution of the Net Settlement Fund (the "Settlement Fund") to date.

3. Pursuant to the Order Granting Preliminary Approval of Direct Purchaser Class Settlement with Defendants Epson Imaging Devices Corporation and Epson Electronics America, Inc. dated October 6, 2010 (Dkt. No. 2077), Rust was appointed the Claims Administrator to oversee, among other things, the process of providing notice about the Settlement.

**Summary of Initial Distribution**

4. Pursuant to this Court's Order Approving First Distribution of Settlement Funds to the Direct Purchaser Class Members ("Initial Distribution Order"), on July 23, 2013, Rust distributed $258,637,975.14 to 2,840 Settlement Class Members and in order to minimize claims administration expenses, funds were held back only from claimants whose awards exceeded $10,000.

5. Rust has re-issued checks to Settlement Class Members who contacted Rust requesting that their checks be re-issued due to a change in payee name, they did not receive their check and/or the check was lost or destroyed.

6. Since the initial distribution, Rust has received and responded to numerous inquiries from Settlement Class Members concerning the settlement and distribution of funds.

7. As of November 22, 2013, $94,851.64 remains from 154 uncashed, undeliverable or returned checks ("Uncashed Funds").

8. Pursuant to this Court's Order Regarding Payment of Late-Filed and Disputed Claims ("Late/Disputed Claims Order"), this Court authorized payment to nineteen (19) claims ("Late/Disputed Claims").

9. After the Late/Disputed Claims Order was issued, Rust was contacted by two (2) additional claimants, Propeller, Inc. and DuPont requesting payments for their claims. These were late-filed claims that did not provide Affidavits prior to the Late/Disputed Claims Order but have since provided Affidavits.

10. On Monday, November 18, 2013 and Tuesday, November 19, 2013 Rust was contacted by an additional claimant, OfficeMax, and by class counsel in regard to the OfficeMax claim, respectively, advising that OfficeMax disputed its award amount.

11. On August 24, 2012 and February 21, 2013, OfficeMax was sent letters advising that its claim would be adjusted to purchases reflected in Defendant data unless it provided proof of its claim. OfficeMax did not respond to the requests.

12. OfficeMax is currently providing proof of its purchases to Rust and the documentation is being reviewed as it is received.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 22nd day of November, 2013 in Palm Beach Gardens, Florida.

*Robin M. Niemiec*

Robin M. Niemiec

DECLARATION OF ROBIN M. NIEMIEC IN SUPPORT OF DIRECT PURCHASER CLASS PLAINTIFFS' STATUS REPORT REGARDING INITIAL DISTRIBUTION OF SETTLEMENT FUNDS