Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Judith A. Zahid (215418)
Patrick B. Clayton (240191)
Qianwei Fu (242669)
Heather T. Rankie (268002)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile:  (415) 693-0770
*fscarpulla@zelle.com*

Joseph M. Alioto (42680)
Theresa D. Moore (99978)
ALIOTO LAW FIRM
225 Bush Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile:  (415) 434-9200
*jmalioto@aliotolaw.com*

*Co-Lead Class Counsel for Indirect-Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:07-MD-1827 SI<br>MDL No. 1827 |
| This Document Relates to: | **[PROPOSED] ORDER RE: DISTRIBUTION FROM ESCROW FUNDS FOR CLAIMS ADMINISTRATION** |
| All Indirect-Purchaser Actions; | |
| *State of Missouri, et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-3619; | The Honorable Susan Illston |
| *State of Florida v. AU Optronics Corporation, et al.*, Case No. 10-cv-3517; and | |
| *State of New York v. AU Optronics Corporation, et al.*, Case No. 11-cv-0711. | |

WHEREAS, on December 27, 2011, the Court granted final approval to settlements between the Indirect-Purchaser Plaintiffs ("IPPs") and the States of Arkansas, California, Florida, Michigan, Missouri, New York, West Virginia, and Wisconsin ("Settling States") on the one hand, and defendants Chimei, Chunghwa, Epson, HannStar, Hitachi, Samsung and Sharp, as identified in the respective Settlement Agreements, and inclusive of related entities also identified in the respective Settlement Agreements (collectively, "Group-I Settling Defendants"), on the other hand; and

WHEREAS, on July 30, 2012, the Court granted preliminary approval to the settlements between IPPs and the Settling States, and defendants AUO, LG and Toshiba, as identified in the respective Settlement Agreements (collectively, "Group-II Settling Defendants" and with the Group-I Settling Defendants referred to hereafter as "All Settling Defendants"), on the other hand; and

WHEREAS, the Settlement Agreements with All Settling Defendants provide that the costs of administration of the claims process shall be paid from the Settlement Fund of each Settling Defendant, *pro rata*, based on each Settling Defendant's Settlement Amount; and

WHEREAS, the cost of claims administration invoiced by Rust Consulting is $61,736.89 (see Exhibit 1 attached hereto); and

WHEREAS, pursuant to the Settlement Agreements the following amounts may be deducted from each Settling Defendant's Settlement Fund to pay such costs of claims administration:

| | |
|---|---|
| Chimei | $6,291.67 |
| Chunghwa | $302.68 |
| Epson | $162.61 |
| HannStar | $1,463.47 |
| Hitachi | $2,223.85 |
| Samsung | $13,693.25 |
| Sharp | $6,589.87 |
| AUO | $9,214.41 |

[PROPOSED] ORDER RE: DISTRIBUTION FROM ESCROW FUNDS FOR CLAIMS ADMINISTRATION

| | |
|---|---|
| LG | $20,596.92 |
| Toshiba | $1,198.16 |
| **TOTAL** | **$61,736.89** |

WHEREAS, Well Fargo Bank, N.A. has informed the parties that it requires an order from the Court before it will distribute payment for these additional costs;

THEREFORE, IT IS HEREBY ORDERED that Wells Fargo Bank, N.A. shall wire **$61,736.89** to the following account:

      Bank of Texas

      ABA/Routing # 111014325

      Account # 8093434387

      Account Name:  Rust Consulting

      Reference # 128325

      Federal Tax ID # 41-1813634

      Bank Contact: Mayra Landeros, (214) 987-8817

The balance of funds in the demand-deposit account, if any, shall be retained for additional costs as they are incurred.

**IT IS SO ORDERED.**

Dated: ___11/22_____, 2013

_____
Hon. Susan Illston
United States District Judge

3250803v1

[PROPOSED] ORDER RE: DISTRIBUTION FROM ESCROW FUNDS FOR CLAIMS ADMINISTRATION

# EXHIBIT 1



# Invoice

625 MARQUETTE AVENUE, SUITE 880
MINNEAPOLIS, MN 55402
**P** 612.359.2000  I  **F** 612.359.2050
WWW.RUSTCONSULTING.COM
FEDERAL ID #: 41-1813634

| | |
|---|---|
| DATE: | 11/14/13 |
| INVOICE #: | 138779 |
| MATTER #: | 8292 |

**TO:** Francis O. Scarpulla
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street
Suite 3400
San Francisco, CA  94104
fscarpulla@zelle.com
jdc@coopkirk.com

| PROJECT |
|---|
| *LCD Indirect* |
| *October 2013 Claims Administration Services* |

| | | |
|---|---|---:|
| Project Database | $ | 1,859.01 |
| Project Management | | 4,014.24 |
| Technical Consulting | | 435.30 |
| Follow-Up Notice | | 746.50 |
| Address Trace | | 93.89 |
| Document Receipting | | 126.36 |
| Claim Forms Submitted (561 @ $0.15 each) | | 84.15 |
| Scanning | | 82.08 |
| Correspondence/Admin Mail | | 1,862.50 |
| Data Capture | | 227.62 |
| Return Mail Processing | | 12.96 |
| Claims Validation & Audits | | 33,091.46 |
| Deficiency Claim Processing | | 12,879.34 |
| Deficiency Notification | | 1,267.21 |
| Mailroom & Data Capture Management | | 81.54 |
| Call Center Support | | 409.74 |
| | **SUBTOTAL** | 57,273.90 |
| Expenses: Other Charges and Out-of-Pocket Costs | | |
| Call Center/Telecommunications | | 2,685.89 |
| Postage/Federal Express | | 1.24 |
| Shredding/Storage | | 745.97 |
| Photocopies/Faxing/Printing | | 507.20 |
| Address Trace | | 42.55 |
| Website Hosting | | 480.14 |
| | **SUBTOTAL** | 4,462.99 |
| | **TOTAL INVOICE** $ | 61,736.89 |

**PAYMENT TERMS: NET DUE UPON RECEIPT**

**WIRE INFORMATION**
ACCOUNT #: 8093434387
ABA/ROUTING # WIRE or ACH: 111014325
BANK: BANK OF TEXAS, DALLAS, TX 75225
BANK CONTACT: MAYRA LANDEROS  214.987.8817
REFERENCE: INVOICE NUMBER

**RUST**
**PAYMENT MAILING ADDRESS:**
P O BOX 142589
DRAWER #9051
Irving, TX  75014-2589

```
                                   Inv#    138779
                                   Date    Nov 14, 2013
                                   Client Number  8292
```

```
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street
Suite 3400
San Francisco, CA  94104
fscarpulla@zelle.com
jdc@coopkirk.com
```

```
Re:   LCD Indirect - Project Database                 829202

For Professional Services Rendered:
```

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Carol Osborne | CO | 141.00 | 0.16 | 22.56 |
| Greg Brown | GSB | 141.00 | 0.10 | 14.10 |
| Justin Honse | JH | 164.00 | 2.40 | 393.60 |
| Rebecca Zoubek | RZ | 80.00 | 0.60 | 48.00 |
| Roso Suarez | RS | 185.00 | 4.20 | 777.00 |
| Shane McDonald | SM | 175.00 | 3.45 | 603.75 |

```
Total Fees:                                           1,859.01




Total Services                                        1,859.01




Total Expenses                                              .00
                                                     --------------

Total This Matter                                     1,859.01
                                                     --------------
```

```
                              Inv#     138779
                              Date     Nov 14, 2013
                              Client Number  8292


Re:    LCD Indirect - Project Management                   829206

For Professional Services Rendered:


        TIMEKEEPER                RATE       HOURS           FEES
        April Hyduk        AH    192.00       7.10       1,363.20
        Doreen McGinley    DM    125.00       1.30         162.50
        Justin Honse       JH    164.00       7.70       1,262.80
        Paul Vedder        PV    142.00       0.57          80.94
        Robin Niemiec      RN    199.00       3.50         696.50
        Robin Weiss        RW     90.00       0.50          45.00
        Roso Suarez        RS    185.00       0.50          92.50
        Sandra Peters      SP    192.00       1.00         192.00
        Sylvia Nettles     SN     93.00       0.90          83.70
        Taryn Diddle       TD     54.00       0.65          35.10

Total Fees:                                             4,014.24




Total Services                                          4,014.24




Total Expenses                                                .00
                                                   --------------

Total This Matter                                       4,014.24
                                                   --------------
```

```
                              Inv#     138779
                              Date     Nov 14, 2013
                              Client Number  8292


Re:   LCD Indirect - Technical Consulting              829207

For Professional Services Rendered:


        TIMEKEEPER                 RATE      HOURS          FEES
        Hai Bui              HB    141.00     0.60         84.60
        Lee Anderson         LA    141.00     1.70        239.70
        Mahin Alam           MA    185.00     0.10         18.50
        Michael Oanes        MO    185.00     0.20         37.00
        Roso Suarez          RS    185.00     0.30         55.50

Total Fees:                                              435.30




Total Services                                           435.30




Total Expenses                                              .00
                                              --------------
Total This Matter                                        435.30
                                              --------------
```

```
Inv#     138779
Date     Nov 14, 2013
Client Number  8292
```

Re:    LCD Indirect - Follow-Up Notice                    829213

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Leticia Rivera | LR | 175.00 | 1.20 | 210.00 |
| Roso Suarez | RS | 185.00 | 2.90 | 536.50 |

Total Fees:                                              746.50

Total Services                                           746.50

Total Expenses                                              .00
                                                  --------------
Total This Matter                                        746.50
                                                  --------------

```
                              Inv#     138779
                              Date     Nov 14, 2013
                              Client Number  8292


Re:   LCD Indirect - Address Trace                    829216

For Professional Services Rendered:

      TIMEKEEPER              RATE      HOURS        FEES
      Carol Osborne      CO  141.00     0.29        40.89
      Rebecca Zoubek     RZ   80.00     0.20        16.00
      Roso Suarez        RS  185.00     0.20        37.00

Total Fees:                                          93.89




Total Services                                       93.89




Total Expenses                                         .00
                                               --------------
Total This Matter                                    93.89
                                               --------------
```

```
                              Inv#    138779
                              Date    Nov 14, 2013
                              Client Number  8292


Re:    LCD Indirect - Document Receipting              829230

For Professional Services Rendered:

     TIMEKEEPER                    RATE      HOURS        FEES
       Processor      244    244   54.00     2.34       126.36

Total Fees:                                            126.36



Total Services                                         126.36



Total Expenses                                            .00
                                                    --------------
Total This Matter                                      126.36
                                                    --------------
```

```
                              Inv#     138779
                              Date     Nov 14, 2013
                              Client Number  8292
```

Re:   LCD Indirect - Scanning                        829231

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Scan Image Processor | 144 | 54.00 | 1.52 | 82.08 |

Total Fees:                                          82.08


Total Services                                       82.08


Total Expenses                                          .00
                                             --------------
Total This Matter                                    82.08
                                             --------------

```
                          Inv#     138779
                          Date     Nov 14, 2013
                          Client Number  8292
```

Re:    LCD Indirect - Correspondence/Admin Mail          829232

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Doreen McGinley | DM | 125.00 | 13.20 | 1,650.00 |
| Mary Schoenherr | MS | 125.00 | 1.70 | 212.50 |

Total Fees:                                              1,862.50


Total Services                                           1,862.50


Total Expenses                                                .00
                                                    --------------
Total This Matter                                        1,862.50
                                                    --------------

```
                              Inv#      138779
                              Date      Nov 14, 2013
                              Client Number  8292


Re:   LCD Indirect - Data Capture                  829234

For Professional Services Rendered:

      TIMEKEEPER               RATE       HOURS          FEES
       Data Capture Processor  144   54.00     0.28        15.12
       Mary Schoenherr         MS   125.00     1.70       212.50

Total Fees:                                              227.62




Total Services                                           227.62




Total Expenses                                              .00
                                                  ---------------
Total This Matter                                        227.62
                                                  ---------------
```

```
                              Inv#     138779
                              Date     Nov 14, 2013
                              Client Number  8292



Re:    LCD Indirect - Return Mail Processing              829235

For Professional Services Rendered:


      TIMEKEEPER              RATE        HOURS          FEES
      Mailroom Processor   151144  54.00        0.24        12.96

Total Fees:                                               12.96




Total Services                                            12.96




Total Expenses                                              .00
                                                  --------------
Total This Matter                                         12.96
                                                  --------------
```

```
                                    Inv#     138779
                                    Date     Nov 14, 2013
                                    Client Number  8292


Re:    LCD Indirect - Claims Validation & Audits            829236

For Professional Services Rendered:

     TIMEKEEPER              RATE       HOURS        FEES
     April Hyduk        AH   192.00      9.70      1,862.40
     Doreen McGinley    DM   125.00      3.40        425.00
     JoAnn Calderin     JC    90.00      0.75         67.50
     Justin Honse       JH   164.00      6.40      1,049.60
     Mary Schoenherr    MS   125.00      5.60        700.00
     Paul Vedder        PV   142.00     20.76      2,947.92
     Robin Niemiec      RN   199.00      7.00      1,393.00
     Robin Weiss        RW    90.00      2.00        180.00
     Sandra Peters      SP   188.77     90.32     17,049.68
     Taryn Diddle       TD    54.00      0.58         31.32
     Travis Duarte      TD    54.00    136.76      7,385.04

Total Fees:                                       33,091.46



Total Services                                    33,091.46



Total Expenses                                          .00
                                                 --------------

Total This Matter                                 33,091.46
                                                 --------------
```

```
                              Inv#      138779
                              Date      Nov 14, 2013
                              Client Number  8292


Re:    LCD Indirect - Deficiency Claim Processing          829237

For Professional Services Rendered:

      TIMEKEEPER                   RATE       HOURS           FEES
      Doreen McGinley      DM     125.00      67.00       8,375.00
      Kenneth Rivera       KR      90.00      18.00       1,620.00
      Mary Schoenherr      MS     125.00       6.30         787.50
      Robin Niemiec        RN     199.00       2.00         398.00
      Taryn Diddle         TD      54.00       9.89         534.06
      Travis Duarte        TD      54.00      21.57       1,164.78

Total Fees:                                             12,879.34




Total Services                                          12,879.34




Total Expenses                                                .00
                                                      --------------
Total This Matter                                       12,879.34
                                                      --------------
```

```
Inv#      138779
Date      Nov 14, 2013
Client Number  8292
```

Re:    LCD Indirect  - Deficiency Notification                829238

For Professional Services Rendered:

| TIMEKEEPER | | | RATE | HOURS | FEES |
|---|---|---|---|---|---|
| Processor | 244 | 244 | 54.00 | 1.59 | 85.86 |
| Joel Cooper | | JC | 175.00 | 1.20 | 210.00 |
| Julie Zitzmann | | JZ | 121.00 | 3.15 | 381.15 |
| Justin Honse | | JH | 164.00 | 1.90 | 311.60 |
| Robin Niemiec | | RN | 199.00 | 1.40 | 278.60 |

Total Fees:                                              1,267.21


Total Services                                           1,267.21


Total Expenses                                                .00
                                                    --------------

Total This Matter                                        1,267.21
                                                    --------------

```
                              Inv#     138779
                              Date     Nov 14, 2013
                              Client Number  8292
```

Re:   LCD Indirect  - Mailroom & Data Capture Management        829239

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Mailroom Processor | 151144 | 54.00 | 1.51 | 81.54 |

Total Fees:                                                  81.54


Total Services                                               81.54


Total Expenses                                                 .00
                                                       --------------
Total This Matter                                            81.54
                                                       --------------

```
                              Inv#      138779
                              Date      Nov 14, 2013
                              Client Number  8292


Re:    LCD Indirect - Call Center Support              829247

For Professional Services Rendered:

    TIMEKEEPER              RATE      HOURS        FEES
     CSR     240      240   52.00     1.17        60.84
     April Hyduk        AH  192.00    1.00       192.00
     Doreen McGinley    DM  125.00    0.30        37.50
     Robin Niemiec      RN  199.00    0.60       119.40

Total Fees:                                      409.74




Total Services                                   409.74




Total Expenses                                       .00
                                           --------------

Total This Matter                                409.74
                                           --------------
```

```
                              Inv#     138779
                              Date     Nov 14, 2013
                              Client Number  8292



Re:   LCD Indirect - Expenses                      829290

For Professional Services Rendered:




Expense Detail:

Reference    Date    Description                         Amount
---------    ----    -----------                         ------

        Call Center/Telecommunications
             10/30/13  Live Call Center Support; 110 Calls    1,300.00
             10/31/13  Line Maintenance Charge Schedule         130.00
             10/31/13  IVR 1701.83 Minutes                      714.77
             10/31/13  IVR System Charge                        250.00
             10/31/13  Long Distance 2426 Minutes               291.12
                                          Subtotal    2,685.89

        Postage/Federal Express
             10/31/13  Metered Postage; 2 pieces                  0.92
             10/31/13  Weekly Mail Pickup                         0.32
                                          Subtotal    1.24

        Shredding/Storage
             10/30/13  Storage and/or Shredding 2 Boxes           4.00
             10/31/13  Data Storage October 2013                731.97
             10/31/13  Storage and/or Shredding 5 Boxes          10.00
                                          Subtotal    745.97

        Photocopies/Faxing/Printing
             10/31/13  Photocopies/Faxing/Printing ;2536        507.20
                                          Subtotal    507.20

        Address Traces:
             10/31/13  Address Traces:  37 traces                42.55
                                          Subtotal    42.55

        Website Hosting
             10/29/13  Web Monitor & Host                       275.00
             10/30/13  Domain Renewal                           205.14
```

```
                              Inv#      138779
                              Date      Nov 14, 2013
                              Client Number  8292

                       Subtotal          480.14


Total Expenses                         4,462.99
                                       --------------

Total This Matter                      4,462.99
                                       --------------
```