1    Marc M. Seltzer (54534)                    Allan Diamond (*pro hac vice*)
     Steven G. Sklaver (237612)                 Jim McCarthy (*pro hac vice*)
2    SUSMAN GODFREY LLP                          Jason Fulton (*pro hac vice*)
     1901 Avenue of the Stars, Suite 950        DIAMOND McCARTHY LLP
3    Los Angeles, California 90067-6029         1201 Elm St., 34th Floor
     Telephone: (310) 789-3100                  Dallas, Texas 75270
4    Facsimile: (310) 789-3150                  Telephone: (214) 389-5300
                                                Facsimile: (214) 389-5399
5    mseltzer@susmangodfrey.com
     ssklaver@susmangodfrey.com                 adiamond@diamondmccarthy.com
6                                               jmccarthy@diamondmccarthy.com
     [additional counsel listed on signature page]  jfulton@diamondmccarthy.com
7
     Attorneys for SB Liquidation Trust
8

9                          UNITED STATES DISTRICT COURT
10
                          NORTHERN DISTRICT OF CALIFORNIA
11

12   IN RE: TFT-LCD (FLAT PANEL)                Master File No. 3:07-md-1827 SI
     ANTITRUST LITIGATION
13
     This Document Relates to:                  **STIPULATION AND [PROPOSED]**
14                                              **ORDER DISMISSING CHUNGHWA**
     Case No. 10-cv-5458 SI                     **PICTURE TUBES, LTD.**
15
     SB LIQUIDATION TRUST,
16                                              The Honorable Susan Illston
                              Plaintiff,
17
18   v.

19   AU OPTRONICS CORPORATION, et al.,

20   Defendants
21

22          Defendant Chunghwa Picture Tubes, Ltd. ("CPT") and Plaintiff SB Liquidation
23   Trust ("Plaintiff") stipulate to voluntary dismissal with prejudice pursuant to Rule 41(a)(2) of the
24   Federal Rules of Civil Procedure as follows:
25          WHEREAS in its operative complaints, Plaintiff asserted claims under the
26   Sherman Antitrust Act, 15 U.S.C. § 1, as well as other state antitrust and unfair competition laws;
27          WHEREAS, CPT denies Plaintiff's allegations and has asserted defenses to
28   Plaintiff's claims;

     STIPULATION AND [PROPOSED] ORDER DISMISSING CHUNGHWA PICTURE TUBES, LTD.

1        WHEREAS pursuant to a settlement between the parties, Plaintiff is no longer

2   pursuing these claims against CPT;

3        NOW, THEREFORE, CPT, by its counsel, and Plaintiff, by the undersigned

4   counsel, stipulate and agree as follows:

5        1.    Plaintiff's claims against CPT are hereby dismissed with prejudice.

6        2.    Both Plaintiff and CPT are to bear their own costs and fees.

7        3.    This stipulation does not affect the rights or claims of Plaintiff against any other

8   defendant or alleged co-conspirator in the above-captioned cases.

9   **IT IS SO STIPULATED AND AGREED.**

10

11   Dated: December 2, 2013          By:    */s/ Steven G. Sklaver*

12                                      Marc M. Seltzer (54534)
                                         Steven G. Sklaver (237612)
13                                      SUSMAN GODFREY LLP
                                         1901 Avenue of the Stars, Suite 950
14                                      Los Angeles, CA 90067-6029
                                         Telephone: (310) 789-3100
15                                      Fax: (310) 789-3150
                                         mseltzer@susmangodfrey.com
16                                      ssklaver@susmangodfrey.com

17
                                         Allan Diamond (pro hac vice)
18                                      Jim McCarthy (pro hac vice)
                                         Jason Fulton (pro hac vice)
19                                      DIAMOND McCARTHY LLP
                                         1201 Elm St., 34th Floor
20                                      Dallas, Texas 75270
                                         Telephone: (214) 389-5300
21                                      Facsimile: (214) 389-5399
                                         adiamond@diamondmccarthy.com
22                                      jmccarthy@diamondmccarthy.com
                                         jfulton@diamondmccarthy.com
23
24                                      Erica W. Harris
25                                      SUSMAN GODFREY LLP
                                         1000 Louisiana, Suite 5100
26                                      Houston, Texas 77002-5096
                                         Telephone: (713) 651-9366
27

- 2 -

28   **STIPULATION AND [PROPOSED] ORDER DISMISSING CHUNGHWA PICTURE TUBES, LTD.**

1
2

Facsimile: (713) 654-6666
eharris@susmangodfrey.com

3

Attorneys for Plaintiff SB Liquidation Trust

4

Dated: December 2, 2013         By:     */s/ Rachel S. Brass*

5
6
7
8
9

Joel S. Sanders (SBN 107234)
Rachel S. Brass (SBN 219301)
Austin Schwing (SBN 211696)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
(415) 393.8200 (Phone)
(415) 393.8306 (Facsimile)

10
11

Counsel for Chunghwa Picture Tubes Ltd.

12
13
14

**Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filings of this document has been obtained from the other signatories.**

15
16

IT IS SO ORDERED.

17
18

DATED: _____Dec 3_____, 2013

19
20

The Honorable Susan Illston
United States District Judge

21
22
23
24
25
26
27
28

- 3 -

**STIPULATION AND [PROPOSED] ORDER DISMISSING CHUNGHWA PICTURE TUBES, LTD.**