1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION _____ THIS DOCUMENT RELATES TO: ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST,          Plaintiff, v. AU OPTRONICS CORPORATION, ET AL.          Defendants. | Master Docket No. M:07-1827 SI MDL No. 1827 Individual Case No. 3:10-cv-05625 SI **[PROPOSED] ORDER** |

[Proposed] Order - 1

MASTER FILE NO.: M-07-1827-SI
CASE NO. 3:10-05625 SI

2536339v1/011997

1  The Court, having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

2  1. All claims asserted by plaintiff Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust, against defendants Sharp Corporation and Sharp Electronics Corporation (collectively "Sharp") are dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2. Each party shall bear its own costs and attorneys' fees.

3. This Order is not a dismissal of any person or entity other than Sharp.

IT IS SO ORDERED.

This  4th  day of  Dec , 2013.

_____
Hon. Susan Illston
United States District Court Judge