**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

**DENIED**
Judge Susan Illston

IN RE: TFT-LCD (FLAT PANEL
ANTITRUST LITIGATION

Case No. 3:07-MD-1827 SI
MDL No. 1827

This Document Relates to: All
Indirect-Purchaser Class Actions

**[Proposed] ORDER GRANTING
MOTION FOR LEAVE TO FILE THE
SUPPLEMENTAL DECLARATION OF
WILLIAM M. BALIN IN FURTHER
SUPPORT OF OBJECTOR DALE'S AND
OBJECTOR DUNMORE'S JOINT
OPPOSITION TO NON-PARTY CREDITOR
NATIONAL CAPITOL, LLC'S ATTEMPTS
TO RELEASE $28.2 MILLION HELD IN
ESCROW FUND**

The motion of Objectors, Keena Dale and Julius Dunmore for Leave to File the Supplemental Declaration of William M. Balin in Further Support of Objector Dale's and Objector Dunmore's Joint Opposition to Non-party Creditor National Capitol, Llc's Attempts to Release $28.2 Million Held in Escrow Fund be and hereby is granted.

Dated January___, 2014

_____
Susan Y. Illston
Senior United States District Judge