```
1   Richard M. Heimann (State Bar No. 63607)
    LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
2   275 Battery Street, 29th Floor
    San Francisco, CA 94111-3339
3   Telephone:   (415) 956-1000
    Facsimile:   (415) 956-1008
4
    Bruce L. Simon (State Bar No. 96241)
5   PEARSON, SIMON & WARSHAW, LLP
    44 Montgomery Street, Suite 2450
6   San Francisco, CA 94104
    Telephone:   (415) 433-9000
7   Facsimile:   (415) 433-9008
8   Counsel for the Direct Purchaser Class Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. M07-1827 SI |
| | MDL No. 1827 |
| This Document Relates to:<br><br>ALL DIRECT PURCHASER CLASS ACTIONS | **[PROPOSED] ORDER APPROVING SECOND DISTRIBUTION OF SETTLEMENT FUNDS TO THE DIRECT PURCHASER CLASS MEMBERS** |
| | The Honorable Susan Illston |

Before the Court is Direct Purchaser Class Plaintiffs' Motion for an Order Approving Second Distribution of Settlement Funds to the Direct Purchaser Class Members. Upon consideration of Plaintiffs' motion and the supporting declaration, and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Court authorizes the payment of an additional $15,000 to Rust Consulting, Inc., from the Settlement Fund for claims administration expenses that Rust and Co-Lead Class Counsel reasonably expect will be incurred in connection with administering and distributing checks to Direct Purchaser Class Members for the Second Distribution.

1      2.      The Court **[AUTHORIZES] [DENIES]** payment of the late-filed claims of
2  Propeller, Inc. and DuPont and **[AUTHORIZES] [DENIES]** payment of the adjusted claim of
3  OfficeMax.

4      3.      The Court HEREBY ORDERS and directs Rust to distribute to eligible claimants
5  the amount remaining in the Settlement Fund and the amount remaining from the Initial
6  Distribution resulting from uncashed, undelivered, or returned checks ("Second Distribution").
7  This Second Distribution shall be according to the Plan of Allocation approved by this Court and
8  consistent with the First Distribution Order (Dkt. No. 8302), the Court's September 5, 2013 Order
9  Regarding Payment of Late-Filed and Disputed Claims (Dkt. No. 8585), and this Second
10 Distribution Order.

11     4.      Checks issued by Rust for the Second Distribution shall bear the notation "Non-
12 Negotiable after 28 days."  No check issued as part of the Second Distribution shall be negotiated
13 more than 45 days after the date of the check.

14     5.      If there are any proceeds remaining in the Settlement Fund, including funds
15 remaining because of uncashed, undelivered, or returned checks, sixty (60) days after Rust has
16 issued checks for the Second Distribution, Co-Lead Class Counsel shall update the Court
17 regarding such proceeds and recommend a disposition of these proceeds, which may include a *cy*
18 *pres* distribution to one or more charitable organizations that bear a substantial nexus to the
19 interests of the class members.

20     6.      This Court retains continuing jurisdiction over the administration and distribution
21 of the settlement proceeds.

Dated:  1/13/14

The Honorable Susan Illston
United States District Judge