Robert W. Turken
Mitchell E. Widom
Scott N. Wagner
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131-3456
Telephone:    305-374-7580
Facsimile:    305-374-7593
E-mail:       rturken@bilzin.com; mwidom@bilzin.com;
              swagner@bilzin.com

Stuart H. Singer
BOIES, SCHILLER, & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
E-mail:  ssinger@bsfllp.com

*Counsel for Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc.; The AASI Creditor Liquidating Trust, by and through Kenneth A. Welt, Liquidating Trustee;*

[Additional counsel listed in signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| In re: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | CASE NO. M:07-md-01827-SI<br><br>MDL No. 1827<br><br>CASE NOS. 3:10-cv-05458-SI; 3:11-cv-00829-SI; 3:11-cv-02225-SI; 3:11-cv-02495-SI; 3:11-cv-03763-SI; 3:11-cv-03856-SI; 3:11-cv-04119-SI; 3:11-cv-05765-SI; 3:11-cv-05781-SI; 3:11-cv-06241-SI; 3:12-cv-01426-SI; 3:10-cv-05625-SI; 3:10-cv-03205 SI;<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING TRACK 2 DEADLINES** |
| This Document Relates to:<br>*SB Liquidation Trust v. AU Optronics Corp., et al., 3:10-cv-05458-SI*<br><br>*MetroPCS Wireless, Inc. v. AU Optronics Corp., et al., 3:11-cv-00829-SI*<br><br>*Office Depot, Inc. v. AU Optronics Corp., et al., 3:11-cv-02225-SI*<br><br>*Jaco Electronics, Inc. v. AU Optronics Corp., et al., 3:11-cv-02495-SI* | |

*Interbond Corp. of America v. AU Optronics Corp., et al., 3:11-cv-03763-SI*

*Schultze Agency Services, LLC, on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, v. AU Optronics Corp., et al.,3:11-cv-03856-SI*

*P.C. Richard & Son Long Island Corp., et al. v. AU Optronics Corp., et al., 3:11-cv-04119-SI*

*Tech Data Corp., et al. v. AU Optronics Corp., et al., 3:11-cv-05765-SI*

*The AASI Creditor Liquidating Trust, by and through Kenneth A. Welt, Liquidating Trustee v. AU Optronics Corp., et al., 3:11-cv-05781-SI*

*CompuCom Systems, Inc. v. AU Optronics Corp., et al., 3:11-cv-06241-SI*

*NECO Alliance LLC v. AU Optronics Corp., et al., 3:12-cv-01426-SI*

*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. AU Optronics Corp., et al., 3:10-cv-05625-SI*

*Tracfone Wireless, Inc. v. AU Optronics Corporation, et al., 3:10-cv-03205-SI*

Plaintiffs in the above-captioned cases (collectively, "Track 2 cases") and Defendants in the Track 2 cases (respectively, "Plaintiffs" and "Defendants," collectively, "Parties") hereby stipulate as follows:

WHEREAS the Track 2 cases have been proceeding with pretrial preparation in accordance with the Court's Order dated September 6, 2013 (Dkt. No. 8589) and the deadline for service of reply expert reports for Defendants in the Track 2 cases is presently January 27, 2014;

1     WHEREAS, on October 31, 2013, Defendants submitted opposition expert reports from
2 their experts in the Track 2 Cases;

3     WHEREAS counsel for Plaintiffs have requested and counsel for Defendants have agreed
4 that Plaintiffs should receive a three-week extension for submitting their reply expert reports,
5 with the result that all other unexpired deadlines pertaining to expert discovery would be
6 extended to preserve approximately the same number of days previously provided for under the
7 original schedule, as set forth below;

8     WHEREAS the following extensions for unexpired deadlines in the Track 2 cases will
9 not prejudice any of the Parties or the Court because the trial dates have not been scheduled for
10 any of these cases;

11     WHEREAS the Court's December 12, 2013 Stipulation and Order Setting Revised
12 Deadlines in Track 2 Re: Summary Judgment Motion Lists (Dkt. No. 8833) set forth a schedule
13 for the Parties to meet and confer and set January 13, 2014 as the deadline for the Parties to file
14 with the Court a Joint List of Proposed Summary Judgment Motions and Proposed Schedule for
15 Summary Judgment Filings; and

16     WHEREAS the Parties have met and conferred and determined that the Parties would
17 benefit from additional time to (1) meet and confer regarding the Proposed List of Summary
18 Judgment Motions and Proposed Schedule for same; and (2) to file with the Court a Joint List of
19 Proposed Summary Judgment Motions and Proposed Schedule for Summary Judgment Filings;

20     NOW THEREFORE, IT IS HEREBY STIPULATED between counsel for Plaintiffs and
21 counsel for Defendants in the Track 2 cases, and subject to the concurrence of the Court, that the
22 Track 2 cases, other than the *State of Oregon* case and the *Hewlett-Packard* case, will adopt the
23 following Track 2 case schedule:

24
25
26
27
28

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

| Event | Current Date (Under September 6, 2013 Order) | Revised Date |
|---|---|---|
| File a Joint List of Proposed Summary Judgment Motions and Proposed Schedule for Summary Judgment Filings | January 13, 2014[1] | January 27, 2014 |
| Service of reply expert reports | January 27, 2014 | February 14, 2014 |
| Service of underlying data and Code | February 4, 2014 | February 19, 2014 |
| Service of sur-rebuttal expert reports on downstream pass-on | April 9, 2014 | May 15, 2014 |
| Service of underlying data and Code | April 15, 2014 | May 20, 2014 |
| Last Day to File Supplemental List of Summary Judgment Motions Based Upon New Information or Issues Raised in the Reply Expert Reports | March 27, 2014 | April 21, 2014 |
| Last day to file dispositive Motions | April 25, 2014 | June 2, 2014 |
| Close of expert discovery | May 20, 2014 | June 25, 2014 |
| Last day to file oppositions to dispositive motions | June 6, 2014 | July 14, 2014 |
| Last day to file reply briefs in support of dispositive motions | July 18, 2014 | August 25, 2014 |
| Last day for hearing dispositive motions | August 1, 2014 | September 12, 2014 |

**IT IS SO STIPULATED.**

Dated: January 10, 2014

                                            Respectfully Submitted,

                                        By: */s/Scott N. Wagner*
                                           ROBERT W. TURKEN
                                           MITCHELL E. WIDOM
                                           SCOTT N. WAGNER
                                           BILZIN SUMBERG BAENA PRICE & AXELROD LLP
                                           1450 Brickell Ave., Suite 2300
                                           Miami, Florida 33131-3456
                                           Telephone: (305) 374-7580
                                           Facsimile: (305) 374-7593

---

[1] Under December 12, 2013 Stipulation and Order Setting Revised Deadlines in Track 2 Re: Summary Judgment Motion Lists (Dkt. No. 8833).

|   |   |
|---|---|
| | E-mail:     rturken@bilzin.com |
| | mwidom@bilzin.com |
| | swagner@bilzin.com |

*Counsel for Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc. and The AASI Creditor Liquidating Trust, by and through Kenneth A. Welt, Liquidating Trustee*

By: _____*/s/ Philip J. Iovieno*_____
William Isaacson (admitted *pro hac vice*)
Melissa Felder (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue NW, Suite 800
Washington, DC  20015
Telephone:  (202) 237-2727
Facsimile:   (202) 237-6131
Email: wisaacson@bsfllp.com
       mfelder@bsfllp.com

Philip J. Iovieno (admitted *pro hac vice*)
Anne M. Nardacci (admitted *pro hac vice*)
Luke Nikas (admitted *pro hac vice*)
Christopher Fenlon (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY  12207
Telephone:  (518) 434-0600
Facsimile:   (518) 434-0665
Email: piovieno@bsfllp.com
       anardacci@bsfllp.com
       lnikas@bsfllp.com
       cfenlon@basfllp.com

*Attorneys for Plaintiffs MetroPCS Wireless, Inc.; Office Depot, Inc.; Interbond Corp. of America; Schultze Agency Services, LLC; P.C. Richard & Son Long Island Corporation; MARTA Cooperative of America, Inc.; ABC Appliance Inc.; Tech Data Corp. and Tech Data Product Management, Inc.; The AASI Creditor Liquidating Trust; CompuCom Systems, Inc.; and NECO Alliance LLC*

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

STIPULATION AND [PROPOSED] ORDER SETTING TRACK 2 DEADLINES     -5-     MASTER FILE NO. 3:07-MD-01827 SI (N.D. CAL.)

| | |
|---|---|
| 1 | By: _____/s/ Jerome A. Murphy_____ |
| 2 | Jeffrey H. Howard *(pro hac vice)* |
|  | Jerome A. Murphy *(pro hac vice)* |
|  | CROWELL & MORING LLP |
| 3 | 1001 Pennsylvania Avenue, N.W. |
|  | Washington, DC  20004 |
| 4 | Telephone:  (202) 624-2500 |
|  | Facsimile:   (202) 628-5116 |
| 5 | Email: jhoward@crowell.com |
|  |            jmurphy@crowell.com |

Jason C. Murray (CA Bar No. 169806)
Janet I. Levine (CA Bar No. 94255)
Joshua C. Stokes (CA Bar No. 220214)
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA  90071
Telephone:  (213) 622-4750
Facsimile:   (213) 622-2690
Email: jmurray@crowell.com
           jlevine@crowell.com
           jstokes@crowell.com

Kenneth L. Adams *(pro hac vice)*
R. Bruce Holcomb *(pro hac vice)*
Christopher T. Leonardo *(pro hac vice)*
ADAMS HOLCOMB LLP
1875 Eye Street NW
Washington, DC  20006
Telephone:  (202) 580-8822
Facsimile:   (202) 580-8821
Email: adams@adamsholcomb.com
           holcomb@adamsholcomb.com
           leonardo@adamsholcomb.com

*Attorneys for Plaintiffs Jaco Electronics, Inc. and Rockwell Automation, Inc., and Plaintiffs' Liaison Counsel*

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

STIPULATION AND [PROPOSED] ORDER
SETTING TRACK 2 DEADLINES                -6-                MASTER FILE NO. 3:07-MD-01827 SI (N.D. CAL.)

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By: _____*/s/ H. Lee Godfrey*_____
    H. Lee Godfrey
    Kenneth S. Marks
    Jonathan J. Ross
    Johnny W. Carter
    SUSMAN GODFREY L.L.P.
    1000 Louisiana Street, Suite 5100
    Houston, TX  77002
    Telephone:  (713) 651-9366
    Facsimile:  (713) 654-6666
    Email: lgodfrey@susmangodfrey.com
          kmarks@susmangodfrey.com
          jross@susmangodfrey.com
          jcarter@susmangodfrey.com

    Parker C. Folse III
    Rachel S. Black
    Jordan Connors
    SUSMAN GODFREY L.L.P.
    1201 Third Avenue, Suite 3800
    Seattle, WA  98101-3000
    Telephone:  (206) 516-3880
    Facsimile:  (206) 516-3883
    Email: pfolse@susmangodfrey.com
          rblack@susmangodfrey.com
          jconnors@susmangodfrey.com

*Attorneys for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By: _____*/s/ Marc M. Seltzer*_____
  Marc M. Seltzer (54534)
  Steven G. Sklaver (237612)
  SUSMAN GODFREY LLP
  1901 Avenue of the Stars, Suite 950
  Los Angeles, CA  90067-6029
  Telephone:  (310) 789-3100
  Facsimile:  (310) 789-3150
  Email: mseltzer@susmangodfrey.com
    ssklaver@susmangodfrey.com

  Erica W. Harris
  SUSMAN GODFREY LLP
  1000 Louisiana, Suite 5100
  Houston, TX  77002-5096
  Telephone:  (713) 651-9366
  Facsimile:   (713) 654-6666
  Email: eharris@susmangodfrey.com

*Attorneys for SB Liquidation Trust*


By: _____*/s/ James B. Baldinger*_____
  James B. Baldinger
  Florida Bar No.: 869899
  jbaldinger@carltonfields.com
  Robert L. Ciotti
  Florida Bar No.: 333141
  rciotti@carltonfields.com
  David B. Esau
  Florida Bar No.: 650331
  desau@carltonfields.com
  CARLTON FIELDS, P.A.
  CityPlace Tower – Suite 1200
  525 Okeechobee Boulevard
  West Palm Beach, Florida 33401
  Telephone: (561) 659-7070
  Facsimile: (561) 659-7368

*Counsel for TracFone Wireless, Inc.*

```
By:         /s/ Lee F. Berger
    Holly A. House (State Bar No. 136045)
    Kevin C. McCann (State Bar No. 120874)
    Lee F. Berger (State Bar No. 222756)
    Sean Unger (State Bar No. 231694)
    PAUL HASTINGS LLP
    55 Second Street
    Twenty-Fourth Floor
    San Francisco, CA  94105
    Telephone:  (415) 856-7000
    Facsimile:   (415) 856-7100
    Email: kevinmccann@paulhastings.com
           hollyhouse@paulhastings.com
           leeberger@paulhastings.com
           seanunger@paulhastings.com

    Brad D. Brian (State Bar No. 079001)
    Jerome C. Roth (State Bar No. 159483)
    MUNGER, TOLLES & OLSON LLP
    355 South Grand Avenue
    Los Angeles, CA  90071-1560
    Telephone:  (213) 683-9100
    Facsimile:   (213) 687-3702
    Email:  Brad.Brian@mto.com
```

*Attorneys for Defendants LG Display Co., Ltd. and LG Display America, Inc.*

```
By:         /s/ Stephen P. Freccero
    Stephen P. Freccero (SBN 131093)
    Melvin R. Goldman (SBN 34097)
    Derek F. Foran (SBN 224569)
    MORRISON & FOERSTER LLP
    425 Market Street
    San Francisco, CA  94105
    Telephone:  (415) 268-7000
    Facsimile:   (415) 268-7522
    Email: mgoldman@mofo.com
           sfreccero@mofo.com
           dforan@mofo.com
```

*Attorneys for Defendants Epson Imaging Devices Corporation and Epson Electronics America, Inc.*

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

STIPULATION AND [PROPOSED] ORDER
SETTING TRACK 2 DEADLINES
-9-
MASTER FILE NO. 3:07-MD-01827 SI (N.D. CAL.)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By: _____ */s/ Carl L. Blumenstein* _____
    Carl L. Blumenstein (State Bar No. 124158)
    Christopher A. Nedeau (State Bar No. 81297)
    Farschad Farzan (State Bar No. 215194)
    NOSSAMAN LLP
    50 California Street, 34th Floor
    San Francisco, CA  94111
    Telephone:  (415) 398-3600
    Facsimile:  ( 415) 398-2438
    Email: cnedeau@nossaman.com
        cblumenstein@nossaman.com
        ffarzan@nossaman.com

*Attorneys for Defendants AU Optronics Corporation and AU Optronics Corporation America*

By: _____ */s/ Christopher M. Curran* _____
    Christopher M. Curran *(pro hac vice)*
    Martin M. Toto *(pro hac vice)*
    John H. Chung *(pro hac vice)*
    WHITE & CASE LLP
    1155 Avenue of the Americas
    New York, NY  10036
    Telephone:  (212) 819-8200
    Facsimile:   (212) 354-8113
    Email: ccurran@whitecase.com
        mtoto@whitecase.com
        jchung@whitecase.com

*Attorneys for Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc. and Toshiba America Information Systems, Inc.*

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

|   |   |
|---|---|
| 1 | By: _____/s/ Neal A. Potischman_____ |
|   | Neal A. Potischman (SBN 254862) |
| 2 | neal.potischman@davispolk.com |
|   | DAVIS POLK & WARDWELL LLP |
| 3 | 1600 El Camino Real |
|   | Menlo Park, California 94025 |
| 4 | Telephone:   (650) 752-2000 |
|   | Facsimile:    (650) 752-2111 |
| 5 |   |
|   | *Counsel for Chi Mei Optoelectronics Corporation* |
| 6 | *(n/k/a Innolux Corporation), CMO Japan Co., Ltd.,* |
|   | *and Chi Mei Optoelectronics USA, Inc. for the Office* |
| 7 | *Depot, Inc., Interbond Corp. of America, Schultze* |
|   | *Agency Services, LLC, P.C. Richard & Son Long* |
| 8 | *Island Corp., et al., Tech Data Corp., et al., The AASI* |
|   | *Creditor Liquidating Trust, CompuCom Systems, Inc.,* |
| 9 | *and NECO Alliance LLC Actions Only* |

_____/s/ Michael R. Scott_____
Michael R. Scott (pro hac vice)
mrs@hcmp.com
Michael J. Ewart (pro hac vice)
mje@hcmp.com HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, WA 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

*Counsel for Chi Mei Optoelectronics Corporation (n/k/a Innolux Corporation), CMO Japan Co., Ltd., and Chi Mei Optoelectronics USA, Inc. for the MetroPCS Wireless, Inc. Action Only*

By: _____/s/ William S. Farmer_____
William S. Farmer (SBN 46694)
David C. Brownstein (SBN 141929)
Jacob P. Alpren (SBN 235713)
FARMER BROWNSTEIN JAEGER LLP
235 Pine Street, Suite 1300
San Francisco, CA  94104
Telephone:  (415) 795-2050
Email:  wfarmer@fbj-law.com
            dbrownstein@fbj-law.com
            jalpren@fbj-law.com

*Counsel for Chunghwa Picture Tubes, Ltd. in the MetroPCS Wireless Actions Only*

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

1                By:        */s/ Rachel S. Brass*
                      Rachel S. Brass (SBN 219301)

2                       Joel S. Sanders (SBN 107234)
                      Austin V. Schwing (SBN 211696

3                       GIBSON, DUNN & CRUTCHER LLP
                      555 Mission Street, Suite 3000

4                       San Francisco, California 94105
                      (415) 393-8200 / (415) 393-8306

5                       *jsanders@gibsondunn.com*
                      *rbrass@gibsondunn.com*

6

7                       *Attorneys for Defendants Chunghwa Picture Tubes, Ltd. in the BrandsMart, Office Depot, Interbond, Schultze Agency Services, PC Richard, Tech Data, AASI Creditor Liquidating Trust, CompuCom, Viewsonic, and NECO Alliance Actions Only*

8

9

10

11                By: */s/ Harrison J. Frahn IV*
                     James G. Kreissman (SBN 206740)

12                      Harrison J. Frahn IV (SBN 206822)
                     Jason M. Bussey (SBN 227185)

13                      Elizabeth A. Gillen (SBN 260667)
                     Melissa D. Schmidt (SBN 266487)

14                      SIMPSON THACHER & BARTLETT LLP
                     2475 Hanover Street

15                      Palo Alto, California 94304
                     Telephone: (650) 251-5000

16                      Facsimile: (650) 251-5002
                     jkreissman@stblaw.com

17                      hfrahn@stblaw.com

18                      jbussey@stblaw.com
                     egillen@stblaw.com

19                      melissa.schmidt@stblaw.com

20                      *Attorneys for Defendant HannStar Display Corporation*

21

22

23

24

25

26

27

28

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

STIPULATION AND [PROPOSED] ORDER SETTING TRACK 2 DEADLINES     -12-     MASTER FILE NO. 3:07-MD-01827 SI (N.D. CAL.)

By: <u>      /s/ Jacob R. Sorensen      </u>
Jacob R. Sorensen (SBN 209134)
John M. Grenfell (SBN 88500)
Fusae Nara (*pro hac vice*)
Andrew D. Lanphere (SBN 191479)
PILLSBURY WINTHROP SHAW PITTMAN LLP
4 Embarcadero Center, 22nd Floor
San Francisco, CA  94111
Telephone:  (415) 983-1000
Facsimile:  (415) 983-1200
Email: john.grenfell@pillsburylaw.com
       jake.sorensen@pillsburylaw.com
       fusae.nara@pillsburylaw.com
       andrew.lanphere@pillsburylaw.com

*Attorneys for Defendants SHARP CORPORATION and SHARP ELECTRONICS CORPORATION*

By: <u>      /s/ Michael W. Scarborough      </u>
Michael W. Scarborough (SBN 203524)
SHEPPARD MULLIN RICHTER & HAMPTON
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111
Telephone:  (415) 434-9100
Facsimile:  (415) 434-3947
Email:  mscarborough@sheppardmullin.com

*Attorneys for Defendants Samsung SDI America, Inc. and Samsung SDI Co., Ltd.*

Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

**IT IS SO ORDERED.**

Dated: 1/14/14

<u>                Susan Illston                </u>
Hon. Susan Illston
United States District Judge