Robert W. Turken
Mitchell E. Widom
Scott N. Wagner
BILZIN SUMBERG BAENA PRICE &
AXELROD LLP
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131-3456
Telephone:    305-374-7580
Facsimile:    305-374-7593
E-mail:       rturken@bilzin.com; mwidom@bilzin.com;
              swagner@bilzin.com

Stuart H. Singer
BOIES, SCHILLER, & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
E-mail:  ssinger@bsfllp.com

*Counsel for Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc.; The AASI Creditor Liquidating Trust, by and through Kenneth A. Welt, Liquidating Trustee;*

[Additional counsel listed in signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| In re: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | CASE NO. M:07-md-01827-SI<br><br>MDL No. 1827<br><br>CASE NOS. 3:10-cv-05458-SI; 3:11-cv-00829-SI; 3:11-cv-02225-SI; 3:11-cv-02495-SI; 3:11-cv-03763-SI; 3:11-cv-03856-SI; 3:11-cv-04119-SI; 3:11-cv-05765-SI; 3:11-cv-05781-SI; 3:11-cv-06241-SI; 3:12-cv-01426-SI; 3:10-cv-05625-SI; 3:10-cv-03205 SI;<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING TRACK 2 DEADLINES** |
| This Document Relates to:<br>*SB Liquidation Trust v. AU Optronics Corp., et al., 3:10-cv-05458-SI*<br><br>*MetroPCS Wireless, Inc. v. AU Optronics Corp., et al., 3:11-cv-00829-SI*<br><br>*Office Depot, Inc. v. AU Optronics Corp., et al., 3:11-cv-02225-SI*<br><br>*Jaco Electronics, Inc. v. AU Optronics Corp., et al., 3:11-cv-02495-SI* | |

*Interbond Corp. of America v. AU Optronics Corp., et al., 3:11-cv-03763-SI*

*Schultze Agency Services, LLC, on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, v. AU Optronics Corp., et al., 3:11-cv-03856-SI*

*P.C. Richard & Son Long Island Corp., et al. v. AU Optronics Corp., et al., 3:11-cv-04119-SI*

*Tech Data Corp., et al. v. AU Optronics Corp., et al., 3:11-cv-05765-SI*

*The AASI Creditor Liquidating Trust, by and through Kenneth A. Welt, Liquidating Trustee v. AU Optronics Corp., et al., 3:11-cv-05781-SI*

*CompuCom Systems, Inc. v. AU Optronics Corp., et al., 3:11-cv-06241-SI*

*NECO Alliance LLC v. AU Optronics Corp., et al., 3:12-cv-01426-SI*

*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. AU Optronics Corp., et al., 3:10-cv-05625-SI*

*Tracfone Wireless, Inc. v. AU Optronics Corporation, et al., 3:10-cv-03205-SI*

Plaintiffs in the above-captioned cases (collectively, "Track 2 cases") and Defendants in the Track 2 cases (respectively, "Plaintiffs" and "Defendants," collectively, "Parties") hereby stipulate as follows:

WHEREAS the Track 2 cases have been proceeding with pretrial preparation in accordance with the Court's Order dated September 6, 2013 (Dkt. No. 8589) and the deadline for service of reply expert reports for Defendants in the Track 2 cases is presently January 27, 2014;

1       WHEREAS, on October 31, 2013, Defendants submitted opposition expert reports from
2  their experts in the Track 2 Cases;
3       WHEREAS counsel for Plaintiffs have requested and counsel for Defendants have agreed
4  that Plaintiffs should receive a three-week extension for submitting their reply expert reports,
5  with the result that all other unexpired deadlines pertaining to expert discovery would be
6  extended to preserve approximately the same number of days previously provided for under the
7  original schedule, as set forth below;
8       WHEREAS the following extensions for unexpired deadlines in the Track 2 cases will
9  not prejudice any of the Parties or the Court because the trial dates have not been scheduled for
10 any of these cases;
11      WHEREAS the Court's December 12, 2013 Stipulation and Order Setting Revised
12 Deadlines in Track 2 Re: Summary Judgment Motion Lists (Dkt. No. 8833) set forth a schedule
13 for the Parties to meet and confer and set January 13, 2014 as the deadline for the Parties to file
14 with the Court a Joint List of Proposed Summary Judgment Motions and Proposed Schedule for
15 Summary Judgment Filings; and
16      WHEREAS the Parties have met and conferred and determined that the Parties would
17 benefit from additional time to (1) meet and confer regarding the Proposed List of Summary
18 Judgment Motions and Proposed Schedule for same; and (2) to file with the Court a Joint List of
19 Proposed Summary Judgment Motions and Proposed Schedule for Summary Judgment Filings;
20      NOW THEREFORE, IT IS HEREBY STIPULATED between counsel for Plaintiffs and
21 counsel for Defendants in the Track 2 cases, and subject to the concurrence of the Court, that the
22 Track 2 cases, other than the *State of Oregon* case and the *Hewlett-Packard* case, will adopt the
23 following Track 2 case schedule:

| Event | Current Date (Under September 6, 2013 Order) | Revised Date |
|---|---|---|
| File a Joint List of Proposed Summary Judgment Motions and Proposed Schedule for Summary Judgment Filings | January 13, 2014[1] | January 27, 2014 |
| Service of reply expert reports | January 27, 2014 | February 14, 2014 |
| Service of underlying data and Code | February 4, 2014 | February 19, 2014 |
| Service of sur-rebuttal expert reports on downstream pass-on | April 9, 2014 | May 15, 2014 |
| Service of underlying data and Code | April 15, 2014 | May 20, 2014 |
| Last Day to File Supplemental List of Summary Judgment Motions Based Upon New Information or Issues Raised in the Reply Expert Reports | March 27, 2014 | April 21, 2014 |
| Last day to file dispositive Motions | April 25, 2014 | June 2, 2014 |
| Close of expert discovery | May 20, 2014 | June 25, 2014 |
| Last day to file oppositions to dispositive motions | June 6, 2014 | July 14, 2014 |
| Last day to file reply briefs in support of dispositive motions | July 18, 2014 | August 25, 2014 |
| Last day for hearing dispositive motions | August 1, 2014 | September 12, 2014 |

**IT IS SO STIPULATED.**

Dated: January 10, 2014

Respectfully Submitted,

By: _____/s/Scott N. Wagner_____
ROBERT W. TURKEN
MITCHELL E. WIDOM
SCOTT N. WAGNER
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Ave., Suite 2300
Miami, Florida 33131-3456
Telephone: (305) 374-7580
Facsimile: (305) 374-7593

---

[1] Under December 12, 2013 Stipulation and Order Setting Revised Deadlines in Track 2 Re: Summary Judgment Motion Lists (Dkt. No. 8833).

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

|   | E-mail: | rturken@bilzin.com |
|---|---|---|
|   |   | mwidom@bilzin.com |
|   |   | swagner@bilzin.com |

*Counsel for Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc. and The AASI Creditor Liquidating Trust, by and through Kenneth A. Welt, Liquidating Trustee*

By: _____*/s/ Philip J. Iovieno*_____
William Isaacson (admitted *pro hac vice*)
Melissa Felder (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue NW, Suite 800
Washington, DC  20015
Telephone:  (202) 237-2727
Facsimile:   (202) 237-6131
Email: wisaacson@bsfllp.com
          mfelder@bsfllp.com

Philip J. Iovieno (admitted *pro hac vice*)
Anne M. Nardacci (admitted *pro hac vice*)
Luke Nikas (admitted *pro hac vice*)
Christopher Fenlon (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY  12207
Telephone:  (518) 434-0600
Facsimile:   (518) 434-0665
Email: piovieno@bsfllp.com
          anardacci@bsfllp.com
          lnikas@bsfllp.com
          cfenlon@basfllp.com

*Attorneys for Plaintiffs MetroPCS Wireless, Inc.; Office Depot, Inc.; Interbond Corp. of America; Schultze Agency Services, LLC; P.C. Richard & Son Long Island Corporation; MARTA Cooperative of America, Inc.; ABC Appliance Inc.; Tech Data Corp. and Tech Data Product Management, Inc.; The AASI Creditor Liquidating Trust; CompuCom Systems, Inc.; and NECO Alliance LLC*

| | |
|---|---|
| 1 | By:     */s/ Jerome A. Murphy* |
| | Jeffrey H. Howard *(pro hac vice)* |
| 2 | Jerome A. Murphy *(pro hac vice)* |
| | CROWELL & MORING LLP |
| 3 | 1001 Pennsylvania Avenue, N.W. |
| | Washington, DC  20004 |
| 4 | Telephone:  (202) 624-2500 |
| | Facsimile:   (202) 628-5116 |
| 5 | Email: jhoward@crowell.com |
| |        jmurphy@crowell.com |

Jason C. Murray (CA Bar No. 169806)
Janet I. Levine (CA Bar No. 94255)
Joshua C. Stokes (CA Bar No. 220214)
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA  90071
Telephone:  (213) 622-4750
Facsimile:   (213) 622-2690
Email: jmurray@crowell.com
       jlevine@crowell.com
       jstokes@crowell.com

Kenneth L. Adams *(pro hac vice)*
R. Bruce Holcomb *(pro hac vice)*
Christopher T. Leonardo *(pro hac vice)*
ADAMS HOLCOMB LLP
1875 Eye Street NW
Washington, DC  20006
Telephone:  (202) 580-8822
Facsimile:   (202) 580-8821
Email: adams@adamsholcomb.com
       holcomb@adamsholcomb.com
       leonardo@adamsholcomb.com

*Attorneys for Plaintiffs Jaco Electronics, Inc. and Rockwell Automation, Inc., and Plaintiffs' Liaison Counsel*

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

STIPULATION AND [PROPOSED] ORDER SETTING TRACK 2 DEADLINES     -6-     MASTER FILE NO. 3:07-MD-01827 SI (N.D. CAL.)

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

| | |
|---|---|
| 1 | By: _____ */s/ H. Lee Godfrey* _____ |
| 2 | H. Lee Godfrey |
|   | Kenneth S. Marks |
| 3 | Jonathan J. Ross |
|   | Johnny W. Carter |
| 4 | SUSMAN GODFREY L.L.P. |
|   | 1000 Louisiana Street, Suite 5100 |
| 5 | Houston, TX  77002 |
|   | Telephone:  (713) 651-9366 |
| 6 | Facsimile:   (713) 654-6666 |
|   | Email: lgodfrey@susmangodfrey.com |
| 7 |          kmarks@susmangodfrey.com |
|   |          jross@susmangodfrey.com |
| 8 |          jcarter@susmangodfrey.com |

Parker C. Folse III
Rachel S. Black
Jordan Connors
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA  98101-3000
Telephone:  (206) 516-3880
Facsimile:   (206) 516-3883
Email: pfolse@susmangodfrey.com
         rblack@susmangodfrey.com
         jconnors@susmangodfrey.com

*Attorneys for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

(Line numbers continue: 9–28)

|     |                                                    |
| --- | -------------------------------------------------- |
| 1   | By:      */s/ Marc M. Seltzer* |

                    Marc M. Seltzer (54534)
                    Steven G. Sklaver (237612)
                    SUSMAN GODFREY LLP
                    1901 Avenue of the Stars, Suite 950
                    Los Angeles, CA  90067-6029
                    Telephone:  (310) 789-3100
                    Facsimile:  (310) 789-3150
                    Email: mseltzer@susmangodfrey.com
                            ssklaver@susmangodfrey.com

                    Erica W. Harris
                    SUSMAN GODFREY LLP
                    1000 Louisiana, Suite 5100
                    Houston, TX  77002-5096
                    Telephone:  (713) 651-9366
                    Facsimile:  (713) 654-6666
                    Email: eharris@susmangodfrey.com

*Attorneys for SB Liquidation Trust*

By:      */s/ James B. Baldinger*

                    James B. Baldinger
                    Florida Bar No.: 869899
                    jbaldinger@carltonfields.com
                    Robert L. Ciotti
                    Florida Bar No.: 333141
                    rciotti@carltonfields.com
                    David B. Esau
                    Florida Bar No.: 650331
                    desau@carltonfields.com
                    CARLTON FIELDS, P.A.
                    CityPlace Tower – Suite 1200
                    525 Okeechobee Boulevard
                    West Palm Beach, Florida 33401
                    Telephone: (561) 659-7070
                    Facsimile: (561) 659-7368

*Counsel for TracFone Wireless, Inc.*

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

|   |   |
|---|---|
| 1 | By: _____/s/ Lee F. Berger_____ |
|   | Holly A. House (State Bar No. 136045) |
| 2 | Kevin C. McCann (State Bar No. 120874) |
|   | Lee F. Berger (State Bar No. 222756) |
| 3 | Sean Unger (State Bar No. 231694) |

By: _____/s/ Lee F. Berger_____
Holly A. House (State Bar No. 136045)
Kevin C. McCann (State Bar No. 120874)
Lee F. Berger (State Bar No. 222756)
Sean Unger (State Bar No. 231694)
PAUL HASTINGS LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA  94105
Telephone:  (415) 856-7000
Facsimile:   (415) 856-7100
Email: kevinmccann@paulhastings.com
         hollyhouse@paulhastings.com
         leeberger@paulhastings.com
         seanunger@paulhastings.com

Brad D. Brian (State Bar No. 079001)
Jerome C. Roth (State Bar No. 159483)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Los Angeles, CA  90071-1560
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702
Email:  Brad.Brian@mto.com

*Attorneys for Defendants LG Display Co., Ltd. and LG Display America, Inc.*

By: _____/s/ Stephen P. Freccero_____
Stephen P. Freccero (SBN 131093)
Melvin R. Goldman (SBN 34097)
Derek F. Foran (SBN 224569)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
Telephone:  (415) 268-7000
Facsimile:   (415) 268-7522
Email: mgoldman@mofo.com
         sfreccero@mofo.com
         dforan@mofo.com

*Attorneys for Defendants Epson Imaging Devices Corporation and Epson Electronics America, Inc.*

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

By: */s/ Carl L. Blumenstein*
Carl L. Blumenstein (State Bar No. 124158)
Christopher A. Nedeau (State Bar No. 81297)
Farschad Farzan (State Bar No. 215194)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA  94111
Telephone:  (415) 398-3600
Facsimile:  ( 415) 398-2438
Email: cnedeau@nossaman.com
           cblumenstein@nossaman.com
           ffarzan@nossaman.com

*Attorneys for Defendants AU Optronics Corporation and AU Optronics Corporation America*

By: */s/ Christopher M. Curran*
Christopher M. Curran *(pro hac vice)*
Martin M. Toto *(pro hac vice)*
John H. Chung *(pro hac vice)*
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY  10036
Telephone:  (212) 819-8200
Facsimile:   (212) 354-8113
Email: ccurran@whitecase.com
           mtoto@whitecase.com
           jchung@whitecase.com

*Attorneys for Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc. and Toshiba America Information Systems, Inc.*

By: _____/s/ Neal A. Potischman_____
Neal A. Potischman (SBN 254862)
neal.potischman@davispolk.com
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone:   (650) 752-2000
Facsimile:    (650) 752-2111

*Counsel for Chi Mei Optoelectronics Corporation (n/k/a Innolux Corporation), CMO Japan Co., Ltd., and Chi Mei Optoelectronics USA, Inc. for the Office Depot, Inc., Interbond Corp. of America, Schultze Agency Services, LLC, P.C. Richard & Son Long Island Corp., et al., Tech Data Corp., et al., The AASI Creditor Liquidating Trust, CompuCom Systems, Inc., and NECO Alliance LLC Actions Only*

_____/s/ Michael R. Scott_____
Michael R. Scott (pro hac vice)
mrs@hcmp.com
Michael J. Ewart (pro hac vice)
mje@hcmp.com
HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, WA 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

*Counsel for Chi Mei Optoelectronics Corporation (n/k/a Innolux Corporation), CMO Japan Co., Ltd., and Chi Mei Optoelectronics USA, Inc. for the MetroPCS Wireless, Inc. Action Only*

By: _____/s/ William S. Farmer_____
William S. Farmer (SBN 46694)
David C. Brownstein (SBN 141929)
Jacob P. Alpren (SBN 235713)
FARMER BROWNSTEIN JAEGER LLP
235 Pine Street, Suite 1300
San Francisco, CA  94104
Telephone:  (415) 795-2050
Email:  wfarmer@fbj-law.com
            dbrownstein@fbj-law.com
            jalpren@fbj-law.com

*Counsel for Chunghwa Picture Tubes, Ltd. in the MetroPCS Wireless Actions Only*

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

| | |
|---|---|
| 1 | By: _____/s/ Rachel S. Brass_____ |
| | Rachel S. Brass (SBN 219301) |
| 2 | Joel S. Sanders (SBN 107234) |
| | Austin V. Schwing (SBN 211696 |
| 3 | GIBSON, DUNN & CRUTCHER LLP |
| | 555 Mission Street, Suite 3000 |
| 4 | San Francisco, California 94105 |
| | (415) 393-8200 / (415) 393-8306 |
| 5 | *jsanders@gibsondunn.com* |
| | *rbrass@gibsondunn.com* |

*Attorneys for Defendants Chunghwa Picture Tubes, Ltd. in the BrandsMart, Office Depot, Interbond, Schultze Agency Services, PC Richard, Tech Data, AASI Creditor Liquidating Trust, CompuCom, Viewsonic, and NECO Alliance Actions Only*

By: */s/ Harrison J. Frahn IV*
   James G. Kreissman (SBN 206740)
   Harrison J. Frahn IV (SBN 206822)
   Jason M. Bussey (SBN 227185)
   Elizabeth A. Gillen (SBN 260667)
   Melissa D. Schmidt (SBN 266487)
   SIMPSON THACHER & BARTLETT LLP
   2475 Hanover Street
   Palo Alto, California 94304
   Telephone: (650) 251-5000
   Facsimile: (650) 251-5002
   jkreissman@stblaw.com
   hfrahn@stblaw.com
   jbussey@stblaw.com
   egillen@stblaw.com
   melissa.schmidt@stblaw.com

*Attorneys for Defendant HannStar Display Corporation*

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

STIPULATION AND [PROPOSED] ORDER SETTING TRACK 2 DEADLINES    -12-    MASTER FILE NO. 3:07-MD-01827 SI (N.D. CAL.)

By: _____*/s/ Jacob R. Sorensen*_____
    Jacob R. Sorensen (SBN 209134)
    John M. Grenfell (SBN 88500)
    Fusae Nara (*pro hac vice*)
    Andrew D. Lanphere (SBN 191479)
    PILLSBURY WINTHROP SHAW PITTMAN LLP
    4 Embarcadero Center, 22nd Floor
    San Francisco, CA  94111
    Telephone:  (415) 983-1000
    Facsimile:  (415) 983-1200
    Email: john.grenfell@pillsburylaw.com
          jake.sorensen@pillsburylaw.com
          fusae.nara@pillsburylaw.com
          andrew.lanphere@pillsburylaw.com

*Attorneys for Defendants SHARP CORPORATION and SHARP ELECTRONICS CORPORATION*

By: _____*/s/ Michael W. Scarborough*_____
    Michael W. Scarborough (SBN 203524)
    SHEPPARD MULLIN RICHTER & HAMPTON
    Four Embarcadero Center, 17th Floor
    San Francisco, CA  94111
    Telephone:  (415) 434-9100
    Facsimile:  (415) 434-3947
    Email:  mscarborough@sheppardmullin.com

*Attorneys for Defendants Samsung SDI America, Inc. and Samsung SDI Co., Ltd.*

Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

**IT IS SO ORDERED.**

Dated: 1/14/14

_____/s/ Susan Illston_____
Hon. Susan Illston
United States District Judge

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456