1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:07-md-1827-SI |
|---|---|
| | **MDL No. 1927** |
| *State of Oregon v. AU Optronics Corp., et al.,* *Case No. 3:10-cv-4346-SI* | **STIPULATION AND [PROPOSED] ORDER SETTING REVISED STATE OF OREGON DEADLINES** |

WHEREAS the above-captioned case has been proceeding with pretrial preparation in accordance with the Court's Order dated October 1, 2103 (Dkt. No. 8639) and the deadline for close of limited fact discovery unique to the State of Oregon case is presently November 15, 2013;

WHEREAS Special Master Martin Quinn ordered on November 4, 2013 that close of fact discovery be extended to January 15, 2014;

WHEREAS counsel for the State of Oregon and counsel for defendants in the State of Oregon case believe additional time is needed to complete fact discovery unique to the case;

WHEREAS an extension of deadlines in the State of Oregon case will not prejudice any of the parties or the Court because trial dates have not been scheduled for the case;

THEREFORE, IT IS HEREBY STIPULATED between the State of Oregon and defendants' liaison counsel, and subject to the concurrence of the Court, that the State of Oregon case will adopt the following schedule:

| Event | Current Date (pursuant to 10/1/13 Order) | Revised Date |
|---|---|---|
| Close of limited fact discovery unique to State of Oregon case | November 15, 2013 | March 14, 2014 |
| Service of opening expert reports for plaintiffs | December 6, 2013 | April 18, 2014 |
| Service of underlying data and Code | December 13, 2013 | April 25, 2014 |
| Service of opposition expert Reports | March 7, 2014 | July 24, 2014 |
| Service of underlying data and Code | March 14, 2014 | July 31, 2014 |
| Plaintiffs and Defendants to Serve Proposed List of Summary Judgment Motions (Copies to be Provided to the Court) | March 31, 2014 | August 7, 2014 |
| Plaintiffs and Defendants to Meet and Confer Over Proposed List of Summary Judgment Motions and Schedule for Same | March 31, 2014 – April 4, 2014 | August 7 – August 14, 2014 |

| Event | Current Date (pursuant to 10/1/13 Order) | Revised Date |
|---|---|---|
| Plaintiffs and Defendants to File with the Court Joint List of Proposed Summary Judgment Motions and Proposed Schedule for Summary Judgment Filings | April 25, 2014 | August 21, 2014 |
| Service of reply expert reports | May 9, 2014 | September 23, 2014 |
| Service of underlying data and Code | May 16, 2014 | September 30, 2014 |
| Close of expert discovery | June 13, 2014 | October 31, 2014 |
| Last Day to File Supplemental List of Proposed Summary Judgment Motions Based Upon New Information or Issues Raised in the Reply Expert Reports | June 13, 2014 | October 31, 2014 |
| Last day to file dispositive Motions | July 11, 2014 | December 10, 2014 |
| Last day to file oppositions to dispositive motions | August 22, 2014 | January 23, 2014 |
| Last day to file reply briefs in support of dispositive motions | October 3, 2014 | March 3, 2015 |
| Last day for hearing dispositive motions | October 17, 2014 | March 27, 2015 |

Dated:  January 15, 2014

SIMPSON THACHER & BARTLETT LLP

By  /s/ Harrison J. Frahn IV

James G. Kreissman (SBN 206740)
Harrison J. Frahn IV (SBN 206822)
Jason M. Bussey (SBN 227185)
Elizabeth A. Gillen (SBN 260667)
Melissa D. Schmidt (SBN 266487)
SIMPSON THACHER & BARTLETT LLP
2475 Hanover St.
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5001
jkreissman@stblaw.com
hfrahn@stblaw.com
jbussey@stblaw.com
egillen@stblaw.com
melissa.schmidt@stblaw.com

*Attorneys for Defendant HannStar Display Corp.*

NOSSAMAN LLP

Dated: January 15, 2014

By  /s/ Carl L. Blumenstein

Christopher A. Nedeau (SBN 81297)
Carl L. Blumenstein (SBN 124158)
Farschad Farzan (SBN 215194)
Natasha A. Saggar Sheth (SBN 282896)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, California 94111
Telephone: (415) 398-3600
Facsimile: (415) 398-2438
cnedeau@nossaman.com
cblumenstein@nossaman.com
ffarzan@nossaman.com
nsaggarsheth@nossaman.com

*Attorneys for Defendants AU Optronics Corp. and AU Optronics Corporation America*

Dated:  January 15, 2014

                                        WHITE & CASE LLP


By  /s/ John H. Chung

    Christopher M. Curran (pro hac vice)
    Martin M. Toto (pro hac vice)
    John H. Chung (pro hac vice)
    Kristen J. McAhren (pro hac vice)
    WHITE & CASE LLP
    1155 Avenue of the Americas
    New York, NY 10036
    Telephone:   (212) 819-8200
    Facsimile:    (212) 354-8113
    ccurran@whitecase.com
    mtoto@whitecase.com
    jchung@whitecase.com
    kmcahren@whitecase.com

*Attorneys for Toshiba Corp.; Toshiba Mobile Display Co., Ltd.; Toshiba America Electronic Components, Inc.; and Toshiba America Information Systems, Inc.*


                              PILLSBURY WINTHROP SHAW PITTMAN LLP

Dated: January 15, 2014

By  /s/ Jacob R. Sorensen

    John M. Grenfell (SBN 88500)
    Jacob R. Sorensen (SBN 209134)
    Fusae Nara (pro hac vice)
    Andrew D. Lanphere (SBN 191479)
    PILLSBURY WINTHROP SHAW PITTMAN LLP
    Four Embarcadero Center, 22nd Floor
    San Francisco, CA 94111
    Telephone: (415) 983-1000
    Facsimile: (415) 983-1200
    john.grenfell@pillsburylaw.com
    jake.sorensen@pillsburylaw.com
    fusae.nara@pillsburylaw.com
    andrew.lanphere@pillsburylaw.com

*Attorneys for Defendants Sharp Corp. and Sharp Electronics Corp*

Dated: January 15, 2014

                COVINGTON & BURLING LLP

             By /s/ Robert D. Wick

                Robert D. Wick
                Neil K. Roman
                Derek Ludwin
                COVINGTON & BURLING LLP
                1201 Pennsylvania Avenue, NW
                Washington, DC 20004
                Telephone: (202) 662-6000
                Facsimile: (202) 662-6291
                rwick@cov.com
                nroman@cov.com
                dludwin@cov.com

                *Attorneys for Defendants Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; and Samsung Semiconductor, Inc.*

                PAUL HASTINGS LLP

Dated: January 15, 2014

             By /s/ Lee F. Berger

                Holly A. House (SBN 136045)
                Kevin C. McCann (SBN 120874)
                Lee F. Berger (SBN 222756)
                Sean Unger (SBN 231694)
                PAUL HASTINGS LLP
                55 Second Street
                Twenty-Fourth Floor
                San Francisco, CA 94105
                Telephone: (415) 856-7000
                Facsimile: (415) 856-7100
                kevinmccann@paulhastings.com
                hollyhouse@paulhastings.com
                leeberger@paulhastings.com
                seanunger@paulhastings.com

                *Attorneys for Defendants LG Display Co., Ltd. and LG Display America, Inc.*

| | |
|---|---|
| Dated: January 15, 2014 | DAVIS POLK & WARDWELL LLP |
| | By /s/ Neal A. Potischman |
| | Neal A. Potischman (SBN 254862)<br>Christopher B. Hockett (SBN 121539)<br>Sandra West Neukom (SBN 250389)<br>Samantha H. Knox (SBN 254427)<br>DAVIS POLK & WARDWELL LLP<br>1600 El Camino Real<br>Menlo Park, California 94025<br>Telephone: (650) 752-2000<br>Facsimile: (650) 752-2111<br>neal.potischman@davispolk.com<br>chris.hockett@davispolk.com<br>sandra.neukom@davispolk.com<br>samantha.knox@davispolk.com |
| | *Counsel for Defendants Chi Mei Corporation, Chimei Innolux Corporation (f/k/a Chi Mei Optoelectronics Corp.), Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Nexgen Mediatech Inc. and Nexgen Mediatech USA, Inc.* |
| | MORGAN LEWIS & BOCKIUS LLP |
| Dated: January 15, 2014 | By /s/ Kent M. Roger |
| | Kent M. Roger (SBN 95987)<br>Herman J. Hoying (SBN 257495)<br>MORGAN LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, California 94105<br>Telephone: (415) 442-1000<br>Facsimile: (415) 442-1001<br>kroger@morganlewis.com<br>hhoying@morganlewis.com |
| | *Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.) and Hitachi Electronic Devices (USA), Inc.* |

1 | Dated: January 15, 2014
|                              MORRISON & FOERSTER LLP

By  /s/ Stephen P. Freccero

Melvin R. Goldman (SBN 34097)
Stephen P. Freccero (SBN 131093)
Derek F. Foran (SBN 224569)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
mgoldman@mofo.com
sfreccero@mofo.com
dforan@mofo.com

*Attorneys for Defendants Epson Imaging Devices Corporation and Epson Electronics America, Inc.*


                              HAGLUND KELLEY JONES & WILDER, LLP

Dated: January 15, 2014

By  /s/ Michael E. Haglund

Michael E. Haglund, OSB No. 77203 (Pro Hac Vice)
Michel K. Kelley, OSB No. 85378 (Pro Hac Vice)
Special Assistant Attorneys General
200 SW Market St. #1777
Portland, OR 97201
Telephone: (503) 225-0777
Facsimile: (503) 225-1257
haglund@hk-law.com
kelley@hk-law.com

Tim D. Nord, OSB No. 882800
Oregon Senior Assistant Attorney General
1162 Court Street, NE
Salem, OR 97301-4096
Telephone: (503) 943-4400
Facsimile: (503) 225-1257
Tim.D.Nord@doj.state.or.us

*Attorneys for Plaintiff State of Oregon*


**ATTESTATION:** Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the signatories.

1  **IT IS SO ORDERED.**

3  Dated: 1/16/14

The Honorable Susan Illston
United States District Court Judge