Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Judith A. Zahid (215418)
Patrick B. Clayton (240191)
Qianwei Fu (242669)
Heather T. Rankie (268002)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile:  (415) 693-0770
*fscarpulla@zelle.com*

Joseph M. Alioto (42680)
Theresa D. Moore (99978)
ALIOTO LAW FIRM
225 Bush Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile:  (415) 434-9200
*jmalioto@aliotolaw.com*

*Co-Lead Class Counsel for Indirect-Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:07-MD-1827 SI MDL No. 1827 |
| This Document Relates to: | **[PROPOSED] ORDER RE: DISTRIBUTION FROM ESCROW FUNDS FOR CLAIMS ADMINISTRATION** |
| All Indirect-Purchaser Actions; | |
| *State of Missouri, et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-3619; | The Honorable Susan Illston |
| *State of Florida v. AU Optronics Corporation, et al.*, Case No. 10-cv-3517; and | |
| *State of New York v. AU Optronics Corporation, et al.*, Case No. 11-cv-0711. | |

WHEREAS, on December 27, 2011, the Court granted final approval to settlements between the Indirect-Purchaser Plaintiffs ("IPPs") and the States of Arkansas, California, Florida, Michigan, Missouri, New York, West Virginia, and Wisconsin ("Settling States") on the one hand, and defendants Chimei, Chunghwa, Epson, HannStar, Hitachi, Samsung and Sharp, as identified in the respective Settlement Agreements, and inclusive of related entities also identified in the respective Settlement Agreements (collectively, "Group-I Settling Defendants"), on the other hand; and

WHEREAS, on July 30, 2012, the Court granted preliminary approval to the settlements between IPPs and the Settling States, and defendants AUO, LG and Toshiba, as identified in the respective Settlement Agreements (collectively, "Group-II Settling Defendants" and with the Group-I Settling Defendants referred to hereafter as "All Settling Defendants"), on the other hand; and

WHEREAS, the Settlement Agreements with All Settling Defendants provide that the costs of administration of the claims process shall be paid from the Settlement Fund of each Settling Defendant, *pro rata*, based on each Settling Defendant's Settlement Amount; and

WHEREAS, the cost of claims administration invoiced by Rust Consulting is $34,728.13 (see Exhibit 1 attached hereto); and

WHEREAS, pursuant to the Settlement Agreements the following amounts may be deducted from each Settling Defendant's Settlement Fund to pay such costs of claims administration:

| | |
|---|---|
| Chimei | $3,539.18 |
| Chunghwa | $170.27 |
| Epson | $91.47 |
| HannStar | $823.23 |
| Hitachi | $1,250.96 |
| Samsung | $7,702.69 |
| Sharp | $3,706.92 |
| AUO | $5,183.27 |

[PROPOSED] ORDER RE: DISTRIBUTION FROM ESCROW FUNDS FOR CLAIMS ADMINISTRATION

| | |
|---|---|
| LG | $11,586.15 |
| Toshiba | $673.99 |
| **TOTAL** | **$34,728.13** |

WHEREAS, Well Fargo Bank, N.A. has informed the parties that it requires an order from the Court before it will distribute payment for these additional costs;

THEREFORE, IT IS HEREBY ORDERED that Wells Fargo Bank, N.A. shall wire **$34,728.13** to the following account:

Bank of Texas

ABA/Routing # 111014325

Account # 8093434387

Account Name:  Rust Consulting

Reference # 128325

Federal Tax ID # 41-1813634

Bank Contact: Mayra Landeros, (214) 987-8817

The balance of funds in the demand-deposit account, if any, shall be retained for additional costs as they are incurred.

**IT IS SO ORDERED.**

Dated: _____1/23_____, 2014

_____
Hon. Susan Illston
United States District Judge

3251924v1

[PROPOSED] ORDER RE: DISTRIBUTION FROM ESCROW FUNDS FOR CLAIMS ADMINISTRATION

# EXHIBIT 1



# Invoice

625 MARQUETTE AVENUE, SUITE 880
MINNEAPOLIS, MN 55402
**P** 612.359.2000  |  **F** 612.359.2050
WWW.RUSTCONSULTING.COM
FEDERAL ID #: 41-1813634

| | |
|---|---|
| DATE: | 01/14/14 |
| INVOICE #: | 138938 |
| MATTER #: | 8292 |

**TO:** Francis O. Scarpulla
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street
Suite 3400
San Franciso, CA  94104
fscarpulla@zelle.com
jdc@coopkirk.com

| PROJECT |
|---|
| *LCD Indirect* |
| *December 2013 Claims Administration Services* |

| | | |
|---|---|---:|
| Project Database | $ | 689.20 |
| Project Management | | 3,806.02 |
| Technical Consulting | | 261.70 |
| Document Receipting | | 97.74 |
| Claim Forms Submitted (759 @ $0.15 each) | | 113.85 |
| Scanning | | 66.96 |
| Correspondence/Admin Mail | | 1,873.30 |
| Data Capture | | 8,133.68 |
| Return Mail Processing | | 36.00 |
| Claims Validation & Audits | | 12,830.88 |
| Deficiency Claim Processing | | 2,287.50 |
| Mailroom & Data Capture Management | | 70.06 |
| Call Center Support | | 247.84 |
| | **SUBTOTAL** | 30,514.73 |
| Expenses: Other Charges and Out-of-Pocket Costs | | |
| Call Center/Telecommunications | | 2,114.74 |
| Postage/Federal Express | | 39.18 |
| Shredding/Storage | | 836.93 |
| Other/Supplies | | 25.00 |
| Photocopies/Faxing/Printing | | 92.20 |
| Post Office Box Rental | | 570.00 |
| Website Hosting | | 535.35 |
| | **SUBTOTAL** | 4,213.40 |
| | **TOTAL INVOICE** $ | 34,728.13 |
| | **OUTSTANDING INVOICE(s)** $ | 47,499.27 |
| | **TOTAL DUE** $ | 82,227.40 |

**PAYMENT TERMS: NET DUE UPON RECEIPT**

**WIRE INFORMATION**
ACCOUNT #: 8093434387
ABA/ROUTING # WIRE or ACH: 111014325
BANK: BANK OF TEXAS, DALLAS, TX 75225
BANK CONTACT: MAYRA LANDEROS  214.987.8817
REFERENCE: INVOICE NUMBER

**RUST**
**PAYMENT MAILING ADDRESS:**
P O BOX 142589
DRAWER #9051
Irving, TX  75014-2589



|  |  |
|---|---|
| DATE: | 01/14/14 |
| INVOICE #: | 138938 |
| MATTER #: | 8292 |

## STATEMENT OF ACCOUNT

Current Invoice Period:     December 2013 Claims Administration Services

**Total Current Invoice**                                                   $     34,728.13

OUTSTANDING INVOICES:

| Date | Invoice # | Amount | Payments | Balance |
|------|-----------|--------|----------|---------|
| 12/17/13 | 138852 | 47,499.27 |  | 47,499.27 |

PREVIOUS BALANCE DUE                                          $     47,499.27

**Total Amount Due**                                                      $     82,227.40

**WIRE INFORMATION**
ACCOUNT #: 8093434387
ABA/ROUTING # WIRE or ACH: 111014325
BANK: BANK OF TEXAS, DALLAS, TX 75225
BANK CONTACT: MAYRA LANDEROS  214.987.8817
REFERENCE: INVOICE NUMBER

**RUST**
**PAYMENT MAILING ADDRESS:**
P O BOX 142589
DRAWER #9051
Irving, TX  75014-2589

**PAYMENT TERMS: NET DUE UPON RECEIPT**

```
                              Inv#      138938
                              Date      Jan 14, 2014
                              Client Number  8292



Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street
Suite 3400
San Francisco, CA  94104
fscarpulla@zelle.com
jdc@coopkirk.com


Re:    LCD Indirect - Project Database               829202

For Professional Services Rendered:


    TIMEKEEPER              RATE       HOURS          FEES
    Brant Story        BS   188.00     0.70          131.60
    Christy Gilman     CG   188.00     0.20           37.60
    Greg Brown         GSB  141.00     0.50           70.50
    Rebecca Zoubek     RZ    80.00     0.30           24.00
    Roso Suarez        RS   185.00     2.30          425.50

Total Fees:                                          689.20




Total Services                                       689.20




Total Expenses                                          .00
                                              --------------

Total This Matter                                    689.20
                                              --------------
```

```
                              Inv#    138938
                              Date    Jan 14, 2014
                              Client Number  8292


Re:   LCD Indirect - Project Management            829206

For Professional Services Rendered:


    TIMEKEEPER              RATE      HOURS         FEES
    April Hyduk        AH   192.00    2.40        460.80
    Doreen McGinley    DM   125.00    1.90        237.50
    Justin Honse       JH   164.00    8.10      1,328.40
    Paul Vedder        PV   142.00    0.13         18.46
    Robin Niemiec      RN   199.00    1.60        318.40
    Sandra Peters      SP   192.00    6.98      1,340.16
    Sylvia Nettles     SN    93.00    1.10        102.30

Total Fees:                                     3,806.02




Total Services                                  3,806.02




Total Expenses                                       .00
                                              --------------

Total This Matter                               3,806.02
                                              --------------
```

```
                              Inv#    138938
                              Date    Jan 14, 2014
                              Client Number  8292


Re:   LCD Indirect - Technical Consulting              829207

For Professional Services Rendered:

     TIMEKEEPER              RATE      HOURS        FEES
     Lee Anderson       LA  141.00      1.20      169.20
     Michael Oanes      MO  185.00      0.10       18.50
     Roso Suarez        RS  185.00      0.40       74.00

Total Fees:                                        261.70




Total Services                                     261.70




Total Expenses                                         .00
                                             --------------
Total This Matter                                  261.70
                                             --------------
```

```
                          Inv#     138938
                          Date     Jan 14, 2014
                          Client Number  8292


Re:    LCD Indirect - Document Receipting            829230

For Professional Services Rendered:

      TIMEKEEPER                  RATE      HOURS         FEES
        Processor     244    244  54.00     1.81         97.74

Total Fees:                                              97.74



Total Services                                           97.74



Total Expenses                                            .00
                                                 --------------
Total This Matter                                        97.74
                                                 --------------
```

```
                                    Inv#     138938
                                    Date     Jan 14, 2014
                                    Client Number  8292



Re:   LCD Indirect - Scanning                      829231

For Professional Services Rendered:


     TIMEKEEPER              RATE       HOURS          FEES
       Scan Image Processor   144    54.00     1.24    66.96

Total Fees:                                            66.96




Total Services                                         66.96




Total Expenses                                          .00
                                              --------------
Total This Matter                                      66.96
                                              --------------
```

```
                              Inv#     138938
                              Date     Jan 14, 2014
                              Client Number  8292


Re:    LCD Indirect - Correspondence/Admin Mail           829232

For Professional Services Rendered:

     TIMEKEEPER                  RATE      HOURS           FEES
     Doreen McGinley      DM    125.00     14.90        1,862.50
     Taryn Diddle         TD     90.00      0.12           10.80

Total Fees:                                              1,873.30




Total Services                                           1,873.30




Total Expenses                                                .00
                                                   --------------

Total This Matter                                        1,873.30
                                                   --------------
```

```
                                  Inv#     138938
                                  Date     Jan 14, 2014
                                  Client Number  8292


Re:   LCD Indirect - Data Capture                      829234

For Professional Services Rendered:


     TIMEKEEPER              RATE       HOURS        FEES
       Data Capture Processor  144   54.00      3.17       171.18
       Doreen McGinley          DM  125.00     63.70      7,962.50

Total Fees:                                          8,133.68




Total Services                                       8,133.68




Total Expenses                                            .00
                                                  --------------

Total This Matter                                    8,133.68
                                                  --------------
```

```
                              Inv#    138938
                              Date    Jan 14, 2014
                              Client Number  8292


Re:   LCD Indirect - Return Mail Processing          829235

For Professional Services Rendered:

      TIMEKEEPER            RATE     HOURS        FEES
      Juliana Calderin   JC  90.00    0.40       36.00

Total Fees:                                      36.00




Total Services                                   36.00




Total Expenses                                     .00
                                           --------------
Total This Matter                                36.00
                                           --------------
```

```
                              Inv#     138938
                              Date     Jan 14, 2014
                              Client Number  8292
```

Re:    LCD Indirect - Claims Validation & Audits          829236

For Professional Services Rendered:

| TIMEKEEPER |    | RATE   | HOURS | FEES      |
|------------|----|--------|-------|-----------|
| April Hyduk | AH | 192.00 | 1.50 | 288.00 |
| Danielle Cook | DC | 90.00 | 0.94 | 84.60 |
| Doreen McGinley | DM | 125.00 | 6.20 | 775.00 |
| Justin Honse | JH | 164.00 | 4.20 | 688.80 |
| Robin Niemiec | RN | 199.00 | 0.80 | 159.20 |
| Sandra Peters | SP | 192.00 | 53.94 | 10,356.48 |
| Taryn Diddle | TD | 54.00 | 0.76 | 41.04 |
| Travis Duarte | TD | 76.80 | 5.70 | 437.76 |

Total Fees:                                        12,830.88


Total Services                                     12,830.88


Total Expenses                                           .00
                                              --------------
Total This Matter                                  12,830.88
                                              --------------

```
                              Inv#     138938
                              Date     Jan 14, 2014
                              Client Number  8292
```

Re:    LCD Indirect - Deficiency Claim Processing        829237

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Doreen McGinley | DM | 125.00 | 18.30 | 2,287.50 |

Total Fees:                                        2,287.50

Total Services                                     2,287.50

Total Expenses                                          .00
                                              --------------

Total This Matter                                  2,287.50
                                              --------------

```
                          Inv#     138938
                          Date     Jan 14, 2014
                          Client Number  8292



Re:    LCD Indirect  - Mailroom & Data Capture Management       829239

For Professional Services Rendered:


     TIMEKEEPER                 RATE        HOURS          FEES
      Mailroom Processor   151144  54.00      0.89        48.06
      Sara Kanzenbach          SK  88.00      0.25        22.00

Total Fees:                                               70.06




Total Services                                            70.06




Total Expenses                                              .00
                                                  --------------
Total This Matter                                         70.06
                                                  --------------
```

```
                              Inv#     138938
                              Date     Jan 14, 2014
                              Client Number  8292


Re:   LCD Indirect - Call Center Support            829247

For Professional Services Rendered:

     TIMEKEEPER              RATE       HOURS        FEES
     April Hyduk       AH    192.00     0.50         96.00
     Doreen McGinley   DM    125.00     0.50         62.50
     Rebecca Hensel    RH     93.00     0.30         27.90
     Sandra Peters     SP    192.00     0.32         61.44

Total Fees:                                         247.84




Total Services                                      247.84




Total Expenses                                         .00
                                             ---------------

Total This Matter                                   247.84
                                             ---------------
```

```
                              Inv#    138938
                              Date    Jan 14, 2014
                              Client Number  8292


Re:   LCD Indirect - Expenses                      829290

For Professional Services Rendered:




Expense Detail:

Reference   Date   Description                        Amount
---------   ----   -----------                        ------
         Call Center/Telecommunications
            12/30/13  Live Call Center Support; 91 Calls      1,040.00
            12/31/13  IVR 1210.32 Minutes                       508.33
            12/31/13  Long Distance 1553.4 Minutes              186.41
            12/31/13  IVR System Charge                         250.00
            12/31/13  Line Maintenance Charge Schedule          130.00
                                           Subtotal    2,114.74

         Postage/Federal Express
            12/20/13  Weekly Mail Pickup                         33.62
            12/22/13  Weekly Mail Pickup                          5.56
                                           Subtotal       39.18

         Shredding/Storage
            12/31/13  Storage and/or Shredding 1 Boxes            2.00
            12/31/13  Storage and/or Shredding 6 Boxes           12.00
            12/31/13  Storage and/or Shredding 44 Boxes          88.00
            12/31/13  Data Storage December 2013                734.93
                                           Subtotal      836.93
         Other
            12/31/13  Document Labels;1000                       25.00
                                           Subtotal       25.00

         Photocopies/Faxing/Printing
            12/31/13  Photocopies/Faxing/Printing                92.20
                                           Subtotal       92.20

         Post Office Box Rental
148577   12/19/13  Post Office Box Rental                       570.00
```

```
                                  Inv#     138938
                                  Date     Jan 14, 2014
                                  Client Number  8292

                             Subtotal          570.00

          Website Hosting
            12/30/13  Web Monitor & Host                275.00
            12/31/13  SSL certificate renewal fee       260.35
                             Subtotal          535.35


Total Expenses                                4,213.40
                                              --------------

Total This Matter                             4,213.40
                                              --------------
```