Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Judith A. Zahid (215418)
Patrick B. Clayton (240191)
Qianwei Fu (242669)
Heather T. Rankie (268002)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile:  (415) 693-0770
*fscarpulla@zelle.com*

Joseph M. Alioto (42680)
Theresa D. Moore (99978)
ALIOTO LAW FIRM
225 Bush Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile:  (415) 434-9200
*jmalioto@aliotolaw.com*

*Co-Lead Class Counsel for Indirect-Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:07-MD-1827 SI MDL No. 1827 |
| This Document Relates to: | [PROPOSED] ORDER RE: DISTRIBUTION FROM ESCROW FUNDS FOR CLAIMS ADMINISTRATION |
| All Indirect-Purchaser Actions; | |
| *State of Missouri, et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-3619; | The Honorable Susan Illston |
| *State of Florida v. AU Optronics Corporation, et al.*, Case No. 10-cv-3517; and | |
| *State of New York v. AU Optronics Corporation, et al.*, Case No. 11-cv-0711. | |

WHEREAS, on December 27, 2011, the Court granted final approval to settlements between the Indirect-Purchaser Plaintiffs ("IPPs") and the States of Arkansas, California, Florida, Michigan, Missouri, New York, West Virginia, and Wisconsin ("Settling States") on the one hand, and defendants Chimei, Chunghwa, Epson, HannStar, Hitachi, Samsung and Sharp, as identified in the respective Settlement Agreements, and inclusive of related entities also identified in the respective Settlement Agreements (collectively, "Group-I Settling Defendants"), on the other hand; and

WHEREAS, on July 30, 2012, the Court granted preliminary approval to the settlements between IPPs and the Settling States, and defendants AUO, LG and Toshiba, as identified in the respective Settlement Agreements (collectively, "Group-II Settling Defendants" and with the Group-I Settling Defendants referred to hereafter as "All Settling Defendants"), on the other hand; and

WHEREAS, the Settlement Agreements with All Settling Defendants provide that the costs of administration of the claims process shall be paid from the Settlement Fund of each Settling Defendant, *pro rata*, based on each Settling Defendant's Settlement Amount; and

WHEREAS, the cost of claims administration invoiced by Rust Consulting is $47,499.27 (see Exhibit 1 attached hereto); and

WHEREAS, pursuant to the Settlement Agreements the following amounts may be deducted from each Settling Defendant's Settlement Fund to pay such costs of claims administration:

| | |
|---|---|
| Chimei | $4,840.70 |
| Chunghwa | $232.88 |
| Epson | $125.11 |
| HannStar | $1,125.96 |
| Hitachi | $1,710.99 |
| Samsung | $10,535.34 |
| Sharp | $5,070.13 |
| AUO | $7,089.41 |

1

| 1 | LG | $15,846.91 |
| 2 | Toshiba | $921.84 |
| 3 | **TOTAL** | **$47,499.27** |

WHEREAS, Well Fargo Bank, N.A. has informed the parties that it requires an order from the Court before it will distribute payment for these additional costs;

THEREFORE, IT IS HEREBY ORDERED that Wells Fargo Bank, N.A. shall wire **$47,499.27** to the following account:

Bank of Texas

ABA/Routing # 111014325

Account # 8093434387

Account Name:  Rust Consulting

Reference # 128325

Federal Tax ID # 41-1813634

Bank Contact: Mayra Landeros, (214) 987-8817

The balance of funds in the demand-deposit account, if any, shall be retained for additional costs as they are incurred.

**IT IS SO ORDERED.**

Dated: _____1/23_____, 2014

_____
Hon. Susan Illston
United States District Judge

3251661v1

2

[PROPOSED] ORDER RE: DISTRIBUTION FROM ESCROW FUNDS FOR CLAIMS ADMINISTRATION

# EXHIBIT 1



# Invoice

625 MARQUETTE AVENUE, SUITE 880
MINNEAPOLIS, MN 55402
**P** 612.359.2000  I  **F** 612.359.2050
WWW.RUSTCONSULTING.COM
FEDERAL ID #: 41-1813634

| DATE: | 12/17/13 |
| INVOICE #: | 138852 |
| MATTER #: | 8292 |

**TO:**  Francis O. Scarpulla
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street
Suite 3400
San Franciso, CA  94104
fscarpulla@zelle.com
jdc@coopkirk.com

| PROJECT |
|---|
| *LCD Indirect* |
| *November 2013 Claims Administration Services* |

| | | |
|---|---|---:|
| Project Database | $ | 32.00 |
| Project Management | | 5,381.98 |
| Technical Consulting | | 56.40 |
| Initial Notice | | 177.66 |
| Follow-Up Notice | | 35.25 |
| Website Modification | | 56.40 |
| Document Receipting | | 124.74 |
| Claim Forms Submitted (468 @ $0.15 each) | | 70.20 |
| Scanning | | 136.08 |
| Correspondence/Admin Mail | | 2,925.00 |
| Data Capture | | 8,327.08 |
| Return Mail Processing | | 10.80 |
| Claims Validation & Audits | | 21,639.74 |
| Deficiency Claim Processing | | 2,037.50 |
| Deficiency Notification | | 249.95 |
| Mailroom & Data Capture Management | | 24.30 |
| Call Center Support | | 340.26 |
| **SUBTOTAL** | | 41,625.34 |
| Expenses: Other Charges and Out-of-Pocket Costs | | |
| Call Center/Telecommunications | | 3,123.34 |
| Postage/Federal Express | | 1,321.87 |
| Shredding/Storage | | 830.92 |
| Photocopies/Faxing/Printing | | 322.80 |
| Website Hosting | | 275.00 |
| **SUBTOTAL** | | 5,873.93 |
| **TOTAL INVOICE** | $ | 47,499.27 |

**PAYMENT TERMS: NET DUE UPON RECEIPT**

**WIRE INFORMATION**
ACCOUNT #: 8093434387
ABA/ROUTING # WIRE or ACH: 111014325
BANK: BANK OF TEXAS, DALLAS, TX 75225
BANK CONTACT: MAYRA LANDEROS  214.987.8817
REFERENCE: INVOICE NUMBER

**RUST**
**PAYMENT MAILING ADDRESS:**
P O BOX 142589
DRAWER #9051
Irving, TX  75014-2589

```
                              Inv#     138852
                              Date     Dec 17, 2013
                              Client Number  8292



Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street
Suite 3400
San Francisco, CA  94104
fscarpulla@zelle.com
jdc@coopkirk.com


Re:   LCD Indirect - Project Database              829202

For Professional Services Rendered:

   TIMEKEEPER              RATE       HOURS         FEES
   Rebecca Zoubek      RZ   80.00      0.40         32.00

Total Fees:                                        32.00




Total Services                                     32.00




Total Expenses                                       .00
                                          --------------
Total This Matter                                  32.00
                                          --------------
```

```
                              Inv#    138852
                              Date    Dec 17, 2013
                              Client Number  8292


Re:    LCD Indirect - Project Management                 829206

For Professional Services Rendered:


        TIMEKEEPER                RATE      HOURS         FEES
        April Hyduk         AH   192.00     6.80      1,305.60
        Doreen McGinley     DM   125.00     0.90        112.50
        Justin Honse        JH   164.00     5.40        885.60
        Robin Niemiec       RN   199.00     7.30      1,452.70
        Sandra Peters       SP   192.00     7.74      1,486.08
        Sylvia Nettles      SN    93.00     1.50        139.50

Total Fees:                                          5,381.98




Total Services                                       5,381.98




Total Expenses                                            .00
                                                  --------------

Total This Matter                                    5,381.98
                                                  --------------
```

```
                              Inv#     138852
                              Date     Dec 17, 2013
                              Client Number  8292


Re:   LCD Indirect - Technical Consulting              829207

For Professional Services Rendered:


    TIMEKEEPER              RATE      HOURS          FEES
    Greg Brown         GSB  141.00    0.20          28.20
    Lee Anderson       LA   141.00    0.20          28.20

Total Fees:                                         56.40




Total Services                                      56.40




Total Expenses                                        .00
                                             --------------
Total This Matter                                   56.40
                                             --------------
```

```
                            Inv#     138852
                            Date     Dec 17, 2013
                            Client Number  8292
```

Re:    LCD Indirect  - Initial Notice                    829211

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Derrick Wersal | DW | 141.00 | 1.26 | 177.66 |

Total Fees:                                          177.66

Total Services                                       177.66

Total Expenses                                          .00
                                              --------------
Total This Matter                                    177.66
                                              --------------

```
                              Inv#    138852
                              Date    Dec 17, 2013
                              Client Number  8292


Re:   LCD Indirect - Follow-Up Notice              829213

For Professional Services Rendered:


      TIMEKEEPER              RATE       HOURS        FEES
      Brittany Flom      BF   141.00     0.25         35.25

Total Fees:                                          35.25




Total Services                                       35.25




Total Expenses                                         .00
                                              --------------
Total This Matter                                    35.25
                                              --------------
```

```
                            Inv#     138852
                            Date     Dec 17, 2013
                            Client Number  8292


Re:    LCD Indirect - Website Modification              829223

For Professional Services Rendered:


     TIMEKEEPER              RATE        HOURS          FEES
     Greg Brown         GSB  141.00       0.40         56.40

Total Fees:                                            56.40




Total Services                                         56.40




Total Expenses                                           .00
                                                 --------------

Total This Matter                                      56.40
                                                 --------------
```

```
                              Inv#     138852
                              Date     Dec 17, 2013
                              Client Number  8292


Re:   LCD Indirect - Document Receipting               829230

For Professional Services Rendered:

      TIMEKEEPER                    RATE      HOURS        FEES
        Processor      244    244   54.00     2.31       124.74

Total Fees:                                              124.74



Total Services                                           124.74



Total Expenses                                              .00
                                                      --------------
Total This Matter                                        124.74
                                                      --------------
```

```
                              Inv#     138852
                              Date     Dec 17, 2013
                              Client Number  8292
```

```
Re:    LCD Indirect - Scanning                      829231

For Professional Services Rendered:

      TIMEKEEPER               RATE       HOURS         FEES
      Scan Image Processor  144  54.00     2.52       136.08

Total Fees:                                          136.08




Total Services                                       136.08




Total Expenses                                          .00
                                               --------------
Total This Matter                                    136.08
                                               --------------
```

```
                              Inv#     138852
                              Date     Dec 17, 2013
                              Client Number  8292
```

Re:   LCD Indirect - Correspondence/Admin Mail          829232

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Doreen McGinley | DM | 125.00 | 23.40 | 2,925.00 |

Total Fees:                                          2,925.00

Total Services                                       2,925.00

Total Expenses                                             .00
                                                --------------
Total This Matter                                    2,925.00
                                                --------------

```
                              Inv#     138852
                              Date     Dec 17, 2013
                              Client Number  8292


Re:    LCD Indirect - Data Capture                  829234

For Professional Services Rendered:

     TIMEKEEPER               RATE      HOURS          FEES
       Data Capture Processor  144    54.00      0.27      14.58
       Doreen McGinley         DM    125.00     66.50    8,312.50

Total Fees:                                           8,327.08




Total Services                                        8,327.08




Total Expenses                                             .00
                                                   --------------

Total This Matter                                    8,327.08
                                                   --------------
```

```
                              Inv#    138852
                              Date    Dec 17, 2013
                              Client Number  8292


Re:   LCD Indirect - Return Mail Processing          829235

For Professional Services Rendered:

     TIMEKEEPER                RATE      HOURS         FEES
     Juliana Calderin     JC   54.00      0.20        10.80

Total Fees:                                           10.80




Total Services                                        10.80




Total Expenses                                          .00
                                              --------------
Total This Matter                                     10.80
                                              --------------
```

```
                              Inv#    138852
                              Date    Dec 17, 2013
                              Client Number  8292
```

Re:   LCD Indirect - Claims Validation & Audits            829236

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| April Hyduk | AH | 192.00 | 2.90 | 556.80 |
| Doreen McGinley | DM | 125.00 | 1.40 | 175.00 |
| Justin Honse | JH | 164.00 | 4.00 | 656.00 |
| Kenneth Rivera | KR | 90.00 | 48.20 | 4,338.00 |
| Paul Vedder | PV | 142.00 | 3.84 | 545.28 |
| Robin Niemiec | RN | 199.00 | 0.50 | 99.50 |
| Sandra Peters | SP | 192.00 | 55.75 | 10,704.00 |
| Taryn Diddle | TD | 54.00 | 1.30 | 70.20 |
| Travis Duarte | TD | 54.00 | 83.24 | 4,494.96 |

Total Fees:                                                21,639.74


Total Services                                             21,639.74


Total Expenses                                                   .00
                                                    --------------

Total This Matter                                          21,639.74
                                                    --------------

```
                              Inv#    138852
                              Date    Dec 17, 2013
                              Client Number  8292
```

Re:    LCD Indirect - Deficiency Claim Processing          829237

For Professional Services Rendered:

```
     TIMEKEEPER                RATE      HOURS        FEES
     Doreen McGinley       DM  125.00    16.30     2,037.50
```

Total Fees:                                        2,037.50

Total Services                                     2,037.50

Total Expenses                                          .00
                                                --------------

Total This Matter                                  2,037.50
                                                --------------

```
                              Inv#     138852
                              Date     Dec 17, 2013
                              Client Number  8292


Re:    LCD Indirect  - Deficiency Notification            829238

For Professional Services Rendered:


     TIMEKEEPER                 RATE      HOURS          FEES
     Julie Zitzmann       JZ   121.00      0.75         90.75
     Robin Niemiec        RN   199.00      0.80        159.20

Total Fees:                                            249.95




Total Services                                         249.95




Total Expenses                                            .00
                                                --------------

Total This Matter                                      249.95
                                                --------------
```

```
                               Inv#    138852
                               Date    Dec 17, 2013
                               Client Number  8292


Re:    LCD Indirect  - Mailroom & Data Capture Management      829239

For Professional Services Rendered:


        TIMEKEEPER              RATE      HOURS          FEES
         Mailroom Processor   151144   54.00       0.45        24.30

Total Fees:                                              24.30




Total Services                                           24.30




Total Expenses                                            .00
                                              --------------
Total This Matter                                        24.30
                                              --------------
```

```
                               Inv#    138852
                               Date    Dec 17, 2013
                               Client Number  8292



Re:   LCD Indirect - Call Center Support              829247

For Professional Services Rendered:

      TIMEKEEPER              RATE       HOURS        FEES
      CSR     240       240   52.00      0.18         9.36
      Doreen McGinley    DM   125.00     0.10         12.50
      Robin Niemiec      RN   199.00     1.60         318.40

Total Fees:                                          340.26




Total Services                                       340.26




Total Expenses                                          .00
                                               --------------
Total This Matter                                    340.26
                                               --------------
```

```
                             Inv#     138852
                             Date     Dec 17, 2013
                             Client Number  8292


Re:   LCD Indirect - Expenses                     829290

For Professional Services Rendered:
```

Expense Detail:

| Reference | Date | Description | Amount |
|-----------|------|-------------|--------|
| --------- | ---- | ----------- | ------ |
| | | **Call Center/Telecommunications** | |
| | 11/26/13 | Live Call Center Support; 137 Calls | 1,535.00 |
| | 11/26/13 | Line Maintenance Charge Schedule | 130.00 |
| | 11/30/13 | Conference Calls 703.2 Minutes | 274.25 |
| | 11/30/13 | IVR 1458.92 Minutes | 612.75 |
| | 11/30/13 | IVR System Charge | 250.00 |
| | 11/30/13 | Long Distance 2677.8 Minutes | 321.34 |
| | | Subtotal | 3,123.34 |
| | | **Postage/Federal Express** | |
| | 11/25/13 | Weekly Mail Pickup | 2.48 |
| | 11/27/13 | Postage; 2823 pieces | 1,298.58 |
| | 11/27/13 | Weekly Mail Pickup | 20.81 |
| | | Subtotal | 1,321.87 |
| | | **Shredding/Storage** | |
| | 11/30/13 | Storage and/or Shredding 43 Boxes | 86.00 |
| | 11/30/13 | Data Storage November 2013 | 732.92 |
| | 11/30/13 | Storage and/or Shredding 6 Boxes | 12.00 |
| | | Subtotal | 830.92 |
| | | **Photocopies/Faxing/Printing** | |
| | 11/30/13 | Photocopies/Faxing/Printing ;1614 | 322.80 |
| | | Subtotal | 322.80 |
| | | **Website Hosting** | |
| | 11/26/13 | Web Monitor & Host | 275.00 |
| | | Subtotal | 275.00 |

```
                              Inv#    138852
                              Date    Dec 17, 2013
                              Client Number  8292

Total Expenses                                  5,873.93
                                         --------------

Total This Matter                               5,873.93
                                         --------------
```