**MINAMI TAMAKI, LLP**
360 Post Street, 8th Floor
San Francisco, CA 94108
Tel. (415) 788-9000
Fax (415) 398-3887

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST litigation<br><br>This Document Relates to:<br><br>All Indirect Purchaser Actions | Case No. 3:07-MD-1827 SI<br>MDL No. 1827<br><br>**SECOND [P~~ROPOSED~~] ORDER APPROVING REIMBURSEMENT OF LITIGATION EXPENSES TO INDIRECT PURCHASER PLAINTIFFS' COUNSEL FROM ESCROW FUND**<br><br>The Honorable Susan Illston |

1   WHEREAS, on April 3, 2013, the Court issued its Second Amended Order Granting Final Approval of Combined Class, *Parens Patriae*, and Governmental Entity Settlements With AUO, LG Display, and Toshiba Defendants; Ordering Final Judgment of Dismissal With Prejudice; Award of Attorneys' Fees, Expenses, and Incentive Awards ("Final Approval Order"), which approved reimbursement of $8,736,131.43 in litigation costs from the Settlement Fund;[1] and

WHEREAS, the Settlement Agreements reached with the Defendants[2] state that Indirect Purchaser Plaintiffs' ("IPP") counsel ("Plaintiffs' Counsel") may be reimbursed their costs from the Settlement Fund within five (5) court days after the Court issues an Order awarding reimbursement of costs; and

WHEREAS, the Settlement Agreements require that each firm seeking reimbursement of costs provide a written undertaking to reimburse the funds if a subsequent court modifies or vacates the Final Approval Order regarding litigation costs; and

WHEREAS, Defendants have no objection to the approved litigation costs being withdrawn from their *pro rata* share of the overall settlement funds; and

WHEREAS, the Final Approval Order and the written undertakings of all firms seeking reimbursement of costs have been provided to the escrow agent, Wells Fargo Bank, N.A., and the Defendants; and

WHEREAS, the escrow agent has informed the parties that it requires an order from the Court listing the firms seeking reimbursement at this time, and their respective reimbursement amounts, before it will distribute reimbursement of these litigation costs; and

WHEREAS, Plaintiffs' Co-Lead Counsel certify that attached hereto as **Exhibit A** is a true and correct list of law firms seeking reimbursement of litigation costs at this time and who have executed written commitments to reimburse costs should a later court reverse or modify the Court's order regarding litigation costs.

---

[1] *See* Docket No. 7697 at 30:6-7.
[2] *See* AUO Settlement, ¶33(b), Chimei Settlement, ¶34(b), Chunghwa Settlement, ¶¶20-22, Epson Settlement, ¶23(b), Hannstar Settlement, ¶35(b), Hitachi Settlement, ¶35(c), LG Settlement, ¶35(b), Samsung Settlement, ¶22(b), Sharp Settlement, ¶ 30(b), Toshiba Settlement, ¶21(b).

**MINAMI TAMAKI, LLP**
360 Post Street, 8th Floor
San Francisco, CA  94108
Tel. (415) 788-9000
Fax (415) 398-3887

- 1 -

1    THEREFORE, IT IS HEREBY ORDERED that Wells Fargo Bank, N.A. shall pay the
2 amounts set forth in **Exhibit A** to the respective firms identified therein within five (5) court days.
3    The balance of funds in the escrow account shall be retained until such time as such funds
4 shall be distributed pursuant to the terms of the Settlement Agreements and/or further order(s) of
5 the Court.

7    **IT IS SO ORDERED.**

9 Dated: _____2/25_____, 2014    _____
10                                    THE HONORABLE SUSAN ILLSTON
                                       UNITED STATES DISTRICT JUDGE

MINAMI TAMAKI, LLP
360 Post Street, 8th Floor
San Francisco, CA  94108
Tel. (415) 788-9000
Fax (415) 398-3887

- 2 -

[Proposed] Order Approving Distribution of Payment of Indirect Purchaser Plaintiffs' Counsel's Reimbursement of Litigation Expenses
Case Nos.  3:07-MD-1827 SI, MDL No. 1827

# EXHIBIT A

EXHIBIT A

| Firm Name | Amount |
|---|---|
| Cohen & Malad | $30,000.00 |
| Cooper & Kirkham, P.C. | 500,000.00 |
| Frankovitch Anetakis Colantonio & Simon | 5,000.00 |
| Godfrey & Kahn, SC | 5,000.00 |
| Lovell Stewart Halebian LLP | 575,000.00 |
| McCallum Methvin & Terrell | 15,000.00 |
| Law Offices of Lawrence G. Papale | 15,000.00 |
| Wexler Wallace | 5,000.00 |
| Zelle, Hofmann, Voelbel, & Mason LLP | 550,000.00 |
| **Total** | **$1,700,000** |

- 1 -

EXHIBIT A