| | |
|---|---|
| 1 | SCOTT N. WAGNER |
| | BILZIN SUMBERG BAENA PRICE & AXELROD LLP |
| 2 | 1450 Brickell Avenue, 23rd Floor |
| | Miami, Florida 33131 |
| 3 | Telephone: (305) 350-7386 |
| | Facsimile: (305) 351-2164 |
| 4 | |
| 5 | Attorneys for Plaintiff THE AASI CREDITOR LIQUIDATING TRUST, BY AND THROUGH KENNETH A. WELT, LIQUIDATING TRUSTEE |
| 6 | |
| 7 | [additional parties listed in signature block] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827 SI<br>MDL No. 1827 |
| This Document Relates to:<br>*The AASI Creditor Liquidating Trust, by and through Kenneth A. Welt, Liquidating Trustee v. AU Optronics Corporation, et al.*,<br>Case No. 3:11-cv-05781-SI | **STIPULATION AND [PROPOSED] ORDER REGARDING CERTAIN PURCHASES CLAIMED BY THE AASI CREDITOR LIQUIDATING TRUST** |

Plaintiff The AASI Creditor Liquidating Trust, by and through Kenneth A. Welt, Liquidating Trustee ("AASI") and the below-listed Defendants in the AASI action (collectively, the "Parties") hereby stipulate as follows:

WHEREAS the Parties have met and conferred regarding the Proposed List of Summary Judgment Motions and Schedule;

WHEREAS the Parties wish to limit the number and scope of summary judgment motions filed in these cases;

1  WHEREAS Defendants have asserted that certain purchases by AASI identified by creditors in the pending bankruptcy action (Case No. 1:07-bk-12963-LMI; United States Bankruptcy Court for the Southern District of Florida) and listed on Attachment A to this Stipulation are not properly included within AASI's calculation of damages in this case (the "Disputed Purchases") and AASI disagrees with Defendants' contention;

WHEREAS in order to avoid the burden and expense of briefing this issue in connection with a motion for summary judgment, the Parties have agreed to resolve certain issues regarding the Disputed Purchases;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the Parties, and subject to the concurrence of the Court, that:

1. AASI does not seek damages for the Disputed Purchases.

2. In light of this stipulation, Defendants will not file a summary judgment motion to exclude purchases at issue in AASI's bankruptcy.

Dated: February 18, 2014.

Respectfully submitted,

By: _____/s/ Scott N. Wagner_____
Scott N. Wagner *(pro hac vice)*
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Avenue, Suite 2300
Miami, FL  33131-3456
Telephone:  (305) 374-7580
Facsimile:   (305) 374-7593
Email: swagner@bilzin.com

*Attorneys for Plaintiff The AASI Creditor Liquidating Trust*

- 2 -   STIPULATION AND [PROPOSED] ORDER
Master File No. 3:07-md-1827 SI, MDL No. 1827

| | |
|---|---|
| 1 | By: _____ */s/ Jacob R. Sorensen*_____ |
| | Jacob R. Sorensen (SBN 209134) |
| 2 | John M. Grenfell (SBN 88500) |
| | Fusae Nara (*pro hac vice*) |
| 3 | Lindsay A. Lutz (SBN 254442) |
| | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 4 | Four Embarcadero Center, 22nd Floor |
| | San Francisco, CA  94111 |
| 5 | Telephone:  (415) 983-1000 |
| | Facsimile:  (415) 983-1200 |
| 6 | Email: john.grenfell@pillsburylaw.com |
| | jake.sorensen@pillsburylaw.com |
| 7 | fusae.nara@pillsburylaw.com |
| | andrew.lanphere@pillsburylaw.com |
| 8 | |
| | *Attorneys for Defendants Sharp Corporation and* |
| 9 | *Sharp Electronics Corporation* |
| 10 | By: _____ */s/ Lee F. Berger*_____ |
| | Holly A. House (SBN 136045) |
| 11 | Kevin C. McCann (SBN 120874) |
| | Lee F. Berger (SBN 222756) |
| 12 | Sean Unger (SBN 231694) |
| | PAUL HASTINGS LLP |
| 13 | 55 Second Street |
| | Twenty-Fourth Floor |
| 14 | San Francisco, CA  94105 |
| | Telephone:  (415) 856-7000 |
| 15 | Facsimile:   (415) 856-7100 |
| | Email: kevinmccann@paulhastings.com |
| 16 | hollyhouse@paulhastings.com |
| | leeberger@paulhastings.com |
| 17 | seanunger@paulhastings.com |
| 18 | Brad D. Brian (SBN 079001) |
| | Jerome C. Roth (SBN 159483) |
| 19 | MUNGER, TOLLES & OLSON LLP |
| | 355 South Grand Avenue |
| 20 | Los Angeles, CA  90071-1560 |
| | Telephone: (213) 683-9100 |
| 21 | Facsimile:   (213) 687-3702 |
| | Email:  Brad.Brian@mto.com |
| 22 | |
| | *Attorneys for Defendants LG Display Co., Ltd. and LG* |
| 23 | *Display America, Inc.* |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | By: _____/s/ Carl L. Blumenstein_____ |
| | Carl L. Blumenstein (SBN 124158) |
| 2 | Christopher A. Nedeau (SBN 81297) |
| | Farschad Farzan (SBN 215194) |
| 3 | NOSSAMAN LLP |
| | 50 California Street, 34th Floor |
| 4 | San Francisco, CA  94111 |
| | Telephone:  (415) 398-3600 |
| 5 | Facsimile:  ( 415) 398-2438 |
| | Email: cnedeau@nossaman.com |
| 6 |       cblumenstein@nossaman.com |
| |       ffarzan@nossaman.com |
| 7 | |
| | *Attorneys for Defendants AU Optronics Corporation* |
| 8 | *and AU Optronics Corporation America* |

9

By: _____/s/ Christopher M. Curran_____
Christopher M. Curran *(pro hac vice)*
Martin M. Toto *(pro hac vice)*
John H. Chung *(pro hac vice)*
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY  10036
Telephone:  (212) 819-8200
Facsimile:   (212) 354-8113
Email: ccurran@whitecase.com
      mtoto@whitecase.com
      jchung@whitecase.com

*Attorneys for Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc. and Toshiba America Information Systems, Inc.*

By: _____/s/ Neal A. Potischman_____
Neal A. Potischman (SBN 254862)
neal.potischman@davispolk.com
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone:  (650) 752-2000
Facsimile:   (650) 752-2111

*Attorneys for Chi Mei Optoelectronics Corporation (n/k/a Innolux Corporation), CMO Japan Co., Ltd., and Chi Mei Optoelectronics USA, Inc.*

| | |
|---|---|
| 1 | By: _____/s/ Rachel S. Brass_____ |
| | Rachel S. Brass (SBN 219301) |
| 2 | Joel S. Sanders (SBN 107234) |
| | Austin V. Schwing (SBN 211696 |
| 3 | GIBSON, DUNN & CRUTCHER LLP |
| | 555 Mission Street, Suite 3000 |
| 4 | San Francisco, California 94105 |
| | (415) 393-8200 / (415) 393-8306 |
| 5 | jsanders@gibsondunn.com |
| | rbrass@gibsondunn.com |
| 6 | |
| | *Attorneys for Defendants Chunghwa Picture Tubes, Ltd.* |
| 7 | |
| 8 | By: _____/s/ Harrison J. Frahn IV_____ |
| | James G. Kreissman (SBN 206740) |
| 9 | Harrison J. Frahn IV (SBN 206822) |
| | Jason M. Bussey (SBN 227185) |
| 10 | Elizabeth A. Gillen (SBN 260667) |
| | Melissa D. Schmidt (SBN 266487) |
| 11 | SIMPSON THACHER & BARTLETT LLP |
| | 2475 Hanover St. |
| 12 | Palo Alto, California 94304 |
| | Telephone: (650) 251-5000 |
| 13 | Facsimile: (650) 251-5001 |
| | jkreissman@stblaw.com |
| 14 | hfrahn@stblaw.com |
| | jbussey@stblaw.com |
| 15 | egillen@stblaw.com |
| | melissa.schmidt@stblaw.com |
| 16 | |
| | *Attorneys for Defendant HannStar Display Corporation* |
| 17 | |

19  **ATTESTATION**: Pursuant to Local Rule 5-1(i)(3), the filer attests that concurrence in the

20  filing of this document has been obtained from each of the above signatories.

22  **IT IS SO ORDERED.**

23  Dated Entered: ____2/25/14_____

_____
The Honorable Susan Illston
United States District Court Judge

**Attachment A**

| Purchases at Issue in Sharp Preference Action / Proof of Claim No. 595 | | |
|---|---|---|
| GL Doc No. | GL Date | Amount |
| 5114770 | 6-Nov-06 | $1,160 |
| 5113320 | 31-Oct-06 | $60,000 |
| 5113956 | 2-Nov-06 | $199 |
| | | Total: $ 61,359 |

| Purchases at Issue in Optrex Proof of Claim No. 247 | | |
|---|---|---|
| Order No. | GL Date | Amount |
| 1008669[1] | 24-May-06 | $129.40 |
| 1016513 | 11-Aug-06 | $27,195 |
| 1007756[2] | 28-Aug-06 | $118,250 |
| 1008318[2] | 21-Sep-06 | $22,069.20 |
| 1007756[1,2] | 22-Sep-06 | $121,752 |
| 1011890 | 22-Sep-06 | $22,691.20 |
| 1004963[2] | 22-Sep-06 | $5,389.16 |
| 1003953 | 22-Sep-06 | $3,247 |
| 1005896[2] | 27-Sep-06 | $17,960 |
| 1019185 | 27-Sep-06 | $3,660 |
| 1019414[2] | 27-Sep-06 | $11,345.60 |
| 1004963[2] | 27-Sep-06 | $37,156.84 |
| 1010628 | 27-Sep-06 | $35,455 |
| 1013607 | 27-Sep-06 | $91,955 |
| 1020424 | 2-Oct-06 | $12,028.50 |
| 1013607 | 3-Oct-06 | $2,656.65 |
| 1015023 | 3-Oct-06 | $360.45 |
| 1015023 | 4-Oct-06 | $1,281.60 |
| 1008669[2] | 4-Oct-06, 12-Oct-06 | $10,936.08 |
| 1018204 | 4-Oct-06 | $2,301.10 |
| 1011624[2] | 5-Oct-06 | $4,895.10 |

---

[1] The amount in the Proof of Claim differs from the amount in the underlying transactional data. The lesser of the two amounts was deducted from AASI's volume of commerce listed in Defendants' Expert Report.

[2] The order number for this amount on this date appears in multiple rows of the underlying transactional data.

| | | |
|---|---|---|
| 1023531 | 9-Oct-06 | $285.26 |
| 1024405[2] | 13-Oct-06 | $21,891.87 |
| 1012306 | 20-Oct-06 | $23,374 |
| 1012306 | 20-Oct-06 | $18,850 |
| 1025037 | 30-Oct-06 | $ 285.26 |
| 1015308[1,2] | 30-Oct-06 | $67,365 |
| 1010903[2] | 30-Oct-06 | $67,500 |
| 1009697 | 30-Oct-06 | $27,200 |
| 1024162 | 30-Oct-06 | $377 |
| 1011624[2] | 30-Oct-06 | $3,263.40 |
| 1013260 | 30-Oct-06 | $17,010 |
| 1016513 | 31-Oct-06 | $10,878 |
| 1015023 | 31-Oct-06 | $3,657.90 |
| 1016513 | 2-Nov-06 | $23,931.60 |
| 1016948 | 2-Nov-06 | $79,280 |
| 1018204 | 6-Nov-06 | $29,223.97 |
| 1015023 | 4-Dec-06 | $5,179.80 |
| 1014259 | 4-Dec-06 | $7,640 |
| | | Total:  $ 959,907.94 |
| | | Reduced to $ 929,245 |

| Purchases at Issue in LG Display Preference Action / Proof of Claim No. 59 | | |
|---|---|---|
| Invoice No. | Sales Date | Amount |
| HL145 | 12-21-2006 | $220,000 |
| HL149 | 12-21-2006 | $128,000 |
| HL150 | 12-21-2006 | $47,875 |
| HL151 | 12-21-2006 | $275,000 |
| HL152 | 12-21-2006 | $306,800 |
| HL153 | 12-21-2006 | $94,400 |
| HL154 | 12-21-2006 | $69,300 |
| HL155 | 12-21-2006 | $48,000 |
| HL225 | 12-28-2006 | $64,000 |
| HL250 | 12-29-2006 | $26,875 |
| HL260 | 12-29-2006 | $27,500 |
| HL264 | 12-29-2006 | $148,500 |
| HL265 | 12-29-2006 | $5,500 |
| HL266 | 12-29-2006 | $1,500 |
| HL268 | 12-29-2006 | $2,346 |
| HL269 | 12-29-2006 | $625 |

2

| HL270 | 12-29-2006 | $6,655 |
| HL272 | 12-29-2006 | $16,402 |
| HL273 | 12-29-2006 | $9,245 |
| HL274 | 12-29-2006 | $540 |
| | | Total:  $ 1,499,063 |
| | | Reduced to $ 1,187,500 |

3