Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Judith A. Zahid (215418)
Patrick B. Clayton (240191)
Qianwei Fu (242669)
Heather T. Rankie (268002)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:  (415) 693-0700
Facsimile:   (415) 693-0770
*fscarpulla@zelle.com*

Joseph M. Alioto (42680)
Theresa D. Moore (99978)
ALIOTO LAW FIRM
225 Bush Street, 16th Floor
San Francisco, CA 94104
Telephone:  (415) 434-8900
Facsimile:   (415) 434-9200
*jmalioto@aliotolaw.com*

*Co-Lead Class Counsel for Indirect-Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:07-MD-1827 SI<br>MDL No. 1827 |
| This Document Relates to:<br>All Indirect-Purchaser Actions;<br>*State of Missouri, et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-3619;<br>*State of Florida v. AU Optronics Corporation, et al.*, Case No. 10-cv-3517; and<br>*State of New York v. AU Optronics Corporation, et al.*, Case No. 11-cv-0711. | **[PROPOSED] ORDER RE: DISTRIBUTION FROM ESCROW FUNDS FOR CLAIMS ADMINISTRATION**<br><br>The Honorable Susan Illston |

1   WHEREAS, on December 27, 2011, the Court granted final approval to settlements
2   between the Indirect-Purchaser Plaintiffs ("IPPs") and the States of Arkansas, California,
3   Florida, Michigan, Missouri, New York, West Virginia, and Wisconsin ("Settling States") on the
4   one hand, and defendants Chimei, Chunghwa, Epson, HannStar, Hitachi, Samsung and Sharp, as
5   identified in the respective Settlement Agreements, and inclusive of related entities also
6   identified in the respective Settlement Agreements (collectively, "Group-I Settling Defendants"),
7   on the other hand; and

8   WHEREAS, on July 30, 2012, the Court granted preliminary approval to the settlements
9   between IPPs and the Settling States, and defendants AUO, LG and Toshiba, as identified in the
10  respective Settlement Agreements (collectively, "Group-II Settling Defendants" and with the
11  Group-I Settling Defendants referred to hereafter as "All Settling Defendants"), on the other
12  hand; and

13  WHEREAS, the Settlement Agreements with All Settling Defendants provide that the
14  costs of administration of the claims process shall be paid from the Settlement Fund of each
15  Settling Defendant, *pro rata*, based on each Settling Defendant's Settlement Amount; and

16  WHEREAS, the cost of claims administration invoiced by Rust Consulting is $43,457.40
17  (see Exhibit 1 attached hereto); and

18  WHEREAS, pursuant to the Settlement Agreements the following amounts may be
19  deducted from each Settling Defendant's Settlement Fund to pay such costs of claims
20  administration:

21       Chimei          $4,428.78
22       Chunghwa          $213.06
23       Epson             $114.46
24       HannStar        $1,030.15
25       Hitachi         $1,565.40
26       Samsung         $9,638.85
27       Sharp           $4,638.70
28       AUO             $6,486.15

1
[PROPOSED] ORDER RE: DISTRIBUTION FROM ESCROW FUNDS FOR CLAIMS ADMINISTRATION

|   |   |
|---|---|
| LG | $14,498.45 |
| Toshiba | $843.40 |
| **TOTAL** | **$43,457.40** |

WHEREAS, Well Fargo Bank, N.A. has informed the parties that it requires an order from the Court before it will distribute payment for these additional costs;

THEREFORE, IT IS HEREBY ORDERED that Wells Fargo Bank, N.A. shall wire **$43,457.40** to the following account:

    Bank of Texas

    ABA/Routing # 111014325

    Account # 8093434387

    Account Name:  Rust Consulting

    Reference # 128325

    Federal Tax ID # 41-1813634

    Bank Contact: Mayra Landeros, (214) 987-8817

The balance of funds in the demand-deposit account, if any, shall be retained for additional costs as they are incurred.

**IT IS SO ORDERED.**

Dated: 3/6, 2014

Hon. Susan Illston
United States District Judge

3252749v1

2

[PROPOSED] ORDER RE: DISTRIBUTION FROM ESCROW FUNDS FOR CLAIMS ADMINISTRATION

# EXHIBIT 1



# Invoice

625 MARQUETTE AVENUE, SUITE 880
MINNEAPOLIS, MN 55402
**P** 612.359.2000   I   **F** 612.359.2050
WWW.RUSTCONSULTING.COM
FEDERAL ID #: 41-1813634

| | |
|---|---|
| DATE: | 02/21/14 |
| INVOICE #: | 14-8008 |
| MATTER #: | 8292 |

**TO:** Francis O. Scarpulla
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street
Suite 3400
San Francisco, CA  94104
fscarpulla@zelle.com
jdc@coopkirk.com

| PROJECT |
|---|
| *LCD Indirect* |
| *January 2014 Claims Administration Services* |

| | |
|---|---:|
| Project Database | $   592.80 |
| Project Management | 6,095.29 |
| Technical Consulting | 420.80 |
| Document Receipting | 249.15 |
| Claim Forms Submitted (1,358 @ $0.15 each) | 203.70 |
| Scanning | 245.30 |
| Correspondence/Admin Mail | 2,967.78 |
| Data Capture | 5,204.00 |
| Claims Validation & Audits | 12,541.58 |
| Deficiency Claim Processing | 3,209.70 |
| Deficiency Notification | 5,316.57 |
| Mailroom & Data Capture Management | 58.30 |
| Call Center Training | 194.91 |
| Call Center Support | 506.24 |
| **SUBTOTAL** | **37,806.12** |
| Expenses: Other Charges and Out-of-Pocket Costs | |
| Call Center/Telecommunications | 3,140.20 |
| Postage/Federal Express | 1,210.85 |
| Shredding/Storage | 937.83 |
| Other/Supplies | 3.10 |
| Photocopies/Faxing/Printing | 59.30 |
| Website Hosting | 300.00 |
| **SUBTOTAL** | **5,651.28** |
| **TOTAL INVOICE** | **$   43,457.40** |

**PAYMENT TERMS: NET DUE UPON RECEIPT**

**WIRE INFORMATION**
ACCOUNT #: 8093434387
ABA/ROUTING # WIRE or ACH: 111014325
BANK: BANK OF TEXAS, DALLAS, TX 75225
BANK CONTACT: MAYRA LANDEROS  214.987.8817
REFERENCE: INVOICE NUMBER

**RUST**
**PAYMENT MAILING ADDRESS:**
P O BOX 142589
DRAWER #9051
Irving, TX  75014-2589

```
                                            Inv#      148008
                                            Date      Feb 21, 2014
                                            Client Number  8292




Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street
Suite 3400
San Franciso, CA  94104
fscarpulla@zelle.com
jdc@coopkirk.com


Re:    LCD Indirect - Project Database                    829202

For Professional Services Rendered:

    TIMEKEEPER                    RATE       HOURS            FEES
    Joel Cooper         JC      180.00        0.60          108.00
    Rebecca Zoubek      RZ       96.00        0.30           28.80
    Roso Suarez         RS      190.00        2.40          456.00

Total Fees:                                                 592.80




Total Services                                              592.80




Total Expenses                                                 .00
                                                     --------------

Total This Matter                                           592.80
                                                     --------------
```

```
                                           Inv#      148008
                                           Date      Feb 21, 2014
                                           Client Number  8292




Re:   LCD Indirect - Project Management                829206

For Professional Services Rendered:


   TIMEKEEPER                     RATE      HOURS          FEES
   Danielle Cook          DC     93.00       4.35        404.55
   Doreen McGinley        DM    130.00       4.80        624.00
   Justin Honse           JH    170.00       7.30      1,241.00
   Robin Niemiec          RN    215.00       3.70        795.50
   Sandra Peters          SP    195.00      12.60      2,457.00
   Sondra Weikert         SW    147.00       2.92        429.24
   Sylvia Nettles         SN     96.00       1.50        144.00

Total Fees:                                            6,095.29




Total Services                                         6,095.29




Total Expenses                                               .00
                                                      --------------
Total This Matter                                      6,095.29
                                                      --------------
```

```
                                        Inv#      148008
                                        Date      Feb 21, 2014
                                        Client Number  8292




Re:    LCD Indirect - Technical Consulting              829207

For Professional Services Rendered:

   TIMEKEEPER                    RATE       HOURS          FEES
   Hai Bui               HB    147.00        1.20        176.40
   Jason Moberg          JM    170.00        0.10         17.00
   Lee Anderson          LA    147.00        1.20        176.40
   Michael Oanes         MO    170.00        0.30         51.00

Total Fees:                                              420.80




Total Services                                           420.80




Total Expenses                                   _____.00
                                                 --------------

     Total This Matter                                   420.80
                                                 --------------
```

```
                                            Inv#     148008
                                            Date     Feb 21, 2014
                                            Client Number  8292



Re:    LCD Indirect - Document Receipting              829230

For Professional Services Rendered:

    TIMEKEEPER                  RATE       HOURS           FEES
     Processor    244    244   55.00        4.53         249.15

Total Fees:                                              249.15




Total Services                                           249.15




Total Expenses                                              .00
                                                     --------------
Total This Matter                                        249.15
                                                     --------------
```

```
                                        Inv#      148008
                                        Date      Feb 21, 2014
                                        Client Number  8292




Re:    LCD Indirect - Scanning                            829231

For Professional Services Rendered:


   TIMEKEEPER                    RATE       HOURS           FEES
     Scan Image Processor   144   55.00      4.46         245.30

Total Fees:                                               245.30




Total Services                                            245.30




Total Expenses                                               .00
                                                     --------------
Total This Matter                                         245.30
                                                     --------------
```

```
                                          Inv#     148008
                                          Date     Feb 21, 2014
                                          Client Number  8292




Re:   LCD Indirect - Correspondence/Admin Mail           829232

For Professional Services Rendered:

   TIMEKEEPER                    RATE       HOURS         FEES
   Danielle Cook        DC      93.00        1.76        163.68
   Doreen McGinley      DM     130.00       13.20      1,716.00
   Travis Duarte        TD      93.00       11.70      1,088.10

Total Fees:                                             2,967.78




Total Services                                          2,967.78




Total Expenses                                               .00
                                                      --------------

Total This Matter                                       2,967.78
                                                      --------------
```

```
                                        Inv#      148008
                                        Date      Feb 21, 2014
                                        Client Number  8292
```

Re:    LCD Indirect - Data Capture                           829234

For Professional Services Rendered:

```
    TIMEKEEPER                    RATE      HOURS         FEES
     Data Capture Processor   144  55.00     4.80        264.00
     Doreen McGinley          DM  130.00    38.00      4,940.00

Total Fees:                                             5,204.00




Total Services                                          5,204.00



Total Expenses                                               .00
                                                   --------------
Total This Matter                                       5,204.00
                                                   --------------
```

```
                                            Inv#      148008
                                            Date      Feb 21, 2014
                                            Client Number  8292




Re:    LCD Indirect - Claims Validation & Audits              829236

For Professional Services Rendered:


     TIMEKEEPER                   RATE       HOURS          FEES
     Danielle Cook       DC      93.00       27.02       2,512.86
     Justin Honse        JH     170.00        2.10         357.00
     Robin Niemiec       RN     215.00        1.00         215.00
     Sandra Peters       SP     195.00       17.29       3,371.55
     Sondra Weikert      SW     147.00        6.10         896.70
     Taryn Diddle        TD      93.00        9.03         839.79
     Travis Duarte       TD      93.00       46.76       4,348.68

Total Fees:                                             12,541.58




Total Services                                          12,541.58




Total Expenses                                                .00
                                                        --------------

Total This Matter                                       12,541.58
                                                        --------------
```

```
                                            Inv#      148008
                                            Date      Feb 21, 2014
                                            Client Number  8292




   Re:    LCD Indirect - Deficiency Claim Processing         829237

   For Professional Services Rendered:

      TIMEKEEPER                      RATE       HOURS           FEES
      Doreen McGinley         DM    130.00       22.20       2,886.00
      Sandra Peters           SP    195.00        1.66         323.70

   Total Fees:                                               3,209.70




   Total Services                                            3,209.70




   Total Expenses                                                 .00
                                                         --------------
   Total This Matter                                       3,209.70
                                                         --------------
```

```
                                           Inv#     148008
                                           Date     Feb 21, 2014
                                           Client Number  8292




    Re:    LCD Indirect  - Deficiency Notification            829238

    For Professional Services Rendered:


       TIMEKEEPER                    RATE     HOURS         FEES
       Ann Bultman           AB    130.00      0.28        36.40
       Cynthia Romero        CR    180.00      1.60       288.00
       Danielle Cook         DC     93.00      1.75       162.75
       Joel Cooper           JC    180.00      0.70       126.00
       Juan Carlos Quiroz    JQ    180.00      0.50        90.00
       Julie Zitzmann        JZ    130.00      2.49       323.70
       Justin Honse          JH    170.00      1.45       246.50
       Kathy Vatland         KV    147.00      0.39        57.33
       Leticia Rivera        LR    180.00      0.50        90.00
       Lucretia Hassing      LH    130.00      0.60        78.00
       Michelle Swanson      MS    147.00      0.42        61.74
       Robin Niemiec         RN    215.00      3.70       795.50
       Roso Suarez           RS    190.00      2.80       532.00
       Sandra Peters         SP    195.00      1.22       237.90
       Sondra Weikert        SW    147.00      8.35     1,227.45
       Thomas Bauer          TB    130.00      6.01       781.30
       Vickie Lee            VL    130.00      1.40       182.00

 Total Fees:                                             5,316.57




 Total Services                                          5,316.57




 Total Expenses                                               .00
                                                      --------------

 Total This Matter                                       5,316.57
                                                      --------------
```

```
                                            Inv#      148008
                                            Date      Feb 21, 2014
                                            Client Number  8292




Re:    LCD Indirect  - Mailroom & Data Capture Management       829239

For Professional Services Rendered:

    TIMEKEEPER                     RATE        HOURS              FEES
    Mailroom Processor   151144    55.00        1.06             58.30

Total Fees:                                                      58.30




Total Services                                                   58.30




Total Expenses                                                     .00
                                                          --------------
Total This Matter                                                58.30
                                                          --------------
```

```
                                           Inv#     148008
                                           Date     Feb 21, 2014
                                           Client Number  8292




Re:   LCD Indirect - Call Center Training                 829245

For Professional Services Rendered:


    TIMEKEEPER                       RATE      HOURS         FEES
     CSR      240          240      53.00       1.83        96.99
     Rebecca Hensel         RH      96.00       1.02        97.92

Total Fees:                                                194.91




Total Services                                             194.91




Total Expenses                                                .00
                                                     --------------
Total This Matter                                          194.91
                                                     --------------
```

```
                                            Inv#    148008
                                            Date    Feb 21, 2014
                                            Client Number  8292




Re:    LCD Indirect - Call Center Support                 829247

For Professional Services Rendered:


   TIMEKEEPER                        RATE      HOURS          FEES
   April Hyduk              AH     195.00       0.40         78.00
   Doreen McGinley          DM     130.00       1.50        195.00
   Rebecca Hensel           RH      96.00       0.19         18.24
   Robin Niemiec            RN     215.00       1.00        215.00

Total Fees:                                                 506.24




Total Services                                              506.24




Total Expenses                                        _____.00
                                                      --------------

Total This Matter                                           506.24
                                                      --------------
```

```
                                        Inv#      148008
                                        Date      Feb 21, 2014
                                        Client Number  8292



Re:    LCD Indirect - Expenses                            829290

For Professional Services Rendered:




Expense Detail:


Reference    Date    Description                              Amount
---------    ----    -----------                              ------

       Call Center/Telecommunications
             01/30/14  Live Call Center Support; 171 Calls    1,845.00
             01/31/14  Line Maintenance Charge Schedule         150.00
             01/31/14  IVR 1523.27 Minutes                      639.77
             01/31/14  IVR System Charge                        275.00
             01/31/14  Long Distance 1920.3 Minutes             230.43
                                                  Subtotal    3,140.20

       Postage/Federal Express
             01/29/14  Weekly Mail Pickup                         2.43
             01/29/14  Metered Postage; 317 pieces              145.82
             01/30/14  Metered Postage; 31 pieces                14.26
             01/31/14  Postage; 2279 pieces                   1,048.34
                                                  Subtotal    1,210.85

       Shredding/Storage
             01/31/14  Storage and/or Shredding 44 Boxes         99.00
             01/31/14  Storage and/or Shredding 6 Boxes          13.50
             01/31/14  Storage and/or Shredding 5 Boxes          11.25
             01/31/14  Data Storage January 2014               814.08
                                                  Subtotal     937.83

       Other
             01/31/14  #10 Window Envelope;31                     3.10
                                                  Subtotal       3.10

       Photocopies/Faxing/Printing
             01/31/14  Photocopies/Faxing/Printing              59.30
                                                  Subtotal      59.30
```

```
                                        Inv#     148008
                                        Date     Feb 21, 2014
                                        Client Number  8292
     Website Hosting
        01/30/14  Web Monitor & Host                      300.00
                                        Subtotal          300.00


Total Expenses                                          5,651.28
                                                       ---------------

Total This Matter                                       5,651.28
                                                       ---------------
```