1   Carl L. Blumenstein (CA Bar No. 124158)
    NOSSAMAN LLP
2   50 California Street, 34th Floor
    San Francisco, CA 94111
3   Telephone:  (415) 398-3600
    Facsimile:   (415) 398-2438
4   Email: cblumenstein@nossaman.com

5   *Defendants' Liaison Counsel*

6   Philip J. Iovieno (admitted *pro hac vice*)
    BOIES, SCHILLER & FLEXNER LLP
7   30 South Pearl Street, 11th Floor
    Albany, NY 12207
8   Telephone:  (518) 434-0600
    Facsimile:  (518) 434-0665
9   Email: piovieno@bsfllp.com

10  *Attorneys for Certain Direct Action Plaintiffs*

11  [additional counsel listed on the signature page]

12                      UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                        SAN FRANCISCO DIVISION

15

16

17  IN RE: TFT-LCD (FLAT PANEL)              CASE NO. M:07-md-01827-SI
    ANTITRUST LITIGATION
                                             MDL NO. 1827
18

19  This Document Relates to:               CASE NOS. 3:10-cv-05458-SI;
                                             3:11-cv-0829-SI; 3:11-cv-02225-SI;
20  *SB Liquidation Trust v. AU Optronics Corp.,*   3:11-cv-03763-SI; 3:11-cv-03856-SI;
    *et al.*, 3:10-cv-05458-SI              3:11-cv-04119-SI; 3:11-cv-05765-SI;
21                                           3:11-cv-05781-SI; 3:11-cv-06241-SI;
    *MetroPCS Wireless, Inc. v. AU Optronics*    3:12-cv-01426-SI; 3:10-cv-05625-SI
22  *Corp., et al.*, 3:11-cv-00829-SI

23  *Office Depot, Inc. v. AU Optronics Corp., et*   **STIPULATION AND [PROPOSED]**
    *al.*, 3:11-cv-02225-SI                  **ORDER REGARDING TRACK 2**
24                                           **EXPERT DEPOSITIONS AND**
                                             **DAUBERT MOTIONS SCHEDULE**
25

26

27

28

1 | *Interbond Corp. of America v. AU Optronics Corp., et al.*, 3:11-cv-03763-SI

2

3 | *Schultze Agency Services, LLC, on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, v. AU Optronics Corp., et al.*, 3:11-cv-03856-SI

4

5 | *P.C. Richard & Son Long Island Corp., et al. v. AU Optronics Corp., et al.*, 3:11-cv-04119-SI

6

7 | *Tech Data Corp., et al. v. AU Optronics Corp., et al.*, 3:11-cv-05765-SI

8

9 | *The AASI Creditor Liquidating Trust, by and through Kenneth A. Welt, Liquidating Trustee v. AU Optronics Corp., et al.*, 3:11-cv-05781-SI

10

11 | *CompuCom Systems, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-06241-SI

12

13 | *NECO Alliance LLC v. AU Optronics Corp., et al.*, 3:12-cv-01426-SI

14 | *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. AU Optronics Corp., et al.*, 3:10-cv-05625-SI

15

16

17        Plaintiffs and Defendants in the above-captioned cases (collectively, the "Parties") state as

18 follows:

19        The Parties have met and conferred in good faith regarding the scheduling of Plaintiffs'

20 experts' depositions, and recognize that the experts' schedules make it difficult to hold

21 depositions during the time period set out in the Stipulation and Order Regarding Summary

22 Judgment Schedule (entered January 28, 2014) ("Scheduling Order"); and

23        The Parties have agreed to a one week extension to the deadline for expert depositions and

24 *Daubert* motions to accommodate Plaintiffs' experts' schedules;

25        NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE that, subject to the

26 Court's concurrence and availability, that the Scheduling Order is amended such that the

27 following schedule will apply to the rebuttal depositions of Plaintiffs' experts and to any *Daubert*

28

**STIPULATION AND [PROPOSED] ORDER**
**REGARDING TRACK 2 EXPERT DEPOSITIONS**          -1-
**AND DAUBERT MOTIONS SCHEDULE**                              CASE NO. M:07-MD-01827-SI

1  motions filed by Defendants as to Plaintiffs' experts Dr. Bernheim, Dr. Marx, Dr. Fontecchio, and

2  Mr. Stowell:

3

| Last day to hold depositions of Dr. Bernheim, Dr. Fontecchio, and Mr. Stowell | May 12, 2014 |
| Last day to file *Daubert* motions | June 5, 2014 |
| Last day to file oppositions to *Daubert* motions | July 17, 2014 |
| Last day to file reply briefs in support of *Daubert* motions | August 28, 2014 |
| Hearing on *Daubert* motions | September 12, 2014 |

The Parties do not intend any other amendment to the Scheduling Order.


Dated: April 4, 2014
                                    Respectfully submitted,


                          By:_____ */s/ Philip J. Iovieno*_____
                                William Isaacson (admitted *pro hac vice*)
                                BOIES, SCHILLER & FLEXNER LLP
                                5301 Wisconsin Avenue NW, Suite 800
                                Washington, DC  20015
                                Telephone:  (202) 237-2727
                                Facsimile:  (202) 237-6131
                                Email: wisaacson@bsfllp.com


                                Philip J. Iovieno (admitted *pro hac vice*)
                                Anne M. Nardacci (admitted *pro hac vice*)
                                BOIES, SCHILLER & FLEXNER LLP
                                30 South Pearl Street, 11th Floor
                                Albany, NY  12207
                                Telephone:  (518) 434-0600
                                Facsimile:  (518) 434-0665
                                Email: piovieno@bsfllp.com
                                       anardacci@bsfllp.com

                                *Attorneys for Plaintiffs MetroPCS Wireless, Inc.;*
                                *Office Depot, Inc.; Interbond Corp. of America;*
                                *Schultze Agency Services, LLC; P.C. Richard & Son*
                                *Long Island Corporation; MARTA Cooperative of*
                                *America, Inc.; ABC Appliance Inc.; Tech Data Corp.*
                                *and Tech Data Product Management, Inc.; The AASI*
                                *Creditor Liquidating Trust; CompuCom Systems, Inc.;*
                                *and NECO Alliance LLC*

1

2      By: _____ /s/ Scott N. Wagner _____
          Robert W. Turken
3         Mitchell E. Widom
          Scott N. Wagner
4         BILZIN SUMBERG BAENA PRICE & AXELROD
          LLP
5         1450 Brickell Avenue, Suite 2300
          Miami, FL  33131-3456
6         Telephone:  (305) 374-7580
          Facsimile:  (305) 374-7593
7         Email: rturken@bilzin.com
                    mwidom@bilzin.com
8                   swagner@bilzin.com

9         *Attorneys for Plaintiffs Tech Data Corp. and Tech
          Data Product Management, Inc. and The AASI
10        Creditor Liquidating Trust*

11     By: _____ /s/ H. Lee Godfrey _____
          H. Lee Godfrey
12        Kenneth S. Marks
          Jonathan J. Ross
13        Johnny W. Carter
          SUSMAN GODFREY L.L.P.
14        1000 Louisiana Street, Suite 5100
          Houston, TX  77002
15        Telephone:  (713) 651-9366
          Facsimile:  (713) 654-6666
16        Email: lgodfrey@susmangodfrey.com
                    kmarks@susmangodfrey.com
17                  jross@susmangodfrey.com
                    jcarter@susmangodfrey.com
18
          Parker C. Folse III
19        Rachel S. Black
          Jordan Connors
20        SUSMAN GODFREY L.L.P.
          1201 Third Avenue, Suite 3800
21        Seattle, WA  98101-3000
          Telephone:  (206) 516-3880
22        Facsimile:  (206) 516-3883
          Email: pfolse@susmangodfrey.com
23                  rblack@susmangodfrey.com
                    jconnors@susmangodfrey.com
24
          *Attorneys for Plaintiff Alfred H. Siegel, as Trustee of
25        the Circuit City Stores, Inc. Liquidating Trust*

26

27

28

**STIPULATION AND [PROPOSED] ORDER**
**REGARDING TRACK 2 EXPERT DEPOSITIONS**        -3-
**AND DAUBERT MOTIONS SCHEDULE**                        CASE NO. M:07-MD-01827-SI

1

By: _____ /s/ Marc M. Seltzer _____

Marc M. Seltzer (54534)

2

Steven G. Sklaver (237612)

SUSMAN GODFREY LLP

3

1901 Avenue of the Stars, Suite 950

Los Angeles, CA  90067-6029

4

Telephone:  (310) 789-3100

Facsimile:  (310) 789-3150

5

Email: mseltzer@susmangodfrey.com

          ssklaver@susmangodfrey.com

6

Erica W. Harris

7

SUSMAN GODFREY LLP

1000 Louisiana, Suite 5100

8

Houston, TX  77002-5096

Telephone:  (713) 651-9366

9

Facsimile:  (713) 654-6666

Email: eharris@susmangodfrey.com

10

*Attorneys for SB Liquidation Trust*

11

12

By: _____ /s/ James B. Baldinger _____

13

James B. Baldinger

Florida Bar No.: 869899

14

jbaldinger@carltonfields.com

Robert L. Ciotti

15

Florida Bar No.: 333141

rciotti@carltonfields.com

16

David B. Esau

Florida Bar No.: 650331

17

desau@carltonfields.com

CARLTON FIELDS, P.A.

18

CityPlace Tower – Suite 1200

525 Okeechobee Boulevard

19

West Palm Beach, Florida 33401

Telephone: (561) 659-7070

20

Facsimile: (561) 659-7368

21

*Counsel for TracFone Wireless, Inc.*

22

23

24

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER**
**REGARDING TRACK 2 EXPERT DEPOSITIONS**          -4-
**AND DAUBERT MOTIONS SCHEDULE**                          CASE NO. M:07-MD-01827-SI

1    By:_____ /s/ Lee F. Berger_____
          Holly A. House (State Bar No. 136045)
2         Kevin C. McCann (State Bar No. 120874)
          Lee F. Berger (State Bar No. 222756)
3         Sean Unger (State Bar No. 231694)
          PAUL HASTINGS LLP
4         55 Second Street
          Twenty-Fourth Floor
5         San Francisco, CA  94105
          Telephone:  (415) 856-7000
6         Facsimile:   (415) 856-7100
          Email: kevinmccann@paulhastings.com
7                hollyhouse@paulhastings.com
                 leeberger@paulhastings.com
8                seanunger@paulhastings.com

9         Brad D. Brian (State Bar No. 079001)
          Jerome C. Roth (State Bar No. 159483)
10        MUNGER, TOLLES & OLSON LLP
          355 South Grand Avenue
11        Los Angeles, CA  90071-1560
          Telephone:  (213) 683-9100
12        Facsimile:   (213) 687-3702
          Email:  Brad.Brian@mto.com
13
          *Attorneys for Defendants LG Display Co., Ltd. and LG*
14        *Display America, Inc.*

15
     By:_____ /s/ Stephen P. Freccero_____
16        Melvin R. Goldman (SBN 34097)
          Stephen P. Freccero (SBN 131093)
17        Derek F. Foran (SBN 224569)
          MORRISON & FOERSTER LLP
18        425 Market Street
          San Francisco, CA  94105
19        Telephone:  (415) 268-7000
          Facsimile:   (415) 268-7522
20        Email:  mgoldman@mofo.com
                 sfreccero@mofo.com
21               dforan@mofo.com

22        *Attorneys for Defendants Epson Imaging Devices*
          *Corporation and Epson Electronics America, Inc.*
23

24

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER**
**REGARDING TRACK 2 EXPERT DEPOSITIONS**          -5-
**AND DAUBERT MOTIONS SCHEDULE**                                    CASE NO. M:07-MD-01827-SI

1

By: _____/s/ Carl L. Blumenstein_____
        Carl L. Blumenstein (State Bar No. 124158)

2       Christopher A. Nedeau (State Bar No. 81297)
        Farschad Farzan (State Bar No. 215194)

3       NOSSAMAN LLP
        50 California Street, 34th Floor

4       San Francisco, CA  94111
        Telephone:  (415) 398-3600

5       Facsimile:  ( 415) 398-2438
        Email: cnedeau@nossaman.com

6            cblumenstein@nossaman.com
             ffarzan@nossaman.com

7

        *Attorneys for Defendants AU Optronics Corporation*

8       *and AU Optronics Corporation America*

9

By: _____/s/ Christopher M. Curran_____

10      Christopher M. Curran *(pro hac vice)*
        Martin M. Toto *(pro hac vice)*

11      John H. Chung *(pro hac vice)*
        WHITE & CASE LLP

12      1155 Avenue of the Americas
        New York, NY  10036

13      Telephone:  (212) 819-8200
        Facsimile:  (212) 354-8113

14      Email: ccurran@whitecase.com
             mtoto@whitecase.com

15           jchung@whitecase.com

16      *Attorneys for Toshiba Corporation, Toshiba Mobile*
        *Display Co., Ltd., Toshiba America Electronic*

17      *Components, Inc. and Toshiba America Information*
        *Systems, Inc.*

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER**
**REGARDING TRACK 2 EXPERT DEPOSITIONS**       -6-
**AND DAUBERT MOTIONS SCHEDULE**                                    CASE NO. M:07-MD-01827-SI

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By: _____ */s/ Neal A. Potischman*_____
Neal A. Potischman (SBN 254862)
neal.potischman@davispolk.com
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone:   (650) 752-2000
Facsimile:    (650) 752-2111

*Counsel for Defendants Chi Mei Optoelectronics
Corp. (n/k/a Innolux Corporation), Chi Mei
Optoelectronics USA, Inc., and CMO Japan Co., Ltd.
for the Office Depot, Inc., Interbond Corp. of America,
Schultze Agency Services, LLC, P.C. Richard & Son
Long Island Corp., et al., Tech Data Corp., et al., The
AASI Creditor Liquidating Trust, CompuCom Systems,
Inc., and NECO Alliance LLC Actions Only*

_____ */s/ Michael R. Scott*_____
Michael R. Scott (pro hac vice)
mrs@hcmp.com
Michael J. Ewart (pro hac vice)
mje@hcmp.com
HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, WA 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

*Counsel for Chi Mei Optoelectronics Corporation
(n/k/a Innolux Corporation), CMO Japan Co., Ltd.,
and Chi Mei Optoelectronics USA, Inc. for the
MetroPCS Wireless, Inc. Action Only*

By: _____ */s/ William S. Farmer*_____
William S. Farmer (SBN 46694)
David C. Brownstein (SBN 141929)
Jacob P. Alpren (SBN 235713)
Farmer Brownstein Jaeger LLP
235 Pine Street, Suite 1300
San Francisco, CA  94104
Telephone:  (415) 795-2050
Email: wfarmer@fbj-law.com
          dbrownstein@fbj-law.com
          jalpren@fbj-law.com

*Counsel for Chunghwa Picture Tubes, Ltd. in the
MetroPCS Wireless Action Only*

**STIPULATION AND [PROPOSED] ORDER
REGARDING TRACK 2 EXPERT DEPOSITIONS      -7-
AND DAUBERT MOTIONS SCHEDULE**                          CASE NO. M:07-MD-01827-SI

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By: _____ */s/ Rachel S. Brass*_____
    Rachel S. Brass (SBN 219301)
    Joel S. Sanders (SBN 107234)
    Austin V. Schwing (SBN 211696
    GIBSON, DUNN & CRUTCHER LLP
    555 Mission Street, Suite 3000
    San Francisco, California 94105
    (415) 393-8200 / (415) 393-8306
    *jsanders@gibsondunn.com*
    *rbrass@gibsondunn.com*

    *Attorneys for Defendants Chunghwa Picture Tubes,*
    *Ltd. in the Office Depot, Jaco Electronics, TracFone,*
    *Interbond, Schultze Agency Services, PC Richard,*
    *Tech Data, AASI Creditor Liquidating Trust, and*
    *CompuCom Actions Only*

By: _____ /s/ Harrison J. Frahn IV_____
    James G. Kreissman (SBN 206740)
    Harrison J. Frahn IV (SBN 206822)
    Jason M. Bussey (SBN 227185)
    Elizabeth A. Gillen (SBN 260667)
    Melissa D. Schmidt (SBN 266487)
    SIMPSON THACHER & BARTLETT LLP
    2475 Hanover St.
    Palo Alto, California 94304
    Telephone: (650) 251-5000
    Facsimile: (650) 251-5001
    jkreissman@stblaw.com
    hfrahn@stblaw.com
    jbussey@stblaw.com
    egillen@stblaw.com
    melissa.schmidt@stblaw.com

    *Attorneys for Defendant HannStar Display*
    *Corporation*

**STIPULATION AND [PROPOSED] ORDER**
**REGARDING TRACK 2 EXPERT DEPOSITIONS**    -8-
**AND DAUBERT MOTIONS SCHEDULE**                    CASE NO. M:07-MD-01827-SI

1              By:      */s/ Jacob R. Sorensen*

2                  Jacob R. Sorensen (SBN 209134)
John M. Grenfell (SBN 88500)
Fusae Nara (*pro hac vice*)

3                  Andrew D. Lanphere (SBN 191479)
PILLSBURY WINTHROP SHAW PITTMAN LLP

4                  Four Embarcadero Center, 22nd Floor
San Francisco, CA  94111

5                  Telephone:  (415) 983-1000
Facsimile:  (415) 983-1200

6                  Email: john.grenfell@pillsburylaw.com
jake.sorensen@pillsburylaw.com

7                  fusae.nara@pillsburylaw.com
andrew.lanphere@pillsburylaw.com

8

9                  *Attorneys for Defendants Sharp Corporation and*
*Sharp Electronics Corporation*

10            By:      */s/ Kent M. Roger*

11               Kent M. Roger (Bar No. 95987)
MORGAN LEWIS & BOCKIUS LLP

12               One Market, Spear Street Tower
San Francisco, CA  94105-1126

13               Telephone:  (415) 442-1000
Facsimile:  (415) 442-1001

14               Email:  kroger@morganlewis.com

15               *Attorneys for Defendants Hitachi, Ltd., Hitachi*
*Displays, Ltd. (n/k/a Japan Display Inc.) and Hitachi*

16               *Electronic Devices (USA), Inc.*

17            By:      */s/ Stephen Holbrook Sutro*

18               George Dominic Niespolo
Stephen Holbrook Sutro

19               DUANE MORRIS LLP
One Market , Spear Tower, Suite 2200

20               San Francisco, CA  94105
Telephone:  (415) 957-3010

21               Facsimile:  (415) 957-3001
Email:  gdniespolo@duanemorris.com

22               shsutro@duanemorris.com

23               *Attorneys for NEC Corporation, NEC LCD*
*Technologies, Ltd., and Renesas Electronics America,*

24               *Inc.*

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
REGARDING TRACK 2 EXPERT DEPOSITIONS    -9-
AND DAUBERT MOTIONS SCHEDULE                      CASE NO. M:07-MD-01827-SI

1    Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this

2    document has been obtained from each of the above signatories.

3    **IT IS SO ORDERED.**

4

5

6    Dated: _____   4/7/14                    _____

7                                                               Hon. Susan Illston
                                                               United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28