IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. M 07-1827 SI<br>MDL No. 1827 |
| _____/ | |
| This Order Relates To Individual Case No. 10-cv-4572 SI:<br><br>*Best Buy Co., Inc. v. AU Optronics Corp., et al.*<br>_____/ | No. C 10-4572 SI<br><br>**ORDER RE BEST BUY'S OBJECTIONS TO SPECIAL MASTER'S ORDER** |

Currently before the Court are Best Buy's objections to the Special Master's order regarding Best Buy's motion for fees and costs, Master Dkt. No. 8881. Pursuant to Civil Local Rule 7-1(b), the Court determines that this matter is appropriate for resolution without oral argument and VACATES the hearing scheduled for May 9, 2014. The Court will issue an Order on this matter in due course. Accordingly, Hannstar's administrative motion to strike Best Buy's notice of resetting of motion, Master Dkt. No. 8914, is DENIED AS MOOT.

**IT IS SO ORDERED.**

Dated: April 10, 2014

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE