CHRISTOPHER A. NEDEAU (SBN 81297)
CARL L. BLUMENSTEIN (SBN 124158)
NATASHA A. SAGGAR SHETH (SBN 282896)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone: 415.398.3600
Facsimile:  415.398.2438
cnedeau@nossaman.com
cblumenstein@nossaman.com
nsaggarsheth@nossaman.com

Attorneys for Defendants
AU Optronics Corporation and
AU Optronics Corporation America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:07-md-1827 SI<br>MDL No. 1827 |
| This Document Relates to: | |
| ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST, | Case No. 3:10-cv-05625 SI<br>**STIPULATION AND [PROPOSED] ORDER SETTING TRIAL DATE** |
| Plaintiff, | |
| v. | |
| AU OPTRONICS CORPORATION, *et al.*, | |
| Defendants. | |

WHEREAS, at a Case Management Conference on April 23, 2014, the Court requested that the parties submit a proposed trial date for the above-referenced action;

Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust, and Defendants AU Optronics Corporation, AU Optronics Corporation America, HannStar Display

1  Corporation, Epson Imaging Devices Corporation and Epson Electronics America, Inc.
2  (collectively, "Parties") hereby stipulate, subject to the concurrence of the Court, that the above-
3  referenced action shall be scheduled for trial to commence on July 13, 2015.
4      **IT IS SO STIPULATED.**
5  Dated: May 2, 2014      Respectfully submitted,

By:    /s/ Kenneth S. Marks

H. Lee Godfrey
Kenneth S. Marks
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

*Counsel for Alfred H. Siegel, solely in his capacity as Trustee of the Circuit Stores, Inc. Liquidating Trust*

By:    /s/ Jason M. Bussey

James G. Kreissman
Harrison J. Frahn IV
Jason M. Bussey
Elizabeth Gillen
Melissa D. Schmidt
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

*Counsel for Defendant HannStar Display Corporation*

By:    /s/ Stephen P. Freccero

Melvin R. Goldman
Stephen P. Freccero
D. Anthony Rodriguez
MORRISON & FOERSTER LLP
425 Market Street, 32" Floor
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Counsel for Epson Imaging Devices and Epson Electronics America, Inc.*

By: _____/s/ Carl L. Blumenstein_____

Christopher A. Nedeau
Carl L. Blumenstein
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 398-3600
Facsimile: (415) 398-2438

*Counsel for Defendants AU Optronics Corporation and AU Optronics Corporation America, and Liaison Counsel for Defendants*

Attestation: Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the signatories.

### ORDER

The Court hereby schedules the above-referenced action for jury trial to commence on July 13, 2015. The Final Pretrial Conference is scheduled for July 1, 2015 at 3:30 p.m.

IT IS SO ORDERED.

Dated: 5/8/14

The Honorable Susan Illston
Judge of the United States District Court