DAVID B. ESAU
CARLTON FIELDS JORDEN BURT, P.A.
CityPlace Tower
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, FL 33401
desau@cfjblaw.com
Telephone: (561) 659-7070
Facsimile: (561) 659-7368

*Liaison Counsel for the Direct Action Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:07-md-1827 SI<br>MDL No. 1827 |
| This document Relates to:<br><br>*Acer America Corp., et al. v. Hitachi, Ltd., et al.,* 3:13-cv-03349-SI<br><br>*Home Depot U.S.A., Inc. v. AU Optronics Corp., et al.,* 3:13-cv-06001-SI<br><br>*Proview Technology, Inc. v. AU Optronics Corp., et al.,* 3:12-cv-03802-SI | **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO SUBMIT PROPOSED TRACK 3 SCHEDULE** |

Plaintiffs and Defendants (collectively, "Parties") in the above-captioned cases (collectively, the "Track 3 cases") hereby stipulate as follows:

WHEREAS, at a Case Management Conference on April 23, 2014, the Court requested that the Parties submit a proposed pretrial and trial schedule for the Track 3 cases by May 7, 2014;

WHEREAS, the Parties have conferred and are working toward a proposed schedule, but need a few extra days to complete that process;

NOW, THEREFORE, IT IS HEREBY STIPULATED between the Parties, and subject to the concurrence of the Court, that the deadline for the Parties to submit a proposed pretrial and trial schedule for the Track 3 cases shall be extended until May 12, 2014.

**IT IS SO STIPULATED.**

Dated: May 6, 2014                              Respectfully submitted,

**NOSSAMAN LLP**

By: _____/s/  Carl L. Blumenstein_____
       Carl L. Blumenstein

Christopher A. Nedeau
Carl L. Blumenstein
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone:    (415) 438-7274
Facsimile:     (415) 398-2438

*Counsel for Defendants AU Optronics Corporation and AU Optronics Corporation America and Liaison Counsel for Defendants*

Dated: May 6, 2014_____   **CARLTON FIELDS JORDEN BURT, P.A.**

By: _____/s/  David B. Esau_____
       David B. Esau

David B. Esau
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, FL  33401-6350
Telephone:    (561) 659-7070
Facsimile:     (561) 659-7368

*Liaison Counsel for the Direct Action Plaintiffs*

Attestation: Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the signatories.

**ORDER**

IT IS SO ORDERED.

Dated: _5/8/14_

_[signature: Susan Illston]_

The Honorable Susan Illston
United States District Judge