IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION / | No. M 07-1827 SI<br>MDL. No. 1827 |
| This Order Relates to:<br>ALL DIRECT PURCHASER ACTIONS<br>/ | **ORDER RE: MOTION FOR *CY PRES* DISTRIBUTION** |

The direct purchaser plaintiffs have filed a motion seeking the distribution of the remaining money in the settlement fund via a *cy pres* remedy. Plaintiffs' motion and supporting declarations state that a late claim submitted by ASA Electronics, LLC was denied as untimely. Plaintiffs' papers also state that Audiovox Corporation filed a claim on behalf of its subsidiaries and affiliates, one of which is ASA, and that a portion of Audiovox's award was applicable to ASA.

The Court finds that additional information about the ASA claim would be helpful in evaluating plaintiffs' motion for *cy pres* distribution. The Court directs plaintiffs to file a declaration stating the amount of the ASA claim, as well as what portion of Audiovox's award was applicable to ASA (and whether that portion of the award was actually paid to ASA). Plaintiffs shall file the declaration by May **16, 2014**.

**IT IS SO ORDERED.**

Dated: May 9, 2014

SUSAN ILLSTON
United States District Judge