Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Judith A. Zahid (215418)
Patrick B. Clayton (240191)
Qianwei Fu (242669)
Heather T. Rankie (268002)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile:  (415) 693-0770
*fscarpulla@zelle.com*

Joseph M. Alioto (42680)
Theresa D. Moore (99978)
ALIOTO LAW FIRM
225 Bush Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile:  (415) 434-9200
*jmalioto@aliotolaw.com*

*Co-Lead Class Counsel for Indirect-Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:07-MD-1827 SI<br>MDL No. 1827 |
| This Document Relates to: | [PROPOSED] ORDER RE: DISTRIBUTION FROM ESCROW FUNDS FOR CLAIMS ADMINISTRATION |
| All Indirect-Purchaser Actions; | |
| *State of Missouri, et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-3619; | The Honorable Susan Illston |
| *State of Florida v. AU Optronics Corporation, et al.*, Case No. 10-cv-3517; and | |
| *State of New York v. AU Optronics Corporation, et al.*, Case No. 11-cv-0711. | |

WHEREAS, on December 27, 2011, the Court granted final approval to settlements between the Indirect-Purchaser Plaintiffs ("IPPs") and the States of Arkansas, California, Florida, Michigan, Missouri, New York, West Virginia, and Wisconsin ("Settling States") on the one hand, and defendants Chimei, Chunghwa, Epson, HannStar, Hitachi, Samsung and Sharp, as identified in the respective Settlement Agreements, and inclusive of related entities also identified in the respective Settlement Agreements (collectively, "Group-I Settling Defendants"), on the other hand; and

WHEREAS, on July 30, 2012, the Court granted preliminary approval to the settlements between IPPs and the Settling States, and defendants AUO, LG and Toshiba, as identified in the respective Settlement Agreements (collectively, "Group-II Settling Defendants" and with the Group-I Settling Defendants referred to hereafter as "All Settling Defendants"), on the other hand; and

WHEREAS, the Settlement Agreements with All Settling Defendants provide that the costs of administration of the claims process shall be paid from the Settlement Fund of each Settling Defendant, *pro rata*, based on each Settling Defendant's Settlement Amount; and

WHEREAS, the cost of claims administration invoiced by Rust Consulting is $127,003.55 (see Exhibits 1 and 2 attached hereto); and

WHEREAS, pursuant to the Settlement Agreements the following amounts may be deducted from each Settling Defendant's Settlement Fund to pay such costs of claims administration:

| | |
|---|---|
| Chimei | $12,943.05 |
| Chunghwa | $622.67 |
| Epson | $334.51 |
| HannStar | $3,010.61 |
| Hitachi | $4,574.85 |
| Samsung | $28,169.40 |
| Sharp | $13,556.52 |
| AUO | $18,955.66 |

1

| | |
|---|---|
| LG | $42,371.46 |
| Toshiba | $2,464.82 |
| **TOTAL** | **$127,003.55** |

WHEREAS, Well Fargo Bank, N.A. has informed the parties that it requires an order from the Court before it will distribute payment for these additional costs;

THEREFORE, IT IS HEREBY ORDERED that Wells Fargo Bank, N.A. shall wire **$127,003.55** to the following account:

Bank of Texas

ABA/Routing # 111014325

Account # 8093434387

Account Name:  Rust Consulting

Reference # 128325

Federal Tax ID # 41-1813634

Bank Contact: Mayra Landeros, (214) 987-8817

The balance of funds in the demand-deposit account, if any, shall be retained for additional costs as they are incurred.


**IT IS SO ORDERED.**


Dated: _May 20_____, 2014          _____
                                        Hon. Susan Illston
                                        United States District Judge


3251661v2

[PROPOSED] ORDER RE: DISTRIBUTION FROM ESCROW FUNDS FOR CLAIMS ADMINISTRATION



# Invoice

625 MARQUETTE AVENUE, SUITE 880
MINNEAPOLIS, MN 55402
**P** 612.359.2000   I   **F** 612.359.2050
WWW.RUSTCONSULTING.COM
FEDERAL ID #: 41-1813634

DATE:               03/27/14
INVOICE #:          14-8111
MATTER #:           8292

**TO:** Francis O. Scarpulla
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street
Suite 3400
San Francisco, CA  94104
fscarpulla@zelle.com
jdc@coopkirk.com

| PROJECT |
|---|
| *LCD Indirect* |
| *February 2014 Claims Administration Services* |

| | | |
|---|---|---:|
| Pre-Matter Planning | $ | 129.00 |
| Project Database | | 1,050.50 |
| Project Management | | 5,111.57 |
| Technical Consulting | | 266.90 |
| Email Notification | | 67.62 |
| Follow-Up Notice | | 1,770.75 |
| Document Receipting | | 342.78 |
| Claim Forms Submitted (1,264 @ $0.15 each) | | 189.60 |
| Scanning | | 1,219.16 |
| Correspondence/Admin Mail | | 2,611.00 |
| Data Capture | | 4,551.04 |
| Claims Validation & Audits | | 27,850.11 |
| Deficiency Claim Processing | | 2,663.46 |
| Deficiency Notification | | 4,941.41 |
| Mailroom & Data Capture Management | | 203.20 |
| Call Center Training | | 526.33 |
| Call Center Scripting | | 1,068.81 |
| Call Center Support | | 1,317.81 |
| | **SUBTOTAL** | 55,881.05 |
| Expenses: Other Charges and Out-of-Pocket Costs | | |
| Call Center/Telecommunications | | 2,622.27 |
| Postage/Federal Express | | 1,244.78 |
| Shredding/Storage | | 24.75 |
| Photocopies/Faxing/Printing | | 104.60 |
| Printing | | 700.00 |
| Address Traces | | 98.50 |
| Website Hosting | | 300.00 |
| | **SUBTOTAL** | 5,094.90 |
| | **TOTAL INVOICE** | $   60,975.95 |

**PAYMENT TERMS: NET DUE UPON RECEIPT**

**WIRE INFORMATION**
ACCOUNT #: 8093434387
ABA/ROUTING # WIRE or ACH: 111014325
BANK: BANK OF TEXAS, DALLAS, TX 75225
BANK CONTACT: MAYRA LANDEROS  214.987.8817
REFERENCE: INVOICE NUMBER

**RUST**
**PAYMENT MAILING ADDRESS:**
P O BOX 142589
DRAWER #9051
Irving, TX  75014-2589

```
Inv#     148111
Date     Mar 27, 2014
Client Number  8292
```

Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street
Suite 3400
San Francisco, CA  94104
fscarpulla@zelle.com
jdc@coopkirk.com

Re:    LCD Indirect - Pre-Matter Planning                    829201

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Robin Niemiec | RN | 215.00 | 0.60 | 129.00 |

Total Fees:                                                      129.00


Total Services                                                   129.00


Total Expenses                                                       .00
                                                          --------------
Total This Matter                                                129.00
                                                          --------------

```
                              Inv#    148111
                              Date    Mar 27, 2014
                              Client Number  8292
```

Re:   LCD Indirect - Project Database                    829202

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Greg Brown | GSB | 147.00 | 0.50 | 73.50 |
| Juan Carlos Quiroz | JQ | 180.00 | 1.30 | 234.00 |
| Rebecca Zoubek | RZ | 96.00 | 1.00 | 96.00 |
| Roso Suarez | RS | 190.00 | 2.90 | 551.00 |
| Tracey Rolle | TR | 96.00 | 1.00 | 96.00 |

Total Fees:                                           1,050.50

Total Services                                        1,050.50

Total Expenses                                             .00
                                               --------------
Total This Matter                                     1,050.50
                                               --------------

```
                              Inv#     148111
                              Date     Mar 27, 2014
                              Client Number  8292


Re:   LCD Indirect - Project Management               829206

For Professional Services Rendered:

     TIMEKEEPER              RATE      HOURS         FEES
     Danielle Cook      DC   93.00     0.69         64.17
     Justin Honse       JH  170.00    12.10      2,057.00
     Robin Niemiec      RN  215.00     6.90      1,483.50
     Sandra Peters      SP  195.00     2.19        427.05
     Sondra Weikert     SW  147.00     5.84        858.48
     Sylvia Nettles     SN   96.00     1.25        120.00
     Travis Duarte      TD   93.00     1.09        101.37

Total Fees:                                     5,111.57




Total Services                                  5,111.57




Total Expenses                                       .00
                                             --------------

Total This Matter                               5,111.57
                                             --------------
```

```
Inv#     148111
Date     Mar 27, 2014
Client Number  8292
```

Re:   LCD Indirect - Technical Consulting                829207

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Hai Bui | HB | 147.00 | 0.80 | 117.60 |
| Jason Moberg | JM | 170.00 | 0.10 | 17.00 |
| Lee Anderson | LA | 147.00 | 0.90 | 132.30 |

Total Fees:                                                266.90

Total Services                                             266.90

Total Expenses                                                .00
                                                    --------------

Total This Matter                                          266.90
                                                    --------------

```
                              Inv#    148111
                              Date    Mar 27, 2014
                              Client Number  8292



Re:   LCD Indirect  - Email Notification              829212

For Professional Services Rendered:


     TIMEKEEPER              RATE       HOURS         FEES
     Derrick Wersal      DW  147.00      0.46        67.62

Total Fees:                                          67.62




Total Services                                       67.62




Total Expenses                                 .00
                                        --------------

Total This Matter                                    67.62
                                        --------------
```

```
                              Inv#     148111
                              Date     Mar 27, 2014
                              Client Number  8292


Re:    LCD Indirect - Follow-Up Notice                   829213

For Professional Services Rendered:

     TIMEKEEPER                RATE       HOURS         FEES
     Brittany Flom        BF   147.00     0.25          36.75
     Mark Seubert         MS   180.00     7.10       1,278.00
     Roso Suarez          RS   190.00     2.40         456.00

Total Fees:                                          1,770.75




Total Services                                       1,770.75




Total Expenses                                            .00
                                                  --------------

Total This Matter                                    1,770.75
                                                  --------------
```

```
                              Inv#     148111
                              Date     Mar 27, 2014
                              Client Number  8292


Re:   LCD Indirect - Document Receipting              829230

For Professional Services Rendered:

     TIMEKEEPER                 RATE        HOURS          FEES
     Processor      244    244  55.00        4.26        234.30
     Jackie Jostock        JJ   96.00        1.13        108.48

Total Fees:                                              342.78




Total Services                                          342.78




Total Expenses                                              .00
                                               ---------------
Total This Matter                                       342.78
                                               ---------------
```

```
                              Inv#     148111
                              Date     Mar 27, 2014
                              Client Number  8292


Re:   LCD Indirect - Scanning                      829231

For Professional Services Rendered:

     TIMEKEEPER              RATE      HOURS         FEES
      Mailroom Processor  151144   55.00     0.01        0.55
       Scan Image Processor   144   55.00     5.82      320.10
     Carol Osborne           CO   147.00     0.39       57.33
     Jace Krause             JK    96.00     1.58      151.68
     Peter Hesse             PH   215.00     2.50      537.50
     Roso Suarez             RS   190.00     0.80      152.00

Total Fees:                                        1,219.16




Total Services                                     1,219.16




Total Expenses                                           .00
                                              --------------

Total This Matter                                  1,219.16
                                              --------------
```

```
                              Inv#    148111
                              Date    Mar 27, 2014
                              Client Number  8292


Re:    LCD Indirect - Correspondence/Admin Mail          829232

For Professional Services Rendered:


    TIMEKEEPER              RATE      HOURS        FEES
    Danielle Cook      DC   93.00     1.02        94.86
    Doreen McGinley    DM  130.00    10.60     1,378.00
    Sondra Weikert     SW  147.00     0.72       105.84
    Travis Duarte      TD   93.00    11.10     1,032.30

Total Fees:                                    2,611.00




Total Services                                 2,611.00




Total Expenses                                      .00
                                          --------------
Total This Matter                              2,611.00
                                          --------------
```

```
                                    Inv#     148111
                                    Date     Mar 27, 2014
                                    Client Number  8292


Re:    LCD Indirect - Data Capture                    829234

For Professional Services Rendered:

      TIMEKEEPER              RATE      HOURS        FEES
        Data Capture Processor  144    55.00    4.98    273.90
      Danielle Cook          DC    93.00   27.98   2,602.14
      Doreen McGinley        DM   130.00   12.30   1,599.00
      Roso Suarez            RS   190.00    0.40      76.00

Total Fees:                                        4,551.04




Total Services                                     4,551.04




Total Expenses                                          .00
                                                --------------
Total This Matter                                  4,551.04
                                                --------------
```

```
                              Inv#     148111
                              Date     Mar 27, 2014
                              Client Number  8292
```

Re:    LCD Indirect - Claims Validation & Audits          829236

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Danielle Cook | DC | 93.00 | 86.11 | 8,008.23 |
| Justin Honse | JH | 170.00 | 6.60 | 1,122.00 |
| Sandra Peters | SP | 195.00 | 28.41 | 5,539.95 |
| Sondra Weikert | SW | 147.00 | 15.93 | 2,341.71 |
| Travis Duarte | TD | 93.00 | 116.54 | 10,838.22 |

Total Fees:                                      27,850.11


Total Services                                   27,850.11


Total Expenses                                         .00
                                          --------------

Total This Matter                                27,850.11
                                          --------------

```
                              Inv#    148111
                              Date    Mar 27, 2014
                              Client Number  8292


Re:    LCD Indirect - Deficiency Claim Processing          829237

For Professional Services Rendered:

       TIMEKEEPER                RATE      HOURS         FEES
       Danielle Cook       DC    93.00      0.58        53.94
       Doreen McGinley     DM   130.00      5.70       741.00
       Sandra Peters       SP   195.00      1.32       257.40
       Sondra Weikert      SW   147.00     10.96     1,611.12

Total Fees:                                           2,663.46




Total Services                                        2,663.46




Total Expenses                                             .00
                                                --------------
Total This Matter                                     2,663.46
                                                --------------
```

```
                              Inv#    148111
                              Date    Mar 27, 2014
                              Client Number  8292


Re:    LCD Indirect  - Deficiency Notification          829238

For Professional Services Rendered:

     TIMEKEEPER                RATE       HOURS        FEES
     Christy Gilman       CG   195.00      0.20         39.00
     Cynthia Romero       CR   180.00      1.20        216.00
     Danielle Cook        DC    93.00      0.58         53.94
     Derrick Wersal       DW   147.00      6.91      1,015.77
     Juan Carlos Quiroz   JQ   180.00      1.90        342.00
     Julie Zitzmann       JZ   130.00      5.18        673.40
     Justin Honse         JH   170.00      2.30        391.00
     Lucretia Hassing     LH   130.00      0.78        101.40
     Michelle Lara        ML   130.00      1.61        209.30
     Sandra Peters        SP   195.00      4.05        789.75
     Sondra Weikert       SW   147.00      7.55      1,109.85

Total Fees:                                          4,941.41




Total Services                                       4,941.41




Total Expenses                                             .00
                                            --------------

Total This Matter                                    4,941.41
                                            --------------
```

```
                              Inv#     148111
                              Date     Mar 27, 2014
                              Client Number  8292
```

Re:    LCD Indirect  - Mailroom & Data Capture Management       829239

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Mailroom Processor | 151144 | 55.00 | 1.60 | 88.00 |
| Jackie Jostock | JJ | 96.00 | 0.79 | 75.84 |
| Sara Kanzenbach | SK | 96.00 | 0.41 | 39.36 |

Total Fees:                                              203.20


Total Services                                           203.20


Total Expenses                                              .00
                                                 --------------
Total This Matter                                        203.20
                                                 --------------

```
                              Inv#     148111
                              Date     Mar 27, 2014
                              Client Number  8292



Re:    LCD Indirect - Call Center Training                  829245

For Professional Services Rendered:


    TIMEKEEPER                    RATE      HOURS        FEES
     CSR      240          240    53.00      7.25      384.25
     Rebecca Hensel        RH     96.00      1.48      142.08
Total Fees:                                            526.33




Total Services                                        526.33




Total Expenses                                           .00
                                                  --------------

Total This Matter                                     526.33
                                                  --------------
```

```
                              Inv#     148111
                              Date     Mar 27, 2014
                              Client Number  8292


Re:    LCD Indirect - Call Center Scripting              829246

For Professional Services Rendered:


     TIMEKEEPER                  RATE      HOURS        FEES
     Sandra Peters        SP    195.00      2.33       454.35
     Sondra Weikert       SW    147.00      4.18       614.46

Total Fees:                                          1,068.81




Total Services                                       1,068.81




Total Expenses                                            .00
                                               --------------

Total This Matter                                    1,068.81
                                               --------------
```

```
                              Inv#    148111
                              Date    Mar 27, 2014
                              Client Number  8292


Re:   LCD Indirect - Call Center Support              829247

For Professional Services Rendered:

     TIMEKEEPER              RATE        HOURS          FEES
     Danielle Cook      DC   93.00       4.17         387.81
     Doreen McGinley    DM  130.00       1.20         156.00
     Rebecca Hensel     RH   96.00       1.06         101.76
     Robin Niemiec      RN  215.00       1.50         322.50
     Sondra Weikert     SW  147.00       0.38          55.86
     Travis Duarte      TD   93.00       3.16         293.88

Total Fees:                                        1,317.81




Total Services                                     1,317.81




Total Expenses                                          .00
                                                 --------------

Total This Matter                                  1,317.81
                                                 --------------
```

```
                                    Inv#     148111
                                    Date     Mar 27, 2014
                                    Client Number  8292


Re:   LCD Indirect - Expenses                        829290

For Professional Services Rendered:




Expense Detail:

Reference    Date    Description                          Amount
---------    ----    -----------                          ------

        Call Center/Telecommunications
             02/27/14  Live Call Center Support; 114 Calls    1,340.00
             02/28/14  IVR 1184.6 Minutes                       497.53
             02/28/14  Conference Calls 286.83 Minutes          143.42
             02/28/14  IVR System Charge                        275.00
             02/28/14  Line Maintenance Charge Schedule         150.00
             02/28/14  Long Distance 1802.7 Minutes             216.32
                                        Subtotal    2,622.27

        Postage/Federal Express
             02/27/14  Weekly Mail Pickup                         2.60
             02/28/14  Metered Postage; 1 piece                   0.48
             02/28/14  Metered Postage                          357.24
             02/28/14  Postage; 776 pieces                      372.48
             02/28/14  Postage; 410 pieces                      196.80
             02/28/14  Postage; 687 pieces                      233.58
             02/28/14  Metered Postage; 170 pieces               81.60
                                        Subtotal    1,244.78

        Shredding/Storage
             02/28/14  Storage and/or Shredding 6 Boxes          13.50
             02/28/14  Storage and/or Shredding 5 Boxes          11.25
                                        Subtotal       24.75

        Photocopies/Faxing/Printing
             02/28/14  Photocopies/Faxing/Printing              104.60
                                        Subtotal      104.60

        Printing
             02/28/14  1 Postcard Stock                         700.00
```

```
                                   Inv#     148111
                                   Date     Mar 27, 2014
                                   Client Number  8292

                             Subtotal          700.00

         Address Traces:
             02/28/14  20 Undeliverable Notice                 10.00
             02/28/14  124 Undeliverable Notice                62.00
             02/28/14  4 Undeliverable Notice Forward           2.00
             02/28/14  3 Undeliverable Notice Forward           1.50
             02/28/14  16 Undeliverable Notice                  8.00
             02/28/14  25 Undeliverable Notice                 12.50
             02/28/14  5 Undeliverable Notice Forward           2.50
                                   Subtotal           98.50

         Website Hosting
             02/27/14  Web Monitor & Host                     300.00
                                   Subtotal          300.00


Total Expenses                                     5,094.90
                                              --------------

Total This Matter                                  5,094.90
                                              --------------
```



# Invoice

625 MARQUETTE AVENUE, SUITE 880
MINNEAPOLIS, MN 55402
P 612.359.2000 I F 612.359.2050
WWW.RUSTCONSULTING.COM
FEDERAL ID #: 41-1813634

| | |
|---|---|
| DATE: | 04/21/14 |
| INVOICE #: | 14-8190 |
| MATTER #: | 8292 |

**TO:** Francis O. Scarpulla
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street
Suite 3400
San Franciso, CA  94104
fscarpulla@zelle.com
jdc@coopkirk.com

| PROJECT |
|---|
| *LCD Indirect* |
| *March 2014 Claims Administration Services* |

| | | |
|---|---|---:|
| Project Database | $ | 676.30 |
| Project Management | | 5,256.98 |
| Technical Consulting | | 549.90 |
| Email Notification | | 1,888.79 |
| Follow-Up Notice | | 2,172.00 |
| Print & Mail | | 323.89 |
| Supplemental Notice | | 2,489.15 |
| Website - Dynamic | | 485.00 |
| Website Modification | | 435.00 |
| Electronic Claim Processing | | 76.00 |
| Document Receipting | | 369.05 |
| Claim Forms Submitted (382 @ $0.15 each) | | 57.30 |
| Scanning | | 1,844.41 |
| Correspondence/Admin Mail | | 4,098.59 |
| Data Capture | | 1,248.40 |
| Return Mail Processing | | 205.80 |
| Claims Validation & Audits | | 22,591.47 |
| Deficiency Claim Processing | | 2,298.90 |
| Deficiency Notification | | 8,551.44 |
| Mailroom & Data Capture Management | | 50.60 |
| Call Center Scripting | | 150.57 |
| Call Center Support | | 798.28 |
| | **SUBTOTAL** | 56,617.82 |
| | | |
| Expenses: Other Charges and Out-of-Pocket Costs | | |
| Call Center/Telecommunications | | 3,062.29 |
| Postage/Federal Express | | 2,365.33 |
| Shredding/Storage | | 989.66 |
| Other/Postcards | | 1,419.50 |
| Photocopies/Faxing/Printing | | 1,228.50 |
| Address Traces | | 44.50 |
| Website Hosting | | 300.00 |
| | **SUBTOTAL** | 9,409.78 |
| | | |
| | **TOTAL INVOICE** $ | 66,027.60 |
| | **OUTSTANDING INVOICE(S)** $ | 60,975.95 |
| | **TOTAL DUE** $ | 127,003.55 |

**PAYMENT TERMS: NET DUE UPON RECEIPT**

**WIRE INFORMATION**
ACCOUNT #: 8093434387
ABA/ROUTING # WIRE or ACH: 111014325
BANK: BANK OF TEXAS, DALLAS, TX 75225
BANK CONTACT: MAYRA LANDEROS  214.987.8817
REFERENCE: INVOICE NUMBER

RUST
**PAYMENT MAILING ADDRESS:**
P O BOX 142589
DRAWER #9051
Irving, TX  75014-2589



| | |
|---|---|
| DATE: | 04/21/14 |
| INVOICE #: | 14-8190 |
| MATTER #: | 8292 |

## STATEMENT OF ACCOUNT

Current Invoice Period:     March 2014 Claims Administration Services

| **Total Current Invoice** | $ | 66,027.60 |
|---|---|---|

OUTSTANDING INVOICES:

| Date | Invoice # | Amount | Payments | Balance |
|---|---|---|---|---|
| 03/27/14 | 148111 | 60,975.95 | | 60,975.95 |

| PREVIOUS BALANCE DUE | $ | 60,975.95 |
|---|---|---|

| **Total Amount Due** | $ | 127,003.55 |
|---|---|---|

**WIRE INFORMATION**
ACCOUNT #: 8093434387
ABA/ROUTING # WIRE or ACH: 111014325
BANK: BANK OF TEXAS, DALLAS, TX 75225
BANK CONTACT: MAYRA LANDEROS  214.987.8817
REFERENCE: INVOICE NUMBER

**RUST**
**PAYMENT MAILING ADDRESS:**
P O BOX 142589
DRAWER #9051
Irving, TX  75014-2589

**PAYMENT TERMS: NET DUE UPON RECEIPT**

```
Inv#      148190
Date      Apr 21, 2014
Client Number  8292
```

Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street
Suite 3400
San Francisco, CA  94104
fscarpulla@zelle.com
jdc@coopkirk.com

Re:    LCD Indirect - Project Database                    829202

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|------------|------|--------|-------|--------|
| Cynthia Romero | CR | 180.00 | 0.60 | 108.00 |
| Greg Brown | GSB | 147.00 | 0.20 | 29.40 |
| Rebecca Zoubek | RZ | 96.00 | 0.90 | 86.40 |
| Ron Swinehart | RS | 195.00 | 0.10 | 19.50 |
| Roso Suarez | RS | 190.00 | 1.00 | 190.00 |
| Sondra Weikert | SW | 147.00 | 1.00 | 147.00 |
| Tracey Rolle | TR | 96.00 | 1.00 | 96.00 |

Total Fees:                                              676.30


Total Services                                           676.30


Total Expenses                                              .00
                                                 ---------------

Total This Matter                                        676.30
                                                 ---------------

```
                          Inv#    148190
                          Date    Apr 21, 2014
                          Client Number  8292
```

Re:   LCD Indirect – Project Management                     829206

For Professional Services Rendered:

```
    TIMEKEEPER              RATE      HOURS        FEES
    Justin Honse      JH   170.00      8.60    1,462.00
    Robin Niemiec     RN   215.00      6.10    1,311.50
    Roso Suarez       RS   190.00      0.50       95.00
    Sandra Peters     SP   195.00      5.00      975.00
    Sondra Weikert    SW   147.00      6.40      940.80
    Sylvia Nettles    SN    96.00      2.40      230.40
    Travis Duarte     TD    93.00      2.21      205.53
    Virginia Ponzini  VP   147.00      0.25       36.75
```

Total Fees:                                      5,256.98


Total Services                                   5,256.98


Total Expenses                                        .00
                                              --------------

Total This Matter                                5,256.98
                                              --------------

```
                              Inv#      148190
                              Date      Apr 21, 2014
                              Client Number  8292
```

Re:   LCD Indirect – Technical Consulting                    829207

For Professional Services Rendered:

```
     TIMEKEEPER                RATE       HOURS         FEES
     Blair Boehm         BB   170.00      0.10         17.00
     Greg Brown          GSB  147.00      0.20         29.40
     Gregory Sartor      GWS  190.00      0.40         76.00
     Hai Bui             HB   147.00      0.60         88.20
     Jason Moberg        JM   170.00      0.10         17.00
     Lee Anderson        LA   147.00      1.70        249.90
     Michael Oanes       MO   170.00      0.20         34.00
     Rebecca Zoubek      RZ    96.00      0.40         38.40
```

Total Fees:                                            549.90

Total Services                                         549.90

Total Expenses                                            .00
                                              --------------
Total This Matter                                      549.90
                                              --------------

```
                              Inv#    148190
                              Date    Apr 21, 2014
                              Client Number  8292


Re:    LCD Indirect  - Email Notification                 829212

For Professional Services Rendered:

      TIMEKEEPER                  RATE        HOURS          FEES
      Cynthia Romero       CR    180.00        1.20        216.00
      Derrick Wersal       DW    147.00        4.17        612.99
      Justin Honse         JH    170.00        0.70        119.00
      Sondra Weikert       SW    147.00        6.40        940.80

Total Fees:                                              1,888.79




Total Services                                          1,888.79




Total Expenses                                               .00
                                                   --------------

Total This Matter                                       1,888.79
                                                   --------------
```

```
                              Inv#     148190
                              Date     Apr 21, 2014
                              Client Number  8292
```

Re:   LCD Indirect – Follow-Up Notice                    829213

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Gregory Sartor | GWS | 190.00 | 0.20 | 38.00 |
| Jason Farb | JF | 180.00 | 2.10 | 378.00 |
| Lissa Studell | LB | 147.00 | 1.00 | 147.00 |
| Mark Seubert | MS | 180.00 | 3.40 | 612.00 |
| Roso Suarez | RS | 190.00 | 3.70 | 703.00 |
| Sondra Weikert | SW | 147.00 | 2.00 | 294.00 |

Total Fees:                                             2,172.00

Total Services                                          2,172.00

Total Expenses                                               .00
                                                  --------------

Total This Matter                                       2,172.00
                                                  --------------

```
                              Inv#    148190
                              Date    Apr 21, 2014
                              Client Number  8292


Re:   LCD Indirect - Print & Mail                      829215

For Professional Services Rendered:

      TIMEKEEPER              RATE      HOURS         FEES
       Administration   294   294   63.00    0.23     14.49
       Lucretia Hassing       LH   130.00    2.38    309.40

Total Fees:                                          323.89




Total Services                                       323.89




Total Expenses                                          .00
                                                --------------
Total This Matter                                    323.89
                                                --------------
```

```
                              Inv#    148190
                              Date    Apr 21, 2014
                              Client Number  8292
```

Re:    LCD Indirect – Supplemental Notice                    829219

For Professional Services Rendered:

```
     TIMEKEEPER                RATE        HOURS         FEES
     Justin Honse        JH   170.00        1.00        170.00
     Sandra Peters       SP   195.00        3.45        672.75
     Sondra Weikert      SW   147.00       11.20      1,646.40
```

Total Fees:                                            2,489.15

Total Services                                         2,489.15

Total Expenses                                              .00
                                                 --------------

Total This Matter                                      2,489.15
                                                 --------------

```
                              Inv#     148190
                              Date     Apr 21, 2014
                              Client Number  8292
```

Re:    LCD Indirect  - Website - Dynamic                 829222

For Professional Services Rendered:

```
     TIMEKEEPER                RATE      HOURS         FEES
     Christopher Townes    CT  200.00     2.00        400.00
     Jason Moberg          JM  170.00     0.50         85.00
```

Total Fees:                                           485.00


Total Services                                        485.00


Total Expenses                                           .00
                                              --------------
Total This Matter                                     485.00
                                              --------------

```
                              Inv#    148190
                              Date    Apr 21, 2014
                              Client Number  8292
```

Re:   LCD Indirect – Website Modification                    829223

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Hai Bui | HB | 147.00 | 0.30 | 44.10 |
| Sandra Peters | SP | 195.00 | 1.10 | 214.50 |
| Sondra Weikert | SW | 147.00 | 1.20 | 176.40 |

Total Fees:                                                 435.00

Total Services                                              435.00

Total Expenses                                                 .00
                                                    --------------

Total This Matter                                           435.00
                                                    --------------

```
                                   Inv#     148190
                                   Date     Apr 21, 2014
                                   Client Number  8292



Re:    LCD Indirect – Electronic Claim Processing          829226

For Professional Services Rendered:


       TIMEKEEPER              RATE        HOURS           FEES
       Gregory Sartor      GWS  190.00      0.40          76.00

Total Fees:                                               76.00




Total Services                                            76.00




Total Expenses                                              .00
                                                   --------------
Total This Matter                                         76.00
                                                   --------------
```

```
                                    Inv#     148190
                                    Date     Apr 21, 2014
                                    Client Number  8292



Re:    LCD Indirect - Document Receipting               829230

For Professional Services Rendered:


        TIMEKEEPER                  RATE      HOURS         FEES
        Processor      244    244   55.00     6.71        369.05

Total Fees:                                               369.05




Total Services                                           369.05




Total Expenses                                               .00
                                                         --------------

Total This Matter                                        369.05
                                                         --------------
```

```
                                    Inv#     148190
                                    Date     Apr 21, 2014
                                    Client Number  8292
```

Re:   LCD Indirect – Scanning                           829231

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Scan Image Processor | 144 | 55.00 | 9.90 | 544.50 |
| Carol Osborne | CO | 147.00 | 0.38 | 55.86 |
| Daniel Hanson | DH | 170.00 | 1.75 | 297.50 |
| Jace Krause | JK | 96.00 | 5.30 | 508.80 |
| Kalene Jones | KLJ | 195.00 | 0.85 | 165.75 |
| Peter Hesse | PH | 215.00 | 1.00 | 215.00 |
| Roso Suarez | RS | 190.00 | 0.30 | 57.00 |

Total Fees:                                             1,844.41


Total Services                                          1,844.41


Total Expenses                                               .00
                                              --------------

Total This Matter                                       1,844.41
                                              --------------

```
Inv#      148190
Date      Apr 21, 2014
Client Number  8292
```

Re:    LCD Indirect – Correspondence/Admin Mail              829232

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Danielle Cook | DC | 93.00 | 2.30 | 213.90 |
| Deborah Rubin | DR | 147.00 | 4.80 | 705.60 |
| Doreen McGinley | DM | 130.00 | 6.20 | 806.00 |
| Sandra Peters | SP | 195.00 | 0.75 | 146.25 |
| Sondra Weikert | SW | 147.00 | 0.80 | 117.60 |
| Taryn Diddle | TD | 93.00 | 2.08 | 193.44 |
| Travis Duarte | TD | 93.00 | 20.60 | 1,915.80 |

Total Fees:                                          4,098.59

Total Services                                       4,098.59

Total Expenses                                            .00
                                                  --------------

Total This Matter                                    4,098.59
                                                  --------------

```
                              Inv#     148190
                              Date     Apr 21, 2014
                              Client Number  8292


Re:    LCD Indirect - Data Capture                      829234

For Professional Services Rendered:

     TIMEKEEPER                RATE       HOURS          FEES
       Data Capture Processor  144   55.00      2.41    132.55
     Danielle Cook             DC    93.00      5.30    492.90
     Doreen McGinley           DM   130.00      3.90    507.00
     Kalene Jones              KLJ  195.00      0.25     48.75
     Rebecca Zoubek            RZ    96.00      0.70     67.20

Total Fees:                                            1,248.40




Total Services                                        1,248.40




Total Expenses                                             .00
                                                 --------------

Total This Matter                                     1,248.40
                                                 --------------
```

```
Inv#      148190
Date      Apr 21, 2014
Client Number  8292
```

Re:    LCD Indirect – Return Mail Processing                829235

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Bjorn Bergh | BB | 147.00 | 1.40 | 205.80 |

Total Fees:                                                        205.80



Total Services                                                     205.80



Total Expenses                                                        .00
                                                            --------------

Total This Matter                                                  205.80
                                                            --------------

```
                              Inv#      148190
                              Date      Apr 21, 2014
                              Client Number  8292
```

Re:    LCD Indirect – Claims Validation & Audits              829236

For Professional Services Rendered:

```
      TIMEKEEPER                  RATE      HOURS          FEES
      Danielle Cook        DC     93.00     64.70      6,017.10
      Deborah Rubin        DR    147.00      1.10        161.70
      Doreen McGinley      DM    130.00      0.50         65.00
      Justin Honse         JH    170.00      1.10        187.00
      Sandra Peters        SP    195.00     28.15      5,489.25
      Sondra Weikert       SW    147.00      6.90      1,014.30
      Travis Duarte        TD     93.00    103.84      9,657.12
```

Total Fees:                                            22,591.47


Total Services                                         22,591.47


Total Expenses                                               .00
                                                  --------------

Total This Matter                                      22,591.47
                                                  --------------

```
                              Inv#     148190
                              Date     Apr 21, 2014
                              Client Number  8292
```

Re:    LCD Indirect – Deficiency Claim Processing          829237

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Danielle Cook | DC | 93.00 | 0.20 | 18.60 |
| Doreen McGinley | DM | 130.00 | 14.70 | 1,911.00 |
| Joel Cooper | JC | 180.00 | 0.50 | 90.00 |
| Sondra Weikert | SW | 147.00 | 1.90 | 279.30 |

Total Fees:                                               2,298.90

Total Services                                            2,298.90

Total Expenses                                                 .00
                                                   --------------
Total This Matter                                         2,298.90
                                                   --------------

```
Inv#     148190
Date     Apr 21, 2014
Client Number  8292
```

Re:    LCD Indirect  - Deficiency Notification              829238

For Professional Services Rendered:

| TIMEKEEPER | | | RATE | HOURS | FEES |
|---|---|---|---|---|---|
| Processor | 244 | 244 | 55.00 | 3.37 | 185.35 |
| Danielle Cook | | DC | 93.00 | 1.80 | 167.40 |
| Derrick Wersal | | DW | 147.00 | 2.27 | 333.69 |
| Elizabeth Sammons | | ES | 130.00 | 1.08 | 140.40 |
| Gregory Sartor | | GWS | 190.00 | 0.60 | 114.00 |
| Joel Cooper | | JC | 180.00 | 1.60 | 288.00 |
| Julie Zitzmann | | JZ | 130.00 | 7.28 | 946.40 |
| Justin Honse | | JH | 170.00 | 3.00 | 510.00 |
| Lucretia Hassing | | LH | 130.00 | 2.88 | 374.40 |
| Sandra Peters | | SP | 195.00 | 2.40 | 468.00 |
| Sondra Weikert | | SW | 147.00 | 19.70 | 2,895.90 |
| Swarna Kotha | | SK | 170.00 | 1.30 | 221.00 |
| Thomas Bauer | | TB | 130.00 | 6.52 | 847.60 |
| Thomas Cooper | | TC | 180.00 | 1.70 | 306.00 |
| Travis Duarte | | TD | 93.00 | 8.10 | 753.30 |

Total Fees:                                          8,551.44

Total Services                                       8,551.44

Total Expenses                                            .00
                                              --------------

Total This Matter                                    8,551.44
                                              --------------

```
                              Inv#     148190
                              Date     Apr 21, 2014
                              Client Number  8292
```

Re:    LCD Indirect  - Mailroom & Data Capture Management        829239

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Mailroom Processor | 151144 | 55.00 | 0.92 | 50.60 |

Total Fees:                                              50.60


Total Services                                          50.60


Total Expenses                                             .00
                                                  --------------

Total This Matter                                       50.60
                                                  --------------

```
                              Inv#     148190
                              Date     Apr 21, 2014
                              Client Number  8292
```

Re:    LCD Indirect – Call Center Scripting              829246

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Rebecca Hensel | RH | 96.00 | 0.42 | 40.32 |
| Sandra Feriancek | SJF | 147.00 | 0.75 | 110.25 |

Total Fees:                                              150.57

Total Services                                           150.57

Total Expenses                                              .00
                                                  --------------
Total This Matter                                        150.57
                                                  --------------

```
                              Inv#     148190
                              Date     Apr 21, 2014
                              Client Number  8292
```

Re:    LCD Indirect – Call Center Support                    829247

For Professional Services Rendered:

```
    TIMEKEEPER                    RATE      HOURS          FEES
    Danielle Cook        DC      93.00       1.60        148.80
    Doreen McGinley      DM     130.00       0.10         13.00
    Rebecca Hensel       RH      96.00       0.31         29.76
    Sondra Weikert       SW     147.00       2.90        426.30
    Travis Duarte        TD      93.00       1.94        180.42
```

Total Fees:                                             798.28




Total Services                                          798.28




Total Expenses                                             .00
                                                  --------------

Total This Matter                                       798.28
                                                  --------------

```
                              Inv#      148190
                              Date      Apr 21, 2014
                              Client Number  8292



Re:   LCD Indirect - Expenses                        829290

For Professional Services Rendered:




Expense Detail:


Reference    Date    Description                        Amount
---------    ----    -----------                        ------

        Call Center/Telecommunications
             03/28/14  Live Call Center Support; 132 Calls      1,585.00
             03/31/14  Long Distance 23.2 Canadian Minutes        23.20
             03/31/14  Long Distance 2078.8 Minutes              249.46
             03/31/14  Line Maintenance Charge Schedule          150.00
             03/31/14  IVR System Charge                         275.00
             03/31/14  IVR 1841.83 Minutes                       773.57
             03/31/14  Conference Calls 12.12 Minutes              6.06
                                          Subtotal             3,062.29

        Postage/Federal Express
             03/31/14  Weekly Mail Pickup                          5.05
             03/31/14  Metered Postage; 2907 pieces            1,395.36
             03/31/14  Postage; 2838 pieces                      964.92
                                          Subtotal             2,365.33

        Shredding/Storage
             03/31/14  Storage and/or Shredding 6 Boxes           13.50
             03/31/14  Data Storage March 2014                   859.16
             03/31/14  Storage and/or Shredding 44 Boxes          99.00
             03/31/14  Storage and/or Shredding 8 Boxes           18.00
                                          Subtotal               989.66

        Other
             03/31/14  4x6 Postcards; 2839                     1,419.50
                                          Subtotal             1,419.50

        Photocopies/Faxing/Printing
             03/31/14  Photocopies/Faxing/Printing ;6135       1,228.50
                                          Subtotal             1,228.50
```

```
                              Inv#    148190
                              Date    Apr 21, 2014
                              Client Number  8292

        Address Traces:
             03/31/14  10 Undeliverable Notice Forward              5.00
             03/31/14  79 Undeliverable Notice                     39.50
                                       Subtotal        44.50

        Website Hosting
             03/28/14  Web Monitor & Host                         300.00
                                       Subtotal       300.00


Total Expenses                                      9,409.78
                                                   --------------

Total This Matter                                   9,409.78
                                                   --------------
```