IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION _____/ <br> This Order Relates to: <br> All Direct Purchaser Class Actions <br> _____/ | No. M 07-1827 SI <br><br> MDL. No. 1827 <br><br> **ORDER AUTHORIZING *CY PRES* DISTRIBUTION** |

Now before the Court is a motion by the Direct Purchaser Class Plaintiffs, for an order authorizing *cy pres* distribution of the $2,500.05 in remaining settlement funds. This matter is scheduled for hearing on May 23, 2014. Pursuant to Civil Local Rule 7-1(b), the Court determines that this matter is appropriate for resolution without oral argument and VACATES the hearing. Having considered the parties' papers, the Court hereby GRANTS the motion for *cy pres* distribution.

This motion pertains to the distribution of funds obtained through settlements between the direct purchaser class plaintiffs, and the defendants. Before distributions were made, the settlement fund contained $473,022,242. *See* Dkt. No. 8958 at 2. Following two distributions to the class members, only $2,500.05 remains. *Id.* Plaintiffs now seek to distribute the remaining funds through *cy pres* because the amount that remains is too small to feasibly distribute to the class members.

On May 09, 2014, the Court ordered plaintiffs to file a supplemental declaration regarding a putative late claim by ASA Electronics. Dkt. No. 9012. On May 16, 2014, plaintiffs complied with the Court's Order. *See* Dkt. No. 9023. Having reviewed plaintiffs' additional submission, the Court is satisfied that ASA's claim, if any, should not bar a *cy pres* distribution of the remaining settlement funds.

The Court finds that it is appropriate to dispose of the remaining settlement funds through *cy pres* distribution. The remaining funds represent a mere 0.0005% of the original settlement. It would be unreasonable to attempt to distribute such a small sum among the class members.

Accordingly, the Court GRANTS plaintiffs' motion for *cy pres* distribution. The remaining funds shall be distributed to the following organization: Berkeley Center for Law & Technology, Boalt Hall, Berkeley, CA 94720-7200. This Order resolves Docket No. 8958.

**IT IS SO ORDERED.**

Dated: May 20, 2014

SUSAN ILLSTON
United States District Judge

2