1   William A. Isaacson
    BOIES, SCHILLER & FLEXNER LLP
2   5301 Wisconsin Ave. NW, Suite 800
    Washington, D.C.  20015
3   Telephone:  (202) 237-2727
    Facsimile:   (202) 237-6131
4   Email:  wisaacson@bsfllp.com

5   Stuart H. Singer
    BOIES, SCHILLER & FLEXNER LLP
6   401 East Las Olas Boulevard, Suite 1200
7   Fort Lauderdale, Florida 33301
    Telephone: (954) 356-0011
8   Facsimile:  (954) 356-0022
    E-mail: ssinger@bsfllp.com
9
    Philip J. Iovieno
10  BOIES, SCHILLER & FLEXNER LLP
    30 South Pearl Street, 11th Floor
11  Albany, NY  12207
    Telephone:  (518) 434-0600
12  Facsimile:   (518) 434-0665
    Email: piovieno@bsfllp.com
13
14  [Additional counsel listed on signature page]

15  *Attorneys for Plaintiffs Office Depot, Inc.; Interbond Corp. of America; Schultze
    Agency Services, LLC; P.C. Richard & Son Long Island Corporation; MARTA
16  Cooperative of America, Inc.; ABC Appliance Inc.; Tech Data Corp. and Tech Data
    Product Management, Inc.; CompuCom Systems, Inc.; NECO Alliance LLC; and
17  MetroPCS Wireless, Inc.*

18              **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
19                **SAN FRANCISCO DIVISION**

20  | In re TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. MDL No. 1827 |
    |---|---|
21  | | Individual Case Nos.:  3:11-cv-2591-SI; 3:11-cv-3856-SI; 3:11-cv-4119-SI; 3:11-cv-5765-SI; 3:11-cv-6241-SI; 3:11-cv-1426-SI; 3:11-cv-3763-SI; 3:11-cv-5625-SI; 3:11-cv-00829-SI; |
22  | This Document Relates To: | |
23  | *Office Depot, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-2591-SI | |
24  | | |
25  | *Schultze Agency Services, LLC, on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC v. AU Optronics Corp., et al.*, 3:11-cv-3856-SI | **DECLARATION OF STUART H. SINGER IN SUPPORT OF PLAINTIFFS' OPPOSTION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
26  | | |
27  | *P.C. Richard & Son Long Island Corp., et al. v. AU Optronics Corp., et al.*, 3:11-cv-4119-SI | |
28  | | |

1

*Tech Data Corp., et al. v. AU Optronics Corp.,*
*et al.*, 3:11-cv-5765-SI

2

3

*CompuCom Systems, Inc. v. AU Optronics*
*Corp., et al.*, 3:11-cv-6241-SI

4

*NECO Alliance LLC v. AU Optronics Corp., et*
*al.*, 3:11-cv-1426-SI

5

6

*Interbond Corp. of America v. AU Optronics*
*Corp., et al.*, 3:11-cv-3763-SI

7

8

*Alfred H. Siegel, As Trustee of the Circuit City*
*Stores, Inc. Liquidating Trust v. AU Optronics*
*Corp., et al.*, 3:11-cv-5625-SI

9

10

*MetroPCS Wireless, Inc. v. AU Optronics Corp.,*
*et al.*, 3:11-cv-00829-SI

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I, **STUART H. SINGER**, declare as follows:

1.     I am a partner at the law firm of Boies, Schiller & Flexner LLP, liaison counsel for Direct Action Plaintiffs ("DAPs") including Alfred H. Siegel, As Trustee of the Circuit City Stores, Inc. Liquidating Trust and MetroPCS Wireless, Inc., and counsel for Office Depot, Inc. ("Office Depot"), Interbond Corporation of America ("BrandsMart"), P.C. Richard & Son Long Island Corporation ("P.C. Richard"), NECO Alliance LLC ("NECO"), CompuCom Systems, Inc. ("CompuCom"), and Schultze Agency Services, LLC ("Tweeter"), and co-counsel for Tech Data Corp. ("Tech Data") (collectively, "Plaintiffs"), and I am licensed to practice law in the State of Florida and admitted to practice *pro hac vice* before this Court. Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts recited in this declaration and, if called upon to do so, I would competently testify under oath thereto.

2.     Attached hereto as Exhibit A is a true and correct copy of the June 13, 2013 Expert Report of B. Douglas Bernheim, PhD, Concerning Office Depot, Inc.

3.     Attached hereto as Exhibit B is a true and correct copy of the October 29, 2013 Expert Report of Professor Dennis W. Carlton.

4.     Attached hereto as Exhibit C is a true and correct copy of the October 31, 2013 Expert Report of James A. Levinsohn and Edward A. Snyder with Errata.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of April, 2014, at Ft. Lauderdale, Florida.


/s/ Stuart H. Singer
Stuart H. Singer