Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Judith A. Zahid (215418)
Patrick B. Clayton (240191)
Qianwei Fu (242669)
Heather T. Rankie (268002)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile:  (415) 693-0770
*fscarpulla@zelle.com*

Joseph M. Alioto (42680)
Theresa D. Moore (99978)
ALIOTO LAW FIRM
225 Bush Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile:  (415) 434-9200
*jmalioto@aliotolaw.com*

*Co-Lead Class Counsel for Indirect-Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:07-MD-1827 SI MDL No. 1827 |
| This Document Relates to: | [~~PROPOSED~~] ORDER RE: DISTRIBUTION FROM ESCROW FUNDS FOR CLAIMS ADMINISTRATION |
| All Indirect-Purchaser Actions; | |
| *State of Missouri, et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-3619; | The Honorable Susan Illston |
| *State of Florida v. AU Optronics Corporation, et al.*, Case No. 10-cv-3517; and | |
| *State of New York v. AU Optronics Corporation, et al.*, Case No. 11-cv-0711. | |

WHEREAS, on December 27, 2011, the Court granted final approval to settlements between the Indirect-Purchaser Plaintiffs ("IPPs") and the States of Arkansas, California, Florida, Michigan, Missouri, New York, West Virginia, and Wisconsin ("Settling States") on the one hand, and defendants Chimei, Chunghwa, Epson, HannStar, Hitachi, Samsung and Sharp, as identified in the respective Settlement Agreements, and inclusive of related entities also identified in the respective Settlement Agreements (collectively, "Group-I Settling Defendants"), on the other hand; and

WHEREAS, on July 30, 2012, the Court granted preliminary approval to the settlements between IPPs and the Settling States, and defendants AUO, LG and Toshiba, as identified in the respective Settlement Agreements (collectively, "Group-II Settling Defendants" and with the Group-I Settling Defendants referred to hereafter as "All Settling Defendants"), on the other hand; and

WHEREAS, the Settlement Agreements with All Settling Defendants provide that the costs of administration of the claims process shall be paid from the Settlement Fund of each Settling Defendant, *pro rata*, based on each Settling Defendant's Settlement Amount; and

WHEREAS, the cost of claims administration invoiced by Rust Consulting is $83,884.55 (see Exhibit 1 attached hereto); and

WHEREAS, pursuant to the Settlement Agreements the following amounts may be deducted from each Settling Defendant's Settlement Fund to pay such costs of claims administration:

| | |
|---|---|
| Chimei | $8,548.75 |
| Chunghwa | $411.27 |
| Epson | $220.95 |
| HannStar | $1,988.47 |
| Hitachi | $3,021.64 |
| Samsung | $18,605.60 |
| Sharp | $8,953.94 |
| AUO | $12,520.02 |

[PROPOSED] ORDER RE: DISTRIBUTION FROM ESCROW FUNDS FOR CLAIMS ADMINISTRATION

| | |
|---|---|
| LG | $27,985.92 |
| Toshiba | $1,627.99 |
| **TOTAL** | **$83,884.55** |

WHEREAS, Well Fargo Bank, N.A. has informed the parties that it requires an order from the Court before it will distribute payment for these additional costs;

THEREFORE, IT IS HEREBY ORDERED that Wells Fargo Bank, N.A. shall wire **$83,884.55** to the following account:

Bank of Texas

ABA/Routing # 111014325

Account # 8093434387

Account Name:  Rust Consulting

Reference # 128325

Federal Tax ID # 41-1813634

Bank Contact: Mayra Landeros, (214) 987-8817

The balance of funds in the demand-deposit account, if any, shall be retained for additional costs as they are incurred.

**IT IS SO ORDERED.**

Dated: _June 10_____, 2014

_Susan Illston_____

Hon. Susan Illston
United States District Judge

3254930v1

[PROPOSED] ORDER RE: DISTRIBUTION FROM ESCROW FUNDS FOR CLAIMS ADMINISTRATION

# EXHIBIT 1



# Invoice

625 MARQUETTE AVENUE, SUITE 880
MINNEAPOLIS, MN 55402
**P** 612.359.2000  I  **F** 612.359.2050
WWW.RUSTCONSULTING.COM
FEDERAL ID #: 41-1813634

DATE: 05/14/14
INVOICE #: 14-8162
MATTER #: 8292

**TO:** Francis O. Scarpulla
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street
Suite 3400
San Francisco, CA  94104
fscarpulla@zelle.com
jdc@coopkirk.com

| PROJECT |
|---|
| *LCD Indirect* |
| *April 2014 Claims Administration Services* |

| | | |
|---|---|---:|
| Project Database | $ | 995.50 |
| Project Management | | 5,474.00 |
| Technical Consulting | | 322.50 |
| Initial Notice | | 186.98 |
| Email Notification | | 149.94 |
| Follow-Up Notice | | 1,345.85 |
| Print & Mail | | 59.80 |
| Website - Dynamic | | 229.50 |
| Website Modification | | 440.50 |
| Document Receipting | | 209.00 |
| Claim Forms Submitted (328 @ $0.15 each) | | 49.20 |
| Scanning | | 376.29 |
| Correspondence/Admin Mail | | 5,624.67 |
| Data Capture | | 4,231.30 |
| Claims Validation & Audits | | 38,082.35 |
| Deficiency Claim Processing | | 4,392.45 |
| Deficiency Notification | | 6,809.53 |
| Mailroom & Data Capture Management | | 94.76 |
| Call Center Support | | 3,479.69 |
| **SUBTOTAL** | | 72,553.81 |
| | | |
| Expenses: Other Charges and Out-of-Pocket Costs | | |
| Email Blast (210,852 @ $0.03) | | 6,325.56 |
| Call Center/Telecommunications | | 2,644.62 |
| Postage/Federal Express | | 246.85 |
| Shredding/Storage | | 992.19 |
| Printing | | 701.02 |
| Address Traces | | 120.50 |
| Website Hosting | | 300.00 |
| **SUBTOTAL** | | 11,330.74 |
| | | |
| **TOTAL INVOICE** | $ | 83,884.55 |
| | | |
| **OUTSTANDING INVOICE(s)** | $ | 127,003.55 |
| | | |
| **TOTAL DUE** | $ | 210,888.10 |

**PAYMENT TERMS: NET DUE UPON RECEIPT**

**WIRE INFORMATION**
ACCOUNT #: 8093434387
ABA/ROUTING # WIRE or ACH: 111014325
BANK: BANK OF TEXAS, DALLAS, TX 75225
BANK CONTACT: MAYRA LANDEROS  214.987.8817
REFERENCE: INVOICE NUMBER

**RUST**
**PAYMENT MAILING ADDRESS:**
P O BOX 142589
DRAWER #9051
Irving, TX  75014-2589



|  |  |
|---|---|
| DATE: | 05/14/14 |
| INVOICE #: | 14-8190 |
| MATTER #: | 8292 |

## STATEMENT OF ACCOUNT

Current Invoice Period:     April 2014 Claims Administration Services

| Total Current Invoice | $ | 83,884.55 |
|---|---|---|

OUTSTANDING INVOICES:

| Date | Invoice # | Amount | Payments | Balance |
|---|---|---|---|---|
| 03/27/14 | 148111 | 60,975.95 |  | 60,975.95 |
| 04/21/14 | 148190 | 66,027.60 |  | 66,027.60 |

| PREVIOUS BALANCE DUE | $ | 127,003.55 |
|---|---|---|

| Total Amount Due | $ | 210,888.10 |
|---|---|---|

**WIRE INFORMATION**
ACCOUNT #: 8093434387
ABA/ROUTING # WIRE or ACH: 111014325
BANK: BANK OF TEXAS, DALLAS, TX 75225
BANK CONTACT: MAYRA LANDEROS  214.987.8817
REFERENCE: INVOICE NUMBER

**RUST**
**PAYMENT MAILING ADDRESS:**
P O BOX 142589
DRAWER #9051
Irving, TX  75014-2589

**PAYMENT TERMS: NET DUE UPON RECEIPT**

```
                                    Inv#     148162
                                    Date     May 14, 2014
                                    Client Number  8292
```

Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street
Suite 3400
San Franciso, CA  94104
fscarpulla@zelle.com
jdc@coopkirk.com


Re:    LCD Indirect – Project Database                      829202

For Professional Services Rendered:

| TIMEKEEPER |  | RATE | HOURS | FEES |
|---|---|---|---|---|
| Brant Story | BS | 195.00 | 0.70 | 136.50 |
| Greg Brown | GSB | 147.00 | 0.50 | 73.50 |
| Rebecca Zoubek | RZ | 96.00 | 1.30 | 124.80 |
| Roso Suarez | RS | 190.00 | 3.40 | 646.00 |
| Sondra Weikert | SW | 147.00 | 0.10 | 14.70 |

Total Fees:                                                995.50



Total Services                                             995.50



Total Expenses                                                .00
                                                    --------------
Total This Matter                                          995.50
                                                    --------------

```
                              Inv#     148162
                              Date     May 14, 2014
                              Client Number  8292


Re:    LCD Indirect – Project Management                    829206

For Professional Services Rendered:


    TIMEKEEPER                  RATE      HOURS          FEES
    April Hyduk         AH    195.00       0.50         97.50
    Danielle Cook       DC     93.00       0.30         27.90
    Justin Honse        JH    170.00       9.90      1,683.00
    Robin Niemiec       RN    215.00       5.70      1,225.50
    Robin Weiss         RW     93.00       0.10          9.30
    Roso Suarez         RS    190.00       0.80        152.00
    Sandra Peters       SP    195.00       7.30      1,423.50
    Sondra Weikert      SW    147.00       4.60        676.20
    Sylvia Nettles      SN     96.00       0.80         76.80
    Travis Duarte       TD     93.00       1.10        102.30

Total Fees:                                           5,474.00




Total Services                                        5,474.00




Total Expenses                                             .00
                                                  --------------

Total This Matter                                     5,474.00
                                                  --------------
```

```
                                    Inv#    148162
                                    Date    May 14, 2014
                                    Client Number  8292


Re:   LCD Indirect – Technical Consulting                  829207

For Professional Services Rendered:

     TIMEKEEPER            RATE      HOURS        FEES
     Blair Boehm      BB  170.00     0.20        34.00
     Hai Bui          HB  147.00     0.60        88.20
     Jason Moberg     JM  170.00     0.20        34.00
     Lee Anderson     LA  147.00     0.90       132.30
     Michael Oanes    MO  170.00     0.20        34.00

Total Fees:                                     322.50




Total Services                                  322.50




Total Expenses                                     .00
                                               --------------

Total This Matter                               322.50
                                               --------------
```

```
                              Inv#    148162
                              Date    May 14, 2014
                              Client Number  8292
```

Re:    LCD Indirect  – Initial Notice                    829211

For Professional Services Rendered:

| TIMEKEEPER | | | RATE | HOURS | FEES |
|---|---|---|---|---|---|
| Processor | 244 | 244 | 55.00 | 2.09 | 114.95 |
| Derrick Wersal | | DW | 147.00 | 0.49 | 72.03 |

Total Fees:                                              186.98

Total Services                                           186.98

Total Expenses                                              .00
                                                   ---------------
Total This Matter                                        186.98
                                                   ---------------

```
                                          Inv#    148162
                                          Date    May 14, 2014
                                          Client Number  8292



Re:    LCD Indirect  - Email Notification                829212

For Professional Services Rendered:


       TIMEKEEPER                RATE        HOURS         FEES
       Derrick Wersal       DW   147.00      1.02          149.94

Total Fees:                                                149.94




Total Services                                             149.94




Total Expenses                                                .00
                                                    --------------

Total This Matter                                          149.94
                                                    --------------
```

```
                              Inv#    148162
                              Date    May 14, 2014
                              Client Number  8292


Re:    LCD Indirect - Follow-Up Notice                    829213

For Professional Services Rendered:

       TIMEKEEPER              RATE       HOURS          FEES
       Brittany Flom      BF  147.00       0.55         80.85
       Garret Hovey       GH  180.00       1.75        315.00
       Roso Suarez        RS  190.00       5.00        950.00

Total Fees:                                           1,345.85




Total Services                                        1,345.85




Total Expenses                                              .00
                                                   --------------

Total This Matter                                     1,345.85
                                                   --------------
```

```
                                    Inv#    148162
                                    Date    May 14, 2014
                                    Client Number  8292


Re:    LCD Indirect - Print & Mail                    829215

For Professional Services Rendered:

        TIMEKEEPER              RATE      HOURS         FEES
        Julie Zitzmann      JZ  130.00    0.17         22.10
        Lucretia Hassing    LH  130.00    0.29         37.70

Total Fees:                                           59.80




Total Services                                        59.80




Total Expenses                                          .00
                                              --------------

Total This Matter                                     59.80
                                              --------------
```

```
                                    Inv#     148162
                                    Date     May 14, 2014
                                    Client Number  8292



Re:    LCD Indirect  - Website - Dynamic                829222

For Professional Services Rendered:

      TIMEKEEPER              RATE        HOURS         FEES
      Daniel Hanson      DH   170.00      1.35        229.50

Total Fees:                                           229.50




Total Services                                        229.50




Total Expenses                                            .00
                                                   --------------
Total This Matter                                     229.50
                                                   --------------
```

```
Inv#     148162
Date     May 14, 2014
Client Number  8292
```

Re:   LCD Indirect - Website Modification                    829223

For Professional Services Rendered:

| TIMEKEEPER |  | RATE | HOURS | FEES |
|---|---|---|---|---|
| Greg Brown | GSB | 147.00 | 0.20 | 29.40 |
| Hai Bui | HB | 147.00 | 0.30 | 44.10 |
| Roso Suarez | RS | 190.00 | 0.80 | 152.00 |
| Venkata Gopagari | VG | 215.00 | 1.00 | 215.00 |

Total Fees:                                              440.50



Total Services                                           440.50



Total Expenses                                               .00
                                                    --------------

Total This Matter                                        440.50
                                                    --------------

```
                              Inv#     148162
                              Date     May 14, 2014
                              Client Number  8292



Re:   LCD Indirect - Document Receipting              829230

For Professional Services Rendered:


      TIMEKEEPER                    RATE      HOURS         FEES
      Processor       244    244    55.00      3.80       209.00

Total Fees:                                              209.00




Total Services                                          209.00




Total Expenses                                             .00
                                                    --------------

Total This Matter                                       209.00
                                                    --------------
```

```
                              Inv#     148162
                              Date     May 14, 2014
                              Client Number  8292
```

Re:    LCD Indirect - Scanning                    829231

For Professional Services Rendered:

```
    TIMEKEEPER              RATE      HOURS        FEES
    Scan Image Processor   144   55.00     4.59      252.45
    Jace Krause            JK    96.00     1.29      123.84
```

Total Fees:                                       376.29


Total Services                                    376.29


Total Expenses                                        .00
                                            ---------------

Total This Matter                                 376.29
                                            ---------------

```
Inv#     148162
Date     May 14, 2014
Client Number  8292
```

Re:    LCD Indirect – Correspondence/Admin Mail            829232

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Doreen McGinley | DM | 130.00 | 40.80 | 5,304.00 |
| Sandra Peters | SP | 195.00 | 0.60 | 117.00 |
| Travis Duarte | TD | 93.00 | 2.19 | 203.67 |

Total Fees:                                          5,624.67


Total Services                                       5,624.67


Total Expenses                                            .00
                                              --------------

Total This Matter                                    5,624.67
                                              --------------

```
                              Inv#    148162
                              Date    May 14, 2014
                              Client Number  8292
```

Re:   LCD Indirect – Data Capture                    829234

For Professional Services Rendered:

```
    TIMEKEEPER                   RATE     HOURS        FEES
      Data Capture Processor  144  55.00    2.97      163.35
      Danielle Cook           DC   93.00    2.40      223.20
      Doreen McGinley         DM  130.00   29.20    3,796.00
      Kalene Jones            KLJ 195.00    0.25       48.75

Total Fees:                                         4,231.30



Total Services                                      4,231.30



Total Expenses                                           .00
                                              --------------

Total This Matter                                   4,231.30
                                              --------------
```

```
Inv#      148162
Date      May 14, 2014
Client Number  8292
```

Re:    LCD Indirect – Claims Validation & Audits            829236

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| April Hyduk | AH | 195.00 | 0.20 | 39.00 |
| Chandra Ramsaran | CR | 93.00 | 10.05 | 934.65 |
| Danielle Cook | DC | 93.00 | 119.80 | 11,141.40 |
| Doreen McGinley | DM | 130.00 | 15.70 | 2,041.00 |
| JoAnn Calderin | JC | 93.00 | 42.80 | 3,980.40 |
| Justin Honse | JH | 170.00 | 4.30 | 731.00 |
| Mary Schoenherr | MS | 130.00 | 3.50 | 455.00 |
| Paul Vedder | PV | 147.00 | 5.60 | 823.20 |
| Robin Weiss | RW | 93.00 | 26.30 | 2,445.90 |
| Sandra Peters | SP | 195.00 | 56.98 | 11,111.10 |
| Sondra Weikert | SW | 147.00 | 24.10 | 3,542.70 |
| Travis Duarte | TD | 93.00 | 9.00 | 837.00 |

Total Fees:                                          38,082.35


Total Services                                       38,082.35


Total Expenses                                            .00
                                                ---------------
Total This Matter                                    38,082.35
                                                ---------------

```
                              Inv#    148162
                              Date    May 14, 2014
                              Client Number  8292
```

Re:    LCD Indirect – Deficiency Claim Processing          829237

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Doreen McGinley | DM | 130.00 | 20.70 | 2,691.00 |
| Sandra Peters | SP | 195.00 | 3.75 | 731.25 |
| Sondra Weikert | SW | 147.00 | 6.60 | 970.20 |

Total Fees:                                        4,392.45


Total Services                                     4,392.45


Total Expenses                                          .00
                                            --------------

Total This Matter                                  4,392.45
                                            --------------

```
                                Inv#     148162
                                Date     May 14, 2014
                                Client Number  8292
```

Re:   LCD Indirect  - Deficiency Notification              829238

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Christy Gilman | CG | 195.00 | 0.10 | 19.50 |
| Derrick Wersal | DW | 147.00 | 0.39 | 57.33 |
| Elizabeth Sammons | ES | 130.00 | 2.61 | 339.30 |
| Joel Cooper | JC | 180.00 | 1.30 | 234.00 |
| Julie Zitzmann | JZ | 130.00 | 4.75 | 617.50 |
| Justin Honse | JH | 170.00 | 3.00 | 510.00 |
| Nathan Neely | NN | 180.00 | 1.77 | 318.60 |
| Sandra Peters | SP | 195.00 | 9.00 | 1,755.00 |
| Sondra Weikert | SW | 147.00 | 19.70 | 2,895.90 |
| Thomas Bauer | TB | 130.00 | 0.48 | 62.40 |

Total Fees:                                              6,809.53

Total Services                                           6,809.53

Total Expenses                                                .00
                                                    --------------

Total This Matter                                        6,809.53
                                                    --------------

```
                                    Inv#     148162
                                    Date     May 14, 2014
                                    Client Number  8292
```

Re:    LCD Indirect  - Mailroom & Data Capture Management        829239

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Administration   294 | 294 | 63.00 | 0.02 | 1.26 |
| Mailroom Processor | 151144 | 55.00 | 1.70 | 93.50 |

Total Fees:                                                94.76

Total Services                                            94.76

Total Expenses                                              .00
                                                   ---------------
Total This Matter                                        94.76
                                                   ---------------

```
                              Inv#    148162
                              Date    May 14, 2014
                              Client Number  8292


Re:   LCD Indirect - Call Center Support              829247

For Professional Services Rendered:

    TIMEKEEPER              RATE       HOURS         FEES
     CSR    240       240   53.00       8.78       465.34
     April Hyduk        AH  195.00      0.10        19.50
     Danielle Cook      DC   93.00      7.10       660.30
     Doreen McGinley    DM  130.00      0.40        52.00
     Mary Schoenherr    MS  130.00      6.00       780.00
     Rebecca Hensel     RH   96.00      1.16       111.36
     Robin Niemiec      RN  215.00      0.60       129.00
     Robin Weiss        RW   93.00      6.20       576.60
     Sandra Peters      SP  195.00      0.70       136.50
     Sondra Weikert     SW  147.00      3.40       499.80
     Travis Duarte      TD   93.00      0.53        49.29

Total Fees:                                      3,479.69




Total Services                                   3,479.69




Total Expenses                                         .00
                                              --------------

Total This Matter                                3,479.69
                                              --------------
```

```
                              Inv#     148162
                              Date     May 14, 2014
                              Client Number  8292


Re:   LCD Indirect - Expenses                        829290

For Professional Services Rendered:




Expense Detail:

Reference    Date    Description                        Amount
---------    ----    -----------                        ------

        Call Center/Telecommunications
             04/28/14   Conference Calls 223.08 Minutes        111.54
             04/29/14   Live Call Center Support; 109 Calls  1,340.00
             04/30/14   Long Distance 2483.8 Minutes           298.06
             04/30/14   Long Distance 12.7 Canadian Minutes     12.70
             04/30/14   Line Maintenance Charge Schedule       150.00
             04/30/14   IVR 1088.87 Minutes                    457.32
             04/30/14   IVR System Charge                      275.00
                                        Subtotal             2,644.62

        Postage/Federal Express
             04/28/14   Metered Postage; 30 pieces              15.74
             04/29/14   Weekly Mail Pickup                       4.39
             04/30/14   Metered Postage                         19.36
             04/30/14   Postage; 432 pieces                    207.36
                                        Subtotal               246.85

        Shredding/Storage
             04/30/14   Storage and/or Shredding 44 Boxes       99.00
             04/30/14   Storage and/or Shredding 8 Boxes        18.00
             04/30/14   Storage and/or Shredding 7 Boxes         2.25
             04/30/14   Data Storage April 2014                872.94
                                        Subtotal               992.19

        Printing
             04/30/14   Printing                               701.02
                                        Subtotal               701.02

        Address Traces:
             04/30/14   28 Undeliverable Postcards Forward      14.00
```

```
                                 Inv#     148162
                                 Date     May 14, 2014
                                 Client Number  8292
           04/30/14  213 Undeliverable Notice              106.50
                                 Subtotal        120.50

      Website Hosting
           04/29/14  Web Monitor & Host                    300.00
                                 Subtotal        300.00


Total Expenses                                    5,005.18
                                           --------------

Total This Matter                                 5,005.18
                                           --------------
```