IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. M 07-1827 SI |
| _____ / | MDL No. 1827 |
| This Order Relates to:<br><br>All Indirect-Purchaser Plaintiff Class Actions<br><br>_____ / | **ORDER RE NON-PARTY LFG NATIONAL CAPITAL, LLC'S MOTION FOR ADMINISTRATIVE RELIEF (MDL Master Docket No. 9021)** |

On May 13, 2014, non-party LFG National Capital, LLC filed a motion for administrative relief, asking the Court to take judicial notice of an amended order and writ from Judge Kramer of the San Francisco Superior Court. On June 16, 2014, counsel for Joseph Alioto informed the Court that, on June 18, 2014, Superior Court Judge McBride would be hearing argument on LFG's summary judgment motion related to this matter. *See* MDL Master Dkt. No. 9104. The Court therefore ORDERS the parties to advise the Court of the outcome of the summary judgment motion.

**IT IS SO ORDERED.**

Dated: June 25, 2014

SUSAN ILLSTON
United States District Judge