Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Judith A. Zahid (215418)
Patrick B. Clayton (240191)
Qianwei Fu (242669)
Heather T. Rankie (268002)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile:  (415) 693-0770
*fscarpulla@zelle.com*

Joseph M. Alioto (42680)
Theresa D. Moore (99978)
ALIOTO LAW FIRM
225 Bush Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile:  (415) 434-9200
*jmalioto@aliotolaw.com*

*Co-Lead Class Counsel for Indirect-Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:07-MD-1827 SI<br>MDL No. 1827 |
| This Document Relates to:<br><br>All Indirect-Purchaser Actions;<br><br>*State of Missouri, et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-3619;<br><br>*State of Florida v. AU Optronics Corporation, et al.*, Case No. 10-cv-3517; and<br><br>*State of New York v. AU Optronics Corporation, et al.*, Case No. 11-cv-0711. | [~~PROPOSED~~] **ORDER RE: DISTRIBUTION FROM ESCROW FUNDS FOR CLAIMS ADMINISTRATION**<br><br>The Honorable Susan Illston |

[PROPOSED] ORDER RE: DISTRIBUTION FROM ESCROW FUNDS FOR CLAIMS ADMINISTRATION

1  WHEREAS, on December 27, 2011, the Court granted final approval to settlements between the Indirect-Purchaser Plaintiffs ("IPPs") and the States of Arkansas, California, Florida, Michigan, Missouri, New York, West Virginia, and Wisconsin ("Settling States") on the one hand, and defendants Chimei, Chunghwa, Epson, HannStar, Hitachi, Samsung and Sharp, as identified in the respective Settlement Agreements, and inclusive of related entities also identified in the respective Settlement Agreements (collectively, "Group-I Settling Defendants"), on the other hand; and

WHEREAS, on July 30, 2012, the Court granted preliminary approval to the settlements between IPPs and the Settling States, and defendants AUO, LG and Toshiba, as identified in the respective Settlement Agreements (collectively, "Group-II Settling Defendants" and with the Group-I Settling Defendants referred to hereafter as "All Settling Defendants"), on the other hand; and

WHEREAS, the Settlement Agreements with All Settling Defendants provide that the costs of administration of the claims process shall be paid from the Settlement Fund of each Settling Defendant, *pro rata*, based on each Settling Defendant's Settlement Amount; and

WHEREAS, the cost of claims administration invoiced by Rust Consulting is $62,211.72 (see Exhibit 1 attached hereto); and

WHEREAS, pursuant to the Settlement Agreements the following amounts may be deducted from each Settling Defendant's Settlement Fund to pay such costs of claims administration:

| | |
|---|---|
| Chimei | $6,340.06 |
| Chunghwa | $305.01 |
| Epson | $163.86 |
| HannStar | $1,474.72 |
| Hitachi | $2,240.96 |
| Samsung | $13,798.56 |
| Sharp | $6,640.56 |
| AUO | $9,285.28 |

1

[PROPOSED] ORDER RE: DISTRIBUTION FROM ESCROW FUNDS FOR CLAIMS ADMINISTRATION

|   |   |
|---|---|
| LG | $20,755.34 |
| Toshiba | $1,207.37 |
| **TOTAL** | **$62,211.72** |

WHEREAS, Well Fargo Bank, N.A. has informed the parties that it requires an order from the Court before it will distribute payment for these additional costs;

THEREFORE, IT IS HEREBY ORDERED that Wells Fargo Bank, N.A. shall wire **$62,211.72** to the following account:

    Bank of Texas

    ABA/Routing # 111014325

    Account # 8093434387

    Account Name: Rust Consulting

    Reference # 128325

    Federal Tax ID # 41-1813634

    Bank Contact: Mayra Landeros, (214) 987-8817

The balance of funds in the demand-deposit account, if any, shall be retained for additional costs as they are incurred.

**IT IS SO ORDERED.**

Dated: 6/25, 2014

Hon. Susan Illston
United States District Judge

3255362v1

2

[PROPOSED] ORDER RE: DISTRIBUTION FROM ESCROW FUNDS FOR CLAIMS ADMINISTRATION

# EXHIBIT 1



# Invoice

625 MARQUETTE AVENUE, SUITE 880
MINNEAPOLIS, MN 55402
P  612.359.2000   I   F  612.359.2050
WWW.RUSTCONSULTING.COM
FEDERAL ID #: 41-1813634

| DATE: | 06/12/14 |
| INVOICE #: | 14-8348 |
| MATTER #: | 8292 |

**TO:** Francis O. Scarpulla
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street
Suite 3400
San Franciso, CA  94104
fscarpulla@zelle.com
jdc@coopkirk.com

| PROJECT |
|---|
| *LCD Indirect* |
| *May 2014 Claims Administration Services* |

| | |
|---|---:|
| Project Database | $     702.10 |
| Project Management | 7,786.00 |
| Technical Consulting | 90.50 |
| Website Modification | 115.40 |
| Document Receipting | 437.20 |
| Claim Forms Submitted (233 @ $0.15 each) | 34.95 |
| Scanning | 414.71 |
| Correspondence/Admin Mail | 3,692.00 |
| Data Capture | 4,320.30 |
| Claims Validation & Audits | 33,514.00 |
| Deficiency Claim Processing | 7,774.90 |
| Mailroom & Data Capture Management | 43.45 |
| Call Center Support | 1,057.60 |
| **SUBTOTAL** | 59,983.11 |
| Expenses: Other Charges and Out-of-Pocket Costs | |
| Call Center/Telecommunications | 1,517.59 |
| Postage/Federal Express | 201.97 |
| Shredding/Storage | 132.75 |
| Photocopies/Faxing/Printing | 70.30 |
| Address Traces | 6.00 |
| Website Hosting | 300.00 |
| **SUBTOTAL** | 2,228.61 |
| **TOTAL INVOICE** | $   62,211.72 |

**PAYMENT TERMS: NET DUE UPON RECEIPT**

**WIRE INFORMATION**
ACCOUNT #: 8093434387
ABA/ROUTING # WIRE or ACH: 111014325
BANK: BANK OF TEXAS, DALLAS, TX 75225
BANK CONTACT: MAYRA LANDEROS  214.987.8817
REFERENCE: INVOICE NUMBER

**RUST**
**PAYMENT MAILING ADDRESS:**
P O BOX 142589
DRAWER #9051
Irving, TX  75014-2589

```
                                        Inv#      148348
                                        Date      Jun 12, 2014
                                        Client Number  8292




Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street
Suite 3400
San Francisco, CA  94104
fscarpulla@zelle.com
jdc@coopkirk.com


Re:    LCD Indirect – Project Database                        829202

For Professional Services Rendered:


    TIMEKEEPER                    RATE        HOURS            FEES
    Greg Brown           GSB    147.00         0.30           44.10
    Rebecca Zoubek       RZ      96.00         2.50          240.00
    Roso Suarez          RS     190.00         2.20          418.00

Total Fees:                                                  702.10




Total Services                                               702.10




Total Expenses                                                  .00
                                                       --------------
Total This Matter                                            702.10
                                                       --------------
```

```
                                            Inv#     148348
                                            Date     Jun 12, 2014
                                            Client Number  8292




Re:    LCD Indirect - Project Management                    829206

For Professional Services Rendered:

     TIMEKEEPER                      RATE       HOURS         FEES
     Danielle Cook          DC      93.00        1.40       130.20
     Justin Honse           JH     170.00        6.20     1,054.00
     Paul Vedder            PV     147.00        1.00       147.00
     Robin Niemiec          RN     215.00        6.90     1,483.50
     Sandra Peters          SP     195.00       13.80     2,691.00
     Sondra Weikert         SW     147.00       14.50     2,131.50
     Sylvia Nettles         SN      96.00        1.55       148.80

Total Fees:                                               7,786.00




Total Services                                            7,786.00




Total Expenses                                                 .00
                                                       --------------
Total This Matter                                         7,786.00
                                                       --------------
```

```
                                        Inv#      148348
                                        Date      Jun 12, 2014
                                        Client Number  8292




Re:    LCD Indirect - Technical Consulting              829207

For Professional Services Rendered:

   TIMEKEEPER                  RATE       HOURS           FEES
   Jason Moberg        JM    170.00        0.10          17.00
   Lee Anderson        LA    147.00        0.50          73.50

Total Fees:                                              90.50




Total Services                                           90.50




Total Expenses                                             .00
                                                   --------------
Total This Matter                                        90.50
                                                   --------------
```

```
                                        Inv#      148348
                                        Date      Jun 12, 2014
                                        Client Number  8292




Re:   LCD Indirect - Website Modification                829223

For Professional Services Rendered:

    TIMEKEEPER                    RATE       HOURS          FEES
    Hai Bui              HB     147.00        0.20         29.40
    Robin Niemiec        RN     215.00        0.40         86.00

Total Fees:                                              115.40




Total Services                                           115.40




Total Expenses                                               .00
                                                   --------------

Total This Matter                                        115.40
                                                   --------------
```

```
                                        Inv#     148348
                                        Date     Jun 12, 2014
                                        Client Number  8292




    Re:    LCD Indirect - Document Receipting        829230

    For Professional Services Rendered:


       TIMEKEEPER                    RATE       HOURS          FEES
        Mailroom Processor   151144  55.00       0.24         13.20
        Processor      244    244    55.00       3.70        203.50
        Scan Image Processor  144     0.00       0.00          0.00
       Sondra Weikert          SW   147.00       1.50        220.50

    Total Fees:                                               437.20




    Total Services                                            437.20




    Total Expenses                                               .00
                                                      --------------

    Total This Matter                                         437.20
                                                      --------------
```

```
                                        Inv#     148348
                                        Date     Jun 12, 2014
                                        Client Number  8292
```

Re:   LCD Indirect – Scanning                              829231

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Scan Image Processor | 144 | 55.00 | 5.84 | 321.20 |
| Jace Krause | JK | 96.00 | 0.06 | 5.76 |
| Kalene Jones | KLJ | 195.00 | 0.45 | 87.75 |

Total Fees:                                                  414.71


Total Services                                               414.71


Total Expenses                                                  .00
                                                        --------------
Total This Matter                                            414.71
                                                        --------------

```
                                       Inv#     148348
                                       Date     Jun 12, 2014
                                       Client Number  8292




Re:    LCD Indirect - Correspondence/Admin Mail           829232

For Professional Services Rendered:

   TIMEKEEPER                  RATE         HOURS           FEES
   Doreen McGinley      DM    130.00        28.40       3,692.00

Total Fees:                                             3,692.00




Total Services                                          3,692.00




Total Expenses                                                .00
                                                       --------------

Total This Matter                                       3,692.00
                                                       --------------
```

```
                                        Inv#     148348
                                        Date     Jun 12, 2014
                                        Client Number  8292




Re:    LCD Indirect - Data Capture                      829234

For Professional Services Rendered:

    TIMEKEEPER                      RATE      HOURS          FEES
     Data Capture Processor   144   55.00      2.14        117.70
     Danielle Cook            DC    93.00      0.30         27.90
     Doreen McGinley          DM   130.00     29.10      3,783.00
     Jason Moberg             JM   170.00      0.40         68.00
     JoAnn Calderin           JC    93.00      1.90        176.70
     Sondra Weikert           SW   147.00      1.00        147.00

Total Fees:                                             4,320.30




Total Services                                          4,320.30




Total Expenses                                                .00
                                                       --------------

Total This Matter                                       4,320.30
                                                       --------------
```

```
                                            Inv#      148348
                                            Date      Jun 12, 2014
                                            Client Number  8292




Re:    LCD Indirect - Claims Validation & Audits              829236

For Professional Services Rendered:


     TIMEKEEPER                    RATE       HOURS          FEES
     Danielle Cook        DC       93.00      115.70      10,760.10
     Doreen McGinley      DM      130.00       13.40       1,742.00
     JoAnn Calderin       JC       93.00       25.05       2,329.65
     Justin Honse         JH      170.00        4.90         833.00
     Robin Weiss          RW       93.00        1.90         176.70
     Sandra Peters        SP      195.00       51.73      10,087.35
     Sondra Weikert       SW      147.00       51.60       7,585.20

Total Fees:                                              33,514.00




Total Services                                           33,514.00




Total Expenses                                      _____ .00
                                                    --------------

Total This Matter                                        33,514.00
                                                    --------------
```

```
                                        Inv#      148348
                                        Date      Jun 12, 2014
                                        Client Number  8292




    Re:    LCD Indirect - Deficiency Claim Processing            829237

    For Professional Services Rendered:

       TIMEKEEPER                     RATE        HOURS             FEES
       Doreen McGinley        DM    130.00         4.90           637.00
       Lucretia Hassing       LH    130.00         1.08           140.40
       Sandra Peters          SP    195.00        19.30         3,763.50
       Sondra Weikert         SW    147.00        22.00         3,234.00

    Total Fees:                                                 7,774.90




    Total Services                                              7,774.90




    Total Expenses                                                   .00
                                                            --------------
    Total This Matter                                           7,774.90
                                                            --------------
```

```
                                          Inv#     148348
                                          Date     Jun 12, 2014
                                          Client Number  8292




Re:    LCD Indirect  - Mailroom & Data Capture Management      829239

For Professional Services Rendered:

    TIMEKEEPER                     RATE        HOURS          FEES
    Mailroom Processor    151144   55.00        0.79         43.45

Total Fees:                                                        43.45




Total Services                                                     43.45




Total Expenses                                                       .00
                                                             --------------
Total This Matter                                                  43.45
                                                             --------------
```

```
                                              Inv#     148348
                                              Date     Jun 12, 2014
                                              Client Number  8292




     Re:   LCD Indirect - Call Center Support                  829247

     For Professional Services Rendered:

       TIMEKEEPER                       RATE      HOURS            FEES
       Danielle Cook          DC       93.00       2.00          186.00
       Doreen McGinley        DM      130.00       0.70           91.00
       Rebecca Hensel         RH       96.00       0.45           43.20
       Robin Weiss            RW       93.00       0.50           46.50
       Sondra Weikert         SW      147.00       4.70          690.90

     Total Fees:                                               1,057.60




     Total Services                                            1,057.60




     Total Expenses                                                 .00
                                                            --------------

     Total This Matter                                        1,057.60
                                                            --------------
```

```
                                        Inv#      148348
                                        Date      Jun 12, 2014
                                        Client Number  8292




Re:    LCD Indirect - Expenses                            829290

For Professional Services Rendered:




Expense Detail:


Reference    Date    Description                          Amount
---------    ----    -----------                          ------

       Call Center/Telecommunications
             05/29/14  Live Call Center Support Minimum    550.00
             05/31/14  Long Distance 1040.9 Minutes        124.91
             05/31/14  Conference Calls 198.8 Minutes       99.40
             05/31/14  IVR 757.82 Minutes                  318.28
             05/31/14  IVR System Charge                   275.00
             05/31/14  Line Maintenance Charge Schedule    150.00
                                            Subtotal    1,517.59

       Postage/Federal Express
             05/29/14  Metered Postage; 180 pieces          86.40
             05/29/14  Weekly Mail Pickup                    4.33
             05/30/14  Federal Express                     111.24
                                            Subtotal      201.97

       Shredding/Storage
             05/30/14  Storage and/or Shredding 8 Boxes     18.00
             05/31/14  Storage and/or Shredding 44 Boxes    99.00
             05/31/14  Storage and/or Shredding 7 Boxes     15.75
                                            Subtotal      132.75

       Photocopies/Faxing/Printing
             05/30/14  Photocopies/Faxing/Printing          70.30
                                            Subtotal       70.30

       Address Traces:
             05/31/14  12 Undeliverable Notice               6.00
                                            Subtotal        6.00

       Website Hosting
```

```
                                        Inv#     148348
                                        Date     Jun 12, 2014
                                        Client Number  8292
           05/29/14  Web Monitor & Host                      300.00
                                        Subtotal             300.00


Total Expenses                                             2,228.61
                                                        --------------

Total This Matter                                          2,228.61
                                                        --------------
```