Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Judith A. Zahid (215418)
Patrick B. Clayton (240191)
Qianwei Fu (242669)
Heather T. Rankie (268002)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile:  (415) 693-0770
*fscarpulla@zelle.com*

Joseph M. Alioto (42680)
Theresa D. Moore (99978)
ALIOTO LAW FIRM
225 Bush Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile:  (415) 434-9200
*jmalioto@aliotolaw.com*

*Co-Lead Class Counsel for Indirect-Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:07-MD-1827 SI<br>MDL No. 1827 |
| This Document Relates to:<br><br>All Indirect-Purchaser Actions;<br><br>*State of Missouri, et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-3619;<br><br>*State of Florida v. AU Optronics Corporation, et al.*, Case No. 10-cv-3517; and<br><br>*State of New York v. AU Optronics Corporation, et al.*, Case No. 11-cv-0711. | **[PROPOSED] ORDER RE: DISTRIBUTION FROM ESCROW FUNDS FOR CLAIMS ADMINISTRATION**<br><br>The Honorable Susan Illston |

[PROPOSED] ORDER RE: DISTRIBUTION FROM ESCROW FUNDS FOR CLAIMS ADMINISTRATION

1  WHEREAS, on December 27, 2011, the Court granted final approval to settlements between the Indirect-Purchaser Plaintiffs ("IPPs") and the States of Arkansas, California, Florida, Michigan, Missouri, New York, West Virginia, and Wisconsin ("Settling States") on the one hand, and defendants Chimei, Chunghwa, Epson, HannStar, Hitachi, Samsung and Sharp, as identified in the respective Settlement Agreements, and inclusive of related entities also identified in the respective Settlement Agreements (collectively, "Group-I Settling Defendants"), on the other hand; and

WHEREAS, on July 30, 2012, the Court granted preliminary approval to the settlements between IPPs and the Settling States, and defendants AUO, LG and Toshiba, as identified in the respective Settlement Agreements (collectively, "Group-II Settling Defendants" and with the Group-I Settling Defendants referred to hereafter as "All Settling Defendants"), on the other hand; and

WHEREAS, the Settlement Agreements with All Settling Defendants provide that the costs of administration of the claims process shall be paid from the Settlement Fund of each Settling Defendant, *pro rata*, based on each Settling Defendant's Settlement Amount; and

WHEREAS, the cost of claims administration invoiced by Rust Consulting is $63,220.30 (see Exhibit 1 attached hereto); and

WHEREAS, pursuant to the Settlement Agreements the following amounts may be deducted from each Settling Defendant's Settlement Fund to pay such costs of claims administration:

| | |
|---|---|
| Chimei | $6,442.84 |
| Chunghwa | $309.96 |
| Epson | $166.51 |
| HannStar | $1,498.63 |
| Hitachi | $2,277.29 |
| Samsung | $14,022.27 |
| Sharp | $6,748.22 |
| AUO | $9,435.82 |

|   |   |
|---|---|
| LG | $21,091.81 |
| Toshiba | $1,226.95 |
| **TOTAL** | **$63,220.30** |

WHEREAS, Well Fargo Bank, N.A. has informed the parties that it requires an order from the Court before it will distribute payment for these additional costs;

THEREFORE, IT IS HEREBY ORDERED that Wells Fargo Bank, N.A. shall wire **$63,220.30** to the following account:

> Bank of Texas
> ABA/Routing # 111014325
> Account # 8093434387
> Account Name:  Rust Consulting
> Reference # 128325
> Federal Tax ID # 41-1813634
> Bank Contact: Mayra Landeros, (214) 987-8817

The balance of funds in the demand-deposit account, if any, shall be retained for additional costs as they are incurred.

**IT IS SO ORDERED.**

Dated:  8/1 , 2014

_____
Hon. Susan Illston
United States District Judge

3256153v1

2
[PROPOSED] ORDER RE: DISTRIBUTION FROM ESCROW FUNDS FOR CLAIMS ADMINISTRATION

# EXHIBIT 1



# Invoice

625 MARQUETTE AVENUE, SUITE 880
MINNEAPOLIS, MN 55402
**P**  612.359.2000   **I**   **F**  612.359.2050
WWW.RUSTCONSULTING.COM
FEDERAL ID #: 41-1813634

| | |
|---|---|
| DATE: | 07/18/14 |
| INVOICE #: | 14-5197 |
| MATTER #: | 8292 |

**TO:** Francis O. Scarpulla
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street
Suite 3400
San Franciso, CA  94104
fscarpulla@zelle.com
jdc@coopkirk.com

**PROJECT**
*LCD Indirect*
*June 2014 Claims Administration Services*

| | | |
|---|---:|---:|
| Project Database | $ | 710.70 |
| Project Management | | 5,723.10 |
| Technical Consulting | | 427.90 |
| Website Setup | | 118.11 |
| Website Modification | | 479.85 |
| Document Receipting | | 527.19 |
| Claim Forms Submitted (259 @ $0.15 each) | | 38.85 |
| Scanning | | 284.89 |
| Correspondence/Admin Mail | | 3,757.00 |
| Data Capture | | 2,888.45 |
| Claims Validation & Audits | | 31,190.00 |
| Deficiency Claim Processing | | 12,872.69 |
| Mailroom & Data Capture Management | | 90.15 |
| Call Center Support | | 1,358.54 |
| **SUBTOTAL** | | 60,467.42 |
| | | |
| Expenses: Other Charges and Out-of-Pocket Costs | | |
| Call Center/Telecommunications | | 1,577.33 |
| Postage/Federal Express | | 24.40 |
| Post Office Box Rental | | 609.00 |
| Shredding/Storage | | 132.75 |
| Photocopies/Faxing/Printing | | 109.40 |
| Website Hosting | | 300.00 |
| **SUBTOTAL** | | 2,752.88 |
| **TOTAL INVOICE** | $ | 63,220.30 |

**PAYMENT TERMS: NET DUE UPON RECEIPT**

| | |
|---|---|
| **WIRE INFORMATION** | **RUST** |
| ACCOUNT #: 8093434387 | **PAYMENT MAILING ADDRESS:** |
| ABA/ROUTING # WIRE or ACH: 111014325 | P O BOX 142589 |
| BANK: BANK OF TEXAS, DALLAS, TX 75225 | DRAWER #9051 |
| BANK CONTACT: MAYRA LANDEROS  214.987.8817 | Irving, TX  75014-2589 |

MINNEAPOLIS, MN    FARIBAULT, MN    MELVILLE, NY    PALM BEACH GARDENS, FL    PHILADELPHIA, PA    SAN FRANCISCO, CA    SEATTLE, WA    WASHINGTON, DC



| | | |
|---|---|---|
| | DATE: | 07/18/14 |
| | INVOICE #: | |
| | MATTER #: | 8292 |

**STATEMENT OF ACCOUNT**

**Current Invoice Period:**   June 2014 Claims Administration Services

**Total Current Invoice**                                                                                     $      63,220.30

OUTSTANDING INVOICES:

| Date | Invoice # | Amount | Payments | Balance |
|---|---|---|---|---|
| 12/17/13 | 138853 | 3,240.40 | | 3,240.40 |

**PREVIOUS BALANCE DUE**                                                                                  $        3,240.40

**Total Amount Due**                                                                                            $      66,460.70

**WIRE INFORMATION**
ACCOUNT #: 8093434387
ABA/ROUTING # WIRE or ACH: 111014325
BANK: BANK OF TEXAS, DALLAS, TX 75225
BANK CONTACT: MAYRA LANDEROS  214.987.8817
REFERENCE: INVOICE NUMBER

**RUST**
**PAYMENT MAILING ADDRESS:**
P O BOX 142589
DRAWER #9051
Irving, TX  75014-2589

**PAYMENT TERMS: NET DUE UPON RECEIPT**