IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. C 07-01827 SI |
| This Document Relates to: | Individual Case No. 10-05625 SI |
| ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST,<br><br>Plaintiff,<br>v.<br>AU OPTRONICS CORPORATION, et al.,<br>Defendants. | **ORDER GRANTING PLAINTIFF'S REQUEST FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF JULY 3, 2014 ORDER**<br><br>**(Docket No. 9166)** |

Now before the Court is plaintiff's request for leave to file a motion for reconsideration of the Court's July 3, 2014 Order, granting in part and denying in part defendants' motion for summary judgment based on undisclosed conspirators or affiliates. Having carefully considered the papers submitted, the Court hereby GRANTS plaintiff's request for leave to file motion for reconsideration. Defendants may file responsive papers **on or before September 8, 2014.**

IT IS SO ORDERED.

Dated: August 19, 2014

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE