# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION

No. M 07-1827 SI

MDL No. 1827

This Order Relates to:

All Indirect-Purchaser Plaintiff Class Actions

**ORDER RE NON-PARTY LFG NATIONAL CAPITAL, LLC'S MOTION FOR ADMINISTRATIVE RELIEF (MDL Master Docket No. 9021)**

On May 13, 2014, non-party LFG National Capital, LLC filed a motion for administrative relief, asking the Court to take judicial notice of an amended order and writ from Judge Kramer of the San Francisco Superior Court. On June 16, 2014, counsel for Joseph Alioto informed the Court that, on June 18, 2014, Superior Court Judge McBride would be hearing argument on LFG's summary judgment motion related to this matter. *See* MDL Master Dkt. No. 9104. On June 25, 2014, the Court ordered the parties to advise the Court of the outcome of the summary judgment motion. On August 4, 2014, LFG filed a letter informing the Court that the Superior Court had granted its motion against Alioto. MDL Master Dkt. No. 9179. Also on August 4, 2014, Alioto filed a response to LFG's letter, informing the Court that the remaining cause of action – of which the summary judgment order did not dispose – is set for trial on September 2, 2014. *See* MDL Master Dkt. No. 9182. Additionally, Alioto asserts that he intends to seek a stay of the Superior Court's order. *See id.* at 2-3. Accordingly, the Court DEFERS RULING on LFG's motion for administrative relief, pending the outcome of the trial and Alioto's motion for a stay.

**IT IS SO ORDERED.**

Dated: August 19, 2014

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE