IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION / | No. M 07-1827 SI<br>MDL. No. 1827 |
| This Order Relates to: All Actions / | **ORDER DENYING MOTION TO INTERVENE** |

Now before the Court is a motion to intervene filed by non-parties Christopher Donnelly, Christopher Wirth, Jonathan Rich, Jimmy James Thule, Terry Nichols, Timothy Tuttamore, Edward Breivik, and James Holmes. MDL Master Dkt. No. 9067. The non-parties seek permissive intervention pursuant to Federal Rule of Civil Procedure 24.

"On timely motion, the court may permit anyone to intervene who . . . has a claim or defense that shares with the main action a common question of law or fact." Fed. R. Civ. P. 24(b)(1)(B). A motion to intervene "must state the grounds for intervention and be accompanied by a pleading that sets out the claim or defense for which intervention is sought." Fed. R Civ. P. 24(c).

The non-parties have failed to meet the standard for permissive intervention. They state only that their "intervention provides Questions of laws and Facts that are common in this Action." MDL Master Dkt. No. 9067. Their motion does not set forth any claim or defense for which they seek intervention, and does not provide any basis upon which the Court could reasonably grant intervention. Accordingly, the non-parties' motion to intervene is DENIED. This Order resolves MDL Master Docket No. 9067.

**IT IS SO ORDERED.**

Dated: August 25, 2014

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE