1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10

11   IN RE: TFT-LCD (FLAT PANEL) ANTITRUST          No. M 07-1827 SI
     LITIGATION                                     MDL No. 1827
     _____/
12
     This Order Relates To:                         Nos.  3:11-cv-00829-SI; 3:11-cv-02225-SI;
13                                                   3:11-cv-03763-SI; 3:11-cv-05765-SI; 3:11-cv-
     *MetroPCS Wireless, Inc. v. AU Optronics Corp.,* 05781-SI; 3:11-cv-06241-SI; 3:10-cv-03205-
14   *et al.,* 3:11-cv-00829-SI                      SI

15   *Office Depot, Inc. v. AU Optronics Corp., et al.,*
     3:11-cv-02225-SI
16                                                   **ORDER GRANTING REQUEST FOR
     *Interbond Corp. of America v. AU Optronics*    LEAVE TO FILE A MOTION FOR
17   *Corp., et al.,* 3:11-cv-03763-SI               RECONSIDERATION OF SEPTEMBER
                                                     4, 2014 ORDER**
18   *Tech Data Corp., et al. v. AU Optronics Corp., et*
     *al.,* 3:11-cv-05765-SI
19
     *The AASI Creditor Liquidating Trust, by and*
20   *through Kenneth A. Welt, Liquidating Trustee v.*
     *AU Optronics Corp., et al.,* 3:11- cv-05781-SI
21
     *CompuCom Systems, Inc. v. AU Optronics Corp.,*
22   *et al.,* 3:11-cv-06241-SI

23   *Tracfone Wireless, Inc. v. AU Optronics*
     *Corporation, et al.,* 3:10-cv-03205 SI
24   _____/

25

26

27            Now before the Court is plaintiffs' request for leave to file a motion for reconsideration of the

28   Court's September 4, 2014 Order, granting in part and denying in part defendants' motion for summary

**United States District Court**
**For the Northern District of California**

judgment as to certain alleged non-party coconspirators.   Having carefully considered the papers submitted, the Court hereby GRANTS plaintiff's request for leave to file motion for reconsideration. and will treat the plaintiffs' papers as such a motion.   Defendants may file responsive papers **on or before October 10, 2014.**

       **IT IS SO ORDERED.**

Dated: September 29, 2014

                                       SUSAN 0ILLSTON
                                       UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2