UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master Docket No. M:07-1827 SI |
| | MDL No. 1827 |
| THIS DOCUMENT RELATES TO: | Individual Case No. 3:10-cv-05625 SI |
| ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST, | [PROPOSED] ORDER GRANTING CIRCUIT CITY TRUST'S MOTION FOR RECONSIDERATION |
| Plaintiff, | |
| v. | |
| AU OPTRONICS CORPORATION, ET AL. | |
| Defendants. | |

Currently before the Court is Circuit City Trust's Motion for Reconsideration ("Motion") of a portion of the Court's July 3, 2014 Order Granting in Part and Denying in Part Motion for Summary Judgment Based on Undisclosed Conspirators or Affiliates ("Order"). Motion at MDL Master Dkt. No 9166; Order at MDL Master Dkt. No. 9151. In the Motion, the Circuit City Trust seeks reconsideration of that portion of the Order granting summary judgment as to claims for damages based on purchases of LCD products from Hitachi America, Inc. as an entity owned or controlled by Hitachi, Ltd.

On August 19, 2014, the Court granted Circuit City Trust leave to file the Motion under Local Rule 7-9 and gave defendants until September 8, 2014 to file responsive papers. Order Granting Plaintiff's Request for Leave to File Motion for Reconsideration of July 3, 2014 Order,

MDL Master Dkt. 9189. On September 8, 2014, defendants filed a Statement of Non-Opposition to Plaintiff Circuit City Trust's Motion for Reconsideration, in which they state they "do not oppose the relief requested in plaintiff's Motion for Reconsideration filed July 15, 2014. MDL Master Dkt. 9213 at 1.

In light of defendants' non-opposition to the Motion, and for the reasons for reconsideration stated in the Motion, the Court hereby GRANTS Circuit City Trust's Motion for Reconsideration. Therefore, Defendants' Motion for Summary Judgment Based on Undisclosed Conspirators or Affiliates is DENIED as to claims of the Circuit City Trust for damages based on purchases of LCD products from Hitachi America, Inc. as an entity owned or controlled by Hitachi, Ltd.

IT IS SO ORDERED.

This 26 day of September, 2014.

Hon. Susan Illston
United States District Court Judge

[Proposed] Order - 2

MASTER FILE NO.: M-07-1827-SI
CASE NO. 3:10-05625 SI

3341163v1/011997