OCT X 6 2014

OCT - 3 2014

RICHARD W
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WICKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SI

Clerk's Office                                                September 27, 2014

United States District Court for the District of Northern California

450 Golden Gate Ave

San Francisco, California 94102

**Re: Claim No. 15650**

United States District,

I am petitioning the Court for an allowance of my late claim for LCD Indirect Class Action TFT-CD Antitrust Litigation (Flat Panel) claim.

I am a senior citizen and a widow. I was not aware of this litigation or that the monitors and TVs that I had purchased were a part of any litigation until a neighbor had mentioned it.  I am asking the court to consider my petition to be included in the settlement.  If I had been aware of this litigation I would have filled in a timely manner.

Thank you for your consideration in advance.

Marilyn Wechsler

Marilyn Wechsler

10733 NW 55 Place

Coral Springs, Florida 33076

LCD Indirect Class
c/o Rust Consulting, Inc.
P.O. Box 8025
Faribault, MN 55021-9425

## IMPORTANT LEGAL NOTICE

Marilyn Wechsler
10733 NW 55th Pl
Coral Springs, FL  33076

*September 26, 2014*

**NOTICE OF LATE CLAIM \* \* \* \* Claim No. 15650**

Dear Claimant:

We received the Proof of Claim that you filed in the LCD Indirect Purchaser Litigation. The Court set the deadline for claims on December 6, 2012. Accordingly, all claims filed after that time may only be accepted pursuant to court order. In late Spring the Plaintiffs' counsel agreed that they would recommend court approval of claims that were postmarked or received by June 6, 2014. Your claim was received after this deadline. Any claimants who filed claims that were received after the postmark of June 6, 2014, may petition the Court for an allowance of their late claim. This petition must be filed with the Court and include your name, address, the case name and number (*In re TFT-LCD (Flat Panel) Antitrust Litigation*, MDL No. 1827) and an explanation of your reason why the court should accept your late claim. The petition should be received no later than October 6, 2014 and mailed to both addresses below:

| COURT | NOTICE ADMINISTRATOR |
|---|---|
| Clerk's Office | LCD Indirect Class |
| United States District Court for the District of | P.O. Box 8025 |
| Northern California | Faribault, MN 55021-9425 |
| 16th Floor | |
| 450 Golden Gate Avenue | |
| San Francisco, CA 94102 | |

Sincerely,
Notice Administrator