October 3, 2014

**VIA OVERNIGHT MAIL**
The Honorable Susan Illston
United States District Judge
Northern District of California
San Francisco Courthouse, Courtroom 10 – 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:    In Re TFT-LCD (Flat Panel) Antitrust Litigation
                  Case No. 3:07-md-01827

Dear Judge Illston:

      For the reasons enumerated in our previous letter to the Court regarding late claims, Class Action Refund ("CAR") respectfully requests that this Court exercise its discretion and allow twelve (12) additional late claims totaling 44,151 panel equivalents that have been filed in the past week on behalf of our clients in the above-referenced case to be included in the planned distribution of the settlement funds.

These twelve additional claims should not be treated differently from the other late claims that were filed in this case, specifically those filed prior to the proposed June 6, 2014 cutoff for late claims and those filed subsequent to the proposed June 6, 2014 cutoff for late claims.  There is no material difference between these eight claims and the thousands of other late claims that Class Counsel seeks to include in the distribution.

None of these claimants were aware of the settlement and their status as class members until having a conversation with our office.  Once they became aware of the settlement and their right to participate as class members, they expeditiously provided all the information necessary to file a claim.

In the Direct Purchaser Settlement from the same case referenced above, this Court allowed two late claimants (Propellor, Inc., and DuPont) to participate in the settlement despite contacting Rust Consulting after the Court-imposed deadline for filing declarations supporting the payment of late and disputed claims, and after 80% of the settlement funds had already

been distributed. As such, the timing of these twelve additional claims should not be a factor in determining whether or not they should be allowed to participate in the distribution of the settlement funds.

Allowing these claims will not prejudice the Defendants or other class members and will not delay the distribution of the settlement funds. These claims were "late" because of lack of notice and as soon as the claimants had notice, they acted quickly and in good faith to get their claims filed.

For the reasons set forth above and the reasons set forth in our previous request, the Court should exercise this discretion and permit the late claims referenced herein to be included in the planned distribution of the settlement funds.


Respectfully Submitted,


Patrick D. Jermyn
Deputy General Counsel


Copy to:	Co-Lead Counsel for Indirect Purchaser Plaintiffs
	Counsel for Settling States
	Rust Consulting

Francis O. Scarpulla, Esq.
ZELLE HOFMANN & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
*Co-Lead Class Counsel for*
*Indirect Purchaser Plaintiffs*

Joseph M. Alioto, Esq.
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, CA 94104
*Co-Lead Class Counsel for*
*Indirect Purchaser Plaintiffs*

Lizabeth A. Brady, Esq.
Chief, Multistate Antitrust Enforcement
OFFICE OF THE ATTORNEY GENERAL
PL-01, The Capitol
Tallahassee, FL 32399-1050
*Counsel for Plaintiff State of Florida*

Anne E. Schneider, Esq.
Assistant Attorneys General/Antitrust Counsel
MISSOURI ATTORNEY GENERAL'S OFFICE
P.O. Box 899
Jefferson City, MO 65102
*Counsel for Plaintiff State of Missouri*

Kevin Wells, Esq.
Assistant Attorney General
ARKANSAS ATTORNEY GENERAL'S OFFICE
323 Center St., Suite 500
Little Rock, AR 72205
*Counsel for Plaintiff State of Arkansas*

Nicole S. Gordon, Esq.
Deputy Attorney General
OFFICE OF THE ATTORNEY GENERAL
455 Golden Gate Avenue, Suite 1000
San Francisco, CA 94102-3664
*Counsel for Plaintiff State of California*

M. Elizabeth Lippitt, Esq.
Assistant Attorney General
Corporate Oversight Division
Antitrust Section
OFFICE OF THE ATTORNEY GENERAL
G. Mennen Williams Building, 6th Floor
525 W. Ottawa Street
Lansing, MI 48933
*Counsel for Plaintiff State of Michigan*

Jeremy R. Kasha, Esq.
Assistant Attorney General
Antitrust Bureau
OFFICE OF THE ATTORNEY GENERAL OF
STATE OF NEW YORK
120 Broadway, 26th Floor
New York, NY 10271
*Counsel for Plaintiff State of New York*

Douglas L. Davis, Esq.
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 1789
Charleston, WV 25326
*Counsel for Plaintiff State of West Virginia*

Gwendolyn J. Cooley, Esq.
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 7857
17 W. Main Street
Madison, WI 53707-7857
*Counsel for Plaintiff State of Wisconsin*

Robin M. Niemic
RUST CONSULTING
5210 Hood Road, Suite 100
Palm Beach Gardens, FL 33418