

## GOAL Group Inc.

### 1735 Market Street, Suite 3750

### Philadelphia, PA 19103

### (267) 507-6001

---

(Via Overnight)

October 6, 2014

Clerk's Office  
United States District Court for the District of  
Northern California  
16th Floor  
450 Golden Gate Avenue  
San Francisco, CA 94102

LCD Indirect Class  
P.O. Box 8025  
Faribault, MN 55021-9425

Re: In re TFT-LCD (Flat Panel) Antitrust Litigation, MDL No. 1827-  
   Petition for Late Claim Allowance  
   Broadridge Financial Solutions, Inc. (Claim# 15659)  
   c/o Goal Group, Inc.  
   1735 Market St., Suite 3750  
   Philadelphia, PA  19103

Dear Clerk of the Court and Claims Administrator:

Please be advised that Goal Group, Inc. has been retained by Broadridge Financial Solutions, Inc. ("Broadridge") to file its claim in the above referenced litigation.

On August 6, 2014, Goal Group filed a completed Proof of Claim, including supporting documentation, along with a cover letter requesting acceptance of our late filed claim.

On September 25, 2014, we received an email from the Claims Administrator advising us that "Any claimants who filed claims that were received after the postmark of June 6, 2014, may petition the Court for an allowance of their late claim." The petition should be received by the Clerk of the Court and the Claims Administrator, no later than October 6, 2014.

Pursuant to Claims Administrator's instructions, we now submit the following company history and reason for filing a claim after Plaintiff's counsel recommended June 6, 2014 filing deadline:

1. During the Class Period, January 1, 1999 and December 31, 2006, Broadridge was the brokerage service arm of Automatic Data Processing ("ADP"). On March 30, 2007, ADP spun-off its Brokerage Group Services business resulting in the new company Broadridge Financial Solutions, Inc.
2. As of April 2, 2007, the new company Broadridge was trading under the Symbol "BR" and priced at approximately $20.00.
3. Since 2007, Broadridge has grown into a multi-layer company and is the leading provider of investor communications, with over 6,000 employees world-wide.
4. In August of 2013, Broadridge formed an alliance with Goal Group Ltd to provide their clients and prospects with a class action claim filing solution. Since the formation of the Alliance, Goal Group is now taking the opportunity to file claims, for Broadridge, in anti-trust class actions in which they qualify as a Class Member.
5. Based on discussions with key corporate individuals, no one at Broadridge was aware of the litigation and no one remembers receiving a Notice and Claim Form. It would appear reasonable that Broadridge was not included in the initial mailing of the Notice because the spin-off took place in March of 2007, three months after the Class Period.

Based on the company's history outlined above and possible notification issues, we respectfully request (petition) the acceptance of the Broadridge claim. If you have any questions, please contact me at the address or phone number in the letterhead or email me at mbancroft@goalgroup.com.

Respectfully Submitted,

Goal Group, Inc.

*[signature]*

Michael T. Bancroft, Managing Director - Americas