Tramaine Myers
132 Shadow Lakes Dr.
Lehigh Acres, Fl 33974

In re TFT-LCD (Flat Panel) Antitrust Litigation, MDL No. 1827



To Whom It May Concern:

I, Tramaine Myers, write this letter to petition the Court for an allowance of my claim which is now considered late. I strongly believe that my claim should be eligible for consideration in this case. I didn't receive notice of the class action suit until recently which ultimately caused my filing of a late claim. As a consumer of their products, I am warranted benefits for their misrepresentation as well. Please allow my claim inclusion in this settlement.

I would like to thank you for your time in regards to this matter.

Sincerely,

*[signature]*

Tramaine Myers
mymailstops@rocketmail.com
252-327-5087

