1 | JAMES B. BALDINGER (*pro hac vice*)
jbaldinger@carltonfields.com
2 | DAVID B. ESAU (*pro hac vice*)
desau@carltonfields.com
3 | **CARLTON FIELDS JORDEN BURT, P.A.**
CityPlace Tower
4 | 525 Okeechobee Boulevard, Suite 1200
West Palm Beach, FL 33401
5 | Telephone: (561) 659-7070
Facsimile: (561) 659-7368
6 |
7 | HSIANG "JAMES" H. LIN (SBN 241472)
jlin@tklg-llp.com
8 | DAVID V. SACK (*pro hac vice*)
dsack@tklg-llp.com
9 | FATIMA S. ALLOO (SBN 283694)
falloo@tklg-llp.com
10 | **TECHKNOWLEDGE LAW GROUP LLP**
100 Marine Parkway, Suite 200
Redwood Shores, CA 94065
11 | Telephone: (650) 517-5200
Facsimile: (650) 226-3133

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. M:07-1827 SI<br>MDL No. 1827 |
| This Document Relates to Individual Case No. 3:13-cv-03349-SI | Individual Case No. 3:13-cv-03349 SI |
| Acer America Corporation et al.,<br><br>　　　　Plaintiffs,<br>v.<br><br>Hitachi, Ltd. et al.<br><br>　　　　Defendants. | [~~PROPOSED~~] **ORDER GRANTING PLAINTIFFS'** *EX PARTE* **MISCELLANEOUS ADMINISTRATIVE MOTION FOR ISSUANCE OF LETTERS OF REQUEST**<br><br>The Hon. Susan Illston |

[PROPOSED] ORDER GRANTING ISSUANCE OF LETTERS OF REQUEST; Case No. 3:13-cv-03349 SI

1  This matter came before the Court pursuant to Civil Local Rule 7-11. Having considered
2  plaintiffs' request and any opposition, and GOOD CAUSE appearing, IT IS HEREBY ORDERED
3  THAT:
4  Plaintiffs' request for the issuance of seventeen Letters of Request for the purpose of
5  obtaining relevant discovery from foreign third parties Celrun Co., Ltd.; HBE Energy Co., Ltd.;
6  Hydis Technologies Co., Ltd.; Korea Data Systems Co. Ltd.; LG Electronics Inc.; TG Sambo
7  Computer Co., Ltd.; Trigem Computer, Inc.; ~~Samsung Electronics Co., Ltd.~~; Koninklijke Philips
8  Electronics N.V.; TP Vision Holding B.V.; TP Vision Europe B.V.; TP Vision Netherlands B.V.;
9  Top Victory Electronics (Fujian) Co., Ltd.; TPV Electronics (Fujian) Co., Ltd.; Trigem Computer
10 (Shenyang) Co., Ltd.; TPV Technology Limited; and Flextronics International Ltd. is GRANTED.

Dated:  10|9  , 2014

Hon. Susan Illston
United States District Judge