Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Judith A. Zahid (215418)
Patrick B. Clayton (240191)
Qianwei Fu (242669)
Heather T. Rankie (268002)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:  (415) 693-0700
Facsimile:   (415) 693-0770
*fscarpulla@zelle.com*

Joseph M. Alioto (42680)
Theresa D. Moore (99978)
ALIOTO LAW FIRM
225 Bush Street, 16th Floor
San Francisco, CA 94104
Telephone:  (415) 434-8900
Facsimile:   (415) 434-9200
*jmalioto@aliotolaw.com*

*Co-Lead Class Counsel for Indirect-Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:07-MD-1827 SI<br>MDL No. 1827 |
| This Document Relates to:<br><br>All Indirect-Purchaser Actions;<br><br>*State of Missouri, et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-3619;<br><br>*State of Florida v. AU Optronics Corporation, et al.*, Case No. 10-cv-3517; and<br><br>*State of New York v. AU Optronics Corporation, et al.*, Case No. 11-cv-0711. | ~~[PROPOSED]~~ **ORDER RE: DISTRIBUTION FROM ESCROW FUNDS FOR CLAIMS ADMINISTRATION**<br><br>The Honorable Susan Illston |

1    WHEREAS, on December 27, 2011, the Court granted final approval to settlements

2  between the Indirect-Purchaser Plaintiffs ("IPPs") and the States of Arkansas, California,

3  Florida, Michigan, Missouri, New York, West Virginia, and Wisconsin ("Settling States") on the

4  one hand, and defendants Chimei, Chunghwa, Epson, HannStar, Hitachi, Samsung and Sharp, as

5  identified in the respective Settlement Agreements, and inclusive of related entities also

6  identified in the respective Settlement Agreements (collectively, "Group-I Settling Defendants"),

7  on the other hand; and

8    WHEREAS, on July 30, 2012, the Court granted preliminary approval to the settlements

9  between IPPs and the Settling States, and defendants AUO, LG and Toshiba, as identified in the

10  respective Settlement Agreements (collectively, "Group-II Settling Defendants" and with the

11  Group-I Settling Defendants referred to hereafter as "All Settling Defendants"), on the other

12  hand; and

13    WHEREAS, the Settlement Agreements with All Settling Defendants provide that the

14  costs of administration of the claims process shall be paid from the Settlement Fund of each

15  Settling Defendant, *pro rata*, based on each Settling Defendant's Settlement Amount; and

16    WHEREAS, the cost of claims administration invoiced by Rust Consulting is

17  $218,134.97 (see Exhibits 1 and 2 attached hereto); and

18    WHEREAS, pursuant to the Settlement Agreements the following amounts may be

19  deducted from each Settling Defendant's Settlement Fund to pay such costs of claims

20  administration:

| | |
|---|---|
| Chimei | $22,230.34 |
| Chunghwa | $1,069.47 |
| Epson | $574.54 |
| HannStar | $5,170.86 |
| Hitachi | $7,857.54 |
| Samsung | $48,382.35 |
| Sharp | $23,284.00 |
| AUO | $32,557.29 |

1

[PROPOSED] ORDER RE: DISTRIBUTION FROM ESCROW FUNDS FOR CLAIMS ADMINISTRATION

| | | |
|---|---|---|
| 1 | LG | $72,775.12 |
| 2 | Toshiba | $4,233.46 |
| 3 | **TOTAL** | **$218,134.97** |

4    WHEREAS, Well Fargo Bank, N.A. has informed the parties that it requires an order

5 from the Court before it will distribute payment for these additional costs;

6    THEREFORE, IT IS HEREBY ORDERED that Wells Fargo Bank, N.A. shall wire

7 **$218,134.97** to the following account:

8        Bank of Texas

9        ABA/Routing # 111014325

10        Account # 8093434387

11        Account Name:  Rust Consulting

12        Reference # 128325

13        Federal Tax ID # 41-1813634

14        Bank Contact: Mayra Landeros, (214) 987-8817

15    The balance of funds in the demand-deposit account, if any, shall be retained for

16 additional costs as they are incurred.

17

18 **IT IS SO ORDERED.**

19

20 Dated: ___October 17___, 2014

21                                          Hon. Susan Illston
                                          United States District Judge

22

23

24

25

26

27 3257728v1

28

2

[PROPOSED] ORDER RE: DISTRIBUTION FROM ESCROW FUNDS FOR CLAIMS ADMINISTRATION

# EXHIBIT 1



# Invoice

625 MARQUETTE AVENUE, SUITE 880
MINNEAPOLIS, MN 55402
**P** 612.359.2000   I   **F** 612.359.2050
WWW.RUSTCONSULTING.COM
FEDERAL ID #: 41-1813634

| | |
|---|---|
| DATE: | 08/22/14 |
| INVOICE #: | 14-5605 |
| MATTER #: | 8292 |

**TO:** Francis O. Scarpulla
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street
Suite 3400
San Franciso, CA  94104
fscarpulla@zelle.com
jdc@coopkirk.com

| PROJECT |
|---|
| *LCD Indirect* |
| *July 2014 Claims Administration Services* |

| | | |
|---|---|---:|
| Project Database | $ | 294.80 |
| Project Management | | 9,169.70 |
| Technical Consulting | | 232.80 |
| Website Modification | | 1,524.00 |
| Document Receipting | | 123.20 |
| Scanning | | 152.06 |
| Correspondence/Admin Mail | | 3,133.00 |
| Data Capture | | 76.45 |
| Claims Validation & Audits | | 52,951.80 |
| Deficiency Claim Processing | | 11,070.50 |
| Mailroom & Data Capture Management | | 62.80 |
| Call Center Support | | 4,806.96 |
| | **SUBTOTAL** | 83,598.07 |
| | | |
| Expenses: Other Charges and Out-of-Pocket Costs | | |
| Call Center/Telecommunications | | 9,156.44 |
| Postage/Federal Express | | 217.81 |
| Post Office Box Rental | | |
| Shredding/Storage | | 1,098.97 |
| Photocopies/Faxing/Printing | | 565.60 |
| Address Traces | | 275.00 |
| Website Hosting | | 300.00 |
| | **SUBTOTAL** | 11,613.82 |
| | | |
| | **TOTAL INVOICE**  $ | 95,211.89 |

**PAYMENT TERMS: NET DUE UPON RECEIPT**

**WIRE INFORMATION**
ACCOUNT #: 8093434387
ABA/ROUTING # WIRE or ACH: 111014325
BANK: BANK OF TEXAS, DALLAS, TX 75225
BANK CONTACT: MAYRA LANDEROS  214.987.8817
REFERENCE: INVOICE NUMBER

**RUST**
**PAYMENT MAILING ADDRESS:**
P O BOX 142589
DRAWER #9051
Irving, TX  75014-2589

# EXHIBIT 2



# Invoice

625 MARQUETTE AVENUE, SUITE 880
MINNEAPOLIS, MN 55402
**P** 612.359.2000  **|**  **F** 612.359.2050
WWW.RUSTCONSULTING.COM
FEDERAL ID #: 41-1813634

| | |
|---|---|
| DATE: | 09/05/14 |
| INVOICE #: | 14-5716 |
| MATTER #: | 8292 |

**TO:** Francis O. Scarpulla
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street
Suite 3400
San Franciso, CA  94104
fscarpulla@zelle.com
jdc@coopkirk.com

| PROJECT |
|---|
| *LCD Indirect* |
| *August 2014 Claims Administration Services* |

| | | |
|---|---|---:|
| Project Database | $ | 2,823.30 |
| Project Management | | 17,828.46 |
| Technical Consulting | | 479.80 |
| Website Modification | | 136.50 |
| Document Receipting | | 246.40 |
| Scanning | | 409.20 |
| Correspondence/Admin Mail | | 2,763.60 |
| Data Capture | | 68.75 |
| Claims Validation & Audits | | 66,744.50 |
| Deficiency Claim Processing | | 8,228.87 |
| Mailroom & Data Capture Management | | 92.40 |
| Call Center Support | | 8,005.19 |
| Bank Account Mgmt/Tax Reporting | | 792.00 |
| | **SUBTOTAL** | 108,618.97 |
| | | |
| **Expenses: Other Charges and Out-of-Pocket Costs** | | |
| Call Center/Telecommunications | | 5,698.18 |
| Postage/Federal Express | | 777.01 |
| Shredding/Storage | | 1,104.78 |
| Photocopies/Faxing/Printing | | 6,424.14 |
| Website Hosting | | 300.00 |
| | **SUBTOTAL** | 14,304.11 |
| | | |
| | **TOTAL INVOICE**  $ | 122,923.08 |

**PAYMENT TERMS: NET DUE UPON RECEIPT**

**WIRE INFORMATION**
ACCOUNT #: 8093434387
ABA/ROUTING # WIRE or ACH: 111014325
BANK: BANK OF TEXAS, DALLAS, TX 75225
BANK CONTACT: MAYRA LANDEROS  214.987.8817
REFERENCE: INVOICE NUMBER

**RUST**
**PAYMENT MAILING ADDRESS:**
P O BOX 142589
DRAWER #9051
Irving, TX  75014-2589

MINNEAPOLIS, MN   FARIBAULT, MN   MELVILLE, NY   PALM BEACH GARDENS, FL   PHILADELPHIA, PA   SAN FRANCISCO, CA   SEATTLE, WA   WASHINGTON, DC