Kenneth S. Marks (*pro hac vice*)
Johnny Carter (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas  77002-5096
Telephone:  (713) 651-9366
Facsimile:  (713) 654-6666
Email:  kmarks@susmangodfrey.com
        jcarter@susmangodfrey.com

Parker C. Folse III (*pro hac vice*)
Rachel S. Black (*pro hac vice*)\
Jordan Connors (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington  98101-3000
Telephone:  (206) 516-3880
Facsimile:  (206) 516-3883
Email: pfolse@susmangodfrey.com
       rblack@susmangodfrey.com
       jconnors@susmangodfrey.com

*Counsel for Plaintiff Alfred H. Siegel, solely as Trustee of The Circuit City Stores, Inc. Liquidating Trust*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master Docket No. C M:07-01827 SI |
| THIS DOCUMENT RELATES TO: | Individual Case No. C 3:10-05625 SI |
| ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST,<br><br>v.<br><br>AU OPTRONICS CORPORATION, ET AL. | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF EPSON IMAGING DEVICES CORPORATION AND EPSON ELECTRONICS AMERICA, INC.** |

1

Plaintiff Alfred H. Siegel, solely as Trustee of the Circuit City Stores, Inc. Liquidating Trust, and defendants Epson Imaging Devices Corporation, formerly known as Sanyo Epson Imaging Devices Corporation, and Epson Electronics America, Inc. (collectively, the "Epson Defendants") hereby stipulate to the dismissal with prejudice of all claims and causes of action asserted in this case against the Epson Defendants, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.  The dismissal of the Epson Defendants shall not operate as a dismissal of plaintiff's claims or causes of action against any person or entity other than the Epson Defendants.

Dated:  December 23, 2014

SUSMAN GODFREY L.L.P.

By:   */s/  Kenneth S. Marks*

    Kenneth S. Marks (*pro hac vice*)
    Johnny W. Carter (*pro hac vice*)
    SUSMAN GODFREY L.L.P.
    1000 Louisiana Street, Suite 5100
    Houston, Texas 77002
    Telephone:  (713) 651-9366
    Facsimile:  (713) 654-6666
    Email:  kmarks@susmangodfrey.com
           jcarter@susmangodfrey.com

    Parker C. Folse III (*pro hac vice*)
    Rachel S. Black (*pro hac vice)*
    Jordan Connors (*pro hac vice*)
    SUSMAN GODFREY L.L.P.
    1201 Third Avenue, Suite 3800
    Seattle, Washington 98101-3000
    Telephone:  (206) 516-3880
    Facsimile:  (206) 516-3883
    Email:  pfolse@susmangodfrey.com
           rblack@susmangodfrey.com
           jconnors@susmangodfrey.com

    Attorneys for Plaintiff Alfred H. Siegel, solely as Trustee of the Circuit City Stores, Inc. Liquidating Trust

2

3475565v1/011997

|   |   |
|---|---|
| 1 | MORRISON & FOERSTER LLP |
| 2 | By: :   */s/ Stephen P. Freccero* |
| 3 |  |
| 4 | Stephen P. Freccero<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105<br>Telephone: (415) 268-6998<br>Facsimile:  (415) 268-7522<br>Email:  sfreccero@mofo.com |

Attorneys for defendants Epson Imaging Devices Corporation and Epson Electronics America, Inc.

**IT IS SO ORDERED.**

Dated:  December __23__, 2014

_____
HON. SUSAN ILLSTON
United States District Judge

3

MASTER FILE NO.:  M-07-1827-SI
CASE NO. 3:10-05625 SI

3475565v1/011997

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of December, 2014, a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

*/s/ Kenneth S. Marks*
Kenneth S. Marks