



January 16, 2015

**VIA OVERNIGHT MAIL**
The Honorable Susan Illston
United States District Judge
Northern District of California
San Francisco Courthouse, Courtroom 10 – 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   In Re TFT-LCD (Flat Panel) Antitrust Litigation
      Case No. 3:07-md-01827

Dear Judge Illston:

This office represents Ascena Retail Group, Inc., in reference to a late claim (post October 6th) filed in the above referenced settlement.

We previously sent a letter to the Court, dated December 23, 2014, requesting that the Court exercise its discretion and allow three (3) post October 6th claims to be paid a per-panel payment from any excess residual funds that may exist after all other claims have been paid. For the reasons set forth in our previous letter to this court, we are respectfully asking the Court to include Ascena Retail Group in any distribution from said funds.

Respectfully Submitted,

Patrick D. Jermyn
Deputy General Counsel

Copy to:   Co-Lead Counsel for Indirect Purchaser Plaintiffs
           Counsel for Settling States
           Rust Consulting

500 Mamaroneck Avenue, Harrison, NY 10528   P 914-630-5000  F 914-630-5001   ClassActionRefund.com

Francis O. Scarpulla, Esq.
ZELLE HOFMANN & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
*Co-Lead Class Counsel for
Indirect Purchaser Plaintiffs*

Lizabeth A. Brady, Esq.
Chief, Multistate Antitrust Enforcement
OFFICE OF THE ATTORNEY GENERAL
PL-01, The Capitol
Tallahassee, FL 32399-1050
*Counsel for Plaintiff State of Florida*

Kevin Wells, Esq.
Assistant Attorney General
ARKANSAS ATTORNEY GENERAL'S OFFICE
323 Center St., Suite 500
Little Rock, AR 72205
*Counsel for Plaintiff State of Arkansas*

M. Elizabeth Lippitt, Esq.
Assistant Attorney General
Corporate Oversight Division
Antitrust Section
OFFICE OF THE ATTORNEY GENERAL
G. Mennen Williams Building, 6th Floor
525 W. Ottawa Street
Lansing, MI 48933
*Counsel for Plaintiff State of Michigan*

Douglas L. Davis, Esq.
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 1789
Charleston, WV 25326
*Counsel for Plaintiff State of West Virginia*

RUST Consulting
201 S. Lyndale Avenue
Faribault, MN 55021

Joseph M. Alioto, Esq.
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, CA 94104
*Co-Lead Class Counsel for
Indirect Purchaser Plaintiffs*

Anne E. Schneider, Esq.
Assistant Attorneys General/Antitrust Counsel
MISSOURI ATTORNEY GENERAL'S OFFICE
P.O. Box 899
Jefferson City, MO 65102
*Counsel for Plaintiff State of Missouri*

Nicole S. Gordon, Esq.
Deputy Attorney General
OFFICE OF THE ATTORNEY GENERAL
455 Golden Gate Avenue, Suite 1000
San Francisco, CA 94102-3664
*Counsel for Plaintiff State of California*

Jeremy R. Kasha, Esq.
Assistant Attorney General
Antitrust Bureau
OFFICE OF THE ATTORNEY GENERAL OF
STATE OF NEW YORK
120 Broadway, 26th Floor
New York, NY 10271
*Counsel for Plaintiff State of New York*

Gwendolyn J. Cooley, Esq.
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 7857
17 W. Main Street
Madison, WI 53707-7857
*M. Counsel for Plaintiff State of Wisconsin*