UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED H. SIEGEL,<br><br>    Plaintiff,<br><br>    v.<br><br>AU OPTRONICS CORPORATION, et al.,<br><br>    Defendants. | Case No. 3:10-cv-05625-SI<br><br>**ORDER VACATING HEARING, DENYING MOTION TO CONTINUE TRIAL AS MOOT, AND SETTING STATUS CONFERENCE** |

    The motion by defendant AUO to continue the trial of this action from July 13, 2015, its current date, to October 19, 2015, was scheduled for hearing on February 6, 2015. However, the Court has been informed that all remaining parties to this action have agreed upon a settlement of the matter and that the motion to continue is now moot. Accordingly, the hearing on February 6, 2015 is VACATED and the motion to continue the trial date is DENIED as moot.

    **The Court schedules a further Case Management Conference for Friday, June 5, 2015 at 3:00 p.m.** In the event that the contemplated settlement has been implemented and the parties dismissed by then, both the trial date and the Conference will be vacated. If not, the parties shall explain the status of the settlement and the contemplated implementation date.

    **IT IS SO ORDERED**.

Dated: February 4, 2015

                                            SUSAN ILLSTON<br>
                                            United States District Judge