DAVID J. COOK, ESQ. (State Bar # 060859)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
165 Fell Street, San Francisco, CA 94102-5106
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel.: (415) 989-4730
Fax: (415) 989-0491
Email: Cook@SqueezeBloodFromTurnip.com
File No. 55,127

Attorney for Non-Party
JOSEPH M. ALIOTO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION ) ) ) ) This Document Relates to: ) ) ALL INDIRECT PURCHASER ) ACTIONS ) ) | Master File No. 07-1827 SI<br><br>MDL NO. 1827<br><br>ADMINISTRATIVE MOTION TO COMPEL DISTRIBUTION<br><br>Date: TBA<br>Time:<br>Courtroom: 10, 19th Floor<br>Judge: Hon. Susan Illston |

TO ALL PARTIES HEREIN:

Non-Party JOSEPH M. ALIOTO ("Alioto") hereby moves this court for an order compelling distribution of the sum of $2,866,532.07 as attorneys fees due Alioto on the grounds that the Amended Judgment in the action entitled *LFG NATIONAL CAPITAL, LLC vs. JOSEPH M. ALIOTO, an individual; THE ALIOTO LAW FIRM, a sole proprietorship*, Case No. CGC-13-532569 ("State Court Action") is in the amount of $31,311,795.93, and that the court is holding $34,178,328.00.

The total impounded is $34,178,328.00. The Amended Judgment is in the amount of $31,311,795.93. The difference is $2,866,532.07.

This motion is based upon this Motion, the Memorandum of Points and Authorities, the Declaration of David J. Cook, Esq., upon all matters which the court may take judicial notice thereof, upon all pleadings, papers and other matters on file herein, and upon all oral evidence and

1  argument which may be presented at the hearing hereof.

2  DATED: February 9, 2015                COOK COLLECTION ATTORNEYS

3                                          By:_____
                                              DAVID J. COOK, ESQ.
4                                          Attorneys for Non-Party
                                           JOSEPH M. ALIOTO
5

6  F:\USERS\DJCNEW\tft.release of funds