1  Richard M. Heimann (State Bar No. 063607)
rheimann@lchb.com
2  Eric B. Fastiff (State Bar No. 182260)
efastiff@lchb.com
3  Brendan P. Glackin (State Bar No. 199643)
bglackin@lchb.com
4  Marc A. Pilotin (State Bar No. 266369)
mpilotin@lchb.com
5  LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
6  San Francisco, CA  94111-3339
Telephone:     (415) 956-1000
7  Facsimile:     (415) 956-1008

8  *Attorneys for Plaintiff*
Proview Technology Inc.
9
[Additional Counsel listed on signature page]
10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13              SAN FRANCISCO DIVISION

14  IN RE TFT-LCD (FLAT PANEL)              Case No. 3:12-cv-3802-SI
    ANTITRUST LITIGATION
15                                          MDL No. 3:07-md-1827-SI
    This Document Relates to Individual Case
16  No. 3:12-cv-3802-SI                     **[PROPOSED] ORDER DISMISSING
                                            SAMSUNG ELECTRONICS AMERICA,
17  PROVIEW TECHNOLOGY INC.,                INC., SAMSUNG ELECTRONICS CO.
                                            LTD AND SAMSUNG SEMICONDUCTOR,
18              Plaintiff,                  INC.**

19         v.                              Judge:      The Honorable Susan Illston
                                           Location:   Courtroom 10, 19th Floor
20  AU OPTRONICS CORPORATION;
    AU OPTRONICS CORPORATION
21  AMERICA, INC.; CHI MEI
    CORPORATION; CHI MEI INNOLUX
22  CORPORATION; CHI MEI
    OPTOELECTRONICS USA, INC.;
23  LG DISPLAY CO. LTD; LG DISPLAY
    AMERICA, INC.; SAMSUNG
24  ELECTRONICS AMERICA, INC.;
    SAMSUNG ELECTRONICS CO. LTD;
25  SAMSUNG SEMICONDUCTOR, INC.;
    and HANNSTAR DISPLAY
26  CORPORATION,

27              Defendants.

28

1    The Court having considered the stipulation of the parties, and good cause appearing

2    therefore, orders as follows:

3         1.    All claims asserted by Proview Technology, Inc. against Samsung Electronics

4    America, Inc., Samsung Electronics Co. Ltd and Samsung Semiconductor, Inc. in the underlying

5    action are hereby dismissed with prejudice under Fed. R. Civ. P. 41(a)(2).

6         2.    Each party shall bear its own costs and attorneys' fees.

7    IT IS SO ORDERED.

8

9    Dated: _____2/18_____, 2015    _____

10                                      The Honorable Susan Illston
                                        United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28