IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. M 07-1827 SI<br>MDL. No. 1827 |
| This Order Relates to: | **ORDER RE: *OREGON* CASE** |
| *State of Oregon v. AU Optronics Corp., et al.*, Case No. 3:10-cv-4346 SI | |

In response to the Court's February 9, 2015 order, the parties filed a status statement on February 20, 2015, informing the Court that Oregon had reached settlements with the remaining defendants and that the parties were in the process of finalizing the settlement agreements. The parties request that the Court suspend the briefing on defendants' pending motion for summary judgment, as that motion will be rendered moot in the event the settlements are finalized.

The Court GRANTS the parties' request. The parties are directed to file a further statement regarding the status of the settlements and this litigation no later than **March 20, 2015**.

**IT IS SO ORDERED.**

Dated: February 27, 2015

SUSAN ILLSTON
United States District Judge