Christopher B. Hockett (SBN 121539)
Neal A. Potischman (SBN 254862)
Samantha H. Knox (SBN 254427)
William D. Pollak (SBN 293654)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, CA 94025
Tel: (650) 752-2000; Fax: (650) 752-2111

Emmet P. Ong (*pro hac vice*)
Sheila R. Adams (*pro hac admission pending*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4000; Fax: (212) 701-5800

*Attorneys for Defendants Chi Mei Corporation, Chi Mei Optoelectronics USA, Inc. (n/k/a Innolux Optoelectronics USA, Inc.), Chimei Innolux Corp. (n/k/a Innolux Corporation), CMO Japan Co. Ltd., Nexgen Mediatech USA, Inc., and Nexgen Mediatech, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | CASE NO. 3:12-cv-03802-SI <br> MDL NO. 3:07-md-01827-SI |
| PROVIEW TECHNOLOGY, INC., <br><br> Plaintiff, <br> v. <br> AU OPTRONICS CORPORATION et al., <br><br> Defendants. | [~~PROPOSED~~] **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

Sheila R. Adams, whose business address and telephone number is: DAVIS POLK & WARDWELL LLP, 450 Lexington Avenue, New York, NY 10017, Tel: (212) 450-4000 and who is an active member in good standing of the bar of New York, having applied in the above-entitled

1  action for admission to practice in the Northern District of California on a *pro hac vice* basis,
2  representing defendants Chi Mei Corporation, Chi Mei Optoelectronics USA, Inc. (n/k/a Innolux
3  Optoelectronics USA, Inc.), Chimei Innolux Corp. (n/k/a Innolux Corporation), CMO Japan Co.
4  Ltd., Nexgen Mediatech USA, Inc., and Nexgen Mediatech, Inc. (collectively "Innolux").

5      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
6  conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac*
7  *vice*.  Service of papers upon and communication with co-counsel designated in the application will
8  constitute notice to the party.  All future filings in this action are subject to the requirements
9  contained in General Order No. 45, *Electronic Case Filing*.

11  Dated:   February ____27____, 2015

                _____
                United States District Judge
                Honorable Susan Illston