UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: TFT−LCD (FLAT PANEL) ANTITRUST
LITIGATION                        MDL No. 1827

(SEE ATTACHED SCHEDULE)

**CONDITIONAL REMAND ORDER**

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Northern District of California.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Northern District of California with a stipulation or designation of the contents of the record to be remanded.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Mar 09, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: TFT−LCD (FLAT PANEL) ANTITRUST LITIGATION

MDL No. 1827

## SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| CAN | 3 | 11−05765 | FLM | 8 | 11−02454 | Tech Data Corporation et al v. AU Optronics Corporation et al |
| CAN | 3 | 11−03763 | FLS | 0 | 11−61264 | Interbond Corporation of America v. AU Optronics Corporation et al |
| CAN | 3 | 10−03205 | FLS | 1 | 10−21452 | TracFone Wireless, Inc. v. AU Optronics Corporation et al |
| CAN | 3 | 11−05781 | FLS | 1 | 11−23939 | The AASI Creditor Liquidating Trust v. AU Optronics Corporation et al |
| CAN | 3 | 11−02225 | FLS | 9 | 11−80349 | Office Depot, Inc. v. AU Optronics Corporation et al |
| CAN | 3 | 11−00829 | TXN | 3 | 10−02576 | MetroPCS Wireless Inc v. AU Optronics Corporation et al |
| CAN | 3 | 11−06241 | TXN | 3 | 11−02948 | Compucom Systems Inc v. AU Optronics Corporation et al |

Case 3:07-md-01827-SI Document 9411 Filed 03/09/15 Page 2 of 2