UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br>_____<br>This Document Relates to:<br><br>ACER AMERICA CORPORATION, et al.,<br><br>          Plaintiffs,<br>     v.<br><br>NEC CORPORATION, et al.,<br>          Defendants. | MDL No. 07-md-1827<br><br>Case No.  3:13-cv-03349-SI<br><br>**ORDERING REQUIRING STATUS REPORT** |

Defendant AU Optronics Corporation has filed an administrative motion regarding liaison counsel.  AUO represents that in this MDL, the only case now remaining before this Court is *ProView Technology, Inc. v. AU Optronics Corporation* , No. 12-3802, and that the only remaining defendant in that action is the Chi Mei Innolux family of defendants.  AUO seeks to have Chi Mei's counsel substituted as liaison counsel for defendants.  AUO's motion is unopposed.

The Court has reviewed the docket, and finds that in addition to *ProView Technology* case, the case of *ACER America v, Hitachi, et al.,* No. 13-3349, is still apparently pending.  Counsel are directed to confer and report to the Court on the status of the ACER America action, whereupon the Court will entertain AUO's administrative motion regarding liaison counsel.

**IT IS SO ORDERED.**

Dated:   March 11, 2015

_____
SUSAN ILLSTON
United States District Judge