CHRISTOPHER A. NEDEAU (CA SBN 81297)
CARL L. BLUMENSTEIN (CA SBN 124158)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone:    (415) 398-3600
Facsimile:    (415) 398-2438
cnedeau@nossaman.com
cblumenstein@nossaman.com

Attorneys for Defendant
AU OPTRONICS CORPORATION and AU OPTRONICS CORPORATION AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| *IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION*<br><br>This Document Relates to Individual Cases Listed Below:<br><br>Case No. 3:13-cv-06001<br><br>HOME DEPOT U.S.A., INC,<br><br>             Plaintiff,<br>v.<br><br>AU OPTRONICS CORPORATION, et al.,<br><br>             Defendants.<br><br>Case No. 3:10-cv-4346 SI<br><br>STATE OF OREGON, *ex rel.* Ellen Rosenblum, Attorney General,<br><br>             Plaintiff,<br>v.<br><br>AU OPTRONICS CORPORATION, et al.,<br><br>             Defendants. | CASE NO. 3:07-md-1827 SI<br>MDL No. 1827<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT AU OPTRONICS CORPORATION'S ADMINISTRATIVE MOTION REGARDING LIAISON COUNSEL |

Case No. 3:12-cv-~~0392~~ 3802 SI

PROVIEW TECHNOLOGY, INC.,

      Plaintiff,

v.

AU OPTRONICS CORPORATION, et al.,

      Defendants.

This Court, having considered AUO Defendants' Administrative Motion regarding Liaison Counsel, GRANTS the motion. The Court relieves Carl Blumenstein of Nossaman LLP of all obligations as liaison counsel for defendants and declares that no replacement liaison counsel will be appointed on behalf of defendants.

IT IS SO ORDERED.

DATED: 3/17/15

      The Honorable Susan Illston
      United States District Court Judge