G. Patrick Watson, Georgia Bar No. 741226
patrick.watson@bryancave.com
C. Scott Greene, California Bar No. 277445
scott.greene@bryancave.com
Lindsay S. Johnson, Georgia Bar No. 648391
lindsay.johnson@bryancave.com
BRYAN CAVE LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone:     (415) 268-2000
Facsimile:      (415) 268-1999

Attorneys for Plaintiff
HOME DEPOT U.S.A., INC.

9443

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOME DEPOT U.S.A., INC.<br><br>   Plaintiff,<br><br>   v.<br><br>AU OPTRONICS CORPORATION;<br>AU OPTRONICS CORPORATION AMERICA;<br><br>   Defendants. | Case No. 3:13-CV-06001<br>MDL 1827<br><br>**STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER** |

Plaintiff Home Depot U.S.A., Inc. ("Home Depot") and Defendants AU Optronics Corporation and AU Optronics Corporation America (collectively, "AUO"), by and through their respective undersigned counsel, stipulate and agree that Home Depot dismisses the entire action with prejudice under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

In support of this stipulation of dismissal, the parties state as follows:

1. Home Depot and AUO seek the dismissal of this action with prejudice.

2. Each party agrees to bear its own costs and attorneys' fees.

**IT IS SO STIPULATED.**

Dated: May 6, 2015.

Respectfully Submitted By:

By: /s/ G. Patrick Watson
    BRYAN CAVE LLP
    G. Patrick Watson
    C. Scott Greene
    Lindsay S. Johnson

*Counsel for Home Depot U.S.A., Inc.*

By: /s/ Carl L. Blumenstein
    NOSSAMAN LLP
    Carl L. Blumenstein
    cblumenstein@nossaman.com
    50 California Street, 34th Floor
    San Francisco, CA 94111
    Telephone: (415) 438-7219

*Counsel for Defendants AU Optronics Corporation and AU Optronics Corporation America*

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105

2

MDL 1827
Case No. 3:13-CV-06001-SI
STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

## [PROPOSED] ORDER

The Court having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. All claims asserted by Plaintiff Home Depot U.S.A., Inc. against Defendants AU Optronics Corporation and AU Optronics Corporation America in the above-captioned action are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and,

2. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Date Entered: 5/5/15

_/s/ Susan Illston_
The Honorable Susan Illston
District Court Judge

## ATTESTATION

Pursuant to Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories thereto.

Date: May 6, 2015

By: /s/ G. Patrick Watson
G. Patrick Watson

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105

3
MDL 1827
Case No. 3:13-CV-06001-SI
STIPULATION OF DISMISSAL AND [PROPOSED] ORDER