Joseph M. Alioto, SBN 42680
Jamie Miller, SBN 271452
THE ALIOTO LAW FIRM
1 Sansome Street - 35th Floor
San Francisco, CA 94104
Telephone: 415-434-8900
Facsimile: 415-434-8200

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. M 07-1827 SI<br><br>MDL. N0. 1827<br><br>Date: June 19, 2015<br>Time: 9:00 AM<br>Courthouse: San Francisco<br>Courtroom: 10, 19th Floor |
|---|---|
| This filing relates to:<br><br>The Alioto Law Firm | |

**(Proposed) Order Granting Motion of the Alioto Law Firm that Control over the Fund Administrator with Respect to Fees Awarded to the Firm Be Ceded to the California Superior Court**

On October 20, 2014, this Court ordered that $34,178,238 of the Alioto Firm's fee award shall be retained in the Qualified Settlement Fund account pending the entry of a final judgment by the San Francisco Superior Court in the litigation between LFG National Capital, LLC and Alioto. That fund plus accrued interest ("the Alioto Fund") remains on account.

It is hereby ORDERED that this Court definitively relinquishes control of the Alioto Fund to the Superior Court for County of San Francisco, California. For any action taken with respect to the Alioto Fund, Rust Consulting, Inc., the Court-appointed Fund Administrator for this class action, shall submit to the exclusive control of the

1  Superior Court of the State of California, San Francisco County, and shall disperse any
2  of part of this fund pursuant only to order of that court.
3       This order is a final judgment pursuant to Federal Rule of Civil Procedure 54, for
4  which the Court expressly determines that there is no just cause for delay and that delay
5  might result in hardship to the parties.

DATED: _____7/9/15_____

_____
The Honorable Susan Illston
Judge, United States District Court