**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. M 07-1827 SI MDL. No. 1827 |

This Order Relates to:                                    **ORDER RE: *OREGON* CASE**

*State of Oregon v. AU Optronics Corp., et al.*,
Case No. 3:10-cv-4346 SI

        During the last several months, the parties have filed various status reports, reflecting the pending settlements among the remaining parties.  As of April 24, 2015, the parties reported having agreed to the final two settlements in this action, and promised a further statement confirming this "forthwith."  Nothing has been submitted since.

        Accordingly, the parties are ORDERED to file a further statement regarding the status of the settlements and this litigation, including a schedule for any necessary settlement motions, no later than **August 7, 2015**.

        **IT IS SO ORDERED.**

Dated: July 29, 2015

                                                          _____
                                                          SUSAN ILLSTON
                                                          United States District Judge