Craig C. Corbitt (83251)
Judith A. Zahid (215418)
Qianwei Fu (242669)
Heather T. Rankie (268002)
ZELLE HOFMANN
VOELBEL & MASON
LLP
44 Montgomery Street,
Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770
*ccorbitt@zelle.com*

Francis O. Scarpulla (41059)
LAW OFFICES OF FRANCIS
O. SCARPULLA
456 Montgomery Street,
17th Floor
San Francisco, CA 94104
Telephone: (415) 788-7210
Facsimile: (415) 788-0706
*fos@scarpullalaw.com*

Joseph M. Alioto (42680)
Theresa D. Moore (99978)
ALIOTO LAW FIRM
One Sansome Street,
35th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200
*jmalioto@aliotolaw.com*

*Co-Lead Class Counsel for Indirect-Purchaser Plaintiffs*

[Additional counsel listed on signature pages]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:07-md-1827 SI |
| This Document Relates to: | **CLASS ACTION** |
| Indirect-Purchaser Class Action; | **INDIRECT PURCHASER PLAINTIFFS' AND STATE ATTORNEYS GENERAL'S JOINT REPORT OF SETTLEMENT FUND DISTRIBUTION AND REQUEST FOR AN ORDER AUTHORIZING DISTRIBUTION OF RESIDUAL AMOUNTS** |
| *State of Missouri, et al. v. AU Optronics Corporation, et al.,* Case No. 10-cv-03619-SI; | |
| *State of Florida v. AU Optronics Corporation, et al.,* Case No. 10-cv-3517 SI; and | |
| *State of New York v. AU Optronics Corporation, et al.,* Case No. 11-cv-0711-SI. | |

1    Pursuant to the Court's October 20, 2014 Order (Dkt. 9273), Class Counsel for the Indirect-

2    Purchaser Plaintiffs and the Attorneys General of the States of Arkansas, California, Florida,

3    Michigan, Missouri, New York, West Virginia, and Wisconsin ("Settling States") hereby jointly

4    report the status of Settlement Fund distribution and respectfully request an order authorizing

5    distribution of the residual amounts from Settlement Fund.

6    **I.    The Court's Previous Rulings**

7    These actions have been settled with each of the defendants, under settlement agreements

8    that provide for injunctive relief and payments totaling $1.082 billion (the "Settlement Fund").

9    The Court approved the settlements, the plan of distribution, attorneys' fees and expenses to both

10   Class Counsel and counsel for the Settling States (collectively "Counsel"), as well as incentive

11   awards to the named plaintiffs/class representatives.[1]  The Court set an initial claim-filing deadline

12   of December 6, 2012.[2]

13   On October 20, 2014, the Court appointed Rust Consulting, Inc. ("Rust") the Fund

14   Administrator and directed Rust to pay all approved class claims, incentive awards, Settling States'

15   proprietary claims and Counsel's fees and expenses.[3]  The Court agreed with Counsel's

16   recommendation of extending the claim-filing deadline to June 6, 2014 and ordered Rust to

17   process all valid claims filed by June 6, 2014 ("timely claims").[4]  The Court further ordered Rust

18   to process all claims submitted between June 7, 2014 and October 6, 2014 ("late claims") and pay

19   such claimants from available residual funds on a *pro rata* basis.[5]  The Court's Order provides, in

20   pertinent part, that "Co-Lead Counsel and Settling States' counsel shall report to the Court the total

21   amount of valid claims processed . . . and shall suggest a pro rata payment amount, if any, for [late

---

[1] *See* Order Granting Final Approval (Dkt. 6130), entered July 11, 2012; Second Am. Order Granting Final Approval (Dkt. 7697), entered April 3, 2013.

[2] Order Setting Claim-Filing Deadline (Dkt. 6335), entered August 1, 2012.

[3] Order Appointing Fund Administrator and Authorizing Distribution from Settlement Fund (Dkt. 9273), entered October 20, 2014.

[4] *Id.* ¶¶ 6-8.

[5] *Id.* ¶¶ 9-10.

1  claims] based upon residual funds, with a per-panel payment not to exceed that paid to timely

2  claimants.  Rust's costs of processing such claims shall be deduced from available residual

3  funds."[6]

4  **II.    Rust's Distribution Activities**

5  A.    <u>Total Amount of Timely Claims Processed</u>

6        Pursuant to the Court's October 20, 2014 Order, Rust distributed 229,972 payments

7  totaling $707,434,198.97 to class members with a timely claim submission.  This initial

8  distribution includes: (1) 199,639 cleared checks totaling $438,143,975.20; (2) 2,669 completed

9  wire transfers totaling $258,082,173.65; (3) 15,654 reissued and cleared payments to ascertainable

10 forwarding or updated addresses totaling $6,225,133.32; (4) 10,078 uncashed initial payments

11 totaling $2,838,165.54; and (5) 1,932 reissued but uncashed payments totaling $2,144,751.26.[7]

12 Based on the foregoing, more than 99% of the Settlement Fund has been paid to claimants.

13       After the initial distribution and payments for tax administration, the Settlement Fund has a

14 balance of $3,683,438.12 including interest at the time of this filing.[8]

15 B.    <u>Additional Payments to Underpaid/Unpaid Timely Claims</u>

16       Certain claims filed by June 6, 2014 were either underpaid or unpaid based on the

17 documentation originally submitted.  Rust has investigated these claims and recommends

18 additional payments of $2,125,026.74 to fulfill these claims.[9]

19 C.    <u>Rust's Costs of Claims Administration</u>

20       Rust has invoiced $506,634.18 for completed administration work.  Pursuant to the

21 settlement agreements, the costs of claims administration invoiced by Rust shall be deducted from

22 the Settlement Fund of each settling defendant, *pro rata*, based on each settling defendant's

23 settlement amount.  Rust further estimates that it will incur an additional $38,000 for final

24

25 [6] *Id.* ¶ 10.

26 [7] Declaration of Amy Lake of Rust Consulting, Inc. ("Lake Decl."), ¶¶ 5-6.

27 [8] *Id.* ¶¶ 7, 12.

28 [9] *Id.* ¶ 9.

INDIRECT PURCHASER PLAINTIFFS' AND STATE ATTORNEYS GENERAL'S
JOINT REPORT OF SETTLEMENT FUND DISTRIBUTION AND REQUEST FOR AN ORDER AUTHORIZING
DISTRIBUTION OF RESIDUAL AMOUNTS

MDL 3:07-md-1827 SI

1    distribution and administration tasks.[10]

2    D.     Recommended Distribution of Residual Funds

3          Pursuant to the Court's Order, Rust is ready to distribute payments to 119 claimants with

4    claims that were received between June 7, 2014 and October 6, 2014.  Upon fulfilling the

5    payments to underpaid/unpaid timely claims and Rust's costs of claims administration, the

6    Settlement Fund will have a balance of $1,013,777.20.[11]

7          Co-Lead Counsel and Settling States' counsel respectfully recommend that the Court

8    authorize payments to these late claims at the *pro rata* amount of $4.57 per panel, based on the

9    available residual funds.[12]  Upon approval of the Court, Rust shall promptly distribute payments to

10   the 119 late claims and void all uncashed payments thirty (30) days after final reissuance of

11   payments are mailed.

12         On account of the foregoing statements, the Indirect-Purchaser Plaintiffs and the Settling

13   States, by and through their counsel of record, respectfully request that the Court enter the attached

14   proposed order authorizing distribution of the residual amounts and payment of claims

15   administration costs from Settlement Fund.

16   Dated: December 23, 2015                    Respectfully submitted,

17                                               ZELLE HOFMANN VOELBEL & MASON LLP

18                                               By:  */s/  Judith A. Zahid*
                                                      Judith A. Zahid
19
20                                               Craig C. Corbitt (83251)
                                                 Judith A. Zahid (215418)
21                                               Qianwei Fu (242669)
                                                 Heather T. Rankie (268002)
22                                               ZELLE HOFMANN VOELBEL & MASON LLP
                                                 44 Montgomery Street, Suite 3400
23                                               San Francisco, CA  94104
                                                 Telephone:  (415) 693-0700
24                                               Facsimile:   (415) 693-0770
                                                 *ccorbitt@zelle.com*
25
     _____
26   [10] *Id.* ¶ 10 and Ex. A.

27   [11] *Id.* ¶ 11.

28   [12] *Id.*

INDIRECT PURCHASER PLAINTIFFS' AND STATE ATTORNEYS GENERAL'S
JOINT REPORT OF SETTLEMENT FUND DISTRIBUTION AND REQUEST FOR AN ORDER AUTHORIZING
DISTRIBUTION OF RESIDUAL AMOUNTS

MDL 3:07-md-1827 SI

LAW OFFICES OF FRANCIS O. SCARPULLA

By: /s/ Francis O. Scarpulla
          Francis O. Scarpulla

Francis O. Scarpulla (41059)
LAW OFFICES OF FRANCIS O. SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 788-7210
Facsimile:  (415) 788-0706
*fos@scarpullalaw.com*

ALIOTO LAW FIRM

By: /s/ Joseph M. Alioto
          Joseph M. Alioto

Joseph M. Alioto (42680)
Theresa D. Moore (99978)
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone:  (415) 434-8900
Facsimile:   (415) 434-9200
*jmalioto@aliotolaw.com*

*Co-Lead Class Counsel for Indirect-Purchaser Plaintiffs*

MINAMI TAMAKI LLP

By: /s/ Jack W. Lee
          Jack W. Lee

Jack W. Lee (71626)
MINAMI TAMAKI LLP
360 Post Street, 8th Floor
San Francisco, CA 94108
Telephone:  (415) 788-9000
Facsimile:   (415) 398-3887
*jlee@minamitamaki.com*

*Liaison Counsel for Indirect-Purchaser Plaintiffs*

INDIRECT PURCHASER PLAINTIFFS' AND STATE ATTORNEYS GENERAL'S
JOINT REPORT OF SETTLEMENT FUND DISTRIBUTION AND REQUEST FOR AN ORDER AUTHORIZING
DISTRIBUTION OF RESIDUAL AMOUNTS
MDL 3:07-md-1827 SI

PAMELA JO BONDI
Attorney General of the State of Florida

By: /s/ Lizabeth A. Brady
Patricia A. Conners
Associate Deputy Attorney General
Antitrust Division
Lizabeth A. Brady
Chief, Multistate Antitrust Enforcement
Nicholas J. Weilhammer
Assistant Attorney General
PL-01, The Capitol
Tallahassee, FL 32399-1050

*Counsel for Plaintiff State of Florida*

CHRIS KOSTER
Attorney General of the State of Missouri

By: /s/ Anne E. Schneider
Anne E. Schneider
Assistant Attorneys General/Antitrust Counsel
Missouri Attorney General's Office
P.O. Box 899
Jefferson City, MO 65102

*Counsel for Plaintiff State of Missouri*

DUSTIN MCDANIEL
Attorney General of the State of Arkansas

By: /s/ Kevin Wells
Kevin Wells
Assistant Attorney General
Arkansas Attorney General's Office
323 Center St., Suite 500
Little Rock, AR 72205

*Counsel for Plaintiff State of Arkansas*

KAMALA D. HARRIS
Attorney General of the State of California

By: /s/ Nicole S. Gordon
Nicole S. Gordon
Deputy Attorney General
Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-3664

*Counsel for Plaintiff State of California*

INDIRECT PURCHASER PLAINTIFFS' AND STATE ATTORNEYS GENERAL'S
JOINT REPORT OF SETTLEMENT FUND DISTRIBUTION AND REQUEST FOR AN ORDER AUTHORIZING
DISTRIBUTION OF RESIDUAL AMOUNTS

MDL 3:07-md-1827 SI

BILL SCHUETTE
Attorney General of the State of Michigan

By: /s/ M. Elizabeth Lippitt
M. Elizabeth Lippitt
Assistant Attorney General
Corporate Oversight Division
Antitrust Section
G. Mennen Williams Building, 6th Floor
525 W. Ottawa Street
Lansing, MI 48933

*Counsel for Plaintiff State of Michigan*

ERIC T. SCHNEIDERMAN
Attorney General of the State of New York

By: /s/ Jeremy R. Kasha
Jeremy R. Kasha
Assistant Attorney General
Antitrust Bureau
Office of the Attorney General
State of New York
120 Broadway, 26th Floor
New York, NY 10271

*Counsel for Plaintiff State of New York*

PATRICK MORRISEY
Attorney General of the State of West Virginia

By: /s/ Douglas L. Davis
Douglas L. Davis
Assistant Attorney General
P.O. Box 1789
Charleston, WV 25326

*Counsel for the State of West Virginia*

J.B. VAN HOLLEN
Attorney General of the State of Wisconsin

By: /s/ Gwendolyn J. Cooley
Gwendolyn J. Cooley
Assistant Attorney General
P.O. Box 7857
17 W. Main St.
Madison, WI 53707-7857

*Counsel for the State of Wisconsin*

INDIRECT PURCHASER PLAINTIFFS' AND STATE ATTORNEYS GENERAL'S
JOINT REPORT OF SETTLEMENT FUND DISTRIBUTION AND REQUEST FOR AN ORDER AUTHORIZING
DISTRIBUTION OF RESIDUAL AMOUNTS
MDL 3:07-md-1827 SI

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

Pursuant to General Order No. 45, § X(B), regarding signatures, I attest that I have obtained the concurrence in the filing of this document from all signatories.

Dated:  December 23, 2015                          _/s/ Judith A. Zahid_
                                                                         Judith A. Zahid

#3267938

7