Craig C. Corbitt (83251)
Judith A. Zahid (215418)
Qianwei Fu (242669)
Heather T. Rankie (268002)
ZELLE HOFMANN
VOELBEL & MASON
LLP
44 Montgomery Street,
Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile:  (415) 693-0770
*ccorbitt@zelle.com*

Francis O. Scarpulla (41059)
LAW OFFICES OF FRANCIS
O. SCARPULLA
456 Montgomery Street,
17th Floor
San Francisco, CA 94104
Telephone: (415) 788-7210
Facsimile:  (415) 788-0706
*fos@scarpullalaw.com*

Joseph M. Alioto (42680)
Theresa D. Moore (99978)
ALIOTO LAW FIRM
225 Bush Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile:   (415) 434-9200
*jmalioto@aliotolaw.com*

*Co-Lead Class Counsel for Indirect-Purchaser Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:07-MD-1827 SI MDL No. 1827 |
| This Document Relates to: | **[PROPOSED]** ORDER AUTHORIZING DISTRIBUTION OF RESIDUAL SETTLEMENT FUNDS |
| Indirect-Purchaser Class Action; | |
| *State of Missouri, et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-3619; | The Honorable Susan Illston |
| *State of Florida v. AU Optronics Corporation, et al.*, Case No. 10-cv-3517; and | |
| *State of New York v. AU Optronics Corporation, et al.*, Case No. 11-cv-0711. | |

The Court, having reviewed the joint status report and recommendation submitted by Class Counsel for the Indirect-Purchaser Plaintiffs and the Attorneys General of the States of Arkansas, California, Florida, Michigan, Missouri, New York, West Virginia, and Wisconsin ("Settling States"), and good cause appearing, hereby ORDERS:

1.      Rust shall make a total additional distribution of $2,125,026.74 to timely-filed but underpaid or unpaid claims as specified in paragraph 9 of Rust's declaration;

2.      Rust shall distribute payments to the 119 claims with claims that were filed between June 7, 2014 and October 6, 2014 at the *pro rata* amount of $4.57 per panel equivalent.

3.      Rust shall promptly distribute the remaining shares of the uncashed payments to eligible claimants and void all uncashed payments 30 (thirty) days after final reissuance of payments are mailed.

4.      The following amounts may be deducted from each settling defendant's Settlement Fund to pay Rust's costs of claims administration:

| | |
|---|---|
| Chimei | $51,631.57 |
| Chunghwa | $2,483.93 |
| Epson | $1,334.41 |
| HannStar | $12,009.70 |
| Hitachi | $18,249.70 |
| Samsung | $112,371.48 |
| Sharp | $54,078.78 |
| AUO | $75,616.65 |
| LG | $169,025.45 |
| Toshiba | $9,832.51 |
| **TOTAL** | **$506,634.18** |

5.      Wells Fargo Bank, N.A. shall wire $506,634.18 to the following account:

Bank of Texas

ABA/Routing # 111014325

Account # 8093434387

1    Account Name: Rust Consulting

2    Reference # 128325

3    Federal Tax ID # 41-1813634

4    Bank Contact: Mayra Landeros, (214) 987-8817

5    The balance of funds in the demand-deposit account, if any, shall be retained for

6    additional costs as they are incurred.

7

8    **IT IS SO ORDERED.**

9

10   Dated: _____1/4/16_____, ~~2015~~

                                          _____
11                                        Hon. Susan Illston
                                          United States District Judge

12

13

14

15

16

17   3267939

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER AUTHORIZING DISTRIBUTION OF RESIDUAL SETTLEMENT FUNDS