Craig C. Corbitt (83251)
Judith A. Zahid (215418)
Qianwei Fu (242669)
Heather T. Rankie (268002)
ZELLE LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770
ccorbitt@zelle.com

Joseph M. Alioto (42680)
Theresa D. Moore (99978)
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200
jmalioto@aliotolaw.com

*Co-Lead Class Counsel for Indirect-Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:07-MD-1827 SI MDL No. 1827 |
| This Document Relates to: | **[PROPOSED]** ORDER RE: DISTRIBUTION FROM ESCROW FUNDS FOR CLAIMS ADMINISTRATION |
| All Indirect-Purchaser Actions; | |
| *State of Missouri, et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-3619; | |
| *State of Florida v. AU Optronics Corporation, et al.*, Case No. 10-cv-3517; and | The Honorable Susan Illston |
| *State of New York v. AU Optronics Corporation, et al.*, Case No. 11-cv-0711. | |

WHEREAS, on July 11, 2012, the Court granted final approval to settlements between the Indirect-Purchaser Plaintiffs ("IPPs") and the States of Arkansas, California, Florida, Michigan, Missouri, New York, West Virginia, and Wisconsin ("Settling States") on the one hand, and defendants Chimei, Chunghwa, Epson, HannStar, Hitachi, Samsung and Sharp, as identified in the respective Settlement Agreements, and inclusive of related entities also identified in the respective Settlement Agreements (collectively, "Group-I Settling Defendants"), on the other hand; and

WHEREAS, on April 3, 2013, the Court granted final approval to the settlements between IPPs and the Settling States, and defendants AUO, LG and Toshiba, as identified in the respective Settlement Agreements (collectively, "Group-II Settling Defendants" and with the Group-I Settling Defendants referred to hereafter as "All Settling Defendants"), on the other hand; and

WHEREAS, the Settlement Agreements with All Settling Defendants provide that the costs of administration of the claims process shall be paid from the Settlement Fund of each Settling Defendant, *pro rata*, based on each Settling Defendant's Settlement Amount; and

WHEREAS, the cost of claims administration invoiced by Rust Consulting is $74,625.41 (see Exhibit 1 attached hereto); and

WHEREAS, pursuant to the Settlement Agreements the following amounts may be deducted from each Settling Defendant's Settlement Fund to pay such costs of claims administration:

| | |
|---|---|
| Chimei | $7,605.15 |
| Chunghwa | $365.87 |
| Epson | $196.55 |
| HannStar | $1,768.99 |
| Hitachi | $2,688.12 |
| Samsung | $16,551.92 |
| Sharp | $7,965.61 |
| AUO | $11,138.06 |

1

[PROPOSED] ORDER RE: DISTRIBUTION FROM ESCROW FUNDS FOR CLAIMS ADMINISTRATION

| | |
|---|---|
| LG | $24,896.85 |
| Toshiba | $1,448.29 |
| **TOTAL** | **$74,625.41** |

WHEREAS, Well Fargo Bank, N.A. has informed the parties that it requires an order from the Court before it will distribute payment for these additional costs;

THEREFORE, IT IS HEREBY ORDERED that Wells Fargo Bank, N.A. shall wire **$74,625.41** to the following account:

Bank of Texas

ABA/Routing # 111014325

Account # 8093434387

Account Name:  Rust Consulting

Reference # 128325

Federal Tax ID # 41-1813634

Bank Contact: Mayra Landeros, (214) 987-8817

The balance of funds in the demand-deposit account, if any, shall be retained for additional costs as they are incurred.

**IT IS SO ORDERED.**

Dated: _____ Feb. 25 _____, 2016

_____
Hon. Susan Illston
United States District Judge

3269875v1

[PROPOSED] ORDER RE: DISTRIBUTION FROM ESCROW FUNDS FOR CLAIMS ADMINISTRATION

# EXHIBIT 1



# Invoice

625 MARQUETTE AVENUE, SUITE 880
MINNEAPOLIS, MN 55402
**P** 612.359.2000   I   **F** 612.359.2050
WWW.RUSTCONSULTING.COM
FEDERAL ID #: 41-1813634

DATE: 02/23/16
INVOICE #: 16-267
MATTER #: 829200

**TO:** Qianwei Fu
Attorney at Law
Zelle LLP
44 Montgomery Street, Suite 3400
San Franciso, CA  94104
QFu@zelle.com

| PROJECT |
| :---: |
| *LCD Indirect* |
| *January 2016 Claims Administration Services* |

| | | |
| :--- | ---: | ---: |
| Project Management | | 7,687.84 |
| Technical Consulting | | 2,410.00 |
| Initial Notice | | 61.60 |
| Correspondence/Admin Mail | | 32.34 |
| Claims Validation & Audits | | 16.66 |
| Call Center Support | | 362.60 |
| Fund Distribution | | 1,545.38 |
| Payment Calculations | | 2,155.84 |
| Check Reissues | | 968.50 |
| Bank Account Mgmt/Tax Reporting | | 573.81 |
| | **SUBTOTAL** | 15,814.57 |
| | | |
| Expenses and Other Charges: | | |
| Call Center/Telecommunications | $ | 1,353.64 |
| Shredding/Storage | | 2,512.70 |
| Bank Fees/Other | | 460.00 |
| Photocopies/Faxing/Printing | | 62.30 |
| Address Traces /Undeliverables | | 25.20 |
| Website Hosting | | 325.00 |
| | **SUBTOTAL** | 4,738.84 |
| | | |
| | **TOTAL INVOICE** $ | **20,553.41** |

**WIRE INFORMATION**
ACCOUNT #: 8093434387
ABA/ROUTING # WIRE or ACH: 111014325
BANK: BANK OF TEXAS, DALLAS, TX 75225
BANK CONTACT: MAYRA LANDEROS  214.987.8817
REFERENCE: INVOICE NUMBER

**PAYMENT MAILING ADDRESS:**
P O BOX 142589
DRAWER #9051
Irving, TX  75014-2589

**PAYMENT TERMS: NET DUE UPON RECEIPT**



|  |  |
|---|---|
| DATE: | 02/23/16 |
| INVOICE #: | 16-267 |
| MATTER #: | 829200 |

## STATEMENT OF ACCOUNT

Current Invoice Per January 2016 Claims Administration Services

| Total Current Invoice | $ | 20,553.41 |
|---|---|---|

OUTSTANDING INVOICES:

| Date | Invoice # | Amount | Payments | Balance |
|---|---|---|---|---|
| 11/12/15 | 15-6173 | 14,603.65 |  | 14,603.65 |
| 1/4/16 | 15-6617 | 21,193.00 |  | 21,193.00 |
| 1/18/16 | 15-6730 | 18,275.35 |  | 18,275.35 |

| PREVIOUS BALANCE DUE | $ | 54,072.00 |
|---|---|---|

| Total Amount Due | $ | 74,625.41 |
|---|---|---|

**WIRE INFORMATION**                                                   **PAYMENT TERMS: NET DUE UPON RECEIPT**
ACCOUNT #: 8093434387
ABA/ROUTING # WIRE or ACH: 111014325
BANK: BANK OF TEXAS, DALLAS, TX 75225
BANK CONTACT: MAYRA LANDEROS  214.987.8817
REFERENCE: INVOICE NUMBER

**PAYMENT MAILING ADDRESS:**
P O BOX 142589
DRAWER #9051
Irving, TX  75014-2589