UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 07-md-01827-SI<br>MDL No. 1827<br><br>**ORDER CLOSING MDL** |

All of the cases in this MDL are now closed, and accordingly the Court directs the Clerk to close the master docket of this MDL. The Clerk shall send a copy of this order to the Clerk of the Judicial Panel of Multidistrict Litigation.

**IT IS SO ORDERED**.

Dated: May  25 , 2016

_____
SUSAN ILLSTON
United States District Judge