ROBINS KAPLAN LLP
Roman M. Silberfeld, Bar No. 62783
RSilberfeld@robinskaplan.com
Bernice Conn, Bar No. 161594
BConn@robinskaplan.com
Michael A. Geibelson, Bar No. 179970
MGeibelson@robinskaplan.com
David Martinez, Bar No. 193183
DMartinez@robinskaplan.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
Facsimile: (310) 229-5800

*Attorneys For Plaintiffs Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; BestBuy.com, L.L.C.; and Magnolia Hi-Fi, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 07-MD-1827 SI<br>MDL No. 1827 |
| This Document Relates To:<br>*Best Buy Co., Inc. v. AU Optronics Corp., et al.,* Case No. 10-CV-4572 SI | Individual Cases:<br>Case No. 10-CV-4572<br><br>**AMENDED [~~PROPOSED~~] ORDER FOR ENTRY OF JUDGMENT AND [~~PROPOSED~~] JUDGMENT**<br><br>The Honorable Susan Illston |

TO THIS HONORABLE COURT AND ALL INTERESTED PERSONS AND PARTIES:

WHEREAS the Best Buy Plaintiffs filed a Notice of Motion for Fees and Costs on September 18, 2013 (Dkt. 595 in Case No. 10-CV-4572; and its related papers Dkt. 594; Dkt. Nos. 8610, 8612 in Case No. 07-MD-1827 SI);

1   WHEREAS the Court referred the matter for determination by the Special Master in the
2 first instance (Dkt. 651 in Case No. 10-CV-4572);

3   WHEREAS the Special Master concluded that the Best Buy Plaintiffs should be awarded
4 $1.75 million in attorneys' fees and $104,167.97 in costs;

5   WHEREAS the Court adopted the Special Master's recommendations in full and ordered
6 that the Best Buy Plaintiffs should be awarded $1.75 million in attorneys' fees and $104,167.97
7 in costs (Dkt. 685 in Case No. 10-CV-4572);

8   WHEREAS this award of attorneys' fees and costs was affirmed by the United States
9 Court of Appeals for the Ninth Circuit (Dkt. 697 in Case No. 10-CV-4572);

10   WHEREAS the Mandate of the United States Court of Appeals for the Ninth Circuit
11 issued on March 28, 2016 (Dkt. 701 in Case No. 10-CV-4572); and

12   WHEREAS the United States Court of Appeals for the Ninth Circuit granted the Best Buy
13 Plaintiffs' unopposed motion for attorneys' fees on appeal, awarded the Best Buy Plaintiffs an
14 additional $182,843.25 in attorneys' fees, and amended its Mandate (April 25, 2016 Order [Dkt.
15 62] in Ninth Circuit Case Nos. 13-17408, 13-17618);

16   IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

17   JUDGMENT shall be entered in favor of Plaintiffs Best Buy Co., Inc.; Best Buy
18 Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; Bestbuy.com, L.L.C.;
19 and Magnolia Hi-Fi, Inc., and against Defendant HannStar Display Corporation, that the Best Buy
20 Plaintiffs are entitled to recover attorneys' fees and costs in the amount of $**2,037,011.22**.

21   IT IS SO ORDERED.

23 Dated: ____June 6____, 2016   By: _____[signature]_____
24                                       The Honorable Susan Illston

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
MINNEAPOLIS