UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION, | Case No. 07-md-01827-SI<br><br>**ORDER RE: CLAIMANT'S MOTION FOR CHECK NOT CASHED**<br><br>Re: Dkt. No. 9539 |

The Court has received a "motion for check not cashed" filed by Mr. Ronald Waterman. Dkt. No. 9539. Mr. Waterman states that he received a settlement check in the amount of $478.43, and that the check has expired and thus he is unable to cash it. Mr. Waterman also complains about the manner in which the settlement administrator, Rust Consulting, Inc., communicated with him regarding his check and claim. Mr. Waterman requests that a new check be sent to him, in care of Mrs. Gloria Thomas, 14 Mallon Road, Dorchester, Massachusetts 02121-3814.

The Court directs counsel for the indirect purchaser class to file a response to Mr. Waterman's motion. Specifically, the Court would like counsel to state whether there is any objection to re-issuing the settlement check to Mr. Waterman.

**IT IS SO ORDERED**.

Dated: June 17, 2016

_____
SUSAN ILLSTON
United States District Judge