UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION,

Case No. 07-md-01827-SI

**ORDER RE: MR. WATERMAN'S RECENT FILING**

Re: Dkt. No. 9549

The Court has received a filing from indirect purchaser class member Ronald Waterman. Dkt. No. 9549. The filing appears to be related to Mr. Waterman's "motion for check not cashed," which the Court denied in an order filed on July 20, 2016. *See* Dkt. No. 9542. The Court construes the most recent filing as a motion for reconsideration of the July 20, 2016 order, and so construed, the motion is DENIED.[1] As the Court stated in the July 20, 2016 order, if there are residual amounts in the settlement fund after the current round of distribution, the Court finds that it would be equitable to use those funds to reissue a check to Mr. Waterman on a pro rata basis (along with other claimants who did not cash their checks).

**IT IS SO ORDERED**.

Dated: November 14, 2016

SUSAN ILLSTON
United States District Judge

---

[1] Several of the exhibits attached to Mr. Waterman's filing relate to a grievance he has filed with the Department of Corrections in the Commonwealth of Massachusetts regarding the Department's mail policy. The Court makes no findings regarding that grievance.