1

2

3

4

5

6

**UNITED STATES DISTRICT COURT**

7

**NORTHERN DISTRICT OF CALIFORNIA**

8

**SAN FRANCISCO DIVISION**

9

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:07-MD-1827 SI<br>MDL No. 1827 |
| This Document Relates to: | ~~[PROPOSED]~~ **ORDER AUTHORIZING DISTRIBUTION OF RESIDUAL SETTLEMENT FUNDS** |
| Indirect-Purchaser Class Action; | |
| *State of Missouri, et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-3619-SI; | The Honorable Susan Illston |
| *State of Florida v. AU Optronics Corporation, et al.*, Case No. 10-cv-3517-SI; and | |
| *State of New York v. AU Optronics Corporation, et al.*, Case No. 11-cv-0711-SI. | |

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Court, having reviewed the status report and recommendation submitted by Class Counsel for the Indirect-Purchaser Plaintiffs, and good cause appearing, hereby ORDERS:

1.     Rust Consulting, Inc. ("Rust") shall make a total additional distribution of $68,979.54 to the 13 reissue requests that are from claimants who submitted timely, valid claims but did not cash their checks before the processing deadline.  Based on the available residual funds for distribution, checks will be reissued at 36.44% of the original payments to these claimants.

2.     Rust shall promptly distribute payments to the 13 claims and void all uncashed payments sixty (60) days after final reissuance of payments are mailed.  Rust shall contact these claimants to encourage them to cash the checks promptly.

3.      The following amounts may be deducted from each settling defendant's Settlement Fund to pay Rust's costs of claims administration:

| | |
|---|---|
| Chimei | $9,766.95 |
| Chunghwa | $469.87 |
| Epson | $252.43 |
| HannStar | $2,271.83 |
| Hitachi | $3,452.22 |
| Samsung | $21,256.87 |
| Sharp | $10,229.87 |
| AUO | $14,304.10 |
| LG | $31,973.88 |
| Toshiba | $1,859.98 |
| **TOTAL** | **$95,838.00** |

4.     Wells Fargo Bank, N.A. shall wire $95,838.00 to the following account:

Bank of Texas

ABA/Routing # 111014325

Account # 8093434387

Account Name: Rust Consulting

1

[PROPOSED] ORDER AUTHORIZING DISTRIBUTION OF RESIDUAL SETTLEMENT FUNDS

1       Reference # 829200

2       Federal Tax ID # 41-1813634

3       Bank Contact: Mayra Landeros, (214) 987-8817

4   The balance of funds in the demand-deposit account, if any, shall be retained for

5   additional costs as they are incurred.

6

7   **IT IS SO ORDERED.**

8

9   Dated: _____January 4_____, 2018     _____

10                                               Hon. Susan Illston
                                                 United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER AUTHORIZING DISTRIBUTION OF RESIDUAL SETTLEMENT FUNDS